IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 20-755 (RGA) |
| v. | ) ) | |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) ) | |

## JOINT MOTION FOR CLAIM CONSTRUCTION

Pursuant to Paragraph 9 of the Scheduling Order, Plaintiff United Therapeutics

Corporation and Defendant Liquidia Technologies, Inc. respectfully request a hearing on claim

construction beginning at 9:00 a.m. on May 24, 2021.  (D.I. 20, ¶ 9).

Briefing is complete and the parties have filed a Joint Claim Construction Brief and Joint

Appendix concurrently.  The parties respectfully request three hours total for the argument, to be

divided equally between them.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| */s/ Michael J. Flynn* | */s/ Nathan R. Hoeschen* |
| Jack B. Blumenfeld (#1014) | Karen E. Keller (#4489) |
| Michael J. Flynn (#5333) | Jeff Castellano (#4837) |
| 1201 North Market Street | Nathan R. Hoeschen (#6232) |
| P.O. Box 1347 | I.M. Pei Building |
| Wilmington, DE  19899 | 1105 North Market Street, 12th Floor |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@morrisnichols.com | (302)298-0700 |
| mflynn@morrisnichols.com | kkeller@shawkeller.com |
| | jcastellano@shawkeller.com |
| | nhoeschen@shawkeller.com |
| *Attorneys for Plaintiff United Therapeutics Corporation* | *Attorneys for Defendant Liquidia Technologies, Inc.* |

OF COUNSEL:

Art Dykhuis
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real
San Diego, CA  92130
(858) 305-2300

Adam W. Burrowbridge
WILSON SONSINI GOODRICH & ROSATI
1700 K Street NW, Fifth Floor
Washington, DC  20006
(202) 973-8800

William C. Jackson
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue NW
Washington, DC  20005
(202) 237-2727

Bill Ward
BOIES SCHILLER FLEXNER LLP
725 S Figueroa Street, 31st Floor
Los Angeles, CA 90017
(213) 995-5745

Douglas Carsten
MCDERMOTT WILL & EMERY LLP
18565 Jamboree Road, Suite 250
Irvine, CA  92615
(949) 851-0633


April 30, 2021

OF COUNSEL:

Sanya Sukduang
Jonathan Davies
Douglas W. Cheek
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
(202)842-7800

Ivor Elrifi
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
(212)479-6000

Deepa Kannappan
Lauren Krickl
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650)843-5000

Erik Milch
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5640
(703)546-8000