IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LIQUIDIA TECHNOLOGIES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 20-755 (RGA) (JLH) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure and the Scheduling Order (D.I. 20 ¶ 2), Plaintiff United Therapeutics Corporation ("UTC") respectfully moves the Court for leave to file an amended complaint against Defendants Liquidia Technologies, Inc. ("Liquidia") and Robert Roscigno ("Dr. Roscigno") (collectively, "Defendants"). The grounds for this motion are set forth in Plaintiff's Opening Brief in Support of Motion for Leave to File a Second Amended Complaint, filed herewith.

A copy of the proposed amended pleading (Second Amended Complaint) and a redlined version of the amended pleading are attached hereto as Exhibits 1 and 2, respectively. A proposed order is attached.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Plaintiff United Therapeutics Corporation*

OF COUNSEL:

William C. Jackson
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue NW
Washington, DC 20005
(202) 237-2727

Bill Ward
BOIES SCHILLER FLEXNER LLP
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017
(213) 995-5745

Douglas Carsten
Art Dykhuis
Jiaxiao Zhang
Katherine Pappas
MCDERMOTT WILL & EMERY LLP
18565 Jamboree Road, Suite 250
Irvine, CA 92615
(949) 851-0633

Adam W. Burrowbridge
Joshua Revilla
Timothy M. Dunker
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street
Washington, DC 20001-1531
(202) 756-8797

June 4, 2021

**D.DEL. LR 7.1.1 CERTIFICATE**

I certify that the parties, represented by lead and Delaware counsel, discussed the subject matter of this motion via email on June 3, 2021 and in person on June 4, 2021. Counsel for Liquidia did not consent to this motion.

*/s/ Michael J. Flynn*
Michael J. Flynn (#5333)
*Counsel for Plaintiff United Therapeutics Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-755 (RGA) (JLH) |
| | ) | |
| LIQUIDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

The Court, having considered Plaintiff's Motion For Leave To File A Second Amended Complaint and the parties' submissions in connection therewith,

**IT IS HEREBY ORDERED**, this __day of ______, 2021, that Plaintiff's motion is **GRANTED**.

______________________________
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 4, 2021, upon the following in the manner indicated:

Karen E. Keller, Esquire
Jeff Castellano, Esquire
David M. Fry, Esquire
Nathan R. Hoeschen, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Defendant Liquidia Technologies, Inc.*

*VIA ELECTRONIC MAIL*

Sanya Sukduang, Esquire
Jonathan Davies, Esquire
Douglas W. Cheek, Esquire
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
*Attorneys for Defendant Liquidia Technologies, Inc.*

*VIA ELECTRONIC MAIL*

Erik Milch, Esquire
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5640
*Attorneys for Defendant Liquidia Technologies, Inc.*

*VIA ELECTRONIC MAIL*

Ivor Elrifi, Esquire
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
*Attorneys for Defendant Liquidia Technologies, Inc.*

*VIA ELECTRONIC MAIL*

Lauren Krickl, Esquire
Deepa Kannappan, Esquire
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
*Attorneys for Defendant Liquidia Technologies, Inc.*

*VIA ELECTRONIC MAIL*

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)