IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| UNITED THERAPEUTICS CORPORATION, | ) |
|---|---|
| Plaintiff, | ) ) ) ) |
| v. | ) C.A. No. 20-755 (RGA) (JLH) ) ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) |

## CLAIM CONSTRUCTION ORDER

Having considered the parties' Joint Claim Construction Brief (D.I. 75) and the arguments contained therein, and hearing oral argument on June 4, 2021,

**IT IS HEREBY ORDERED THAT**, as used in the asserted claims of U.S. Patent Nos. 8,593,066 (the "'066 patent") and 9,604,901 (the "'901 patent"), the terms below have the following meanings[1]:

| Term | Construction |
|---|---|
| "a process"<br><br>'066 patent, claims 1 and 8 | plain and ordinary meaning |
| "ambient temperature"<br><br>'066 patent, claims 6 and 8;<br><br>'901 patent, claim 6 | room temperature (equal to or less than the range of 15°C to 30°C) |
| "stored" / "storing" / "storage"<br><br>'066 patent, claims 6 and 8;<br><br>'901 patent, claim 6 | plain and ordinary meaning |

---

[1] The Court also heard argument concerning the terms "pharmaceutical batch" and "contacting the solution comprising treprostinil from step (b) with a base to form a salt of treprostinil," appearing in claims 1 and 8 of the '901 patent, but will issue its order regarding these terms after considering additional briefing by the parties.

2

**SO ORDERED** this _____ day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE