IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 20-755-RGA-JLH ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) ) |

**DEFENDANT LIQUIDIA TECHNOLOGIES, INC.'S MOTION FOR LEAVE TO MOVE FOR SUMMARY JUDGEMENT**

Pursuant to ¶ 11 of the Scheduling Order (D.I. 20), defendant Liquidia Technologies, Inc. ("Liquidia") hereby moves for leave to file motions for summary judgment of (1) invalidity of asserted claims 1-4 of the '901 patent and asserted claims 1-3, 6, and 9 of the '066 patent due to collateral estoppel and (2) invalidity of asserted claims 1-4 and 8 of the '901 patent as obvious over the prior art. The grounds for this motion are fully set forth in Liquidia's opening brief, filed concurrently herewith. Pursuant to D. Del. LR 7.1.1, counsel certifies that reasonable efforts have been made to reach agreement on the subject of this motion.

NOW THEREFORE, Liquidia respectfully requests that the Court grant this motion and enter the attached proposed order.

|  |  |
|---|---|
| OF COUNSEL:<br>Sanya Sukduang<br>Jonathan Davies<br>Douglas W. Cheek<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>(202) 842-7800<br><br>Erik Milch<br>COOLEY LLP<br>11951 Freedom Drive, 14th Floor<br>Reston, VA 20190-5640<br>(703) 546-8000<br><br>Ivor Elrifi<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001-2157<br>(212) 479-6000<br><br>Deepa Kannappan<br>Lauren Krickl<br>Brittany Cazakoff<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>(650) 843-5000<br><br>Dated: November 2, 2021 | /s/ Nathan R. Hoeschen<br>Karen E. Keller (No. 4489)<br>Jeff Castellano (No. 4837)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>jcastellano@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant*<br>*Liquidia Technologies, Inc.* |