IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 20-755 (RGA) (JLH) ) ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) |

## CLAIM CONSTRUCTION ORDER

Having considered the parties' Joint Claim Construction Brief (D.I. 75) and Supplemental Joint Claim Brief (D.I. 125), Defendant Liquidia Technologies, Inc.'s Notice of Subsequent Authority (D.I. 205), and the arguments contained therein, and hearing oral argument on June 4, 2021;

**IT IS HEREBY ORDERED THAT**, as used in the asserted claims of U.S. Patent No. 9,604,901 (the "'901 patent"), the terms below have the following meanings:

| Term | Construction |
|---|---|
| "pharmaceutical batch"<br><br>'901 patent, claims 1-4, 6, and 8 | plain and ordinary meaning |
| "contacting the solution comprising treprostinil from step (b) with a base to form a salt of treprostinil"<br><br>'901 patent, claims 1 and 8 | "contacting the solution comprising treprostinil from step (b) with a base to form a salt of treprostinil, wherein the salt is formed without isolation of treprostinil after alkylation and hydrolysis" |

**SO ORDERED** this  23  day of November, 2021.

/s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE