IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 20-755 (RGA) (JLH) ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) |

**STIPULATION OF PARTIAL JUDGMENT OF NON-INFRINGEMENT**

WHEREAS, the Court has construed the term "contacting the solution comprising treprostinil from step (b) with a base to form a salt of treprostinil" in claims 1 and 8 of U.S. Patent No. 9,604,901 (the "'901 patent") to mean "contacting the solution comprising treprostinil from step (b) with a base to form a salt of treprostinil, wherein the salt is formed without isolation of treprostinil after alkylation and hydrolysis" (D.I. 245);

WHEREAS, Plaintiff has preserved its argument for a different construction of that term;

WHEREAS, based on the discovery in the litigation Plaintiff does not contend that Defendant's current product infringes the '901 patent under the Court's construction of that term;

WHEREAS, to simplify the proceedings and facilitate appellate review of the Court's claim construction, Plaintiff agrees to the ministerial step of the entry of judgment of noninfringement as to the '901 patent under the Court's construction of that term, while preserving its appellate rights;

NOW, THEREFORE, based on the Court's construction of that term, Plaintiff hereby stipulates and agrees to the entry of a partial judgment reflecting the Court's claim construction, as follows:

Judgment of Non-Infringement of U.S. Patent No. 9,604,901 is entered for Defendant and against Plaintiff on Counts 3 and 4 of the First Amended Complaint (D.I. 16);

Plaintiff expressly reserves and does not waive its ability to challenge the Court's claim-construction ruling on appeal, and therefore to challenge the above disposition of Counts 3 and 4 and Counterclaim IV on appeal.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Michael J. Flynn* |
| OF COUNSEL: | |
| | Jack B. Blumenfeld (#1014) |
| William C. Jackson | Michael J. Flynn (#5333) |
| GOODWIN PROCTER LLP | 1201 North Market Street |
| 1900 N Street NW | P.O. Box 1347 |
| Washington, DC 20036 | Wilmington, DE 19899 |
| (202) 346-4216 | (302) 658-9200 |
| | jblumenfeld@morrisnichols.com |
| Huiya Wu | mflynn@morrisnichols.com |
| Joel Broussard | |
| GOODWIN PROCTER LLP | *Attorneys for Plaintiff United Therapeutics* |
| 620 Eighth Avenue | *Corporation* |
| New York, NY 10018 | |
| (212) 813-8800 | |
| | |
| Harrison Gunn | |
| GOODWIN PROCTER LLP | |
| 100 Northern Avenue | |
| Boston, MA 02210 | Amy Mahan |
| (617) 570-1000 | MCDERMOTT WILL & EMERY LLP |
| | 200 Clarendon Street, Floor 58 |
| Bill Ward | Boston, MA 02116-5021 |
| BOIES SCHILLER FLEXNER LLP | (617) 535-4000 |
| 725 South Figueroa Street, 31st Floor | |
| Los Angeles, CA 90017 | |
| (213) 995-5745 | |
| | |
| Douglas Carsten | |
| Art Dykhuis | |
| Jiaxiao Zhang | |
| Katherine Pappas | |
| MCDERMOTT WILL & EMERY LLP | |
| 18565 Jamboree Road, Suite 250 | |
| Irvine, CA 92615 | |
| (949) 851-0633 | |

2

Adam W. Burrowbridge
Joshua Revilla
Timothy M. Dunker
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street
Washington, DC  20001-1531
(202) 756-8797

December 28, 2021

IT IS SO ORDERED on this _____ day of _____, 202__.


_____
*J.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 28, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Jeff Castellano, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Sanya Sukduang, Esquire<br>Jonathan Davies, Esquire<br>Douglas W. Cheek, Esquire<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC  20004-2400<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Erik Milch, Esquire<br>COOLEY LLP<br>11951 Freedom Drive, 14th Floor<br>Reston, VA  20190-5640<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Ivor Elrifi, Esquire<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY  10001-2157<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |

2

Lauren Krickl, Esquire  *VIA ELECTRONIC MAIL*
Deepa Kannappan, Esquire
Brittany Cazakoff, Esquire
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
*Attorneys for Defendant Liquidia
Technologies, Inc.*

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)

2