IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 20-755-RGA-JLH ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF THE '066 AND '901 PATENTS DUE TO COLLATERAL ESTOPPEL**

Pursuant to Federal Rule of Civil Procedure 56(a), Defendant Liquidia Technologies, Inc. ("Liquidia") hereby moves for summary judgment of invalidity of claims 1-3, 6, and 8-9 of U.S. Patent No. 9,593,066 ("the '066 patent") and claims 1-4, 6, and 8 of U.S. Patent No. 9,604,901 ("the '901 patent") due to collateral estoppel. The grounds for this motion are fully set forth in Liquidia's opening brief, filed concurrently herewith.

NOW THEREFORE, Liquidia respectfully requests that the Court grant this motion and enter the attached proposed order.

OF COUNSEL:
Sanya Sukduang
Jonathan Davies
Douglas Cheek
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400
(202) 842-7800

Erik Milch
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5640
(703) 546-8000

Ivor Elrifi
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
(212) 479-6000

Lauren Krickl
Deepa Kannappan
Brittany Cazakoff
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5000

Dated: January 7, 2022

Karen E. Keller (No. 4489)
Jeff Castellano (No. 4837)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
jcastellano@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant Liquidia Technologies, Inc.*