IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 20-755 (RGA) (JLH) ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER FOR PRETRIAL EXCHANGES

Plaintiff United Therapeutics Corporation and Defendant Liquidia Technologies, Inc. hereby stipulate and agree, subject to the approval of the Court, that the timeframes set forth in D. Del. Local Rule 16.3(d) for preparation of the proposed Joint Pretrial Order are modified in accordance with the dates set forth in the attached Pretrial Order Exchange Schedule.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Michael J. Flynn

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
Sarah E. Simonetti (#6698)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com
ssimonetti@morrisnichols.com

*Attorneys for Plaintiff United Therapeutics Corporation*

SHAW KELLER LLP

/s/ Nathan R. Hoeschen

Karen E. Keller (#4489)
David M. Fry (#5486)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
dfry@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant Liquidia Technologies, Inc.*

January 28, 2022

**SO ORDERED** this  31st  day of January, 2022.

                                                /s/ Richard G. Andrews
                                                *J.*

## Pretrial Order Exchange Schedule[1]

| Date | Exchanges | |
|---|---|---|
| 1/24/22 at 6pm ET | **Plaintiff and Defendant:**<br>• Disclose list of Motions in Limine and *Daubert* Motions | |
| 1/26/22 | **Plaintiff and Defendant:**<br>• Meet and confer on Motions in Limine and *Daubert* Motions | |
| 2/4/22<br><br>(30 days prior to filing PTO) | **Plaintiff to send Defendant:**<br>• PTO Cover pleading<br>• Ex. 1 – Parties' Statement of Uncontested Facts<br>• Ex. 2 – Plaintiff's Statement of Contested Facts for Issues on Which Plaintiff Bears the Burden of Proof<br>• Ex. 4 – Plaintiff's Statement of Issues of Law for Issues on Which Plaintiff Bears the Burden of Proof<br>• Ex. 6 – Plaintiff's Witness List<br>• Ex. 10 – Plaintiff's Trial Exhibit List (PTX) and Copies of Exhibits<br>• Ex. 12 – Joint Trial Exhibit List (JTX) and Copies of Exhibits<br>• Ex. 13 – Plaintiff's Statement of Additional Matters<br>• Ex. 17 – Plaintiff's Brief Statement | **Defendant to send to Plaintiff:**<br>• Ex. 3 – Defendant's Statement of Contested Facts for Issues on Which Defendants Bears the Burden of Proof<br>• Ex. 5 – Defendant's Statement of Issues of Law for Issues on Which Defendant Bears the Burden of Proof<br>• Ex. 7 – Defendant's Witness List<br>• Ex. 11 – Defendant's Trial Exhibit List (DTX) and Copy of Exhibits<br>• Ex. 14 – Defendant's Statement of Additional Matters<br>• Ex. 18 – Defendant's Brief Statement |
| 2/11/22 | **Plaintiff to send Defendant:**<br>• Plaintiff's Motions in Limine and *Daubert* Motions (Opening Briefs)<br>• Ex. 8 – Plaintiff's Deposition Designations | **Defendant to send Plaintiff:**<br>• Defendant's Motions in Limine and *Daubert* Motions (Opening Briefs)<br>• Ex. 9 – Defendant's Deposition Designations |

---

[1] The parties shall make all efforts to exchange complete drafts of each exhibit to the Pretrial Order at each exchange deadline, but reasonable revisions and supplementation of the exhibits shall be allowed, including to correct inadvertent errors or omissions.

| Date | Exchanges | |
|---|---|---|
| 2/16/22<br><br>(14 days prior to filing PTO) | **Plaintiff to send Defendant:**<br>- Ex. 2 – Plaintiff's Revised Statement of Contested Facts (response to Defendant's Facts on Which Defendant Bears the Burden of Proof)<br>- Ex. 4 – Plaintiff's Revised Statement of Issues of Law (response to Defendant's Issues on Which Defendant Bears the Burden of Proof)<br>- Ex. 7 – Objections to Defendant's Witness List<br>- Ex. 11 – Objections to Defendant's Trial Exhibit List<br>- Ex. 15 – Copies of Plaintiff's Experts' CVs | **Defendant to send Plaintiff:**<br>- Revisions to PTO Cover pleading<br>- Ex. 1 – Revisions to Parties' Statement of Uncontested Facts<br>- Ex. 3 – Defendant's Revised Statement of Contested Facts (response to Plaintiff's Facts on Which Plaintiff Bears the Burden of Proof)<br>- Ex. 5 – Defendant's Revised Statement of Issues of Law (response to Plaintiff's Issues on Which Plaintiff Bears the Burden of Proof)<br>- Ex. 6 – Objections to Plaintiff's Witness List<br>- Ex. 10 – Objections to Plaintiff's Trial Exhibit List<br>- Ex. 12 – Revisions to Joint Trial Exhibit List (JTX) and Copies of Added Exhibits<br>- Ex. 16 – Copies of Defendant's Experts' CVs |
| 2/18/22<br><br>(10 days prior to filing PTO) | **Plaintiff to send Defendant:**<br>- Opposition to Defendant's Motions in Limine and Daubert Motions<br>- Ex. 9 – Objections and Counter-Designations to Defendant's Deposition Designations<br><br>**Defendant to send Plaintiff:**<br>- Oppositions to Plaintiff's Motions in Limine and *Daubert* Motions<br>- Ex. 8 – Objections and Counter-Designations to Plaintiff's Deposition Designations | |
| 2/22/22 | **Plaintiff and Defendant:**<br>- Meet and Confer on:<br>  - Objections to Witness Lists<br>  - Objections to Trial Exhibits<br>  - Objections to Deposition Designations<br>  - Joint Trial Exhibit List | |

| Date | Exchanges |
|---|---|
| 2/24/22<br><br>(4 days prior to filing PTO) | **Plaintiff to send Defendant:**<br>• Reply Brief on Motions in Limine and *Daubert* Motions<br>• Final Version of Cover Pleading<br>• Final Version of all of Plaintiff's PTO Exhibits<br><br>**Defendant to send Plaintiff:**<br>• Reply Brief on Motions in Limine and *Daubert* Motions<br>• Final version of all of Defendant's PTO Exhibits |
| 2/28/22 by 5:00 pm ET<br><br>(D.I. 20, ¶13) | **File with Court:[2]**<br>• Pretrial Order (with Exs. 1–18)<br>• Motions in Limine<br>• Daubert Motions |
| 3/4/22 at 9:00am ET<br><br>(D.I. 20, ¶13) | **Pretrial Conference** |

---

[2]   Each side will file its own complete Motions in Limine and *Daubert* Motions (inclusive of opening brief, answering brief, reply brief, and exhibits) pursuant to the Scheduling Order, D.I. 20, ¶ 14.