Original Filing Date: January 28, 2022
Redacted Filing Date: February 4, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED THERAPEUTICS CORPORATION,
Plaintiff,
v.
LIQUIDIA TECHNOLOGIES, INC.,
Defendant.

C.A. No.: 1:20-cv-00755-RGA

**REDACTED - PUBLIC VERSION**

**DECLARATION OF MICHAEL J. FLYNN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**

I, Michael Flynn, declare as follows:

1. I am an attorney at Morris, Nichols, Arsht & Tunnell LLP in Wilmington, Delaware. I am one of the lawyers representing Plaintiff United Therapeutics Corporation in connection with the above action. This declaration is made on my personal knowledge and belief, and I could and would testify competently as to the contents if called as a witness.

2. Attached to this declaration are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| 1 | Final Written Decision in IPR2020-00770 ('901 Patent) dated October 8, 2021 |
| 2 | [REDACTED] dated [REDACTED] from [REDACTED] |

| | |
|---|---|
| 3 | [redacted] dated [redacted] |
| 4 | [redacted], bates numbered UTC_LIQ00141426-UTC_LIQ00141437 |
| 5 | [redacted], bates numbered UTC-Sand-Rem01103257- UTC-Sand-Rem01103271 |
| 6 | Decision Denying Institution of Inter Partes Review in IPR2020-00769 ('066 Patent) dated October 13, 2020 |
| 7 | Excerpt from File History of U.S. Patent Application Serial No. 14/849,981 ('066 Patent), bates numbered UTC_LIQ00000013-UTC_LIQ00003446 |
| 8 | Excerpt from File History of U.S. Patent Application Serial No. 14/754,932 ('901 Patent), bates numbered UTC_LIQ00003459-UTC_LIQ00007108 |
| 9 | Excerpts from Deposition Transcript of Dr. Jeffrey Winkler dated January 12, 2022 |
| 10 | [redacted] dated [redacted] |
| 11 | [redacted] dated [redacted] |
| 12 | Opening Expert Report of UTC's Expert, F. Dean Toste, Ph.D, Regarding Infringement |
| 13 | Excerpt from Opening Expert Report of UTC's Expert, Colin Nuckolls, Ph.D., Regarding Infringement |
| 14 | Excerpts from Deposition Transcript of Dr. Benjamin Maynor dated September 9, 2021 |

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 28th day of January, 2022 in Wilmington, Delaware.

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)


**CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 28, 2022, upon the following in the manner indicated:

Karen E. Keller, Esquire
Jeff Castellano, Esquire
Nathan R. Hoeschen, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
*Attorneys for Defendant Liquidia Technologies, Inc.*

*VIA ELECTRONIC MAIL*

Sanya Sukduang, Esquire
Jonathan Davies, Esquire
Douglas W. Cheek, Esquire
Adam Pivovar, Esquire
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
*Attorneys for Defendant Liquidia Technologies, Inc.*

*VIA ELECTRONIC MAIL*

Erik Milch, Esquire
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5640
*Attorneys for Defendant Liquidia Technologies, Inc.*

*VIA ELECTRONIC MAIL*

Ivor Elrifi, Esquire
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
*Attorneys for Defendant Liquidia Technologies, Inc.*

*VIA ELECTRONIC MAIL*

Lauren Krickl, Esquire
Deepa Kannappan, Esquire
Brittany Cazakoff, Esquire
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
*Attorneys for Defendant Liquidia Technologies, Inc.*

*VIA ELECTRONIC MAIL*

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)