

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0709
nhoeschen@shawkeller.com

February 18, 2022

**BY CM/ECF & HAND DELIVERY**
The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:    *United Therapeutics Corporation v. Liquidia Technologies, Inc.*,
              C.A. No. 20-755-RGA-JLH

Dear Judge Hall:

    Pursuant to D. Del. L. R. 7.1.4, and to the extent the Court would find it useful, Defendant Liquidia Technologies, Inc. respectfully requests oral argument on Defendant's Motion for Summary Judgment of Invalidity of the '066 and '901 Patents due to Collateral Estoppel (D.I. 281).

    Briefing on the motion is complete, and the parties' submissions may be found at Docket Items 282, 290, 291, 292, 293 and 303. Defendant's reply brief was filed on February 11, 2022.

                                                Respectfully submitted,

                                                */s/ Nathan R. Hoeschen*

                                                Nathan R. Hoeschen (No. 6232)

cc:    Clerk of Court (CM/ECF & by hand delivery)
        All counsel of record (by CM/ECF & e-mail)