IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 20-755 (RGA) ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) ) |
| Defendant. | ) |

**PLAINTIFF UNITED THERAPEUTICS CORPORATION'S MOTION FOR PRESUMPTION UNDER 35 U.S.C § 295**

Plaintiff United Therapeutics Corporation ("Plaintiff") respectfully move the Court for a presumption that Defendant's products are made by Plaintiff's patented process, pursuant to 35 U.S.C. § 295. In support thereof, Plaintiff files contemporaneously herewith a Brief in Support of Motion for Presumption under 35 U.S.C. § 295 and supporting declarations. A proposed order is attached.

OF COUNSEL:

William C. Jackson
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue NW
Washington, DC  20005
(202) 237-2727

Bill Ward
BOIES SCHILLER FLEXNER LLP
725 South Figueroa Street, 31st Floor
Los Angeles, CA  90017
(213) 995-5745

Douglas Carsten
Art Dykhuis
Jiaxiao Zhang
Katherine Pappas
MCDERMOTT WILL & EMERY LLP
18565 Jamboree Road, Suite 250
Irvine, CA  92615
(949) 851-0633

Adam W. Burrowbridge
Joshua Revilla
Timothy M. Dunker
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street
Washington, DC  20001-1531
(202) 756-8797

February 22, 2022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*

_____
Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Plaintiff United Therapeutics Corporation*

## D. DEL. LR 7.1.1 CERTIFICATE

I certify that the parties have discussed the requested relief set forth in Plaintiff's Motion for Presumption Under 35 U.S.C. § 295, including during a meet and confer teleconference with lead and Delaware counsel. Based on that discussion, the parties' prior correspondence, and Liquidia's position in the forthcoming Pretrial Order, Plaintiff understands that Defendant opposes the motion.

/s/ Michael J. Flynn
Michael J. Flynn (#5333)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 20-755 (RGA) (JLH) ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) |

## [PROPOSED] ORDER

The Court, having considered Plaintiff's Motion for Presumption Under 35 U.S.C. § 295 for U.S. Patent No. 9,593,066 and the parties' submissions in connection therewith,

**IT IS HEREBY ORDERED**, this __ day of _____, 2022, that Plaintiff's motion is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 22, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Jeff Castellano, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Sanya Sukduang, Esquire<br>Jonathan Davies, Esquire<br>Douglas W. Cheek, Esquire<br>Adam Pivovar, Esquire<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Erik Milch, Esquire<br>COOLEY LLP<br>11951 Freedom Drive, 14th Floor<br>Reston, VA 20190-5640<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Ivor Elrifi, Esquire<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001-2157<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |

2

Lauren Krickl, Esquire  
Deepa Kannappan, Esquire  
Brittany Cazakoff, Esquire  
Kyung Taeck Minn, Esquire  
COOLEY LLP  
3175 Hanover Street  
Palo Alto, CA  94304-1130  
*Attorneys for Defendant Liquidia Technologies, Inc.*

VIA ELECTRONIC MAIL

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)