IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 20-755-RGA-JLH ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for Defendant Liquidia Technologies, Inc. to file a redacted version of its Opening Discovery Dispute Letter (D.I. 305) is extended through and including February 25, 2022.

| Morris, Nichols, Arsht & Tunnell LLP | Shaw Keller LLP |
|---|---|
| /s/ Sarah E. Simonetti | /s/ Nathan R. Hoeschen |
| Jack B. Blumenfeld (#1014) | Karen E. Keller (#4489) |
| Michael J. Flynn (#5333) | Nathan R. Hoeschen (#6232) |
| Sarah E. Simonetti (#6698) | I.M. Pei Building |
| 1201 North Market Street | 1105 North Market Street, 12th Floor |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 298-0700 |
| (302) 658-9200 | kkeller@shawkeller.com |
| jblumenfeld@morrisnichols.com | nhoeschen@shawkeller.com |
| mflynn@morrisnichols.com | |
| ssimonetti@morrisnichols.com | *Attorneys for Defendant Liquidia Technologies, Inc.* |
| *Attorneys for Plaintiff United Therapeutics Corporation* | |

DATED: February 22, 2022

**SO ORDERED** this _____ day of February, 2022.

_____
J.