IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 20-755-RGA-JLH |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF KYUNG TAECK MINN IN SUPPORT OF LIQUIDIA'S
MOTION FOR SUMMARY JUDGMENT**

OF COUNSEL:
Sanya Sukduang
Jonathan Davies
Douglas W. Cheek
Adam Pivovar
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
(202) 842-7800

Erik Milch
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5640
(703) 546-8000

Ivor Elrifi
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
(212) 479-6000

Karen E. Keller (No. 4489)
Jeff Castellano (No. 4837)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
jcastellano@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant Liquidia Techs,
Inc.*

Deepa Kannappan
Lauren Krickl
Brittany Cazakoff
Kyung Taeck Minn
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5000

Dated: February 23, 2022

1.      I, Kyung Taeck Minn, am an attorney with Cooley LLP, admitted *pro hac vice* before this honorable Court to represent defendant Liquidia Techs, Inc. ("Liquidia") in this matter. This declaration is made on my personal knowledge and belief, and I could and would testify competently as to the contents if called as a witness.

2.      Attached to the opening and reply briefs in support of Liquidia's Motion for Summary Judgment (D.I. 282 and 303, respectively), are true and correct copies of the following documents.

| Exhibit | Description |
|---------|-------------|
| 1 | U.S. Patent No. 9,593,066, bates numbered UTC_LIQ00254175-UTC_LIQ00254186 |
| 2 | U.S. Patent No. 9,604,901, bates numbered LIQ02821340-LIQ02821352 |
| 3 | U.S. Patent No. 8,497,393, bates numbered LIQ00084829-LIQ00084844 |
| 4 | Final Written Decision (Paper No. 82), entered March 31, 2017 in *SteadyMed Ltd. v. United Therapeutics Corp.*, No. IPR2016-00006, bates numbered UTC_LIQ00040890-UTC_LIQ00040980 |
| 5 | U.S. Patent No. 10,716,793, bates numbered LIQ02799887-LIQ02799911 |
| 6 | FDA Letter of Tentative Approval for Yutrepia (LIQ861), bates numbered LIQ02818821-LIQ02818855 |
| 7 | Plaintiff's Election of Asserted Claims served December 9, 2021 in *United Therapeutics Corp. v. Liquidia Techs, Inc.,* Case No. 20-755 |
| 8 | Patent Owner Response to Petition (Paper No. 31), entered July 6, 2016 in *SteadyMed Ltd. v. United Therapeutics Corp.*, No. IPR2016-00006, bates numbered UTC_WAT00645849-UTC_WAT00645905 |
| 9 | Excerpted Transcript from the June 4, 2021 Markman Hearing in *United Therapeutics Corp. v. Liquidia Techs, Inc.,* Case No. 20-755 |
| 10 | Excerpted Transcript from the September 17, 2021 Deposition of Hitesh Batra, Ph.D., in *United Therapeutics Corp. v. Liquidia Techs, Inc.,* Case No. 20-755 |

| 11 | Excerpted Transcript from the September 14, 2021 Deposition of Sudersan Tuladhar, Ph.D., in *United Therapeutics Corp. v. Liquidia Techs, Inc.,* Case No. 20-755 |
|----|---|
| 12 | Tyvaso® Form FDA 3542 for U.S. Patent No. 9,593,066, bates numbered UTC_LIQ00201693-UTC_LIQ00201697 |
| 13 | Tyvaso® Form FDA 3542 for U.S. Patent No. 9,604,901, bates numbered UTC_LIQ00201698-UTC_LIQ00201702 |
| 14 | Tyvaso® Form FDA 3542 for U.S. Patent No. 8,497,393, bates numbered UTC_WAT_00275271-UTC_WAT_00275274 |
| 15 | Orange Book listing of Tyvaso®, available at https://www.accessdata.fda.gov/scripts/cder/ob/patent_info.cfm?Product_No=001&Appl_No=022387&Appl_type=N (last visited January 7, 2022), bates numbered LIQ02821338-LIQ02821339 |
| 16 | *United Therapeutics Announces Decision From Patent Trial And Appeal Board And Issuance Of New Patents,* PRNEWSWIRE (Mar. 31, 2017), available at https://www.prnewswire.com/news-releases/united-therapeutics-announces-decision-from-patent-trial-and-appeal-board-and-issuance-of-new-patents-300432711.html, bates numbered LIQ02821336-LIQ02821337 |
| 17 | First Amended Complaint (D.I. 49), entered June 21, 2016 in *United Therapeutics Corp. v. Watson Laboratories, Inc.*, C.A. No. 3:15cv-05723-PGS-LHG (D.N.J.), bates numbered LIQ02821353-LIQ02821369 |
| 18 | Chemistry, Manufacturing and Controls (CMC) Questions #1, 2 and 3, bates numbered UTC_OREN_00572118-UTC_OREN_00572132 |
| 19 | Excerpted Transcript from the April 15, 2021 Deposition of Robert R. Ruffolo, Ph.D., in *United Therapeutics Corp. v. Liquidia Techs, Inc.,* Case No. 20-755 |
| 20 | Declaration of Robert R. Ruffolo, Jr., Ph.D (Ex. 2022), entered July 6, 2016 in *SteadyMed Ltd. v. United Therapeutics Corp.*, No. IPR2016-00006, bates numbered UTC_WAT00640775-UTC_WAT00640812 |
| 21 | Excerpted Transcript from the February 10, 2021 Deposition of Rodolfo Pinal, Ph.D., (Ex. 1018), entered March 1, 2021 in *United Therapeutics Corp. v. Liquidia Techs, Inc.,* No. IPR2020-00770 |
| 22 | Declaration of Robert M. Williams, Jr., Ph.D (Ex. 2020), entered July 6, 2016 in *SteadyMed Ltd. v. United Therapeutics Corp.*, No. IPR2016-00006, bates numbered UTC_WAT00651824-UTC_WAT00651874 |

| 23 | August 24, 2016 Response to non-final Office Action in U.S. Patent No. 9,593,066 file history, bates numbered UTC_LIQ00003127-UTC_LIQ00003133 |
|---|---|
| 24 | August 11, 2016 Response to non-final Office Action in U.S. Patent No. 9,604,901 file history, bates numbered UTC_LIQ00006759-UTC_LIQ00006765 |
| 25 | November 30, 2016 Office Action in U.S. Patent No. 9,593,066 file history, bates numbered UTC_LIQ00003141-UTC_LIQ00003147 |
| 26 | October 19, 2016 Office Action in U.S. Patent No. 9,604,901 file history, bates numbered UTC_LIQ00006774-UTC_LIQ00006779 |
| 27 | July 21, 2014 Release Testing of Treprostinil (Batch No. 1100303) Certificate of Analysis, bates numbered UTC_LIQ00214670-UTC_LIQ00214671 |
| 28 | February 7, 2020 Release Testing of Treprostinil (Batch No. 1102109) Certificate of Analysis, bates numbered UTC_LIQ00264317-UTC_LIQ00264318 |
| 29 | Silver Spring Process Optimization Report for the Conversion of UT-15C Intermediate to UT-15 API (Treprostinil) - DEV-00194, bates numbered UTC_OREN_00844298-UTC_OREN_00844309 |
| 30 | Excerpted Transcript from the December 30, 2021 Deposition of F. Dean Toste, Ph.D., in *United Therapeutics Corp. v. Liquidia Techs, Inc.,* Case No. 20-755 |
| 31 | Reply Expert Report of F. Dean Toste, Ph.D submitted December 10, 2021 in *United Therapeutics Corp. v. Liquidia Techs, Inc.,* Case No. 20-755 |
| 32 | Excerpted Transcript from the January 4, 2022 Deposition of Colin Nuckolls, Ph.D., in *United Therapeutics Corp. v. Liquidia Techs, Inc.,* Case No. 20-755 |
| 33 | Comparison of Claim 1 of U.S. Patent Nos. 9,593,066, 9,604,901, and 8,497,393 |
| 34 | Excerpted Transcript from the January 14, 2022 Deposition of Mahdi Fawzi, Ph.D., in *United Therapeutics Corp. v. Liquidia Techs, Inc.,* Case No. 20-755 |
| 35 | Excerpted Transcript from the September 14, 2021 Deposition of David Walsh, Ph.D., in *United Therapeutics Corp. v. Liquidia Techs, Inc.,* Case No. 20-755 |
| 36 | Excerpted Transcript from the April 15, 2021 Deposition of Robert R. Ruffolo, Ph.D., in *United Therapeutics Corp. v. Liquidia Techs, Inc.,* Case No. 20-755 |
| 37 | Raw Material Specification (RMS) No. RMS-031, bates numbered LIQ02798133-LIQ02798162 |
| 38 | Excerpted Transcript from the January 19, 2022 Deposition of Hugh Smyth, Ph.D., in *United Therapeutics Corp. v. Liquidia Techs, Inc.,* Case No. 20-755 |

| | |
|---|---|
| **39** | Shipping Labels, Certificates of Analysis, and Safety Data Sheets for Treprostinil Diolamine, Treprostinil (Batch No. 1102109), and Treprostinil Sodium, bates numbered UTC_LIQ00264302-UTC_LIQ00264330 |
| **40** | Disposition Record, Certificate of Analysis, and Batch Record for Treprostinil (Batch No. 1102109), bates numbered UTC_LIQ00262040-UTC_LIQ00262087 |
| **41** | Comparison of Claim 1 of U.S. Patent No. 8,497,393 and Claim 8 of U.S. Patent No. 9,593,066 and 9,604,901 |
| **42** | Defendant's Preliminary Invalidity Contentions served November 13, 2020 in *United Therapeutics Corp. v. Liquidia Techs, Inc.,* Case No. 20-755 (pages 1, 115-119) |
| **43** | Defendant's First Supplemental Invalidity Contentions served September 28, 2021 in *United Therapeutics Corp. v. Liquidia Techs, Inc.,* Case No. 20-755 (pages 49-50, 114-115) |
| **44** | Order regarding Motions in Limine (D.I. 343), entered January 14, 2022 in *Trs. of the Univ. of Pa. v. Eli Lilly & Co.*, No. 2:15-cv-06133-PD (E.D. Pa. Jan. 14, 2022) |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 23, 2022.

*/s/ Kyung Taeck Minn*

Kyung Taeck Minn