## Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Michael J. Flynn**
(302) 351-9661
mflynn@morrisnichols.com

Originally Filed: February 16, 2022
Redacted Version Filed: February 23, 2022

The Honorable Jennifer L. Hall  *Via E-Filing*
United States District Court for the District of Delaware
844 N. King Street  REDACTED - PUBLIC VERSION
Wilmington, DE 19801

    Re: *United Therapeutics Corp. v. Liquidia Techs., Inc.*, C.A. No. 20-755-RGA-JLH

Dear Judge Hall:

    UTC writes in response to Liquidia's belated request for a '793 patent Form FDA 3542. D.I. 305.

    After considering Liquidia's letter, in the interest of compromise, and to avoid requiring the Court resolve another dispute between the parties, UTC recently produced all Forms 3542 for Tyvaso® regarding the '793 patent. Thus, this dispute is moot, and UTC believes the telephone conference scheduled for tomorrow can be taken off calendar. D.I. 302.

    UTC disagrees with many of the assertions in Liquidia's letter, but as this dispute is moot, declines to address them at this time.

Respectfully,

/s/ Michael J. Flynn

Michael J. Flynn (#5333)
*Counsel for United Therapeutics Corp.*

cc:    Clerk of the Court
       All counsel of record