IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> LIQUIDIA TECHNOLOGIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 20-755 (RGA) (JLH) ) ) ) ) ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiff's Motion in Limine No. 1* (D.I. 323) and (2) *Plaintiff's Motion in Limine No. 2* (D.I. 325) were caused to be served on February 28, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire <br> Jeff Castellano, Esquire <br> Nathan R. Hoeschen, Esquire <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> *Attorneys for Defendant Liquidia Technologies, Inc.* | VIA ELECTRONIC MAIL |
| Sanya Sukduang, Esquire <br> Jonathan Davies, Esquire <br> Douglas W. Cheek, Esquire <br> Adam Pivovar, Esquire <br> COOLEY LLP <br> 1299 Pennsylvania Avenue, NW, Suite 700 <br> Washington, DC 20004-2400 <br> *Attorneys for Defendant Liquidia Technologies, Inc.* | VIA ELECTRONIC MAIL |

Erik Milch, Esquire                                        VIA ELECTRONIC MAIL
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA  20190-5640
*Attorneys for Defendant Liquidia*
*Technologies, Inc.*

Ivor Elrifi, Esquire                                        VIA ELECTRONIC MAIL
COOLEY LLP
55 Hudson Yards
New York, NY  10001-2157
*Attorneys for Defendant Liquidia*
*Technologies, Inc.*

Lauren Krickl, Esquire                                     VIA ELECTRONIC MAIL
Deepa Kannappan, Esquire
Brittany Cazakoff, Esquire
Kyung Taeck Minn, Esquire
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
*Attorneys for Defendant Liquidia*
*Technologies, Inc.*

                                                             MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:                                                */s/ Michael J. Flynn*

William C. Jackson                                         Jack B. Blumenfeld (#1014)
GOODWIN PROCTER LLP                                        Michael J. Flynn (#5333)
1900 N Street NW                                           1201 North Market Street
Washington, DC 20036                                       P.O. Box 1347
(202) 346-4216                                             Wilmington, DE  19899
                                                           (302) 658-9200
Huiya Wu                                                   jblumenfeld@morrisnichols.com
GOODWIN PROCTER LLP                                        mflynn@morrisnichols.com
620 Eighth Avenue
New York, NY 10018                                         *Attorneys for Plaintiff United Therapeutics*
(212) 813-8800                                             *Corporation*

Harrison Gunn
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

2

Bill Ward
BOIES SCHILLER FLEXNER LLP
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017
(213) 995-5745

Douglas Carsten
Art Dykhuis
Jiaxiao Zhang
Katherine Pappas
Mandy H. Kim
MCDERMOTT WILL & EMERY LLP
18565 Jamboree Road, Suite 250
Irvine, CA 92615
(949) 851-0633

Adam W. Burrowbridge
Joshua Revilla
Timothy M. Dunker
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street
Washington, DC 20001-1531
(202) 756-8797

Amy Mahan
MCDERMOTT WILL & EMERY LLP
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
(617) 535-4000

March 1, 2022