IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 20-755-RGA-JLH<br>) |
| LIQUIDIA TECHNOLOGIES, INC., | )<br>) |
| Defendant. | ) |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for Defendant Liquidia Technologies, Inc. to file an answering brief in opposition to Plaintiff's Motion for Presumption Under 35 U.S.C. § 295 (D.I. 311) is extended through and including March 11, 2022.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| /s/ Sarah E. Simonetti | /s/ Nathan R. Hoeschen |
| Jack B. Blumenfeld (#1014) | Karen E. Keller (#4489) |
| Michael J. Flynn (#5333) | Nathan R. Hoeschen (#6232) |
| Sarah E. Simonetti (#6698) | I.M. Pei Building |
| 1201 North Market Street | 1105 North Market Street, 12th Floor |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 298-0700 |
| (302) 658-9200 | kkeller@shawkeller.com |
| jblumenfeld@morrisnichols.com | nhoeschen@shawkeller.com |
| mflynn@morrisnichols.com | |
| ssimonetti@morrisnichols.com | *Attorneys for Defendant Liquidia Technologies, Inc.* |
| *Attorneys for Plaintiff United Therapeutics Corporation* | |

Dated: March 1, 2022

2

**SO ORDERED** this \_\_\_\_\_ day of March, 2022.

_____
*J.*