IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 20-755 (RGA) (JLH)<br>) |
| LIQUIDIA TECHNOLOGIES, INC., | )<br>) |
| Defendant. | ) |

## STIPULATION TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the time to submit proposed public versions of United Therapeutics Corporation's Opening Brief in Support of its Motion for Presumption under 35 U.S.C. § 295 and accompanying papers (D.I. 312-315) is extended through and including March 8, 2022.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| /s/ Sarah E. Simonetti | /s/ Nathan R. Hoeschen |
| Jack B. Blumenfeld (#1014) | Karen E. Keller (#4489) |
| Michael J. Flynn (#5333) | David M. Fry (#5486) |
| Sarah E. Simonetti (#6698) | Nathan R. Hoeschen (#6232) |
| 1201 North Market Street | I.M. Pei Building |
| P.O. Box 1347 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 298-0700 |
| jblumenfeld@morrisnichols.com | kkeller@shawkeller.com |
| mflynn@morrisnichols.com | dfry@shawkeller.com |
| ssimonetti@morrisnichols.com | nhoeschen@shawkeller.com |
| *Attorneys for Plaintiff United Therapeutics Corporation* | *Attorneys for Defendant Liquidia Technologies, Inc.* |

March 1, 2022

**SO ORDERED** this _____ day of March, 2022.

_____
                                                                *J.*