IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No. 20-755-RGA |
| LIQUIDIA TECHNOLOGIES, INC., | : : | |
| Defendant. | : | |

**ORDER AFTER PRETRIAL CONFERENCE**

Now, this 4th day of March, 2022, after a pretrial conference, and upon consideration of the proposed pretrial order (D.I. 322) and the discussion at the pretrial conference, IT IS HEREBY ORDERED that:

1. The Proposed Pretrial Order is **ADOPTED** as modified by any discussion at the pretrial conference. The parties were requested to submit a revised pretrial order by the end of next week.

2. A bench trial will begin on March 28, 2022, at 8:30 a.m. Each party should be prepared to present its case until 5:00 p.m. of each trial day, although the end of the trial day may, in the discretion of the Court, be earlier than 5:00 p.m.

3. The trial is timed. Each side is allowed **10 ½ hours** for its opening statement and its direct and cross-examination of witnesses. Time during the trial day that does not neatly fit into one of those categories will be attributed to one side or the other as the Court thinks most appropriate. The amount of time allowed for closing argument (scheduled for March 31st at 8:30 a.m.) will be decided during trial.

4. Trial counsel are to be present and ready to proceed at 8:15 a.m. each and every day of trial.  **COUNSEL SHOULD UNDERSTAND THAT THERE MAY BE LONG LINES (PARTICULARLY WHEN A JURY IS BEING SELECTED) TO ENTER THE COURTHOUSE AND SHOULD PLAN ACCORDINGLY.**  There will be up to an hour for lunch and a fifteen-minute break in both the morning and the afternoon.

5. The motions in limine are separately resolved.

6. Any trial logistics should be coordinated through the Courtroom Deputy.

/s/ Richard G. Andrews  
United States District Judge
