Originally Filed: February 22, 2022
Redacted Version Filed: March 8, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED THERAPEUTICS CORPORATION, ) ) ) Plaintiff, ) ) v. ) ) LIQUIDIA TECHNOLOGIES, INC., ) ) Defendant. ) | C.A. No. 20-755 (RGA) REDACTED - PUBLIC VERSION |

**DECLARATION OF MICHAEL J. FLYNN IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRESUMPTION UNDER 35 U.S.C § 295**

I, Michael Flynn, declare as follows:

1. I am an attorney at Morris, Nichols, Arsht & Tunnell LLP in Wilmington, Delaware, and counsel for Plaintiff United Therapeutics Corporation in this action. This declaration is made on my personal knowledge and belief, and I could and would testify competently as to the contents if called as a witness.

2. Attached to this declaration are true and correct copies of the following documents:

| Exhibit | Description |
|---|---|
| A | Annotated '066 Claims |
| B | Opening Expert Report of UTC's Expert, Colin Nuckolls, Ph.D., Regarding Infringement |
| C | Reply Report of UTC's Expert, Colin Nuckolls, Ph.D., Regarding Infringement |
| D | Excerpts from Deposition Transcript of Todd Battistoni dated October 7, 2021 |
| E | UTC's First Set of Request for Production to Liquidia |
| F | Deficiency Letter from A. Dykhuis dated 11/18/2020 |
| G | Email exchange regarding samples dated 11/18/2020-2/1/2021 |

| | |
|---|---|
| H | Liquidia Counsel D. Check responsive letter |
| I | UTC's Second Set of Interrogatories to Liquidia |
| J | Liquidia's Initial Responses to UTC's Second Set of Interrogatories |
| K | Liquidia's Supplemental Response to UTC's Second Set of Interrogatories |
| L | Liquidia's Response to UTC's Fourth Set of Interrogatories |
| M | UTC's Second Set of Requests for Production to Liquidia |
| N | Email exchange between regarding Liquidia's document production dated 3/29/2021-4/27/2021 |
| O | UTC's Third Set of Interrogatories to Liquidia |
| P | Liquidia Response to UTC's Third Set of Interrogatories |
| Q | Email exchange regarding draft declaration of no corporate knowledge of 30(b)(6) topics 9/10/21-10/21/21 |
| R | Proposed Declaration |
| S | Sukduang Letter dated 10/8/21 |
| T | Excerpted Deposition Transcript of Jeffrey Kindig 10/29/21 |
| U | Subpoena and Notice of LGM Deposition |
| V | Deposition Transcript of LGM Corporate Representative |
| W | Liquidia Production of Yonsung Documents 1/7/2022 |
| X | Translation of 1/7/2022 Production delivered 1/21/2022 |
| Y | [redacted] |
| Z | [redacted] |

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 22nd day of February, 2022, in Wilmington, Delaware.

*/s/ Michael J. Flynn*
Michael J. Flynn (#5333)

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 8, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Jeff Castellano, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | VIA ELECTRONIC MAIL |
| Sanya Sukduang, Esquire<br>Jonathan Davies, Esquire<br>Douglas W. Cheek, Esquire<br>Adam Pivovar, Esquire<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC  20004-2400<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | VIA ELECTRONIC MAIL |
| Erik Milch, Esquire<br>COOLEY LLP<br>11951 Freedom Drive, 14th Floor<br>Reston, VA  20190-5640<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | VIA ELECTRONIC MAIL |
| Ivor Elrifi, Esquire<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY  10001-2157<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | VIA ELECTRONIC MAIL |

Lauren Krickl, Esquire                                                                                       *VIA ELECTRONIC MAIL*
Deepa Kannappan, Esquire
Brittany Cazakoff, Esquire
Kyung Taeck Minn, Esquire
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
*Attorneys for Defendant Liquidia*
*Technologies, Inc.*


                                                            */s/ Sarah E. Simonetti*
                                                            _____
                                                            Sarah E. Simonetti (#6698)