IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 20-755 (RGA) (JLH) ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) ) |
| Defendant. | ) |

## STIPULATION TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the time to submit proposed public versions of Amended Exhibits 10 and 11 to Joint Pretrial Order (D.I. 333) and Exhibits to Defendant's Motion in Limine (D.I. 332) is extended through and including March 18, 2022.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| /s/ Sarah E. Simonetti | /s/ Nathan R. Hoeschen |
| Jack B. Blumenfeld (#1014) | Karen E. Keller (#4489) |
| Michael J. Flynn (#5333) | Nathan R. Hoeschen (#6232) |
| Sarah E. Simonetti (#6698) | I.M. Pei Building |
| 1201 North Market Street | 1105 North Market Street, 12th Floor |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 298-0700 |
| (302) 658-9200 | kkeller@shawkeller.com |
| jblumenfeld@morrisnichols.com | nhoeschen@shawkeller.com |
| mflynn@morrisnichols.com | |
| ssimonetti@morrisnichols.com | *Attorneys for Defendant Liquidia Technologies, Inc.* |
| *Attorneys for Plaintiff United Therapeutics Corporation* | |

March 10, 2022

**SO ORDERED** this _____ day of March, 2022.

_____
*J.*