IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIQUIDIA TECHNOLOGIES, INC., )<br>)<br>Defendant. ) | C.A. No. 20-755-RGA-JLH |

**STIPULATION TO EXTEND TIME**

The parties hereby stipulate and agree, subject to the approval of the Court, that the time to submit proposed public versions of Brief in Opposition to Plaintiff's Motion for Presumption Under 35 U.S.C. § 295 (D.I. 343) and Supporting Declaration of Douglas Cheek, both volumes (D.I. 344 and 345) is extended by one week through and including March 22, 2022.

| | |
|---|---|
| */s/ Sarah E. Simonetti* | */s/ Emily S. DiBenedetto* |
| Jack B. Blumenfeld (No. 1014) | Karen E. Keller (No. 4489) |
| Michael J. Flynn (No. 5333) | Nathan R. Hoeschen (No. 6232) |
| Sarah E. Simonetti (No. 6698) | Emily S. DiBenedetto (No. 6779) |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| 1201 North Market Street | I.M. Pei Building |
| P.O. Box 1347 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 298-0700 |
| jblumenfeld@morrisnichols.com | kkeller@shawkeller.com |
| mflynn@morrisnichols.com | nhoeschen@shawkeller.com |
| ssimonetti@morrisnichols.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

Dated: March 15, 2022

SO ORDERED this _____ day of March, 2022.

                                                            _____
                                                               United States District Judge