IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )   C.A. No. 20-755-RGA-JLH |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) ) |
| Defendant. | ) |

**STIPULATION AND ORDER**

WHEREAS, in this action, Plaintiff United Therapeutics Corporation ("UTC") currently asserts claims 1-3, 6, and 8-9 of U.S. Patent No. 9,593,066 ("the '066 patent") and claims 1, 4, and 6-8 of U.S. Patent No. 10,716,793 ("the '793 patent");

WHEREAS, UTC previously asserted claims 1-4 and 6-8 of U.S. Patent No. 9,604,901 ("the '901 patent");

WHEREAS, on November 23, 2021, the Court construed the term "contacting the solution comprising treprostinil from step (b) with a base to form a salt of treprostinil" in claims 1 and 8 of the '901 patent to mean "contacting the solution comprising treprostinil from step (b) with a base to form a salt of treprostinil, wherein the salt is formed without isolation of treprostinil after alkylation and hydrolysis" (D.I. 245);

WHEREAS, on December 28, 2021, UTC stipulated and agreed to the entry of a partial judgment of non-infringement of the asserted claims of the '901 patent (D.I. 276);

WHEREAS, on January 3, 2022, the Court ordered the entry of the partial judgment of non-infringement of the asserted claims of the '901 patent (D.I. 278);

1

WHEREAS, UTC has preserved its argument on appeal for a different construction of the term "contacting the solution comprising treprostinil from step (b) with a base to form a salt of treprostinil" in claims 1 and 8 of the '901 patent (D.I. 278);

WHEREAS, Defendant Liquidia Technologies, Inc. ("Liquidia") reserves the right and the parties agree that Liquidia may present evidence at a future trial of non-infringement and invalidity of the asserted claims of the '901 patent in the event that UTC prevails in any appeal of this Court's construction of the term "contacting the solution comprising treprostinil from step (b) with a base to form a salt of treprostinil" in claims 1 and 8 of the '901 patent;

WHEREAS, to streamline the issues to be tried at this time in this case, the parties stipulate to the following:

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

In view of the entry of a partial judgment of non-infringement of the asserted claims of the '901 patent in this case, Liquidia will not present evidence of non-infringement and invalidity of the asserted claims of the '901 patent at the trial in this case scheduled to begin on March 28, 2022;

Liquidia expressly reserves and does not waive its ability to present evidence of non-infringement and invalidity of the claims of the '901 patent at a future trial in the event that UTC prevails in any appeal of this Court's construction of the term "contacting the solution comprising treprostinil from step (b) with a base to form a salt of treprostinil" in claims 1 and 8 of the '901 patent. (D.I. 245).

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Sarah E. Simonetti*
Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
Sarah E. Simonetti (#6698)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com
ssimonetti@morrisnichols.com

*Attorneys for Plaintiff United Therapeutics Corporation*

Dated: March 16, 2022

SHAW KELLER LLP

*/s/ Nathan R. Hoeschen*
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant Liquidia Technologies, Inc.*

SO ORDERED on this  17th  day of  March , 2022

      /s/ Richard G. Andrews
      Hon. Richard G. Andrews