IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 20-755 (RGA) |
| v. | ) ) | **REDACTED - PUBLIC VERSION** |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) | |

## PROPOSED JOINT PRETRIAL ORDER

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Plaintiff United Therapeutics Corporation*

SHAW KELLER LLP
Karen E. Keller (No. 4489)
Jeff Castellano (No. 4837)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 298-0702
kkeller@shawkeller.com
jcastellano@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant
Liquidia Technologies, Inc.*

**Original Filing Date: February 28, 2022**
**Redacted Filing Date: March 18, 2022**

## TABLE OF CONTENTS

I.     NATURE OF THE CASE AND PLEADINGS ................................................................. 1

     A.    United Therapeutics ................................................................. 1

     B.    Liquidia ................................................................. 1

     C.    Pleadings and Orders ................................................................. 2

II.    JURISDICTION AND STANDING ................................................................. 3

III.   UNCONTESTED FACTS ................................................................. 3

IV.   CONTESTED FACTS ................................................................. 3

V.    ISSUES OF LAW ................................................................. 4

VI.   EXHIBITS ................................................................. 4

     A.    Demonstrative Exhibits ................................................................. 6

     B.    Trial Exhibits ................................................................. 8

VII.   WITNESSES ................................................................. 9

VIII.  BRIEF STATEMENT OF INTENDED PROOFS ................................................................. 13

IX.   DESIRED AMENDMENTS TO THE PLEADINGS ................................................................. 13

X.    CERTIFICATION OF SETTLEMENT DISCUSSIONS ................................................................. 13

XI.   MOTIONS IN LIMINE AND DAUBERT MOTIONS ................................................................. 13

XII.   MISCELLANEOUS ISSUES ................................................................. 14

     A.    Damages ................................................................. 14

     B.    Trial Parameters ................................................................. 15

     C.    Post-Trial Briefing ................................................................. 17

     D.    Order to Control Course of Action ................................................................. 17

     E.    Plaintiff's Additional Matters ................................................................. 17

          1.    Partial Judgment of Non-Infringement of the '901 Patent ................................................................. 17

          2.    Statutory Estoppel Regarding the '901 Patent ................................................................. 18

3.      Statutory Estoppel Regarding the '793 Patent ........................................... 19

4.      Statutory Presumption Pursuant to 35 U.S.C. § 295 ................................. 20

5.      UTC's Disclosure of Expert Opinions Concerning the Plain and
        Ordinary Meaning of Terms is Timely ...................................................... 22

6.      Dr. Roscigno and Dr. Seeger's Depositions ............................................. 23

7.      Liquidia Waived Its Right to Depose Mr. Bunce or Dr. Byrd ................. 23

F.      Defendant's Additional Matters ............................................................................. 24

1.      Partial Judgment of Non-Infringement of '901 Patent ............................ 24

2.      Motion for Summary Judgment ................................................................. 24

3.      Inter Partes Review Proceedings .............................................................. 24

4.      UTC's Belated Claim Construction Argument .......................................... 25

5.      Discovery ................................................................................................... 26

6.      Objections to Mr. Bunce and Dr. Byrd as UTC Witnesses ...................... 26

7.      Defendant's Response to Plaintiff's Additional Matters .......................... 27

**List of Exhibits to the Proposed Joint Pretrial Order** ............................................. 31

## I.      NATURE OF THE CASE AND PLEADINGS

1.      This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code, Sections 1100 *et seq.*, involving United States Patent Nos. 9,593,066 (the "'066 patent"), 9,604,901 (the "'901 patent"), and 10,716,793 (the "'793 patent") (collectively, the "Patents-in-Suit").  This action arises out of Defendant Liquidia Technologies, Inc.'s ("Liquidia" or "Defendant") submission of New Drug Application No. 213005 under § 505(b)(2) of the Federal Food, Drug and Cosmetic Act (the "505(b)(2) Application") to the United States Food and Drug Administration ("FDA") seeking approval to manufacture, market, and sell a dry powder formulation of treprostinil administered via inhalation using a dry powder inhaler ("Proposed Product").

### A.      United Therapeutics

2.      Plaintiff United Therapeutics Corporation ("Plaintiff" or "UTC"), is a corporation organized and existing under the laws of the State of Delaware and having a place of business at 1040 Spring Street, Silver Spring, Maryland 20910.  UTC is an innovative biotech company focused on the development and commercialization of products designed to address the needs of patients with chronic and life-threatening conditions.  UTC researches and develops treatments for cardiovascular and pulmonary diseases, pediatric cancers, and other orphan diseases.

### B.      Liquidia

3.      Liquidia is a corporation organized and existing under the laws of the State of Delaware, with a registered office at 51 Little Falls Drive, Wilmington, Delaware 19808, and a principal place of business at 419 Davis Drive, Suite 100, Morrisville, North Carolina 27560. Liquidia is an innovative pharmaceutical company that has utilized its own proprietary PRINT® technology to formulate treprostinil into a powder formulation that can be administered utilizing a

dry powder inhaler ("DPI") for the treatment of pulmonary arterial hypertension.

**C.    Pleadings and Orders**

4.    Plaintiff sued Defendant for infringement of the '066 and '901 patents on June 4, 2020 based on Defendant's submission of the 505(b)(2) Application to the FDA.  *See* D.I. 1.

5.    On July 16, 2020, Defendant filed an answer, affirmative defenses for, among other things, noninfringement and invalidity, and counterclaims seeking declaratory judgments that the '066 and '901 patents are invalid and not infringed.  *See* D.I. 11.

6.    On July 22, 2020, Plaintiff filed an amended complaint alleging infringement of the '793 patent in addition to the '066 and '901 patents based on Defendant's submission of the 505(b)(2) Application to the FDA.  *See* D.I. 16.

7.    On August 5, 2020, Defendant filed an answer and affirmative defenses for, among other things, non-infringement and invalidity to Plaintiff's amended complaint and counterclaims seeking a declaratory judgment that the Patents-in-Suit are invalid and/or not infringed.  *See* D.I. 23.

8.    On November 17, 2020, Plaintiff filed an answer to Defendant's counterclaims. *See* D.I. 48.

9.    On June 4, 2021, Plaintiff filed a motion to file a second amended complaint, *see* D.I. 109, which the Court denied on November 17, 2021, *see* D.I. 238.

10.    The Court issued an Order on claim construction on June 16, 2021, construing three terms involving the '066 and '901 patents.  D.I. 119.  Following additional briefing, the Court issued a second Order on claim construction on November 18, 2021, construing two more terms in the '901 patent.  D.I. 241.

11.    On December 28, 2021, based on the Court's construction of the term "contacting

the solution comprising treprostinil from step (b) with a base to form a salt of treprostinil in claims 1 and 8 the '901 patent, Plaintiff filed a stipulation agreeing to the entry of a partial judgment of noninfringement of the '901 patent under the Court's construction of that term, while preserving its appellate rights, *see* D.I. 276 at 1, which the Court granted on January 3, 2022, *see* D.I. 278.

## II.   JURISDICTION AND STANDING

12.   For purposes of this action, no party contests personal jurisdiction in this Court.

13.   For purposes of this action, no party contests venue in this Court.

14.   For purposes of this action, Plaintiff has standing as the lawful owner of the Patents-in-Suit by assignment of all right, title and interest in and to the Patents-in-Suit, including the right to bring infringement suits thereon, and Defendant does not dispute Plaintiff's standing.  Defendant agrees that Plaintiff need not present proof of this at trial.

## III.   UNCONTESTED FACTS

15.   The parties stipulate to and admit the facts listed in Exhibit 1. These uncontested facts require no proof at trial and will become part of the evidentiary record in this case.

## IV.   CONTESTED FACTS

16.   Plaintiff's statement of issues of fact that remain to be litigated is attached as Exhibit 2.

17.   Defendant's statement of issues of fact that remain to be litigated is attached as Exhibit 3.

18.   If any statement in a party's statement of issues of fact that remain to be litigated should properly be considered an issue of law, then such statement shall be so considered as an issue of law.

## V.   ISSUES OF LAW

19.    Plaintiff's statement of issues of law that remain to be litigated is attached as Exhibit 4.

20.    Defendant's statement of issues of law that remain to be litigated is attached as Exhibit 5.

21.    If any statement in a party's statement of issues of law that remain to be litigated should properly be considered an issue of fact, then such statement shall be so considered as an issue of fact.

## VI.   EXHIBITS

22.    The list of pre-marked trial exhibits that may be offered by Plaintiff, including Defendant's objections thereto, is attached as Exhibit 10.  Plaintiff's trial exhibits will be identified with PTX numbers, and Plaintiff's demonstratives will be identified with PDX numbers.

23.    The list of pre-marked trial exhibits that may be offered by Defendant, including Plaintiff's objections thereto, is attached as Exhibit 11.  Defendant's trial exhibits will be identified with DTX numbers, and Defendant's demonstrative exhibits will be identified with DDX numbers.

24.    The joint list of pre-marked trial exhibits that may be offered by any party is attached as Exhibit 12.  The parties' joint trial exhibits will be identified by JTX numbers.

25.    The parties shall meet and confer in good faith to agree to a single set of translated documents for trial.

26.    Plaintiff and Defendant each reserves the right to offer exhibits set forth on the other party's exhibit list, even if not set forth on its own exhibit list, except that the offering party reserves the right to raise objections to the use of the exhibit by the opposing party.  All objections to such exhibits are preserved.  The parties shall not remove a document once it has been added to

the party's exhibit list without agreement from the other party, unless it provides the other party the opportunity to add the document to its exhibit list.

27.     Supplementation of exhibits lists will be permitted until after the pre-trial conference and this order has been accepted and signed by the Court after which further supplementation of exhibits shall only be permitted with good cause shown or by agreement of the parties.

28.     Exhibits to which no objection has been made that are offered into evidence at trial are received in evidence by operation of this Order, without any need for further foundation testimony, provided they are used with a witness whether appearing live or by deposition.  Any exhibit, once admitted, may be used equally by each party, except that nothing herein shall be construed as a stipulation or admission that the document is entitled to any weight in deciding the merits of this case.  Statements by a party opponent from any interrogatory responses, or other discovery responses, or pleadings may also be read into the record at trial.

29.     Except for exhibits to be used solely for purposes of impeachment, Exhibits 10, 11, and 12 comprise the exhibits that may be introduced at trial.  All documents, whether offered on direct or cross-examination, must be included on a trial exhibit list to be admitted into evidence and any document not listed in any of Exhibits 10, 11, and 12 will not be entered into evidence at trial, absent good cause shown.

30.     The parties stipulate to the authenticity of the documents listed in the attached exhibit lists unless such objections are specifically and expressly preserved therein.  The parties further agree that they will not dispute the authenticity of any document that was produced during discovery, which on its face appears to have been authored by an employee, officer or agent of the producing party in the ordinary course of business, and that such documents shall be deemed *prima*

*facie* authentic, subject to the right of the party against whom such a document is offered to adduce evidence to the contrary or to require the offering party to provide authenticating evidence if the opposing party has a reasonable basis to believe that the document is not authentic.  For the avoidance of doubt, Plaintiff will not object to documents produced by UTC on the basis of authenticity and Defendant will not object to documents produced by Liquidia, Yonsung, and LGM Pharma on the basis of authenticity.

31.     The parties reserve the right to object to the introduction into evidence of the documents and files referenced in the preceding paragraph (in whole or in part) on all other grounds, including the admissibility of these documents for reasons other than challenging their authenticity.

32.     The parties agree that any description or date for a document reflected on an exhibit list is provided for convenience only and shall not be used as an admission or otherwise as evidence regarding the content or date of the listed document or any other listed documents.

33.     Legible copies of documents may be offered and received into evidence to the same extent as an original.

**A.     Demonstrative Exhibits**

34.     The parties may use demonstrative exhibits, which do not need to be identified on their respective lists of trial exhibits.

35.     Each demonstrative exhibit shall identify by exhibit number and/or Bates number all trial exhibits that form the basis of the demonstrative exhibit.

36.     Demonstratives shall be submitted to the Court at the end of trial and included in the record for appeal.

37.     Each party will exchange PDF files or PPTX files of full color copies of

demonstrative trial exhibits by e-mail by 6:30 p.m. ET one (1) calendar day before they will be used at trial.  However, demonstrative exhibits to be used with opening statements should be exchanged via e-mail by 5:00 p.m. ET one (1) calendar day before the day opening statements are to be given. For video or animations, the party seeking to use the demonstrative will provide it to the other side in an appropriate electronic format to view the video or animation.  For irregularly sized physical exhibits, the party seeking to use the demonstrative will provide a color representation as a PDF of 8.5 x 11 copies of the exhibits.  For example, demonstrative trial exhibits intended for use at trial on Monday, March 28, 2022, would be exchanged by e-mail before 6:30 p.m. ET on Sunday, March 27, 2022, except the demonstrative exhibits intended for use with opening statements would be exchanged by e-mail before 5:00 p.m. ET on Sunday, March 27, 2022.  The parties do not need to exchange in advance any demonstrative exhibits that are used solely on cross-examination of a witness.

38.    The party receiving identification of demonstrative trial exhibits shall inform the party identifying the exhibits of any objections by 8:30 p.m. ET on the day of receipt, and the parties shall meet and confer as soon as possible thereafter but by no later than 9:30 p.m. ET to resolve such objections.  However, with respect to identification of demonstrative trial exhibits to be used with opening statements, the party receiving identification of such demonstrative trial exhibits shall inform the party identifying the exhibits of any objections by 7:30 p.m. ET on the day of receipt, and the parties shall meet and confer as soon as possible thereafter but by no later than 9:30 p.m. ET to resolve such objections.  Any unresolved objections shall be brought to the Court's attention for resolution no later than the start of the trial day on which the demonstrative exhibit is intended to be used.  The provisions in this and the two preceding paragraphs do not apply to demonstratives created during testimony or argument at trial or to demonstratives to be

used for cross examination, neither of which need to be provided to the other side in advance of their use.  In addition, highlighting, ballooning, arrowing, call-outs, excerpting, etc., of exhibits or parts of exhibits or testimony are not required to be provided to the other side in advance of their use.

**B.**     **Trial Exhibits**

39.     Each party will also provide by e-mail to opposing counsel a list of all exhibits (by exhibit number) a party intends to use in direct examination of non-adverse witnesses by 6:30 p.m. ET one (1) calendar day before they will be used at trial.  For example, a listing of all exhibits intended for use during direct examination of non-adverse witnesses on Monday, March 28, 2022, would be exchanged by e-mail before 6:30 p.m. ET on Sunday, March 26, 2022.

40.     The party receiving identification of exhibits intended for use in direct examination of non-adverse witnesses shall inform the party identifying the exhibits of any objections by 8:30 p.m. ET on the day after receipt, and the parties shall meet and confer as soon as possible thereafter, but by no later than 9:30 p.m. ET on the day after receipt to resolve such objections.  Any unresolved objections shall be brought to the Court's attention for resolution no later than the start of the trial day on which the exhibit is intended to be used.

41.     Prior to the start of direct examination of a particular witness, the party conducting the direct examination will provide the other party with one (1) copy of binders containing all exhibits and demonstrative exhibits that they intend to use with that witness on direct examination and will provide all required copies to the Court.  The parties agree that this provision does not require advance disclosure of exhibits to be used to impeach or on cross-examination of any witness. However, prior to the start of the cross-examination of any witness, the parties agree to provide the other with one (1) copy of witness binders that contain all of the exhibits expected to

be used on cross-examination of that witness and will provide all required copies to the Court.

## VII.    WITNESSES

42.    Plaintiff's list of witnesses it may call live at trial and by deposition, together with Defendant's objections, is attached as Exhibit 6, and Exhibit 15 provides additional information on Plaintiff's experts' scientific specialties and qualifications.

43.    For witnesses that will appear by deposition, Plaintiff's list of deposition designations, Defendant's objections to such designations, Defendant's counter-designations, and Plaintiff's objections to such counter-designations is attached as Exhibit 8.

44.    Defendant's list of witnesses it may call live at trial and by deposition, together with Plaintiff's objections, is attached as Exhibit 7, and Exhibit 16 provides additional information on Defendant's experts' scientific specialties and qualifications.

45.    For witnesses that will appear by deposition, Defendant's list of deposition designations, Plaintiff's objections to such designations, Plaintiff's counter-designations, and Defendant's objections to such counter-designations is attached as Exhibit 9.

46.    The listing of a witness on a party's pre-trial witness list does not require that party to call that witness to testify, and does not necessarily mean that the listing party has the power to compel the live testimony of that witness.

47.    The parties are not permitted to recall fact witnesses to testify multiple times; an expert witness may testify separately if solely on each of infringement and invalidity.

48.    Any non-rebuttal witness not listed on Exhibits 6 and 7 will be precluded from testifying at trial absent good cause shown.  The parties reserve the right, however, to call one or more additional witnesses whose testimony is necessary to establish authenticity or admissibility of any trial exhibit, if the authenticity or admissibility of the exhibit is challenged by an opposing

party.

49.     The parties agree that each party may introduce any of its own affirmatively designated deposition testimony for a witness in response to the other party's deposition designations for that same witness.  The parties may not introduce deposition designations, or counter-designations or provide new objections to listed designations or counter-designations that are not included in this Order except for good cause shown or by agreement of the parties.  The parties reserve the right, however, to add deposition designations solely to the extent necessary to establish authenticity or admissibility of any trial exhibit, if the authenticity or admissibility of the exhibit is challenged by an opposing party.

50.     The parties' witness lists represent the parties' good faith understanding and expectation about which witnesses are expected to be called live in person, or by deposition, at trial.  To the extent that a witness's circumstances change, or a witness otherwise becomes unavailable for trial, each party reserves the right to call that witness by deposition to the extent permitted under the Federal Rules of Civil Procedure and the Federal Rules of Evidence and subject to resolution of objections by the other party.

51.     Each party will, with its best good faith understanding, identify by e-mail to the opposing party the witnesses it intends to call, including rebuttal witnesses, the order in which witnesses will be called, and whether those witnesses will be called live or by deposition, by 6:30 p.m. ET two (2) calendar days before such witnesses will be called to testify.  The parties reserve the right to revise, in good faith, their witness identifications, including order, following the close of the other party's case-in-chief or rebuttal case.

52.     The other party will identify any objections to such witnesses via e-mail by 6:30 p.m. ET the following day, and the parties will meet and confer to resolve any objections by 9:30

p.m. ET that same evening.  If good faith efforts to resolve any objections fail, the objecting party

may bring its objections to the Court's attention prior to the witness being called to the witness

stand.  If later events cause the need to remove a witness from a party's witness list, the parties

agree to notify the other side as soon as possible.

53.     During adjournments in the trial including breaks during the trial and overnight, the

offering party may discuss with a witness his or her testimony on direct examination until the

witness is passed for cross-examination and cross-examination has commenced, but is prohibited

from discussing with the witness his or her testimony during cross-examination. Once cross-

examination of the witness is concluded and the witness is passed for re-direct examination, the

offering party may discuss with the witness his or her testimony on re-direct examination.

54.     Unless otherwise agreed to between the parties, the party offering deposition

testimony (other than for the purpose of impeachment) shall identify the deposition testimony to

be offered, i.e., transcript page and line numbers exchanged designations, by 6:30 p.m. ET at least

two (2) calendar days prior to the testimony being offered into the record.  The party receiving the

designations shall inform the opposing party of any objections and counter-designations by 6:30

p.m. ET one (1) calendar day prior to the testimony being offered into the record, and by 8:30 p.m.

ET that same day, the introducing party will identify any objections to the other party's counter-

designated testimony.  The parties shall meet and confer to resolve any objections to designated

testimony by 9:30 p.m. ET that same day to permit sufficient time to prepare any necessary

video/DVD of the testimony.  Any objections that cannot be resolved may be raised with the Court

at the Court's convenience before trial resumes on the day of the anticipated use.

55.     If applicable, a party's designation of a page and line from a particular transcript

shall be automatically deemed to include any errata indicated for that page and line in the attached

errata sheets.

56.   To the extent that deposition designations or counter-designations are admitted into evidence, they must either be played by video or read in open court.  If a party opts to introduce deposition testimony, any counter-designation of that same witness's testimony must be admitted in the same medium, and the testimony designated by both sides will be played or read consecutively in the sequence in which the testimony was originally given at deposition.  If an exhibit is referenced in a deposition designation, the exhibit is admitted into evidence if it is included on any party's trial exhibit list and is not otherwise objected to, subject to Section VI.

**[[Plaintiff's Proposal:]]**

A party may not affirmatively use deposition designations for a party's own officers and employees unless such party first satisfies a Fed. R. Evid. 804 hearsay exception.  A party may counter designate or counter-counter designate on as such testimony as necessary for purpose of completeness based on what the opposing party has designated.

**[[Defendant's Proposal:]]**

A party may use deposition designations for a party's own officer and employees without satisfying a Fed. R. Evid. 804 hearsay exception.

57.   To the extent deposition designations are read or played in open court, each side will be charged the time taken to read or play its designations (or counter-designations).  Specifically, any affirmative designations offered by a party will count against that party's trial presentation time whereas any counter-designations by the other party will count against the party who made the counter-designations.  The time charged for designations played by video will be measured by the proportion of the number of lines of testimony for its designations to the total number of lines of testimony read.  All irrelevant and redundant material, including colloquy

between counsel and objections, will be eliminated when the deposition is played or read at trial.

58.     The above procedures regarding deposition designations do not apply to portions of deposition transcripts and/or video of a witness used for impeachment or cross-examination of that witness.  Any deposition testimony of a witness may be used at trial for the purpose of impeachment of that witness, regardless of whether a party specifically identified that testimony on its list of deposition designations, if the testimony is otherwise competent for such purpose.

## VIII.   BRIEF STATEMENT OF INTENDED PROOFS

59.     In support of its claims and defenses relating to the infringement and validity of the Patents-in-Suit, and in addition to the facts not in dispute, Plaintiff expects to offer the proofs attached as Exhibit 13.

60.     In support of its claims and defenses relating to the noninfringement and invalidity of the Patents-in-Suit, and in addition to the facts not in dispute, Defendant expects to offer the proofs attached as Exhibit 14.

## IX.   DESIRED AMENDMENTS TO THE PLEADINGS

61.     Plaintiff and Defendant reserve the right to request amendment to the pleadings.

## X.   CERTIFICATION OF SETTLEMENT DISCUSSIONS

62.     The parties have engaged in good faith efforts to explore resolution of this case by settlement.  To date, no agreement has been reached between the parties.

## XI.   MOTIONS IN LIMINE AND DAUBERT MOTIONS

63.     Pursuant to the Scheduling Order, any motions *in limine* or *Daubert* motion briefing filed by the parties, including motions, oppositions, and replies, shall be filed with the Court concurrently with this Order.  D.I. 20, ¶¶ 10.b, 14.

64.      UTC's first motion *in limine* requests the Court preclude certain invalidity

arguments and improper evidence regarding invalidity of the '066 and '901 patents, including (1) treating U.S. Patent No. 8,497,393 ("the '393 patent") as prior art when it is not prior art as a matter of law, and (2) precluding invalidity grounds against the '901 patent under 35 U.S.C. § 315(e)(2).

65.     UTC's second motion *in limine* requests the Court preclude Liquidia from relying on two alleged prior art references because Liquidia lacks evidence proving these references are prior art "by others."  35 U.S.C. § 102(a).

66.     Liquidia's motion *in limine* requests that the Court preclude, based on collateral estoppel, UTC and its expert Dr. Mahdi Fawzi, from introducing certain opinions.

## XII.   MISCELLANEOUS ISSUES

### A.   Damages

67.     Plaintiff does not seek damages at this time, as there has been no commercial launch of Defendant's Proposed Product, but Plaintiff reserves the right to seek attorneys' fees, costs, and expenses pursuant to 35 U.S.C. § 285.   Plaintiff also reserves the right to seek damages if Defendant engages in the commercial manufacture, use, sale, offer to sell, and/or importation into the United States of the product that is the subject of Liquidia's 505(b)(2) New Drug Application and/or any applicable DMF before the expiration of the Patents-in-Suit, inclusive of any extension(s) and additional period(s) of exclusivity to which Plaintiff is or may become entitled. Plaintiff also may seek damages for any infringing conduct by or attributable to Defendant that falls outside of the 35 U.S.C. §271(e)(1) safe harbor.

68.     Defendant reserves the right to seek attorneys' fees, costs, and expenses pursuant to 35 U.S.C. § 285.

**B.     Trial Parameters**

69.     The bench trial in this case is scheduled to begin on March 28, 2022, with trial days

from 8:30 a.m. to 5:00 p.m. ET, and is currently scheduled for three days, subject to the Court's

availability.  D.I. 20 at 10.

70.     Plaintiff and Defendant have each been allotted 10.5 hours to present their

respective cases.  D.I. 20 at 10.

71.     This is a non-jury trial.

72.     Notwithstanding presentation of the orders of proof below, Plaintiff contends that

the '901 patent should not be litigated at this trial for the reasons described in Sections XII.E.1.-

2., *infra*.

73.     The following order of proof will apply at trial[1]:

**[[Plaintiff's Proposal:]]**

    a.  If Plaintiff's motion pursuant to § 295 (D.I. 311) is granted:

        i.  Opening statements, in the following order: Plaintiff then Defendant;

        ii.  Plaintiff will present its case-in-chief on infringement of the '793 patent;

        iii.  Defendant will present: its response in opposition to Plaintiff's case on infringement of the '793 patent; its case-in-chief on non-infringement of the '066 patent; and its case-in-chief on invalidity of the '066, '901, and '793 patents;

        iv.  Plaintiff will present: its response in opposition to Defendant's case on non-infringement of the '793 patent, its rebuttal on non-infringement of the '066 patent, and its response in opposition to Defendant's case on invalidity of the '066, '901, and '793 patents, including secondary considerations, if any.

        v.  Defendant will present its response in opposition to Plaintiff's secondary considerations evidence, if any.

---

[1] The parties, to the extent that scheduling conflicts arise, reserve the right to call one or more witnesses out of order from the order of proof described below.

    b. If Plaintiff's motion pursuant to § 295 (D.I. 311) is not granted before trial:

        i. Opening statements, in the following order: Plaintiff then Defendant;

        ii. Plaintiff will present its case-in-chief on infringement of the '066 and '793 patents;

        iii. Defendant will present its response in opposition to Plaintiff's case on infringement of the '066 and '793 patents, and its case-in-chief on invalidity of the '066, '901, and '793 patents;

        iv. Plaintiff will present its response in opposition to Defendant's case on invalidity of the '066, '901, and '793 patents, including secondary considerations, if any;

        v. Defendant will present its response in opposition to Plaintiff's secondary considerations evidence, if any.

**[[Defendant's Proposal:]]**

    a. Opening statements, in the following order[2]: Plaintiff then Defendant;

    b. Plaintiff will present its case-in-chief on infringement of the '066 and '793 patents;

    c. Defendant will present its response in opposition to Plaintiff's case on infringement of the '066 and '793 patents, and then its case-in-chief on invalidity of the '066, '901, and '793 patents;

    d. Plaintiff will present its response in opposition to Defendant's case on invalidity of the '066, '901, and '793 patents, including secondary considerations, if any;

    e. Defendant will present its response in opposition to Plaintiff's secondary considerations evidence, if any.

74. Closing arguments, if the Court is inclined to hear them, will be delivered on the date, at the time, and in the order the Court prefers.

**[[Plaintiff's Proposal:]]**

Any time used by a party for closing argument, if any, will not count against that party's 10.5 hours

---

[2] Plaintiff has filed a motion under 35 U.S.C. § 295 (D.I. 311). That motion will not be fully briefed by the March 4, 2022 pre-trial conference. To the extent the Court rules on Plaintiff's motion prior to trial, the parties will address whether the order of proof requires modification.

of trial time.

**[[Defendant's Proposal:]]**

Any time used by a party for closing arguments will count against that party's 10.5 hours of trial time.

75.     The Court has entered a Stipulated Protective Order to safeguard the confidentiality of certain of the parties' business and technical information, as well as that of third parties.  All outside counsel shall handle such protected information in accordance with the terms of the Protective Order and shall not disclose such Confidential Information to persons not authorized to view such information under the terms of the Protective Order.  Nonetheless, the presentation of evidence at trial shall take place in open court, unless a party specifically requests, and the Court agrees, that the Court be closed to the public during presentation of certain portions of the evidence.

**C.      Post-Trial Briefing**

76.     The parties will coordinate with the Court at the conclusion of trial to provide a post-trial briefing schedule.

**D.      Order to Control Course of Action**

77.     This Order shall control the subsequent course of the action, unless modified by the Court to prevent manifest injustice or for good cause shown.

**E.      Plaintiff's Additional Matters**

**1.      Partial Judgment of Non-Infringement of the '901 Patent**

78.     On January 3, 2022, the Court entered UTC's Stipulation of Partial Judgment of Non-Infringement as to all asserted claims of the '901 patent.  D.I. 278.

79.     Considering that UTC has stipulated to a Partial Judgment of Non-Infringement of the '901 patent, UTC believes that it would be a waste of the Court's and the parties' time and resources to litigate the validity of that patent.  As a result, UTC submits that the trial should not

involve invalidity claims or argument relating to the '901 patent.

### 2.   Statutory Estoppel Regarding the '901 Patent

80.    UTC objects to Liquidia's substantive briefing in the pretrial order.  The purpose of the pretrial order is to identify the scope of the matters and issues to be tried, not to provide substantive argument on matters in dispute.   Nevertheless, in light of Liquidia's substantive statements below, UTC provides the following response.

81.    The '901 patent was the subject of an IPR proceeding resulting in a final written decision ("FWD") by the Patent Trial and Appeal Board ("PTAB").  *Liquidia Techs., Inc.* v. *United Therapeutics Corp.*, IPR2020-00770 ("'901 IPR"), Paper No. 45 (Oct. 8, 2021).  The PTAB's FWD in the '901 IPR found claims 1-5, 8, and 9 unpatentable and found claims 6 and 7 not unpatentable.  *Id.* at 2. (Patent Owner (UTC) has requested rehearing regarding the claims found unpatentable, and that request remains pending.)  Pursuant to 35 U.S.C. § 315(e)(2), Liquidia may not assert any ground of invalidity in this litigation that it "raised or reasonably could have raised" during the '901 IPR.  Liquidia is therefore statutorily estopped from raising grounds of invalidity for any asserted claim that are premised upon, for example, the combination of the Moriarty and Phares alleged prior art references, or other grounds of invalidity that were raised or reasonably could have been raised in the '901 IPR.

82.    Precedent of this circuit and the plain language of 35 U.S.C. § 315(e)(2) are clear—statutory estoppel applies when there is a FWD; it is not limited to *unsuccessful* petitioners.  *See TrustID, Inc. v. Next Caller Inc.*, No. 18-172 (MN), 2021 WL 3015280, at *4 (D. Del. July 6, 2021); *Brit. Telecomms. PLC v. IAC*, C.A. No. 18-366-WCB, 2019 WL 4740156, at *8 (D. Del. Sept. 27, 2019); *Novartis Pharms. Corp. v. Par Pharm. Inc.*, C.A. No. 15-0078-RGA, 2019 WL 9343055, at *2 (D. Del. Apr. 11, 2019); *f'real Foods, LLC v. Hamilton Beach Brands, Inc.*, C.A. No. 16-41-CFC, 2019 WL 1558486, at *1-2 (D. Del. Apr. 10, 2019).  On its face, the text of

Section 315(e)(2)—the best indication of Congress' intent—is unambiguous and "makes no distinction between successful and unsuccessful grounds." *SiOnyx, LLC v. Hamamatsu Photonics K.K.*, 330 F. Supp. 3d 574, 600 (D. Mass. 2018) ("the statute makes no distinction between successful and unsuccessful grounds").  Liquidia avoids the plain language of Section 315(e)(2) because it precludes arguments Liquidia "raised or reasonably could have raised." *See Brit. Telecomms. PLC*, 2019 WL 4740156 at *8 ("any conclusion" will "limit[] the arguments").  Liquidia's "claim construction" argument is misplaced; the statute has no claim construction-based exception and is directed to "*any ground* that the petitioner raised or reasonably could have raised." 35 U.S.C. § 315(e)(2) (emphasis added).

### 3.     Statutory Estoppel Regarding the '793 Patent

83.     Liquidia chose to file a Petition for *inter partes* review of the '793 patent on January 7, 2021.  *Liquidia Techs., Inc.* v. *United Therapeutics Corp.*, IPR2021-00406 ("'793 IPR"), Paper No. 2 ("Petition").  The '793 patent is also currently the subject of an IPR that will result in a final written decision by the PTAB.  The PTAB instituted review of claims 1-8 of the '793 patent, *Liquidia Techs., Inc.* v. *United Therapeutics Corp.*, IPR2021-00406 ("'793 IPR"), Paper No. 18 (Aug. 11, 2021) (instituting review), and thus the '793 IPR is proceeding towards a hearing and an eventual FWD not later than August 11, 2022—well before expiration of the 30-month stay on October 24, 2022.

84.     Upon the issuance of a FWD, Liquidia will be estopped from asserting or maintaining any grounds of invalidity that were raised or reasonably could have been raised in the '793 IPR, even if the FWD follows the trial in this case. *Novartis Pharms.*, No. CV 14-1289-RGA, 2019 WL 9343055, at *3 (D. Del. Apr. 11, 2019).  Liquidia's IPR on the '793 patent that is running parallel to this litigation is an attempt to get two bites at the apple, runs counter to the policies behind IPRs, involves needless additional expenditures of time by the parties, and works against

judicial economy.  Liquidia should be estopped from asserting its '793 patent anticipation and obviousness arguments in the district court because they were raised or could have been raised in the '793 IPR.  As another independent reason, excluding anticipation and obviousness from this trial favors judicial economy.  Liquidia maintains IPR2021-00406; whether Liquidia prevails or fails in its attempt to contest the validity of the '793 patent, statutory estoppel will apply either way, rendering this Court's consideration of the '793 patent unnecessary.

### 4. Statutory Presumption Pursuant to 35 U.S.C. § 295

85.     Plaintiff is entitled to a presumption that the importation, sale, offer for sale, or use of the treprostinil sodium purchased or to be purchased from Yonsung and provided to Liquidia is made from the process claimed in the '066 patent.  *See* 35 U.S.C. § 295.  As shown by Plaintiff's experts' opinions, record evidence, and its Section 295 motion (D.I. 311), and as will be shown at trial if necessary, there is a substantial likelihood that the treprostinil sodium obtained by Liquidia from Yonsung was made by the process claimed in the '066 patent.  Plaintiff has also made more than reasonable efforts to determine the process actually used in the production.  Thus, the burden of establishing that the treprostinil sodium was not made by the claimed process shall be on Defendant.

86.     Liquidia's response is misleading.  For example, even if true, the fact that "Yonsung is not in possession of samples of certain intermediates" further *supports* UTC's showing that it "made a reasonable effort to determine the process actually used in the production of the product and was unable to so determine."  35 U.S.C. § 295; *see also Dasso Int'l, Inc. v. MOSO N. Am., Inc.*, No. CV 17-1574-RGA, 2021 WL 4427168, at *6 (rejecting argument that burden should not be shifted because "MOSO did not have responsive documents to produce" reasoning that the "evidence only shows that Plaintiffs' efforts were unsuccessful, not that they were insufficient to meet the reasonableness requirement").  As UTC's experts explained, intermediate samples would

have provided information on Yonsung's actual manufacturing process with respect to impurities in the precursor intermediates.  D.I. 314.  This information, which Liquidia asserts is necessary to prove infringement, was not within the Court's discovery powers.  Liquidia's argument relies on an unnatural reading of the claims.  Nevertheless, UTC's experts account for Liquidia's position and still show a substantial likelihood of infringement.  Liquidia suggests that UTC must be unable to determine the *entire* process to establish Section 295 relief.  Liquidia's position however, is not supported by the statute or cases which require patentees show a *substantial likelihood* of infringement.  Liquidia's attempt to use evidence of infringement to thwart the application of Section 295 flips the statute on its head.  As shown in its motion, neither the DMF nor the incomplete documents available are sufficient to determine the actual manufacturing processes and storage conditions used by Yonsung to make Liquidia's Proposed Product.

87.     Liquidia's additional assertions are equally misleading.  The '901 patent has distinct claims and this Court issued a claim construction impacting only the '901 patent.  Information about UTC's embodiments are not relevant to the question of whether UTC can determine the accused process.  Similarly, Liquidia's assertion that Dr. Nuckolls relied on erroneous translations is a red herring. His opinions rely on accurate translations from 2017 that did not mention control of storage temperature and included some real-world storage temperature measurements indicating storage at ███████████ during certain points in the process, not documents concerning *intended* storage at ███████████ .  In Liquidia's incorrect view, the "actual" process does not matter; only the intended process matters.  Left with nothing more, Liquidia resorts to the argument that "Yonsung's process does not result in an infringing product," but Liquidia did not move for summary judgment of non-infringement because no documents establish the "actual" process used to make the accused product, *see*, *e.g.*, D.I. 311, § VI(A)(1),

much less one that is non-infringing.

### 5.    UTC's Disclosure of Expert Opinions Concerning the Plain and Ordinary Meaning of Terms is Timely

88.    UTC disagrees with the positions set forth in Section XII.F.4 below regarding UTC's claim construction positions.  There is nothing belated about UTC's disclosures.

89.    To the contrary, *Liquidia* is the party that has now belatedly identified an alleged issue relating to claim construction.  Liquidia first introduced a written description argument concerning "pulmonary hypertension" in its supplemental invalidity contentions filed on September 28, 2021—9 months after the parties identified terms for construction—and the last possible date in which they were allowed to supplement their contentions.  In response, UTC's expert, Dr. Waxman, provided a first expert report on validity, served November 12, 2021, expressly disclosing his opinions regarding the interpretation of the term, "pulmonary hypertension."  Dr. Waxman explained that he "interpreted the asserted claims of the '793 patent according to their plain and ordinary meaning as of the priority date of the '793 Patent" based on his understanding that "those [are] terms that the parties have not requested the Court to construe."  Waxman Rebuttal at ¶ 23.  Liquidia did not move to construe the term "pulmonary hypertension."  Moreover, Liquidia did not move to strike or meet and confer with UTC regarding the potential for additional claim construction proceedings after receiving Dr. Waxman's report.  More recently, Liquidia failed to disclose or serve as part of the pretrial process any potential motions *in limine* regarding Dr. Waxman's claim construction of the '793 patent.  Especially in the face of Liquidia's delay, there is no basis to label Dr. Waxman's November 2021 opinion as "new" or "on the eve of trial."  Liquidia's substantive claim construction arguments in this pretrial order are wrong as a matter of procedure and substance. Liquidia now complains that "Dr. Waxman did not present this opinion in any of his expert reports."  Not so.  *See, e.g.,* Rebuttal Report at ¶ 134 ("In 2006, a

POSA reviewing the claim limitation requiring 'a method of treating pulmonary hypertension' would immediately understand that the claim was referring to pulmonary arterial hypertension.").

### 6.    Dr. Roscigno and Dr. Seeger's Depositions

90.    Dr. Roscigno's depositions were taken on February 8-9, 2022, and Dr. Seeger's deposition is scheduled for March 1st.  The parties have exchanged Liquidia's affirmative designations for the depositions of Dr. Roscigno, UTC's objections and counter-designations thereto, and Liquidia's objections to UTC's counter-designations.  With respect to UTC's affirmative designations for the depositions of Dr. Roscigno and both parties' affirmative designations for the deposition of Dr. Seeger, the parties have agreed to exchange affirmative designations, objections and counter-designations, and objections to counter-designations on March 7, 9, and 11, respectively.

### 7.    Liquidia Waived Its Right to Depose Mr. Bunce or Dr. Byrd

91.    Liquidia has belatedly requested depositions of Mr. Bunce and Dr. Byrd.  There is no basis for Liquidia's untimely requests, which should be denied.

92.    As Liquidia expressly acknowledges, both Mr. Bunce and Dr. Byrd were disclosed in UTC's Initial Disclosures—which were served August 14, 2020, *eighteen months ago*.  Liquidia did not seek and take either of their depositions during fact discovery, despite months of opportunity to do so.  Liquidia did not use all of the deposition time allocated to it under the Schedule Order, either.  D.I. 20, ¶ 3.e.i (allocating 100 hours of time to each party).

93.    None of the authorities string-cited by Liquidia—"Fed. R. Evid. 401, 402, 403, 602, 701 and Fed. R. Civ. P. 32(a)(3)"—justify its belated request for depositions, either.  Rules 401-403 address relevance and prejudice, and there is no basis to assert either witnesses' testimony would be irrelevant or unduly prejudicial.  Regarding Fed. R. Evid. 602, Liquidia cannot identify any basis to assert that either witness lacks personal knowledge.  Likewise, Liquidia has offered

no basis for asserting that either witness would offer improper lay opinion testimony under Fed.

R. Evid. 701. Lastly, Rule 32(a)(3) address the use of past depositions, but does not entitle Liquidia

to take late-requested depositions after fact discovery and a month before trial.

94.     For all of the reasons above, Liquidia has waived any right to depose Mr. Bunce or

Dr. Byrd.

### F.     Defendant's Additional Matters

#### 1.     Partial Judgment of Non-Infringement of '901 Patent

95.     On January 3, 2022, the Court entered UTC's Stipulation of Partial Judgment of

Non-Infringement as to all asserted claims of the '901 patent. (D.I. 278.)

96.     The Court's order confirms UTC will not present an affirmative case on

infringement of the '901 patent at trial.

#### 2.     Motion for Summary Judgment

97.     On January 7 and February 11, 2022, Liquidia filed its Opening and Reply briefs

in support of a Motion for Summary Judgment on Invalidity of the '066 and '901 Patents due to

Collateral Estoppel. (D.I. 282; D.I. 303; *see also* D.I. 225; D.I. 257.) UTC filed an opposition to

the motion on January 28, 2022. (D.I. 290-293.) At the time of this filing, the Court has not ruled

on the Motion for Summary Judgment.

#### 3.     Inter Partes Review Proceedings

98.     On October 8, 2021, the Patent Trial and Appeal Board ("PTAB") invalidated, as

relevant to the litigation here, clams 1-4 and 8 of the '901 patent in IPR2020-00770. (D.I. 205.)

In its decision, the PTAB construed "pharmaceutical batch" as "not requir[ing] storage stability."

(D.I. 205-1 at 18-20.) The PTAB further determined that the terms "storing" / "storage" require

"storing or storage for a period of at least three months." (D.I. 205-1 at 20-25.)

99.     On August 11, 2021, the PTAB instituted *inter partes* review of all claims of the

'793 patent in IPR2021-00406.  At the time of this filing, the proceeding is still pending.  The '793 patent IPR hearing is scheduled for May 13, 2022 and a Final Written Decision is expected no later than August 11, 2022.

### 4.    UTC's Belated Claim Construction Argument

100.    Pursuant to the Court's Scheduling Order, claim construction briefing occurred between February 5 and April 30, 2021 (D.I. 20) and the *Markman* hearing occurred on June 4, 2021.  (D.I. 161.)  No terms or phrases contained within the claims of the '793 patent were presented for construction.  (*See* D.I. 52-1.)  Further, UTC did not, in any of its infringement contentions or invalidity responses, indicate that the term "pulmonary hypertension" was limited to only pulmonary arterial hypertension.  Only through the deposition testimony of Dr. Aaron Waxman, has UTC now argued that the phrase "pulmonary hypertension," in the '793 patent claims is restricted to Group 1 (pulmonary arterial hypertension) pulmonary hypertension patients and excludes all other pulmonary hypertension Group patients (Groups 2-5).  Dr. Waxman did not present this opinion in any of his expert reports and, in fact, argued that the '793 patent covers Group 1 and Group 3.  UTC's construction, and Dr. Waxman's opinion, is not supported by the '793 patent, which expressly describes "pulmonary hypertension" as including 5 different groups as classified by the World Health Organization (WHO).  Also, Example 1 describes administering inhaled treprostinil to pulmonary hypertension patients beyond just Group 1 pulmonary arterial hypertension patients.  (*See* '793 patent, 1:27-67, 9:44-50, 11:44-48, Table 1, Table 3.)  UTC's construction also conflicts with UTC's representations that Tyvaso®—approved for the treatment of both Groups 1 and 3 pulmonary hypertension—is an embodiment of the '793 patent and the Orange Book Use Code for Tyvaso®, which identifies the '793 patent as covering both approved indications for treatment of Group 1 *and* Group 3 pulmonary hypertension. Liquidia objects to UTC's new construction, on the eve of trial, which seeks to improperly narrow

the scope of the meaning of "pulmonary hypertension" solely for the purpose of preserving patent validity. *See Nazomi Commc'ns, Inc. v. ARM Holdings, PLC*, 403 F.3d 1364, 1368 (Fed. Cir. 2005); *Landers v. Sideways, LLC*, 142 F. App'x 462, 468 (Fed. Cir. 2005); *Abbott Lab'ys v. Baxter Pharm. Prods., Inc.*, 334 F.3d 1274, 1282 (Fed. Cir. 2003).

### 5. Discovery

101.  UTC has noticed the deposition of Dr. Werner Seeger, named inventor on the '793 Patent. (D.I. 243.)  The deposition is currently scheduled to occur on March 1, 2022, after the time of this filing.

102.  Liquidia reserves the right to rely on and respond to testimony from Dr. Seeger.

### 6. Objections to Mr. Bunce and Dr. Byrd as UTC Witnesses

103.  As set forth in Exhibit 6, Liquidia objects to UTC calling Mr. Bunce to testify at trial either live or by deposition.  Mr. Bunce, although identified on UTC's Fed. R. Civ. P. 26(a)(1) disclosures as having information pertaining to "NDA No. 22-387; research, development, regulatory approval of Tyvaso®, was not deposed in his personal capacity nor did UTC designate him as a corporate witness under Fed. R. Civ. P. 30(b)(6) pertaining to noticed topics within Mr. Bunce's professed subject areas.  Thus, Liquidia objects to UTC including Mr. Bunce as a trial witness under at least Fed. R. Evid. 401, 402, 403, 602, 701 and Fed. R. Civ. P. 32(a)(3).  UTC has not provided a proffer as to Mr. Bunce's testimony and thus has not established his testimony is relevant, non-duplicative, non-prejudicial, that Mr. Bunce would possess personal knowledge, and that he would not offer lay opinion testimony.  In the event that the Court rules that Mr. Bunce may testify at trial, Liquidia requests UTC provide a proffer of anticipated and Liquidia provided the opportunity to take Mr. Bunce's deposition before he testifies at trial.  UTC has refused to make Mr. Bunce available for a deposition.

104.  As set forth in Exhibit 6, Liquidia objects to UTC calling Dr. Byrd to testify at trial

either live or by deposition.  Dr. Byrd, although identified on Plaintiff's Fed. R. Civ. P. 26(a)(1)

disclosures as having information pertaining to "NDA No. 22-387; research, development,

regulatory approval, and launch of Tyvaso®, was not deposed in his personal capacity nor did

UTC designate as a corporate witness under Fed. R. Civ. P. 30(b)(6) pertaining to noticed topics

within Dr. Byrd's professed subject areas.  Thus, Liquidia objects to UTC including Dr. Byrd as a

trial witness under at least Fed. R. Evid. 401, 402, 403, 602, 701 and Fed. R. Civ. P. 32(a)(3).  UTC

has not provided a proffer as to Dr. Byrd's testimony and thus has not established his testimony is

relevant, non-duplicative, non-prejudicial, that Dr. Byrd would possess personal knowledge, and

that he would not offer lay opinion testimony.  In the event that the Court rules that Dr. Byrd may

testify at trial, Liquidia requests UTC provide a proffer of anticipated testimony and Liquidia

provided the opportunity to take Dr. Byrd's deposition before he testifies at trial.  UTC has refused

to make Dr. Byrd available for a deposition.

### 7.    Defendant's Response to Plaintiff's Additional Matters

105.    Plaintiff's request to apply IPR estoppel, pursuant to 35 U.S.C. § 315(e)(2), to

Defendant's '901 patent invalidity defenses pursuant to 35 U.S.C. § 103 is improper as this Court

has found that IPR estoppel does not estop a petitioner/defendant from presenting arguments it

***won before*** the PTAB in a related IPR proceeding.  *See* D.I. 226 at 1 (citing *Integra Life Sciences*

*Corp. v. Hyperbranch Medical Tech., Inc.*, Civ. A. 15-819-LPS-CJB (D. Del. May 15, 2018)); *id.*

at Ex. 2 (*Integra v. Hyperbranch* Pretrial Conference Transcript) at 133:14-135:19 (declining to

invoke § 315(e)(2) when defendant prevailed on certain invalidity defenses before the PTAB);

*BTG Int'l Ltd. v. Amneal Pharms. LLC*, 352 F. Supp. 3d 352, 374 n.13 (D.N.J. 2018) (same); *BTG*

*Int'l Ltd. v. Amneal Pharms. LLC*, 923 F.3d 1063 (Fed. Cir. 2019) (affirming the PTAB's Final

Written Decision); D.I. 226, Ex. 3 (*BTG Int'l v. Amneal Pharms.* Fed. Cir. Oral Argument

Transcript) at 39-40.  Additionally, with respect to claims 6 and 7 of the '901 patent, the PTAB

applied a claim construction of the term "storage' that neither Plaintiff nor Defendant offered, nor was it identified by the PTAB in its Institution Decision. As such, Defendant did not, and could not have raised invalidity of claims 6 and 7 of the '901 patent based on the PTAB's construction of storage. For this additional reason, IPR estoppel cannot apply to claims 6 and 7 of the '901 patent.

106. Plaintiff's request to apply IPR estoppel, pursuant to 35 U.S.C. § 315(e)(2), to Defendant's '793 patent invalidity defenses under 35 U.S.C. § 103 is improper for several reasons. First, to the extent § 315(e)(2) is applicable, it only applies ***after*** a FWD has been issued by the PTAB. As Plaintiff correctly notes, no such FWD for the '793 patent has been issued. As such, IPR estoppel cannot be prospectively applied. Second, that a FWD may issue prior to expiration of the 30-month stay does not permit IPR estoppel to apply prospectively, as the Court's decision may issue prior to that date and, nonetheless, the '793 patent is not a basis for UTC's 30-month stay as the patent was listed in the Orange Book months after Liquidia filed its NDA. Third, as discussed above, this Court has found IPR estoppel to be inapplicable when the accused infringer ***prevailed*** before the PTAB. *See* D.I. 226 at 1 (citing *Integra Life Sciences Corp. v. Hyperbranch Medical Tech., Inc.*, Civ. A. 15-819-LPS-CJB (D. Del. May 15, 2018)); *id.* at Ex. 2 (*Integra v. Hyperbranch* Pretrial Conference Transcript) at 133:14-135:19 (declining to invoke § 315(e)(2) when defendant prevailed on certain invalidity defenses before the PTAB); *BTG Int'l*, 352 F. Supp. 3d at 374 n.13 (same); *BTG Int'l*, 923 F.3d 1063 (affirming the PTAB's Final Written Decision); D.I. 226, Ex. 3 (*BTG Int'l v. Amneal Pharms.* Fed. Cir. Oral Argument Transcript) at 39-40. Since no FWD for the '793 patent IPR has issued, it is premature to invoke IPR estoppel and UTC cites no authority establishing otherwise.

107. Plaintiff ***is not*** entitled to a presumption that the treprostinil sodium purchased or

to be purchased from Yonsung and provided to Liquidia is made according to the process claimed in the '066 patent. *See* 35 U.S.C. § 295. Plaintiff's motion is premised on allegations that Liquidia did not cooperate during fact discovery, which allegedly thwarted UTC's ability to discern the process Yonsung uses to make treprostinil sodium. Counsel for Liquidia did cooperate and in fact facilitated discovery from non-party Yonsung, producing more than 13,000 pages of Yonsung documents, including the complete open and closed portions of Yonsung's Drug Master File (DMF) for the treprostinil sodium API (thus providing UTC with the complete and actual process used by Yonsung), API production batch-records from Yonsung, Certificates of Analysis (which discloses all known impurities and their amounts for the final API as well as intermediates), and storage information including temperature. Further, Liquidia and non-party LGM Pharma have confirmed through discovery responses and corporate testimony elicited by UTC that Yonsung is not in possession of samples of synthetic intermediates, information that UTC's experts disregarded. The unavailability of intermediate samples should come as no surprise to UTC since it lacks corresponding "intermediate" samples from its own treprostinil synthesis process. Moreover, the '066 patent fails to disclose the impurity profile of these intermediates, which is a basis of Liquidia's invalidity position under 35 U.S.C. § 112. Thus, the discovery UTC seeks from Liquidia and Yonsung is information it never disclosed in its own patent for the claimed process. Nonetheless, Liquidia promptly provided the requested samples of its product and the treprostinil API used to make its product, materials which UTC apparently chose not to perform testing on. Judge Hall also found UTC's original Hauge Request to Yonsung overbroad and ruled that Yonsung was not required to make samples specifically for UTC, nor follow a process different from its DMF in order to generate samples or information UTC was seeking. Once UTC's Hauge request was narrowed, Liquidia did not oppose the request. *See* D.I. 120. Thus, UTC's inability

to meet its burden to prove infringement is not based on Yonsung being beyond the Court's discovery powers, a lack of discovery or an inability to completely discern the process used by Yonsung, but instead is based squarely on the fact that Yonsung's process does not result in an infringing product.  Additionally, UTC's motion is improper as it is directed to product-by-process claims (which are not a type of claim that falls within the statutory language of § 295), and even then, UTC does not allege that it could ***not*** determine the actual process steps of alkylation, hydrolysis, and salt formation recited in those claims.  In fact, UTC's Exhibit 2, "Plaintiff's Statement of Contested Facts," provides pages of information pertaining specifically to Yonsung's DMF, the process used by Yonsung to make treprostinil sodium, and information pertaining to impurities identified from that process.  (*See* PTO Ex. 2 at § III(b).)  UTC's admission of non-infringement as to the '901 patent is further proof that UTC was able to understand Yonsung's process used to make treprostinil sodium as UTC would not have conceded non-infringement if the process used by Yonsung to make treprostinil sodium was unknown to UTC and its experts.  UTC's experts Drs. Nuckolls and Toste ignored an express limitation in the asserted claims, requiring impurities resulting from alkylation of benzidine triol, in order to establish infringement, knowing that if that limitation is properly considered, Yonsung's treprostinil sodium API does not infringe.  Dr. Nuckolls also relied on erroneous translations of Korean language documents to substantiate his opinion that Yonsung "stores" treprostinil sodium at ███████████████ when in fact the correct translation expressly says the API is ██████████  As such, UTC has not established a substantial likelihood of infringement.

**List of Exhibits to the Proposed Joint Pretrial Order**

| | |
|---|---|
| Exhibit 1 | Joint Statement of Uncontested Facts |
| Exhibit 2 | Plaintiff's Statement of Contested Facts for Issues on Which Plaintiff Bears the Burden of Proof |
| Exhibit 3 | Defendant's Statement of Contested Facts for Issues on Which Defendant Bears the Burden of Proof |
| Exhibit 4 | Plaintiff's Statement of Issues of Law for Issues on Which Plaintiff Bears the Burden of Proof |
| Exhibit 5 | Defendant's Statement of Issues of Law for Issues on Which Defendant Bears the Burden of Proof |
| Exhibit 6 | Plaintiff's Witness List (including Defendant's objections) |
| Exhibit 7 | Defendant's Witness List (including Plaintiff's objections) |
| Exhibit 8 | Plaintiff's Deposition Designations (including Defendant's objections and counter-designations and Plaintiff's objections to counter-designations) |
| Exhibit 9 | Defendant's Deposition Designations (including Plaintiff's objections and counter-designations and Defendant's objections to counter-designations) |
| Exhibit 10 | Plaintiff's Trial Exhibit List (PTX) (including Defendant's objections) |
| Exhibit 11 | Defendant's Trial Exhibit List (DTX) (including Plaintiff's objections) |
| Exhibit 12 | Joint Trial Exhibit List (JTX) |
| Exhibit 13 | Plaintiff's Brief Statement of Intended Proofs |
| Exhibit 14 | Defendant's Brief Statement of Intended Proofs |
| Exhibit 15 | Plaintiff's Experts' CVs |
| Exhibit 16 | Defendant's Experts' CVs |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Michael J. Flynn*
Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

*Attorneys for Plaintiff United Therapeutics Corporation*

February 28, 2022

SHAW KELLER LLP

/s/ *Nathan R. Hoeschen*
Karen E. Keller (No. 4489)
Jeff Castellano (No. 4837)
Nathan R. Hoeschen (No. 6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 298-0702
kkeller@shawkeller.com
jcastellano@shawkeller.com
nhoeschen@shawkeller.com

*Attorneys for Defendant Liquidia Technologies, Inc.*

SO ORDERED on this ___ day, _____, 2022

_____
United States District Judge

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 20-755 (RGA) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) | |

**EXHIBIT 1: JOINT STATEMENT OF UNCONTESTED FACTS**

i

## I.      INTRODUCTION

1.      In accordance with Local Rule 16.3(c)(3) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Plaintiff United Therapeutics Corporation ("Plaintiff" or "UTC") and Defendant Liquidia Technologies, Inc. ("Defendant" or "Liquidia") submit the following joint statement of the facts that are admitted and require no proof with respect to the patents-in-suit identified in Section II.A.

## II.     BACKGROUND FACTS

### A.      The Parties and Nature of the Case

2.      This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code, Sections 100 *et seq.*, involving United States Patent Nos. 9,593,066 (the "'066 patent"); 9,604,901 (the "'901 patent"); and 10,716,793 (the "'793 patent") (collectively, the "Patents-in-Suit").  This action arises out of Defendant's January 24, 2020 submission of New Drug Application (NDA) No. 213005 ("Defendant's NDA") under § 505(b)(2) of the Federal Food, Drug, and Cosmetic Act to the United States Food and Drug Administration ("FDA") seeking approval to engage in the commercial manufacture, use, and/or sale of Liquidia's tentatively approved product, YUTREPIA™.

3.      On December 28, 2021, Plaintiff stipulated and agreed to entry of partial judgment of non-infringement of the '901 patent.  D.I. 276.  The Court entered partial judgment of non-infringement of the '901 patent on January 3, 2022.  D.I. 278.

4.      Plaintiff is a corporation organized and existing under the laws of the State of Delaware and having a place of business at 1040 Spring Street, Silver Spring, Maryland 20910.

5.      Plaintiff holds New Drug Application No. 022387, which has been approved for TYVASO® (treprostinil) Inhalation Solution, 0.6 mg/ml.

6.      Defendant is a corporation organized and existing under the laws of the State of Delaware, with a registered office at 51 Little Falls Drive, Wilmington, Delaware 19808, and a principal place of business at 419 Davis Drive, Suite 100, Morrisville, North Carolina 27560.

7.      Defendant's NDA was submitted to the FDA prior to the expiration dates of the '066, '901 and '793 patents.

8.      Defendant's NDA contains "Paragraph IV" certifications pursuant to 21 U.S.C. § 355(b)(2)(A)(iv) directed to the '066, '901, and '793 patents.

9.      Plaintiff commenced this action before the expiration of forty-five days from the date it received Defendants' Notice Letter, dated April 24, 2020.

10.      The Court has personal jurisdiction over the parties, subject matter jurisdiction for this matter, and venue is proper in this Court.

**B.      Plaintiff's TYVASO® Product**

11.      Plaintiff markets and sells TYVASO® (treprostinil) Inhalation Solution, 0.6 mg/ml, under the registered U.S. Trademark TYVASO®.

12.      TYVASO® was initially approved by the FDA in the United States in July 2009. TVYASO® was approved in 2009 as indicated for the treatment of pulmonary arterial hypertension.  In 2021, TYVASO® was approved as indicated for the treatment of pulmonary hypertension associated with interstitial lung disease.

13.      TYVASO® is an inhalable product approved for sale in a 0.6 mg/ml concentration. TYVASO® solution is placed into a nebulizer, aerosolized by the nebulizer, and inhaled by the patient.

14.      The Patents-in-Suit are listed in connection with TYVASO® in the FDA's *Approved Drug Products with Therapeutic Equivalence Evaluations* publication (the "Orange

Book").

**C.    Defendant's Proposed YUTREPIA™ Product**

15.    Defendant's Proposed Product is also known as LIQ861, and the tentatively approved tradename is YUTREPIA™.

16.    YUTREPIA™ is a dry powder formulation of treprostinil sodium contained in capsules in ███████████████████████████████████. YUTREPIA™'s tentatively approved prescribing information states that the "YUTREPIA inhalation powder capsules should only be delivered using the [supplied] capsule-based inhaler."

17.    The FDA tentatively approved YUTREPIA™ on November 5, 2021.

18.    YUTREPIA™ is tentatively approved as indicated for the treatment of pulmonary arterial hypertension (PAH) (WHO Group 1) to improve exercise ability in patients with NYHA Functional Class II-III symptoms.

**III.    THE PATENTS-IN-SUIT**

**A.    The '066 Patent**

19.    Plaintiff asserts claims 1, 2, 3, 6, 8, and 9 of the '066 patent.

20.    The '066 patent is titled "Process to prepare treprostinil, the active ingredient in Remodulin®."

21.    The application for the '066 patent was filed on September 10, 2015, and the '066 patent issued on March 14, 2017.

22.    The '066 patent lists on its face the named inventors Hitesh Batra, Sudersan M. Tuladhar, Raju Penmasta, and David A. Walsh.

23.    The '066 patent claims priority to U.S. Provisional Patent Application No. 61/014,232, filed on December 17, 2007.

24.     U.S. Patent No. 8,497,393 (the "'393 patent") also claims priority to Provisional Patent Application No. 61/014,232, which is the same provisional application to which the '066 patent claims priority.

25.     The Orange Book lists the expiration date of the '066 patent as December 15, 2028.

**B.     The '901 Patent**

26.     Plaintiff asserts claims 1-4, 6, and 8 of the '901 patent.

27.     The '901 patent is titled "Process to prepare treprostinil, the active ingredient in Remodulin®."

28.     The application for the '901 patent was filed on June 30, 2015, and the '901 patent issued on March 28, 2017.

29.     The '901 patent lists on its face the named inventors Hitesh Batra, Sudersan M. Tuladhar, Raju Penmasta, and David A. Walsh.

30.     The '901 patent claims priority to U.S. Provisional Patent Application No. 61/014,232, filed on December 17, 2007.

31.     The Orange Book lists the expiration date of the '901 patent as December 15, 2028.

32.     The '901, '066, and '393 patents share the same specification.

**C.     The '793 Patent**

33.     Plaintiff asserts claims 1, 4, and 6-8 of the '793 patent.

34.     The '793 patent is titled "Treprostinil Administration by Inhalation."

35.     The application for the '793 patent was filed on January 31, 2020, and the '793 patent issued on July 21, 2020.

36.     The '793 patent lists on its face the named inventors Horst Olschewski, Robert Roscigno, Lewis J. Rubin, Thomas Schmehl, Werner Seeger, Carl Sterritt, and Robert Voswinckel.

37.     The '793 patent claims priority to U.S. Provisional Patent Application No. 60/800,016, filed on May 15, 2006.

38.     The Orange Book lists the expiration of the '793 patent as May 14, 2027.

## IV.   CLAIM CONSTRUCTION

39.     On June 16, 2021, the Court construed the terms below to have the following meanings (D.I. 119):

| Claim Term | Claim Construction |
|---|---|
| "a process"<br>      '066 patent, claims 1 and 8 | plain and ordinary meaning |
| "ambient temperature"<br>      '066 patent, claims 6 and 8;<br>      '901 patent, claim 6 | room temperature (equal to or less than the range of 15ºC to 30ºC) |
| "stored" / "storing" / "storage"<br>      '066 patent, claims 6 and 8;<br>      '901 patent, claim 6 | plain and ordinary meaning |

40.     On November 23, 2021, the Court construed the terms below to have the following meanings (D.I. 245):

| Claim Term | Claim Construction |
|---|---|
| "pharmaceutical batch"<br>      '901 patent, claims 1–4, 6, and 8 | plain and ordinary meaning |
| "contacting the solution comprising treprostinil from step (b) with a base to form a salt of treprostinil"<br>      '901 patent, claims 1 and 8 | "contacting the solution comprising treprostinil from step (b) with a base to form a salt of treprostinil, wherein the salt is formed without isolation of treprostinil after alkylation and hydrolysis" |

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 20-755 (RGA) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) | |

**EXHIBIT 2: PLAINTIFF'S STATEMENT OF CONTESTED FACTS**

## I.      INTRODUCTION

In accordance with Local Rule 16.3(c)(3) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Plaintiff United Therapeutics Corporation ("Plaintiff" or "UTC") submits the following statement of contested facts with respect to United States Patent Nos. 9,593,066 (the "'066 patent"); 9,604,901 (the "'901 patent"); and 10,716,793 (the "'793 patent") (collectively, the "Patents-in-Suit").

The following statements are meant to serve as an overview of the contested facts to be litigated at trial.  Accordingly, Plaintiff reserves the right to prove additional details regarding the below facts, including any facts identified in its pleadings, discovery responses, including in its contentions, and/or expert reports and depositions, which Plaintiff incorporates by reference. Plaintiff further intends to offer evidence to rebut evidence offered by Defendant. Plaintiff reserves the right to modify or amend this Exhibit to the extent necessary to reflect any future rulings by the Court, and to supplement or amend this Exhibit to fairly respond to any new issues that Defendant may raise.  To the extent Plaintiff's statement of the issues of law that remain to be litigated, which is submitted as Exhibit 4 hereto, contains issues of fact, those issues are incorporated herein by reference.  Moreover, if any issue of fact identified below should properly be considered an issue of law, then such statement should be considered to be part of Plaintiff's statement of issues of law that remain to be litigated.  Plaintiff incorporates by reference its expert reports in support of any proof to be presented by expert testimony.

## II.     THE PATENTS-IN-SUIT

1.      Plaintiff is the lawful owner of the Patents-in-Suit by assignment of all right, title, and interest in and to the Patents-in-Suit, including the right to bring infringement suits.

## III.    FACTS PERTAINING TO INFRINGEMENT OF THE '066 AND '793 PATENTS

### A.    Defendant's Proposed Product

2.      On January 24, 2020, Defendant submitted New Drug Application (NDA) No. 213005 ("Defendant's NDA") under § 505(b)(2) of the Federal Food, Drug, and Cosmetic Act (the "505(b)(2) Application") to the United States Food and Drug Administration ("FDA") seeking approval, prior to the expiration of the '066, '901, and '793 patents, to manufacture, market, and sell a copy (the "Proposed Product") of Plaintiff's TYVASO® (treprostinil) Inhalation Solution, 0.6 mg/ml.

3.      Defendant's 505(b)(2) Application was submitted prior to the expiration date of the '793 patent and the expiration date of the '066 and '901 patents.

4.      Defendant's 505(b)(2) Application contains a "Paragraph IV" certification pursuant to 21 U.S.C. § 355(b)(2)(A)(iv) alleging that the '066 and '901 patents are invalid, unenforceable, and/or would not be infringed by the commercial manufacture, use, or sale of Defendant's Proposed Product.

5.      In a "Notice Letter" dated April 24, 2020, Defendant informed Plaintiff that Defendant's 505(b)(2) Application contained, *inter alia*, a Paragraph IV certification regarding the '066 and '901 patents.

6.      Defendant's Notice Letter further indicated that Defendant was seeking FDA approval to engage in the commercial manufacture, use, and/or sale of Defendant's Proposed Product prior to the expiration of the '066 and '901 patents.

7.      Plaintiff commenced this action before the expiration of forty-five days from the date it received Defendant's Notice Letter.

8.      Defendant's Proposed Product is a dry powder formulation of treprostinil sodium

to be inhaled from a ████████████████████████████ Defendant's

dry powder formulation is contained in capsules of █████████████ of treprostinil

sodium. Two capsules can be combined to create larger doses, such as ███████

9.     Defendant has imported and will import treprostinil sodium drug substance for use in Defendant's Proposed Product.  The treprostinil sodium drug substance is manufactured by Yonsung Fine Chemicals Co., Ltd. ("Yonsung") in Korea.  Yonsung manufactures treprostinil sodium drug substance according to Drug Master File ("DMF") No. 27680. Defendant's NDA cites Yonsung's DMF.

10.     Defendant uses LGM Pharma as its broker and LGM Pharma ships treprostinil sodium from Yonsung to Defendant.

11.     Defendant's Proposed Label describes Defendant's Proposed Product as ████
██████████████████████████████████████████████████

12.     Defendant's Proposed Label identifies the ingredients in Defendant's Proposed Product as: treprostinil (the active ingredient) ███████████████████████
██████████████████████████████████████████████
████████████████████████

13.     Defendant's Proposed Label states that the ██████████████████████
██████████████████████████

14.     ████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████

15.     The dry powder particles are ████████████████████████████
██████████████████████████████████████████████

███████████████████████████████████████████████████

16.     The particles have an aerodynamic size of between ████████████ for the powder's mass median aerodynamic diameter.

17.     The inhaler provided with Defendant's Proposed Product is an ████████████ ████████ dry powder inhaler (DPI) manufactured by ████████

18.     █████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████

19.     Defendant's Proposed Product is provided to patients in a ████████████ which includes a LIQ861 dry powder inhaler and ████████████████████████.

20.     █████████████████████████████████████████████

███████████████████████████████████████████████████

█████████████████████

21.     The capsules are provided in ████████████████████████████ ████████████████

22.     These ████████████████████████████████████████ ████████████████, respectively, through the inhaler.

23.     Defendant's Proposed Label instructs physicians to prescribe Defendant's Proposed Product in ████████████████████████████████████████ ████████████████████████████

24.     ████████████████████████████████████████████ are achieved by instructing patients to inhale the contents of ██████████████

25.     ████████████████████████████████████.

26.     To achieve a dose that requires ███████████████████████, patients must select their capsules from ████████████████ .

27.     Defendant's Proposed Label describes administration of inhalation ████████████ ████████████

28.     Defendant's Proposed Product uses "PRINT" particles, which the LIQ861 NDA describes as having an █████████████████████████████████████████ █████████████████████████

29.     The LIQ861 NDA states that ████████████████████████████████ ████████████████████████████████████

30.     ████████████████████████████████████████████████ ████████████████████

**B.      The Yonsung Manufacturing Process**

31.     In synthetic chemistry, no reaction product is 100% pure.

32.     ████████████████████████████████████████████

███     ████████████████████████████████████████████████████ █████████████████████

███     ███████████████████████

███████████████████████████████████ ███████████████████████████████████ ███████████████████████████████████ ███████████████████████████████████ ███████████████████████████████████ ███████████████████████████████████ ███████████████████████████████████

35.     ████████████████████████████████████████████

36. 



47.



54.

63.

████████████████████████████████████████████

██  ████████████████████████████████████████

████████████████████████████████

██  ████████████████████████████████████████

██████████████████████████████████

██  ████████████████████████████████████████

███████████████

██  ████████████████████████████████████████

████████████████████

██  ████████████████████████████████████████

████████████████████████████████████████████

████████████████

69.    A drug substance may be used in the commercial manufacture of a drug product despite exposure to temperatures outside the suggested storage temperature range specified in the DMF and/or NDA for that drug substance.

70.    ████████████████████████████████████

████████████████████████████████████████████

██  ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

█████████████

██  ████████████████████████████████████████

██████████████████████████████████

9

73. 

79.     There is no temporal limitation on storage.

**C.     Administration of Liquidia's Proposed Product**

80.     Liquidia's Proposed Product, as described in its Proposed Label, instructions for use, and in Liquidia's 505(b)(2) Application, is to be administered for the treatment of pulmonary arterial hypertension.

81.     Liquidia's Proposed Product, as described in its Proposed Label, instructions for use, and in Liquidia's 505(b)(2) Application, is to be administered to a human suffering from pulmonary hypertension.

82.     Liquidia's Proposed Product, as described in its Proposed Label, instructions for use, and in Liquidia's 505(b)(2) Application, is a dry powder formulation comprising treprostinil sodium, which is a pharmaceutically acceptable salt of treprostinil. The dry powder formulation in Liquidia's Proposed Product includes particles ████████████████████████ The dry

powder formulation in Liquidia's Proposed Product does not contain ██████

83.    Liquidia's Proposed Product, as described in its Proposed Label, instructions for use, and in Liquidia's 505(b)(2) Application, is to be administered using the ████████ ████████, which is a dry powder inhaler, which is an inhalation device.

84.    Liquidia's Proposed Product, as described in its Proposed Label, instructions for use, and in Liquidia's 505(b)(2) Application, is to be administered ████████. Each of those ████████ is a single event dose. Each of those ████████ ████████ is to be done in ██████.

85.    Liquidia's Proposed Product, as described in its Proposed Label, instructions for use, and in Liquidia's 505(b)(2) Application, includes administration of ██████ containing ██ ████████ of treprostinil.

86.    The ████████ of Liquidia's Proposed Product of ██████ ████████ of treprostinil. The ████████ ████████ of treprostinil or a pharmaceutically acceptable salt thereof.

87.    Liquidia intends physicians to prescribe, and patients to use, Liquidia's Proposed Product according to the ████████ ██████.

88.    Liquidia's Proposed Product is to be stored at ████████ ██████.

**D.    Defendant's Proposed Product Infringes the '066 Patent**

89.    The ████████ unless otherwise specified.



90. ███████████████████████████████

91. ████████████████████████████████████

92.     FDA regulations and other applicable law allow a pharmaceutical company to use

a batch of a drug substance in the commercial manufacture of a drug product even though the batch

has been exposed to storage temperatures outside of the range established in the DMF and/or NDA,

provided there is stability data that supports the use of that material and the company has conducted

a proper deviation investigation.

93. ████████████████████████████████████████

██████████████████████████

    ██ ███████████████████████████████████

███████████████████████████

    ██ ███████████████████████████████████

███████████████████████████████

96. ████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████

    ██ ███████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████

    ██ ███████████████████████████████████

██████████████████████████████████████

99. 



**E.    Defendant's Proposed Product Infringes the '793 Patent**

115.    The plain and ordinary meaning of "therapeutically effective" in the claims of the '793 patent is not limited to clinical study endpoints. It includes beneficial effects for the patient, including vasodilatory effects on the pulmonary arteries detectable in hemodynamic measurements, such as those described in the '793 patent.

116.    Administration of Liquidia's Proposed Product to patients will meet the claim limitation requiring a "therapeutically effective" single event dose.

117.    Administration of Liquidia's Proposed Product by patients will directly infringe claims 1, 4, and 6-8 of the '793 patent.

118.    Defendant's Proposed Label and Instructions for Use would encourage, recommend, or promote infringement of claims 1, 4, and 6-8 of the '793 patent by physicians, caregivers, and patients.

119.    Based on the contents of its Proposed Label and Instructions for Use, Defendant specifically intends to encourage, recommend, or promote infringement of claims 1, 4, and 6-8 of the '793 patent by physicians, caregivers, and patients.

120.    Liquidia will actively induce direct infringement by patients through its press releases, marketing, label, instructions for use, and conduct.

121.    Through the sale or offer for sale of Defendant's Proposed Product, Defendant will contribute to the infringement of claims 1, 4, and 6-8 of the '793 patent by patients or physicians or caregivers who administer Defendant's Proposed Product.

122.    Defendant has knowledge of the '793 patent at least as early as July 22, 2020; will sell or offer for sale its Proposed Product, which is a product for practicing a patented method, and which is not a staple article or commodity capable of substantial non-infringing use and which constitutes a material part of the invention; and Defendant knows that its Proposed Product was especially made or adapted for use in an infringing method. Thus, Defendant will also contribute to infringement of claims 1, 4, and 6-8 of the '793 patent.

## IV.    FACTS PERTAINING TO THE VALIDITY OF THE '066, '901, AND '793 PATENTS

### A.    The '066 and '901 Patents are Valid

123.    A POSA would have understood that the '066 and '901 patents satisfy the written description requirement.

124.    A POSA would have understood that the inventors were in possession of the "Impurities" limitation of the '066 and '901 patents.

15

125.    A POSA would have understood that the inventors were in possession of the "Salt" limitation of the '066 and '901 patents.

126.    A POSA would have understood that the inventors were in possession of the "Stored"/ "Storing"/ "Storage" at "Ambient Temperature" limitations of the '066 and '901 patents.

127.    There is no limitation prohibiting column chromatography in the '066 and '901 patents, but nevertheless a POSA would have understood that the inventors were in possession of such a limitation.

128.    There is no limitation prohibiting isolation of treprostinil before combining with a base to form a salt in the '066 and '901 patents, but nevertheless a POSA would have understood that the inventors were in possession of such a limitation.

129.    A POSA would have understood that the inventors were in possession of the "Therapeutically Effective Amount" limitation of the '901 patent.

130.    A POSA would have understood that the '066 and '901 patents satisfy the enablement requirement.

131.    A POSA would have been able to practice the "Salt" limitation of the '066 and '901 patents without undue experimentation.

132.    A POSA would have been able to practice the "Stored"/ "Storing"/ "Storage" at "Ambient Temperature" limitations of the '066 and '901 patents without undue experimentation.

133.    There is no limitation prohibiting column chromatography in the '066 and '901 patents, but nevertheless a POSA would have been able to practice such a limitation without undue experimentation.

134.    There is no limitation prohibiting isolation of treprostinil before combining with a base to form a salt in the '066 and '901 patents, but nevertheless a POSA would have been able to

practice such a limitation without undue experimentation.

135.    A POSA would have been able to practice the "Therapeutically Effective Amount" limitation of the '901 patent without undue experimentation.

136.    A POSA would have understood that the '066 and '901 patents satisfy the definiteness requirement.

137.    A POSA would have been able to discern the scope and meaning of the "Impurities" limitation of the '066 and '901 patents with reasonable certainty.

138.    A POSA would have been able to discern the scope and meaning of the "Stored"/ "Storing"/ "Storage" at "Ambient Temperature" limitations of the '066 and '901 patents with reasonable certainty.

139.    A POSA would have been an experienced chemical engineer or process research chemist with experience in or access to an individual with experience in the production and manufacture of pharmaceutical API and final drug product for pharmaceutical compositions and pharmaceutical products.

140.    A POSA would have understood from the '066 and '901 patent specifications that impurities generated during the alkylation step are described in the '066 and '901 patent specifications.

141.    A POSA would have understood from the '066 and '901 patent specifications that impurities generated during the hydrolysis step are described in the '066 and '901 patent specifications.

142.    Example 1 of each of the '066 and '901 patent specifications  describes the alkylation of benzindene triol and provides exemplary reactants and reaction conditions that may be used in that step.  A POSA would have understood from Example 1 that impurities would be

generated during the alkylation step.

143.    A POSA would have understood that filtering the alkylation product of the '066 and '901 patent specifications with Celite pad and washing the filter cake in acetone does not remove all impurities.

144.    A POSA would have understood that a light brown color of the benzindene nitrile of the '066 and '901 patent specifications indicates the presence of impurities.

145.    A POSA would have understood that the '066 and '901 patent specifications' reference to the benzindene nitrile as crude indicates a product that is not in pure form and that contains impurities.

146.    Example 2 of the '066 and '901 patent specifications describes the hydrolysis of benzindene nitrile and provides exemplary reactants and reaction conditions that may be used in that step.  A POSA would have understood from Example 2 that impurities would be generated during the hydrolysis step.

147.    A POSA would have understood from the "*Note" in Example 2 of the '066 and '901 patent specifications that impurities introduced during the alkylation step are not removed prior to the hydrolysis step.

148.    A POSA would have understood from the '066 and '901 patent specifications that impurities introduced during the alkylation step that are either carried through or react during the hydrolysis step are impurities resulting from the alkylation and hydrolysis steps.

149.    A POSA would have understood from Example 2 in the '066 and '901 patent specifications that ethyl acetate extraction does not remove all impurities.

150.    A POSA would have understood from Example 2 in the '066 and '901 patent specifications that a starting batch of treprostinil, containing impurities resulting from prior

alkylation and hydrolysis steps, was formed prior to the addition of activated carbon.

151.    A POSA would have understood from the '066 and '901 patent specifications that a pale-yellow color of treprostinil indicates the presence of impurities.

152.    A POSA would have understood from the prior art that pure treprostinil is a colorless crystalline solid.

153.    A POSA would have understood from Example 2 in the '066 and '901 patent specifications that TLC can be used to measure the presence of impurities.

154.    A POSA would have understood from the prior art that TLC can be used to measure the presence of impurities.

155.    A POSA would have understood from Example 3 in the '066 and '901 patent specifications that impurities are present in the treprostinil after the alkylation and hydrolysis steps, for example, from the "*Note" explaining that the treprostinil is not an isolated yield.

156.    A POSA would have understood from step 21 in Example 6 in the '066 and '901 patent specifications that impurities are present in the hydrolysis product because the step is titled "Removal of impurities."

157.    A POSA would have understood from Example 5 in the '066 and '901 patent specifications that the level of one or more impurities were lowered from the starting batch of treprostinil due to the off-white color of the treprostinil after the salt formation step.

158.    A POSA would have understood from the '066 and '901 patent specifications that the level of one or more impurities is lowered from the starting batch of treprostinil to the pharmaceutical composition from the statement in the specifications that "The impurities carried over from intermediate steps (i.e., alkylation of triol and hydrolysis of benzindene nitrile) are removed during the carbon treatment and the salt formation step."

159.    A POSA would have understood from the prior art how to identify and quantify specific impurities, for example, by using chromatographic techniques.  A POSA would also have understood from the prior art how to track the reduction in impurities, even if the identity of the impurities was not known, for example, by correlating impurity peaks at particular retention times.

160.    A POSA would have understood from the '066 and '901 patents that only bases that will result in the formation of a pharmaceutically acceptable salt can be used during the salt formation step.

161.    A POSA would have understood that the '066 and '901 patent specifications define the terms "pharmaceutically acceptable," "pharmaceutically acceptable salts," and "pharmaceutically acceptable salt."  A POSA would have understood from these definitions which bases could be used to form pharmaceutically acceptable salts.

162.    A POSA would have understood from the non-limiting examples in the '066 and '901 patent specifications that the following bases could be used during the salt formation step: diethanolamine, ammonia, N-methylglucamine, procaine, tromethamine, magnesium, L-lysine, L-arginine, and triethanolamine.

163.    A POSA would have understood from claim 3 of the '066 patent that the following bases could be used during the salt formation step: sodium, ammonia, potassium, calcium, ethanolamine, diethanolamine, N-methylglucamine, and choline.

164.    There is no temporal limitation on storage.

165.    Storage can occur between manufacturing steps and during transportation.

166.    A POSA would have understood from Example 3 in the '066 and '901 patent specifications that treprostinil salt is formed once the seed of polymorph B of treprostinil diethanolamine was added.

20

167.    A POSA would have understood from Example 3 in the '066 and '901 patent specifications that treprostinil salt is stored at ambient temperature when the suspension was cooled to $20 \pm 2°$ C overnight.

168.    A POSA would have understood from Example 3 in the '066 and '901 patent specifications that treprostinil salt is stored at ambient temperature when the treprostinil diethanolamine salt was transferred to a container for air drying in hood.

169.    A POSA would have understood from Example 4 in the '066 and '901 patent specifications that isolated salt is stored at ambient temperature when it was transferred to trays for air-drying overnight in hood.

170.    A POSA would have understood from steps 32 and 34 of Example 6 in the '066 and '901 patent specifications that isolated salt is stored at ambient temperature.

171.    A POSA would have understood from the '066 and '901 patent specifications that isolated salt and treprostinil salt could be stored at ambient temperature where it states "crude treprostinil salts can be stored as raw material at ambient temperature."

172.    A POSA would have understood from the prior art how to control for non-temperature storage conditions such as humidity, light, and oxygen levels.

173.    A POSA would have understood that prohibition of column chromatography is not claimed in the '066 and '901 patents.

174.    Claims 1 and 8 of the '066 patent and claim 8 of the '901 patent are comprising claims such that steps in addition to those claimed could be present and still be within the scope of the claim.

175.    A POSA would have understood from the '066 and '901 patent specifications that the inventors were showing a preferred embodiment whereby column chromatography could be

eliminated, rather than a disclaimer or disavowal of the use of column chromatography.

176.   A POSA would have understood that the '066 and '901 patents define "comprising" as "including but not limited to" such that "other non-mentioned…steps may be present."

177.   A POSA would have understood from step 12 of Example 6 of the '066 and '901 patent specifications that column chromatography could be practiced between the alkylation and salt formation steps.

178.   A POSA would have understood from the prior art that column chromatography was a routine and well-known purification technique.

179.   A POSA would have understood from the '066 and '901 patent specifications that there can be isolation prior to salt formation.

180.   A POSA would have understood from the '066 and '901 patent specifications that various other purification techniques besides column chromatography could be used between alkylation and salt formation such as Celite pad filtering, ethyl acetate extraction, NaCl washing, carbon filtration, and ethyl acetate washing.

181.   A POSA would have understood from the prior art that column chromatography does not always result in a more pure product.

182.   A POSA would have understood that prohibition of isolation of treprostinil before combining with a base is not claimed in the '066 and '901 patents.

183.   A POSA would have understood from the '066 and '901 patent specifications that the inventors were showing a preferred embodiment whereby of isolation of treprostinil before combining with a base could be eliminated, rather than a disclaimer or disavowal of isolation of treprostinil before combining with a base.

184.   A POSA would have understood from Example 2 in the '066 and '901 patent

specifications that the volume of a solution of treprostinil was reduced prior to combination with a base.  A POSA would have understood from this disclosure that the treprostinil could have been isolated by continuing to reduce the volume of the filtrate.

185.    A POSA would have understood from the '066 and '901 patent specifications that treprostinil was an FDA approved medication and would have been able to determine a therapeutically effective amount of treprostinil or salt thereof based on the numerous references described in the specification.

186.    A POSA would have understood from the '066 and '901 patent specifications that treprostinil is the active ingredient in Remodulin®.

187.    A POSA would have understood from the prior art, for example the March 2006 Remodulin® label, information on disease, dosing, and route of administration.

188.    As to the '066 and '901 patents, the critical date for availability as prior art is December 17, 2007.

189.    U.S. Patent No. 8,497,393 ("the '393 patent") issued July 30, 2013, resulting from U.S. Patent Application Number 13/548,446, which is a continuation of U.S. Patent Application No. 12/334,731, filed on December 15, 2008, now U.S. Patent No. 8,242,305.  The '393 patent claims priority to U.S. Provisional Patent Application No. 61/014,232, the same provisional application to which the '066 and '901 patents claim priority.

190.    The '066 and '901 patent specifications at 1:8-15 cite and incorporate by reference the application of the '393 patent.

191.    The '393 patent is not prior art to the '066 patent.

192.    The '393 patent is not prior art to the '901 patent.

193.    The '066 patent claims contain limitations not found in the '393 patent claims.

194.    The '901 patent claims contain limitations not found in the '393 patent claims.

195.    Claim 1 of the '393 patent is a genus claim.

196.    Claim 1 of the '393 patent does not contain a limitation on impurities.

197.    Claim 1 of the '393 patent does not contain a limitation on stability.

198.    The '066 and '901 patent specifications at 1:27-34 cite and incorporate by reference the paper "Moriarty, *et al* in J. Org. Chem. 2004, 69, 1890-1902" ("Moriarty").

199.    During prosecution of the '066 patent, the examiner considered the reference WO 2005/007081 ("Phares") listed on page 2 of the '066 patent under references cited.

200.    During prosecution of the '901 patent, the examiner considered the reference WO 2005/007081 ("Phares") listed on page 2 of the '901 patent under references cited.

201.    The '066 and '901 patents do not claim the same product as in the prior art.

202.    The pharmaceutical compositions and batches claimed in the '066 and '901 patents are distinct from products in the prior art.

203.    The '066 and '901 patents have claims directed towards making pharmaceutical compositions and pharmaceutical products that are different from methods found in the prior art.

204.    The storage of isolated treprostinil salt at ambient temperature during manufacture of a pharmaceutical composition is claimed in the '066 and '901 patents and is not disclosed in the prior art.

205.    Prior art does not render obvious claim 1 of the '066 patent.

206.    The prior art does not disclose the lowering of impurities from a starting batch of treprostinil.

207.    The prior art does not disclose the impurities present in the product of Moriarty.

208.    Prior art does not render obvious claim 2 of the '066 patent

209.    Prior art does not render obvious claim 3 of the '066 patent.

210.    Prior art does not render obvious claim 6 of the '066 patent.

211.    The prior art does not disclose storing an isolated salt of treprostinil at ambient temperature.

212.    Prior art does not render obvious claim 8 of the '066 patent.

213.    Prior art does not render obvious claim 9 of the '066 patent.

214.    Prior art does not render obvious claim 1 of the '901 patent.

215.    Prior art does not render obvious claim 2 of the '901 patent.

216.    Prior art does not render obvious claim 3 of the '901 patent.

217.    Prior art does not render obvious claim 4 of the '901 patent.

218.    Prior art does not render obvious claim 6 of the '901 patent.

219.    Prior art does not render obvious claim 8 of the '901 patent.

220.    Prior art does not render obvious claim 9 of the '901 patent.

221.    UTC release specifications and other FDA submissions do not show that the claimed compositions were in the prior art.

222.    UTC release specifications do not affect the scope of the '066 patent.

223.    UTC release specifications do not affect the validity of the '066 patent.

224.    UTC release specifications do not affect the scope of the '901 patent.

225.    UTC release specifications do not affect the validity of the '901 patent.

226.     FDA submissions do not impact the scope of the '066 patent.

227.    FDA submissions do not impact the validity of the '066 patent.

228.    FDA submissions do not impact the scope of the '901 patent.

229.    FDA submissions do not impact the validity of the '901 patent.

230.    A POSA would not have been motivated to combine Moriarty and Phares with a reasonable expectation of success.

231.    A POSA would not have been motivated to combine Moriarty and Phares.

232.    Phares does not disclose the stability of any polymorphic form of treprostinil diethanolamine at ambient temperature.

233.    A POSA would understand that more thermodynamic stability does not equate to stability at room temperature.

234.    A POSA would not be motivated to combine Phares based on the bioavailability disclosed in Phares.

235.    The pharmaceutical composition of the '066 patent is structurally and functionally different from products of the prior art.

236.    The pharmaceutical batch of the '901 patent is structurally and functionally different from products of the prior art.

237.    In issuing the '066 patent, the examiner considered Moriarty and Phares and found the claims nonobvious over the combination.

238.    Liquidia petitioned for *inter partes* review (IPR) of the '066 patent, arguing obviousness in the combination of Moriarty and Phares.  The PTAB denied institution of IPR for the '066 patent.

239.    Liquidia petitioned for IPR of the '901 patent, arguing Moriarty and Phares obviousness in the combination of Moriarty and Phares.

240.    The PTAB instituted review of the '901 patent based on Liquidia's petition.

241.    The PTAB issued a Final Written Decision on the '901 patent.

242.    Liquidia is estopped under § 315 from arguing invalidity based on grounds it raised

or reasonably could have raised in the '901 IPR.

243.    In issuing the '901 patent, the examiner considered Moriarty and Phares and found the claims nonobvious over the combination.

244.    Tyvaso practices the claimed invention.

245.    Tyvaso is a commercial success.

246.    A POSA would not know UTC confidential information in considering motivation to combine prior art.

247.    ████████████████████████████████████████████████

████████████████

 ████████████████████████████████████████████████

████████████████████████████████████████████

249.    A POSA would not know UTC confidential information in considering the disclosure of prior art.

250.    A POSA would not use the invention as a roadmap in looking at the prior art.

251.    There is no evidence of a motivation to combine the teachings of the prior art other than using hindsight of the invention as a roadmap.

252.    A POSA would not have a reasonable expectation of success in scaling up the prior art processes.

253.    A POSA would understand the prior art did not teach commercial scale manufacturing of treprostinil.

254.    A POSA would understand that laboratory scale experiments are not always able to be scaled to commercial scale.

255.    The prior art does not disclose any problems with the white-needle crystalline

appearance of treprostinil.

256.   A POSA would not consider white-needles to be an issue from the prior art.

257.   █████████████████████████████████████████████

█████████████████████████████

258.   A POSA would know that statements in the prior art of quality and safety made to the FDA do not affect the scope of the '066 patent.

259.   A POSA would know that statements in the prior art of quality and safety made to the FDA do not affect the validity of the '066 patent.

260.   A POSA would know that statements in the prior art of quality and safety made to the FDA do not affect the scope of the '901 patent.

261.   A POSA would know that statements in the prior art of quality and safety made to the FDA do not affect the validity of the '901 patent.

262.   The diethanolamine salt disclosed in the '066 is not identical to the diethanolamine salt in Phares.

263.   The diethanolamine salt disclosed in the '901 is not identical to the diethanolamine salt in Phares.

**B.     The Claims of the '793 Patent are Valid**

**1.     The '793 Patent**

264.   The '793 patent, filed on January 31, 2020, is entitled "Treprostinil Administration by Inhalation," and was issued on July 21, 2020. The '793 Patent is directed to the treatment of pulmonary hypertension by administering treprostinil (or salts thereof) by inhalation.

265.   The '793 patent was granted on application number 16/778,662, filed January 31, 2020, and claims priority through a series of applications dating back to a provisional patent

application, 60/800/016, filed on May 15, 2006. The priority date for the '793 patent is not later than May 15, 2006.

266.    The named inventors of the '793 patent are Horst Olschewski, Robert Roscigno, Lewis J. Rubin, Thomas Schmehl, Werner Seeger, Carl Sterritt and Robert Voswinckel.

267.    The '793 patent relates to a therapy involving treatment of pulmonary hypertension using inhaled treprostinil. Specifically, the '793 patent relates to a method of treating pulmonary hypertension by administering an inhaled, therapeutically effective, single event dose that comprises from 15 to 90 micrograms of treprostinil or a pharmaceutically acceptable salt thereof, delivered in 1 to 3 breaths.

268.    The '793 patent claims several inhalation devices for administration, including administration using a dry powder inhaler. The '793 patent also claims a formulation including treprostinil, or a pharmaceutically acceptable salt thereof, wherein the formulation is a dry powder formulation.

269.    UTC has asserted that Liquidia infringes five claims of the '793 patent: Claims 1, 4, 6, 7 and 8 of the '793 patent.

270.    Claims 4, 6, 7 and 8 depend from Claim 1 of the '793 patent.

**2.    Person of Ordinary Skill in the Art**

271.    The named inventors of the '793 patent have post-graduate degrees in the field of medicine or drug development disciplines and all had at least several years of research, executive, and/or clinical experience in the investigation and treatment of pulmonary hypertension and in developing pharmaceutical products for the treatment of pulmonary hypertension.

272.    A POSA with respect to the '793 patent would have a graduate degree in medicine or a field relating to drug development, such as an M.D. or a Ph.D., with at least two years practical

experience in either (i) the investigation or treatment of pulmonary hypertension or (ii) in the development of potential drug candidates, specifically in the delivery of drugs by inhalation.

273.    The POSA could have a lower level of formal education if such a person had more years of experience in the development of inhalable drugs.

274.    Because drug development involves a multidisciplinary approach, the POSA would consult with individuals having specialized expertise, for example, a pharmacologist with experience in development of inhaled formulations or inhalation devices and/or a physician with experience in the administration, dosing and efficacy of drugs for the treatment of a particular disease state.

### 3.    Relevant Claim Construction

275.    The Court did not construe any terms or phrases in the '793 patent and as such, the terms should have their plain and ordinary meaning to the POSA .

### 4.    Relevant Background

276.    Pulmonary hypertension is a term for a hemodynamic abnormality, elevated pressure. For pulmonary hypertension, a hemodynamic effect is a therapeutic effect showing improvement on the underlying state of the disease. Administration of a drug like treprostinil that has a vasodilatory effect on pulmonary arteries and reduces pressure (e.g., PAP) and pulmonary resistance (e.g., PVR) directly addresses the elevated pressure associated with pulmonary hypertension. This reduction in the pressure load on the heart is a therapeutic effect that is demonstrated by the data presented in the '793 patent specification.

277.    Hemodynamics can be and are used to assess efficacy of drugs, including in clinical studies and drug development. The benefit of hemodynamics when assessing therapeutic effectiveness against pulmonary hypertension is clear from numerous clinical studies gathering

hemodynamic data to determine test effectiveness.

278.    The first FDA approved treatment for pulmonary hypertension – and the sole approved treatment for over five years (from 1995-2001) – was epoprostenol, which had substantial shortcomings and posed significant burdens to patients.

279.    Epoprostenol can only be administered by continuous intravenous infusion because it has a short half-life of only a few minutes and is cleared from the body very quickly. Further, the short duration of action of epoprostenol means that even a brief interruption in infusion could increase the risk of hemodynamic collapse and even death because of delivery complications. Moreover, epoprostenol requires daily mixing and refrigeration, thus requiring the patient to carry a cold pack to avoid degradation at room temperature and an infusion pump in order to safely administer the drug.

280.    Later-approved subcutaneous (in 2002) and intravenous (in 2004) administration of treprostinil had some benefits over epoprostenol. For example, it is stable at room temperature and has a half-life of several hours rather than several minutes. This freed patients of having to carry ice packs to ensure the safety and efficacy of the drug. There were still limitations to intravenous and subcutaneous delivery of treprostinil, such as intolerable site pain in some instances and systemic side effects.

281.    By the May 2006 priority date of the '793 patent, the only FDA-approved prostacyclin-type drug that could be given in an inhalable form was iloprost, marketed as Ventavis®. Clinicians were still largely of the opinion however, that intravenous administration of a prostacyclin analog was preferable to inhaled delivery of iloprost for a number of reasons, including iloprost's relatively short half-life.

282.    By May 2006, a large number and variety of devices suitable for use with powder

formulations were known.

283.   Specifically, one such company in Italy known as Plastiape made devices (e.g., dry powder inhalers) that were known, available, and used widely in the market with many milled and/or spray-dried powders.

284.   At the time of the priority date, the basic principles of dry powder formulation development were known and available. The basic steps in formulating dry powder formulations of drugs were known and studied by 2006. Known techniques included micronization and spray drying, as well as ways to evaluate, modify process steps, and improve or optimize processes to achieve respirable particle sizes. It was known to test and evaluate formulations and devices using in vitro methods, including, among others, impaction studies. Further optimization regarding formulation, drug and carrier to reach a desired performance was known and routine at the time of the priority date.

285.   At the time of the priority date, the basic principles of dry powder formulation development were known and available. Information regarding the active pharmaceutical ingredient, preparation of the active pharmaceutical ingredient, use of excipients and formulations for dry powder inhalers, how formulations are processed, and techniques used to characterize dry powder formulation systems was readily available.

286.   Information regarding drug properties, milling, excipient selection, blending, and filling into a dry powder inhaler device was similarly known and available. Furthermore, guides concerning dry powder inhaler devices and knowledge regarding the accuracy and reproducibility of dose emissions from those devices was available.

287.   Salt synthesis for APIs, physical and chemical screening, XRPD, laser diffraction, cascade impaction, HPLC, blending, mixing, blend uniformity, and many other techniques, were

known as part of the drug development and formulation evaluation and improvement processes.

5.    **Prior Art**

a)    **The '212 Patent**

288.    The '212 patent describes testing done in tracheotomized sheep, involving UT-15 delivered by inhalation using a continuous nebulizer.

289.    The '212 patent is listed on the face of the '793 patent under "References Cited," and was considered by the patent examiner before the '793 patent was allowed.

290.    The '212 patent does not disclose a dose to be administered to sheep or humans in a single event.

291.    The '212 patent does not contain sufficient information to allow a POSA to calculate a therapeutically effective single event dose of 15-90 μg delivered in 1-3 breaths from the information given in the abstract, let alone to do so reliably, for a sheep or human.

292.    The '212 patent does not disclose, teach, or render obvious the administration of inhaled treprostinil to a human in 1-3 breaths.

293.    The '212 patent does not alone, or in combination with Liquidia's other asserted prior art, anticipate or render obvious any claims of the '793 patent.

b)    **Voswinckel JESC**

294.    Voswinckel JESC is a brief abstract spanning approximately one quarter of a single page that generally describes a clinical study that used continuous nebulization at concentrations of 16, 32, 48, and 64 μg/mL of treprostinil with a time period of 6 minutes.

295.    Voswinckel JESC provides the concentration of the drug in the pre-aerosolized solution but does not specify the dose delivered to the patient. Voswinckel JESC does not describe a therapeutically effective single event dose of 15 micrograms to 90 micrograms.

296.    Voswinckel JESC does not contain sufficient information to allow a POSA to calculate a therapeutically effective single event dose of 15-90 μg delivered in 1-3 breaths from the information given in the abstract, let alone to do so reliably.

297.    In general, a POSA would not rely on an abstract like Voswinckel JESC because conference abstracts are not peer-reviewed to the same rigor as published journal articles, and further often report only preliminary data which may or may not translate into actual results.

298.    Voswinckel JESC is listed on the face of the '793 patent under "References Cited," and was thus considered by the patent examiner before the '793 patent was allowed.

299.    Voswinckel JESC does not alone, or in combination with Liquidia's other asserted prior art, anticipate or render obvious any claims of the '793 patent.

### c)      Voswinckel JAHA

300.    Voswinckel JAHA is a brief abstract spanning approximately one quarter of a single page in the Circulation Journal of the American Heart Association. It generally describes preliminary data of an open-label study of "TRE inhalation by use of the pulsed OptiNeb® ultrasound nebulizer (3 single breaths, TRE solution 600 μg/ml)." This abstract discloses a pre-aerosolized concentration for the treprostinil solution of 600 μg/mL for inhalation over a specific number of breaths. Voswinckel JAHA also does not describe a therapeutically effective single event dose of 15 micrograms to 90 micrograms.

301.    Voswinckel JAHA does not contain sufficient information to allow a POSA to calculate a therapeutically effective single event dose of 15-90 μg delivered in 1-3 breaths from the information given in the abstract, let alone to do so reliably.

302.    In general, a POSA would not rely on an abstract like Voswinckel JAHA because conference abstracts are not peer-reviewed to the same rigor as published journal articles, and

further often report only preliminary data which may or may not translate into actual results.

303.    Voswinckel JAHA is listed on the face of the '793 patent under "References Cited," and was considered by the patent examiner before the '793 patent was allowed.

304.    Voswinckel JAHA does not alone, or in combination with Liquidia's other asserted prior art, anticipate or render obvious any claims of the '793 patent.

### d)    Ghofrani

305.    Ghofrani is a review article, published in German, describing "New therapies in the treatment of pulmonary hypertension." In addition to describing recent developments relating to inhaled treprostinil, the review article also describes other "new therapy approaches, which are partially still under development, and that can find their way into the therapy guidelines in the near future" including inhaled iloprost, selective endothelin A receptor antagonists (sitaxsentan and ambrisentan), and PDE-5 inhibitors.

306.    Ghofrani was co-authored by Dr. Werner Seeger and Dr. Robert Voswinckel (inventors of the '793 patent) as well as Dr. Hossein A. Ghofrani, Dr. Frank Reichenberger, and Dr. Friedrich Grimminger. Ghofrani was published in June of 2005.

307.    The work described in Ghofrani and relied upon by Liquidia is not "by another."

308.    Ghofrani does not qualify as prior art.

309.    Ghofrani is listed on the face of the '793 patent under "References Cited," and was considered by the patent examiner before the '793 patent was allowed.

310.    Ghofrani does not alone, or in combination with Liquidia's other asserted prior art, anticipate or render obvious any claims of the '793 patent.

### e)    Voswinckel 2006

311.    Voswinckel 2006 is a short "Clinical Observation" published in the Annals of

Internal Medicine, titled "Inhaled Treprostinil for Treatment of Chronic Pulmonary Arterial Hypertension," which describes clinical observations on three patients with severe pulmonary hypertension, who were treated with administration of a single 15 µg dose of treprostinil, inhaled in three breaths through a modified Optineb ultrasonic inhalation device.

312.    Voswinckel 2006 was co-authored by Dr. Werner Seeger, Dr. Robert Voswinckel, and Dr. Horst Olschewski (inventors of the '793 patent) as well as Dr. Hossein A. Ghofrani and Dr. Friedrich Grimminger. Voswinckel 2006 was published in January of 2006.

313.    The work described in Voswinckel 2006 and relied upon by Liquidia is not "by another."

314.    Voswinckel 2006 does not qualify as prior art.

315.    Voswinckel 2006 is listed on the face of the '793 patent under "References Cited," and was considered by the patent examiner before the '793 patent was allowed.

316.    Voswinckel 2006 does not alone, or in combination with Liquidia's other asserted prior art, anticipate or render obvious any claims of the '793 patent.

**6.    Secondary Considerations**

317.    Tyvaso is a commercial embodiment of the '793 patent. Tyvaso is used to treat pulmonary hypertension in humans suffering from pulmonary hypertension and is administered in a therapeutically effective single event dose comprising treprostinil or a pharmaceutically acceptable salt thereof with an inhalation device, and the therapeutically effective single event dose is between 15 to 90 micrograms of treprostinil or a pharmaceutically acceptable salt thereof and is delivered in 1 to 3 breaths.

318.    The '793 patent satisfied a long-felt but unmet need.

319.    The '793 patent allowed for an inhaled dosing regimen and maximized therapeutic

benefits by safely delivering doses to the lungs in 1 to 2 breaths using a discreet, convenient, easy to use inhaler.

320.   Inhaled treprostinil is approved to treat a broader range of pulmonary hypertension patients than the therapeutics available at the time of the invention.

321.   The '793 patent showed unexpected results including that therapeutically effective, high doses of treprostinil could be delivered to a patient in a shorter period of time with fewer side effects be developing a method that combined higher dosing in fewer breaths using a modified inhalation device.

322.   The pharmacodynamics of inhaled treprostinil also presented unexpected results.

323.   Tyvaso is currently approved in the U.S. for the treatment of PAH and PH-ILD.

### 7.   The Asserted Claims of the '793 Patent Are Enabled And Have Adequate Written Description

324.   The '793 patent satisfies the written description and enablement requirements.

325.   The '793 patent discloses both an inhalable solution and an inhalable dry powder and devices for administering both types of formulations.

326.   The '793 patent provides for both a dry powder with a particle size less than 10 micrometers in diameter or less than 5 micrometers in diameter as well as an inhalation device that can be a dry powder inhaler.

327.   The '793 patent describes treprostinil dosing information, the use of dry powder inhalers, and powder formulations.

328.   The POSA would recognize based on the '793 patent that the inventors were in possession of, i.e., had invented what is claimed, an inhaled dry powder formulation of treprostinil.

329.   The '793 patent contains adequate written description supporting the asserted claims, including the claims including methods of treatment using dry powder formulations and/or

37

dry powder inhalers.

330.     A POSA in 2006 would have had access to numerous dry powder inhalers (DPIs), excipients, and methods of manufacturing dry powder formulations.

331.     Numerous devices existed by 2006 that would have been suitable for use with inhaled dry powder formulations.

332.     A sufficient number of carriers existed in 2006 that a POSA could have chosen from, including lactose.

333.     Methods were also known to a POSA as of the priority date that would allow a POSA to adjust API and excipient particle size to achieve the desired particle sizes and formulation performance.

334.     Starting with the information disclosed in the '793 patent, a POSA could have used known excipient(s) and known techniques such as milling or spray drying to create an inhalable dry powder formulation of treprostinil (or a salt thereof) and practice the asserted claims of the '793 patent without undue experimentation.

335.     The experimentation required to prepare an inhalable dry powder formulation of treprostinil (or a salt thereof) for use in a dry powder inhaler (DPI) and practicing the asserted claims of the '793 was routine and would not be considered undue.

336.     In 2006, a POSA reviewing the claim limitation requiring a method of treating pulmonary hypertension would immediately understand that the claim was referring to pulmonary arterial hypertension.

337.     To the extent the claim is interpreted to cover all forms of pulmonary hypertension, a POSA would have understood that as of the priority date inhaled treprostinil could be used to treat multiple forms of pulmonary hypertension, including based upon the '793 patent

specification.

338.     A POSA would have understood that the '793 patent includes WHO Groups 1, 3, and 4 within the patent specification, that WHO Group 5 could also be included, and that inhaled treprostinil could be used to treat a mixed form of WHO Group 2.

339.     As of the priority date a POSA would have known and understood that inhaled treprostinil would not be used to treat a pure WHO Group 2 post-capillary patient.

340.     The POSA could readily determine from his or her knowledge and skill, or from routine testing, whether inhaled treprostinil could be used to treat WHO Group 2 postcapillary PH.

341.     The POSA would recognize based on the '793 patent that the inventors were in possession of, i.e., had invented what is claimed, a method of treating pulmonary hypertension.

342.     The POSA would have been able to practice the claimed methods of treating pulmonary hypertension without undue experimentation based on the teachings of the '793 patent and the background knowledge of those of skill in the art.

343.     The POSA could have practiced the asserted claims of the '793 patent—i.e., could have administered a formulation (e.g., a liquid or dry powder) to a human consistent with the claims—without undue experimentation. The POSA knew how to prepare and administer formulations and would have been able to instruct the patient on how to use the formulations to administer the drug using routine techniques and without undue experimentation.

# EXHIBIT 3

**EXHIBIT 3**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 20-755-RGA-JLH |
| v. | ) |
| | ) **HIGHLY CONFIDENTIAL** |
| LIQUIDIA TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

**DEFENDANT'S STATEMENT OF CONTESTED FACTS**

<u>TABLE OF CONTENTS</u>

I.   Background ............................................................................................................... 1

A.  Nature and Stage of the Proceedings ................................................................. 1

B.  The Parties' Products at Issue ........................................................................... 2

C.  Defendant Liquidia's Experts ............................................................................ 4

II.  The Asserted Claims of the '066 and '901 Patents are Invalid .................................. 8

A.  The Patents ......................................................................................................... 8

1. The '066 Patent ............................................................................................. 8

2. The '901 Patent ............................................................................................. 9

3. The Shared Specification of the '066 and '901 Patents ................................ 9

4. Relevant Prosecution History of the '066 and '901 Patents ....................... 11

5. Asserted Claims .......................................................................................... 13

6. Person of Ordinary Skill in the Art ............................................................ 16

7. Claim Construction ..................................................................................... 16

B.  All the Asserted Claims of the '066 and '901 Patents Are Invalid Due to Collateral Estoppel ............................................................................................................. 17

C.  The Product-by-Process Claims of the '066 and '901 Patents are Invalid ..................... 17

1. The Products of the Asserted Product-by-Process Claims of the '066 and '901 Patents are the Same as the Product of UTC's "Former" Publicly Known Process ................. 17

   a.   The ███████████████████████████████ According to the '066 and '901 Patents ....................................................................................... 19

   b.   ████████████████████████████████████████ ███████████████ ............................................................................. 22

   c.   ████████████████████████████ of the '066 and '901 Patents .................................. 22

   d.   ████████████████████████████████████ █████ ........................................................................................................ 24

2. The Products of the '066 and '901 Patents Claim the Same Product as the Invalidated '393 Patent in the *SteadyMed* Proceeding ...................................... 25

3. UTC's Arguments to the Contrary Are Unavailing .................................... 25

D.  The Asserted Claims of the '066 and '901 Patents Are Obvious under 35 U.S.C. § 103 Over Moriarty in Combination with Phares .......................................... 27

1. The Relevant Prior Art ............................................................................... 27

   a.   Moriarty ................................................................................................ 27

   b.   Phares ................................................................................................... 29

    c.   A POSA Would Have Been Motivated to Combine Moriarty and Phares with a Reasonable Expectation of Success ................................................................. 31

        (1)   A POSA Would Have Had a Motivation to Combine Moriarty and Phares 32

        (2)   A POSA Would Have Had a Reasonable Expectation of Success Combining Moriarty and Phares ........................................................................ 36

    d.   UTC's arguments as to Why a POSA Would not Combine Moriarty and Phares are unavailing ......................................................................................... 37

2. Claims 1-3, 6, and 8-9 of the '066 Patent Are Obvious Over Moriarty and Phares... 38

    a.   Claim 1 of the '066 Patent................................................................................. 38

        (1)   Claim Element 1[a]: "A pharmaceutical composition comprising treprostinil or a pharmaceutically acceptable salt thereof, said composition prepared by a process comprising" .................................................................. 38

        (2)   Claim Element 1[b]: "providing a starting batch of treprostinil having one or more impurities resulting from prior alkylation and hydrolysis steps," ...... 39

        (3)   Claim Element 1[c]: "forming a salt of treprostinil by combining the starting batch and a base," .................................................................................. 40

        (4)   Claim Element 1[d]: "isolating the treprostinil salt, and"........................ 40

        (5)   Claim Element 1[e]: "preparing a pharmaceutical composition comprising treprostinil or a pharmaceutically acceptable salt thereof from the isolated treprostinil salt"................................................................................................... 41

        (6)   Claim Element 1[f]: "whereby a level of one or more impurities found in the starting batch of treprostinil is lower in the pharmaceutical composition, and" 41

        (7)   Claim Element 1[g]: "wherein said alkylation is alkylation of benzindene triol."................................................................................................................... 42

        (8)   UTC's Arguments as to Why Claim 1 is Not Obvious Over the Combination of Moriarty and Phares Are Unavailing ..................................... 42

    b.   Dependent Claim 2 of the '066 Patent ............................................................ 43

    c.   Dependent Claim 3 of the '066 Patent ............................................................ 44

    d.   Dependent Claim 6 of the '066 Patent ............................................................ 44

    e.   Independent Claim 8 of the '066 Patent .......................................................... 49

        (1)   Claim Elements 8[a]-[c]............................................................................ 49

        (2)   Claim Elements 8[d]-[f]............................................................................ 50

    f.   Dependent Claim 9 .......................................................................................... 50

3. Claims 1-4, 6, and 8 of the '901 Patent Are Obvious Over Moriarty and Phares ...... 51

    a.   Independent Claim 1 of the '901 Patent .......................................................... 51

        (1)   Claim Element 1[a]-1[e] ............................................................................ 51

(2)   Claim Element 1[f]: "optionally reacting the salt of treprostinil with an acid to form treprostinil, and" .................................................................. 51

(3)   Claim Element 1[g]: "wherein the pharmaceutical batch contains at least 2.9 g of treprostinil or its salt." ........................................................... 51

b.   Dependent Claim 2 of the '901 Patent ............................................. 53

c.   Dependent Claims 3-4 of the '901 Patent.......................................... 54

d.   Dependent Claim 6 of the '901 Patent ............................................. 56

e.   Dependent Claim 8 of the '901 Patent ............................................. 57

f.   The Board Has Already Found Claims of the '901 Patent Unpatentable as Obvious Over Moriarty and Phares ................................................... 57

4. Secondary Considerations of Non-Obviousness Do Not Support Validity of the Asserted Claims of the '066 and '901 Patents ............................................ 57

E.   The Asserted Claims of the '066 and 901 Patents Are Also Invalid For Lack of Written Description Support, Lack of Enablement, and Use of Indefinite Terms ........................... 60

1. Lack Of Written Description Support For "a Level of One or More Impurities Found in the Starting Batch of Treprostinil" Being "Lower in the Pharmaceutical Composition" Limitation in Claim 1 of the '066 Patent ...................................... 60

2. Lack of Enablement of the "Salt" Limitations in Claims 1 and 8 of the '066 and '901 Patents ........................................................................................ 70

a.   A POSA Could Not Have Practiced the Full Scope of the "Salt" Limitation of Claims 1 and 8 of the '066 Patent Without Undue Experimentation .................. 70

b.   A POSA Could Not Have Practiced the Full Scope of the "Salt" Limitation of Claims 1 and 8 of the '901 Patent Without Undue Experimentation .................. 77

3. Lack of Written Description Support for, Lack of Enablement of, and Indefiniteness of the "Stored"/"Storing"/"Storage" at "Ambient Temperature" Limitations in Claims 6 and 8 of the '066 Patent and Claim 6 of the '901 Patent ................................... 77

a.   Written Description: The Inventors Were Not In Possession of Claims 6 and 8 of the '066 Patent and Claim 6 of the '901 Patent's "Stored"/"Storing"/"Storage" at "Ambient Temperature" Limitations ............................................... 78

(1)   The Patents' Specification Does Not Have Any Storage Data, at Any Temperature ..................................................................................... 78

(2)   The Patents' Specification Does Not Address Significant Non-Temperature Storage Conditions ............................................................... 80

(3)   UTC's arguments to the contrary are unavailing ..................................... 82

b.   Enablement: A POSA Could Not Have Practiced the Full Scope of the "Stored"/ "Storage"/ "Storing" at "Ambient Temperature" Limitation in Claims 6 and 8 of the '066 Patent and Claim 6 of the '901 Without Undue Experimentation ................................................................................. 84

c.   Indefiniteness: A POSA Would Not Have Reasonable Certainty As to the Scope of Claims 6 and 8 of the '066 Patent and Claim 6 of the '901 Patent Using the Terms "Stored"/"Storage"/ "Storing" at "Ambient Temperature" ................ 87

4. Lack of Enablement of the "Therapeutically Effective Amount" Limitation in Claims 3 and 4 of the '901 Patent .......................................................................... 90

5. Lack of Written Description Support for Column Chromatography Between Alkylation and Salt Formation in Claims 1 and 8 of the '066 Patent and Claims 1 and 8 of the '901 Patent .......................................................................................... 94

a.   To the Extent UTC Contends that Claims 1 and 8 of the '066 Patent Permit Column Chromatography Between Alkylation and Salt Formation, the Inventors Were Not In Possession of the Limitation ............................................. 94

b.   To the Extent UTC Contends that Claims 1 and 8 of the '901 Patent Permit Column Chromatography Between Alkylation and Salt Formation, the Inventors Were Not In Possession of the Limitation ............................................. 97

6. Lack of Written Description Support for "Isolation" of Treprostinil Before Combining with a Base to Form a Salt in Claims 1 and 8 of the '066 Patent .............. 98

III.   Liquidia Does Not Infringe the Asserted Claims of the '066 Patent ................................. 102

A.   Background Relevant to the Inapplicability of 35 U.S.C. § 295 ................................. 102

1. UTC's Efforts in Determining Yonsung's Manufacturing Process ......................... 102

2. UTC Was Able to Determine Yonsung's Manufacturing Process ........................... 104

B.   The Claimed "Impurities" Must Result From Prior Alkylation and Hydrolysis Steps" "Wherein Said Alkylation Is Alkylation of Benzindene Triol" ......................................... 105

C.   Claim 1 Requires Actual Comparison of the Impurities in the "Starting Batch of Treprostinil" with the "Pharmaceutical Composition Comprising Treprostinil or a Pharmaceutically Acceptable Salt Thereof" ....................................................................... 106

D.   UTC Has Failed to Prove Yonsung Prepares its Treprostinil Sodium API from a "Starting Batch of Treprostinil Having One or More Impurities Resulting from Prior Alkylation and Hydrolysis Steps . . . Wherein Said Alkylation Is Alkylation of Benzindene Triol" ........................................................................................................................ 107

1. ██████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████ ................................................................ 110
██████████████████████████████████ .. 116

E.   ████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████████████

████████████████████████████

████████████████████████████

████████████████████████████

IV.   The Asserted Claims of the '793 Patent Are Invalid .................................................. 134

   A.  The '793 Patent ................................................................................................ 134

      1. Specification .............................................................................................. 135

      2. Relevant Prosecution History ................................................................... 137

      3. Asserted Claims ........................................................................................ 137

      4. Person of Ordinary Skill in the Art .......................................................... 139

      5. Relevant Claim Construction ................................................................... 139

   B.  Background Relevant to '793 Patent ................................................................ 140

      1. Pulmonary Hypertension Generally ........................................................ 140

      2. Treatments for Pulmonary Hypertension ................................................. 143

      3. Inhalation Therapies ................................................................................. 145

         a.   History of Inhalation Therapy and Types of Inhalers ................................. 145

         b.   Benefits of Inhalation Therapies ................................................................ 147

         c.   Well-Known Considerations of Inhalation Therapies .................................. 148

   C.  Claims 1, 4, and 6-8 of the '793 Patent Are Anticipated and Rendered Obvious by the Prior Art ........................................................................................................ 150

      1. Scope and Content of Prior Art Relevant to the '793 Patent .................................. 150

         a.   The '212 Patent .......................................................................................... 150

         b.   Voswinckel JESC ...................................................................................... 153

         c.   Voswinckel JAHA ..................................................................................... 156

         d.   Ghofrani ...................................................................................................... 158

         e.   Voswinckel 2006 ........................................................................................ 159

      2. Claims 1, 4, and 6-8 Would Have Been Obvious over the '212 Patent in View of Voswinckel JESC and Voswinckel JAHA ................................................................ 161

         a.   Motivation to Combine the '212 Patent with Voswinckel JESC and Voswinckel JAHA with a Reasonable Expectation of Success ........................... 161

         b.   Independent Claim 1 .................................................................................. 164

             (1)   Claim Element 1[a]: "A method of treating pulmonary hypertension comprising administering by inhalation to a human suffering from pulmonary hypertension a therapeutically effective single event dose of a formulation comprising treprostinil or a pharmaceutically acceptable salt thereof" ......... 164

(2)   Claim Element 1[b]: "with an inhalation device,"................................. 166

(3)   Claim Element 1[c]: "wherein the therapeutically effective single event dose comprises from 15 micrograms to 90 micrograms of treprostinil or a pharmaceutically acceptable salt thereof"........................................................ 167

(4)   Claim Element 1[d]: "delivered in 1 to 3 breaths".............................. 172

c.   Dependent Claim 4 ............................................................................. 174

d.   Dependent Claim 6............................................................................. 174

e.   Dependent Claim 7 ............................................................................. 175

f.   Dependent Claim 8 ............................................................................. 175

3. Claims 1, 4, and 6-8 Are Obvious Over the '212 Patent in Combination with Voswinckel JESC................................................................................................ 177

a.   Motivation to Combine the '212 Patent with Voswinckel JESC ................ 177

b.   Independent Claim 1 .......................................................................... 177

(1)   Claim Elements 1[a]-1[c]: "A method of treating pulmonary hypertension comprising administering by inhalation to a human suffering from pulmonary hypertension a therapeutically effective single event dose of a formulation comprising treprostinil or a pharmaceutically acceptable salt thereof with an inhalation device, wherein the therapeutically effective single event dose comprises from 15 micrograms to 90 micrograms of treprostinil or a pharmaceutically acceptable salt thereof"........................................................ 177

(2)   Claim Element 1[d]: "delivered in 1 to 3 breaths"............................... 177

c.   Dependent Claims 4 and 6-8 ........................................................ 179

4. Claim 1 is Anticipated by Ghofrani................................................................ 179

a.   Claim Element 1[a]: "A method of treating pulmonary hypertension comprising administering by inhalation to a human suffering from pulmonary hypertension a therapeutically effective single event dose of a formulation comprising treprostinil or a pharmaceutically acceptable salt thereof".............. 179

b.   Claim Element 1[b]: "with an inhalation device,"....................................... 180

c.   Claim Element 1[c]: "wherein the therapeutically effective single event dose comprises from 15 micrograms to 90 micrograms of treprostinil of a pharmaceutically acceptable salt thereof" ........................................................ 180

d.   Claim Element 1[d]: "delivered in 1 to 3 breaths.".................................... 181

5. Claim 1 is Anticipated by Voswinckel 2006 .......................................... 181

a.   Claim Element 1[a]: "A method of treating pulmonary hypertension comprising administering by inhalation to a human suffering from pulmonary hypertension a therapeutically effective single event dose of a formulation comprising treprostinil or a pharmaceutically acceptable salt thereof".............. 181

b.   Claim Element 1[b]: "with an inhalation device,"....................................... 182

vi

c.   Claim Element 1[c]: "wherein the therapeutically effective single event dose comprises from 15 micrograms to 90 micrograms of treprostinil of a pharmaceutically acceptable salt thereof" ........................................................ 182

d.   Claim Element 1[d]: "delivered in 1 to 3 breaths." ...................................... 182

6. No Secondary Considerations of Non-Obviousness Support the Validity of the '793 Patent's Asserted Claims ................................................................................................ 182

D.  The Asserted Claims of the '793 Patent Are Also Invalid For Lack of Written Description Support and Lack of Enablement ................................................................ 185

1. Lack of Written Description Support for and Enablement of the "Method of Treating Pulmonary Hypertension" Recited in Claims 1, 4, and 6-8 of the '793 Patent ........... 185

a.   The Inventors Were Not in Possession of a "Method of Treating Pulmonary Hypertension" .............................................................................................. 185

b.   A POSA Could Not Have Practiced the Full Scope of the "Method of Treating Pulmonary Hypertension" Recited in Claims 1, 4, and 6-8 Without Undue Experimentation ........................................................................... 189

2. The '793 Patent Does Not Provide Adequate Written Description Of or Enable a Powder Formulation and Dry Powder Inhaler ............................................................ 192

a.   The '793 Patent Specification Provides No Evidence That the Inventors Were in Possession of a Treprostinil Powder Formulation and a Dry Powder Inhaler Suitable for Administration .......................................................................... 192

b.   The Specification of the '793 Patent Does Not Enable a Powder Formulation of Treprostinil or its Salt .......................................................................... 196

(1)   Applying the "Enablement" Factors, a POSA Would Have to Engage in Undue Experimentation to Formulate a Powder Treprostinil Formulation Suitable with an Appropriate Dry Powder Inhaler for Effective Administration in General and for the Treatment of PH in Particular ...................................... 197

(2)   The '793 Patent Provides No Guidance or Working Examples as to How a POSA Would Formulate a Powder Formulation of Treprostinil ................... 201

(3)   Without Guidance, Formulation of a Treprostinil Powder Suitable for Administration via a Dry Powder Inhaler Would Require Undue Experimentation ............................................................................................ 202

(4)   To the Extent UTC Points to the Experiments Conducted by UTC's Expert Dr. Hugh Smyth, Dr. Smyth's Experiments Do Not Demonstrate Enablement of Treprostinil Powder Formulation or Suitable Dry Powder Inhalers .......................................................................................................... 214

c.   To the Extent UTC Points to Alleged Evidence of "Industry Development" to Argue that the '793 Patent Adequately Describes and Enables a Powder Formulation of Treprostinil, UTC's Evidence Supports the '793 Patent's Lack of Written Description and Enablement ................................................................ 219

V.  Liquidia Does Not Infringe the Asserted Claims of the '793 Patent ................................. 221

A.  Liquidia's Responses to Plaintiff's Statement of Contested Facts ............................. 221

B.  Background Relevant to "Therapeutically Effective Single Event Dose" ................... 222

   1. "Therapeutically Effective Single Event Dose" Is Not Defined in the '793 Patent . 222

   2. A POSA Would Have Understood "Therapeutically Effective" to Mean More than Vasodilatory Hemodynamic Effects ............................................................................ 224

   3. Tyvaso® as Relevant to the Non-Infringement Inquiry ........................................... 227

   4. Liquidia's Proposed LIQ861 Product ...................................................................... 228

C.  Administration of LIQ861 to Patients Does Not Directly Infringe the Asserted Claims of the '793 Patent .......................................................................................................... 234

D.  Liquidia Does Not Induce Infringement of the Asserted Claims of the '793 Patent ... 238

E.  Liquidia Will Not Contribute to the Infringement of the Asserted Claims of the '793 Patent ............................................................................................................................... 240

## DEFENDANT'S STATEMENT OF CONTESTED FACTS

Defendant Liquidia Technologies, Inc. ("Liquidia") provides the following statement of contested facts that remain to be litigated at trial.  This statement is based on the parties' pleadings, documentary and testimony evidence, and Liquidia's current understanding of Plaintiff's claims and defenses and the Court's rulings to date.  Pursuant to Fed. R. Civ. P. 26(a)(3) and agreement of the parties, Liquidia submits the attached statement of contested facts.  Liquidia reserves the right to revise, amend, supplement, or modify its statement of contested facts based upon any pretrial rulings by the Court and/or to address any additional issues, arguments, evidence or other developments in the case, including edits to the draft pretrial order, any meet and confers or other negotiations between the parties, pending and anticipated motions, and similar developments. Liquidia further reserves the right to supplement this statement to rebut or otherwise address the contested facts identified by Plaintiff.  Should the Court determine that any issue identified in this statement is more properly considered an issue of law, it shall be so considered and Liquidia incorporates it by reference into its Statement of Issues of Law.  Liquidia contends that the issues of fact (or mixed questions of fact and law) that remain to be litigated at trial and decided by the Court are as follows:

I.    **BACKGROUND**

A.    **Nature and Stage of the Proceedings**

1.    Defendant Liquidia submitted New Drug Application No. 213005 under § 505(b)(2) of the Federal Food, Drug and Cosmetic Act ("Liquidia's NDA") to the United States Food and Drug Administration ("FDA") seeking approval to engage in the commercial manufacture, use and/or sale of LIQ861 (treprostinil, proposed tradename Yutrepia™) inhalation powder.  Liquidia sent Plaintiff United Therapeutics Corporation ("UTC") a Paragraph IV certification upon filing that NDA.

1

2.     UTC in turn filed this suit, alleging that Liquidia infringed U.S. Patent Nos. 9,593,066 ("the '066 patent") and 9,604,901 ("the '901 patent").  The patent office issued U.S. Patent No. 10,716,793 ("the '793 patent") while this suit was pending, and UTC amended its complaint to allege Liquidia's infringement of the '793 patent as well.  In particular, UTC alleges infringement of claims 1-3, 6, and 8-9 of the '066 patent, claims 1-4, 6 and 8 of the '901 patent, and claims 1, 4, and 6-8 of the '793 patent.  At trial, Liquidia plans to show that these claims are invalid and not infringed based on the facts presented below.

3.     The Court entered UTC's Stipulation of Partial Judgment of Non-Infringement of all asserted claims of the '901 patent.  (D.I. 278.)  The Patent Trial and Appeal Board ("PTAB") has invalidated (as relevant here) claims 1-4 and 8 of the '901 patent.  The PTAB has also instituted *inter partes* review ("IPR") of claims 1, 4, and 6-8 of the '793 patent.  The '793 IPR proceeding will be pending during trial here.

**B.     The Parties' Products at Issue**

4.     UTC has two products relevant to this trial.   The U.S. Food and Drug Administration ("FDA") approved Remodulin®, with treprostinil sodium as the API, in 2002 for "continuous subcutaneous infusion for the treatment of pulmonary arterial hypertension in patients with NYHA Class II-IV symptoms[.]"  (DTX109 at LIQ00018939.)  By 2006, Remodulin® was also approved for "intravenous infusion (for those not able to tolerate a subcutaneous infusion)" for the same patient group. (DTX309 at LIQ02802784.)  On July 30, 2009, the FDA approved NDA 22387 for a second product, Tyvaso®, a treprostinil inhalation solution administered through use of an ultrasonic pulsed nebulizer, for "the treatment of pulmonary arterial hypertension ([PAH,] WHO Group 1)[.]"  (DTX366, DTX653 at 1; *see also* DTX429.)  In 2021, the FDA additionally approved Tyvaso® "for the treatment of pulmonary hypertension associated with interstitial lung disease (PH-ILD; WHO Group 3)[.]"  (DTX388, DTX575 at 2.)

5.      MannKind Corporation ("MannKind") is a pharmaceutical company based in the U.S.  MannKind has a worldwide exclusive licensing and collaboration agreement with UTC for the development and commercialization of a dry-powder inhaler for Tyvaso®.  (DTX370 at LIQ02814718.)

6.      Liquidia's LIQ861 is a dry powder formulation of treprostinil administered by oral inhalation using a dry powder inhaler.  (*See* DTX408 at LIQ02818825.)  Liquidia's LIQ861 product is not a "generic" product or "copy" of Tyvaso®.  It has a different formulation, dosage form, and method of administration.  For example, Tyvaso® is a liquid formulation delivered via a nebulizer.  LIQ861 is a powder formulation delivered via dry powder inhaler.  Because LIQ861 is not a generic of Tyvaso®, Liquidia filed a New Drug Application and not an Abbreviated New Drug Application for LIQ861.

7.      The FDA tentatively approved NDA 213005 for Liquidia's LIQ861 product on November 4, 2021.  (DTX408.)  The proposed label includes information for ███████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████ (*Id.* at LIQ02818825; DTX201 at 1.)  The proposed label provides doses of ██████████████████████████████████. (DTX408 at LIQ02818838.)

8.      Liquidia's LIQ861 product involves two other companies potentially at issue during this trial:

- Yonsung Fine Chemicals Co., Ltd ("Yonsung") is an active pharmaceutical ingredient ("API") manufacturer based in South Korea.  Yonsung manufactures the treprostinil sodium API used in Liquidia's LIQ861 product.  Yonsung prepares and submits a Drug

3

Master File ("DMF") for the treprostinil sodium API used in LIQ861.  (DTX106 (Open Portion of Drug Master File); DTX167 (Restricted Portion of Drug Master File).)

- LGM Pharma ("LGM") is a U.S. based contract development and manufacturing organization.  LGM acts an administrative intermediary for Yonsung.  LGM Pharma does not manufacture treprostinil sodium and is not in possession, custody, or control of Yonsung's DMF.  LGM is not involved in the development or administration of Liquidia's LIQ861 product.

9.  ███████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████  ███  ██████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████

### C.    Defendant Liquidia's Experts

10.    Dr. Jeffrey Winkler is an expert witness proffered by Liquidia.  Dr. Winkler is the Merriam Professor of Chemistry at the University of Pennsylvania.  (Anticipated testimony of Dr. Winkler.)  He is experienced in the fields of medicinal, organic, and process chemistry.  Dr. Winkler has over 35 years of experience in academic chemistry and drug design.  (*Id.*)  For over

three decades, his laboratory has focused and continues to focus on the development of new methodology in organic synthesis and the application of this methodology to the synthesis of naturally occurring compounds and molecules of design (unnatural products) with important biological activity. (*Id.*) He further has extensive experience consulting for process chemistry groups of pharmaceutical companies. (*Id.*) Dr. Winkler will testify about the state of the art concerning compositions, pharmaceutical products, and pharmaceutical batches of treprostinil and treprostinil salts as well as the process of preparing these compositions, products, and batches as of December 17, 2007. (*Id.*) Dr. Winkler will also testify on the invalidity of the '066 and '901 patents as well as the non-infringement of the '066 patent. (*Id.*)

11.     Dr. Igor Gonda is an expert witness proffered by Liquidia. Dr. Gonda is an expert in pharmaceutical science, pharmaceutical formulations, and medical device development. (Anticipated testimony of Dr. Gonda.) He is currently the founder and CEO of Respidex LLC, which offers consulting services to pharmaceutical and medical device companies. (*Id.*) Since 1992, Dr. Gonda has served in leadership positions at several pharmaceutical companies, where his work involved developing technology for inhalation delivery of pharmaceuticals. (*Id.*) He has authored over 100 publications on treatment of respiratory diseases, pulmonary drug delivery, and other aspects of clinical and pharmaceutical sciences. (*Id.*) He obtained a B.Sc. in Chemistry from the University of Leeds in 1971 and a Ph.D. in Physical Chemistry from the University of Leeds in 1974. (*Id.*) From 1983 to 1992, he was a Lecturer and later Senior Lecturer at the University of Sydney's Department of Pharmacy where he researched liquid aerosolized products. (*Id.*) Dr. Gonda will testify about the state of the art for methods of treating pulmonary hypertension, from the drug developer's perspective, as of May 15, 2006. (*Id.*) Dr. Gonda will also testify on the invalidity and non-infringement of the '793 patent. (*Id.*)

12.     Dr. Nicholas Hill is an expert witness proffered by Liquidia.  Dr. Hill is a medical doctor with more than 41 years of experience treating pulmonary disease, including pulmonary hypertension.  (Anticipated testimony of Dr. Hill.)  He has special expertise in pulmonary hypertension, mechanical ventilation, non-invasive ventilation, and general pulmonology.  He has treated many hundreds of patients with pulmonary hypertension and regularly prescribes medication, including through inhalers, to patients.  (*Id.*)  Dr.  Hill has published over 200 articles in peer-reviewed journals, including at least 80 on pulmonary hypertension.  (*Id.*)  He has consulted for many companies regarding the treatment of pulmonary hypertension.  (*Id.*)  Dr. Hill is currently the Chief of the Division of Pulmonary, Critical Care, and Sleep at Tufts Medical Center as well as Professor of Medicine at Tufts University School of Medicine.  Dr. Hill will testify about the state of the art for methods of treating pulmonary hypertension, from the clinician's perspective, as of May 15, 2006.  Dr. Hill will also testify on the invalidity and non-infringement of the '793 patent.

13.     Dr. Omar Robles is an expert witness proffered by Liquidia.  Dr. Robles is an economist and Managing Partner at Emerging Health LLC, a consulting firm dedicated to applying economic and strategic expertise to complex business and legal challenges in life sciences.  (Anticipated testimony of Dr. Robles.)  Dr. Robles is an expert in economics, including in the valuation of patents and pharmaceutical product portfolios.  (*Id.*)  He holds academic appointments as a Senior Fellow at the Mossavar-Rahmani Center for Business and Government at Harvard University's Kennedy School and as a Lecturer at the University of California Berkeley School of Public Health.  (*Id.*)  His research focuses on the economics of regulatory health policy, product development, and competition in pharmaceuticals.  (*Id.*)  Dr. Robles has a B.B.A. in Economics and Finance from the University of Wisconsin-Madison, and M.B.A. from DePaul University, and

a Ph.D. and M.A. in Economics from Harvard University. Dr. Robles will testify about the invalidity of the '793 patent, and particularly on secondary considerations of non-obviousness related to the '793 patent. (*Id.*) Dr. Robles will testify about the invalidity of the '066 and '901 patents, and particularly on secondary considerations of non-obviousness related to the '066 and '901 patents. (*Id.*)

14.     Dr. John Fuson is an expert witness proffered by Liquidia. Mr. Fuson is a partner in the Washington D.C. office of the law firm of Crowell & Moring LLP, where he practices in the Health Care and Mass Tort, Product, and Consumer Litigation Groups. (Anticipated testimony of Mr. Fuson.) His practice focuses on FDA regulatory counseling, in which he advices FDA-regulated clients, including drug and device manufacturers, on their compliance obligations under the U.S. Federal Food, Drug and Cosmetic Act. (*Id.*) Mr. Fuson has extensive experience in FDA regulatory counseling and GMP. (*Id.*) Before becoming a partner at Crowell & Moring LLP, Mr. Fuson served as Associate Chief Counsel of Enforcement in the FDA Office of Chief Counsel. (*Id.*) In this role, he was responsible for reviewing and assessing GMP compliance and determining appropriate regulatory responses to violations of GMP. (*Id.*) Mr. Fuson will testify non-infringement of the '066 patent as related to GMP-controlled manufacturing and use of APIs and drug products. (*Id.*)

15.     Dr. Sylvia Hall-Ellis is an expert witness proffered by Liquidia. Dr. Hall-Ellis is an Adjunct Professor in the School of Information at San José State University. (Anticipated testimony of Dr. Hall-Ellis.) She is an expert in the field of library sciences, and has held numerous positions in the field of library and information resources since 1966. (*Id.*) Dr. Hall-Ellis is a member of the American Library Association ("ALA") and its Association for Library Collection & Technical Services ("ALCTS") and served on the Committee on Cataloguing: Resource and

Description and as the chair of the Committee for Education and Training of Catalogers and the Competencies and Education for a Career in Cataloguing Interest Group.  (*Id.*)  She obtained a Master of Library Science from the University of North Texas in 1972 and a Ph.D. in Library and Information Science from the University of Pittsburgh in 1985.  Dr. Hall-Ellis will testify on public accessibility of printed publications as well as library practices for receiving, cataloguing, and maintaining printed publications.  (*Id.*)  Dr. Hall-Ellis will also testify on the invalidity of the '793 patent, and particularly on the public accessibility of the prior art invalidating the '793 patent.

## II.    THE ASSERTED CLAIMS OF THE '066 AND '901 PATENTS ARE INVALID

### A.    The Patents

#### 1.    The '066 Patent

16.    The '066 patent, titled "Process to Prepare Treprostinil, the Active Ingredient in Remodulin®," issued on March 14, 2017 from U.S. Application No. 14/849,981, which was filed on September 10, 2015.  (JTX2 at 1.)

17.    Application No. 14/849,981 is a divisional of Application No. 13/933,623, filed on July 2, 2013, now Patent No. 9,156,786, which is a continuation of Application No. 13/548,446, filed on July 13, 2012, now Patent No. 8,497,393, which is a continuation of Application No. 12/334,731, filed on December 15, 2008, now Patent No. 8,242,305.  (*Id.*)

18.    The '066 patent purports to claim priority to U.S. Provisional Application No. 61/014,232 which was filed on December 17, 2007.  (*Id.*)

19.    The listed inventors are Hitesh Batra, Sudersan M. Tuladhar, Raju Penmasta, and David A. Walsh.  All four inventors were deposed in this proceeding.  Inventor Dr. Batra was designated as UTC's corporate 30(b)(6) witness.

### 2.    The '901 Patent

20.    The '901 patent, titled "Process to Prepare Treprostinil, the Active Ingredient in Remodulin®," issued on March 28, 2017 from U.S. Application No. 14/754,932, which was filed on June 30, 2015.  (JTX1 at 1.)

21.    Application No. 14/754,932 is a continuation of Application No. 13/933,623, filed on July 2, 2013, now Patent No. 9,156,786, which is a continuation of Application No. 13/548,446, filed on July 13, 2012, now Patent No. 8,497,393, which is a continuation of Application No. 12/334,731, filed on December 15, 2008, now Patent No. 8,242,305.  (*Id.*)

22.    The '901 patent purports to claim priority to U.S. Provisional Application No. 61/014,232 which was filed on December 17, 2007.  (*Id.*)

23.    The '901 patent has the same listed inventors as the '066 patent.

### 3.    The Shared Specification of the '066 and '901 Patents

24.    The '901 patent and '066 patent share identical specifications.  Accordingly, citations to the two patents' specification herein are interchangeable and equally applicable to both patents.  (*See, e.g.*, Anticipated testimony of Dr. Winkler.)

25.    The patents' specification discloses a process for the preparation of a compound of Formula I (which includes treprostinil) shown below,



(JTX2 at 2:7-21.)  Treprostinil free acid is the specific Formula I compound where $w = 1$; $Y_1$ is— $CH_2(CH_2)_m$- and $m$ is 1; $M_1$ is $\alpha$-OH: $\beta$-$R_5$, wherein $R_5$ is hydrogen; $L_1$ is $\alpha$-$R_3$: $\beta$-$R_4$, wherein $R_3$

and $R_4$ are both hydrogen; and $R_7$ is —$C_pH_{2p}$—$CH_3$, wherein p is an integer from 1 to 5 inclusive (p=4). (*Id.* at cols. 2:46-3:15; Anticipated testimony of Dr. Winkler.)  Formula IV is the treprostinil specific version of general Formula I.  Formula IV is disclosed to be at least 90.0%, 95.0%, 99.0%, or 99.5% pure.  (JTX2 at 9:22-23.)

26.     The patents' specification discloses alkylating benzindene[1] triol with an alkylating agent and then hydrolyzing with a base to generate the treprostinil free acid of Formula IV.  (*Id.* at 2:23- 3:18.)  These steps are described in Examples 1 and 2 of the patents' specification.  (*Id.* at 9:46-11:49.)

27.     The patents' specification further discloses contacting the product from the alkylation and hydrolysis steps for "direct use in the next step" of reacting with a diethanolamine base to form a salt.  (*Id.* at 3:19-30, 11:47-48.)  This step is described in Example 3 of the patents' specification.  (*Id.* at 11:50-13:15.)  The specifications do not disclose the purity or impurity profile of the diethanolamine salt after its production in Example 3.  (*See, e.g.*, Anticipated testimony of Dr. Winkler, Dr. Batra, Dr. Tuladhar, Dr. Walsh.)

28.     Example 4 of the patents' specification describes making a heptane slurry of treprostinil diethanolamine salt.  (JTX2 at 13:20-65.)  The example provides analytical data on the diethanolamine salt, including HPLC (Assay) purity, but provides no impurity profile of the diethanolamine salt.  (*See, e.g.*, Anticipated testimony of Dr. Winkler; *see also* Anticipated testimony of Dr. Batra, Dr. Tuladhar, and Dr. Walsh.)

29.     The patent's specification then discloses reacting the treprostinil diethanolamine salt with an acid to regenerate treprostinil free acid.  (JTX2 at 3:31-33.)  This step is described in

---

[1] While some references spell this compound as "benzindene," others use "benzidine."  For purposes of this statement, both spellings refer to the same compound.

Example 5 of the patents' specification. (*Id.* at 14:1-65.)  Unlike in the other steps, this example

discloses purity (measured via HPLC, or high-performance liquid chromatography) of the

compound generated at the end of this step.  (*See id.* at 14:55-65.)  The specifications do not

disclose an impurity profile of the resulting treprostinil free acid.  (*See, e.g.*, Anticipated testimony

of Dr. Winkler; *see also* Anticipated testimony of Dr. Batra, Dr. Tuladhar, and Dr. Walsh.)

30.     Example 6 of the patents' specification provides a "Comparison of the Former

Process and a Working Example of the Process According to the Present Invention."  (JTX2 at

15:1-17:25.)  The "former process" resulted in treprostinil free acid without a salt formation step.

(*See id.*)  Significantly, the patents' specification touts that:

> The quality of treprostinil produced according to this invention is excellent. The
> ***purification of benzindene nitrile by column chromatography is eliminated***. The
> impurities carried over from intermediate steps (i.e. alkylation of triol and hydrolysis of
> benzindene nitrile) are removed during the carbon treatment and the salt formation step.
> Additional advantages of this process are: (a) crude treprostinil salts can be stored as raw
> material at ambient temperature and can be converted to treprostinil by simple acidification
> with diluted hydrochloric acid, and (b) ***the treprostinil salts can be synthesized from the
> solution of treprostinil without isolation***. This process provides better quality of final
> product as well as saves significant amount of solvents and manpower in purification of
> intermediates.

(*Id.* at 17:25-40[2].)

31.     In the same passage, the patents' specification discloses a single sentence on

storage: that "crude treprostinil salts can be stored as raw material at ambient temperature[.]"  (*Id.*

at 17:33-34.)  The specification has no other storage-related disclosures, and no storage studies or

data are provided.

### 4.     Relevant Prosecution History of the '066 and '901 Patents

32.     To obtain the '066 and '901 patents, UTC relied on expert declarations from an IPR

proceeding on the patents' parent patent:  U.S. Patent No. 8,497,393 ("the '393 patent").  During the

---

[2] All emphasis is added unless otherwise noted.

'393 IPR proceeding, UTC submitted two expert declarations attempting to distinguish the '393 patent's claimed product from that of the prior art reference Moriarty.  (DTX664; DTX659.)  During prosecution of the '066 and '901 patents, UTC submitted *those same declarations* regarding the '393 patent to argue that the '066 and '901 claimed products differed from those of Moriarty.  (DTX044 (Aug. 24, 2016 '066 FH Response) at UTC_LIQ00003130-132 (arguing that "the processes [of the '393, '066, and '901 patents] result in products having different impurity profiles [than the Moriarty product], and in fact, the pharmaceutical composition of claim 1 [of the '393, '066, and '901 patents] has higher average purity"); DTX046 (Aug. 11, 2016 '901 FH Response) at UTC_LIQ00006762-764 (similar).)

33.      The Patent Office Examiner subsequently withdrew the obviousness and anticipation rejections against the '066 and '901 patents, expressly relying on the expert declarations from the '393 IPR proceeding as evidence that the product claimed by the '066 and '901 patents allegedly differed from the product in Moriarty.  (DTX045 (Nov. 30, 2016 '066 FH Office Action) at UTC_LIQ00003143 ("[T]he declarations by Dr. Williams and Dr. Ruffolo [from the '393 IPR proceeding] describe the product of Moriarty to have a different impurity profile from the product [of] the instant claims where [the] salt formation step is present."); DTX047 (Oct. 19, 2016 '901 FH Office Action) at UTC_LIQ00006776 (withdrawing rejections "in view of applicants' arguments, amendments and the accompanying declarations").)  The '066 and '901 patents issued on March 14, 2017, and March 28, 2017, respectively.  (JTX2; JTX1.)

34.      However, on March 31, 2017, within days of issuance of the '066 and '901 patents, the PTAB issued the '393 FWD rejecting the arguments offered by Drs. Williams and Ruffolo in the declarations submitted in the '393 IPR proceeding as well as during prosecution of the '066 and '901 patents.  (*See, e.g.*, DTX543 at 36-38, 41-42, 60-61.)  That is, the very arguments and declarations UTC previously presented, and subsequently relied upon by the PTO Examiner to

allow the '066 and '901 patents, were rejected by the PTAB.  (Anticipated testimony of Dr.

Winkler.)  UTC did not inform the Examiner of the '066 and '901 patents of the '393 FWD.  (*Id.*)

35.    Further, during prosecution of a different parent application of the '066 and '901

patents (Application No. 13/933,623, now Patent No. 9,156,786), UTC argued for a particular

duration of "storage" to overcome prior art Phares.  Through the Declaration of Dr. Liang Guo,

UTC's Executive Vice President of Chemical Research and Development, UTC argued:

> [T]he PTO's interpretation of the term "storing" is too broad even under the
> broadest reasonable interpretation standard. Even under the broadest reasonable
> interpretation standard, the PTO may not erase the meaning of a step in a method
> claim that is tied to the preamble. The claim is directed to "preparing a
> pharmaceutical product." In the accompanying Guo Declaration, Dr. Liang Guo
> explains that a person of ordinary skill in the art would recognize ***that the term
> "stored" in the expression "crude treprostinil salts can be stored as raw material
> at ambient temperature" in paragraph 0046 of the specification as filed means
> stored for a period of at least three months***. Guo Declaration at ¶ 6. Thus, "storing"
> in the context of "preparing a pharmaceutical product" would be understood by one
> of ordinary skill in the art to mean a period of at least three months. Based on this
> understanding of "storing," Phares clearly does not meet the storing element of
> claim 1.

(DTX352 at LIQ02813080 (applicant's statement); *see also id.* at LIQ02813085 ¶ 6 (Guo

declaration).)

### 5.    Asserted Claims

36.    UTC is asserting claims 1-3, 6, and 8-9 of the '066 patent against Liquidia.

(DTX076 at 2; DTX078.)  Claims 1 and 8 are independent claims.  Claims 1-3, 6, and 9 are

product-by-process claims.

37.    The limitations of claims 1-3, 6, and 8-9 of the '066 patent are reproduced below:

| Claim Limitation | |
|---|---|
| 1[a] | A pharmaceutical composition comprising treprostinil or a pharmaceutically acceptable salt thereof, said composition prepared by a process comprising |
| 1[b] | providing a starting batch of treprostinil having one or more impurities resulting from prior alkylation and hydrolysis steps, |

13

1[c]   forming a salt of treprostinil by combining the starting batch and a base,

1[d]   isolating the treprostinil salt, and

1[e]   preparing a pharmaceutical composition comprising treprostinil or a pharmaceutically acceptable salt thereof from the isolated treprostinil salt,

1[f]   whereby a level of one or more impurities found in the starting batch of treprostinil is lower in the pharmaceutical composition, and

1[g]   wherein said alkylation is alkylation of benzindene triol.

2   The pharmaceutical composition of claim 1, wherein the salt is isolated in crystalline form.

3   The pharmaceutical composition of claim 1, wherein the base is selected from the group consisting of sodium, ammonia, potassium, calcium, ethanolamine, diethanolamine, N-methylglucamine, and choline.

6   The pharmaceutical composition of claim 1, wherein the isolated salt is stored at ambient temperature.

8[a]   A process of preparing a pharmaceutical product comprising treprostinil or a pharmaceutically acceptable salt thereof, comprising

8[b]   alkylating a triol intermediate of the formula:



8[c]   hydrolyzing the resulting compound to form treprostinil,

8[d]   forming a salt of treprostinil stable at ambient temperature,

8[e]   storing the treprostinil salt at ambient temperature, and

8[f]   preparing a pharmaceutical product from the treprostinil salt after storage,

8[g]   wherein the pharmaceutical product comprises treprostinil or a pharmaceutically acceptable salt thereof.

9   A pharmaceutical product prepared by the process of claim 8.

38.   UTC is asserting claims 1-4, 6, and 8 of the '901 patent against Liquidia. (DTX076 at 2; DTX078.) Claim 1 is an independent claim. Claims 1-4 are product-by-process claims.

39.   Claims 1-4, 6, and 8 of the '901 patent are reproduced below:

14

| Claim Limitation |
|---|

| | |
|---|---|
| 1[a] | A pharmaceutical batch consisting of treprostinil or a salt thereof and impurities resulting from |
| 1[b] | (a) alkylating a benzindene triol, |
| 1[c] | (b) hydrolyzing the product of step (a) to form a solution comprising treprostinil, |
| 1[d] | (c) contacting the[3] solution comprising treprostinil from step (b) with a base to form a salt of treprostinil, |
| 1[e] | (d) isolating the salt of treprostinil, and |
| 1[f] | (e) optionally reacting the salt of treprostinil with an acid to form treprostinil, and |
| 1[g] | wherein the pharmaceutical batch contains at least 2.9 g of treprostinil or its salt. |
| 2 | The pharmaceutical batch of claim 1, which has been dried under vacuum. |
| 3 | A pharmaceutical product comprising a therapeutically effective amount of treprostinil from a pharmaceutical batch as claimed in claim 1. |
| 4 | A pharmaceutical product comprising a therapeutically effective amount of a salt treprostinil from a pharmaceutical batch as claimed in claim 1. |
| 6 | A method of preparing a pharmaceutical product from a pharmaceutical batch as claimed in claim 1, comprising storing a pharmaceutical batch of a salt of treprostinil as claimed in claim 1 at ambient temperature, and preparing a pharmaceutical product from the pharmaceutical batch after storage. |
| 8[a] | A method of preparing a pharmaceutical batch as claimed in claim 1, comprising |
| 8[b] | (a) alkylating a benzindene triol, |
| 8[c] | (b) hydrolyzing the product of step (a) to form a solution comprising treprostinil, |
| 8[d] | (c) contacting the solution comprising treprostinil from step (b) with a base to form a salt of treprostinil, |
| 8[e] | (d) isolating the salt of treprostinil, and |
| 8[f] | (e) optionally reacting the salt of treprostinil with an acid to form |

---

[3] The '901 patent's prosecution history contains a certificate of correction, stating that: "(c) containing the" should be – "(c) contacting the--." (JTX3 at LIQ02821352.)

treprostinil.

40.     On January 3, 2022, the Court entered the Order on Stipulation of Partial Judgment of Non-Infringement as to the Asserted Claims of the '901 patent.  (*See* D.I. 278.)  The invalidity of the Asserted Claims are still at issue in this litigation.

### 6.     Person of Ordinary Skill in the Art

41.     A person of ordinary skill in the art ("POSA" or "skilled artisan") at the time of the alleged invention of the '066 and '901 patents (December 17, 2007) would have a master's degree or a Ph.D. in medicinal or organic chemistry, or a closely related field.  Alternatively, a POSA would include an individual with a bachelor's degree and at least five years of practical experience in medicinal or organic chemistry.  (Anticipated testimony of Dr. Winkler.)

### 7.     Claim Construction

42.     The Court has construed the meaning of certain terms within the claims of the '066 and '901 patents as set forth in the table below.  (*See* D.I. 119; D.I. 245.)

| Claim Term / Phrase | Construction |
| --- | --- |
| "a process"<br>    '066 patent, claims 1 and 8 | plain and ordinary meaning |
| "ambient temperature"<br>    '066 patent, claims 6 and 8;<br>    '901 patent, claim 6 | room temperature (equal to or less than the range of 15°C to 30°C) |
| "stored" / "storing" / "storage"<br>    '066 patent, claims 6 and 8;<br>    '901 patent, claim 6 | plain and ordinary meaning |
| "pharmaceutical batch"<br>    '901 patent, claims 1-4, 6, and 8 | plain and ordinary meaning |
| "contacting the solution comprising treprostinil from step (b) with a base to form a salt of treprostinil"<br>    '901 patent, claims 1 and 8 | "contacting the solution comprising treprostinil from step (b) with a base to form a salt of treprostinil, wherein the salt is formed without isolation of treprostinil after alkylation and hydrolysis" |

43. The Court's also held that the term "pharmaceutical" does not impart any "commercial" meaning. (*See* D.I. 241 at 4 & n.1 (finding that "pharmaceutical" does not "denote[] a commercial character" and declining to "import an FDA regulatory definition" into "pharmaceutical batch").)

44. Additionally, the Court clarified that "isolation" means "isolating a compound as a solid." (D.I. 241 at 9.)

**B.    All the Asserted Claims of the '066 and '901 Patents Are Invalid Due to Collateral Estoppel**

45. The Asserted Claims of the '066 and '901 patents are invalid because they claim the same product and process claimed by the '393 patent, which the PTAB and Federal Circuit found invalid in 2017. (DTX543; *United Therapeutics Corp. v. SteadyMed Ltd.*, 702 F. App'x 990 (Fed. Cir. 2017).)[4]  UTC is therefore collaterally estopped from re-litigating the issue of validity for the Asserted Claims of the '066 and '901 patents.

46. Liquidia incorporates by reference its Opening and Reply briefs in support of its Motion for Summary Judgment of Invalidity of the '066 and '901 patents due to collateral estoppel. (D.I. 282; D.I. 303; *see also* D.I. 225; D.I. 257.)

**C.    The Product-by-Process Claims of the '066 and '901 Patents are Invalid**

**1.    The Products of the Asserted Product-by-Process Claims of the '066 and '901 Patents are the Same as the Product of UTC's "Former" Publicly Known Process**

47. The "products" of both the '066 and '901 patents can be either treprostinil (in its free acid form), or a pharmaceutically acceptable salt of treprostinil. (*See, e.g.*, JTX2 at 17:51-52; JTX1at 17:24-25.)  And although the claims of the '066 and '901 patents are not identical, the

_____

[4] "*SteadyMed*" as used herein refers to both the '393 FWD and the Federal Circuit affirmance.

process of alkylation, hydrolysis, and salt formation are the same between the two patents, as well as the disclosure of the process utilized to make the resulting products.

48. Example 6, the '066 and '901 patent specifications contrast the new process claimed by the patents with a "former process." (*See* JTX2 at 15:1-17:25; JTX1 at 15:25-16:64.)



(DTX627 at UTC_OREN_00844298.)   This former process was published in 2004 by Moriarty. (*See generally* D.I. 290; DTX086, ██████████. at 45:4-7; DTX258 (Moriarty); DTX089, ███████████ at 89:20-90:13; DTX080, 2021 Ruffolo Dep. Tr. at 205:11-18, 209:9-210:10; Anticipated testimony of Dr. Winkler (referring to admission from DTX659, '393 IPR Ruffolo Decl., ¶ 68; DTX263, '901 IPR Pinal Dep. Tr. at 89:4-7).)

49.   ████████████████████████████████ (DTX627 at UTC_OREN_00844298; DTX628 at UTC_OREN_████████████ ██████████████████████████ ██ ████ ██ █ ███████ ██ ██████ █████ (DTX627 at UTC_OREN_00844300.)

50.   ████████████████████████████ ████████████████████████████████ (Anticipated testimony of Dr. Winkler.)

51.   ████████████████████████ ████████████████████████████████

██████████████████████████████. (DTX619 at UTC_OREN_00572123.) ████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████  (*Compare* DTX619 at UTC_OREN_00572124-125, *with* JTX2 at 15:1-17:25; JTX1 at

15:25-16:64.) ████████████████████████████████████████████████████

██████████████████████████████████████████████ (JTX2 at 15:1-17:25 at

steps 12, 31; JTX1 at 15:25-16:64 (same).)

      52.     ██████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████████████████████████████. (DTX089 at 80:1-81:8,

88:2-5; *see also id.* at 75:12-76:5, 79:12-22.)

      53.     As detailed in the following sections, the evidence demonstrates that the treprostinil free acid previously made and sold by UTC according to the process performed in UTC's Chicago facility is structurally and functionally the same treprostinil free acid UTC makes and sells by the process performed in UTC's Silver Spring facility, disclosed and claimed in the '066 and '901 patents.

      **a.**     **The** ████████████████████████████████

████████████████████████████████████████████

      54.     UTC disclosed specifications of ████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

██████████████████████ (DTX627 at UTC_OREN_00844304.)





55. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (*See* DTX560, at

UTC_LIQ00214670-71; DTX151 at UTC_LIQ00262041-42.)

56. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (*Compare* DTX560 at UTC_LIQ00214670-71, *with* DTX627

at UTC_OREN_00844304; Anticipated testimony of Dr. Winkler.)

57. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (DTX627 at

UTC_OREN_00844304.) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (*See* DTX560 at UTC_LIQ00214670-71.)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (*See* DTX560 at UTC_LIQ00214670-71; DTX627 at

UTC_OREN_00844304.)  In other words, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

58.    This establishes that the treprostinil free acid product made and sold by UTC from its Chicago facility is the same treprostinil free acid product made and sold by UTC from its Silver Spring facility, which utilizes the process disclosed in and claimed in the '066 and '901 patents.

59.    The only difference between the ███████████████████████████ ████████████████████████████████████████████ is that ██████████████████ ██████ ████████ █ ████████ (DTX627 at UTC_OREN_00844304; DTX560 at UTC_LIQ00214670.) ███████████████████████████████████ ████████████████████████████████████████████ (DTX628 at UTC_OREN_00844323.)[5]

60.    However, the ████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ (DTX627 at UTC_OREN_00844304.)

61.    ████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████ (DTX624, UTC_OREN_00842215-236 at UTC_OREN_00842235.)

---

[5] UTC's claim construction expert, Dr. Ruffolo, who was also UTC's expert during the *SteadyMed* proceeding concerning the '393 patent, testified that this ████████████████████ ██████████████████████████ (DTX068, 2016 Ruffolo Dep. Tr. at 310:5-18; DTX543, '393 IPR Final Written Decision at 42.)

62.    Accordingly, ███████████████████████████████████████████████

establish that the treprostinil free acid produced by the former, the Chicago Moriarty process was

the same product as the treprostinil free acid produced by the new Silver Spring process and

claimed in the '066 and '901 patents.

**b.**    ████████████████████████████████████
████████████████████████████████

63.    As explained above, ██████████████████████████████████████

███████████████████████████████████████████████.   (DTX627 at

UTC_OREN_00844304.)   In comparison, and ████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████ (*Id.* at UTC_OREN_00844302-03.)

███████████████████████████████████████████████████

█████████████████████████████████

64.    This further establishes that ████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████ and claimed in the

'066 and '901 patents.

**c.**    ████████████████████████████████████
████████████████████████████████ **"New Process" of the '066 and '901**
**Patents**

65.    In addition to the COAs and release testing data discussed above, purity testing on

actual batches/samples of UT-15 made by the Chicago and Silver Spring processes confirm that

the products made in the different facilities are the same.

66.     This analysis was undertaken in the *SteadyMed* proceeding, which is relevant because the treprostinil free acid batches made by the process of the '393 patent are the same as treprostinil free acid batches made by the process of the '066 and '901 patents.  (*See also* DTX089, ████████████. at 80:1-81:8, 88:2-5; DTX087, ██████████████ at 107:1-109:23.)  In the *SteadyMed* proceeding, UTC's expert Dr. Williams ran purity calculations on batches of UT-15 made by the Moriarty process in Chicago and the process of the '393 patent.  (*See* DTX664 at ¶ 94, Appendices A, B.)  In deposition, Dr. Williams testified that the average purity of the Moriarty batches and the average purity of the '393 patent batches was ████████████████ (DTX660 at 218:25-219:20; *see also id.* at 93:11-25.)  Dr. Williams' calculations were adopted by the Board in its Final Written Decision, which was affirmed by the Federal Circuit.  (*See* DTX543 at 34-43.)

67.     Any minor differences in impurities between these batches is due to batch variations.  (*Id.* at 37-39.)  That there is batch-to-batch variation does not change the nature of the product.  ████████████████████████████████████████████████████████ ████████████████████████████     Yet, any POSA would conclude that each Silver Spring batch is the same "product," and UTC has never said that these differences in Silver Spring batches render them all different products.  The same is true of the differences between the Chicago and Silver Spring batches: ████████████████████████████████████████████████████ ██████████████████████████  ██████████████████████████████ ██████████████████████████  ████████████  Chicago lots in Dr. Williams' Chicago batches had ████████████████████████████ lots in Dr. Williams' Silver Spring batches.  (*See* DTX658 at 19-21; DTX560 at 7, 12, 18, 20, 22, 26, 28, 30, 46, 47, 51, 59, 61, 63, 65, 77, 83, 87, 89, 91, 93, 99, 101, 105, 115, 121, 155, 159, 169, 171, 173, 175, 177, 179,

183, 187, 189, 191, 199, 201, 205, 207, 209, 211, 213, 215, 217, 222, 224, 226, 236); *see also* DTX543 at 38-39 (PTAB pointing to one such batch in the *SteadyMed* proceeding).)

68.    Thus, ███████████████████████████████████████████

███████████████████████████████████████████████████ claimed in

the '393, '901, and '066 patents confirms that the two products are the same structurally,

functionally, and with respect to their purity profiles.

**d.**   ██ ██ ██ ██ ██ ██ ███ ███ ████
████████████████████████████████████
████████████████████████████

69.    Finally, █████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████ (*See* DTX646,

UTC_WAT_00333318-323.) ████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████ (DTX619 at

UTC_OREN_00572124-125.) █████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████████.

███████████████████████ (DTX619 at UTC_OREN_00572127.)  In other words,

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████

70.    Accordingly, the treprostinil free acid made and sold commercially by UTC using

its former process in Chicago is the same treprostinil free acid made and sold by the process

24

disclosed and claimed in the '066 and '901 patent.  As such, the product-by-process claims of the '066 and '901 patents are invalid as they claim an already commercially sold and prior art product.

### 2. The Products of the '066 and '901 Patents Claim the Same Product as the Invalidated '393 Patent in the *SteadyMed* Proceeding

71.    To the extent that the Court does not find UTC is collaterally estopped (*see supra* Section II.B), the underlying facts presented in Liquidia's Opening and Reply briefs provide the predicate facts establishing that the '066 and '901 patents claim the same product as the invalidated '393 patent, and are therefore also invalid.  (*See* D.I. 282; D.I. 303; *see also* D.I. 225; D.I. 257.)

### 3. UTC's Arguments to the Contrary Are Unavailing

72.    UTC argues that the pharmaceutical products and pharmaceutical batches claimed in the '066 and '901 patents are not the same as the products claimed in the '393 patent, but its analysis has two major flaws:  (1) process step differences do not matter in a product-by-process analysis, particularly where those steps do not confer a structural or functional difference with the product, and (2) the '066 and '901 patent examiner did not have the '393 IPR Final Written Decision when issuing the patents.  (Anticipated testimony of Dr. Winkler.)

73.    UTC also argues that the products of the '066 and '901 patents are not the same as the product made in UTC's former Chicago Moriarty process.  In doing so, UTC points to *unclaimed* improvements in the '066 and '901 patents' *process*.  For example, reduction in waste, improved operator safety, commercial desirability, economics, speed, greenness/"environmental friendl[iness]," "production efficiencies," reducing reagent use, etc. are all irrelevant to the product by process analysis, because they are not claimed and do not change the resulting claimed product.  (Anticipated testimony of Dr. Winkler.)  Further, UTC is inconsistent on whether elimination of column chromatography is part of the claims (anticipated testimony of Dr. Scheidt and Dr. Fawzi) and cannot reliably rely on it as a distinguishing feature.  Finally, it is the treprostinil free acid, not

the salt, made by the Chicago and Silver Spring processes that is structurally and functionally the same.  (Anticipated testimony of Dr. Winkler.)

74.     UTC attempts to redo Dr. William's analysis that the PTAB and Federal Circuit already considered and rejected in the *SteadyMed* IPR proceeding.  In particular, UTC attempts to point to extremely small differences in the levels of certain impurities, without tying any of those impurities to alkylation or hydrolysis, as required by the '066 and '901 patent claims, rather than from the use of unclaimed reagents and reactions conditions.  (Anticipated testimony of Dr. Winkler.)  Instead, a POSA would be accustomed to characterizations of products in terms of purity, rather than impurity profiles, in the art.  (*See* DTX258 at 1900 ███████████████

███████████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████ And a POSA would conclude that small differences in impurity levels are due to batch-to-batch variation. (Anticipated testimony of Dr. Winkler.)

75.     UTC points to no evidence that these small differences in impurity levels impart any structural difference between the '066 and '901 products and UTC's former Chicago Moriarty product.  (UTC does not argue a functional difference between the two.) ██████████████

███████████████████████████████s:  it is UT-15 (treprostinil free acid) that is being produced by both processes.  And both products are incredibly pure ███████████ without any impurities differences that would any improved "impacts on patient safety," "biological activity," or "other potential problems."  (Anticipated testimony of Dr. Winkler.)  As mentioned above, UTC actually told the FDA ██████████████████████████████

██████████████████ (DTX619 at UTC_OREN_00572127.)

76.     The "product" is defined by UTC's COAs and FDA documents.  (Anticipated testimony of Dr. Winkler.)   As explained above, those documents provide identical impurity profiles for the UT-15 produced by both the Chicago and Silver Spring processes.  As such, the products claimed in the '066 and '901 patents are the same as the prior art commercially available product made by UTC in Chicago.

**D.     The Asserted Claims of the '066 and '901 Patents Are Obvious under 35 U.S.C. § 103 Over Moriarty in Combination with Phares**

**1.     The Relevant Prior Art**

**a.     Moriarty**

77.     The publication titled "The Intramolecular Asymmetric Pauson-Khand Cyclization as a Novel and General Stereoselective Route to Benzindene Prostacyclins: Synthesis of UT-15 (Treprostinil)" by Robert M. Moriarty, et al. ("Moriarty") was published in 2004 as pages 1890 to 1902 of volume 69 of the Journal of Organic Chemistry.  (DTX258.)  Moriarty is prior art to the '066 and '901 patents under 35 U.S.C. §§ 102(a) and (b).  Moriarty was also considered by the Examiner in prosecution of the '066 and '901 patents and in the *SteadyMed* proceeding on their parent '393 patent (*see, e.g.*, DTX543 at 45) without objection from the Patent Owner as to its prior art status.

78.     Moriarty describes the synthesis of the (+)- enantiomer of treprostinil "via the stereoselective intramolecular Pauson-Khand cyclization[.]"  (DTX258 at 1890.)  Structure **7** of Moriarty depicts the chemical structure of the (+)- enantiomer of treprostinil free acid, reproduced on the left below.  (*Id.* at 1892.)

This structure is the identical treprostinil free acid disclosed in the '066 and '901 patents, depicted

on the right above.  (JTX2 at 11:50-65; JTX1 at 11:16-28.)

79.     Scheme 4 of Moriarty discloses alkylation of compound **34** (benzindene triol) by

$ClCH_2CN$ to yield compound **35** (benzindene nitrile).  (DTX258 at 1895, 1902.)  The alkylation

product **35** is then hydrolyzed with a base (*i.e.* aqueous KOH), followed by acidification to yield

**7**, treprostinil.  (*Id.* at 1902.)  The alkylation and hydrolysis reactions disclosed in Moriarty are

examples of the alkylation and hydrolysis reactions claimed in the '066 and '901 patents.  (*Id.* at

1895.)  Dr. Walsh, a named inventor on the '066 and '901 patents, ███████████████████

█████████████████████████████████████████████████████████████████████

███████████████     (DTX086 at 47:3-8, 58:3-11.)

80.     Moriarty reports that its disclosed process yields a 99.7% pure crystalline solid in

the form of "[w]hite needles."  (DTX258 at 1902.)

81.     UTC used the process disclosed in this Moriarty publication to make commercial

batches of treprostinil in its Chicago facility, and the "Former Process" of Example 6 in the '901

and '066 patents is the process for preparing treprostinil according to Moriarty.  (*See* DTX543 at

17-18, 34, 38; Anticipated testimony of Dr. Winkler (adding DTX134, '901 IPR Pinal Declaration,

¶ 89 (comparing Example 6 and Moriarty and stating that "Moriarty teaches only the Former

Process" of Example 6)).)

### b.      Phares

82.      International patent publication WO 2005/007081 A9 is titled "Compounds and Methods for Delivery of Prostacyclin Analogs," with named inventors Ken Phares and David Mottola ("Phares").  (DTX544.)  Phares was published January 27, 2005 and is prior art to the '066 and '901 patents under 35 U.S.C. §§ 102(a), (b), and (e).

83.      Phares describes "compounds and methods for inducing prostacyclin-like effects in a subject or patient," including the (+)- enantiomer of treprostinil and derivatives thereof.  (*Id*. at 8.)  Phares depicts the chemical structure of the (+)- enantiomer of treprostinil, reproduced below:



(*Id.*)  Phares explains that "[t]reprostinil is a chemically stable analog of prostacyclin, and as such is a potent vasodilator and inhibitor of platelet aggregation."  (*Id.*)  Phares discloses that synthesis of treprostinil was already well-known, and that its sodium salt had already been approved by the FDA for treatment of pulmonary hypertension.  (*Id.* at 2.)

84.      Phares discloses "pharmaceutically acceptable salt[s]" as including "a salt with an inorganic base, organic base, inorganic acid, organic acid, or basic or acidic amino acid."  (*Id.* at 55.)  With respect to organic bases, Phares discloses "diethanolamine."  (*Id.*)

85.      Phares further discloses that "[a] preferred embodiment of the present invention is the diethanolamine salt of treprostinil," and includes its chemical structure.  (*Id.* at 9, 96.)  Phares discloses two crystalline forms of treprostinil diethanolamine salt, Form A and Form B.  (*Id.* at 85-89.)  Phares teaches that the crystalline Form B "appears to be the most thermodynamically stable

form" with "full conversion to Form B at ambient, 15° C, and 30° C after 7 days, 11 days, and 1 day, respectively." (*Id.* at 89.)  Accordingly, a particularly preferred embodiment of the invention disclosed in Phares is "[F]orm B of treprostinil diethanolamine."  (*Id.* at 9.)

86.     Phares teaches "Synthesis of []Treprostinil diethanolamine (UT-15C)," where "[t]reprostinil . . . acid is dissolved in a 1:1 molar ratio mixture of ethanol:water and diethanolamine is added and dissolved. The solution is heated and acetone is added as an antisolvent during cooling."  (*Id.* at 22.)  Thus, Phares discloses contacting treprostinil free acid with a base (diethanolamine) to form a pharmaceutically acceptable salt of treprostinil. (Anticipated testimony of Dr. Winkler.)

87.     Phares also discloses the therapeutic effectiveness of treprostinil diethanolamine. Phares discloses that the "compounds of structure I, II [both of which include treprostinil] or pharmaceutically acceptable salts thereof" (DTX544 at 52) are "therapeutically of/for: pulmonary hypertension, ischemic diseases, heart failure, conditions requiring anticoagulation, thrombotic microangiopathy, extracorporeal circulation, central retinal vein occlusion, atherosclerosis, inflammatory diseases, hypertension, reproduction and parturition, cancer or other conditions of unregulated cell growth, cell/tissue preservation and other emerging therapeutic areas where prostacyclin treatment appears to have a beneficial role." (*Id.* at 4.)  Moreover, Phares expressly discloses the methods and results achieved from two human clinical studies using UT-15C, treprostinil diethanolamine.  (*Id.* at Example 5, 82-85.)  In particular, Phares states the studies' "results demonstrate the detectable and potentially therapeutic drug concentrations can be obtained from a solid dosage form of UT-15C . . . ." (*Id.* at 85.)

88.     Phares further "provides for compositions which may be prepared by mixing one or more compounds of the instant invention, or pharmaceutically acceptable salts thereof, with

pharmaceutically acceptable carriers, excipients, binders, diluents or the like, to treat or ameliorate a variety of disorders related vasoconstriction and/or platelet aggregation." (*Id.* at 48.) Thus, the pharmaceutical acceptability of the compounds is clearly disclosed in Phares.

89.     Phares also teaches that "treprostinil as the free acid has an absolute oral bioavailability of less than 10%." (*Id.* at 2.) For this reason, Phares identifies a "clinical interest in providing treprostinil orally" and "increase[ing] the oral bioavailability" of treprostinil. (*Id.* at Abstract, 2.) Phares then specifically discloses a clinical study determining that treprostinil diethanolamine has an oral bioavailability of 21-25% when delivered in 0.2-2.0 mg doses—a greater than 100% increase compared to treprostinil free acid. (*Id.* at 83.) Based on that study, Phares additionally noted that the "safety profile with UT-15C (treprostinil diethanolamine) is consistent with the reported safety profile and product labeling of Remodulin (treprostinil sodium) and other prostacyclin analogs." (*Id.*)

### c.     A POSA Would Have Been Motivated to Combine Moriarty and Phares with a Reasonable Expectation of Success

90.     A POSA would follow the alkylation and hydrolysis steps disclosed in Moriarty to form treprostinil free acid, and follow the steps at page 22 in Phares for subsequent salt formation. A POSA would have found it obvious to use the treprostinil free acid obtained by the process of Moriarty as the starting material to prepare a pharmaceutical composition of treprostinil diethanolamine salt usable in clinical studies as taught by Phares. Indeed, as recognized by UTC's expert, Dr. Pinal, "[t]he end of Moriarty is the beginning of Phares." (DTX263 at 135:6.) A POSA would have found all of the asserted claims of the '066 and '901 patents obvious over this combination.

91.     The PTAB has found in both the *SteadyMed* proceeding and in the '901 IPR proceeding that a POSA would have been motivated to combine Moriarty and Phares with a

reasonable expectation of success.  (DTX580 at 34-43; DTX543 at 47-52.)  To the extent UTC intends to dispute the issue again during trial, the below facts establish why a POSA would have been motivated to combine Moriarty and Phares with a reasonable expectation of success.

### (1)     A POSA Would Have Had a Motivation to Combine Moriarty and Phares

92.     A POSA at the time of invention of the '066 patent would have had reason to combine, and a reasonable expectation of success in combining, Moriarty and Phares.  (Anticipated testimony of Dr. Winkler.)

93.     The Moriarty process was a well-known way to make treprostinil free acid utilizing alkylation and hydrolysis.  Moriarty discloses alkylation of benzindene triol (compound **34**) to yield benzindene nitrile (compound **35**).  (DTX258 at 1895, 1902.)  That benzindene nitrile is then hydrolyzed with a base (*i.e.* aqueous KOH) to yield (+)- treprostinil free acid (compound **7**).  (*Id.* at 1902.)  Dr. Walsh, a named inventor on the '066 and '901 patents, confirmed that the patents' alkylation of benzindene triol and subsequent hydrolysis of the benzindene nitrile steps were from the Moriarty process.  (DTX086 at 47:3-8, 58:3-11.)

94.     While Moriarty discloses the production of treprostinil free acid, it was well-known in the art that the oral bioavailability of treprostinil free acid was very low.  More specifically, Phares teaches that "treprostinil as the free acid has an absolute oral bioavailability of less than 10%."  (DTX544 at 2.)  As Dr. Pinal, UTC's expert in the '901 Board proceeding agreed, "when it comes to oral bioavailability, the higher the better."  (Anticipated testimony of Dr. Winkler (referring to DTX263 at 141:2-3, 142:13-20).)  For this reason, Phares identifies a "clinical interest in providing treprostinil orally" and "increase[ing] the oral bioavailability" of treprostinil. (DTX544 at Abstract, 2.)  Phares specifically discloses a clinical study that determined treprostinil diethanolamine has an oral bioavailability of 21-25% when delivered in 0.2-2.0 mg doses—a

greater than 100% increase compared to treprostinil free acid. (*Id*. at 83.) This finding is unsurprising, given that POSAs were aware that organic salts can "exhibit enhanced bioavailability and desirable formulation characteristics." (DTX292 at 7, 10-11; *see also* DTX395 at 990 ("Crystalline salts can confer useful attributes such as improved aqueous solubility, chemical stability, and high bioavailability relative to those of the free base or acid of the active compound.").) Thus, a POSA would be motivated to form a salt of treprostinil in order to improve bioavailability.

95.     In combining the teachings of Moriarty and Phares, a POSA would have found it obvious to eliminate the intermediate isolation and crystallization steps taught at the end of Moriarty before combining it with Phares. (DTX258 at 1902.) Specifically, a POSA would be motivated to eliminate everything after charcoal treatment, bolded below:

> The combined organic layers were washed with water, dried (Na$_2$SO$_4$), treated with charcoal, **and concentrated in vacuo to yield crude UT-15 (7) as an off-white solid. This was crystallized by dissolving the solid in ethanol at 50 °C and adding water (1:1). White needles obtained upon standing were filtered, washed with 20% ethanol-water, and dried in a vacuum oven at 55 °C to give 441 g (83%) of pure UT-15 as colorless crystalline solid** . . . .

(*Id.*) A POSA would have been motivated to eliminate these intermediate steps to improve synthetic efficiency and reduce cost, particularly when the POSA would perform salt formation next. (*See* DTX543 at 50-52 (PTAB in *SteadyMed* proceeding agreeing).)

96.     To the extent UTC argues at trial that the claims of the '066 patent permit isolation of the treprostinil free acid as a solid prior to contacting such free acid with a base to form a treprostinil salt, such a step would be obvious as Moriarty discloses isolation of solid treprostinil free acid. (DTX258 at 1902.) Phares also teaches that treprostinil "is dissolved in a 1:1 molar ratio mixture of ethanol:water" (DTX544 at 22), which indicates that the treprostinil free acid has been previously isolated.

97.     However, a POSA would also know that not isolating the treprostinil before contacting it with a base is obvious based on what is taught by Moriarty and Phares.  For example, instead of isolating the neutral treprostinil free acid as taught by Moriarty, a POSA would instead add diethanolamine (*i.e.*, a base) as taught by Phares (DTX544 at 22) to the treprostinil solution formed by Moriarty (DTX258 at 1902), so that removal of the solvent would instead leave a salt, specifically, treprostinil diethanolamine salt.  A POSA would not consider following this alternative approach to be either novel or a nonobvious improvement over what is disclosed in Phares.

98.     A POSA would be motivated to do so to save a step of isolation of the treprostinil, instead waiting until the salt is formed to conduct an isolation step.  The result would be a process with just one isolation step (after salt formation), rather than two, which would be faster, more efficient, and more economical.  A POSA would know that it would be more efficient to form a salt from a preexisting solution, without recourse to isolation of a solid, re-dissolving that solid, and then forming a salt.  If a POSA actually carried out an isolation step, then a POSA would have to re-dissolve the crude treprostinil carboxylic acid in order to apply the salt formation step of Phares.  A POSA would therefore be motivated to eliminate the isolation step to most efficiently prepare the treprostinil salt.

99.     Additionally, Moriarty discloses that KOH can be neutralized in the presence of methanol using HCl to access the neutral treprostinil free acid.  (*See* DTX258 at 1902 ("Then the reaction mixture was refluxed for 3 h and cooled at 0 °C, then 3 M aqueous HCl was added until pH 10-12.  Most of the solvent was removed in vacuo.  The resulting solution was diluted with water and extracted with ethyl acetate (this process removes impurities).  The aqueous layer was acidified to pH 2-3 by addition of 3 M HCl maintaining the temperature about 20 °C and then

extracted with ethyl acetate.").)  Moriarty does not disclose the presence of any treprostinil methyl ester after neutralization of the KOH base.  (*Id.* (disclosing resulting 99.7% treprostinil free acid product).)  Thus, as evidenced by Moriarty, a POSA would know that neutralization of the treprostinil carboxylate salt solution could be achieved without methyl ester formation, and a POSA would therefore be motivated to eliminate the crude treprostinil isolation step of Phares by neutralizing the KOH in solution and adding diethanolamine to produce the treprostinil diethanolamine salt using the procedure provided in Phares.

100.    A POSA would have been motivated to eliminate the crystallization steps of Moriarty because (a) crystallization would not be needed if isolation of crude treprostinil is eliminated during the process of salt formation, and (b) eliminating crystallization would avoid formation of the "white needles," which are associated with manufacturing difficulties. (Anticipated testimony of Dr. Winkler; DTX350 at 62.)  To remedy the problems associated with "white needles" disclosed in Moriarty, a POSA would be motivated to eliminate the crude treprostinil isolation and crystallization steps of Moriarty and directly form the treprostinil salt of Phares from the treprostinil solution of Moriarty.

101.    A POSA would further be motivated to form a salt of treprostinil because it was known that treprostinil diethanolamine had no safety problems relative to the FDA-approved drug, Remodulin®.  In fact, Phares expressly discloses that the "safety profile with UT-15C (treprostinil diethanolamine) is consistent with the reported safety profile and product labeling of [FDA-approved] Remodulin (treprostinil sodium) and other prostacyclin analogs."  (DTX544 at 83; *see also* Anticipated testimony of Dr. Winkler.)

102.    UTC provides as an additional reason why a POSA would have been motivated to combine Moriarty with Phares to form a salt of treprostinil:  treprostinil free acid was known to be

35

unstable at room temperatures, and a POSA would have been motivated to form a salt to improve storage and stability.  (Anticipated testimony of Dr. Winkler and Dr. Fawzi.)

### (2)    A POSA Would Have Had a Reasonable Expectation of Success Combining Moriarty and Phares

103.    A POSA would have had a reasonable expectation of success in eliminating the crude treprostinil isolation and crystallization steps of Moriarty, as evidenced by the teachings of Wiberg, Schoffstall, Kawakami, and Ege (DTX260, DTX120, DTX317, DTX262), which demonstrate that reacting a carboxylic acid (such as treprostinil free acid) with a base to form a carboxylate salt was a well-known, standard chemistry purification step in December 2007.  (*See also* DTX543, '393 IPR Final Written Decision, at 65 (citing Kawakami).)  A POSA would also have a reasonable expectation of success in doing so because isolation after salt formation (rather than as intermediate step) is standard practice in the art, and is a step specifically taught in Phares.  (DTX544 at 22, 85-89.)  A POSA would have understood that intermediate purification steps should be unnecessary, because purifying the treprostinil free acid disclosed in Moriarty before addition of a base should not affect salt formation.

104.    A POSA would have had a reasonable expectation of success in reacting the treprostinil free acid taught by Moriarty with diethanolamine to form a treprostinil diethanolamine salt via the process taught by Phares because Phares successfully performed precisely that step.  (DTX544 at 85-89; DTX543, '393 IPR Final Written Decision, at 47.)  Phares specifically discloses combining a starting batch of treprostinil free acid and a diethanolamine base.  (DTX544 at 22.)  The resulting UT-15C treprostinil diethanolamine salt was used in two clinical studies in humans, as detailed in Phares.  (*Id.* at 82-85, Example 5.)  Accordingly, a POSA would have had a reasonable expectation of success in making a pharmaceutical product comprising treprostinil diethanolamine salt based on the teachings of Phares.

> **d.**  **UTC's arguments as to Why a POSA Would not Combine Moriarty and Phares are unavailing**

105.    UTC erroneously focuses on why Phares does not teach synthesis of (+)-treprostinil, but fails to understand that Liquidia relies on Moriarty for the synthesis of (+)-treprostinil through alkylation and hydrolysis and Phares for the salt formation step.

106.    UTC also argues that formation of a salt would not necessarily solve the white needle problem of the treprostinil free acid formed in Moriarty.  However, white needles are simply a reason why a POSA would eliminate the crude treprostinil isolation and crystallization steps of Moriarty and look past its disclosures to other art, since a POSA would know that white needles were undesirable and associated with manufacturing difficulties.  (DTX350 at 62; DTX134 at ¶ 268.)  It is not the main reason a POSA would be motivated to form a salt.  As explained above, a POSA's motivations for forming a ***salt*** with a reasonable expectation of success are: the salt's increased bioavailability, the salt's clinical viability, the salt's safety equivalence to the FDA-approved drug, Remodulin®, and the salt's expected stability.

107.    UTC also argues that there were "the well-known challenges associated with storage of salts" that "would not arise for the treprostinil free acid of Moriarty."  But UTC contradicts itself by arguing elsewhere that there were challenges associated with storage of treprostinil free acid that were actually solved by salt formation.  This would have been expected and obvious to a POSA.  (*See, e.g.*, DTX395 at 990 ("Crystalline salts can confer useful attributes such as improved aqueous solubility, chemical stability, and high bioavailability relative to those of the free base or acid of the active compound.").)  Further, Phares did not disclose any issues with storage of the treprostinil diethanolamine salt.  Instead, Phares explicitly disclosed the safety of administering treprostinil diethanolamine salts to patients, and specifically had instructions on how to force formation of polymorph Form B, avoiding any potential storage complications caused

by polymorphs. (DTX544 at 82-89.) A POSA would have no reason to think that treprostinil diethanolamine salt had any storage issues. (Anticipated testimony of Dr. Winkler.)

108. UTC also argues that a POSA reading Phares would have been motivated to make a salt of the -(-) enantiomer of treprostinil, since Phares teaches synthesis of that enantiomer elsewhere (DTX544 at 39-40). But UTC ignores that in the salt formation disclosure, Phares explicitly teaches making a salt of UT-15, which is undisputedly the (+)- enantiomer of treprostinil, and that Phares disclosed clinical use of the resulting (+)- enantiomer salt. (DTX544 at 22, 82-85.)

### 2. Claims 1-3, 6, and 8-9 of the '066 Patent Are Obvious Over Moriarty and Phares

#### a. Claim 1 of the '066 Patent

##### (1) Claim Element 1[a]: "A pharmaceutical composition comprising treprostinil or a pharmaceutically acceptable salt thereof, said composition prepared by a process comprising"

109. Moriarty discloses the synthesis of treprostinil **7** via the stereoselective intramolecular Pauson-Khand cyclization. (DTX258 at Abstract, 1892, 1895, 1902.) Moriarty compound **7** is identical to the treprostinil free acid disclosed in the '066 patent. (JTX2 at 11:50-65.)

110. Phares discloses the step of reacting treprostinil free acid (equivalent to compound 7 in Moriarty) with diethanolamine base to form a salt. (DTX544 at 22.) The resulting structure corresponds to the treprostinil diethanolamine salt claimed in the '066 patent. (DTX544 at 9, claim 49; JTX2 at 9:5-18, 12:8-23, Example 3.)

111. Further, Phares discloses that the diethanolamine salt is a "pharmaceutically acceptable salt," (DTX544 at 55), and Phares used the salt in two clinical studies and disclosed it

as "pharmaceutically acceptable."   (DTX544 at 48, 82-85.)   Phares thus discloses the "pharmaceutically acceptable salt" of treprostinil limitation of claim element 1[a].

> **(2)** **Claim Element 1[b]: "providing a starting batch of treprostinil having one or more impurities resulting from prior alkylation and hydrolysis steps,"**

112.    This limitation does not require any particular alkylating or hydrolysis reagent(s), nor does it require any particular reaction conditions.  The limitation only requires that alkylation and hydrolysis generally occur.  The named inventors of the patent agree on this point.  (DTX087, 2021 Tuladhar Dep. Tr. at 64:21-67:3; *see also id.* at 79:21-83:9; DTX086, Walsh Dep. Tr. at 100:18-101:16.)   And with respect to the alkylation step, as discussed for claim element [1]g below, that alkylation must be of benzindene triol.  (JTX2 at 17:62-63.)

113.    Moriarty teaches alkylation of benzindene triol and hydrolysis.  In particular, Moriarty discloses alkylation of benzindene triol (compound **34**) to yield benzindene nitrile (compound **35**).  (DTX258 at 1895, 1902.)

114.    Moriarty then discloses using the benzindene nitrile formed after alkylation and hydrolyzing it to form (+)- treprostinil free acid (compound **7**).  (*Id.*)

115.    Moriarty teaches that the alkylating agent is chloroacetonitrile or ClCH$_2$CN, which corresponds to the alkylating agent disclosed in the '066 patent.  (DTX258 at 1895, 1902; JTX2 at 8:39-41, 9:50-10:38.)  Moriarty further discloses that the reagent causing hydrolysis is aqueous KOH, which is the same hydrolyzing agent disclosed in the '066 patent.  (DTX258 at 1902; JTX2 at 10:42-11:49.)

116.    These alkylation and hydrolysis steps would necessarily have resulted in impurities because all chemical reactions produce impurities.  Moreover, Moriarty discloses that the resulting treprostinil free acid was 99.7% pure.  (DTX258 at 1902.)  As such, a POSA would understand

that the treprostinil free acid made according to Moriarty is not 100% pure and would contain impurities resulting from alkylation of benzindene triol and subsequent hydrolysis.

117.    As long as impurities resulting from the alkylation or hydrolysis steps are present in the treprostinil free acid made by Moriarty, this claim limitation is met.  Indeed, the specification of the '066 patent does not disclose any specific impurities resulting from prior alkylation and hydrolysis, let alone the quantitative amount of any such impurities.

### (3)    Claim Element 1[c]: "forming a salt of treprostinil by combining the starting batch and a base,"

118.    As succinctly stated by UTC's expert Dr. Pinal, "[t]he end of Moriarty is the beginning of Phares."  (DTX263 at 135:6.)  A POSA would convert Moriarty's treprostinil free acid to treprostinil salt in view of the disclosed preparation on page 22 of Phares, wherein treprostinil is added to and dissolved in diethanolamine (*i.e.,* a base) in a 1:1 molar ratio mixture of ethanol: water and the resulting salt further precipitated and purified to form the crystalline form (*i.e.*, "Form B").  (DTX544 at 85-89.)

119.    A POSA would have been motivated to combine Moriarty and Phares in this way with a reasonable expectation of success for the reasons discussed in Section II.D.1.c above.

### (4)    Claim Element 1[d]: "isolating the treprostinil salt, and"

120.    Phares discloses isolating crystalline forms of treprostinil diethanolamine salt – Form A and Form B.  (DTX544 at 85-89.)

121.    It is also generally routine that upon completion of a reaction, the product is isolated.  Such isolation steps are routine and understood by POSAs.

> **(5)   Claim Element 1[e]: "preparing a pharmaceutical composition comprising treprostinil or a pharmaceutically acceptable salt thereof from the isolated treprostinil salt"**

122.   The invention of Phares "provides for compositions which may be prepared by mixing one or more compounds of the instant invention, or pharmaceutically acceptable salts thereof, with pharmaceutically acceptable carriers, excipients, binders, diluents or the like, to treat or ameliorate a variety of disorders related vasoconstriction and/or platelet aggregation." (DTX544 at 48.)  Further, Phares teaches "preparing a pharmaceutical composition comprising . . . a pharmaceutically acceptable salt" of treprostinil, because it discloses use of treprostinil diethanolamine salt in clinical trials.  (*Id.* at 82-85.)   Thus, the pharmaceutical acceptability of the compounds is clearly disclosed in Phares.

> **(6)   Claim Element 1[f]: "whereby a level of one or more impurities found in the starting batch of treprostinil is lower in the pharmaceutical composition, and"**

123.   The claim language of the '066 patent does not disclose the specific impurities or the percentage of "impurity" required in the starting batch of treprostinil and simply states "having one or more impurities," "resulting from" alkylation and hydrolysis.  A POSA would understand this limitation is met by the combination of Moriarty with Phares.

124.   As discussed above in paragraph 116, the treprostinil free acid formed by the alkylation and hydrolysis steps of Moriarty contains impurities resulting from those steps, as the product was only 99.7% (not 100%) pure.  (DTX258 at 1902.)

125.   Salt formation and crystallization were standard purification processes known well before the priority date of the '066 patent.  (*See, e.g.*, DTX262 at 546; DTX120 at 201-02; DTX260 at 112; DTX317 at 6; DTX132 at 127 ("The simplest and most effective technique for the purification of solid organic compounds is crystallization.  Crystalline compounds are easy to

handle, their purity is readily assessed . . . and they are often easier to identify than liquids or oils."); DTX086, Walsh Dep. Tr. at 71:7-72:8.))  Accordingly, a POSA would have reasonably expected and found it obvious that the pharmaceutical treprostinil salt composition disclosed in Phares would have a lower amount of one or more impurities (resulting from alkylation and hydrolysis) than the starting batch of treprostinil free acid.

### (7) Claim Element 1[g]: "wherein said alkylation is alkylation of benzindene triol."

126.    Moriarty teaches alkylation of benzindene triol.  (DTX258 at 1897.)  The alkylation reaction of **34** to yield **35** as disclosed in Moriarty is equivalent to the alkylation reaction disclosed in the '066 patent.  (*Id.* at 1895, 1902.)

### (8) UTC's Arguments as to Why Claim 1 is Not Obvious Over the Combination of Moriarty and Phares Are Unavailing

127.    UTC argues that Phares does not disclose a "starting batch" as required by claim 1. This is irrelevant since Liquidia points to Moriarty as disclosing the "starting batch," not Phares.

128.    Additionally, UTC points to unclaimed conditions for the non-obviousness of claim 1.  UTC argues that Phares is "silent about impurities" and that there are differences in the "amount of reagents" and "reaction conditions" between the former process (Moriarty) and new process in Example 6 of the '066 patent that a process chemist (as opposed to an academic chemist) would appreciate.  But there are no reagent quantities or reaction conditions specified by claim 1 of the '066 patent.  (Anticipated testimony of Dr. Winkler.)  UTC argues that "the smallest changes in a synthetic procedure can impact impurity profile, . . . particularly when scale-up to commercial scales is involved," but claim 1 of the '066 patent has no quantity or "scale-up" limitation, such that the negative effects UTC cites are implicated.  Nothing about the claim requires "commercial scale" quantities, nor is there a specific impurity profile recited in the claims.  (Anticipated

testimony of Dr. Winkler.)  All that is required by claim 1 is that some impurities from alkylation of benzindene triol and hydrolysis of the resulting intermediate exist in the starting batch and that any amount of those impurities are reduced by salt formation.  As explained above, the combination of Moriarty and Phares teach a POSA to follow the same steps, and thus necessarily teach forming a product with this change in impurity.  (*Id.*)  Additionally, any alleged problems with scaling would have been known by a POSA and adequately addressed when combining Moriarty with Phares, given Moriarty's disclosure of a process to produce 441g of treprostinil free acid.  (DTX258 at 1902.)

129.    Claim 1 is obvious, because a POSA would know for certain that impurities were generated by the alkylation and hydrolysis steps of Moriarty (as all reactions generate impurities).  And because the only subsequent purification step of the combination of Moriarty with Phares is salt formation per Phares, a POSA would find it obvious, with a reasonable expectation of success, that the salt formation step removed some of the impurities generated by the alkylation and hydrolysis steps. (Anticipated testimony of Dr. Winkler.)

### b.    Dependent Claim 2 of the '066 Patent

130.    Dependent claim 2 recites ""The pharmaceutical composition of claim 1, wherein the salt is isolated in crystalline form."  Phares discloses two isolated crystalline forms of treprostinil diethanolamine salt, Form A and Form B.  (DTX544 at 85 ("two **crystalline forms** of UT-15C were identified [sic] as well as an amorphous form").)  A particularly preferred embodiment of the invention disclosed in Phares is "[F]orm B of treprostinil diethanolamine." (*Id.* at 9.)  Phares therefore discloses the same treprostinil diethanolamine salt, in crystalline form, as the '066 patent.

### c.     Dependent Claim 3 of the '066 Patent

131.     Dependent claim 3 recites "The pharmaceutical composition of claim 1, wherein the base is selected from the group consisting of sodium, ammonia, potassium, calcium, ethanolamine, diethanolamine, N-methylglucamine, and choline."  Phares discloses the use of the base diethanolamine.  (DTX544 at 22, 96 (claim 49).)  Phares also discloses several other inorganic bases such as sodium, ammonia, potassium, calcium, and ethanolamine.  (*Id.* at 55.)

### d.     Dependent Claim 6 of the '066 Patent

132.     Dependent claim 6 recites "The pharmaceutical composition of claim 1, wherein the isolated salt is stored at ambient temperature."  As such, the "isolated" salt is stored at ambient temperature prior to formation of the "pharmaceutical composition."  (*See, e.g.*, Anticipated testimony of Dr. Winkler.)

133.     The Court has construed storage to have its plain and ordinary meaning.[6]  (D.I. 119, June 16, 2021 Claim Construction Order.)  That plain and ordinary meaning is provided by the 2007 edition of Hawley's Condensed Chemical Dictionary, a well-accepted, standard dictionary in the field of chemistry, which defined "storage" as "[a]ny method of keeping raw materials, chemicals…while awaiting use, transportation, or consumption."  (*See* DTX135.)  Claim 6 does not recite a specific length of time for storage.  As such, as long as the isolated treprostinil

---

[6] In the '901 Board proceeding, the Board did not find the '901 claims reciting "storage" unpatentable.  (DTX580 at 25, 48-49.)  However, the Board did so because it construed "storage" as "requir[ing] actual storage . . . for a period of at least three months," and found that neither Phares nor Moriarty disclosed this length of storage.  (*Id.*)  The Court has not adopted that construction here, and instead construed storage to have its plain and ordinary meaning.  (D.I. 161, 6/4/2021 Claim Construction Hearing Transcript at 123:1-14 ("I don't think that plaintiff redefined the term stored, storing, or storage to be the plain meaning so long as it's understood to be at least three months. . . . So, I am going to give it its plain meaning and so that will resolve that.").)  The analysis of whether the combination of Phares and Moriarty disclose storage is thus different here.

diethanolamine salt of Phares is stored at ambient temperature for any period of time ***before*** it is used to make a pharmaceutical composition, Phares teaches this limitation.

134.    The Court has also construed "ambient temperature" as "room temperature (equal to or less than the range of 15°C to 30°C)."  (D.I. 119.)

135.    There are many reasons why a POSA would find it obvious that the treprostinil diethanolamine salt of Phares was stored at ambient temperature.

136.    ***First***, it was known decades before the priority date of the '066 patent that generating a salt form of a compound could have positive effects on a number of factors, including the chemical and physical stability of a compound.  (*See* DTX086, Walsh Dep. Tr. at 31:11-32:19; 137:1-11, DTX292 at 5, Table 3 (identifying "stability" as a "modification" achieved with salt formation), 9-10, Table VI, 16 ("Salt formation is a means of altering the physical, chemical, and biological characteristics of a drug without modifying its chemical structure."); DTX350 at 76; DTX395 at 990 ("Crystalline salts can confer useful attributes such as improved aqueous solubility, chemical stability, and high bioavailability relative to those of the free base or acid of the active compound.").)

137.    ***Second***, A POSA would have understood from Phares that a polymorph (Form A or Form B) of treprostinil diethanolamine would be present and stable at ambient temperature, construed as 15°-30° C.  (D.I. 119.)  Phares teaches that both Form A and Form B have melting temperatures well above ambient temperature: 103° C and 107° C, respectively.  (DTX544 at 87-88.)  Claim 6 is not specific as to what form of treprostinil salt is stored at ambient temperature, so a disclosure of the presence of *any* treprostinil diethanolamine salt, regardless of the polymorph form, at ambient temperature is sufficient to meet the claim language.  (Anticipated testimony of Dr. Winkler.)  A POSA would certainly understand Phares to disclose as much.  Phares' teaching

that Form A and Form B are "hygroscopic," meaning they absorb water in humid conditions (DTX544 at 87-88), is immaterial to claim 6. Claim 6 does not say anything about humidity; its only recited storage limitation is to temperature.

138.    ***Third***, a POSA would find it obvious from Phares that at least Form B is stable at ambient temperature and therefore could be stored at ambient temperature. Phares discloses the formation of the more "thermodynamically stable" polymorph (Form B) at ambient temperature (DTX544 at 87, 89 (Table 17)), so a POSA would expect that Form B could further be stored under these same conditions prior to being used to make a pharmaceutical composition. (*Id.* at 22.) Phares discloses full conversion from Form A to Form B at ambient temperatures after 7 days, 15°C after 11 days and 30°C after 1 day, suggesting stability of Form B at these temperatures. (*Id.* at 89, Table 17.) A POSA would understand that full conversion from Form A to Form B after 7 days at these temperatures (all within the Court's construction of 15°C -30°C) suggests that Form B is both thermodynamically (energy difference based) and kinetically (reaction rate based) stable at ambient temperature and therefore could be stored at ambient temperature. (Anticipated testimony of Dr. Winkler.)

139.    ***Fourth***, Phares teaches the synthesis of treprostinil diethanolamine and subsequent isolation without a temperature limitation: "Treprostinil acid acid [sic] is dissolved in a 1:1 molar ratio mixture of ethanol:water and diethanolamine is added and dissolved. The solution is heated and acetone is added as an antisolvent during cooling." (DTX544 at 22.) Because there is no temperature limitation here, a POSA would have understood that treprostinil diethanolamine was being isolated at ambient temperature.[7] A POSA would have understood from Phares, as

---

[7] This conclusion is supported by ████████████████████████████████████████ ████████████████████████████████████████████████████ (DTX351 at 249.)

confirmed by the subsequent Batra disclosure, that treprostinil diethanolamine was stable at room (ambient) temperature.

140. *Fifth*, Phares mentions no special storage conditions for the treprostinil diethanolamine salt. If the resulting salt needed to be stored at a temperature other than ambient, a POSA would have expected such disclosure in Phares based on the specificity of the reference. For example, in an animal dosing study, Phares was careful to specify that:

> **The plasma samples were frozen at -20 °C and were transported on ice** to Absorption Systems Exton Facility. There **they were stored in a -80 °C freezer** pending analysis.

(DTX544 at 67.) Thus, a POSA would have understood that, if reaction or storage conditions were required to be anything other than ambient temperature, Phares would have explicitly disclosed the relevant temperature. Phares discloses no such special storage conditions between manufacturing (DTX544 at 22) and use of an oral tablet in clinical trials (DTX544 at 80-85). As UTC points out in analyzing Liquidia's manufacturing process, a POSA would have understood that, in the context of the commercial process, there would necessarily have been storage of the treprostinil salt at ambient temperature between manufacturing and use in studies. A POSA would have expected the same from Phares, because a POSA would understand that Phares manufactured enough stable, pure treprostinil diethanolamine to be able to get approval to conduct clinical studies in humans. (DTX544 at 82-85.) Thus, a POSA would find it obvious that there would necessarily have been storage of the treprostinil salt at ambient temperature, at some point between making the treprostinil diethanolamine salt in a lab or manufacturing facility and converting that salt into the tablets/capsules (i.e., the pharmaceutical composition of claim 6) used in Phares' clinical studies.

141.    One of UTC's experts disagrees, without example or support, that a POSA would generally understand storage and reaction conditions in the field to be at ambient temperature unless otherwise specified.  However, two other UTC experts agree with Liquidia that a POSA would understand ambient storage and reaction conditions unless otherwise specified. Accordingly, the evidence will confirm Liquidia's argument as to what a POSA would understand and find obvious from Phares' disclosures (and complementary selective lack of disclosure).

142.    **Sixth,** the *only* reference to "storing" in the '066 patent specification is a single sentence:

> Additional advantages of this process are: (a) crude treprostinil salts can be stored as raw material at ambient temperature and can be converted to treprostinil by simple acidification with diluted hydrochloric acid . . . .

(JTX2 at 17:32-36.)  The '066 patent certainly assumes that a POSA would have understood that all crude treprostinil salts can be stored at ambient temperature, without needing to see storage stability data.  Applying the same assumed knowledge of a POSA to a POSA reading Phares, and knowing that salt formation is a standard technique to improve stability (*see* DTX292 at 5, Table 3 (identifying "stability" as a "modification" achieved with salt formation), 9-10, Table VI, 16 ("Salt formation is a means of altering the physical, chemical, and biological characteristics of a drug without modifying its chemical structure."); DTX395 at 990 ("Crystalline salts can confer useful attributes such as improved  . . . chemical stability . . . relative to those of the free base or acid of the active compound.")), a POSA would have understood the treprostinil diethanolamine salt described in Phares to be storable at room temperature.

143.    **Finally**, the treprostinil and treprostinil diethanolamine salt disclosed in Phares and the '066 patent are identical.  There are no structural differences between these molecules that would indicate to a POSA that the compounds would require different storage conditions.

48

Similarly, UTC's '901 PTAB expert Dr. Pinal stated that the "stability" of the claimed pharmaceutical batch derives from the presence of the impurities resulting from the claimed steps. (Anticipated testimony of Dr. Winkler.)  If Dr. Pinal is correct, then the treprostinil salt formed by the combination of Moriarty and Phares would similarly be stable, and therefore a POSA would expect it to be storable at ambient temperature, as required by claim 6.

144.    For these reasons, a POSA would find storing the isolated salt at ambient temperature obvious over the combination of Moriarty and Phares.

### e.    Independent Claim 8 of the '066 Patent

### (1)    Claim Elements 8[a]-[c]

145.    Claim elements 8[a] to 8[c] recite the below and are obvious over the combination of Moriarty and Phares.

8[a]    A process of preparing a pharmaceutical product comprising treprostinil or a pharmaceutically acceptable salt thereof, comprising

8[b]    alkylating a triol intermediate of the formula:



8[c]    hydrolyzing the resulting compound to form treprostinil,

146.    As discussed above, Moriarty discloses these steps in the synthesis of the treprostinil.  Moriarty teaches the alkylation of benzindene triol intermediate **34** which has the same formula as the triol structure in claim 8 of the '066 patent.  (DTX258 at 1895; JTX2 at col. 9.)  Moriarty teaches that the "**[t]riol** (**34**) **was alkylated** at the phenolic hydroxyl group with use of chloroacetonitrile in refluxing acetone with potassium carbonate (**34→ 35**) and nitrile (**35**) **was hydrolyzed** with ethanolic potassium hydroxide to yield UT-15 (**7**) in 9% overall yield." (DTX258 at 1897.)

147.    Phares teaches the pharmaceutical acceptability of the diethanolamine salt formed from the treprostinil free acid taught by combining Moriarty and Phares.  Specifically, Phares used the salt in two clinical studies and disclosed it as "pharmaceutically acceptable," and further discloses that diethanolamine can be used to make a "pharmaceutically acceptable salt."  (DTX544 at 22, 48, 82-85.)

### (2)    Claim Elements 8[d]-[f]

148.    Claim elements 8[d] to 8[f] recite:

8[d]    forming a salt of treprostinil stable at ambient temperature,

8[e]    storing the treprostinil salt at ambient temperature, and

8[f]    preparing a pharmaceutical product from the treprostinil salt after storage,

8[g]    "wherein the pharmaceutical product comprises treprostinil or a pharmaceutically acceptable salt thereof."

149.    Phares discloses the step of reacting treprostinil with a base to form a diethanolamine salt.  (DTX544 at 22.)  As detailed above for claim 6, Phares also renders obvious storing the treprostinil salt at ambient temperature.  (*See supra* Section II.D.2.d.)  And as explained for claim element 1[e], Phares teaches "preparing a pharmaceutical product compris[ing] . . . a pharmaceutically acceptable salt" of treprostinil from the stored treprostinil salt.  (*See supra* Section II.D.2.a.5.)

### f.    Dependent Claim 9

150.    Dependent claim 9 recites "A pharmaceutical product prepared by the process of claim 8."  This claim simply claims the product made by claim 8 and is obvious over the combination of Moriarty and Phares for the same reasons.

### 3. Claims 1-4, 6, and 8 of the '901 Patent Are Obvious Over Moriarty and Phares

#### a. Independent Claim 1 of the '901 Patent

##### (1) Claim Element 1[a]-1[e]

1[a]    A pharmaceutical batch consisting of treprostinil or a salt thereof and impurities resulting from

1[b]    (a) alkylating a benzindene triol,

1[c]    (b) hydrolyzing the product of step (a) to form a solution comprising treprostinil,

1[d]    (c) contacting the solution comprising treprostinil from step (b) with a base to form a salt of treprostinil,

1[e]    (d) isolating the salt of treprostinil, and

151.    For the same reasons explained above for claim elements 1[a]-1[d] of the '066 patent, Moriarty in combination with Phares teach claim element 1[a]-1[e] of the '901 patent. (*See supra* Sections II.D.2.a.1 to II.D.2.a.5.)

##### (2) Claim Element 1[f]: "optionally reacting the salt of treprostinil with an acid to form treprostinil, and"

152.    Because claim element 1[f] is optional, no disclosure in Moriarty or Phares is required to demonstrate the obviousness of this claim element.

##### (3) Claim Element 1[g]: "wherein the pharmaceutical batch contains at least 2.9 g of treprostinil or its salt."

153.    Moriarty discloses that to meet the demands of producing multikilogram quantities of UT-15 (**7**) needed in the course of drug development, an efficient and economical synthesis had to be devised.  (DTX258 at 1892.)  Moriarty explains that the essential requirements for any large-scale, multistep synthesis of a molecule of the complexity of UT-15 (**7**) are very high overall stereoselectivity, high overall chemical yield, and scalability of individual steps to multigram quantities.  (*Id*.)  Moriarty further discloses that after the synthesis steps described above, crude UT-15 (**7**) was crystallized by dissolving the solid in ethanol at 50° C and adding water 1:1.  (*Id*.

at 1902.)  "White needles obtained upon standing were filtered, washed with 20% ethanol-water, and dried in a vacuum oven at 55°C to give **441 g** (83%) of pure UT-15 as a colorless crystalline solid."  (*Id.*)  A POSA would therefore conclude that the synthesis of quantities at least as large as 2.9 g of treprostinil (and its derived salt) would be possible.

154.    A POSA would be able to use this amount of treprostinil free acid in the salt formation step disclosed in Phares to obtain at least 2.9 g of a pharmaceutically acceptable salt of treprostinil.  (Anticipated testimony of Dr. Winkler.)

155.    In addition, a POSA would readily understand that one could follow the steps disclosed in Phares (DTX544 at 22) and simply scale up said steps to produce a pharmaceutical batch of treprostinil or its salt of at least 2.9 g.  (Anticipated testimony of Dr. Winkler.)  This is especially true since Phares teaches that gram-scale quantities of treprostinil derivatives can be produced (*see, e.g.*, DTX544 at 22), and a POSA would expect that a reaction that is taught on a 1-gram scale could easily be achieved on a 2.9-gram scale.  (Anticipated testimony of Dr. Winkler.)  A POSA would know from experience that increasing the scale of a reaction by a factor of 3 can be done with a reasonable expectation of success.  (*Id.*)

156.    Additionally, it was known that the Moriarty process resulted in batches greater than 2.9 g.  For example, ████████████████████████████████████████

████████████████████████████████████████████████

████████████████████  (DTX624 at UTC_OREN_00842235 (annotation added).)

157.    The batch-size claimed by the '901 patent is entirely within the scale that would be routine for an organic or medicinal chemist.  The Journal of Organic Chemistry and Journal of Medicinal Chemistry, journals that are expressly for organic and medicinal chemists, respectively, regularly described syntheses of products on scales greater than 2.9 grams before December 2007.

(*See, e.g.*, DTX267 at 9626 (successful synthesis of up to 42.4 grams of product); DTX269 at 9813 (8.45 grams); DTX271 at 7850 (60.0 grams); DTX273 at 7892 (20.3 grams).)

158.    Further, it was common practice prior to 2007 for students to run experiments and to prepare salts at multi-gram quantities.  Several articles published in the Journal of Chemical Education prior to 2007 describe research conducted in undergraduate laboratories on scales greater than 2.9 grams.  (*See, e.g.*, DTX276 at 945 (undergraduate laboratory publication advising "instructors" that "[t]he ionic liquid [bmim] [BF$_4$] can be ***conveniently synthesized in a hundred-gram scale***"); DTX280, DTX282 (describing the preparation, recrystallization, and enantiomeric resolution of two salts starting with 3.00 grams of each starting material); DTX283 at 1662, DTX285 at 1, 2 (describing the synthesis of "several naturally occurring copper double salts" beginning with 4 grams of starting material); DTX287 at 4 (laboratory manual for Organic Chemistry Laboratory I at Mount Holyoke College in 2006 describing an experiment where students prepare tartrate salt complexes starting with multi-gram quantities of materials: 6.25 grams of (*R,R*)-tartaric acid and 5 grams of (*R,S*)-1-phenylethylamine).)

### b.      Dependent Claim 2 of the '901 Patent

159.    Dependent claim 2 recites "The pharmaceutical batch of claim 1, which has been dried under vacuum."  Drying a drug product was standard organic chemistry practice for isolation of a solid.  For example, Moriarty discloses that after the synthesis steps described above, crude UT-15 was "**dried in a vacuum** oven at 55 °C to give 441 g (83%) of pure UT-15 as a colorless crystalline solid."  (DTX258 at 1902.)  Further, the Ph.D. thesis of Gao, a student of Dr. Moriarty, makes repeated citations to drying solids under vacuum.  (DTX265 at 64, 75, 208.)  Additionally, Loewenthal teaches the same practice in "A Guide for the Perplexed Organic Experimentalist," a well-known guidebook for experimental practice in organic chemistry that was published in 1990. (DTX294 at 112-113.)  In fact, citations to drying solids under vacuum can be found as early as

1928 by Heidelberger, "An Advanced Laboratory Manual of Organic Chemistry," teaching that "the nitrocresol separates as faintly yellow needles [solid] melting at 93-5° after drying *in vacuo* over sulfuric acid." (DTX295 at 55.) A POSA would have understood that drying *in vacuo* would indicate that the solid was drying under vacuum. Accordingly, it would be obvious to a POSA to dry the pharmaceutical batch from claim 1 under vacuum.

### c.    Dependent Claims 3-4 of the '901 Patent

160.    Dependent claims 3 and 4 recited the following:

> 3    A pharmaceutical product comprising a therapeutically effective amount of treprostinil from a pharmaceutical batch as claimed in claim 1.
>
> 4    A pharmaceutical product comprising a therapeutically effective amount of a salt treprostinil from a pharmaceutical batch as claimed in claim 1.

161.    Moriarty teaches that UT-15 (**7**) has proven effective in the treatment of pulmonary hypertension and investigated for use in treating severe congestive heart failure, severe intermittent claudication, and immuno-suppression. (DTX258 at 1892.) A goal of the experiments disclosed in Moriarty was to meet the demands of producing multikilogram quantities of UT-15 needed in the course of drug development. (*Id.*) Therefore, Moriarty discloses a pharmaceutical product comprising a therapeutically effective amount of treprostinil from the pharmaceutical batch, as recited in claim 3.

162.    Phares further discloses a therapeutically effective amount of treprostinil and treprostinil salt. (DTX544 at 48-49, 65, 82-85.) The invention of Phares "provides for compositions which may be prepared by mixing one or more compounds of the instant invention, or pharmaceutically acceptable salts thereof, with pharmaceutically acceptable carriers, excipients, binders, diluents or the like, to treat or ameliorate a variety of disorders related vasoconstriction and/or platelet aggregation." (*Id.* at 48.) A "therapeutically effective dose" as defined in Phares

54

further "refers to that amount of one or more compounds of the instant invention sufficient to result in amelioration of symptoms of the disorder." (*Id.*) The compositions can be formulated for various routes of administration, for example, by oral administration, by transmucosal administration, by rectal administration, transdermal or subcutaneous administration as well as intrathecal, intravenous, intramuscular, intraperitoneal, intranasal, intraocular or intraventricular injection. (*Id.* at 48-49.)

163.    Phares also discloses that a therapeutically effective dose may vary depending on the route of administration and dosage form. (*Id.* at 51.) The preferred compound or compounds of the invention disclosed in Phares is a "formulation that exhibits a high therapeutic index." (*Id.*) Pharmaceutical formulations include "any of the compounds of any of the embodiments of compound of structure I, II or pharmaceutically acceptable salts thereof described . . . in combination with a pharmaceutically acceptable carrier." (*Id.* at 52.)

164.    The invention disclosed in Phares also "provides a method of using the above compounds therapeutically of/for: pulmonary hypertension, ischemic diseases, heart failure, conditions requiring anticoagulation, thrombotic microangiopathy, extracorporeal circulation, central retinal vein occlusion, atherosclerosis, inflammatory diseases, hypertension, reproduction and parturition, cancer or other conditions of unregulated cell growth, cell/tissue preservation and other emerging therapeutic areas where prostacyclin treatment appears to have a beneficial role." (*Id.* at 4; *see also* clinical study results of UT-15C at 82-85.)

165.    Moreover, Phares expressly discloses the methods and results achieved from two human clinical studies using UT-15C, treprostinil diethanolamine. In particular, Phares states "[t]hese results demonstrate the detectable and potentially therapeutic drug concentrations can be obtained from a solid dosage form of UT-15C . . . ." (*Id.* at 85.) In addition, Phares discusses

Remodulin.  (*Id.* at 2.)  A POSA would also know that treprostinil salts are therapeutically effective based on the dosages expressly disclosed in the FDA-approved label for the drug Remodulin® (which is treprostinil sodium).  (*See* DTX309.)

166.     Thus, based on the disclosures of Phares and the general knowledge of a POSA, claims 3-4 of the '901 patent are rendered obvious.

167.     For claims 3 and 4, UTC argues that the clinical studies in Phares are not sufficient to render "therapeutic effect[iveness]" obvious to a POSA.  But UTC completely ignores Moriarty's disclosure that the free acid (UT-15, for claim 3) has proven effective in the treatment of pulmonary hypertension and investigated for use in treating severe congestive heart failure, severe intermittent claudication, and immuno-suppression.  (DTX258 at 1892.)  For claim 4, which requires "[a] pharmaceutical product comprising a therapeutically effective amount of a salt treprostinil," UTC makes the error of looking for only explicit disclosures, rather than what would have been obvious to a POSA.  Phares clearly showed clinical results teaching "detectable and potentially therapeutic drug concentrations" of treprostinil diethanolamine in human patients, and "that these concentrations can be maintained over an extended period of time."  (DTX544 at 85.)  As detailed above, Phares also repeatedly teaches that its disclosed compounds are meant for therapeutically effective use.  Finally, Phares teaches that another salt of treprostinil, treprostinil sodium (in the form of Remodulin®), had already been approved for FDA use.  (DTX544 at 2.)  These combined teachings are enough to render a therapeutically effective amount of Phares' salt obvious to a POSA.  Accordingly, a POSA would have found the therapeutically effective amount limitations of dependent claims 3 and 4 obvious.

### d.     Dependent Claim 6 of the '901 Patent

168.     Dependent claim 6 of the '901 patent recites "A method of preparing a pharmaceutical product from a pharmaceutical batch as claimed in claim 1, comprising storing a

pharmaceutical batch of a salt of treprostinil as claimed in claim 1 at ambient temperature, and preparing a pharmaceutical product from the pharmaceutical batch after storage."  Claim 6 therefore requires storing a salt of treprostinil at ambient temperature before making a pharmaceutical batch.  (*See, e.g.*, Anticipated testimony of Dr. Winkler.)

169.    For the same reasons explained above for claim 6, claim element 1[e], and claim element 8[f] of the '066 patent, Moriarty in combination with Phares renders obvious this claim. (*See supra* Sections II.2.a.5, II.2.d., II.2.e.2.)

### e.    Dependent Claim 8 of the '901 Patent

170.    Claim 8 recites the same steps as claim 1, but is a process claim rather than a product claim.  It is obvious for the same reasons as claim elements 1[a] to 1[f] of the '901 patent.

### f.    The Board Has Already Found Claims of the '901 Patent Unpatentable as Obvious Over Moriarty and Phares

171.    The PTAB has agreed with Liquidia's above analysis of claims 1-4 and 8 of the '901 patent, and found those claims unpatentable as obvious over Moriarty and Phares.  (*See* DTX580 at 46.)  In particular, the Board agreed that a POSA would be motivated to combine Moriarty with Phares with a reasonable expectation of success (*id.* at 35-43), and that the combination discloses every element of claims 1-4 and 8 (*id.* at 32-35, 43-44).

### 4.    Secondary Considerations of Non-Obviousness Do Not Support Validity of the Asserted Claims of the '066 and '901 Patents

172.    UTC asserts the secondary considerations of commercial success, long-felt but unmet need, and industry praise with respect to the '066 and '901 patents, based on UTC's Tyvaso® product.  However, UTC fails to establish the requisite nexus between any secondary consideration and the claimed invention of the '066 and '901 patents.  Accordingly, UTC has not satisfied its burden of proving the existence of any secondary consideration of non-obviousness.

173.    More specifically, UTC erroneously bases its analysis of commercial success and industry praise on aggregated sales and gross profits of the Tyvaso® drug product and the Tyvaso® Inhalation System, the latter of which does not embody the invention claimed by the '066 and '901 patents.  (Anticipated testimony of Dr. Robles; DTX038; DTX571; DTX521; DTX035; DTX662; DTX650; DTX538; DTX655; DTX568; DTX663; DTX648.)

174.    Further, with respect to commercial success, UTC's analysis of Tyvaso®'s commercial opportunity and marketplace performance relative to other pulmonary arterial hypertension (PAH) therapies is misguided, incomplete, and erroneous because, *inter alia*, UTC relies on deficient sales data excluding sales of generic versions of PAH therapies, relies on projections based on sales of the Tyvaso® Inhalation System and the expected launch of Tyvaso® DPI (neither of which embody the invention claimed by the '066 and '901 patents), and fails to consider device-independent metrics, such as total units sold and true starts.  (Anticipated testimony of Dr. Robles; DTX650; DTX538; DTX505; DTX528; DTX504; DTX656; DTX568; DTX661; DTX495; DTX510; DTX650; DTX523; DTX581; DTX584; DTX583; DTX582; DTX571.)

175.    To the extent UTC contends that other PAH therapies are preferred over Tyvaso®, their multitude of risks, adverse, and black box warnings undermines the presence of any long-felt or unmet need for Tyvaso®.  (Anticipated testimony of Dr. Robles; DTX650; DTX538; DTX029; DTX511; DTX522.)

176.    UTC's nexus analysis is fundamentally flawed because (a) UTC's commercial success analysis concerns the Tyvaso Inhalation System that does not embody the invention claimed in the '066 and '901 patents, (b) any assessed commercial success of Tyvaso® cannot be solely due to market forces for a claimed invention that was embodied by Remodulin® which

already existed in the marketplace prior to Tyvaso® and continued to exist in the marketplace alongside Tyvaso® thereafter, and (c) the extent to which Tyvaso® satisfied a need for a convenient-to-administer inhaled therapy is irrelevant to the issue of long felt but unmet need for the invention claimed by the '066 and '901 patents.  (Anticipated testimony of Dr. Robles; *see supra* ¶ 173; DTX088, Deposition of ███████████████████████████████

███████, 27-28; DTX520; DTX033; DTX538; DTX568; DTX073; DTX516.)

177.   Lastly, UTC's opinions regarding nexus fail to examine exceedingly relevant factors independent of the '066 and '901 patents that could have been the driving forces behind Tyvaso®'s marketplace performance: (a) allegations made by the U.S. Department of Justice that UTC used a non-profit organization as a conduit to pay the copay obligations of Medicare patients taking Tyvaso between 2010 and 2014, in violation of the False Claims Act, (b) improvements to the Tyvaso® Inhalation System which were recognized by UTC as opportunities to expand the number of patients considered appropriate for Tyvaso and reduce discontinuations of Tyvaso®, (c) UTC's recognition that Tyvaso® was used off label to treat pulmonary hypertension associated with interstitial lung disease (PH-ILD) prior to receiving an expanded indication in 2021, and (d) the lack of evidence that UTC promoted the invention claimed in the '066 and '901 patents in its promotional materials to prescribers or patients.  (Anticipated testimony of Dr. Robles; DTX527; DTX663; DTX638; DTX037; DTX502; DTX494; DTX515; DTX680; DTX679; DTX662; DTX038; DTX649; DTX632; DTX508; DTX571; DTX526; DTX035; DTX039; DTX650; DTX538; DTX652; DTX539; DTX568; DTX488; DTX519; DTX491; DTX499; DTX490; DTX518; DTX034; DTX493; DTX512; DTX500; DTX517; DTX494; DTX654; DTX656; DTX090 at 8, 21-22, 30, 41; DTX388; DTX514.)

**E.    The Asserted Claims of the '066 and 901 Patents Are Also Invalid For Lack of Written Description Support, Lack of Enablement, and Use of Indefinite Terms**

**1.    Lack Of Written Description Support For "a Level of One or More Impurities Found in the Starting Batch of Treprostinil" Being "Lower in the Pharmaceutical Composition" Limitation in Claim 1 of the '066 Patent**

178.    Claim 1 recites "a starting batch of treprostinil having one or more impurities resulting from prior alkylation and hydrolysis steps" and requires that "a level of one or more impurities found in the starting batch of treprostinil is lower in the pharmaceutical composition" of treprostinil salt or subsequently reformed treprostinil.  (JTX2 at 17:53-55, 17:60-62.)  The "starting batch" referring to in claim 1 is treprostinil free acid.

179.    However, the '066 patent specification never discloses any impurities resulting from the alkylation or hydrolysis steps in the "starting batch of treprostinil," or the measurement of any such impurities in the "starting batch."  In particular, the specification provides no analysis of the purity of the treprostinil free acid made after the steps of alkylation of a benzindene triol and hydrolysis of a benzindene nitrile, or the identification of the specific impurities and their amounts that may remain in the treprostinil free acid that result from either alkylation or hydrolysis. (*See id.* at Examples 1 and 2; Example 6 (between steps 14 and 15 or between steps 30 and 31).) In fact, other than reciting the word "impurities," the specification of the '066 patent contains no information, identification, characterization, or other analysis of any impurity generated after alkylation, any impurity generated after hydrolysis, or any impurity that may remain after salt formation and subsequent conversion of a treprostinil salt back to treprostinil free acid.  (*Id.* at Examples 1-5.)

180.    Nor does the '066 patent specification disclose any purity or impurity measurements after salt formation or the impurities resulting from prior alkylation or hydrolysis

and their amounts that may remain in the treprostinil salt.  (*See id.* at Examples 3, 4.)  ███████

███████████████ confirmed this in his deposition:



(DTX089 at 237:13-241:7; *see also* DTX086, ████████. at 66:8-13.)

181.    Accordingly, the '066 patent does not demonstrate that the inventors actually determined that "a starting batch of treprostinil" had "one or more impurities resulting from prior alkylation and hydrolysis steps," or the "level" of such impurities in the starting batch is lower in the claimed "pharmaceutical composition."  (*See also* DTX087, ███████ Dep. Tr. at 33:25-34:3 ████████████████████████████████████████████ As such, the '066 patent does not demonstrate that the inventors were in possession of this limitation.  (Anticipated testimony of Dr. Winkler.)

182.    The patent's lack of such information on this point is not surprising given how the inventors developed the claimed process—which was to go from step to step without column chromatography, without isolation as a solid prior to salt formation, and without measuring purity of intermediates (i.e., the benzindene nitrile and the treprostinil free acid prior to salt formation).

183.    More specifically, ████████████████████████████████████████████████████████████████████████████████████████████████████████████



(DTX089 at 121:16-124:22.)

(*Id.* at 130:12-131:22.)

184.   Further,



(*Id.* at 132:1-133:10; *see also* DTX086, ▮▮▮▮▮. at 93:16-95:13.)

185.    And on this point, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (*Id.* at 132:1-133:10.) ▮▮

(*See, e.g.*, DTX630 at UTC_TV_000009239 ▮▮▮▮▮ *see generally id.* at UTC_TV_000009242 to 9250; DTX089, 2021 ▮▮▮▮▮. at 327:1-342:6

(DTX089, 2021 ▮▮▮▮▮ at 135:19-143:5; DTX628 at UTC_OREN_00844342.) ▮▮▮▮▮▮▮ is disclosed in Example 2 (hydrolysis of the benzindene nitrile to form treprostinil free acid).  (JTX2 at 11:11-14.)  Using this approach, the inventors could not have determined the impurities, let alone the "level" of those impurities in the treprostinil free acid that is the "starting batch" used in the formation of a treprostinil salt.

186.    Additionally, the specification provides no information, identification, characterization or analysis that the "level of one or more impurities [resulting from prior alkylation or hydrolysis] found in the starting batch of treprostinil is lower in the pharmaceutical composition," as required by claim 1 of the '066 patent.  As discussed above, no purity analysis is disclosed in the '066 patent (except for treprostinil acid generated ***after*** salt formation), and the inventors did not appear to generate this information when developing their claimed process.

187.    The only comparison the inventors make is between the purity of treprostinil free acid from the "Former Process" and the purity of treprostinil free acid made according to the clamed invention.  (JTX2 at col. 17, step 53.)  This comparison, however, is not the same as required by claim 1, because the treprostinil free acid made by the Former Process was not the "starting batch of treprostinil" used to make the treprostinil free acid made according to the clamed invention—the patent contains no discussion of the similarities or differences between the two free acids at step 30 (or between the former process's final free acid at step 53 and the starting batch free acid of the new process at step 30).  (*Id.* at col. 15, step 30.)  Because the '066 patent lacks this information, a POSA would not have concluded that the inventors were in possession of this limitation in claim 1.  (Anticipated testimony of Dr. Winkler.)

188.    UTC argues that certain disclosures in Examples 1, 2, 3, 5, and 6 of the '066 specification describe this limitation.  None of these disclosures provide adequate written description to support the limitation, as there is no disclosure that the impurities resulting from alkylation and hydrolysis are lower in the pharmaceutical composition than they are in the starting batch of treprostinil.  (Anticipated testimony of Dr. Winkler.)

189.    UTC does not identify any impurities disclosed by Example 1 of the '066 patent, which teaches alkylation of benzindene triol, or Example 2, which teaches hydrolysis to form treprostinil free acid.  Unlike Moriarty, which discloses the purity of treprostinil free acid as 99.7% (DTX258 at 1902), there is absolutely no disclosure of the purity of treprostinil free acid disclosed in the '066 patent prior to salt formation.  In fact, UTC actually points to the filtering and washing steps taught in Example 1 of steps that would "remove" impurities and the patents provide no disclosure of what, if any, impurities remain.  As for the light brown color of the alkylation product, again, UTC provides no disclosure of a link between any impurities that cause the light brown

color and *alkylation of benzindene triol*.  (*Id.*)  The patents do not provide any basis for a POSA to assume this link.  Finally, the fact that the resulting benzindene nitrile is described as "crude" still does not provide a POSA any disclosure as to what impurities in the product are due to alkylation, versus e.g., oxidation products, elimination products, or impurities from the starting benzindene triol.  Indeed, neither the specification, nor the inventors' actual experimental work, demonstrates that the inventors isolated the treprostinil free acid formed after hydrolysis such that measurement and characterization of impurities resulting from alkylation of benzindene triol was performed.  Thus, Example 1 does not establish the inventors were in possession of the invention, and does not help satisfy the written description requirement.

190.    UTC's analysis of Example 2 in the patents' specification has the same flaws.  UTC points to a "Note" in Example 2 that "This weight is based on 100% yield from the previous step.  This is not isolated yield."  The only thing that a POSA would conclude from the "Note" is that the authors neglected to weigh the product and instead calculated the "theoretical" amount of product that could be formed, which would be 3.76 moles ("mol") x 371.52 grams/mol which equals 1397 grams of product.  (JTX2 at 11:1-8.)  UTC does not point to any measurement made by the inventors of any specific impurity before and after the hydrolysis step in Example 2, nor does UTC point to measurement of that impurity in the final treprostinil free acid of the patented process.  UTC cannot, because the patent contains no such disclosure.  (Anticipated testimony of Dr. Winkler.)  UTC actually points to the extraction, carbon treatment, and filtration steps taught in Example 2 as "remov[ing]" impurities, and the patents provide no disclosure of what, if any, impurities remain.  As for the "pale-yellow" color of the hydrolysis product, again, UTC provides no disclosure of a link between any impurities that cause the "pale-yellow" color and the *hydrolysis* step.  (JTX2 at 11:1-8.)  UTC also points to the monitoring of the hydrolysis reaction by TLC as

written description support for the measurement of impurities resulting from alkylation and hydrolysis. But inventor ███████████  ████████████████████████████ ████████████████████ (DTX089 at 125:18-126:11.)  Further, a POSA would understand that the percentages of impurities at issue here are so small that they would not be detectable by TLC.  (Anticipated testimony of Dr. Winkler.)  And even if impurities were detectable as spots on TLC, a POSA would not know the identity of the detected impurities (including whether they result from alkylation or hydrolysis) without further analysis.  (*Id.*)  Tellingly, UTC provides no link to impurities from alkylation and hydrolysis specifically, as required by claim 1 of the '066 patent.

191.    Further, requiring a POSA to go and do the TLC analysis on their own cannot fix a written description problem, since written description requires an inventor's possession of the invention to be conveyed to a POSA in the four corners of the patent itself.  (*Id.*)  For example, the patents have no discussion of using TLC to identify impurities.   (*Id.*)  It makes sense that the patents contain no disclosure of, and that the inventors did not have possession of, what the inventors never did. (*Id.*)  And, a ████████████████, ██████████████████████████ ████████████████████ (DTX089 at 125:18-126:11.)

192.    UTC points to the "Note" in Example 3 in the '066 specification as disclosing the impurities limitation of claim 1 of the '066 patent.  The "Note" from Example 3, similar to the "Note" from Example 2, has nothing to do with impurities and whether they are present and to what extent, because once again, it simply indicates that the authors did not weigh the sample, but instead presented the "theoretical," i.e., optimal, yield by multiplying the theoretical (i.e., maximal) number of moles by the molecular weight.  (Anticipated testimony of Dr. Winkler.)  A

POSA would understand that such a calculation has no bearing whatsoever on the amount or kind of impurities that might be present.   (*Id.*)

193.    UTC points to the ethyl acetate washing step 21 of Example 6 which occurs after the process disclosed in Example 3.   However, it is not possible for a POSA to know which impurities are removed in any particular step of the reaction sequence without measuring and identifying such impurities, and the specification does not provide such information. (Anticipated testimony of Dr. Winkler.)

194.    UTC refers to Example 5, which describes the regeneration of treprostinil after salt formation.   As for the "off-white" color of the regenerated treprostinil, again, UTC provides no disclosure of a link between any impurities that were removed to get the "off-white" color and *alkylation* and *hydrolysis*.   (Anticipated testimony of Dr. Winkler.)  UTC points to no disclosure of which impurities from alkylation of benzindene triol and hydrolysis were reduced or remain in the treprostinil salt or final treprostinil free acid product.   (*Id.*)  UTC cannot, because the patent contains no such disclosures.   (*Id.*)

195.    Nor does the comparison in Example 6 does adequately describe the invention. (*Id.*)  Example 6 discloses a purity of 99.0% for the "Former Process" and a purity if 99.9% for the "Working example of the Process according to the present invention."   (JTX2 at Example 6, step 53; JTX1 (same).)  First, Example 6 does not identify or disclose any impurities, let alone from alkylation of benzindene triol or hydrolysis, *at any point* in the process.   (Anticipated testimony of Dr. Winkler.)  Second, the claims require comparing the impurity level of the starting batch of treprostinil against the product made from that starting batch—this comparison cannot be made looking to the purity of two independent and unrelated batches of treprostinil.   (Anticipated testimony of Dr. Winkler.)  Finally, the specification does not disclose the accurate purity of the

treprostinil free acid made by the former process, which was disclosed in Moriarty and in UTC's own documents as 99.7%. (*See infra* ¶¶ 196-198.)

196.   Additionally, ███████████████████ have admitted that the "Former ██████ disclosed in Example 6 is the process disclosed in the Moriarty paper. (DTX086, █████ Dep. Tr. 45:4-7; DTX089, 2021 █████████ at 89:20-90:13; DTX659, '393 IPR Ruffolo Decl. at ¶ 68 ("I understand that the prior synthesis used by UTC was the same as Moriarty cited by SteadyMed.").)   Moriarty discloses that the purity of the resulting treprostinil free acid was "99.7%." (DTX258 at 1902 ("retention time, 15 min (purity 99.7%)").)  So, the "99.0%" purity listed in Example 6 for the Former process does not represent all batches of treprostinil free acid made according to the Moriarty process. (JTX2 at Example 6, step 53; JTX1 (same).)  Further, the '066 patent discloses, in Example 5, that multiple batches of treprostinil free acid made according to the claimed process (i.e. the treprostinil free acid converted from treprostinil diethanolamine salt) also had purities of ██████ (*See id.* at 14:63-64 (██████████████████ ██████████  Thus, the "99.9%" purity listed in Example 6 for the claimed process does not represent all batches of treprostinil free acid made according to the disclosed process. (*Id.* at Example 6, step 53.)  Given the correct data, a POSA would not have concluded that there was a demonstrable difference between the purity levels of the Former Process and the patents' claimed process. (Anticipated testimony of Dr. Winkler.)

197.   Dr. Williams, UTC's '393 Board proceeding expert, confirmed that the average overall purity for the commercial batches of treprostinil free acid UTC generated by the Former (Moriarty) Process in its Chicago facility, was ██████ (Anticipated testimony of Dr. Winkler.) The Board recognized that the former process resulted in batches having higher purity than some of the batches made by UTC's process described and claimed in the '393, '066, and '901 patents.

(DTX543, '393 IPR Final Written Decision, at 38-39.)  Clearly, the treprostinil free acid made by the Former Process used in Chicago is as pure, if not purer, than the treprostinil free acid disclosed in Example 6 of the '066 patent.

198.    Finally, in the Board proceeding on the '393 patent discussed above in the product-by-process section, the Board issued a Final Written Decision finding that the purity of treprostinil free acid made by Moriarty was ███████ and specifically stated that the purity of the treprostinil free acid made by Moriarty "satisf[ies] the 98% minimum purity requirement for treprostinil approved by the FDA."  (DTX543 at 18, 62.)   The Federal Circuit affirmed the Board's determination.  Thus, even if UTC intends to rely on the comparison disclosed in Example 6 to demonstrate that the inventors were in possession of the claimed invention, that comparison is not accurate: as explained above, the purity of the treprostinil free acid made by the former process is not less than the purity of the treprostinil free acid made according to the claimed invention.

199.    The patent's one-line disclosure that "[t]he impurities carried over from intermediate steps (i.e. alkylation of triol and hydrolysis of benzindene nitrile) are removed during the carbon treatment and the salt formation step" is insufficient for written description of claim 1's impurities limitation.  (Anticipated testimony of Dr. Winkler.)  The patent provides no analysis of which impurities were removed by each step (or even what might have been introduced in the salt formation step).  (*Id.*)  The inventors needed to actually have conveyed possession of this information to a POSA for written description, which they could not do because they never measured it (as detailed above), and never disclosed it in the patent specifications.

200.    UTC's infringement analysis of the impurities limitations for this claim involved a direct comparison of impurities in the ███████████████████████████████████ ████████████████████████████████████ (Anticipated testimony

of Dr. Nuckolls and Dr. Toste.)  The '066 patent provides no such analogous comparison.  It thus fails to sufficiently describe the impurities limitations in claim 1.

201.    That a POSA would have understood how to measure specific impurities and the amounts of those impurities, as UTC contends, does not solve the written description issues with the impurities limitation.  Written description support must come from the patent itself, and not experimentation that a POSA would have to do on their own.  UTC's argument that a POSA would need to do their own experimentation proves the point on the patents' lack of written description.  A POSA should not have to run their own experiments to determine if the inventors were in possession of the claimed invention.  (Anticipated testimony of Dr. Winkler.)

202.    For these reasons, the specification of the '066 patent does not convey to a skilled artisan that the inventors had possession of this limitation.  The '066 patent specification thus fails to provide any information sufficient to establish that the inventors were in possession claim 1's recited limitation that there is a reduction in impurities resulting from prior alkylation or hydrolysis between claim 1's starting batch and pharmaceutical composition.

203.    Claims 2-3 and 6 depend from claim 1.  The '066 patent does not convey to a POSA that the inventors had possession of these claims for the same reasons.

### 2.    Lack of Enablement of the "Salt" Limitations in Claims 1 and 8 of the '066 and '901 Patents

#### a.    A POSA Could Not Have Practiced the Full Scope of the "Salt" Limitation of Claims 1 and 8 of the '066 Patent Without Undue Experimentation

204.    Claim 1 recites "forming a salt of treprostinil by combining the starting batch and a base" as a step in the process of preparing a "pharmaceutical composition comprising treprostinil or a pharmaceutically acceptable salt thereof."  (JTX2 at 17:55-56.)  Claim 8 recites "forming a

salt of treprostinil" as a step in the process of "preparing a pharmaceutical product comprising treprostinil or a pharmaceutically acceptable salt thereof." (*Id.* at 18:38-61.)

205.    Claim 1 recites use of *any* base to form a salt.  However, the patent specification only identifies a small number of bases, including "sodium, ammonia, potassium, calcium, ethanolamine, diethanolamine, N-methylglucamine, choline," procaine, tromethamine, magnesium, L-lysine, L-arginine, and triethanolamine, but only includes an example of making the diethanolamine salt. (*Id.* at 5:27-30; 9:26-28; Example 3.)  These bases barely make a dent in the limitless number of bases that are covered by claim 1 of the '066 patent.  Further, the patent provides no details as to whether or how these bases form a suitable salt if put through the claimed process steps.  In fact, UTC's expert Dr. Smyth attempted to use treprostinil sodium to make a powder formulation and was unable to do so.  (Anticipated testimony of Dr. Smyth.)

206.    Claims 1 and 8 further claim *any* pharmaceutically acceptable salt of treprostinil. The fact that only pharmaceutically acceptable salts are covered by claims 1 and 8 of the '066 patent is a further enablement issue, as the patents do not disclose which bases would result in the formation of "pharmaceutically acceptable" salts of treprostinil.

207.    The specification's definition of "pharmaceutically acceptable salts" is salts which are pharmaceutically acceptable, as defined above [as "being useful in preparing a pharmaceutical composition that is generally safe, non-toxic and neither biologically nor otherwise undesirable and includes being useful for veterinary use as well as human pharmaceutical use], and which possess the desired pharmacological activity." (JTX2 at 5:13-20.)

208.    The '066 specification then recites a laundry list of "pharmaceutically acceptable salts" that are not specific to treprostinil. (JTX2 at 5:33-56.)  Formation of salts of treprostinil (i.e., the carboxylate of treprostinil free acid associated with a positively charged cation) requires

addition of a base that has a salt forming cation.  (Anticipated testimony of Dr. Winkler.)  The specific salts listed in the patent specification here have minimal relevance to the formation of salts of treprostinil, since the salt of treprostinil must involve the coordination of a positively charged ion with the negatively charged ion of treprostinil carboxylate.  (*Id.*)  A POSA would know that most of the salts listed are negatively charged and could therefore not be used to make a salt with a negatively charged carboxylate such as treprostinil carboxylate.  (*Id.*)  In fact, of the long and broad list of salts in the specification (JTX2 at 5:33-56), a POSA would know that only alkali metal salts, alkali earth salts, calcium, and hydrabamine have ever been used to make a salt of carboxylic acids.  (Anticipated testimony of Dr. Winkler.)  And a POSA would think it *possible* that salts of carboxylic acids could be prepared from two additional listed bases:   N-methylglucamine ammonium and teoclate (8-chlorotheophylinate).  (*Id.*)  Two more categories of salts are infinitely broad, where some may be cationic: ammonium salts; and water-soluble and water-insoluble salts.  The rest of the salts, listed below, are unusable with treprostinil because they are negatively charted (anionic), or their viability is unknown (e.g. suramate).  (*Id.*)

- Acetate
- Amsonate (4,4-diaminostilbene-2,2-disulfonate)
- Benzenesulfonate
- Benzonate (benzonate is not a term of art; benzoate would be not usable with treprostinil)
- Bicarbonate
- Bisulfate
- Bitartrate
- Borate
- Bromide
- Butyrate
- Calcium edetate
- Camsylate (camphor sulfonic acid)
- Estolate (dodecyl hydrogen sulfate)
- Esylate (ethanesulfonate)
- Fumarate
- Gluceptate (hexahydroxyheptanoate)
- Gluconate (gluconic acid)
- Glutamate
- Glycollylarsanilate
- Hexafluorophosphate
- Hexylresorcinate
- Hydrobromide
- Hydrochloride
- Hydroxynaphthoate
- Iodide
- Isothionate
- Lactate
- 3-hydroxy-2-naphthoate
- Oleate
- Oxalate
- Palmitate
- Pamoate (1,1-methene-bis-2-hydroxyl-3-naphthoate, einbonate)
- Pantothenate
- Phosphate
- Diphosphate
- Picrate
- Polygalacturonate
- Propionate
- p-toluenesulfonate
- Salicylate
- Stearate
- Subacetate

- Carbonate
- Chloride
- Citrate
- Clavulariate (clavulariate is not a term of art; clavulanate would be not usable with treprostinil)
- Dihydrochloride
- Edetate
- Edisylate (1,2-ethanedisulfonic acid)

- Lactobionate
- Laurate
- Malate
- Maleate
- Mandelate
- Mesylate
- Methylbromide
- Methylnitrate
- Methylsulfate
- Mucate
- Napsylate
- Nitrate

- Succinate
- Sulfate
- Sulfosalicylate
- Suramate (not known)
- Tannate (salt of tannic acid)
- Tartrate
- Tosylate
- Triethiodide (triethylammonium iodide)
- Valerate

209.     Of the possible salts, the patents only provide disclosure of making diethanolamine salt.  There is no disclosure of the vast range of alkali metal salts, alkali earth salts, calcium salt, hydrabamine salt, N-methylglucamine ammonium salt, teoclate (8-chlorotheophylinate) salt, ammonium salts, or water-soluble and water-insoluble salts of treprostinil.  Nor is there disclosure of whether such salts have the safety, toxicity, biological activity, desirability, veterinary or human use, or pharmacological activity needed to be a "pharmaceutically acceptable salt" of treprostinil. (JTX2 at 5:13-20.)  The patents thus fail to convey to a POSA that the inventors had possession of the full scope of the salts claimed.

210.     Determining these factors for the entire range of salts covered by claims 1 and 8 of the '066 patent would require undue experimentation.  In fact, when ████████████████ ████████████████████████████████████████████████     ████████████ ████████████████████     This speaks to the unpredictability of the ability of a POSA to make any particular formulation of a treprostinil salt.  A POSA would need to react treprostinil free acid with any of the very large number of possible bases known by 2007 (*see* DTX292 at 2 ("The number of salt forms available to a chemist is large[.]"), Table 1, Table 2; DTX350 at 168 (Table 1: Classification of Common Pharmaceutical Salt Formers), 214-215), to figure out what bases could

be used to form suitable salts of treprostinil.  The patents thus fail to enable a skilled artisan to practice the full scope of the claims without undue experimentation.

211.   Nor is diethanolamine salt is a representative example of all the possible salts covered by claims 1 and 8 of the '066 and '901 patents.  This is evidenced by ███████████

███████████████████████████████████████████████████████████████

████████████████████ )  and in line a POSA's knowledge that different bases can react very differently with the same acid (*see* DTX292 at 1 ████████████████████

████████████████████████████████████████████████████████████

███████████ ); DTX089, ████████████ at 233:20-234:2 ████████████████████

███████████████████████████████████████████████████████████ A

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

███████ (*See, e.g.*, *id.*; *see also* DTX089, ████████████ at 230:19-234:2; DTX395  at Abstract ████████████████████████████████████████████████

████████████████████████ .)

212.   The patents provide no analysis of why diethanolamine would be representative of all possible bases, and a POSA would disagree.  For example, treprostinil diethanolamine cannot be representative of *all* "water-soluble and water-insoluble salts."  Treprostinil diethanolamine is water soluble; making a water-insoluble salt of treprostinil would require very different reagents and reaction conditions, none of which are disclosed by the '066 or '901 patents.  UTC's own experts agree that the process used to make the different salts of the prostacyclins must be substantially different, as even the most basic sub-process, selecting the type of solvent, must be different.  (*See, e.g.*, Anticipated testimony of Dr. Scheidt.)  As such, while the prior art discloses

74

production of the diethanolamine salt (the only salt made in the '066 and '901 patent examples), this single example is not representative of the full scope of the claimed inventions.

213.    As ████████████████████████████████████████████████

████████████████████████████████████████████████████████

█████████████████████████████████." (DTX557 at 68:4-25.)  He confirmed that ███████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

(DTX557 at 74:5-75:10; *see also* DTX089 at 233:20-234:2 ██████████████████████

████████████████████████████████████████████████ When

asked if he ██████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████ (DTX557 at 102:14-23.) ██████████

additionally testified that ███████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████ (*Id.* at 15:4-17:22.) ████████ testimony further establishes that the specification of the '066 patent, which does not test every base to see if it forms a pharmaceutically acceptable salt, fails to adequately enable a person of ordinary skill in the art to practice the full scope of claim 1 (reciting use of *any* base to form *any* salt) without undue experimentation.

214.    The following factors all indicate that the required experimentation to practice the full scope of the salts covered by claim 1 is "undue."

- **Quantity of experimentation necessary:**  There are limitless possible bases that could be reacted with an acid to form a salt, and as ▮▮▮▮▮▮▮▮▮▮, it would take a lot of effort and experimentation to determine which bases would be suitable to form a pharmaceutically acceptable salt of treprostinil.

- **The amount of direction or guidance presented in the patent/the presence or absence of working examples in the patent:**  While the '066 patent does provide a list of possible bases with which salts of treprostinil can be made, that list is not exhaustive of the number of bases or salts that fall within the scope of claim 1.  Moreover, of all the bases identified in the specification, the '066 patent only includes an example of making the diethanolamine salt of treprostinil.  (JTX2, Example 3.)  Thus, the specification of the '066 patent provides little guidance or working examples.

- **The nature of the invention/the predictability or unpredictability of the art:**  As explained above, whether a particular base would react to form a pharmaceutically acceptable salt was unpredictable. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. (*See* DTX089 at 233:20-234:2 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.").)

- **The state of the prior art:**  Treprostinil sodium was the only other salt of treprostinil known at the time.

- **The relative skill of those in the art:**  While a POSA would know how to react a base with treprostinil free acid to form a salt, that POSA would have to engage in undue experimentation to run through every possible base under various conditions (e.g., solvents, temperature, etc.) to determine if a suitable salt successfully formed with that particular base and whether that salt was "pharmaceutically acceptable." ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- **The breadth of the claims at issue:**  As explained above, the claims cover contacting any base with treprostinil free acid to form any pharmaceutically acceptable salt; the breadth of the claims is staggeringly broader than the '066 patent's disclosure.

215.    In sum, a POSA could not have practiced the full scope of claim 1 and claim 8's salt limitations without undue experimentation.  The same is true for claims 2-3, 6, and 9, because they depend from claims 1 and 8.

        **b.**      **A POSA Could Not Have Practiced the Full Scope of the "Salt" Limitation of Claims 1 and 8 of the '901 Patent Without Undue Experimentation**

216.    Claims 1 and 8 of the '901 patent recite "(c) contacting the solution comprising treprostinil from step (b) with a base to form a salt of treprostinil." (JTX1 at 17:27-29, 18:24-26.) The claims recite use of *any* base to form *any* salt of treprostinil.

217.    The facts relevant to this issue are the same as for the salt limitation in the '066 claims (*see supra* ¶¶ 205-214), except that the '901 claims are even broader: they are not limited to formation of a "pharmaceutically acceptable" salt.

218.    In sum, a POSA could not have practiced the full scope of claim 1 and claim 8's salt limitations without undue experimentation.  The same is true for claims 2-4 and 6, because they depend from claim 1.

        **3.**      **Lack of Written Description Support for, Lack of Enablement of, and Indefiniteness of the "Stored"/"Storing"/"Storage" at "Ambient Temperature" Limitations in Claims 6 and 8 of the '066 Patent and Claim 6 of the '901 Patent**

219.    Claim 6 of the '066 patent recites the "pharmaceutical composition of claim 1," wherein the "isolated salt is stored at ambient temperature." (JTX2 at 18:34-35.)  Claim 8 of the '066 patent is directed to a process of preparing a pharmaceutical product comprising treprostinil or treprostinil salt by "forming a salt of treprostinil stable at ambient temperature, . . . and preparing a pharmaceutical product from the treprostinil salt after storage . . . ."  (*Id.* at 18:56-59.)

220.    Claim 6 of the '901 patent is directed to a "method of preparing a pharmaceutical product from a pharmaceutical batch as claimed in claim 1, comprising *storing* a pharmaceutical batch of a salt of treprostinil as claimed in claim 1 *at ambient temperature*, and preparing a pharmaceutical product from the pharmaceutical batch *after storage*." (JTX1 at 18:13-18.)

221.    As relevant to this issue, the Court construed "stored"/"storage"/"storing" to have its plain and ordinary meaning, which, as described in the 2007 edition of Hawley's Condensed Chemical Dictionary (a standard dictionary in the field), is "[a]ny method of keeping raw materials, chemicals…while awaiting use, transportation, or consumption." (D.I. 119; DTX135; Anticipated testimony of Dr. Scheidt.).)

222.    The Court also construed "ambient temperature as "room temperature (equal to or less than the range of 15°C to 30°C)." (D.I. 119.)

> **a.    Written Description: The Inventors Were Not In Possession of Claims 6 and 8 of the '066 Patent and Claim 6 of the '901 Patent's "Stored"/"Storing"/"Storage" at "Ambient Temperature" Limitations**

223.    To adequately convey written description support of claims 6 and 8 of the '066 patent and claim 6 of the '901 patent, the '066 and '901 specification must sufficiently (1) describe "storing" an isolated treprostinil salt at the full range of 15° to 30° C applied by the Court, and (2) describe preparing a pharmaceutical product from the isolated salt after "storage" of the isolated salt at "ambient temperature," such that a POSA would recognize that the named inventors actually invented what is claimed. But the entire disclosure concerning "storage" of a treprostinil salt in the patents' specification is "crude treprostinil salts can be stored as raw material at ambient temperature." (JTX2 at 17:33-34.) This comes far short of what a POSA would expect to be described to understand that the inventors had possession of the full scope of this limitation. (Anticipated testimony of Dr. Winkler.)

> **(1)    The Patents' Specification Does Not Have Any Storage Data, at Any Temperature**

224.    The patents' specification does not include any storage data at all. And the patents do not disclose any experimental data to support the statement that "crude treprostinil salts can be

stored as raw material at ambient temperature," such that POSA would have understood that the inventors possessed the limitation.  (JTX2 at17:33-34.)  For example, the patents do not include any data on how treprostinil salt was stored, what specific temperature(s) it was stored at, any period(s) of time it was stored at that temperature, the humidity at which it was stored, the oxygen levels in the storage area, the amount of light the salt is exposed to, etc.

225.     Accordingly, a POSA reading the patents' specification would conclude that the inventors were not in possession of a method of preparing a pharmaceutical product after "storing" a treprostinil salt at ambient temperature, or that the "isolated salt" was stored at the full ambient temperature range of 15° to 30°C.

226.



(DTX089 at 256:7-265:2.)

227.    Further, UTC itself has argued that storage data is required to describe this limitation.  UTC and its expert noted in the Board proceeding involving the '901 patent, that a POSA would require storage stability data to believe a treprostinil salt could be stored at ambient temperature.  (DTX133 at 29 ("No storage stability data is presented [in prior art Phares]."); *see also* Anticipated testimony of Dr. Winkler.)  To the extent UTC continues to advocate this position to support the non-obviousness of the clamed invention in the '066 and '901 patents, such a position would only further confirm that the inventors were not in possession of the "storage" limitation in these patents' claims.

228.    Finally, claims 6 and 8 of the '066 patent and claim 6 of the '901 patent are directed to storage of *any* salt of treprostinil.  The specifications only disclose the manufacturing of the diethanolamine salt.  This information further confirms that the inventors could not be in possession of the full scope of storing any treprostinil salt at ambient temperature as required by the claims.

### (2)    The Patents' Specification Does Not Address Significant Non-Temperature Storage Conditions

229.    As UTC stated in the Board proceeding involving the '066 patent: "[p]rostaglandin derivatives," like treprostinil, "in particular were known to be unstable upon storage due to inherent instability of the crystalline lattice of these compounds owning to their long, flexible

sidearms, as well as the presence of multiple polymorphic crystals." (DTX129 at 52.) UTC also noted that "[e]nvironmental factors are a significant factor (*e.g.*, temperature, oxygen, atmosphere, humidity). This is especially true for compounds stored as salts." (*Id.*)

230. Additionally,



(DTX087 at 78:17-79:11.)

231.

(*Id.*)

232. The specification and claims' description of "storing" crude treprostinil salts and a "salt of treprostinil stable at ambient temperature" lacks information as to "significant" environmental conditions, according to UTC, such as oxygen, atmosphere, and humidity, under which the isolated treprostinil salt can be stored. A disclosure of "ambient temperature" provides no information as to, for example, the % relative humidity at which the treprostinil salt can stored. Considering UTC's contention that the significance of these undefined variables is "especially true for compounds stored as salts," and the lack of discussion of these variables in the patent, a skilled artisan would not have concluded that the inventors were in possession of the invention claimed in claims 6 and 8 of the '066 patent and claim 6 of the '901 patent.

233.    ████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████

234.    These admissions by UTC, its expert, and the '066/'901 inventors confirm that the patents' specification provides no evidence or disclosure that:

(1)  the treprostinil salts of the claimed invention were actually "stored" for any length of time, let alone at 15° to 30° C,

(2) the inventors were in possession of an isolated treprostinil salt that was stored at the full range of ambient temperature, or

(3) that the inventors were in possession of a method for preparing a pharmaceutical product of treprostinil after storage of a treprostinil salt at ambient temperature.

### (3)    UTC's arguments to the contrary are unavailing

235.    UTC points to Example 3 as an example of the inventors describing storage of treprostinil salt.   In doing so, however, UTC stretches the normal bounds of what a POSA would consider as "storage."   The passage UTC points to starts with adding "the seed of polymorph B of treprostinil diethanolamine salt" at a heated, non-ambient temperature of $55\pm5$°C and stirred at the temperature in a suspension for 1 hour. (JTX2 at 12:44-48.)  The patent then teaches cooling the suspension to ambient temperature overnight. (*Id.* at 12:47-48.)  The cooling of the suspension is a critical part of maximizing the amount of the isolated salt, since a POSA would understand that the salt would be less soluble in the cooled mixture than in the heated mixture.  A POSA would therefore understand the cooling not as a storage step, but simply as part of the sequence that would be involved in the isolation of the product.  A POSA would therefore understand the cooling step

as part of the processing the salt.  As for the "air-drying [step] in hood," a POSA would understand that air drying is a necessary process step before "drying in a vacuum oven."  (*Id.* at 12:51-54.)  Again, a POSA would understand the air drying step as a step of processing the salt—not storage.

236.    UTC points to Example 4 as an example of the inventors describing storage of isolated salt.  UTC cites the heated suspension, filtration, and air-drying step disclosure, similar to the disclosures in Example 3 just discussed in the previous paragraph.  (*Id.*)  However, UTC only points to the air-drying step as storage of the "isolated salt."  (*Id.*)  And as just explained in the previous paragraph, a POSA would understand that air drying is a necessary process step before "dry[ing] in oven under high vacuum."  (JTX2 at 13:49-50.)  A POSA would understand the air drying as a step of processing the salt—not storage.  (Anticipated testimony of Dr. Winkler.)  In Example 4, the patent even specifically states that the weight of the isolated salt was fluctuating during the air drying process such that the salt was left to air dry "until a constant weight of treprostinil diethanolamine salt was obtained."  (JTX2 at 13:47-49.)  The fact that there is active measuring required teaches a POSA that this is a process step, not "storage."  (Anticipated testimony of Dr. Winkler.)  Additionally, a POSA would expect and place a premium on "storage" being under conditions where the salt was undergoing minimal change, and certainly not any intermediate points in the preparation of the salt itself—the disclosure of weight fluctuations during air-drying is thus more evidence that a POSA would not understand the air-drying step to be storage.  (*Id.*)

237.    UTC points to steps 31 to 34 of Example 6.  Specifically, UTC points to the cooling step 32 and air-drying step 34 as evidence of storage of salt and isolated salt, respectively, at ambient temperature.  Again, for the reasons explained for Examples 3 and 4, a POSA would

understand these cooling and air-drying to be steps in the processing of the salt—not storage. (Anticipated testimony of Dr. Winkler.)

238.    Accordingly, the patents' specification does not convey to a POSA that the inventors had possession of the "stored"/"storing"/"storage" at "ambient temperature" limitations of claims 6 and 8 of the '066 patent or claim 6 of the '901 patent.  Because claim 9 of the '066 patent depends from claim 8, the inventors were not in possession of the inventions claimed in these dependent claims for the same reasons provided above.

> **b.**    **Enablement: A POSA Could Not Have Practiced the Full Scope of the "Stored"/ "Storage"/ "Storing" at "Ambient Temperature" Limitation in Claims 6 and 8 of the '066 Patent and Claim 6 of the '901 Without Undue Experimentation**

239.    As explained above in the written description section, the patents do not teach anything specific about storage or the various storage conditions unique to each possibly treprostinil salt covered by claims 6 and 8 of the '066 patent and claim 6 of the '901 patent.

240.    



(DTX089 at 256:7-265:2.)

241.    Thus, the patents do not come close to teaching a POSA that that the claim salts, prior to using them to make a pharmaceutical composition, are storable at the full range of 15°C to 30°C while waiting to be used, transported or consumed.  Determining appropriate storage conditions would require undue experimentation, including storage and stability testing while controlling for, as a non-exhaustive list, temperature, humidity, time, oxygen, and light exposure, for every possible salt of treprostinil covered by the claims.  A POSA would have to test each of these variables across unspecified ranges, and additionally would have to test the different combinations of the various variables, to determine the conditions for storability.  For example, a POSA would have to do storage studies to know if humidity, light, or oxygen levels would even be a problem for the salt, and then run a second round of storage experiments controlling those factors if they were.  A POSA would have to do this for every salt and for every parameter—based on zero disclosure in the patents.  The '066 and '901 patents provide no roadmap for determining storage conditions for the various salts covered by the claims, leaving it entirely up to a POSA to do all the work.  Such experimentation is undue.  Accordingly, a POSA could not practice the full scope of the storage limitation in claims 6 and 8 of the '066 patent and claim 8 of the '901 patent without undue experimentation.  ████████████████████████

██████████████████████████████████████████████████████████████

███████████████████████

242.   Further, as detailed above in the written description section, UTC itself has argued that prostaglandin derivatives like treprostinil exhibit "inherent instability" and that various environmental factors, such as temperature, oxygen, atmosphere, and humidity, have a "significant" impact on the stability of salts that go into determining whether a salt is storable at ambient temperature.  (DTX129, *Liquidia Techs.*, IPR2020-00769, Paper 6 at 52.)  To the extent the Court finds those points relevant to obviousness, the patents do not teach a skilled artisan anything about these additional factors.  *(See supra* ¶¶ 229-233.)

243.   The following factors all indicate that the required experimentation to practice the full scope of the salts covered by claim 1 is "undue."

- **Quantity of experimentation necessary:**  Though the claim defines the temperature range at which the salts can be stored (ambient temperature), a person of ordinary skill in the art would require extensive experimentation to determine the other "significant" environmental factors suitable for storage, including humidity, whether the treprostinil can be exposed to light, or needs to be stored in an oxygen rich or depleted environment. Moreover, each "significant" environmental factor would require experimentation while maintaining constant the other environmental factors.

- **The amount of direction or guidance presented in the patent/the presence or absence of working examples in the patent:**  As discussed above, the entire disclosure concerning "storage" of an isolated treprostinil salt in the patents' specification is "crude treprostinil salts can be stored as raw material at ambient temperature."  (JTX2 at 17:33-34.)  There are *zero* working examples in the patent of treprostinil salts stored at ambient temperature. UTC's arguments as to other disclosures are incorrect for the reasons explained above. (*See supra* ¶¶ 235-238.)  Further, the '066 patent is completely silent as to UTC's other identified "significant" environmental factors, such as oxygen, atmosphere, and humidity. There is *no* direction, guidance or working examples in the patent on these factors.

- **The nature of the invention/the predictability or unpredictability of the art:**  As quoted above, per UTC, issues with the polymorphs (different solid crystalline structures for the same compound) of salt forms "had plagued the pharmaceutical industry for over a decade prior to the '066 and '901 patents, with high-profile failures including withdrawal of an approved drug from the market."  (DTX129, *Liquidia Techs.*, IPR2020-00769, Paper 6 at 51.)  "These incidents underscore the difficulty of understanding the polymorphic nature of pharmaceutical compounds."  (*Id.*)  ██████████████████████████████

███████████████████████████████████████████████   Thus, to the extent UTC argues that the '066 and '901 storage claims would have been nonobvious, a logical extension of their point is that nature of the invention was one of great uncertainty, and the art was highly unpredictable.

- **The state of the prior art:**  According to UTC, the prior art was silent as to storage considerations for treprostinil salts.  (Anticipated testimony of Dr. Fawzi.)  To the extent UTC argues that the '066 and '901 storage claims would have been nonobvious for this reason, without guidance as to UTC's identified "significant" environmental conditions needed to store treprostinil salts, the state of the prior art was very limited.

- **The relative skill of those in the art:**  Under either parties' definition of a POSA, the relative skill of those in the art was high.

- **The breadth of the claims at issue:** The '066 and '901 storage claims only limit "storage" to "ambient temperature," leaving undefined and unclaimed all of UTC's other identified "significant" environmental conditions needed to store treprostinil salts.

244.    In sum, in view of UTC's statements regarding the instability of treprostinil, the '066 patent fails to enable a POSA to "stor[e]" an "isolated salt" of treprostinil in claim 6 or "stor[e] treprostinil salt" and create the pharmaceutical product of claim 8 at the full 15° to 30° C range encompassed by the Court's construction of "ambient temperature" after storage.

245.    Therefore, a POSA could not have practiced the full scope of claim 6 and 8 of the '066 patent or claim 6 of the '901 patent's storage limitations without undue experimentation.  The same is true for claim 9 of '066 patent, because it depends from claim 8.

> **c.    Indefiniteness: A POSA Would Not Have Reasonable Certainty As to the Scope of Claims 6 and 8 of the '066 Patent and Claim 6 of the '901 Patent Using the Terms "Stored"/"Storage"/ "Storing" at "Ambient Temperature"**

246.    The Court construed "stored"/"storage"/"storing" to have its plain and ordinary meaning, which, as described in the 2007 edition of Hawley's Condensed Chemical Dictionary (a standard dictionary in the field), is "[a]ny method of keeping raw materials, chemicals…while awaiting use, transportation, or consumption."  (*See* DTX135; Anticipated testimony of Dr. Scheidt.).)

247.    However, the Patent Trial and Appeal Board construed the term "storing"/ "storage" in claim 6 of the '901 patent, as "requir[ing] actual storage . . .  for a period of at least three months."  (DTX580 at 25.)  The Board came to this conclusion after reviewing the prosecution history of the '066 and '901 patents' parent, in which UTC argued for a particular duration of "storage" to overcome prior art Phares.  Through the Declaration of Dr. Liang Guo, UTC argued:

> [T]he PTO's interpretation of the term "storing" is too broad even under the broadest reasonable interpretation standard. Even under the broadest reasonable interpretation standard, the PTO may not erase the meaning of a step in a method claim that is tied to the preamble. The claim is directed to "preparing a pharmaceutical product." In the accompanying Guo Declaration, Dr. Liang Guo explains that a person of ordinary skill in the art would recognize *that the term "stored" in the expression "crude treprostinil salts can be stored as raw material at ambient temperature" in paragraph 0046 of the specification as filed means stored for a period of at least three months*. Guo Declaration at ¶ 6. Thus, "storing" in the context of "preparing a pharmaceutical product" would be understood by one of ordinary skill in the art to mean a period of at least three months. Based on this understanding of "storing," Phares clearly does not meet the storing element of claim 1.

(DTX352 at LIQ02813080 (applicant's statement); *see also id.* at LIQ02813085 ¶ 6 (Guo declaration).)  Where the same claim limitation is at issue, an applicant's interpretation of that limitation in a parent application attaches.  (*See* DTX580, '901 IPR Final Written Decision at 23.)  As evidenced by the differences between the Court's construction here and the Board's construction in the parallel proceeding on the '066 patent (with the same specification and intrinsic evidence), a POSA would not have reasonable certainty as to the scope and requirements of the storage limitations in the '066 patent claims.  (Anticipated testimony of Dr. Winkler.)

248.    This uncertainty is further supported by the fact that, despite the clear statement in the prosecution history of the '066 patent's parent on the same claim term, UTC asked the Court and Board to construe storage as "requir[ing] that the stored material possess a stability sufficient

to allow manufacture and which maintains integrity for a sufficient period of time to be useful for the preparation of a pharmaceutical composition or a pharmaceutical product." (D.I. 75 at 33.) The Court rejected UTC's construction. (D.I. 119; D.I. 161, 6/4/2021 Claim Construction Hearing Transcript at 113:9-13 ("And, you know, to be candid, it doesn't – as counsel said, [UTC's construction] doesn't even sound close to anybody's normal understanding of what stored or storing or storage means.").) On the other hand, the Board, considering the Court's construction, still construed "storage" as "requir[ing]   actual storage . . .  for a period of at least three months," circling back to Dr. Guo's statements in the '066 prosecution history. (DTX580, '901 IPR Final Written Decision, at 25.)

249.    Given the three different constructions of the "storage" limitation (the Court's; the Board's; and UTC's), a POSA would not have reasonable certainty as to parameters of the storage duration recited by claims 6 and 8 of the '066 patent and claim 6 of the '901 patent. (Anticipated testimony of Dr. Winkler.)

250.    In addition, a POSA would lack reasonable certainty as to the storage parameters such as oxygen, atmosphere, and humidity, as nothing in the '066 or '901 patents' claims, specification, or prosecution history disclose these parameters to a POSA. (Anticipated testimony of Dr. Winkler.)

251.    Accordingly, a POSA would lack reasonable certainty as to the scope of the terms "stored/storing/storage" of claims 6 and 8 of the '066 patent and claim 6 of the '901 patent. Claim 9 of the '066 patent depends from claim 8 and is indefinite for the same reasons. (Anticipated testimony of Dr. Winkler.)

4.     **Lack of Enablement of the "Therapeutically Effective Amount" Limitation in Claims 3 and 4 of the '901 Patent**

252.     Claims 3 and 4 of the '901 patent are directed to pharmaceutical products comprising a "therapeutically effective amount" of treprostinil or salt treprostinil, respectively. (JTX1 at 18:5-10.)  However, neither claims 3 nor 4 identify the specific disease or condition for which a "therapeutically effective amount" or treprostinil or its salt is needed for.  Nor do the claims specify a particular route of administration (*e.g.*, intravenous, subcutaneous, inhaled, etc.). Accordingly, claims 3 and 4 claim a "therapeutically effective" amount of treprostinil or salt thereof to treat *any* condition by *any* route of administration as of December 17, 2007.

253.     The specification of the '901 patent does not even come close to enabling a POSA to determine a "therapeutically effective amount" of treprostinil to treat *any condition* and by *any route of administration* as of December 17, 2007.  Other than claims 3 and 4, the specification does not use the term "therapeutically effective," and does not include any disclosure concerning any doses of the "pharmaceutical product" that would constitute a "therapeutically effective amount" or treprostinil or its salt for any disease or condition.

254.     What the '901 patent's specification does provide is a laundry list of diseases that could potentially be treated by treprostinil and by various routes of administration.  (JTX1 at 1:36–65.)  This passage alone lists dozens, if not hundreds, of diseases that could potentially be treated by treprostinil or its salts, by various routes of administration.  But the cited references in no way provide therapeutically effective amounts for treprostinil and its salts for every listed disease for every possible route of administration.  As an example, dosing can vary (even in the way the dosing is measured) between different diseases, patient populations, and different routes of administration.  (*See* DTX309, 2006 Remodulin Label (subcutaneous or intravenous dosing is 1.25 ng/kg/min to treat "pulmonary arterial hypertension in patients with NYHA Class II-IV

symptoms"); DTX314, Tyvaso Label (oral inhalation of 18 to 54 mcg per treatment session for treatment of "pulmonary arterial hypertension (WHO Group I) in patients with NYHA Class III symptoms").)

255.    UTC does not even contend that the references incorporated at 1:36-65 of the '901 patent describe a *representative* subset of the therapeutically effective amounts covered by claims 3 and 4 of the '901 patent.  Of the laundry list of references from 1:36-65 of the '901 patent, UTC only specifically discusses U.S. Patent No. 7,417,070 and U.S. Publication No. 2005/0282903.

256.    U.S. Patent No. 7,417,070 ("the '070 patent") only contains disclosure of a therapeutically effective amount of treprostinil diethanolamine via an oral route of administration. (DTX478 at 64:40-66:36.)  A POSA would not understand that the inventors had possession of a "therapeutically effective amount" of treprostinil to treat *any condition* and by *any route of administration* from the '070 patent.  Further, Example 1 of the '070 patent discloses dosing of treprostinil in rats without a specified disease to determine plasma concentrations, not therapeutic effectiveness.  (*Id.* at 46:7-50:58.)  Examples 2, 3, and 4 do not even involve treprostinil or a salt of treprostinil—they involve various treprostinil pro-drugs, also in rats without a specified disease to determine plasma concentrations, not therapeutic effectiveness.  (*Id.* at 50:61-51:65, 57:1-34, 62:1-64:28.)  And the disease language in the '070 patent is aspirational: "the compounds of the present invention *may be* used in the treatment of/for" a long list of diseases and "*potentially* therapeutic drug concentrations can be obtained" from one type of treprostinil (the "solid dosage form").  (*Id.* at 1:21-40, 66:31-36.)  While such disclosure may be enough to make it obvious for a POSA to try this dosage form with a reasonable expectation of success (per similar disclosures in the Phares prior art reference discussed in the above obviousness section above), the '070 patent

in no way meets the enablement standard to allow a POSA to make or use the full scope of claims 3 and 4 of the '901 patent without undue experimentation.

257.    A POSA would understand that clinical studies with patients in each of the dozens of diseases listed in the '070 patent would be needed to determine a therapeutically effective amount of treprostinil for just the oral dosage form.  The '070 patent only discloses clinical studies of treprostinil diethanolamine via an oral route of an administration.  (DTX478 at 64:40-66:36.) No studies of the other diseases and routes of administration in humans are disclosed by the '070 patent, so a POSA would not think that the inventors had possession of therapeutically effective amounts for those.   Conducting clinical studies for all the other diseases and routes of administration to determine therapeutically effective amounts would be incredibly expensive and time-consuming, and would require undue experimentation for a POSA to make or use the full scope of claims 3 and 4 of the '901 patent.

258.    U.S. Publication No. 2005/0282903 ("the '903 publication") provides disclosure of a therapeutically effective dose of Remodulin® to treat or prevent foot ulcers via subcutaneous infusion.  (DTX479.)  The '903 publication is a limited disclosure of a therapeutically effective amount of one type of treprostinil/salt for one disease via one route of administration.  Even running studies to determine the therapeutically effective dose of Remodulin® for other routes of administration to treat or prevent foot ulcers would be incredibly expensive and time-consuming, and require undue experimentation.

259.    The '901 patent needs to enable a POSA to make therapeutically effective amounts of treprostinil (claim 3) and *all salts* of treprostinil (claim 4) to treat *any condition* and by *any route of administration* without undue experimentation to satisfy the enablement requirement. There are a huge number of possible salts of treprostinil, discussed above in the "salt" section,

which are themselves not described or enabled by the '901 patent. Then, there are an unlimited

number of conditions covered by claims 3 and 4. And finally, claims 3 and 4 cover every route of

administration, including at least oral, injection, subcutaneous, intravenous, and inhaled. UTC

does not, and cannot show, that the '901 patent teaches a therapeutically effective amount for every

possible combination of compound, condition, and route of administration. Nor could a POSA

determine these amounts for every possible combination of compound, condition, and route of

administration without undue experimentation.

260.    The following factors all indicate that the required experimentation to practice the

full scope of the salts covered by claim 1 is "undue."

- **Quantity of experimentation necessary:** Identifying a "therapeutically effective amount" of treprostinil with respect to all diseases and conditions and by all routes of administration encompassed by claims 3 and 4 would require an exorbitant amount of effort, entailing significant amounts of time-consuming and expensive preclinical and clinical studies evaluating different doses and different routes of administration.

- **The amount of direction or guidance presented in the patent/the presence or absence of working examples in the patent:** Besides citing general references to treprostinil's potential uses (JTX1 at 1:36-65), the '901 patent provides little to no direction, guidance, or working examples identifying a specific disease encompassed by claims 3 and 4 or a "therapeutically effective amount" for the treatment of all the conditions and by all routes of administration encompassed by claims 3 and 4.

- **The nature of the invention/the predictability or unpredictability of the art:** To the extent UTC contends that identifying a therapeutically effective amount of treprostinil or treprostinil salt would have been nonobvious, the nature of the invention is one of great uncertainty; treatment of many conditions encompassed by the claims (*e.g.*, cancer, recited JTX1 at 1:43-46) is considered unpredictable even today and, certainly, would have been considered unpredictable in December 2007.

- **The state of the prior art:** Although treprostinil sodium was known to treat certain conditions (pulmonary arterial hypertension) by certain routes of administration (intravenous and inhalation) by December 2007, the state of the prior art was silent as to treprostinil or other treprostinil salts' use in treating the vast majority of the diseases and conditions and routes of administration encompassed by the claims.

- **The relative skill of those in the art:** Under either parties' definition of a POSA, the relative skill of those in the art was high.

- **The breadth of the claims at issue:** The scope of claims 3 and 4 are extremely broad, encompassing any amount of treprostinil or a salt thereof for the treatment of any disease or condition and by any route of administration.

261.    In sum, a POSA could not have practiced the full scope of claim 3 and 4's "therapeutically effective amount" limitation without undue experimentation.

     **5.**    **Lack of Written Description Support for Column Chromatography Between Alkylation and Salt Formation in Claims 1 and 8 of the '066 Patent and Claims 1 and 8 of the '901 Patent**

         **a.**    **To the Extent UTC Contends that Claims 1 and 8 of the '066 Patent Permit Column Chromatography Between Alkylation and Salt Formation, the Inventors Were Not In Possession of the Limitation**

262.    To the extent UTC argues that claims 1 and 8 permit column chromatography between alkylation and salt formation, the inventors were not in possession of the limitation, because the '066 specification does not disclose any column chromatography step between alkylation and hydrolysis (relevant to both claims 1 and 8) and does not disclose that such a process will result "a level of one or more impurities found in the starting batch of treprostinil is lower in the pharmaceutical composition" (claim 1).

263.    The examples of the '066 patent only describe a process of the invention in which no column chromatography appears between alkylation and salt formation.  In fact, the '066 specification states that "***the purification by column chromatography is eliminated***, thus the required amount of flammable solvents and waste generated are greatly reduced."  (JTX2 at 5:57-64; *id*. at 6:4-7:31, 7:64-9:21.)  Example 1, "Alkylation of Benzindene Triol," states:  "[t]he crude benzindene nitrile was used as such in the next step ***without further purification***."  (*Id*. at 10:36-37.)  Example 2, "Hydrolysis of Benzindene Nitrile," states:  "[t]he filtrate (pale-yellow) was reduced to volume of 35-40 L by evaporation in vacuo at 50-55° C. ***for direct use in next step***," which is salt formation, as described in Example 3.  (*Id.* at 11:46-48.)  No column chromatography

was performed between alkylation and hydrolysis, or before salt formation.  Finally, Example 6 provides a "Comparison of the Former Process and a Working Example of *the Process According to the Present Invention*."  (*Id.* at 15:1-17:25.)   In the "Former Process," "Purification" is performed by column chromatography, whereas the "Working example of the Process according to the present invention" includes "No column."  (*Id.* at col. 15, Example 6 (Step 12).)

264.    Emphasizing the advantages of the "present invention," the specification concludes that "[t]he quality of treprostinil produced according to this invention is excellent.  *The purification of benzindene nitrile by column chromatography is eliminated*."  (*Id.* at 17:27-29.) This "benzindene nitrile" is formed upon alkylating the benzindene triol.

265.     (DTX089 at 206:6-207:4, 208:18-209:5; *see generally id.* at 204:19-211:10                                                       *see also* DTX086,                 at 40:22-41:12.)



(DTX089 at 202:14-204:17.)

266.

(*Id.* at 226:18-227:22.)

267.

(*Id.* at 294:12-295:4.)

268.    Alternatively, if column chromatography is introduced in the process claimed in the '066 patent, that could result in a "starting batch" of treprostinil that is as pure as the final "pharmaceutical composition."  Indeed, one of the primary purposes of column chromatography is to eliminate impurities.  (*See generally* DTX394; DTX396.)

269.    Accordingly, the '066 specification only discloses achieving claim 1's limitation that "a level of one or more impurities found in the starting batch of treprostinil is lower in the pharmaceutical composition" where column chromatography *is not* conducted between alkylation and salt formation.  And, as explained by ███████████  ███████████████████████ ████████████████████████████████████████████████████ (*See also* DTX089 at 251:11-253:14 ███████████████████████████████████████  ███████████████ ███████████████████████████████████████████ (*See, e.g.*, DTX630 at UTC_TV_000009239 ██████████████████████████████████████ ████████████████████████████████████

270.    Further, with respect to both claims 1 and 8, the specification does not include any description that column chromatography can be conducted between alkylation and salt formation.

271.    Considering the specification of the '066 patent in light of the limitations of claims 1 and 8, a POSA would not have concluded that the inventors were in possession of a process wherein column chromatography appeared between alkylation and salt formation.  So, to the extent UTC contends that claims 1 and 8 permit column chromatography between alkylation and salt formation, the inventors were not in possession of the inventions claimed in these claims.

272.    Claims 2-3, 6, and 9 depend from claims 1 and 8, and thus, the inventors were not in possession of the inventions claimed in these dependent claims for the same reasons.

> **b.    To the Extent UTC Contends that Claims 1 and 8 of the '901 Patent Permit Column Chromatography Between Alkylation and Salt Formation, the Inventors Were Not In Possession of the Limitation**

273.    To the extent UTC argues that claims 1 and 8 permit column chromatography between alkylation and salt formation, the inventors were not in possession of the limitation, because the '901 specification does not disclose any column chromatography step between

alkylation and hydrolysis (relevant to both claims 1 and 8) and does not disclose that such a process will result in a "pharmaceutical batch consisting of . . . impurities resulting" from alkylation and hydrolysis" (relevant to claim 1). The facts relevant to this issue are the same between the '066 and '901 patent specifications. (*See supra* ¶¶ 263-271.)

274.    Claims 2-4 and 6 depend from claim 1, and thus, the inventors were not in possession of the inventions claimed in these dependent claims for the same reasons.

### 6.    Lack of Written Description Support for "Isolation" of Treprostinil Before Combining with a Base to Form a Salt in Claims 1 and 8 of the '066 Patent

275.    Claim 1 requires "forming a salt of treprostinil by combining the starting batch and a base," and claim 8 requires "forming a salt of treprostinil." (JTX2 at 17:55-56, 18:56.)

276.    To the extent UTC argues that claims 1 and 8 permit isolation of treprostinil free acid prior to contacting the treprostinil with a base to form a salt, the inventors were not in possession of the limitation, because the '066 specification does not disclose isolation between hydrolysis and salt formation (relevant to both claims 1 and 8), nor that such a process will result in "a level of one or more impurities found in the starting batch of treprostinil [being] lower in the pharmaceutical composition" (claim 1). (Anticipated testimony of Dr. Winkler.)

277.    All of the examples disclosed in the specification of the '066 patent disclose forming a salt of treprostinil by contacting treprostinil in solution with a base. Example 2 specifically states that "[t]he filtrate (pale yellow) was reduced to volume of 35-40 L by evaporation in vacuo at 50-55° C for ***direct use in the next step***." (JTX2 at 11:46-48.) A POSA would have understood that the inventors did not isolate the treprostinil free acid as a solid prior to conducting the "next step"—formation of a treprostinil salt. Additionally, Example 6, which compares UTC's "Former Process" against the "Process According to the Present Invention," discloses that the treprostinil formed according to the present invention is not isolated prior to

98

preparing the salt form, whereas the treprostinil of the "Former Process" is isolated as a "solid." (*Id*. at col. 15, Example 6, steps 30-31.)

278.   According to the '066 patent's specification, "[t]he quality of treprostinil produced according to this invention [Example 6] is excellent," because the "impurities carried over from the intermediate steps (i.e. alkylation of triol and hydrolysis of the benzindene nitrile) are removed during the carbon treatment and the salt formation step," *without needing to isolate the treprostinil prior to salt formation*.   (*Id*. at 17:27-32.)   The '066 specification specifically states that "[a]dditional advantages of ***this process*** are . . . (b) the treprostinil salts can be synthesized from the solution of treprostinil ***without isolation***" and that "***[t]his process*** provides better quality of final product as well as saves significant amount of solvents and manpower in purification of intermediates." (*Id*. at 17:32-40 (emphases added).)

279.   ███████████████████████████████████



██████████████████████████████. (DTX089 at 132:1-133:10; *see also* DTX086, ██████████. at 65:1-21.) ██████████████ ████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ (DTX089 at 64:19-67:11; 224:2-226:16; *see also* DTX086, ██████████ at 168:4-20 (████ ██████████████████████████) █████████████████ ████████████████████████████████████████████ (*See, e.g.*, DTX630 at UTC_TV_000009239 ████████████ ████████████████████████████████ *see generally id.* at UTC_TV_000009242 to 9250; DTX089, ██████████. at 327:1-342:6 (████████ ████████████████████████████████████████

280. 

281. Accordingly, the '066 specification only discloses treprostinil free acid made where the treprostinil free acid *is not* isolated prior to contacting with a base.

282. Contrary to UTC's arguments, the specification does not disclose that the treprostinil can be isolated prior to contacting with a base to form a salt in claims 1 and 8.

283. First, UTC argues that the inventors' preference to avoid isolation of treprostinil prior to combination with a base to form a salt does not raise to the level of disclaimer or disavowal. But that is not the standard for written description, which requires an affirmative showing that the inventors were in possession of isolation of treprostinil before salt formation.

284.    Second, UTC argues that the inventors taught isolation between alkylation and hydrolysis because they ***could have*** isolated the treprostinil.  But "could have" is not sufficient disclosure.  Further, a POSA would not understand the filtration steps UTC points to from Example 2 of the '066 specification as isolation of treprostinil, particularly as a solid.  (Anticipated testimony of Dr. Winkler.)  Example 2 of the '066 and '901 patents teaches that the treprostinil free acid remains in solution at a "volume of 35-40 L . . . for direct use in the next step" of salt formation.  (JTX2 at 11:46-48.)  Thus, the reduction of volume that is taught in the '066 and '901 patents leads to a more concentrated solution of treprostinil and not to the isolation of the solid treprostinil acid.  (Anticipated testimony of Dr. Winkler.)

285.    Third, UTC points to a single sentence stating that "treprostinil salts can be synthesized from the solution of treprostinil without isolation," but a POSA reading the sentence would not understand the word "can" permissively particularly in the context of the entire specification, which does not include any isolation of treprostinil prior to salt formation.

286.    Accordingly, considering the specification of the '066 patent in light of the limitations of claims 1 and 8, a POSA would not have concluded that the inventors were in possession of a process in which treprostinil free acid was isolated prior to contacting it with a base to form a salt of treprostinil.  (Anticipated testimony of Dr. Winkler.)  To the extent UTC contends that claims 1 and 8 permit isolation of treprostinil before reaction with a base to form a salt, the inventors were not in possession of the inventions claimed in these claims.

287.    Claims 1-3, 6, and 9 depend from claims 1 and 8.  The '066 patent does not convey to a POSA that the inventors had possession of these claims for the same reasons.

### III.   LIQUIDIA DOES NOT INFRINGE THE ASSERTED CLAIMS OF THE '066 PATENT[8]

### A.   Background Relevant to the Inapplicability of 35 U.S.C. § 295

#### 1.   UTC's Efforts in Determining Yonsung's Manufacturing Process

288.   As admitted by UTC, Liquidia and Yonsung have a "customer/supplier relationship." (DTX732, Letter to Liquidia (Dec. 28, 2020).)  Liquidia does not control Yonsung and cannot compel Yonsung to produce any documents or property.  (DTX733, Liquidia Response Letter to UTC (Jan. 15, 2021).)  UTC never sought to add Yonsung as a defendant in this litigation and Yonsung has no obligation to generate samples or documents specially for this litigation.



289.   UTC focused its discovery efforts regarding Yonsung's manufacturing process on documents.  UTC directed multiple document requests to Liquidia for Yonsung's DMF and documents related to the ███████████████████████████████████ ████████████████████████████████.  (DTX729, UTC's First Set of RFPs (Oct. 1, 2020); DTX730, UTC's Second Set of RFPs (Mar. 29, 2021).)  UTC also subpoenaed LGM and sought duplicative discovery of Yonsung through the Hague Convention even though Liquidia had

---

[8] UTC's Statement of Contested Issues of Law asserts induced and contributory infringement of the '066 patent (*see* JPTO Ex. 4 at ¶¶ 42-46), but UTC's Statement of Contested Issues of Fact asserts no facts regarding induced or contributory infringement of the '066 patent (*see generally* JPTO Ex. 2 at § II.A).

already produced the complete current DMF and all documents UTC asked for.  (DTX079, UTC

Subpoena to LGM Pharma (July 16, 2021); D.I. 81; D.I. 92; D.I. 97.)

290.    UTC also requested discovery of representative samples of the treprostinil sodium

API, ████████████████, described in Yonsung's DMF, from Liquidia and also through

Yonsung.  (DTX729, UTC's First Set of RFPs (Oct. 1, 2020); D.I. 82; D.I. 123; D.I. 120; D.I. 120-

1.)  Liquidia promptly offered to produce API samples in its custody, and made clear that samples

of ████████████████ were not in its possession, custody, or control.  (DTX731, Liquidia's

Responses and Objections to UTC's First Set of RFPs (Nov. 2, 2020).)  Liquidia cannot compel

Yonsung to produce samples of the treprostinil sodium API, ████████████████ described in

Yonsung's DMF.  Regardless, the point is moot because this court made clear Yonsung need not

specially produce samples in response to UTC's sample request and Yonsung had no samples to

produce.  (D.I. 123; DTX736, June 21, 2021 Hearing Transcript at 14:9-20 (limiting request to

"only samples of those substances that Yonsung manufactured or manufactures for Liquidia");

DTX733, Liquidia Response Letter to UTC (Jan. 15, 2021).)  For example, ████████████████

████████████████████████████████████████ (DTX733, Liquidia Response

Letter to UTC (Jan. 15, 2021).)  UTC also obtained the corporate testimony of LGM, which as

described above at paragraph 8, acts an administrative intermediary for Yonsung.  During that

deposition, LGM further confirmed that Yonsung was not in possession of samples of the

intermediates requested by UTC.  (Anticipated testimony of Hamilton Lenox.)

291.    In its initial discovery request to Yonsung under the Hague Convention, UTC also

sought "an in-person inspection of Yonsung's manufacturing facilities and observation of

Yonsung's manufacturing process and resulting API product."  (D.I. 92.)  However, UTC

ultimately decided not to pursue such expansive discovery and dropped its request for facility inspections and first-hand observation of the manufacturing process.  (D.I. 127; D.I. 127-1.)

292.    Finally, UTC sought the testimony of Yonsung's employees in its discovery request under the Hague Convention.  (D.I. 92.)

### 2.    UTC Was Able to Determine Yonsung's Manufacturing Process

293.    UTC received multiple documents that would reasonably enable a patent owner to determine Yonsung's manufacturing process.  Most importantly, Liquidia produced Yonsung's open and restricted portions of the DMF for the treprostinil sodium API used in LIQ861 and ███████████████████████████████████████.  (DTX106; DTX167.)  Liquidia has also produced documents that further elucidate Yonsung's manufacturing process, ████████████████████████████████████████████████ (DTX143.)

294.    UTC's representations make it clear that it was able to determine Yonsung's manufacturing process using the ample discovery that it was afforded.  For example, UTC describes Yonsung's manufacturing process in great detail in its Statement of Contested Facts. (Proposed Joint Pretrial Order ("JPTO") Ex. 2, § III.B.)  UTC identifies which specific steps of Yonsung's manufacturing process corresponds to ███████████████████████.  (*Id.*)

295.    Furthermore, UTC argues that Yonsung's manufacturing process infringes the '066 patent by dissecting Yonsung's manufacturing process.  (*Id.*)  UTC identifies the number of steps, the chemical intermediates between the starting ingredients and the final product, and the specific chemical reactions underlying each major step.  (Anticipated testimony of Dr. Nuckolls.)  The detail in the Yonsung DMF and ██████████████████ is more than sufficient for UTC to reasonably understand Yonsung's manufacturing process—indeed, UTC has the entirety of Yonsung's manufacturing process.

**B.** **The Claimed "Impurities" Must Result From Prior Alkylation and Hydrolysis Steps" "Wherein Said Alkylation Is Alkylation of Benzindene Triol"**

296.     Claim 1 of the '066 patent provides that the "starting batch of treprostinil" must have "one or more impurities resulting from prior alkylation and hydrolysis steps . . . wherein said alkylation is alkylation of benzindene triol."  A POSA reading this claim would understand that the claimed "impurities" must result from ████████████████████████████████████ ████████████████████████████████████████ A POSA would understand that impurities contained in the starting material and reagents may react with the reagents used during these steps.  However, a POSA would not understand that any impurities contained in the reagents or starting materials constitute "impurities resulting from prior alkylation and hydrolysis steps . . . wherein said alkylation is alkylation of benzindene triol"—even if the impurities react with the reagents used during the alkylation and hydrolysis steps.  In short, the plain reading of the claim from a POSA's perspective requires impurities formed by alkylation of ████ only, and impurities resulting from hydrolysis of the resulting intermediate after alkylation.

297.     As UTC stated in the Board proceeding involving the '066 patent: "claims 1-7 of the '066 patent specifically recite limitations relating to the ***impurity profile*** of the recited pharmaceutical product."  (DTX129 at 48.)  Based on UTC's unambiguous statements, and the express language in claim 1 of the '066 patent, a POSA would understand that the "impurity profile" claimed by the '066 patent does ***not*** include impurities contained in the starting materials or reagents, even if they react with the reagents used during the alkylation and hydrolysis steps. (Anticipated Testimony of Dr. Winkler.)   A POSA would know from the '066 patent specification's Example 1, titled, "Alkylation of Benzindene Triol," that the claimed alkylation and hydrolysis steps encompass only alkylation and hydrolysis starting with pure ████  (JTX2 at Example 1.)

**C.    Claim 1 Requires Actual Comparison of the Impurities in the "Starting Batch of Treprostinil" with the "Pharmaceutical Composition Comprising Treprostinil or a Pharmaceutically Acceptable Salt Thereof"**

298.    Claim 1 of the '066 patent provides that "a level of one or more impurities found in the starting batch of treprostinil is lower in the pharmaceutical composition . . . ."  As discussed, these impurities must "result from" alkylation of ▇▇▇ and hydrolysis of the resulting product.  A POSA reading this claim would understand that a level of one or more impurities must be lower in the pharmaceutical composition than the starting batch of treprostinil.  (Anticipated Testimony of Dr. Winkler.)  UTC bears the burden of establishing that the level of one or more of these "impurities" must be lower in the pharmaceutical composition (after salt formation) than the starting batch of treprostinil (before salt formation).  A POSA would understand that this requires comparison of the starting batch of treprostinil before salt formation and the pharmaceutical composition after salt formation.  (Anticipated Testimony of Dr. Winkler.)

299.    As UTC stated in the Board proceeding involving the '066 patent: "The POSA viewing the '066 patent claims in light of the '066 patent specification would have understood that claim 1's . . . starting batch comprises a level of impurities that is higher than the final batch of treprostinil API used in the formulation of the claimed pharmaceutical composition."  (DTX129 at 7-8.)  Based on UTC's unambiguous statements, and the plain language of claim 1, a POSA reading the '066 patent claims and specification would understand that UTC must compare the starting batch of treprostinil, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.  (Anticipated Testimony of Dr. Winkler.)

**D.     UTC Has Failed to Prove Yonsung Prepares its Treprostinil Sodium API from a "Starting Batch of Treprostinil Having One or More Impurities Resulting from Prior Alkylation and Hydrolysis Steps . . . Wherein Said Alkylation Is Alkylation of Benzindene Triol"**

300.    UTC has failed to prove that Yonsung prepares its treprostinil sodium API from a "starting batch of treprostinil having one or more impurities resulting from prior alkylation and hydrolysis steps . . . wherein said alkylation is alkylation of benzindene triol."

**1.     ███████████████████████████████████**

301.    As discussed above, claim 1 of the '066 patent requires impurities "resulting from" alkylation and hydrolysis and specifically, alkylation and subsequent hydrolysis of benzindene triol.  (JTX2 at claim 1.)  UTC's opinion concerning ███████████ (JPTO Ex. 2, UTC's Statement of Contested Facts, ¶¶ 100-101), however, does not establish that the impurities in questions specifically "result from" alkylation of benzindene triol and subsequent hydrolysis and instead lumps together impurities from any source including unreacted starting material.  This analysis does not comply with the express limitations of claim 1.

302.    ███████████████████████████████████████

███████████████████████████████████████████

███████████████████████████

████     ███████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████   ███████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████



of ███████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████

313.  ███████████████████████████████████████████████

███████████████████████████████



███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████████

314.    Claim 1 of the '066 patent recites a "starting batch of treprostinil having one or more impurities resulting from prior alkylation and hydrolysis steps . . . ***wherein said alkylation***

*is alkylation of benzindene triol*.  (JTX2 at claim 1.)  Based on this language, a POSA would understand "impurities" in claim 1 to only include those impurities generated upon alkylation of ▮▮ and not impurities resulting from alkylation of compounds other than ▮▮ or hydrolysis of compounds other than ▮▮ (*See* Section III.B above.)  And importantly, UTC never considers claim 1's requirement that the alkylation must be of ▮▮▮▮▮▮▮▮▮▮  Instead, UTC incorrectly interprets claim 1 to include impurities "result[ing] from" any compound that reacts with the reagents used to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮ (Anticipated testimony of Dr. Winkler.)

315. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

316. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

| ▮▮▮▮ | ▮▮▮▮ |
|---|---|

---



317.

318.

**Figure 1**



319. ██████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████ ██ ████████████████████

320. A████████████████████████████████████████

████████████████████████████████████████████ .

**Figure 2**

■ ████████████████████████████████████████████



321.

### 3. UTC Points to Insignificant, Inconsistent Differences in Impurity Percentages

323. In analyzing Yonsung's purity testing (and Liquidia's subsequent purity testing of the treprostinil sodium it received from Yonsung), UTC did not account for the limit of detection or limit of quantitation present in HPLC instruments. ███████████████████████ ████████████████████ (Anticipated testimony of Dr. Winkler.)

324. Additionally, a POSA would understand that just because an impurity is "not detected," does not necessarily mean the impurity is not present—the impurity could be present at such a low level that it was not detected. (Anticipated testimony of Dr. Toste and Dr. Winkler; *cf.* Anticipated testimony of Dr. Nuckolls.)

325. ████████████████████████████████████████

████████████████████   ████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████   ██████████████

████████

### E. Yonsung, LGM, and Liquidia Do Not Store the Treprostinil Sodium API Used in LIQ861 at ██████████████

326. Claim 6 of the '066 patent recites the "pharmaceutical composition of claim 1, wherein the isolated salt is stored at ambient temperature." Claim 1 recites a "pharmaceutical

composition . . . prepared by a process comprising . . . isolating the treprostinil salt, and preparing a pharmaceutical composition comprising treprostinil or a pharmaceutically acceptable salt thereof *from the isolated treprostinil salt*[.]"  (JTX2 at 17:51-59, 18:34-35.)  A POSA would understand that claim 1 makes clear that the isolated salt referenced in claim 6 is the salt that exists *before* preparing a pharmaceutical composition.  (Anticipated Testimony of Dr. Winkler.)  In other words, the pharmaceutical composition is different from the isolated salt.   Thus, a POSA would understand that the isolated salt is stored at ambient temperature (per claim 6) and that a pharmaceutical composition comprising treprostinil or a pharmaceutically acceptable salt thereof is made *after* storage.  (Anticipated Testimony of Dr. Winkler.)

327.    Claim 8 similarly recites "storing the treprostinil salt at ambient temperature and preparing a pharmaceutical product from the treprostinil salt *after* storage[.]"  (JTX2 at 18:57-59.) Claim 8's salt must be stored at ambient temperature before being used to prepare a pharmaceutical product.

328.    Storage has been construed by the court to have its plain and ordinary meaning. The plain and ordinary meaning of storage is "[a]ny method of keeping raw materials, chemicals, . . . while awaiting use, transportation, or consumption."  (DTX135.)    Thus, a POSA would not consider a product as "stored" if it is in "use" or being "transported" or "consumed."[11]

329.    The Court has construed "ambient temperature" to mean "room temperature (equal to or less than the range of 15°C to 30°C)."  (D.I. 119.)

---

[11] The Board, in IPR2020-00770 involving the '901 Patent, construed "storing"/"storage" as "requir[ing] actual storage for a period of at least three months."  (DTX580 at 17-28.)  Liquidia applies the plain and ordinary meaning of the term, as construed by the Court, but note that if the Board's construction is adopted by the Court, UTC fails to demonstrate storage of the treprostinil sodium for three months that was made by Yonsung and used by Liquidia.







339.









4.

██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████████████████████

████████████████████  ██████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
███████████████████████████

██  ████████████████████████  ██████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████

██████████

### 5. For Claim 8, Liquidia's PRINT Process Steps Are Preparation of a Pharmaceutical Composition or Product—Not Storage

354.    UTC incorrectly asserts that Liquidia infringes claim 8 of the '066 patent based on the steps of Liquidia's Particle Replication in Nonwetting Templates ("PRINT") process.  (JPTO Ex. 2, UTC's Statement of Contested Facts, ¶¶ 88, 98-99.)

355.    ██████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████
██████████████████████████████████████████████████



(DTX204 at LIQ02791551.)

359. 

7.)

361.    To the extent UTC contends that Yonsung "prepares" a pharmaceutical product when Yonsung "packages the drug substance it makes and sells it to Liquidia, after storage," UTC is incorrect.  Yonsung's drug substance is not a "pharmaceutical product" as required by claim 8.  Specifically, the language of claim 8 requires "preparing a pharmaceutical product *from* the treprostinil salt after storage."  Based on this plain language, a POSA would know that the "drug substance" cannot be the pharmaceutical product.  (Anticipated Testimony of Dr. Winkler.)  This is confirmed by the language in claim 1 of the '066 patent, which is a "pharmaceutical composition comprising treprostinil or a pharmaceutically acceptable salt thereof."  Claim 1 and claim 8 make a distinction, recognized by a POSA, between the pharmaceutical composition comprising treprostinil or a treprostinil salt and a pharmaceutical product made "from" treprostinil salt.  Further,

For this additional reason, Yonsung's "drug substance" cannot meet the "and

130

preparing a pharmaceutical product from the treprostinil salt after storage" limitation.  Finally, no

POSA would consider "packaging" a drug substance as "preparing a pharmaceutical product."

362. ███████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████

██  ███████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

█████████████████

364. ███████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████

**F.** 

365. ██████████████████████████████████████

██████████████████████████████████████. The Court has

not construed the '066 patent claims as excluding column chromatography between alkylation and

salt formation.   UTC has contended that the claims permit column chromatography between

alkylation and salt formation.

366. ██████████████████████████████████████

██████████████ which was obtained after the Court construed the claims, demonstrates that the

process claimed by the '066 patent does not permit column chromatography between alkylation

and salt formation. ██████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████ (DTX089 at 206:6-207:4,

208:18-209:5; *see generally id.* at 204:19-211:10█████████████████████

█████████████████████████████



(*Id.* at 202:14-204:17.)

367.   ███████████████████████████████████████

███████████████████████████ (DTX087 at 56:16-19; *see also id.* at 98:13-99:24 (testifying

███████████████████████████████████████████████

███████████████████████████████████ Additionally, ███████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████ (DTX657 at 46:25-49:15.)

368.   Additionally, Example 6 of the '066 patent differentiates the "Former Process" from the "Working Example of the Process According to the Present Invention" by noting that "Purification" by column chromatography is eliminated in the "Present Invention" but included in the "Former Process."  (JTX2 at Example 6 (Step 12).)  In fact, the '066 patent states that "the purification by column chromatography is eliminated, thus the required amount of flammable solvents and waste generated are greatly reduced."  (*Id.* at 5:57-64; *see also id.* at 6:4-7:31, 7:64-9:21.)

369.   ███████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████

370.    In light of testimony ███████████████████████████

████████, it is clear that the actual invention of claim 1 of the '066 patent excludes column

chromatography as a processing step after alkylation.  ████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████

## IV.    THE ASSERTED CLAIMS OF THE '793 PATENT ARE INVALID

### A.    The '793 Patent

371.    The '793 patent, titled "Treprostinil Administration by Inhalation," issued on July

21, 2020 from U.S. Application No. 16/778,662, which was filed on January 31, 2020.  (JTX3 at

1.)

372.    Application No. 16/778,662 is a continuation of 16/536,954, filed on August 9,

2019, which is a continuation of Application No. 15/011,999, filed on February 1, 2016, now

Patent No. 10,376,525, which is a division of Application No. 13/469,854, filed on May 11, 2012,

now Patent No. 9,339,507, which is a division of Application No. 12/591,200, filed on November

12, 2009, now Patent No. 9,358,240, which is a continuation of Application No. 11/748,205, filed

on May 14, 2007, now abandoned.  (*Id.*)

373.    The '793 patent claims priority to U.S. Provisional Application No. 60/800,016

which was filed on May 15, 2006.  (*Id.*)

374.    The listed inventors on the '793 patent are Horst Olschewski, Robert Roscigno,

Lewis J. Rubin, Thomas Schmehl, Werner Seeger, Carl Sterritt, and Robert Voswinckel.  Inventor

Dr. Rubin was designated as UTC's corporate 30(b)(6) witness.

### 1. Specification

375.  On its face, the '793 patent is directed towards "methods and kits for therapeutic treatment and, more particularly, to therapeutic methods involving administering treprostinil using a metered dose inhaler and related kits." (*Id.* at 1:20-23.) The '793 patent claims a "method of treating pulmonary hypertension comprising administering by inhalation to a human suffering from pulmonary hypertension a therapeutically effective single event dose of a formulation comprising treprostinil or a pharmaceutically acceptable salt thereof with an inhalation device, wherein the therapeutically effective single event dose comprises from 15 micrograms to 90 micrograms of treprostinil or a pharmaceutically acceptable salt thereof delivered in 1 to 3 breaths." (*Id.* at claim 1.) The specification discloses "a method for treating pulmonary hypertension comprising administering to a subject in need thereof treprostinil or its derivative, or a pharmaceutically acceptable salt thereof using a metered dose inhaler." (*Id.* at 3:6-9.)

376.  The specification expressly acknowledges the broad range of disorders encompassed within pulmonary hypertension ("PH"), including the 5 WHO Groups of pulmonary hypertension. (*Id.* at 1:41-44; *see also generally id.* at 1:27-2:62; 1:60-67.)

377.  While the specification describes 5 groups of pulmonary hypertension according to the WHO convention, it does not describe any method of treating Group 2 pulmonary hypertension or any examples of treating Group 2 pulmonary hypertension, let alone a method of treating Group 2 pulmonary hypertension with inhaled treprostinil. The only two Examples provided in the '793 patent describe the patients enrolled in the study as having precapillary pulmonary hypertension. (*Id.* at 9:35-37, 12:64-65; Table 1 and Table 3.) Group 2 pulmonary hypertension is not precapillary pulmonary hypertension. (*See infra* § IV.B.1; Anticipated testimony of Dr. Hill.)

378.  The '793 patent mentions several types of inhalers for administering inhaled treprostinil including metered dose inhalers, soft mist inhalers, and pulsed ultrasonic nebulizers.

The '793 patent only describes the claimed dose and number of breaths for administering inhaled treprostinil using metered dose inhalers, soft mist inhalers, and pulsed ultrasonic nebulizers. (JTX3 at 3:25-32 (describing administration using a metered dose inhaler); 3:38-44 (same); 3:48-52 (same); 3:56-64 (same); 7:16-21 (same); 7:50-54 (same); 7:55-64 (same); 7:27-30 (describing administration using a soft mist inhaler); 8:63-11:67 (same); 12:1-18:11 (describing administration using a pulsed ultrasonic nebulizer).)

379.    The '793 patent contains one cursory reference to a dry powder inhaler, but does not disclose the dose or number of breaths required to administer inhaled treprostinil using a dry powder inhaler: "The inhalation device can be also a dry powder inhaler. In such case, the respiratory drug is inhaled in solid formulation, usually in the form of a powder with particle size less than 10 micrometers in diameter or less than 5 micrometers in diameter." (*Id.* at 7:22-26.)

380.    Example 1 of the '793 patent describes a study where patients received inhaled treprostinil via a "soft mist inhaler (SMI-TRE)." (*Id.* at 8:63-67; *see also generally id*. at 8:56-11:67.) Example 1 concludes that "[t]reprostinil can be applied by a metered dose inhaler, such as a Respimat® soft mist inhaler." (*Id.* at 11:66-67.) Example 1 does not describe the use of a dry powder inhaler, much less a dry powder formulation of treprostinil. Example 1 describes hemodynamic parameters (*see id.* at Table 2; *see also* Figs. 3-4), but does not describe measures of therapeutic effectiveness. (Anticipated testimony of Dr. Hill.) Example 1 includes patients from Groups 1, 3, and 4 (*i.e.*, patients with precapillary pulmonary hypertension), but does not include any Group 2 pulmonary hypertension patients. (Anticipated testimony of Dr. Hill.)

381.    Example 2 of the '793 patent describes a study where patients received inhaled treprostinil via a pulsed ultrasonic nebulizer. (JTX3 at 12:57-58; *see also generally id.* at 12:1-18:11.) Example 2 states that "[a]ll inhalations were performed with the OPTINEB® ultrasonic

nebulizer (Nebutec, Elsenfeld, Germany)" (*id.* at 12:57-58) and concludes that "[i]nhaled treprostinil can be applied in high doses (up to 90 µg) with a minimal inhalation time." (*Id.* at 18:8-9.)  Example 2 does not describe the use of a dry powder inhaler, much less a dry powder formulation of treprostinil.  None of the parameters measured for Example 2 directly assess the therapeutic effectiveness of inhaled treprostinil, but are instead hemodynamic measures taken after an acute dose of inhaled treprostinil.  (Anticipated testimony of Dr. Hill.)  Example 2 includes patients from Groups 1, 3, and 4 (*i.e.*, patients with precapillary pulmonary hypertension), but does not include any Group 2 pulmonary hypertension patients.  (Anticipated testimony of Dr. Hill.)

### 2.   Relevant Prosecution History

382.    During prosecution, the Examiner initially rejected claims 1-8 of the application for the '793 patent on grounds of non-statutory double patenting over claims 1-9 of U.S. Patent No. 9,339,507; claims 1-9 of U.S. Patent No. 9,358,240; and claims 1-4 of U.S. Patent No. 10,376,525. (JTX6, 2020-05-15 Non-Final Rejection.)  The Applicant submitted a terminal disclaimer, and the Patent was allowed.  (*Id.*, 2020-05-15 Amendment, 2020-06-12 Notice of Allowance.)

383.    On January 7, 2021, Liquidia filed a *inter partes* review petition challenging the validity of claims 1-8 of the '793 patent under 35 U.S.C §§ 102 and 103.  (DTX735.)  The PTAB instituted the petition on all challenged grounds.  (DTX255.)

### 3.   Asserted Claims

384.    The '793 patent issued with eight claims, of which only claim 1 is an independent claim.  UTC is asserting claims 1, 4, 6-8 of the '793 patent against Liquidia (collectively, the "Asserted Claims of the '793 patent").  Claims 1, 4, and 6-8 of the '793 patent are reproduced below:

| Claim Limitation |
| --- |
| 1[a]  A method of treating pulmonary hypertension comprising administering by inhalation to a human suffering from pulmonary hypertension a therapeutically effective single event dose of a formulation comprising treprostinil or a pharmaceutically acceptable salt thereof |
| 1[b]  with an inhalation device, |
| 1[c]  wherein the therapeutically effective single event dose comprises from 15 micrograms to 90 micrograms of treprostinil or a pharmaceutically acceptable salt thereof |
| 1[d]  delivered in 1 to 3 breaths. |
| 4  The method of claim 1, wherein the inhalation device is a dry powder inhaler. |
| 6  The method of claim 4, wherein the formulation is a powder. |
| 7  The method of claim 6, wherein the powder comprises particles less than 5 micrometers in diameter. |
| 8  The method of claim 1, wherein the formulation contains no metacresol. |

385.   Each Asserted Claim of the '793 patent requires a "single event dose" of inhaled treprostinil to be "therapeutically effective."   The specification does not expressly define "therapeutically effective single event dose" (or "therapeutically effective" or "single event dose"). The phrase "single event dose" appears nowhere in the specification.  (*See generally* JTX3.)  The phrase "single event" appears only twice.  (*Id.* at 7:55-59, 7:60-64.)  The Examples of the '793 patent, furthermore, describe acute treprostinil treatments, stating treprostinil was "applied once," "delivered in seconds," or applied in only a few or even one single breath.  (*id.* at 9:5-7, 8:61-67, 9:31-34, 11:63-66, 12:14-18, 12:61-64, 13:52-55, 16:56-59, 17:44-46.)  Based on this information, a POSA would have concluded that a "single event dose" is a single dose of inhaled treprostinil delivered in a single dose (single treatment) session.  (Anticipated testimony of Dr. Hill.)

386.   While the specification recognizes that "[t]reprostinil can be administered a single time per day or several times per day" (JTX3 at 8:1-2), the inventors chose to only claim "a . . .

single event dose"—not a dose administered "several times per day." (*Id.*, claims 1, 4, 6, 7, 8.) This is consistent with the fact that the Examples only describe administration of a single event dose of inhaled treprostinil.

387.   A POSA would further understand the "single event dose" refers to the dose delivered to a patient, not the amount deposited in a patient's lungs. (Anticipated testimony of Dr. Hill.) The '793 patent never discloses the amount of treprostinil delivered to the lungs of a patient, but instead discusses delivering treprostinil to a patient. (JTX3 at 9:7-10, 10:22-30, 12:42-45.) Due to variation that occurs as drug moves from the mouth to the lungs that is difficult to control, furthermore, clinicians do not measure amount delivered to the lungs. They instead rely on average assumptions regarding patient populations and infer delivery to the lung based on whether or not a patient shows improvements. (Anticipated testimony of Dr. Hill.)

### 4.   Person of Ordinary Skill in the Art

388.   With respect to a method of treating pulmonary hypertension as of May 15, 2006, a POSA would have a medical degree with a specialty in pulmonology or cardiology, plus at least two years of experience treating patients with pulmonary hypertension as an attending, including with inhaled therapies, or equivalent degree or experience.

389.   With respect to inhaled formulations used in a method of treating pulmonary hypertension, a POSA would have a Ph.D. in pharmaceutical science or a related discipline like chemistry or medicinal chemistry, plus two years of experience in pharmaceutical formulations, including inhaled products, or equivalent (*e.g.*, an M.S. in the same fields, plus 5 years of experience).

### 5.   Relevant Claim Construction

390.   The parties have not offered constructions of, and the Court did not construe, any term or phrase in the '793 patent and instead have applied the plain and ordinary meaning.

391.    To the extent UTC argues "pulmonary hypertension," as recited in the claims of the '793 patent encompasses only "pulmonary arterial hypertension," UTC offer a new claim construction that it did not present to the Court.  UTC's argument ignores the explicit references to all 5 Groups of pulmonary hypertension, including administering treprostinil to non-Group 1 precapillary pulmonary hypertension patients, recited in the '793 patent (*see supra* ¶¶ 376-377; *infra* ¶¶ 547-548) and the common sense understanding of a POSA by May 15, 2006.  (Anticipated testimony of Dr. Hill; *see also infra* § IV.D.1.)  Any attempt by UTC to narrow the meaning of pulmonary hypertension would thus be an improper and presented only to preserve the validity of the asserted claims.

## B.    Background Relevant to '793 Patent

### 1.    Pulmonary Hypertension Generally

392.    Pulmonary hypertension refers to abnormally high blood pressure in the lungs. Patients with pulmonary hypertension suffer from persistent and progressive exertional shortness of breath, fatigue, and dizziness.  Without treatment, advanced states of the disease are fatal, and patients may die in an average of two to three years.  (Anticipated testimony of Dr. Hill; DTX331 at 158.)

393.    Pulmonary hypertension is most often diagnosed by measuring mean pulmonary arterial pressure, or "mPAP," using right heart catheterization.  mPAP is one type of measure known as a hemodynamic measure or parameter.  Hemodynamic measures refer to measures of cardiovascular function and can include measures of pressure, flow, and resistance in the circulation. (Anticipated testimony of Dr. Hill.)  While normal mPAP is between 8-20 millimeters of mercury ("mmHg"), patients with pulmonary hypertension have mPAP levels greater than or equal to 25 mmHg.  In 2018, the World Symposium on Pulmonary Hypertension proposed

lowering the upper limit of normal mPAP to 20 mmHg, with any pressure above that meeting the definition for pulmonary hypertension. (*See* DTX386 at Abstract.)

394.     Pulmonary hypertension is not a single condition.  Instead, pulmonary hypertension includes a range of conditions that are classified in five different groups.  The five groups of pulmonary hypertension as of May 2006 are provided below.  It should be noted that there is disease heterogeneity even within each of the five groups described below.  (Anticipated testimony of Dr. Hill.)

- **WHO Group 1**, Pulmonary arterial hypertension ("PAH");

- **WHO Group 2**, Pulmonary venous hypertension, *i.e.*, pulmonary hypertension related to left heart disease;

- **WHO Group 3**, Pulmonary hypertension associated with disorders of the respiratory system or hypoxemia, which refers to low level of oxygen in the blood.  This group may include pulmonary hypertension associated with sleep-disordered breathing or chronic obstructive pulmonary disease ("COPD");

- **WHO Group 4**, Pulmonary hypertension caused by chronic thrombotic or embolic disease, including chronic blood clots in the lungs; and

- **WHO Group 5**, Pulmonary hypertension due to diseases affecting the pulmonary vasculature or unknown and other causes, including diseases like sarcoidosis.

The groups were first characterized in 1998 at the World Symposium on Pulmonary Hypertension in Evian (*see* DTX385), and have been updated every five years since.[13]  At the time of the '793

---

[13] The most recent World Symposium on Pulmonary Hypertension (in 2018) provided an updated clinical classification of pulmonary hypertension (PH).  (*See* DTX386 at 4 (classifying "PAH" as Group 1, "PH due to left heart disease" as Group 2, "PH due to lung diseases and/or hypoxia" as Group 3, "PH due to pulmonary artery obstructions" as Group 4, and "PH with unclear and/or multifactorial mechanisms" as Group 5).)

patent filing and still today, clinicians relied on the five groups to properly diagnose and treat patients with pulmonary hypertension. (Anticipated testimony of Dr. Hill.)

395.    Of the five groups, Group 2 pulmonary hypertension patients comprise the majority of patients with pulmonary hypertension. (Anticipated testimony of Dr. Hill; DTX357; DTX398 (reporting 78.7% of pulmonary hypertensive patients diagnosed on echocardiograms had left heart disease).) By comparison, in May 2006, Group 1 pulmonary hypertension was considered an orphan disease with only ~ 2% of all pulmonary hypertensive patients characterized as Group 1. (Anticipated testimony of Dr. Hill; DTX398.)

396.    Pulmonary hypertension patients can also be grouped based on whether the etiology of their pulmonary hypertension is precapillary or postcapillary. The pulmonary circulation is characterized by arteries that bring blood from the heart to the lung; capillaries that exchange oxygen and carbon dioxide between the lungs and the blood; and the veins which carry oxygenated blood back to the heart. (Anticipated testimony of Dr. Hill.) The left heart is considered "**post**capillary" as it is found after the capillaries in the pulmonary circulation. In contrast, the right heart and pulmonary arteries are considered "**pre**capillary." (*Id.*) Pulmonary hypertension groups 1, 3, 4, as well as some forms of Group 5 are classified as "precapillary pulmonary hypertension" while Group 2 (and some forms of Group 5) is generally referred to as "postcapillary pulmonary hypertension." (*Id.*) Group 2 pulmonary hypertension may be referred to as postcapillary Group 2 pulmonary hypertension.[14]

---

[14] To the extent UTC argues Group 2 pulmonary hypertension can include a group of patients characterized by combined pre and post-capillary pulmonary hypertension, the subset of these patients would have been small ( ~ 1/4 to 1/3 of Group 2 patients). (Anticipated testimony of Dr. Hill.) Pure Postcapillary (or isolated Group 2 patients) would have made up the majority of Group 2 patients (~2/3 to 3/4) and thus still the majority of patients with pulmonary hypertension. (*Id.*)

397.    In a clinical setting, precapillary pulmonary hypertension and postcapillary hypertension can be further differentiated based on a hemodynamic parameter called "pulmonary artery wedge pressure" (PAWP).  A patient with postcapillary pulmonary hypertension has a PAWP of greater than 15 mmHg, while a patient with Group 1, 3, 4, or 5 pulmonary hypertension has a PAWP of less than 16 mmHg.  (Anticipated testimony of Dr. Hill; DTX386 at 4 (Table 1).) Thus, while pulmonary hypertension is generally characterized by elevated mPAP, additional measures are necessary to differentiate between the different pulmonary hypertension groups. (Anticipated testimony of Dr. Hill.)

398.    When clinicians evaluate therapeutic effectiveness of treatments for pulmonary hypertension, they may assess hemodynamic measures but primarily rely on other outcome measures.  Hemodynamic measures do not necessarily correlate with therapeutic effectiveness. Thus, clinicians rely on different functional and quality of life measures including improvement in breathing on exertion; exercise capacity, as measured for example by performance on the six-minute walk test (6MWT); reduction in a patient's brain natriuretic peptide (BNP) levels; subjective patient reports; and other measures like survival.  (Anticipated testimony of Dr. Hill.)

## 2.    Treatments for Pulmonary Hypertension

399.    Treatments for pulmonary hypertension differ depending on the underlying cause of the pulmonary hypertension, including the pre-capillary versus post-capillary presentation of the pulmonary hypertension.  In particular, Group 1 PH treatments would not have been expected to be therapeutically effective in Group 2 patients as of May 2006 and today no available Group 1 PH treatment is effective in treating post-capillary Group 2 PH patients.  (Anticipated testimony of Dr. Hill.)

400.    In May 2006 and still today, Group 1 treatments focused on three main pathways: the endothelin pathway, the nitric oxide pathway, and the prostacyclin pathway:  (DTX365 at

1427.)  These pathways function in the pulmonary arteries of the lungs.  Treatments within these three pathways fall within four main types:  endothelin-receptor antagonists, nitric oxide, phosphodiesterase type 5 inhibitors, and prostacyclin derivatives (or analogs).  (Anticipated testimony of Dr. Hill.)

401.    Treprostinil, is a prostacyclin derivative (also known as a prostacyclin analog). Other prostacyclin derivatives include epoprostenol and iloprost.  (Anticipated testimony of Dr. Hill; DTX270 at 392.)

402.    By May 2006, the FDA had approved therapies falling into the four types to treat Group 1 pulmonary arterial hypertension.  FDA-approved endothelin-receptor antagonists included bosentan (Tracleer®); FDA-approved nitric oxide therapy included phosphodiesterase inhibitors, including sildenafil (Revatio®); and FDA-approved prostacyclin derivatives included intravenous epoprostenol (Flolan®, now Veletri®), subcutaneous treprostinil (Remodulin®), and inhaled iloprost (Ventavis®).  (*See* DTX365 at 1429-33.)  Today, several therapies are approved for Group 1 pulmonary arterial hypertension.  (*See* DTX035, July 2009 Label for Tyvaso®; DTX361, Dec. 2013 Label for Orenitram®; DTX367, June 2007 Label for Letairis®; DTX380, Oct. 2013 Label for Opsumit®; DTX373, May 2009 Label for Adcirca®; DTX379, Oct. 2013 Label for Adempas®.)

403.    In contrast, in May 2006 and still today, no inhaled prostacyclin therapy was approved for the treatment of Group 2 pulmonary hypertension.[15]  Prostacyclin therapies would not be expected to work for most Group 2 patients.  (Anticipated testimony of Dr. Hill.)  This is because inhaled therapies exert a localized effect on the lungs.  Local activity on the lung would

---

[15] Similarly, no Group 1 therapy was approved to treat combined pre and post-capillary Group 2 patients.  (Anticipated testimony of Dr. Hill).

not be expected to significantly affect the left heart, the main organ affected in postcapillary Group 2 pulmonary hypertension.  (Anticipated testimony of Dr. Hill.)

404.    Further, the symptoms associated with postcapillary Group 2 pulmonary hypertension are not caused by increased resistance in the pulmonary arteries due to vascular abnormalities or remodeling, and thus Group 2 patients would not be expected to respond to treatment with vasodilators such as inhaled prostacylins.  (Anticipated testimony of Dr. Hill.)  By 2006, there were multiple studies demonstrating the failure of Group 1 therapies, including the prostacyclin analog, epoprostenol, in Group 2 patients.  (*See, e.g.*, DTX357 at 26-27; *see also* DTX368 at 204 (finding that the endothelin antagonist tezosentan "did not affect the outcome of pulmonary edema"); DTX375 at 2009, 2018.)

405.    These studies showed lack of survival benefit or even exacerbated symptoms following use of Group 1 therapies in Group 2 patients.  (DTX357 at 26, 27; *see also* DTX375 at 2009.)  For example, the large-scale Flolan International Randomized Survival Trial (FIRST), which examined the prostacyclin epoprostenol in Group 2 patients was terminated early because of strong trend (P = .055) toward a decreased survival in patients treated with epoprostenol." (DTX357 at 26; *see also id.* at 28; DTX358 at Abstract ("Chronic intravenous epoprostenol therapy is not associated with improvement in distance walked, quality of life, or morbid events and is associated with an increased risk of death."); *see also id.* at 50-52.)

### 3.    Inhalation Therapies

#### a.    History of Inhalation Therapy and Types of Inhalers

406.    Inhalation therapy has been used since ancient times, and the inhalation of therapeutic aerosols for the treatment of asthma is described as early as 600 BC.  (DTX266 at 20-21.)  Mass production of standardized inhalation devices arrived with the industrial revolution in the late 18th century to 19th century.  (*Id.* at 23-25.)

407.     Devices that reduced a medicated liquid to fine droplets for inhalation, such as atomizers and nebulizers, were developed in the late 1800s.  (*Id.* at 25.)  And dry powder inhalers ("DPI") were first developed in 1852, as a powdered medicine in a glass inhaler.  (*Id.* at 26.)  Other DPIs for various uses were developed before 1900.  (*Id.* at 26-27.)

408.     After the passage of the Food and Drug Act of 1906, multiple clinical studies were conducted to evaluate the effectiveness of various therapeutic aerosols.  (*Id.* at 27.)  By the mid-1950s, the "aerosol delivery of beta agonists, corticosteroids, and anticholinergic . . . drugs had all been demonstrated to be effective for the treatment of respiratory diseases," and "[c]onvenient delivery by a DPI or squeeze bulb glass nebulizers had been demonstrated[.]"  (*Id.*)  DPIs and nebulizer technologies advanced from 1956 to 1986.  (*See id.* at 29.)

409.     The first propellant meter dosed inhaler ("MDI" or, more specifically, "pMDI" to distinguish from other inhalers that use metered doses) was introduced in 1956 as the "first inhaler device that achieved effective lung delivery in a truly convenient and portable device and rapidly became the dominant delivery system for treatment of asthma."  (*Id.* at 27.)  These inhalers passed FDA approval and were marketed as the Medihaler Epi and Medihaler Iso in 1956.  (*Id.* at 28.)  But these inhalers had an issue:  the patient had to synchronize the release of the drug dose with their inhalation.  The first-breath actuated MDI, the Autohaler, addressed this concern and was launched in 1970.  (*Id.*)

410.     The period from 1987 to the 21st century was "a period of unprecedented innovation and growth in the delivery of therapeutic aerosols."  (*Id.* at 30.)  The "signing of the Montreal Protocol in September of 1987 dramatically changed the pharmaceutical aerosol industry and led to a surge of development and innovation of inhaler products that eventually resulted in hydrofluoroalkane (HFA) MDIs and a large increase in the number and types of DPIs available,

as well as the development of advanced nebulizer systems and other inhalation devices." (*Id.*; *see also id.* at 30-32.) By 1995, "three major types of medical aerosol inhalers" – the nebulizer, the pressurized metered dose inhaler, and the dry powder inhaler were on the market. (DTX268 at Abstract.) By 2006, multiple DPIs and nebulizers had been approved by the FDA and were available, as well as the soft mist inhaler Respimat®. (DTX266 at Table 3, Table 4, 33-36, Figure 15; DTX333.) Dozens of MDI inhalers were also approved by the FDA by 2006. (*See, e.g.*, DTX266 at Tables 1-3.)

411. As noted in ¶ 402, by 2006, inhaled prostacyclin therapies, were used, to treat Group 1 pulmonary arterial hypertension, and several groups had developed or were using inhalers to deliver the therapies. (DTX293; DTX336; DTX272; DTX268 at 375; DTX348; DTX338 at 1144; DTX274; Anticipated testimony of Dr. Hill.)

**b.     Benefits of Inhalation Therapies**

412. The benefits of inhalation over other forms of administration, such as intravenous delivery, were well-known by 2006. (Anticipated testimony of Dr. Hill and Dr. Gonda.)

413. For example, compared to intravenous or subcutaneous therapies, inhalation was relatively noninvasive. A patient needed to only breathe in the drug. Such ease of administration meant that, unlike continuous intravenous therapy, patients did not need to receive treatment at "specialized centers familiar with the [intravenous] technique, equipment, and dose ranging." (DTX023 at [0011].)

414. Inhalation therapies were also known to provide pulmonary selectivity because they were delivered to the organ of interest—the lung. Direct delivery to the lung could eliminate or reduce the side effects associated with intravenous delivery. With intravenous therapies, larger doses were often required as only a small fraction of the dose delivered actually reached the lungs. (*Id.*) Inhalation therapy was also known to reduce systemic toxicity (*i.e.*, toxicity at multiple sites

or throughout the body) and intravenous catheter infection.  (DTX336 at 322.)  And it was known that inhaled delivery could be more "potent" than intravenous delivery.  (DTX023 at [0037]-[0038], [0061]-[0066]; DTX253 at 8:9-17.)

415.    By 2006, inhalation therapies could easily be administered with inhalers.  As early as the 1950s, clinicians and patients recognized that inhalers were convenient and portable.  (DTX266 at 27.)   In 1956, for example, the metered dose inhaler for treating asthma was introduced.  As the first "truly convenient and portable" inhalation device, it quickly became the dominant system for delivering asthma medication.  (*Id.*; *see also* DTX268 at 375.)

### c.     Well-Known Considerations of Inhalation Therapies

416.    Given the extensive use of inhalation therapies by 2006, POSAs were well-aware of the considerations and concerns for using inhalation therapy.  (Anticipated testimony of Dr. Hill; Anticipated testimony of Dr. Gonda.)   For example, as early as 1981, the deposition of pharmaceutical aerosols in the human respiratory tract as a function of their size distribution was well understood.  (DTX326; DTX327.)  By 2006, it was certainly well-known that inhalation drug particles needed to be less than 5 micrometers to reach the lung periphery.  (*See e.g.*, DTX268 at 374; DTX286 at Abstract; DTX253 at 5:40-41; DTX328 at 1214; *see also* DTX326; DTX327; DTX253 at 5:40-41.)

417.    Further, it was well known by May 2006 that titrating doses of inhaled prostacyclins achieved optimal levels of efficacy and safety for individual patients.  A study by Walmrath and colleagues reported "[t]itration of aerosolized [prostacyclin] in individual patients might be necessary to produce selective vasodilation in well-ventilated lung areas."  DTX318 at 962.  The Remodulin® label also taught titrating to effect, and clinicians increased the dose of Remodulin® to produce desired effects.  (*See* DTX264 at 9 (describing "Dosage Adjustments"); Anticipated testimony of Dr. Hill.)

418.     It was also well known before May 2006, that titration of inhaled prostacyclins achieved therapeutic efficacy and that patients gained a tolerance to initial side effects.  In 1997, Hoeper, et al. delivered iloprost by inhalation to 24 patients with primary pulmonary hypertension and increased the doses of iloprost for patients whose symptoms did not improve after three months of treatment.  The study revealed that "[c]oughing during inhalation was common during the first days of treatment but invariably disappeared spontaneously within the first four weeks." (DTX316 at 1867-68.)

419.     Similarly, by 2006, various inhalation devices were commonly used, and there was extensive literature on the pros and cons of those devices.  (DTX288 at 1313.)  Specifically, nebulizers can be used by patients of any age, do not use propellants, and can deliver high drug doses; however, nebulizers were known to be more time-consuming, less portable, and less predictable with respect to the amount of drug available for lung deposition.  (*Id*. at 1315; Anticipated testimony of Dr. Gonda.)  Geller further explains that dry powder inhalers are breath-actuated (and, therefore, easier to use), portable, and quick to use; however, dry powder inhalers require higher inspiratory flow and lung volume, making them unsuitable for some patients (*e.g.*, young children).  (DTX288 at 1316.)

420.     Notably, while inhalation therapy provided advantages over intravenous therapy, adherence rates were still not 100 percent. (DTX024 at Abstract, 179-80.)  Due to the time required to administer many therapies and frequency of dosing, a sizable percentage of patients did not adhere to their treatment regimen.  (Anticipated testimony of Dr. Hill.)

421.     Clinicians and researchers recognized adherence rates might improve if drug delivery time and number of breaths required for inhalation therapy were reduced.  (*See* DTX293 at 176; DTX336 at 328; DTX023 at [0063]; DTX343 at 4; DTX286 at 63.)  Further, several groups

were successful in demonstrating that inhalation therapies administered at fewer breaths produced similar effects to those seen with intravenous therapies.  (*See, e.g.*, DTX293 at 181 (concluding that "inhalation . . . in only three breaths is feasible").)  And, as further explained below, Voswinckel JAHA (DTX438)[16], Ghofrani (DTX261), and Voswinckel 2006 (DTX259) demonstrated that as few as three breaths of treprostinil were required to produce changes in hemodynamic measures in patients with pulmonary arterial hypertension.

### C.      Claims 1, 4, and 6-8 of the '793 Patent Are Anticipated and Rendered Obvious by the Prior Art

422.    The Asserted Claims of the '793 patent do not differ from the subject matter of the prior art described below.

#### 1.      Scope and Content of Prior Art Relevant to the '793 Patent

##### a.      The '212 Patent

423.    U.S. Patent No. 6,521,212 (the "'212 patent") issued on February 18, 2003, and therefore is prior art to the '793 patent under at least 35 U.S.C. §§ 102(a), (b), and (e).  (DTX253 at 1.)

424.    The '212 patent is titled "Method for Treating Peripheral Vascular Disease by Administering Benzindene Prostaglandins by Inhalation," and is assigned to UTC.  (*Id.*)

425.    The '212 patent discloses methods of delivering a therapeutically effective amount of benzindene prostaglandin (including treprostinil, referred to as "UT-15") by inhalation to treat pulmonary hypertension.  (DTX253 at Abstract, 2:16-18, 2:66-3:5, 4:10-13, 4:41-54, 7:18-24.)  A POSA in May 2006 would have known that "UT-15" is synonymous with treprostinil sodium, and

---

[16] For ease of review, this Statement cites to DTX438, but Liquidia incorporates by reference DTX436, DTX437, DTX439, and DTX440 to every citation of DTX438.

that treprostinil is an analog of benzindene prostaglandin.  (Anticipated testimony of Dr. Gonda; Anticipated testimony of Dr. Hill.)

426.    The '212 patent discloses that an inhaler may be used to deliver the benzindene prostaglandin.

427.    The '212 patent further discloses that "solid formulations, usually in the form of a powder, may be inhaled in accordance with the present invention."  (DTX253 at 5:37-39.)  The patent explains that "[i]n such case, the particles are preferably less than 10 micrometers in diameter, and more preferably, less than 5 micrometers in diameter."  (*Id*. at 5:39-41.)[17] Additionally, the '212 patent claims a method of treating pulmonary hypertension in mammals, wherein treprostinil "is inhaled in powder form."  (*Id*., claims 6, 9.)  Because there were no other methods known for inhaling dry powders than DPIs, a POSA would know that the "inhaler" used to administer the "powder" was a DPI.  (*Id*. at 5:30-41.)

428.    The '212 patent states that "[i]n the case of treating peripheral vascular disease by inhalation of a benzindene prostaglandin of the present invention, the dosage for inhalation, taking into account that some of the active ingredient is breathed out and not taken into the bloodstream, should be sufficient to deliver an amount that is equivalent to a daily infusion dose in the range of 25 µg to 250 mg; typically from 0.5 µg to 2.5 mg, preferably from 7 µg to 285 µg, per day per kilogram bodyweight."  (DTX253 at 5:54-62; *see also id.* at Figs. 16, 18.)  The '212 patent further states that aerosolized (i.e., inhaled) UT-15 "has a greater potency as compared to intravascularly administered UT-15, since the actual amount of UT-15 delivered via aerosolization delivery is

---

[17] The '793 patent provides nearly identical disclosures to 5:37-41 in the '212 Patent related to inhalation of powder formulations.  (*See* JTX3 at 7:22-26 ("The inhalation device can be also a dry powder inhaler. In such case, the respiratory drug is inhaled in solid formulation, usually in the form of a powder with particle size less than 10 micrometers in diameter or less than 5 micrometers in diameter.").)

only a fraction (10-50%) of the dosage delivered intravascularly." (*Id.* at 8:9-18.)  The '212 patent also discloses delivering dosages of 262.5 micrograms of nebulized UT-15 (*id.* at 9:4-9) and dosages of 250, 500, and 1000 micrograms per kg of body weight per minute of aerosolized UT-15 (*id.* at 11:7-13).

429.  Additionally, the '212 patent explains that "[t]he precise amount that is considered effective for a particular therapeutic purpose will, of course, depend upon the specific circumstances of the patient being treated and the magnitude of effect desired by the patient's doctor." (DTX253 at 6:56-7:3; *see also id.* at 7:25-33.)  The '212 patent further teaches that the disclosed benzindene prostaglandin, UT-15, can be "given in high doses without significant non-lung effects." (*Id.* at 10:51-57.)

430.  In several examples using sheep as an animal model for pulmonary hypertension, the '212 patent describes the effect of administration of aerosolized UT-15 on baseline hemodynamics. (DTX253 at 10:41-57, 10:60-11:60, 11:63-13:10.)  The '212 patent explains sheep were chosen because they are large, docile, and can tolerate instrumentation with little discomfort. (*Id.* at 9:14-24.)  As the '212 patent explains, and as comports with the understanding of a POSA, sheep were used as an animal model of pulmonary hypertension in the early 2000s and before. (*Id.* at 9:24-27; Anticipated testimony of Dr. Hill.)  Moreover, knowing the '212 patent discloses sheep as an animal model, UTC specifically claimed treating peripheral vascular disease in a mammal (claim 1) and a method for treating pulmonary hypertension. (DTX253 at claim 6.)  A POSA would understand that a mammal includes a human. (Anticipated testimony of Dr. Hill.)

### b.    Voswinckel JESC[18]

431.    Voswinckel JESC is an abstract entitled "Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension" published as Abstract 218 in the Journal of the European Society of Cardiology in 2004. Voswinckel JESC is prior art to the '793 patent under 35 U.S.C. § 102(a).

432.    The authors of Voswinckel JESC were affiliated with the Medical Clinic 2, Department of Internal Medicine, in Giessen, Germany.  (DTX447.)  The study described in Voswinckel JESC was supported by Lung Rx.  (*Id.* at Conclusion.)  Lung Rx was a subsidiary of UTC.

433.    Voswinckel JESC describes a clinical study to examine the response of patients to inhaled treprostinil.  (*Id.* at Background, Methods, Results.)  The study enrolled 29 patients.  Of the 29 patients, 10 had "idiopathic PAH".  (*Id.* at Results.)

434.    As Voswinckel JESC explains, 8 patients received placebo and 21 inhaled treprostinil solution over the course of 6 minutes.  (*Id.* at Methods.)  Doses of treprostinil in solution were administered in concentrations of 16, 32, 48, and 64 µg/mL treprostinil solutions via the OptiNeb ultrasound nebulizer, then produced by the company Nebu-tec in Germany.  (*Id.* at Methods.)  A POSA would understand that the concentrations described in Voswinckel JESC are the concentrations delivered to the patient as opposed to the concentration deposited in the lungs or first loaded in the inhaler.  (Anticipated testimony of Dr. Hill.)

435.    A POSA reading Voswinckel JESC would have assumed that the study used a sufficient volume of treprostinil solution for 6 minutes of delivery.  A POSA would have understood a sufficient amount to be at least 1 mL because nebulizers at the time were known to

---

[18] For ease of review, this Statement cites to DTX447, but Liquidia incorporates by reference DTX297, DTX448, and DTX540 to every citation of DTX447.

nebulize (*i.e.* aerosolize liquid) at least that volume, and clinicians did not deliver less than 1 mL. (Anticipated testimony of Dr. Hill; Anticipated testimony of Dr. Waxman.)  Assuming at least 1 mL of volume for delivery, a POSA as of 2006 would have thus reasonably understood that Voswinckel JESC delivered at least 16, 32, 48 or 64 µg (16, 32, 48, 64 µg/mL*1 mL) of inhaled treprostinil to patients.  Alternatively, based on the volumes delivered by standard nebulizers[19] available at the time of the '793 patent, a POSA would have assumed between 3-5 mL of volume were delivered to a patient.  (Anticipated testimony of Dr. Waxman.)  A POSA would have thus assumed that between 48-320 µg (16 µg/mL*3 mL at the lowest end and 64 µg/mL*5 mL at the highest end).

436.    A POSA would have further confirmed that 16-64 µg was the administered dosage in Voswinckel JESC by using his understanding of the rate of solution delivery for the OptiNeb® device available before 2006.  (DTX348 at 28 (disclosing a nebulizing rate of 0.6 mL/min); *see also* DTX349.)  Voswinckel JESC explains the 16 µg/mL dose is the dose at which patients showed "near maximal pulmonary vasodilatation" without adverse side effects.  (DTX447 at Conclusion.)  A POSA as of May 2006, assuming continuous delivery of inhaled treprostinil across 6 minutes, would have understood that patients in Voswinckel JESC would have received 57.6 µg (16 µg/mL * 0.6 mL/min * 6 min) in a single event dose at 16 µg/mL.  (Anticipated testimony of Dr. Hill.)

437.    The results of Voswinckel JESC showed that "[t]reprostinil inhalation results in a significant long-lasting pulmonary vasodilatation" and that, at 16 µg/mL, "near maximal pulmonary vasodilatation is achieved without adverse effects."  (*Id.* at Conclusion.)

---

[19] Nebulizers used for COPD and asthma delivered between 3-5 mL of solution.  (Anticipated testimony of Dr. Waxman.)  Moreover, Ventavis—which at the time of the '793 patent was the only inhaled prostacyclin available for the treatment of pulmonary hypertension—used a nebulizer that used 1 and 2 mL volumes of iloprost.  (DTX284.)

438.     UTC may contend that Voswinckel JESC is not prior art to the '793 patent, because it was not publicly accessible by May 15, 2006.  But this is incorrect.  As an initial matter, the abstract was publicly presented at the 2004 European Society of Cardiology Congress, which is a significant conference that many POSAs would have attended.  (Anticipated testimony of Dr. Hill.)  Additionally, the face of the publication in which the abstract appears makes clear that the abstract was published in 2004.   (Anticipated testimony of Dr. Hall-Ellis.)   Stamped library copies evidencing the public accessibility of Voswinckel JESC were available before May 15, 2006 and as early as September 2004.  (*See* DTX448, Voswinckel JESC from the British Library stamped on 9/27/2004) ("9/27/2004 Voswinckel JESC"); DTX447, Voswinckel JESC from the Washington Health Sciences Libraries (stamped on 11/16/2004) ("11/16/2004 Voswinckel JESC"); DTX540, Voswinckel JESC from the Ebling Library at the University of Wisconsin (stamped on 10/15/2004) ("10/15/2004 Voswinckel JESC").)

439.     A POSA would have easily been able to find the Voswinckel JESC abstract within the supplement in which it appears, because (1) the supplement was indexed by subject matter, with Voswinckel JESC appearing under the subject "Therapy (Pulmonary Circulation)" and (2) the supplement had a table of contents, in which Voswinckel JESC could be found under the subject "Epidemiology and treatment of pulmonary arterial hypertension." (*See, e.g.*, DTX449.)

440.     Voswinckel JESC was cited by a June 2005 article authored by Hossein Ghofrani et al. in the journal *Herz* (German for "Heart") (DTX261, DTX347), further evidencing that POSAs were able to access the abstract by May 15, 2006.  Thus, Voswinckel JESC was readily locatable before May 15, 2006 by a POSA exercising reasonable diligence.

441.     At the time of the '793 patent, the number of physicians and researchers working in the pulmonary arterial hypertension space was small.  A POSA would have thus known the

names of other physicians and researchers working in the space and sought out publications and presentations from these physicians and researchers. (Anticipated testimony of Dr. Hill.) A POSA further would have been aware of the Giessen authors work on inhaled therapies for treating pulmonary arterial hypertension, and would have sought out the authors of Voswinckel JESC. (*See* DTX336; Anticipated testimony of Dr. Hill.) Thus, a POSA would have found Voswinckel JESC before May 15, 2006. (Anticipated testimony of Dr. Hall-Ellis and Dr. Hill.)

### c. Voswinckel JAHA

442. Voswinckel JAHA, titled "Inhaled Treprostinil Sodium (TRE) For the Treatment of Pulmonary Hypertension" is an abstract published in the Journal of the American Heart Association in 2004. Voswinckel JAHA is prior art to the '793 patent under 35 U.S.C. § 102(a).

443. The authors of Voswinckel JAHA are described as affiliated with "Univ Hosp Giessen, Giessen, Germany." (DTX438.) Voswinckel JAHA, like Voswinckel JESC, was supported by Lung Rx. (*Id.*)

444. Voswinckel JAHA describes a study in which 17 patients with "severe pulmonary hypertension" received a treprostinil inhalation by use of the "pulsed OptiNeb® ultrasound nebulizer" at a dosage of "3 single breaths" of "600 µg/ml)" of treprostinil solution. (*Id.* at Methods). A POSA would understand the concentration in Voswinckel JAHA is the concentration delivered to a patient. (Anticipated testimony of Dr. Hill.)

445. The Voswinckel JAHA study found in these patients that treprostinil "inhalation resulted in a sustained, highly pulmonary selective vasodilation over 120 minutes," showing "strong pulmonary selective vasodilatory efficacy with a long duration of effect following single acute dosing." (DTX438 at 1414.)

446. Two patients with idiopathic pulmonary arterial hypertension received 4 inhalations of treprostinil per day for more than 3 months. (*Id.* at Methods and Results.)

Voswinckel JAHA describes in both these patients "NYHA class improved (from IV to III and from III to II), and six minute walk increased (from 0 m (bedridden) to 143 m, and from 310 m to 486 m, respectively)."  (*Id*. at Results.)  It further explains "[n]o side effects have been observed by the patients during long-term treatment."  (*Id.*)

447.    Voswinckel JAHA also teaches that "[t]olerability [of treprostinil] is excellent even at high concentrations and short inhalation times (3 breaths)."  (*Id.* at Conclusion.)

448.    UTC may contend that Voswinckel JAHA is not prior art to the '793 patent, because it was not publicly accessible by May 15, 2006.  But this is incorrect.  As an initial matter, the abstract was publicly presented at the 2004 Scientific Sessions of the American Heart Association, which is a significant conference that many POSAs would have attended.  (Anticipated testimony of Dr. Hill.)  Additionally, the face of the publication in which the abstract appears makes clear that the abstract was published in 2004.  (Anticipated testimony of Dr. Hall-Ellis).  Stamped copies evidencing the public accessibility of Voswinckel JAHA, however, were available before May 15, 2006 and as early as October 2004.  (*See* DTX436, Voswinckel JAHA from the British Library (stamped on 11/19/2004) ("11/19/2004 Voswinckel JAHA"); DTX437, Voswinckel JAHA from the Library of Congress (stamped on 10/2004) ("10/2004 Voswinckel JAHA"); DTX438, Voswinckel JAHA from the Lane Medical Library at Stanford University (stamped on 11/11/2004) ("11/11/2004 Voswinckel JAHA"), and DTX439, Voswinckel JAHA from the University of California Davis Medical Library (stamped on 11/26/2004) ("11/26/2004 Voswinckel JAHA").)

449.    The Supplement in which Voswinckel JAHA appears is indexed by author name. (DTX438 at p. III-888.)  At the time of the '793 patent, the number of physicians and researchers working in the pulmonary arterial hypertension space was small.  A POSA would have thus known the names of other physicians and researchers working in the space and sought out publications

and presentations from these physicians and researchers. (Anticipated testimony of Dr. Hill.) A POSA further would have been aware of the Giessen authors work on inhaled therapies for treating pulmonary arterial hypertension, and would have sought out the authors of Voswinckel JAHA in the author supplement. (*See* DTX336; Anticipated testimony of Dr. Hill.) Thus, a POSA would have found Voswinckel JAHA before May 15, 2006. (Anticipated testimony of Dr. Hall-Ellis, and Dr. Hill.)

450.    Voswinckel JAHA was cited by a March 2005 article authored by Roxana Sulica et al. in the *Expert Review of Cardiovascular Therapy* (DTX445), further evidencing that POSAs were able to access the abstract by May 15, 2006. Thus, Voswinckel JAHA was readily locatable before May 15, 2006 by a POSA exercising reasonable diligence.

### d.    Ghofrani

451.    Ghofrani, titled in English as "New therapies in the treatment of pulmonary hypertension," is a scientific article published in *Herz* in 2005. Ghofrani qualifies as a prior art reference for the '793 patent under 35 U.S.C. § 102(a), as a printed publication known by POSAs before May 15, 2006 and including authors (Hossein Ardeschir Ghofrani, Frank Reichenberger, and Friedrich Grimminger) who are not named inventors on the '793 patent. (DTX261, DTX347 at 296.)

452.    Ghofrani reviews therapies used to treat pulmonary hypertension, including inhaled treprostinil. (*Id*. at 297-98.) In particular, Ghofrani describes initial clinical trials in Giessen, Germany, where inhaled treprostinil is used in patients with severe pre-capillary pulmonary hypertension. (*Id*.) Seventeen patients each received a 15 µg dose of inhaled treprostinil, after which they displayed decreased pulmonary pressure and resistance for more than 180 minutes.

(*Id*. at 298.)  Ghofrani explains dosages could be increased "up to 90 mcg[20] (absolute inhaled dose per inhalation exercise) without adverse effects occurring."  (*Id.*)

453.    Ghofrani describes that the inhaled treprostinil used in the clinical trial showed strong pulmonary selectivity and long duration of action.  (*Id*.)  Because of these properties, Ghofrani notes:

> "[I]t is possible to reduce the number [of] inhalations necessary to up to four per day; the inhalation period can be reduced to < 1 min. by selecting a suitable device.  Additionally, the initial data shows that it is technically feasible for there to be only one to two breaths in an application."

(*Id.*)

454.    A POSA would have understood that Ghofrani describes the clinical studies reported in both Voswinckel JESC and Voswinckel JAHA.  (*Id*. at 298 (stating that "17 patients with severe pre-capillary pulmonary hypertension were administered inhaled treprostinil (15 mcg/inhalation)").)  Ghofrani explicitly cites to Voswinckel JESC.  (*Id.* (citing to reference 6 which is Voswinckel JESC); *id.* at 301 (listing Voswinckel JESC).)  Ghofrani's discussion of the clinical studies from Voswinckel JESC and Voswinckel JAHA is consistent with how a POSA would have understood Voswinckel JESC and Voswinckel JAHA by May 2006.  (Anticipated testimony of Dr. Hill.)  Indeed, Ghofrani's reading of the Voswinckel JESC and Voswinckel JAHA is consistent with respect to how a POSA would understand the dosing, administration time, and number of breaths disclosed in Voswinckel JESC and Voswinckel JAHA for the treatment of pulmonary hypertension with inhaled treprostinil.  (*Id.*)

### e.    Voswinckel 2006

455.    Voswinckel 2006, was published on January 17, 2006 in the Annals of Internal Medicine and is titled "Inhaled Treprostinil for Treatment of Chronic Pulmonary Arterial

---

[20] A POSA would have understood that μg, mcg, and microgram are synonymous.

Hypertension."  Voswinckel 2006 qualifies as a prior art reference for the '793 patent under 35 U.S.C. § 102(a), as a printed publication known by POSAs before May 15, 2006 and includes authors, Hossein A. Ghofrani and Friedrich Grimminger, who are not named inventors on the '793 patent.  (DTX259 at 150.)

456.    Voswinckel 2006 describes a patient study aimed at characterizing the safety, tolerability, and efficacy of inhaled treprostinil in patients with pulmonary hypertension.  (*Id.* at 150.)  In the study, conducted by researchers from University of Giessen Lung Center, three patients with pulmonary hypertension received a single 15 μg dose of treprostinil in three breaths using an OptiNeb® ultrasonic inhalation device.  (*Id.*)

457.    Voswinckel 2006 describes treatment with inhaled treprostinil reduced pulmonary vascular resistance by $45.2 \pm 17.5$ percent for more than 180 min.  Two of the patients were further provided "long-term inhaled treprostinil therapy . . . consisting of 4 daily 15-μg doses."  (*Id.*)  In these two patients, the study reports "the functional status of both patients improved dramatically (New York Heart Association class improved from IV to III and from III to II, respectively; 6-minute walking distance increased from 0 to 143 m and from 310 to 486 m, respectively)."  (*Id.*)  The authors report inhaled treprostinil was found to be "clinically effective, safe, and well tolerated" at a dosage of "15 μg . . . inhaled in 3 breaths 4 times daily."  (*Id.*)

458.    A POSA would have further understood that Voswinckel 2006 describes studies disclosed in Voswinckel JAHA and Voswinckel JESC.  (Anticipated testimony of Dr. Hill.)  The same Giessen group authored Voswinckel 2006, and the authors of Voswinckel 2006 are also authors on Voswinckel JAHA and Voswinckel JESC.  (DTX259 at 150.)  Like Voswinckel JAHA, two patients in Voswinckel 2006 were treated long-term with inhaled treprostinil, and the patients

showed the exact same improvements on NYHA and 6MWD without any side effects.  (*Compare* DTX438 at Results *with* DTX259 at Methods and Findings.)

### 2. Claims 1, 4, and 6-8 Would Have Been Obvious over the '212 Patent in View of Voswinckel JESC and Voswinckel JAHA

#### a. Motivation to Combine the '212 Patent with Voswinckel JESC and Voswinckel JAHA with a Reasonable Expectation of Success

459.    A POSA as of May 2006 would have been motivated to combine and would have had a reasonable expectation of success in combining, the '212 patent with Voswinckel JESC and Voswinckel JAHA.

460.    The '212 patent describes methods of delivering benzindene prostaglandin (particularly a treprostinil salt in the form of UT-15) by inhalation to treat pulmonary hypertension. (DTX253 at Abstract, 4:38-51.)

461.    The '212 patent demonstrates, in sheep, that inhaled treprostinil can attenuate hemodynamic variables measured in pulmonary hypertension.  (*Id.* at Examples I-IV; *id.* at Figs. 2, 7, 9, 13, 14, 15, 16.)  The '212 patent notes, and as was commonly understood by POSAs at the time, that sheep were used as models for pulmonary arterial hypertension in humans, and that positive results in sheep provided useful information for moving to human trials.  (*Id.*; Anticipated testimony of Dr. Hill.)  The '212 patent further describes, in sheep, that inhaled treprostinil can reduce pulmonary vascular resistance.  (DTX253 at 10:47-50, 11:45-49, Fig. 9.)  A POSA would have understood that these sheep experiments were relied upon to support claims directed to treating pulmonary arterial hypertension in mammals via inhaled solutions and powder formulations of treprostinil.  (*Id.* at claims 6 and 9; Anticipated testimony of Dr. Hill.)

462.    Based on the above disclosures in the '212 patent, a POSA would have sought out further experimentation of inhaled treprostinil in humans.  (Anticipated testimony of Dr. Hill.)  A

POSA would have been led to Voswinckel JESC and Voswinckel JAHA, which put into practice the teachings of the '212 patent. (*Id.*)

463.    Voswinckel JESC discloses human clinical trials using inhaled treprostinil in dosages that fall within the 15 to 90 µg range of claim element 1[c] of the '793 patent. (DTX447.) Voswinckel JESC discloses doses of 16, 32, 48, and 64 µg/mL delivered for 6 minutes, (*id.* at Methods), and a POSA would have reasonably assumed that at least 1 mL of treprostinil solution was administered. (Anticipated testimony of Dr. Hill and Dr. Gonda.) Voswinckel JESC explains that the lowest dose of 16 µg produces "significant long-lasting pulmonary vasodilatation." (DTX447 at Conclusion.) Accordingly, a POSA would have had a reasonable expectation of successfully treating pulmonary hypertension in humans with inhaled treprostinil based on the combination of the '212 patent and Voswinckel JESC. (Anticipated testimony of Dr. Hill.)

464.    Based on known issues with patient compliance for inhaled therapies with long administration times (*see* ¶¶ 420-421 above), a POSA would have been motivated to further decrease the 6-minute administration time in Voswinckel JESC. Several studies indicated that reducing administration time or the number of breaths required for therapy could improve adherence rates. (*Id.*) The state of the art in 2006 further demonstrated breaths and/or administration time could be reduced without sacrificing therapeutic efficacy. (*See* DTX023 at [0063], [0067]; DTX293 at Abstract; DTX261, DTX347 at 298.)

465.    A POSA in 2006 would have understood that treatment with lower administration time could still produce positive effects in patients by increasing the concentration of inhaled treprostinil used. (Anticipated testimony of Dr. Hill.) Voswinckel JAHA confirms this teaching as it describes inhaled treprostinil administered in three breaths at a concentration of 600 µg/mL. (DTX438 at Methods.)

466.    Given the motivation to reduce administration time, the fact that all of the authors on Voswinckel JESC are also authors on Voswinckel JAHA (in addition to others), and the fact that the '212 patent, Voswinckel JESC, and Voswinckel JAHA all disclose the use of inhaled treprostinil for pulmonary hypertension, a POSA in 2006 would have found and relied on Voswinckel JAHA.  (Anticipated testimony of Dr. Hill.)  Voswinckel JAHA discloses an inhalable treprostinil regimen delivered to patients with pulmonary hypertension in just 3 single breaths that is still effective in reducing pulmonary vascular resistance.  (DTX438 at Methods, Results.)  A POSA would thus have had a reasonable expectation of successfully treating pulmonary hypertension in humans using inhaled treprostinil in doses of 15-90 µg in 1 to 3 breaths, as taught by the '212 patent and Voswinckel JESC in combination with Voswinckel JAHA.  (Anticipated testimony of Dr. Hill.)

467.    UTC argues Voswinckel JESC's disclosure of side effects weighs against any motivation to combine the '212 patent, Voswinckel JESC, and Voswinckel JAHA.  Voswinckel JESC, however, confirms that the claimed dose of 16 µg had no adverse side effects while side effects at higher doses were "mild and transient."  (DTX447 at Results, Conclusion.)  It further discloses that side effects *may* occur for higher doses.  (*Id.* at Conclusion.)  Similarly, Voswinckel JAHA disclosed that "[n]o side effects have been observed by patients during long-term treatment."  (DTX438 at Results.)  A POSA thus would not have been deterred from relying on Voswinckel JESC's or Voswinckel JAHA's teachings.   (Anticipated testimony of Dr. Hill; Anticipated testimony of Dr. Waxman.)

468.    Furthermore, even the '793 patent discloses side effects resulting from treprostinil treatment like flushing, transient cough, bronchoconstriction, and headache that are similar to those described in the prior art like Voswinckel JESC.  (JTX3 at 16:6-11.)  The same is true for Tyvaso®,

Remodulin®, and Ventavis®—the labels for these drugs disclose side effects similar to, or more severe than, those in Voswinckel JESC.  (DTX366, DTX653 at 1, 4, 5; DTX264 at 4-5, 6; DTX345 at 6-8, 9.)  Therefore, a POSA would not have been discouraged by the mild and transient side effects disclosed in the prior art, and instead would have been motivated to administer the claimed dosing regimen to achieve the reported clinical benefits.  (Anticipated testimony of Dr. Hill.)

469.    Moreover, potential side effects are always weighed against potential clinical benefit.  Pulmonary arterial hypertension is a serious, life-threatening disease where patients and physicians are willing to tolerate side effects, particularly mild and transient ones, to obtain clinical benefit.  (Anticipated testimony of Dr. Hill.)

### b.    Independent Claim 1

470.    Each of the limitations of claim 1 are disclosed and rendered obvious by the combination of the '212 patent, Voswinckel JESC, and Voswinckel JAHA.  The limitations of claim 1 are reproduced as follows:

> **(1)    Claim Element 1[a]: "A method of treating pulmonary hypertension comprising administering by inhalation to a human suffering from pulmonary hypertension a therapeutically effective single event dose of a formulation comprising treprostinil or a pharmaceutically acceptable salt thereof"**

471.    The '212 patent discloses claim element 1[a] of the '793 patent.

472.    As explained in Section IV.C.1.a, the '212 patent describes an invention for administering a therapeutically effective amount of benzindene prostaglandin or a pharmaceutically acceptable salt thereof, and delivering benzindene prostaglandin to treat pulmonary hypertension, including PAH.  (DTX253 at 2:16-18, 2:66-3:5, 4:10-13, 4:41-54, 7:18-24, claims 1-12.)

473.    The '212 patent specifically discloses administering by inhalation explaining "benzindene prostaglandin is delivered by inhalation to a patient in need thereof in a 'therapeutically effective amount.'" (*Id.* at 6:56-58.)

474.    The '212 patent explains UT-15 as the most preferred benzindene prostaglandin. (*Id.* at 4:38.)  A POSA would have understood that UT-15 is treprostinil sodium.  (Anticipated testimony of Dr. Hill; Anticipated testimony of Dr. Gonda.)

475.    The '212 patent further discloses that a therapeutically effective amount is an "amount that has therapeutic effects on the condition intended to be treated or prevented," (DTX253 at 6:58-61), and notes that "[t]he precise amount that is considered effective for a particular therapeutic purpose will, of course, depend upon the specific circumstances of the patient being treated and the magnitude of effect desired by the patient's doctor." (*Id.* at 6:66-7:2.) Finally, the '212 patent specifically claims treating pulmonary hypertension in humans with an effective amount of inhaled treprostinil.  (*Id.*, claim 6.)

476.    Voswinckel JESC also discloses claim element 1[a] of the '793 patent.  The abstract describes a clinical study where, using an OptiNeb® ultrasonic nebulizer, patients received a dose of treprostinil for 6 minutes at a concentration of 16, 32, 48, or 64 μg/ml.  (DTX447 at Methods.)

477.    Voswinckel JESC further discloses that at the lowest concentration, "near maximal pulmonary vasodilatation is achieved without adverse effects." (*Id.* at Conclusion.)  As such, Voswinckel JESC confirms, in humans, the teachings of the '212 patent.

478.    Voswinckel JAHA discloses treating patients with pulmonary hypertension by administering treprostinil sodium through inhalation.  (DTX438 at Objective, Methods.)  The Voswinckel JAHA study examines the safety, tolerability, and clinical efficacy of inhaled treprostinil sodium on 17 patients with pulmonary hypertension and reports treprostinil sodium

produces "sustained, highly pulmonary selective vasodilatation." (*Id.* at Methods, Results.)  Thus, like Voswinckel JESC, Voswinckel JAHA confirms the teachings of the '212 patent.

479.    Finally, Voswinckel JESC describes a study investigating "the acute hemodynamic response to inhaled treprostinil," in which patients with pulmonary hypertension were administered nebulized treprostinil solution in a single event dose over 6 minutes, resulting in "significant long-lasting pulmonary vasodilatation" with "near maximal pulmonary vasodilatation is achieved without adverse effects."   (DTX447 at Background, Methods, Conclusion.) Voswinckel JAHA describes treating "patients with severe pulmonary hypertension" with "Inhaled Treprostinil Sodium (TRE)" with a single event dose of "3 single breaths" of "TRE solution 600 µg/ml," resulting in "strong pulmonary selective vasodilatory efficacy with a long duration of effect following single acute dosing."  (DTX438 at Title, Methods, Conclusion.)  It further notes two patients with idiopathic pulmonary arterial hypertension showed improvements on NYHA and 6MWD (*id.* at Results) and explains "[n]o side effects have been observed by the patients during long-term treatment." (*Id.* at Results.)

### (2)    Claim Element 1[b]: "with an inhalation device,"

480.    The '212 describes nebulizers and inhalers, which are inhalation devices. Specifically, the '212 patent explains that "'[i]nhalation' delivery . . . refers to the delivery of the active ingredient or combination of active ingredients through a respiratory passage . . . ." (DTX253 at 4:41-43.)   The '212 patent further explains "[p]referably, a nebulizer, inhaler, atomizer, or aerosolizer is used which forms droplets from a solution or liquid containing the active ingredient(s)." (*Id.* at 5:30-33.)  And the '212 patent claims "treating pulmonary hypertension" with inhaled treprostinil, which would require an inhalation device.  (*Id.*, claim 6.)

166

481.    Voswinckel JESC and Voswinckel JAHA also used inhalation devices.  (DTX447 at Methods ("OptiNeb ultrasound [sic] nebulizer"); DTX438 at Methods (same).)  Nebulizers and inhalers were frequently used before 2006 to deliver therapeutics to patients via an inhalation route. (Anticipated testimony of Dr. Hill.)  Accordingly, a POSA in 2006 would have easily appreciated that nebulizers and inhalers are inhalation devices.

> **(3)    Claim Element 1[c]: "wherein the therapeutically effective single event dose comprises from 15 micrograms to 90 micrograms of treprostinil or a pharmaceutically acceptable salt thereof"**

482.    The '212 patent in combination with Voswinckel JESC renders obvious claim element 1[c] of the '793 patent.

483.    The '212 patent discloses and claims administering a therapeutically effective single event dose of UT-15 to treat pulmonary hypertension.  (DTX253 at 2:66-3:5, 4:38, claims 6, 9.)  In some examples, the '212 patent compares aerosolized and intravenous delivery of UT-15 on pulmonary hypertension in a sheep model.  (*Id.* at Examples IV-V.)[21]  Compared to intravenous delivery, the '212 patent discloses aerosolized UT-15 "has a greater potency . . . since the actual amount of UT-15 delivered via aerosolization delivery is only a fraction (10-50%) of the dosage delivered intravascularly."  (*Id.* at 8:8-12.)  A POSA reading this disclosure would have inferred that a lower dose of inhaled UT-15 may be used to treat pulmonary hypertension in a manner similar to that produced with intravenous delivery.

---

[21] To the extent UTC argues a POSA would not rely on the disclosures of the '212 Patent because the '212 Patent describes sheep, UTC is wrong.  The '212 Patent is not strictly limited to sheep; the claims expressly recite methods of treating a mammal which includes a human.  (DTX253 at claims 1, 5; Anticipated testimony of Dr. Hill.)  As well, UTC's argument ignores the fact that the '212 Patent is a UTC patent.  Thus UTC, relying on sheep data, included claims for mammals, which obviously includes humans.

484.    A POSA as of May 2006 would be motivated by the above disclosure to determine a more precise dose of inhaled treprostinil for humans.  As explained in paragraphs 461-462 above, a POSA would have been motivated to look for examples of administration of inhaled treprostinil to human, since the '212 patent discloses examples of successful administration in sheep and claims administering, via inhalation, an effective amount of treprostinil.

485.    Because Voswinckel JESC describes such a study in humans, a POSA would have readily found Voswinckel JESC.  Voswinckel JESC describes, in humans, a clinical study in which patients with pulmonary hypertension were treated with a single dose of inhaled treprostinil. (DTX447 at Methods, Results.)  The single dose produced "significant long-lasting pulmonary vasodilatation."  (*Id.* at Conclusion.)

486.    A POSA would have arrived at reliable estimates of the doses provided in Voswinckel JESC and Voswinckel JAHA—doses which overlap with the dose range claimed in the '793 patent.  (Anticipated testimony of Dr. Hill and Dr. Gonda.)

487.    *First*, patients in the Voswinckel JESC study inhaled single doses of 16, 32, 48, or 64 µg/mL of treprostinil solution delivered using the OptiNeb® ultrasonic nebulizer.  (DTX447 at Methods.)  The solution was delivered for 6 minutes.  (*Id.*)  Voswinckel JESC further discloses "near maximal pulmonary vasodilatation" was achieved with the 16 µg/mL dose.  (*Id.* at Conclusion.)  As explained above in ¶¶ 435-436, a POSA would have expected that the patients in the Voswinckel JESC study received between at least 16, 32, 48, or 64 µg (based on the baseline, common sense expectation of a POSA that at least 1 mL[22] of solution would be nebulized over 6

_____

[22] To the extent UTC argues "numerous variables" are allegedly needed to calculate a single event dose, UTC is wrong.  Even if true, a POSA would have expected that the authors of Voswinckel JESC—part of the highly respected and experienced Giessen Group—would have accounted for these variables.  (Anticipated testimony of Dr. Hill.)

minutes, regardless of nebulizer, and concentrations of 16, 32, 48, or 64 µg/mL were administered).[23]  These doses are within the 15-90 µg range disclosed by the '793 patent.  Based on the dosage disclosed and the fact that patients showed significant pulmonary vasodilatation after treatment, a POSA reading the '212 patent in combination with Voswinckel JESC would have a reasonable expectation of successfully treating pulmonary hypertension in humans by administering, via inhalation, 15-90 µg of treprostinil.

488.   A POSA could have also calculated a therapeutically effective dose of inhaled treprostinil based on the '212 patent's disclosure that the inhalation dose is only a fraction (10-50%) of the intravenous dose.  Intravenous dosages for treprostinil were well-known at the time of the '793 patent.  For example, in 2004, the FDA approved intravenously delivered treprostinil under the brand name Remodulin® for treatment of pulmonary hypertension.  (DTX264.)  The Remodulin® label prescribes a daily dose of 1.25 ng/kg/min for a patient between 60-65 kg.  (*Id.* at 10-11.)  Based on the below calculation, the Remodulin® label prescribes a dosage of 108 to 117 µg of treprostinil:

- 1.25 ng/kg/min*60kg*(24*60)min*0.001 ug/ng = 108 µg

- 1.25 ng/kg/min*65kg*(24*60)min*0.001 ug/ng = 117 µg

A POSA would have multiplied the 108 to 117 µg range by the 10-50% fraction disclosed by the '212 patent as follows:

---

[23] Even if more than 1 mL of solution was used, the calculated dose would still fall within the 15-90 µg range.  For example, the OptiNeb® device used before 2006 delivered solution at 0.6 ml/min.  (DTX348 at 28; *see also* DTX349.)  Voswinckel JESC describes administering inhaled treprostinil in concentrations of 16, 32, 48, and 64 µg/mL.  (DTX447 at Methods).  At 0.6 mL/min and continuous administration of solution across 6 minutes then, a patient may receive approximately 3.6 ml of solution (0.6 ml/min * 6 min). At the 16 µg/ml dose in Voswinckel JESC, the patient would accordingly receive 57.6 µg (16 µg/mL * 0.6 mL/min * 6 min).  As noted in ¶ 435 above, furthermore, if 3-5 mL of solution was delivered, doses delivered would still fall within the claimed range.

- For the lowest end: 108 µg * 10% = 10.8 µg

- For the highest end: 117 µg * 50% = 58.5 µg[24]

489.    UTC contends the second calculation does not render obvious the 15-90 µg single

event dose in claim 1[c] because the '212 patent describes a daily dose while Voswinckel JAHA

teaches dividing the daily dose by 4.  Thus, according to UTC, dividing the doses of 10.8 µg and

58.5 µg would render the doses outside claim 1[c].

490.    The Remodulin® label teaches that 1.25 ng/kg/min is a starter dose and further

teaches a POSA to up-titrate the dose by 1.25 ng/kg/min per week.  (DTX264 at 7.)  Up-titrating

just in a single week would result in 2.50 ng/kg/min and, based on the calculations above and

dividing by 4, would result in a dose of at least 29.25 µg (117 µg daily dose divided by 4) for a 65

kg patient, well within the claimed 15-90 µg range.  (Anticipated testimony of Dr. Hill.)

491.    To the extent UTC contends that the prior art discloses "initial concentrations of

pre-aerosolized drug," but not the disclose the dose administered to a patient, UTC is wrong.

492.    The '212 Patent and Voswinckel JESC describe delivering treprostinil to a patient,

as opposed to an amount of drug that is deposited in the lungs or an amount loaded into an

---

[24]This is consistent with the dosages disclosed in the '212 patent. The '212 patent describes an inhalation dosage for treating peripheral vascular disease that "should be sufficient to deliver an amount that is equivalent to a daily infusion dose in the range of 25 µg to 250 mg; typically from 0.5 µg to 2.5 mg, preferably from 7 µg to 285 µg, per day per kilogram bodyweight." (DTX253 at 5:59-62.) The '212 patent further describes "aerosolized UT-15 has a greater potency as compared to intravascularly administered UT-15, since the actual amount of UT-15 delivered via aerosolization delivery is only a fraction (10-50%) of the dosage delivered intravascularly." (*Id.* at 8:9-12.) Reading these disclosures, a POSA would have been motivated to deliver an effective daily dose of 2.5. µg to 125 mg of inhaled treprostinil (based on a calculation of 10-50% of the 25 µg to 250 mg daily infusion dose). This range encompasses the entire range claimed in the '793 patent. Because the '212 patent is directed to treating peripheral vascular disease and pulmonary hypertension (*id.* at 13:26-14:29, claims 1, 6, and 9), a POSA would have had a reasonable expectation that the 2.5 µg to 125 mg dosage range disclosed in the '212 patent would be used to treat pulmonary hypertension.  A POSA would have understood that dosing for peripheral vascular disease and pulmonary arterial hypertension are similar.  (Anticipated testimony of Dr. Hill.)

inhalation device.  For example, the '212 Patent states "the dosage for inhalation, taking into account that some of the active ingredient is breathed out and not taken into the bloodstream, should be sufficient to deliver an amount that is equivalent to a daily infusion dose . . . (DTX253 at 5:56-62; *see also* 9:7-14.)  Voswinckel JESC, too, expressly discloses that patients "inhaled . . . treprostinil . . . in concentrations of 16, 32, 48, and 64 µg/ml," (DTX447 at Methods) which a POSA would understand is the concentration of treprostinil actually inhaled.  (Anticipated testimony of Dr. Hill.)   A POSA, furthermore, would have assumed the concentrations in Voswinckel JESC were average values that already accounted for variables such as type of inhalation device, gas (air) flow, pressure, and density, fill and dead volumes, humidity, temperature, patient breathing patterns, and inhalation device interface.  (Anticipated testimony of Dr. Hill.)

493.    Even if the concentrations disclosed in Voswinckel JESC refer to concentrations of the drug in the pre-aerosolized solution, the claimed range of 15-90 µg would still have been obvious.  Assuming for the sake of argument that the 16, 32, 48, and 64 µg/ml concentrations provided in Voswinckel JESC refer to 1 mL concentrations loaded into the nebulizer, and a large percentage (*e.g.*, 50%) of the loaded dose was lost between the device reservoir and the mouthpiece, this still results in inhaled doses of 8, 16, 24, and 32 µg, respectively, which includes doses in the claimed 15-90 µg range.  Indeed, even a loss of 75% would still result in a dose within the claimed range (64 µg/mL * 1 mL * 0.25 = 16 µg dose).  (Anticipated testimony of Dr. Hill and Dr. Gonda.)

494.    Moreover, UTC is also wrong to the extent it argues the prior art does not account for numerous variables needed to calculate dose (*e.g.*, temperature, humidity, patient breathing patterns amongst other variables).  As noted in the immediately preceding paragraphs, a POSA

would have understood that Voswinckel JESC discloses the concentrations inhaled by the patient at the mouthpiece, removing any need to account for variability.  (Anticipated testimony of Dr. Hill and Dr. Gonda.)  Clinicians, furthermore, did not regularly account for these variables in clinical practice because each variable was already inherent in the management of medication and was accounted for to ensure uniform dosing among patients. (*Id.*)  A POSA would have recognized the authors of the prior art were experts in the field (and were conducting studies supported by UTC or its subsidiary Lung Rx), particularly because the authors were members of the well-known Giessen group and had previously published respected articles on inhaled therapies for treating pulmonary arterial hypertension.  (*See e.g.* DTX336.)  Accordingly, a POSA would have expected the authors would have accounted for the variables.  (Anticipated Testimony of Dr. Hill and Dr. Gonda.)

495.    Thus, a POSA in 2006 would have readily arrived at an effective single event inhalation doses within the range of the claimed dosage range of 15-90 μg.  (Anticipated testimony of Dr. Hill and Dr. Gonda.)

### (4)    Claim Element 1[d]: "delivered in 1 to 3 breaths"

496.    The '212 patent in combination with Voswinckel JAHA renders obvious claim element 1[d] of the '793 patent.

497.    Given known issues with patient nonadherence to inhalation therapies (*see supra* Section IV.B.3), a POSA would have sought out disclosures that reduced the overall number of breaths or administration time for inhalable treprostinil, while still being effective.  A subset of the Voswinckel JESC authors had in fact published the results of another study that did exactly this (DTX438), and thus, a POSA would have been motivated to look at that study in combination with the '212 patent and Voswinckel JESC.

498.     Voswinckel JAHA describes a study where patients received treprostinil salt inhalation "by use of the pulsed OptiNeb® ultrasound [sic] nebulizer"[25] in "(3 single breaths, TRE solution 600 µg/ml)." (DTX438 at Methods.)  Voswinckel reports this 3-breath dose "resulted in a sustained, highly pulmonary selective vasodilatation over 120 minutes." (*Id.* at Results.)  In order to maintain dosage but in a shorter duration time, it is, and would have been in 2006, common practice to increase the concentration of drug delivered in a particular time window.  Voswinckel JAHA confirms this as it discloses a 600 µg/ml concentration. (*Id.* at Methods.)  Patients showed excellent tolerability at the high concentration and short inhalation time. (*Id.* at Conclusion.)

499.     A POSA would have applied the teachings of Voswinckel JAHA to the disclosures in the '212 patent and Voswinckel JESC with a reasonable expectation of success.  The '212 patent teaches delivering a benzindene prostaglandin to a patient in need thereof in a "therapeutically effective amount."  The '212 patent further discloses the "precise amount that is considered effective for a particular therapeutic purpose will, of course, depend upon the specific circumstances of the patient being treated and the magnitude of effect desired by the patient's doctor[,]" and "[t]itration to effect may be used to determine proper dosage." (DTX253 at 6:56-7:3.)  And the '212 patent explicitly claims administering an "effective amount" of treprostinil via inhalation for the treatment of pulmonary hypertension. (*Id.* at claim 6.)  By 2006, the state of the art recognized that titration to effect was important in patients with pulmonary disease. (Anticipated testimony of Dr. Hill.)  A POSA would have understood the specific circumstances of the patient include maintaining adherence to a treatment regimen and accordingly reduce the number of inhaled breaths to 3, as disclosed in Voswinckel JAHA. (*Id.*)

---

[25] A POSA would have reasonably concluded that the authors of Voswinckel JAHA properly instructed patients on how to use the pulsed nebulizer.  (Anticipated testimony of Dr. Hill.)

500.    To the extent UTC contends that Voswinckel JAHA discloses only pre-aerosolized concentration and does not account for variables needed to determine single event dose or teach a patient how to coordinate breaths, its argument fails for the same reasons noted in paragraphs 491-495.

### c.    Dependent Claim 4

501.    Dependent claim 4 recites: "The method of claim 1, wherein the inhalation device is a dry powder inhaler."  The '212 patent in combination with Voswinckel JESC and Voswinckel JAHA discloses dependent claim 4 of the '793 patent.

502.    The '212 Patent discloses that an "inhaler" may be used to deliver the treprostinil salt and specifies that "solid formulations, usually in the form of a powder, may be inhaled in accordance with the present invention."  (DTX253 at 5:30-39.)  The '212 Patent also claims administering a dry powder formulation for the treatment of pulmonary hypertension and, accordingly, a POSA would understand that a dry powder inhaler would be used.  (*See id*., claim 9.)  As such, a POSA would understand the '212 Patent to disclose the use of a dry powder inhaler to deliver the "powder" treprostinil formulation.

503.    And because the '212 Patent discloses inhalation of a treprostinil "powder" via an "inhaler," a POSA would have been motivated to deliver a treprostinil powder via a dry powder inhaler with a reasonable expectation of success.  (DTX253 at 5:30-39; *see also id*. at claim 9.)

### d.    Dependent Claim 6

504.    Dependent claim 6 recites: "The method of claim 4, wherein the formulation is a powder."  The '212 patent in combination with Voswinckel JESC and Voswinckel JAHA discloses dependent claim 6 of the '793 patent.

505.    The '212 Patent discloses and claims inhalation of a "powder" treprostinil formulation.  (DTX253 at 5:37-39 ("Alternatively, solid formulations, usually in the form of a

powder, may be inhaled in accordance with the present invention."), claim 9 ("The method of claim 6, wherein said [treprostinil] is inhaled in powder form . . . .").) For the reasons stated above (*see supra* Section IV.C.2.c), a POSA would have been motivated to pursue the delivery of a "powder" formulation to PH patients as disclosed in the '212 Patent with a reasonable expectation of success.

### e.    Dependent Claim 7

506.    Dependent claim 7 recites: "The method of claim 6, wherein the powder comprises particles less than 5 micrometers in diameter." The '212 patent in combination with Voswinckel JESC and Voswinckel JAHA discloses dependent claim 7 of the '793 patent.

507.    The '212 patent specifically claims particle size less than 10 micrometers, (DTX253 at claim 9), and discloses "more preferably, less than 5 micrometers in diameter." (*Id.* at 5:40-41.)

508.    A POSA furthermore would have known to use a powder with particle size less than 5 micrometers. (Anticipated testimony of Dr. Hill.) POSAs generally did not prescribe inhalation therapies for lung diseases with particles larger than 10 micrometers as larger particles impacted on the upper airways. Conversely, to reach areas of gas exchange, it was known that particles needed to be 2 to 3 micrometers. (*Id.*)

### f.    Dependent Claim 8

509.    Dependent claim 8 recites: "The method of claim 1, wherein the formulation contains no metacresol." The '212 patent in combination with Voswinckel JESC and Voswinckel JAHA further discloses dependent claim 8 of the '793 patent.

510.    The '212 patent discloses administration of treprostinil containing no metacresol because it contains no disclosure requiring the presence of metacresol in the described formulation. (*See generally* DTX253.) Indeed, the use of preservatives in inhalation products was strongly

discouraged by 2006, and inhaled products were known to explicitly not include preservatives. (DTX340 at 137-38;  DTX341 at 1, 3; DTX345 at Description.)

511.    Moreover, the '212 patent describes a "more preferred" formulation that contains no metacresol.  (*See* DTX253 at 5:25-29.)  Specifically, the patent states, "[a] more preferred solution is prepared by mixing 0.125 grams of UT-15, 1.25 grams hydrous sodium citrate, 0.125 grams of anhydrous citric acid, 0.05 grams of sodium hydroxide, and approximately 250 ml of water for injection." (*Id*.)  Additionally, the '212 patent discloses steps of preparing a treprostinil inhalation solution that does not include metacresol.  (*Id*. at 8:39-44 ("Inhalation solutions were prepared by combining 1.25 grams of Sodium Citrate (Hydrous), 0.125 Citric Acid (Anhydrous), 0.05 grams of Sodium Hydroxide (NF/BP), 0.125 grams of UT-15, and approximately 250 ml of Water for Injection according to the following steps.").)  Accordingly, a POSA would know from the '212 patent that treprostinil formulations containing no metacresol could be administered by inhalation, and were actually "more preferred," in May 2006.  (Anticipated testimony of Dr. Gonda.)

512.    Additionally, Voswinckel JAHA discloses administration of a treprostinil solution containing no metacresol.  Specifically, Voswinckel JAHA states that the subjects received a "preservative free solution of inhaled TRE." (DTX438 at Methods.)  Because metacresol was a known preservative in May 2006 (*see* JTX3 at 15:40-41), a POSA would understand that the treprostinil solution described in Voswinckel JAHA contained no metacresol.

3.      **Claims 1, 4, and 6-8 Are Obvious Over the '212 Patent in Combination with Voswinckel JESC**

a.      **Motivation to Combine the '212 Patent with Voswinckel JESC**

513.    A POSA would have been motivated to combine the '212 patent with Voswinckel JESC with a reasonable expectation of success for the reasons detailed above.  (*See supra* § IV.C.2.a).

b.      **Independent Claim 1**

(1)     **Claim Elements 1[a]-1[c]: "A method of treating pulmonary hypertension comprising administering by inhalation to a human suffering from pulmonary hypertension a therapeutically effective single event dose of a formulation comprising treprostinil or a pharmaceutically acceptable salt thereof with an inhalation device, wherein the therapeutically effective single event dose comprises from 15 micrograms to 90 micrograms of treprostinil or a pharmaceutically acceptable salt thereof"**

514.    As explained in Sections IV.C.2.b(1)-IV.C.2.b(2), the '212 patent discloses claim elements 1[a] and 1[b].  As further explained above, the '212 patent in combination with Voswinckel JESC discloses element 1[c].  (*See supra* Section IV.C.2.b(3).)

(2)     **Claim Element 1[d]: "delivered in 1 to 3 breaths"**

515.    In view of the general state of knowledge in 2006, a POSA would have understood that the '212 patent and Voswinckel JESC render obvious claim element 1[d] of the '793 patent.

516.    The '212 patent describes "[t]he precise amount [of prostaglandin benzindene] that is considered effective for a particular therapeutic purpose will, of course, depend upon the specific circumstances of the patient being treated and the magnitude of effect desired by the patient's doctor."  (DTX253 at 6:66-7:2.)  It further discloses titrating to determine proper dosage of inhaled UT-15.  (*Id.* at 7:3.)

517.    Voswinckel JESC describes administering treprostinil by inhalation over a period of 6 minutes in concentrations of 16, 32, 48, and 64 μg/ml.  (DTX447 at Methods.)  Due to known problems with patient adherence by 2006 (*see supra* ¶¶ 420-421), a POSA in 2006 reading the '212 patent and Voswinckel JESC would have been motivated to minimize the number of breaths required for administration of treprostinil by inhalation.  (Anticipated testimony of Dr. Hill.)

518.    The general state of knowledge in the field as of May 2006 teaches that delivery by inhalation could still be safe and effective when delivered in a few breaths.  For example, Geller 2003 describes treating cystic fibrosis with a dose of rhDNase delivered in "three inhalations in a single sitting."  (DTX293 at Abstract.)  And both Voswinckel JAHA and Voswinckel 2006 taught doing so for treprostinil.  (DTX438 at Methods; DTX259 at 150.)  Based on the state of the field, a POSA in 2006 reading the '212 patent and Voswinckel JESC then would have had a reasonable expectation of success in reducing the number of breaths required for administration of inhalable treprostinil.

519.    A POSA would have accordingly been motivated to titrate to effect, as taught in the '212 patent, down to a few breaths.  Optimization of dosing time, frequency, and concentration is routine practice in pulmonary medicine and was routine in 2006.  (*See* DTX316 at 1867 (explaining that, in a pulmonary hypertension study using inhaled iloprost, some patients received an increased dose when their symptoms did not improve after three months of treatment on the initial dose); DTX318 at 962 (explaining that aerosolized prostacyclin therapy in patients with adult respiratory distress syndrome may need to be titrated for individual patients "to produce selective vasodilation in well-ventilated lung areas").)

520.    Physicians in 2006 commonly altered administration time to deliver treatment that would be safe and effective in light of a patient's age, stage of disease, reaction to other medication,

and previous level of compliance. (Anticipated testimony of Dr. Hill.) Physicians would begin with a short administration time (to increase adherence and minimize side effects) and high concentration (to maintain effectiveness), and then would further optimize the time and dose based on the patient's response. (*Id.*) Accordingly, a POSA relying on the teachings of the '212 patent and Voswinckel JESC as well as routine practice would have delivered inhaled treprostinil in 1 to 3 breaths.

### c. Dependent Claims 4 and 6-8

521. For the reasons described in Sections IV.C.2.c-IV.C.2.f above, the '212 patent and Voswinckel JESC disclose dependent claims 4, 6, 7 and 8 of the '793 patent.

### 4. Claim 1 is Anticipated by Ghofrani

522. Each limitation of claim 1 is disclosed and therefore anticipated by Ghofrani.

> **a.** **Claim Element 1[a]: "A method of treating pulmonary hypertension comprising administering by inhalation to a human suffering from pulmonary hypertension a therapeutically effective single event dose of a formulation comprising treprostinil or a pharmaceutically acceptable salt thereof"**

523. Ghofrani discloses claim element 1[a] of the '793 patent.

524. Ghofrani describes a clinical trial in which "17 patients with severe pre-capillary pulmonary hypertension were administered inhaled treprostinil (15 mcg/inhalation)." (DTX261, DTX347 at 298.)

525. Ghofrani further discloses the administered treprostinil was used in treating a human with pulmonary hypertension and in a therapeutically effective manner. Ghofrani explains, "[i]nitial trials [showed] proof of efficacy of inhaled treprostinil for the effective reduction of the pulmonary vascular resistance . . . ." (*Id.*) It further explains that inhaled treprostinil led to a major reduction in pulmonary selective pressure and resistance. (*Id.*)

179

526.    A single event dose is also disclosed in Ghofrani.  Patients were administered inhaled treprostinil in "15 mcg/inhalation." (*Id.* at 298.)  Ghofrani also suggests "it is possible to increase the dosage to up to 90 mcg (absolute inhaled dose per inhalation exercise) without adverse effects occurring." (*Id.*)  A POSA would have understood the per inhalation and inhalation exercise language discloses a single event dose.  Thus, the 15 mcg to 90 mcg dosing range described in Ghofrani directly discloses the dose claimed in element 1[a] of the '793 patent.

### b.    Claim Element 1[b]: "with an inhalation device,"

527.    Ghofrani discloses an inhalation device. Ghofrani states that patients "were administered inhaled treprostinil (15 mcg/inhalation)." (*Id.* at 298.)  Ghofrani further notes "the inhalation period can be reduced to < 1 min. by selecting a suitable device." (*Id.*)  A POSA would have understood by common sense logic that inhaled treprostinil requires an inhalation device, because, without a device, inhaled treprostinil could not be delivered.  (Anticipated testimony of Dr. Hill.)  A POSA would have further understood that a suitable device for administration by inhalation is an inhalation device. (*Id.*)  To deliver drugs by inhalation, clinicians in 2006 regularly used inhalation devices, including nebulizers and inhalers. (*Id.*)  Thus, a POSA would have understood Ghofrani to disclose use of an inhalation device.

### c.    Claim Element 1[c]: "wherein the therapeutically effective single event dose comprises from 15 micrograms to 90 micrograms of treprostinil of a pharmaceutically acceptable salt thereof"

528.    Ghofrani discloses inhaled treprostinil delivered in a 15 mcg/inhalation dosage. (DTX261, DTX347 at 298.)  Ghofrani also suggests "it is possible to increase the dosage up to 90 mcg (absolute inhaled dose per inhalation exercise) without adverse effects occurring." (*Id.*)  The 15 mcg to 90 mcg dosing range disclosed in Ghofrani corresponds to the entire 15 to 90 microgram dosage claimed in element 1[c] of the '793 patent.

180

    **d. Claim Element 1[d]: "delivered in 1 to 3 breaths."**

 529. Ghofrani discloses claim element 1[d] by stating that "the initial data shows that it is technically feasible for there to be only one to two breaths in an application." (*Id.*)

 530. Accordingly, a POSA would have understood Ghofrani to directly disclose every element of claim 1, and therefore anticipate claim 1.

    **5. Claim 1 is Anticipated by Voswinckel 2006**

 531. Each limitation of claim 1 is disclosed in and therefore anticipated by Voswinckel 2006.

    **a. Claim Element 1[a]: "A method of treating pulmonary hypertension comprising administering by inhalation to a human suffering from pulmonary hypertension a therapeutically effective single event dose of a formulation comprising treprostinil or a pharmaceutically acceptable salt thereof"**

 532. Voswinckel 2006 discloses administering inhaled treprostinil to three patients with severe pulmonary hypertension.  (DTX259 at 150.)

 533. Voswinckel 2006 further describes a single event dose.  The three patients in the study were administered "a single 15-µg dose of treprostinil, inhaled in 3 breaths through a modified OptiNeb ultrasonic inhalation device . . . ." (*Id.*)

 534. Voswinckel 2006 reports "single applications of inhaled treprostinil induced highly pulmonary selective and sustained vasodilatation. The drug was clinically effective, safe, and well tolerated when 15 µg [of treprostinil] was inhaled in 3 breaths 4 times daily." (*Id.*)  It further describes 2 patients treated over 3 months whose functional status "improved dramatically." (*Id.*)  Accordingly, Voswinckel 2006 discloses claim element 1[a].

b.      **Claim Element 1[b]: "with an inhalation device,"**

535.    Voswinckel 2006 describes "administration of a single 15-μg dose of treprostinil, inhaled in 3 breaths through a modified OptiNeb ultrasonic **inhalation device** . . . ." (*Id.* (emphasis added).)  Voswinckel 2006 thus discloses claim element 1[b].

c.      **Claim Element 1[c]: "wherein the therapeutically effective single event dose comprises from 15 micrograms to 90 micrograms of treprostinil of a pharmaceutically acceptable salt thereof"**

536.    Voswinckel 2006 describes "administration of a single 15-μg dose of treprostinil," (*id.*), a dose that matches the 15-μg dose claimed in element 1[c] of the '793 patent.  Voswinckel 2006 thus discloses claim element 1[c].

d.      **Claim Element 1[d]: "delivered in 1 to 3 breaths."**

537.    Patients in the Voswinckel 2006 were administered treprostinil, "inhaled **in 3 breaths** . . . ." (*Id.* (emphasis added).)  Accordingly, Voswinckel 2006 discloses claim element 1[d].

6.      **No Secondary Considerations of Non-Obviousness Support the Validity of the '793 Patent's Asserted Claims**

538.    UTC does not provide sufficient evidence to demonstrate secondary consideration of non-obviousness support the validity of the Asserted Claims of the '793 patent.

539.    UTC may first argue that Tyvaso® is a commercial embodiment of the '793 patent, and that Tyvaso satisfies a long-felt unmet need because (1) Tyvaso® is safer and easier to administer than other therapies; and (2) Tyvaso® can be used to treat a broader range of pulmonary hypertension patients.

540.    Tyvaso® is not a commercial embodiment of the '793 patent.  It is not administered as a "therapeutically effective single event dose," as required by the Asserted Claims of the '793 patent.  Instead, Tyvaso® is administered chronically in "4 separate, equally spaced treatment

sessions per day," each "approximately 4 hours apart." (DTX388 at 2.) The clinical studies supporting the approval of Tyvaso® did not examine therapeutic effectiveness after a single dose session; they only examined therapeutic effectiveness after multiple weeks of regular repeated administration of Tyvaso®. *(Id.* at 10 (stating that the primary efficacy endpoint of the TRIUMPH I trial was "the change in 6-Minute Walk Distance (6MWD) relative to baseline at 12 weeks."); *see also id.* at 12 (stating that the primary efficacy endpoint of the INCREASE study was "the change in 6MWD measured at peak exposure (between 10 and 60 minutes after dosing) from baseline to Week 16.").) Thus, there is no "therapeutically effective single event dose" of Tyvaso®. (Anticipated testimony of Dr. Hill.) Second, even if a single event dose of Tyvaso® was therapeutically effective (it is not), Tyvaso® is not "delivered in 1 to 3 breaths," which is also required by the Asserted Claims. Rather, the target maintenance dose for Tyvaso® is "9 to 12 breaths per treatment session, 4 times daily," with a minimum maintenance dose of 54 μg per "treatment session." (DTX388 at 1, 2; *see also id.* at 8.) The "9 to 12 breaths" for Tyvaso® plainly exceeds the claimed "1 to 3 breaths." (JTX3 at claims 1, 4, 6-8.) Accordingly, Tyvaso® does not have the required nexus to the Asserted Claims. UTC's arguments concerning safer and easier use are thus irrelevant.

541. Furthermore, Tyvaso® was never a first-line therapy. (Anticipated testimony of Dr. Hill.) Instead, Tyvaso® is a "bridge medication," "add-on therapy," and/or "niche drug" that is used for a limited period of time in patients with mild to moderate (but not severe) symptoms. (*Id.*) PAH is a progressive disease with severity increasing over time. Patients with mild symptoms start treatment with dual therapy including an endothelin receptor antagonist (*e.g.*, ambrisentan) and a PDE-5 inhibitor (*e.g.*, sildenafil). (*Id.*) A subset of these patients may also receive Tyvaso®. (*Id.*) As the disease progresses, Tyvaso® is discontinued and patients move to

infusion therapies, such as Remodulin®.  Of these patients treated by clinicians, only about 5-10% receive Tyvaso® at any given time.  (*Id.*)  Thus, the '793 patent does not meet a long felt, unmet need.

542.    Additionally, there is no nexus between UTC's argument that Tyvaso® can be used to treat a broader range of patients with pulmonary hypertension.  UTC argues the claims of the '793 patent cover pulmonary arterial hypertension, but not other groups of pulmonary hypertension and notably not Group 3 PH-ILD (for which Tyvaso® is also approved).  (Anticipated testimony of Dr. Waxman.)  UTC's argument that Tyvaso® can treat a broader range of patients is not relevant to the extent UTC argues that the claims of the '793 patent are limited only to pulmonary arterial hypertension.  Further, even if the claims of the '793 patent cover a broader range of pulmonary hypertension, Tyvaso® was only approved for treating interstitial lung disease in 2021—not by May 2006, and UTC has not shown that the '793 patent describes treatment of patients with PH-ILD.  (DTX388 at 1; *see also* DTX578.)  And as described further below, Tyvaso® is not approved to treat Group 2, 4, or 5 pulmonary hypertension.  Thus, no nexus between the '793 patent claims and treating other forms of pulmonary hypertension.

543.    Furthermore, the fact that the '793 patent issued in July 2020, over 10 years after Tyvaso® was approved in July 2009, undermines UTC's argument that Tyvaso®, much less the invention claimed in the '793 patent, satisfied a long-felt but unmet need in July 2009.  (*See* DTX366; *see generally* JTX3.)

544.    UTC further argues that the invention in the '793 patent showed unexpected results because the inventors showed treprostinil could be delivered in high doses over a short period of time with fewer side effects.  (Anticipated testimony of Dr. Waxman.)  UTC's argument in part, however, relies on a false comparison of inhaled therapies to intravenous therapies and to non-

treprostinil therapies like iloprost.  (Anticipated testimony of Dr. Waxman).  A POSA in 2006 would have expected local delivery of a drug by inhalation to be less toxic, and produce fewer side effects, compared to systemic delivery by intravenous infusion, as evidenced by Voswinckel JESC, which disclosed that the side effects upon local administration were mild and transient in nature. (DTX447 at Results.)  Second, a POSA would not have been discouraged from administering the claimed dosing regimen due to side effects associated with iloprost, because prior art specific to inhaled treprostinil reported no side effects at the claimed doses below 16 µg, and only potential "mild and transient" side effects at higher doses (with one exception).  (DTX447 at Results; *see also* DTX438 at Results ("No side effects have been observed by the patients during long-term treatment.").)

### D.   The Asserted Claims of the '793 Patent Are Also Invalid For Lack of Written Description Support and Lack of Enablement

#### 1.   Lack of Written Description Support for and Enablement of the "Method of Treating Pulmonary Hypertension" Recited in Claims 1, 4, and 6-8 of the '793 Patent

##### a.   The Inventors Were Not in Possession of a "Method of Treating Pulmonary Hypertension"

545.    The '793 patent lacks adequate written description of the "method of treating pulmonary hypertension" claimed in claims 1, 4, 6-8 of the '793 patent.

546.    As noted, in ¶ 394 above,  pulmonary hypertension is not a single condition, but is classified into five separate groups.  In particular, Group 1 pulmonary hypertension describes pulmonary arterial hypertension and Group 2 describes pulmonary venous hypertension, including hypertension associated with left heart disease.  (Anticipated testimony of Dr. Hill.)  A POSA would have understood that the term "pulmonary hypertension" encompasses all five Groups and that is confirmed in the specification of the '793 patent.  (*Id.*)  Further, a POSA would have

understood the term "pulmonary hypertension" encompasses both precapillary and postcapillary pulmonary hypertension. (*Id.*)

547.    The patent specification acknowledges the broad and differing types of pulmonary hypertension. (JTX3 at 1:27-2:62.) But the specification never discloses any method for treating postcapillary Group 2 pulmonary hypertension. Instead, the disclosures in the specification focus on inhaled treprostinil for precapillary pulmonary hypertension, including Group 1 pulmonary arterial hypertension.

548.    For instance, all of the Examples in the '793 patent classify patients enrolled in the study as having "precapillary pulmonary hypertension." (*See id.* at 9:35-37, 12:64-65.) The specification further discloses the patients were administered inhaled treprostinil. (*See id.* at 8:63-67, 12:8-17. ) Similarly, the '793 patent further incorporates by reference a study from Voswinckel R, et al. that only describes administering inhaled treprostinil in patients with precapillary pulmonary hypertension, including pulmonary arterial hypertension. (*See id.* at 5:10-12 (incorporating DTX393); *see* DTX393 at 1673, 1678, 1681.)

549.    The specification entirely omits any indication that inhaled treprostinil works in Group 2 pulmonary hypertension, which as already explained, encompasses roughly two-thirds of patients with pulmonary hypertension. (*See supra* ¶ 395.) Moreover, because Group 2 pulmonary hypertension has a significantly different underlying cause and, at the time of the '793 patent filing, treatments for precapillary pulmonary hypertension were not known to work or approved for treatment of Group 2 pulmonary hypertension, a POSA reading the '793 patent specification would not understand the '793 patent inventors were in possession of the full scope of the claimed "method of treating ***pulmonary hypertension***" as recited in the Asserted Claims. (Anticipated testimony of Dr. Hill.)

186

550.    As of May 2006, a POSA would not have expected inhaled treprostinil, or any inhaled therapy, to be effective in treating postcapillary Group 2 pulmonary hypertension.  Inhaled therapies are designed to have a localized effect on the lung while, in contrast, postcapillary Group 2 pulmonary hypertension is characterized by conditions and diseases affecting the left heart. Accordingly, a POSA would not have expected inhaled treprostinil or any inhaled therapy, to work in postcapillary Group 2 pulmonary hypertension.  (Anticipated testimony of Dr. Hill.)

551.    Furthermore, at the time of the '793 patent filing, postcapillary Group 2 pulmonary hypertension was not treated with therapies used for precapillary hypertension, and no prostacyclin or prostacyclin analog therapy approved for precapillary pulmonary hypertension was approved for postcapillary Group 2 pulmonary hypertension.[26]  Even today, there is no approved prostacyclin therapy for postcapillary Group 2 pulmonary hypertension.

552.    In 2006, a POSA would have been aware of the lack of evidence for therapeutic effectiveness of precapillary pulmonary hypertension therapies in treating postcapillary Group 2 pulmonary hypertension.  (*See* Section IV.B.2; *see also* DTX384; DTX363.)

553.    Instead, in 2006 and continuing still today, a POSA would have treated Group 2 pulmonary hypertension by treating the underlying left heart disease.  (*E.g.*, DTX383 at 77 (explaining the primary aim in treatment with WHO Group 2-4 is to treat the underlying cause, which for Group 2 is strict volume control, titration of neurohormonal modulators, or surgical repair); DTX374 at 1421 (explaining "[a]melioration of the underlying cause is the primary approach" for pulmonary hypertension in the context of left heart disease).)  Considering the

---

[26] Similarly, no treprostinil therapy is approved for Group 4 or Group 5 pulmonary hypertension. In 2021, the FDA expanded the label for Tyvaso for use in interstitial lung disease, a disease associated with Group 3 therapy.  (DTX737.)  Before 2021, however, no inhaled treprostinil therapy had been approved for use in Group 3 pulmonary hypertension.  (*See id.* (explaining there were no approved therapies for interstitial lung disease before now).)

significant difference in treatments used and lack of effectiveness of precapillary therapies in treating postcapillary Group 2 pulmonary hypertension, a POSA would have found the specification does not provide sufficient detail to show the '793 patent inventors were in possession of a method for treating postcapillary Group 2 pulmonary hypertension. (Anticipated testimony of Dr. Hill.)

554.   Moreover, given known differences between the underlying cause of Group 1 pulmonary hypertension vs. Group 2 pulmonary hypertension (*see* ¶¶ 396, 403, 404 above), a POSA would have had critical concerns about using therapies indicated for Group 1 pulmonary hypertension, including prostacyclin analogs like treprostinil, in postcapillary Group 2 pulmonary hypertensive patients.  Because Group 1 therapies decrease the pulmonary vascular resistance ("PVR"), they risk increasing cardiac output and venous return to the left ventricle that could trigger failure by increasing the filling pressure on the left heart.  This could result in morality. (DTX357 at 26.)

555.   UTC may argue that a subset of Group 2 patients—combined pre- and post-capillary Group 2 pulmonary hypertension patients—can be treated with inhaled treprostinil.  But this subset of patients is only a small subset (~1/4-1/3) of patients with Group 2 pulmonary hypertension, or roughly 16.7 to 26 percent of all pulmonary hypertension patients.  (Anticipated testimony of Dr. Hill.)   Further, the '793 patent makes no mention of combined pre- and postcapillary Group 2 patients, and by May 15, 2006, no prostacyclin therapy was approved to treat combined pre- and postcapillary Group 2 patients.

556.   Given the underlying cause of postcapillary Group 2 pulmonary hypertension, lack of disclosures for treating postcapillary Group 2 pulmonary hypertension in the '793 patent specification, and the known lack of therapeutic effectiveness in using Group 1 therapies, including

inhaled prostacyclin therapies, to treat Group 2 pulmonary hypertension, a POSA would not have understood the '793 patent inventors were in possession of the full scope of the claimed "method of treating pulmonary hypertension." For this reason, a POSA would not have understood the inventors were in possession of claim 1. Similarly, a POSA would not have understood the inventors possessed dependent claims 4 and 6-8, which depend directly or indirectly from claim 1 and further describe, respectively, a dry powder inhaler, a powder formulation, powder particles of a particular diameter, and formulation lacking metacresol.

> **b.** **A POSA Could Not Have Practiced the Full Scope of the "Method of Treating Pulmonary Hypertension" Recited in Claims 1, 4, and 6-8 Without Undue Experimentation**

557. Given the lack of disclosure in the '793 patent concerning treatment for Group 2 pulmonary hypertension and the state of the art concerning Group 2 patients and therapies for Group 2 patients, a POSA could not have practiced the Asserted Claims of the '793 patent without undue experimentation. Applying the eight factors:

558. ***Breadth of the claim***: The language of the Asserted Claims is extremely broad, as they cover methods of treating all forms of "pulmonary hypertension," with no limitations regarding the specific groups of pulmonary hypertension. Based on the patent and state of the art by May 15, 2006, a POSA would have understood "pulmonary hypertension" to encompass all five Groups of pulmonary hypertension, including Group 2 pulmonary hypertension. (Anticipated testimony of Dr. Hill; *supra* ¶¶ 546-547.) A POSA would not have understood the Asserted Claims to cover only Group 1 pulmonary arterial hypertension.

559. ***Existence of Working Examples***: The specification contains no working examples of treating patients with postcapillary Group 2 pulmonary hypertension. Additionally, the studies reported in the examples do not examine traditional efficacy measures for treatment of pulmonary hypertension, and only report on hemodynamic data following administration of treprostinil,

which, as indicated in paragraph 398, may not correlate with effective treatment. (Anticipated testimony of Dr. Hill.)

560. ***Nature of the Invention***: The nature of the invention was one of great uncertainty because (i) an inhaled therapy would be expected to work locally on the lung, and not on the heart; (ii) no prostacyclin therapies were known to work in postcapillary Group 2 pulmonary hypertension in May 2006, and (iii) in some cases, prostacyclin therapies were known to decrease survival in Group 2 pulmonary hypertension. (*See supra* Sections IV.B.2 and IV.D.1.a.) Further evidence of uncertainty is provided by the fact that there are today no inhaled treprostinil therapies for postcapillary Group 2 pulmonary hypertension. In fact, until the approval of Tyvaso® earlier this year for "Pulmonary hypertension associated with interstitial lung disease (PH-ILD; WHO Group 3) to improve exercise ability," there were no approved drug therapies for pulmonary hypertension other than Group 1 pulmonary hypertension. (*See* DTX388, March 2021 Tyvaso® Label at Indications and Usage; *supra* Section IV.B.2)

561. ***Level of Unpredictability***: The art was unpredictable given the lack of any evidence that prostacyclin therapies, and inhaled treprostinil specifically, would be therapeutically effective in postcapillary Group 2 pulmonary hypertension. (Anticipated testimony of Dr. Hill.)

562. ***State of Prior Art***: The state of the prior art in May 2006 lacked evidence for therapeutic effectiveness of Group 1 drug therapies in treating postcapillary Group 2 pulmonary hypertension, as explained above. (*See supra* Section IV.D.1.a.) In fact, no prostacyclin therapies were known to work in postcapillary Group 2 pulmonary hypertension.

563. ***Level of Skill***: The relative skill of those in the art for the '793 patent in May 2006 was relatively high, given the medical subject matter of the Asserted Claims.

564.    ***Quantity of Experimentation Needed***:  Quantity of experimentation needed to practice the full scope of the claimed "method of treating pulmonary hypertension" was high.  The patent does not provide any evidence that inhaled treprostinil—a drug which, by its administration route, is designed to work locally on the lung—has any therapeutic effect on the left heart.  Moreover, the patent does not provide any evidence for any effect that inhaled treprostinil would produce in postcapillary Group 2 pulmonary hypertension patients, because none of the patients reported in the study were postcapillary Group 2 patients.  (*See supra* Section IV.A.1.)  Accordingly, a POSA would have had to conduct additional preclinical and clinical trials to determine whether the treprostinil formulation was safe and effective in treating patients with postcapillary Group 2 pulmonary hypertension.  Because no prostacyclin therapies, and in fact no available precapillary hypertension therapies, were known to work in or even believed to work in postcapillary Group 2 pulmonary hypertension in May 2006, and in some cases, prostacyclin therapies were known to exacerbate symptoms and decrease survival in postcapillary Group 2 pulmonary hypertension, a POSA could not have simply relied on the studies disclosed in the '793 patent or any clinical trials disclosed for inhaled treprostinil in treating precapillary hypertension. (Anticipated testimony of Dr. Hill.)

565.    ***Amount of Direction***:  Amount of direction or guidance presented was minimal because the specification does not disclose any method for treating postcapillary Group 2 pulmonary hypertension—let alone a method of treating Group 2 pulmonary hypertension with inhaled treprostinil.  (Anticipated testimony of Dr. Hill.)

566.    For at least these reasons, claim 1 of '793 patent fails to enable a POSA to practice the claimed "method of treating pulmonary hypertension," including postcapillary Group 2 pulmonary hypertension using inhaled treprostinil, without undue experimentation, and thus the

Asserted Claims are invalid for lack of enablement. Similarly, dependent claims 4 and 6-8, which depend directly or indirectly from claim 1 also invalid as lacking enablement. None of the additional limitations of these dependent claims provides any additional guidance that would have meaningfully changed the amount of undue experimentation required to practice the claimed methods of treatment.

> **2.** **The '793 Patent Does Not Provide Adequate Written Description Of or Enable a Powder Formulation and Dry Powder Inhaler**
>
> > **a.** **The '793 Patent Specification Provides No Evidence That the Inventors Were in Possession of a Treprostinil Powder Formulation and a Dry Powder Inhaler Suitable for Administration**

567. The Asserted Claims of '793 patent are invalid for lack of adequate written description concerning a powder formulation and dry powder inhaler.

568. Claim 1 does not specify the type of "formulation" and thus a POSA would understand the "formulation" of claim 1 to include both solutions and powder formulations of treprostinil or a pharmaceutically acceptable salt of treprostinil. Similarly, claim 1 does not specify the type of "inhalation device" and thus a POSA would understand the "inhalation device" to include at least pulsed ultrasonic nebulizers, metered dose inhalers (those where the energy for the aerosolization comes from propellants such as CFCs and HFAs), soft mist inhalers, and dry powder inhalers. As such, the full scope of the claims of the '793 patent include a treprostinil dry powder formulation suitable for administration via a dry powder inhaler, as required by claims 1, 6, and 7 of the '793 patent. The full scope also includes a dry powder inhaler suitable for delivery of the claimed treprostinil dry powder formulation, as required by claims 1 and 4.

569. While the '793 patent claims a treprostinil powder formulation with less than 5 micrometers in diameter suitable for administration via a dry powder inhaler and dry powder inhaler, the '793 patent provides no disclosure that a dry powder formulation or dry powder inhaler

suitable for administration of treprostinil was ever developed prior to May 15, 2006. The '793 patent includes only one sentence referencing powder formulations and dry powder inhalers: "The inhalation device can be also a dry powder inhaler. In such case, the respiratory drug is inhaled in solid formulation, usually in the form of a powder with particle size less than 10 micrometers in diameter or less than 5 micrometers in diameter." (JTX3 at 7:22-26.)

570.    The specification of the '793 patent provides no examples of dry powder formulations administered via dry powder inhalers, excipients that can be used in such powder formulations, methods of manufacture of such powders, nor dry powder inhaler devices for the delivery of such formulations. The '793 patent does, however, provide a basic aqueous solution formulation of treprostinil that includes "a solution of treprostinil in water, ethanol or a mixture thereof." (*Id.* at 7:44-46.)

571.    The concentration and doses of treprostinil to be administered are also made only in reference to aqueous solutions of treprostinil, and their administration by ultrasonic nebulizers and a specific type of a metered dose inhaler, the soft mist inhaler Respimat®. (*Id*. at 8:57-16:54.)

572.    All of the Examples provided in the '793 patent describe clinical studies involving the administration of treprostinil aqueous <u>solutions</u> via soft mist inhalers and pulsed nebulizers. (*Id*. at 8:57-16:54.) For instance, Example 1 describes a clinical study in which treprostinil solutions were administered to humans via a soft mist inhaler. (*Id*. at 8:57-11:67.) The '793 patent explains that "[t]he ***solution*** used for aerosol generation was prepared from treprostinil sodium salt . . . ." (*Id*. at 10:23-25.) Similarly, Example 2 describes three clinical studies in which treprostinil solutions were administered to humans via pulsed ultrasonic nebulizers. (*Id*. at 12:58-59 ("All inhalations were performed with the OPTINEB® ***ultrasonic nebulizer*** (Nebutec, Elsenfeld, Germany).") (emphasis added).) Nebulizers are devices that aerosolize liquid formulations such

193

as aqueous solutions.  Specifically, as its manual makes clear, the OPTINEB® ultrasonic nebulizer is intended to produce aerosols from solutions and cannot be used to administer dry powders. (DTX348 at 27 (noting "[d]evice does not generate any aerosol" when "[n]o liquid (medication solution) in the medication cup").)

573.    Despite describing several clinical studies involving administration of aqueous treprostinil solutions using soft mist metered dose inhalers or pulsed nebulizers, the '793 patent provides no disclosure that the inventors of the '793 patent ever used a dry powder inhaler, or formulated a dry powder of treprostinil, let alone one suitable for administration via dry powder inhaler.  Dry powder inhalers are very different devices from nebulizers, soft mist inhalers or metered dose inhalers that use propellants such as CFCs and HFAs to generate the energy required for aerosolization.  (Anticipated testimony of Dr. Gonda.)  Furthermore, as discussed below, powder formulations are very different from solution formulations such that a POSA would understand that development of a solution of treprostinil or its salt for inhalation is not the same as developing a powder formulation of treprostinil for inhalation.  (*See also* DTX025, ███████

████████████████████████████████████████████████████████████

Considering this serious deficiency in disclosure, a POSA would not understand that the inventors were in possession of dry powder inhaler (claims 1 and 4) or dry powder formulation of treprostinil or treprostinil salt suitable for administration via a dry powder inhaler (claims 1, 6, and 8).

574.    The reason for the '793 patent's lack of disclosure is simple:  The named inventors of the '793 patent simply ***did not possess*** a dry powder inhaler described in claim 4 or a treprostinil dry powder formulation suitable administration via a dry powder inhaler as described in claims 6-7 as of May 15, 2006.

575.  ███████████████████████ ███████ ████████████████████████████

████████████████████████████████████████████████████████████████

███████████████████████████████████████.   Despite working on every drug

approved by the FDA for PAH, ███████████████████████████████████████

███████████████████████████████████████   (DTX025 at 98:13-17.)  ██████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████.").)

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

██████  (*Id.* at 167:7-22.)

576.   Internal UTC documents ████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████



27 ██████   is held in high regard by the pulmonary hypertension community; was a principal
investigator or steering committee member for all drugs currently approved by the U.S. Food &
Drug Administration for the treatment of pulmonary arterial hypertension (DTX025 (████████████
███████.) at 32:7-25; *see also* DTX558 (██████████████████ at 13:14-14:2.); and ██████████
█████████████████████████████████████████████████n.  (DTX025 (███████████
██ at 131:6-133:20.)



577.

578.    Thus, the '793 patent lacks adequate written description of the powder formulation and dry powder inhaler recited in Claims 1, 4, and 6-8.

   **b.    The Specification of the '793 Patent Does Not Enable a Powder Formulation of Treprostinil or its Salt**

579.    As explained above, claim 1 does not specify the type of "formulation" and thus a POSA would understand the "formulation" of claim 1 to include both solutions and powder formulations of treprostinil or a pharmaceutically acceptable salt of treprostinil. Similarly, claim 1 does not specify the type of "inhalation device" and thus a POSA would understand the

196

"inhalation device" to include at least pulsed ultrasonic nebulizers, metered dose inhalers (those where the energy for the aerosolization comes from propellants such as CFCs and HFAs), soft mist inhalers, and dry powder inhalers.  The '793 patent specification does not teach a POSA how to formulate a treprostinil (or a pharmaceutically acceptable salt of treprostinil) powder formulation suitable for administration via dry powder inhaler (let alone one with particles less than 5 micrometers in diameter) or a dry powder inhaler capable of administering the treprostinil dry powder formulation as required by claims 1, 4, 6 and 7 of '793 patent without undue or excessive experimentation.

> **(1)      Applying the "Enablement" Factors, a POSA Would Have to Engage in Undue Experimentation to Formulate a Powder Treprostinil Formulation Suitable with an Appropriate Dry Powder Inhaler for Effective Administration in General and for the Treatment of PH in Particular**

580.    The following factors indicated that POSA would have to engage in undue experimentation to develop a treprostinil powder formulation and corresponding dry powder inhaler that achieve effective administration of treprostinil as required by claims 1, 4, 6, and 7 of the '793 patent.  (Anticipated testimony of Dr. Gonda.)  The following is a summary of the factors a POSA considers for enablement and further discussion is provided in the paragraphs that follow.

581.    ***Breadth of the Claim***:  Claim 1 of the '793 patent is broad and encompasses formulations of treprostinil or its pharmaceutically acceptable salt in solution and powder forms.  Moreover, claims 4, 6, and 7 specifically claim treprostinil powder formulations and use of dry powder inhalers.  Additionally, the asserted claims of the '793 patent encompass all treprostinil free acid and salt forms.

582.    ***Existence of Working Examples***:  The '793 patent specification provides no working examples of dry powder treprostinil formulations or a dry powder inhaler, or a

197

combination of the two for delivery of treprostinil or its salts.  With respect to the formulation, there is no method of preparation of such powders described in '793 patent.  Further, the '793 patent does not describe any excipients that can be used in dry powder formulations, and none of the Examples in the '793 patent utilize a dry powder formulation of treprostinil or its salt.  (JTX3at 8:58-18:11.)  The only guidance provided by the '793 patent as to the powder formulation is to a particle size of "less than 10 micrometers in diameter or less than 5 micrometers in diameter" (*id.* at 7:24-26), which was already well-known in the art as of May 15, 2006.  (DTX328 at 1219; DTX268 at 375 (Table 1).)

583. ***Nature of the Invention***:  The nature of the invention is a "method' for treating pulmonary hypertension, but that method requires administration by inhalation of a "formulation" of treprostinil or its pharmaceutically acceptable salt using an "inhalation device."  (JTX3 at claim 1.)  Further, that method requires from 15 micrograms to 90 micrograms of treprostinil or its pharmaceutically acceptable salt to be inhaled in 1-3 breaths.  (*Id.*)  Thus, while the nature of the invention is treating pulmonary hypertension, that treatment must be accomplished by, among other things, a powder formulation of treprostinil or its salt and a specific dry powder inhaler, which operates in a much different manner than inhalers that administer solutions such as nebulizers, soft mist inhalers, or metered dose inhalers that use propellants to form aerosols containing treprostinil (these could be solutions or suspensions of treprostinil in the propellants). Almost without an exception, dry powder inhalers use the energy of the patient's inspiration to elicit the drug from the device and disperse it into particles suitable for inhalation into the lungs. (DTX311 at 1306-07 ("Currently available DPIs are all passive systems, meaning that the patient must provide the energy to disperse the powder from the device.").)  This differs from other types of inhalers where the device itself (*e.g.*, using electricity or the energy of a compressed gas)

generates the small particles or droplets.  Therefore, a POSA would need to identify a dry powder inhaler that suits the needs of the specific patient population (i.e., PH).  (*Id*. at 1307-08 ("[I]t is important that physicians recognize that these [DPI] devices will deliver different amounts of drug to different patients, and the lung delivery depends on patient factors, such as inspiratory flow, patient inhalation technique, and device resistance.").)

584.    Especially considering the PH population suffers from a severe lung disease, identifying a suitable dry powder inhaler and treprostinil powder formulation for the PH population would require substantial time and effort.  Additionally, although several DPIs were available for the treatment of asthma and COPD, there was no experimental work reported on the use of DPIs in PH patients.  For instance, a POSA would have to determine that a PH patient could inspire at a high enough inhalation rate and volume for the powder formulation to disperse and fully inhale an adequate dose.  And conversely, a POSA would have to find the appropriate combination of DPI and formulation to effectively deliver treprostinil in a dry powder form to PH patients.  It was well-known that different DPIs had different flow resistance and therefore required different inspiratory effort to be functional.  (*See* DTX360 at 102; DTX311 at 1307 ("[T]here are important differences in resistance among the DPIs, and this difference in resistance causes differences in drug delivery efficiency between these devices.").)  Although several DPIs were available for the treatment of asthma and COPD, there was no experimental work reported on the use of DPIs in PH patients in May 2006.  (DTX468 at 1 ("Inhalation profiles to support use of dry powder inhalers for drug delivery in patients with pulmonary arterial hypertension have not been reported.").)

585.    ***Level of Unpredictability in the Art***:  Considering the significant number of factors, discussed herein, involved in developing a dry powder formulation and suitable dry powder inhaler device, the level of unpredictability in the art was high.  As explained below, powders present

unique design challenges.  (DTX328 at 1211-12 ("The aerodynamic behavior, which has a profound effect on the disposition of drug from a DPI, is particularly sensitive to powder properties.").)  Formulation of dry powders requires ensuring that the particle will not change in structure, crystallinity, size, or density during manufacture, storage, and administration.  (*See* Section IV.D.2.b(3) below.)  With especially potent drugs like treprostinil, moreover, a POSA would need to ensure that a consistent amount of active drug is delivered to the desired parts of the respiratory tract.  (*Id.*)

586.  ***State of the Prior Art***:  While solutions of treprostinil and other prostacyclins like iloprost for inhalation were known by May 2006, no treprostinil powder formulation suitable for delivery using a dry powder inhaler had been developed or disclosed as of May 15, 2006. Accordingly, the state of the prior art as it pertains to powder formulations of prostacyclin and its analogs, including treprostinil, for delivery via a dry powder inhaler in general and for PH patients in particular as of May 15, 2006 was relatively minimal.

587.  ***Level of Skill in the Art***:  Based on the definition of a POSA detailed in paragraphs 388-389 above, the level of skill in the art was high.

588.  ***Quantity of Experimentation***:   As discussed herein, to formulate a powder formulation of treprostinil suitable for administration via a dry powder inhaler, a POSA would have to engage in a significant amount of experimentation.  Among other reasons, a POSA would need to test such formulations in suitable powder inhalers. Further, the combination of the inhaler device and the formulation would have to accommodate for variations in patients' ability to breathe correctly to ensure that the correct amount of active drug is delivered to the desired parts of the respiratory tract for each patient.  (*See* DTX360 at 102.)  A POSA would have to ensure that the formulation was sufficiently stable to withstand storage and administration without altering the

size, shape, and density and other properties, such as water content, that might affect the clinical performance (inhaled dose and its particle size distribution) of a dry powder inhaler product delivering treprostinil.

> **(2)** **The '793 Patent Provides No Guidance or Working Examples as to How a POSA Would Formulate a Powder Formulation of Treprostinil**

589.    The '793 patent only includes the use of solutions of treprostinil and its salts for inhalation.  The only formulation details provided in the '793 patent pertain to aqueous solutions (JTX3 at 7:39-46), and generally discloses the use of water, ethanol or a mixture thereof.  There is no disclosure of any specific excipients that could be used to make a powder formulation of treprostinil suitable for a dry powder inhaler.  In fact, the Examples of the '793 patent provide no formulation details other than the fact that the treprostinil was administered as a solution with concentrations described in µg/ml.  (*Id.* at Example 1 and 2.)

590.    All of the Examples provided in the '793 patent describe clinical studies involving the administration of treprostinil solutions via soft mist inhalers and pulsed nebulizers.  (*Id.* at 8:57-16:54.)

591.    The sole sentence in the '793 patent that discusses powder formulations provides no details as to the formulation other than particle size.  (*See* JTX3 at 7:22-26 ("The inhalation device can be also a dry powder inhaler.  In such case, the respiratory drug is inhaled in solid formulation, usually in the form of a powder with particle size less than 10 micrometers in diameter or less than 5 micrometers in diameter.").)  This bare-bones disclosure would be insufficient to teach a POSA to develop a treprostinil dry powder formulation and corresponding dry powder inhaler device.  Such experimentation would have been challenging because of treprostinil's high

potency and the need for precise dosing to match PH patients' needs with respect to efficacy and tolerability.

> ### (3) Without Guidance, Formulation of a Treprostinil Powder Suitable for Administration via a Dry Powder Inhaler Would Require Undue Experimentation

592.    For the following reasons, a POSA would be unable to formulate a treprostinil powder suitable for administration via a dry powder inhaler for PH patients without excessive experimentation:

593.    First, nebulized solutions like that disclosed in the '793 patent are not compatible with dry powder inhalers. ██████████████████████████████████████ ████████████████████████ (DTX025 at 97:13-98:12.)  Further, devices for delivery of solutions are unsuitable for delivery of dry powder formulations and devices for delivery of dry powders are unsuitable for delivery of solutions.  (*Id.*)

594.    Second, because treprostinil is a highly potent drug, dry powder formulation needs to be such that a precise amount of treprostinil is delivered to a patient in each dose using a dry powder inhaler.  (Anticipated testimony of Dr. Gonda; DTX025, █████████████████████ ██████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████ *see also* DTX311 at 1310 ("The small dose size required for many of these potent drugs is a confounding factor in developing optimal DPIs."); DTX364 at 109 ("[T]he drug has to be delivered in a precise amount into the dosage form during the manufacture, and out of it into the patient during inhalation.").) ████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████

████████████████████████████ (DTX025 at 93:9-

95:3; *see also* DTX284 (Ventavis® Label); DTX447 (Voswinckel JESC).)  Such drugs require

precise dosing, which, as described further below, would have been a challenge for delivery of

treprostinil to PH patients using a dry powder inhaler.  (Anticipated testimony of Dr. Gonda.)

595.    To precisely dose a potent drug like treprostinil, it is necessary to mix the API with

a carrier material to provide adequate bulk, so that the drug can be precisely metered.  (DTX328

at 1221 ("Usually, no more than a few milligrams of drug need to be delivered, and [carriers]

provide bulk, which improves handling, dispensing, and metering of the drug.").)

596.    For nebulized solutions of treprostinil, like those discussed in Examples 1 and 2 of

the '793 patent, the carrier is water—a material of indisputable safety, particularly in the absence

of additives like metacresol.  In addition to water, the qualitative and quantitative composition of

excipients to make such solutions for inhalation safe and well tolerated was well understood.  (*See

generally* DTX340.)  Often sodium chloride and buffers well-known to be safe and tolerable are

used.  The methods for testing the performance of nebulizers with solutions were well-understood

and routine for a POSA to use.  (*See* DTX378 at S35-S39; *see also* DTX359 at 51-61.)  The

methods of achieving precise dosing with nebulizers, including pulsed nebulization, were also

described.  (DTX362.)

597.    For dry powders, however, there were very few carriers available with proven

tolerability and safety by inhalation as of May 2006.  (DTX328 at 1221 ("Currently, lactose is the

only excipient used in DPIs marketed in the United States.").)  As of September 2005, lactose was

the only FDA-approved carrier used in dry powder formulations in the United States.  (*Id*.)

Nonetheless, selection of the correct carrier remains of crucial importance to effective drug

administration via dry powder inhaler.  (*Id*. ("Despite the apparent lack of choices, the [carrier]

must be carefully selected; physicochemical properties such as size and morphology profoundly affect the performance of the formulation.").)  And even after a non-toxic and tolerable carrier is identified, a POSA must ensure that the carrier does not react chemically with the API (i.e., treprostinil).  (Anticipated testimony of Dr. Gonda.)  It is noteworthy that only two treprostinil dry powder inhaler products have been developed and submitted to the FDA: MannKind and Liquidia. (*See* DTX025, ███████████., at 167:7-22; Anticipated testimony of Dr. Gonda.)

598.    Third, a POSA must ensure that delivery of the treprostinil powder formulation via a dry powder inhaler is reproducible.  (DTX328 at 1210 ("Dose uniformity is a challenge in the performance of DPIs.  This is a greater concern with powders than with liquids because of the size and discrete nature of the particulates."); *see also* DTX311 at 1311 ("[C]ommon to the development of all systems is an appreciation that one of the most important factors in pulmonary delivery from a DPI is the requirement for a good-quality aerosol (in terms of the aerodynamic particle size of the cloud generated) and its potential to consistently achieve the desired regional deposition in vivo.  This has been the goal of many scientists over many years and we are still short of that goal.").)  Since at least 2005, it was well-known that powders present unique design challenges compared to liquid formulations because, among other reasons, they are 2-phase gas-solid systems.  (DTX328 at 1211-12 ("The character of particulate systems is central to the performance of DPIs.  Powders present unique design challenges."); DTX268 at 382 ("[I]n contrast to nebulizer formulations, or indeed to some extent pMDI formulations, the formulation of dry powders for use in DPIs is critically important for their effective performance.").)  When static, powders behave as solids; when flowing, powders behave as liquids; and when dispersed in the air, powders behave as their carrier gas.  (DTX328 at 1212 ("As a consequence, equations describing the behavior of solids are less predictive than their fluid counterparts.").)

599.    A significant challenge to reproducibility of drug delivery is that dry powder inhalers, unlike nebulizers, soft mist inhalers and pressurized-MDIs, use the patient's breathing effort to elicit the powder from the inhaler and disperse the powder in the device into respirable particles of the correct size.  (*Id*. at 1211 ("When the patient activates the DPI and inhales, airflow through the device creates shear and turbulence; air is introduced into the powder bed and the static powder blend is fluidized and enters the patient's airways.").)  Most common form of dry powder inhalation formulations, especially for potent drugs like treprostinil, was in the form of large carrier particles (at that time in USA only lactose carrier was in the approved products) onto which the small drug particles were adhered.  When the dry powder is dispersed in the device and carried via the patient's mouth to enter the lungs, carrier particles must separate from the drug particles with the former impacting in the oropharynx while the drug particles are carried deeper into the lungs. (*Id*.)  Variabilities in patient breath can cause inadequate and variable drug-carrier separations during inhalation.  (*Id*. at 1211 ("[D]eposition into the lungs is determined by the patient's variable inspiratory airflow."); DTX311 at 1307-08 ("[L]ung delivery depends on patient factors, such as inspiratory flow, patient inhalation technique, and device resistance."); DTX268 at 384-85 ("[D]elivery and dispersion performance, and hence the dose which [DPIs] deliver to the lung, is affected by a patient's ability to inhale at a suitable high flow rate.").)  In contrast, nebulized inhaled solutions contain the drug dissolved uniformly in all droplets in a mist whose generation is afforded by the external energy (from electrical supply to a compressor or a compressed gas from a gas cylinder).  The mist already includes droplets of the size suitable for deposition in the lung.  Further, in the case of dry powder inhaler the drug enters as a "bolus" at the beginning of the inspiration.  Therefore, the volume of air that the subject inhales during the inspiration is also important for reproducible dose delivery to ascertain efficacy. Consequently, the development of

a dry powder inhaler product requires matching the compatibility of the device and the formulation also with the ability of the PH patients to inhale the formulation such that a reproducible precise dosing is possible.  Different powder inhalers have different flow resistance.  (DTX360 at 102; DTX311 at 1307.)  These require different inspiratory efforts by patients, achieve different flow rates depending on the efforts and therefore the amount of energy required to disperse the powder bed as well as inhale sufficient volume of air to deliver the dose may differ.  The ability of patients to use such inhalers therefore cannot be generalized, and neither can be adequate performance with one powder formulation with one device be a guarantee of success of the same formulation in another device (or vice versa, using the same device with a different population).

600.    In addition to breath variations, treprostinil's high potency would make manufacturing the drug product with a uniform distribution of active drug more challenging because it is formulated in such a low concentration of drug to carrier.  (DTX328 at 1221 ("When mixing powders with different properties, particle sizes, and ratios, as is the case with DPI formulations, inadequate mixing can cause poor dose uniformity.  In many cases, inadequate mixing cannot be overcome simply by increasing mixing time.").)  For low concentration (drug-carrier ratio) blends like treprostinil, geometric dilutions are often necessary pre-blending steps.  (*Id*. at 1221.)  Furthermore, the decoupling of the treprostinil from a carrier using such a drug-carrier blend approach to form respirable particles must be done precisely to ensure that the correct amount of active drug is delivered to the desired parts of the respiratory tract.

601.    Thus, in contrast to a solution, achieving uniform amount of a small quantity of drug in powder form is very challenging.  For treprostinil, doses are in micrograms and, indeed, below the range of inhaled drugs approved for DPIs as of May 2006.  Such small quantities are difficult to meter as a dry powder of the drug alone.  For that reason, carriers (or "bulking agents")

have to be used.  The carriers are also required to achieve adequate powder flow as small particles do not flow easily and are therefore difficult to process during manufacturing.  For treprostinil, the dose content uniformity is important as this drug has a relatively narrow therapeutic index.  Thus, achieving adequate accurate and precise dosing of a dry powder within the margins of tolerability/safety and efficacy of treprostinil in May 2006 would have been challenging. The alternative methods of forming a treprostinil dry powder for inhalation would have been using carrier particles of inhalable size and with good flow properties, with the drug within such particles being uniformly dispersed.  The processes suitable for this purpose known to a POSA in May 2006 would have been spray drying and super critical fluid crystallization.  (*See* DTX328 at 1220.) These approaches would have presented another unique challenge to a POSA because the carrier material, in great excess to treprostinil, would have been also delivered to the lungs and therefore its tolerability and safety in the lung would have needed to be established.

602.    Fourth, a POSA would need to identify a chemically and physically stable form of treprostinil to ensure that the physical properties of the formulation do not change during manufacture, storage, and administration.  (*See* DTX311 at 1310 ("[T]he goal of de-aggregating highly cohesive powder for delivery to the lung in a powdered form is a challenging one."); DTX364 at 95 ("Dry powder inhalers provide a challenge for pharmaceutical scientists because the fine particles required for successful inhalation delivery tend to be cohesive."), 109 ("Because of the cohesive and adhesive nature of such small particles, production of therapeutic aerosols from dry powders faces several problems.").)  The existence of multiple solid forms of the same chemical composition is problematic for pharmaceutical formulators, as they often have distinct physical properties that affect their physical behavior as powders.  The claims of the '793 patent are not limited to a particular form of treprostinil, or a particular pharmaceutically acceptable salt

of treprostinil.  A POSA therefore would not have known which, if any, of the forms of treprostinil or its salts would have been suitable for dry powder inhaler formulation.  (Anticipated testimony of Dr. Gonda.)

603.    Crystallinity and polymorphism as well as the possibility of formation of different solvates (*e.g.*, forms of treprostinil salts containing different number of water molecules), moreover, pose a unique challenge to powder formulations because changes in structure can result in changes to the size, shape, density and dispersibility of the drug powders.  By 2005, it was known that "[n]early one third of all drugs are known to display polymorphism, which is the ability of a solid to exist in more than one crystal form."  (DTX328 at 1212.)  At least two polymorphic forms of one treprostinil salt form, treprostinil diethanolamine, were known by 2005.  (DTX544 at 85.)  A POSA would need to determine and analyze the different polymorphic forms of the treprostinil or treprostinil salt used before developing a dry powder because "[d]ifferent polymorphs are at different energy states and thus have different properties, including stability, solubility, and even bioavailability."  (DTX328 at 1212; *see also id*. at 1213 ("Polymorphs usually differ in density, melting point, solubility, and hygroscopicity.").)  Because the size, shape, and density of the solid drug forms is important to a reproducible dry powder, a POSA would need to select the most stable polymorph to "reduce the risk of transformation during processing or storage."  (*Id*.)

604.    In addition to polymorphism, various properties are important to dry powder inhaler performance that impact the delivered dose to the patient and its particle size distribution.  (DTX328 at 1211-12 ("The character of particulate systems is central to the performance of DPIs.  Powder present unique design challenges.").)  The latter is usually described in the form of aerodynamic size distribution or fine particle fraction of the drug (the fraction of the inhaled dose

that has high probability of deposition in the human lung).  The aerodynamic size distribution and fine particle fraction in turn depend on the size, density, and shape of the particles containing the drug at the time when they are entering the patient's mouth.  Powders with different physical properties such as adhesive forces between particles, shape, surface morphology affect their process properties during manufacture and dispersibility into respirable particles when inhaled by patients.  (*Id*. at 1212 ("Powder properties can vary widely.  Powder features, such as the physicochemical properties and morphology of its constituent particles and the distribution of particle sizes, contribute to variability.").)  This dependence of the dry powder inhaler performance on physical properties of the formulation ultimately leads to variable delivery of the drug into the respiratory tract regions if such changes in physical properties occur.

605.    The known hygroscopicity of treprostinil diethanolamine and treprostinil sodium, moreover, would have further exacerbated the challenges faced by a POSA in developing a powder formulation suitable for administration via a dry powder inhaler.  (*See, e.g.*, DTX544 at 87 (treprostinil diethanolamine hygroscopic); DTX364 at 110 ("The large surface area of fine powders makes them susceptible to uptake of moisture.  There is often a complex relationship between the tensile strength of powders and their moisture content.").)  Hygroscopic materials, which are prone to taking on moisture from surroundings, present a greater risk of physical instability.  (DTX328 at 1213 ("Moisture uptake and loss due to changes in relative humidity can result in local dissolution and recrystallization, leading to irreversible aggregation through solid bridge formation, which can adversely affect . . . lung deposition.  Hygroscopicity can also alter the adhesive and cohesive properties, or, in more extreme situations, substantially increase particle size.").)  Treprostinil sodium, in fact, is deliquescent, meaning that it quickly takes up water and

dissolves.  To overcome this property, treprostinil sodium is formed "in situ" during preparation of the drug product.  (DTX376 at 10.)

606.    Identification of a chemically and physically stable treprostinil form is especially important for dry powder formulations because the crystals, or the amorphous form, must undergo processing to make them inhalable.  (DTX328 at 1219 ("To create particles in the respirable size range (< 5 μm in diameter), the drug particle size must be reduced in a separate unit operation.").)  Micronization, the most common process of reducing particle size, can melt the crystalline structure of the powder and therefore result in solid-state transformations.  Given the polymorphic nature of treprostinil, micronization may also result in a change of polymorphic form during processing.

607.    Treprostinil's low melting point, 126° C to 127° C, would have made it an unattractive candidate for micronization because the high temperatures involved with the process would risk melting of the crystalline structure.  (DTX258 at 1902 ("mp 126-127 °C").)  Melting of the crystal structure initially causes transformation into an amorphous form of the surface layer of the material, i.e., formation of particles which are partially crystalline and partially amorphous.  Over time, the amorphous layer can transform back into crystalline form—either the original crystalline form or a different form.  Such a transformation is not only difficult to control at the time of manufacture but also can continue during storage.  Here again, the known polymorphic nature of treprostinil further complicates the development of a powder formulation utilizing micronization to obtain a suitable particle size.

608.    In some cases, amorphous (or noncrystalline) materials are formulated into dry powders for inhalation via dry powder inhalers.  (DTX328 at 1212.)  In general, crystalline materials have lower free energies than amorphous materials.  (*Id*.)  Over time, amorphous

materials gradually transition to crystalline states.  (*Id*. at 1212-13.)  To avoid changing the size, shape, and density of an amorphous dry powder formulation, which are necessary to the effective delivery of a dry powder, a POSA would need to ensure that the transformation would not occur during storage or processing.  (*Id*. at 1213 ("Whether this [transformation] will occur at a timescale that need be of concern to the pharmaceutical scientist is governed by the chemical kinetics of the system.").)

609.    Fifth, a POSA would need to judiciously experiment with different formulation-device combinations to ensure reproducible behavior of the dry powder inhaler and formulation when mass-produced.   Nebulized formulations, such as Janssen's Ventavis® (iloprost) or Genentech's Pulmozyme® (recombinant DNase enzyme), can typically be delivered using several different types of nebulizers that will result in the same dose delivered, in the same droplet size distribution, with already proven safety and tolerability, as well as preservation of drug stability. (*See, e.g.*, DTX392 at 3-6 (describing three different nebulizers approved for use); DTX321 at Table 3 (listing five different jet nebulizers and one nebulizer approved for use).)

610.    To contrast, a unique interdependence exists between approved dry powder formulations and their dry powder inhalation devices.  (DTX311 at 1307 ("The performance of these [DPI] devices depends on both the formulation and the geometry of the air path in the device. Thus, frequently these delivery systems tend to be compound-specific and, without substantial re-formulation efforts, are not used to deliver other compounds."); DTX268 at 384 ("In general successful DPI design relies as much on the powder formulation as it does on the device design.").) Unlike nebulized solutions, dry powder inhalers are not interchangeable, requiring a POSA to experiment with various dry powder inhalers and formulations to achieve the desired delivery of active drug to specific areas of the respiratory tract.  A 2005 study compared the administration of

the same asthma drug with two different dry powder inhalers: DISKHALER™ and ROTAHALER™. (DTX387 at 1.) The study concluded that patients using the DISKHALER™ dry powder inhaler used "significantly less" of the asthma drug than those using the ROTAHALER™ dry powder inhaler. (*Id.* ("This suggests a difference in the level of asthma control with the different devices, even when the same chemical entity is delivered.").) Because "outcomes are not always the same with all dry powder inhalers," a POSA would need to engage in extensive experimentation with different device-formulation combinations. (*Id.*)

611.    Exemplary of the amount of experimentation necessary to develop a dry powder formulation of treprostinil is the work Liquidia ███████████████████████████



████████████████████████ As an initial matter, both Liquidia ███████████

█████████████████████████████████, the PRINT technology ████████

███████████ ████████, respectively. (DTX382 at 2 ("LIQ861 is an inhaled dry powder formulation of treprostinil, utilizing our proprietary PRINT technology that is administered using a convenient disposable dry powder inhaler."); DTX397.) That is, neither company used routine or conventional technologies to develop their treprostinil powder formulations.

612.    Using its proprietary PRINT® technology, Liquidia developed a ████████

███████████████████████████████████████████████████████████

████████████████████████ (DTX197 at 7.) Liquidia's PRINT® technology offers precise control of particle properties, including primary particle geometry and composition. (*Id.* at 8.)

613.    ███████████████████████████████████████████████████

████████████████████████████████████████████████████████████

██████████████████████████████████████████

614. 

616.    For the reasons stated above, a POSA would have to engage in excessive experimentation to formulate a powder formulation of treprostinil or its pharmaceutically acceptable salt and dry powder inhaler suitable to deliver the treprostinil powder formulation as required by the asserted claims of the '793 patent.  (Anticipated testimony of Dr. Gonda.)

**(4)** **To the Extent UTC Points to the Experiments Conducted by UTC's Expert Dr. Hugh Smyth, Dr. Smyth's Experiments Do Not Demonstrate Enablement of Treprostinil Powder Formulation or Suitable Dry Powder Inhalers**

617.    To the extent UTC points to experiments conducted by UTC's expert Dr. Hugh Smyth, Dr. Smyth's experiments do not demonstrate that the '793 patent enables a treprostinil powder formulation or suitable dry powder inhaler.

618.    First, a POSA would not have used the treprostinil free acid form   because it was chemically (and possibly also physically) unstable.  (DTX674 (███████████████)) at UTC-Sand-Rem01095720 ████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████ several other challenges to development:

> The instability of anhydrous treprostinil also imposes challenges to its preparation. To obtain anhydrous treprostinil, wet compound from recrystallization was heated in a vacuum.  It was found that if the treprostinil solid was heated above 50° C., two dimers of treprostinil formed as impurities in the solid.  Therefore, heating temperature must be carefully controlled to avoid high heat when drying treprostinil in order to remove all water, otherwise these two dimer impurities will be produced.

> In addition to instability, the anhydrous treprostinil is difficult to handle.  The anhydrous form is a fine, fly-away material that is difficult to weigh because of the static electrical charge that it produces.  Because treprostinil is a potent prostaglandin analogue that has strong biological activity, analysts and operators must use extreme caution when handling this material to avoid exposure.

(DTX060 at 2:66-3:14.)  Considering the significant disadvantages ████████████████

████████████████, a POSA would have avoided use of that solid form to develop a dry powder formulation of treprostinil.  (Anticipated testimony of Dr. Gonda.)

619.    ████████████████████████████████████████████████████

████████████████████████  ████████████████████████████

████████████████████████████████████████████████████████████

████████████████ (DTX376 at 10 (████████████████████████████

████████████████████████████████ Professor Smyth overlooks that before a POSA in May 2006 could develop a treprostinil sodium dry powder formulation, the POSA would first have to identify a method of manufacturing a solid form of treprostinil sodium that overcomes its known deliquescence.  (DTX328.)

620.    Before a POSA would begin developing a treprostinil sodium dry powder formulation, a POSA in May 2006 would evaluate whether treprostinil sodium was suitable for a solid dosage form.  (Anticipated testimony of Dr. Gonda.) █████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████ ████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

███████████████████████████████████ ██████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████

621.    Indeed, █████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████. ████████████████████



(DTX600.)

622. ███████████████████████████████████████

███████████████████████████████████████████████

████████ (Anticipated testimony of Dr. Gonda.) ███████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████. (Anticipated testimony of Dr. Gonda.)

623. For several reasons, ████ ████ ██████ ██ ██████

████████████████████████████████████████████████████. (Anticipated testimony of Dr. Gonda.) ████

███████████████████████████████████████████████████████████

████████████████████████████. (DTX328 at 1221 ("One drawback of lactose is that it is a

reducing sugar, which makes it incompatible with drugs that have primary amine moieties.").)

This fact for pharmaceutical formulations in general was well known much earlier with respect to

lactose. (DTX481 at 31 ("Although early scientists believed that only primary aromatic amines

were capable of this reaction, subsequent research has shown that nearly all primary and secondary

amines, aromatic or aliphatic, are capable of this reaction.").) ███████████ ████████████

███████████████████████████████████████████. (DTX342 at

LIQ02804022.)

624.    Second, ██████████████████████████████████████████

████████████████████████████. (Anticipated testimony of Dr. Gonda; DTX544

(Phares 2004) at 85 (reporting two polymorphic forms of treprostinil diethanolamine).) To

develop a treprostinil diethanolamine dry powder formulation, a POSA would first identify the

most stable polymorph of treprostinil diethanolamine. (DTX328.)

625.    ████████████████████████, there were formidable challenges associated with

finding suitable solid forms of treprostinil for solid pharmaceutical dosage forms such as tablets

and powders for inhalation that took many years to overcome. (Anticipated testimony of Dr.

Gonda.)

626.    ██████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████. (Anticipated testimony of Dr. Gonda.) ██████████████████████████

██████████████████████████████████████████ ████████████████

██████████ is not an acceptable method of assessing the dose delivered during the development of a

therapeutic inhalation product.   (Anticipated testimony of Dr. Gonda.) ███████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

████████████████████ (Anticipated testimony of Dr. Gonda; DTX480 (USP § 601

(Jan. 2006)) at 2624 ("Mass Balance").)

627.   ██████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

████████████████ (Anticipated testimony of Dr. Gonda.) ████████████████████

███████████████████████████████████████████████████████████████████████

████████████████████ DTX328 at 1219 ("To create particles in the respirable size range

(< 5 μm in diameter), the drug particle size must be reduced in a separate unit operation."), 1220

("[A] DPI formulation must undergo flow, fluidization, and deaggregation.").) ███████████

███████████████████████████████████████████████████████████████████████

███████████████████████

628.   ██████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████.

However, a 2021 study conducted by Professor Waxman demonstrated that PAH patients exert a

pressure drop of only 2.6 ± 1.2 kPa █████████████████████████ ███████████████

█████████████████ (DTX468 at 4 (Table 2).)

629.   In sum, ████████████████████████████████████████████

███████████████████████████████████████████████████████████████████████



██████████████████████████████████████████. (Anticipated testimony of Dr. Gonda.) ████████████████████████████████████████████ ███████████████████████████████████ (Anticipated testimony of Dr. Gonda.) For at least these reasons, Professor Smyth's assertion that a POSA could have prepared an inhaled dry powder formulation of treprostinil in May 2006 without undue experimentation is incorrect. (Anticipated testimony of Dr. Gonda.)

        **c.**    **To the Extent UTC Points to Alleged Evidence of "Industry Development" to Argue that the '793 Patent Adequately Describes and Enables a Powder Formulation of Treprostinil, UTC's Evidence Supports the '793 Patent's Lack of Written Description and Enablement**

630.    ████████████████████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████████ ██████████████████████████████████. As an initial matter, ██████████ is not an inventor of the '793 patent; thus, his testimony bears little relevance if any to the written description analysis or whether the '793 patent enables making and using dry powder formulations of treprostinil.

(DTX567 at 88:13-24.) ███████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

631.   █████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

█████████     █████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████████████

██████████████████████

## V.   LIQUIDIA DOES NOT INFRINGE THE ASSERTED CLAIMS OF THE '793 PATENT

### A.   Liquidia's Responses to Plaintiff's Statement of Contested Facts

632.    As outlined here and explained in more detail in the following sections, LIQ861 (which UTC refers to as "Defendant's Proposed Product" (JPTO Ex. 2, § III.A)) does not infringe the '793 patent.

633.    The plain and ordinary meaning of "therapeutically effective" in the claims of the '793 patent require a POSA to use clinically meaningful assessments designed to directly measure how a patient feels, functions, or survives.  (*See infra* § V.B.2.)  Hemodynamic measures alone would not be sufficient to demonstrate therapeutic effectiveness as these measures do not always correlate with therapeutic outcomes.  (*Id.*)

634.    UTC cannot meet its burden to show, by a preponderance of evidence, that any patient, caregiver, physician, or any other person will administer a "'therapeutically effective' single event dose" of LIQ861 or directly infringe claims 1,4, and 6-8 of the '793 patent.[28]  (*See infra* § V.C; *cf.* JPTO Ex. 2, § III.E.)  LIQ861 is never therapeutically effective in a single event dose; instead, patients, caregivers, and physicians must administer LIQ861 chronically to achieve therapeutic effectiveness.  (*See infra* § V.C.)

635.    Furthermore, UTC cannot demonstrate Liquidia induces infringement of the Asserted Claims of the '793 patent.  (JPTO Ex. 2, ¶ 119.)  UTC cannot meet its burden to show Liquidia, through its Proposed Label and Instructions for Use, encourages, recommends, or promotes administration of a "therapeutically effective single event dose" or that Liquidia intends

---

[28] Plaintiff offers no facts regarding infringement under the doctrine of equivalents.

to encourage, recommend, or promote such administration.  (JPTO Ex. 2, ¶¶ 117-118.)  On the contrary, no patient, caregiver, or physician will administer a therapeutically effective single event dose of LIQ861, meaning there can be no induced infringement.  (*See infra* § V.D.)  Further, the Proposed Label and Instructions for Use never instruct that a single event dose of LIQ861 is therapeutically effective.  (*Id.*)

636.    UTC cannot meet its burden to show, by a preponderance of evidence, that Liquidia through its sale or offer for sale of LIQ861 contributes to the infringement of claims 1, 4 and 6-8 of the '793 patent by patients, caregivers, or physicians.  (JPTO Ex. 2, ¶ 120.)  Again, as noted above, no patient, caregiver, or physician will directly infringe the '793 patent, so no infringement exists for which to Liquidia to contribute.  Contrary to UTC's assertions, furthermore, LIQ861 has substantial non-infringing uses.  (*See id.* ¶ 121; *infra* § V.E.)

**B.    Background Relevant to "Therapeutically Effective Single Event Dose"**

**1.    "Therapeutically Effective Single Event Dose" Is Not Defined in the '793 Patent**

637.    Every Asserted Claim of the '793 patent expressly requires a "therapeutically effective single event dose" of inhaled treprostinil.  (JTX3 at claims 1, 4, 6, 7, and 8.)

638.    The specification does not expressly define the claim term "therapeutically effective"—it simply states that a "therapeutically effective" amount of treprostinil is "deliver[ed] to a subject in need thereof[.]"  (*Id.* at 2:66-3:5; *see also id.* at 5:13-16, 5:21-27.)  The '793 patent specification uses the term "effective" in its discussion of the patent examples, which includes hemodynamic measurements (*id.* at 3:14-18; 11:63-66).  The patent claims, however, specifically require "therapeutically effective."  (*Id.* at claims.)

639.    Prior to reviewing the '793 patent, the term "single event dose" was not a term a POSA would have been familiar with or would have used in clinical practice.  (Anticipated

testimony of Dr. Hill.)  The specification does not define the claim term "single event dose," let alone a "therapeutically effective single event dose."  In fact, the phrase "single event dose" appears nowhere in the specification outside the claims.  The phrase "single event" appears only twice in the specification.  (*See* JTX3 at 7:55-59, 7:60-64.)

640.    Based on this information, a POSA would have concluded that a "single event dose" is a single dose of inhaled treprostinil.  (Anticipated testimony of Dr. Hill; Anticipated testimony of Dr. Waxman.)  Indeed, the fact that according to the patent, a "single event" can be carried out in a "limited number of breaths" supports that a "single event dose" is a single dose of inhaled treprostinil delivered in a single dose session.

641.    The two Examples in the '793 patent further confirm to a POSA that a "single event dose" is delivered using one or multiple breaths, as they describe administering a single dose of inhaled treprostinil to each patient.  (JTX3 at 9:5-7, 8:63-67, 11:63-66, 12:14-18, 13:33-36, 13:52-55, 17:44-46.)  Further, the Examples expressly state that the described studies administered inhaled treprostinil on an "acute" basis.  (*Id.* at 8:59-61, 8:63-67, 9:31-34, 12:61-64, 16:56-59.)  In light of these Examples, a POSA would have readily understood that, at minimum, the '793 patent's use of the word "acute" does not refer to chronic treatment on a repeated basis over an extended period of time.  (Anticipated testimony of Dr. Hill.)

642.    While the specification recognizes that "[t]reprostinil can be administered a single time per day or several times per day" (JTX3 at 8:1-2), the inventors chose to only claim "a . . . single event dose"—not a dose administered "several times per day."  (*Id.* at claims 1, 4, 6, 7, 8.)  This is consistent with the fact that the Examples only describe administration of a single event dose of inhaled treprostinil.

643.    During prosecution, neither the Applicant nor the Examiner expressly defined the claim terms "therapeutically effective," "single event dose," or "therapeutically effective single event dose."

644.    UTC agrees that "single event dose" means "a single dose session" and not multiple doses in a day.  UTC's own experts have asserted that 'single event dose' means the amount of treprostinil inhaled by a patient in a single *treatment* session.  (Anticipated testimony of Dr. Waxman and Dr. Clark.)  A POSA would not have understood "treatment" to necessarily impart any therapeutic effectiveness, but a POSA would have understood "single treatment session" as equivalent to a "single dose session."  (Anticipated testimony of Dr. Hill.) ████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████  (DTX025 at 123:5-15, 155:15-157:13.)  And during the IPR proceeding involving the '793 patent, UTC asserted that the prior art taught a daily inhaled dose, not a single event dosage. (DTX254 at 49-50.) UTC's expert Dr. Waxman advanced the same argument in his declaration submitted in support.  (DTX353, ¶ 33.)

### 2.    A POSA Would Have Understood "Therapeutically Effective" to Mean More than Vasodilatory Hemodynamic Effects

645.    Plaintiff's statement that "[t]he plain and ordinary meaning of 'therapeutically effective' . . . includes beneficial effects for the patient, including vasodilatory effects on the pulmonary arteries detectable in hemodynamic measurements" improperly broadens the term's plain and ordinary meaning.  (JPTO Ex. 2, ¶ 114)  A POSA would not expect that "therapeutically effective" includes *any* beneficial effect or that vasodilatory effects on the pulmonary arteries *alone* were "therapeutically effective."  In other words, a hemodynamic effect alone would not be considered "therapeutically effective."  (Anticipated testimony of Dr. Hill.)

646.   Instead, in 2006 and still today, a POSA would have assessed therapeutic effectiveness of pulmonary hypertension treatments using several meaningful assessments designed to directly measure how a patient feels, functions, or survives.[29] (Anticipated testimony of Dr. Hill.)  These measures include improvement in breathing on exertion; exercise capacity, as measured for example by performance on the six-minute walk test (6MWT)[30]; improvements in NYHA[31] functional classification; and other measures like quality of life ("QoL"), and survival. (Anticipated testimony of Dr. Hill.)  For PAH clinical trials, the Food & Drug Administration (FDA) only accepts "primary" endpoints (assessments) such as "exercise capacity, QoL [quality of life], [and] time to clinical worsening and mortality."[32]  (*Id.*)  This aligns with the understanding of a POSA both in 2006 and today that a PAH treatment is only therapeutically effective if it improves how a patient feels, functions, or survives.

647.   POSAs may have also assessed various hemodynamic variables like pulmonary arterial wedge pressure (PAWP), pulmonary arterial pressure (PAP), cardiac output (CO), arterial oxygen saturation (SaO2), and mixed venous oxygen saturation (SvO2).  For several reasons, however, a POSA would have understood that changes in hemodynamic measures may not correlate with therapeutic effectiveness and that hemodynamic measures alone are not sufficient to demonstrate "therapeutic effectiveness."  *First*, for pulmonary hypertension treatments, hemodynamic measures do not necessarily correlate with how a patient feels, functions, or

---

[29] As one example, *see* DTX422, U.S. Dept. of Health and Human Services, *Guidance for industry: patient-reported outcome measures: use in medical product development to support labeling claims: draft guidance*, HEALTH AND QUALITY OF LIFE OUTCOMES, 4:79 at Glossary (Oct. 11, 2006) ("HHS Guidance") (LIQ02819195-LIQ02819214) (defining "Treatment benefit" as "[a]n improvement in how a patient survives, feels, or functions as a result of treatment").
[30] DTX426 at Abstract ("The primary end points in these trials [for PAH treatments] have addressed exercise capacity, usually using the 6-min walk test.").
[31] "NYHA" stands for "New York Heart Association."
[32] DTX426 at 50S.

survives, and thus do not necessarily correlate with therapeutic effectiveness.  Instead, variables such as QoL scores and the 6MWT directly reflect how a patient feels and functions, respectively, and in turn, whether a given treatment is therapeutically effective.  (*See, e.g.*, DTX422 at Glossary; DTX426 at Abstract.)  *Second*, in 2006 and still today, physiologic parameters such as hemodynamics are considered "surrogate" endpoints and alone are not sufficient to obtain FDA approval or on their own to establish therapeutic effectiveness for pulmonary hypertension treatment.[33]  (Anticipated testimony of Dr. Hill.; *see also* DTX426 at Abstract, 50S; DTX430 at 2.)  Accordingly, in 2006 and still today, POSAs focus on the clinical assessments outlined in paragraph 646 to determine therapeutic effectiveness of pulmonary hypertension treatments.  If a drug resulted in improved hemodynamic parameters but did not improve how a patient felt, functioned, or survived, then a POSA would be unlikely to continue use of the drug and would not consider the drug "therapeutically effective."  (Anticipated testimony of Dr. Hill.)

648.    Furthermore, patients diagnosed with pulmonary hypertension are typically treated on a chronic basis for the rest of their lives.  (Anticipated testimony of Dr. Hill.)  Indeed, a POSA would not have expected a pulmonary hypertension treatment to produce sustained improvements in how a patient feels, functions, or survives after a "single event dose."  (*Id.*)

649.    A POSA would have understood that each single event dose must be therapeutically effective (that is benefit how a patient feels, functions, or survives), and UTC is wrong to the extent

---

[33] DTX426 at Abstract ("In addition, hemodynamics will likely remain valuable as ***secondary end points***…" (emphasis added)); *see also id.* at 50S ("Usually, physiologic parameters such as hemodynamics are considered '***secondary***.'" (emphasis added)); *see id.* ("Hemodynamic parameters have traditionally been considered as '***secondary***,' or reinforcing end points, based on their prognostic value [ ], and this concept has been accepted by regulatory agencies." (emphasis added)); *see also* DTX430 at 2 ("These findings suggest that resulting hemodynamics are not valid surrogate endpoints for short-term events in PAH clinical trials.").

it argues the terms "single event dose" and "therapeutically effective" should be considered separately or that multiple doses cumulatively can be therapeutically effective.

### 3.   Tyvaso® as Relevant to the Non-Infringement Inquiry

650.    As noted in paragraph 4 above, Tyvaso® is UTC's inhaled treprostinil solution that is administered using an ultrasonic pulsed nebulizer.  (DTX388, DTX575 at 2, 7.)  Tyvaso® is indicated for the treatment of both PAH; WHO Group 1 (approved in 2009) and PH-ILD Group 3 (approved in 2021) to "improve exercise ability."  (*Id.* at 1; *see also* DTX366, DTX653 at 1; *see also* DTX429.)

651.    Tyvaso® is not therapeutically effective as a single event dose.  Tyvaso® is not indicated for acute administration, but is administered chronically.  It is "dosed in 4 separate, equally spaced treatment sessions per day, during waking hours.  Each treatment session will take 2 to 3 minutes.  The treatment sessions should be approximately 4 hours apart."  (DTX388, DTX575 at 2.)  While therapy is recommended to "begin with 3 breaths of Tyvaso (18 mcg of treprostinil) per treatment session 4 times daily," the target maintenance dose is "9 to 12 breaths per treatment session, 4 times daily," with a minimum maintenance dose of 54 µg per "treatment session."  (*Id.* at 2; *see also id.* at 8 ("single doses of Tyvaso 54 mcg (the target maintenance dose per session)").)  This target dose of 54 mcg was used in clinical studies to establish "effectiveness in patients with PAH and PH-ILD[.]"  (*Id.* at 2; *see also id.* at 9 (describing the "target dose" as 54 mcg for the TRIUMPH I study); *see also id.* at 12 (describing the "target dose" as 54 mcg for the INCREASE study).)

652.    The TRIUMPH I and INCREASE studies supported the approval of Tyvaso® for treatment of PAH WHO Group I and PH-ILD WHO Group 3, respectively.  (*Id.* at 9-14.)[34]  These

---

[34] DTX645 (reporting results of the TRIUMPH I study); DTX578 (reporting results of the INCREASE study).

studies did not examine therapeutic effectiveness after a single dose session.  Rather, effectiveness was not examined until after weeks of regular repeated administration of Tyvaso®.  The primary efficacy endpoint of the TRIUMPH I trial was "the change in 6-Minute Walk Distance (6MWD) relative to baseline at 12 weeks.  6MWD was measured at peak exposure (between 10 and 60 minutes after dosing), and 3 to 5 hours after bosentan or 0.5 to 2 hours after sildenafil."  (*Id.* at 10; *see also* DTX645 at 1916.)  Patients in this study were "administered either placebo or Tyvaso in 4 daily treatment sessions with a target dose of 9 breaths (54 mcg) per session over the course of the 12-week study."  (DTX388, DTX575 at 9; *see also* DTX645 at 1916.)  The primary efficacy endpoint of the INCREASE study was "the change in 6MWD measured at peak exposure (between 10 and 60 minutes after dosing) from baseline to Week 16."  (DTX388, DTX5 at 12; *see also* DTX578 at 325.)  "Patients in the INCREASE study were randomized (1:1) to either placebo or Tyvaso in 4 daily treatment sessions with a target dose of 9 breaths (54 mcg) per session and a maximum dose of 12 breaths (72 mcg) per session over the course of the 16-week study."  (*Id.*; *see also* DTX578 at 327.)  The recommended 54 mg dose of Tyvaso® requires approximately 9 breaths to deliver, far more than the 3 breath limit of the claims.  Therefore, at the recommended target dose, Tyvaso® is not an embodiment of the claims.

### 4.    Liquidia's Proposed LIQ861 Product

653.    As explained in section I.A, Liquidia submitted a § 505(b)(2) application for LIQ861 (tradename YUTREPIA™).  As further noted, LIQ861 is not a "generic" product or "copy" of Tyvaso®, because, as a dry powder formulation delivered via dry-powder inhaler, it has a different formulation, dosage form, and mechanism of administration than Tyvaso®, which is a liquid solution used with a nebulizer.  (*See* DTX408 at LIQ02818825; *see also* DTX201 at 9.)

███████████████████████████████████████████████████████

███████████████████

657.   ClinicalTrials.gov, a database of privately and publicly funded clinical trials conducted around the world, provides further details regarding the INSPIRE LTI-301 study and confirms that the INSPIRE trial does not describe any hemodynamic studies or results and does not describe any studies or results measuring hemodynamic changes after a single treatment session.  (*See* DTX421.)  "INSPIRE" stands for "***In***vestigation of the ***S***afety and ***P***harmacology of Dry Powder ***I***nhalation of T***re***prostinil."  (*See id.*)  The official title of the INSPIRE study is, "A Phase 3 Open-label, Multicenter Study to Evaluate the Long-term Safety and Tolerability of Inhaled LIQ861 (Treprostinil) in Pulmonary Arterial Hypertension (WHO Group 1) Patients."  (*See id.* at Study Design.)  The ClinicalTrials.gov webpage for the INSPIRE study states that the "Primary Outcome Measures" were "Incidence of Treatment-Emergent Adverse Events and Serious Adverse Events [Time Frame: Baseline, ***Week 2, Month 1, Month 2 Visits, with bimonthly follow up for up to 30 months***.]."  (*Id.* at Outcome Measures (emphasis added).)  The webpage further states that "Patients transitioning from inhaled treprostinil will be initiated at a comparable dose of LIQ861, and then titrate in 25[μg] incremental doses to tolerance and symptom relief.  Patients adding LIQ861 to current oral therapies will start at a 25[μg] dose, and increase in 25[μg] increments on a weekly basis to tolerance and symptom relief."  (*Id.* at Study Design.)

████   █████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

---

[35] "6MWD" stands for "6-minute walk distance," the distance a patient walks during the 6MWT; "NYHA" stands for "New York Heart Association"; "NT-proBNP" stands for "N-terminal-pro B-type natriuretic peptide"; "MLWHF" stands for "Minnesota Living with Heart Failure."  (*See* DTX119 at 10-11.)





662.    In August 2020, Liquidia released exploratory endpoint data from the INSPIRE study at the American Thoracic Society (ATS) Annual Meeting.  (*See* DTX419.)[38]  The Hill 2020 ATS Poster states that "[e]xploratory endpoints for all patients were changes from Baseline to Month 2 in 6MWD, NYHA FC, N-terminal risk assessment (ERS/ESC risk score), and time to and reason for discontinuation of LIQ861."  (*Id.* at Methods.)  Again, acute hemodynamic changes following LIQ861 treatment were not reported.  A Liquidia Press Release from the same month reported: "Overall, improvements from baseline ***following treatment with LIQ861 for two months*** included an increase in six-minute walk distance (6MWD); clinically meaningful reduction (improvement) in the Minnesota LIVING WITH HEART FAILURE® Questionnaire (MLHFQ) total score; lower (improved) New York Heart Association functional class (NYHA FC) status; and the percentage of subjects who met two or three PAH low-risk criteria increased from baseline."  (*See* DTX420.)   The Press Release provided a more detailed breakdown of the exploratory endpoint results as follows:

---

[38] *See also* DTX427 (listing Hill 2020 ATS Poster under "Publications").

Results of the exploratory endpoints evaluated in the INSPIRE study showed:

- More than 70 percent of patients were able to titrate to a LIQ861 dose ≥79.5 mcg.
- NYHA functional class improved in 20.5 percent of patients and maintained in 75.9 percent.
- Overall median 6MWD increased by 10.1 m.
- There was no clinically meaningful change in NT-proBNP.
- MLHFQ showed an improved total score (>5-point reduction), as well as in both emotional and physical dimensions.
- A larger percentage of patients met two-or-three PAH low-risk criteria at month 2 compared with baseline.
- The majority of transition patients preferred the LIQ861 dry-powder inhaler to the Tyvaso® Inhalation System.

(*Id.*)

663. ████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████

████ ███████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████

### C.   Administration of LIQ861 to Patients Does Not Directly Infringe the Asserted Claims of the '793 Patent

665.   Administration of LIQ861 to patients will not meet the claim limitation requiring a therapeutically effective single event dose, and thus, administration of LIQ861 will not directly infringe claims 1, 4, and 6-8 of the '793 patent.  (JPTO Ex. 2, ¶¶ 115-116.)  ████████████████,

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████

    666.   ███████████████████████████████████

███████████████████████████████████████████████

███  ████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████

    667.   ███████████████████████████████████

███████████████████████████████████████████████  ███

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████████

668.    A physician desiring to administer LIQ861 would also consult publicly available literature relating to the INSIPRE clinical trial, including press releases, posters, and publications describing the results of the INSIPRE trial.  In doing so, a physician would learn that Liquidia never assessed whether a "single event dose" (*i.e.*, a single dose session) of LIQ861 conferred any therapeutic effect on patients.  Rather, Liquidia assessed changes in therapeutic efficacy after two months of treatment with LIQ861.  (*See* DTX425; DTX419 at Methods; DTX420.)  A POSA therefore would understand that LIQ861 must be administered on a chronic basis over multiple weeks to achieve therapeutic effectiveness.

669.    Nor would a physician have ***believed*** that a single event dose of LIQ861 would be therapeutically effective, based on the literature available.  ████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████    Further, a physician would understand that pulmonary hypertension treatments such as LIQ861 achieve therapeutic effectiveness by ***repeatedly*** reducing the pressure load on the heart, which ***over time*** enables the heart to function better and, in turn, improves the patient's exercise capacity.  (Anticipated testimony of Dr. Hill.)

670.    ████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████

671.     In Plaintiff's Statement of Contested Facts (JPTO Ex. 2), UTC made no indication that they intend to argue multiple doses of LIQ861 delivered as a part of a chronic dosing regimen can be combined to qualify as a single event dose. ████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████  ███████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████

672.     ████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████  ████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████

673.     To the extent UTC argues that the '793 patent's disclosures or information about Tyvaso® demonstrate LIQ861 will infringe the claims of the patent, UTC is misguided.

Infringement analysis requires comparison of the '793 patent claims to the accused product, LIQ861, not a comparison of the '793 patent claims to the '793 patent specification or some non-accused product.

674.    As noted above, furthermore, LIQ861 and Tyvaso® are fundamentally different products (*see supra*, ¶ 653.)  Accordingly, Liquidia listed Tyvaso® as a reference drug, but filed a 505(b)(2) application with the FDA and still conducted its own clinical trials testing LIQ861 in patients.  (*See supra* § V.B.4.)

675.    ███████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████

676.    For these reasons, a single event dose of LIQ861 is not therapeutically effective, so no patient, caregiver, or physician will directly infringe the Asserted Claims of the '793 patent.

**D.    Liquidia Does Not Induce Infringement of the Asserted Claims of the '793 Patent**

677.    Contrary to UTC's assertions, Liquidia will not actively induce direct infringement by patients through its press release, marketing, label, instructions for use, and conduct.  (JPTO

Ex. 2, ¶ 119.)  As described above and again below, Liquidia's Proposed Label and Instructions for Use do not encourage, recommend, or promote infringement of the Asserted Claims of the '793 patent by physicians, caregivers, and patients.  (JPTO Ex. 2, ¶¶ 117-118.)  Liquidia furthermore does not intend to encourage, recommend, or promote infringement of the Asserted Claims of the '793 patent.

678.    No doctor, patient, or caregiver will administer a therapeutically effective single event dose of LIQ861.  (*See* § V.C.)  Accordingly, no doctor, patient, caregiver, or any other party will directly infringe the Asserted Claims of the '793 patent.  Without direct infringement, Liquidia cannot induce infringement of the Asserted Claims.

679.    ████████████████████████████████████████

████████████████████████████████████    ██████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████

### E.    Liquidia Will Not Contribute to the Infringement of the Asserted Claims of the '793 Patent

680.    As noted in Section V.C, no doctor, patient, or caregiver will administer a therapeutically effective single event dose of LIQ861.  Accordingly, no doctor, patient, caregiver, or any other party directly infringes the Asserted Claims of the '793 patent.  Without direct infringement, Liquidia cannot and does not contribute to infringement of the Asserted Claims of the '793 patent.  (JPTO Ex. 2, ¶ 120.)

681.    Moreover, as noted above, LIQ861 has substantial non-infringing uses, meaning there is no contributory infringement.  UTC states, without support, that LIQ861 is "not a staple article or commodity capable of substantial non-infringing uses[.]"  (JPTO Ex. 2, ¶ 121.)  As explained above, however, LIQ861 can be used without administering a "therapeutically effective single event dose," and thus has substantial non-infringing uses.  *See supra* § V.C.  ████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████.  As such, there are substantial non-infringing uses of LIQ861.

# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED THERAPEUTICS          )
CORPORATION,                 )
                             )
        Plaintiff,           )
                             )
        v.                   )          C.A. No. 20-755 (RGA)
                             )
LIQUIDIA TECHNOLOGIES, INC., )
                             )
        Defendant.           )

**EXHIBIT 4: PLAINTIFF'S STATEMENT OF CONTESTED ISSUES OF LAW**

# TABLE OF CONTENTS

I.      INTRODUCTION....................................................................................................... 1
        A.      The Asserted Patents and Claims............................................................... 2
        B.      Defendant's Accused Infringing Product.................................................... 2

II.     INFRINGEMENT..................................................................................................... 2
        A.      Legal Standards......................................................................................... 2
                1.      Infringement in the Hatch-Waxman Context............................... 3
                2.      Infringement Under the Doctrine of Equivalents......................... 4
                3.      Induced Infringement.................................................................. 4
                4.      Contributory Infringement........................................................... 7
                5.      A Promise Not to Infringe is Insufficient .................................... 7
                6.      Presumption of Infringement ....................................................... 8
                7.      Safe Harbor and Stockpiling........................................................ 9
        B.      Infringement of the '066 Patent ................................................................ 10
        C.      Infringement of the '793 Patent ................................................................ 12

III.    EXCEPTIONAL CASE .......................................................................................... 13

IV.     CLAIM CONSTRUCTION .................................................................................... 13

V.      VALIDITY.............................................................................................................. 15
        A.      Legal Standards......................................................................................... 15
                1.      Presumption of Validity.............................................................. 15
                2.      Level of Skill in the Art .............................................................. 15
                3.      What Constitutes Prior Art.......................................................... 16
                4.      Public Availability....................................................................... 18
                5.      Anticipation................................................................................. 19
                6.      Obviousness Under Pre-AIA 35 U.S.C. § 103............................. 20
                7.      Written Description...................................................................... 29
                8.      Enablement.................................................................................. 31
                9.      Definiteness................................................................................. 32
                10.     Collateral Estoppel...................................................................... 34
                11.     Assignor Estoppel........................................................................ 35
                12.     Product-by-Process...................................................................... 37
        B.      Validity of the '066 Patent ....................................................................... 37
        C.      Validity of the '901 Patent ....................................................................... 38
        D.      Validity of the '793 Patent ....................................................................... 38

## I.    INTRODUCTION

In accordance with Local Rule 16.3(c)(5) of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, Plaintiff United Therapeutics Corporation ("Plaintiff" or "UTC") submits the following statement of contested issues of law for the action against Defendant Liquidia Technologies, Inc. ("Defendant" or "Liquidia").

The following statements are not exhaustive, and Plaintiff reserves the right to prove any matters identified in its pleadings, discovery responses, including in its contentions, and/or expert reports and depositions.  Plaintiff reserves the right to modify or amend this Exhibit to the extent necessary to reflect any future rulings by the Court, to supplement or amend this Exhibit to fairly respond to any new issues that Defendant may raise, to address any additional discovery produced by Defendant, or to address any amendments to Defendant's NDA.  To the extent Plaintiff's issues of fact that remain to be litigated, which is submitted as Exhibit 2 hereto, contains issues of law, those issues are incorporated herein by reference. Moreover, if any issue of law identified below should properly be considered an issue of fact, then such statement should be considered to be part of Plaintiff's statement of issues of fact that remain to be litigated.

Further, Plaintiff's identification of the issues that remain to be litigated on issues where Defendant bears the burden of proof is based on its understanding of the arguments that Defendant has put forth to date. To the extent Defendant attempts to introduce different or additional legal arguments to meet its burden of proof, Plaintiff reserves its rights to contest those legal arguments, and to present any and all rebuttal evidence in response to those arguments, and will not be bound by this summary of remaining legal issues.

### A.    The Asserted Patents and Claims

1.    Following UTC's Stipulation of Partial Judgment of Non-Infringement, and for purposes of trial, the Patents-in-Suit and asserted claims are:

| U.S. Patent No. | Asserted Claims |
|---|---|
| 9,593,066 ("the '066 patent") | 1, 2, 3, 6, 8, 9 |
| 10,716,793 ("the '793 patent") | 1, 4, 6, 7, 8 |

### B.    Defendant's Accused Infringing Product

2.    The accused infringing product is that described in Defendant's New Drug Application No. 213005 under § 505(b)(2) of the Federal Food Drug, and Cosmetic Act (the "505(b)(2) Application") to the United States Food and Drug Administration ("FDA") seeking approval, prior to the expiration of the '066 and '793 patents, to manufacture, market, and sell a version of Plaintiff's TYVASO® (treprostinil) Inhalation Solution, 0.6 mg/ml that is approved by FDA for treatment of pulmonary arterial hypertension (the "Proposed Product").

## II.    INFRINGEMENT

### A.    Legal Standards

3.    Plaintiff has the burden of proving infringement by a preponderance of the evidence. *Creative Compounds, LLC v. Starmark Labs.*, 651 F.3d 1303, 1314 (Fed. Cir. 2011).

4.    "A patentee may prove infringement by any method of analysis that is probative of the fact of infringement, and circumstantial evidence may be sufficient[.]" *Martek BioSciences Corp. v. Nutrinova, Inc.*, 579 F.3d 1363, 1372 (Fed. Cir. 2009) (citation and internal quotation marks omitted); *Liquidia Dynamics Corp. v. Vaughan Co.*, 449 F.3d 1209, 1219 (Fed. Cir. 2006).

5.    Under 35 U.S.C. § 271(g) a party is liable for infringement when it imports, offers to sell, sells, or uses within the United States a product which is made by a process patented in the

United States and that product is not materially changed by subsequent processes or does not become a trivial and nonessential component of another product.

### 1. Infringement in the Hatch-Waxman Context

6.     A § 271(e)(2)(A) infringement suit differs from typical infringement suits (e.g., a § 271(a) infringement suit) in that infringement inquiries "are *hypothetical* because the allegedly infringing product has not yet been marketed." *Warner-Lambert Co. v. Apotex Corp.*, 316 F.3d 1348, 1365 (Fed. Cir. 2003) (emphasis added); *see Glaxo, Inc. v. Novopharm, Ltd.*, 110 F.3d 1562, 1570 (Fed. Cir. 1997) ("The relevant inquiry is whether the patentee has proven by a preponderance of the evidence that the alleged infringer will likely market an infringing product.").

7.     In a Hatch-Waxman Act suit, the infringement inquiry is a hypothetical inquiry because it is conducted and determined prior to any actual marketing, sale, or use of one or more generic proposed drug products based upon an analysis of the proposed generic product and administration instructions that the accused infringer is likely to sell and provide following FDA approval. *Abbott Labs. v. Torpharm, Inc.*, 300 F.3d 1367, 1373 (Fed. Cir. 2002).

8.     To prove infringement, the patentee need only show that it is more likely than not that the proposed NDA product would, if commercially marketed, satisfy the claim limitations of at least one of the claims of the patents-in-suit. *Adams Respiratory Therapeutics, Inc. v. Perrigo Co.*, 616 F.3d 1283, 1287 (Fed. Cir. 2010); *Abbott Labs.*, 300 F.3d at 1373.

9.     In determining whether a proposed NDA product would more likely than not infringe at least one claim of at least one of the patents-in-suit, a court must consider all relevant evidence, including the NDA filing itself and other evidence provided by the parties. *Id.*

10.     As to patents claiming new methods of treatment, a generic NDA applicant may still be liable for inducing infringement even though it does not directly infringe a method patent. 35 U.S.C. § 271(b).

3

### 2.    Infringement Under the Doctrine of Equivalents

11.     A party that makes, uses, sells, offers to sell within, or imports into the United States a product (and/or by a process) that does not literally meet all of the elements of a claim and thus does not literally infringe that claim, can still directly infringe if that product (and/or that process) satisfies the claim elements "under the doctrine of equivalents."

12.     Under the doctrine of equivalents, a product or process infringes a claim if the accused product or process contains elements or performs steps that literally meet or are equivalent to each and every element of the claim. An element or step is equivalent to an element of a claim that is not met literally if a person having ordinary skill in the field of technology of the patent would have considered the differences between them to be "insubstantial" or would have found that the structure or action: (1) performs substantially the same function and (2) works in substantially the same way (3) to achieve substantially the same result as the element of the claim. In order to prove infringement by "equivalents," the patentee must prove the equivalency of the structure or action to the claim element by a preponderance of the evidence. Each element of a claim must be met by the accused product or process either literally or under the doctrine of equivalents for the court to find infringement.

13.     Known interchangeability of the claim element and the proposed equivalent is a factor that can support a finding of infringement under the doctrine of equivalents. In order for the structure or action to be considered interchangeable, the claim element must have been known at the time of the alleged infringement to a person having ordinary skill in the field of technology of the patent.

### 3.    Induced Infringement

14.     35 U.S.C. § 271(b) provides that "[w]however actively induces infringement of a patent may still be liable as an infringer."

15.     Direct infringement is a necessary predicate for a finding of induced infringement in ordinary patent infringement cases. *Limelight Networks, Inc. v. Akamai Techs., Inc.*, 134 S. Ct. 2111, 2117 (2014).

16.     Inducement liability requires that "the defendant possessed specific intent to encourage another's infringement and not merely that the defendant had knowledge of the acts alleged to constitute infringement." *DSU Med. Corp. v. JMS Co.*, 471 F.3d 1293, 1306 (Fed. Cir. 2006).

17.     Circumstantial evidence can support a finding of specific intent to induce infringement. *AstraZeneca LP v. Apotex, Inc.*, 633 F.3d 1042, 1060 (Fed. Cir. 2010) (citing *Water Techs. Corp. v. Calco, Ltd.*, 850 F.2d 660, 668 (Fed. Cir. 1988)).

18.     "Inducement can be found where there is '[e]vidence of active steps taken to encourage direct infringement,' which can in turn be found in 'advertising an infringing use or instructing how to engage in an infringing use.'" *Takeda Pharm. U.S.A., Inc. v. W.-Ward Pharm. Corp.*, 785 F.3d 625, 630–31 (Fed. Cir. 2015) (alteration in original) (quoting *Metro-Goldwyn-Mayer Studios Inc. v. Grokster, Ltd.*, 545 U.S. 913, 936 (2005)).

19.     When proof of specific intent depends on the label accompanying the marketing of a drug inducing infringement by physicians and patients taking the drug, "[t]he label must encourage, recommend, or promote infringement." *Takeda*, 785 F.3d at 631.

20.     The contents of the label itself may permit the inference of specific intent to encourage, recommend, or promote infringement. *Vanda Pharms. Inc. v. W.-Ward Pharms. Int'l Ltd.*, 887 F.3d 1117, 1129 (Fed. Cir. 2018) (citing *Sanofi v. Watson Labs. Inc.*, 875 F.3d 636, 646 (Fed. Cir. 2017)).

21.     Induced infringement can be proven where the instructions in a proposed label

5

would inevitably lead at least some consumers (e.g., patients and/or their instructing physicians) to practice a claimed method of a patent. *AstraZenecaLP v. Apotex, Inc.*, 633 F.3d 1042, 1060 (Fed. Cir. 2010).

22.    A patentee in a Hatch-Waxman litigation asserting method patents does not have to prove that prior use of the NDA-approved drug satisfies the limitations of the asserted claims. *See, e.g.*, *Sanofi*, 875 F.3d at 643 (affirming inducement finding where the district court found that "the inducing act will be the marketing by [ANDA applicants] of their generic dronedarone drugs with the label described" and "the induced act will be the administration of dronedarone by medical providers to patients meeting the criteria set forth in the [claims at issue]"); *Eli Lilly & Co. v. Teva Parenteral Meds., Inc.*, 845 F.3d 1357, 1368 (Fed. Cir. 2017) ("not requir[ing] evidence regarding the general prevalence of the induced activity"); *AstraZeneca*, 633 F.3d at 1057 (affirming district court's grant of a preliminary injunction based on claims of induced infringement where the district court found that "the proposed label would cause some users to infringe the asserted method claims"); *see also Warner-Lambert*, 316 F.3d at 1364 ("The infringement case is therefore limited to an analysis of whether what the generic drug maker is requesting authorization for in the ANDA would be an act of infringement if performed.").

23.    Accordingly, Plaintiff "can satisfy its burden to prove the predicate direct infringement by showing that if the proposed []NDA product were marketed, it would infringe the [asserted patents]." *Vanda*, 887 F.3d at 1130; *see, e.g.*, *Ferring B.V. v. Watson Labs., Inc.-Fla.*, 764 F.3d 1401, 1408 (Fed. Cir. 2014) ("The infringement determination is thus based on consideration of all relevant evidence, and because drug manufacturers are bound by strict statutory provisions to sell only those products that comport with the ANDA's description of the drug, the ANDA itself dominates the analysis." (alterations and internal quotation marks omitted));

*AstraZeneca*, 633 F.3d at 1060 (explaining that the district court "correctly determined" that language in the ANDA label "would inevitably lead some consumers to practice the claimed method").

24.     Even if the proposed generic NDA product has "substantial noninfringing uses," the generic NDA applicant may still be liable for inducing infringement. *Vanda*, 887 F.3d at 1133 ("Section 271(b), on inducement, does not contain the 'substantial noninfringing use' restriction of section 271(c), on contributory infringement." (quoting *Sanofi*, 875 F.3d at 646)).

25.     Thus, "a person can be liable for inducing an infringing use of a product even if the product has substantial noninfringing uses[.]" *Id.* (citing *Grokster*, 545 U.S. at 934–37).

### 4.     Contributory Infringement

26.     Under 35 U.S.C. § 271(c), an accused infringer is liable for contributory infringement if it "offers to sell or sells within the United States or imports into the United States a component of a patented machine, manufacture, combination or composition, or a material or apparatus for use in practicing a patented process, constituting a material part of the invention, knowing the same to be especially made or especially adapted for use for an infringement of such patent, and not a particular staple articular or commodity of commerce suitable for substantial noninfringing use."

27.     A patentee can prove contributory infringement by showing "1) that there is direct infringement, 2) that the accused infringer has knowledge of the patent, 3) that the component has no substantial noninfringing uses, and 4) that the component is a material part of the invention." *Fujitsu Ltd. v. Netgear Inc.*, 620 F.3d 1321, 1325 (Fed. Cir. 2010).

### 5.     A Promise Not to Infringe is Insufficient

28.     An ANDA applicant's guarantee not to infringe is unavailing. *Sunovion Pharms., Inc. v. Teva Pharms. USA, Inc.*, 731 F.3d 1271, 1278 (Fed. Cir. 2013); *see also id.* at 1278 ("[w]hat

[the ANDA applicant] has asked the FDA to approve as a regulatory matter is the subject matter that determines whether infringement will occur.").  As such, a "pledg[e] to follow internal manufacturing guidelines" that "will keep it outside the scope of the claims or [where the applicant] has even filed a declaration in the court stating that it will stay outside the scope of the claims does not overcome the basic fact that it has asked the FDA to approve, and hopes to receive from the FDA, approval to market a product within the scope of the issue claims."  *Id.* at 1278; *see also Par Pharm., Inc. v. Hospira, Inc.*, 835 F. App'x 578, 586 (Fed. Cir. 2020) ("Even where internal documents suggest that a generic product will not meet a claim limitation in practice, representations about the ANDA's scope control the infringement analysis.").

29.    "[A]ny so-called certification pledging not to infringe cannot override the conclusion that when a drug manufacturer seeks FDA approval to market a generic compound within the scope of a valid patent, it is an infringement as a matter of law. Simply saying 'But I won't do it' is not enough to avoid infringement." *Sunovion Pharms., Inc. v. Teva Pharms. USA, Inc.*, 731 F.3d 1271, 1280 (Fed. Cir. 2013).

30.    The holding of *Sunovion* is not limited to "specific situations where the information disproving infringement is not included in the ANDA."  *Exela Pharma Sciences, LLC v. Eton Pharmaceuticals, Inc.*, 1-20-cv-00365-MN, at 4 (D. Del. Feb. 8, 2022) (Noreika, J.); *see also id.* at 6 (holding an expert's "non-infringement opinions are based on a legally erroneous premise" where said expert "focused on biobatch data even though the ANDA specification made clear that the product fell within the scope of Plaintiff's patent").

**6.    Presumption of Infringement**

31.    Under 35 U.S.C. § 295 "[i]n actions alleging infringement of a process patent based on the importation, sale, offer for sale, or use of a product which is made from a process patented in the United States, if the court finds: (1) that a substantial likelihood exists that the product was

made by the patented process, and (2) that the plaintiff has made a reasonable effort to determine the process actually used in the production of the product and was unable to so determine, the product shall be presumed to have been so made, and the burden of establishing that the product was not made by the process shall be on the party asserting that it was not so made."

32.     Establishing a substantial likelihood of infringement only requires that the patentee "present evidence that would support a reasonable conclusion that the imported product was made by the patented process." *Dasso Int'l, Inc. v. MOSO N. Am., Inc.*, No. CV 17-1574-RGA, 2021 WL 4427168, at *2 (D. Del. Sept. 27, 2021) (citation omitted). Additionally, "§ 271(g) was enacted to 'extend protection to the products' resulting from practicing a patented process and to 'prevent circumvention of a U.S. process patentee's rights through manufacture abroad and subsequent importation into the United States of products made by the patented process.'" *Syngenta Crop Prot., LLC v. Willowood, LLC*, 944 F.3d 1344, 1362 (Fed. Cir. 2019) (citation omitted).

33.     When determining whether a reasonable effort was made by the plaintiff, "courts examine the patentee's discovery efforts and consider whether the patentee followed all of the avenues of discovery likely to uncover the defendant's process, including written discovery requests, facility inspections, first-hand observation of the process, independent testing of process samples, the use of experts, and depositions of the defendant's officials. *Dasso Int'l, Inc. v. MOSO N. Am., Inc.*, No. CV 17-1574-RGA, 2021 WL 4427168, at *5 (D. Del. Sept. 27, 2021) (citation omitted).

**7.     Safe Harbor and Stockpiling**

34.     Under 35 U.S.C. § 271(e)(1), "[i]t shall not be an act of infringement to make, use, offer to sell, or sell within the United States or import into the United States a patented invention…solely for uses reasonably related to the development and submission of information under a Federal law which regulates the manufacture, use, or sale of drugs or veterinary biological

products."

35.     However, the § 271(e)(1) exemption is not absolute, and "does not apply to information that may be routinely reported to the FDA, long after marketing approval has been obtained." *Momenta Pharms., Inc. v. Teva Pharms. USA Inc.*, 809 F.3d 610, 619 (Fed. Cir. 2015).

36.     The § 271(e)(1) exemption does not apply to all uses while FDA approval is pending. *Amgen Inc. v. Int'l Trade Comm'n*, 565 F.3d 846, 853 (Fed. Cir. 2009).

37.     In determining whether the safe harbor applies, "[e]ach of the accused activities must be evaluated separately." *Amgen Inc. v. Hospira, Inc.*, 944 F.3d 1327, 1338 (Fed. Cir. 2019) (quoting *Merck KGaA v. Integra Lifesciences I, Ltd.*, 545 U.S. 193, 200 (2005)).

38.     The safe harbor does not apply to protect "non-FDA commercial manufacturing or yield optimization purposes." *Wilson Wolf Mfg. Corp. v. Sarepta Therapeutics, Inc.*, No. CV 19-2316-RGA, 2020 WL 7771039, at *5 (D. Del. Dec. 30, 2020); *see also Biogen, Inc. v. Schering AG*, 954 F. Supp. 391, 397 (D. Mass. 1996) (finding the safe harbor does not apply where company "spent $24 million to stockpile and prepare to market [drug] immediately upon the anticipated, imminent FDA approval in order to access promptly the lucrative market"); *Amgen, Inc. v. Hospira, Inc.*, 336 F. Supp. 3d 333, 344-45 (D. Del. 2018), *aff'd*, 944 F.3d 1327 (Fed. Cir. 2019).

### B.     Infringement of the '066 Patent

39.     Liquidia has infringed claims of the '066 patent pursuant to 35 U.S.C. §271(e) by submitting, maintaining, and/or resubmitting its NDA.

40.     Whether Plaintiff has proven by a preponderance of the evidence that Defendant will directly infringe, pursuant to 35 U.S.C. § 271(a), one or more of Asserted Claims of the '066 patent by importing into and using within the United States Yonsung Fine Chemicals Co., Ltd.'s ("Yonsung") treprostinil product and/or making, offering to sell, or selling within the United States

Defendant's Proposed Product that incorporates Yonsung's treprostinil product.

41.     Whether Plaintiff has proven by a preponderance of the evidence that Defendant will directly infringe Asserted Claim 8 of the '066 patent pursuant to 35 U.S.C. § 271(a) by importing into and using within the United States Yonsung Fine Chemicals Co., Ltd.'s "Yonsung's treprostinil product and/or making, offering to sell, or selling within the United States Defendant's Proposed Generic Product that incorporates Yonsung's treprostinil product.

42.     Whether Plaintiff has proven by a preponderance of the evidence that Defendant would induce Yonsung to infringe Asserted Claims 1, 2, 3, 6, and 9 of the '066 patent pursuant to 35 U.S.C. § 271(b) by encouraging Yonsung to make Yonsung's treprostinil product.

43.     Whether Plaintiff has proven by a preponderance of the evidence that Defendant would induce Yonsung to infringe Asserted Claim 8 of the '066 patent pursuant to 35 U.S.C. § 271(b) by encouraging Yonsung to make Yonsung's treprostinil product according to the patented method.

44.     Whether Plaintiff has proven by a preponderance of the evidence that Defendant has an affirmative intent to induce direct infringement of one or more of the Asserted Claims of the '066 patent.

45.     Whether Plaintiff has proven a preponderance of the evidence that Defendant would contribute to the infringement of Asserted Claims 1, 2, 3, 6, and 9 of the '066 patent pursuant to 35 U.S.C. § 271(c) by selling, offering to sell, importing, or using Yonsung's treprostinil product, knowing that it was especially made or adapted for use in the patented compositions.

46.     Whether Plaintiff has proven by a preponderance of the evidence that Defendant would contribute to infringement of Asserted Claim 8 of the '066 patent pursuant to 35 U.S.C. § 271(c) by selling, offering to sell, importing, or using Yonsung's treprostinil product, knowing

that it was made according to the patented method.

47.     Whether Plaintiff has proven by a preponderance of the evidence that Liquidia will infringe one or more claims of the '066 patent under 35 U.S.C. § 271(g) by importing, selling, offering to sell or using Liquidia's Proposed Generic Product or Yonsung's treprostinil product which is neither materially changed by subsequent process nor a trivial or non-essential component of another product.

### C.     Infringement of the '793 Patent

48.     Liquidia has infringed claims of the '793 patent pursuant to 35 U.S.C. §271(e) by submitting, maintaining, and/or resubmitting its NDA.

49.     Whether Plaintiff has proven by a preponderance of the evidence that Defendant would infringe Asserted Claims 1, 4, 6, 7, and 8 of the '793 patent pursuant to 35 U.S.C. § 271(a) by making, selling, or offering to sell Defendant's Proposed Generic Product.

50.     Whether Plaintiff has proven by a preponderance of the evidence that Defendant would induce physicians, caregivers, and patients to infringe Asserted Claims 1, 4, 6, 7, and 8 of the '793 patent pursuant to 35 U.S.C. § 271(b) by encouraging physicians, caregivers, and patients to administer Defendant's Proposed Generic Product according to Defendant's Proposed Label and Proposed Instructions for Use.

51.     Whether Plaintiff has proven by a preponderance of the evidence that Defendant has an affirmative intent to induce direct infringement of one or more of Asserted Claims 1, 4, 6, 7, and 8 of the '793 patent.

52.     Whether Plaintiff has proven by a preponderance of the evidence that Defendant would contribute to the infringement of Asserted Claims 1, 4, 6, 7, and 8 of the '793 patent pursuant to 35 U.S.C. § 271(c) by selling or offering to sell Defendant's Proposed Generic Product.

## III.    EXCEPTIONAL CASE

53.    Under 35 U.S.C. § 285 "[t]he court in exceptional cases may award reasonable attorney fees to the prevailing party."

54.    A finding of exceptional circumstances under 35 U.S.C. § 285, warranting an award of reasonable attorney fees, includes litigation conduct that causes competitive harm to a prevailing party. *Beckman Instruments, Inc. v. LKB Produkter AB*, 892 F.2d 1547, 1551-52 (Fed. Cir. 1989); *Nilssen v. Osram Sylvania, Inc.*, 528 F.3d 1352, 1357-59 (Fed. Cir. 2008). Such misconduct includes an alleged infringer's attempt to conceal or misconstrue facts in support of the alleged infringer's defense. *See Qualcomm Inc. v. Broadcom Corp.*, 548 F.3d 1004, 1026-27 (Fed. Cir. 2008) (attempting "to shield" or "distance" a party from the patents-at-issue and "bad-faith business conduct" justify an exceptional case award); *Beckman Instruments, Inc. v. LKB Produkter AB*, 892 F.2d 1547, 1552 n.1 (Fed. Cir. 1989) ("engag[ing] in various discovery . . . abuses"); *see also Nilssen v. Osram Sylvania, Inc.*, 528 F.3d 1352, 1359-59 (Fed. Cir. 2008) (requiring a "context-specific" analysis to assess whether the conduct amounts to litigation misconduct).

55.    Whether this case is an exceptional case within the meaning of 35 U.S.C. § 285, such that Plaintiff is entitled to recover its attorneys' fees and costs.

## IV.    CLAIM CONSTRUCTION

56.    Claim construction is an issue of law that is reserved for the court to determine. *Markman v Westview Instruments, Inc.*, 517 U.S. 370, 391 (1996). Proper claim construction of a patent's claims requires review of the patent's intrinsic evidence and, when appropriate, extrinsic evidence. *See Phillips v. AWH Corp.*, 415 F.3d 1303, 1313–14 (Fed. Cir. 2005). The intrinsic evidence to be considered includes the claims, specification, and prosecution history. *Id.* at 1314-17. When intrinsic evidence is unable to provide a clear construction, courts may use extrinsic evidence to assist in the interpretation including relevant scientific principles, the meaning of

13

technical terms, the state of the art, dictionaries, treatises, and inventor and expert testimony. *See id.* at 1317-18. The intrinsic, and if necessary extrinsic, evidence is used to give the claims their ordinary and customary meaning that a POSA, at the time of the invention, would have interpreted the terms to mean. *Id.* at 1313-14.

57.    Claim construction is to interpret the claims to cover both "what the inventors actually invented and intend to envelop with the claim." *Renishaw PLC v. Marposs Societa' per Azioni*, 158 F.3d 1243, 1250 (Fed. Cir. 1998). Because patents are given a presumption of validity by 35 U.S.C. § 282, claim construction should act to preserve the claims' validity, except in cases where an invalidating construction would be the "only claim construction that is consistent with the claim's language and the written description." *Rhine v. Casio, Inc.*, 183 F.3d 1342, 1345 (Fed.Cir.1999); *see also Marine Polymer Techs., Inc. v. Hemcon, Inc.*, 672 F.3d 1350, 1368 (Fed. Cir. 2012).

58.    A patent's specification "is always highly relevant to a claim construction analysis. Usually, it is dispositive; it is the single best guide to the meaning of a disputed term." *Vitronics Corp. v. Conceptronic, Inc.*, 90 F.3d 1576 (Fed.Cir.1996). "The court must always read the claims in view of the full specification." *SanDisk Corp. v. Memorex Prod., Inc.*, 415 F.3d 1278, 1285 (Fed. Cir. 2005). Further, any claim construction that excludes a preferred embodiment "is rarely, if ever, correct." *Vitronics*, 90 F.3d at 1583; *see also, e.g. SanDisk*, 415 F.3d at 1285; *C.R. Bard, Inc. v. U.S. Surgical Corp.,* 388 F.3d 858, 865 (Fed.Cir.2004).

59.    During the claim construction phase of this case, culminating in an April 30, 2021, joint claim construction brief, neither party proposed any claim constructions for the '793 patent. More particularly, Liquidia did not seek to construe "therapeutically effective" in the narrow way described in Dr. Hill's expert reports.

60.     Liquidia's Issues Of Law assert that Dr. Waxman has proffered a construction for "pulmonary hypertension" that is "untimely and, moreover, improper in light of the specification and prosecution history." It is neither. Liquidia disclosed its "pulmonary hypertension" §112 defenses on September 28, 2021 and Dr. Waxman offered his responsive opinions in his rebuttal report on validity in November 2021.

## V.     VALIDITY

### A.     Legal Standards

#### 1.     Presumption of Validity

61.     The Asserted Claims are presumed to be valid, and the burden of proving invalidity of each claim rests with Liquidia. 35 U.S.C. § 282.  The presumption that an issued patent claim is valid requires that an invalidity defense or counterclaim be proven by clear and convincing evidence. *Microsoft Corp. v. i4i Ltd. P'ship*, 131 S. Ct. 2238, 2242 (2011).  Clear and convincing evidence is evidence that gives rise to an "abiding conviction that the truth of [the] factual contentions are 'highly probable.'" *Colorado v. New Mexico*, 467 U.S. 310, 316 (1984). The presumption of validity and corresponding burden of proof in overcoming that presumption applies to each patent claim independently.  *See Uniroyal, Inc. v. Rudkin-Wiley Corp.*, 837 F.2d 1044, 1050 (Fed. Cir. 1988); *Carroll Touch, Inc. v. Electro Mechanical Sys., Inc.*, 15 F.3d 1573, 1581 (Fed. Cir. 1993).

#### 2.     Level of Skill in the Art

62.     The level of ordinary skill in the art is that of a hypothetical person presumed to have known the relevant art at the time of the invention. Factors that may be considered are (1) "types of problems encountered in the art," (2) "prior art solutions to those problems," (3) rapidity with which innovations are made," (4) "sophistication of the technology," and (5) "educational level of active workers in the field. In a given case, every factor may not be present, and one or

more factors may predominate." *In re GPAC*, 57 F.3d 1573, 1579 (Fed. Cir. 1995).

63.     The level of skill in the art may also be demonstrated by post-filing date articles.

References that do not quality as prior art because they postdate the claimed invention may be

relied upon to show the level of ordinary skill in the art at around the time the invention was made.

*Thomas & Betts Corp. v. Litton Sys., Inc.*, 720 F.2d 1572, 1581 (Fed. Cir. 1983) (explaining that

references "though not technically prior art, were, in effect, properly used as indicators of the level

of the ordinary skill in the art to which the invention pertained"); *In re Farrenkopf*, 713 F.2d 714,

720 (Fed. Cir. 1983).

### 3.     What Constitutes Prior Art

64.     35 U.S.C. § 102 (pre-AIA) provides that: "A person shall be entitled to a patent

unless – (a) the invention was known or used by others in this country, or patented or described in

a printed publication in this or a foreign country, before the invention thereof by the applicant for

patent, or (b) the invention was patented or described in a printed publication in this or a foreign

country or in public use or on sale in this country, more than one year prior to the date of the

application for patent in the United States[.]" In order for an on-sale bar to occur the device sold

must embody each and every limitation of the claimed invention. *See Scaltech Inc. v. Retec/Tetra,*

*L.L.C.*, 178 F.3d 1378, 1383, 51 U.S.P.Q.2d 1055 (Fed. Cir. 1999) ("[t]he 'invention' which has

been offered for sale must, of course, be something circumscribed by metes and bounds of the

claim. Hence, the first determination in the section 102(b) analysis must be whether the subject of

the baring activity met each of the limitations of the claim, and thus was an embodiment of the

invention." ).

65.     The party challenging the validity of a patent bears the burden "by clear and

convincing evidence on all issues relating to the status of [a publication] as prior art." *Mahurkar*

*v. C.R. Bard, Inc.*, 79 F.3d 1572, 1576 (Fed. Cir. 1996); *Plexxikon Inc. v. Novartis Pharms. Corp.*,

525 F. Supp. 3d 1104, 1112 (N.D. Cal. Mar. 15, 2021) ("A party challenging patent validity has the burden to prove by clear and convincing evidence that an invalidating reference is prior art."). "Concomitant to the presumption of validity afforded to all patents is the rule that a party challenging the validity of a patent bears the burden of establishing all facts necessary to prove invalidity." *Proctor & Gamble Co. v. Paragon Trade Brands, Inc*., 989 F. Supp. 547, 585 (D. Del. Dec. 30, 1997).

66.     In order to qualify as prior art under § 102(a), a reference must be "by others." Without a showing that an alleged prior art publication is "the work of another," the reference cannot stand as prior art under § 102(a). *See, e.g*., *In re Katz*, 687 F.2d 450, 454 (CCPA 1982). "Authorship of an article by itself does not raise a presumption of inventorship with respect to the subject matter disclosed in the article." *Id*. at 455. "What is significant is not merely the differences in the listed inventors, but whether the portions of the reference relied on as prior art… represent the work of a common inventive entity." *Riverwood Int'l Corp. v. R.A. Jones & Co.*, 324 F.3d 1346, 1356 (Fed. Cir. 2003); *Trebro Mfg. Inc. v. Firefly Equipment LLC*, 748 F.3d 1159, 1169 (Fed. Cir. 2014) ("the same inventive entity . . . cannot qualify as prior art under (previous) 35 U.S.C. § 102(a)"). A common inventive entity may exist even where a co-inventor is not listed as an author on the purported prior art reference. *See, e.g.*, *Trans Ova Genetics, LC v. XY, LLC*, IPR2018-00250, Paper 35, at 7-8, n. 8 (PTAB June 26, 2019), aff'd, 819 F. App'x 937 (Fed. Cir. 2020). Here, Liquidia incorrectly contends that the Ghofrani and Voswinckel 2006 references are prior art under § 102(a) with respect to the '793 patent.

67.     "[O]ne's own work is not prior art under § 102(a)" when "[b]ased on the uncontradicted evidence of record" that the alleged prior art "was authored" by the inventor. *Mannesmann Demag Corp. v. Engineered Metal Prods. Co.*, 605 F. Supp. 1362, 1370 (D. Del.

Mar. 4, 1984).

68.     "[A] desire to have a product that has a particular characteristic, but does nothing to provide any teachings on how to achieve that goal" does not qualify as § 102(a) prior art. *Endo Pharms. Inc. v. Actavis Inc.*, C.A. No. 1:14-cv-1381, 2017 WL 3731001, at *6 n.4 (D. Del. Aug. 30, 2017).

### 4.     Public Accessibility

69.     "Patents are presumed to be valid under 35 U.S.C. § 282, and Defendant[] accordingly bear[s] the burden of proving by clear and convincing evidence that an asserted reference or system is prior art under Section 102." *Sunoco Partners Marketing & Terminals L.P. v. Powder Springs Logistics, LLC*, Civ. Action No. 17-1390-LPS-CJB, 2020 WL 9438750, at *2 (D. Del. Feb. 20, 2020) (citing *Sandt Tech. Ltd. v. Resco Metal & Plastics Corp.*, 264 F.3d 1344, 1350 (Fed. Cir. 2001)).

70.     The determination of whether a document is a "printed publication" that qualifies as prior art hinges on "public accessibility." *Blue Calypso, LLC v. Groupon, Inc.*, 815 F.3d 1331, 1348 (Fed. Cir. 2016) (quoting *In re Hall*, 781 F.2d 897, 898-99 (Fed. Cir. 1986)). Public accessibility is the "touchstone in determining whether a reference constitutes a printed publication," and a reference is considered publicly accessible only if it was "disseminated or otherwise made available to the extent that persons interested and ordinarily skilled in the subject matter or art exercising reasonable diligence[] can locate it." *Kyocera Wireless Corp. v. Int'l Trade Comm'n*, 545 F.3d 1340, 1350 (Fed. Cir. 2008) (internal citations omitted).

71.     "In making the determination as to whether a reference is publicly accessible, the Federal Circuit has enunciated several factors that provide guidance to the court. These factors include: (1) distribution or dissemination; (2) records accessible to the public; (3) indexing and cataloging in a meaningful way; (4) duration of the display; (5) expertise of the intended audience;

(6) expectations regarding the copying of the information displayed; and (7) ease or simplicity with which a display could be copied." *Energy Transp. Grp. v. William Demant Holding A/S*, C.A. No. 05-422 GMS, 2008 WL 11335094, at *1 (D. Del. Jan. 18, 2008) (citations omitted) (citing *In re Klopfenstein*, 380 F.3d 1345, 1350–51 (Fed. Cir. 2004); *In re Cronyn*, 890 F.2d 1161, 1161 (Fed. Cir. 1989); *In re Hall*, 781 F.2d 897, 898–99 (Fed. Cir. 1986); *In re Wyer*, 655 F.2d 221, 226 (Fed. Cir. 1981)).

72.     For references stored in libraries, public accessibility requires that the reference be both available at the library and sufficiently indexed or catalogued by the priority date. *Blue Calypso, LLC v. Groupon, Inc*., 815 F.3d 1331, 1348 (Fed. Cir. 2016); *In re Klopfenstein*, 380 F.3d 1345, 1349 (Fed. Cir. 2004). "The test for public accessibility is not 'has the reference been indexed?' [The Federal Circuit] ha[s] explained that where indexing is concerned, whether online or in tangible media, the ultimate question is whether the reference was available to the extent that persons interested and ordinarily skilled in the subject matter or art, exercising reasonable diligence, can locate it." *Acceleration Bay, LLC v. Activision Blizzard Ind.*, 908 F.3d 765, 774 (Fed. Cir. 2018) (internal quotation marks omitted) (concluding that reference was not prior art because it was "not indexed in a meaningful way").

### 5.     Anticipation

73.     A patent claim is not anticipated if it was not disclosed in a prior reference. *See, generally* 35 U.S.C. § 102. For a claimed invention to be anticipated by a qualifying prior art reference, the reference "must describe…each and every claim limitation[.]" *ClearValue, Inc. v. Pearl River Polymers, Inc.*, 668 F.3d 1340, 1344 (Fed. Cir. 2012). While the elements may be disclosed inherently or expressly, they must be "arranged or combined in the same way as in the claim." *In re Gleave*, 560 F.3d 1331, 1334 (Fed. Cir. 2009) (citation omitted). Put another way, prior art can only anticipate a claim if it discloses all elements "in the same form and order as in

the claim." *In re Chudik*, 851 F.3d 1365, 1372 (Fed. Cir. 2017) (citation omitted).

74.    Additionally, the anticipating reference must enable the all the subject matter that "falls within the scope of the claims at issue. *Galderma Labs., L.P. v Teva Pharmaceuticals USA, Inc.*, 799 Fed.Appx 838, 842-843 (Fed. Cir. 2020) (citing *In re Gleave*, 560 F.3d 1331, 1334 (Fed. Cir. 2009). The enablement requirement requires enablement without undue experimentation. *In re Gleave*, 560 F.3d 1331, 1334 (Fed. Cir. 2009). Prior art is not considered to be enabling for the purposes of anticipation if it does not enable a person of ordinary skill in the art to carry out the invention. *Impax Laboratories, Inc. v. Aventis Pharmaceuticals Inc.*, 468 F.3d 1366, 1381 (Fed. Cir. 2006). *In re Gleave*, 560 F.3d 1331, 1334 (Fed. Cir. 2009). However, limitations that are missing from a prior art reference cannot be filled in simply because a skilled artisan would be able to envision them. *Nidec Motor Corp. v. Zhongshan Broad Ocean Motor Co. Ltd.*, 851 F.3d 1270, 1274-75 (Fed. Cir. 2017) ("*Kennametal* does not permit the Board to fill in missing limitations simply because a skilled artisan would immediately envision them").

75.    A prior art reference does not anticipate a patent claim if the reference "must be distorted from its obvious design." *In re Chudik*, 851 F.3d 1365, 1372 (Fed. Cir. 2017) (citation omitted). Importantly, anticipation "is not proven by 'multiple, distinct teachings that the artisan might somehow combine to achieve the claimed invention.'" *Microsoft Corp. v. Biscotti, Inc.*, 878 F.3d 1052, 1069 (Fed. Cir. 2017).  Proof of indexing in a "meaningful way," together with evidence that the indexing occurred by the critical date, may be necessary before the burden shifts to the patentee to prove otherwise. *In re Lister*, 583 F.3d 1307, 1312 (Fed. Cir. 2009).

### 6.    Obviousness Under Pre-AIA 35 U.S.C. § 103

76.    "The determination of obviousness is a legal conclusion based on underlying facts." *Allergan, Inc. v. Sandoz Inc.* ,726 F.3d 1286, 1290–91 (Fed. Cir. 2013). A patent claim is invalid for obviousness if "the differences between the subject matter sought to be patented and the prior

art are such that the subject matter as a whole would have been obvious at the time the invention

was made to a person having ordinary skill in the art to which said subject matter pertains." 35

U.S.C. § 103. The "underlying factual considerations in an obviousness analysis include the scope

and content of the prior art, the differences between the prior art and the claimed invention, the

level of ordinary skill in the art, and any relevant secondary considerations[,]" which include

"commercial success, long-felt but unresolved needs, failure of others, and unexpected results."

*Allergan*, 726 F.3d at 1290–91 (citations omitted); *see Graham v. John Deere Co.*, 383 U.S. 1, 7–

18 (1966); *see also KSR Int'l v. Teleflex Inc.*, 550 U.S. 398, 415 (2007) (re-affirming the *Graham*

factor analysis as the appropriate test for determining obviousness).

77.     The objective indicia of nonobviousness, the fourth *Graham* factor, "may often be

the most probative and cogent evidence" available." *Ortho-McNeil Pharm., Inc. v. Mylan Labs.,*

*Inc.*, 520 F.3d 1358, 1365 (Fed. Cir. 2008) (quoting *Catalina Lighting, Inc. v. Lamps Plus, Inc.*,

295 F.3d 1277, 1288 (Fed. Cir. 2002)); *Transocean Offshore Deepwater Drilling, Inc. v. Maersk*

*Contractors USA, Inc.*, 617 F.3d 1296, 1305 (Fed. Cir. 2010).

78.     The defendant has the burden of proof with respect to all of the *Graham* factors,

including any alleged absence of objective indicia of nonobviousness. *Am. Hosp. Supply Corp. v.*

*Travenol Labs., Inc.*, 745 F.2d 1, 8 (Fed. Cir. 1984).

79.     It is imperative to consider how a person of ordinary skill in the art would have

viewed the relevant art to ascertain whether the subject matter as a whole "would have been

obvious at the time the invention was made"; that is, to avoid the insidious attraction of hindsight.

35 U.S.C. § 103(a) (2004); *KSR*, 550 U.S. at 41; *Star Scientific, Inc. v. R.J. Reynolds Tobacco Co.*,

655 F.3d 1364, 1375 (Fed. Cir. 2011) ("Importantly, the great challenge of the obviousness

judgment is proceeding without any hint of hindsight."); *Sanofi-Synthelabo v. Apotex, Inc.*, 550

F.3d 1075, 1088 (Fed. Cir. 2008).

80.     As the Federal Circuit has explained post-*KSR*, retracting the path of the inventor with hindsight, and discounting the number and complexity of the alternatives, is always inappropriate for an obviousness test based on the language of 35 U.S.C. § 103 that requires the analysis to examine "the subject matter as a whole" to ascertain if it "would have been obvious at the time the invention was made." *Ortho-McNeil*, 520 F.3d at 1363–64. The Federal Circuit explained that "at the time of invention, the inventor's insights, willingness to confront and overcome obstacles, and yes, even serendipity, cannot be discounted." *Id.* Thus, for an obviousness analysis, a flexible Teaching-Suggestion-Motivation ("TSM") test "remains the primary guarantor against a non-statutory hindsight analysis." *Id.* Skepticism of experts and copying, "constitutes independent evidence of nonobviousness." *Id.*

81.     The patentability of an invention "shall not be negated by the manner in which the invention was made." 35 U.S.C. § 103; *Honeywell Int'l Inc. v. Mexichem Amanco Holding S.A.*, 865 F.3d 1348, 1356 (Fed. Cir. 2017) (explaining that this provision "was enacted to ensure that routine experimentation does not necessarily preclude patentability").

82.     When a patent challenger contends that a patent is obvious in light of a combination or modification of prior art references, the challenger must point to clear and convincing evidence that shows that there existed a reason to make the change. *Takeda Chem. Indus., Ltd. v. Alphapharm Pty., Ltd.*, 492 F.3d 1350, 1356–57 (Fed. Cir. 2007); *Yamanouchi Pharm. Co. v. Danbury Pharmacal, inc.*, 231 F.3d 1339, 1344–45 (Fed. Cir. 2000) (affirming that defendants "did not show sufficient motivation for one of ordinary skill in the art at the time of the invention to take any one of the following steps, let alone the entire complex combination"); *Hybritech Inc. v. Monoclonal Antibodies, Inc.*, 802 F.2d 1367, 1383 (Fed. Cir. 1986) ("Focusing on the

obviousness of substitutions and differences instead of on an invention as a whole . . . was a legally improper way to simplify the difficult determination of obviousness.")

83.     Addressing the alleged obviousness of drug-drug interaction patents at issue in *Vanda*, the District of Delaware held that motivation to solve a problem does not render the solution obvious. *Vanda Pharms., Inc. v. Roxane Labs., Inc.*, 203 F. Supp. 3d 412, 427 (D. Del. 2016) ("Even if Mutlib provided a basis for a POSA to focus a study on the implications for iloperidone metabolism of mutations in the genes for the CYP2D6, it would have been impossible to predict the results."), *aff'd on other grounds*, *Vanda*, 887 F.3d 1117.

84.     In an unpredictable field like drug development, a lack of relevant data in the prior art can weigh heavily in favor of nonobviousness. *OSI Pharms., LLC v. Apotex Inc.*, 939 F.3d 1375, 1384–85 (Fed. Cir. 2019) ("These references provide no more than hope—and hope that a potentially promising drug will treat a particular [deadly disease state] is not enough to create a reasonable expectation of success in a highly unpredictable art such as this.").

85.     "[K]nowledge of a problem and motivation to solve it are entirely different from motivation to combine particular references to reach the particular claimed method." *Innogenetics, N.V. v. Abbott Labs.*, 512 F.3d 1363, 1373–74 (Fed. Cir. 2008); *see also Cardiac Pacemakers, Inc. v. St. Jude Med., Inc.*, 381 F.3d 1371, 1377 (Fed. Cir. 2004) ("Recognition of a need does not render obvious the achievement that meets that need . . . . Recognition of an unsolved problem does not render the solution obvious."); *Leo Pharm. Prods., Ltd. v. Rea*, 726 F.3d 1346, 1353–54 (Fed. Cir. 2013) (holding that because the prior art did not disclose the discovered problem, there was no motivation to combine prior art references to solve the problem"); *Novartis Pharm. Corp. v. Watson Labs., Inc.*, 611 F. App'x 988, 995 (Fed. Cir. 2015) ("Even an obvious solution, however, does not render an invention obvious if the problem solved was previously unknown.");

*id.* at 996 ("Although the addition of an antioxidant would have been an obvious solution for a formulation with known oxidation problems, here Watson failed to prove that a rivastigmine formulation was known to be susceptible to oxidative degradation.").

86.    An invention is not obvious over a proposed modification or combination of the prior art that is taught away from, i.e., when a person of ordinary skill in the art, upon examining the reference, would be discouraged from following the path set out in the reference, or would be led in a direct divergent from the path that was taken by the applicant." *Unigene Labs., Inc. v. Apotex Inc.*, 655 F.3d 1352, 1361 (Fed. Cir. 2011); *Crocs, Inc. v. Int'l Trade Comm'n*, 598 F.3d 1294, 1308–09 (Fed. Cir. 2010) (explaining that criticisms of patent challenger's proposed modification taught away from claimed invention.").

87.    "[T]o the extent an art is unpredictable, as the chemical arts often are, *KSR*'s focus on . . . 'identified, predictable solutions' may present a difficult hurdle [for a patent challenger] because potential solutions are less likely to be genuinely predicable." *Eisai Co. v. Dr. Reddy's Labe., Ltd.*, 533 F.3d 1353, 1359 (Fed. Cir. 2008); *Sanofi-Synthelabo v. Apotex, Inc.*, 550 F.3d 1075, 1090 (Fed. Cir. 2008). This holds true even where the technique used in the claimed invention is known in the art, but the experimental process and its results are complex or unpredictable and there is no reasonable expectation of success. *See, e.g.*, *Sanofi-Synthelabo v. Apotex, Inc.*, 470 F.3d 136, 1378–80 (Fed. Cir. 2006). As part of the obviousness analysis, the burden is on the challenging party to establish that a person of ordinary skill in the art would have a reasonable expectation of success. *Yamanouchi*, 231 F.3d at 1345.

88.    "Once a prima facie case of obviousness has been established, the burden shifts to the applicant to come forward with evidence of secondary considerations of non-obviousness to overcome the prima facie case." *Aventis Pharma S.A. v. Hospira, Inc.*, 743 F. Supp. 2d 305, 344

24

(D. Del. 2010) (citing *In re Huang*, 100 F.3d 135, 139 (Fed.Cir.1996)).

89.     Objective evidence is often the most probative and cogent evidence of nonobviousness in the record. *Ortho-McNeil*, 520 F.3d at 1365. It "is not just a cumulative or confirmatory part of the obviousness calculus, but constitutes independent evidence of nonobviousness." *Id.* Objective evidence such as unexpected results, failure of others, long-felt but unmet need, commercial success, and industry praise must be considered before a conclusion on obviousness is reached. *Id.* ("[T]his evidence is not just a cumulative or confirmatory part of the obviousness calculus but constitutes independent evidence of nonobviousness."); *Hybritech*, 802 F.2d at 1380 ("Objective evidence . . . is not merely 'icing on the cake.'"); *In re Cyclobenzaprine Hydrochloride Extended-Release Capsule Patent Litig.*, 676 F.3d 1063, 1075 (Fed. Cir. 2012) (holding that the district court erred by determining that the patents were obvious before considering the objective evidence of nonobviousness).

90.     Objective evidence of nonobviousness must be commensurate in scope with the claims, but "absolute identity" is not required. *Genetics Inst., LLC v. Novartis Vaccines & Diagnostics, Inc.*, 655 F.2d 1291, 1308–09 (Fed. Cir. 2011).

91.     Objective evidence relating to a single claimed embodiment should be considered even if the claim covers multiple embodiments. *See In re Glatt Air Techs., Inc.*, 630 F.3d 1026, 1030 (Fed. Cir. 2011); *see also Genetics Inst.*, 655 F.3d at 1309 (applying *Glatt* in the context of unexpected results).

92.     A presumption of nexus exists when the product relied on to show the objective indicia of nonobviousness is coextensive with the claims. *WBIP, LLC v. Kohler Co.*, 829 F.3d 1317, 1329 (Fed. Cir. 2016) ("[T]here is a presumption of nexus for objective considerations when the patentee shows that the asserted objective evidence is tied to a specific product and that product

25

is the invention disclosed and claimed in the patent." (citations and internal quotation marks omitted)). It is not necessary that the patented invention be solely responsible for the objective indicia in order for this factor to be given weight. *Continental Can Co. USA, Inc. v. Monsanto Co.*, 948 F.2d 1264, 1273 (Fed. Cir. 1991).

93.     Evidence that the claimed invention produces results that are unexpected in view of the closest prior art supports a finding of nonobviousness. *Allergan, Inc. v. Sandoz Inc.*, 796 F.3d 1293, 1306–07 (Fed. Cir. 2015).

94.     Unexpected results that inherently flow from the claimed invention are evidence of nonobviousness and need not be described or proven in the patent specification. *See Knoll Pharm. Co. v. Teva Pharms. USA, Inc.*, 367 F.3d 1381, 1385 (Fed. Cir. 2004) (holding that later-developed evidence of unexpected results is relevant to nonobviousness).

95.     The patent challenger has the burden of proving that none of the properties were unexpected. *See Am. Hosp. Supply Corp. v. Travenol Labs., Inc.*, 745 F.2d 1, 8 (Fed. Cir. 1984) ("[Patent holder] is under no compulsion either to prove a new and surprising result . . . . Rather, the burden was on [challenger] to establish the lack of new and surprising results or the lack of criticality.").

96.     Commercial success can be "shown by significant sales in a relevant market." *J.T. Eaton & Co. v. Atlantic Paste & Glue Co.,* 106 F.3d 1563 (Fed.Cir.1997). If a patentee is able to show commercial success, and "the successful product is the invention disclosed and claimed in the patent, it is presumed that the commercial success is due to the invention." *Id*.

97.     The patented invention is to be presumed to have a nexus between commercial success and the claimed features "if the marketed product embodies the claimed features, and is coextensive with them." *Brown & Williamson Tobacco Corp. v. Philip Morris Inc.*, 229 F.3d 1120,

1130 (Fed. Cir. 2000).

98.    Evidence of a long-felt but unmet need for the claimed invention supports a finding of nonobviousness. *Procter & Gamble Co. v. Teva Pharm. USA, Inc.*, 566 F.3d 989, 998 (Fed. Cir. 2009). Whether a long-felt need is unmet must be evaluated as to the patent filing's date and not as of the date the patented product first enters the market if the date of market entry is later than the filing date. *Id.*

99.    Evidence of industry praise weighs in favor of non-obviousness. *Apple Inc. v. Samsung Elecs. Co.*, 839 F.2d 1034, 1048 (Fed. Cir. 2016) ("Evidence that the industry praised a claimed invention or a product that embodies the patent claims weighs against an assertion that the same claimed invention would have been obvious."); *WBIP*, 829 F.3d at 1335 (finding that awards received by the patentee is "strong evidence of industry recognition of the significance and value of the claimed invention" and "weighs in favor of nonobviousness"); *Janssen Pharmaceutica N.V. v. Mylan Pharms., Inc.*, 456 F. Supp. 2d 644, 672 (D.N.J. 2006) (finding that awards and appreciation bestowed on the invention and its inventors were "further evidence that the invention would not have been obvious").

100.    "Industry participants, especially competitors, are not likely to praise an obvious advance over the known art." *Apple*, 839 F.3d at 1048; *Genzyme Corp. v. Dr. Reddy's Labs., Ltd.*, Nos. 13-1506-GMS, 13-1508-GMS, 2016 WL 2757689, at *15 (D. Del. May 11, 2016) (determining that awards bestowed on the claimed invention is recognition of "widespread praise in the US and Europe and this weighs in favor of nonobviousness"); *Pfizer Inc. v. Mylan Pharms. Inc.*, 71 F. Supp. 3d 458, 476 (D. Del. 2014) (finding that the claimed invention "was a breakthrough in the industry, widely praised by researchers and doctors"), *aff'd*, 628 F. App'x 764 (Fed. Cir. 2016); *Research Found of State Univ. of N.Y. v. Mylan Pharms. Inc.*, 723 F. Supp. 2d

27

638, 653 (D. Del. 2010) (noting that *inter alia*, industry praise for the invention is "strong evidence of secondary indicia of non-obviousness").

101.    Copying the patented invention is also evidence of non-obviousness. 21 C.F.R. § 314.94(a)(8)(iv) (stating that a generic applicant's proposed label does not have to be identical to that of the reference listed drug if the generic drug product and the reference listed drug are produced by different manufacturers); *Forest Labs., Inc. v. Ivax Pharm., Inc.*, 438 F. Supp. 2d 479, 496 (D. Del. 2006) ("The success of Lexapro® and its benefits compared to other SSRIs is also supported by the efforts of generic drug manufacturers, including Defendants to copy the claimed invention."), *aff'd*, 501 F.3d 1263 (Fed. Cir. 2007); *Janssen*, 456 F. Supp. 2d at 671 (finding copying based on multiple ANDAs filed with the FDA to market generic versions of the patented drug).

102.    Copying the claimed invention, rather than one in the public domain, is evidence that the claimed subject matter would not have been obvious. *Specialty Composites v. Cabot Corp.*, 845 F.2d 981, 991 (Fed. Cir. 1988).

103.    General skepticism of those in the art is persuasive evidence of non-obviousness. *See Amstar Corp. v. Envirotech Corp.*, 730 F.2d 1476, 1478–79 n.3 (Fed. Cir. 1984). If industry participants or skilled artisans are skeptical about whether or how a problem could be solved or the workability of the claimed solution, it favors non-obviousness. *WBIP*, 829 F.3d at 1335.

104.    Expressions of disbelief or skepticism from the time of the invention by experts in the field, including the independent technical experts hired by each party during the litigation, "constitute strong evidence of nonobviousness." *Env't Designs, Ltd. v. Union Oil Co. of Cal.*, 713 F.2d 693, 697–98 (Fed. Cir. 1983) (citing *United States v. Adams*, 383 U.S. 39, 52 (1966)).

105.    Skepticism need not be premised on an idea that the claimed invention would be

"impossible," "unworkable," or "technically infeasible" to be evidence of non-obviousness. *Neptune Generics, LLC v. Eli Lilly & Co.*, 921 F.3d 1372, 1378 (Fed. Cir. 2019). Indeed, a range of opinions by third parties can be probative, including mere "worry" or "surprise." *Id.* (citing *Circuit Check Inc. v. QXQ Inc.*, 795 F.3d 1331, 1337 (Fed. Cir. 2015)).

106.    Proceeding against accepted wisdom is evidence of nonobviousness. *See Arkie Lures, Inc. v. Gene Larew Tackle, Inc.*, 119 F.3d 953, 958 (Fed. Cir. 1997) (citing *In re Hedges*, 783 F.2d 1038, 1041 (Fed. Cir. 1986)).

107.    Failure of others, including abandonment of FDA registration applications, is also evidence of nonobviousness. *See Knoll*, 367 F.3d at 1385.

### 7.    Written Description

108.    The written description requirement is met if the specification and the existing knowledge in the art reasonably convey "to those skilled in the art that the inventor had possession of the claimed subject matter as of the filing date." *Ariad Pharms., Inc. v. Eli Lilly & Co.*, 598 F.3d 1336, 1355 (Fed. Cir. 2010).  For a patent claim to be held invalid for lack of written description, it must be proven by clear and convincing evidence that the patent fails to provide a POSA a basis "to recognize that the inventor invented what is claimed." *Id.* at 1351.  The test for reasonably conveying possession of an invention is a flexible one, "requir[ing] an objective inquiry into the four corners of the specification from the perspective of a [POSA]." *Id.*

109.    A failure to "specifically mention a limitation that later appears in the claims is not a fatal one when one skilled in the art would recognize upon reading the specification that the new language reflects what the specification shows has been invented." *All Dental Prodx, LLC v. Advantage Dental Prods., Inc.*, 309 F.3d 774, 779 (Fed. Cir. 2002).

110.    "Written description is a question of fact, judged from the perspective of one of ordinary skill in the art as of the relevant filing date." *Immunex Corp. v. Sandoz Inc.*, 964 F.3d

1049, 1063 (Fed. Cir. 2020).  "The [written description] requirement is applied in the context of the state of knowledge at the time of the invention."  *Zoltek Corp. v. U.S.*, 815 F.3d 1302, 1308 (Fed. Cir. 2016).  The specification therefore "need not include information that is already known and available to the experienced public."  *Id.* (quoting *Space Sys./Loral, Inc. v. Lockheed Martin Corp.*, 405 F.3d 985, 987 (Fed. Cir. 2005)).

111.    A specification implicitly satisfies the written description requirement if a POSA would find it "reasonably clear what the invention is and that the patent specification conveys that meaning."  *All Dental Prodx.*, 309 F.3d at 779.  That is, the "reasonably conveys" standard does not require the disclosure and claims to match exactly.  *Ariad Pharm.*, 598 F.3d at 1352 ("[T]he [written] description requirement does not demand any particular form of disclosure or that the specification recite the claimed invention in haec verba").

112.    Nor will a claim be invalidated simply because the embodiments of the specification do not contain examples explicitly covering the full scope of the claim language.  *See Ralston Purina Co. v. Far-Mar-Co., Inc.*, 772 F.2d 1570, 1575-76 (Fed. Cir. 1985) (holding that specification's disclosure preferring a lower operating range, yet indicating no upper limit, combined with the industry knowledge at the time, was sufficient for a POSA to discern that higher ranges could be used).

113.    A patent applicant need only convey, "with reasonable clarity to those skilled in the art that, as of the filing date sought, he or she was in possession of the invention.  The invention is, for purposes of the 'written description' inquiry, whatever is now claimed."  *Vas-Cath v. Mahurkar*, 935 F.2d 1555, 1563-64 (Fed. Cir. 1991).

114.    The word "comprising" in a patent claim "suggests that there may be additional, unclaimed elements," but such additional elements are not required.  *See Technical Consumer*

*Prods., Inc. v. Lighting Sci. Grp. Corp.*, 955 F.3d 16, 2020 WL 1696642, at *4 (Fed. Cir. 2020) (citing *Crystal Semiconductor Corp. v. TriTech Microelecs. Int'l, Inc.*, 246 F.3d 1336, 1348 (Fed. Cir. 2001)).

115.    Neither the written description nor enablement requirements of 35 U.S.C. § 112 require support for unclaimed elements. *See Lochner Techs., LLC v. Vizio, Inc.*, 567 F. App'x 931, 938-39 (Fed. Cir. 2014) (vacating summary judgment of invalidity for lack of written description and agreeing with patentee that "there is no precedent requiring a patentee to disclose or enable unclaimed elements").

116.    "[A] patent claim is not necessarily invalid for lack of written description just because it is broader than the specific examples disclosed." *Martek Biosci. Corp. v. Nutrinova, Inc.*, 579 F.3d 1363, 1371 (Fed. Cir. 2009). Further, "[a]n applicant is not required to describe in the specification every conceivable and possible future embodiment of his invention." *Cordis Corp. v. Medtronic AVE, Inc.*, 339 F.3d 1352, 1365 (Fed. Cir. 2003) (quoting *Rexnord Corp. v. Laitram Corp.*, 274 F.3d 1336, 1344 (Fed. Cir. 2001)); *see also Lampi Corp. v. Am. Power Prods., Inc.*, 228 F.3d 1365, 1378 (Fed. Cir. 2000) (holding written description sufficient to support claims covering non-identical half-shells where patent drawings, the only cited written description support, only disclosed identical half-shells).

### 8.    Enablement

117.    A patent is enabled if a person of ordinary skill in the field could make and use the invention without having to perform undue experimentation. 35 U.S.C. § 112 ¶ 1; *Hybritech Inc. v. Monoclonal Antibodies, Inc.*, 802 F.2d 1367, 1384 (Fed. Cir. 1986).

118.    Factors considered in determining whether experimentation is undue or excessive include: (1) the scope of the claimed invention; (2) the amount of guidance presented in the patent; (3) the amount of experimentation necessary; (4) the time and cost of any necessary

experimentation; (5) how routine any necessary experimentation is in the applicable field; (6) whether the patent discloses specific working examples of the claimed invention; (7) the nature and predictability of the field; and (8) the level of ordinary skill in the field. *In re Wands*, 858 F.2d 731, 737 (Fed. Cir. 1988).

119.    Even a considerable amount of routine experimentation required to practice a claimed invention does not violate the enablement requirement. *Cephalon, Inc. v. Watson Pharms., Inc.*, 707 F.3d 1330, 1336 (Fed. Cir. 2013); *PPG Indus. v. Guardian Indus. Corp.*, 75 F.3d 1558, 1565 (Fed. Cir. 1996).

120.    "[T]he enablement requirement is met if the description enables any mode of making and using the invention." *Invitrogen Corp. v. Clontech Labs. Inc.*, 429 F.3d 1052, 1070-71 (Fed. Cir. 2005) (quoting *Johns Hopkins Univ. v. Cellpro, Inc.*, 152 F.3d 1342, 1361 (Fed. Cir. 1998)).

121.    The specification preferably omits information that would already be known to a POSA. *Streck v. Res. & Diagnostic Sys., Inc.*, 665 F.3d 1269, 1288 (Fed. Cir. 2012).

122.    Patent claims do not necessarily lack enablement because they embrace inoperative embodiments, assuming that a POSA in the related field would not be required to perform undue experimentation to determine which embodiments would work. Atlas Powder Co. v. E.I. du Pont De Nemours & Co., 750 F.2d 1569, 1577 (Fed. Cir. 1984). Further, "[i]t is not a function of the claims to specifically exclude . . . possible inoperative substances . . . ." *Id.* at 1576 (quoting *In re Dinh-Nguyen,* 492 F.2d 856, 858–59, 181 USPQ 46, 48 (CCPA 1974)).

### 9.    Definiteness

123.    A determination of claim definiteness is a question of law. *Personalized Media Commc'ns, LLC v. Int'l Trade Comm'n*, 161 F.3d 696, 705 (Fed. Cir. 1998).

124.    A party seeking to prove indefiniteness must do so by clear and convincing

evidence.  *See Microsoft*, 564 U.S. at 95.

125.    Indefiniteness of a claim is evaluated from the perspective of a person skilled in the relevant art.  *See Nautilus, Inc.*, 134 S. Ct. at 2128.  Moreover, the claim is evaluated in light of the patent's specification and prosecution history, and measured as of the time of the patent application.  *Id.*  Thus, reference to publications or patents in the specification are part of that disclosure, and are included in the inquiry of whether a claim, read in light of the specification and prosecution history, informs "with reasonable certainty" those skilled in the art about the scope of the invention, even if such references are not incorporated by reference.  *Atmel Corp.*, 198 F.3d at 1383 (stating that "the district court erred by failing to consider the knowledge of one skilled in the art that indicated, based on unrefuted testimony, that the specification disclosed sufficient structure corresponding to the high-voltage means limitation" by citing, but not describing, a technical article); *see also Eli Lilly & Co. v. Teva Parenteral Medicines Inc.*, 845 F.3d 1357, 1370-72 (Fed. Cir. 2017) (holding the claim term "vitamin B12" as not indefinite when a person of ordinary skill in the art would understand the claim term in the context of the claim language, specification, and prosecution history).

126.    A patent claim is not indefinite if "viewed in light of the specification and prosecution history," the claim "inform[s] those skilled in the art about the scope of the invention with reasonable certainty."  *Nautilus*, 572 U.S. at 910.

127.    "The claims as granted are accompanied by a presumption of validity based on compliance with, inter alia, § 112 ¶ 2."  *S3 Inc. v. Nvidia Corp.*, 259 F.3d 1364, 1367 (Fed. Cir. 2001).

128.    The definiteness requirement is analyzed "not in a vacuum, but always in light of the teachings of the prior art and of the particular application disclosure as it would be interpreted

by one possessing the ordinary level of skill in the pertinent art." *Energizer Holdings v. ITC*, 435 F.3d 1366, 1370 (Fed. Cir. 2006).  The definiteness requirement "ensure[s] that patent claims are written in such a way that they give notice to the public of what is claimed, thus enabling [others] to determine whether they infringe." *Bayer Pharma AG v. Watson Labs., Inc.*, No. 12-1726-LPS, 2014 WL 4954617, at *3 (D. Del. Sept. 30, 2014).

### 10.  Collateral Estoppel

129.    The application of collateral estoppel is only appropriate if "(1) the issue sought to be precluded [is] the same as that involved in the prior action; (2) that issue [was] actually litigated; (3) it [was] determined by a final and valid judgment; and (4) the determination was essential to the prior judgment." *Karns v. Shanahan*, 879 F.3d 504, 514 n.3 (3d Cir. 2019).  Under the first factor, "[i]ssues are not identical if the second action involves application of a different legal standard, even though the factual setting of both suits may be the same." *B & B Hardware v. Hargis Indus.*, 575 U.S. 138, 154 (2015); *see SkyHawke Techs. v. Deca Int'l*, 828 F.3d 1373, 1376 (Fed. Cir. 2016); *TRUSTID, Inc. v. Next Caller*, C.A. No. 18-172 (MN), 2021 WL 3015280, at *3 (D. Del. July 6, 2021).

130.    For purposes of collateral estoppel, "it is well settled that each claim of a patent is entitled to a presumption of validity and is to be treated as a complete and independent invention." *Interconnect Planning Corp. v. Feil*, 774 F.2d 1132, 1137 (Fed. Cir. 1985) (citation omitted).

131.    It is "presumed that different words used in different used in different claims result in a difference in meaning and scope for each of the claims." *Clearstream Wastewater Sys., Inc. v. Hydro-Action, Inc.*, 206 F.3d 1440, 1446 (Fed. Cir. 2000). "If the scope of a subsequent patent claim differs from that of a prior patent claim, a new issue of paten validity exists[.]" *Evonik Degussa GmbH v. Materia Inc.*, 53 F. Supp. 3d 778, 791–92 (D. Del. 2014).

132.    Relevant to the determination regarding whether collateral estoppel applies, process

claims and product-by-process claims have materially distinct validity analyses. *See, e.g.*, *Torpharm, Inc. v. Ranbaxy Pharms.*, 336 F.3d 1322, 1329–30 (Fed. Cir. 2003) (holding invalid product claims could not collaterally estop process claims).

133.   To determine the validity of process claims, courts conduct a "fact-intensive comparison of the claimed process with the prior art." *In re Ochiai*, 71 F.3d 1565, 1571 (Fed. Cir. 1995). Each process limitation must be taught by the prior art. *Id.*

134.   The validity of product-by-process claims is analyzed based on the claimed product as impacted by the prior art. *See Amgen Inc. v. F. Hoffman-La Roche Ltd.*, 580 F.3d 1340, 1367, 1370 (Fed. Cir. 2009). The trier of fact must determine—as a matter of fact—whether process limitations, which expressly define the product, impart structural or functional differences to the claimed product. *See id.* When limitations "impart[] structural and functional differences distinguishing the claimed product from the prior art, then those differences are relevant as evidence" to the obviousness inquiry. *Greenliant Sys., Inc. v. Xicor LLC*, 692 F.3d 1261, 1268 (Fed. Cir. 2012) (internal quotation marks omitted).

135.   Once the claims have been properly construed, to assess if collateral estoppel applies, the fact finder must determine

> whether the nonlitigated claims present new issues as to the art pertinent to the nonlitigated claims; as to the scope and content of that art; as to the differences between the prior art and the nonlitigated claims; and as to the level of ordinary skill in that art. If none of these inquiries raises any new triable issues, then the obviousness determination in the prior proceeding should be equally applicable to the nonlitigated claims.

*Westwood Chem., Inc. v. United States*, 525 F.2d 1367, 1375 (Ct. Cl. 1975).

### 11.   Assignor Estoppel

136.   "Assignor estoppel applies when an invalidity defense in an infringement suit conflicts with an explicit or implicit representation made in assigning patent rights." *Minerva*

*Surgical, Inc. v. Hologic, Inc.*, 141 S. Ct. 2298, 2311 (2021).

137.    "[A]ssignor estoppel is an equitable doctrine that prohibits an assignor of a patent or patent application, or one in privity with him, from attacking the validity of that patent when he is sued for infringement by the assignee." *Semiconductor Energy Lab'y Co. v. Nagata*, 706 F.3d 1365, 1369 (Fed. Cir. 2013).

138.    The doctrine of "[a]ssignor estoppel also prevents parties in privity with an estopped assignor from challenging the validity of the patent. Whether two parties are in privity depends on the nature of their relationship in light of the alleged infringement. The closer that relationship, the more the equities will favor applying the doctrine of assignor estoppel. Assessing a relationship for privity involves evaluation of all direct and indirect contacts." *Mentor Graphics Corp. v. Quickturn Design Sys.*, 150 F.3d 1374, 1379 (Fed. Cir. 1998) (quoting *Shamrock Techs., Inc. v. Med. Sterilization, Inc.*, 903 F.2d 789, 793 (Fed. Cir. 1990)) (internal quotation marks and citations omitted).

139.    A non-exhaustive list of factors for evaluating whether privity exists for assignor estoppel include:  (1) the assignor's leadership role at the new employer; (2) the assignor's ownership stake in the defendant company; (3) whether the defendant company changed course from manufacturing non-infringing goods to infringing activity after the inventor was hired; (4) the assignor's role in the infringing activities; (5) whether the inventor was hired to start the infringing operations; (6) whether the decision to manufacture the infringing product was made partly by the inventor; (7) whether the defendant company began manufacturing the accused product shortly after hiring the assignor; and (8) whether the inventor was in charge of the infringing operation. *Mag Aerospace Indus., Inc. v. B/E Aerospace, Inc.*, 816 F.3d 1374, 1380 (Fed. Cir. 2016) (citation omitted); *see Shamrock Techs., Inc. v. Med. Sterilization, Inc.*, 903 F.2d

789, 794 (Fed. Cir. 1990) (finding privity between an employer and an inventor hired as Vice President with responsibilities for developing the accused product); *Juniper Networks, Inc. v. Palo Alto Networks, Inc.*, 15 F. Supp. 3d 499, 508 (D. Del. Feb. 6, 2014) (finding privity between an employer and an employee granted the title of "founder").

140.     Further, privity exists between an assigning inventor and a party infringing a patent when "the ultimate infringer availed itself of the inventor's 'knowledge and assistance' to conduct infringement." *Intel Corp. v. U.S. Int'l Trade Comm'n*, 946 F.2d 821, 839 (Fed. Cir. 1991) (quoting *Shamrock Techs.*, 903 F.2d at 794). Indeed, even consultants or contractors will be found to be in privity with the infringer when that consultant or contractor plays a "significant role" in the infringing product. *Leading Tech. Composites v. MV2, LLC*, No. CCB-19-1256, 2020 WL 790601, at *4 (D. Md. Feb. 18, 2020); *BASF Corp. v. Aristo Inc.*, 872 F. Supp. 2d 758, 776 (N.D. Ind. May 29, 2012).

### 12.     Product-by-Process

141.     The general rule of product-by-process validity is to focus on the product, and not the process by which the product is made. *Amgen Inc. v. F. Hoffman–La Roche Ltd.*, 580 F.3d 1340, 1369 (Fed.Cir.2009). However, there is an exception to this general rule, where the process imparts "structural and functional differences" into the product which distinguishes it from the prior art product. *Greenliant Sys.*, 692 F.3d at 1268–69 (citation omitted). This is especially true where "the manufacturing process steps would be expected to impart distinctive structural characteristics to the final product." *Id*. at 1268 (citation omitted).

### B.     Validity of the '066 Patent

142.     That Liquidia has failed to meet its burden of proving, by clear and convincing evidence, that any claim of the '066 patent is invalid pursuant to 35 U.S.C. §§ 102, 103, or 112.

C.      **Validity of the '901 Patent**

143.    That Liquidia is estopped, pursuant to 35 U.S.C. §315(e)(2), from asserting or maintaining any ground of invalidity that it raised or could have raised in the IPR relating to the '901 patent.  *Novartis Pharms. Corp. v. Par Pharm. Inc.*, C.A. No. 15-0078-RGA, 2019 WL 9343055, at *2 (D. Del. Apr. 11, 2019); *see Brit. Telecomms. PLC v. IAC*, C.A. No. 18-366-WCB, 2019 WL 4740156, at *8 (D. Del. Sept. 27, 2019) ("any conclusion" will "limit[] the arguments"); *f'real Foods, LLC v. Hamilton Beach Brands, Inc.*, C.A. No. 16-41-CFC, 2019 WL 1558486, at *1-2 (D. Del. Apr. 10, 2019) (the estoppel inquiry is broad, and merely "limited to whether the [] reference could reasonably have been discovered by a 'skilled searcher conducting a diligent search'" (citing *Parallel Networks Licensing, LLC v. IBM Corp.*, C.A. No. 13-2072 (KAJ), 2017 WL 1045912, at *11 (D. Del. Feb. 22, 2017)); *SiOnyx, LLC v. Hamamatsu Photonics K.K.*, 330 F. Supp. 3d 574, 600 (D. Mass. 2018) ("the statute makes no distinction between successful and unsuccessful grounds"); *see also New Hampshire v. Maine*, 532 U.S. 742, 749-50 (2001) (recognizing judicial estoppel includes an inquiry into whether a prevailing party presents an "inconsistent position in a later proceeding").

144.    That Liquidia has failed to meet its burden of proving, by clear and convincing evidence, that any claim of the '901 patent is invalid pursuant to 35 U.S.C. §§ 102, 103, or 112.

D.      **Validity of the '793 Patent**

145.    That Liquidia is estopped, pursuant to the doctrine of assignor estoppel, from asserting or maintaining grounds of invalidity against the '793 patent.

146.    That Liquidia is or will be estopped, pursuant to 35 U.S.C. §315(e)(2), from asserting or maintaining any ground of invalidity that it raised or could have raised in the pending IPR relating to the '793 patent.  *Novartis Pharms. Corp. v. Par Pharm. Inc.*, C.A. No. 15-0078-

38

RGA, 2019 WL 9343055, at *2 (D. Del. Apr. 11, 2019); *see Brit. Telecomms. PLC v. IAC*, C.A. No. 18-366-WCB, 2019 WL 4740156, at *8 (D. Del. Sept. 27, 2019) ("any conclusion" will "limit[] the arguments"); *f'real Foods, LLC v. Hamilton Beach Brands, Inc.*, C.A. No. 16-41-CFC, 2019 WL 1558486, at *1-2 (D. Del. Apr. 10, 2019) (the estoppel inquiry is broad, and merely "limited to whether the [] reference could reasonably have been discovered by a 'skilled searcher conducting a diligent search'" (citing *Parallel Networks Licensing, LLC v. IBM Corp.*, C.A. No. 13-2072 (KAJ), 2017 WL 1045912, at *11 (D. Del. Feb. 22, 2017)); *SiOnyx, LLC v. Hamamatsu Photonics K.K.*, 330 F. Supp. 3d 574, 600 (D. Mass. 2018) ("the statute makes no distinction between successful and unsuccessful grounds").

147.    That Liquidia has failed to meet its burden of proving, by clear and convincing evidence, that any claim of the '793 patent is invalid pursuant to 35 U.S.C. §§ 102, 103, or 112.

EXHIBIT 5

**EXHIBIT 5**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 20-755-RGA-JLH |
| v. | ) ) | |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) ) ) ) | |

**DEFENDANT'S STATEMENT OF ISSUES OF LAW REMAINING TO BE LITIGATED**

**TABLE OF CONTENTS**

Page

I.  CLAIM CONSTRUCTION ...................................................................................2
    A.  Issues ........................................................................................................2
    B.  Legal Authority .........................................................................................2
II.  NON-INFRINGEMENT .....................................................................................4
    A.  Issues ........................................................................................................4
    B.  Legal Authority .........................................................................................5
        1.  New Drug Applications under § 505(b)(2) ....................................5
        2.  Infringement Generally ..................................................................6
        3.  Infringement in the Hatch-Waxman Context ..................................6
        4.  Infringement of a Product Made by a Patented Process .................9
        5.  Direct Infringement ......................................................................12
            a)  Step One: Claim Construction ............................................12
            b)  Step Two: Comparison of Accused Product to Asserted Claims ...........14
                (1)  Literal Infringement ...............................................15
                (2)  Infringement Under the Doctrine of Equivalents ....................16
        6.  Indirect Infringement ...................................................................19
            a)  Induced Infringement under § 271(b) ..................................20
            b)  Contributory Infringement under § 271(c) ...........................22
III.  INVALIDITY ....................................................................................................23
    A.  Issues ......................................................................................................23
    B.  Legal Authority .......................................................................................26
        1.  Invalidity Generally .....................................................................26
        2.  Product-by-Process Claims ..........................................................28
        3.  Collateral Estoppel .......................................................................28
        4.  What Constitutes Prior Art ...........................................................30
        5.  Anticipation .................................................................................33
        6.  Obviousness .................................................................................34
            a)  General Principles ...............................................................34
            b)  Scope and Content of the Prior Art ....................................36
            c)  Person of Ordinary Skill in the Art ....................................38
            d)  Differences Between the Claimed Invention and the Prior Art ...........39
            e)  Motivation to Combine Prior Art ........................................41
            f)  Reasonable Expectation of Success ....................................43

**TABLE OF CONTENTS**
(continued)

**Page**

g)    Secondary Considerations ....................................................... 44

    (1)    Nexus ........................................................................ 46

    (2)    Commercial Success ................................................. 48

    (3)    Long-Felt but Unmet Need ....................................... 49

    (4)    Industry Praise ......................................................... 51

    (5)    Unexpected Results .................................................. 51

7.    35 U.S.C. § 112 ......................................................................... 54

    a)    Written Description ............................................................. 54

    b)    Enablement ......................................................................... 58

    c)    Indefiniteness ..................................................................... 60

8.    IPR Estoppel under § 315(e)(2) ................................................ 62

9.    Assignor Estoppel ..................................................................... 63

IV.    EXCEPTIONAL CASE .............................................................................. 65

    A.    Issues ...................................................................................... 65

    B.    Legal Authority ...................................................................... 65

# TABLE OF AUTHORITIES

**Page(s)**

## Cases

*In re '318 Pat. Infringement Litig.*,
583 F.3d 1317 (Fed. Cir. 2009) .......................................................................... 59

*Abbott Lab'ys v. Baxter Pharm. Prods., Inc.*,
334 F.3d 1274 (Fed. Cir. 2003) ............................................................................ 3

*ABT Systems, LLC v. Emerson Electric Co.*,
797 F.3d 1350 (Fed. Cir. 2015) .......................................................................... 38

*AbTox, Inc. v. Exitron Corp.*,
122 F.3d 1019 (Fed. Cir. 1997) ............................................................................ 9

*Acorda Therapeutics, Inc. v. Roxane Lab'ys, Inc.*,
903 F.3d 1310 (Fed. Cir. 2018) .......................................................................... 46

*Acushnet Co. v. Dunlop Maxfli Sports Corp.*,
No. 98-717-SLR, 2000 WL 987979 (D. Del. June 29, 2000) ............................. 64

*Affymetrix, Inc. v. Illumina, Inc.*,
No. 04-904 JJF, 2005 WL8170962 (D. Del. Sept. 16, 2005) ............................. 64

*Agrizap, Inc. v. Woodstream Corp.*,
520 F.3d 1337 (Fed. Cir. 2008) .......................................................................... 46

*Agrofresh Inc. v. Essentiv LLC*,
No. 16-622 (MN), 2020 WL 7024867 (D. Del. Nov. 30, 2020) ........................ 18

*AK Steel Corp. v. Sollac & Ugine*,
344 F.3d 1234 (Fed. Cir. 2003) .......................................................................... 27

*Akamai Techs., Inc. v. Limelight Networks, Inc.*,
797 F.3d 1020 (Fed. Cir. 2015) ..................................................................... 19, 20

*Alarm.com, Inc. v. SecureNet Techs., LLC*,
No. 15-807-RGA, 2019 WL 133228 (D. Del. Jan. 8, 2019) .............................. 52

*In re Aller*,
220 F.2d 454 (C.C.P.A. 1955) ............................................................................. 53

*Allergan USA, Inc. v. Aurobindo Pharma Ltd.*,
No. 19-cv-1727-RGA, 2021 WL 84368 (D. Del. Jan. 11, 2021) ........................ 3

*Allergan, Inc. v. Sandoz, Inc.*,
681 F. App'x 955 (Fed. Cir. 2017) ..................................................................... 30

# TABLE OF AUTHORITIES
## (continued)

**Page(s)**

*Alloc, Inc. v. Int'l Trade Comm'n*,
  342 F.3d 1361 (Fed. Cir. 2003) .................................................................................. 22

*ALZA Corp. v. Andrx Pharms., LLC*,
  603 F.3d 935 (Fed. Cir. 2010) .................................................................................. 60

*Alza Corp. v. Andrx Pharms., LLC*,
  607 F. Supp. 2d 614 (D. Del. 2009) .................................................................... 12, 15

*Alza Corp. v. Mylan Lab'ys, Inc.*,
  464 F.3d 1286 (Fed. Cir. 2006) ............................................................................ 42, 45

*Am. Calcar, Inc. v. Am. Honda Motor Co.*,
  651 F.3d 1318 (Fed. Cir. 2011) .................................................................................. 16

*Am. Hoist & Derrick Co. v. Sowa & Sons, Inc.*,
  725 F.2d 1350 (Fed. Cir. 1984), *cert. denied*, *Sowa & Sons, Inc. v. Am. Hoist &*
  *Derrick Co.*, 469 U.S. 821 (1984), *abrogated on other grounds by Therasense, Inc. v.*
  *Becton, Dickinson & Co.*, 649 F.3d 1276 (Fed. Cir. 2011) .................................... 26, 27, 28

*Am. River Nutrition, LLC v. Beijing Gingko Grp. Biological Tech. Co.*,
  No. 8:18-cv-02201-FLA (JDEx), 2021 WL 6104015 (C.D. Cal. Nov. 22, 2021) ............................... 10

*AMAG Pharms. v. Sandoz, Inc.*,
  No. 16–cv–1508 (PGS), 2018 WL 1041035 (D.N.J. Feb. 22, 2018) .................................. 15

*Amarin Pharma. v. Hikma Pharms. U.S.*,
  No. 20-1630-RGA-JLH, 2022 U.S. Dist. LEXIS 1937 (D. Del. Jan. 4, 2022) .................... 21

*Amgen Inc. v. F. Hoffman-La Roche Ltd.*,
  580 F.3d 1340 (Fed. Cir. 2009) .................................................................................. 28

*Amgen, Inc. v. Chugai Pharm. Co.*,
  927 F.2d 1200 (Fed. Cir. 1991) .................................................................................. 60

*In re Antor Media Corp.*,
  689 F.3d 1282 (Fed. Cir. 2012) ............................................................................ 34, 35, 38

*Apeldyn Corp. v. Sony Corp.*,
  87 F. Supp. 3d 681 (D. Del. 2015) ............................................................................ 29

*Apple Inc. v. Samsung Elecs. Co.*,
  816 F.3d 788 (Fed. Cir. 2016), *vacated in part on other grounds on reh'g en banc*,
  839 F.3d 1034 (Fed. Cir. 2016) .................................................................................. 50

*Apple Inc. v. Samsung Elecs. Co.*,
  839 F.3d 1034 (Fed. Cir. 2016) .................................................................................. 46

## TABLE OF AUTHORITIES
### (continued)

**Page(s)**

*AquaTex Indus., Inc. v. Techniche Sols.*,
  479 F.3d 1320 (Fed. Cir. 2007) ................................................................................. 15

*Ariad Pharms., Inc. v. Eli Lilly & Co.*,
  598 F.3d 1336 (Fed. Cir. 2010) ................................................................... 55, 56, 57

*Aro Mfg. Co. v. Convertible Top Replacement Co.*,
  365 U.S. 336 (1961) ................................................................................................. 19

*Aro Mfg. Co. v. Convertible Top Replacement Co.*,
  377 U.S. 476 (1964) ................................................................................................. 23

*In re Arora*,
  369 F. App'x 120 (Fed. Cir. 2010) .......................................................................... 37

*AstraZeneca LP v. Breath Ltd.*,
  88 F. Supp. 3d 326 (D.N.J. 2015), *aff'd*, 603 F. App'x 999 (Fed. Cir. 2015) .................................... 51

*Asyst Techs., Inc. v. Emtrak, Inc.*,
  544 F.3d 1310 (Fed. Cir. 2008) .............................................................................. 48

*Automated Transactions LLC v. IYG Holding Co.*,
  768 F. Supp. 2d 727 (D. Del. 2011) ........................................................................ 18

*Aventis Pharma S.A. v. Hospira, Inc.*,
  743 F. Supp. 2d 305 (D. Del. 2010) .................................................................. 45, 54

*Aventis Pharms., Inc. v. Amino Chems. Ltd.*,
  715 F.3d 1363 (Fed. Cir. 2013) ................................................................................. 3

*B.E. Meyers & Co. v. United States*,
  47 Fed. Cl. 375 (Fed. Cl. 2000) .............................................................................. 47

*Bai v. L & L Wings, Inc.*,
  160 F.3d 1350 (Fed. Cir. 1998) .............................................................................. 14

*In re Baxter Travenol Labs.*,
  952 F.2d 388 (Fed. Cir. 1991) ......................................................................... 49, 54

*In re Baxter*,
  656 F.2d 679 (C.C.P.A. 1981) ................................................................................ 13

*Bayer AG v. Elan Pharm. Rsch. Corp.*,
  212 F.3d 1241 (Fed. Cir. 2000) ....................................................................... 7, 8, 15

*Bayer Schering Pharma AG v. Barr Lab'ys, Inc.*,
  575 F.3d 1341 (Fed. Cir. 2009) .............................................................................. 35

# TABLE OF AUTHORITIES
## (continued)

Page(s)

*In re Beattie,*
  974 F.2d 1309 (Fed. Cir. 1992) ................................................................. 43

*Belden Inc. v. Berk-Tek LLC,*
  805 F.3d 1064 (Fed. Cir. 2015) ................................................................. 37

*Belden Techs. Inc. v. Superior Essex Commc'ns LP,*
  802 F. Supp. 2d 555 (D. Del. 2011) ........................................................... 39

*Beverly Hills Fan Co. v. Royal Sovereign Corp.,*
  21 F.3d 1558 (Fed. Cir. 1994) ................................................................... 20

*Biogen Int'l GmbH v. Mylan Pharms. Inc.,*
  18 F.4th 1333 (Fed. Cir. 2021) ........................................................... 57, 58

*Bos. Sci. Corp. v. Johnson & Johnson,*
  647 F.3d 1353 (Fed. Cir. 2011) ................................................................. 56

*Bos. Sci. Corp. v. Johnson & Johnson Inc.,*
  679 F. Supp. 2d 539 (D. Del. 2010) ..................................................... 58, 60

*Brigham & Women's Hosp., Inc. v. Perrigo Co.,*
  761 F. App'x 995 (Fed. Cir. 2019) .............................................................. 6

*Bristol-Myers Squibb Co. v. Teva Pharms. USA, Inc.,*
  752 F.3d 967 (Fed. Cir. 2014) ...................................................... 45, 52, 53

*Bristol-Myers Squibb Co. v. Teva Pharms. USA, Inc.,*
  923 F. Supp. 2d 602 (D. Del. 2013) ........................................................... 46

*Bruckelmyer v. Ground Heaters, Inc.,*
  445 F.3d 1374 (Fed. Cir. 2006) ........................................................... 32, 33

*BTG International Ltd. v. Amneal Pharmaceuticals LLC,*
  352 F. Supp. 3d 352 (D.N.J. 2018) ............................................................ 63

*BTG International Ltd. v. Amneal Pharmaceuticals LLC,*
  923 F.3d 1063 (Fed. Cir. 2019) ................................................................. 63

*Butamax Advanced Biofuels LLC v. Gevo, Inc.,*
  117 F. Supp. 3d 632 (D. Del. 2015) ........................................................... 62

*C.R. Bard, Inc. v. Advanced Cardiovascular Sys., Inc.,*
  911 F.2d 670 (Fed. Cir. 1990) ............................................................. 19, 20

*C.R. Bard, Inc. v. M3 Sys., Inc.,*
  157 F.3d 1340 (Fed. Cir. 1998) ................................................................. 34

# TABLE OF AUTHORITIES
## (continued)

Page(s)

*Carnegie Mellon Univ. v. Hoffmann-La Roche Inc.*,
    541 F.3d 1115 (Fed. Cir. 2008) .................................................................................. 55, 56

*In re Cavanagh*,
    436 F.2d 491 (C.C.P.A. 1971) ......................................................................................... 51

*Celeritas Techs., Ltd. v. Rockwell Int'l Corp.*,
    150 F.3d 1354 (Fed. Cir. 1998) ....................................................................................... 27

*Centocor Ortho Biotech, Inc. v. Abbott Lab'ys*,
    636 F.3d 1341 (Fed. Cir. 2011) ....................................................................................... 57

*Chalumeau Power Sys. LLC v. Alcatel–Lucent*,
    No. 11-1175-RGA, 2014 WL 4675002 (D. Del. Sept. 12, 2014), *aff'd, Chalumeau*
    *Power Sys. LLC v. Alcatel–Lucent Enter. USA, Inc.*, 611 F. App'x 1008 (Fed. Cir.
    2015) ................................................................................................................................ 66

*Chiron Corp. v. Genentech, Inc.*,
    363 F.3d 1247 (Fed. Cir. 2004) ....................................................................................... 27

*CNET Networks, Inc. v. Etilize, Inc.*,
    No. C 06-5378 MHP, 2008 WL 4104287 (N.D. Cal. Sept. 2, 2008) .................................. 11

*Commil USA, LLC v. Cisco Sys., Inc.*,
    575 U.S. 632 (2015) ........................................................................................................ 20

*Commissariat À L'Energie Atomique v. Samsung Elecs. Co.*,
    524 F. Supp. 2d 520 (D. Del. 2007) ................................................................................. 28

*Cooper Cameron Corp. v. Kvaerner Oilfield Prods., Inc.*,
    291 F.3d 1317 (Fed. Cir. 2002) ....................................................................................... 56

*In re Copaxone Consol. Cases*,
    No. 14-1171-GMS, 2017 WL 401943 (D. Del. Jan. 30, 2017) ......................................... 50

*Cot'n Wash, Inc. v. Henkel Corp.*,
    56 F. Supp. 3d 626 (D. Del. 2014) ................................................................................... 52

*Cubist Pharms., Inc. v. Hospira, Inc.*,
    75 F. Supp. 3d 641 (D. Del. 2014) ................................................................................... 35

*In re Cyclobenzaprine Hydrochloride Extended-Release Capsule Patent Litig.*,
    676 F.3d 1063 (Fed. Cir. 2012) ....................................................................................... 50

*Daiichi Sankyo Co. v. Apotex, Inc.*,
    501 F.3d 1254 (Fed. Cir. 2007) ....................................................................................... 39

*Deepsouth Packing Co. v. Laitram Corp.*,
    406 U.S. 518 (1972) ........................................................................................................ 19

# TABLE OF AUTHORITIES
## (continued)

Page(s)

*DeMarini Sports, Inc. v. Worth, Inc.*,
  239 F.3d 1314 (Fed. Cir. 2001) ......................................................................... 15

*Digital Biometrics, Inc. v. Identix, Inc.*,
  149 F.3d 1335 (Fed. Cir. 1998) ......................................................................... 14

*In re Dill*,
  604 F.2d 1356 (C.C.P.A. 1979) ......................................................................... 48

*Dow Chemical Co. v. Nova Chemicals Corp. (Canada)*,
  803 F.3d 620 (Fed. Cir. 2015) ......................................................................... 62

*Dr. Reddy's Lab'ys, Inc. v. Horizon Pharma USA, Inc.*,
  No. IPR2018-00272, 2019 WL 4239619 (P.T.A.B. Sept. 6, 2019) .................... 41

*Duramed Pharms., Inc. v. Watson Lab'ys, Inc.*,
  413 F. App'x 289 (Fed. Cir. 2011) ................................................................... 43

*Dynamic Data Techs., LLC v. Brightcove Inc.*,
  No. 19-1190-CFC, 2020 WL 4192613 (D. Del. July 21, 2020) ........................ 20

*DyStar Textilfarben GmbH & Co. Deutschland KG v. C.H. Patrick Co.*,
  464 F.3d 1356 (Fed. Cir. 2006) ................................................................ 42, 46

*E.I. DuPont de Nemours & Co. v. Synvina C.V.*,
  904 F.3d 996 (Fed. Cir. 2018) ....................................................... 41, 45, 53

*Ecolochem, Inc. v. S. Cal. Edison Co.*,
  227 F.3d 1361 (Fed. Cir. 2000) ......................................................................... 33

*Eiselstein v. Frank*,
  52 F.3d 1035 (Fed. Cir. 1995) ......................................................................... 57

*Elan Pharms., Inc. v. Mayo Found. for Med. Educ. & Rsch.*,
  346 F.3d 1051 (Fed. Cir. 2003) ......................................................................... 34

*Eli Lilly & Co. v. Teva Pharms. USA, Inc.*,
  619 F.3d 1329 (Fed. Cir. 2010) ......................................................................... 58

*EmeraChem Holdings, LLC v. Volkswagen Grp. of Am., Inc.*,
  859 F.3d 1341 (Fed. Cir. 2017) ......................................................................... 31

*Enzo Biochem, Inc. v. Calgene, Inc.*,
  188 F.3d 1362 (Fed. Cir. 1999) ......................................................................... 60

*Enzo Life Scis., Inc. v. Abbott Lab'ys*,
  No. 12-274-LPS, 2017 WL 3585618 (D. Del. Aug. 15, 2017), *aff'd sub nom. Enzo
  Life Scis., Inc. v. Roche Molecular Sys., Inc.*, 928 F.3d 1340 (Fed. Cir. 2019), *cert.
  denied*, 140 S. Ct. 2634 (2020) ......................................................................... 29

viii

## TABLE OF AUTHORITIES
### (continued)

**Page(s)**

*Eon Corp. IP Holdings v. Silver Springs Networks, Inc.*,
    815 F.3d 1314 (Fed. Cir. 2016) ........................................................................................... 12

*ePlus, Inc. v. Lawson Software, Inc.*,
    700 F.3d 509 (Fed. Cir. 2012) ............................................................................................. 61

*Ethicon Endo-Surgery, Inc. v. Covidien LP*,
    812 F.3d 1023 (Fed. Cir. 2016) ........................................................................................... 49

*EWP Corp. v. Reliance Universal, Inc.*,
    755 F.2d 898 (Fed. Cir. 1985) ............................................................................................. 37

*Exela Pharma Scis., LLC v. Eton Pharms., Inc.*,
    C.A. No. 1:20-cv-00365-MN, D.I. 175 (D. Del. Feb. 8, 2022) ...................................... 7, 8

*Ferring B.V. v. Watson Labs., Inc.-Fla.*,
    764 F.3d 1401 (Fed. Cir. 2014) ............................................................................................. 8

*Ferring Pharms. Inc. v. Lupin Inc.*,
    No. 1:19-cv-913-RGA, 2020 WL 3414750 (D. Del. June 22, 2020) ................................. 21

*Festo Corp. v. Shoketsu Kinzoku Kogyo Kabushiki Co.*,
    344 F.3d 1359 (Fed. Cir. 2003) ........................................................................................... 17

*Fin Control Sys. Pty, Ltd. v. OAM, Inc.*,
    265 F.3d 1311 (Fed. Cir. 2001) ........................................................................................... 13

*Fonar Corp. v. Johnson & Johnson*,
    821 F.2d 627 (Fed. Cir. 1987) ............................................................................................. 14

*Forest Lab'ys, Inc. v. Abbott Lab'ys*,
    239 F.3d 1305 (Fed. Cir. 2001) ........................................................................................... 13

*Fujitsu Ltd. v. Netgear Inc.*,
    620 F.3d 1321 (Fed. Cir. 2010) ........................................................................................... 22

*Galderma Lab'ys, L.P. v. Tolmar, Inc.*,
    737 F.3d 731 (Fed. Cir. 2013) ........................................................................... 44, 46, 49, 53

*In re Gardner*,
    449 F. App'x 914 (Fed. Cir. 2011) ...................................................................................... 51

*In re Geisler*,
    116 F.3d 1465 (Fed. Cir. 1997) ...................................................................................... 52, 54

*Gen. Elec. Co. v. Wabash Appliance Corp.*,
    304 U.S. 364 (1938) ............................................................................................................ 61

# TABLE OF AUTHORITIES
## (continued)

**Page(s)**

*Genentech, Inc. v. Boehringer Mannheim GmbH,*
  47 F. Supp. 2d 91 (D. Mass. 1999) ................................................................. 11

*Genentech, Inc. v. Chiron Corp.,*
  112 F.3d 495 (Fed. Cir. 1997) ........................................................................ 13

*Genentech, Inc. v. Novo Nordisk, A/S,*
  108 F.3d 1361 (Fed. Cir. 1997) ...................................................................... 59

*Genzyme Therapeutic Prods. L.P. v. Biomarin Pharm. Inc.,*
  825 F.3d 1360 (Fed. Cir. 2016) ...................................................................... 40

*Geo M. Martin Co. v. Alliance Mach. Sys. Int'l LLC,*
  618 F.3d 1294 (Fed. Cir. 2010) ................................................................. 48, 51

*In re Gershon,*
  372 F.2d 535 (C.C.P.A. 1967) ........................................................................ 50

*Gevo, Inc. v. Butamax(TM) Advanced Biofuels LLC,*
  No. 12-1724-SLR, 2013 WL 3381258 (D. Del. July 8, 2013) ........................ 20

*In re Glass,*
  492 F.2d 1228 (C.C.P.A. 1974) ...................................................................... 59

*Glaxo, Inc. v. Novopharm, Ltd.,*
  110 F.3d 1562 (Fed. Cir. 1997) ............................................................. 7, 8, 15

*In re GPAC Inc.,*
  57 F.3d 1573 (Fed. Cir. 1995) .................................................................. 37, 47

*Graham v. John Deere Co.,*
  383 U.S. 1 (1966) ..................................................................................... 35, 43

*Greenliant Sys., Inc. v. Xicor LLC,*
  692 F.3d 1261 (Fed. Cir. 2012) ................................................................ 28, 29

*Grunenthal GMBH v. Alkem Lab'ys Ltd.,*
  919 F.3d 1333 (Fed. Cir. 2019) ...................................................................... 21

*Harris Corp. v. IXYS Corp.,*
  114 F.3d 1149 (Fed. Cir. 1997) ...................................................................... 59

*Hoffmann-La Roche Inc. v. Apotex Inc.,*
  748 F.3d 1326 (Fed. Cir. 2014) ................................................................ 40, 55

*Hoganas AB v. Dresser Indus., Inc.,*
  9 F.3d 948 (Fed. Cir. 1993) ........................................................................... 17

**TABLE OF AUTHORITIES**
(continued)

Page(s)

*Honeywell Int'l, Inc. v. Hamilton Sundstrand Corp.*,
   523 F.3d 1304 (Fed. Cir. 2008) ................................................................ 16

*Hospira, Inc. v. Amneal Pharms., LLC*,
   285 F. Supp. 3d 776 (D. Del. 2018) .............................. 42, 44, 46, 48

*Hospira, Inc. v. Fresenius Kabi USA, LLC*,
   946 F.3d 1322 (Fed. Cir. 2020) ................................................................ 44

*Housey Pharms., Inc. v. Astrazeneca UK Ltd.*,
   366 F.3d 1348 (Fed. Cir. 2004) ................................................................ 13

*In re Huai-Hung Kao*,
   639 F.3d 1057 (Fed. Cir. 2011) ........................................................ 36, 47

*In re Huang*,
   100 F.3d 135 (Fed. Cir. 1996) .................................................................. 47

*Hulu, LLC v. Sound View Innovations, LLC*,
   IPR2018-01039, 2019 WL 7000067 (P.T.A.B. Dec. 20, 2019) ........ 33

*Hyatt v. Boone*,
   146 F.3d 1348 (Fed. Cir. 1998) ................................................................ 56

*HZNP Meds. LLC v. Actavis Labs. UT, Inc.*,
   940 F.3d 680 (Fed. Cir. 2019) ........................................................ 21, 61

*ICU Med., Inc. v. Alaris Med. Sys., Inc.*,
   558 F.3d 1368 (Fed. Cir. 2009) ................................................................ 56

*Impax Lab'ys, Inc. v. Aventis Pharms. Inc.*,
   545 F.3d 1312 (Fed. Cir. 2008) ................................................................ 60

*Imperial Chem. Indus., PLC v. Danbury Pharmacal, Inc.*,
   777 F. Supp. 330 (D. Del. 1991) ...................................................... 39, 45

*Impulse Tech. Ltd. v. Microsoft Corp.*,
   No. 11-586-RGA, 2015 WL 5568616 (D. Del. Sept. 22, 2015) .......... 18

*Infinity Comput. Prods., Inc. v. Oki Data Ams., Inc.*,
   No. 18-463-LPS, 2019 WL 2422597 (D. Del. June 10, 2019), *aff'd*, 987 F.3d 1053
   (Fed. Cir. 2021), *cert. denied*, 142 S. Ct. 585 (2021) ............................ 62

*Integra Life Sciences Corp. v. Hyperbranch Medical Tech., Inc.*,
   C.A. 15-819-LPS-CJB (D. Del. May 15, 2018) .............................. 62, 63

*Integrated Tech. Corp. v. Rudolph Techs., Inc.*,
   734 F.3d 1352 (Fed. Cir. 2013) ................................................................ 16

## TABLE OF AUTHORITIES
### (continued)

Page(s)

*Intell. Ventures I LLC v. Cap. One Fin. Corp.*,
   937 F.3d 1359 (Fed. Cir. 2019) ................................................................................ 30

*Intellect Wireless, Inc. v. Sharp Corp.*,
   45 F. Supp. 3d 839 (N.D. Ill. 2014) ........................................................................ 66

*Interval Licensing LLC v. AOL, Inc.*,
   766 F.3d 1364 (Fed. Cir. 2014) ................................................................................ 61

*Inventio AG v. Thyssenkrupp Elevator Corp.*,
   No. 08-00874-RGA, 2014 WL 5786668 (D. Del. Nov. 6, 2014), *aff'd*, 622 F. App'x
   906 (Fed. Cir. 2015) ................................................................................................. 47

*Iovate Health Scis., Inc. v. Bio-Engineered Supplements & Nutrition, Inc.*,
   586 F.3d 1376 (Fed. Cir. 2009) ................................................................................ 34

*IPXL Holdings, L.L.C. v. Amazon.com, Inc.*,
   430 F.3d 1377 (Fed. Cir. 2005) ................................................................................ 27

*Iron Grip Barbell Co. v. USA Sports, Inc.*,
   392 F.3d 1317 (Fed. Cir. 2004) ................................................................................ 41

*J.T. Eaton & Co. v. Atlantic Paste & Glue Co.*,
   106 F.3d 1563 (Fed. Cir. 1997) ................................................................................ 49

*Janssen Pharmaceutica, N.V. v. Eon Labs. Mfg., Inc.*,
   134 F. App'x 425 (Fed. Cir. 2005) ........................................................................... 12

*Jean Alexander Cosms., Inc. v. L'Oreal USA, Inc.*,
   458 F.3d 244 (3d Cir. 2006) ..................................................................................... 30

*Johnson & Johnston Assocs. Inc. v. R.E. Serv. Co.*,
   285 F.3d 1046 (Fed. Cir. 2002) ................................................................................ 15

*Joy Techs., Inc. v. Flakt, Inc.*,
   6 F.3d 770 (Fed. Cir. 1993) ......................................................................... 19, 22, 23

*In re Kahn*,
   441 F.3d 977 (Fed. Cir. 2006) ...................................................................... 43, 50, 51

*Karns v. Shanahan*,
   879 F.3d 504 (3d Cir. 2018) ..................................................................................... 29

*In re Katz*,
   687 F.2d 450 (C.C.P.A. 1982) .................................................................................. 31

*Kennametal, Inc. v. Ingersoll Cutting Tool Co.*,
   780 F.3d 1376 (Fed. Cir. 2015) ................................................................................ 34

# TABLE OF AUTHORITIES
## (continued)

Page(s)

*Kimberly-Clark Worldwide, Inc. v. First Quality Baby Prods., LLC*,
  No. 1:09-CV-1685, 2014 U.S. Dist. LEXIS 192351 (M.D. Pa. May 27, 2014)...................................18

*In re Klopfenstein*,
  380 F.3d 1345 (Fed. Cir. 2004) .........................................................................................................33

*Kowalski v. Mommy Gina Tuna Res.*,
  Nos. 05-00679 BMK, 06-00182 BMK, 05-00787 BMK, 2008 WL 2971521 (D. Haw.
  Aug. 1, 2008)......................................................................................................................................11

*Kowalski v. Ocean Duke Corp.*,
  Civ. No. 04-00055 BMK, 2007 WL 9711274 (D. Haw. Dec. 3, 2007) ...............................................11

*Kraft Foods, Inc. v. Int'l Trading Co.*,
  203 F.3d 1362 (Fed. Cir. 2000) .........................................................................................................14

*KSR Int'l Co. v. Teleflex Inc.*,
  550 U.S. 398 (2007) ...................................................................................................................*passim*

*In re Kubin*,
  561 F.3d 1351 (Fed. Cir. 2009) .........................................................................................................36

*Juniper Networks, Inc. Palo Alto Networks, Inc.*, 881 F. Supp. 2d 603 (D. Del. 2012) ...........................63

*Kyocera Wireless Corp. v. Intl Trade Comm'n*,
  545 F.3d 1340 (Fed. Cir. 2008) ...................................................................................................20, 32

*Landers v. Sideways, LLC*,
  142 F. App'x 462 (Fed. Cir. 2005).......................................................................................................3

*Leapfrog Enters., Inc. v. Fisher-Price, Inc.*,
  485 F.3d 1157 (Fed. Cir. 2007) ...................................................................................................39, 46

*Leggett & Platt, Inc. v. VUTEk, Inc.*,
  537 F.3d 1349 (Fed. Cir. 2008) .........................................................................................................34

*LG Display Co. v. AU Optronics Corp.*,
  709 F. Supp. 2d 311 (D. Del. 2010) ..................................................................................................10

*Limelight Networks, Inc. v. Akamai Techs., Inc.*,
  572 U.S. 915 (2014) ..........................................................................................................................19

*Liquidia Techs., Inc. v. United Therapeutics Corp.*,
  IPR2020-00770, Paper 45 (P.T.A.B. Oct. 8, 2021)............................................................................26

*LizardTech, Inc. v. Earth Res. Mapping, Inc.*,
  424 F.3d 1336 (Fed. Cir. 2005) ...................................................................................................55, 56

# TABLE OF AUTHORITIES
## (continued)

Page(s)

*Lundbeck A/S v. Lupin Ltd.*,
No. 18-88-LPS, 2021 WL 4944963 (D. Del. Sept. 30, 2021) ............................................ 21

*M&K Holdings, Inc. v. Samsung Elecs. Co.*,
985 F.3d 1376 (Fed. Cir. 2021) ........................................................................................ 32

*MagSil Corp. v. Hitachi Glob. Storage Techs., Inc.*,
687 F.3d 1377 (Fed. Cir. 2012) ........................................................................................ 59

*Markman v. Westview Instruments, Inc.*,
517 U.S. 370 (1996) ............................................................................................................ 2

*Mass. Inst. of Tech. v. AB Fortia*,
774 F.2d 1104 (Fed. Cir. 1985) ........................................................................................ 33

*Medichem, S.A. v. Rolabo, S.L.*,
437 F.3d 1157 (Fed. Cir. 2006) .................................................................................. 43, 44

*Medrad, Inc. v. MRI Devices Corp.*,
401 F.3d 1313 (Fed. Cir. 2005) .......................................................................................... 2

*Merck & Cie v. Gnosis S.P.A.*,
808 F.3d 829 (Fed. Cir. 2015) .......................................................................................... 51

*In re Merck & Co.*,
800 F.2d 1091 (Fed. Cir. 1986) .................................................................................. 42, 54

*Merck & Co., Inc. v. Teva Pharms. USA, Inc.*,
395 F.3d 1364 (Fed. Cir. 2005) .............................................................................. 40, 47, 49

*Merck KGaA v. Integra Lifesciences I, Ltd.*,
545 U.S. 193 (2005) ........................................................................................................ 8, 9

*Microsoft Corp. v. i4i Ltd. P'ship*,
564 U.S. 91 (2011) ............................................................................................................ 26

*MicroStrategy Inc. v. Bus. Objects, S.A.*,
429 F.3d 1344 (Fed. Cir. 2005) ........................................................................................ 15

*Minerva Surgical, Inc. v. Hologic, Inc.*,
141 S. Ct. 2298 (2021) ................................................................................................ 64, 65

*Minton v. Nat'l Ass'n of Sec. Dealers, Inc.*,
336 F.3d 1373 (Fed. Cir. 2003) ........................................................................................ 31

*Moore U.S.A., Inc. v. Standard Register Co.*,
229 F.3d 1091 (Fed. Cir. 2000) ........................................................................................ 17

xiv

**TABLE OF AUTHORITIES**
(continued)

Page(s)

*In re Morsa*,
  803 F.3d 1374 (Fed. Cir. 2015) ......................................................................... 34

*Nat'l Recovery Techs., Inc. v. Magnetic Separation Sys., Inc.*,
  166 F.3d 1190 (Fed. Cir. 1999) .................................................................. 60, 61

*Nat'l Steel Car, Ltd. v. Canadian Pac. Ry., Ltd.*,
  357 F.3d 1319 (Fed. Cir. 2004) .................................................................. 43, 51

*Nautilus, Inc. v. Biosig Instruments, Inc.*,
  572 U.S. 898 (2014) .................................................................................... 61, 62

*Nazomi Commc'ns, Inc. v. ARM Holdings, PLC*,
  403 F.3d 1364 (Fed. Cir. 2005) ........................................................................... 3

*Newell Cos. v. Kenney Mfg. Co.*,
  864 F.2d 757 (Fed. Cir. 1988) ........................................................................... 36

*Nexell Therapeutics, Inc. v. Amcell Corp.*,
  199 F. Supp. 2d 197 (D. Del. 2002) ..................................................................... 9

*Nichia Corp. v. VIZIO, Inc.*,
  No. CV 8:16-0545 SJO, 2019 WL 1966665 (C.D. Cal. Mar. 25, 2019) ............. 11

*Norgren Inc. v. Int'l Trade Comm'n*,
  699 F.3d 1317 (Fed. Cir. 2012) ......................................................................... 40

*Novartis AG v. Torrent Pharms. Ltd.*,
  853 F.3d 1316 (Fed. Cir. 2017) .................................................................. 47, 49

*Noven Pharms., Inc. v. Amneal Pharms. LLC*,
  No. 18-699-LPS, 2020 WL 11191445 (D. Del. Sept. 4, 2020) .......................... 58

*Novo Nordisk A/S v. Caraco Pharm. Lab'ys, Ltd.*,
  719 F.3d 1346 (Fed. Cir. 2013) ......................................................................... 45

*Novo Nordisk of N. Am., Inc. v. Genentech, Inc.*,
  77 F.3d 1364 (Fed. Cir. 1996) ........................................................................... 11

*Novo Nordisk Pharms., Inc. v. Bio-Technology Gen. Corp.*,
  424 F.3d 1347 (Fed. Cir. 2005) ......................................................................... 34

*In re NTP, Inc.*,
  654 F.3d 1279 (Fed. Cir. 2011) ......................................................................... 32

*Nutrinova Nutrition Specialties & Food Ingredients GmbH v. Int'l Trade Comm'n*,
  224 F.3d 1356 (Fed. Cir. 2000) ............................................................. 10, 11, 12

**TABLE OF AUTHORITIES**
(continued)

Page(s)

*Nuvo Pharms. (Ireland) Designated Activity Co. v. Dr. Reddy's Lab'ys Inc.*,
   923 F.3d 1368 (Fed. Cir. 2019) ................................................................ 57

*In re O'Farrell*,
   853 F.2d 894 (Fed. Cir. 1988) .................................................................. 39

*Octane Fitness, LLC v. ICON Health & Fitness, Inc.*,
   572 U.S. 545 (2014) ................................................................................. 65

*In re Oelrich*,
   666 F.2d 578 (C.C.P.A. 1981) .................................................................. 36

*Ohio Willow Wood Co. v. Alps S., LLC*,
   735 F.3d 1333 (Fed. Cir. 2013) ......................................................... 29, 46

*Ormco Corp. v. Align Tech., Inc.*,
   463 F.3d 1299 (Fed. Cir. 2006) ......................................................... 41, 49

*Otsuka Pharm. Co. v. Sandoz, Inc.*,
   No. 07-1000 (MLC), 2015 WL 5921035 (D.N.J. Oct. 9, 2015) ................ 65

*Par Pharm., Inc. v. Hospira, Inc.*,
   835 F. App'x 578 (Fed. Cir. 2020) ............................................................. 8

*Par Pharm., Inc. v. TWI Pharms., Inc.*,
   773 F.3d 1186 (Fed. Cir. 2014) ................................................................ 36

*In re Paulsen*,
   30 F.3d 1475 (Fed. Cir. 1994) .................................................................. 47

*Perfect Web Techs., Inc. v. InfoUSA, Inc.*,
   587 F.3d 1324 (Fed. Cir. 2009) ..................................................... 43, 50, 51

*Perricone v. Medicis Pharm. Corp.*,
   432 F.3d 1368 (Fed. Cir. 2005) ................................................................ 34

*Persion Pharms. LLC v. Alvogen Malta Operations Ltd.*,
   945 F.3d 1184 (Fed. Cir. 2019) ................................................................ 36

*In re Peterson*,
   315 F.3d 1325 (Fed. Cir. 2003) .......................................................... 48, 52

*Pfizer, Inc. v. Apotex, Inc.*,
   480 F.3d 1348 (Fed. Cir. 2007) .......................................................... passim

*Pharmacia & Upjohn Co. v. Mylan Pharm., Inc.*,
   170 F.3d 1373 (Fed. Cir. 1999) ................................................................ 13

xvi

# TABLE OF AUTHORITIES
## (continued)

Page(s)

*PharmaStem Therapeutics, Inc. v. ViaCell, Inc.*,
   491 F.3d 1342 (Fed. Cir. 2007) ........................................................................... 27

*Phillips v. AWH Corp.*,
   415 F.3d 1303 (Fed. Cir. 2005) .................................................................. 2, 3, 61

*Plant Genetic Sys., N.V. v. DeKalb Genetics Corp.*,
   315 F.3d 1335 (Fed. Cir. 2003) ..................................................................... 59, 60

*Polaris Indus., Inc. v. Arctic Cat, Inc.*,
   882 F.3d 1056 (Fed. Cir. 2018) ........................................................................... 48

*Princeton Biochemicals, Inc. v. Beckman Coulter, Inc.*,
   411 F.3d 1332 (Fed. Cir. 2005) ........................................................................... 37

*Prometheus Lab'ys, Inc. v. Roxane Lab'ys, Inc.*,
   805 F.3d 1092 (Fed. Cir. 2015) ..................................................................... 35, 46

*Purdue Pharma L.P. v. Faulding Inc.*,
   230 F.3d 1320 (Fed. Cir. 2000) ..................................................................... 56, 57

*Purdue Pharma Prods. L.P. v. Par Pharm., Inc.*,
   377 F. App'x 978 (Fed. Cir. 2010) ...................................................................... 38

*Q.I. Press Controls, B.V. v. Lee*,
   752 F.3d 1371 (Fed. Cir. 2014) ........................................................................... 40

*Randall Mfg. v. Rea*,
   733 F.3d 1355 (Fed. Cir. 2013) ..................................................................... 38, 39

*Regents of the Univ. of Cal. v. Eli Lilly & Co.*,
   119 F.3d 1559 (Fed. Cir. 1997) ........................................................................... 57

*Richardson-Vicks Inc. v. Upjohn Co.*,
   122 F.3d 1476 (Fed. Cir. 1997) ........................................................................... 46

*Richdel, Inc. v. Sunspool Corp.*,
   714 F.2d 1573 (Fed. Cir. 1983) ............................................................................. 6

*S. Corp. v. United States*,
   690 F.2d 1368 (Fed. Cir. 1982) ........................................................................... 26

*Sciele Pharma Inc. v. Lupin Ltd.*,
   684 F.3d 1253 (Fed. Cir. 2012) ........................................................................... 27

*Senju Pharm. Co. v. Apotex Inc.*,
   836 F. Supp. 2d 196 (D. Del. 2011) ................................................................ 39, 42

# TABLE OF AUTHORITIES
## (continued)

Page(s)

*Senju Pharm. Co. v. Lupin Ltd.*,
   780 F.3d 1337 (Fed. Cir. 2015) .................................................................................. 54

*Sextant Avionique, S.A. v. Analog Devices, Inc.*,
   172 F.3d 817 (Fed. Cir. 1999) .................................................................................... 17

*Shamrock Techs., Inc. v. Med. Sterilization, Inc.*,
   903 F.2d 789 (Fed. Cir. 1990) .................................................................................... 64

*Sjolund v. Musland*,
   847 F.2d 1573 (Fed. Cir. 1988) .................................................................................. 50

*Sony Corp. of Am. v. Universal City Studios, Inc.*,
   464 U.S. 417 (1984) ................................................................................................... 22

*Soverain Software LLC v. Victoria's Secret Direct Brand Mgmt., LLC*,
   778 F.3d 1311 (Fed. Cir. 2015) ............................................................................ 29, 30

*Sprint Commc'ns Co. v. Cequel Commc'ns, LLC*,
   Nos. 18-1919-RGA, 18-2033-RGA, 2020 WL 3048175 (D. Del. June 8, 2020) ................................. 30

*Sprint Commc'ns Co. v. Charter Commc'ns, Inc.*,
   No. 17-1734-RGA, 2021 WL 982726 (D. Del. Mar. 16, 2021) .......................................... 30

*Sprint Commc'ns Co. v. Comcast IP Holdings, LLC*,
   No. 12-1013-RGA, 2015 WL 452289 (D. Del. Jan. 30, 2015), *aff'd sub nom. Sprint
   Commc'ns Co. v. Comcast Cable Commc'ns, LLC*, 675 F. App'x 974 (Fed. Cir.
   2017) ......................................................................................................................... 31

*SRI Int'l, Inc. v. Internet Sec. Sys., Inc.*,
   511 F.3d 1186 (Fed. Cir. 2008) ............................................................................ 32, 34

*StairMaster Sports/Med. Prods. v. Groupe Procycle, Inc.*,
   25 F. Supp. 2d 270 (D. Del. 1998) ............................................................................. 14

*Starhome GmbH v. AT&T Mobility LLC*,
   743 F.3d 849 (Fed. Cir. 2014) ............................................................................. 13, 14

*Streamfeeder, LLC v. Sure-Feed Sys., Inc.*,
   175 F.3d 974 (Fed. Cir. 1999) .................................................................................... 18

*Stumbo v. Eastman Outdoors, Inc.*,
   508 F.3d 1358 (Fed. Cir. 2007) .................................................................................. 16

*Suffolk Techs., LLC v. AOL Inc.*,
   752 F.3d 1358 (Fed. Cir. 2014) .................................................................................. 32

*Sunovion Pharm[s]., Inc. v. Teva Pharm[s]. USA, Inc..*,
   731 F.3d 1271 (Fed. Cir. 2013) ............................................................................... 7, 8

# TABLE OF AUTHORITIES
## (continued)

<b>Page(s)</b>

*Symbol Techs., Inc. v. Opticon, Inc.*,
  935 F.2d 1569 (Fed. Cir. 1991) .................................................................. 38

*Syntex (U.S.A.) LLC v. Apotex, Inc.*,
  407 F.3d 1371 (Fed. Cir. 2005) .................................................................. 38

*Takeda Pharm. Co. v. Teva Pharms. USA, Inc.*,
  668 F. Supp. 2d 614 (D. Del. 2009) ............................................................. 6

*Takeda Pharms. U.S.A. v. West-Ward Pharm. Corp.*,
  785 F.3d 625 (Fed. Cir. 2015) ............................................................. 21, 22

*Tech. Licensing Corp. v. Videotek, Inc.*,
  545 F.3d 1316 (Fed. Cir. 2008) ................................................................... 6

*Tegal Corp. v. Tokyo Electron Co.*,
  248 F.3d 1376 (Fed. Cir. 2001) .................................................................. 21

*Teva Pharms. USA, Inc. v. Sandoz, Inc.*,
  789 F.3d 1335 (Fed. Cir. 2015) .................................................................. 62

*Therasense, Inc. v. Becton, Dickinson & Co.*,
  593 F.3d 1325 (Fed. Cir. 2010) ............................................................. 48, 58

*In re Thorpe*,
  777 F.2d 695 (Fed. Cir. 1985) ................................................................... 28

*Tronzo v. Biomet, Inc.*,
  156 F.3d 1154 (Fed. Cir. 1998) .................................................................. 58

*Trs. of Columbia Univ. v. Illumina, Inc.*,
  620 F. App'x 916 (Fed. Cir. 2015) .............................................................. 53

*Union Carbide Corp. v. Am. Can Co.*,
  724 F.2d 1567 (Fed. Cir. 1984) .................................................................. 38

*Univ. of Rochester v. G.D. Searle & Co.*,
  358 F.3d 916 (Fed. Cir. 2004) ................................................................... 56

*Valeant Pharms. Int'l, Inc. v. Mylan Pharms. Inc.*,
  955 F.3d 25 (Fed. Cir. 2020) ..................................................................... 35

*In re Vamco Machine & Tool, Inc.*,
  752 F.2d 1564 (Fed. Cir. 1985) .................................................................. 50

*In re Varma*,
  816 F.3d 1352 (Fed. Cir. 2016) .................................................................. 13

## TABLE OF AUTHORITIES
### (continued)

**Page(s)**

*Vas-Cath Inc. v. Mahurkar,*
  935 F.2d 1555 (Fed. Cir. 1991) ........................................................... 55, 56

*VidStream LLC v. Twitter, Inc.,*
  981 F.3d 1060 (Fed. Cir. 2020) ................................................................ 33

*Vita-Mix Corp. v. Basic Holding, Inc.,*
  581 F.3d 1317 (Fed. Cir. 2009) ................................................................ 22

*In re Wands,*
  858 F.2d 731 (Fed. Cir. 1988) .................................................................. 60

*Wang Labs., Inc. v. Mitsubishi Elecs. Am., Inc.,*
  103 F.3d 1571 (Fed. Cir. 1997) ................................................................ 17

*Warner-Jenkinson Co. v. Hilton Davis Chem. Co.,*
  520 U.S. 17 (1997) ............................................................................ 16, 17

*Warner-Lambert Co. v. Apotex Corp.,*
  316 F.3d 1348 (Fed. Cir. 2003) ......................................................... 6, 7, 21

*Wavetronix LLC v. EIS Elec. Integrated Sys.,*
  573 F.3d 1343 (Fed. Cir. 2009) ........................................................... 12, 15

*Weatherchem Corp. v. J.L. Clark, Inc.,*
  163 F.3d 1326 (Fed. Cir. 1998) ................................................................ 26

*Wedgetail, Ltd. v. Huddleston Deluxe, Inc.,*
  576 F.3d 1302 (Fed. Cir. 2009) ........................................................... 65, 66

*West v. Jewelry Innovations, Inc.,*
  No C 07-1812 JF, 2007 U.S. Dist. LEXIS 54720 (N.D. Cal. July 17, 2007) ..................................... 10

*World Class Tech. Corp. v. Ormco Corp.,*
  769 F.3d 1120 (Fed. Cir. 2014) ................................................................ 14

*In re Wright,*
  569 F.2d 1124 (C.C.P.A. 1977) ................................................................ 53

*In re Wright,*
  999 F.2d 1557 (Fed. Cir. 1993) ................................................................ 60

*Wyeth & Cordis Corp. v. Abbott Lab'ys,*
  720 F.3d 1380 (Fed. Cir. 2013) ................................................................ 59

*XY, LLC v. Trans Ova Genetics, L.C.,*
  890 F.3d 1282 (Fed. Cir. 2018) ................................................................ 30

**TABLE OF AUTHORITIES**
**(continued)**

**Page(s)**

*Zenith Lab['ys], Inc. v. Bristol-Myers Squibb Co.*,
    19 F.3d 1418 (Fed. Cir. 1994) ........................................................................................................ 15

Pursuant to D. Del. L.R. 16.3(c)(5) and the schedule set forth in the governing Scheduling Order (*see* D.I. 20), Defendant Liquidia Technologies, Inc. ("Liquidia") respectfully submits the following Statement of Issues of Law that Remain to Be Litigated, based on Liquidia's current understanding of the claims and counterclaim defenses of Plaintiff United Therapeutics Corporation ("UTC").

By setting forth specific information, Liquidia does not intend to waive its right to prove information not specifically set forth herein.  This Statement is not intended to be exhaustive, and, in addition to what is set out herein, Liquidia may prove any matters identified in its pleadings and discovery taken in this action to date.  Liquidia's identification of the issues of law that remain to be litigated is based, in part, on its understanding of the arguments that UTC is likely to make in attempting to establish infringement and to respond to Liquidia's invalidity case, based upon the pleadings and discovery in the action to date.  To the extent that UTC intends or attempts to introduce different or additional legal arguments, Liquidia reserves its right to contest those legal arguments, and to present any and all rebuttal evidence in response to those arguments without being bound by this summary of remaining legal issues.  Moreover, nothing in this statement should be construed as Liquidia's agreement or acquiescence to UTC's Statement of Issues of Law that Remain to Be Litigated (Exhibit 4).

To the extent that Liquidia's Statement of Contested Facts that Remain to Be Litigated (Exhibit 3) contains issues of law, those issues are incorporated herein by reference.  Likewise, should the Court determine that any issue identified in this Statement as an issue of law is more appropriately considered an issue of fact, it should be treated as an issue of fact as if listed by Defendant in Exhibit 3.  By including a fact herein, Liquidia does not assume the burden of proof or production with regard to that fact.  Liquidia further reserves the right to revise this statement

in light of the Court's orders or rulings and in light of any amendments or revisions to UTC's statements of issues of law and/or fact remaining to be litigated.

## I. CLAIM CONSTRUCTION

### A. Issues

1.      The parties have not offered constructions of, and the Court did not construe, any term or phrase in U.S. Patent No. 10,716,793 ("the '793 patent") and instead apply the plain and ordinary meaning.  *See* Ex. 3 (Liquidia's Statement of Contested Facts ("Liquidia's SOF")), § IV.A.5.

2.      UTC for the first time during expert discovery, and in particular in the reply expert report and deposition of Dr. Aaron Waxman, has proffered a construction of the phrase "pulmonary hypertension" in claim 1 of the '793 patent to be limited only to "pulmonary arterial hypertension."  UTC's position is untimely and, moreover, improper in light of the specification and prosecution history.  *See* Ex. 3 (Liquidia SOF), § IV.A.5.

### B. Legal Authority

3.       Claim construction is a matter of law to be determined by the judge.  *Markman v. Westview Instruments, Inc.*, 517 U.S. 370, 384, 390 (1996).  Claim terms are construed by giving the words of the claim the plain and ordinary meaning they would have had to a person of ordinary skill in the art at the time of the invention, in view of the intrinsic record, which consists of the claims, specification, and file history.  *Phillips v. AWH Corp.*, 415 F.3d 1303, 1313–14 (Fed. Cir. 2005); *see also Medrad, Inc. v. MRI Devices Corp.*, 401 F.3d 1313, 1319 (Fed. Cir. 2005) ("We cannot look at the ordinary meaning of the term . . . in a vacuum.  Rather, we must look at the ordinary meaning in the context of the written description and the prosecution history." (citation omitted)).  Claim terms must be construed "in light of the knowledge of one of ordinary skill in

the art." *See*, *e.g.*, *Aventis Pharms., Inc. v. Amino Chems. Ltd.*, 715 F.3d 1363, 1374-75 (Fed. Cir. 2013).  In evaluating the plain and ordinary meaning of a claim term or phrase, courts may also look to extrinsic evidence, which "consists of all evidence external to the patent and prosecution history, including expert and inventor testimony, dictionaries, and learned treatises." *Phillips*, 415 F.3d at 1317–19 (citations omitted).  "Extrinsic evidence may assist the court in understanding the underlying technology, the meaning of terms to one skilled in the art, and how the invention works." *Allergan USA, Inc. v. Aurobindo Pharma Ltd.*, No. 19-cv-1727-RGA, 2021 WL 84368, at *2 (D. Del. Jan. 11, 2021) (Andrews, J.) (citing *Phillips*, 415 F.3d at 1317-19); *see also Allergan*, 2021 WL 84368, at *3 ("Based on the extrinsic evidence, the plain and ordinary meaning of 'dose,' which a PHOSITA would have understood, 'single dose' is the amount of a pharmaceutical agent to be taken at one time.  There is a difference between 'single dose' and 'daily dose.'").

4.      "[C]ourts should not rewrite claims to preserve validity." *Nazomi Commc'ns, Inc. v. ARM Holdings, PLC*, 403 F.3d 1364, 1368 (Fed. Cir. 2005).  Doing so would improperly "put the validity cart before the claim construction horse." *Id.* at 1369.  Similarly, courts should not "adopt[] a narrower claim interpretation in order to preserve the claim's validity[,]" thereby "glossing over the intrinsic evidence that must inform the court's claim construction." *Landers v. Sideways, LLC*, 142 F. App'x 462, 468 (Fed. Cir. 2005); *see also Abbott Lab'ys v. Baxter Pharm. Prods., Inc.*, 334 F.3d 1274, 1282 (Fed. Cir. 2003) ("[T]he district court erred by giving the claim term 'effective amount' a narrow reading to preserve its validity.").

## II.    NON-INFRINGEMENT

### A.    Issues[1]

5.      Whether UTC has proven, by a preponderance of the evidence, that Liquidia will directly infringe claims 1-3, 6, and 8-9 of U.S. Patent No. 9,593,066 ("the '066 patent") (collectively, "the '066 Asserted Claims") under 35 U.S.C. § 271(a).  *See* Ex. 3 (Liquidia SOF), § III.

6.      Whether UTC has proven, by a preponderance of the evidence, that Liquidia will induce infringement of the '066 Asserted Claims under 35 U.S.C. § 271(b).  *See* Ex. 3 (Liquidia SOF), § III.[2]

7.      Whether UTC has proven, by a preponderance of the evidence, that Liquidia has an affirmative intent to induce infringement of the '066 Asserted Claims under 35 U.S.C. § 271(b). *See* Ex. 3 (Liquidia SOF), § III.

8.      Whether UTC has proven, by a preponderance of the evidence, that Liquidia will contribute to infringement of the '066 Asserted Claims under 35 U.S.C. § 271(c).  *See* Ex. 3 (Liquidia SOF), § III.

9.      Whether UTC has proven, by a preponderance of the evidence, that Liquidia will directly infringe claims 1, 4, and 6-8 of the '793 patent ("the '793 Asserted Claims") (collectively, "the '793 Asserted Claims") under 35 U.S.C. § 271(a).  *See* Ex. 3 (Liquidia SOF), § V.C.

---

[1] As noted in the parties' Proposed Joint Pretrial Order at § XII.F.1, on January 3, 2022, the Court entered UTC's Stipulation of Partial Judgment of Non-Infringement as to claims 1-4, 6, and 8 of U.S. Patent No. 9,604,901 ("the '901 patent") (collectively, "the '901 Asserted Claims").

[2] UTC's Statement of Contested Issues of Law asserts induced and contributory infringement of the '066 patent (*see* Ex. 4, ¶¶ 40-44), but UTC's Statement of Contested Issues of Fact asserts no facts regarding induced or contributory infringement of the '066 patent (*see generally* Ex. 2 at § II.A).

10.     Whether UTC has proven, by a preponderance of the evidence, that Liquidia will induce infringement of the '793 Asserted Claims under 35 U.S.C. § 271(b).  *See* Ex. 3 (Liquidia SOF), § V.D.

11.     Whether UTC has proven, by a preponderance of the evidence, that Liquidia has an affirmative intent to induce infringement of the '793 Asserted Claims under 35 U.S.C. § 271(b). *See* Ex. 3 (Liquidia SOF), § V.D.

12.     Whether UTC has proven, by a preponderance of the evidence, that Liquidia will contribute to infringement of the '793 Asserted Claims under 35 U.S.C. § 271(c).  *See* Ex. 3 (Liquidia SOF), § V.E.

**B.     Legal Authority**

**1.     New Drug Applications under § 505(b)(2)**

13.     Under § 505(b)(2) of the Federal Food, Drug, and Cosmetic Act ("FD&C Act"), a party may submit a New Drug Application ("NDA") for FDA approval of a new drug when certain investigations relied upon in the NDA "were not conducted by or for the applicant and for which the applicant has not obtained a right of reference or use from the person by or for whom the investigations were conducted[.]"  Pub. L. 75-717, § 505(b)(2), 52 Stat. 1040, 1052-53 (1938) (codified at 21 U.S.C. § 355).  By contrast, Abbreviated New Drug Applications ("ANDAs") are governed by § 505(j) of the FD&C Act and require, *inter alia*, a showing that the "route of administration, the dosage form, and the strength of the new drug are the same as those of the listed drug[.]"  *Id.* at § 505(j)(2)(A)(iii).

14.     Here, Liquidia submitted NDA No. 213005 under § 505(b)(2)—not an ANDA under § 505(j)—for FDA approval of its LIQ861 inhalation powder product (proposed tradename Yutrepia™).

### 2.      Infringement Generally

15.      "The patent owner has the burden of proving infringement and must meet its burden by a preponderance of the evidence." *Takeda Pharm. Co. v. Teva Pharms. USA, Inc.*, 668 F. Supp. 2d 614, 619 (D. Del. 2009).  This burden never shifts to the defendants.  *Tech. Licensing Corp. v. Videotek, Inc.*, 545 F.3d 1316, 1327 (Fed. Cir. 2008) (noting that the "burden to prove infringement" never shifts from the plaintiff and that "the risk of decisional uncertainty stays on the proponent of the proposition").  "[S]peculative data . . . cannot sustain [patentee's] burden of proof."  *Brigham & Women's Hosp., Inc. v. Perrigo Co.*, 761 F. App'x 995, 1003-04 (Fed. Cir. 2019).

16.      An invalid claim cannot be infringed.  *Richdel, Inc. v. Sunspool Corp.*, 714 F.2d 1573, 1580 (Fed. Cir. 1983) ("The claim being invalid there is nothing to be infringed.").

### 3.      Infringement in the Hatch-Waxman Context

17.      Under 35 U.S.C. § 271(e)(2)(A), it is an act of infringement to submit an NDA under § 505(b)(2) of the FD&C Act ("§ 505(b)(2) NDA") for a drug claimed in a patent or the use of which is claimed in a patent, if the purpose of such submission is to obtain approval to engage in the manufacture, use, or sale of the drug before the expiration of such patent.  This "artificial" act of infringement creates jurisdiction to enable resolution of infringement disputes before the applicant has actually made or marketed the proposed product.  *Warner-Lambert Co. v. Apotex Corp.*, 316 F.3d 1348, 1365 (Fed. Cir. 2003).

18.      "Once jurisdiction is established, however, the substantive determination whether actual infringement or inducement will take place is determined by traditional patent infringement analysis, just the same as it is in other infringement suits, including those in a non-[Hatch-Waxman] context, the only difference being that the inquiries now are hypothetical because the

6

allegedly infringing product has not yet been marketed." *Warner-Lambert*, 316 F.3d at 1365. "The infringement case is therefore limited to an analysis of whether what the [accused infringer] is requesting authorization for in the [§ 505(b)(2) NDA] would be an act of infringement if performed." *Id.* at 1364.

19.    In the context of an allegation of infringement under 35 U.S.C. § 271(e)(2)(A), which is premised on an artificial act of infringement (*i.e.*, the filing of the § 505(b)(2) NDA), the infringement inquiry is hypothetical and requires the court to compare the claims with the product described in the § 505(b)(2) NDA. *See Bayer AG v. Elan Pharm. Rsch. Corp*., 212 F.3d 1241, 1248-49 (Fed. Cir. 2000). However, a patentee cannot rely solely on the filing of a § 505(b)(2) NDA under § 271(e)(2)(A) to establish infringement: "[T]he patentee's burden of proving ultimate infringement is not met by the filing of the [§ 505(b)(2) NDA]." *See Glaxo, Inc. v. Novopharm, Ltd*., 110 F.3d 1562, 1570 (Fed. Cir. 1997). The burden of proof does not shift to the § 505(b)(2) NDA applicant merely by the filing of the § 505(b)(2) NDA. *Id.* ("The relevant inquiry is whether the patentee has proven by a preponderance of the evidence that the alleged infringer will likely market an infringing product.").

20.    The § 505(b)(2) NDA "controls the infringement analysis when it speaks to a claim limitation, and the Court should examine other materials to look at the product that the [§ 505(b)(2) NDA applicant] company is likely to sell when the [§ 505(b)(2) NDA] is silent on that limitation." *See Exela Pharma Scis., LLC v. Eton Pharms., Inc.*, C.A. No. 1:20-cv-00365-MN, D.I. 175, Order at 5-6 (D. Del. Feb. 8, 2022). The Federal Circuit has explained:

> In some cases, the ANDA specification directly resolves the infringement question because it defines a proposed generic product in a manner that either meets the limitations of an asserted patent claim or is outside the scope of such a claim. *See Sunovion Pharm[s]., Inc. v. Teva Pharm[s]. USA, Inc.*., 731 F.3d 1271, 1279-80 (Fed. Cir. 2013) (proposed generic product infringed because the ANDA

specification described an amount of stereoisomer within the scope of the asserted patent claim); *Bayer AG v. Elan Pharm. Research Corp*., 212 F.3d 1241, 1248-50 (Fed. Cir. 2000) (proposed generic product did not infringe because the ANDA specification required a surface area outside of the range claimed by the asserted patent). In cases in which the ANDA specification does not resolve the infringement question in the first instance, we have endorsed the district court's reference to relevant evidence, including biobatch data and actual samples of the proposed generic composition that the ANDA filer had submitted to the FDA. *See* [*Glaxo, Inc. v. Novopharm, Ltd.*, 110 F.3d 1562, 1569 (Fed. Cir. 1997)] (proposed generic product did not infringe because the ANDA specified only one crystalline form with certain purity, but did not reveal whether a different crystalline form claimed by the asserted patents would be present at all).

*Ferring B.V. v. Watson Labs., Inc.-Fla.*, 764 F.3d 1401, 1408-09 (Fed. Cir. 2014); *see also id.* at 1409 ("This case is more like *Glaxo* than either *Sunovion* or *Bayer* because Watson's ANDA specification does not itself resolve the question of infringement."); *see also Exela*, D.I. 175 at 5 ("Consequently, the [*Ferring v. Watson*] panel endorsed an infringement analysis based on all evidence relevant to what the generic applicant was likely to bring to market."); *cf. Par Pharm., Inc. v. Hospira, Inc.*, 835 F. App'x 578, 586 (Fed. Cir. 2020) (looking no further than the ANDA specification because "the ANDA is not silent as to whether [the generic's] product could contain sufficient concentrations of elemental impurities such that" a claim limitation would be met).

21.    As relevant to Hatch-Waxman cases, the safe harbor under 35 U.S.C. § 271(e)(1) provides that "[i]t shall not be an act of infringement to make, use, offer to sell, or sell within the United States or import into the United States a patented invention . . . solely for uses reasonably related to the development and submission of information under a Federal law which regulates the manufacture, use, or sale of drugs or veterinary biological products." The Supreme Court interpreted this safe harbor broadly in the seminal 2005 case, *Merck KGaA v. Integra Lifesciences I, Ltd.*, recognizing that "[t]hough the contours of this provision are not exact in every respect, the statutory text makes clear that it provides a wide berth for the use of patented drugs in activities

related to the federal regulatory process."  545 U.S. 193, 202 (2005) (further finding that the safe

harbor "necessarily includes preclinical studies of patented compounds that are appropriate for

submission to the FDA in the regulatory process").  As long as the safe harbor applies, courts "do[]

not look to the underlying purposes or attendant consequences of the activity[.]"  *AbTox, Inc. v.*

*Exitron Corp.*, 122 F.3d 1019, 1030 (Fed. Cir. 1997) (finding the safe harbor applies when testing

was conducted to secure FDA approval, even though that testing ultimately led to sales); *see also*

*Nexell Therapeutics, Inc. v. Amcell Corp.*, 199 F. Supp. 2d 197, 204 (D. Del. 2002) ("As a policy

matter, inquiring into the motivation behind activities that are conducted under the auspices of

FDA-approved clinical trials would be contrary to Congress's intent in enacting § 271(e)(1),

because it would chill parties from engaging in the very pre-approval testing that Congress sought

to encourage.").

### 4.    Infringement of a Product Made by a Patented Process

22.    35 U.S.C. § 271(g) provides that "[w]hoever without authority imports into the

United States or offers to sell, sells, or uses within the United States a product which is made by a

process patented in the United States shall be liable as an infringer, if the importation, offer to sell,

sale, or use of the product occurs during the term of such process patent."

23.    35 U.S.C. § 295 provides:

> In actions alleging infringement of a process patent based on the
> importation, sale, offer for sale, or use of a product which is made from
> a process patented in the United States, if the court finds: (1) that a
> substantial likelihood exists that the product was made by the patented
> process, and (2) that the plaintiff has made a reasonable effort to
> determine the process actually used in the production of the product and
> was unable to so determine, the product shall be presumed to have been
> so made, and the burden of establishing that the product was not made
> by the process shall be on the party asserting that it was not so made.

24.     The Federal Circuit has described § 295 as "a burden shifting mechanism" that transfers "the burden to establish infringement . . . from the patentee alleging infringement to the alleged infringer to disprove infringement." *LG Display Co. v. AU Optronics Corp.*, 709 F. Supp. 2d 311, 335 (D. Del. 2010) (quoting *Nutrinova Nutrition Specialties & Food Ingredients GmbH v. Int'l Trade Comm'n*, 224 F.3d 1356, 1359 (Fed. Cir. 2000)).  To trigger § 295, "the patentee must show, by a preponderance of the evidence, that 1) a substantial likelihood exists that the product was made by the patented process, and 2) the plaintiff has made a reasonable effort to determine the process actually used in the production of the product and was unable so to determine." *LG Display*, 709 F. Supp. 2d at 335.

25.     In examining whether the patentee has made reasonable efforts to determine the production process, courts consider "whether the patentee followed all of the avenues of discovery likely to uncover the [defendant's] process, including written discovery requests, facility inspections, first-hand observation of the process, independent testing of process samples, the use of experts, and depositions of [the defendant's] officials." *LG Display*, 709 F. Supp. 2d at 335 (citation and internal quotation marks omitted).  Because "[t]he statute also has a significant punitive element," courts have recognized that "the plaintiff must attempt to engage in discovery and make a serious attempt at discovering the process." *West v. Jewelry Innovations, Inc.*, No C 07-1812 JF, 2007 U.S. Dist. LEXIS 54720, at *14 (N.D. Cal. July 17, 2007) (alteration in original) (quoting *Nutrinova*, 224 F.3d at 1360).  For example, sending a letter of inquiry to each defendant is not enough to satisfy the requirements of § 295.  *See West*, 2007 U.S. Dist. LEXIS 54720, at *14-15; *see also Am. River Nutrition, LLC v. Beijing Gingko Grp. Biological Tech. Co.*, No. 8:18-cv-02201-FLA (JDEx), 2021 WL 6104015, at *4 (C.D. Cal. Nov. 22, 2021) (finding that plaintiff failed to engage in reasonable efforts because it "did not request a second video inspection [of the

manufacturing facility when] the first was inadequate, seek additional discovery regarding [defendant's] manufacturing process, or file a motion to compel discovery if its requests had been refused."); *Kowalski v. Mommy Gina Tuna Res.*, Nos. 05-00679 BMK, 06-00182 BMK, 05-00787 BMK, 2008 WL 2971521, at *1 (D. Haw. Aug. 1, 2008) (refusing to apply § 295 because of plaintiff's "unreasonable and dilatory actions with respect to [processing facility] inspections."); *Nichia Corp. v. VIZIO, Inc.*, No. CV 8:16-0545 SJO (MRWx), 2019 WL 1966665, at *3 (C.D. Cal. Mar. 25, 2019) (refusing to apply § 295 noting that the plaintiff did not "seek[] information directly from the manufacturers themselves") (vacated due to joint stipulation for vacatur pursuant to settlement); *Kowalski v. Ocean Duke Corp.*, Civ. No. 04-00055 BMK, 2007 WL 9711274, at *3 (D. Haw. Dec. 3, 2007) (finding that plaintiffs did not make reasonable efforts because "[p]laintiffs have not provided any evidence that they ever made any attempts to visit [the supplier's] factory in Bali, nor did they request [defendant] to help them arrange such a visit.").

26.     The second prong of § 295 also requires that the patentee "show it was unable to determine the particular processes used in [the alleged infringer's] production of [the allegedly infringing product]." *Nutrinova*, 224 F.3d at 1360. Courts have refused to apply § 295 when the patentee was able to determine the process used in the production of the allegedly infringing product. *See id.* (refusing to apply § 295 because the patentee could reasonably determine the defendant's process from its tour of the defendant's facility); *Novo Nordisk of N. Am., Inc. v. Genentech, Inc.*, 77 F.3d 1364, 1368 n.6 (Fed. Cir. 1996) ("Section 295 is inapplicable in the present case, *inter alia,* because Genentech was able to determine the process Novo used to manufacture hGH."); *Genentech, Inc. v. Boehringer Mannheim GmbH*, 47 F. Supp. 2d 91, 108 (D. Mass. 1999) ("[B]ecause there has been ample opportunity for discovery and Genentech has in fact determined the process that BM used, Section 295 is inapplicable"); *CNET Networks, Inc. v.*

11

*Etilize, Inc.*, No. C 06-5378 MHP, 2008 WL 4104287, at *14-15 (N.D. Cal. Sept. 2, 2008) (denying

application of § 295 because the patent owner had all of the defendant's source code and was able

to determine the process actually used to produce the allegedly infringing product).

27.     "Whether each of the two prongs of § 295 has been met is not determined

subjectively by the plaintiff, but is determined objectively by the court." *Nutrinova*, 224 F.3d at

1360.

### 5.     Direct Infringement

28.     Under 35 U.S.C. § 271(a), "whoever without authority makes, uses, offers to sell,

or sells any patented invention, within the United States or imports into the United States any

patented invention during the term of the patent therefor, infringes the patent."

29.     Determining direct infringement is a two-step inquiry.  Step one is to construe the

disputed terms of the patent at issue; step two is to compare the accused products with the properly

construed claims of the patent.  *Alza Corp. v. Andrx Pharms., LLC*, 607 F. Supp. 2d 614, 623 (D.

Del. 2009).  "Step one is a question of law; step two is a question of fact."  *Id.*; *see also Wavetronix*

*LLC v. EIS Elec. Integrated Sys.*, 573 F.3d 1343, 1354 (Fed. Cir. 2009).

### a)     Step One: Claim Construction

30.     To construe a claim, a court "look[s] first to the intrinsic evidence of record,

examining the claim language itself, the specification, and the prosecution history." *Janssen*

*Pharmaceutica, N.V. v. Eon Labs. Mfg., Inc.*, 134 F. App'x 425, 428 (Fed. Cir. 2005).

31.     Claims not construed by the Court are interpreted according to their plain and

ordinary meaning as understood at the time of the invention by an ordinarily skilled artisan when

read in the context of the specification and prosecution history.  *See Eon Corp. IP Holdings v.*

12

*Silver Springs Networks, Inc.*, 815 F.3d 1314, 1320 (Fed. Cir. 2016); *Housey Pharms., Inc. v. Astrazeneca UK Ltd.*, 366 F.3d 1348, 1352 (Fed. Cir. 2004).

32.    "There are only two exceptions to this general rule: 1) when a patentee sets out a definition and acts as his own lexicographer, or 2) when the patentee disavows the full scope of a claim term either in the specification or during prosecution." *Starhome GmbH v. AT&T Mobility LLC*, 743 F.3d 849, 856 (Fed. Cir. 2014) (citation omitted).  In addition, a patentee cannot recapture in litigation a claim scope surrendered during the prosecution of the patent, either by amendment or argument.  *See Pharmacia & Upjohn Co. v. Mylan Pharm., Inc.*, 170 F.3d 1373, 1376-77 (Fed. Cir. 1999).

33.    Claims which use the term "comprising" are to be read broadly such that they are not limited to only the recited claim elements.  "'Comprising' is a term of art used in claim language which means that the named elements are essential, but other elements may be added and still form a construct[ion][.]" *Genentech, Inc. v. Chiron Corp.*, 112 F.3d 495, 501 (Fed. Cir. 1997) (citing *In re Baxter*, 656 F.2d 679, 686 (C.C.P.A. 1981)).

34.    A dependent claim "shall be construed to incorporate by reference all the limitations of the claim to which it refers."  35 U.S.C. § 112.  Accordingly, a dependent claim cannot be infringed unless each and every element of the underlying independent claim is also infringed.  *Forest Lab'ys, Inc. v. Abbott Lab'ys*, 239 F.3d 1305, 1310-11 & n.3 (Fed. Cir. 2001).

35.    There is a presumption that the same terms appearing in different portions of the claims should be given the same meaning, unless it is clear from the specification and prosecution history that the terms have different meanings.  *Fin Control Sys. Pty, Ltd. v. OAM, Inc.*, 265 F.3d 1311, 1318 (Fed. Cir. 2001); *In re Varma*, 816 F.3d 1352, 1363 (Fed. Cir. 2016) ("[T]he principle that the same phrase in different claims of the same patent should have the same meaning is a

strong one, overcome only if 'it is clear' that the same phrase has different meanings in different claims."); *Digital Biometrics, Inc. v. Identix, Inc*., 149 F.3d 1335, 1345 (Fed. Cir. 1998) ("the meaning of a term in a claim must be defined in a[] manner that is consistent with its appearance in other claims in the same patent" (citing *Fonar Corp. v. Johnson & Johnson*, 821 F.2d 627, 632 (Fed. Cir. 1987))).

36.     "The doctrine of claim differentiation creates a presumption that distinct claims, particularly an independent claim and its dependent claim, have different scopes." *World Class Tech. Corp. v. Ormco Corp.*, 769 F.3d 1120, 1125 (Fed. Cir. 2014); *see also Kraft Foods, Inc. v. Int'l Trading Co*., 203 F.3d 1362, 1368 (Fed. Cir. 2000). This is "based on the common sense notion that different words or phrases used in separate claims are presumed to indicate that the claims have different meanings and scope. The doctrine is not a hard and fast rule, but instead a rule of thumb that does not trump the clear import of the specification." *Starhome*, 743 F.3d at 857-58 (citations and internal quotation marks omitted).

### b)     Step Two: Comparison of Accused Product to Asserted Claims

37.     The second step of an infringement analysis requires the Court to compare the accused product to the asserted claims as properly construed. *Bai v. L & L Wings, Inc.,* 160 F.3d 1350, 1353 (Fed. Cir. 1998).

38.     "Infringement, literal or by equivalence, is determined by comparing an accused product not with a preferred embodiment described in the specification, or with a commercialized embodiment of the patentee, but with the properly and previously construed claims in suit." *StairMaster Sports/Med. Prods. v. Groupe Procycle, Inc.*, 25 F. Supp. 2d 270, 278 (D. Del. 1998) (citation omitted).

39.    Indeed, "[a]s a general rule, 'it is error for a court to compare in its infringement analysis the accused product or process with the patentee's commercial embodiment or other version of the product or process; the only proper comparison is with the claims of the patent.'" *AMAG Pharms. v. Sandoz, Inc.*, No. 16–cv–1508 (PGS), 2018 WL 1041035, at *1 (D.N.J. Feb. 22, 2018) (quoting *Zenith Lab['ys], Inc. v. Bristol-Myers Squibb Co.*, 19 F.3d 1418, 1423 (Fed. Cir. 1994)); *AquaTex Indus., Inc. v. Techniche Sols.*, 479 F.3d 1320, 1328 (Fed. Cir. 2007) (holding that infringement inquiry "leaves no room for consideration of the patentee's product"); *Johnson & Johnston Assocs. Inc. v. R.E. Serv. Co.*, 285 F.3d 1046, 1052 (Fed. Cir. 2002) (en banc) ("[T]he law of infringement compares the accused product with the claims as construed by the court. . . . [And not] 'with a commercialized embodiment of the patentee.'" (quotation omitted)).

### (1)    Literal Infringement

40.    "Literal infringement occurs when each element of at least one claim of the patent is found in the alleged infringer's product."  *Alza*, 607 F. Supp. 2d at 623; *see also DeMarini Sports, Inc. v. Worth, Inc.*, 239 F.3d 1314, 1331 (Fed. Cir. 2001).

41.    "If, however, even one claim limitation is missing or not met, there is no literal infringement." *MicroStrategy Inc. v. Bus. Objects, S.A.*, 429 F.3d 1344, 1352 (Fed. Cir. 2005); *see also Bayer AG*, 212 F.3d at 1247 ("If any claim limitation is absent from the accused device, there is no literal infringement as a matter of law."); *Glaxo*, 110 F.3d at 1566 ("It is elementary patent law that all limitations are material[,]" and plaintiff is "required to establish the presence of each limitation of the asserted claims.").  Likewise, if there is any deviation from any claim limitation, there can be no literal infringement. *See, e.g., DeMarini Sports*, 239 F.3d at 1331; *Wavetronix*, 573 F.3d at 1358-59.

15

**(2)     Infringement Under the Doctrine of Equivalents**

42.     Under the doctrine of the equivalents, "a product or process that does not literally infringe upon the express terms of a patent claim may nonetheless be found to infringe if there is 'equivalence' between the elements of the accused product or process and the claimed elements of the patented invention." *Honeywell Int'l, Inc. v. Hamilton Sundstrand Corp.*, 523 F.3d 1304, 1312 (Fed. Cir. 2008) (citation omitted).   To prove equivalence, the patentee must "show[] that the difference between the claimed invention and the accused product [is] insubstantial."   *Stumbo v. Eastman Outdoors, Inc.*, 508 F.3d 1358, 1364 (Fed. Cir. 2007).   "One way of doing so is by showing on a limitation by limitation basis that the accused product performs substantially the same function in substantially the same way with substantially the same result" as the corresponding limitation claimed in the patent.   *Id.*   The doctrine of equivalents must be applied to each individual element of a claim, not to the invention as a whole.   *Warner-Jenkinson Co. v. Hilton Davis Chem. Co*., 520 U.S. 17, 29 (1997).   A patentee must present "particularized testimony and linking argument" to support a theory of infringement under the doctrine of equivalents.   *Am. Calcar, Inc. v. Am. Honda Motor Co*., 651 F.3d 1318, 1338-39 (Fed. Cir. 2011).

43.     Prosecution history estoppel stands "as a legal limitation on the doctrine of equivalents."   *Warner-Jenkinson*, 520 U.S. at 30.   Prosecution history estoppel "prevents a patentee from recapturing through the doctrine of equivalents the subject matter that the applicant surrendered during prosecution."   *Integrated Tech. Corp. v. Rudolph Techs., Inc.*, 734 F.3d 1352, 1356 (Fed. Cir. 2013).   Prosecution history estoppel may bar the patentee from relying on the doctrine of equivalents if, during prosecution, the patentee made a narrowing amendment to satisfy any requirement of the Patent Act.   "[A] narrowing amendment made for a reason of patentability" creates a presumption that the patentee has "surrender[ed] the entire territory between the original

claim limitation and the amended claim limitation[.]" *Festo Corp. v. Shoketsu Kinzoku Kogyo Kabushiki Co.*, 344 F.3d 1359, 1365 (Fed. Cir. 2003) (en banc).  The patentee may overcome that presumption only by demonstrating that "the equivalent [would] have been unforeseeable at the time of the [amendment]," "the rationale underlying the amendment [bore] no more than a tangential relation to the equivalent in question," or "there [was] some other reason suggesting that the patentee could not reasonably be expected to have described the insubstantial substitute in question." *Id.* (alterations in original; citation omitted).

44.     Similarly, a patentee may be barred from relying on the doctrine of equivalents if, during prosecution, the patentee made arguments that effectively narrowed the scope of the patent claims. "[A]rguments made during prosecution without amendments to claim language—if sufficient to evince a clear and unmistakable surrender of subject matter—may estop an applicant from recapturing that surrendered matter under the doctrine of equivalents." *Sextant Avionique, S.A. v. Analog Devices, Inc.*, 172 F.3d 817, 828 n.3 (Fed. Cir. 1999); *see also Wang Labs., Inc. v. Mitsubishi Elecs. Am., Inc.*, 103 F.3d 1571, 1578 (Fed. Cir. 1997) ("Arguments and amendments made to secure allowance of a claim, especially those distinguishing prior art, presumably give rise to prosecution history estoppel."); *Hoganas AB v. Dresser Indus., Inc.*, 9 F.3d 948, 951-52 (Fed. Cir. 1993) ("The essence of prosecution history estoppel is that a patentee should not be able to obtain, through the doctrine of equivalents, coverage of subject matter that was relinquished during prosecution to procure issuance of the patent.").

45.     The doctrine of equivalents also may not be relied on if a finding of infringement by equivalents "would entirely vitiate a particular claim element." *Warner Jenkinson*, 520 U.S. at 39 n.8; *see also Moore U.S.A., Inc. v. Standard Register Co.*, 229 F.3d 1091, 1106 (Fed. Cir. 2000) (explaining that "all claim limitations are not entitled to an equal scope of equivalents . . . [and]

17

many limitations warrant little, if any, range of equivalents" and holding that allowing a "minority . . . to be equivalent to a majority would vitiate the ['majority'] requirement" (citations omitted)); *Impulse Tech. Ltd. v. Microsoft Corp.*, No. 11-586-RGA, 2015 WL 5568616, at *3 (D. Del. Sept. 22, 2015) (Andrews, J.) (applying claim vitiation where "[t]he accused product operates in essentially the opposite fashion of that described in the claims").

46.     Additionally, the doctrine of "[e]nsnarement bars a patentee from asserting a scope of equivalency that would encompass, or 'ensnare,' the prior art." *Automated Transactions LLC v. IYG Holding Co.*, 768 F. Supp. 2d 727, 739 (D. Del. 2011) (citation omitted).  If a hypothetical patent claim, constructed on the basis of the patentee's doctrine of equivalents theory to literally cover the accused device, would be unpatentable as anticipated or obvious, then the patentee has overreached, and the accused device is noninfringing as a matter of law.  *See Agrofresh Inc. v. Essentiv LLC*, No. 16-622 (MN), 2020 WL 7024867, at *15-17 (D. Del. Nov. 30, 2020).  "[T]he burden of persuasion that the hypothetical claim does not ensnare the prior art remains with the patentee[.]"  *Streamfeeder, LLC v. Sure-Feed Sys., Inc.*, 175 F.3d 974, 983 (Fed. Cir. 1999).  Ensnarement is a question of law to be decided by the Court, not the jury.  *See Kimberly-Clark Worldwide, Inc. v. First Quality Baby Prods., LLC*, No. 1:09-CV-1685, 2014 U.S. Dist. LEXIS 192351, at *47 n.3 (M.D. Pa. May 27, 2014).

47.     Here, despite including a section regarding "Infringement Under the Doctrine of Equivalents" in its Statement of Contested Issues of Law ("SOL") (Ex. 4, § II.A.2), UTC presents no facts in its Statement of Contested Facts (Ex. 2) alleging infringement under the doctrine of equivalents.  Nor does UTC's SOL identify this issue in §§ II.B-C regarding infringement of the '066 and '793 patent.  Liquidia reserves its right to supplement its pretrial exchanges to the extent UTC asserts additional facts and law regarding infringement under the doctrine of equivalents.

18

### 6.      Indirect Infringement

48.      Where an entity has not directly committed an act of infringement but has acted in a manner leading to direct infringement by another, that entity may be held liable for "indirect infringement" for inducing infringement under 35 U.S.C. § 271(b) and/or for contributory infringement under 35 U.S.C. § 271(c). *Joy Techs., Inc. v. Flakt, Inc.*, 6 F.3d 770, 774 (Fed. Cir. 1993).

49.      Liability for either induced infringement or contributory infringement requires, as a prerequisite, direct infringement by another. *See, e.g.*, *Deepsouth Packing Co. v. Laitram Corp.*, 406 U.S. 518, 526 (1972) ("[I]f there is no (direct) infringement of a patent there can be no contributory infringer." (citation and internal quotation marks omitted)), *superseded by statute on other grounds by* 35 U.S.C. § 271(f); *Aro Mfg. Co. v. Convertible Top Replacement Co.*, 365 U.S. 336, 341 (1961); *C.R. Bard, Inc. v. Advanced Cardiovascular Sys.*, *Inc.*, 911 F.2d 670, 673 (Fed. Cir. 1990) ("[A] finding of induced or contributory infringement must be predicated on a direct infringement of [the asserted] claim[.]"); *Limelight Networks, Inc. v. Akamai Techs., Inc.*, 572 U.S. 915, 922 (2014) ("[A]s both the Federal Circuit and respondents admit, where there has been no direct infringement, there can be no inducement of infringement under § 271(b)."). In other words, without direct infringement, there can be no induced or contributory infringement. *See id*.

50.      Direct infringement of a method claim "occurs where all steps of a claimed method are performed by or attributable to a single entity." *Akamai Techs., Inc. v. Limelight Networks, Inc.*, 797 F.3d 1020, 1022 (Fed. Cir. 2015) (en banc). An entity is responsible for others' performance of method steps "where that entity directs or controls others' performance" and/or "where the actors form a joint enterprise." *Id.* Courts rely on general principles of vicarious liability to determine if a single entity controls the acts of another. *Id.* However, according to the

19

Federal Circuit, indirect infringement based on direction and control requires that customers do more than merely take a vendor's guidance and act independently on their own.  *Id.* at 1025.

a)       **Induced Infringement under § 271(b)**

51.       "Whoever actively induces infringement of a patent shall be liable as an infringer." 35 U.S.C. § 271(b).  "A person induces infringement under § 271(b) by actively and knowingly aiding and abetting another's direct infringement." *C.R. Bard*, 911 F.2d at 675 (emphasis omitted). Induced infringement requires proof of direct infringement.  Thus, in order to succeed on a claim of inducement, "the patentee must show, first that there has been direct infringement, and second that the alleged infringer knowingly induced infringement and possessed specific intent to encourage another's infringement." *Kyocera Wireless Corp. v. Intl Trade Comm'n*, 545 F.3d 1340, 1353-54 (Fed. Cir. 2008) (citation omitted).  This requires showing that the alleged infringer had "knowledge that the induced acts constitute patent infringement."  *Dynamic Data Techs., LLC v. Brightcove Inc.*, No. 19-1190-CFC, 2020 WL 4192613, at *2 (D. Del. July 21, 2020) (citation omitted); *see also Commil USA, LLC v. Cisco Sys., Inc.*, 575 U.S. 632, 642 (2015) (explaining that indirect infringement "requires proof the defendant knew the [accused] acts were infringing"). "[I]nducement requires evidence of culpable conduct, directed to encouraging another's infringement, not merely that the inducer had knowledge of the direct infringer's activities."  *Gevo, Inc. v. Butamax(TM) Advanced Biofuels LLC*, No. 12-1724-SLR, 2013 WL 3381258, at *4 (D. Del. July 8, 2013) (citation omitted).

52.       Moreover, the patentee must prove that the defendant was responsible for the "commission of an affirmative act" in furtherance of the direct infringement of another.  *Beverly Hills Fan Co. v. Royal Sovereign Corp.*, 21 F.3d 1558, 1569-70 & n.25 (Fed. Cir. 1994).  In general, "inducement has connotations of *active steps knowingly taken*—knowingly at least in the

20

sense of purposeful, intentional as distinguished from accidental or inadvertent." *Tegal Corp. v. Tokyo Electron Co.*, 248 F.3d 1376, 1378-79 (Fed. Cir. 2001) (citation omitted). "The failure of an infringer to obtain the advice of counsel with respect to any allegedly infringed patent, or the failure of the infringer to present such advice to the court or jury, may not be used to prove that the accused infringer … intended to induce infringement of the patent." 35 U.S.C. § 298.

53.     In the Hatch-Waxman context, the Federal Circuit has made clear that the patentee must prove that the accused infringer will actually promote or encourage others—here, pharmacists, physicians, nurses, patients, or other end users—to directly infringe the patent by using the drug for the patented use. *Warner-Lambert*, 316 F.3d at 1364-65. To induce infringement of a patented method, a drug "label must encourage, recommend, or promote infringement." *Takeda Pharms. U.S.A. v. West-Ward Pharm. Corp.*, 785 F.3d 625, 631 (Fed. Cir. 2015) (finding no induced infringement); *see also HZNP Meds. LLC v. Actavis Labs. UT, Inc.*, 940 F.3d 680, 701-02 (Fed. Cir. 2019) (same); *Grunenthal GMBH v. Alkem Lab'ys Ltd.*, 919 F.3d 1333, 1339 (Fed. Cir. 2019) (finding no induced infringement when the label included both infringing and non-infringing uses, but did "not specifically encourage use" of the patented treatment); *Ferring Pharms. Inc. v. Lupin Inc.*, No. 1:19-cv-913-RGA, 2020 WL 3414750, at *3-5 (D. Del. June 22, 2020) (Andrews, J.) (finding no induced infringement when the label's "instruction does not rise to the level of encouraging, recommending, or promoting" an infringing use); *Lundbeck A/S v. Lupin Ltd.*, No. 18-88-LPS, 2021 WL 4944963, at *105-07 (D. Del. Sept. 30, 2021) (finding no induced infringement when "the labels do not encourage, recommend, or promote practice" of the claim limitation); *Amarin Pharma. v. Hikma Pharms. U.S.*, No. 20-1630-RGA-JLH, 2022 U.S. Dist. LEXIS 1937, at *6-13 (D. Del. Jan. 4, 2022) (Andrews, J.) (dismissing complaint for failure to plead inducement when the label "does not rise to the level of encouraging,

recommending, or promoting taking [defendant's] generic" for the patented indication).  "[V]ague label language cannot be combined with speculation about how physicians may act to find inducement." *Takeda*, 785 F.3d at 632.

54.     Without proof of an underlying act of direct infringement, there can be no induced infringement.  *E.g., Joy Techs.*, 6 F.3d at 774.

### b)     Contributory Infringement under § 271(c)

55.     Under 35 U.S.C. § 271(c), contributory infringement is the sale, offer to sell, or import of a product that can be used in a patented method if the product is "not a staple article or commodity of commerce suitable for substantial noninfringing use[.]"  35 U.S.C. § 271(c).  To establish liability for contributory infringement, a patentee must prove the following four elements: (1) the accused infringer sold or offered to sell in the United States, or imported into the United States, a component of a patented device or composition, or a material or apparatus that is a component for use in practicing a patented process; (2) the component is a material part of the invention; (3) the accused party knew that the component was especially made or adapted for use in a manner that would infringe the patent when the party sold, offered or imported the component; and (4) the component is not a staple article of commerce capable of substantial non-infringing use.  *See Fujitsu Ltd. v. Netgear Inc.*, 620 F.3d 1321, 1326-31 (Fed. Cir. 2010).

56.     A substantial non-infringing use is any use that is "not unusual, far-fetched, illusory, impractical, occasional, aberrant, or experimental."  *Vita-Mix Corp. v. Basic Holding, Inc.*, 581 F.3d 1317, 1327 (Fed. Cir. 2009) (finding no contributory infringement).

57.     Contributory infringement requires proof that the accused product have "no use except through practice of the patented method."  *Alloc, Inc. v. Int'l Trade Comm'n*, 342 F.3d 1361, 1374 (Fed. Cir. 2003); *see also Sony Corp. of Am. v. Universal City Studios, Inc.*, 464 U.S.

417, 441 (1984) ("Unless a commodity has no use except through practice of the patented method, the patentee has no right to claim that its distribution constitutes contributory infringement." (citation and internal quotation marks omitted)). "[A] violator of § 271(c) must know 'that the combination for which his component was especially designed was both patented and infringing.'" *Global-Tech,* 563 U.S. at 763 (quoting *Aro Mfg. Co. v. Convertible Top Replacement Co.*, 377 U.S. 476, 488 (1964)).

58.     Without proof of an underlying act of direct infringement, there can be no contributory infringement. *E.g., Joy Techs.*, 6 F.3d at 774.

## III.    INVALIDITY

### A.    Issues

59.     Whether the '066 Asserted Claims and claims 1-4, 6, and 8 of the '901 patent (collectively, "the '901 Asserted Claims") are invalid due to collateral estoppel, because the product and process claimed by these two patents is the same as the product and process claimed by U.S. Patent No. 8,497,393 ("the '393 patent"), which the Patent Trial and Appeal Board and Federal Circuit found invalid in 2017. *See* Ex. 3 (Liquidia SOF), §§ II.B, II.C.2-3.

60.     Whether Liquidia has proven, by clear and convincing evidence, that product-by-process claims 1-3, 6, and 9 of the '066 patent are invalid for claiming the same product made according to UTC's former publicly-known process. *See* Ex. 3 (Liquidia SOF), § II.C.1.

61.     Whether Liquidia has proven, by clear and convincing evidence, that the '066 Asserted Claims are invalid as obvious under 35 U.S.C. § 103. *See* Ex. 3 (Liquidia SOF), § II.D.

62.     Whether Liquidia has proven, by clear and convincing evidence, that the '066 Asserted Claims are invalid for inadequate written description under 35 U.S.C. § 112, ¶ 1. *See* Ex. 3 (Liquidia SOF), §§ II.E.1, II.E.3.a, II.E.6.

63.    Whether Liquidia has proven, by clear and convincing evidence, that the '066 Asserted Claims are invalid for lack of enablement under 35 U.S.C. § 112, ¶ 1.  *See* Ex. 3 (Liquidia SOF), §§ II.E.2.a, II.E.3.b.

64.    Whether Liquidia has proven, by clear and convincing evidence, that claims 6 and 8-9 of the '066 patent are invalid for indefiniteness under 35 U.S.C. § 112, ¶ 2.  *See* Ex. 3 (Liquidia SOF), § II.E.3.c.

65.    Whether Liquidia has proven, by clear and convincing evidence, that product-by-process claims 1-4 of the '901 patent are invalid for claiming the same product made according to UTC's former publicly-known process.  *See* Ex. 3 (Liquidia SOF), § II.C.1.

66.    Whether Liquidia has proven, by clear and convincing evidence, that the '901 Asserted Claims are invalid as obvious over 35 U.S.C. § 103.  *See* Ex. 3 (Liquidia SOF), § II.D.

67.    Whether Liquidia has proven, by clear and convincing evidence, that the '901 Asserted Claims are invalid for inadequate written description under 35 U.S.C. § 112, ¶ 1.  *See* Ex. 3 (Liquidia SOF), §§ II.E.3.a, II.E.5.

68.    Whether Liquidia has proven, by clear and convincing evidence, that the '901 Asserted Claims are invalid for lack of enablement under 35 U.S.C. § 112, ¶ 1.  *See* Ex. 3 (Liquidia SOF), § II.E.2.b, II.E.3.b, II.E.4.

69.    Whether Liquidia has proven, by clear and convincing evidence, that claim 6 of the '901 patent are invalid for indefiniteness under 35 U.S.C. § 112, ¶ 2.  *See* Ex. 3 (Liquidia SOF), § II.E.3.c.

70.    Whether Liquidia has proven, by clear and convincing evidence, that the '793 Asserted Claims are invalid as anticipated under 35 U.S.C. § 102.  *See* Ex. 3 (Liquidia SOF), §§ IV.C.4, IV.C.5.

24

71.     Whether Liquidia has proven, by clear and convincing evidence, that the '793 Asserted Claims are invalid as obvious under 35 U.S.C. § 103.  *See* Ex. 3 (Liquidia SOF), §§ IV.C.2, IV.C.3.

72.     Whether the references Ghofrani (DTX261) and Voswinckel 2006 (DTX259) constitute "prior art" to the '793 Asserted Claims under 35 U.S.C. § 102(a).  *See* Ex. 3 (Liquidia SOF), §§ IV.C.1.d, IV.C.1.e.

73.     Whether the references Voswinckel JAHA (DTX436-DTX439) and Voswinckel JESC (DTX256) constitute "prior art" to the '793 Asserted Claims under 35 U.S.C. §§ 102(b) and 103(a).  *See* Ex. 3 (Liquidia SOF), §§ IV.C.1.b, IV.C.1.c.

74.     Whether Liquidia has proven, by clear and convincing evidence, that the '793 Asserted Claims are invalid for inadequate written description under 35 U.S.C. § 112, ¶ 1.  *See* Ex. 3 (Liquidia SOF), §§ IV.D.1, IV.D.2.a, IV.D.2.c.

75.     Whether Liquidia has proven, by clear and convincing evidence, that the '793 Asserted Claims are invalid for lack of enablement under 35 U.S.C. § 112, ¶ 1.  *See* Ex. 3 (Liquidia SOF), §§ IV.D.2.b, IV.D.2.c.

76.     Whether UTC has met its burden of production of evidence of secondary considerations of nonobviousness with respect to any of the asserted claims, including whether UTC has established a nexus between those secondary considerations and the alleged inventions of the asserted claims.  *See* Ex. 3 (Liquidia SOF), §§ II.D.4, IV.C.6.

77.     Whether Liquidia should be statutorily estopped under 35 U.S.C. § 315(e)(2) from raising grounds of invalidity for the '901 Asserted Claims that were raised or reasonably could have been raised in *inter partes* review (IPR) No. IPR2020-00770, in which the Patent Trial and

Appeal Board ("PTAB") invalidated claims 1-5, 8, and 9 of the '901 patent. *Liquidia Techs., Inc. v. United Therapeutics Corp.*, IPR2020-00770, Paper 45 (P.T.A.B. Oct. 8, 2021).

### B. Legal Authority

#### 1. Invalidity Generally

78.      Federal Circuit precedent governs matters of substantive patent law in this Court. The Federal Circuit has adopted the decisions of the C.C.P.A. as its own precedent, making those decisions binding on this Court. *S. Corp. v. United States*, 690 F.2d 1368, 1370-71 (Fed. Cir. 1982) (en banc).

79.      Patent invalidity is a complete defense to a charge of infringement. *Weatherchem Corp. v. J.L. Clark, Inc.*, 163 F.3d 1326, 1335 (Fed. Cir. 1998).  A patent is invalid if it fails to satisfy any of the conditions for patentability found in 35 U.S.C. § 101 *et seq.*

80.      Under § 282 of the Patent Act, a patent issued by the Patent and Trademark Office ("PTO") is presumed to be valid.  35 U.S.C. § 282(a).  "The burden of establishing invalidity of a patent or any claim thereof shall rest on the party asserting such invalidity." *Id.*  Because of this presumption, invalidity must be established by facts supported by "clear and convincing evidence." *Microsoft Corp. v. i4i Ltd. P'ship*, 564 U.S. 91, 95 (2011); *Am. Hoist & Derrick Co. v. Sowa & Sons, Inc.*, 725 F.2d 1350, 1359-60 (Fed. Cir. 1984), *cert. denied*, *Sowa & Sons, Inc. v. Am. Hoist & Derrick Co.*, 469 U.S. 821 (1984), *abrogated on other grounds by Therasense, Inc. v. Becton, Dickinson & Co.*, 649 F.3d 1276, 1288 (Fed. Cir. 2011).

81.      However, the presumption of validity is "far from determinative," and a trial court is free to consider the evidence and decide the issue differently from the PTO. *See AK Steel Corp. v. Sollac & Ugine,* 344 F.3d 1234, 1245 (Fed. Cir. 2003).  Additionally, the presumption of validity and the clear and convincing burden of proof "are static and in reality different expressions of the

same thing—a single hurdle to be cleared." *Chiron Corp. v. Genentech, Inc.*, 363 F.3d 1247, 1258 (Fed. Cir. 2004) (quoting *Am. Hoist*, 725 F.2d at 1360). Thus, the presumption of validity "does not constitute 'evidence' to be weighed against the challenger's evidence." *Chiron*, 363 F.3d at 1258-59 (citation omitted).

82.     A patent can be rendered invalid in litigation based on prior art that was before the PTO during prosecution. *PharmaStem Therapeutics, Inc. v. ViaCell, Inc.*, 491 F.3d 1342, 1366-67 (Fed. Cir. 2007); *IPXL Holdings, L.L.C. v. Amazon.com, Inc.,* 430 F.3d 1377, 1381 (Fed. Cir. 2005); *Celeritas Techs., Ltd. v. Rockwell Int'l Corp.*, 150 F.3d 1354, 1360-61 (Fed. Cir. 1998) (finding that the district court should have granted judgment of invalidity as a matter of law despite the fact that prior art relied on was before the PTO); *Am. Hoist*, 725 F.2d at 1359. The fact that a reference was previously considered by the PTO merely goes to the weight of that reference's evidence and does not increase the burden of proof or preclude a finding of invalidity. *See Sciele Pharma Inc. v. Lupin Ltd*., 684 F.3d 1253, 1260 (Fed. Cir. 2012) (stating that "[w]hether a reference was previously considered by the PTO, the burden of proof is the same: clear and convincing evidence of invalidity"). Thus, "there is no heightened or added burden that applies to invalidity defenses that are based upon references that were before the Patent Office." *Id.*

83.     No deference is due to the PTO "with respect to evidence it did not consider." *Am. Hoist*, 725 F.2d at 1360. Therefore, "[t]he Courts are the final arbiter of patent validity and, although courts may take cognizance of, and benefit from, the proceedings before the patent examiner, the question is ultimately for the courts to decide, without deference to the rulings of the patent examiner." *Commissariat À L'Energie Atomique v. Samsung Elecs. Co.*, 524 F. Supp. 2d 520, 526 (D. Del. 2007) (citations omitted).

## 2. Product-by-Process Claims

84.     In a "product-by-process" claim, the claimed "product is defined in part by the process by which it is made." *See Greenliant Sys., Inc. v. Xicor LLC*, 692 F.3d 1261, 1264-65 (Fed. Cir. 2012).  A patent containing only product-by-process claims or a combination of process and product-by-process claims may only be listed in the Orange Book (the FDA's *Approved Drug Products with Therapeutic Equivalence Evaluations* publication) if one or more of the products claimed in the product-by-process claims is novel.    21 C.F.R. §§ 314.53(c)(2)(i)(L), 314.53(c)(2)(ii)(M).

85.     "In determining validity of a product-by-process claim, the focus is on the product and not on the process of making it." *Amgen Inc. v. F. Hoffman-La Roche Ltd*., 580 F.3d 1340, 1369 (Fed. Cir. 2009).  This is because of the "long-standing rule that an old product is not patentable even if it is made by a new process." *Id*. at 1370.  Accordingly, "[i]f the product in a product-by-process claim is the same as or obvious from a product of the prior art, the claim is unpatentable even though the prior product was made by a different process." *In re Thorpe*, 777 F.2d 695, 697 (Fed. Cir. 1985).  However, an exception to this general rule occurs when "the process by which a product is made imparts 'structural and functional differences' distinguishing the claimed product from the prior art[.]" *Greenliant*, 692 F.3d at 1268 (citation omitted).  By the same token, a process that imparts no structural or functional differences to the claimed product, as compared to the prior art product, is entitled to no patentable weight. *See id*. at 1269.

## 3. Collateral Estoppel

86.     "Collateral estoppel, also known as issue preclusion, prohibits relitigation of an issue that has been fully and fairly litigated previously." *Karns v. Shanahan*, 879 F.3d 504, 514 n.3 (3d Cir. 2018).  "The issue of whether to apply collateral estoppel is a question of law" in

28

which the law of the regional circuit controls. *Soverain Software LLC v. Victoria's Secret Direct Brand Mgmt., LLC*, 778 F.3d 1311, 1314 (Fed. Cir. 2015) (brackets and citation omitted). In applying collateral estoppel, the Third Circuit requires that "(1) the issue sought to be precluded is the same as that involved in the prior action; (2) that issue was actually litigated; (3) it was determined by a final and valid judgment; and (4) the determination was essential to the prior judgment." *Karns*, 879 F.3d at 514 n.3 (brackets and citations omitted).[3]

87.    Regarding the first element of the legal standard for collateral estoppel, the Federal Circuit has held:

> Our precedent does not limit collateral estoppel to patent claims that are identical. Rather, it is the identity of the issues that were litigated that determines whether collateral estoppel should apply. If the differences between the unadjudicated patent claims and adjudicated patent claims do not materially alter the question of validity, collateral estoppel applies.

*Ohio Willow Wood Co. v. Alps S., LLC*, 735 F.3d 1333, 1342 (Fed. Cir. 2013) (citations and emphasis omitted); *see also id.* at 1343 (finding invalidity based on collateral estoppel when the nonmoving party had not "explained how any other alleged differences in claim scope alter the invalidity determination"); *Sprint Commc'ns Co. v. Cequel Commc'ns, LLC*, Nos. 18-1919-RGA, 18-2033-RGA, 2020 WL 3048175, at *3-6 (D. Del. June 8, 2020) (Andrews, J.) (applying collateral estoppel despite differences in claim language).[4]

---

[3] *See also Apeldyn Corp. v. Sony Corp.*, 87 F. Supp. 3d 681, 690-94 (D. Del. 2015); *Enzo Life Scis., Inc. v. Abbott Lab'ys*, No. 12-274-LPS, 2017 WL 3585618, at *6-10 (D. Del. Aug. 15, 2017), *aff'd sub nom. Enzo Life Scis., Inc. v. Roche Molecular Sys., Inc.*, 928 F.3d 1340 (Fed. Cir. 2019), *cert. denied*, 140 S. Ct. 2634 (2020).

[4] *See also Soverain*, 778 F.3d at 1319-20 (finding invalidity based on collateral estoppel when the additional claim limitation "does not materially alter the question of [] validity"); *Allergan, Inc. v. Sandoz, Inc.*, 681 F. App'x 955, 959-61 (Fed. Cir. 2017) (finding invalidity based on collateral estoppel when "the Asserted Claims are substantially similar to the invalidated claims" and "any differences between the claims do not materially alter the question of invalidity"); *Sprint Commc'ns Co. v. Charter Commc'ns, Inc.*, No. 17-1734-RGA, 2021 WL 982726, at *8-9 (D. Del. Mar. 16, 2021) (Andrews, J.) (finding invalidity based on collateral estoppel).

88.     Regarding the second element of the collateral estoppel legal standard, "[r]ules of preclusion assume the correctness of the prior judgment." *Intell. Ventures I LLC v. Cap. One Fin. Corp.*, 937 F.3d 1359, 1379 (Fed. Cir. 2019) (applying collateral estoppel).

89.     Regarding the third element of the collateral estoppel legal standard, a Federal Circuit affirmation of a final written decision by the PTAB "has an immediate issue-preclusive effect" on any pending action involving that patent. *XY, LLC v. Trans Ova Genetics, L.C.*, 890 F.3d 1282, 1294 (Fed. Cir. 2018).

90.     Regarding the fourth element of the collateral estoppel legal standard, issues that are "actually litigated and decided" are considered "necessary" or essential to the judgment for purposes of collateral estoppel. *Jean Alexander Cosms., Inc. v. L'Oreal USA, Inc.*, 458 F.3d 244, 255 (3d Cir. 2006) (following the "traditional view that independently sufficient alternative findings should be given preclusive effect").

### 4.     What Constitutes Prior Art

91.     Section 102 of the Patent Act (pre-AIA) provides, in relevant part, as follows:

A person shall be entitled to a patent unless—

(a) the invention was known or used by others in this country, or patented or described in a printed publication in this or a foreign country, before the invention thereof by the applicant for patent, or

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of the application for patent in the United States, or ….

35 U.S.C. § 102(a), (b); *see also* 35 U.S.C. § 103 (referring to § 102).

92.     Whether an allegedly invalidating reference is prior art is "a question of law based on underlying facts." *Minton v. Nat'l Ass'n of Sec. Dealers, Inc.*, 336 F.3d 1373, 1376 (Fed. Cir. 2003).

93.     To constitute prior art under § 102(a), a reference must be "by others," meaning it was authored by any entity different from the inventive entity.  35 U.S.C. § 102(a); MPEP § 2132 ("The entity need only differ by one person to be 'by others.'").  Specifically, a reference is "by others" if there are inventors listed on the challenged patent that are not listed as authors on the reference, or vice versa.  *In re Katz*, 687 F.2d 450, 454 (C.C.P.A. 1982).  Any such difference in the reference's set of authors compared to the patent's set of inventors is *prima facie* evidence of a different "inventive entity."  *See Sprint Commc'ns Co. v. Comcast IP Holdings*, *LLC*, No. 12-1013-RGA, 2015 WL 452289, at *3 (D. Del. Jan. 30, 2015) ("Because the patents do not claim an identical set of inventors, they are not, on the surface, invented by the same 'inventive entity.'"), *aff'd sub nom. Sprint Commc'ns Co. v. Comcast Cable Commc'ns*, *LLC*, 675 F. App'x 974 (Fed. Cir. 2017).  While a court may look beyond this fact, there must be sufficient evidence for the factfinder to conclude that the common inventor or inventors were solely responsible for the claimed inventions and prior art disclosures.  *Sprint Commc'ns*, 2015 WL 452289, at *3 (finding that there was insufficient evidence to conclude that one common inventor was solely responsible for the claimed inventions of the patent-in-suit and the anticipating disclosures in the prior art reference); *EmeraChem Holdings, LLC v. Volkswagen Grp. of Am., Inc*., 859 F.3d 1341, 1348 (Fed. Cir. 2017) (holding that inventor declaration was "insufficient to demonstrate" that the prior art patent listing multiple inventors was not "by another").  Here, UTC contends that the Ghofrani and Voswinckel 2006 references are not "by others" under § 102(a), with respect to the '793 patent.  *See* Ex. 3 (Liquidia SOF), §§ IV.C.1.d, IV.C.1.e.

94.     Public accessibility is the "*touchstone* in determining whether a reference constitutes a printed publication[.]"  *See Suffolk Techs., LLC v. AOL Inc.*, 752 F.3d 1358, 1364 (Fed. Cir. 2014) (emphasis in original citations and internal quotation marks omitted).  "A given

reference is 'publicly accessible' upon a satisfactory showing that such document has been disseminated or otherwise made available to the extent that persons interested and ordinarily skilled in the subject matter or art exercising reasonable diligence, can locate it." *Id.* (quoting *SRI Int'l, Inc. v. Internet Sec. Sys., Inc.*, 511 F.3d 1186, 1194 (Fed. Cir. 2008)); *see also Kyocera Wireless Corp. v. Int'l Trade Comm'n*, 545 F.3d 1340, 1350 (Fed. Cir. 2008).  Here, UTC contends that the Voswinckel JAHA and Voswinckel JESC references were not publicly accessible printed publications as of the priority date of the '793 patent.  *See* Ex. 3 (Liquidia SOF), §§ IV.C.1.b, IV.C.1.c.

95.    A reference may be publicly accessible if it was cataloged or indexed "in a meaningful way," but this is not necessary to a finding of public accessibility.  *Bruckelmyer v. Ground Heaters, Inc.*, 445 F.3d 1374, 1379-80 (Fed. Cir. 2006) ("In this case, however, it does not matter whether the '119 application was catalogued or indexed 'in a meaningful way' because the '119 patent was indexed and could serve as a 'research aid.'" (citation omitted)); *see also M&K Holdings, Inc. v. Samsung Elecs. Co.*, 985 F.3d 1376, 1382 (Fed. Cir. 2021) (finding references publicly accessible when they were "effectively indexed by subject matter in light of the title-search functionality and the fact that [the references] featured descriptive titles"); *see also In re NTP, Inc.*, 654 F.3d 1279, 1295 (Fed. Cir. 2011) (finding reference publicly accessible when, *inter alia*, "the date stamp showed that the documents were deposited with the Library before the critical date"); *Hulu, LLC v. Sound View Innovations, LLC*, IPR2018-01039, 2019 WL 7000067, at *1 (P.T.A.B. Dec. 20, 2019) (precedential) (finding reference publicly accessible); *see also id.* at *7 ("We do not hold that any particular indicia per se is sufficient at the institution stage.  Rather, the indicia on the face of a reference, such as printed dates and stamps, are considered as part of the totality of the evidence.").  For example, regardless of any cataloging or indexing, a reference can

still be publicly accessible if it was publicly presented, cited by a "research aid," or published by an "established publisher."  *See In re Klopfenstein*, 380 F.3d 1345, 1349-52 (Fed. Cir. 2004) (finding reference publicly accessible when it was publicly presented even though it was never distributed to the public or indexed); *id.* at 1350 ("[D]istribution and indexing are not the only factors to be considered in a § 102(b) 'printed publication' inquiry."); *Ecolochem, Inc. v. S. Cal. Edison Co.*, 227 F.3d 1361, 1369 (Fed. Cir. 2000) (finding reference publicly accessible when it was publicly presented despite there being no indication that the presentation was ever indexed or distributed to the public); *Mass. Inst. of Tech. v. AB Fortia*, 774 F.2d 1104, 1109 (Fed. Cir. 1985) (finding reference publicly accessible when "between 50 and 500 persons interested and of ordinary skill in the subject matter were actually told of the existence of the paper and informed of its contents by the oral presentation, and the document itself was actually disseminated without restriction to at least six persons"); *Bruckelmyer*, 445 F.3d at 1379-80 (finding reference publicly accessible when it was cited by another reference that could serve as a "research aid" to locate the reference at issue); *VidStream LLC v. Twitter, Inc.*, 981 F.3d 1060, 1065 (Fed. Cir. 2020) ("When there is an established publisher there is a presumption of public accessibility as of the publication date." (citation omitted)).

### 5.   Anticipation

96.   A claimed invention must be novel to satisfy the requirements of patentability.  *See C.R. Bard, Inc. v. M3 Sys., Inc.*, 157 F.3d 1340, 1349 (Fed. Cir. 1998).  A patent claim is not novel if it was disclosed in a prior art reference.  *See generally* 35 U.S.C. § 102.  "A single prior art reference that discloses, either expressly or inherently, each limitation of a claim invalidates that claim by anticipation."  *Perricone v. Medicis Pharm. Corp.*, 432 F.3d 1368, 1375 (Fed. Cir. 2005) (citation omitted).  "Under the principles of inherency, if the prior art necessarily functions in

33

accordance with, or includes, the claims limitations, it anticipates." *Leggett & Platt, Inc. v. VUTEk, Inc*., 537 F.3d 1349, 1354 (Fed. Cir. 2008) (citations omitted).

97.     "The disclosure in an assertedly anticipating reference must be adequate to enable possession of the desired subject matter." *Elan Pharms., Inc. v. Mayo Found. for Med. Educ. & Rsch.*, 346 F.3d 1051, 1055 (Fed. Cir. 2003).   "For a prior-art reference to be enabling, it need not enable the claim in its entirety, but instead the reference need only enable a single embodiment of the claim." *In re Morsa*, 803 F.3d 1374, 1377 (Fed. Cir. 2015).   Anticipatory enablement is a less demanding standard than enablement under 35 U.S.C. § 112.   *See SRI*, 511 F.3d at 1194 (referencing "the lower enablement standard for prior art").   In particular, anticipatory enablement does not require "actual performance" of the enabling disclosure.   *Novo Nordisk Pharms., Inc. v. Bio-Technology Gen. Corp.*, 424 F.3d 1347, 1355 (Fed. Cir. 2005); *In re Antor Media Corp.*, 689 F.3d 1282, 1290 (Fed. Cir. 2012).   "Rather, anticipation only requires that those suggestions be enabled to one of skill in the art." *Kennametal, Inc. v. Ingersoll Cutting Tool Co.*, 780 F.3d 1376, 1383 (Fed. Cir. 2015) (quoting *Novo Nordisk*, 424 F.3d at 1355).   The "knowledge of the art" at the patent's priority date is relevant to that inquiry. *Iovate Health Scis., Inc. v. Bio-Engineered Supplements & Nutrition, Inc.*, 586 F.3d 1376, 1383 (Fed. Cir. 2009); *see also Novo Nordisk*, 424 F.3d at 1356 (finding anticipatory enablement based on what "would have been understood by one of ordinary skill in the art").   Finally, "both claimed and unclaimed materials disclosed in a [prior art] patent are presumptively enabling[.]" *Antor Media*, 689 F.3d at 1287; *see also Cubist Pharms., Inc. v. Hospira, Inc.*, 75 F. Supp. 3d 641, 661 & n.10 (D. Del. 2014).

**6.     Obviousness**

**a)     General Principles**

98.     Section 103 of the Patent Act (pre-AIA) provides:

> A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 [of this title], if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains.

35 U.S.C. § 103(a); *see also KSR Int'l Co. v. Teleflex Inc*., 550 U.S. 398, 406 (2007).

99.    "Obviousness is a question of law, supported by underlying fact questions." *Valeant Pharms. Int'l, Inc. v. Mylan Pharms. Inc.*, 955 F.3d 25, 28 (Fed. Cir. 2020).   The underlying factual considerations include: (1) the scope and content of the prior art, (2) the level of ordinary skill in the pertinent art, (3) the differences between the prior art and the claims at issue, and (4) secondary considerations.  *Prometheus Lab'ys, Inc. v. Roxane Lab'ys, Inc.*, 805 F.3d 1092, 1097-98 (Fed. Cir. 2015); *see also Bayer Schering Pharma AG v. Barr Lab'ys, Inc*., 575 F.3d 1341, 1346-47 (Fed. Cir. 2009).  Based on these factual inquiries, the Court must determine, as a matter of law, whether or not the claimed subject matter as a whole would have been obvious to one of ordinary skill in the art at the time the alleged invention was made.  *See Graham v. John Deere Co*., 383 U.S. 1, 17-18 (1966); *KSR*, 550 U.S. at 406.  The clear and convincing evidence standard for obviousness does not apply to the "ultimate legal conclusion of obviousness itself," but only to the disputed facts underlying the conclusion of obviousness.  *Newell Cos. v. Kenney Mfg. Co*., 864 F.2d 757, 767 (Fed. Cir. 1988).

100.    The Supreme Court has "set forth an expansive and flexible approach" to obviousness.  *KSR*, 550 U.S. at 415-18.  This flexible standard expands the obviousness analysis beyond just "published articles and the explicit content of issued patents[,]" as a court "need not seek out precise teachings directed to the specific subject matter of the challenged claim[.]"  *Id.* at 418.  Instead, a court "can take account of the inferences and creative steps that a person of ordinary skill in the art would employ."  *Id.*

101.     "[I]nherency may supply a missing claim limitation in an obviousness analysis." *Par Pharm., Inc. v. TWI Pharms., Inc*., 773 F.3d 1186, 1194-95 (Fed. Cir. 2014).  An element is inherent for purposes of the obviousness analysis "when the limitation at issue is the 'natural result' of the combination of prior art elements."  *Id.* at 1195 (citation omitted); *see also In re Huai-Hung Kao*, 639 F.3d 1057, 1070 (Fed. Cir. 2011) (finding that a "claimed 'food effect' [wa]s an inherent property" of the formulation covered by the asserted patent such that the claim element "add[ed] nothing of patentable consequence[,]" and affirming obviousness where prior art reference did not teach the inherent element); *In re Kubin*, 561 F.3d 1351, 1357 (Fed. Cir. 2009) ("Even if no prior art of record explicitly discusses the [limitation], the . . . application itself instructs that [the limitation] is not an additional requirement imposed by the claims on the [claimed invention], but rather a property necessarily present in [the claimed invention].").  Further, "[i]t is long settled that in the context of obviousness, the 'mere recitation of a newly discovered function or property, inherently possessed by things in the prior art, does not distinguish a claim drawn to those things from the prior art.'"  *Persion Pharms. LLC v. Alvogen Malta Operations Ltd.*, 945 F.3d 1184, 1190 (Fed. Cir. 2019) (quoting *In re Oelrich*, 666 F.2d 578, 581 (C.C.P.A. 1981)).

### b)       Scope and Content of the Prior Art

102.     The scope of the prior art includes art that is "reasonably pertinent to the particular problem with which the inventor was involved."  *In re GPAC Inc*., 57 F.3d 1573, 1577 (Fed. Cir. 1995) (citations omitted).  In determining whether the claimed invention falls within the scope of the relevant prior art, a court first examines "the field of the inventor's endeavor" and "'the particular problem with which the inventor was involved'" at the time of invention. *Princeton Biochemicals, Inc. v. Beckman Coulter, Inc.*, 411 F.3d 1332, 1339 (Fed. Cir. 2005) (citation omitted).  "A reference is reasonably pertinent if, even though it may be in a different field of

endeavor, it is one which, because of the matter with which it deals, logically would have commended itself to an inventor's attention in considering his problem." *Id.*

103.    A prior art reference in an obviousness analysis must be considered as a whole and not limited to the particular invention it describes. *See, e.g., Belden Inc. v. Berk-Tek LLC*, 805 F.3d 1064, 1076 (Fed. Cir. 2015) (quoting *EWP Corp. v. Reliance Universal, Inc.*, 755 F.2d 898, 907 (Fed. Cir. 1985) for the proposition that "[a] reference must be considered for everything it teaches by way of technology and is not limited to the particular invention it is describing and attempting to protect" (emphasis added)).  This is true even if a particular embodiment of the invention is not the preferred embodiment. *See, e.g., In re Arora*, 369 F. App'x 120, 122 (Fed. Cir. 2010) ("[Appellant] argues that [prior art reference] should be understood as limited to the narrow teaching that a smaller amount of a drug is needed when delivered via [prior art reference's] inventive dry powder inhaler instead of a metered dose inhaler.  It is well-settled, however, that a prior art reference must be considered for all that it teaches to those of ordinary skill in the art, not just the embodiments disclosed therein.  [Prior art reference] teaches the broad principle that different drugs are equipotent at different dosages, and even provides an example of that principle." (citations omitted)); *Purdue Pharma Prods. L.P. v. Par Pharm., Inc.*, 377 F. App'x 978, 982 (Fed. Cir. 2010) ("[Prior art reference] itself renders the selection of tramadol obvious regardless whether or not the patent lists tramadol as a preferred embodiment." (citation omitted)).

104.    "What a reference teaches a person of ordinary skill is not . . . limited to what a reference specifically 'talks about' or what is specifically 'mentioned' or 'written' in the reference." *Syntex (U.S.A.) LLC v. Apotex, Inc.*, 407 F.3d 1371, 1380 (Fed. Cir. 2005).  Rather, prior art references may be combined with the knowledge and/or experience of a skilled person. *See Randall Mfg. v. Rea*, 733 F.3d 1355, 1362-63 (Fed. Cir. 2013) ("[T]he knowledge of such an

artisan is part of the store of public knowledge that must be consulted when considering whether a claimed invention would have been obvious.").

105.    Even "'[a] non-enabling reference may qualify as prior art for the purpose of determining obviousness,'" *ABT Systems, LLC v. Emerson Electric Co.*, 797 F.3d 1350, 1360 n.2 (Fed. Cir. 2015) (quoting *Symbol Techs., Inc. v. Opticon, Inc.*, 935 F.2d 1569, 1578 (Fed. Cir. 1991)), "and even 'an inoperative device … is prior art for all that it teaches[.]'" *ABT Sys.*, 797 F.3d at 1360 n.2 (citation omitted); *see also Antor Media*, 689 F.3d at 1292.

### c)    Person of Ordinary Skill in the Art

106.    Obviousness is evaluated from the perspective of a "person of ordinary skill in the art," a hypothetical person who is presumed to know all the teachings of the prior art references in the field of the invention at the time the invention was made.  *See Union Carbide Corp. v. Am. Can Co.*, 724 F.2d 1567, 1575-76 (Fed. Cir. 1984).

107.    In determining the level of ordinary skill in the art, a court should consider the following factors: "(1) the educational level of the inventor; (2) type of problems encountered in the art; (3) prior art solutions to those problems; (4) rapidity with which innovations are made; (5) sophistication of the technology; and (6) educational level of active workers in the field." *Daiichi Sankyo Co. v. Apotex, Inc.*, 501 F.3d 1254, 1256 (Fed. Cir. 2007) (citations omitted).  However, "[n]ot all [of the factors listed above] may be present in every case, and one or more of these or other factors may predominate in a particular case." *Imperial Chem. Indus., PLC v. Danbury Pharmacal, Inc.*, 777 F. Supp. 330, 371 (D. Del. 1991) (citation omitted).

108.    "A person of ordinary skill is also a person of ordinary creativity, not an automaton." *KSR*, 550 U.S. at 421.  "[I]n many cases a person of ordinary skill will be able to fit the teachings of multiple patents together like pieces of a puzzle." *Id.* at 420; *see also Leapfrog*

*Enters., Inc. v. Fisher-Price, Inc.*, 485 F.3d 1157, 1161-62 (Fed. Cir. 2007).  A person of ordinary skill also understands and considers the "design incentives and other market forces" in the relevant field that would prompt one to seek variations of known techniques.  *KSR*, 550 U.S at 417. Additionally, a person of ordinary skill in the art can "fill in the gap when limitations of the claimed invention are not specifically found in the prior art."  *Belden Techs. Inc. v. Superior Essex Commc'ns LP*, 802 F. Supp. 2d 555, 563 (D. Del. 2011); *see also Randall*, 733 F.3d at 1362-63.

### d)      Differences Between the Claimed Invention and the Prior Art

109.    In determining the differences between the claimed invention and the prior art, obviousness is judged under "an expansive and flexible approach" driven by "common sense." *KSR*, 550 U.S. at 415, 420; *see also Senju Pharm. Co. v. Apotex Inc.*, 836 F. Supp. 2d 196, 208 (D. Del. 2011) ("The Supreme Court has emphasized the need for courts to value 'common sense' over 'rigid preventative rules' . . . .").  In making this determination, the Court must consider both the claimed invention and the prior art as a whole in light of the Court's construction of the claims at issue.  *See In re O'Farrell*, 853 F.2d 894, 902 (Fed. Cir. 1988); *see also* 35 U.S.C. § 103.

110.    A patent that merely combines "familiar elements according to known methods is likely to be obvious when it does no more than yield predictable results."  *KSR*, 550 U.S. at 416; *Q.I. Press Controls, B.V. v. Lee*, 752 F.3d 1371, 1379 (Fed. Cir. 2014) (same).  This is because "[g]ranting patent protection to advances that would occur in the ordinary course without real innovation retards progress and may, in the case of patents combining previously known elements, deprive prior inventions of their value or utility."  *KSR*, 550 U.S. at 419.  "One of the ways in which a patent's subject matter can be proved obvious is by noting that there existed at the time of invention a known problem for which there was an obvious solution encompassed by the patent's claims."  *Id.* at 419-20; *see also Norgren Inc. v. Int'l Trade Comm'n*, 699 F.3d 1317, 1324-27 (Fed.

Cir. 2012) (affirming invalidity of claims under § 103 where the claimed invention solved known problems by the use of an obvious solution).  Moreover, "when a patent 'simply arranges old elements with each performing the same function it had been known to perform' and yields no more than one would expect from such an arrangement, the combination is obvious." *KSR*, 550 U.S. at 417 (citation omitted).

111.    A claim is obvious if it requires no more than "routine optimization" of techniques taught by the prior art. *Pfizer, Inc. v. Apotex, Inc.*, 480 F.3d 1348, 1367-68, 1371 (Fed. Cir. 2007) (finding claims obvious when they required "nothing more than routine optimization that would have been obvious to one of ordinary skill in the art"); *Genzyme Therapeutic Prods. L.P. v. Biomarin Pharm. Inc.*, 825 F.3d 1360, 1365, 1373 (Fed. Cir. 2016) (affirming decision finding that "the claimed dosing schedule would have been arrived at by routine optimization"); *see also Hoffmann-La Roche Inc. v. Apotex Inc.*, 748 F.3d 1326, 1329-31 (Fed. Cir. 2014) (affirming decision finding dosing claims obvious because "[a] relatively infrequent dosing schedule has long been viewed as a potential solution to the problem of patient compliance"); *see also Merck & Co., Inc. v. Teva Pharms. USA, Inc.*, 395 F.3d 1364, 1373 (Fed. Cir. 2005) (reversing decision to find claims obvious that covered slightly different dosages from those of the prior art).  Further, where a person of ordinary skill in the art simply pursues "known options" from a "finite number of identified, predictable solutions," the claimed solution is obvious under § 103.  *KSR*, 550 U.S. at 421.

112.    "Where a claimed range overlaps with a range disclosed in the prior art, there is a presumption of obviousness."  *Ormco Corp. v. Align Tech., Inc.*, 463 F.3d 1299, 1311 (Fed. Cir. 2006) (citing *Iron Grip Barbell Co. v. USA Sports, Inc.*, 392 F.3d 1317, 1322 (Fed. Cir. 2004)); *see also E.I. DuPont de Nemours & Co. v. Synvina C.V.*, 904 F.3d 996, 1008 (Fed. Cir. 2018)

40

("[I]n the absence of evidence indicating that there is something special or critical about the claimed range, an overlap suffices to show that the claimed range was disclosed in—and therefore obvious in light of—the prior art."); *Dr. Reddy's Lab'ys, Inc. v. Horizon Pharma USA, Inc.*, No. IPR2018-00272, 2019 WL 4239619, at \*13 (P.T.A.B. Sept. 6, 2019) ("Administration of a unit dosage form of naproxen and esomeprazole twice daily, in the AM and PM, is a predictable variation on the '285 patent's teaching of twice daily dosing of naproxen. A skilled artisan would have seen a benefit in twice daily dosing of the unit dosage form in terms of patient compliance with a medication schedule, ease of use, lack of confusion, and minimizing different medications to be taken. On the facts before us, a preponderance of the evidence supports the obviousness of twice daily dosing of a unit dosage form of esomeprazole and naproxen." (internal citations omitted)). The presumption of obviousness can be rebutted only if it is shown that the prior art teaches away from the claimed range or the claimed range produces new and unexpected results. *See Ormco*, 463 F.3d at 1311 (citing *Iron Grip*, 392 F.3d at 1322); *Dr. Reddy's Lab'ys*, 2019 WL 4239619, at \*12 (finding that "although Patent Owners argue that the claimed pharmacokinetic parameters are surprising and unexpected, Patent Owners produce no evidence of any criticality in the amounts of esomeprazole and naproxen claimed in comparison to the dosages disclosed in the '285 patent").

### e)  Motivation to Combine Prior Art

113.    "For obviousness, a single reference need not disclose every element of the claimed invention." *Hospira, Inc. v. Amneal Pharms., LLC*, 285 F. Supp. 3d 776, 792 (D. Del. 2018) (citing *Pfizer*, 480 F.3d at 1361). Rather, a conclusion of obviousness may be based on either a single reference or a combination of prior art references. *See Senju*, 836 F. Supp. 2d at 208 ("[A] defendant asserting obviousness in view of a combination of references has the burden to show

41

that a person of ordinary skill in the relevant field had a reason to combine the elements in the manner claimed."); *In re Merck & Co*., 800 F.2d 1091, 1097 (Fed. Cir. 1986) ("We see no clear error in the Board's determination as to the teachings of the prior art references, in combination.").

114.    When obviousness is based on a combination of prior art references, a patent challenger must demonstrate "that a skilled artisan would have been motivated to combine the teachings of the prior art references to achieve the claimed invention[.]" *Pfizer*, 480 F.3d at 1361. That motivation to combine need not be expressly stated in one or all of the references used to show obviousness, but instead "may be found in any number of sources, including common knowledge, the prior art as a whole, or the nature of the problem itself." *DyStar Textilfarben GmbH & Co. Deutschland KG v. C.H. Patrick Co*., 464 F.3d 1356, 1361 (Fed. Cir. 2006); *see also Alza Corp. v. Mylan Lab'ys, Inc.*, 464 F.3d 1286, 1290-91 (Fed. Cir. 2006).

115.    The Supreme Court has held that the Federal Circuit's requirement for some "teaching, suggestion, or motivation" in the art to combine references forming the basis for an obviousness contention was too rigid and propounded an "expansive and flexible approach" based on the principles set forth in *Graham*. *KSR*, 550 U.S. at 407 (internal quotation marks omitted); *see also id.* at 415. "In determining whether the subject matter of a patent claim is obvious, neither the particular motivation nor the avowed purpose of the patentee controls." *Id.* at 419; *see also In re Beattie*, 974 F.2d 1309, 1311-12 (Fed. Cir. 1992). "The question is not whether the combination was obvious to the patentee but whether the combination was obvious to a person with ordinary skill in the art." *KSR*, 550 U.S. at 420. "Under the correct analysis, any need or problem known in the field of endeavor at the time of invention and addressed by the patent can provide a reason for combining the elements in the manner claimed." *Id.*; *see also Perfect Web Techs., Inc. v. InfoUSA, Inc.*, 587 F.3d 1324, 1329 (Fed. Cir. 2009) ("We therefore hold that . . . an analysis of

obviousness . . . may include recourse to logic, judgment, and common sense available to the person of ordinary skill that do not necessarily require explication in any reference or expert opinion."). Further, "[o]ne of ordinary skill in the art need not see the identical problem addressed in a prior art reference to be motivated to apply its teachings." *In re Kahn*, 441 F.3d 977, 988 (Fed. Cir. 2006) (citation omitted).

116.   Even if a reference does not constitute prior art, a court may consider it as motivation to combine. *See, e.g.*, *Nat'l Steel Car, Ltd. v. Canadian Pac. Ry., Ltd.*, 357 F.3d 1319, 1337-38 (Fed. Cir. 2004).

### f)   Reasonable Expectation of Success

117.   "Obviousness does not require absolute predictability of success"; rather, "[a]ll that is required is a reasonable expectation of success" in making the claimed invention. *Medichem, S.A. v. Rolabo, S.L.*, 437 F.3d 1157, 1165 (Fed. Cir. 2006) (citation omitted); *see also Duramed Pharms., Inc. v. Watson Lab'ys, Inc*., 413 F. App'x 289, 294 (Fed. Cir. 2011) ("[T]here is no requirement that a teaching in the prior art be scientifically tested, or even guarantee success, before providing a reason to combine. Rather, it is sufficient that one of ordinary skill in the art would perceive from the prior art a reasonable likelihood of success." (citations omitted)). "[O]bviousness cannot be avoided simply by a showing of some degree of unpredictability in the art so long as there was a reasonable probability of success." *Pfizer*, 480 F.3d at 1364; *see also Medichem*, 437 F.3d at 1165 ("While the definition of 'reasonable expectation' is somewhat vague, [Federal Circuit] case law makes clear that it does not require a *certainty* of success.").

118.   Requiring testing for every possible configuration or combination in the prior art "improperly equates a reasonable expectation with absolute certainty." *Hospira*, 285 F. Supp. 3d at 794 (citation omitted). None of "the length, expense, [or] difficulty of the techniques used are

43

dispositive since many techniques that require extensive time, money, and effort to carry out may nevertheless be arguably 'routine' to one of ordinary skill in the art." *Pfizer*, 480 F.3d at 1367.

119.    Where "there is a design need or market pressure to solve a problem and there are a finite number of identified, predictable solutions, a person of ordinary skill has good reason to pursue the known options within his or her technical grasp." *KSR*, 550 U.S. at 421.  "If this leads to the anticipated success, it is likely the product not of innovation but of ordinary skill and common sense." *Id.*  In such instances, "the fact that a combination was obvious to try might show that it was obvious under § 103." *Id.*

120.    Where a claim limitation is inherent in the prior art, "there is no question of a reasonable expectation of success in achieving it."  *Hospira, Inc. v. Fresenius Kabi USA, LLC*, 946 F.3d 1322, 1332 (Fed. Cir. 2020); *Galderma Lab'ys, L.P. v. Tolmar, Inc.*, 737 F.3d 731, 738 (Fed. Cir. 2013) ("[W]here there is a range disclosed in the prior art, and the claimed invention falls within that range, the burden of production falls upon the patentee to come forward with evidence that (1) the prior art taught away from the claimed invention; (2) there were new and unexpected results relative to the prior art; or (3) there are other pertinent secondary considerations."); *E.I. DuPont*, 904 F.3d at 1006 ("[W]here the general conditions of a claim are disclosed in the prior art, it is not inventive to discover the optimum or workable ranges by routine experimentation." (citations omitted)).

### g)    Secondary Considerations

121.    As part of the obviousness analysis, a court may consider secondary considerations of nonobviousness, also referred to as objective indicia of nonobviousness.  *See KSR*, 550 U.S. at 406.  The purpose of secondary considerations is to "check against hindsight bias."  *Bristol-Myers Squibb Co. v. Teva Pharms. USA, Inc.*, 752 F.3d 967, 977 (Fed. Cir. 2014) (citation omitted); *see*

*also Alza*, 464 F.3d at 1290 (explaining that secondary considerations guard against hindsight). Secondary considerations of nonobviousness "can include evidence of commercial success, long felt but unsolved needs, and failure of others, as well as unexpected results created by the claimed invention, unexpected properties of the claimed invention, licenses showing industry respect for the invention, and skepticism of skilled artisans before the invention." *Aventis Pharma S.A. v. Hospira, Inc*., 743 F. Supp. 2d 305, 344 (D. Del. 2010) (citations omitted); *see also Imperial Chem*., 777 F. Supp. at 372 & n.91. Here, UTC asserts the secondary considerations of commercial success, long-felt but unmet need, and industry praise.

122.    UTC bears the burden of production with respect to evidence of any alleged secondary considerations of nonobviousness. *Novo Nordisk A/S v. Caraco Pharm. Lab'ys, Ltd*., 719 F.3d 1346, 1354 (Fed. Cir. 2013) (discussing that the burden of production shifts to the patentee "once the court determine[s] that the challenger has established a prima facie case of obviousness"). In other words, the patentee must present evidence to support a finding that a given secondary consideration exists. *See, e.g.*, *Hospira*, 285 F. Supp. 3d at 784 (citing *Apple Inc. v. Samsung Elecs. Co*., 839 F.3d 1034, 1053 (Fed. Cir. 2016)); *Prometheus*, 805 F.3d at 1101-02.

123.    Even if secondary considerations exist, they cannot overcome a strong prima facie showing of obviousness. *See, e.g.*, *Agrizap, Inc. v. Woodstream Corp*., 520 F.3d 1337, 1344 (Fed. Cir. 2008); *Ohio Willow, LLC*, 735 F.3d at 1344 ("[W]here a claimed invention represents no more than the predictable use of prior art elements according to established functions, . . . evidence of secondary indicia are frequently deemed inadequate to establish non-obviousness."); *Leapfrog*, 485 F.3d at 1162 ("[G]iven the strength of the prima facie obviousness showing, the evidence on secondary considerations was inadequate to overcome a final conclusion that [the claim] would have been obvious."); *DyStar*, 464 F.3d at 1371 ("[S]econdary considerations of nonobviousness

are insufficient as a matter of law to overcome our conclusion that the . . . claim [at issue] would have been obvious."); *Richardson-Vicks Inc. v. Upjohn Co.*, 122 F.3d 1476, 1484 (Fed. Cir. 1997); *Bristol-Myers Squibb Co. v. Teva Pharms. USA, Inc.*, 923 F. Supp. 2d 602, 686 (D. Del. 2013) (concluding that the totality of the secondary considerations evidence "did not strongly persuade the Court as to [the invention's] nonobviousness").

124.    "A blocking patent diminishes possible rewards from a non-owner's or non-licensee's investment activity aimed at an invention whose commercial exploitation would be infringing, therefore reducing incentives for innovations in the blocked space by non-owners and non-licensees of the blocking patent." *Acorda Therapeutics, Inc. v. Roxane Lab'ys, Inc.*, 903 F.3d 1310, 1339 (Fed. Cir. 2018).  Thus, the existence of a blocking patent may reduce the weight given to secondary considerations.  *See Galderma*, 737 F.3d at 740-41 (affirming obviousness when the evidence of commercial success was "of minimal probative value" because patents owned by patentee may have "blocked" competition in the market) (internal quotations and citation omitted); *see also Merck & Co.*, 395 F.3d at 1376 (where "market entry by others was precluded [due to blocking patents], the inference of non-obviousness of [the asserted claims], from evidence of commercial success, is weak").

### (1)    Nexus

125.    "For objective evidence of secondary considerations to be accorded substantial weight, its proponent must establish a nexus between the evidence and the merits of the *claimed invention*.  Where the offered secondary consideration actually results from something other than what is both claimed and *novel* in the claim, there is no nexus to the merits of the claimed invention." *In re Huai-Hung Kao*, 639 F.3d at 1068 (citations omitted); *see also In re GPAC*, 57 F.3d at 1580; *Novartis AG v. Torrent Pharms. Ltd.*, 853 F.3d 1316, 1330 (Fed. Cir. 2017).  Nexus

46

must be established through specific evidence.  *See In re Huang*, 100 F.3d 135, 140 (Fed. Cir. 1996) (confirming that party asserting secondary considerations "must submit some factual evidence that demonstrates the nexus").  However, even "impressive" evidence of secondary considerations is not "entitled to weight" unless "it is relevant to the claims at issue[.]"  *In re Paulsen*, 30 F.3d 1475, 1482 (Fed. Cir. 1994).  Nexus requires a direct connection to the claimed features of the invention as recited in the language of the patent claims.  *B.E. Meyers & Co. v. United States*, 47 Fed. Cl. 375, 378-79 (Fed. Cl. 2000).

126.    Courts routinely exclude evidence of secondary considerations absent a showing of nexus.  *See, e.g.*, *Inventio AG v. Thyssenkrupp Elevator Corp.*, No. 08-00874-RGA, 2014 WL 5786668, at *8 (D. Del. Nov. 6, 2014) (evidence of secondary considerations properly excluded where plaintiff failed to show nexus to claimed invention), *aff'd*, 622 F. App'x 906 (Fed. Cir. 2015).

127.    There may be a rebuttable presumption of nexus when the product relied on to show the secondary consideration embodies the claimed features and is coextensive with them.  *See Polaris Indus., Inc. v. Arctic Cat, Inc.*, 882 F.3d 1056, 1072 (Fed. Cir. 2018).  "Conversely, '[w]hen the thing that is commercially successful is not coextensive with the patented invention—for example, if the patented invention is only a component of a commercially successful machine or process—the patentee must show prima facie a legally sufficient relationship between that which is patented and that which is sold.'"  *Id.* (citation omitted).  A presumption of nexus can therefore be rebutted by evidence that the secondary consideration was due to extraneous factors other than the patented invention, such as unclaimed features, features in the prior art, and/or external factors (*e.g.*, marketing efforts, blocking patents, regulatory exclusivity). *Id.*; *see also, e.g.*, *Hospira*, 285

F. Supp. 3d at 797-98; *Geo M. Martin Co. v. Alliance Mach. Sys. Int'l LLC*, 618 F.3d 1294, 1304 (Fed. Cir. 2010).

128.    The proffered evidence of secondary considerations must also be "commensurate in scope" with the asserted claims.  *Therasense, Inc. v. Becton, Dickinson & Co.*, 593 F.3d 1325, 1336 (Fed. Cir. 2010) (citation omitted).  If evidence of secondary considerations relates to a narrow aspect of a much broader claim, such evidence is not commensurate with the scope of the claims and fails to establish nonobviousness.  *See Asyst Techs., Inc. v. Emtrak, Inc*., 544 F.3d 1310, 1316 (Fed. Cir. 2008); *In re Peterson*, 315 F.3d 1325, 1331 (Fed. Cir. 2003) (affirming finding that unexpected results commensurate in scope with claimed range of 1-3% were not shown where unexpected results were only associated with 2%); *In re Dill*, 604 F.2d 1356, 1361 (C.C.P.A. 1979) ("The evidence presented to rebut a prima facie case of obviousness must be commensurate in scope with the claims to which it pertains.").  Likewise, merely "being the first commercially-available . . . treatment" does not create the requisite nexus between the patent claims and an alleged commercial embodiment thereof when the prior art disclosed that treatment.  *Novartis*, 853 F.3d at 1331.

### (2)    Commercial Success

129.    "Evidence of commercial success . . . is only significant if there is a nexus between the claimed invention and the commercial success."  *Ormco*, 463 F.3d at 1311-12.  "When a patentee can demonstrate commercial success, usually shown by significant sales in a relevant market, and that the successful product is the invention disclosed and claimed in the patent, it is presumed that the commercial success is due to the patented invention."  *J.T. Eaton & Co. v. Atlantic Paste & Glue Co.*, 106 F.3d 1563, 1571 (Fed. Cir. 1997); *see also Galderma*, 737 F.3d at 740; *In re Baxter Travenol Labs.*, 952 F.2d 388, 392 (Fed. Cir. 1991) ("[I]nformation solely on

48

numbers of units sold is insufficient to establish commercial success."). Notably, a patentee can only rely on the "commercial success of a product embodying [the claimed] invention[.]" *Merck & Co.*, 395 F.3d at 1376. Thus, "if the commercial success is due to an unclaimed feature of the [product], the commercial success is irrelevant." *Ormco*, 463 F.3d at 1312; *see also Ethicon Endo-Surgery, Inc. v. Covidien LP*, 812 F.3d 1023, 1034 (Fed. Cir. 2016) (affirming obviousness when the commercial success of the relevant product may have been due to unclaimed features rather than the claimed invention). "So too if the feature that creates the commercial success was known in the prior art, the success is not pertinent." *Id.*; *see also J.T. Eaton*, 106 F.3d at 1571 ("[T]he asserted commercial success of the product must be due to the merits of the claimed invention beyond what was readily available in the prior art.").

### (3)     Long-Felt but Unmet Need

130.     "Evidence of a long-felt need is only probative of nonobviousness . . . when both 'a demand existed for the patented invention, and others tried but failed to satisfy that demand.'" *In re Copaxone Consol. Cases*, No. 14-1171-GMS, 2017 WL 401943, at *23 (D. Del. Jan. 30, 2017) (quoting *In re Cyclobenzaprine Hydrochloride Extended-Release Capsule Patent Litig.*, 676 F.3d 1063, 1083 (Fed. Cir. 2012)).

131.     To establish the existence of a long-felt but unmet need, the patent owner must show recognition of a problem in the relevant field for a considerable time, that the claimed invention solved the problem, and that the solution was not dependent on unrelated advances in the field. *Apple Inc. v. Samsung Elecs. Co*., 816 F.3d 788, 804-05 (Fed. Cir. 2016), *vacated in part on other grounds on reh'g en banc*, 839 F.3d 1034 (Fed. Cir. 2016); *Perfect Web*, 587 F.3d at 1332. In other words, the need must have been a persistent one that was recognized by those of ordinary skill in the art. *In re Gershon*, 372 F.2d 535, 538 (C.C.P.A. 1967) ("Since the alleged

problem in this case was first recognized by appellants, and others apparently have not yet become aware of its existence, it goes without saying that there could not possibly be any evidence of either a long-felt need in the . . . art for a solution to a problem of dubious existence or failure of others skilled in the art who unsuccessfully attempted to solve a problem of which they were not aware.").

132.    Analysis of a long-felt but unmet need begins "as of the date of an articulated identified problem and evidence of efforts to solve that problem." *Perfect Web*, 587 F.3d at 1332-33 (citation omitted).  And when assessing long-felt but unmet need, Courts "are constrained . . . to consider whether the *claimed invention* satisfied a long felt need[.]" *Sjolund v. Musland*, 847 F.2d 1573, 1582 (Fed. Cir. 1988) (emphasis in original).  As such, advantages to claimed inventions that are unclaimed are "irrelevant in terms of the obviousness analysis." *Id.* (citing *In re Vamco Machine & Tool, Inc.*, 752 F.2d 1564, 1577 (Fed. Cir. 1985)).

133.    Federal Circuit precedent "requires that the applicant submit actual evidence of long-felt need, as opposed to argument." *See In re Kahn*, 441 F.3d at 990.  It is not enough for a patentee to identify drawbacks; the patentee must "show that these drawbacks constituted a long-felt, unmet need alleviated by the patent." *Perfect Web*, 587 F.3d at 1332; *see also In re Gardner*, 449 F. App'x 914, 918 (Fed. Cir. 2011) ("[O]nce a long-felt need is established, evidence must show that the claimed invention satisfied that need.") (citing *In re Cavanagh*, 436 F.2d 491, 496 (C.C.P.A. 1971)); *In re Kahn*, 441 F.3d at 990-91.  "Evidence of the long-felt need factor must squarely address the need satisfied by the asserted claims themselves." *AstraZeneca LP v. Breath Ltd.*, 88 F. Supp. 3d 326, 387 (D.N.J. 2015), *aff'd*, 603 F. App'x 999 (Fed. Cir. 2015).  A long-felt but unmet need must be "sufficiently connected with the novel elements of the asserted claims." *Merck & Cie v. Gnosis S.P.A.*, 808 F.3d 829, 838 (Fed. Cir. 2015).  Even if the patentee introduces evidence of a long-felt need ostensibly tied to the patent claims, where the differences between the

prior art and the claimed invention are minimal, "it cannot be said that any long-felt need was unsolved." *Geo. M. Martin*, 618 F.3d at 1304.

134.    Bare assertions that a claimed invention made improvements without supporting data are not sufficient to show that the claimed invention met any long-felt need. *Perfect Web*, 587 F.3d at 1333.  Thus, an assertion of long-felt need must be rejected where the patentee "provided no evidence to explain how long [any relevant] need was felt . . . when the problem first arose," or how the "need [was] alleviated by the patent." *Id.* at 1332.

135.    A lack of demand because of general satisfaction with the prior art is contrary to a finding of long-felt need. *Nat'l Steel*, 357 F.3d at 1340 ("[A] finding of no customer demand is flatly contradictory with [the district court's] conclusion that a long-felt need existed[.]").

### (4)    Industry Praise

136.    "Evidence that the industry praised a claimed invention or a product that embodies the patent claims weighs against an assertion that the same claimed invention would have been obvious." *Alarm.com, Inc. v. SecureNet Techs., LLC*, No. 15-807-RGA, 2019 WL 133228, at *4 (D. Del. Jan. 8, 2019) (Andrews, J.) (citation omitted).  "[A]n expert must establish a nexus between the industry praise and the patented *technology*." *Cot'n Wash, Inc. v. Henkel Corp.*, 56 F. Supp. 3d 626, 650 (D. Del. 2014) (emphasis added); *see also Alarm.com*, 2019 WL 133228, at *5 (rejecting evidence of industry praise because the evidence did not relate to the patented technology).

### (5)    Unexpected Results

137.    Whether there are unexpected results is a question of fact. *In re Peterson*, 315 F.3d at 1331.  To be considered as evidence of nonobviousness, "unexpected results must be established by factual evidence." *In re Geisler*, 116 F.3d 1465, 1470 (Fed. Cir. 1997).  "Mere argument or

conclusory statements" by the patentee "do[] not suffice." *Id.* (citation omitted) (supporting that speculation or unproven hypotheses about what might become an unexpected result are not enough).

138.    The relevant time period for the "unexpected results" inquiry is whether the results would have been unexpected by one of ordinary skill in the art at the time of the patentee's application and based on knowledge available at that time. *See, e.g.*, *In re Geisler*, 116 F.3d at 1470.

139.    To support a finding of unexpected results, a patentee must "show that the claimed invention exhibits some superior property or advantage that a person of ordinary skill in the relevant art would have found surprising or unexpected" compared to the closest prior art. *In re Geisler*, 116 F.3d at 1469; *Bristol-Myers*, 752 F.3d at 977 ("To be particularly probative, evidence of unexpected results must establish that there is a difference between the results obtained and those of the closest prior art, and that the difference would not have been expected by one of ordinary skill in the art at the time of the invention.").

140.    The closest prior art does not need to be the commercial standard in the industry or even commercially available. *See, e.g.*, *Trs. of Columbia Univ. v. Illumina, Inc.*, 620 F. App'x 916, 932 (Fed. Cir. 2015) (stating that "there is no requirement that the closest prior art be commercialized (citation omitted)); *In re Wright*, 569 F.2d 1124, 1128 (C.C.P.A. 1977) (finding failure of a particular reference to constitute "the commercial standard" did not undermine its position as the closest prior art).

141.    To be probative in the obviousness inquiry, the supposedly unexpected result must be "different in kind and not merely in degree from the results of the prior art." *Galderma*, 737 F.3d at 739 (citation omitted); *see also Bristol-Myers*, 752 F.3d at 977 ("Unexpected properties,

however, do not necessarily guarantee that a new compound is nonobvious.  While a 'marked superiority' in an expected property may be enough in some circumstances to render a compound patentable, a 'mere difference in degree' is insufficient."); *In re Aller*, 220 F.2d 454, 457-59 (C.C.P.A. 1955) (finding no evidence of unexpected results where claimed conditions allegedly contributed to roughly 20 percent improvement in yield); *E.I. DuPont*, 904 F.3d at 1011-12 (finding that evidence of alleged unexpected results was insufficient where patentee only presented evidence for one point in the claimed range and had failed to show that a 20 percent increase in yield was a difference in kind rather than a difference in degree).

142.    Evidence that a drug was slightly more or less effective than the prior art would suggest does not constitute an unexpected result for purposes of assessing obviousness.  *See Galderma*, 737 F.3d at 739 (finding that "[r]esults which differ by percentages are differences in degree rather than kind"); *In re Merck & Co.*, 800 F.2d at 1098-99 (refusing to find unexpected results where alleged difference in properties "is a matter of degree rather than kind").

143.    To assert that results were unexpected, "the patent owner must first show 'what properties were expected.'"  *Aventis*, 743 F. Supp. 2d at 348 (citation omitted); *see also Pfizer*, 480 F.3d at 1371 ("[I]n order to properly evaluate whether a superior property was unexpected, the court should have considered what properties were expected.").

144.    Further, to establish unexpected results, a patentee must proffer evidence that the allegedly unexpected results actually occurred.  *See In re Geisler*, 116 F.3d at 1470 ("It is well settled that unexpected results must be established by factual evidence.").  Speculation or unproven hypotheses about what might become an unexpected result are simply not enough.  *See id.* (finding a statement that it was "common sense" that an effect was unexpected unpersuasive).

145.    "Mere recognition of latent [i.e., intrinsic] properties in the prior art does not render nonobvious an otherwise known invention." *In re Baxter Travenol Labs.*, 952 F.2d at 392.

146.    When a result is a product of routine optimization that would have been obvious to the skilled person, it is not unexpected. *See, e.g.*, *Pfizer*, 480 F.3d at 1368 (stating that "discovery of an optimum value of a variable in a known process is usually obvious.  Similarly, we hold that the optimization of the acid addition salt formulation for an active pharmaceutical ingredient would have been obvious") (citations omitted); *Senju Pharm. Co. v. Lupin Ltd*., 780 F.3d 1337, 1353 (Fed. Cir. 2015) (finding that the alleged unexpected result did not support nonobviousness because it "is not unexpected or surprising, but is a product of routine optimization that would have been obvious to one of skill in the art").

147.    As with other secondary considerations, even where a claimed invention "exhibits unexpectedly superior results, this secondary consideration does not overcome [a] strong showing of obviousness[.]" *Pfizer*, 480 F.3d at 1372.  Where "the record establishes such a strong case of obviousness," any "alleged unexpectedly superior results are ultimately insufficient." *Id.*  In particular, "evidence of superior [results] does nothing to undercut the showing that there was a reasonable expectation of success . . . even if the level of success may have turned out to be somewhat greater than would have been expected." *Hoffmann-La Roche*, 748 F.3d at 1334.

7.      **35 U.S.C. § 112**

a)      **Written Description**

148.    A patent claim is invalid if the patent does not contain an adequate written description of the claimed invention.  Section 112 of the Patent Act provides that "[t]he specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in

the art ... to make and use the same[.]"  35 U.S.C. § 112, ¶ 1.  The written description must

"reasonably convey[] to those skilled in the art that the inventor had possession of the claimed

subject matter as of the filing date."  *Ariad Pharms., Inc. v. Eli Lilly & Co.*, 598 F.3d 1336, 1351

(Fed. Cir. 2010) (en banc).  Specifically, the written description must "clearly allow persons of

ordinary skill in the art to recognize that [the inventor] invented what is claimed."  *Id.* (quoting

*Vas-Cath Inc. v. Mahurkar*, 935 F.2d 1555, 1563 (Fed. Cir. 1991)); *see also LizardTech, Inc. v.

Earth Res. Mapping, Inc.*, 424 F.3d 1336, 1345 (Fed. Cir. 2005) ("[The written description] must

describe the invention sufficiently to convey to a person of skill in the art that the patentee had

possession of the claimed invention at the time of the application, *i.e.*, that the patentee invented

what is claimed."); *Carnegie Mellon Univ. v. Hoffmann-La Roche Inc.*, 541 F.3d 1115, 1122 (Fed.

Cir. 2008) (the applicant must "'convey with reasonable clarity to those skilled in the art that, as

of the filing date sought, he or she was in possession of the invention,' and demonstrate that by

disclosure in the specification of the patent." (quoting *Vas-Cath*, 935 F.2d at 1563-64)); *Univ. of

Rochester v. G.D. Searle & Co.*, 358 F.3d 916, 926 (Fed. Cir. 2004) (an adequate written

description must "describe the claimed subject matter in terms that establish that [the applicant]

was in possession of the . . . claimed invention, including all of the elements and limitations"

(quoting *Hyatt v. Boone*, 146 F.3d 1348, 1353 (Fed. Cir. 1998))).  Whether a patent claim satisfies

the written description requirement is a question of fact.  *Ariad*, 598 F.3d at 1351.

149.     In determining whether a specification contains an adequate written description,

"one must make an 'objective inquiry into the four corners of the specification from the perspective

of a person of ordinary skill in the art.'"  *Bos. Sci. Corp. v. Johnson & Johnson*, 647 F.3d 1353,

1366 (Fed. Cir. 2011) (quoting *Ariad*, 598 F.3d at 1351).  "[A] broad claim is invalid [for lack of

adequate written description] when the entirety of the specification clearly indicates that the

invention is of a much narrower scope." *Carnegie Mellon*, 541 F.3d at 1127 (quoting *Cooper Cameron Corp. v. Kvaerner Oilfield Prods., Inc.*, 291 F.3d 1317, 1323 (Fed. Cir. 2002)); *see also ICU Med., Inc. v. Alaris Med. Sys., Inc.*, 558 F.3d 1368, 1378 (Fed. Cir. 2009) ("[A] person of skill in the art would not understand the inventor . . . to have invented a spikeless medical valve."); *LizardTech*, 424 F.3d at 1345 (invalidating a claim that was "directed to creating a seamless array of DWT coefficients generically" because the specification taught only "a particular method" of creating such a seamless array). "[O]ne cannot disclose a forest in the original application, and then later pick a tree out of the forest and say here is my invention." *Purdue Pharma L.P. v. Faulding Inc.*, 230 F.3d 1320, 1326-27 (Fed. Cir. 2000) (finding "nothing in the written description of Examples 1 and 3 that would suggest to one skilled in the art that the [claimed invention] is an important defining quality of the formulation, nor does the disclosure even motivate one to [reach the claimed invention]").

150.    Patents may need to disclose experimental data to provide an adequate written description if the inventor expressly claims that the invention achieves a certain result or has an efficacy limitation. *Nuvo Pharms. (Ireland) Designated Activity Co. v. Dr. Reddy's Lab'ys Inc.*, 923 F.3d 1368, 1384 (Fed. Cir. 2019) ("[W]hen the inventor expressly claims that result, our case law provides that that result must be supported by adequate disclosure in the specification."); *see also Biogen Int'l GmbH v. Mylan Pharms. Inc.*, 18 F.4th 1333, 1337, 1343-46 (Fed. Cir. 2021) (affirming invalidation of patent lacking clinical data for inadequately describing "therapeutically effective amount").

151.    The specification, moreover, must provide written description support for an entire claimed range. *Eiselstein v. Frank*, 52 F.3d 1035, 1040 (Fed. Cir. 1995) ("Since the grandparent

56

application only disclosed a nickel range of 45-55%, it can hardly be said to have disclosed 50-60%.").

152.    "A 'mere wish or plan' for obtaining the claimed invention is not adequate written description." *Centocor Ortho Biotech, Inc. v. Abbott Lab'ys*, 636 F.3d 1341, 1348 (Fed. Cir. 2011) (citation omitted); *see also Regents of the Univ. of Cal. v. Eli Lilly & Co.*, 119 F.3d 1559, 1568 (Fed. Cir. 1997) ("The description requirement of the patent statute requires a description of an invention, not an indication of a result that one might achieve if one made that invention.").

153.    Written description is not a question of whether a skilled person might be able to construct the patentee's invention from the teachings of the disclosure; rather, it is a question of whether the application "necessarily discloses" the particular invention. *See Purdue Pharma,* 230 F.3d at 1327 (citation omitted). "[A] description that merely renders the invention obvious does not satisfy the requirement." *Ariad*, 598 F.3d at 1352.

154.    Where a patentee seeks to satisfy the written description requirement by an inherent disclosure, the missing descriptive matter must necessarily be present in the patent's specification such that a person of skill in the art would recognize it. *See, e.g.*, *Tronzo v. Biomet, Inc.*, 156 F.3d 1154, 1159-60 (Fed. Cir. 1998); *see also Therasense*, 593 F.3d at 1332 ("Inherency, however, may not be established by probabilities or possibilities. The mere fact that a certain thing *may* result from a given set of circumstances is not sufficient." (citations omitted) (emphasis in original)).

155.    Where a patent claim is for the measurement of a particle from a formulation, but the patent does not teach how to extract that particle from the formulation in order to determine whether they fall within the claimed measurement, written description is not met. *See Eli Lilly & Co. v. Teva Pharms. USA, Inc.*, 619 F.3d 1329, 1344-45 (Fed. Cir. 2010).

156.    Inventor testimony can support a finding of inadequate written description.  *See, e.g.*, *Biogen*, 18 F.4th at 1343-44 (relying on inventor testimony to find claims invalid for lack of written description); *id.* at 1343 ("[T]he inventors did not possess a therapeutically effective DMF480 dose at the time of filing in 2007.  On this point, Lukashev, the original inventor listed in the '921 Application, offered testimony in which he 'denied that his research could be extrapolated to a clinical dose of DMF; it 'was never the focus of [his] work to inform the clinical dosing of [DMF].'" (citation omitted)); *see also Noven Pharms., Inc. v. Amneal Pharms. LLC*, No. 18-699-LPS, 2020 WL 11191445, at *12 (D. Del. Sept. 4, 2020) (finding claims directed to both transdermal and transmucosal drug delivery systems invalid for lack of written description when the inventor testified that his invention was "not intend[ed] (nor test[ed])" for application to mucosal tissue); *Bos. Sci. Corp. v. Johnson & Johnson Inc.*, 679 F. Supp. 2d 539, 555 (D. Del. 2010) (finding claims invalid for lack of written description); *id.* ("Logically, the inventors could not have described a knowledge that they did not possess[.]").

### b)    Enablement

157.    A patent claim is invalid if the patent does not enable a person of ordinary skill in the art to make or use the alleged invention.  Section 112 of the Patent Act provides that "[t]he specification shall contain a written description of the invention, and of the manner and process of making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the art . . . to make and use the same[.]"  35 U.S.C. § 112, ¶ 1.  "Enablement is a question of law based on underlying facts."  *Wyeth & Cordis Corp. v. Abbott Lab'ys*, 720 F.3d 1380, 1384 (Fed. Cir. 2013).

158.    The enablement "doctrine prevents both inadequate disclosure of an invention and overbroad claiming that might otherwise attempt to cover more than was actually invented.  Thus,

a patentee chooses broad claim language at the peril of losing any claim that cannot be enabled across its full scope of coverage." *MagSil Corp. v. Hitachi Glob. Storage Techs., Inc*., 687 F.3d 1377, 1381 (Fed. Cir. 2012).

159.    "Claims are not enabled when, at the effective filing date of the patent, one of ordinary skill in the art could not practice their full scope without undue experimentation." *Wyeth & Cordis Corp.*, 720 F.3d at 1384; *see also Genentech, Inc. v. Novo Nordisk, A/S*, 108 F.3d 1361, 1365 (Fed. Cir. 1997) ("To be enabling, the specification of a patent must teach those skilled in the art how to make and use the full scope of the claimed invention without undue experimentation." (brackets, citations, and internal quotation marks omitted)); *see also Harris Corp. v. IXYS Corp.*, 114 F.3d 1149, 1155 (Fed. Cir. 1997).

160.    Information generated after the priority date cannot be used to show enablement. *See Plant Genetic Sys., N.V. v. DeKalb Genetics Corp*., 315 F.3d 1335, 1339 (Fed. Cir. 2003); *In re '318 Pat. Infringement Litig*., 583 F.3d 1317, 1325 (Fed. Cir. 2009); *In re Glass*, 492 F.2d 1228, 1232 (C.C.P.A. 1974); *In re Wright*, 999 F.2d 1557, 1561–63 (Fed. Cir. 1993).  However, post-priority date evidence can be used to show ***lack*** of enablement.  *See Plant Genetic*, 315 F.3d at 1344 ("Report of a first success after [priority date] indicates failure or difficulty in or before [priority date].").

161.    The Federal Circuit has eight "[f]actors to be considered in determining whether a disclosure would require undue experimentation":

> (1) the quantity of experimentation necessary, (2) the amount of direction or guidance presented, (3) the presence or absence of working examples, (4) the nature of the invention, (5) the state of the prior art, (6) the relative skill of those in the art, (7) the predictability or unpredictability of the art, and (8) the breadth of the claims.

*In re Wands*, 858 F.2d 731, 737 (Fed. Cir. 1988).  The *Wands* factors "are illustrative, not

59

mandatory.  What is relevant depends on the facts[.]"  *Amgen, Inc. v. Chugai Pharm. Co.*, 927 F.2d 1200, 1213 (Fed. Cir. 1991).

162.    To satisfy the enablement requirement, the scope of the claims must be "commensurate" with teachings in the specification.  *Enzo Biochem, Inc. v. Calgene, Inc.*, 188 F.3d 1362, 1377 (Fed. Cir. 1999).  "The scope of the claims must be less than or equal to the scope of the enablement."  *Nat'l Recovery Techs., Inc. v. Magnetic Separation Sys., Inc.*, 166 F.3d 1190, 1196 (Fed. Cir. 1999).

163.    A patentee "cannot simply rely on the knowledge of a person of ordinary skill to serve as a substitute for the missing information in the specification." *ALZA Corp. v. Andrx Pharms., LLC*, 603 F.3d 935, 941 (Fed. Cir. 2010).

164.    While working examples are not required, the absence of working examples can weigh against a finding of enablement.  *See Impax Lab'ys, Inc. v. Aventis Pharms. Inc*., 545 F.3d 1312, 1315 (Fed. Cir. 2008); *Bos. Sci. Corp.*, 679 F. Supp. 2d at 557 (finding claims to coronary stents treated with rapamycin analogs not enabled, considering "the lack of any prophetic examples (or other description) in the 1997 patents' specification regarding the claimed analogs").

165.    Claims that depend from independent claims lacking enablement are also invalid. *Nat'l Recovery*, 166 F.3d at 1198.

### c)    Indefiniteness

166.    The Patent Act requires that a patent claim "particularly point[] out and distinctly claim[] the subject matter which the applicant regards as his invention."  35 U.S.C. § 112, ¶ 2; *see also Phillips*, 415 F.3d at 1312 ("It is a 'bedrock principle' of patent law that 'the claims of a patent define the invention to which the patentee is entitled the right to exclude.'" (citations omitted)). The definiteness requirement is intended to provide notice to the public of the precise bounds of

the patent rights claimed by the patentee. *Nautilus, Inc. v. Biosig Instruments, Inc.*, 572 U.S. 898, 909 (2014) ("[A] patent must be precise enough to afford clear notice of what is claimed, thereby appris[ing] the public of what is still open to them[.]" (second alteration in original, citation and internal quotation marks omitted)); *see also Gen. Elec. Co. v. Wabash Appliance Corp.*, 304 U.S. 364, 369 & n.5 (1938) ("The inventor must inform the public during the life of the patent of the limits of the monopoly asserted, so that it may be known which features may be safely used or manufactured without a license and which may not." (citations and internal quotation marks omitted)).

167.    A patent is "invalid for indefiniteness if its claims, read in light of the specification delineating the patent, and the prosecution history, fail to inform, with reasonable certainty, those skilled in the art about the scope of the invention." *Nautilus*, 572 U.S. at 901; *see also ePlus, Inc. v. Lawson Software, Inc*., 700 F.3d 509, 519 (Fed. Cir. 2012); *HZNP Meds. LLC v. Actavis Lab'ys UT, Inc*., 940 F.3d 680, 688 (Fed. Cir. 2019); *Interval Licensing LLC v. AOL, Inc.,* 766 F.3d 1364, 1371 (Fed. Cir. 2014) ("The claims, when read in light of the specification and the prosecution history, must provide objective boundaries for those of skill in the art."); *Butamax Advanced Biofuels LLC v. Gevo, Inc.*, 117 F. Supp. 3d 632, 641-42 (D. Del. 2015).

168.    "Indefiniteness is a question of law[,]" *Dow Chemical Co. v. Nova Chemicals Corp. (Canada)*, 803 F.3d 620, 625 (Fed. Cir. 2015), and is "measured from the viewpoint of a person skilled in [the] art at the time the patent was filed." *Nautilus*, 572 U.S. at 908 (emphasis omitted and alteration in original).

169.    A claim term is indefinite when the patentee uses two inconsistent definitions of the term. *Teva Pharms. USA, Inc. v. Sandoz, Inc.*, 789 F.3d 1335, 1344-45 (Fed. Cir. 2015) (holding claim term indefinite where patentee used two inconsistent definitions during prosecution

of related patents sharing same specification); *Infinity Comput. Prods., Inc. v. Oki Data Ams., Inc.*, No. 18-463-LPS, 2019 WL 2422597, at \*4-6 (D. Del. June 10, 2019) ("[A] person of ordinary skill in the art would not be reasonably certain as to which of the patentee's two inconsistent definitions of 'passive link' is used in the claims, rendering the claims indefinite."), *aff'd*, 987 F.3d 1053 (Fed. Cir. 2021), *cert. denied*, 142 S. Ct. 585 (2021).

### 8.    IPR Estoppel under § 315(e)(2)

170.    Under the doctrine of IPR estoppel, "[t]he petitioner in an inter partes review of a claim in a patent under this chapter that results in a final written decision . . . may not assert either in a civil action . . . that the claim is invalid on any ground that the petitioner raised or reasonably could have raised during that inter partes review."  35 U.S.C. § 315(e)(2).

171.    This Court has found that § 315(e)(2) does not estop a petitioner/defendant from presenting arguments it **won** before the PTAB in a related IPR proceeding.  In *Integra Life Sciences Corp. v. Hyperbranch Medical Tech., Inc.*, C.A. 15-819-LPS-CJB (D. Del. May 15, 2018), Judge Stark declined to invoke § 315(e)(2) when Hyperbranch **prevailed** on certain invalidity defenses before the PTAB.  (*See* Liquidia's Letter Br., D.I. 226 at 1; *id.* at Ex. 2 (*Integra v. Hyperbranch* Pretrial Conference Transcript).)  Judge Stark explained:

> In terms of invalidity, I am at this point not at all persuaded by the plaintiff's argument that the defendant would be estopped from presenting invalidity defenses only to prevail in front of the PTAB, . . . . I alluded to how the defendant would be prejudiced, he would be prejudiced if we go forward either by me estopping them from having a jury consider defenses on which they prevailed, which is what the plaintiff asked me to do, or having to defend against a claim on which they have prevailed without the jury hearing anything about those proceedings or how they prevailed. And I don't think that given the full context I should be prejudicing the defendant with respect to this claim in that way.

(Liquidia's Letter Br., D.I. 226, Ex. 2 at 133-135.)

172.     In *BTG International Ltd. v. Amneal Pharmaceuticals LLC*, 352 F. Supp. 3d 352, 374 n.13 (D.N.J. 2018), the only Hatch-Waxman case to decide this issue, the court reached the same conclusion that § 315(e)(2) cannot be read to estop a ***prevailing*** defendant, stating: "***I do not accept, however, that Congress intended to require a party to stand mute in court because it previously prevailed on the same issue before the PTAB***.  The result would be a decision reached without consideration of legally relevant facts and issues.  And if these Court proceedings overtook review of the PTAB decision, this Court could find itself in the position of being required to enter an injunction against infringement based on a patent already found invalid." *Id.* (emphasis added). Citing other decisions addressing this issue, that court determined that the estoppel barred "***unsuccessful or unsubmitted*** arguments[.]"  *Id.* (emphasis added).  The Federal Circuit, on appeal, did not disrupt the district court's refusal to apply § 315(e)(2) (*see BTG International Ltd. v. Amneal Pharmaceuticals LLC*, 923 F.3d 1063 (Fed. Cir. 2019) (affirming the PTAB's Final Written Decision)), and during oral argument, Judge Chen made statements casting doubt on the applicability of this provision to parties prevailing at the PTAB in an IPR, as it does not comport with "common sense."  (*See* Liquidia's Letter Br., D.I. 226, Ex. 3 (*BTG Int'l v. Amneal Pharms.* Fed. Cir. Oral Argument Transcript) at 39-40.)

### 9.      Assignor Estoppel

173.     Assignor estoppel is "an equitable doctrine that prevents one who has assigned the rights to a patent (or patent application) from later contending that what was assigned is a nullity" and "operates to bar other parties ***in privity*** with the assignor, such as a corporation founded by the assignor." *Juniper Networks, Inc. Palo Alto Networks, Inc.*, 881 F. Supp. 2d 603, 605 (D. Del. 2012) (citation and internal quotation omitted) (emphasis added).  The highly fact-intensive issue of privity is informed by eight factors:

(1) the assignor's leadership role at the new employer; (2) the assignor's ownership stake in the defendant company; (3) whether the defendant company changed course from manufacturing non-infringing goods to infringing activity after the inventor was hired; (4) the assignor's role in the infringing activities; (5) whether the inventor was hired to start the infringing operations; (6) whether the decision to manufacture the infringing product was made partly by the inventor; (7) whether the defendant company began manufacturing the accused product shortly after hiring the assignor; and (8) whether the inventor was in charge of the infringing operation.

See *Shamrock Techs., Inc. v. Med. Sterilization, Inc.*, 903 F.2d 789, 794 (Fed. Cir. 1990).  Further, privity exists between an assigning inventor and an accused infringer only when "the ultimate infringer availed itself of the inventor's knowledge and assistance to conduct infringement." *Affymetrix, Inc. v. Illumina, Inc.*, No. 04-904 JJF, 2005 WL8170962, at *2 (D. Del. Sept. 16, 2005) (citation and internal quotation marks omitted).

174.    Assignor estoppel is "mainly concerned with the balance of the equities between the parties" (*Shamrock*, 903 F.2d at 793) and was designed to "prevent[] the unfairness and injustice of permitting a party to sell something and later assert that what was sold is worthless." *Acushnet Co. v. Dunlop Maxfli Sports Corp.*, No. 98-717-SLR, 2000 WL 987979, at *2 (D. Del. June 29, 2000) (citation and internal quotation marks omitted).

175.    On June 29, 2021, the Supreme Court found that "assignor estoppel only applies when the assignor's claim of invalidity ***contradicts*** explicit or implicit representations he made in assigning the patent."  *Minerva Surgical, Inc. v. Hologic, Inc.*, 141 S. Ct. 2298, 2299 (2021) (emphasis added); *see also id.* at 2301 (finding that "[a]ssignor estoppel should apply only when its underlying principle of fair dealing comes into play").   One example of a "***non-contradiction***"—a limitation to the application of assignor estoppel—is when the assignment of the patent "occurs before an inventor can possibly make a warranty of validity as to specific patent claims."  *Id.* at 2301 (emphasis added).  This can occur when "[a]n employee assigns to his

employer patent rights in any future inventions he develops during his employment; the employer then decides which, if any, of those inventions to patent." *Id.* at 2310.  Additionally, "a post-assignment change in patent claims can remove the rationale for applying assignor estoppel." *Id.* at 2301; *see also id.* at 2310.  "Assuming that the new claims are materially broader than the old claims, the assignor did not warrant to the new claims' validity[,]" and thus "he can challenge the new claims in litigation." *Id.* at 2310.

## IV.    EXCEPTIONAL CASE

### A.    Issues

176.    If UTC proves infringement of any valid asserted claim of the '066 or '793 patent, whether UTC has met its burden of proof to secure reasonable attorneys' fees and costs under 35 U.S.C. § 285.

177.    Whether Liquidia is entitled to a judgment declaring this case exceptional and awarding Liquidia its reasonable attorneys' fees and costs under 35 U.S.C. § 285.

### B.    Legal Authority

178.    In exceptional cases, a court may award reasonable attorneys' fees to the prevailing party.  *See* 35 U.S.C. § 285.

179.    In deciding whether to award attorney fees under Section 285, the court must undertake a two-step inquiry.  *Wedgetail, Ltd. v. Huddleston Deluxe, Inc*., 576 F.3d 1302, 1304 (Fed. Cir. 2009).

180.    First, the court must determine whether there is clear and convincing evidence that the case is exceptional.  *Wedgetail*, 576 F.3d at 1304.  In deciding whether a case is exceptional, the court must evaluate whether it "stands out from others with respect to the substantive strength of a party's litigating position (considering both the governing law and the facts of the case) or the

unreasonable manner in which the case was litigated." *Octane Fitness, LLC v. ICON Health & Fitness, Inc.*, 572 U.S. 545, 554 (2014). This determination is a "case-by-case exercise" to be made "considering the totality of the circumstances." *Id.* The burden of proof rests with the prevailing party. *See Otsuka Pharm. Co. v. Sandoz, Inc.,* No. 07-1000 (MLC), 2015 WL 5921035, at *8 (D.N.J. Oct. 9, 2015).

181. Second, the court must determine whether an award of attorneys' fees to the prevailing party is warranted. *Wedgetail*, 576 F.3d at 1304. Absent serious misconduct, courts have been reluctant to award fees to a prevailing party. *See Otsuka*, 2015 WL 5921035, at *6-7. Examples of such serious misconduct include misleading statements "coupled with affirmative, false declarations submitted to the PTO in order to procure patents," filing of frivolous lawsuits, and re-litigation of issues already decided by the court. *Intellect Wireless, Inc. v. Sharp Corp.*, 45 F. Supp. 3d 839, 853 (N.D. Ill. 2014) (granting competitors' request for attorneys' fees); *see also Chalumeau Power Sys. LLC v. Alcatel–Lucent*, No. 11-1175-RGA, 2014 WL 4675002, at *3 (D. Del. Sept. 12, 2014) (granting defendants' motion for attorneys' fees and costs), *aff'd, Chalumeau Power Sys. LLC v. Alcatel–Lucent Enter. USA, Inc.*, 611 F. App'x 1008 (Fed. Cir. 2015). Such conduct is akin to the "'pattern of deceit' recognized by the Federal Circuit" in determining whether a case is exceptional under Section 285. *Intellect Wireless*, 45 F. Supp. 3d at 853; *see also Wedgetail*, 576 F.3d at 1304.

# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 20-755 (RGA) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) | |

**EXHIBIT 6: PLAINTIFF'S WITNESS LIST AND DEFENDANT'S OBJECTIONS**

i

# I.     FACT WITNESSES

Plaintiff, United Therapeutics Corporation ("UTC"), identifies the following fact witnesses it may call live or by deposition at trial. UTC reserves the right to modify this list in accordance with Fed. R. Civ. P. 26(a)(3), D. Del. LR 16.3, or D.I. 294, or in view of other events or changed circumstances that may occur before or during trial. UTC expressly reserves the right to call live or by deposition any witness on its witness list or any witness on the witness list of Defendant. This list is not a commitment that UTC will call any particular witness at trial, or a representation that any witness listed is available or will appear for trial. If any UTC, Defendant, or third-party witness is unavailable or refuses to testify live, UTC reserves the right to use his or her deposition testimony. With respect to Defendant's witnesses, UTC reserves the right to introduce testimony through deposition or live examination, as appropriate. In addition, UTC reserves the right to call any witness, whether listed below or not, to establish authenticity and/or admissibility of any trial exhibit whose authenticity or admissibility is challenged by Defendant. Notwithstanding the provision of this list, UTC makes no representation regarding its ability to force any witness to appear at trial unwillingly.

UTC also reserves the right to call in its case in chief any witness identified by Defendant and to call by deposition any witness identified by Defendant who does not testify at trial or who is unavailable. UTC also reserves the right to call any witness in its list either in its case in chief, or as a rebuttal witness, or both.

UTC objects to Defendant's belated request to take the depositions of Mr. Dean Bunce and Dr. Noah Byrd. Defendant's request is improper for several reasons, including, without limitation, because Mr. Bunce and Dr. Byrd were identified on UTC's initial disclosures served on August 14, 2020. Defendant made a strategic decision not to depose these witnesses, despite ample

opportunity to do so, including sufficient time within its 100 hour fact witness allotment under the Scheduling Order (D.I. 20), and should not be permitted to depose them well after the close of discovery.

<u>UTC may call live or by designation:</u>

1. Dr. Hitesh Batra

2. Mr. Dean Bunce

3. Dr. Noah Byrd

4. Mr. Patrick Poisson

5. Dr. David Walsh

6. Mr. Robert Roscigno

7. Dr. Werner Seeger

8. Dr. Lewis Rubin

9. Mr. Todd Battistoni

10. Ms. Kelli Collin

11. Mr. Jeffrey Kindig

12. Ms. Marisa Law

13. Dr. Benjamin Maynor

14. Dr. Tushar Shah

## II.   EXPERT WITNESSES

UTC lists below the names of the experts it may call at trial. The listed experts' scientific specialties and qualifications are set forth in detail in Exhibit 15 (UTC's Experts' CVs) and Exhibit 16 (Defendant's Experts' CVs). Plaintiff intends to call its experts at trial and does not currently intend to seek to introduce their testimony by deposition designation unless one or

more of its experts becomes unavailable and/or is unable or unwilling to travel or testify live at trial.

1.  Dr. Colin Nuckolls

2.  Dr. F. Dean Toste

3.  Dr. Mahdi Fawzi

4.  Dr. Karl Scheidt

5.  Mr. Cesar Matto

6.  Dr. Nisha Mody

7.  Ms. Pilar Wyman

8.  Dr. Aaron Waxman

9.  Dr. Andrew Clark

10. Dr. Jason McConville

11. Dr. Hugh Smyth

## III.    LIQUIDIA'S OBJECTIONS TO UTC'S WITNESS LIST

Defendant objects to Plaintiff's list of expert witnesses as cumulative and unduly burdensome as Plaintiff has identified eleven (11) experts for a three-day bench trial.  As noted below, Plaintiff's experts provide duplicative and cumulative testimony as to the infringement and validity of the asserted patents and offer opinions that are not relevant to any claims or defenses of either party.

Defendant objects to any testimony by any of Plaintiff's expert witnesses to the extent their testimony is outside the scope of their expert reports, their expertise, or their opinions offered in this case.  Defendant also objects to any testimony of any of Plaintiff's expert witnesses to the extent their testimony pertains to any opinions that have either been stricken or precluded by the

Court.  Defendant objects to any testimony of any of Plaintiff's expert witnesses to the extent they raise new issues of claim construction that were not presented to the Court during the claim construction phase of the case, including, without limitation, new opinions by Plaintiff's expert witness, Dr. Aaron Waxman who provides a new construction of the phrase "pulmonary hypertension" appearing in the claims of the asserted '793 patent.  Defendant further objects to any testimony by any of Plaintiff's expert witnesses to the extent their testimony pertains to any issue that has been decided by the Court.

Defendant objects to Plaintiff calling at trial any witness listed on its witness list by deposition testimony to the extent that the witness testifies live at trial.  Defendant also objects to Plaintiff calling at trial any fact witnesses not identified on Plaintiffs' Fed. R. Civ. P. 26(a)(1) disclosures, not identified as a document custodian, and not deposed in his or her personal capacity or not designated on specific Fed. R. Civ. P. 30(b)(6) deposition topics.

In addition, Defendant makes the following specific objections:

1.      **Mr. Dean Bunce** and **Dr. Noah Byrd**: Defendant objects to Plaintiff calling Mr. Bunce and Dr. Byrd to testify at trial either live or by deposition.  Mr. Bunce and Dr. Byrd, although identified on Plaintiff's Fed. R. Civ. P. 26(a)(1) disclosures as having subject matter information pertaining to NDA No. 22-387; research, development, regulatory approval, and launch of Tyvaso®, were not deposed in their personal capacity nor designated as corporate witnesses under Fed. R. Civ. P. 30(b)(6) for noticed topics falling within the scope of their purported subject matter information.  Thus, Defendant objects to Plaintiff including Mr. Bunce and Dr. Byrd as trial witnesses under at least Fed. R. Evid. 401, 402, 403, 602, 701 and Fed. R. Civ. P. 32(a)(3).  In the event that the Court rules that Mr. Bunce and/or Dr. Byrd may testify at trial, Defendant requests UTC provide a proffer of intended testimony and Liquidia provided the

opportunity to take their depositions before they testify at trial.

2.     **Dr. Werner Seeger**:  Defendant objects to Plaintiff including Dr. Seeger as a trial witness as Dr. Seeger's deposition is not scheduled to occur until after submission of the parties' pre-trial submissions.  Defendant reserves the right to provide further objections upon completion of Dr. Seeger's deposition.

3.     **Dr. Colin Nuckolls** and **Dr. F. Dean Toste**:  Defendant objects to Plaintiff calling Dr. Nuckolls and Dr. Toste to testify as duplicative because they both testify as to infringement of claim 1 of the '066 patent.  *See* Fed. R. Evid. 403.

4.     **Dr. Mahdi Fawzi**: Defendant objects to Plaintiff calling Dr. Fawzi to testify as to the alleged validity of the asserted claims of the '066 and '901 patents because of collateral estoppel.  *See* Defendants' Motion in Limine to Exclude Portions of Dr. Mahdi Fawzi's Rebuttal Expert Report.

5.     **Mr. Cesar Matto**: ███████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████

6.     **Dr. Aaron Waxman**, **Dr. Andrew Clark** and **Dr. Jason McConville**: Defendant objects to Plaintiff calling Dr. Waxman, Dr. Clark, and Dr. McConville to testify as duplicative because all three testify as to the validity of the '793 patent.  *See* Fed. R. Evid. 403.

# EXHIBIT 7

**EXHIBIT 7**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| UNITED THERAPEUTICS CORPORATION, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIQUIDIA TECHNOLOGIES, INC., )<br>)<br>Defendant. )<br>)<br>)<br>) | C.A. No. 20-755-RGA-JLH |

**DEFENDANT'S LIST OF WITNESSES TO BE CALLED LIVE OR BY DEPOSITION**

1.      Defendant Liquidia Technologies, Inc. ("Liquidia") expects to call some or all of the witnesses identified below either live or by deposition (transcript or video).

2.      Liquidia reserves the right to call substitute witnesses to the extent that a witness's circumstances change, or a witness otherwise becomes unavailable for trial.  Liquidia further reserves the right to call any witness for impeachment purposes.

3.      Liquidia reserves the right to call one or more witnesses not identified below whose testimony is necessary to establish the admissibility of a trial exhibit if the admissibility of the exhibit is challenged by Plaintiff.

4.      Liquidia reserves the right to call, in its case-in-chief, one or more witnesses identified in Plaintiff's witness list.

5.      By identifying these witnesses, Liquidia is not required to call them at trial, nor is Liquidia limited in the manner in which such testimony is presented at trial.

6.      The following is a list of fact witnesses whose testimony Liquidia may present at trial, either live or by deposition:

| | |
|---|---|
| Hitesh Batra | By deposition |
| Gregory Bottorff | By deposition |
| Hamilton Lennox | Live or by deposition |
| Raju Penmasta | By deposition |
| Jeffrey Kindig | Live or by deposition |
| Benjamin Maynor | Live or by deposition |
| Patrick Poisson | By deposition |
| Robert Roscigno | Live or by deposition |
| Lewis Rubin | By deposition |

| Sudersan Tuladhar | By deposition |
|---|---|
| David Walsh | By deposition |

7.      The following is a list of expert witnesses whose testimony Liquidia may present live at trial:

| John Fuson |
|---|
| Igor Gonda |
| Sylvia Hall-Ellis |
| Nicholas Hill |
| Omar Robles |
| Jeffrey Winkler |

8.      Additionally, Liquidia may present the testimony of Rodolfo Pinal, an expert witness in *Liquidia Technologies, Inc. v. United Therapeutics Corp.*, Case No. IPR2020-00770, by deposition at trial.

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S WITNESS LIST**

Plaintiff United Therapeutics Inc. ("Plaintiff" or "UTC") provides its preliminary objections to Defendant Liquidia Technologies, Inc.'s ("Defendant" or "Liquidia") Witness List.

1.     Plaintiff objects to the presentation of deposition testimony of any witness that is available pursuant to Federal Rule of Civil Procedure 32 or appears at trial for any purpose, including, for example, Hamilton Lenox, Jeffrey Kindig, Benjamin Maynor, and Robert Roscigno, which Defendant identified could appear "[l]ive or by deposition." Plaintiff reserves the right to provide objections and counter-designations should Defendant be permitted to introduce testimony for such witnesses.

2.     Plaintiff objects to the inclusion of objections or colloquy made by counsel in any designated deposition testimony.

3.     Plaintiff objects to any witness designated by Defendant that is the subject of, or that may offer testimony that is the subject of, any motion *in limine* or *Daubert* motion filed by Plaintiff.

4.     Plaintiff reserves the right to seek to introduce any testimony and/or call any witness listed in Defendant's Witness List, if otherwise admissible.

5.     Plaintiff reserves the right to utilize deposition designations made by Defendant, as well as undesignated portions of deposition testimony for demonstratives, impeachment purposes, or rebuttal.

6.     Plaintiff objects to Defendant calling any live witnesses by videoconference absent prior agreement or order of the Court.

7.     Plaintiff reserves the right to object to any specific questions or testimony at the time proffered to the Court.

8.      For any exhibits appearing within Defendant's designated testimony, Plaintiff's objections to use of such exhibits may appear in Defendant's Exhibit List (Exhibit 11).

9.      For any exhibits appearing within Defendant's designated testimony, Plaintiff objects to Defendant's reliance on any exhibits that appear in Defendant's designations but that are not included in Defendant's Exhibit List (Exhibit 11).

A.      **General Objections**

1.      **General Objections to Expert Witnesses**

10.     Plaintiff objects to the testimony of Defendant's experts to the extent that their testimony is related to any evidentiary issues raised by Plaintiff in the parties' proposed Pretrial Order.

11.     Plaintiff objects to Defendant calling any of its expert witnesses by deposition.

12.     Plaintiff objects to Defendants' experts and their testimony to the extent that Defendant's experts attempt to opine on matters outside the scope of their Federal Rule of Civil Procedure 26(a)(2)(B) expert reports, deposition testimony, or their respective experience or purported areas of expertise.

13.     Plaintiff objects to Defendant's experts and their testimony to the extent that they or the testimony are objectionable under one or more of Federal Rules of Evidence 105, 702, 703, 611, 401, 402, and/or 403.

14.     Plaintiff objects to Defendant's experts and their testimony to the extent that they or the testimony are duplicative of the testimony of other witnesses, including to the extent duplicative/cumulative over the testimony of Defendant's other experts.

15.     Plaintiff objects to Defendant's experts and their testimony to the extent that they or the testimony have not been properly, timely, and sufficiently disclosed during fact or expert discovery pursuant to Federal Rules of Civil Procedure 26 and 37.

16.     Plaintiff objects to Defendant's experts and their testimony to the extent that they or it attempt to offer any rebuttal opinions not sufficiently described in the expert reports.

### 2.     General Objections to Fact Witnesses

17.     Plaintiff incorporates by reference any objection to proposed deposition testimony of any witness as set forth in Plaintiff's objections to Defendant's deposition designations.

18.     Plaintiff objects to the testimony of any witness for which that witness lacks personal knowledge, testimony outside the scope of the Federal Rule of Civil Procedure 30(b)(6) testimony for which a witness was designated, testimony beyond the description for such witness as set forth in Defendant's Federal Rule of Civil Procedure 26(a) initial disclosures, testimony beyond the scope of Defendant's interrogatory responses, and/or testimony not otherwise properly disclosed under the Federal Rules of Civil Procedure. For example, Defendant's witness list identifies Hamilton Lenox and Benjamin Maynor, who were not listed in Defendant's Initial Disclosures.

19.     Plaintiff objects to the testimony of any witness to the extent that it is impermissible under Federal Rules of Evidence 15, 701, 702, 703, 611, 401, 402, and/or 403.

20.     Plaintiff reserves the right to provide objections and counter-designations to the designations of the transcripts of any witnesses' depositions by Defendant.

21.     Plaintiff objects to Liquidia calling its own witnesses by designation absent an adequate showing under Federal Rule of Civil Procedure 32.

### B.     Specific Objections

### 3.     Specific Objections to Expert Witnesses

22.     **John Fuson**. Plaintiff objects to Defendant calling Mr. Fuson to the extent that his testimony will be duplicative of the testimony of other witnesses, including to the extent that his testimony is duplicative/cumulative over that of other experts. Plaintiff objects to Defendant

calling Mr. Fuson to the extent that his testimony is inadmissible under Federal Rules of

Evidence 702 and 703. Plaintiff objects to Defendant calling Mr. Fuson to the extent that his

testimony is outside the scope of his expert report.

23. **Igor Gonda**. Plaintiff objects to Defendant calling Dr. Gonda to the extent that

his testimony will be duplicative of the testimony of other witnesses, including to the extent that

his testimony is duplicative/cumulative over that of other experts. Plaintiff objects to Defendant

calling Dr. Gonda to the extent that his testimony is inadmissible under Federal Rules of

Evidence 702 and 703. Plaintiff objects to Defendant calling Dr. Gonda to the extent that his

testimony is outside the scope of his expert reports.

24. **Sylvia Hall-Ellis**. Plaintiff objects to Defendant calling Dr. Hall-Ellis to the

extent that her testimony will be duplicative of the testimony of other witnesses, including to the

extent that her testimony is duplicative/cumulative over that of other experts. Plaintiff objects to

Defendant calling Dr. Hall-Ellis to the extent that her testimony was not properly, timely, and

sufficiently disclosed during fact or expert discovery pursuant to Federal Rules of Civil

Procedure 26 and 37. Plaintiff objects to Defendant calling Dr. Hall-Ellis to the extent that his

testimony is inadmissible under Federal Rules of Evidence 702 and 703. Plaintiff objects to

Defendant calling Dr. Hall-Ellis to the extent that her testimony is outside the scope of her expert

report. Plaintiff objects to Defendant calling Dr. Hall-Ellis to the extent that her testimony offers

any rebuttal opinions that she has not sufficiently described in her expert report.

25. **Nicholas Hill**. Plaintiff objects to Defendant calling Dr. Hill to the extent that his

testimony will be duplicative of the testimony of other witnesses, including to the extent that his

testimony is duplicative/cumulative over that of other experts. Plaintiff objects to Defendant

calling Dr. Hill to the extent that his testimony is inadmissible under Federal Rules of Evidence

702 and 703. Plaintiff objects to Defendant calling Dr. Hill to the extent that his testimony is outside the scope of his expert reports.

26.     **Omar Robles**. Plaintiff objects to Defendant calling Mr. Robles to the extent that his testimony will be duplicative of the testimony of other witnesses, including to the extent that his testimony is duplicative/cumulative over that of other experts. Plaintiff objects to Defendant calling Mr. Robles to the extent that his testimony is outside the scope of his expert report.

27.     **Jeffrey Winkler**. Plaintiff objects to Defendant calling Dr. Winkler to the extent that his testimony will be duplicative of the testimony of other witnesses, including to the extent that his testimony is duplicative/cumulative over that of other experts. Plaintiff objects to Defendant calling Dr. Winkler to the extent that his testimony is inadmissible under Federal Rules of Evidence 702 and 703. Plaintiff objects to Defendant calling Dr. Winkler to the extent that his testimony is outside the scope of his expert reports.

28.     **Rodolfo Pinal**. Plaintiff objects to Defendant calling Dr. Pinal to the extent that his testimony will be duplicative of the testimony of other witnesses, including to the extent that his testimony is duplicative/cumulative over that of other experts. Plaintiff objects to Defendant calling Dr. Pinal by deposition absent a proper showing pursuant to Federal Rule of Civil Procedure 32. Plaintiff objects to Defendant calling Dr. Pinal to the extent that his testimony was not properly, timely, and sufficiently disclosed during fact or expert discovery pursuant to Federal Rules of Civil Procedure 26 and 37.

### 4.     Specific Objections to Fact Witnesses

29.     **Hitesh Batra**. Plaintiff reserves the right to provide objections and counter-designations to any designations of the transcript of Dr. Batra's deposition by Defendant.

30.     **Gregory Bottorff**. Plaintiff reserves the right to provide objections and counter-designations to any designations of the transcript of Mr. Bottorff's deposition by Defendant.

31.     **Hamilton Lenox**. Plaintiff objects to Defendant calling Mr. Lenox by deposition absent a showing of unavailability pursuant to Federal Rule of Civil Procedure 32 and because he is not listed in Defendant's Initial Disclosures. Plaintiff objects to the use of Mr. Lenox's redirect examination deposition testimony pursuant to Federal Rule of Evidence 611(b) and Federal Rule of Civil Procedure 30(b)(1) because Mr. Lenox's redirect examination deposition testimony is outside the scope of direct examination and Defendant failed to cross-notice Mr. Lenox's deposition. Plaintiff reserves the right to provide objections and counter-designations to any designations of the transcript of Mr. Lenox's deposition by Defendant.

32.     **Raju Penmasta**. Plaintiff reserves the right to provide objections and counter-designations to any designations of the transcript of Mr. Penmasta's deposition by Defendant.

33.     **Jeffrey Kindig**. Plaintiff objects to Defendant calling Mr. Kindig by deposition absent a showing of unavailability pursuant to Federal Rule of Civil Procedure 32. Plaintiff reserves the right to provide objections and counter-designations to any designations of the transcripts of Mr. Kindig's depositions by Defendant.

34.     **Benjamin Maynor**. Plaintiff objects to Defendant calling Mr. Maynor by deposition absent a showing of unavailability pursuant to Federal Rule of Civil Procedure 32 and because he is not listed in Defendant's Initial Disclosures. Plaintiff reserves the right to provide objections and counter-designations to any designations of the transcript of Mr. Maynor deposition by Defendant.

35.     **Patrick Poisson**. Plaintiff reserves the right to provide objections and counter-designations to any designations of the transcript of Mr. Poisson's deposition by Defendant.

36.   **Robert Roscigno**. Plaintiff objects to Defendant calling Dr. Roscigno by deposition absent a showing of unavailability pursuant to Federal Rule of Civil Procedure 32. Plaintiff reserves the right to provide objections and counter-designations to any designations of the transcript of Dr. Roscigno deposition by Defendant.

37.   **Lewis Rubin**. Plaintiff objects to Defendant calling Dr. Rubin by deposition absent a showing of unavailability pursuant to Federal Rule of Civil Procedure 32. Plaintiff reserves the right to provide objections and counter-designations to any designations of the transcript of Dr. Rubin's deposition by Defendant.

Plaintiff reserves the right to object to Defendant calling witnesses identified on Plaintiff's Witness List but not on Defendant's Witness List should Defendant attempt to call any such witnesses live or by deposition.

EXHIBIT 8

**EXHIBIT 8**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIQUIDIA TECHNOLOGIES, INC., )<br>)<br>Defendant. )<br>)<br>) | C.A. No. 20-755-RGA-JLH |

<u>**UNITED THERAPEUTIC CORPORATION'S DEPOSITION DESIGNATIONS**</u>

## EXHIBIT 8

As required by District of Delaware Local Rule 16.3(c)(7), Plaintiff United Therapeutics

Corporation ("UTC") may introduce the following deposition testimony at trial, consistent with

the Federal Rules of Evidence and Federal Rules of Civil Procedure, subject to objections to

admissibility.  UTC's designations are not a waiver of any right to object to Defendant Liquidia

Technologies, Inc.'s ("Liquidia's") introduction of the same testimony.

Liquidia's objections are identified by the following abbreviations:

| Code | Objection |
|---|---|
| 401/402 | Irrelevant (FRE 401/402) |
| 403 | Prejudice, Confusion, Waste of Time (FRE 403) |
| A | Argumentative |
| AA | Asked and answered |
| AF | Assumes facts not in evidence |
| ATTY | Attorney objections not removed |
| C | Compound |
| D | Document speaks for itself |
| F | Lacks foundation/personal knowledge (FRE 602) |
| H | Hearsay (FRE 802) |
| I | Improper/incomplete designation |
| IE | Improper opinion (FRE 701 (lay) or FRE 702/703 (expert)) |
| IH | Incomplete hypothetical |
| L | Leading |
| LC | Legal conclusion |
| M | Misleading/mischaracterizes prior testimony |
| MIL | Subject to MIL |
| N | Nonresponsive |
| NA | Narrative |
| P | Privilege |
| S | Speculation |
| Scope | Testimony by 30(b)(6) designee outside scope of noticed and designated topics; testimony of third party outside scope of subpoena requests |
| V | Vague/ambiguous/overbroad |

Liquidia reserves the right to use any deposition testimony designated by UTC, or

designated by Liquidia as a counter-designation to any of UTC's deposition designations.

UTC's objections to Liquidia's counter-designations are identified by the following

**EXHIBIT 8**

abbreviations:

| Code | Deposition Designation Objection | Applicable Rule(s) |
|------|----------------------------------|---------------------|
| R | Relevance | Fed. R. Evid. 401, 402, 403 |
| C | Confusing | Fed. R. Evid. 403 |
| P | Prejudicial | Fed. R. Evid. 403 |
| H | Hearsay | Fed. R. Evid. 801, 802, 805 |
| I | Incomplete | Fed. R. Evid. 106, 401, 402, 403 |
| F | Lack of Foundation | Fed. R. Evid. 602, 901 |
| S | Speculation/Lack of Personal Knowledge | Fed. R. Evid. 602 |
| AA | Cumulative/Asked and Answered | Fed. R. Evid. 403, 611(a) |
| V | Vague/Indefinite | Fed. R. Evid. 403, 611(a) |
| LC | Calls for Legal Conclusion | Fed. R. Evid. 701 |
| BE | Best Evidence | Fed. R. Evid. 1001, 1002 |
| X | Improper Expert Testimony | Fed. R. Evid. 701 |
| NR | Non-Responsive | Fed. R. Evid. 401, 403, 611(a) |
| 30b6 | Outside Scope of 30(b)(6) | Fed. R. Civ. P. 30(b)(6); Fed. R. Evid. 602 |
| Q | Colloquy | Fed. R. Evid. 401, 402, 403 |
| 611 | Outside Scope of Direct Examination | Fed. R. Evid. 611(b) |

3

**EXHIBIT 8**

I.  ████████████████  **(September 17, 2021)**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 25:9-12 | 401/402; 403; M; V | | |
| 25:15-26:6 | 401/402; 403; M; V; IE; N; NA | 26:8-9 | R, C, I, V, X |
| 93:12-16 | 401/402; 403; M; V | | |
| 93:19-94:4 | 401/402; 403; M; V; IE; LC; S | | |
| 96:10-17 | 401/402; 403; M; V; IE; S | | |
| 96:20-97:8 | 401/402; 403; M; V; IE; S | | |
| 99:22-100:4 | 401/402; 403; M; V | | |
| 100:7-101:13 | 401/402; 403; M; V; N; NA; Scope | | |
| 105:13-15 | 401/402; 403; M; V | | |
| 105:18-106:21 | 401/402; 403; M; V; IH; NA; S | | |
| 114:11-116:17 | 401/402; 403; M; V; IE; S | | |
| 116:20-117:9 | 401/402; 403; M; V; IE; S | | |
| 117:12-118:18 | 401/402; 403; M; V; IE; NA; S | | |
| 118:20-119:2 | 401/402; 403; M; V | | |
| 119:5-13 | 401/402; 403; M; V | | |
| 119:15-120:12 | 401/402; 403; M; V; F; IE; S | | |
| 126:18-128:9 | 401/402; 403; M; V; D | | |
| 128:12-129:20 | 401/402; 403; M; V; IE; IH; S | | |
| 149:10-150:5 | 401/402; 403; M; V; N; NA | | |
| 155:11-20 | 401/402; 403; M; V; D; F | | |
| 156:1-12 | 401/402; 403; M; V; D; F; S | | |
| 156:15-158:2 | 401/402; 403; M; V; D; F; S | 158:4-6; 158:9-11 | I, V, C, X |
| 161:3-162:15 | 401/402; 403; M; V; IE; IH; N; NA | 162:16-18 | R, I, V, C, X |
| 168:22-169:3 | 401/402; 403; M; V | | |
| 169:6 | 401/402; 403; M; V; N | | |

**EXHIBIT 8**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 169:8-170:4 | 401/402; 403; M; V; D; F; IE; IH; NA; S | | |
| 170:8-173:11 | 401/402; 403; M; V; D; F; IE; IH; NA; S | | |
| 177:3-178:14 | 401/402; 403; M; V; F; IE; N; NA; S | | |
| 245:9-12 | 401/402; 403; M; V | | |
| 245:15-17 | 401/402; 403; M; V; F; IH; IE; S; Scope | | |
| 245:20-248:20 | 401/402; 403; M; V; F; IH; IE; NA; S; Scope | | |
| 254:1-2 | 401/402; 403; M; V | 253:16-22 | I, V, C, F, BE |
| 254:5-255:3 | 401/402; 403; M; V; F; IE; NA; S; Scope | | |
| 255:5-6 | 401/402; 403; M; V | | |
| 255:9-256:5 | 401/402; 403; M; V; F; IE; NA; S; Scope | | |
| 346:11-12 | 401/402; 403; M; V | | |
| 346:15-347:1 | 401/402; 403; M; V; LC | | |
| 347:3-5 | 401/402; 403; M; V | | |
| 347:8-17 | 401/402; 403; M; V; LC | | |
| 347:20-348:12 | 401/402; 403; M; V; LC; NA | | |

**EXHIBIT 8**

## II.    Todd Battistoni (October 7, 2021)

| UTC's Designations | Liquidia's Objections to UTC's Designations | Defendant's Counter-Designation | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 11:6-8 | 401/402; 403; M; V | 7:9-7:12 | R, 611 |
| 12:24-13:19 | 401/402; 403; M; V | 11:6-11:8 | R |
| 13:21-15:11 | 401/402; 403; M; V | 12:23-14:6 | I, H, R |
| 16:1-7 | 401/402; 403; M; V | 16:4-16:7 | I, H, R |
| 19:20-20:20 | 401/402; 403; M; V | 19:20-19:25 | I, R |
| 20:24-21:3 | 401/402; 403; M; V | 20:1-20:1 | I, R |
| 21:5-7 | 401/402; 403; M; V | 20:9-20:23 | I, H |
| 21:11-23:4 | 401/402; 403; M; V | 21:11-23:4 | I, H |
| 23:23-24:6 | 401/402; 403; M; V | 23:18-23:22 | I, H |
| 24:12-14 | 401/402; 403; M; V | 24:4-24:6 | I |
| 25:9-25:23 | 401/402; 403; M; V | 24:9-24:9 | I, R |
| 25:25-26:10 | 401/402; 403; M; V | 24:12-24:14 | I, S, H, F |
| 26:13-27:5 | 401/402; 403; M; V | 35:21-35:21 | I, H, S, R |
| 27:21-28:20 | 401/402; 403; M; V | 36:21-37:7 | I, H, S |
| 28:24-25 | 401/402; 403; M; V | 37:18-37:20 | |
| 29:3-20 | 401/402; 403; M; V | 37:24-38:10 | I, H, S, BE |
| 30:15-31:3 | 401/402; 403; M; V | 42:17-43:3 | I, H, S, BE |
| 31:7-9 | 401/402; 403; M; V | 43:7-44:4 | I, H, S, BE |
| 32:10-22 | 401/402; 403; M; V | 46:13-46:23 | I, H, S, BE |
| 33:19-34:11 | 401/402; 403; M; V | 47:1-47:15 | I, H, BE |
| 34:14-20 | 401/402; 403; M; V | 48:1-48:23 | I, H, S, BE, NR |
| 35:12-18 | 401/402; 403; M; V | 49:10-49:18 | I, H, S, BE, NR |
| 35:22-36:11 | 401/402; 403; M; V; I | 49:21-50:4 | I, H, S, BE, NR |
| 36:15-20 | 401/402; 403; M; V | 50:6-50:8 | I, H, S, BE, NR |
| 42:21-43:3 | 401/402; 403; M; V | 50:12-50:18 | I, H, S, BE, NR |
| 43:7-44:3 | 401/402; 403; M; V | 52:11-53:2 | I, H, S, BE, X, NR |
| 44:8-9 | 401/402; 403; M; V | 53:5-54:7 | I, H, S, BE, X, NR |
| 44:12-45:1 | 401/402; 403; M; V | 54:24-55:1 | |
| 45:5-16 | 401/402; 403; M; V | 55:5-55:17 | I, H, S, BE, X |
| 45:20-46:9 | 401/402; 403; M; V | 62:9-62:11 | |
| 46:13-20 | 401/402; 403; M; V | 62:15-62:20 | I, H, S, BE |
| 46:22-23 | 401/402; 403; M; V | 62:22-62:23 | |
| 47:1-48:11 | 401/402; 403; M; V | 63:2-63:16 | I, H, S, BE, C |
| 48:13-23 | 401/402; 403; M; V | 72:5-72:18 | |
| 49:10-18 | 401/402; 403; M; V | 74:13-75:9 | I, C, H |
| 49:21-50:8 | 401/402; 403; M; V | 76:12-76:22 | I, NR |
| 50:12-23 | 401/402; 403; M; V | 77:2-77:4 | |
| 51:2-6 | 401/402; 403; M; V | 77:7-78:3 | I, NR, H |
| 51:9-20 | 401/402; 403; M; V | 90:3-90:9 | |

## EXHIBIT 8

| | | | |
|---|---|---|---|
| 51:24-53:2 | 401/402; 403; M; V | 90:16-90:18 | |
| 53:5-54:7 | 401/402; 403; M; V | 90:21-90:23 | |
| 54:24-55:1 | 401/402; 403; M; V | 103:14-103:17 | |
| 55:5-56:7 | 401/402; 403; M; V | 103:20-104:11 | I, NR, Q |
| 56:11-25 | 401/402; 403; M; V | 104:18-104:19 | |
| 57:3-17 | 401/402; 403; M; V | 104:22-105:7 | I, NR, Q |
| 57:21-24 | 401/402; 403; M; V | 105:9-107:4 | I, H, BE, X |
| 58:22:00 | 401/402; 403; M; V | 148:8-148:16 | I |
| 59:7-11 | 401/402; 403; M; V | 148:20-148:21 | I, NR |
| 59:15-60:1 | 401/402; 403; M; V | 148:23-148:24 | |
| 60:04:00 | 401/402; 403; M; V | 149:2-149:7 | |
| 60:8-61:3 | 401/402; 403; M; V | 149:10-149:23 | I, S, H, F |
| 61:6-11 | 401/402; 403; M; V | 156:6-156:12 | R |
| 61:23-62:4 | 401/402; 403; M; V | 156:21-157:17 | I |
| 62:7-11 | 401/402; 403; M; V | 157:20-157:22 | I, C |
| 62:15-23 | 401/402; 403; M; V | 158:7-158:12 | I, H |
| 63:2-14 | 401/402; 403; M; V; I | 158:16-158:25 | I, H, S |
| 63:24-64:6 | 401/402; 403; M; V; I | 162:9-162:13 | I, H, S |
| 64:10-14 | 401/402; 403; M; V | 163:17-163:21 | I, H, S |
| 72:9-15 | 401/402; 403; M; V; I | 173:25-174:4 | 611 |
| 74:13-75:9 | 401/402; 403; M; V | 247:16-247:20 | I, H, BE, NR |
| 76:2-11 | 401/402; 403; M; V | 247:23-248:3 | I, H, S, BE |
| 78:14-15 | 401/402; 403; M; V; Scope | 248:6-248:18 | I, H, S, BE |
| 78:19-79:3 | 401/402; 403; M; V; Scope | 248:21-249:9 | I, H, S, BE |
| 80:4-6 | 401/402; 403; M; V; Scope | 329:13-329:17 | AA |
| 80:10-17 | 401/402; 403; M; V; Scope | 329:21-330:3 | |
| 80:21-81:5 | 401/402; 403; M; V; Scope | 330:8-330:22 | I, H, S, BE |
| 81:9-11 | 401/402; 403; M; V; Scope | 330:24-331:5 | I, H, S, BE |
| 82:1-2 | 401/402; 403; M; V; Scope | | |
| 82:6-83:6 | 401/402; 403; M; V; Scope | | |
| 84:1-5 | 401/402; 403; M; V; Scope | | |
| 84:8-14 | 401/402; 403; M; V; Scope | | |
| 84:17-22 | 401/402; 403; M; V; I; Scope | | |

7

**EXHIBIT 8**

| | | | |
|---|---|---|---|
| 85:5-25 | 401/402; 403; M; V; Scope | | |
| 86:4-9 | 401/402; 403; M; V; Scope | | |
| 86:18-20 | 401/402; 403; M; V; I; Scope | | |
| 86:24-87:6 | 401/402; 403; M; V; Scope | | |
| 87:13-17 | 401/402; 403; M; V; Scope | | |
| 87:20-88:8 | 401/402; 403; M; V; Scope | | |
| 88:17-23 | 401/402; 403; M; V; Scope | | |
| 89:1-90:9 | 401/402; 403; M; V; Scope | | |
| 90:16-18 | 401/402; 403; M; V; Scope | | |
| 90:21-23 | 401/402; 403; M; V; Scope | | |
| 93:6-25 | 401/402; 403; M; V; Scope | | |
| 94:16-17 | 401/402; 403; M; V; Scope | | |
| 94:21:00 | 401/402; 403; M; V; Scope | | |
| 94:23:00 | 401/402; 403; M; V; Scope | | |
| 94:25-95:4 | 401/402; 403; M; V; Scope | | |
| 96:6-20 | 401/402; 403; M; V; Scope | | |
| 96:13-20 | 401/402; 403; M; V; Scope | | |
| 97:15-18 | 401/402; 403; M; V; Scope | | |
| 97:24:00 | 401/402; 403; M; V; Scope | | |
| 98:2-11 | 401/402; 403; M; V; Scope | | |
| 99:23-100:3 | 401/402; 403; M; V; Scope | | |
| 100:7-22 | 401/402; 403; M; V; Scope | | |

**EXHIBIT 8**

| | | | |
|---|---|---|---|
| 101:1-21 | 401/402; 403; M; V; Scope | | |
| 117:22-118:19 | 401/402; 403; M; V; Scope | | |
| 132:18-19 | 401/402; 403; M; V; Scope | | |
| 132:23-25 | 401/402; 403; M; V; Scope | | |
| 133:2-3 | 401/402; 403; M; V; Scope | | |
| 133:7-8 | 401/402; 403; M; V; Scope | | |
| 133:10-12 | 401/402; 403; M; V; Scope | | |
| 133:14 | 401/402; 403; M; V; Scope | | |
| 133:16-17 | 401/402; 403; M; V; Scope | | |
| 133:21-25 | 401/402; 403; M; V; Scope | | |
| 134:5-7 | 401/402; 403; M; V; Scope | | |
| 134:11 | 401/402; 403; M; V; Scope | | |
| 134:13-135:1 | 401/402; 403; M; V; Scope | | |
| 135:5-15 | 401/402; 403; M; V; Scope | | |
| 135:19 | 401/402; 403; M; V; Scope | | |
| 135:22-136:2 | 401/402; 403; M; V; I; Scope | | |
| 138:16-17 | 401/402; 403; M; V | | |
| 138:21-25 | 401/402; 403; M; V | | |
| 139:1-23 | 401/402; 403; M; V | | |
| 140:6-24 | 401/402; 403; M; V | | |
| 141:6-11 | 401/402; 403; M; V | | |
| 141:19-22 | 401/402; 403; M; V | | |
| 142:1-20 | 401/402; 403; M; V | | |
| 143:18-23 | 401/402; 403; M; V | | |
| 144:2-10 | 401/402; 403; M; V | | |
| 144:16-19 | 401/402; 403; M; V | | |
| 146:25-147:7 | 401/402; 403; M; V; Scope | | |

## EXHIBIT 8

| | | | |
|---|---|---|---|
| 147:13-20 | 401/402; 403; M; V; Scope | | |
| 165:15-19 | 401/402; 403; M; V | | |
| 174:18-24 | 401/402; 403; M; V | | |
| 175:5-7 | 401/402; 403; M; V | | |
| 178:2-6 | 401/402; 403; M; V | | |
| 185:13-14 | 401/402; 403; M; V | | |
| 185:16-24 | 401/402; 403; M; V | | |
| 249:11-23 | 401/402; 403; M; V | | |
| 252:6-8 | 401/402; 403; M; V | | |
| 252:11 | 401/402; 403; M; V | | |
| 253:2-4 | 401/402; 403; M; V | | |
| 253:5-13 | 401/402; 403; M; V | | |
| 257:21-24 | 401/402; 403; M; V; I | | |
| 258:3-9 | 401/402; 403; M; V; I | | |
| 269:1-3 | 401/402; 403; M; V; I | | |
| 269:14-18 | 401/402; 403; M; V; I | | |
| 269:25-270:21 | 401/402; 403; M; V; I | | |
| 272:20-273:9 | 401/402; 403; M; V | | |
| 273:14-274:2 | 401/402; 403; M; V | | |
| 280:9-117 | 401/402; 403; M; V | | |
| 280:14-21 | 401/402; 403; M; V | | |
| 283:10-11 | 401/402; 403; M; V; I | | |
| 283:13-25 | 401/402; 403; M; V; I | | |
| 285:7-17 | 401/402; 403; M; V; I | | |
| 286:12-288:17 | 401/402; 403; M; V | | |
| 297:5-7 | 401/402; 403; M; V | | |
| 297:12-13 | 401/402; 403; M; V | | |
| 297:17-298:2 | 401/402; 403; M; V | | |
| 298:4-6 | 401/402; 403; M; V | | |
| 299:7-23 | 401/402; 403; M; V | | |
| 300:9-11 | 401/402; 403; M; V | | |
| 300:13-15 | 401/402; 403; M; V | | |
| 300:25-301:16 | 401/402; 403; M; V | | |
| 310:16-20 | 401/402; 403; M; V | | |
| 321:18-19 | 401/402; 403; M; V | | |
| 322:3-12 | 401/402; 403; M; V | | |
| 323:1-13 | 401/402; 403; M; V | | |
| 323:16-324:5 | 401/402; 403; M; V | | |
| 324:7-17 | 401/402; 403; M; V | | |

**EXHIBIT 8**

### III.    Kelli Collin (September 8, 2021)

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designation | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 10:6-8 | 401/402; 403; M; V | 6:7-6:9 | R, C, 611 [not testimony] |
| 12:12-19 | 401/402; 403; M; V | 10:3-10:8 | R, S, C |
| 20:8-10 | 401/402; 403; M; V | 19:22-20:1 | |
| 20:17-24 | 401/402; 403; M; V | 20:8-20:22 | I |
| 21:9-22:3 | 401/402; 403; M; V; S | 25:3-25:9 | I |
| 22:9-14 | 401/402; 403; M; V; AF; S | 25:18-25:22 | I, R |
| 22:22-23:3 | 401/402; 403; M; V | 26:20-27:7 | R |
| 29:25-30:3 | 401/402; 403; M; V | 30:7-30:15 | I |
| 31:22-23 | 401/402; 403; M; V; F; IE; LC; S | 37:17-37:17 | I, R, NR |
| 32:01:00 | 401/402; 403; M; V; F; IE; LC; S | 45:18-46:1 | I, R, C, NR, P |
| 34:4-17 | 401/402; 403; M; V; NA | 52:4-52:10 | I, R, C, NR, P |
| 35:6-11 | 401/402; 403; M; V; C; NA | 57:14-58:2 | I, NR, C |
| 35:14-36:11 | 401/402; 403; M; V; C; NA | 68:16-68:19 | I, NR, C |
| 37:7-16 | 401/402; 403; M; V; AF; I | 70:19-71:9 | I |
| 37:22-39:16 | 401/402; 403; M; V; NA | 76:22-77:1 | I, BE |
| 44:22-23 | 401/402; 403; M; V; F | 99:20-100:1 | I, NR, BE |
| 46:2-14 | 401/402; 403; M; V; D; F | 117:7-117:9 | |
| 46:17:00 | 401/402; 403; M; V; D; F | 117:12-117:17 | |
| 46:19-47:1 | 401/402; 403; M; V; D; F | 118:20-119:1 | NR, I |
| 47:4-5 | 401/402; 403; M; V; D; F | 126:4-126:13 | I, 611, R |
| 47:11-18 | 401/402; 403; M; V; F; S | 126:18-126:23 | I |
| 47:21-48:4 | 401/402; 403; M; V; F; S | 170:3-170:4 | I, R |
| 51:25-52:2 | 401/402; 403; M; V; F | 170:10-170:15 | I, R, H |
| 52:15-18 | 401/402; 403; M; V; D; F | 170:20-171:7 | I, NR |

11

**EXHIBIT 8**

| | | | |
|---|---|---|---|
| 53:16-54:1 | 401/402; 403; M; V; D; F | 171:19-171:22 | I, BE |
| 54:8-14 | 401/402; 403; M; V; D; F | 172:8-172:21 | I, NR, BE, H |
| 54:20-55:19 | 401/402; 403; M; V; F; S | | |
| 55:22:00 | 401/402; 403; M; V; F; S | | |
| 56:4-5 | 401/402; 403; M; V; AF; L; S | | |
| 56:8-11 | 401/402; 403; M; V; AF; L; S | | |
| 56:24-57:1 | 401/402; 403; M; V; AF; L; S | | |
| 57:4-12 | 401/402; 403; M; V; AF; L; S | | |
| 58:3-4 | 401/402; 403; M; V; F | | |
| 58:7-9 | 401/402; 403; M; V; F | | |
| 58:13-18 | 401/402; 403; M; V; F | | |
| 58:21-25 | 401/402; 403; M; V; F | | |
| 59:3-7 | 401/402; 403; M; V; F | | |
| 59:9-21 | 401/402; 403; M; V; F; S | | |
| 59:24:00 | 401/402; 403; M; V; F; S | | |
| 60:2-4 | 401/402; 403; M; V; F; S | | |
| 60:7-8 | 401/402; 403; M; V; F; S | | |
| 60:14-16 | 401/402; 403; M; V; F; S | | |
| 60:19:00 | 401/402; 403; M; V; F; S | | |
| 61:17-21 | 401/402; 403; M; V | | |
| 61:24-62:4 | 401/402; 403; M; V | | |
| 62:8-21 | 401/402; 403; M; V; AF; L; S | | |
| 63:1-9 | 401/402; 403; M; V; C; I; S | | |
| 63:11:00 | 401/402; 403; M; V; C; S | | |
| 63:14-16 | 401/402; 403; M; V; C; S | | |
| 63:18-64:13 | 401/402; 403; M; V; S | | |

**EXHIBIT 8**

| | | | |
|---|---|---|---|
| 64:18-65:5 | 401/402; 403; M; V; NA; S | | |
| 65:8-66:4 | 401/402; 403; M; V; NA; S | | |
| 66:8-67:9 | 401/402; 403; M; V; C | | |
| 68:10-11 | 401/402; 403; M; V; F; S | | |
| 68:14-15 | 401/402; 403; M; V; F; S | | |
| 69:15-17 | 401/402; 403; M; V; F; S | | |
| 69:20:00 | 401/402; 403; M; V; F; S | | |
| 69:22-24 | 401/402; 403; M; V; F; S | | |
| 70:13-19 | 401/402; 403; M; V | | |
| 71:10-14 | 401/402; 403; M; V; F; S | | |
| 71:19-72:2 | 401/402; 403; M; V; D | | |
| 72:6-8 | 401/402; 403; M; V; D | | |
| 72:22-73:9 | 401/402; 403; M; V; D; LC | | |
| 73:13-74:20 | 401/402; 403; M; V; F; LC; S | | |
| 74:25-75:8 | 401/402; 403; M; V; D; F; LC; S | | |
| 75:11-19 | 401/402; 403; M; V; D; F; LC; S | | |
| 75:22-23 | 401/402; 403; M; V; D; F; LC; S | | |
| 75:25-76:3 | 401/402; 403; M; V; LC; S | | |
| 76:5-9 | 401/402; 403; M; V; LC; S | | |
| 76:11-13 | 401/402; 403; M; V; L; LC; S | | |
| 76:16-19 | 401/402; 403; M; V; D; I | | |
| 77:2-12 | 401/402; 403; M; V; NA; S | | |
| 77:16-78:4 | 401/402; 403; M; V; D | | |
| 78:16-22 | 401/402; 403; M; V; L | | |
| 79:7-80:11 | 401/402; 403; M; V; D; L | | |

13

**EXHIBIT 8**

| | | | |
|---|---|---|---|
| 80:24-25 | 401/402; 403; M; V; AF; D; L | | |
| 81:3-7 | 401/402; 403; M; V; AF; D; L | | |
| 81:9-25 | 401/402; 403; M; V; D | | |
| 82:3-5 | 401/402; 403; M; V; D | | |
| 82:9-84:2 | 401/402; 403; M; V; D; L; LC | | |
| 84:4-8 | 401/402; 403; M; V; L; P | | |
| 84:11-24 | 401/402; 403; M; V; L; P | | |
| 85:2-20 | 401/402; 403; M; V; L; P | | |
| 86:4-12 | 401/402; 403; M; V; C | | |
| 86:15:00 | 401/402; 403; M; V | | |
| 86:17-24 | 401/402; 403; M; V; S | | |
| 87:2-8 | 401/402; 403; M; V; S | | |
| 88:4-90:14 | 401/402; 403; M; V; D; F; S | | |
| 90:16-18 | 401/402; 403; M; V; D; F; S | | |
| 90:21-22 | 401/402; 403; M; V; D; F; S | | |
| 90:24-91:2 | 401/402; 403; M; V; F; S | | |
| 91:5-92:12 | 401/402; 403; M; V; D; F; S | | |
| 92:15-17 | 401/402; 403; M; V; D; F; S | | |
| 92:24-93:21 | 401/402; 403; M; V; D; F; S | | |
| 94:3-18 | 401/402; 403; M; V; D; F; S | | |
| 95:1-96:3 | 401/402; 403; M; V; D; F; LC; S | | |
| 96:6-8 | 401/402; 403; M; V; D; F; LC; S | | |
| 96:10-97:1 | 401/402; 403; M; V; D; F; LC; S | | |
| 97:4-5 | 401/402; 403; M; V; D; F; LC; S | | |
| 97:7-25 | 401/402; 403; M; V; D; F; LC; S | | |

14

**EXHIBIT 8**

| | | | |
|---|---|---|---|
| 98:3-8 | 401/402; 403; M; V; D; F; LC; S | | |
| 98:5-7 | 401/402; 403; M; V; D; F; LC; S | | |
| 98:11-19 | 401/402; 403; M; V; D; F; LC; S | | |
| 100:2-6 | 401/402; 403; M; V; A; AA; L | | |
| 100:9-11 | 401/402; 403; M; V; A; AA; L | | |
| 100:15-101:2 | 401/402; 403; M; V; IH; L; S | | |
| 101:5-6 | 401/402; 403; M; V; IH; L; S | | |
| 101:8-9 | 401/402; 403; M; V; L; S | | |
| 101:12-17 | 401/402; 403; M; V; L; S | | |
| 101:20-24 | 401/402; 403; M; V; L; S | | |
| 102:2-9 | 401/402; 403; M; V; A; IH; L; S | | |
| 102:12-13 | 401/402; 403; M; V; A; IH; L; S | | |
| 102:22-25 | 401/402; 403; M; V; F; S | | |
| 103:3-6 | 401/402; 403; M; V; F; S | | |
| 103:25-104:1 | 401/402; 403; M; V; F | | |
| 104:3-6 | 401/402; 403; M; V; F | | |
| 106:3-8 | 401/402; 403; M; V; D; F | | |
| 106:11-20 | 401/402; 403; M; V; D; F | | |
| 107:10-12 | 401/402; 403; M; V; D; F | | |
| 107:22-24 | 401/402; 403; M; V; D; F | | |
| 108:2-3 | 401/402; 403; M; V; D; F | | |
| 108:5-7 | 401/402; 403; M; V; D; F | | |
| 108:19-21 | 401/402; 403; M; V; D; F; S | | |

**EXHIBIT 8**

| | | | |
|---|---|---|---|
| 108:24-109:1 | 401/402; 403; M; V; D; F; S | | |
| 109:9-12 | 401/402; 403; M; V; D; F | | |
| 110:5-18 | 401/402; 403; M; V; D; F | | |
| 110:24-112:7 | 401/402; 403; M; V; D; F | | |
| 112:15-113:10 | 401/402; 403; M; V; D; F | | |
| 113:12-13 | 401/402; 403; M; V; D; F | | |
| 113:15-16 | 401/402; 403; M; V | | |
| 113:22-25 | 401/402; 403; M; V; D; F | | |
| 114:10-12 | 401/402; 403; M; V; D; F | | |
| 114:18-20 | 401/402; 403; M; V; D; F | | |
| 114:23-115:1 | 401/402; 403; M; V; D; F | | |
| 116:4-7 | 401/402; 403; M; V; D; F | | |
| 116:11-20 | 401/402; 403; M; V; D; F | | |
| 118:2-8 | 401/402; 403; M; V; D | | |
| 119:2-11 | 401/402; 403; M; V; D; S | | |
| 120:6-8 | 401/402; 403; M; V; IH; LC | | |
| 120:11:00 | 401/402; 403; M; V; IH; LC | | |
| 120:23-25 | 401/402; 403; M; V; IH; S | | |
| 121:3-8 | 401/402; 403; M; V; IH; S | | |
| 122:2-123:12 | 401/402; 403; M; V; NA | | |
| 124:19-125:4 | 401/402; 403; M; V; D; S | | |
| 125:10-17 | 401/402; 403; M; V | | |
| 126:10-11 | 401/402; 403; M; V | | |
| 128:1-3 | 401/402; 403; M; V | | |
| 130:21-25 | 401/402; 403; M; V; D | | |
| 131:1-4 | 401/402; 403; M; V; D | | |

**EXHIBIT 8**

| | | | |
|---|---|---|---|
| 131:6-7 | 401/402; 403; M; V; F; S | | |
| 131:10-132:7 | 401/402; 403; M; V; D; F; S | | |
| 136:22-137:20 | 401/402; 403; M; V; D; F; S | | |
| 137:25-138:2 | 401/402; 403; M; V; F; S | | |
| 138:5-19 | 401/402; 403; M; V; F; S | | |
| 139:8-20 | 401/402; 403; M; V; IH | | |
| 140:12-21 | 401/402; 403; M; V; D; F; S | | |
| 140:24-141:1 | 401/402; 403; M; V; D; F; S | | |
| 141:9-18 | 401/402; 403; M; V; D; F; IH; IE; S | | |
| 141:23-142:7 | 401/402; 403; M; V; D; F; S | | |
| 142:10:00 | 401/402; 403; M; V; D; F; S | | |
| 142:12-16 | 401/402; 403; M; V; IE; F; S | | |
| 142:19-24 | 401/402; 403; M; V; IE; F; S | | |
| 143:3-9 | 401/402; 403; M; V; F; S | | |
| 143:14:00 | 401/402; 403; M; V; F; S | | |
| 143:17:00 | 401/402; 403; M; V; F; S | | |
| 145:4-6 | 401/402; 403; M; V; IE | | |
| 145:9-11 | 401/402; 403; M; V; IE | | |
| 145:13-18 | 401/402; 403; M; V; IE | | |
| 146:4-6 | 401/402; 403; M; V; IE; IH; S | | |
| 146:9-12 | 401/402; 403; M; V; IE; IH; S | | |
| 146:20-22 | 401/402; 403; M; V | | |
| 146:25-147:5 | 401/402; 403; M; V | | |
| 147:7-10 | 401/402; 403; M; V; F; S | | |
| 147:22-148:19 | 401/402; 403; M; V; NA; S | | |
| 149:2-3 | 401/402; 403; M; V; S | | |

**EXHIBIT 8**

| | | | |
|---|---|---|---|
| 149:06:00 | 401/402; 403; M; V; S | | |
| 149:15-17 | 401/402; 403; M; V; S | | |
| 150:1-12 | 401/402; 403; M; V; S | | |
| 150:15-21 | 401/402; 403; M; V; S | | |
| 151:17-152:3 | 401/402; 403; M; V; I; S | | |
| 152:6-7 | 401/402; 403; M; V; S | | |
| 152:12-13 | 401/402; 403; M; V; I; S | | |
| 153:3-20 | 401/402; 403; M; V; IH; S | | |
| 153:24-154:3 | 401/402; 403; M; V; IH; S | | |
| 154:9-17 | 401/402; 403; M; V; D; F | | |
| 155:10-11 | 401/402; 403; M; V; D; I | | |
| 155:13-17 | 401/402; 403; M; V; D | | |
| 155:22-156:6 | 401/402; 403; M; V; D; IE; S | | |
| 156:14-16 | 401/402; 403; M; V; F; IE; S | | |
| 156:19:00 | 401/402; 403; M; V; F; IE; S | | |
| 156:22-157:6 | 401/402; 403; M; V; D; I; F; IE; S | | |
| 157:8-15 | 401/402; 403; M; V; D; F; IE; S | | |
| 157:17-158:8 | 401/402; 403; M; V; D; IE; F; S | | |
| 158:11-159:12 | 401/402; 403; M; V; D; IE; F; S | | |
| 159:22-160:6 | 401/402; 403; M; V | | |
| 160:13-14 | 401/402; 403; M; V; D; S | | |
| 160:16-161:3 | 401/402; 403; M; V; D; S | | |
| 161:6-8 | 401/402; 403; M; V; D; S | | |
| 162:25-163:11 | 401/402; 403; M; V; D; F; IE; S | | |
| 163:14-17 | 401/402; 403; M; V; D; F; IE; S | | |
| 164:15-18 | 401/402; 403; M; V; D | | |
| 164:21-24 | 401/402; 403; M; V; D | | |
| 165:3-9 | 401/402; 403; M; V; D | | |

**EXHIBIT 8**

| | | | |
|---|---|---|---|
| 167:15-19 | 401/402; 403; M; V; D; F; IE; S | | |
| 167:22-24 | 401/402; 403; M; V; D; F; IE; S | | |
| 168:15-16 | 401/402; 403; M; V; D | | |
| 168:23-169:2 | 401/402; 403; M; V; D | | |
| 169:8-11 | 401/402; 403; M; V | | |
| 168:23-169:2 | 401/402; 403; M; V | | |
| 169:22-170:2 | 401/402; 403; M; V; D | | |
| 170:5-9 | 401/402; 403; M; V; D | | |
| 170:16-19 | 401/402; 403; M; V; D | | |
| 171:8-18 | 401/402; 403; M; V; D | | |
| 171:23-172:7 | 401/402; 403; M; V; S | | |
| 172:22-173:2 | 401/402; 403; M; V; F; IE; S | | |
| 173:5-12 | 401/402; 403; M; V; F; IE; S | | |
| 173:15-174:7 | 401/402; 403; M; V; F; IE; S | | |
| 174:10-11 | 401/402; 403; M; V; F; IE; S | | |
| 174:16-19 | 401/402; 403; M; V; F; IE; S | | |
| 174:23-175:17 | 401/402; 403; M; V; F; IE; S | | |

# EXHIBIT 8

## IV.    Jeffrey Kindig (September 16, 2021)

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 10:3-5 | 401/402; 403; M; V | 23:18-23:19 | R, C, I, F |
| 11:23-24 | 401/402; 403; M; V; I | 163:2-163:6 | H, I, S, V, F, C |
| 13:8-14:6 | 401/402; 403; M; V | | |
| 14:8-15:19 | 401/402; 403; M; V; I | | |
| 15:21-16:20 | 401/402; 403; M; V; I | | |
| 21:17-19 | 401/402; 403; M; V | | |
| 22:7-12 | 401/402; 403; M; V | | |
| 30:14-20 | 401/402; 403; M; V | | |
| 31:2-5 | 401/402; 403; M; V | | |
| 33:8-10 | 401/402; 403; M; V | | |
| 33:20-23 | 401/402; 403; M; V | | |
| 34:1 | 401/402; 403; M; V | | |
| 35:22-36:9 | 401/402; 403; M; V | | |
| 36:11-15 | 401/402; 403; M; V | | |
| 41:7-42:4 | 401/402; 403; M; V | | |
| 43:18-20 | 401/402; 403; M; V | | |
| 43:24-44:3 | 401/402; 403; M; V | | |
| 56:12-14 | 401/402; 403; M; V | | |
| 57:1-58:16 | 401/402; 403; M; V | | |
| 58:19-20 | 401/402; 403; M; V | | |
| 59:12-22 | 401/402; 403; M; V | | |
| 60:1-2 | 401/402; 403; M; V | | |
| 62:20-23 | 401/402; 403; M; V | | |
| 63:5-18 | 401/402; 403; M; V; I | | |
| 63:22-23 | 401/402; 403; M; V | | |
| 64:4-7 | 401/402; 403; M; V | | |
| 64:11-65:4 | 401/402; 403; M; V | | |
| 67:17-18 | 401/402; 403; M; V | | |
| 67:21-68:1 | 401/402; 403; M; V; Scope | | |
| 68:13-23 | 401/402; 403; M; V; Scope | | |
| 69:2 | 401/402; 403; M; V; Scope | | |
| 69:4-9 | 401/402; 403; M; V; Scope | | |
| 69:13 | 401/402; 403; M; V; Scope | | |
| 69:20 | 401/402; 403; M; V; I; Scope | | |
| 76:11-23 | 401/402; 403; M; V | | |

20

**EXHIBIT 8**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 77:1-5 | 401/402; 403; M; V | | |
| 77:22-78:6 | 401/402; 403; M; V | | |
| 78:9 | 401/402; 403; M; V | | |
| 78:11-18 | 401/402; 403; M; V; Scope | | |
| 78:22-25 | 401/402; 403; M; V; Scope | | |
| 79:2-9 | 401/402; 403; M; V; Scope | | |
| 80:2-4 | 401/402; 403; M; V; Scope | | |
| 80:13-23 | 401/402; 403; M; V; Scope | | |
| 81:2-5 | 401/402; 403; M; V | | |
| 81:19-23 | 401/402; 403; M; V; Scope | | |
| 82:2-3 | 401/402; 403; M; V; Scope | | |
| 82:5-11 | 401/402; 403; M; V; Scope | | |
| 82:14 | 401/402; 403; M; V; Scope | | |
| 83:1-3 | 401/402; 403; M; V; Scope | | |
| 83:7-8 | 401/402; 403; M; V; Scope | | |
| 84:2-6 | 401/402; 403; M; V; Scope | | |
| 84:10-20 | 401/402; 403; M; V; Scope | | |
| 84:24-25 | 401/402; 403; M; V; Scope | | |
| 85:21-24 | 401/402; 403; M; V; Scope | | |
| 86:3-4 | 401/402; 403; M; V; Scope | | |
| 88:10-21 | 401/402; 403; M; V; Scope | | |
| 89:17-20 | 401/402; 403; M; V; Scope | | |
| 89:24-90:2 | 401/402; 403; M; V; Scope | | |

EXHIBIT 8

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 90:4 | 401/402; 403; M; V; Scope | | |
| 90:7-9 | 401/402; 403; M; V; Scope | | |
| 90:11-22 | 401/402; 403; M; V; Scope | | |
| 91:5-10 | 401/402; 403; M; V; Scope | | |
| 94:18-23 | 401/402; 403; M; V; I; Scope | | |
| 94:25-95:2 | 401/402; 403; M; V; I | | |
| 95:10-23 | 401/402; 403; M; V | | |
| 96:1 | 401/402; 403; M; V | | |
| 96:3-12 | 401/402; 403; M; V | | |
| 97:7-12 | 401/402; 403; M; V | | |
| 97:19-98:7 | 401/402; 403; M; V | | |
| 99:8-16 | 401/402; 403; M; V; Scope | | |
| 99:19-21 | 401/402; 403; M; V | | |
| 99:23-100:6 | 401/402; 403; M; V; Scope | | |
| 100:16-19 | 401/402; 403; M; V; Scope | | |
| 101:14-17 | 401/402; 403; M; V; Scope | | |
| 101:21-22 | 401/402; 403; M; V | | |
| 102:18-21 | 401/402; 403; M; V | | |
| 102:25 | 401/402; 403; M; V | | |
| 103:2-6 | 401/402; 403; M; V; Scope | | |
| 103:13-23 | 401/402; 403; M; V; Scope | | |
| 104:2-3 | 401/402; 403; M; V; Scope | | |
| 104:10-11 | 401/402; 403; M; V; Scope | | |
| 104:13-14 | 401/402; 403; M; V; Scope | | |
| 104:16-24 | 401/402; 403; M; V; Scope | | |
| 105:1-2 | 401/402; 403; M; V; Scope | | |

**EXHIBIT 8**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 105:4-6 | 401/402; 403; M; V; Scope | | |
| 105:10-11 | 401/402; 403; M; V; Scope | | |
| 105:13-15 | 401/402; 403; M; V; Scope | | |
| 105:19-20 | 401/402; 403; M; V; Scope | | |
| 105:22-24 | 401/402; 403; M; V; Scope | | |
| 106:3-4 | 401/402; 403; M; V; Scope | | |
| 106:6-9 | 401/402; 403; M; V; Scope | | |
| 106:13-18 | 401/402; 403; M; V; Scope | | |
| 106:22-25 | 401/402; 403; M; V; Scope | | |
| 107:2-4 | 401/402; 403; M; V; Scope | | |
| 107:8-10 | 401/402; 403; M; V; Scope | | |
| 107:22-108:6 | 401/402; 403; M; V; Scope | | |
| 108:12-15 | 401/402; 403; M; V; Scope | | |
| 108:19-21 | 401/402; 403; M; V; Scope | | |
| 111:12-15 | 401/402; 403; M; V; Scope | | |
| 111:19-21 | 401/402; 403; M; V; Scope | | |
| 113:4-9 | 401/402; 403; M; V; Scope | | |
| 114:3-5 | 401/402; 403; M; V; I; Scope | | |
| 114:8-9 | 401/402; 403; M; V; Scope | | |
| 114:21-24 | 401/402; 403; M; V; Scope | | |
| 115:3-6 | 401/402; 403; M; V; Scope | | |

23

**EXHIBIT 8**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 115:8-9 | 401/402; 403; M; V; Scope | | |
| 115:12-13 | 401/402; 403; M; V; Scope | | |
| 115:17-116:1 | 401/402; 403; M; V; Scope | | |
| 116:5-9 | 401/402; 403; M; V; Scope | | |
| 116:11-13 | 401/402; 403; M; V; Scope | | |
| 116:17-19 | 401/402; 403; M; V; Scope | | |
| 116:21-25 | 401/402; 403; M; V; Scope | | |
| 117:7-10 | 401/402; 403; M; V; Scope | | |
| 119:2-5 | 401/402; 403; M; V; Scope | | |
| 119:9-12 | 401/402; 403; M; V; Scope | | |
| 119:14-15 | 401/402; 403; M; V; Scope | | |
| 119:19-24 | 401/402; 403; M; V; Scope | | |
| 120:10-11 | 401/402; 403; M; V | | |
| 120:15-20 | 401/402; 403; M; V; Scope | | |
| 122:21-25 | 401/402; 403; M; V | | |
| 123:13-124:10 | 401/402; 403; M; V | | |
| 125:24-126:2 | 401/402; 403; M; V; Scope | | |
| 126:5-7 | 401/402; 403; M; V; Scope | | |
| 126:9-12 | 401/402; 403; M; V; Scope | | |
| 126:14-15 | 401/402; 403; M; V; Scope | | |
| 126:17-19 | 401/402; 403; M; V; Scope | | |
| 126:21-25 | 401/402; 403; M; V; Scope | | |
| 127:2-4 | 401/402; 403; M; V; Scope | | |

**EXHIBIT 8**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 127:6-7 | 401/402; 403; M; V; Scope | | |
| 127:9-11 | 401/402; 403; M; V; Scope | | |
| 127:14-18 | 401/402; 403; M; V; Scope | | |
| 127:20-22 | 401/402; 403; M; V; Scope | | |
| 127:24-128:1 | 401/402; 403; M; V; Scope | | |
| 128:3-4 | 401/402; 403; M; V; Scope | | |
| 128:6-8 | 401/402; 403; M; V; Scope | | |
| 128:10-19 | 401/402; 403; M; V; Scope | | |
| 128:23-129:1 | 401/402; 403; M; V; Scope | | |
| 129:3-8 | 401/402; 403; M; V; Scope | | |
| 129:11-14 | 401/402; 403; M; V; Scope | | |
| 130:8-10 | 401/402; 403; M; V; Scope | | |
| 130:13-14 | 401/402; 403; M; V; Scope | | |
| 130:16-18 | 401/402; 403; M; V; Scope | | |
| 130:21-131:1 | 401/402; 403; M; V; Scope | | |
| 131:3-10 | 401/402; 403; M; V; Scope | | |
| 131:23-132:1 | 401/402; 403; M; V; Scope | | |
| 132:4-5 | 401/402; 403; M; V; Scope | | |
| 132:7-8 | 401/402; 403; M; V; Scope | | |
| 132:10-11 | 401/402; 403; M; V; Scope | | |
| 144:19-25 | 401/402; 403; M; V | | |
| 145:13-146:1 | 401/402; 403; M; V; Scope | | |

## EXHIBIT 8

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 146:5-8 | 401/402; 403; M; V; Scope | | |
| 146:10-13 | 401/402; 403; M; V; Scope | | |
| 146:17-21 | 401/402; 403; M; V; Scope | | |
| 147:4-10 | 401/402; 403; M; V; Scope | | |
| 147:14-16 | 401/402; 403; M; V; Scope | | |
| 147:21-148:7 | 401/402; 403; M; V; Scope | | |
| 148:11-12 | 401/402; 403; M; V; Scope | | |
| 148:11-12 | 401/402; 403; M; V; Scope | | |
| 148:14-16 | 401/402; 403; M; V; Scope | | |
| 148:18-19 | 401/402; 403; M; V; Scope | | |
| 148:21-22 | 401/402; 403; M; V; Scope | | |
| 148:24-25 | 401/402; 403; M; V; Scope | | |
| 149:2-3 | 401/402; 403; M; V; Scope | | |
| 149:7-8 | 401/402; 403; M; V; Scope | | |
| 149:10-12 | 401/402; 403; M; V; Scope | | |
| 149:15-17 | 401/402; 403; M; V; Scope | | |
| 150:8-13 | 401/402; 403; M; V | | |
| 150:17-151:5 | 401/402; 403; M; V | | |
| 151:9-14 | 401/402; 403; M; V | | |
| 162:1-6 | 401/402; 403; M; V; I | | |
| 162:9-11 | 401/402; 403; M; V; I | | |
| 162:13-15 | 401/402; 403; M; V; I | | |
| 163:2-6 | 401/402; 403; M; V | | |
| 165:1-11 | 401/402; 403; M; V | | |
| 166:2-6 | 401/402; 403; M; V | | |
| 166:19-24 | 401/402; 403; M; V | | |

**EXHIBIT 8**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 167:2-3 | 401/402; 403; M; V | | |
| 177:18-20 | 401/402; 403; M; V | | |
| 177:24-178:11 | 401/402; 403; M; V | | |
| 178:14 | 401/402; 403; M; V | | |
| 179:11-14 | 401/402; 403; M; V | | |
| 179:17-22 | 401/402; 403; M; V | | |
| 180:6-8 | 401/402; 403; M; V | | |
| 180:11 | 401/402; 403; M; V | | |
| 180:13-16 | 401/402; 403; M; V | | |
| 180:20-181:1 | 401/402; 403; M; V | | |
| 181:3-7 | 401/402; 403; M; V | | |
| 181:10-13 | 401/402; 403; M; V | | |
| 181:15-17 | 401/402; 403; M; V | | |
| 181:21 | 401/402; 403; M; V | | |
| 204:10-12 | 401/402; 403; M; V | | |
| 204:18-205:1 | 401/402; 403; M; V | | |
| 205:14-17 | 401/402; 403; M; V | | |
| 205:21-25 | 401/402; 403; M; V | | |
| 207:3-208:1 | 401/402; 403; M; V | | |
| 208:24-209:1 | 401/402; 403; M; V | | |
| 209:4-5 | 401/402; 403; M; V | | |
| 209:20-22 | 401/402; 403; M; V | | |
| 209:24-25 | 401/402; 403; M; V | | |
| 210:4-13 | 401/402; 403; M; V | | |
| 210:22-25 | 401/402; 403; M; V | | |
| 211:3 | 401/402; 403; M; V | | |
| 211:5-15 | 401/402; 403; M; V | | |
| 211:18-23 | 401/402; 403; M; V | | |
| 214:20-24 | 401/402; 403; M; V | | |
| 215:2-13 | 401/402; 403; M; V | | |
| 216:24-217:1 | 401/402; 403; M; V | | |
| 217:3-4 | 401/402; 403; M; V | | |
| 217:18-218:11 | 401/402; 403; M; V | | |
| 218:21-221:9 | 401/402; 403; M; V | | |
| 221:12-15 | 401/402; 403; M; V | | |
| 222:5-7 | 401/402; 403; M; V | | |
| 222:9-13 | 401/402; 403; M; V | | |
| 222:15-223:3 | 401/402; 403; M; V | | |
| 223:25-224:1 | 401/402; 403; M; V | | |
| 224:4-6 | 401/402; 403; M; V | | |
| 224:8-9 | 401/402; 403; M; V | | |
| 224:15-22 | 401/402; 403; M; V | | |

**EXHIBIT 8**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 225:7-16 | 401/402; 403; M; V | | |
| 225:20-226:24 | 401/402; 403; M; V | | |
| 227:4-228:2 | 401/402; 403; M; V | | |
| 228:4-23 | 401/402; 403; M; V | | |
| 229:2-8 | 401/402; 403; M; V | | |
| 229:19-22 | 401/402; 403; M; V | | |
| 230:3-10 | 401/402; 403; M; V | | |
| 230:12-15 | 401/402; 403; M; V | | |
| 230:23-231:23 | 401/402; 403; M; V | | |
| 232:1-2 | 401/402; 403; M; V | | |
| 232:4-8 | 401/402; 403; M; V | | |
| 232:11-18 | 401/402; 403; M; V | | |
| 232:21-23 | 401/402; 403; M; V | | |
| 233:6-8 | 401/402; 403; M; V | | |
| 233:11-13 | 401/402; 403; M; V | | |
| 235:3-20 | 401/402; 403; M; V | | |
| 235:24-236:3 | 401/402; 403; M; V | | |
| 236:5 | 401/402; 403; M; V | | |
| 236:8-10 | 401/402; 403; M; V | | |
| 236:14-237:1 | 401/402; 403; M; V | | |
| 237:5-8 | 401/402; 403; M; V | | |
| 239:16-17 | 401/402; 403; M; V | | |
| 239:21-25 | 401/402; 403; M; V | | |
| 240:2-5 | 401/402; 403; M; V | | |
| 251:13-17 | 401/402; 403; M; V | | |
| 251:20-22 | 401/402; 403; M; V | | |
| 260:11-14 | 401/402; 403; M; V | | |
| 260:17-18 | 401/402; 403; M; V | | |
| 260:20-261:6 | 401/402; 403; M; V | | |
| 261:9-11 | 401/402; 403; M; V | | |
| 261:13-24 | 401/402; 403; M; V; I | | |
| 262:24-263:9 | 401/402; 403; M; V | | |
| 263:13-15 | 401/402; 403; M; V | | |
| 263:17-19 | 401/402; 403; M; V | | |

28

**EXHIBIT 8**

V.     **Jeffrey Kindig (October 29, 2021)**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 278:11-14 | 401/402; 403; M; V | 280:5-280:10 | H, S, I |
| 278:17 | 401/402; 403; M; V | 286:7-286:13 | R, C, H, I, V |
| 278:21-279:6 | 401/402; 403; M; V | 286:25-287:1 | R, C, H, I, V |
| 279:12-16 | 401/402; 403; M; V | 287:4-287:6 | R, C, H, I, V |
| 279:20-280:4 | 401/402; 403; M; V | 287:20-288:3 | C, H, S, AA |
| 281:3-11 | 401/402; 403; M; V | 289:17-289:23 | H, S, I, V |
| 283:6-8 | 401/402; 403; M; V | 292:15-292:19 | H, S, I, V |
| 283:15-284:14 | 401/402; 403; M; V | 311:23-312:5 | H, S, I, V |
| 285:1-286:6 | 401/402; 403; M; V | 341:2-341:14 | H, F, S, C |
| 286:14-24 | 401/402; 403; M; V | 344:17-344:18 | F, C, H, S, LC |
| 288:9-25 | 401/402; 403; M; V | 344:20-344:23 | F, C, H, S, LC |
| 289:4-16 | 401/402; 403; M; V | 344:25-345:1 | F, C, H, S, LC |
| 289:24-290:3 | 401/402; 403; M; V | 345:3-345:5 | F, C, H, S, LC |
| 290:5-15 | 401/402; 403; M; V | 373:24-374:6 | H, I, F, S, V, LC |
| 290:17 | 401/402; 403; M; V | 390:5-390:9 | H, I, F, S, V, LC |
| 290:19-21 | 401/402; 403; M; V | 390:18-390:19 | H, I, F, S, V, LC |
| 290:24 | 401/402; 403; M; V | 390:22-390:25 | H, I, F, S, V, LC |
| 291:7-15 | 401/402; 403; M; V | 391:10-391:15 | H, I, F, S, V, LC |
| 291:18-20 | 401/402; 403; M; V | | |
| 292:2-14 | 401/402; 403; M; V | | |
| 292:20-293:7 | 401/402; 403; M; V | | |
| 293:10-12 | 401/402; 403; M; V | | |
| 293:14-19 | 401/402; 403; M; V | | |
| 294:4-5 | 401/402; 403; M; V | | |
| 294:12-14 | 401/402; 403; M; V | | |
| 295:11-296:4 | 401/402; 403; M; V | | |
| 296:7-11 | 401/402; 403; M; V | | |
| 296:13-15 | 401/402; 403; M; V | | |
| 296:19 | 401/402; 403; M; V | | |
| 296:21-23 | 401/402; 403; M; V | | |
| 296:25 | 401/402; 403; M; V | | |
| 297:13-16 | 401/402; 403; M; V | | |
| 297:19-22 | 401/402; 403; M; V | | |
| 298:8-10 | 401/402; 403; M; V | | |
| 298:13-14 | 401/402; 403; M; V | | |
| 299:3-14 | 401/402; 403; M; V | | |
| 300:14-301:3 | 401/402; 403; M; V | | |
| 301:5-7 | 401/402; 403; M; V | | |
| 301:20-302:17 | 401/402; 403; M; V | | |
| 303:14-17 | 401/402; 403; M; V | | |

**EXHIBIT 8**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 303:19-21 | 401/402; 403; M; V | | |
| 303:23-25 | 401/402; 403; M; V | | |
| 304:2-5 | 401/402; 403; M; V | | |
| 305:2-14 | 401/402; 403; M; V | | |
| 306:10-19 | 401/402; 403; M; V | | |
| 310:16-20 | 401/402; 403; M; V | | |
| 311:2-5 | 401/402; 403; M; V | | |
| 311:10-22 | 401/402; 403; M; V | | |
| 312:9-24 | 401/402; 403; M; V | | |
| 319:22-320:17 | 401/402; 403; M; V | | |
| 320:20-24 | 401/402; 403; M; V | | |
| 321:2-5 | 401/402; 403; M; V | | |
| 321:7-9 | 401/402; 403; M; V | | |
| 321:11-14 | 401/402; 403; M; V | | |
| 321:16-19 | 401/402; 403; M; V | | |
| 321:22-25 | 401/402; 403; M; V | | |
| 322:2-6 | 401/402; 403; M; V | | |
| 322:16-18 | 401/402; 403; M; V; I | | |
| 322:21 | 401/402; 403; M; V | | |
| 322:23-323-8 | 401/402; 403; M; V | | |
| 323:11-13 | 401/402; 403; M; V | | |
| 323:15-16 | 401/402; 403; M; V | | |
| 323:19- | 401/402; 403; M; V | | |
| 323:21-23 | 401/402; 403; M; V | | |
| 324:21-325:10 | 401/402; 403; M; V | | |
| 325:23-326:11 | 401/402; 403; M; V | | |
| 327:5-7 | 401/402; 403; M; V | | |
| 327:25-328:2 | 401/402; 403; M; V | | |
| 328:4-5 | 401/402; 403; M; V | | |
| 328:15-16 | 401/402; 403; M; V | | |
| 328:19-20 | 401/402; 403; M; V | | |
| 328:22-329:8 | 401/402; 403; M; V | | |
| 329:15-16 | 401/402; 403; M; V | | |
| 329:19-20 | 401/402; 403; M; V | | |
| 329:22-25 | 401/402; 403; M; V | | |
| 330:2-5 | 401/402; 403; M; V | | |
| 330:7-331:1 | 401/402; 403; M; V | | |
| 331:11-12 | 401/402; 403; M; V | | |
| 331:14-15 | 401/402; 403; M; V | | |
| 331:17-24 | 401/402; 403; M; V | | |
| 332:2 | 401/402; 403; M; V | | |
| 332:4-15 | 401/402; 403; M; V | | |

**EXHIBIT 8**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 332:17-18 | 401/402; 403; M; V | | |
| 332:20-22 | 401/402; 403; M; V | | |
| 332:24-333:1 | 401/402; 403; M; V | | |
| 333:3-9 | 401/402; 403; M; V; I | | |
| 333:19 | 401/402; 403; M; V; I | | |
| 334:18-335:7 | 401/402; 403; M; V | | |
| 335:9 | 401/402; 403; M; V | | |
| 335:11-336:1 | 401/402; 403; M; V | | |
| 336:4 | 401/402; 403; M; V | | |
| 336:6-8 | 401/402; 403; M; V | | |
| 336:11-12 | 401/402; 403; M; V | | |
| 336:15-17 | 401/402; 403; M; V | | |
| 336:19-337:5 | 401/402; 403; M; V | | |
| 337:7 | 401/402; 403; M; V | | |
| 338:10-16 | 401/402; 403; M; V | | |
| 344:5-16 | 401/402; 403; M; V | | |
| 345:20-346:3 | 401/402; 403; M; V; I | | |
| 346:10-347:7 | 401/402; 403; M; V | | |
| 347:10-11 | 401/402; 403; M; V | | |
| 347:22-348:5 | 401/402; 403; M; V | | |
| 348:7-10 | 401/402; 403; M; V | | |
| 348:12-13 | 401/402; 403; M; V | | |
| 348:17-19 | 401/402; 403; M; V | | |
| 348:21-22 | 401/402; 403; M; V | | |
| 349:2-4 | 401/402; 403; M; V | | |
| 349:6-7 | 401/402; 403; M; V | | |
| 349:9-10 | 401/402; 403; M; V | | |
| 349:12-14 | 401/402; 403; M; V | | |
| 349:16-18 | 401/402; 403; M; V | | |
| 349:22-350:4 | 401/402; 403; M; V; I | | |
| 350:12-14 | 401/402; 403; M; V | | |
| 350:21-25 | 401/402; 403; M; V | | |
| 351:6-12 | 401/402; 403; M; V | | |
| 351:25-352:3 | 401/402; 403; M; V | | |
| 352:5-353:12 | 401/402; 403; M; V; Scope | | |
| 355:20-21 | 401/402; 403; M; V; Scope | | |
| 356:2-6 | 401/402; 403; M; V; Scope | | |
| 356:9-11 | 401/402; 403; M; V; Scope | | |

31

**EXHIBIT 8**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 356:14-357:15 | 401/402; 403; M; V; I | | |
| 358:2-11 | 401/402; 403; M; V; Scope | | |
| 358:19-22 | 401/402; 403; M; V; Scope | | |
| 359:9-360:1 | 401/402; 403; M; V; Scope | | |
| 360:11-12 | 401/402; 403; M; V; Scope | | |
| 360:15-17 | 401/402; 403; M; V; Scope | | |
| 360:21-22 | 401/402; 403; M; V; I; Scope | | |
| 360:24-25 | 401/402; 403; M; V; Scope | | |
| 361:2-14 | 401/402; 403; M; V; Scope | | |
| 361:22-23 | 401/402; 403; M; V; Scope | | |
| 362:1-3 | 401/402; 403; M; V; Scope | | |
| 362:5-25 | 401/402; 403; M; V; Scope | | |
| 363:3-8 | 401/402; 403; M; V; Scope | | |
| 363:13-17 | 401/402; 403; M; V; Scope | | |
| 363:20-22 | 401/402; 403; M; V; Scope | | |
| 363:24-364:12 | 401/402; 403; M; V; Scope | | |
| 364:14-17 | 401/402; 403; M; V; Scope | | |
| 364:19-20 | 401/402; 403; M; V; Scope | | |
| 364:23-365:1 | 401/402; 403; M; V; Scope | | |
| 365:3-5 | 401/402; 403; M; V; Scope | | |
| 365:7-14 | 401/402; 403; M; V; Scope | | |
| 365:16-18 | 401/402; 403; M; V; Scope | | |

**EXHIBIT 8**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 365:20-25 | 401/402; 403; M; V; Scope | | |
| 366:2-11 | 401/402; 403; M; V; Scope | | |
| 366:14-21 | 401/402; 403; M; V; Scope | | |
| 368:13-15 | 401/402; 403; M; V; Scope | | |
| 368:19-369:14 | 401/402; 403; M; V; Scope | | |
| 370:3-6 | 401/402; 403; M; V; Scope | | |
| 370:8-10 | 401/402; 403; M; V; Scope | | |
| 370:12-18 | 401/402; 403; M; V; Scope | | |
| 370:21-25 | 401/402; 403; M; V; Scope | | |
| 371:2-372:3 | 401/402; 403; M; V; Scope | | |
| 372:5-6 | 401/402; 403; M; V; Scope | | |
| 372:8-14 | 401/402; 403; M; V; Scope | | |
| 372:16-18 | 401/402; 403; M; V; Scope | | |
| 372:20-373:1 | 401/402; 403; M; V; Scope | | |
| 373:3-5 | 401/402; 403; M; V; Scope | | |
| 373:7-11 | 401/402; 403; M; V; Scope | | |
| 373:14-16 | 401/402; 403; M; V; Scope | | |
| 373:18-19 | 401/402; 403; M; V; Scope | | |
| 373:21-22 | 401/402; 403; M; V; Scope | | |
| 378:3-4 | 401/402; 403; M; V; Scope | | |
| 378:22-379:17 | 401/402; 403; M; V; Scope | | |

**EXHIBIT 8**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 379:23-380:8 | 401/402; 403; M; V; Scope | | |
| 380:10-18 | 401/402; 403; M; V; Scope | | |
| 380:20-23 | 401/402; 403; M; V; Scope | | |
| 380:25-381:3 | 401/402; 403; M; V; Scope | | |
| 381:5-8 | 401/402; 403; M; V; Scope | | |
| 383:18-20 | 401/402; 403; M; V; Scope | | |
| 384:1-16 | 401/402; 403; M; V; Scope | | |
| 384:18-24 | 401/402; 403; M; V; Scope | | |
| 385:2-13 | 401/402; 403; M; V; Scope | | |
| 385:15-17 | 401/402; 403; M; V; Scope | | |
| 385:19-25 | 401/402; 403; M; V; Scope | | |
| 386:5-21 | 401/402; 403; M; V; Scope | | |
| 386:23-387:5 | 401/402; 403; M; V; Scope | | |
| 387:7-21 | 401/402; 403; M; V; Scope | | |
| 387:24-388:4 | 401/402; 403; M; V; Scope | | |
| 388:10-21 | 401/402; 403; M; V; Scope | | |
| 388:23-25 | 401/402; 403; M; V; Scope | | |
| 389:2-3 | 401/402; 403; M; V; Scope | | |
| 389:5-6 | 401/402; 403; M; V; Scope | | |
| 389:8-23 | 401/402; 403; M; V; Scope | | |
| 391:22-23 | 401/402; 403; M; V; Scope | | |

## EXHIBIT 8

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 392:13-22 | 401/402; 403; M; V; Scope | | |
| 392:25-393:3 | 401/402; 403; M; V; Scope | | |
| 393:5-15 | 401/402; 403; M; V; Scope | | |
| 393:20-394:25 | 401/402; 403; M; V; Scope | | |
| 395:6-21 | 401/402; 403; M; V; Scope | | |
| 396:2-4 | 401/402; 403; M; V; Scope | | |
| 396:6-11 | 401/402; 403; M; V; Scope | | |
| 396:16-397:15 | 401/402; 403; M; V; Scope | | |
| 397:17-398:1 | 401/402; 403; M; V; Scope | | |
| 398:14-16 | 401/402; 403; M; V; Scope | | |
| 399:14-16 | 401/402; 403; M; V; Scope | | |
| 399:18-19 | 401/402; 403; M; V; Scope | | |
| 399:21-24 | 401/402; 403; M; V; Scope | | |
| 400:2-6 | 401/402; 403; M; V; Scope | | |
| 400:9-401:9 | 401/402; 403; M; V; Scope | | |
| 402:5-17 | 401/402; 403; M; V; Scope | | |
| 403:3-4 | 401/402; 403; M; V; Scope | | |
| 403:8-10 | 401/402; 403; M; V; Scope | | |
| 403:12-13 | 401/402; 403; M; V; Scope | | |
| 403:15-20 | 401/402; 403; M; V; Scope | | |
| 404:13-14 | 401/402; 403; M; V; Scope | | |
| 404:16-20 | 401/402; 403; M; V; | | |

**EXHIBIT 8**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| | Scope | | |
| 404:22-23 | 401/402; 403; M; V; Scope | | |
| 404:25-405:1 | 401/402; 403; M; V; Scope | | |
| 405:3-7 | 401/402; 403; M; V; Scope | | |
| 405:9-10 | 401/402; 403; M; V; Scope | | |
| 405:12-18 | 401/402; 403; M; V | | |
| 406:11-13 | 401/402; 403; M; V | | |
| 406:15-17 | 401/402; 403; M; V | | |
| 406:19-407:8 | 401/402; 403; M; V | | |
| 407:10 | 401/402; 403; M; V | | |
| 407:12-13 | 401/402; 403; M; V | | |
| 407:17 | 401/402; 403; M; V | | |
| 407:19-20 | 401/402; 403; M; V | | |
| 407:22 | 401/402; 403; M; V | | |
| 407:24-25 | 401/402; 403; M; V | | |
| 408:3-4 | 401/402; 403; M; V | | |
| 408:14-22 | 401/402; 403; M; V | | |
| 408:24-409:14 | 401/402; 403; M; V | | |

EXHIBIT 8

VI.     Marisa Law (September 2, 2021)

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 13:15-25 | 401/402; 403; M; V | 9:20-10:3 | |
| 24:20-24 | 401/402; 403; M; V | 12:10-12:12 | |
| 29:5-7 | 401/402; 403; M; V | 13:15-13:25 | R, C, S |
| 29:9-12 | 401/402; 403; M; V | 18:15-18:18 | R, C, F |
| 29:14-15 | 401/402; 403; M; V | 20:21-21:5 | R, C, F, S |
| 29:17-19 | 401/402; 403; M; V | 21:7-21:9 | R, C, H |
| 29:21 | 401/402; 403; M; V | 32:8-32:18 | R, C, V |
| 31:3-6 | 401/402; 403; M; V | 33:2-33:4 | I, R, C, V |
| 31:8-14 | 401/402; 403; M; V | 51:4-51:4 | I, R, C, S, V, F |
| 31:16 | 401/402; 403; M; V | 101:11-101:13 | R, C, V, I, F |
| 32:1-2 | 401/402; 403; M; V | | |
| 32:8-18 | 401/402; 403; M; V | | |
| 33:2-13 | 401/402; 403; M; V | | |
| 33:15-20 | 401/402; 403; M; V | | |
| 33:25-34:3 | 401/402; 403; M; V | | |
| 35:24-38:20 | 401/402; 403; M; V | | |
| 44:16-22 | 401/402; 403; M; V | | |
| 45:18-22 | 401/402; 403; M; V | | |
| 46:1-9 | 401/402; 403; M; V | | |
| 46:11-14 | 401/402; 403; M; V | | |
| 46:16-47:2 | 401/402; 403; M; V | | |
| 47:4-9 | 401/402; 403; M; V | | |
| 48:17-25 | 401/402; 403; M; V | | |
| 49:2-5 | 401/402; 403; M; V | | |
| 49:8-11 | 401/402; 403; M; V | | |
| 49:13 | 401/402; 403; M; V | | |
| 51:3 | 401/402; 403; M; V | | |
| 51:5-8 | 401/402; 403; M; V; S | | |
| 52:14-24 | 401/402; 403; M; V | | |
| 53:2-4 | 401/402; 403; M; V | | |
| 53:6-7 | 401/402; 403; M; V | | |
| 55:16-21 | 401/402; 403; M; V | | |
| 57:5-58:6 | 401/402; 403; M; V | | |
| 62:1-2 | 401/402; 403; M; V | | |
| 62:4-6 | 401/402; 403; M; V | | |
| 62:8-21 | 401/402; 403; M; V | | |
| 62:23-63:4 | 401/402; 403; M; V | | |
| 63:22-23 | 401/402; 403; M; V | | |
| 64:4-7 | 401/402; 403; M; V | | |

EXHIBIT 8

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 64:9-12 | 401/402; 403; M; V | | |
| 64:14-19 | 401/402; 403; M; V | | |
| 64:21-24 | 401/402; 403; M; V | | |
| 65:1-9 | 401/402; 403; M; V | | |
| 65:14-17 | 401/402; 403; M; V | | |
| 66:5-11 | 401/402; 403; M; V | | |
| 66:13-24 | 401/402; 403; M; V | | |
| 67:1-5 | 401/402; 403; M; V | | |
| 67:7-9 | 401/402; 403; M; V | | |
| 67:11-21 | 401/402; 403; M; V | | |
| 67:23-68:7 | 401/402; 403; M; V | | |
| 68:14-18 | 401/402; 403; M; V | | |
| 68:23-69:3 | 401/402; 403; M; V | | |
| 71:12-72:19 | 401/402; 403; M; V | | |
| 76:23-25 | 401/402; 403; M; V | | |
| 80:7-14 | 401/402; 403; M; V | | |
| 80:16-81:7 | 401/402; 403; M; V | | |
| 82:5-15 | 401/402; 403; M; V | | |
| 82:19-83:3 | 401/402; 403; M; V | | |
| 83:5-15 | 401/402; 403; M; V | | |
| 83:17-84:6 | 401/402; 403; M; V | | |
| 85:19-25 | 401/402; 403; M; V | | |
| 86:14-87:12 | 401/402; 403; M; V | | |
| 88:6-20 | 401/402; 403; M; V | | |
| 90:17 | 401/402; 403; M; V | | |
| 90:19-91:7 | 401/402; 403; M; V | | |
| 93:2-3 | 401/402; 403; M; V; I | | |
| 93:19-25 | 401/402; 403; M; V; I | | |
| 94:20-95:4 | 401/402; 403; M; V | | |
| 96:5-97:2 | 401/402; 403; M; V; S | | |
| 97:4-12 | 401/402; 403; M; V; S | | |
| 97:14-17 | 401/402; 403; M; V; S | | |
| 97:19-22 | 401/402; 403; M; V | | |
| 97:24 | 401/402; 403; M; V | | |
| 98:2-4 | 401/402; 403; M; V; S | | |
| 98:6-7 | 401/402; 403; M; V; S | | |
| 98:15-18 | 401/402; 403; M; V | | |
| 98:21 | 401/402; 403; M; V | | |
| 99:24-25 | 401/402; 403; M; V | | |
| 100:2-6 | 401/402; 403; M; V | | |
| 101:5-10 | 401/402; 403; M; V | | |

**EXHIBIT 8**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 101:14-18 | 401/402; 403; M; V; S | | |
| 105:13-107:7 | 401/402; 403; M; V | | |

**EXHIBIT 8**

VII.    **Hamilton Lenox (January 21, 2022)**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 8:13-14 | 401/402; 403; M; V | 16:8-16:8 | R, I, NR, C, V |
| 9:8-17 | 401/402; 403; M; V | 17:18-17:22 | R, NR, C |
| 11:9-13 | 401/402; 403; M; V | 46:24-46:24 | R, I, NR, C, F, 611 |
| 14:22-23 | 401/402; 403; M; V | 47:2-47:3 | R, I, NR, C, 611 |
| 15:18-16:3 | 401/402; 403; M; V | 47:5-47:7 | R, I, NR, C, 611 |
| 16:10-13 | 401/402; 403; M; V | 47:17-47:19 | F, V, R, C, I, 611 |
| 16:17-17:14 | 401/402; 403; M; V | | |
| 17:16-17 | 401/402; 403; M; V | | |
| 24:22-25 | 401/402; 403; M; V | | |
| 25:3-7 | 401/402; 403; M; V | | |
| 25:25-26:20 | 401/402; 403; M; V | | |
| 27:23-28:4 | 401/402; 403; M; V | | |
| 28:6-16 | 401/402; 403; M; V | | |
| 30:10-19 | 401/402; 403; M; V | | |
| 30:21 | 401/402; 403; M; V | | |
| 31:3-7 | 401/402; 403; M; V | | |
| 32:9-10 | 401/402; 403; M; V | | |
| 32:13-14 | 401/402; 403; M; V | | |
| 33:6-8 | 401/402; 403; M; V; I | | |
| 33:12-34:10 | 401/402; 403; M; V; I | | |
| 34:12-13 | 401/402; 403; M; V; I | | |
| 34:15-35:8 | 401/402; 403; M; V; I | | |
| 35:11 | 401/402; 403; M; V; I | | |
| 35:13-14 | 401/402; 403; M; V; I; Scope | | |
| 35:17-18 | 401/402; 403; M; V; I; Scope | | |
| 35:20 | 401/402; 403; M; V; I; Scope | | |
| 35:22-24 | 401/402; 403; M; V; I; Scope | | |
| 36:11-12 | 401/402; 403; M; V; Scope | | |
| 36:14 | 401/402; 403; M; V; Scope | | |
| 36:16-18 | 401/402; 403; M; V; Scope | | |
| 36:20 | 401/402; 403; M; V; Scope | | |
| 36:22-24 | 401/402; 403; M; V; Scope | | |
| 37:1-3 | 401/402; 403; M; V; Scope | | |
| 37:5-7 | 401/402; 403; M; V; Scope | | |
| 37:10-11 | 401/402; 403; M; V; Scope | | |
| 37:13-14 | 401/402; 403; M; V | | |
| 37:17 | 401/402; 403; M; V | | |
| 37:21-23 | 401/402; 403; M; V | | |
| 40:3-7 | 401/402; 403; M; V | | |
| 40:9-41:11 | 401/402; 403; M; V | | |

**EXHIBIT 8**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 53:22-25 | 401/402; 403; M; V | | |
| 54:2 | 401/402; 403; M; V | | |
| 54:4-7 | 401/402; 403; M; V | | |
| 54:9 | 401/402; 403; M; V | | |
| 54:24-55:2 | 401/402; 403; M; V | | |
| 55:5-7 | 401/402; 403; M; V | | |
| 55:17-19 | 401/402; 403; M; V | | |
| 55:22-25 | 401/402; 403; M; V | | |
| 56:9-11 | 401/402; 403; M; V | | |
| 56:14-19 | 401/402; 403; M; V | | |
| 56:22-25 | 401/402; 403; M; V | | |

**EXHIBIT 8**

**VIII.   Benjamin Maynor, Ph.D. (September 9, 2021)**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 6:13-16 | 401/402; 403; M; V | 21:9-21:15 | R, ATTY, 611 (not testimony) |
| 6:19-7:16 | 401/402; 403; M; V | 56:3-56:10 | R, I, C |
| 9:3-5 | 401/402; 403; M; V | 58:23-59:2 | R, I, AA |
| 10:2-23 | 401/402; 403; M; V | 65:21-65:23 | R, I, C, 611 (not testimony) |
| 11:14-24 | 401/402; 403; M; V | 66:2-66:9 | R, I, C |
| 12:10-21 | 401/402; 403; M; V | | |
| 13:15-25 | 401/402; 403; M; V | | |
| 14:2-7 | 401/402; 403; M; V | | |
| 14:14-22 | 401/402; 403; M; V | | |
| 15:11-16:25 | 401/402; 403; M; V | | |
| 18:24-19:6 | 401/402; 403; M; V | | |
| 19:12-20:13 | 401/402; 403; M; V | | |
| 20:16-21:1 | 401/402; 403; M; V | | |
| 21:3-8 | 401/402; 403; M; V | | |
| 21:17-22 | 401/402; 403; M; V | | |
| 24:3-20 | 401/402; 403; M; V | | |
| 30:14-23 | 401/402; 403; M; V | | |
| 32:2-8 | 401/402; 403; M; V | | |
| 33:16-17 | 401/402; 403; M; V | | |
| 33:21-34:1 | 401/402; 403; M; V | | |
| 37:23-24 | 401/402; 403; M; V; Scope | | |
| 38:1 | 401/402; 403; M; V | | |
| 38:3 | 401/402; 403; M; V; Scope | | |
| 38:9-11 | 401/402; 403; M; V; Scope | | |
| 39:10-40:13 | 401/402; 403; M; V; Scope | | |
| 40:15-41:3 | 401/402; 403; M; V; Scope | | |
| 41:5-41:16 | 401/402; 403; M; V; Scope | | |
| 42:14-43:3 | 401/402; 403; M; V; Scope | | |
| 43:9-11 | 401/402; 403; M; V; Scope | | |
| 43:13-16 | 401/402; 403; M; V; Scope | | |
| 43:18-44:9 | 401/402; 403; M; V; C | | |
| 44:11-45-1 | 401/402; 403; M; V; C | | |
| 45:3-21 | 401/402; 403; M; V; Scope | | |
| 45:23-25 | 401/402; 403; M; V; Scope | | |
| 46:9-11 | 401/402; 403; M; V; F | | |
| 46:13-47:12 | 401/402; 403; M; V; Scope | | |
| 48:7-49:4 | 401/402; 403; M; V; F | | |
| 49:7-9 | 401/402; 403; M; V; F | | |

## EXHIBIT 8

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 49:11-14 | 401/402; 403; M; V | | |
| 50:11-23 | 401/402; 403; M; V; Scope | | |
| 51:5-13 | 401/402; 403; M; V | | |
| 52:9-16 | 401/402; 403; M; V | | |
| 52:20-25 | 401/402; 403; M; V | | |
| 54:24-55:10 | 401/402; 403; M; V; C; S | | |
| 55:13-16 | 401/402; 403; M; V; C; S | | |
| 55:18-21 | 401/402; 403; M; V; F | | |
| 55:24-56:2 | 401/402; 403; M; V; F | | |
| 56:11-57:1 | 401/402; 403; M; V; IH; S | | |
| 57:4-8 | 401/402; 403; M; V; IH; S | | |
| 57:10-58:5 | 401/402; 403; M; V | | |
| 59:3-8 | 401/402; 403; M; V | | |
| 59:10 | 401/402; 403; M; V | | |
| 64:12-13 | 401/402; 403; M; V | | |
| 64:17-65:3 | 401/402; 403; M; V | | |
| 65:7-17 | 401/402; 403; M; V | | |
| 65:19-20 | 401/402; 403; M; V | | |
| 66:11-23 | 401/402; 403; M; V | | |
| 67:3-4 | 401/402; 403; M; V | | |
| 67:9-68:1 | 401/402; 403; M; V | | |
| 69:4-16 | 401/402; 403; M; V | | |
| 72:25-73:12 | 401/402; 403; M; V | | |
| 73:14-17 | 401/402; 403; M; V | | |
| 73:19-74:5 | 401/402; 403; M; V | | |
| 74:8-75:9 | 401/402; 403; M; V | | |
| 78:14-79:7 | 401/402; 403; M; V | | |
| 80:1-5 | 401/402; 403; M; V | | |
| 80:12-15 | 401/402; 403; M; V; F | | |
| 81:8-84:17 | 401/402; 403; M; V | | |
| 85:14-23 | 401/402; 403; M; V | | |
| 86:10-13 | 401/402; 403; M; V | | |
| 87:4-19 | 401/402; 403; M; V | | |
| 88:11-89:21 | 401/402; 403; M; V | | |
| 90:2-12 | 401/402; 403; M; V; I | | |
| 92:12-93:6 | 401/402; 403; M; V | | |
| 93:20-25 | 401/402; 403; M; V | | |
| 94:8-13 | 401/402; 403; M; V | | |
| 94:15-24 | 401/402; 403; M; V; I | | |
| 95:7-23 | 401/402; 403; M; V; I | | |
| 96:14-19 | 401/402; 403; M; V | | |
| 98:10-16 | 401/402; 403; M; V | | |

## EXHIBIT 8

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 102:24-103:5 | 401/402; 403; M; V; F; S; Scope | | |
| 103:9-10 | 401/402; 403; M; V; S; Scope | | |
| 105:22-106:8 | 401/402; 403; M; V; F | | |
| 106:12-14 | 401/402; 403; M; V; F | | |
| 107:17-108:9 | 401/402; 403; M; V | | |
| 108:11-109:15 | 401/402; 403; M; V | | |
| 111:22-112:9 | 401/402; 403; M; V | | |
| 113:25-114:3 | 401/402; 403; M; V | | |
| 115:10-116:6 | 401/402; 403; M; V | | |
| 116:12-117:2 | 401/402; 403; M; V | | |
| 117:6-7 | 401/402; 403; M; V | | |
| 117:9-17 | 401/402; 403; M; V | | |
| 118:19-119:1 | 401/402; 403; M; V; S; Scope | | |
| 119:3-7 | 401/402; 403; M; V; F; IH; S; Scope | | |
| 119:11-12 | 401/402; 403; M; V; F; IH; S; Scope | | |
| 119:14-19 | 401/402; 403; M; V; F; IH; S | | |
| 119:22-23 | 401/402; 403; M; V; F; S | | |
| 122:1-5 | 401/402; 403; M; V | | |
| 123:2-5 | 401/402; 403; M; V; Scope | | |
| 123:10-17 | 401/402; 403; M; V; I | | |
| 124:14 | 401/402; 403; M; V; I | | |
| 126:21-127:20 | 401/402; 403; M; V | | |
| 128:1-22 | 401/402; 403; M; V | | |
| 129:12-16 | 401/402; 403; M; V; F | | |
| 130:1-2 | 401/402; 403; M; V | | |
| 130:4-14 | 401/402; 403; M; V; F | | |
| 131:6-9 | 401/402; 403; M; V; Scope | | |
| 133:8-14 | 401/402; 403; M; V; Scope | | |
| 133:19-20 | 401/402; 403; M; V; Scope | | |
| 133:22-24 | 401/402; 403; M; V | | |
| 134:2-3 | 401/402; 403; M; V | | |
| 134:5-8 | 401/402; 403; M; V; F; S | | |
| 134:14-18 | 401/402; 403; M; V; F; S | | |
| 135:24-136:1 | 401/402; 403; M; V; F; S | | |
| 136:6-7 | 401/402; 403; M; V; F; S | | |
| 136:12-137:14 | 401/402; 403; M; V; F | | |
| 137:17-18 | 401/402; 403; M; V; F | | |
| 137:20-22 | 401/402; 403; M; V; AA | | |
| 137:24-25 | 401/402; 403; M; V; AA | | |

**EXHIBIT 8**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 138:2-8 | 401/402; 403; M; V; AA | | |
| 138:10-11 | 401/402; 403; M; V; AA | | |
| 139:13-140:4 | 401/402; 403; M; V | | |
| 141:1-20 | 401/402; 403; M; V | | |
| 141:24-142:17 | 401/402; 403; M; V; Scope | | |
| 142:20-143:5 | 401/402; 403; M; V; Scope | | |
| 144:11-14 | 401/402; 403; M; V; F; S; Scope | | |
| 144:20-23 | 401/402; 403; M; V; F; S; Scope | | |
| 161:4-7 | 401/402; 403; M; V; F; S | | |
| 161:10-11 | 401/402; 403; M; V; F; S | | |
| 161:15-24 | 401/402; 403; M; V; S | | |
| 162:2 | 401/402; 403; M; V; S | | |
| 162:19-22 | 401/402; 403; M; V; Scope | | |
| 163:1-2 | 401/402; 403; M; V: Scope | | |

**EXHIBIT 8**

IX. **(September 15, 2021)**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 42:18-21 | 401/402; 403; M; V | 169:16-170:3 | R, C, I, F, S, V, NR |
| 42:23 | 401/402; 403; M; V | 178:16-178:18 | R, C, I, F, S, V, NR |
| 61:22-23 | 401/402; 403; M; V; I | 179:14-179:20 | R, C, I, F, S, V, NR |
| 62:12-21 | 401/402; 403; M; V; I | 184:4-184:6 | R, C, I, F, S, V, NR |
| 64:16-17 | 401/402; 403; M; V | 192:20-193:3 | R, C, I, F, S, V, NR |
| 64:19-67:6 | 401/402; 403; M; V | 193:16-193:20 | R, C, I, F, S, V, NR |
| 67:11-68:21 | 401/402; 403; M; V | 193:24-194:3 | R, C, I, F, S, V, NR |
| 89:12-16 | 401/402; 403; M; V | | |
| 89:18-91:3 | 401/402; 403; M; V | | |
| 93:9-95:3 | 401/402; 403; M; V | | |
| 96:16-97:10 | 401/402; 403; M; V | | |
| 110:25-111:6 | 401/402; 403; M; V | | |
| 111:7-112:23 | 401/402; 403; M; V | | |
| 143:21-23 | 401/402; 403; M; V | | |
| 144:3-15 | 401/402; 403; M; V | | |
| 144:18-145:8 | 401/402; 403; M; V | | |
| 145:20-21 | 401/402; 403; M; V | | |
| 145:24-146:6 | 401/402; 403; M; V | | |
| 146:9-20 | 401/402; 403; M; V | | |
| 146:23-147:5 | 401/402; 403; M; V | | |
| 167:23-168:2 | 401/402; 403; M; V | | |
| 168:8-13 | 401/402; 403; M; V | | |
| 168:19-22 | 401/402; 403; M; V | | |
| 168:25-169:3 | 401/402; 403; M; V | | |
| 169:8-15 | 401/402; 403; M; V | | |
| 172:20-173:2 | 401/402; 403; M; V | | |
| 173:19-24 | 401/402; 403; M; V | | |
| 174:8-175:2 | 401/402; 403; M; V | | |
| 176:17-177:17 | 401/402; 403; M; V; S | | |
| 177:23-178:5 | 401/402; 403; M; V | | |
| 178:13-15 | 401/402; 403; M; V | | |
| 179:7-13 | 401/402; 403; M; V | | |
| 179:21-180:5 | 401/402; 403; M; V | | |
| 182:6-183:4 | 401/402; 403; M; V; I; S | | |
| 183:22-184:3 | 401/402; 403; M; V; I | | |
| 184:12-23 | 401/402; 403; M; V | | |
| 188:8-10 | 401/402; 403; M; V | | |
| 188:13-189:9 | 401/402; 403; M; V | | |
| 189:11-15 | 401/402; 403; M; V | | |
| 190:13-191:9 | 401/402; 403; M; V | | |

**EXHIBIT 8**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 191:20-192:19 | 401/402; 403; M; V | | |
| 193:7-15 | 401/402; 403; M; V | | |
| 194:10-25 | 401/402; 403; M; V; S | | |
| 195:3 | 401/402; 403; M; V; S | | |
| 195:5 | 401/402; 403; M; V | | |
| 197:4-7 | 401/402; 403; M; V | | |
| 197:9-12 | 401/402; 403; M; V | | |
| 197:23-198:17 | 401/402; 403; M; V | | |
| 199:2-5 | 401/402; 403; M; V | | |
| 199:8-200:21 | 401/402; 403; M; V; LC | | |

**EXHIBIT 8**

**X.** ▓▓▓▓▓▓▓▓▓ **(December 8, 2021)**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 261:16-19 | 401/402; 403; M; V | 270:4-270:9 | R, C, I, F, S, V, NR |
| 261:21 | 401/402; 403; M; V | 270:12-271:5 | R, C, I, F, S, V, NR |
| 262:10-20 | 401/402; 403; M; V | 274:6-274:12 | R, C, I, F, S, V, NR |
| 263:17-24 | 401/402; 403; M; V | 276:15-276:17 | R, C, I, F, S, V, NR |
| 264:5-7 | 401/402; 403; M; V | 277:12-278:6 | R, C, I, F, S, V, NR |
| 264:9-16 | 401/402; 403; M; V | 284:16-284:18 | R, C, I, F, S, V, NR |
| 265:2-5 | 401/402; 403; M; V | 284:24-285:1 | R, C, I, F, S, V, NR |
| 265:8-18 | 401/402; 403; M; V | 287:14-287:16 | R, C, I, F, S, V, NR |
| 265:21-266:3 | 401/402; 403; M; V | 287:18-287:24 | R, C, I, F, S, V, NR |
| 266:7-8 | 401/402; 403; M; V | | |
| 266:16-23 | 401/402; 403; M; V | | |
| 266:25 | 401/402; 403; M; V | | |
| 268:8-10 | 401/402; 403; M; V | | |
| 268:23-269:4 | 401/402; 403; M; V | | |
| 269:8-10 | 401/402; 403; M; V | | |
| 269:21-270:3 | 401/402; 403; M; V | | |
| 270:10-12 | 401/402; 403; M; V | | |
| 272:25-274:2 | 401/402; 403; M; V | | |
| 274:23-275:21 | 401/402; 403; M; V | | |
| 277:5-11 | 401/402; 403; M; V | | |
| 278:18-20 | 401/402; 403; M; V | | |
| 279:4-15 | 401/402; 403; M; V | | |
| 284:2-15 | 401/402; 403; M; V | | |
| 285:2-5 | 401/402; 403; M; V | | |
| 287:9-13 | 401/402; 403; M; V | | |
| 290:7-15 | 401/402; 403; M; V | | |
| 290:25-291:2 | 401/402; 403; M; V | | |
| 293:10-14 | 401/402; 403; M; V; LC | | |
| 293:16-295:2 | 401/402; 403; M; V; LC | | |
| 296:13-297:9 | 401/402; 403; M; V | | |
| 314:24-315:1 | 401/402; 403; M; V | | |
| 315:3-5 | 401/402; 403; M; V | | |
| 315:7-11 | 401/402; 403; M; V | | |

EXHIBIT 8

XI.     Tushar Shah, M.D. (September 24, 2021)

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 6:16-7:12 | 401/402; 403; M; V | 6:8-6:13 | |
| 8:15-18 | 401/402; 403; M; V | 6:15-7:1 | |
| 13:13-19 | 401/402; 403; M; V | 13:11-13:17 | |
| 14:7-12 | 401/402; 403; M; V | 14:9-14:25 | R, C, I |
| 14:18-15:8 | 401/402; 403; M; V | 15:19-15:25 | |
| 17:5-7 | 401/402; 403; M; V | 16:14-16:18 | |
| 17:12 | 401/402; 403; M; V | 17:13-17:21 | |
| 18:8-11 | 401/402; 403; M; V | 19:2-19:7 | |
| 18:16 | 401/402; 403; M; V | 19:12-19:12 | |
| 19:2-7 | 401/402; 403; M; V | 19:13-19:20 | |
| 19:12 | 401/402; 403; M; V | 21:13-21:18 | I |
| 21:6-9 | 401/402; 403; M; V | 22:4-22:8 | |
| 21:13-14 | 401/402; 403; M; V | 22:12-22:12 | |
| 22:4-8 | 401/402; 403; M; V | 22:25-23:7 | |
| 22:12 | 401/402; 403; M; V | 23:11-23:11 | |
| 22:25-23:7 | 401/402; 403; M; V | 23:11-23:15 | |
| 23:11 | 401/402; 403; M; V | 26:21-28:13 | R |
| 26:10-20 | 401/402; 403; M; V | 32:10-32:21 | R |
| 26:23-27:3 | 401/402; 403; M; V | 46:16-46:18 | R, I, 611 (not testimony) |
| 28:7-13 | 401/402; 403; M; V | 47:15-47:18 | R, 611, I |
| 30:5-11 | 401/402; 403; M; V | 48:2-48:24 | |
| 30:15-19 | 401/402; 403; M; V | 59:6-59:11 | R, I |
| 31:5-7 | 401/402; 403; M; V | 139:9-139:22 | R, I, Q, C, F, V, NR |
| 31:22-32:3 | 401/402; 403; M; V | | |
| 37:6-8 | 401/402; 403; M; V; Scope | | |
| 37:10 | 401/402; 403; M; V; Scope | | |
| 37:14-17 | 401/402; 403; M; V; Scope | | |
| 37:19 | 401/402; 403; M; V; Scope | | |
| 42:11-43:13 | 401/402; 403; M; V; LC; Scope | | |
| 44:2-9 | 401/402; 403; M; V | | |
| 44:11-14 | 401/402; 403; M; V | | |
| 44:16-18 | 401/402; 403; M; V | | |
| 44:21-45:1 | 401/402; 403; M; V | | |
| 45:3-5 | 401/402; 403; M; V | | |
| 45:19-21 | 401/402; 403; M; V; Scope | | |
| 45:23-46:4 | 401/402; 403; M; V; Scope; I | | |
| 46:13-14 | 401/402; 403; M; V | | |

## EXHIBIT 8

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 48:2-9 | 401/402; 403; M; V | | |
| 48:13-24 | 401/402; 403; M; V | | |
| 50:4-10 | 401/402; 403; M; V | | |
| 50:13-15 | 401/402; 403; M; V | | |
| 51:3-9 | 401/402; 403; M; V | | |
| 51:23-52:1 | 401/402; 403; M; V | | |
| 52:5 | 401/402; 403; M; V | | |
| 52:7-16 | 401/402; 403; M; V | | |
| 52:20-53:2 | 401/402; 403; M; V | | |
| 53:4 | 401/402; 403; M; V; IE; Scope | | |
| 53:6-7 | 401/402; 403; M; V; IE; Scope | | |
| 53:11 | 401/402; 403; M; V; IE; Scope | | |
| 53:19-20 | 401/402; 403; M; V; F | | |
| 53:23 | 401/402; 403; M; V; F | | |
| 53:25-54:6 | 401/402; 403; M; V | | |
| 54:15-17 | 401/402; 403; M; V; Scope | | |
| 54:20 | 401/402; 403; M; V; Scope | | |
| 54:22 | 401/402; 403; M; V; Scope | | |
| 54:24-55:6 | 401/402; 403; M; V; Scope | | |
| 57:11-13 | 401/402; 403; M; V; LC | | |
| 57:20-58:5 | 401/402; 403; M; V; LC | | |
| 58:21-59:5 | 401/402; 403; M; V | | |
| 59:12-19 | 401/402; 403; M; V; D | | |
| 59:21 | 401/402; 403; M; V; D | | |
| 60:12-13 | 401/402; 403; M; V | | |
| 60:21-24 | 401/402; 403; M; V | | |
| 63:12-64:12 | 401/402; 403; M; V; Scope; IE | | |
| 64:16 | 401/402; 403; M; V; Scope; IE | | |
| 64:18-21 | 401/402; 403; M; V | | |
| 65:8-12 | 401/402; 403; M; V | | |
| 67:2-10 | 401/402; 403; M; V; F; S; IE | | |
| 69:14-24 | 401/402; 403; M; V | | |
| 70:17-71:22 | 401/402; 403; M; V; D; IE; F | | |
| 72:1-15 | 401/402; 403; M; V; Scope; IE | | |

**EXHIBIT 8**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 72:19-23 | 401/402; 403; M; V; Scope; IE | | |
| 72:25-73:11 | 401/402; 403; M; V; F; IE | | |
| 73:13-18 | 401/402; 403; M; V; I | | |
| 74:20-23 | 401/402; 403; M; V; Scope; LC; F | | |
| 74:25-75:1 | 401/402; 403; M; V; Scope; LC; F | | |
| 75:3-4 | 401/402; 403; M; V | | |
| 75:11-18 | 401/402; 403; M; V | | |
| 75:20 | 401/402; 403; M; V | | |
| 76:3-7 | 401/402; 403; M; V | | |
| 77:12-15 | 401/402; 403; M; V | | |
| 78:5-79:11 | 401/402; 403; M; V; Scope; IE | | |
| 79:16-80:17 | 401/402; 403; M; V; Scope; IE | | |
| 81:12-22 | 401/402; 403; M; V | | |
| 82:1-84:18 | 401/402; 403; M; V; Scope; S; F | | |
| 84:21-85:13 | 401/402; 403; M; V; C | | |
| 85:16-86:8 | 401/402; 403; M; V; C | | |
| 87:11-22 | 401/402; 403; M; V; Scope; S | | |
| 87:25-88:5 | 401/402; 403; M; V; Scope; S | | |
| 88:14-19 | 401/402; 403; M; V; Scope; S | | |
| 88:24-89:4 | 401/402; 403; M; V; Scope; S | | |
| 89:10-90:3 | 401/402; 403; M; V; Scope; S; LC | | |
| 90:14-16 | 401/402; 403; M; V; Scope; IE | | |
| 90:20 | 401/402; 403; M; V; Scope; IE; D | | |
| 90:22-24 | 401/402; 403; M; V; S; F; IE; Scope | | |
| 91:2-13 | 401/402; 403; M; V; S; F; IE; Scope | | |
| 91:16-92:18 | 401/402; 403; M; V; S; F; IE | | |

**EXHIBIT 8**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 92:21-25 | 401/402; 403; M; V; D; LC; S | | |
| 98:15-100:12 | 401/402; 403; M; V; D; LC; S | | |
| 102:17-21 | 401/402; 403; M; V; D; LC; S | | |
| 102:25-103:12 | 401/402; 403; M; V; D; LC; S | | |
| 107:19-108:22 | 401/402; 403; M; V; S | | |
| 117:2-14 | 401/402; 403; M; V | | |
| 118:8-12 | 401/402; 403; M; V; D | | |
| 118:15-19 | 401/402; 403; M; V; D | | |
| 120:9-13 | 401/402; 403; M; V | | |
| 120:16-25 | 401/402; 403; M; V; IE; S | | |
| 122:7-123:14 | 401/402; 403; M; V; IE; S; F; Scope | | |
| 124:8-125:19 | 401/402; 403; M; V; IE; S; F; Scope | | |
| 126:8-14 | 401/402; 403; M; V; Scope; IE; F; S | | |
| 126:23-127:1 | 401/402; 403; M; V | | |
| 127:15-129:14 | 401/402; 403; M; V | | |
| 133:2-12 | 401/402; 403; M; V; Scope; S; F; LC | | |
| 137:6-9 | 401/402; 403; M; V; Scope; S | | |
| 137:12-138:4 | 401/402; 403; M; V; Scope; S | | |
| 138:10-12 | 401/402; 403; M; V; Scope; S; F | | |
| 138:14-18 | 401/402; 403; M; V; Scope; S; F | | |
| 138:20-22 | 401/402; 403; M; V; Scope; IE; S; LC | | |
| 138:24-139:8 | 401/402; 403; M; V; Scope; IE; S; LC | | |
| 139:24-140:3 | 401/402; 403; M; V; Scope; IE; S; LC | | |
| 140:5-23 | 401/402; 403; M; V; AA; A; Scope; IE; S | | |

52

**EXHIBIT 8**

| UTC's Designations | Liquidia's Objections to UTC's Designations | Liquidia's Counter-Designations | UTC's Objections to Liquidia's Counter-Designations |
|---|---|---|---|
| 140:25-141:16 | 401/402; 403; M; V; AA; A; Scope; IE; S | | |
| 141:19-21 | 401/402; 403; M; V | | |
| 142:3-9 | 401/402; 403; M; V | | |

# EXHIBIT 9

**EXHIBIT 9**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 20-755-RGA-JLH |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) ) ) ) |

**LIQUIDIA'S DEPOSITION DESIGNATIONS**

**EXHIBIT 9**

As required by District of Delaware Local Rule 16.3(c)(7), Defendant Liquidia Technologies, Inc. ("Liquidia") may introduce the following deposition testimony at trial, consistent with the Federal Rules of Evidence and Federal Rules of Civil Procedure, subject to objections to admissibility.  Liquidia's designations are not a waiver of any right to object to Plaintiff United Therapeutic Corporation's ("UTC's") introduction of the same testimony. Liquidia reserves the right to use any deposition testimony designated by UTC as a counter-designation to any of Liquidia's deposition designations.  Further, Liquidia reserves the right to designate testimony from the deposition of Dr. Werner Seeger, which is currently scheduled for March 1, 2022, following receipt of the final deposition transcript.

UTC's objections are identified by the following abbreviations:

| Code | Deposition Designation Objection | Applicable Rule(s) |
|---|---|---|
| R | Relevance | Fed. R. Evid. 401, 402, 403 |
| C | Confusing | Fed. R. Evid. 403 |
| P | Prejudicial | Fed. R. Evid. 403 |
| H | Hearsay | Fed. R. Evid. 801, 802, 805 |
| I | Incomplete | Fed. R. Evid. 106, 401, 402, 403 |
| F | Lack of Foundation | Fed. R. Evid. 602, 901 |
| S | Speculation/Lack of Personal Knowledge | Fed. R. Evid. 602 |
| AA | Cumulative/Asked and Answered | Fed. R. Evid. 403, 611(a) |
| V | Vague/Indefinite | Fed. R. Evid. 403, 611(a) |
| LC | Calls for Legal Conclusion | Fed. R. Evid. 701 |
| BE | Best Evidence | Fed. R. Evid. 1001, 1002 |
| X | Improper Expert Testimony | Fed. R. Evid. 701 |
| NR | Non-Responsive | Fed. R. Evid.  401, 403, 611(a) |
| 30b6 | Outside Scope of 30(b)(6) | Fed. R. Civ. P. 30(b)(6); Fed. R. Evid. 602 |
| Q | Colloquy | Fed. R. Evid. 401, 402, 403 |
| 611 | Outside Scope of Direct Examination | Fed. R. Evid. 611(b) |

EXHIBIT 9

UTC reserves the right to use any deposition testimony designated by Liquidia or counterdesignated by UTC as a counterdesignation to any of Liquidia's deposition designations.

Liquidia's objections to UTC's counter-designations are identified by the following abbreviations:

| Code | Objection |
|---|---|
| 401/402 | Irrelevant (FRE 401/402) |
| 403 | Prejudice, Confusion, Waste of Time (FRE 403) |
| A | Argumentative |
| AA | Asked and answered |
| AF | Assumes facts not in evidence |
| ATTY | Attorney objections not removed |
| C | Compound |
| D | Document speaks for itself |
| F | Lacks foundation/personal knowledge (FRE 602) |
| H | Hearsay (FRE 802) |
| I | Improper/incomplete designation |
| IE | Improper opinion (FRE 701 (lay) or FRE 702/703 (expert)) |
| IH | Incomplete hypothetical |
| L | Leading |
| LC | Legal conclusion |
| M | Misleading/mischaracterizes prior testimony |
| MIL | Subject to MIL |
| N | Nonresponsive |
| NA | Narrative |
| P | Privilege |
| S | Speculation |
| Scope | Testimony by 30(b)(6) designee outside scope of noticed and designated topics; testimony of third party outside scope of subpoena requests |
| V | Vague/ambiguous/overbroad |

**EXHIBIT 9**

I. ▮▮▮▮▮▮▮▮ **(September 17, 2021)**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 6:11-6:13 | | | |
| 6:18-6:20 | R | 6:21 | |
| 9:11-9:13 | | | |
| 9:14-9:18 | | | |
| 9:19-10:1 | | | |
| 11:10-12:1 | | | |
| 13:11-15:3 | R, H, I | 13:9-10 | |
| 22:3-22:14 | H, I | 25:9-12, 25:15-26:6 | 401/402, 403, M, V, IE, N, NA |
| 22:15-25:2 | H, I, X | 25:9-12, 25:15-26:6 | 401/402, 403, M, V, IE, N, NA |
| 25:5-25:7 | V, H, S, X | | |
| 26:10-27:3 | C, I, V, X | 25:9-12, 25:15-26:6 | 401/402, 403, M, V, IE, N, NA |
| 27:8-27:13 | I, H, C | 25:9-12, 25:15-26:6, 27:5-7 | 401/402, 403, M, V, IE, N, NA |
| 27:16-28:13 | I, H, S, V | | |
| 28:14-29:15 | I, H, LC | 29:16 | |
| 32:17-33:4 | F, H | | |
| 34:1-34:13 | 30b6, I | 34:14 | |
| 35:4-35:8 | F | | |
| 36:17-37:19 | I | 36:16, 37:20-38:6 | 401/402, 403, M, V, I |
| 40:3-40:13 | I, V, H | 40:14 | |
| 47:17-48:2 | 30b6, I, F, V, C, LC | 47:15-16, 48:17 | |
| 48:5-48:16 | 30b6, I, H, S, V, C, LC | 48:17 | |
| 51:3-51:21 | I, F, H | | |
| 52:13-52:21 | R, P, I | 52:22 | |
| 53:2-53:5 | F, H | | |
| 53:20-54:15 | I, H, R | 54:16 | |
| 54:17-55:1 | F | | |
| 55:8-56:5 | H, R, P | 55:6-7 | |
| 56:7-56:10 | F, H | | |
| 56:17-57:3 | H | 56:15-16 | |
| 57:21-58:14 | I, H, V, LC | 57:4-20 | 401/402, 403, M, V, NA |
| 59:2-59:13 | V, H, P, LC, X | 59:15-60:19 | 401/402, 403, M, V, NA |
| 61:2-61:13 | H, V, X | | |
| 61:15-62:19 | 30b6, I, H, V, C, X | | |
| 62:20-63:8 | 30b6, S, I, H, V, C | | |
| 63:20-64:5 | P, I, H, V, C, LC | | |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 64:9-64:15 | H, LC, V, AA | | |
| 64:18-65:5 | V, X | 66:11-13, 66:16-67:11 | 401/402, 403, M, V, NA |
| 65:8-66:13 | 30b6, H, X, I, | 66:11-13, 66:16-67:11 | 401/402, 403, M, V, NA |
| 66:16-67:14 | 30b6, R, I, V, S, X | | |
| 67:17-68:6 | R, I, V, S, X | | |
| 68:9-69:5 | 30b6, R, I, V, S, X | | |
| 69:8-69:15 | 30b6, R, I, V, S, X | | |
| 69:12-69:15 | I, V, S, X | 69:16 | |
| 69:18-70:6 | 30b6, I, H, S, X | | |
| 70:8-70:16 | H, F | | |
| 73:9-73:20 | 30b6, H, I, LC | | |
| 74:2-74:5 | 30b6, H, I, LC | | |
| 74:11-74:12 | F, H | | |
| 75:1-75:15 | F, H | | |
| 75:15-75:20 | 30b6, P, X, LC | | |
| 76:1-76:6 | H, V, C, LC | | |
| 76:7-76:11 | P, H, V, C, LC, X | | |
| 77:9-77:11 | F | | |
| 78:5-78:8 | F | | |
| 78:11-78:12 | F | | |
| 78:19-79:18 | H, F, X, 30b6, LC | | |
| 79:20-80:1 | H, F, X, 30b6, S, LC | | |
| 80:2-80:7 | F, 30b6, X, LC, H, I, AA | | |
| 80:8-80:20 | F, 30b6, X, LC, H, I | | |
| 80:21-81:6 | 30b6, H, X, LC, S, I | | |
| 81:8-81:8 | 30b6, H, X, LC, I, S, F | | |
| 81:17-81:22 | F | | |
| 82:10-82:20 | V, F | | |
| 83:12-83:20 | V, C, F | | |
| 84:1-85:9 | 30b6, F, I | | |
| 85:11-85:17 | I, V, C | | |
| 86:7-86:14 | H | 86:15-17, 86:20-87:16 | 401/402, 403, M, V, NA |
| 87:20-88:5 | 30b6, H, S, LC | | |
| 88:9-89:13 | 30b6, H, S | | |
| 89:19-90:19 | V, C, H, F, 30b6 | | |
| 91:7-92:1 | F, H, I | | |
| 92:1-93:11 | F, H, V, C, X | 93:12-16, 93:19-94:4 | 401/402, 403, M, V |
| 94:11-94:15 | H, F, X | | |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 94:18-95:21 | H, F, X, V, C | | |
| 96:2-96:6 | I, H, X | | |
| 97:8-97:21 | H, X | | |
| 101:14-102:14 | H, F, I | | |
| 102:14-102:21 | H, F, R, I | | |
| 103:17-105:12 | H | 105:13-15, 105:18-106:3, 106:7-21 | 401/402, 403, M, V, IH, NA, S |
| 107:6-108:20 | F, P, X, C, S | | |
| 109:1-109:2 | P, S | | |
| 109:4-109:16 | F, P, C | 105:13-15, 105:18-106:3, 106:7-21 | 401/402, 403, M, V, IH, NA, S |
| 109:21-110:2 | P, I | 109:18-20 | |
| 110:14-110:16 | C, S, V, I | | |
| 110:18-111:12 | H, S, C, I | 114:11-116:17, 116:20-117:9, 117:12-118:14, 119:2, 119:5-120:12, 128:6-9, 128:12-129:20 | 401/402, 403, M, V, ATTY, F, IH, IE, NA, S |
| 120:13-121:2 | H, I, F, C, X | | |
| 121:15-122:16 | 30b6, R, P, C, V, H | 122:19-123:16 | 401/402, 403, M, V; A; N; NA |
| 123:21-124:4 | H, I, X, P | 123:17-20 | 401/402, 403, M, V, NA |
| 124:7-125:5 | H, X, P | 105:13-15, 105:18-106:3, 106:7-21 | 401/402, 403, M, V, IH, NA, S |
| 125:8-126:2 | H, X, V, R | 105:13-15, 105:18-106:3, 106:7-21 | 401/402, 403, M, V, IH, NA, S |
| 126:5-126:11 | H, V, C, R, P | | |
| 126:14-126:16 | | | |
| 129:21-130:3 | H, V, C, X | | |
| 130:6-131:22 | 30b6, H, X, S | | |
| 132:1-132:5 | 30b6, C, X, S | | |
| 132:8-132:9 | H, S, V 30b6, H, S, V | | |
| 132:10-132:15 | 30b6, H, AA | 132:8-9 | 401/402, 403, M, V |
| 132:18-133:10 | 30b6, H, X, S | | |
| 133:11-133:14 | X, S, I | | |
| 133:15-134:16 | H, I, S | | |
| 135:18-136:3 | F | | |

5

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 136:9-137:12 | H | | |
| 137:12-140:2 | H, V, C, AA | | |
| 140:5-141:6 | | | |
| 141:7-142:2 | H, V, C | 105:13-15, 105:18-106:3, 106:7-21 | 401/402, 403, M, V, IH, NA, S |
| 142:5-142:6 | H | | |
| 142:7-142:11 | V, C | | |
| 142:13-143:1 | H, S, C, V | 105:13-15, 105:18-106:3, 106:7-21 | 401/402, 403, M, V, IH, NA, S |
| 143:4-143:5 | | | |
| 143:10-143:19 | | | |
| 145:4-146:6 | 30b6, S, P R | | |
| 146:13-147:3 | H, C, V | | |
| 147:6-147:7 | P | | |
| 147:9-147:11 | H, AA | 128:6-9, 128:12-129:20, 177:3-178:14 | 401/402, 403, M, V, F, IE, IH, N, NA, S |
| 147:14-147:15 | H, AA | 128:6-9, 128:12-129:20, 177:3-178:14 | 401/402, 403, M, V, F, IE, IH, N, NA, S |
| 148:2-149:8 | H, I | 149:9-150:13 | 401/402, 403, M, V, N, NA |
| 151:8-152:15 | H, C, V | | |
| 152:15-152:18 | Q, R, V, P | | |
| 153:3-154:3 | P, V | | |
| 154:8-154:11 | F | | |
| 154:18-155:10 | F | | |
| 167:17-168:21 | H, X | | |
| 183:4-183:17 | H, I, C, F, S, R, X, V | 183:19-184:15 | 401/402, 403, M, V, ATTY |
| 184:16-184:18 | V, C, X | | |
| 184:21-185:1 | H, S | | |
| 192:15-193:18 | F, H, LC | | |
| 194:12-194:14 | H, X | | |
| 194:14-195:4 | H, V, C, LC, X | | |
| 195:7-195:9 | H, X | | |
| 195:11-195:13 | H, V, C, LC, R | | |
| 195:16-195:18 | H, P | | |
| 199:7-199:11 | H, 30b6, S, R, V, C, X | | |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 199:13-200:4 | H, 30b6, S, R, V, C, LC | 200:5-7, 200:10-16 | 401/402, 403, M, V, N, NA |
| 202:13-202:17 | V, C, LC, 30b6, X | | |
| 202:19-203:10 | H, S, V | | |
| 202:19-204:22 | 30b6, R, P, I, X, V, S, C, AA | 204:9-14; 297:1-3 | I; IE; S |
| 205:3-206:8 | H, V, C, 30b6, S, P | | |
| 206:11-206:20 | H, S, 30b6, V, C, AA, X | | |
| 207:1-207:8 | H, S, 30b6, V, C, AA, X | | |
| 207:11-208:5 | H, P, C | | |
| 208:6-208:15 | H, S, 30b6, V, C, X, AA, P | 294:1-295:4 | I |
| 208:18-209:5 | H, S, P, R | | |
| 209:13-209:17 | V, C, X, S, 30b6, AA | 294:1-295:4 | I |
| 209:19-211:3 | H, X, 30b6, V, C, LC, P | 294:1-295:4 | I |
| 211:6-212:2 | H, Q, X, P, R, LC | | |
| 212:11-212:14 | H, F, X, LC | | |
| 220:9-220:18 | I, H, F, X, 30b6, Q | | |
| 221:3-221:3 | H, V, C, LC, X, 30b6, I | | |
| 221:6-221:15 | H, V, C, LC, X, 30b6, I | | |
| 222:9-222:10 | H, V, C, LC, X, 30b6, I | | |
| 222:13-222:20 | H, V, C, LC, X, 30b6, S | | |
| 223:1-223:4 | H, Q, C, V, I, X, 30b6 | | |
| 223:6-223:13 | H, X, 30b6, C, V, S | | |
| 223:15-224:4 | H, X, C, V, LC, 30b6, S, AA | 294:1-295:4 | I |
| 224:7-224:20 | H, AA | 294:1-295:4 | I |
| 229:2-229:9 | H, X, I | | |
| 229:9-229:16 | H, I, LC | | |
| 230:14-230:21 | H, I, X, 30b6, S | 230:11-13 | |
| 231:2-231:10 | H, X, 30b6, S | | |
| 231:12-14 | H, X, 30b6, S, V, P, C | | |
| 231:17-232:18 | H, X, 30b6, S, V, P | | |
| 233:2-233:2 | V, C, 30b6, S, X | | |
| 233:5-234:3 | H, X, 30b6 | | |
| 237:13-239:9 | I, V, C, P, X | | |
| 239:12-18 | V, C, P, X, 30b6 | | |
| 240:2-240:3 | V, C, X, 30b6, S, LC | | |
| 240:6-240:7 | H, I, C, AA | 204:9-14 | |
| 240:9-240:16 | H, I, V, C, X, 30b6, LC | | |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 240:18-241:6 | H, I, C, P | 105:13-15, 105:18-106:3, 106:7-21, 168:22-173:11, 177:3-178:14, 241:7-242:5 | 401/402, 403, M, V, ATTY, F, I, IE, IH, N, NA, S |
| 242:6-242:22 | H, V, C, LC, X | | |
| 243:14-244:16 | H, V, C, LC | | |
| 244:19-244:22 | H, S | | |
| 249:2-249:13 | H, X, V, C, LC | | |
| 250:7-252:7 | H, X, 30b6, LC, I | | |
| 252:10-14 | H, X, 30b6, S, C, P | 294:1-295:4 | I |
| 252:19-20 | H, X, 30b6, S, P, I, AA | 294:1-295:4 | I |
| 253:1-9 | H, X, 30b6, S, V, AA | 294:1-295:4 | I |
| 253:12-14 | H, X, 30b6, S, P | 294:1-295:4 | I |
| 256:6-256:13 | H, V, C, 30b6, X | | |
| 256:15-257:9 | H, 30b6, X, V, C | | |
| 257:10-257:13 | H, 30b6, X, V, C, S | | |
| 257:16-258:7 | H, 30b6, X | | |
| 258:15-258:18 | H, 30b6, X, V, C, S | | |
| 258:19-259:2 | H, 30b6, X, V, C, S, AA | | |
| 259:5-260:8 | H, 30b6, X, AA | | |
| 261:2-261:5 | H, 30b6, X, V, C, AA | | |
| 261:8-261:15 | H, 30b6, X, V, C, I | | |
| 261:17-261:17 | R | | |
| 261:19-262:3 | H, 30b6, X, V, C, I, F, R | 261:18 | 401/402, 403, M, V, N |
| 262:6-263:4 | H, 30b6, X, V, C, S, R | | |
| 263:9-263:15 | H, 30b6, X | | |
| 263:17-264:4 | H, 30b6, X, V, C, S | | |
| 264:6-264:8 | H, 30b6, X | | |
| 264:10-14 | H, X, 30b6, S, BE, P, LC, AA | | |
| 264:17-265:2 | H, X, 30b6, S, BE, LC | | |
| 274:12-274:15 | H, 30b6, X, V, C, S, LC | | |
| 274:17-275:10 | H, X, 30b6, LC, C, V, AA | | |
| 294:1-295:5 | H, I, Q, LC, V, AA | | |
| 299:3-300:4 | H, F | | |
| 300:5-300:6 | H, 30b6, X, V, C, S, R | | |
| 300:9-301:10 | H, 30b6, S, I, R | | |
| 317:6-317:7 | F, S | | |
| 317:20-323:12 | H, F, I, LC, S | | |
| 323:15-324:8 | H, V, C, LC, X, 30b6, S, F | | |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 324:10-325:2 | H, 30b6, C, LC, I | | |
| 325:3-325:5 | V, C, LC, X | | |
| 325:8-325:18 | H, R, I, LC, X | | |
| 326:1-326:4 | F | | |
| 327:20-333:4 | H, R, AA, P, I | 25:9-12, 25:15-26:6 | 401/402, 403, M, V, IE, N, NA |
| 327:20-333:4 | I, F, R, 30b6, V, LC | | |
| 333:7-21 | I, 30b6, V, BE | 294:1-295:4 | I |
| 334:2-22 | I, 30b6, V, F, C, BE | 294:1-295:4 | I |
| 335:3-337:6 | I, 30b6, V, LC, F, C, BE, P, NR | 294:1-295:4 | I |
| 337:9-15 | I, 30b6, V, P, C, LC, AA | | |
| 337:17-338:4 | I, 30b6, R, V, P, C, BE, LC | | |
| 338:7-11 | I, 30b6, V, R, LC, P, BE, C | | |
| 338:14-339:4 | I, 30b6, V, C, LC, P, BE, AA | | |
| 339:7-18 | I, R, H, F, V, C, BE, 30b6 | | |
| 339:22-340:10 | I, 30b6, H, V, P, C, LC, AA | | |
| 340:13-342:1 | H, R, I, C, BE, P, AA, F | | |
| 342:4-6 | H, R, BE, I, F | | |

**EXHIBIT 9**

II. ▮▮▮▮▮▮▮▮ (September 30, 2021)

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 39:17-39:18 | 30b6, X, R, V, S | 30:5-6, 30:8-13, 30:18-31:25, 32:2-4, 32:6-7, 32:9-13, 32:15-33:2,33:4-7, 33:9-17, 33:19-20, 37:25-38:2, 38:4-10, 38:12-17, | |
| 39:21-40:5 | 30b6, X, R, V, S, AA | 39:25 | I |
| 40:7-40:9 | 30b6, X, R, V, S, AA | 39:25 | I |
| 40:11-40:17 | 30b6, X, V, S, AA | 46:18-47:6, 47:9-14 | 401/402, 403, M, V, ATTY, IE, IH, S |
| 40:20-40:22 | 30b6, X, R, V, S, AA | 46:18-47:6, 47:9-14 | 401/402, 403, M, V, IE, IH, S |
| 41:9-41:10 | 30b6, V | 40:25-41:1, 41:2-8 | 401/402, 403, M, V, ATTY |
| 41:12-41:15 | 30b6, V | 40:25-41:1, 41:2-8 | 401/402, 403, M, V, ATTY |
| 41:17-41:17 | 30b6, V | 40:25-41:1, 41:2-8 | 401/402, 403, M, V, ATTY |
| 42:7-42:8 | 30b6, X, V | | |
| 42:10-42:13 | 30b6, X | | |
| 42:15-42:25 | 30b6, X | | |
| 43:1-43:2 | 30b6, X, V | | |
| 43:5-43:7 | 30b6, X, V | | |
| 43:9-43:11 | 30b6, X | | |
| 43:13-43:16 | 30b6, X, H | | |
| 43:23-44:5 | 30b6, V, H | | |
| 44:7-44:12 | 30b6, V, X, H | | |
| 44:15-44:19 | 30b6, X, S | | |
| 44:21-45:1 | | | |
| 45:3-45:7 | V, S | | |
| 47:15-47:17 | 30b6, C, V, X | 46:18-47:6, 47:9-14 | 401/402, 403, M, V, ATTY, IE, IH, S |
| 47:20-47:21 | 30b6, V, X | 46:18-47:6, 47:9-14 | 401/402, 403, M, V, ATTY, IE, IH, S |
| 47:23-48:11 | 30b6, I, V, X, AA | 46:18-47:6, 47:9-14 | 401/402, 403, M, V, ATTY, IE, IH, S |
| 48:14-48:15 | 30b6, V, X, S, AA | 46:18-47:6, 47:9-14 | 401/402, 403, M, V, ATTY, IE, IH, S |
| 48:17-48:22 | 30b6, X, S, AA | 46:18-47:6, 47:9-14 | 401/402, 403, M, V, ATTY, IE, IH, S |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 48:25-49:1 | 30b6, S | 46:18-47:6, 47:9-14 | 401/402, 403, M, V, ATTY, IE, IH, S |
| 49:3-49:6 | 30b6 | 46:18-47:6, 47:9-14 | 401/402, 403, M, V, ATTY, IE, IH, S |
| 49:9-49:11 | 30b6, X | 46:18-47:6, 47:9-14 | 401/402, 403, M, V, ATTY, IE, IH, S |
| 49:13-49:14 | 30b6, S, X | 46:18-47:6, 47:9-14 | 401/402, 403, M, V, ATTY, IE, IH, S |
| 51:7-51:8 | 30b6, AA | 18:24-19:3, 19:6-7, 9-10 | |
| 51:10-51:22 | 30b6, AA | 18:24-19:3, 19:6-7, 9-10 | |
| 54:19-54:25 | F | 55:2-3 | 401/402, 403, M, V |
| 56:5-56:8 | | | |
| 60:7-60:9 | 30b6, P, BE | | |
| 60:11-60:13 | 30b6, P, BE | | |
| 60:15-60:15 | 30b6, P, BE | | |
| 60:18-60:21 | F | | |
| 61:22-61:25 | | | |
| 65:17-65:18 | C, V | 63:2-14, 16-18, 68:2-3, 6-8, 10-16 | 401/402, 403, M, V, D, IE, N |
| 65:20-66:4 | | 63:2-18, 68:2-3, 6-8, 10-16 | 401/402, 403, M, V, D, IE, N |
| 66:6-66:10 | 30b6, R, P, X | 63:2-14, 16-18 | 401/402, 403, M, V, D, IE |
| 66:13-66:17 | 30b6, R, P, X | 63:2-14, 16-18 | 401/402, 403, M, V, D, IE |
| 69:14-69:17 | | | |
| 69:19-69:25 | | | |
| 70:2-70:12 | 30b6, P, S, X | | |
| 70:15-70:16 | 30b6, P, S, X | | |
| 74:2-74:5 | F | | |
| 76:2-76:4 | | | |
| 79:23-79:25 | 30b6, R, P, I | | |
| 80:2-80:4 | 30b6, R, P, I | | |
| 80:6-80:6 | 30b6, R, P, I | | |
| 82:19-82:21 | 30b6, R, S, X | 83:13-14, 17-19, 21-22 | 401/402, 403, M, V, IE, S |
| 82:24-82:25 | 30b6, R, S, X | 83:13-14, 17-19, 21-22 | 401/402, 403, M, V, IE, S |
| 83:2-83:4 | 30b6, R, S, X | 83:13-14, 17-19, 21-22 | 401/402, 403, M, V, IE, S |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 83:7-83:9 | 30b6, R, S, X | 83:13-14, 17-19, 21-22 | 401/402, 403, M, V, IE, S |
| 83:11-83:12 | 30b6, R, S, X | 83:13-14, 17-19, 21-22 | 401/402, 403, M, V, IE, S |
| 99:7-99:11 | F | | |
| 102:9-102:10 | | | |
| 102:17-102:20 | | | |
| 103:10-103:16 | 30b6, C, I, X, S | | |
| 106:18-106:19 | S, V | | |
| 106:21-106:21 | S, V | | |
| 107:4-107:5 | 30b6, X, S, V | | |
| 107:8-107:16 | 30b6, X, S, V | | |
| 107:22-107:23 | 30b6, X, S, V | | |
| 108:1-108:2 | 30b6, X, S, V | | |
| 109:11-109:16 | F | | |
| 113:2-113:3 | 30b6, P | 113:10-12, 14-17 | 401/402, 403, M, V, IE, S |
| 113:5-113:7 | 30b6, P, AA | 113:10-12, 14-17 | 401/402, 403, M, V, IE, S |
| 113:9-113:9 | 30b6, P, AA | 113:10-12, 14-17 | 401/402, 403, M, V, IE, S |
| 113:18-113:19 | 30b6 | | |
| 113:21-113:22 | 30b6, X | | |
| 114:17-114:23 | F | | |
| 117:17-117:19 | 30b6, R | 115:10-12, 115:14-116:2, 116:5-10, 12-14 | 401/402, 403, M, V, D, IE, S |
| 117:22-117:24 | 30b6, R | 115:10-12, 115:14-116:2, 116:5-10, 12-14 | 401/402, 403, M, V, D, IE, S |
| 118:2-118:4 | 30b6, R | 115:10-12, 115:14-116:2, 116:5-10, 12-14 | 401/402, 403, M, V, D, IE, S |
| 118:7-118:7 | 30b6, R | 115:10-12, 115:14-116:2, 116:5-10, 12-14 | 401/402, 403, M, V, D, IE, S |
| 118:8-118:13 | F | | |
| 120:4-120:7 | 30b6, R, C, S, V | | |
| 120:10-120:12 | 30b6 | | |
| 120:16-120:17 | 30b6, R | 122:12-123:9 | 401/402, 403, M, V, ATTY, IE, S |

12

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 120:19-120:21 | 30b6, R | 122:12-14, 15-16, 122:18-123:1, 3-9 | 401/402, 403, M, V, ATTY, IE, S |
| 120:23-120:23 | 30b6, R | 122:12-14, 15-16, 122:18-123:1, 3-9 | 401/402, 403, M, V, ATTY, IE, S |
| 121:16-121:18 | 30b6, R, V | | |
| 121:21-121:23 | 30b6, R, V | | |
| 124:12-124:14 | 30b6 | 124:22-125:5 | 401/402, 403, M, V, IE, S |
| 124:16-124:19 | 30b6 | 124:22-125:5 | 401/402, 403, M, V, IE, S |
| 124:21-124:21 | 30b6 | 124:22-125:5 | 401/402, 403, M, V, IE, S |
| 125:6-125:8 | 30b6 | 124:22-125:5, 125:11-13 | 401/402, 403, M, V, IE, S |
| 125:10-125:10 | 30b6, I | 122:22-125:5, 125:11-13 | 401/402, 403, M, V, ATTY, IE, S |
| 127:16-127:20 | F | | |
| 130:23-130:25 | | | |
| 131:11-131:15 | 30b6, P | | |
| 131:17-131:20 | 30b6, P | 129:12-17, 19-21, 23-24, 130:7-8 | 401/402, 403, M, V, D |
| 131:22-131:24 | 30b6, P | 129:12-17, 19-21, 23-24, 130:7-8 | 401/402, 403, M, V, D |
| 132:1-132:1 | 30b6, P | 129:12-17, 19-21, 23-24, 130:7-8 | 401/402, 403, M, V, D |
| 132:13-132:14 | 30b6, C, V, X | 132:20-21, 132:24-133:4 | 401/402, 403, M, V, N |
| 132:17-132:19 | 30b6, V, X | 132:20-21, 132:24-133:4 | 401/402, 403, M, V, N |
| 133:5-133:6 | 30b6, C, V, X | 132:20-21, 132:24-133:4 | 401/402, 403, M, V, N |
| 133:10-133:15 | 30b6, X | 132:20-21, 132:24-133:4 | 401/402, 403, M, V, N |
| 133:18-133:21 | 30b6, X | 132:20-21, 132:24-133:4 | 401/402, 403, M, V, N |
| 134:1-134:2 | 30b6, R, V, X | 132:20-21, 132:24-133:4 | 401/402, 403, M, V, N |
| 134:5-134:6 | 30b6, R, V, X | | |
| 134:9-134:19 | 30b6, X | 135:4-22 | 401/402, 403, M, V, ATTY, N, S |
| 134:22-134:22 | 30b6 | 135:4-22 | 401/402, 403, M, V, ATTY, N, S |

13

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 135:23-135:25 | 30b6 | 135:4-22 | 401/402, 403, M, V, ATTY, N, S |
| 136:2-136:6 | 30b6 | 135:4-22 | 401/402, 403, M, V, ATTY, N, S |
| 136:8-136:10 | 30b6 | 135:4-22 | 401/402, 403, M, V, ATTY, N, S |
| 136:12-136:14 | 30b6 | 135:4-22 | 401/402, 403, M, V, ATTY, N, S |
| 136:16-136:17 | 30b6 | 135:4-22 | 401/402, 403, M, V, ATTY, N, S |
| 137:20-138:6 | V | | |
| 138:7-138:9 | V | | |
| 138:11-138:11 | | | |
| 142:4-142:7 | F | | |
| 143:13-144:3 | | | |
| 144:5-144:8 | | 144:11-14, 144:18-20 | 401/402, 403, M, V, D |
| 144:10-144:10 | | 144:11-14, 144:18-20 | 401/402, 403, M, V, D |
| 144:15-144:17 | | 144:11-14, 144:18-20 | 401/402, 403, M, V, D |
| 145:5-145:8 | F | | |
| 147:22-147:24 | 30b6, V | 147:4-5, 8-11, 13-21, 149:2-4, 7-8 | 401/402, 403, M, V, IE, S |
| 148:1-148:13 | 30b6, V, X, AA | 147:4-5, 8-11, 13-21, 149:2-4, 7-8 | 401/402, 403, M, V, IE, S |
| 148:16-148:20 | 30b6, V, X, AA | 147:4-5, 8-11, 13-21, 149:2-4, 7-8 | 401/402, 403, M, V, IE, S |
| 148:25-149:1 | 30b6, X, I | 147:4-21, 148:23-24, 149:2-8 | 401/402, 403, M, V, ATTY, IE, S |
| 150:21-151:8 | S | | |
| 151:10-151:14 | S | | |
| 153:15-153:16 | 30b6, S | | |
| 153:18-154:5 | 30b6, S | | |
| 154:7-154:10 | 30b6 | | |
| 154:11-154:15 | F | | |
| 155:7-156:2 | 30b6 | | |
| 156:4-156:8 | 30b6 | | |
| 156:10-156:11 | 30b6, S | | |
| 157:22-157:23 | C, V | | |
| 158:3-158:5 | 30b6, V | | |
| 158:7-158:9 | 30b6, S | | |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 166:18-166:21 | F | | |
| 169:12-170:11 | | | |
| 173:17-173:23 | 30b6, V, P | | |
| 174:1-174:1 | 30b6 | | |
| 176:6-176:8 | | 175:17-176:5 | 401/402, 403, M, V, D, N |
| 177:11-177:13 | 30b6, I | 177:1-2, 4-6 | 401/402, 403, M, V, D, N |
| 177:15-177:15 | | | |
| 178:20-178:21 | F | | |
| 179:1-179:4 | | | |
| 180:6-180:19 | 30b6, R | 181:1-7, 9-14, 16-17 | 401/402, 403, M, V, D, S |
| 180:21-180:22 | 30b6, R, S | 181:1-7, 9-14, 16-17 | 401/402, 403, M, V, D, S |
| 181:18-181:19 | 30b6, R | 181:1-7, 9-14, 16-17 | 401/402, 403, M, V, D, S |
| 181:21-181:22 | 30b6, R | 181:1-7, 9-14, 16-17 | 401/402, 403, M, V, D, S |
| 182:20-182:21 | F | | |
| 183:4-183:5 | | | |
| 183:13-184:10 | 30b6, R | | |
| 184:12-184:16 | 30b6 | | |
| 184:18-184:22 | 30b6 | | |
| 184:24-184:25 | 30b6, X | | |
| 185:1-185:2 | 30b6, X | | |
| 185:5-185:5 | 30b6, S, X | | |
| 185:24-186:1 | | | |
| 186:24-186:25 | | 186:14-23, 187:12-188:2 | 401/402, 403, M, V, D |
| 187:2-187:3 | 30b6 | 186:14-23, 187:12-188:2 | 401/402, 403, M, V, D |
| 187:5-187:11 | 30b6 | 186:14-23, 187:12-188:2 | 401/402, 403, M, V, D |
| 188:4-188:7 | F | | |
| 188:18-188:20 | | | |
| 189:8-190:2 | 30b6 | 190:7-17 | 401/402, 403, M, V, D |
| 190:4-190:6 | 30b6, S | 190:7-17 | 401/402, 403, M, V, D |
| 190:18-191:19 | 30b6 | 190:7-17 | 401/402, 403, M, V, D |
| 191:21-192:7 | 30b6, S | 190:7-17 | 401/402, 403, M, V, D |
| 192:15-192:16 | 30b6, R, X | | |
| 192:19-192:20 | 30b6, R, X | | |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 192:22-192:24 | 30b6, R, X | | |
| 193:24-195:14 | 30b6, R, F, P | | |
| 195:16-195:16 | 30b6, R, F, P | | |
| 195:19-195:19 | 30b6, R, F, P | | |
| 200:20-201:9 | 30b6, P | | |
| 211:5-211:10 | F | | |
| 211:22-212:1 | | | |
| 212:3-212:5 | V | | |
| 212:7-212:25 | 30b6, X | | |
| 213:1-213:3 | 30b6, P, X | | |
| 213:6-213:7 | 30b6, X | | |
| 214:10-214:13 | P | | |
| 214:15-215:4 | V | | |
| 215:5-216:1 | 30b6 | 216:7-9, 11-14, 217:6-8, 10-16 | 401/402, 403, M, V, D, IE, S |
| 216:4-216:6 | 30b6, V | 216:7-9, 11-14, 217:6-8, 10-16 | 401/402, 403, M, V, D, IE, S |
| 216:15-216:20 | 30b6 | 216:7-9, 11-14, 217:6-8, 10-16 | 401/402, 403, M, V, D, IE, S |
| 216:22-217:5 | 30b6, V | 216:7-9, 11-14, 217:6-8, 10-16 | 401/402, 403, M, V, D, IE, S |
| 218:3-218:20 | 30b6, X | | |
| 218:23-218:25 | 30b6, X | | |
| 219:5-219:11 | 30b6, R, C, P, S | | |
| 220:1-220:2 | 30b6, R | | |
| 220:4-220:9 | 30b6, V | | |
| 220:11-220:19 | 30b6, V, S | | |
| 229:11-229:14 | F | | |
| 229:21-229:22 | | | |
| 231:3-231:16 | 30b6, P | | |
| 231:19-232:4 | 30b6 | | |
| 232:7-233:1 | 30b6 | | |
| 233:4-233:4 | 30b6 | | |
| 234:17-235:3 | 30b6, X | | |
| 242:22-243:2 | F | | |
| 244:13-244:21 | 30b6, R, X | | |
| 244:23-244:23 | 30b6, R, X | | |
| 246:12-246:14 | 30b6, R, X, LC | | |
| 246:17-246:18 | 30b6, R, X, LC | | |
| 246:20-246:25 | | | |
| 248:14-249:2 | 30b6 | 249:5, 7-8 | 401/402, 403, M, V, N |
| 249:4-249:4 | 30b6 | 249:5, 7-8 | 401/402, 403, M, V, N |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 249:14-249:18 | | | |
| 249:20-249:22 | | | |
| 249:24-249:24 | | | |

**EXHIBIT 9**

### III.   Jeffrey Kindig (September 16, 2021)

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 9:20-9:23 | H | | |
| 10:3-10:5 | H | | |
| 11:15-11:17 | H | | |
| 21:10-22:12 | H | | |
| 23:20-24:5 | H, I | | |
| 26:15-27:23 | H, I | 94:12-94:15, 94:18-94:25, 95:1-95:2, 95:5, 111:12-111:15, 111:19-111:21, 114:21-114:24, 115:3-115:6, 116:11-116:13, 116:17-116:19, 119:2-119:5, 119:9-119:12 | 401/402, 403, M, V, F, Scope, S, H |
| 28:4-28:12 | H | 94:12-94:15, 94:18-94:25, 95:1-95:2, 95:5, 111:12-111:15, 111:19-111:21, 114:21-114:24, 115:3-115:6, 116:11-116:13, 116:17-116:19, 119:2-119:5, 119:9-119:12 | 401/402, 403, M, V, F, Scope, S, H |
| 30:14-30:22 | H, F, S | | |
| 30:24-31:14 | H, F, S | | |
| 31:17-32:4 | H, F, S | | |
| 32:16-32:20 | H | | |
| 33:11-33:13 | H, F, S | 36:4-36:15, 58:13-58:16, 58:19-58:20, 59:19-59:22, 60:1-60:2 | 401/402, 403, M, V, Scope, H |
| 33:16-33:23 | H, F, S | 36:4-36:15, 58:13-58:16, 58:19-58:20, 59:19-59:22, 60:1-60:2 | 401/402, 403, M, V, Scope, H |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 34:1-34:1 | H | | |
| 36:4-36:15 | H | | |
| 42:25-43:1 | H | | |
| 43:5-43:7 | H | | |
| 43:18-43:20 | H | | |
| 43:24-44:3 | H | | |
| 44:5-44:8 | H | | |
| 45:5-45:9 | H | | |
| 45:12-45:16 | H | | |
| 45:23-46:5 | H | | |
| 59:12-59:17 | H, I | 36:4-36:15, 58:13-58:16, 58:19-58:20, 59:19-59:22, 60:1-60:2 | 401/402, 403, M, V, Scope, H |
| 62:20-62:23 | H | | |
| 87:12-87:16 | H | | |
| 92:6-92:20 | H, F | 88:10-88:21, 89:17-89:20, 89:24-90:4, 90:7-90:22, 94:12-94:15, 94:18-94:25, 95:1-95:2, 95:5 | 401/402, 403, M, V, Scope, S, F, H |
| 95:6-95:20 | H | | |
| 101:14-101:17 | H | | |
| 101:21-101:22 | H | | |
| 101:24-102:1 | H | | |
| 102:5-102:9 | H | 102:18-102:21, 102:25 | 401/402, 403, M, V, Scope, S, F, H |
| 102:11-102:17 | H | 102:18-102:21 102:25 | 401/402, 403, M, V, Scope, S, F, H |
| 155:22-157:16 | H | 94:12-94:15, 94:18-94:25, 95:1-95:2, 95:5, 111:12-111:15, 111:19-111:21, 114:21-114:24, 115:3-115:6, 116:11-116:13, 116:17-116:19, 119:2-119:5, 119:9-119:12 | 401/402, 403, M, V, F, Scope, S, H |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 157:19-157:21 | H | 94:12-94:15, 94:18-94:25, 95:1-95:2, 95:5, 111:12-111:15, 111:19-111:21, 114:21-114:24, 115:3-115:6, 116:11-116:13, 116:17-116:19, 119:2-119:5, 119:9-119:12 | 401/402, 403, M, V, F, Scope, S, H |
| 157:23-157:24 | H | 94:12-94:15, 94:18-94:25, 95:1-95:2, 95:5, 111:12-111:15, 111:19-111:21, 114:21-114:24, 115:3-115:6, 116:11-116:13, 116:17-116:19, 119:2-119:5, 119:9-119:12 | 401/402, 403, M, V, F, Scope, S, H |
| 158:1-158:16 | H | 94:12-94:15, 94:18-94:25, 95:1-95:2, 95:5, 111:12-111:15, 111:19-111:21, 114:21-114:24, 115:3-115:6, 116:11-116:13, 116:17-116:19, 119:2-119:5, 119:9-119:12 | 401/402, 403, M, V, F, Scope, S, H |
| 158:19-159:5 | H | 94:12-94:15, 94:18-94:25, 95:1-95:2, 95:5, 111:12-111:15, 111:19-111:21, 114:21-114:24, 115:3-115:6, 116:11-116:13, 116:17-116:19, | 401/402, 403, M, V, F, Scope, S, H |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| | | 119:2-119:5, 119:9-119:12 | |
| 209:20-209:22 | H | | |
| 209:24-211:15 | H, Q | | |
| 211:18-211:25 | H | | |
| 212:3-212:4 | H | | |
| 212:6-212:24 | H, R | | |
| 213:6-213:9 | H, R | | |
| 213:23-214:4 | H | | |
| 214:13-215:13 | H | | |
| 215:14-215:17 | H | | |
| 215:19-216:2 | H | | |
| 216:24-218:11 | H | | |
| 218:21-220:15 | H | | |
| 221:1-221:9 | H, I | | |
| 221:23-222:2 | H | 229:19-229:25, 230:3-230:10, 230:12-231:23, 232:15-232:18, 232:21-232:23 | 401/402, 403, M, V, H, S |
| 222:5-222:13 | H | | |
| 222:15-223:3 | H | | |
| 224:15-224:22 | H | | |
| 229:4-229:8 | H, R | | |
| 257:2-258:19 | H, F, S | | |
| 258:21-259:24 | H, F, S | 260:11-260:14, 260:17-260:22, 261:3-261:5, 261:10-261:11, 261:13 | 401/402, 403, M, V, H, S |
| 261:22-24 | H, I | 216:24-218:11, 222:5-13, 222:15-223:11, 223:14-19, 223:22-224:6, 260:11-14, 260:17-261:6, 261:9-11, 261:13, 262:1-6, 262:9-11, 13-15 | |
| 262:1-3 | H, I | 216:24-218:11, 222:5-13, 222:15-223:11, 223:14-19, 223:22-224:6, | |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| | | 260:11-14, 260:17-261:6, 261:9-11, 261:13, 261:22-24, 262:1-6, 262:9-11, 13-15 | |

**EXHIBIT 9**

IV.    **Jeffrey Kindig (October 29, 2021)**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 277:11-277:15 | H | | |
| 278:08-278:17 | H | | |
| 299:03-299:22 | H | | |
| 299:25-300:08 | H | 94:12-94:15, 94:18-94:25, 95:1-95:2, 95:5, 111:12-111:15, 111:19-111:21, 114:21-114:24, 115:3-115:6 116:11-116:13, 116:17-116:19, 119:2-119:5, 119:9-119:12 | 401/402, 403, M, V, Scope, S, F |
| 300:14-301:03 | H | 227:17-227:23 | 401/402, 403, M, V, H |
| 301:05-301:09 | H, F, S | 227:17-227:23 | 401/402, 403, M, V, H |
| 301:11-302:11 | H, F, S | 227:17-227:23 | 401/402, 403, M, V, H |
| 302:18-302:20 | H, I | 227:17-227:23 | 401/402, 403, M, V, H |
| 302:25-303:17 | H, F, S | 227:17-227:23 | 401/402, 403, M, V, H |
| 303:19-303:21 | H, F, S | 227:17-227:23 | 401/402, 403, M, V, H |
| 305:02-305:14 | H | | |
| 305:17-306:09 | H, F, S | 260:11-260:14, 260:17-260:22, 261:3-261:5, 261:10-261:11, 261:13 | 401/402, 403, M, V, H, S |
| 307:10-307:24 | H, F, S | | |
| 308:02-308:17 | H, F, S | | |
| 310:02-310:12 | H, R | | |
| 322:23-323:05 | H, F, S | | |
| 323:24-324:05 | H | 323:6-323:8, 323:11-323:16, 323:19-323:23 | 401/402, 403, M, V, Scope, S, H |
| 324:21-324:24 | H | | |
| 325:07-325:10 | H | | |
| 325:23-326:01 | H | | |
| 353:09-353:12 | H | | |
| 410:19-412:02 | H | | |

**EXHIBIT 9**

V.    **Hamilton Lenox (January 21, 2022)**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 6:9-6:14 | | | |
| 8:13-8:14 | | | |
| 9:15-9:24 | | | |
| 11:9-11:17 | | | |
| 15:18-16:6 | I | 16:8 | 401/402, 403, M, V |
| 16:20-17:11 | I | 17:12-14, 17:16-17 | 401/402, 403, M, V |
| 18:8-18:10 | | | |
| 19:18-19:23 | | | |
| 24:17-24:25 | | | |
| 25:3-25:7 | | | |
| 27:23-28:9 | I, C | 28:11-13, 57:17-20, 57:23-58:8, 58:13-15, 58:17-19, 58:21-23, 59:3-11 | 401/402, 403, M, V, S |
| 28:14-28:16 | | | |
| 30:8-30:19 | | | |
| 30:21-30:21 | S, H | | |
| 31:3-31:10 | | | |
| 36:11-36:12 | S | | |
| 36:14-36:14 | S, I | 36:22-24, 37:1-3 | 401/402, 403, M, V, Scope, S |
| 37:13-37:14 | S | | |
| 37:17-37:17 | S, I | 37:21-24, 38:2-5, 7-9, 12-13, 15-17, 40:5-7, 40:13-41:3 | 401/402, 403, M, V, Scope, S |
| 42:6-43:14 | H, 30b6, R, P, 611 | | |
| 43:16-43:17 | 30b6, R, P, 611 | | |
| 43:19-43:20 | 30b6, R, P, 611 | | |
| 43:22-43:22 | 30b6, R, P, 611 | | |
| 43:24-44:10 | 30b6, R, P, 611, AA, I, NR | 37:21-24, 38:2-5, 7-9, 12-13, 15-17, 40:5-7, 40:13-41:3 | 401/402, 403, M, V, Scope, S |
| 44:12-44:12 | 30b6, R, P, 611 | | |
| 44:14-45:2 | 30b6, R, P, 611, Q | | |
| 45:4-45:10 | 30b6, R, P, 611, Q | | |
| 45:13-45:19 | H, 30b6, R, P, 611 | | |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 45:21-46:11 | 30b6, R, R, P, 611 | | |
| 46:14-46:15 | H, 30b6, R, P, 611, NR, Q | | |
| 46:17-46:18 | H, 30b6, R, P, 611, AA | | |
| 47:8-47:12 | 30b6, R, P, 611 | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 47:14-47:15 | 30b6, R, P, 611 | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 47:20-47:22 | 30b6, R, P, 611 | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 47:25-47:25 | 30b6, R, P, 611 | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 48:3-48:14 | 30b6, R, P, 611 | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 49:15-49:21 | 30b6, R, P, 611 | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 49:23-50:2 | 30b6, R, P, 611 | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, | 401/402, 403, M, V, Scope, S, I |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| | | 17-18, 20-25, 54:1-2, 5-7 | |
| 50:6-50:21 | 30b6, R, P, 611, C | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 51:2-51:13 | 30b6, R, P, 611, C | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 51:16-51:21 | 30b6, R, P, 611, C, AA | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 51:23-52:4 | 30b6, R, P, 611, C, AA | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 52:6-52:9 | 30b6, R, P, 611 | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 52:12-53:18 | 30b6, R, P, S, 611 | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 53:20-53:25 | 30b6, R, P, 611 | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, | 401/402, 403, M, V, Scope, S, I |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| | | 17-18, 20-25, 54:1-2, 5-7 | |
| 54:2-54:7 | 30b6, R, P, 611, I | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7, 55:17-19, 55:22-25 | 401/402, 403, M, V, Scope, S, I |
| 54:9-54:13 | 30b6, R, P, S, 611 | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 54:15-54:15 | 30b6, R, P, S, 611 | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 54:24-55:2 | 30b6 R, P, 611, I | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 55:5-55:12 | 30b6, R, P, 611, I | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7, 55:17-19, 55:22-25 | 401/402, 403, M, V, Scope, S, I |
| 55:15-55:19 | 30b6, R, P, 611, I | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7, | 401/402, 403, M, V, Scope, S, I |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| | | 55:17-19, 55:22-25 | |
| 55:22-55:25 | 30b6, R, P, 611, I | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7, 56:2-3, 6-7 | 401/402, 403, M, V, Scope, S, I |
| 56:9-56:11 | 30b6, R, P, H, 611 | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 56:14-56:19 | 30b6, R, P, H, 611 | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 56:22-57:4 | 30b6, R, P, S, 611, NR | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 57:7-57:9 | 30b6, R, P, S, 611, NR | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 59:19-59:20 | 30b6, R, P, S, H, 611 | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 59:22-60:3 | 30b6, R, P, S, 611 | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, | 401/402, 403, M, V, Scope, S, I |

EXHIBIT 9

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| | | 17-18, 20-25, 54:1-2, 5-7 | |
| 60:5-60:8 | 30b6, R, P, H, 611 | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 60:10-60:18 | 30b6, R, P, 611 | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 60:20-61:5 | 30b6, R, P, S, 611 | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 61:7-61:11 | 30b6, R, P, 611 | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 61:13-62:1 | 30b6, R, P, H, 611, C | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 62:3-62:7 | 30b6, R, P, 611 | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, 17-18, 20-25, 54:1-2, 5-7 | 401/402, 403, M, V, Scope, S, I |
| 62:9-62:11 | 30b6, R, P, 611 | 13:20-21, 23; 9:8-11:5; 38:7-9, 12-13; 53:12-14, 54:4-7, 9-13, 15, | 401/402, 403, M, V, Scope, S, I |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| | | 17-18, 20-25, 54:1-2, 5-7 | |

**EXHIBIT 9**

VI.    **Benjamin Maynor (September 9, 2021)**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 6:13-6:16 | | | |
| 7:1-7:3 | | | |
| 11:14-11:18 | | | |
| 12:12-12:21 | | | |
| 13:15-13:18 | | | |
| 14:3-14:11 | | | |
| 15:11-17:1 | Q, I | | |
| 19:12-20:2 | | 20:3-6, 20:16-21:1 | 401/402, 403, M, V |
| 21:2-21:8 | | | |
| 21:16-21:24 | | | |
| 23:6-23:12 | | | |
| 24:6-24:20 | I | 25:6-16 | 401/402, 403, M, V |
| 27:13-30:10 | I | | |
| 37:23-37:24 | | 38:3, 38:9-11 | 401/402, 403, M, V, Scope |
| 38:1-38:1 | | | |
| 39:10-40:9 | | 40:10-13, 40:15-46:3 | 401/402, 403, M, V, C, F, Scope |
| 41:5-41:8 | | | |
| 42:14-43:3 | | | |
| 43:9-43:11 | | | |
| 43:13-43:16 | | 43:18-44:9, 44:11-45:1, 45:3-21, 45:23-25 | 401/402, 403, M, V, C, Scope |
| 46:5-46:6 | | | |
| 46:9-46:11 | | | |
| 46:12-46:24 | | 46:25-47:12, 48:7-49:1 | 401/402, 403, M, V, F, Scope |
| 49:2-49:4 | | | |
| 49:7-49:19 | | | |
| 50:14-51:19 | | | |
| 51:23-51:25 | | | |
| 52:2-52:25 | | 53:1-6, 53:9-13, 54:24-55:5, 55:6-10, 55:13-21, 55:24-57:1, 57:4-15, 65:15-23, 66:3-10 | 401/402, 403, M, V, AA, C, F, IH, S, Scope |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 57:16-58:5 | | 66:11-23, 58:23-59:10 | 401/402, 403, M, V, Scope |
| 67:23-68:1 | | | |
| 72:25-73:8 | | 73:9-21 | 401/402, 403, M, V, Scope |
| 73:22-75:9 | | 41:5-8, 42:14-43:3, 43:9-11, 43:13-44:9, 44:11-45:1, 46:13-47:12, 48:7-49:4, 50:14-51:25, 53:1-6, 53:9-13, 55:24-56:23, 57:16-58:5, 73:22-75:9, 78:2-79:7 | 401/402, 403, M, V, AA, C, F, Scope |
| 76:8-76:22 | | | |
| 77:10-77:15 | | 77:16-25, 78:2-21 | 401/402, 403, M, V, IH |
| 78:21-79:7 | | | |
| 81:8-84:17 | I | | |
| 89:17-89:21 | | | |
| 91:12-92:17 | | | |
| 110:20-111:21 | | | |
| 121:2-121:22 | | | |
| 145:14-146:17 | LC, X | 139:25-140:4, 142:2-144:23 | 401/402, 403, M, V, C, IE, Scope, S |
| 146:18-146:23 | | 139:25-140:4, 142:2-144:23 | 401/402, 403, M, V, C, IE, Scope, S |
| 147:15-150:22 | LC, V | 162:19-22, 163:1-2 | 401/402, 403, M, V, Scope |
| 153:9-154:12 | LC, X | 154:13-15, 160:1-14, 160:18-161:7, 161:10-17 | 401/402, 403, M, V, F, I, IE, IH, S |
| 154:18-155:9 | | | |
| 155:16-157:14 | LC | 41:5-8, 42:14-43:3, 43:9-11, 43:13-44:9, 44:11-45:1, 46:13-47:12, 48:7-49:4, 50:14-51:25, 53:1-6, | 401/402, 403, M, V, AA, C, F, Scope |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| | | 53:9-13, 55:24-56:23, 57:16-58:5 | |
| 158:15-159:12 | | 41:5-8, 42:14-43:3, 43:9-11, 43:13-44-9, 44:11-45:1, 46:13-47:12, 48:7-49:4, 50:14-51:25, 53:1-6, 53:9-13, 55:24-56:23, 57:16-58:5 | 401/402, 403, M, V, AA, C, F, Scope |

**EXHIBIT 9**

**VII.** ▮▮▮▮▮▮▮▮ **(November 3, 2021)**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 6:22-6:22 | | | |
| 7:1-7:11 | | | |
| 8:5-8:16 | | | |
| 17:4-17:13 | | | |
| 38:6-38:13 | | 38:14-16 | 401/402, 403, M, V, ATTY |
| 39:2-39:5 | | | |
| 39:10-39:14 | | | |
| 39:16-39:17 | | | |
| 39:18-39:20 | LC | | |
| 39:22-39:22 | LC | | |
| 40:1-40:2 | LC | | |
| 40:4-40:4 | LC | | |
| 40:5-40:7 | LC | | |
| 40:9-40:9 | LC | | |
| 40:17-40:19 | LC, V | | |
| 40:21-41:2 | I, C | | |
| 41:5-41:5 | | | |
| 44:12-45:11 | | | |
| 45:13-45:16 | F, V | | |
| 45:19-45:19 | | | |
| 46:12-46:19 | LC | | |
| 46:21-46:22 | | | |
| 47:1-47:2 | V, I, S | | |
| 47:4-47:10 | | | |
| 49:3-49:6 | | | |
| 50:11-50:13 | | | |
| 50:17-50:18 | | | |
| 51:17-51:22 | | | |
| 52:5-52:9 | | | |
| 52:11-52:16 | | | |
| 52:21-53:8 | | | |
| 53:10-53:10 | | | |
| 54:18-54:20 | F, V | | |
| 54:22-55:3 | F, V, I | | |
| 55:5-55:6 | | | |
| 55:7-55:9 | F, V | | |
| 55:11-55:11 | | | |
| 73:8-73:9 | S, F, V | | |
| 73:11-73:12 | S, F, V | | |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 73:15-73:19 | | | |
| 73:21-73:21 | | | |
| 81:5-81:7 | | | |
| 82:6-82:7 | LC, X, F | | |
| 82:10-82:11 | | | |
| 95:13-95:16 | I, LC, F | 96:2-6 | 401/402, 403, M, V, AA |
| 96:15-96:16 | F, V, I | 96:13-14 | 401/402, 403, M, V |
| 96:19-96:22 | F, V, S | 96:13-14 | 401/402, 403, M, V, AA, I |
| 97:1-97:1 | | | |
| 97:5-97:6 | 30b6, V | | |
| 97:10-97:13 | | | |
| 97:18-97:21 | | | |
| 98:3-98:13 | | | |
| 102:11-102:12 | 30b6, F, S | | |
| 102:15-102:15 | | | |
| 107:21-107:22 | 30b6, S, F, X | | |
| 108:3-108:5 | LC, X, 30b6, F | | |
| 108:9-108:9 | | | |
| 122:11-122:13 | | | |
| 122:14-122:14 | | | |
| 122:20-123:3 | V | 123:12-15 | 401/402, 403, M, V |
| 123:5-123:7 | | 123:12-15 | 401/402, 403, M, V |
| 123:9-123:11 | | | |
| 123:20-123:21 | I | | |
| 124:1-124:10 | 30b6, V, S | | |
| 124:13-124:16 | 30b6, V, S | | |
| 124:17-125:11 | 30b6, V, S | | |
| 125:21-125:22 | I, F | | |
| 126:2-126:3 | I, F | | |
| 128:19-129:10 | | | |
| 129:12-129:20 | | | |
| 130:6-130:8 | | | |
| 131:7-131:9 | V, LC | | |
| 131:11-131:13 | | | |
| 140:15-141:2 | | | |
| 141:14-141:15 | 30b6, X, V | | |
| 141:19-142:4 | 30b6, X, F | | |
| 142:8-142:8 | 30b6, X, LC, S | | |
| 170:19-170:21 | | | |
| 171:4-171:18 | | | |
| 171:19-172:7 | | | |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 172:9-172:9 | | | |
| 172:10-172:10 | V | | |
| 172:12-172:15 | | | |
| 173:4-173:5 | 30b6, V | | |
| 173:9-173:12 | 30b6, V | | |
| 173:14-173:14 | 30b6 | | |
| 174:14-174:16 | 30b6, V, S | | |
| 174:19-174:20 | 30b6 | | |
| 175:8-175:9 | 30b6 | | |
| 175:12-175:12 | 30b6 | | |
| 180:4-180:5 | LC, V | | |
| 180:7-180:9 | LV, V | | |
| 181:20-182:1 | X, LC | | |
| 182:4-182:4 | X, LC | | |
| 183:18-184:1 | | | |
| 184:5-184:6 | | | |
| 184:8-184:8 | | | |
| 184:9-184:10 | 30b6, F, V | 184:12-13, 185:10-11 | 401/402, 403, M, V, I |
| 184:21-184:22 | | 185:10-11 | 401/402, 403, M, V, I |
| 185:12-185:13 | 30b6, F, V | | |
| 185:16-185:17 | 30b6, F, V | | |
| 185:18-185:20 | V, 30b6, I | | |
| 186:1-186:2 | | | |
| 186:4-186:4 | | | |
| 186:12-186:13 | | | |
| 191:15-191:18 | V | | |
| 191:21-191:22 | 30b6, F, LC | | |
| 192:6-192:14 | 30b6, V, S, F, X, LC | | |
| 192:16-192:18 | 30b6, S, X, LC | | |
| 192:20-193:2 | LC | | |
| 193:3-193:3 | 30b6, S, X, LC | | |
| 193:6-193:9 | LC | | |
| 194:11-194:13 | V, S | | |
| 194:15-194:17 | V, S | | |
| 194:19-194:20 | | | |
| 194:21-194:22 | VS | | |
| 195:2-195:9 | 30b6, X | | |
| 195:12-195:13 | 30b6, X | | |
| 195:17-195:19 | 30b6, X | | |
| 195:22-196:2 | 30b6, X | | |
| 196:3-196:5 | | | |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 196:7-196:9 | | | |
| 196:10-196:10 | 30b6 | | |
| 196:12-196:12 | 30b6 | | |
| 196:14-196:17 | | | |
| 197:6-197:7 | 30b6, X | | |
| 197:10-197:14 | 30b6, X, S | | |
| 197:16-197:17 | S | | |
| 198:20-199:1 | S | | |
| 199:3-199:7 | S, V | | |
| 199:9-199:13 | S, V | | |
| 199:15-199:15 | | | |
| 201:11-201:14 | | | |
| 202:9-202:9 | | | |
| 202:11-202:13 | 30b6, X | | |
| 202:16-202:19 | 30b6, X | | |
| 202:22-202:22 | 30b6, X | | |
| 203:1-203:4 | 30b6, F, S, X | | |
| 203:7-203:11 | 30b6, S, X | | |
| 203:13-203:16 | 30b6, S, X | | |
| 203:18-203:19 | 30b6, S, X | | |
| 205:13-205:17 | V | | |
| 205:19-205:20 | V, I | | |
| 205:22-206:4 | | | |
| 206:6-206:6 | | | |
| 214:12-214:14 | 30b6, V, S | | |
| 214:17-214:17 | 30b6, V, S | | |
| 222:19-224:7 | 30b6, V, S, I | | |
| 225:3-225:5 | 30b6, V, I | 224:13-225:2 | 401/402, 403, M, V, I |
| 225:8-225:8 | 30b6, V, I | 224:13-225:2 | 401/402, 403, M, V, I |
| 225:9-225:10 | 30b6, S, V, I | 224:13-225:2 | 401/402, 403, M, V, I |
| 225:12-225:14 | 30b6, LC, X | | |
| 225:16-225:17 | 30b6, X | | |
| 238:9-238:10 | 30b6, X | | |
| 238:12-238:12 | 30b6, X | | |
| 238:21-238:22 | | | |
| 239:2-239:2 | | | |
| 239:9-239:11 | | | |
| 239:16-239:18 | | | |
| 240:4-240:5 | S | | |
| 240:7-240:13 | | | |
| 240:22-241:7 | | | |
| 241:12-241:15 | 30b6, R | | |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 241:22-243:19 | | | |
| 243:21-243:21 | | | |
| 243:22-244:1 | | | |
| 244:3-244:3 | | | |
| 244:19-244:21 | | | |
| 246:2-246:6 | 30b6, S, F | | |
| 246:9-246:11 | | | |
| 246:13-246:22 | 30b6 | | |
| 247:3-247:3 | | | |
| 247:4-247:5 | | | |
| 247:6-247:7 | 30b6, X | | |
| 247:10-247:10 | 30b6, X | | |
| 248:5-248:12 | 30b6, F | | |
| 248:15-248:16 | 30b6, F | | |
| 249:1-249:3 | | | |
| 249:6-249:8 | 30b6, F | | |
| 249:11-249:20 | 30b6, F | | |
| 249:22-250:2 | I | | |
| 250:4-250:8 | | | |
| 250:9-250:13 | | | |
| 250:15-250:15 | | | |
| 250:16-250:17 | | | |
| 250:21-251:7 | 30b6, S | | |
| 251:8-251:10 | | | |
| 251:14-251:15 | 30b6 | | |
| 251:18-251:19 | 30b6, S | | |
| 252:2-252:3 | | | |
| 254:19-254:19 | | | |
| 254:20-254:21 | | | |
| 255:1-255:15 | 30b6, S | | |
| 259:9-259:12 | 30b6, R, S | | |
| 259:15-259:16 | 30b6, R, S | | |
| 259:17-260:5 | | | |
| 260:15-260:18 | | | |
| 261:21-261:22 | 30b6, R | | |
| 262:3-262:3 | 30b6 | | |
| 262:4-262:10 | | | |
| 262:14-263:7 | | | |
| 263:8-263:13 | 30b6 | | |
| 263:16-263:17 | 30b6 | | |
| 263:19-263:22 | 30b6 | | |
| 264:1-264:1 | | | |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 264:3-264:3 | | | |
| 264:7-264:8 | 30b6, X | | |
| 264:11-264:16 | 30b6, X | | |
| 264:20-264:21 | 30b6, X | | |
| 266:18-266:19 | 30b6 | | |
| 266:22-267:8 | 30b6 | | |
| 267:9-267:10 | 30b6 | | |
| 267:13-268:1 | 30b6 | | |
| 268:3-268:10 | S, R | | |
| 268:13-268:14 | 30b6, S, R | | |
| 268:16-268:19 | 30b6, S, R | | |
| 268:22-269:3 | 30b6, S, R | | |
| 269:6-269:15 | 30b6 | 269:16-20 | 401/402, 403, M, V, F, S, IE |
| 269:21-270:1 | 30b6 | 269:16-20 | 401/402, 403, M, V, F, S, IE |
| 270:4-270:12 | 30b6 | | |
| 270:14-270:15 | | | |
| 270:21-270:21 | | | |
| 270:22-271:1 | 30b6, X | | |
| 271:4-271:7 | 30b6, X | | |
| 271:9-271:12 | 30b6 | | |
| 271:14-271:15 | 30b6 | | |
| 271:18-271:22 | 30b6 | | |
| 272:4-272:4 | | | |
| 272:5-272:6 | | | |
| 272:8-272:10 | | | |
| 272:12-272:15 | | | |
| 272:18-272:18 | | | |

**EXHIBIT 9**

**VIII.** ███████████████ **(February 8, 2022)**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 5:5-5:7 | | | |
| 8:12-8:18 | R | | |
| 11:13-11:14 | | | |
| 11:22-12:9 | I, | | |
| 12:22-12:25 | | | |
| 14:25-15:11 | I, H, R | | |
| 15:16-16:8 | R | | |
| 16:13-16:18 | | | |
| 20:11-20:17 | | | |
| 20:19-20:20 | | 20:22-21:1 | 401/402, 403, M, V, S |
| 21:2-21:19 | | | |
| 22:4-22:25 | | 23:4-5 | 401/402, 403, M, V, I |
| 23:2-23:2 | | 23:4-5 | 401/402, 403, M, V, I |
| 27:6-27:11 | | 27:15-16, 27:18-21, 27:22-22 | 401/402, 403, M, V, ATTY; I |
| 27:13-27:13 | | 27:15-16, 27:18-21, 27:22-22 | 401/402, 403, M, V, ATTY; I |
| 27:24-28:5 | | 27:15-16, 27:18-21, 27:22-22 | 401/402, 403, M, V, ATTY; I |
| 28:7-28:7 | | | |
| 28:15-29:1 | | | |
| 29:8-29:23 | | | |
| 29:24-30:13 | I, S, R | | |
| 30:15-30:15 | | | |
| 30:16-30:24 | | | |
| 32:11-33:2 | | | |
| 33:4-33:4 | | | |
| 33:6-33:13 | | | |
| 33:15-34:2 | | | |
| 34:19-34:21 | | 34:22-23, 34:25 | 401/402, 403, M, V |
| 35:13-35:15 | | | |
| 35:17-35:24 | | | |
| 36:1-36:5 | | | |
| 36:22-36:24 | | | |
| 37:4-37:14 | | | |
| 37:15-37:19 | | | |
| 37:21-37:21 | | | |
| 38:2-38:6 | R, I, C, F | | |
| 38:10-39:1 | R | | |
| 39:9-39:13 | R, I | | |

40

**EXHIBIT 9**

| | | | |
|---|---|---|---|
| 39:16-39:19 | R, S, F | | |
| 40:4-40:6 | R, F | | |
| 40:9-40:13 | R, F | | |
| 43:9-43:21 | | | |
| 43:23-44:3 | | | |
| 44:5-44:9 | R, F | | |
| 44:12-44:23 | R, F | | |
| 45:1-45:5 | R, F | | |
| 45:8-45:23 | | | |
| 45:25-46:1 | R, S | | |
| 46:9-47:5 | | | |
| 47:7-47:13 | R, F | | |
| 47:15-47:15 | R, F | | |
| 47:16-47:20 | R, F | | |
| 47:23-47:25 | R, F | | |
| 48:2-49:10 | R, F | | |
| 49:12-49:23 | F, X | | |
| 50:1-50:9 | F, X | | |
| 50:12-50:12 | F, X | | |
| 51:9-51:11 | R, X | | |
| 51:13-51:22 | R, X | | |
| 51:23-52:3 | R, X | | |
| 52:5-52:5 | R, X | | |
| 53:15-54:5 | R, P, F, S | | |
| 54:7-54:15 | R, P, F, S | | |
| 62:6-62:9 | I | 55:18-56:7, 56:9-57:3, 57:5-12 | 401/402, 403, M, V, F, S |
| 63:23-64:5 | R, I, C | 64:6-10 | 401/402, 403, M, V, ATTY, F, S |
| 68:6-68:7 | R, X, F | 64:12-25, 65:2-6, 65:9-5, 65:18-18 | 401/402, 403, M, V, ATTY, F, I, IE, S |
| 68:9-68:23 | R, X, F | 64:12-25, 65:2-6, 65:9-5, 65:18-18 | 401/402, 403, M, V, ATTY, F, I, IE, S |
| 68:25-69:6 | R, X, F | 64:12-25, 65:2-6, 65:9-5, 65:18-18 | 401/402, 403, M, V, ATTY, F, I, IE, S |
| 69:9-69:13 | R, X, F | 64:12-25, 65:2-6, 65:9-5, 65:18-18 | 401/402, 403, M, V, ATTY, F, I, IE, S |
| 69:15-69:15 | R, X, F | 64:12-25, 65:2-6, 65:9-5, 65:18-18 | 401/402, 403, M, V, ATTY, F, I, IE, S |
| 69:16-69:19 | R, X, F | 64:12-25, 65:2-6, 65:9-5, 65:18-18 | 401/402, 403, M, V, ATTY, F, I, IE, S |
| 69:22-69:25 | R, X, F | 64:12-25, 65:2-6, 65:9-5, 65:18-18 | 401/402, 403, M, V, ATTY, F, I, IE, S |

**EXHIBIT 9**

| | | | |
|---|---|---|---|
| 70:2-70:9 | R, X, F | 64:12-25, 65:2-6, 65:9-5, 65:18-18 | 401/402, 403, M, V, ATTY, F, I, IE, S |
| 74:15-74:16 | R, I | 74:1-3 | 401/402, 403, M, V, IE |
| 74:19-74:19 | R, I | | |
| 74:21-74:23 | R, C | | |
| 74:25-75:13 | R | | |
| 75:16-75:22 | R | | |
| 82:24-83:2 | F, R | | |
| 88:3-88:4 | F, X | | |
| 88:7-88:16 | F, X | | |
| 88:18-88:22 | F | | |
| 88:24-88:24 | F | | |
| 89:9-89:11 | F | 89:22-24, 90:1-4, 91:25-92:2, 92:4-4, 107:22-24, 108:1-2 | 401/402, 403, M, V, F, S |
| 89:13-89:17 | F | 89:22-24, 90:1-4, 91:25-92:2, 92:4-4, 107:22-24, 108:1-2 | 401/402, 403, M, V, F, S |
| 89:20-89:20 | F | 89:22-24, 90:1-4, 91:25-92:2, 92:4-4, 107:22-24, 108:1-2 | 401/402, 403, M, V, F, S |
| 97:9-97:13 | F, C | | |
| 97:15-97:21 | F, C | | |
| 97:23-97:23 | F, C | | |
| 98:5-98:10 | FS | | |
| 98:12-98:12 | I, S | | |
| 99:4-100:20 | X | | |
| 100:21-101:3 | X | | |
| 101:5-101:16 | X | | |
| 102:7-102:18 | X | | |
| 102:21-103:2 | X | | |
| 105:4-105:6 | R | | |
| 105:8-105:9 | R | | |
| 105:18-105:24 | X | | |
| 106:1-106:14 | X | | |
| 106:16-106:18 | X, I | | |
| 108:17-109:9 | X, LC | | |
| 109:19-109:22 | X, LC | | |
| 109:25-110:9 | X, LC | | |
| 110:12-110:14 | X, LC | | |
| 111:2-111:6 | | | |
| 112:6-112:20 | R | | |

**EXHIBIT 9**

| 112:22-112:22 | R |  |  |
|---|---|---|---|
| 112:23-113:2 | R |  |  |
| 113:14-113:21 | R |  |  |
| 114:10-114:12 | R, S, F |  |  |
| 114:14-114:14 | R, S, F |  |  |
| 116:10-117:20 | R, F |  |  |

**EXHIBIT 9**

IX.   ████████████████   **(February 9, 2022)**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 12:4-12:9 | | | |
| 12:14-12:22 | | | |
| 13:10-13:12 | | | |
| 21:8-21:16 | | | |
| 27:13-27:20 | R | | |
| 28:17-29:3 | R | | |
| 29:8-29:10 | R | 29:4-5, 29:7 | 401/402, 403, M, V |
| 29:14-29:16 | R | | |
| 29:21-29:23 | R | | |
| 29:25-29:25 | R | | |
| 30:18-30:23 | R, I | | |
| 30:25-31:15 | R, I | | |
| 32:16-32:17 | | | |
| 32:25-33:12 | | | |
| 33:15-34:5 | | | |
| 34:9-34:20 | | | |
| 34:22-35:2 | | | |
| 35:15-35:18 | | | |
| 35:19-36:11 | | | |
| 36:19-36:22 | | | |
| 37:2-37:3 | | | |
| 37:17-37:22 | | 37:23-25 | 401/402, 403, M, V |
| 38:1-38:14 | R, LC, F | | |
| 41:10-41:20 | | | |
| 41:23-42:8 | | | |
| 42:15-42:19 | | 42:20-21:3, 43:7-7, 124:22-125:16, 126:12-16 | 401/402, 403, M, V, D, F, I, L, S |
| 43:8-44:1 | S | 44:2-7, 44:10-14, 44:18-45:21, 45:24-46:2, 46:5-10, 46:13-17, 84:7-17 | 401/402, 403, M, V, ATTY, F, IH, S |
| 52:2-52:3 | | | |
| 52:7-52:16 | | 52:17-53:3 | 401/402, 403, M, V, F, S |
| 53:4-53:12 | R | 53:13-18 | 401/402, 403, M, V, F, S |
| 54:4-54:11 | R, S | 55:14-19, 56:1-16, 25:20-12, 102:12-104:7, | 401/402, 403, M, V, I, S |

**EXHIBIT 9**

| | | 104:11-104:17, 104:20-22 | |
|---|---|---|---|
| 54:15-54:18 | R, S | 55:14-19, 56:1-16, 25:20-12, 102:12-104:7, 104:11-104:17, 104:20-22 | 401/402, 403, M, V, D, F, I, S |
| 55:6-55:13 | | 55:14-19, 56:1-16, 25:20-12, 102:12-104:7, 104:11-104:17, 104:20-22 | 401/402, 403, M, V, D, F, I, S |
| 57:23-59:1 | | 5911-60:3, 60:6-11, 60:14-21, 60:24-61:2, 61:4-19, 61:21-62:7, 62:10-13, 62:16-16 | 401/402, 403, M, V, D, F, I, S |
| 62:17-62:20 | | | |
| 62:23-62:25 | | | |
| 63:15-64:11 | | 65:11-14 | 401/402, 403, M, V, D |
| 64:12-65:4 | | 65:11-14 | 401/402, 403, M, V, D |
| 65:8-65:10 | | 65:11-14 | 401/402, 403, M, V, D |
| 65:15-65:18 | | 65:11-14, 65:19-66:16 | 401/402, 403, M, V, D, F, LC, S |
| 67:24-68:21 | | 68:22-69:4 | 401/402, 403, M, V, F, S |
| 71:15-72:4 | | | |
| 72:7-72:7 | | | |
| 75:6-75:12 | | | |
| 75:14-75:22 | | | |
| 75:25-76:6 | | | |
| 79:24-80:8 | | 80:1-17 | 401/402, 403, M, V, D, F, I, S |
| 80:18-80:19 | | | |
| 80:23-81:3 | | | |
| 81:19-82:1 | | | |
| 83:2-83:4 | | 82:23-84:1 | 401/402, 403, M, V, D |
| 83:8-83:13 | | | |
| 83:16-83:24 | | | |
| 84:3-84:6 | | 84:7-10, 84:13-85:8 | 401/402, 403, M, V, F, L, S |
| 86:21-87:14 | | 85:9-15, 85:18-23 | 401/402, 403, M, V, AA, F, L, S |
| 87:17-87:21 | | 85:9-15, 85:18-23 | 401/402, 403, M, V, AA, F, L, S |

**EXHIBIT 9**

| | | | |
|---|---|---|---|
| 167:16-168:3 | | | |
| 168:5-168:5 | | | |
| 173:19-174:4 | R | | |
| 174:6-174:11 | R | | |
| 174:13-174:17 | R, LC | | |
| 174:20-175:1 | R, LC, F | | |
| 175:2-175:4 | R, LC, F | | |
| 175:6-175:6 | R, LC, F | | |
| 175:7-175:10 | F | | |
| 175:18-175:18 | F | | |
| 175:19-175:21 | R, S, LC, F | | |
| 175:24-176:2 | R, S, LC, F | | |
| 176:5-176:9 | R, S, LC, F | | |
| 176:13-176:16 | R, S, F | | |
| 176:22-177:1 | R, S, F | | |
| 177:4-177:6 | R | 93:14-17, 93:19-22, 94:1-7, 99:20-22, 101:10-101:12, 101:16-25 | 401/402, 403, M, V, ATTY, D, F, IE, L, S |
| 177:8-177:15 | R | 93:14-17, 93:19-22, 94:1-7, 101:10-101:12, 101:16-25 | 401/402, 403, M, V, ATTY, D, F, IE, L, S |
| 177:18-177:21 | I, LC | 93:14-17, 93:19-22, 94:1-7, 101:10-101:12, 101:16-25, 177:9-12 | 401/402, 403, M, V, ATTY, D, F, IE, L, S |
| 177:23-177:25 | I, LC | 93:14-17, 93:19-22, 94:1-7, 101:10-101:12, 101:16-25 | 401/402, 403, M, V, ATTY, D, F, IE, L, S |
| 178:2-178:2 | R | 93:14-17, 93:19-22, 94:1-7, 101:10-101:12, 101:16-25 | 401/402, 403, M, V, ATTY, D, F, IE, L, S |
| 178:10-178:12 | S | | |
| 178:14-178:17 | S | | |
| 178:19-179:2 | S | | |
| 179:4-179:7 | | | |

**EXHIBIT 9**

**X.** _____ **(September 15, 2021)**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 8:22-9:2 | | | |
| 9:6-9:7 | R | | |
| 10:21-11:17 | P, R, C | 111:4-112:23, 290:25-291:2, 293:10-14, 293:16-295:2 | 401/402, 403, M, V, NA, F, S, A, D, LC, L, AF |
| 12:8-12:20 | | | |
| 15:9-16:7 | | | |
| 17:14-17:25 | | | |
| 18:17-20:4 | S, V, I, LC | | |
| 20:6-20:8 | S, V, I, LC | | |
| 20:17-21:4 | | | |
| 22:16-23:6 | S, V, I, LC | | |
| 23:8-23:13 | S, V, I, LC | | |
| 25:7-29:17 | I, V, R | | |
| 29:20-33:7 | I, V, S, X | | |
| 33:9-36:9 | S, X | | |
| 36:21-37:1 | C, X | | |
| 37:3-39:15 | C, X | | |
| 41:19-42:14 | | 42:18-21, 42:23 | 401/402, 403, M, V |
| 43:19-44:13 | S | | |
| 44:13-45:11 | S | | |
| 45:13-46:3 | S, I, V, LC | | |
| 46:5-46:8 | S, I, V, LC | | |
| 47:16-47:19 | | | |
| 55:6-55:15 | F | | |
| 56:24-58:13 | F, H, S | | |
| 59:8-59:23 | F, H | 61:22-23, 61:25-62:24, 64:16-17, 64:19-68:21 | 401/402, 403, M, V, NA, IE, S |
| 71:6-72:5 | X | | |
| 72:16-72:18 | X | | |
| 73:5-73:9 | S | 73:10-74:11 | 401/402, 403, M, V, IE, S |
| 74:13-74:21 | | | |
| 74:21-75:6 | S, H | | |
| 75:8-76:20 | S | 76:21-22, 76:24-77:4 | 401/402, 403, M, V, F |
| 77:5-77:14 | I, V | | |
| 77:16-77:22 | I, V | | |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 86:20-87:2 | | | |
| 89:11-89:16 | S, I, V | | |
| 89:18-91:3 | S, I, V | | |
| 91:16-93:12 | X | 93:22-95:3 | 401/402, 403, M, V, IE, F, S |
| 95:22-97:15 | S, I, V, H | | |
| 97:16-98:17 | S, I, V, X | | |
| 102:6-102:23 | S, I, V | | |
| 110:8-110:20 | R, P | | |
| 112:23-113:14 | R, P, LC, H, C | 111:4-112:23, 290:25-291:2, 293:10-14, 293:16-295:2 | 401/402, 403, M, V, NA, S, A, F, D, L |
| 113:15-113:24 | R, P, LC, H, S | 113:25-114:6, 114:8-114:21, 114:23-115:12 | 401/402, 403, M, V, NA, F, S |
| 116:22-118:8 | I, V, R, P | | |
| 118:10-118:18 | I, V, S, LC | | |
| 118:20-118:23 | S, LC, R, X | | |
| 118:23-119:3 | R, S, LC, X | | |
| 119:5-119:18 | R, S, LC, X | | |
| 120:12-121:17 | S, LC, X | | |
| 121:19-121:22 | S, LC, X | | |
| 123:5-7 | H, I, S, F, LC, X | 118:11-18, 118:20-119:3, 119:5-20, 119:22-120:9 | 401/402, 403, M, V, IE, IH, LC, S |
| 123:10-12 | H, I, S, F, LC, X | 118:11-18; 118:20-119:3, 119:5-20, 119:22-120:9 | 401/402, 403, M, V, IE, IH, LC, S |
| 123:15 | H, I, S, F, LC, X | 118:11-18, 118:20-119:3, 119:5-20, 119:22-120:9 | 401/402, 403, M, V, IE, IH, LC, S |
| 131:6-133:8 | S, X | | |
| 133:10-133:14 | S | | |
| 155:15-17 | H, I, S, F, LC, X | 154:22-155:14 | 401/402, 403, M, V, D, F, S |
| 155:19-157:13 | H, I, S, F, LC, X | 154:22-155:14 | 401/402, 403, M, V, D, F, S |
| 167:11-167:22 | | | |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 167:23-168:13 | | | |

**EXHIBIT 9**

**XI.** ████████████ **(December 8, 2021)**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 258:09-258:14 | | | |
| 258:16-258:20 | | | |
| 267:01-267:13 | NR, S | 265:2-5, 265:8-18, 265:21-266:3, 266:7-8, 266:16-23, 266:25 | 401/402, 403, M, V, C, S, F |
| 268:03-268:05 | S | 276:15-277:11 | 401/402, 403, M, V, LC, C, S |
| 268:07-268:07 | S | 276:15-277:11 | 401/402, 403, M, V, LC, C, S |
| 278:18-279:01 | R, P, LC, C | 279:4-15, 284:2-15, 285:2-5, 287:2-13, 290:7-15, 290:25-291:2, 293:10-14, 293:16-295:2, 296:13-297:9 | 401/402, 403, M, V, A, F, D, LC, L, S, AF |
| 297:17-300:09 | F, H, S, LC | | |
| 300:22-301:22 | F, LC, S | 301:23-302:6 | 401/402, 403, M, V, ATTY |
| 302:07-303:02 | F, S, LC | | |
| 303:05-303:23 | F | | |
| 304:11-304:22 | R, F | | |
| 305:07-306:02 | R, F | | |
| 306:14-306:20 | R, F | | |
| 306:23-307:03 | R, F, S | | |
| 307:09-307:10 | R, F, S | | |
| 307:12-307:25 | R, F | | |
| 308:05-308:07 | R, F | | |
| 308:09-308:13 | R, F, S | | |
| 308:15-308:24 | S, F | | |
| 309:02-309:06 | S, F | | |
| 309:10-309:15 | S, F, H | | |
| 309:18-309:24 | S, F, H | | |
| 310:01-310:03 | S, F, H | | |
| 310:12-310:17 | S, F | | |
| 310:19-311:15 | S, F, R, P, LC, C | 111:4-112:23, 279:4-15, 284:2-15, 285:2-5, | 401/402, 403, M, V, A, AA, NA, F, D, LC, L, S, AF |

**EXHIBIT 9**

| | | 287:2-13, 290:7-15, 290:25-291:2, 293:10-14, 293:16-295:2, 296:13-297:9, 314:24-315:1, 315:3-5, 315:7-11 | |
|---|---|---|---|
| 311:20-312:23 | S, H | 111:4-112:23, 279:4-15, 284:2-15, 285:2-5, 287:2-13, 290:7-15, 290:25-291:2, 293:10-14, 293:16-295:2, 296:13-297:9, 314:24-315:1, 315:3-5, 315:7-11 | 401/402, 403, M, V, A, AA, NA, F, D, LC, L, S, AF |

**EXHIBIT 9**

**XII.**  ███████████████████  **(September 14, 2021)**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 6:12-6:19 | | | |
| 7:18-7:20 | | | |
| 8:24-9:11 | F | | |
| 10:23-11:5 | | 10:1-22 | 401/402, 403, M, V |
| 11:20-12:11 | | 12:12-21 | 401/402, 403, M, V, F, IE, S |
| 13:16-15:2 | H | 15:3-7 | 401/402, 403, M, V, F, IE, S |
| 15:9-16:14 | H | 16:17-17:3 | 401/402, 403, M, V, F, IE, C |
| 17:11-17:17 | F | | |
| 18:23-19:3 | H, F, S | 18:20-22 | 401/402, 403, M, V |
| 20:6-20:8 | H, F, S | 19:6-14, 19:18-20:2, 22:2-11, 22:13-17, 22:25-23:4 | 401/402, 403, M, V, IE, S, F |
| 20:15-20:18 | F, Q | | |
| 21:7-21:25 | | 22:2-11, 22:13-17, 22:25-23:4 | 401/402, 403, M, V |
| 23:8-23:10 | F, Q | | |
| 23:11-23:21 | | | |
| 24:4-25:6 | V | 25:8-14 | 401/402, 403, M, V, IE, S, F |
| 26:24-28:7 | H, X, I, S | 28:9-29:7, 29:21-25 | 401/402, 403, M, V, IE, S, F |
| 30:2-30:14 | R | 29:21-25, 30:16-31:3 | 401/402, 403, M, V, IE, S, F |
| 31:4-32:7 | H, I, V, C, R, X | 32:9-10 | 401/402, 403, M, V |
| 32:11-33:4 | H, S, X, R | | |
| 33:20-34:3 | R | 29:21-25, 30:16-31:3, 34:4-6 | 401/402, 403, M, V, IE, S, F |
| 34:7-34:25 | I, X, R | | |
| 36:1-36:19 | I, X, R | 36:20-37:8 | 401/402, 403, M, V, IE, S, F |
| 37:9-37:12 | V, C, X | | |
| 37:14-37:14 | H, X | | |
| 38:1-38:6 | V, C, H, S | 38:10-22 | 401/402, 403, M, V, IE, S, F |
| 39:7-39:11 | S | | |
| 41:22-42:6 | H, S | 42:7-18 | 401/402, 403, M, V, IE, S, F |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 44:10-45:10 | Q, V, C, X | | |
| 46:14-46:22 | X, I | 46:13 | 401/402, 403, M, V |
| 47:13-47:25 | X, S | 48:1-4 | 401/402, 403, M, V, IE, S, F |
| 49:7-49:12 | H, S | 49:13-17, 112:3-10, 112:12-16, 112:18-24, 113:1-2 | 401/402, 403, M, V, IE, S, F, L |
| 50:1-50:18 | R | 50:19-51:5 | 401/402, 403, M, V, IE, S, F |
| 51:6-52:4 | S, R | 50:19-51:5 | 401/402, 403, M, V, IE, S, F |
| 52:5-52:9 | C, V, S | | |
| 52:11-52:12 | C, V, S | | |
| 53:18-54:10 | X, S, V, C | | |
| 56:1-56:7 | X, V, S, C | 56:20-23, 56:25-58:1 | 401/402, 403, M, V, IE, S, F |
| 56:9-56:19 | X, V, S, C | 56:20-23, 56:25-58:1 | 401/402, 403, M, V, IE, S, F |
| 58:2-58:5 | X, V, C, S | 12:3-10, 112:12-16, 112:18-24, 113:1-2 | 401/402, 403, M, V, IE, S, F, L |
| 58:16-59:7 | | | |
| 59:12-60:6 | | | |
| 61:15-61:21 | H, F, S | | |
| 63:18-64:2 | I, H, S | 64:3 | 401/402, 403, M, V, IE, S, F |
| 64:10-65:4 | I, X, V | 64:4-64:9 | 401/402, 403, M, V, IE, S, F |
| 65:7-65:13 | I, X, V | 65:3-65:4 | 401/402, 403, M, V |
| 65:15-65:16 | | | |
| 65:18-65:20 | X, V | | |
| 65:22-66:3 | X, S, I | | |
| 66:5-66:25 | X, S, I | | |
| 67:1-67:3 | X, S, I | | |
| 67:7-67:9 | X, S | | |
| 67:11-67:15 | X, S | | |
| 67:17-67:23 | X, S | | |
| 67:25-68:19 | X, S | 42:7-18 | 401/402, 403, M, V, IE, S, F |
| 68:22-69:3 | I | 42:7-18, 69:4-9 | 401/402, 403, M, V, IE, S, F |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 69:10-69:24 | X, S, F, P, C, V | | |
| 70:1-70:1 | X, S, F, P, C, V | | |
| 70:4-70:5 | X, S, F, P, C, V | 70:8-11 | 401/402, 403, M, V, IE, S, F |
| 70:7-70:7 | X, S, F, P, C, V | 70:8-11 | 401/402, 403, M, V, IE, S, F |
| 73:23-74:6 | X, S, AA | | |
| 74:8-74:10 | X, S | | |
| 75:14-75:18 | V, X, S | | |
| 76:20-76:25 | I | | |
| 77:1-77:16 | I, X, C, F | | |
| 77:19-77:20 | I, X, C, F | | |
| 78:5-78:25 | X, I, S | 42:7-18 | 401/402, 403, M, V, IE, S, F |
| 79:1-79:2 | X, I, S | 42:7-18 | 401/402, 403, M, V, IE, S, F |
| 79:6-11 | F, S, V, H | 42:7-18 | 401/402, 403, M, V, IE, S, F |
| 79:20-79:22 | F, C | | |
| 81:14-81:19 | V, X, H, P, S | | |
| 81:21-81:21 | V, X, H, P, S | | |
| 81:24-81:25 | V, X, H, P, S | | |
| 82:2-82:5 | V, X, H, P, S | | |
| 82:7-82:11 | V, X, H, P, S | 112:3-10, 112:12-16, 112:18-24, 113:1-2 | 401/402, 403, M, V, IE, S, F, L |
| 82:13-82:21 | V, X, H, P, S | 112:3-10, 112:12-16, 112:18-24, 113:1-2 | 401/402, 403, M, V, IE, S, F, L |
| 82:24-83:2 | V, X, H, P, S | | |
| 83:4-83:7 | V, X, H, P, S | | |
| 83:9-83:13 | V, X, H, P, S | | |
| 83:16-83:22 | V, X, H, P, S | | |
| 83:25-84:12 | V, X, H, P, S | 112:3-10, 112:12-16, 112:18-24, 113:1-2 | 401/402, 403, M, V, IE, S, F, L |
| 84:14-84:14 | V, X, H, P, S | | |
| 84:17-84:18 | V, X, H, P, S | | |
| 84:20-84:22 | V, X, H, P, S | | |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 84:24-84:24 | V, X, H, P, S | | |
| 85:1-85:2 | V, X, H, P, S | | |
| 85:4-85:8 | V, X, H, P, S | | |
| 85:11-86:24 | V, X, H, P, S | | |
| 87:2-87:6 | P, X, S | | |
| 87:8-87:17 | P, X, S | | |
| 87:20-87:21 | P, X, S | | |
| 88:2-88:4 | F, C | | |
| 88:21-88:24 | F, C | | |
| 89:2-89:16 | | | |
| 91:1-91:3 | F, C | | |
| 91:24-92:21 | | | |
| 94:4-94:6 | F, C | | |
| 95:21-95:25 | R, I | | |
| 97:20-97:25 | I | 97:19 | 401/402, 403, M, V |
| 98:1-98:19 | I, V, P, H, LC | | |
| 98:1-98:19 | I, V, C, P, H, LC | 12:3-10, 97:25, 112:12-16, 112:18-24, 113:1-2 | 401/402, 403, M, V, I, IE, S, F, L |
| 98:21-99:10 | I, V, X, S, H | 12:3-10, 112:12-16, 112:18-24, 113:1-2 | 401/402, 403, M, V, I, IE, S, F, L |
| 99:12-19 | I, V, X, S, H | 12:3-10, 99:7-10, 99:21-24, 112:12-16, 112:18-24, 113:1-2 | 401/402, 403, M, V, I, IE, S, F, L |
| 99:21-24 | I, V, X, S, H | 12:3-10, 99:15-19, 112:12-16, 112:18-24, 113:1-2 | 401/402, 403, M, V, I, IE, S, F, L |
| 100:1-100:7 | S, X, AA, V | 99:15-19, 99:21-24 | 401/402, 403, M, V, IE, S, F |
| 100:9-100:9 | S, X, AA, V | 99:15-19, 99:21-24 | 401/402, 403, M, V, IE, S, F |
| 101:2-101:5 | S, X, AA, V | 99:15-19, 99:21-24 | 401/402, 403, M, V, IE, S, F |
| 103:16-104:9 | | | |
| 104:22-104:24 | F, C | | |
| 105:23-106:2 | F, C | | |
| 106:3-106:7 | | | |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 106:10-107:13 | P, X, V, LC, X, S | 112:3-10, 112:12-16, 112:18-24, 113:1-2 | 401/402, 403, M, V, IE, S, F, L |
| 107:16-107:20 | P, X, V, LC, X, S | 112:3-10, 112:12-16, 112:18-24, 113:1-2 | 401/402, 403, M, V, IE, S, F, L |
| 107:22-108:1 | P, X, V, LC, X, S | 112:3-10, 112:12-16, 112:18-24, 113:1-2 | 401/402, 403, M, V, IE, S, F, L |
| 108:3-108:7 | P, X, V, LC, X, S | 112:3-10, 112:12-16, 112:18-24, 113:1-2 | 401/402, 403, M, V, IE, S, F, L |
| 108:9-108:15 | P, X, V, LC, X, S | 112:3-10, 112:12-16, 112:18-24, 113:1-2 | 401/402, 403, M, V, IE, S, F, L |
| 108:19-108:22 | P, X, V, LC, X, S | 112:3-10, 112:12-16, 112:18-24, 113:1-2 | 401/402, 403, M, V, IE, S, F, L |
| 108:24-109:3 | P, X, V, LC, X, S | 112:3-10, 112:12-16, 112:18-24, 113:1-2 | 401/402, 403, M, V, IE, S, F, L |
| 109:5-109:9 | P, X, V, LC, X, S | 112:3-10, 112:12-16, 112:18-24, 113:1-2 | 401/402, 403, M, V, IE, S, F, L |
| 109:11-109:14 | P, X, V, LC, X, S | 112:3-10, 112:12-16, 112:18-24, 113:1-2 | 401/402, 403, M, V, IE, S, F, L |
| 109:17-109:20 | P, X, V, LC, X, S | 112:3-10, 112:12-16, 112:18-24, 113:1-2 | 401/402, 403, M, V, IE, S, F, L |
| 109:22-109:23 | P, X, V, LC, X, S | 112:3-10, 112:12-16, | 401/402, 403, M, V, IE, S, F, L |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
|  |  | 112:18-24, 113:1-2 |  |

**EXHIBIT 9**

**XIII.** ▮▮▮▮▮▮▮▮▮▮ **(September 14, 2021)**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 5:12-6:2 | | | |
| 8:8-8:13 | | | |
| 13:6-13:14 | I | 13:15-16 | |
| 14:20-15:3 | | | |
| 19:4-19:10 | V, I, R, S | 19:12-13 | |
| 19:12-19:18 | V, I, R, S | 19:19 | |
| 20:14-20:19 | F, V, I, R, S | 20:10-13 | 401/402, 403, M, V |
| 22:4-22:15 | | | |
| 22:21-22:22 | F | | |
| 23:7-23:20 | | | |
| 26:11-27:8 | | | |
| 27:16-28:4 | V, I, S | 28:7-9 | |
| 28:7-28:9 | V, I, S | 27:16-28:4 | |
| 29:12-29:14 | X, V | 30:6, 30:8-15 | 401/402, 403, M, V |
| 29:17-30:4 | X, V | 30:6, 30:8-15 | 401/402, 403, M, V |
| 30:16-30:16 | X, V | | |
| 30:19-30:20 | X, V | | |
| 30:21-31:1 | V, R, F, S | | |
| 31:4-31:12 | V, R, F, S | | |
| 31:15-31:21 | V, F | | |
| 32:2-32:2 | V, F, X | | |
| 32:5-32:20 | V, F, X | | |
| 32:21-33:8 | V, F, X | | |
| 33:10-34:1 | V, F, X, LC | | |
| 34:5-34:5 | V, F, X, LC | | |
| 40:13-41:5 | V, F, X | | |
| 41:9-41:17 | V, F, X | | |
| 42:13-42:19 | V, X, S | | |
| 42:22-43:14 | V, X, S | | |
| 45:4-45:18 | R, V | | |
| 45:20-45:21 | R, V | | |
| 46:11-46:12 | V | | |
| 46:15-46:18 | V | | |
| 47:3-47:4 | F, V | | |
| 47:7-47:8 | F, V | | |
| 48:4-48:5 | F, V | | |
| 48:8-48:12 | F, V | | |
| 52:2-52:3 | F, V | | |
| 52:6-52:11 | F, V | | |
| 52:13-52:15 | F, V | | |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 56:2-56:3 | F, V | | |
| 56:5-56:6 | F, V | | |
| 56:15-56:16 | R | | |
| 57:10-57:16 | V, F, S, X | | |
| 57:22-58:4 | V, F, S, X, LC | | |
| 58:8-58:11 | V, F, S, X, LC | | |
| 58:13-58:13 | V, X, F | | |
| 58:16-58:20 | V, X, F | | |
| 59:12-59:21 | V | | |
| 60:9-60:10 | V, F | | |
| 60:12-60:13 | V, F | | |
| 60:15-61:2 | V, F | | |
| 61:5-61:11 | V, F | | |
| 65:1-65:2 | V, F, X, LC | | |
| 65:7-65:16 | V, F, X, LC | | |
| 65:20-65:21 | V, F, X, LC | | |
| 66:2-66:3 | V, F | | |
| 66:5-66:19 | V, F | | |
| 66:21-66:22 | V, F, X | | |
| 67:2-67:6 | V, F, X | | |
| 68:8-68:9 | I, V, F | 68:4-5 | |
| 68:11-68:12 | R, I, V | | |
| 68:15-69:3 | I | 68:13 | |
| 70:4-70:5 | R, I, V | 70:6 | |
| 70:8-70:10 | I, V, F | 70:6 | |
| 70:12-71:1 | V, X, F | 71:7-8, 71:11-18 | 401/402, 403, M, V, IE, S |
| 71:4-71:5 | X, F | 71:7-8, 71:11-18 | 401/402, 403, M, V, IE, S |
| 71:7-18 | V, S, X, 611, R, F | | |
| 71:20-71:22 | X, V, S | | |
| 72:3-72:8 | X, V, S | 72:10-11, 72:14-15 | 401/402, 403, M, V, IE, S |
| 75:16-75:19 | V, F | | |
| 75:22-76:10 | V, F, I, C | 76:14 | |
| 76:21-77:6 | F, I, S | 77:8-11 | |
| 77:13-77:17 | V, F, I, S | | |
| 77:19-77:20 | V, F | | |
| 77:22-78:10 | V, F, S | 78:11-17 | 401/402, 403, M, V, F, S |
| 79:22-80:4 | V, F, X | | |
| 80:7-80:11 | V, F, X | | |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 80:13-80:13 | V, F, X | | |
| 80:15-80:16 | V, F, X | | |
| 80:18-80:21 | V, F, X | | |
| 83:17-83:22 | V, F, X | | |
| 84:3-84:4 | V, F, X | | |
| 86:2-86:4 | C, X | | |
| 86:6-86:6 | C, X | | |
| 86:8-86:12 | C, X | | |
| 86:14-86:14 | C, X | | |
| 86:16-86:19 | V, S, I, X | | |
| 87:1-87:5 | V, S, I, X | | |
| 87:9-87:22 | V, S, I, X | | |
| 88:5-88:6 | V, S, I, X | | |
| 89:2-89:7 | V, S, I, X | | |
| 89:10-89:13 | V, S, I, X | | |
| 89:15-89:15 | V, S, I, X | | |
| 90:2-90:5 | V, S, I, X | | |
| 90:7-90:7 | V, S, I, X | | |
| 90:10-90:14 | V, S, I, X | | |
| 90:16-90:18 | V, S, I, X | | |
| 90:22-91:3 | V, S, I, X | | |
| 91:5-91:6 | V, F, X | | |
| 91:8-91:11 | V, F, X | | |
| 91:13-91:20 | V, F, X | | |
| 91:21-91:21 | V, F, X | | |
| 92:2-92:3 | V, F, X | | |
| 92:5-92:6 | V, F, X | | |
| 92:9-92:10 | V, F, X | | |
| 93:16-93:17 | V, F, X, S | | |
| 93:20-94:8 | V, F, X, S | 94:11 | |
| 94:11 | I, V, X, F, S | 93:16-17, 93:20-21, 94:2-8 | |
| 94:13-94:13 | V, F, X, S | | |
| 94:16-94:20 | V, F, X, S | 95:1 | |
| 95:3-95:4 | V, F, X, S | | |
| 95:7-95:7 | V, F, X, S | | |
| 95:9-13 | V, F, X, S, C, AA | | |
| 95:15-95:16 | V, F, X, S | | |
| 95:19-95:20 | V, F, X, S | | |
| 96:8-96:16 | R, F | | |
| 97:7-97:11 | V, F, S | | |
| 97:13-97:13 | V, F, S | | |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 97:15-97:18 | V, F, S | | |
| 97:19-97:20 | V, S, X, F | | |
| 98:1-98:2 | V, S, X, F | | |
| 100:9-100:19 | V, S, X, LC, F | | |
| 101:1-101:5 | V, S, X, LC, F | | |
| 101:9-101:10 | V, S, X, LC, F | | |
| 101:12-101:13 | V, S, X, LC, F | | |
| 101:16-101:16 | V, S, X, LC, F | | |
| 102:2-102:3 | V, S, X, LC, F | | |
| 102:12-102:12 | V, S, X, LC, F | | |
| 102:14-102:15 | V, S, X, LC, F | | |
| 102:17-102:17 | V, S, X, LC, F | | |
| 102:19-102:20 | V, S, X, LC, F | | |
| 103:2-103:2 | V, S, X, LC, F | | |
| 106:5-106:7 | V, F, S | | |
| 106:10-106:10 | V, F, S | | |
| 106:12-106:13 | V, F, X, S | | |
| 106:16-106:16 | V, F, X, S | | |
| 106:18-106:19 | V, C, S | | |
| 106:22-107:7 | V, C, S | | |
| 107:18-107:20 | V, F, S, X | | |
| 108:1-108:3 | V, F, S, X | | |
| 108:5-108:10 | V, F, S, X | | |
| 109:16-109:18 | V, LC | | |
| 109:21-109:22 | V, LC | | |
| 113:9-113:15 | V, F, LC | | |
| 113:19-113:21 | V, F, LC | 114:2-7 | 401/402, 403, M, V, IE, S, LC |
| 114:8-114:10 | V, F, LC | | |
| 114:12-114:14 | V, F, LC | | |
| 114:16-114:22 | V, F, LC | | |
| 115:2-115:6 | V, F, LC, X | | |
| 115:10-115:11 | V, F, LC, X | | |
| 115:13-115:21 | R, F | | |
| 116:2-116:2 | R | | |
| 116:4-116:5 | V, LC, X, S | | |
| 116:19-116:20 | V, LC, X, S | | |
| 116:22-117:4 | V, F, X, LC | | |
| 117:8-117:8 | V, F, X, LC | | |
| 117:9-117:10 | F, C | | |
| 117:17-118:11 | | | |
| 118:21-119:3 | V, F, LC | | |

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 119:5-119:5 | V, F, LC | | |
| 119:8-119:9 | V, F, LC | | |
| 119:11-119:12 | V, X | | |
| 119:15-119:18 | V, X | | |
| 119:20-119:20 | V, X | | |
| 121:2-121:3 | V, LC | | |
| 121:6-121:11 | V, LC, X, S | | |
| 121:15-121:16 | V, LC, X, S | | |
| 129:12-129:16 | F | | |
| 130:15-130:21 | V, F, S | | |
| 131:2-131:6 | R | | |
| 131:15-131:22 | V, F | | |
| 132:3-132:3 | V, F | | |
| 135:4-135:12 | X, F | | |
| 135:14-135:14 | X, F | | |
| 135:17-135:18 | V, F, X | | |
| 135:21-135:21 | V, F, X | | |
| 136:17-136:22 | | | |
| 137:1-137:2 | V, F, S, X | | |
| 137:5-137:11 | V, F, S, X | | |
| 138:3-138:5 | V, F, S | | |
| 138:7-138:8 | V, F, S | | |
| 141:2-141:3 | V, F, X, S | | |
| 141:6-141:9 | V, F, X, S | | |
| 141:11-141:11 | V, F, X, S | | |
| 144:10-144:19 | V, F, S, H | 144:21 | |
| 145:2-145:8 | I, V, F, S, H | | |
| 145:10-145:14 | V, F, S, H | | |
| 145:16-145:16 | V, F, S, H | | |
| 145:18-146:1 | V, F, S, H | | |
| 146:4-146:4 | V, F, S, H | | |
| 146:5-146:8 | R, F | | |
| 147:12-147:22 | F, I, R | | |
| 148:1-148:3 | F, I, R | | |
| 148:6-148:6 | F, V, R | | |
| 148:8-148:12 | F, V, R | | |
| 156:18-156:21 | V, F | | |
| 156:22-156:22 | V, F | | |
| 157:4-157:6 | V, F | | |
| 159:3-159:5 | I, V, X | | |
| 159:10-159:12 | V, R, X | | |
| 159:15-159:17 | V, R, X | | |

62

**EXHIBIT 9**

| Liquidia's Designations | UTC's Objections to Liquidia's Designations | UTC's Counter-Designations | Liquidia's Objections to UTC's Counter-Designations |
|---|---|---|---|
| 159:19-159:19 | V, R, X | | |
| 161:11-161:12 | | | |
| 161:20-162:17 | | | |
| 163:22-164:11 | | | |
| 167:1-167:2 | V, F, S, X, I | | |
| 167:6-167:6 | V, F, S, X, I | | |
| 167:16-167:18 | V, F, S, X, I | | |
| 167:22-168:14 | V, F, S, X, I, AA | | |
| 168:18-168:20 | V, F, S, X, I, AA | | |
| 175:17-175:18 | I, V | | |
| 176:12-176:17 | | | |
| 177:3-177:22 | F, R | | |
| 178:8-178:15 | F, R | | |
| 178:16-178:20 | F, R | | |
| 179:12-179:16 | | | |
| 179:21-180:2 | | | |

EXHIBIT 10

| Provisional Plaintiff's Exhibit No. | Description | Defendant's Objections |
|---|---|---|
| 1 | U.S. Patent No. 9,593,066 (UTC_LIQ00000001-UTC_LIQ00000012) | |
| 2 | U.S. Patent No. 9,593,066 Prosecution History (UTC_LIQ00000013-UTC_LIQ00003446) | |
| 3 | U.S. Patent No. 9,604,901 (UTC_LIQ00003447-UTC_LIQ00003458) | |
| 4 | U.S. Patent 9,604,901 Prosecution History (UTC_LIQ00003459-UTC_LIQ00007108) | |
| 5 | U.S. Patent No. 10,716,793 (LIQ02799887-LIQ02799911) | |
| 6 | U.S. Patent No. 10,716,793 File History (UTC_LIQ00007134-UTC_LIQ00007341) | |
| 7 | UTC 30(b)(6) Deposition Notice to Liquidia | 401/402; H |
| 8 | Open Portion of Yonsung Drug Master File ("DMF") No. 27680 (LIQ00000001-LIQ00000624) | H; F |
| ■ | ███████████████████████ ███ | ██ |
| ■ | ██████████████████████ ███ | ██ |
| ■ | █████████████████████ | ████ |
| ■ | ███████ ████████████████ | ███ |
| ■ | █████ █████████████ | ███ |
| 14 | List of Change Control Documentation Records (LIQ00118127-LIQ00118127) | 401/402; H; F |
| 15 | Screen Capture from LIQ00118127 | 401/402; 403; H; F; I; BE |
| 16 | Screen Capture from LIQ00118127 | 401/402; 403; H; F; I; BE |
| 17 | Screen Capture from LIQ00118127 | 401/402; 403; H; F; I; BE |
| ■ | █████████ ██████████ | ██ |
| ■ | ████████████████ | ██ |

| | | |
|---|---|---|
| ■ | ██████████ | |
| | ████████████ | ██ |
| ■ | ████████████ | ██ |
| | ██████████████ | |
| ■ | ██████████ | ■ |
| ■ | ████████ | ██ |
| ■ | ██████████ | |
| ■ | ████████ | ██ |
| 30 | Rebuttal Expert Report of John Fuson Addressing the Expert Report of Cesar Matto | 401/402; H |
| 31 | Reply Expert Report of Cesar Matto | 401/402; H |
| 32 | ICH Q7 Good Manufacturing Practice Guide for Active Pharmaceutical Ingredients, Section, 2.22(1), IHC Q7A  (UTC_LIQ00263235-UTC_LIQ00263292) | 401/402; H |
| 33 | Guidance for Industry Q1A(R2) Stability Testing of New Drug Substances and Products, at 4, Storage Conditions (2.1.7), available at https://www.fda.gov/media/71707/download (UTC_LIQ00263753-UTC_LIQ00263777) | 401/402; H |
| ■ | █████████ | █████ |
| 35 | FDA Warning Letter No. 320-20-01 to Glenmark Pharmaceuticals Limited (UTC_LIQ00263319-UTC_LIQ00263321) | 401/402; H; F |
| 36 | Open Portion of DMF No. 27680  (LIQ00000001-LIQ00000624) | H; F |
| ■ | █████ | ██ |
| 38 | Deposition of Jeffrey Kindig | 401/402; H |

| 39 | Deposition Transcript of Igor Gonda  (IPR2021-00406) | 401/402; H |
|---|---|---|
| 40 | Expert Report of Dr. Igor Gonda | 401/402; H |
| 41 | Reply Expert Report of Dr. Igor Gonda | 401/402; H |
| 42 | U.S. Patent No. 6,521,212 (LIQ02800552-LIQ02800578) | |
| 43 | T. Gessler et al. Ultrasonic versus jet nebulization of iloprost in severe pulmonary hypertension," 17 EUR. RESPIR. J. 14 (2001) (LIQ02803868-LIQ02803873) | 401/402; H |
| 44 | A.H. Kendrick et al., Selecting and using nebuliser equipment, 52 THORAX S92 (1997) (UTC_LIQ00256329-UTC_LIQ00256338) | 401/402; H |
| 45 | Expert Report of Hugh Smyth, Ph.D | 401/402; H |
| 46 | S. Sahay et al., Impact of Human Behavior on Inspiratory Flow Profiles in Patients with Pulmonary Arterial Hypertension using AOS Dry Powder Inhaler Device, Pulmonary Circulation, Vol. 11, No. 1 | 401/402; H |
| 47 | Z. Qui et al., Effect of Milling and Compression on the Solid-State Maillard Reaction, J. Pharm. Sci., Vol 94, No. 11, pp2568-2580, Nov. 2005 | 401/402; H |
| 48 | C. Dunbar et al., Dispersion and Characterization of Pharmaceutical Dry Powder Aerosols, KONA, No. 16, pp 7-45, 1998 | 401/402; H |
| ██ | ████████████████████████ | ██████ |
| 50 | Expert Report of Dr. Nicholas Hill | 401/402; H |
| 51 | Rebuttal Expert Report of Dr. Nicholas Hill in Response to Initial Expert Reports of Dr. Aaron Waxman and Dr. Andrew Clark | 401/402; H |
| 52 | Reply Expert Report of Dr. Nicholas Hill Regarding Invalidity of U.S. Patent No. 10,716,793 | 401/402; H |
| 53 | Deposition of Dr. Nicholas Hill | 401/402; H |
| 54 | CV - Nicholas Hill | 401/402; H |
| 55 | A. Hemnes et al., PVDOMICS A Multi-Center Study to Improve Understanding of Pulmonary Vascular Disease Through Phenomics, Circulation Reasearch, | 401/402; H |
| 56 | U.S. Patent No. 10,716,793 (UTC_LIQ00007109-UTC_LIQ00007133) | |

| 57 | U.S. Dept. of Health and Human Services, Guidance for industry: patient-reported outcome measures: use in medical product development to support labeling claims: draft guidance, HEALTH AND QUALITY OF LIFE OUTCOMES, 4:79 at Glossary (Oct. 11, 2006)  (LIQ02819195-LIQ02819214) | 401/402; H |
| 58 | United States Patent No. 6,521,212  (LIQ00083285-LIQ00083311) | |
| 59 | Roscigno, R. et al., LTI-201: Evaluation of the hemodynamics and safety of inhaled LIQ861 (treprostinil) in pulmonary arterial hypertension (WHO Group 1) patients, Eur. Respiratory J. 2020 56:1459  (UTC_LIQ00264030-UTC_LIQ00264035) | 401/402; H |
| 60 | McLaughlin, V. et al., Survival in primary pulmonary hypertension: the impact of epoprostenol therapy, Circulation (2002) 106(12):1477-82  (UTC_LIQ00257917-UTC_LIQ00257922) | 401/402; H |
| 61 | Nov. 5, 2021 Tentative Approval Letter for NDA No. 213005 (LIQ02818821-LIQ02818855) | 401/402; H |
| 62 | Voswinckel 2004 JESC (UTC_LIQ00039347-UTC_LIQ00039351) | |
| 64 | U.S. Patent No. 10,898,494 (LIQ02790911-LIQ02790974) | 401/402; H; F |
| 65 | UTC 30(b)(6) Deposition Notice to Liquidia | 401/402; H |
| ██ | ████████████████████████████ | |
| ██ | █████████████████████████ | |
| ██ | ████████████████ | ████████ |
| ██ | ████████████ | |
| ██ | ████████████████████ | |
| ██ | ████████████████ | |
| ██ | ████████████████ | |
| ██ | ████████████████ ) | |





| 100 | K. White email re TRP Na Melting Pt (LIQ00499641-LIQ00499641) | 401/402; H; F |



| | | | | |
|---|---|---|---|---|
| | ▪ | | | ■ |
| | ▪ | | | ■ |
| | ▪ | | | ■ |
| | ▪ | | | 401/402; H; F |
| 112 | | Open Portion of DMF No. 27680  (LIQ00000001-LIQ00000624) | | |

| | | | |
|---|---|---|---|
| | ■ | ██████████████████ ██ | ██ |
| | | ██████████████ | |
| 134 | | LIQ861/Yutrepia Prescribing Information (April 2021 proposed label) (LIQ02790995-LIQ02791011) | 401/402, 403 |
| | ■ | ██████████████████ | |
| | | | ██ |
| 138 | | Open Portion of DMF No. 27680  (LIQ00000001-LIQ00000624) | H; F |
| | ■ | ████████████ | 401/402; H |
| 140 | | UTC's Subpoenas for Documents and Testimony to LGM Pharma, LLC | 401/402 |
| | ■ | █████████████ | ██████████ |
| | ■ | ████████████████ | █████████████ |
| | ■ | ████████████████ | █████████████ |
| | ■ | ██████████████████ | ██████████ |
| | | ██████████████████ | 401/402; 403; F |
| 147 | | 21 C.F.R. § 211.80-94 (UTC  LIQ00263804-UTC  LIQ00263805) | |
| | ■ | ██████████████████ | ████ |
| 149 | | Expert Report of Cesar Matto | 401/402; H |
| 150 | | Reply Expert Report of Cesar Matto | 401/402; H |
| | ■ | ██████████████████ | ████████ |
| 152 | | UTC 30(b)(6) Deposition Notice to Liquidia | 401/402; H |
| 153 | | Liquidia Objections and Responses to UTC 30(b)(6) Deposition Notice to Liquidia | |
| 154 | | CV of Benjamin Maynor | 401/402; H |
| 155 | | U.S. Patent No. 8,685,461 | 401/402 |

| | | |
|---|---|---|
| 156 | U.S. Patent No. 9,902,818 | 401/402 |
| 157 | Liquidia Opposition to UTC's Motion to Dismiss Counterclaim | |
| 158 | Pulmonary Arterial Hypertension: PAH (LIQ00572146-LIQ00572194) | |
| 159 | U.S. Patent No. 10,898,494 (LIQ02790911-LIQ02790974) | 401/402; H; F |
| ██ | ███████████████████████████████ | ████████ |
| ██ | ████████████████████████ | ██████ |
| 162 | Expert Report of Omar Robles, Ph.D. | 401/402; H |
| 163 | Report of Nisha Marie Mody, Ph.D. | 401/402; H |
| ██ | ██████████████████ | ███████ |
| ██ | ████████████████████ | █████ |
| 166 | Ulrik Schulze and Michael Ringel, "What Matters Most in Commercial Success: First-in-Class or Best-in-Class?," Nature Reviews Drug Discovery 12, no. 6 (June 2013): 419, https://doi.org/10.1038/nrd4035. (LIQ02821322-LIQ02821323) | 401/402; H |
| 167 | Liquidia Subpoena for Documents and Testimony to Lewis Rubin | |
| 168 | Deposition Transcript of Dr. Lewis J. Rubin from Watson matter (UTC_LIQ00205633-UTC_LIQ00205802) | 401/402; 403; H; HH; IO |
| 169 | U.S. Patent No. 9,358,240 | 401/402 |
| 170 | U.S. Patent No. 9,339,507 | 401/402 |
| 171 | U.S. Patent No. 10,716,793 (UTC_LIQ00007109-UTC_LIQ00007133) | |
| 172 | CV of Lewis J. Rubin | 401/402; H |
| 173 | CV of Lewis J. Rubin | 401/402; H |
| 174 | UTC Third Quarter Earnings Conference Call (UTC-Sand-Rem00242621-UTC-Sand-Rem00242636) | 401/402; H |
| 175 | ████████████████████████████ | 401/402 |
| 176 | ████████████████████████████ | 401/402 |
| ██ | █████████████████████████████ | ██████ |

| | | | |
|---|---|---|---|
| ███ | ████████████████████ | | ████ |
| ███ | ████████████████████ | | ████ |
| ███ | ████████████████ | | ████ |
| ███ | ████████████████ | | ████ |
| ███ | ████████████████ | | ████ |
| ███ | ████████████ | | ████ |
| 184 | Transcript of the Lewis Rubin Deposition | | 401/402; H |
| 185 | Liquidia/Rubin Consulting Agreement | | 401/402 |
| 186 | Liquidia/Rubin Consulting Agreement | | 401/402 |
| 187 | Complaint in Rubin v. UTC (LR000031-LR000203) | | 401/402 |
| 188 | Brief in Support of UTC Motion to Dismiss or for Summary Judgment in Rubin v. UTC (LR000537-LR000656) | | 401/402 |
| 189 | Order Granting in Part UTC Motion to Dismiss in Rubin v UTC (LR000783-LR000794) | | 401/402 |
| 190 | UTC 30(b)(6) Deposition Notice to Liquidia | | 401/402; H |
| 191 | LIQ861 Proposed Label (LIQ02790995-LIQ02791011) | | 401/402, 403 |
| 192 | Liquidia LIQ861 Proposed Instructions for Use (LIQ00029269-LIQ00029269) | | 401/402, 403 |
| 193 | Month 2 Clinical Study Report A Phase 3 Open-Label Multicenter Study to Evaluate the Long-Term Safety and Tolerability of Inhaled LIQ861 (Treprostinil) in Pulmonary Arterials Hypertension Patients (INSPIRE) (LIQ00876253-LIQ00876860) | | |
| 194 | Opening Expert Report of Dr. Jeffrey Winkler | | 401/402; H |
| 195 | Rebuttal Expert Report of Dr. Jeffrey Winkler on the Issue of Non-Infringement and Addressing the Expert Reports of Drs. Nuckolls and Toste | | 401/402; H |
| 196 | Reply Expert Report of Dr. Jeffrey Winkler | | 401/402; H |

| 197 | Supplemental Rebuttal Expert Report of Dr. Jeffrey Winkler on the Issue of Non-Infringement and Addressing the Supplemental Opening Report of Dr. Toste | 401/402; H |
|---|---|---|
| 198 | U.S. Patent No. 9,593,066 (LIQ02812876-LIQ02812887) | |
| 199 | U.S. Patent No. 9,604,901 (LIQ02799875-LIQ02799886) | |
| 200 | Moriarty, R.M., et al., "The Intramolecular Asymmetric Pauson-Khand Cyclization as a Novel and General Stereoselective Route to Benzindene Prostacyclins: Synthesis of UT-15 (Treprostinil)," J. Org. Chem. Vol. 69, No. 6, 1890-1902 (2004)  (UTC_LIQ00041294-UTC_LIQ00041306) | |
| ███ | ████████████████████████ | |
| ███ | ███████████████████████ | ████████ |
| ███ | ██████████████████ | ████████ |
| ███ | ████████████████████████ | |
| 207 | U.S. Patent No. 8,497,393 (UTC-Sand-Rem01170054-UTC-Sand-Rem01170066) | |
| 208 | PCT Application No. WO 2005/007081  (UTC_LIQ00041172-UTC_LIQ00041293) | |
| 209 | Hawley's Condensed Chemical Dictionary – definition of "impurity" | 401/402; H |
| 210 | UTC Responses and Objections to Liquidia's 30(b)(6) Deposition Notice | 401/402; H |
| 211 | ████████████████████ | 401/402; H |
| 212 | ████████████████████ | 401/402; H; HH |
| 213 | ████████████████ | 401/402; H; HH |
| 214 | ████████████████████ | 401/402; H; HH |
| 215 | U.S. Patent No. 9,593,066 (UTC_LIQ00000001-UTC_LIQ00000012) | |
| 216 | U.S. Patent No. 9,604,901 (UTC_LIQ00003447-UTC_LIQ00003458) | |

| 217 | U.S. Patent No. 9,604,901 - Certificate of Correction, dated May 16, 2017 (UTC_LIQ00007107-UTC_LIQ00007107) | |
| 218 | U.S. Patent No. 8,497,393 (UTC-Sand-Rem01170054-UTC-Sand-Rem01170066) | |
| ■ | █████████████████████████████████ | ████ |
| ■ | █████████████████████████████ | ████ |
| ■ | ████████████████████████ | ████ |
| ■ | ██████████████████████████ | ████ |
| ■ | ███████████████████████████ | ████ |
| ■ | █████████████████████████ | ████ |
| ■ | ██████████████████████████████ | ████ |
| ■ | █████████████████████████████ | |
| ■ | █████████████████████████████ | ████ |
| ■ | ███████████████████ | ████ |
| ■ | ████████████████ | ████ |
| 230 | UTC Responses and Objections to Liquidia's 30(b)(6) Deposition Notice | 401/402; H |
| 231 | LinkedIn Profile - Greg Bottorff | 401/402; H; F; I; BE; OT |
| 232 | ████████████████ | 401/402; 403; H; F |

| | | | |
|---|---|---|---|
| ■ | ████████████████████████ | | |
| ■ | ████████████████████████ | ████████ | |
| ■ | ████████████████████████ | ████████ | |
| ■ | ████████████████████ | | |
| ■ | ████████████████ | ██████ | |
| ■ | ████████████████████ | ██████ | |
| ■ | ████████████████████ | ██████ | |
| ■ | ████████████████████ | ██████ | |
| ■ | ██████████████ | ██████ | |
| ■ | ████████████████ | ██████ | |
| ■ | ██████████████ | ██████ | |
| 244 | UTC 10-K (UTC-Sand-Rem00067468-UTC-Sand-Rem00067617) | 401/402; 403; F | |
| 245 | UTC 10-K (UTC-Sand-Rem00067618-UTC-Sand-Rem00067770) | 401/402; 403; F | |
| 246 | UTC 10-K (UTC_LIQ00037796-UTC_LIQ00037976) | 401/402; 403; F | |
| 247 | UTC 10-K (UTC_LIQ00038326-UTC_LIQ00038478) | 401/402; 403; F | |
| 248 | UTC 10-K (UTC_LIQ00229622-UTC_LIQ00229858) | 401/402; 403; F | |
| 249 | UTC 2020 Form 10-K (UTC_LIQ00230102-UTC_LIQ00230237) | 401/402; 403; F | |
| 250 | UTC 10-Q (UTC_LIQ00230960-UTC_LIQ00231026) | 401/402; 403; F | |
| 251 | UTC 10-Q (UTC_LIQ00230580-UTC_LIQ00230655) | 401/402; 403; F | |
| ■ | ████████████████████ | ██████ | |
| 254 | Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations, Patent and Exclusivity for N022387 (LIQ02813915 UTC_LIQ00251634-LIQ02813916 UTC_LIQ00251634) | F; I; BE; OT | |

| | | |
|---|---|---|
| 257 | Initial Expert Report of Andrew Clark, Ph.D. | 401/402; H |
| 258 | Rebuttal Expert Report of Andrew Clark, Ph.D. | 401/402; H |
| 259 | Reply Expert Report of Andrew Clark, Ph.D | 401/402; H |
| 260 | U.S. Patent No. 10,716,793 (LIQ02799887-LIQ02799911) | |
| 261 | Roscigno, R. et al., LTI-201: Evaluation of the hemodynamics and safety of inhaled LIQ861 (treprostinil) in pulmonary arterial hypertension (WHO Group 1) patients, Eur. Respiratory J. 2020 56:1459  (UTC_LIQ00264030-UTC_LIQ00264035) | 401/402; H |
| 262 | Press Release, Liquidia, Liquidia Announces Clinical Update on INSPIRE; Targeting NDA Filing for LIQ861 in Late 2019 (June 5, 2019), https://www.liquidia.com/news-releases/newsrelease-announces-clinical-update-inspire-targeting-nda-filing (UTC_LIQ00264028-UTC_LIQ00264029) | 401/402; 403 |
| 263 | Nov. 5, 2021 Tentative Approval Letter for NDA No. 213005 (LIQ02818821-LIQ02818855) | 401/402; H |
| 264 | Tyvaso Label (UTC_LIQ00246884-UTC_LIQ00246898) | 401/402; 403; H |
| 265 | Voswinckel, R., et al., Abstract 218: "Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension," European Heart Journal 25:22 (2004) | |
| 266 | R. Voswinckel et al., Inhaled Treprostinil Sodium (TRE) for the Treatment of Pulmonary Hypertension, Circulation, Vol 110, No. 17, October 26, 2004, 1414, Liquidia's Exhibit 1008, IPR2021-00406 | |
| 267 | H.A. Ghofrani, et al., Neue Therapieoptionen in der Behandlung der Pulmonalarteriellen Hypertonie, HERZ 30(4): 296-302 (June 2005) (LIQ02800749-LIQ02800764) | |
| 268 | Voswinckel et al, Inhaled Treprostinil for Treatment of Chronic Pulmonary Arterial Hypertension, Letters, Annals of Internal Medicine, Vol 144, No. 2, 17 Jan. 2006, pp. 145-152 | |

| 269 | Reply Expert Report of Dr. Igor Gonda | 401/402; H |
| 270 | Reply Expert Report of Dr. Nicholas Hill Regarding Invalidity of U.S. Patent No. 10,716,793 | 401/402; H |
| 271 | N. R. Labiris and M.B. Dolovich, Pulmonary Drug Delivery. Part II: The Role of Inhalant Delivery Devices and Drug Formulations in Therapeutic Effectivness of Aerosolized Medications, J Clin. Pharmacol., 56, 600-612 (UTC_LIQ00257677-UTC_LIQ00257689) | 401/402; H |
| 272 | A.R. Clark, Medical Aerosol Inhalers: Past, Present, and Future, AEROSOL SCI. AND TECH. 22: 374-91 (LIQ02802121-LIQ02802139) | 401/402; H |
| 273 | Jeffry G Wears, Thomas E Tarara & Andrew R Clark (2007) Design of fine particles for pulmonary drug delivery, Expert Opinion on Drug Delivery, 4:3, 297-313 | 401/402; H |
| 274 | A. R. Clark et al., The Relationship Between Powder Inhaler Resistance and Peak Inspiratory Conditions in Healthy Volunteers—Implications for In Vitro Testing, 6 J. AEROSOL MED. 99 (1993)  (LIQ02814517-LIQ02814528) | 401/402; H |
| 275 | H.A. Tiddens et al., Effect of Dry Powder Inhaler Resistance on the Inspiratory Flow Rates and Volumes of Cystic Fibrosis Patients of Six Years and Older, 19 J. AEROSOL MED. 456 (2006)  (LIQ02819741-LIQ02819750) | 401/402; H |
| 276 | Mariana Faria-Urbina, Aaron B. Waxman et al., Inspiratory flow patterns with dry powder inhalers of low and medium flow resistance in patients with pulmonary arterial hypertension, 11 PULMONARY CIRCULATION 1 (2021)  (LIQ02819590-LIQ02819599) | 401/402; H |
| 277 | ██████████████████████ | 401/402; H; HH; F |
| 278 | Rebuttal Expert Report of Mahdi Fawzi on the Validity of U.S. Patent Nos. 9,593,066 and 9,604,901 | 401/402; H |
| 279 | Mahdi Fawzi CV | 401/402; H |
| 280 | U.S. Patent No. 9,593,066 (UTC_LIQ00000001-UTC_LIQ00000012) | |
| 281 | U.S. Patent No. 9,604,901 (UTC_LIQ00003447-UTC_LIQ00003458) | |
| 282 | Claim Construction Memorandum Opinion dated November 18, 2021 (D.I. 241) | |

| 283 | U.S. Patent No. 8,497,393 (LIQ00084829-LIQ00084844) | |
| ▮ | ▮ | ▮ |
| 286 | Moriarty, R.M., et al., "The Intramolecular Asymmetric Pauson-Khand Cyclization as a Novel and General Stereoselective Route to Benzindene Prostacyclins: Synthesis of UT-15 (Treprostinil)," J. Org. Chem. Vol. 69, No. 6, 1890-1902 (2004)  (UTC_LIQ00041294-UTC_LIQ00041306) | |
| 287 | WO 2005/007081 A9 (UTC_LIQ00041172-UTC_LIQ00041293) | |
| 288 | Rebuttal Expert Report of Jason McConville, Ph.D. | 401/402; H |
| 289 | R. Voswinckel et al., Inhaled Treprostinil Sodium (TRE) for the Treatment of Pulmonary Hypertension, Circulation, Vol 110, No. 17, October 26, 2004, 1414, Liquidia's Exhibit 1008, IPR2021-00406 | |
| 294 | Voswinckel, R., et al., Abstract 218: "Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension," European Heart Journal 25:22 (2004) | |
| 299 | U.S. Patent No. 10,716,793 | |
| 300 | U.S. Patent No. 6,521,212 | |
| 301 | Yoen-Ju Son Jason T. Mcconville (2008) Advancements in Dry Powder Delivery to the Lung, Drug Development and Industrial Pharmacy, 34:9, 948-959 | 401/402; H |
| 302 | Berkenfeld et al, (Solvato-) Polymorphism of Formulations of Rifampicin for Pulmonary Drug Delivery Prepared Using a Crystallization/Spray Drying Process, Int'l J. Pharmaceitics, 590 (2020) | 401/402; H |
| 303 | Berkenfeld et al., Devices for Dry Powder Drug Delivery to the Lung, AAPS PharmSciTech, Vol. 16, No. 3, June 2015 | 401/402; H |
| 304 | Reply Report of Igor Gonda | 401/402; H |
| 305 | Reply Expert Report of Dr. Nicholas Hill Regarding Invalidity of U.S. Patent No. 10,716,793 | 401/402; H |
| 306 | Expert Report of Nisha Mody | 401/402; H |
| 307 | U.S. Patent No. 9,593,066 | |
| 308 | U.S. Patent 9,604,901 | |

| 309 | Tyvaso Label (UTC_LIQ00246884-UTC_LIQ00246898) | 401/402, 403 |
|---|---|---|
| 310 | UTC 2020 Form 10-K (UTC_LIQ00230102-UTC_LIQ00230237) | 401/402; 403 |
| 311 | UTC 2013 Form 10-K (UTC_WAT00651200-UTC_WAT00651352) | 401/402; 403 |
| ███ | ███████████████████████████████████ | ████████ |
| ███ | █████████████████████████ | ████████ |
| ███ | ████████████████████ | ███████ |
| 315 | Cowen Equity Research - UT Earnings Update - Tyvaso Leads the was as PH-ILD Label Expansionis on the Horizon (UTC_LIQ00251582-UTC_LIQ00251593) | 401/402; H |
| 316 | Wedbush United Therapeutics Company Report Q4 Sales Beat & Cash Rich (UTC_LIQ00254251-UTC_LIQ00254259) | 401/402; 403 H |
| 317 | Oppenheimer Equity Reasearch  Company Update United Therapeutics 1Q21 Review Tyvase Starting to Hum (UTC_LIQ00251984-UTC_LIQ00251995) | 401/402; 403 H |
| 318 | Ladenburg Thalmann Biotechnology Company Update, M. Kaplan, United Therapeutics Corp Tyvaso DPI CRL; Approval & Launch Expected in Summer 2022  (UTC_LIQ00251722-UTC_LIQ00251737) | 401/402;403;  H |
| ███ | ██████████████████████████ | ████████ |
| 320 | Initial Expert Report of Colin Nuckolls | 401/402; 403; H |
| 321 | Reply Expert Report of Colin Nuckolls | 401/402; 403; H |
| 322 | Rebuttal Expert Report of Dr. Jeffrey Winkler on the Issue of Non-Infringement and Addressing the Expert Reports of Drs. Nuckolls and Toste | |
| 323 | U.S. Patent No. 9,593,066 (UTC_LIQ00254175-UTC_LIQ00254186) | |
| 324 | U.S. Patent No. 9,604,901 | |
| 325 | Merritt, M. et al., Oxygen Exchange as a Function of Epimerization of 15(R)- and 15(S)-Methylprostaglandin E2. Evidence for Asymmetric Carbonium Ion Intermediates, J. Am. Chem. Soc., 102:346-351 (1980) (UTC_LIQ00247387-UTC_LIQ00247392) | 401/402; H |



| 326 | Liquidia's Supplemental Objections and Responses to UTC's Third Set of Interrogatories | |
| 345 | Rebuttal Validity Expert Report of Karl Scheidt, Ph.D. | 401/402; 403; H |
| 346 | Declaration of Robert Ruffolo in Support of UTC's Opening Claim Construction Brief | 401/402; 403; H, HH |
| 350 | ) | 401/402; H |
| 352 | U.S. Patent No. 9,593,066 (UTC_LIQ00000001-UTC_LIQ00000012) | |
| 353 | U.S. Patent No. 9,604,901 (UTC_LIQ00003447-UTC_LIQ00003458) | I |
| 354 | U.S. Patent No. 8,497,393 (UTC-Sand-Rem01170054-UTC-Sand-Rem01170066) | |



| | | | |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| 362 | UTC Responses and Objections to Liquidia's 30(b)(6) Deposition Notice | 401/402; H | |
| 363 | U.S. Patent No. 9,593,066 (UTC_LIQ00000001-UTC_LIQ00000012) | | |
| | | | |
| | | | |
| | | | |
| 367 | U.S. Patent No. 9,604,901 (UTC_LIQ00003447-UTC_LIQ00003458) | I | |
| 368 | U.S. Patent No. 9,604,901 - Certificate of Correction, dated May 16, 2017 (UTC_LIQ00007107-UTC_LIQ00007107) | | |
| 369 | U.S. Patent No. 10,716,793 (UTC_LIQ00007109-UTC_LIQ00007133) | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| ██ | ████████████ | ███ |
| ██ | ████████████ | ███ |
| ██ | ████████████ | ███ |
| ██ | ████████████ | ████ |
| 377 | Tyvaso Label (LIQ00621384-LIQ00621399) | 401/402; H |
| ██ | ████████████ | ███ |
| 379 | Amended Notice of Deposition | 401/402; H |
| 380 | Declaration of Robert R. Ruffolo, Jr., Ph.D. in Support of UTC Opening Claim Construction Brief | 401/402; 403; H |
| 381 | U.S. Patent No. 9,593,066 (UTC_LIQ00000001-UTC_LIQ00000012) | |
| 382 | U.S. Patent No. 9,604,901 (UTC_LIQ00003447-UTC_LIQ00003458) | I |
| 383 | 066 and '901 Asserted Claims | |
| 384 | Regulatory Definitions for Ambient, Room Temperature and Cold Chain (LIQ000084845-LIQ000084847) | 401/402; 403; H |
| 385 | Packaging and Storage Requirements Revision Bulletin | 401/402; H |
| 386 | Declaration of Dr. Liang Guo (LIQ00083900-LIQ00083934) | |
| 387 | C.F.R. Section 210.3 (UTC_LIQ00041891-UTC_LIQ00041893) | 401/402; 403; H |
| 388 | Supplemental Declaration of Robert R. Ruffolo, Ph.D. in Support of UTC Opening Claim Construction Brief | 401/402,403; H |
| 389 | Patent Owner's Response to Petition, filed December 21, 2020, in Liquidia Technologies, Inc. v. United Therapeutics Corporation, No. IPR2020-00770 (LIQ00084488-LIQ00084571) | 401/402; 403; H |
| 390 | IPR 2020-00770, Patent Owners Preliminary Response (LIQ00083725-LIQ00083806) | 401/402; 403; H |
| 391 | IPR 2020-00770, Patent Owners Request for Rehearing (LIQ00083884-LIQ00083899) | 401/402; 403; H |

| 392 | IPR 2020-00770, Decision Denying Patent Owners Request for Rehearing on Decision on Institution (LIQ00084819-LIQ00084828) | |
| 393 | Rebuttal Validity Expert Report of Karl Scheidt, Ph.D. | 401/402; 403; H |
| 394 | U.S. Patent No. 9,593,066 (UTC_LIQ00254175-UTC_LIQ00254186) | |
| 395 | U.S. Patent No. 9,604,901 (LIQ02821340-LIQ02821352) | |
| 396 | Claim Construction Order dated November 23, 2021 (D.I. 245) | |
| 397 | Claim Construction Memorandum Opinion dated November 18, 2021 (D.I. 241) | |
| 398 | 2006 Product Information for Remodulin® (LIQ02802781-LIQ02802793) | 401/402; H |
| 399 | U.S. Patent No. 7,417,070 B2 Phares (LIQ02819766-LIQ02819825) | 401/402 |
| 400 | U.S. Patent Application Publication No. US 2005/0282903 A1 (LIQ02819826-LIQ02819832) | 401/402 |
| 401 | Claim Construction Order (Dkt. 119), entered June 16, 2021, in United Therapeutics Corporation v. Liquidia Technologies, Inc., Case No. 20-755 | |
| 402 | Final Written Decision (Paper 45), in Liquidia Technologies, Inc. v. United Therapeutics Corporation, No. IPR2020-00770 | |
| 403 | Prosecution History of U.S. Patent Application No. 13/933,623 (LIQ02812888 -LIQ02813152) | |
| 404 | Joint Claim Construction Brief (Dkt. 75), filed April 30, 2021, in United Therapeutics Corporation v. Liquidia Technologies, Inc., Case No. 20-755 | 401/402; H |
| 405 | Opening Expert Report of Dr. Jeffrey Winkler | |
| 406 | Expert Report of Hugh Smyth, Ph.D | 401/402; 403; H |
| 407 | U.S. Patent No. 10,716,793 | |
| 408 | ████████████████████████ | 401/402; 403; H |
| 409 | ████████████████████████ | 401/402; 403; H |
| 410 | ████████████████████████ | 401/402; 403; H |
| 411 | ████████████████████████ | 401/402; 403; H |

| 412 | ██████████████████████ | 401/402,403; H |
| 413 | S. P. Newman & W.W. Busse, Evolution of dry powder inhaler design, formulation, and performance, 66 RESPIR. MED. 293 (2002) (UTC_LIQ00257724-UTC_LIQ00257735) | 401/402; H |
| 414 | ██████████████████████ | 401/402; 403; H, BE |
| 415 | ██████████████████████ | 401/402; 403; H, BE |
| 416 | WO 2005/007081 A9 (UTC_LIQ00041172-UTC_LIQ00041293) | |
| 417 | WO 2014/159050 A1 | 401/402 |
| 418 | ██████████████████████ | 401/402; 403; H, I, BE, |
| 419 | Expert Report of F. Dean Toste on Infringement | 401/402; 403; H, BE |
| 420 | Supplemental Expert Report of F. Dean Toste on Infringement | 401/402; 403; H, BE |
| 421 | Second Supplemental Expert Report of F. Dean Toste on Infringement | 401/402; 403; H, BE |
| 422 | Reply Expert Report of F. Dean Toste on Infringement | 401/402; 403; H |
| 423 | CV - Dean Toste | 401/402; 403; H |
| 424 | U.S. Patent No. 9,593,066 (UTC_LIQ00000001-UTC_LIQ00000012) | |
| 425 | Merritt, M. et al., Oxygen Exchange as a Function of Epimerization of 15(R)- and 15(S)-Methylprostaglandin E2. Evidence for Asymmetric Carbonium Ion Intermediates, J. Am. Chem. Soc., 102:346-351 (1980) (UTC_LIQ00247387-UTC_LIQ00247392) | 401/402; H |
| ██ | ██████████████████████ | ████████████ |
| 427 | Open Portion of DMF No. 27680 (LIQ00000001-LIQ00000624) | H; F; BE; OT |
| 428 | F. Qui & D. L. Norwood (2007) "Identification of Pharmaceutical Impurities" Journal of Liquid Chromatography & Related Techniques 2007, 30, 877-935 (page 881) (UTC_LIQ00051107-UTC_LIQ00051165) | 401/402; H |
| 429 | ██████████████████████) | 401/402; H, |
| 430 | ██████████████████████ | 401/402; H, BE, OT |
| 431 | ██████████████████████ | 401/402; H |
| 432 | U.S. Patent No. 9,593,066 (UTC_LIQ00000001-UTC_LIQ00000012) | |
| 433 | U.S. Patent No. 9,604,901 (UTC_LIQ00003447-UTC_LIQ00003458) | I |

| | | | |
|---|---|---|---|
| ██ | ████████████████████ | ███████ | |
| ██ | ████████████████████ | ███████ | |
| ██ | ████████████████████ | ███████ | |
| ██ | ████████████████████ | ███████ | |
| 438 | U.S. Patent No. 8,497,393 (UTC-Sand-Rem01170054-UTC-Sand-Rem01170066) | | |
| 439 | ████████████████████ | 401/402; H | |
| 440 | U.S. Patent No. 9,593,066 (UTC_LIQ00000001-UTC_LIQ00000012) | | |
| 441 | U.S. Patent No. 9,604,901 (UTC_LIQ00003447-UTC_LIQ00003458) | I | |
| 442 | U.S. Patent No. 8,497,393 (UTC-Sand-Rem01170054-UTC-Sand-Rem01170066) | | |
| 443 | U.S. Patent No. 9,604,901 - Certificate of Correction, dated May 16, 2017 (UTC-LIQ00007107-UTC-LIQ00007107) | | |
| 444 | Remodulin Product Information from NDA (LIQ00019837-LIQ00019849) | 401/402; H | |
| ██ | ████████████████████ | ███████ | |
| ██ | ████████████████████ | | |
| 447 | ████████████████████ | 401/402; H, | |
| 448 | ████████████████████ | 401/402; 403; H | |
| 449 | ████████████████████ | 401/402; 403, I, | |
| 450 | Initial Expert Report of Aaron Waxman, M.D., Ph.D. | 401/402; 403; H | |
| 451 | Reply Expert Report of Aaron Waxman, M.D., Ph.D. | 401/402; 403; H | |
| 452 | Rebuttal Expert Report of Aaron Waxman, M.D., Ph.D. | 401/402; 403; H | |

| 453 | Mariana Faria-Urbina, Aaron B. Waxman et al., Inspiratory flow patterns with dry powder inhalers with low and medium flow resistance in patients with pulmonary arterial hypertension, 11 PULMONARY CIRCULATION 1 (2021) (LIQ02819590-LIQ02819599) | 401/402; H |
| 454 | R. Voswinckel et al., Inhaled Treprostinil Sodium (TRE) for the Treatment of Pulmonary Hypertension, Circulation, Vol 110, No. 17, October 26, 2004, 1414, Liquidia's Exhibit 1008, IPR2021-00406 | |
| 464 | U.S. Patent No. 10,716,793 | |
| 465 | Guazzi, M. and B. A. Borlaug, Pulmonary Hypertension Due to Left Heart Disease, Circulation, 2012:126: 975-990 | 401/402; H |
| 466 | M. Guazzi and N. Galiè, Pulmonary Hypertension in Left Heart Disease, European Respiratory Review 21: 338-346 (2012) | 401/402; H |
| 467 | Vachiery et al, Pulmonary Hypertension Due to Left Heart Diseases, J. Am. Coll Cardiology, Vol 62, No 25, Supp D, 2013 (UTC_LIQ00257923-UTC_LIQ00257931) | 401/402; H |
| 468 | U.S. Patent No. 6,521,212 | |
| 469 | Nov. 5, 2021 Tentative Approval Letter for NDA No. 213005, including Nov. 2021 YUTREPIATM Proposed Label and Nov. 2021 YUTREPIATM Instructions for Use (LIQ02818821-LIQ02818855) | H |
| 470 | Reply Expert Report of Dr. Nicholas Hill Regarding Invalidity of U.S. Patent No. 10,716,793 | |
| 471 | Reply Expert Report of Dr. Igor Gonda | |
| 472 | Rebuttal Expert Report of Ms. Pilar Wyman | 401/402; 403; H |
| 477 | Roxana Sulica & Michael Poon, Medical therapeutics for pulmonary arterial hypertension: from basic science and clinical trial design to evidence-based medicine, 3 EXPERT REV. CARDIOVASCULAR THERAPY 347-360 (2005) ("Sulica 2005") (LIQ02819403-LIQ02819416) | |
| 482 | Ghofrani, H.A. et al., Neue Therapieoptionen in der Behandlung der pulmonalarteriellen Hypertonie HERZ 30(4):296-302 (June 2005) (LIQ02819462-LIQ02819470) | |
| 483 | Expert Report of Dr. Sylvia Hall-Ellis Addressing the Rebuttal Expert Report of Ms. Pilar Wyman | |

| | | |
|---|---|---|
| 484 | Liquidia's Objections and Responses to UTC's Fifth Set of Interrogatories | |
| 485 | Liquidia's Objections and Responses to UTC's First Set of Interrogatories | |
| 486 | Liquidia's Objections and Responses to UTC's First Set of Requests for Admissions | |
| 487 | Liquidia's Objections and Responses to UTC's First Set of Requests for Production of Documents and Things | |
| 488 | Liquidia's Objections and Responses to UTC's Fourth Set of Interrogatories | |
| 489 | Liquidia's Objections and Responses to UTC's Second Set of Interrogatories | |
| 490 | Liquidia's Objections and Responses to UTC's Second Set of Requests for Production of Documents and Things | |
| 491 | Liquidia's Objections and Responses to UTC's Third Set of Interrogatories | |
| 492 | Liquidia's Objections and Responses to UTC's Third Set of Requests for Production of Documents and Things | |
| 493 | Liquidia's Supplemental Objections and Responses to UTC's Second Set of Interrogatories | |
| 494 | Liquidia's Supplemental Objections and Responses to UTC's Third Set of Interrogatories | |
| 495 | UTC's Objections and Responses to Liquidia's Fifth Set of Interrogatories | 401/402; H |
| 496 | UTC's Objections and Responses to Liquidia's First Set of Interrogatories | 401/402; H |
| 497 | UTC's Objections and Responses to Liquidia's First Set of Requests for Admissions | 401/402; H |
| 498 | UTC's Objections and Responses to Liquidia's First Set of Requests for Production of Documents and Things | 401/402; H |
| 499 | UTC's Objections and Responses to Liquidia's Fourth Set of Interrogatories | 401/402; H |
| 500 | UTC's Objections and Responses to Liquidia's Second Set of Interrogatories | 401/402; H |
| 501 | UTC's Objections and Responses to Liquidia's Second Set of Requests for Production of Documents and Things | 401/402; H |
| 502 | UTC's Objections and Responses to Liquidia's Sixth Set of Interrogatories | 401/402; H |

| 503 | UTC's Objections and Responses to Liquidia's Third Set of Interrogatories | 401/402; H |
| 504 | UTC's Supplemental Objections and Responses to Liquidia's First Set of Interrogatories | 401/402; H |
| 505 | Andrew Clark CV | 401/402; H |
| 506 | Aaron Waxman CV | 401/402; H |
| 507 | Hugh Smyth CV | 401/402; H |
| 508 | Cesar Matto CV | 401/402; H |
| 509 | Jason McConville CV | 401/402; H |
| 510 | Colin Nuckolls CV | 401/402; H |
| 511 | F. Dean Toste CV | 401/402; H |
| 512 | Karl Scheidt CV | 401/402; H |
| 513 | Mahdi Fawzi CV | 401/402; H |
| 514 | Nisha Mody CV | 401/402; H |
| 515 | Pilar Wyman CV | 401/402; H |

| | ■ | ██████████████████████ | ████ | |
|---|---|---|---|---|
| | ■ | ████████████████████████ | ████ | |
| | ■ | ██████████████████ | ████ | |
| 529 | Supplemental Appendix to Supplemental Opening Expert Report of F. Dean Toste | 401/402; H | | |
| 530 | Toste Opening Report Figure 1 (Paragraph 36) | 401/402; H; BE; I | | |
| 531 | Toste Opening Report Figure 2 (Paragraph 38) | 401/402; H; BE; I | | |
| 532 | Toste Opening Report Figure 3 (Paragraph 40) | 401/402; H; BE; I; OT | | |
| 533 | Toste Opening Report Figure 4 (Paragraph 42) | 401/402; H; BE; I | | |
| 534 | Toste Opening Report Figure 5 (Paragraph 44) | 401/402; H; BE; I | | |
| 535 | Toste Opening Report Figure 6 (Paragraph 74) | 401/402; H; BE; I; OT | | |
| 536 | Toste Opening Report Figure 7 (Paragraph 76) | 401/402; H; BE; I | | |
| 537 | Toste Opening Report Figure 8 (Paragraph 88) | 401/402; H; BE; I; OT | | |
| 538 | Toste Opening Report Figure 9 (Paragraph 89) | 401/402; H; BE; I; OT | | |
| 539 | Toste Opening Report Figure 10 (Paragraph 90) | 401/402; H; BE; I; OT | | |
| 540 | Toste Opening Report Figure 11 (Paragraph 91) | 401/402; H; BE; I; OT | | |
| 541 | Toste Opening Report Figure 12 (Paragraph 92) | 401/402; H; BE; I | | |
| 542 | Nuckolls Opening Report Figure 1 (Paragraph 97) | 401/402; H; BE; I | | |
| 543 | Nuckolls Opening Report Figure 2 (Paragraph 98) | 401/402; H; BE; I | | |
| 544 | Nuckolls Opening Report Figure 3 (Paragraph 99) | 401/402; H; BE; I | | |
| 545 | Waxman Opening Report Figure 9 (Paragraph 38) | 401/402; H; BE; I | | |
| 546 | Toste Reply Report Figure 1 (Paragraph 17) | 401/402; H; BE; I | | |
| 547 | Toste Reply Report Figure 2 (Paragraph 24) | 401/402; H; BE; I | | |
| 548 | Toste Supplemental Opening Report Report Figure 1 (Paragraph 24) | 401/402; H; BE; I | | |
| 549 | John Fuson CV | | | |
| 550 | Igor Gonda CV | | | |
| 551 | Sylvia Hall-Ellis CV | | | |
| 552 | Nicholas Hill CV | | | |
| 553 | Omar Robles CV | | | |
| 554 | Jeffrey Winkler CV | | | |

| | | |
|---|---|---|
| 555 | Exhibit 3 to Expert Report of Omar Robles - FDA Approved Products Recognized by UTC as Treatment for PAH | 401/402; BE; I |
| 556 | Exhibit 4 to Expert Report of Omar Robles - Tyvaso (Treprostinil) Inhalation Solution Net Revenues and Gross Profits | 401/402; BE; I |
| 557 | Exhibit 5 to Expert Report of Omar Robles - Tyvaso (Treprostinil) Inhalation System Net Revenues | 401/402; BE; I |
| ███ | ████████████████████████████ | ████████ |
| | ████████████████████████████ | |
| ███ | ████████████████████████████ | |
| 563 | Barst, Long Term Outcome in PAH Patients Treated with Subcutaneous Treprostinil (LIQ00006248-LIQ00006256) | 401/402; H |
| 564 | Kumar, A Comprehensive Review of Treprostinil via Four Routes of Administration (LIQ00007009-LIQ00007019) | 401/402; H |
| ███ | ████████████████████████ | |
| 566 | Simonneau, Updated Clinical Classification of Pulmonary Hypertension (LIQ00018066-LIQ00018073) | 401/402; H |
| ███ | ████████████████████████ | |
| 568 | Liquidia Clinical Research Protocol (LIQ00019452-LIQ00019493) | 401/402 |
| 569 | PAH a Comparison between Children and Adults (LIQ00019866-LIQ00019878) | 401/402; H |
| 570 | Clinical Research Protocol LTI-301, Amendment 3 (LIQ00021044-LIQ00021110) | 401/402 |
| 571 | Clinical Research Protocol LTI-302 (LIQ00021112-LIQ00021157) | 401/402 |
| 572 | IND 129819 for LIQ861 Briefing Document (LIQ00021743-LIQ00022000) | |
| ███ | ████████████████████████ | |
| | ████████████████████ | ██████████ |

| | | | |
|---|---|---|---|
| | ■ | ████████████ ████ | ████ |
| | | ██████████ ████ | ██ |
| | ■ | ██████████████ | |
| | ■ | ██████ ████████ | |
| | ■ | ████████ | |
| | ■ | ██████ | |
| | ■ | ██████████ | ██ |
| 583 | Certificate of Analysis (LIQ00031423-LIQ00031424) | | 401/402; 403; H; F |
| 5 | ████████████ ██ | ██ | |
| | ■ | ████████ | ██ |
| 587 | Month 2 Clinical Study Report for Study No. LTI-301 (LIQ00055391-LIQ00055998) | | 401/402 |
| 588 | Remodulin 2018 Label (LIQ00064297-LIQ00064312) | | 401/402; H |
| 589 | B. Bender, et al., Nonadherence in asthmatic patients: is there a solution to the problem?, ANNALS OF ALLERGY, ASTHMA & IMMUNOLOGY 79:117-86, at Abstract, 179-80 (1997) (LIQ00082773-LIQ00082783) | | 401/402; H |
| 590 | U.S. Patent Application Publication No. US 2004/0265238 to Chaudry (LIQ00082784-LIQ00082797) | | 401/402; H |
| 591 | A.R. Clark, Medical Aerosol Inhalers: Past, Present, and Future, AEROSOL SCI. AND TECH. 22: 374-91 (LIQ00082809-LIQ00082827) | | 401/402; H |
| 592 | C. DeWet et al., Inhaled Prostacyclin is Safe, Effective and Affordable in Patients with Pulmonary Hypertension, Right Heart Dysfunction, and Refractory Hypoxemia After Cardiothoracic Surgery, J. of Thoracic and Cardiovascular Surgery, April 2004 (LIQ00082828-LIQ00082837) | | 401/402; H |

| 593 | David Geller et al., Bolus Inhalation of rhDNase with the AERx System in Subjects with Cystic Fibrosis, 16 J. AEROSOL MED. 175 (2003) (LIQ00082922-LIQ00082930) | 401/402; H |
|---|---|---|
| 594 | T. Gessler et al. Ultrasonic versus jet nebulization of iloprost in severe pulmonary hypertension," 17 EUR. RESPIR. J. 14 (2001) (LIQ00082931-LIQ00082936) | 401/402; H |
| 595 | Ghofrani, H.A., et al., Neue Therapieoptionen in der Behandlung der pulmonarlarteriellen Hypertonie, 30(4):296-302 (June 2005) (translated) (LIQ00082937-LIQ00082944) | |
| 596 | Haché et al., Inhaled epoprostenol (prostacyclin) and pulmonary hypertension before cardiac surgery, Cardiopulmonary Support and Physiology. 2003 Mar. 1; 125(3): 642-6249 (LIQ00082949-LIQ00082956) | 401/402; H |
| 597 | Schoffstall, A.M. et al., Microscale and Miniscale Organic Chemistry Laboratory Experiments, 2d ed. (2004) pp. 200-202  (LIQ00083021-LIQ00083025) | 401/402; H |
| 598 | U.S. Patent No. 5,187,286 (LIQ00083026-LIQ00083052) | 401/402; H |
| 599 | OptiNeb user Manual 2005 (LIQ00083236-LIQ00083268) | 401/402; H |
| 600 | D. Walmrath et al., Direct Comparison of Inhaled Nitric Oxide and Aerosolized Prostacyclin in Acute Respiratory Distress Syndrome, Am. J. Respir. And Critical Care Med., Vol 153 1996 (LIQ00083368-LIQ00083373) | 401/402; H |
| 601 | D.E. Geller, Comparing Clinical Features of the Nebulizer, Metered-Dose Inhaler, and Dry Powder Inhaler, RESPIRATORY CARE 50(10): 1313-21, at 1315 (2005) (LIQ00083380-LIQ00083389) | 401/402; H |
| 602 | Horst Olschewski et al., Inhaled Iloprost for Severe Pulmomary Hypertension, 347 N. ENG. J. MED. 322 (2002) (LIQ00083473-LIQ00083480) | 401/402; H |
| ██ | ████████████████████████ | ████ |
| 605 | Certificate of Analysis (LIQ00083722-LIQ00083722) | 401/402; H; F |
| 606 | Certificate of Analysis (LIQ00083723-LIQ00083723) | 401/402; H; F |
| ██ | ██████████████████ | ████ |

| 608 | Patent Owner Preliminary Response filed July 14, 2020, in Liquidia Technologies, Inc. v. United Therapeutics Corporation, IPR2020-00769 (LIQ00083807-LIQ00083883) | 401/402; 403; H |
|---|---|---|
| 609 | Harwood & Moody, Experimental Organic Chemistry Principles and Practice (1989)  (LIQ00083994-LIQ00084135) | 401/402; H |
| 610 | Declaration of Rodolfo Pinal, Ph.D. Supporting United Therapeutic Corporation's Patent Owner Response, dated December 21, 2020, in Liquidia Technologies, Inc. v. United Therapeutics Corporation, No. IPR2020-00770  (LIQ00084572-LIQ00084713) | 401/402; 403; H |
| 611 | 2007 Hawley's Condensed Chemical Dictionary – definition of "storage" (LIQ00084791-LIQ00084793) | 401/402; H |
| 612 | USP 29 – NF 24 (LIQ00084804-LIQ00084818) | 401/402; H, BE, OT |
| 6█ | ███████████████ | ███████ |
| | ███████████████ | ███████ |
| | ███████████████ | ███████ |
| | ███████████████ | |
| █ | ███████████████ | |
| | ███████████████ | |
| █ | ███████████████ | |
| 620 | Guidance for Industry ANDAs: "Stability Testing of Drug Substances and products," Generics, May 2014 (LIQ00368726-LIQ00368743) | 401/402; D |
| █ | ███████████████ | █ |
| 623 | DMF 27680 (LIQ00572626-LIQ00573249) | H; F |
| █ | ███████████████ | ███ |
| | ███████████████ | ███ |
| | ███████████████ | |
| | ███████████████ | |
| | ███████████████ | |
| | ███████████████ | |









| | | |
|---|---|---|
| 771 | FDA Guidance 1998 (LIQ00630344-LIQ00630408) | 401/402; H |
| 772 | Zamanian, R.T., et. al. (2016), "An Observational Study of Inhaled-Treprostinil Respiratory-Related Safety in Patients with Pulmonary Arterial Hypertension," Pulmonary Circulation 6(3): 329–337  (LIQ00674548-LIQ00674556) | 401/402; H |
| 7 | | |
| 775 | Benjamin W. Maynor, 21st Century Particle Engineering: Particle Design, Manufacture, and Scale-Up of PRINT® Technology, RESPIR. DRUG. DELIVERY 1 (2018)  (LIQ00737794-LIQ00737803) | 401/402 |
| 776 | Benza et al. Long-term Effects of Inhaled Treprostinil in Patients with Pulmonary Arterial Hypertension (LIQ01023380-LIQ01023386) | 401/402; H |
| 777 | Simonneau, G. et al., Continuous subcutaneous infusion of treprostinil, a prostacyclin analogue, in patients with pulmonary arterial hypertension: a double-blind, randomized, placebo-controlled trial, Am. J. Respir. Crit. Care Med. 165:800-04 (2002) (LIQ02046815-LIQ02046819) | 401/402; H |
| 778 | Investigators Brochure April 2020 (LIQ02565144-LIQ02565224) | |

| 781 | Pulmonary Arterial Hypertension (PAH) Therapeutics – Global Drug Forecasts and Treatment Analysis to 2020, March 2012  (LIQ02795624.001-LIQ02795624.279) | 401/402; H |
|-----|------|------|

| 8 | ███████████████████████ | ████████ |
| | | |

| 825 | S.C. Chattaraj, Treprostinil sodium Pharmacia, CURRENT OPINION IN INVESTIGATIONAL DRUGS 3(4): 582-86, at 582 (Apr. 2002) (LIQ02798824-LIQ02798828) | 401/402; H |
| 826 | U.S. Patent No. 6,521,212 Patent (LIQ02798858-LIQ02798884) | |
| 827 | Liquidia Techs., Inc. v. United Therapeutics Corp., IPR2021-00406, Petition (Paper No. 1) at 14 (citing Hill Decl., EX1002, and a Gonda Decl., EX1004 (LIQ02799282-LIQ02799362) | |
| 828 | Liquidia Technologies, Inc. v. United Therapeutics Corp., IPR2021-00406, Patent Owners Preliminary Response, Paper 13 at 49-50 (May 17, 2021) (LIQ02799578-LIQ02799644) | 401/402; 403; H; IO; F |
| 829 | Liquidia Techs., Inc. v. United Therapeutics Corp., IPR2021-00406, Board's Decision Instituting Investigation (Paper No. 18) (LIQ02799801-LIQ02799844) | 401/402 |
| 830 | Declaration of Nicholas Hill, IPR2021-00406, EX1002 (LIQ02799996 - LIQ02800068) | D |
| 831 | U.S. Patent No. 6,521,212 (LIQ02800552-LIQ02800578) | BE; OT |

| 832 | Voswinckel, R. et al., Abstract 218: Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension, Eur. Heart J. 25:22 (2004) (LIQ02800592-LIQ02800598) | BE; OT |
|---|---|---|
| 833 | WO 2005/007081 A9 (LIQ02800599-LIQ02800720) | BE; OT |
| 834 | Voswinckel, R. et al., Abstracts from the 2004 Scientific Sessions of the American Heart Association, Inhaled Treprostinil Sodium (TRE) for the Treatment of Pulmonary Hypertension, Circulation, 110(17 Suppl.):III-295 (Oct. 26, 2004)  (LIQ02800721-LIQ02800723) | BE; OT |
| 835 | Robert Moriarty et al., The Intramolecular Asymmetric Pauson−Khand Cyclization as a Novel and General Stereoselective Route to Benzindene Prostacyclins: Synthesis of UT-15 (Treprostinil), 69 J. ORG. CHEM. 1890 (2004) (LIQ02800724-LIQ02800736) | |
| 836 | Robert Voswinckel, Beate Enke, Andre Kreckel, Frank Reichenberger, Stefanie Krick, Henning Gall, Tobias Gessier, Thomas Schmehl, Markus G. Kohstall, Friedrich Grimminger, Hossein A. Ghofrani, Werner Seeger, and Horst Olschewski, Abstract 1414: "Inhaled Treprostinil Sodium (TRE) for the Treatment of Pulmonary Hypertension," Abstracts from the 2004 Scientific Sessions of the American Heart Association, Circulation, 110(17 Suppl.):III-295 (October 26, 2004)  (LIQ02800737-LIQ02800742) | D |
| 837 | Wiberg, K., Laboratory Technique in Organic Chemistry (1960) p.112 (LIQ02800743- LIQ02800748) | |
| 838 | H.A. Ghofrani, et al., Neue Therapieoptionen in der Behandlung der Pulmonalarteriellen Hypertonie, HERZ 30(4): 296-302 (June 2005) (LIQ02800749-LIQ02800764) | |
| 839 | Ege, S., Organic Chemistry Second Edition, Ch. 14 Carboxylic Acids and Their Derivates I. Nucleophilic Substitution Reactions at the Carbonyl Group (1989) pp. 543-547  (LIQ02800815-LIQ02800823) | |
| 840 | Deposition of Rodolfo Pinal Ph.D. (IPR2020-00770) (LIQ02801660-LIQ02801843) | 401/402; H; IO; F |
| 841 | Remodulin® 2004 Label (LIQ02801844-LIQ02801854) | 401/402 |

| 842 | Gao, K., "Synthesis of A-Galceramides, (-)-Treprostinil, and Design and Synthesis of Anti-Viral Agents," Thesis submitted as partial fulfillment of the requirements for the degree of Doctor Of Philosophy in Chemistry in the Graduate College of the University of Illinois at Chicago, 2006 (LIQ02801855-LIQ02802092) | 401/402; H |
| 843 | S.W. Stein, et al., The History of Therapeutic Aerosols: A Chronological Review, J. AEROSOL MED. AND PULMONARY DRUG DELIVERY 30(1): 20-41, at 27 (2017)  (LIQ02802093-LIQ02802114) | 401/402; H |
| 844 | Parks, B.W., et al., "Convenient Synthesis of 6,6-Bicyclic Malonamides: A New Class of Conformationally Preorganized Ligands for f-Block Ion Binding," J. Org. Chem., 71:9622-27 (2006)  (LIQ02802115-LIQ02802120) | 401/402; H |
| 845 | Hanessian, S., et al., "Structure-Based Organic Synthesis of a Tricyclic N-Malayamycin Analogue," J. Org. Chem., 71:9807-17 (2006)  (LIQ02802140-LIQ02802150) | 401/402; H |
| 846 | Cheng-Huai Ruan et al., Prostacyclin Therapy for Pulmonary, 37 TEXAS HEART INSTITUTE JOURNAL 391 (2010) (LIQ02802151-LIQ02802160) | 401/402; H |
| 847 | Frost, J.M., et al., "Synthesis and Structure – Activity Relationships of 3,8-Diazabicyclo[4.2.0]octane Ligands, Potent Nicotinic Acetylcholine Receptor Agonists," J. Med. Chem., 49:7843-53 (2006)  (LIQ02802161-LIQ02802171) | 401/402; H |
| 848 | D. Walmrath, et al., Direct Comparison of Inhaled Nitric Oxide and Aerosolized Proastacyclin in Acute Respiratory Distress Syndrome, Am. J. Respiratory Critical Care Med. 153:991-96 (1996)  (LIQ02802172-LIQ02802177) | 401/402; H |
| 849 | Regan, J., et al., "Quinol-4-ones as Steroid A-Ring Mimetics in Nonsteroidal Dissociated Glucocorticoid Agonists," J. Med. Chem., 49:7887-96 (2006)  (LIQ02802178-LIQ02802187) | 401/402; H |
| 850 | Horst Olschewski et al., Inhaled Prostacyclin and Iloprost in Severe Pulmonary Hypertension Secondary to Lung Fibrosis, 160 AM. J. RESPIR. CRIT. CARE MED. 600 (1999)  (LIQ02802188-LIQ02802195) | 401/402; H |

| 851 | Manon Hache et al., Inhaled epoprostenol (prostacycilin) and pulmonary hypertension before cardiac surgery, J. THORACIC CARDIOVASCULAR SURGERY 642 (2003)  (LIQ02802204-LIQ02802211) | 401/402; H |
|---|---|---|
| 852 | Mak, K.K.W., et al., "Mannich Reactions in Room Temperature Ionic Liquids (RTILs): An Advanced Undergraduate Project of Green Chemistry and Structural Elucidation," J. Chem. Ed., 83(6):943-46 (2006) (LIQ02802212-LIQ02802215) | 401/402; H |
| 853 | Charl J. De Wet et al., Inhaled prostacyclin is safe, effective, and affordable in patients with pulmonary hypertension, right heart dysfunction, and refractory hypoxemia after cardiothoracic surgery, 127 J. THORACIC & CARDIOVASCULAR SURGERY 1058 (2004)  (LIQ02802216-LIQ02802225) | 401/402; H |
| 854 | Supplemental Materials to Mak, K.K.W., et al., "Mannich Reactions in Room Temperature Ionic Liquids (RTILs): An Advanced Undergraduate Project of Green Chemistry and Structural Elucidation," J. Chem. Ed., 83(6):943-46 (2006)  (LIQ02802226-LIQ02802258) | 401/402; H |
| 855 | John Denyer et al., The Adaptive Aerosol Delivery (AAD) Technology: Past, Present, and Future, 23 J. AEROSOL MED. & PULMONARY DRUG S1 (LIQ02802259-LIQ02802268) | 401/402; H |
| 856 | Baar, M.R., et al., "Enantiomeric Resolution of (±)-Mandelic Acid by (1R,2S)-(–)-Ephedrine," J. Chem. Ed., 82(7):1040-42 (2005) (LIQ02802269- LIQ02802271) | 401/402; H |
| 857 | U.S. Patent No.6,242,482  (LIQ02802272-LIQ02802299) | 401/402 |
| 858 | Supplemental Materials for Baar, M.R., et al., "Enantiomeric Resolution of (±)-Mandelic Acid by (1R,2S)-(–)-Ephedrine," J. Chem. Ed., 82(7):1040-42 (2005)  (LIQ02802300-LIQ02802304) | 401/402; H |
| 859 | Brigandi, L.M., et al., "Synthesis and Analysis of Copper Hydroxy Double Salts," J. Chem. Educ., 82(11):1662 (2005)  (LIQ02802319-LIQ02802319) | 401/402; H |
| 860 | Ventavis® Label 2004 (LIQ02802320-LIQ02802334) | 401/402 |

| 861 | Supplemental Material for Online Publication for Brigandi, L.M., et al., "Synthesis and Analysis of Copper Hydroxy Double Salts," J. Chem. Educ., 82(11):1662 (2005)  (LIQ02802335-LIQ02802350) | 401/402; H |
|---|---|---|
| 862 | S.P. Newman, Aerosols, Chapter from Encyclopedia of Respiratory Med., pp. 58-64, at 62 (2006) (LIQ02802351-LIQ02802357) | 401/402; H |
| 863 | Hamilton, "Experiment #5: Resolution of (R,S)-1-Phenylethylamine via Diastereoisomer formation with (2R),(3R)-Tartaric Acid," Laboratory Manual for Chemistry 202, Organic Chemistry Laboratory I at Mount Holyoke College (2006)  (LIQ02802358-LIQ02802364) | 401/402; H |
| 864 | D.E. Geller, Comparing Clinical Features of the Nebulizer, Metered-Dose Inhaler, and Dry Powder Inhaler, RESPIRATORY CARE 50(10): 1313-21, at 1315 (2005) (LIQ02802365-LIQ02802374) | 401/402; H |
| 865 | Yadav, A concise and stereoselective synthesis of both enantiomers of altholactone and isoaltholactone, Tetrahedron Letters, 44:5831-5833 (2003) (LIQ02802375-LIQ02802377) | 401/402; H |
| 866 | Takadoi, M., et al., Synthetic studies of himbacine, a potent antagonist of the muscarinic M2 subtype receptor 1. Stereoselective total synthesis and antagonistic activity of enantiomeric pairs of himbacine and (2'S,6'R)-diepihimbacine, 4-epihimbacine, and novel himbacine congeners, Tetrahedron 58 (2002) 9903–23  (LIQ02802389- LIQ02802409) | 401/402; H |
| 867 | Joseph Rau, Determinants of Patient Adherence to an Aerosol Regimen, 50 RESPIR. CARE 1346 (2005) (LIQ02802410-LIQ02802423) | 401/402; H |
| 868 | Berge, S.M., et al., "Pharmaceutical Salts," J. Pharm. Scis., 66(1):1-19 (1977)  (LIQ02802424-LIQ02802442) | 401/402; H |
| 869 | D. Geller, et al., Bolus Inhalation of rhDNase with the AERx System in Subjects with Cystic Fibrosis, J. AEROSOL MED. 16(2): 175-82 (2003)  (LIQ02802443-LIQ02802451) | 401/402; H |
| 870 | Excerpts from Loewenthal, H.J.E., et al., A Guide for the Perplexed Organic Experimentalist, Chapter 4: Running Small-scale Reactions in the Research Laboratory, pp. 87-119, 2d ed. (1990)  (LIQ02802452-LIQ02802478) | 401/402; H |

| 871 | Heidelberger, M., An Advanced Laboratory Manual of Organic Chemistry (1928)  (LIQ02802484-LIQ02802586) | 401/402; H |
| 872 | Declaration of Sylvia Hall-Ellis from IPR (LIQ02802587-LIQ02802780) | |
| 885 | 2006 Product Information for Remodulin®  (LIQ02802781-LIQ02802793) | 401/402 |
| 886 | Hawley's Condensed Chemical Dictionary – definition of "chiral" (LIQ02802827-LIQ02802830) | 401/402; H |
| 887 | Paul Atkins, Dry Powder Inhalers: An Overview, 50 RESPIR. CARE 1304 (2005)  (LIQ02802831-LIQ02802839) | 401/402; H |
| 888 | HW Frijlink et al., Dry powder inhalers for pulmonary drug delivery, 1 EXPERT OPIN. DRUG. DELIV. 67 (2004)  (LIQ02802925-LIQ02802944) | 401/402; H; BE; OT |
| 889 | Nora Chew et al., Pharmaceutical Dry Powder Aerosol Delivery, 19 KONA 46 (2001)  (LIQ02802950-LIQ02802960) | 401/402; H; BE; OT |
| 890 | 2009 Tyvaso® Label  (LIQ02803052-LIQ02803100) | 401/402 |
| 891 | Japanese Patent App. No. 56-122328A to Kawakami, et al.  (LIQ02803468 - LIQ02803471) | 401/402; H |
| 892 | M.M. Hoeper, et al., Long-Term Treatment of Primary Pulmonary Hypertension with Aerosolized Iloprost, a Prostacyclin Analogue, N. ENGL. J. MED. 342: 1866-70,  (2000) (LIQ02803472-LIQ02803476) | 401/402; H |
| 893 | English translation of Japanese Patent App. No. 56-122328A to Kawakami, et al.  (see Exs. 73-76 for original Kawakami and translation certifications) (LIQ02803477-LIQ02803484) | 401/402 |
| 894 | D. Walmrath, et al., Aerosolized Prostacyclin in Adult Respiratory Distress Syndrome, THE LANCET 342: 961-62, at 962 (1993) (LIQ02803485-LIQ02803486) | 401/402; H |
| 895 | Translator's Declaration re Japanese-to-English translation of Japanese Patent App. No. 56-122328A to Kawakami, et al.  (LIQ02803487-LIQ02803488) | 401/402; H |
| 896 | Declaration of James Dowdle Under 37 C.F.R. § 42.63(b) re English translation of Japanese Patent App. No. 56-122328A to Kawakami, et al. (LIQ02803492-LIQ02803494) | 401/402; H; F |

| 897 | Pulmozyme® Label  (LIQ02803495-LlQ02803496) | 401/402; BE; OT |
|---|---|---|
| 898 | Declaration of Boris Levine Under 37 C.F.R. § 42.63(b) re English translation of Japanese Patent App. No. 56-122328A to Kawakami, et al. (LIQ02803497-LIQ02803501) | 401/402; H; F |
| 899 | Harrison W. Farber et al., Mechanisms of Disease, Pulmonary Arterial Hypertension, 351 N. ENG. J. MED. 1655 (2004) (LIQ02803502-LIQ02803512) | 401/402; H |
| 900 | Lewis J. Rubin et al., Evaluation and Management of the Patient with Pulmonary Arterial Hypertension, 143 ANN. INTERN. MED. 282 (2005) (LIQ02803517-LIQ02803528) | 401/402; H |
| 901 | Flolan® Label (LIQ02803529-LIQ02803552) | 401/402 |
| 902 | Transcript from Markman Hearing, in United Therapeutics Corporation v. Liquidia Technologies, Inc., Case No. 20-755 (LIQ02803553-LIQ02803699) | |
| 903 | Igor Gonda, A semi-empirical model of aerosol deposition in the human respiratory tract for mouth inhalation, 33 J. PHARM. PHARMOCOL. 692 (1981) (LIQ02803702-LIQ02803706) | 401/402; H; BE |
| 904 | Igor Gonda, Study of the Effects of Polydispersity of Aerosols on Deposition in the Respiratory Tract, J. PHARM. PHARMOCOL 52P (1981) (LIQ02803754-LIQ02803754) | 401/402; H; BE |
| 905 | Martin Teklo et al., Dry Powder Inhaler Formulation, 50 RESPIR. CARE 1209 (2005) (LIQ02803802-LIQ02803820) | 401/402; H |
| 906 | Aradigm Press Release (LIQ02803821-LIQ02803823) | 401/402; H; BE; OT |
| 907 | Jochen Zieger et al., Comparison of Cascade Impaction and Laser Diffraction for Particle Size Distribution Measurements, 18 J. AEROSOL MED. (2005) (LIQ02803824-LIQ02803837) | 401/402; H |
| 908 | T.D. Nauser, Pulmonary Hypertension: New Perspectives, CHF 9:155-162, at 158 (2003)  (LIQ02803838-LIQ02803845) | 401/402; H; BE; OT |
| 909 | Gary Pitcairn et al., Deposition of Corticosteroid Aerosol in the Human Lung by Respimat® Soft Mist™ Inhaler Compared to Deposition by Metered Dose Inhaler or by Turbuhaler® Dry Powder Inhaler, 18 J. AEROSOL MED. 264 (2005) (LIQ02803846-LIQ02803858) | 401/402; H |

| 910 | R. Dalby et al., A review of the development of Respimat® Soft Mist™ Inhaler, INT'L J. PHARMACEUTICS 1  (LIQ02803859-LIQ02803867) | 401/402; H |
| 911 | T. Gessler et al. Ultrasonic versus jet nebulization of iloprost in severe pulmonary hypertension," 17 EUR. RESPIR. J. 14 (2001) (LIQ02803868-LIQ02803873) | 401/402; H |
| 912 | Myrna Dolovich et al., Device Selection and Outcomes of Aerosol Therapy: Evidence-Based Guidelines, 127 CHEST 335 (2005)  (LIQ02803874-LIQ02803910) | 401/402; H |
| 913 | H. Olschewski, et al., Inhaled Iloprost for Severe Pulmonary Hypertension, N. ENG. J. MED. 347(5): 322-29 (2002) (LIQ02803911-LIQ02803918) | 401/402; H |
| 914 | AccuNeb® Label (LIQ02803919-LIQ02803920) | 401/402; BE; OT |
| 915 | P.J. Anderson, History of Aerosol Therapy: Liquid Nebulization to MDIs to DPIs, RESPIRATORY CARE 50(9): 1139-49, at 1144 (2005) (LIQ02803921-LIQ02803932) | 401/402; H |
| 916 | J-L. Vachiéry, et al., Transitioning from IV Epoprostenol to Subcutaneous Treprostinil in Pulmonary Arterial Hypertension, CHEST 121: 1561-65 (2002) (LIQ02803933 -LIQ02803937) | 401/402; H |
| 917 | Richard Beasley et al., Preservatives in Nebulizer Solutions: Risks without Benefit, 18 PHARMACOTHERAPY 130 (1998)  (LIQ02803961-LIQ02803970) | 401/402; H |
| 918 | Charles Prober et al., Technical Report: Precautions Regarding the Use of Aerosolized Antibiotics, 106 PEDIATRICS 1 (2000) (LIQ02803971-LIQ02803978) | 401/402; H |
| 919 | Orenitram Label (LIQ02804016-LIQ02804032) | 401/402 |
| 920 | M.P. Boyle, So Many Drugs, So Little Time. The Future Challenge of Cystic Fibrosis Care, CHEST 123(1):3-5, at 4 (2003) (LIQ02804042-LIQ02804044) | 401/402; H |
| 921 | Hill et al., Inhaled Therapies for Pulmonary Hypertension, RESPIRATORY CARE 60: 794-802 (2015) ("Hill 2015"). (LIQ02804061-LIQ02804072) | 401/402; H |
| 922 | Ventavis® Label 2005  (LIQ02804087 -LIQ02804103) | 401/402 |

| 923 | Physician's Desk Reference, Ventavis excerpt. (LIQ02804104 - LIQ02804108) | 401/402; H; BE; OT |
|---|---|---|
| 924 | Ghofrani, H.A. et al., Neue Therapieoptionen in der Behandlung der pulmonalarteriellen Hypertonie HERZ 30(4):296-302 (June 2005) (LIQ02804109-LIQ02804125) | |
| 925 | English translation of OptiNeb® User Manual 2005 and HaloLite (LIQ02804126-LIQ02804176) | |
| 927 | Stahl, P. H., & Wermuth, C. G. (Eds.). (2002). Handbook of Pharmaceutical Salts (1st ed.). Weinheim, Germany: Wiley-VCH, pp. 1-7, 41-81, 135-220, 259-63  (LIQ02811732-LIQ02811914) | 401/402; 403; H |
| 928 | Batra, H., et al., Crystallization Process Development for a Stable Polymorph of Treprostinil Diethanolamine (UT-15C) by Seeding, Org. Proc. Res. Dev., 13, 242-49 (2009)  (LIQ02811915-LIQ02811922) | 401/402; 403; H |
| 929 | Gad, Pharmaceutical Manufacturing Handbook, Production and Processes, John Wiley & Sons, Hoboken, NJ (2008) (LIQ02812187-LIQ02812288) | 401/402; 403; H |
| 930 | Levin, Pharmaceutical Process Scale-Up, Taylor & Francis, Boca Raton, FL (2006) (LIQ02812289-LIQ02812404) | 401/402; 403; H |
| 931 | Ahuja, et al., Assuring quality of drugs by monitoring impurities, ADV. DRUG DELIVERY REV., 59, 3-11 (2007) (LIQ02812535-LIQ02812543) | 401/402; 403; H |
| 932 | Paul, et al., Design of Reaction Systems for Specialty Organic Chemicals, CHEM. ENGINEER. SCI., 43, 1773-82 (1988) (LIQ02812544-LIQ02812553) | 401/402; 403; H; BE; OT |
| 933 | Wadekar, et al., Evaluating Impurities in Drugs (Part I of III), PHARM. TECH., 36(2) 46-51 (2012) (LIQ02812554-LIQ02812560) | 401/402; 403; H |
| 934 | Deposition of Jeffrey Winkler (IPR 2020-00770)  (LIQ02812703-LIQ02812875) | 401/402 |
| 935 | Prosecution History of U.S. Patent Application No. 13/933,623 (LIQ02812888 -LIQ02813152) | 401/402 |
| 936 | Deposition of Jeffrey Winkler (IPR 2020-00770)  (LIQ02813158-LIQ02813379) | 401/402 |
| 937 | Ex. 2001 - Waxman Declaration (LIQ02813816-LIQ02813836) | 401/402; 403; H; HH; IO |

| 938 | Orange Book Listing (LIQ02813915-LIQ02813916) | 401/402 |
| 939 | IPR 2021-406 Ex 2009 - Substantive Submission (LIQ02813935 - LIQ02813973) | 401/402; 403 |
| 940 | Alfrezza® Label  (LIQ02814461-LIQ02814485) | 401/402; 403 |
| 941 | R.L. Benza and J.A. Tallaj, Pulmonary Hypertension Out of Proportion to Left Heart Disease, ADVANCES IN PULMONARY HYPERTENSION 5(1):21-29, at 21 (Jan. 2006)  (LIQ02814486 -LIQ02814492) | 401/402; H |
| 942 | Califf et al., A randomized controlled trial of epoprostenol therapy for severe congestive heart failure: The Flolan International Randomized Survival Trial (FIRST), Am. Heart J. 134(1):44-54 at Abstract (July 1997) (LIQ02814493 -LIQ02814503) | 401/402; H |
| 943 | D.C. Cipolla et al., Assessment of aerosol delivery systems for recombinant human deoxyribonuclease, 4 S.T.P. PHARMA SCIENCES 50 (1994) (LIQ02814504-LIQ02814516) | 401/402; H |
| 944 | A. R. Clark et al., The Relationship Between Powder Inhaler Resistance and Peak Inspiratory Conditions in Healthy Volunteers—Implications for In Vitro Testing, 6 J. AEROSOL MED. 99 (1993)  (LIQ02814517-LIQ02814528) | 401/402; H; BE |
| 945 | Orenitram® 2013 Label  (LIQ02814529-LIQ02814549) | 401/402 |
| 946 | J. Denyer et al., Adaptive Aerosol Delivery (AAD®) technology, 1 EXPERT OPIN. DRUG DELIV. 165 (2004)  (LIQ02814550-LIQ02814562) | 401/402; H; BE; OT |
| 947 | M. Guazzi and N. Galiè, Pulmonary Hypertension in Left Heart Disease, European Respiratory Review 21: 338-346 (2012) (LIQ02814563-LIQ02814571) | 401/402; H |
| 948 | Igor Gonda, Physico-chemical principles in aerosol delivery, TOPICS IN PHARMACEUTICAL SCIENCES 95 (1991)  (LIQ02814572-LIQ02814593) | 401/402; H; BE |
| 949 | Humbert et al., Treatment of Pulmonary Arterial Hypertension, N. Engl. J. Med. 351:1425-36, at 1427 (2004)  (LIQ02814594-LIQ02814605) | 401/402; H; BE; OT |

| 950 | July 2009 Label for Tyvaso® Hill Report, Ex. 16 (Tyvaso® label) (LIQ02814606-LIQ02814621) | 401/402 |
|---|---|---|
| 951 | Letairis® 2007 Label  (LIQ02814622 -LIQ02814682) | 401/402 |
| 952 | E. Kaluski et al., RITZ-5: Randomized Intravenous TeZosentan (an Endothelin-A/B Antagonist for the Treatment of Pulmonary Edema, JACC 41(2):204-210, at 204 (Jan. 15, 2003) (LIQ02814683 -LIQ02814689) | 401/402; H |
| 953 | Liquidia Press Release (LIQ02814713-LIQ02814717) | 401/402 |
| 957 | Adcirca® 2009 Label  (LIQ02814723 -LIQ02814740) | 401/402 |
| 958 | V. V. McLaughlin and M. D. McGoon, "Pulmonary Arterial Hypertension," Circulation 114: 1417-1431 (2006)  (LIQ02814741 -LIQ02814755) | 401/402; H |
| 959 | McMurray et al., Effects of Tezosentan on Symptoms and Clinical Outcomes in Patients with Acute Heart Failure, JAMA 298(17):2009-19 at 2009 (Nov. 7, 2007) (LIQ02814756 -LIQ02814766) | 401/402; H |
| 960 | NDA No. 22-387 Chemistry Review (LIQ02814767-LIQ02814801) | 401/402; BE; OT |
| 961 | New form of insulin can be inhaled rather than injected, AMERICAN CHEMICAL SOCIETY, https://www.acs.org/content/acs/en/pressroom/newsreleases/2010/march/new- form-of-insulin-can-be-inhaled.html (Mar. 23, 2010) (LIQ02814802-LIQ02814804) | 401/402; H |
| 962 | Christopher O'Callaghan et al., The science of nebulized drug delivery, 52 THORAX S31 (1997)  (LIQ02814817-LIQ02814830) | 401/402; H |
| 963 | Adempas® 2013 Label  (LIQ02814831 -LIQ02814858) | 401/402 |
| 964 | Opsumit® 2013 Label  (LIQ02814859 -LIQ02814880) | 401/402 |
| 966 | Q3 2018 Liquidia Earnings Call (LIQ02814889-LIQ02814896) | 401/402 |
| 967 | L.J. Rose-Jones and V.V. Mclaughlin, Pulmonary Hypertension: Types and Treatments, CURR. CARDIOLOGY REVS. 11:73-79, at 77 (2015) (LIQ02814897 -LIQ02814903) | 401/402; H |
| 968 | S.A. van Wolferen, et al., Diagnosis and Management of Pulmonary Hypertension over the past 100 Years, Respiratory Medicine 101: 389-398 (2000) (LIQ02814904 -LIQ02814913) | 401/402; H |

| 969 | Simonneau, et al., Clinical Classification of Pulmonary Hypertension, J. AM. COLLEGE OF CARDIOLOGY 43: 5S-12S (2004)  (LIQ02814914 -LIQ02814921) | 401/402; H; BE; OT |
| 970 | Simonneau et al., Haemodynamic definitions and updated clinical classification of pulmonary hypertension, EUR. RESPIR. J. 53: 1801913 (2019)  (LIQ02814922 - LIQ02814934) | 401/402; H; BE; OT |
| 971 | M. Thomas et al., Are outcomes the same with all dry powder inhalers?, 59 INT. J. CLIN. PRACT. 33 (2005)  (LIQ02814935- LIQ02814937) | 401/402; H; BE; OT |
| 972 | March 2021 Tyvaso® Label (LIQ02814951-LIQ02814965) | 401/402 |
| 974 | U.S. Patent No. 10,744,280 (LIQ02814968-LIQ02815041) | 401/402 |
| 975 | WO 2019/237028 (LIQ02815042-LIQ02815071) | 401/402 |
| 976 | Ventavis® EU Summary of Product Characteristics (LIQ02815072-LIQ02815136) | 401/402; BE; OT |
| 977 | Voswinckel R., et al., Favorable Effects of Inhaled Treprostinil in Severe Pulmonary Hypertension, J. AM. COLL. CARDIOL. 48(8):1672-81 (2006) (LIQ02815137-LIQ02815146) | 401/402; H |
| 978 | Lehman, J.W., Microscale Operational Organic Chemistry, A Problem-Solving Approach to the Laboratory Course (2004)  (LIQ02815147-LIQ02815162) | 401/402; BE; OT |
| 979 | Remenar, J.F., et al., Salt Selection and Simultaneous Polymorphism Assessment via High-Throughput Crystallization: The Case of Sertraline, Organic Process Research & Development, 7:990-996 (2003) (LIQ02815163-LIQ02815169) | 401/402; H; I |
| 980 | Zubrick, J.W., The Organic Chem Lab Survival Manual, A Student's Guide to Techniques (3d ed. 1984)  (LIQ02815170-LIQ02815192) | 401/402; H; BE; OT |
| 982 | Voswinckel R. et al., Favorable Effects of Inhaled Treprostinil in Severe Pulmonary Hypertension, J. Am. Coll. Cardiol. 2006; 48:1672-1681 ("Voswinckel JACC")  (LIQ02815242-LIQ02815251) | 401/402; H |
| 983 | E. Gabbay, et al., "Pulmonary arterial hypertension (PAH) is an uncommon cause of pulmonary hypertension (PH) in an unselected population: The Armadale echocardiography study," Am. J. Respir. Med. 175:A713 (2007) (LIQ02815252-LIQ02815265) | 401/402; H |



| | 1004 | Liquidia's Proposed Label for YUTREPIATM dated November 2021 (LIQ02818824-LIQ02818835) | D |

| | | |
|---|---|---|
| ███ | ████████████████████ | ███ |
| ███ | ████████████████████ | ███ |
| ███ | ████████████████████ | ███ |
| 1013 | N.S. Hill et al., "A Phase 3, Open-Label, Multicenter Study to Evaluate the Long-Term Safety and Tolerability of Inhaled LIQ861 (Treprostinil) in Pulmonary Arterial Hypertension (WHO Group 1) Patients – Month 2 Outcomes. INSPIRE: Investigation of the Safety and Pharmacology of Dry Powder Inhalation of Treprostinil," ISHLT Annual Meeting (Apr. 30, 2020), available at https://www.liquidia.com/static-files/b25a351b-fc62-4ab1-994e-98f0d10e79e5 (LIQ02819169-LIQ02819181) | 401/402; H |
| 1014 | Liquidia Press Release, "Liquidia Releases Final LIQ861 Results from Pivotal Phase 3 INSPIRE Study in Patients with Pulmonary Arterial Hypertension" (Apr. 30, 2020) , available at https://liquidia.com/node/7836/pdf (LIQ02819182-LIQ02819183) | 401/402 |
| 1015 | Hill et al., "INSPIRE: A Phase 3 Open-Label, Multicenter Study to Evaluate the Safety and Tolerability of LIQ861 in Pulmonary Arterial Hypertension (PAH) – Exploratory Efficacy Endpoints Analysis at Month 2" [Poster], American Thoracic Society Annual Meeting – Virtual (Aug. 5, 2020), available at https://www.liquidia.com/static-files/ee236ca7-ed02-41be-b4c8-7dfd24a2a88f  (LIQ02819184) | 401/402 |
| 1016 | Liquidia Press Release, "Liquidia Releases Exploratory Endpoint Data from INSPIRE Study at the American Thoracic Society (ATS) Annual Meeting" (Aug. 5, 2020), available at https://www.liquidia.com/node/8051/pdf (LIQ02819185-LIQ02819186) | 401/402 |
| 1017 | ClinicalTrials.gov Identifier NCT03399604 for LTI-301 (LIQ02819187-LIQ02819194) | 401/402; 403 |

| 1018 | Jason Adair, FDA Grants Tentative Approval for Liquidia's YUTREPIA™ (Treprostinil) Inhalation Powder, LIQUIDIA (Nov. 8, 2021), https://www.liquidia.com/news-releases/news-release-details/fda-grants-tentativeapproval-liquidias-yutrepiatm-treprostinil  (LIQ02819215-LIQ02819216) | 401/402 |
|---|---|---|
| 1019 | Hendrickson, J., et al., Organic Chemistry (3d ed. 19870)  (LIQ02819217-LIQ02819219) | 401/402; H |
| 1020 | N.S. Hill et al., INSPIRE: Final Results from a Phase 3, Open-Label, Pivotal Study to Evaluate the Safety and Tolerability of LIQ861 in Pulmonary Arterial Hypertension, JOURNAL OF HEART AND LUNG TRANSPLANTATION, 4:S17-S18, Abstract 14 (April 1, 2020) (LIQ02819220-LIQ02819221) | 401/402 |
| 1021 | M.M. Hoeper et al., End Points and Clinical Trial Designs in Pulmonary Arterial Hypertension, JACC 43(12):48S-55S (June 18, 2004) (LIQ02819222-LIQ02819229) | 401/402; H |
| 1022 | Liquidia.com, Pipeline and Products Publications, available at https://www.liquidia.com/products-and-pipeline/publications (LIQ02819248-LIQ02819250) | 401/402 |
| 1023 | Roberts, J., et al., Basic Principles of Organic Chemistry (1964) (LIQ02819251-LIQ02819254) | 401/402; H; BE; OT |
| 1024 | United Therapeutics Press Release, "United Therapeutics Announces FDA Approval and Launch of Tyvaso® for the Treatment of Pulmonary Hypertension Associated with Interstitial Lung Disease" (Apr. 1, 2021), available at https://s1.q4cdn.com/284080987/files/doc_news/2021/03/2021-04-01-INCREASE-approval-FINAL-formatted.pdf (LIQ02819264-LIQ02819267) | 401/402; 403; H |
| 1025 | C.E. Ventetuolo, Are Hemodynamics Surrogate Endpoints in Pulmonary Arterial Hypertension, Circulation 130(9):768-755, p. 2 (LIQ02819268-LIQ02819285) | 401/402; H |

| 1026 | Audio recording of ISHLT Presentation No. 14 – INSPIRE: Final Results from a Phase 3, Open-Label, Pivotal Study to Evaluate the Safety and Tolerability of LIQ861 in Pulmonary Arterial Hypertension (Apr. 22, 2020) (LIQ02819289-LIQ02819289) | 401/402; 403; H |
| 1027 | Ex. 3, FDA Warning Letter to Mylan Pharmaceuticals, Inc. (LIQ02819290-LIQ02819297) | 401/402; 403; H; F |
| 1028 | Ex. 4, FDA Warning Letter No. 320-18-14 to Shanwei Honghui Daily Appliance Co., Ltd.  (LIQ02819298-LIQ02819300) | 401/402; 403; H; F |
| 1029 | N.S. Hill et al., INSPIRE: Final Results from a Phase 3, Open-Label, Pivotal Study to Evaluate the Safety and Tolerability of LIQ861 in Pulmonary Arterial Hypertension, JOURNAL OF HEART AND LUNG TRANSPLANTATION, 39(4):S17-S18 (April 1, 2020) (LIQ02819301-LIQ02819302) | 401/402; H; BE; OT |
| 1040 | Roxana Sulica & Michael Poon, Medical therapeutics for pulmonary arterial hypertension: from basic science and clinical trial design to evidence-based medicine, 3 EXPERT REV. CARDIOVASCULAR THERAPY 347-360 (2005) ("Sulica 2005") (LIQ02819403-LIQ02819416) | 401/402; H |
| 1047 | Hossein A. Ghofrani et al., Neue Therapieoptionen in der Behandlung der pulmonalarteriellen Hypertonie, 30(4) HERZ 296-302 (June 2005) (LIQ02819462-LIQ02819470) | |
| 1049 | Anslyn and Dougherty, MODERN PHYSICAL ORGANIC CHEMISTRY, p. 79 (2006)  (LIQ02819478-LIQ02819480) | 401/402; H |
| 1050 | Sonali S. Bharate et al., Interactions and incompatibilities of pharmaceutical excipients with active pharmaceutical ingredients: a comprehensive review, 1 J. EXCIPIENTS & FOOD CHEM. 3 (2010) (LIQ02819481-LIQ02819504) | 401/402; H |
| 1051 | N.M. Byrne et al., Comparison of lung deposition of colomycin using the HaloLite and the Pari LC Plus nebulisers in patients with cystic fibrosis, 88 ARCH. DIS. CHILD 715 (2003) (LIQ02819505-LIQ02819508) | 401/402; H |
| 1052 | Hak-Kim Chan & Igor Gonda, Solid State Characterization of Spray-Dried Powders of Recombinant Human Deoxyribonuclease (RhDNase), 87 J. PHARM. SCI. 647 (1998) (LIQ02819509-LIQ02819517) | 401/402; H |

| 1053 | Henry Chrystyn et al., Effect of inhalation profile and throat geomotry on predicted lung deposition of budesonide and formoterol (BF) in COPD: An in-vitro comparison of Spiromax and Turbuhaler, 491 INT'L J. PHARMACEUTICS 268 (2015)  (LIQ02819518-LIQ02819526) | 401/402; H |
| 1054 | Renishkumar R. Delvadia et al., In Vitro Tests of Aerosol Deposition. IV: Simulating Variations in Human Breathing Profiles for Realistic DPI Testing, 29 J. AEROSOL MED. & PULMONARY DRUG DELIVERY 196 (2016) (LIQ02819534-LIQ02819544) | 401/402; H |
| 1062 | Exubera® Label (Jan. 2006)  (LIQ02819566-LIQ02819589) | 401/402 |
| 1063 | Mariana Faria-Urbina, Aaron B. Waxman et al., Inspiratory flow patterns with dry powder inhalers of low and medium flow resistance in patients with pulmonary arterial hypertension, 11 PULMONARY CIRCULATION 1 (2021)  (LIQ02819590-LIQ02819599) | 401/402; H |
| 1064 | J. Hager et al., Measurement of Particle and Mass Distribution of Pentamidine Aerosol by Ultrasonic and Air Jet Nebulizers, 5 J. AEROSOL MED. 65 (1992)  (LIQ02819600-LIQ02819614) | 401/402; H |
| 1065 | Deposition Transcript of Dr. Nicholas S. Hill, M.D. in Liquidia Technologies, Inc.v. United Therapeutics Corp., IPR2021-00406 (LIQ02819615- LIQ02819692) | 401/402 |
| 1066 | T.R. Leigh et al., Performance characteristics of DeVilbiss Ultraneb 99 ultrasonic nebulizer with reference to use in sputum induction, 67 INT'L J. PHARMACEUTICS 275 (1991)  (LIQ02819693-LIQ02819700) | 401/402; H |
| 1067 | Kitty Leung et al., Comparison of Breath-Enhanced to Breath-Actuated Nebulizers for Rate, Consistency, and Efficiency, 126 CHEST 1619 (2004) (LIQ02819701-LIQ02819709) | 401/402; H |
| 1068 | Repic, PRINCIPLES OF PROCESS RESEARCH AND CHEMICAL DEVELOPMENT IN THE PHARMACEUTICAL INDUSTRY, Chapter 5: Mirrors (1998) (LIQ02819710-LIQ02819728) | 401/402; H |
| 1069 | G. B. Rhind et al., Effect on Spirometry of Distilled Water and Cromoglycate Solutions Nebulised by a Small Portable Ultrasonic Nebulizer, 51 RESPIRATION 86 (1987) (LIQ02819729-LIQ02819733) | 401/402; H |

| | | |
|---|---|---|
| 1070 | Priscilla Sarinas, Andrew Clark et al., Inspiratory Flow Rate and Dynamic Lung Function in Cystic Fibrosis and Chronic Obstructive Lung Disease, 114 CHEST 988 (1998)  (LIQ02819734-LIQ02819740) | 401/402; H |
| 1071 | H.A. Tiddens et al., Effect of Dry Powder Inhaler Resistance on the Inspiratory Flow Rates and Volumes of Cystic Fibrosis Patients of Six Years and Older, 19 J. AEROSOL MED. 456 (2006)  (LIQ02819741-LIQ02819750) | 401/402; H |
| 1072 | U.S. Patent No. 6,441,245 B1 Moriarty (LIQ02819751-LIQ02819765) | 401/402 |
| 1073 | U.S. Patent No. 7,417,070 B2 Phares (LIQ02819766-LIQ02819825) | 401/402 |
| 1074 | U.S. Patent Application Publication No. US 2005/0282903 A1 (LIQ02819826-LIQ02819832) | 401/402 |
| 1075 | USP29 NF24 § 601 Physical Tests and Determinations (LIQ02819833-LIQ02819854) | 401/402; H |
| 1076 | David D. Wirth et al., Maillard Reaction of Lactose and Fluoxetine Hydrochloride, a Secondary Amine, 87 J. PHARM. SCI. 31 (1998) (LIQ02819855-LIQ02819863) | 401/402; H |
| 1077 | International Patent Publication No. WO 99/21830 (LIQ02819864 - LIQ02819905) | 401/402 |
| 1078 | International Patent Publication No. WO 03/070163 (LIQ02819906-LIQ02819970) | 401/402 |
| 1079 | Classes of Heart Failure," American Heart Association (LIQ02819971-LIQ02819972) | 401/402; H |
| 1080 | Learn About Pulmonary Arterial Hypertension," American Lung Association (LIQ02819973-LIQ02819973) | 401/402; H |
| 1081 | Pulmonary Hypertension," American Lung Association (LIQ02819974-LIQ02819974) | 401/402; H |
| 1082 | Treating and Managing Pulmonary Arterial Hypertension," American Lung Association (LIQ02819975-LIQ02819976) | 401/402; H |
| 1083 | Ian Larkin et al., "Association Between Academic Medical Center Pharmaceutical Detailing Policies and Physician Prescribing," JAMA 317, no. 17 (May 2, 2017): 1785, https://doi.org/10.1001/jama.2017.4039. (LIQ02819977-LIQ02819987) | 401/402; H |

55

| 1084 | Jonathan B. Baker, "Market Definition: An Analytical Overview," Antitrust Law Journal 74 (2007): 147, https://doi.org/10.2139/ssrn.854025; (LIQ02819988-LIQ02820032) | 401/402; H |
| 1085 | Ernst Berndt et al., "The Roles of Marketing, Product Quality and Price Competition in the Growth and Composition of the U.S. Anti-Ulcer Drug Industry," in The Economics of New Goods (Cambridge, MA: National Bureau of Economic Research, 1996), chap. 7, https://doi.org/10.3386/w4904. (LIQ02820033-LIQ02820104) | 401/402; H |
| 1086 | Ernst R Berndt et al., "An Analysis of the Diffusion of New Antidepressants: Variety, Quality, and Marketing Efforts," J Ment Health Policy Econ, 2002, 17. (LIQ02820105-LIQ02820121) | 401/402; H |
| 1087 | A nebulizer changes liquid medicine into fine droplets (in aerosol or mist form) that are inhaled through a mouthpiece or mask." "Home Nebulizer Therapy," Cleveland Clinic (LIQ02820122-LIQ02820125) | D |
| 1088 | Disclosures and Disclaimers," Chest 126, no. 1 (July 2004) (LIQ02820148-LIQ02820149) | 401/402; H |
| 1090 | Office of the Commissioner, "Understanding Unapproved Use of Approved Drugs 'Off Label,'" FDA (LIQ02820152-LIQ02820154) | 401/402; H; BE; OT |
| 1091 | FDA Approves TYVASO (Treprostinil) Inhalation Solution for the Treatment of Pulmonary Arterial Hypertension,"  (LIQ02820155-LIQ02820156) | 401/402; 403; H |
| 1092 | "Patents and Exclusivity," FDA/CDER SBIA Chronicles (LIQ02820157-LIQ02820159) | 401/402; D |
| 1093 | FDA Grants Tentative Approval for Liquidia's YUTREPIATM (Treprostinil) Inhalation Powder," November 8, 2021,  (LIQ02820160-LIQ02820161) | 401/402 |
| 1094 | Tyvaso Orphan Designations and Approvals (LIQ02820162-LIQ02820162) | 401/402; BE; OT |

| 1095 | Sara T.M. Kremer et al., "Generalizations on the Effectiveness of Pharmaceutical Promotional Expenditures," International Journal of Research in Marketing 25, no. 4 (December 2008): 234–46, https://doi.org/10.1016/j.ijresmar.2008.08.001;  (LIQ02820163-LIQ02820175) | 401/402; H |
|------|---|---|
| 1096 | Mardi Gomberg-Maitland, MD, MSc," Patient-Centered Outcomes Research Institute, March 23, 2014,  (LIQ02820176-LIQ02820178) | 401/402; H |
| 1097 | Matthew Herper, "Inside The Secret World Of Drug Company Rebates," Forbes, May 10, 2012, https://www.forbes.com/sites/matthewherper/2012/05/10/why-astrazeneca-gives-insurers-60-discounts-on-nexiums-list-price/. (LIQ02820179 -LIQ02820182) | 401/402; H |
| 1098 | Exemption Requirements - 501(c)(3) Organizations | Internal Revenue Service (LIQ02820183-LIQ02820183) | 401/402; H |
| 1099 | Michael L Katz and Shelanski, Howard A, "Mergers and Innovation," Antitrust Law Journal 74 (2007): 36. (LIQ02820184-LIQ02820268) | 401/402; H |
| 1100 | John LaMattina, "BCG Weighs In On First-In-Class Vs. Best-In-Class Drugs -- How Valuable Is Their Advice?," Forbes, accessed November 26, 2021, https://www.forbes.com/sites/johnlamattina/2013/06/17/bcg-weighs-in-on-first-in-class-vs-best-inclass-drugs-how-valuable-is-their-advice/. (LIQ02820269-LIQ02820272) | 401/402; H |
| 1101 | Joel Lexchin, "How Safe and Innovative Are First-in-Class Drugs Approved by Health Canada: A Cohort Study," Healthcare Policy | Politiques de Santé 12, no. 2 (November 30, 2016): 66, https://doi.org/10.12927/hcpol.2016.24851. (LIQ02820273-LIQ02820283) | 401/402; H |

| 1102 | Liquidia Form 10-K for Fiscal Year Ended December 31, 2020" (Liquidia, 13, accessed September 30, 2021, https://www.liquidia.com/index.php/static-files/a2c4279b-802d-4492-a6b0-0b4e49b55ee1. (LIQ02820284-LIQ02820493) | 401/402; 403 |
| 1103 | Corporate Profile \| United Therapeutics Corporation - Locations \| United Therapeutics (LIQ02820494-LIQ02820494) | 401/402; H |
| 1104 | Joey Mattingly, "Understanding Drug Pricing," U.S. Pharmacist 37, no. 6 (June 20, 2012): 40–45. (LIQ02820495-LIQ02820503) | 401/402; H |
| 1105 | Vasodilators are medications that dilate blood vessels. "Vasodilators," Mayo Clinic (LIQ02820504-LIQ02820505) | 401/402; H; BE; OT |
| 1106 | Mylan Launches Generic Version of Revatio® Tablets Mylan N.V., (LIQ02820506-LIQ02820506) | 401/402; H; F |
| 1107 | Definition of First-Line Therapy - NCI Dictionary of Cancer Terms - National Cancer Institute," NIH: National Cancer Institute,  (LIQ02820507-LIQ02820507) | 401/402; H |
| 1108 | Kishan S. Parikh et al., "Clinical Features and Outcomes of Patients with Sarcoidosis-Associated Pulmonary Hypertension," Scientific Reports 9, no. 1 (December 2019): 7, https://doi.org/10.1038/s41598-019-40030-w. (LIQ02820511-LIQ02820517) | 401/402; H |
| 1109 | Patent and Exclusivity for: N203496," Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations, https://www.accessdata.fda.gov/scripts/cder/ob/patent_info.cfm?Product_No=001&Appl_No=203496 &Appl_type=N (LIQ02820518-LIQ02820519) | 401/402; 403 |
| 1110 | Press Release: UNITED THERAPEUTICS ANNOUNCES INCREASE STUDY OF TYVASO® MEETS PRIMARY AND ALL SECONDARY ENDPOINTS" (LIQ02820522-LIQ02820524) | 401/402; 403; H |

| 1111 | Christopher J Rhodes et al., "Genetic Determinants of Risk in Pulmonary Arterial Hypertension:<br>International Genome-Wide Association Studies and Meta-Analysis," The Lancet Respiratory Medicine 7,<br>no. 3 (March 2019): 237 (LIQ02820525-LIQ02820536) | 401/402; H |
| 1113 | Settlement Agreement by and Among UTC and Sandoz<br>(LIQ02820548-LIQ02820561) | 401/402; 403; H |
| 1114 | Shelley Shapiro et al., "Implantable System for Treprostinil: A Real-World Patient Experience Study,"<br>Pulmonary Circulation 10, no. 2 (April 2020): 9,<br>https://doi.org/10.1177/2045894020907881. (LIQ02820562-LIQ02820571) | 401/402; H |
| 1115 | Office of Inspector General at Department of Health and Human Services, "Special Fraud Alert: Speaker Programs," (LIQ02820572-LIQ02820578) | 401/402; H |
| 1116 | Michael A Steinman et al., "Characteristics and Impact of Drug Detailing for Gabapentin," ed. Steven E Hyman, PLoS Medicine 4, no. 4 (April 24, 2007): e134,<br>https://doi.org/10.1371/journal.pmed.0040134. (LIQ02820579-LIQ02820587) | 401/402; H |
| 1117 | Norman Stockbridge, M.D., Ph.D., "FDA Approval Letter for NDA 22387," July 30, 2009<br>(LIQ02820588-LIQ02820594) | 401/402; H |
| 1118 | Norman Stockbridge, M.D., Ph.D., "Summary Review for NDA 22387" (FDA's Center for Drug Evaluation and Research<br>(LIQ02820595-LIQ02820597) | 401/402 |
| 1119 | Richard L. Robbins, "Subtests of 'Nonobviousness': A Nontechnical Approach to Patent Validity,"<br>University of Pennsylvania Law Review 112, no. 8 (June 1964): 1175,<br>https://doi.org/10.2307/3310532. (LIQ02820598-LIQ02820614) | 401/402; H |
| 1120 | Teva Pharmaceutical Industries Limited Announces Approval of Generic Flolan(R) for Injection," BioSpace (LIQ02820615-LIQ02820618) | 401/402; H; F |

| 1121 | The Pros and Cons of Drug Coupon Cards," STAT, September 14, 2016, https://www.statnews.com/2016/09/14/pros-cons-drug-coupon-cards/. (LIQ02820619-LIQ02820622) | 401/402; H |
| 1122 | Tyvaso (Treprostinil) Inhalation Solution Prescription Label Revised 2011" (LIQ02820670-LIQ02820682) | 401/402 |
| 1123 | United Therapeutics Announces FDA Approval Of Third Generation Nebulizer For The Tyvaso® Inhalation System," (LIQ02821320-LIQ02821320) | 401/402; 403; H |
| 1124 | Press Release: United Therapeutics Receives Subpoena From Office of Inspector General" (LIQ02821321-LIQ02821321) | 401/402; H |
| 1125 | Hill, N., 2005, Therapeutic Options for the Treatment of Pulmonary Hypertension, Medscape Pulmonary Medicine 9(2) (Hill 2005). (UTC_LIQ00008430-UTC_LIQ00008435) | 401/402; H |
| 1126 | Declaration of Dr. Edmund J. Elder, Jr., United Therapeutics Ex 2006, IPR2017-01621 (UTC_LIQ00008528-UTC_LIQ00008623) | 401/402; 403; H; IO; F |
| 1127 | Watson Labs., Inc. v. United Therapeutics Inc., IPR2017-01622, Declaration of Dr. Robert Roscigno (EX2048) (UTC_LIQ00009885-UTC_LIQ00009896) | 401/402; 403; H; IO; F |
| 1128 | United Therapeutics Form 10-K for Fiscal Year Ended December 31, 2017 (UTC_LIQ00011069-UTC_LIQ00011163) | 401/402 |
| 1129 | Watson Labs., Inc. v. United Therapeutics Inc., IPR2017-01621 Second Declaration of Dr. Werner Seeger (EX2098) (UTC_LIQ00011819-UTC_LIQ00011829) | 401/402; 403; H; IO; F |
| 1131 | United Therapeutics Form 10-K for Fiscal Year Ended December 31, 2010 (UTC_LIQ00037103-UTC_LIQ00037463) | 401/402 |
| 1132 | Final Written Decision (Paper No. 82), in SteadyMed Ltd. v. United Therapeutics Corporation, No. IPR2016-00006 (UTC_LIQ00040890-UTC_LIQ00040980) | |
| 1133 | PCT Application No. WO 2005/007081 ("Phares") (UTC_LIQ00041172-UTC_LIQ00041293) | |

| 1134 | Moriarty, R.M., et al., "The Intramolecular Asymmetric Pauson-Khand Cyclization as a Novel and General Stereoselective Route to Benzindene Prostacyclins: Synthesis of UT-15 (Treprostinil)," J. Org. Chem. Vol. 69, No. 6, 1890-1902 (2004)  (UTC_LIQ0041294-UTC_LIQ00041306) | OT |
|---|---|---|
| 1135 | Bennett, Pharmaceutical Production. An Engineering Guide, INSTITUTION OF CHEMICAL ENGINEERS (ICHEME), Rugby, Warwickshire, UK (2003) (UTC_LIQ00051036-UTC_LIQ00051080) | 401/402; H; OT |
| 1136 | ██████████████████████████████ | 401/402; 403; H; IO; F |
| ██ | ██████████████████████████████ | ██████ |
| ██ | ██████████████████████████████ | ██████ |
| 1141 | Deposition Transcript of Gilles Gloutier (Watson Matter) (UTC_LIQ00222753-UTC_LIQ00222906) | 401/402; 403; H; IO; F |
| 1142 | United Therapeutics Form 10-Q for Quarterly Period Ended June 30, 2018 (UTC_LIQ00230238-UTC_LIQ00230344) | 401/402 |
| ██ | ██████████████████████████████ | ██████ |
| ██ | ██████████████████████████████ | ██████ |
| ██ | ██████████████████████████████ | ██████ |
| ██ | ██████████████████████████████ | ██████ |
| ██ | ██████████████████████████████ | ██████ |
| ██ | ██████████████████████████████ | ██████ |
| ██ | ██████████████████████████████ | ██████ |







| | | |
|---|---|---|
| 1210 | R. Zamanian et al.; Management Strategies for Patients with Pulmonary Hypertension in the Intensive Care Unit, Crit Care Med, Vol 35, No. 9, pp 2037-2050, 2007 (UTC_LIQ00246673-UTC_LIQ00246686) | 401/402; H |
| 1211 | S.P. Newman and W.W. Busse, Evolution of dry powder inhaler design, formulation, and performance, Respiratory Medicine, 96: 293-304 (2002) (UTC_LIQ00246854-UTC_LIQ00246865) | 401/402; H |
| 1212 | J. Schiewe et al., How Easy is Powder Deagglomeration? A Critical Assessment of Particle Interaction Measurement Techniques,  Respiratory Drug Delivery IX, 2004 (UTC_LIQ00247126-UTC_LIQ00247135) | 401/402; H |
| 1213 | R. Roscigno et al., Comparative Bioavalability of Inhaled Treprostinil Administered as LIQ861 and Tyvaso in Healthy Subjects, Vascular Pharmacology, 138 (2021) 106840 (UTC_LIQ00247154-UTC_LIQ00247158) | 401/402; H |
| 1214 | R. Roscigno et al., Comparative Bioavalability of Inhaled Treprostinil Administered as LIQ861 and Tyvaso in Healthy Subjects, Vascular Pharmacology, 138 (2021) 106840 (UTC_LIQ00247154-UTC_LIQ00247158) | 401/402; H |
| 1215 | Liquidia Press Release, Liquidia Announces FDA Acceptance of New Drug Application Resubmission for LIQ861 (treprostinil) Inhalation Powder dated June 2, 2021 (UTC_LIQ00247159-UTC_LIQ00247159) | 401/402; 403 |
| 1216 | Liquidia Press Release, Liquidia Resubmits New Drug Application for LIQ861 (treprostinil) Inhalation Powder for the Treatment of Pulmonary Arterial Hypertension dated May 10, 2021 (UTC_LIQ00247160-UTC_LIQ00247161) | 401/402; 403 |
| 1217 | Voswinckle et al, Inhaled Treprostinil for Treatment of Chronic Pulmonary Arterial Hypertension, Letters, Annals of Internal Medicine, Vol 144, No. 2, 17 Jan. 2006, pp. 145-152  (UTC_LIQ00247463-UTC_LIQ00247470) | |

| 1218 | Waxman et al., Inhaled Treprostinil in Pulmonary Hypertension Due to Interstitial Lung Disease, NEJM 384(4):325-334 (Jan. 28, 2021) (UTC_LIQ00247471-UTC_LIQ00247480) | 401/402; H |

| | | |
|---|---|---|
| 1247 | H-K. Chan, Clark, A., Gonda, I., et al., Spray Dried Powders and Powder Blends of Recombinant Human Deoxyribonuclease (rhDNase) for Aerosol Delivery, Pharmaceutical Research, 14:4 (1997). (UTC_LIQ00251187-UTC_LIQ00251193) | 401/402; 403; H |
| 1248 | Final Written Decision (Paper 45), in Liquidia Technologies, Inc. v. United Therapeutics Corporation, No. IPR2020-00770 (UTC_LIQ00251285-UTC_LIQ00251348) | |
| 1249 | Decision Denying Institution of Inter Partes Review; IPR2020-00769, Paper 7 (UTC_LIQ00251349-UTC_LIQ00251365) | 401/402; 403; H; D |
| 1250 | ICH Impurities in New Drug Substances Q3A(R2) (2006) (UTC_LIQ00251366-UTC_LIQ00251380) | 401/402; 403; H; F |

| 1251 | ICH M7 Assessment and Control of DNA Reactive (Mutagenic) Impurities in Pharmaceuticals to Limit Potential Carcinogenic Risk, 2015 (UTC_LIQ00251381-UTC_LIQ00251415) | 401/402; 403; H; F |
|------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------|
| 1252 | Olsen, Bernard A, What's New with Impurities in Pharmaceuticals?, Southern California Pharmaceutical Discussion Group, January 15, 2015 (UTC_LIQ00251416-UTC_LIQ00251470) | 401/402; 403; H; HH; F |
| 1253 | Adcirca Prescribing Information, 9/2020, available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/022332Orig1s011lbl.pdf. (UTC_LIQ00251515-UTC_LIQ00251535) | 401/402; 403; H; F |
| 1254 | Adempas Prescribing Information, 9/2021, available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2021/204819s015lbl.pdf.https://www.accessdata.fda.gov/drugsatfda_docs/label/2021/204819s015lbl.pdf (UTC_LIQ00251536-UTC_LIQ00251564) | 401/402; 403; H; F |
| 1255 | American Lung Association Website, Treating and Managing Pulmonary Arterial Hypertension (UTC_LIQ00251565-UTC_LIQ00251566) | 401/402; 403; H; F; BE; 901 |
| 1256 | Cleveland Clinic Website, "What Does it Mean if My Medication Has a 'Black Box Warning'?," 7/24/2019, https://health.clevelandclinic.org/what-does-it-mean-if-mymedication-has-a-black-box-warning/. (UTC_LIQ00251567-UTC_LIQ00251570) | 401/402; 403; H; F; BE; 901 |
| 1257 | ██████████████████████████ | 401/402; 403; H; F |
| 1258 | ██████████████████████████ | 401/402; 403; H; F |
| 1259 | Dictionary.com Website, Teratogenicity, https://www.dictionary.com/browse/teratogenicity (accessed 11/9/2021). (UTC_LIQ00251625-UTC_LIQ00251628) | 401/402; 403; H; F; BE; 901 |

| 1260 | FDA Website, Approved Drug Products with Therapeutic Equivalence Evaluations, 10/8/2021, available at: https://www.fda.gov/drugs/drug-approvals-anddatabases/ approved-drug-products-therapeutic-equivalence-evaluations-orange-book. (UTC_LIQ00251628-UTC_LIQ00251630) | 401/402; 403; H; F; 901 |
|---|---|---|
| 1261 | FDA Website, Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations (NDA 021272), https://www.accessdata.fda.gov/scripts/cder/ob/patent_info.cfm?Product_No=001&Appl_No=021272&Appl_type=N (accessed 11/11/2021). (UTC_LIQ00251633-UTC_LIQ00251634) | H; F; 901 |
| 1262 | Flolan Prescribing Information, 8/2021, available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/022260s012lbl.pdf. (UTC_LIQ00251635-UTC_LIQ00251656) | 401/402; 403; H; F |
| 1263 | Tracleer Prescribing Information, 1/2021, available at: https://www.janssenlabels.com/package-insert/product-monograph/prescribinginformation/ TRACLEER-pi.pdf. (UTC_LIQ00251664-UTC_LIQ00251677) | 401/402; 403; H; F |
| 1264 | Jefferies, "Physician Survey Shows Bullish Tyvaso Potential in PH-ILD," 12/8/2020, at 16. (UTC_LIQ00251678-UTC_LIQ00251700) | 401/402; 403; H; F |
| 1265 | Letairis Prescribing Information, 8/2019, available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/022081s041lbl.pdf. (UTC_LIQ00251738-UTC_LIQ00251765) | 401/402; 403; H; F |
| 1266 | Letairis Website, Home Page, https://www.letairis.com/professional (accessed 11/2/2021). (UTC_LIQ00251766-UTC_LIQ00251768) | 401/402; 403; H; F; BE; 901 |
| 1267 | Liquidia, Form 10-K, 2020 (UTC_LIQ00251769-UTC_LIQ00251978) | 401/402; 403 |
| 1268 | Mayo Clinic Website, Pulmonary Hypertension, https://www.mayoclinic.org/diseasesconditions/ pulmonary-hypertension/symptoms-causes/syc-20350697 (accessed 10/26/2021). (UTC_LIQ00251979-UTC_LIQ00251983) | 401/402; 403; H; F; BE; 901 |

| 1269 | Opsumit Prescribing Information, 10/2021, available at: https://www.janssenlabels.com/package-insert/product-monograph/prescribinginformation/ OPSUMIT-pi.pdf. (UTC_LIQ00251996-UTC_LIQ00252018) | 401/402; 403; H; F |
|---|---|---|
| 1270 | Orenitram Prescribing Information, 11/2020, available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/203496Orig1s0 13lbl.pdf. (UTC_LIQ00252019-UTC_LIQ00252041) | 401/402; 403; H; F |
| 1271 | PAH Initiative, PAH Risk Assessment, https://www.pahinitiative.com/hcp/riskassessment?utm_source=bing&utm_medium=cpc&utm_campaign=HCP%20-%20Functional%20Class&utm_term=pah%20patient%20functional%20class&utm_content=Functional%20Class#riskassessment (accessed 11/2/2021). (UTC_LIQ00252042-UTC_LIQ00252047) | 401/402; 403; H; F; BE; 901 |
| 1272 | Pulmonary Hypertension Association, About Pulmonary Hypertension, https://phassociation.org/types-pulmonary-hypertension-groups/ (accessed 11/2/2021). (UTC_LIQ00252048-UTC_LIQ00252052) | 401/402; 403; H; F; BE; 901; OT |
| 1273 | Remodulin Prescribing Information, 7/2021, available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2021/021272Orig1s0 32lbl.pdf. (UTC_LIQ00252058-UTC_LIQ00252076) | 401/402; 403; H |
| 1274 | Revatio Prescribing Information, 2/2020, available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/203109Orig1s0 15lblrpl.pdf (UTC_LIQ00252077-UTC_LIQ00252109) | 401/402; 403; H; F |
| 1275 | Stanford Medicine Website, FDA-approved Treatments for Pulmonary Hypertension, https://med.stanford.edu/wallcenter/patient-resources/fda.html (accessed 10/26/2021). (UTC_LIQ00252110-UTC_LIQ00252113) | 401/402; 403; H; F; BE; 901 |
| 1276 | State of Delaware Website, Department of State: Division of Corporations, Liquidia Technologies, Inc., https://icis.corp.delaware.gov/eCorp/EntitySearch/NameSearch.aspx (accessed 11/11/2021). (UTC_LIQ00252114-UTC_LIQ00252114) | 401/402; 403; BE |

| 1277 | Treprostinil Injection Website, Home Page, https://trepinjection.com/ (accessed 11/2/2021). (UTC_LIQ00252115-UTC_LIQ00252115) | 401/402; 403; H; F; BE; 901; OT |
| 1278 | Tyvaso Website, Home Page, https://www.Tyvaso.com/ (accessed 10/21/2021). (UTC_LIQ00252133-UTC_LIQ00252133) | 401/402; 403; H; BE; OT |
| 1279 | Tyvaso Website, "What is PH-ILD?," https://www.Tyvaso®.com/ph-ild/understandingph-ild/what-is-ph-ild/ (accessed 11/9/2021). ("PH-ILD stands for pulmonary hypertension associated with interstitial lung disease, a rare, serious, and progressive disease.") (UTC_LIQ00252134-UTC_LIQ00252137) | 401/402; 403; H; BE; OT |
| 1280 | UTC Press Release, "United Therapeutics Announces FDA Approval and Launch of Tyvaso® for the Treatment of Pulmonary Hypertension Associated with Interstitial Lung Disease," 4/1/2021 (UTC_LIQ00252138-UTC_LIQ00252141) | 401/402; 403; H |
| 1281 | UTC, United Therapeutics Corporation, 6/2021, available at: https://s1.q4cdn.com/284080987/files/doc_presentations/2021/06/2021-06-23-UTHRcorporate-presentation.pdf. (UTC_LIQ00252142-UTC_LIQ00252156) | 401/402; 403; H; BE; OT |
| 1282 | Uptravi Prescribing Information, 10/2021, available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2021/207947s009lbl.pdf. (UTC_LIQ00254149-UTC_LIQ00254174) | 401/402; 403; H; F |
| 1283 | Veletri Prescribing Information, 10/2020, available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2020/022260s012lbl.pdf. (UTC_LIQ00254199-UTC_LIQ00254217) | 401/402; 403; H; F |
| 1284 | Ventavis Label (UTC_LIQ00254218-UTC_LIQ00254218) | 401/402; 403; H; F |
| 1285 | Ventavis Prescribing Information, 12/2019, available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2019/021779s019lbl.pdf. (UTC_LIQ00254224-UTC_LIQ00254245) | 401/402; 403; H; F |

| 1286 | X. M. Zeng, et al., Effects of particle size and adding sequence of fine lactose on the deposition of salbutamol sulphate from a dry powder formulation, International Journal of Pharmaceutics, 182:133-144 (1999)  (UTC_LIQ00254260-UTC_LIQ00254271) | 401/402; 403; H |
|---|---|---|
| 1287 | Remodulin® Product Monograph (UTC_LIQ00254272-UTC_LIQ00254304) | 401/402; 403; H |
| 1288 | Vatsaraj, Neha B., Danchen Gao, and Donna L. Kowalski, "Optimization of the operating conditions of a lab scale Aljet mill using lactose and sucrose: a technical note." AAPS PharmSciTech 4.2 (2003): 141-146 (UTC_LIQ00254352-UTC_LIQ00254357) | 401/402; 403; H |
| 1289 | Tyvasso Full Prescribing Information  (UTC_LIQ00254577-UTC_LIQ00254663) | 401/402; 403; H |
| 1290 | Olschewski et al., Aerosolized prostacyclin and iloprost in severe pulmonary hypertension, Ann Intern Med. 1996 May 1;124(9):820-4 (UTC_LIQ00254705-UTC_LIQ00254709) | 401/402; 403; H; OT |
| 1291 | IPR2021-00406, Ex. 2043 Hall-Ellis Dep Transcript (UTC_LIQ00254865-UTC_LIQ00254980) | I; D |
| 1292 | Deposition Transcript of Igor Gonda  (IPR2021-00406) (UTC_LIQ00255285-UTC_LIQ00255285) | |
| 1293 | Hess et al., 2007, A guide to aerosol delivery devices for respiratory therapists. American Association for Respiratory Care (Hess 2007) (UTC_LIQ00256004-UTC_LIQ00256051) | 401/402; 403; H |
| 1294 | Dennis JH, 2002, Standardization issues: in vitro assessment of nebulizer performance. Respir. Care. 47(12):1455-1458 (Dennis 2002) (UTC_LIQ00256052-UTC_LIQ00256066) | 401/402; 403; H; BE; OT |
| 1295 | Rubin BK et al., 2008, Treatment Delivery Systems (in Clinical Asthma), available at https://www.sciencedirect.com/topics/medicine-anddentistry/nebulizer (Rubin 2008) (UTC_LIQ00256075-UTC_LIQ00256087) | 401/402; 403; H |

| 1296 | Gardenhire, D.S. et al., 2017, A Guide to Aerosol Delivery Devices for Respiratory Therapists, (4th Ed.) American Association for Respiratory Care (Gardenhire 2017) (UTC_LIQ00256088-UTC_LIQ00256148) | 401/402; 403; H |
|---|---|---|
| 1297 | Bourge et al., Cardiovascular Therapeutics, 31:38-44 (2013) (Bourge 2013) (UTC_LIQ00256149-UTC_LIQ00256155) | 401/402; 403; H |
| 1298 | McLaughlin et al., Efficacy and safety of treprostinil: an epoprostenol analog for primary pulmonary hypertension, J. Cardiovascular Pharmacology, 41:293-299 (2003) ("McLaughlin 2003") (UTC_LIQ00256156-UTC_LIQ00256162) | 401/402; 403; H |
| 1300 | American Heart Association online archive   (UTC_LIQ00256177-UTC_LIQ00256186) | 401/402; 403; H; F; 901; I |
| 1301 | European Heart Journal online archive https://academic.oup.com/eurheartj/supplements (UTC_LIQ00256206-UTC_LIQ00256222) | 401/402; 403; H; F; 901; I |
| 1302 | Vital Signs (Body Temperature, Pulse Rate, Respiration Rate, Blood Pressure), Johns Hopkins Medicine (UTC_LIQ00256301-UTC_LIQ00256307) | 401/402; 403; H; F; 901 |
| 1303 | Pharmacokinetics of Inhaled Drugs (UTC_LIQ00256308-UTC_LIQ00256310) | 401/402; 403; H; F; 901; OT |
| 1304 | Waxman et al., 2021, Inhaled Treprostinil in Pulmonary Hypertension Due to Interstitial Lung Disease, N. Eng. J. Med. 384:325-334 (UTC_LIQ00256311-UTC_LIQ00256311) | 401/402; 403; H |
| 1305 | A.H. Kendrick et al., Selecting and using nebuliser equipment, 52 THORAX S92 (1997) (UTC_LIQ00256329-UTC_LIQ00256338) | 401/402; 403; H |
| 1306 | Dean Hess et al., Medication Nebulizer Performance, 110 CHEST 499 (1996) (UTC_LIQ00256361-UTC_LIQ00256368) | 401/402; 403; H |
| 1307 | FDA Guidance 2002 (UTC_LIQ00256369-UTC_LIQ00256417) | 401/402; 403; H; F |
| 1308 | R. Roscigno et al., Comparative Bioavailability of Inhaled Treprostinil Administered as LIQ861 and Tyvaso in Healthy Subjects, Vascular Pharmacology, 138 (2021) 106840 (UTC_LIQ00256480-UTC_LIQ00256484) | 401/402; 403; H |

| 1309 | Sandifer et al., Potent Effects of aerosol compared with intravenous Treprostinil on the pulmonary circulation, J. Appl. Physiol. 99:2363-2368 (2005) (UTC_LIQ00256485-UTC_LIQ00256490) | 401/402; 403; H |
|---|---|---|
| 1310 | Preston et al., 2014, Safety and efficacy of transition from inhaled treprostinil to parenteral treprostinil in selected patients with pulmonary arterial hypertension, Pulm Cir. 4(3):456-461 (Preston 2014) (UTC_LIQ00256788-UTC_LIQ00256793) | 401/402; 403; H |
| 1311 | ███ | 401/402; 403; H |
| 1312 | ███ | 401/402; 403; H |
| 1313 | ███ | 401/402; 403; H |
| 1314 | ███ | 401/402; 403; H |
| 1315 | ███ | 401/402; 403; H |
| 1316 | ███ | 401/402; 403; H |
| 1317 | ███ | ███ |
| ███ | ███ | 401/402; 403; H |
| 1319 | ███ | 401/402; 403; H |
| 1320 | ███ | 401/402; 403; H |
| 1321 | Inhalac230.pdf (UTC_LIQ00257097-UTC_LIQ00257097) | 401/402; 403; H |
| 1322 | Lactohale230.pdf (UTC_LIQ00257098-UTC_LIQ00257098) | 401/402; 403; H |





| | | | |
|---|---|---|---|
| 1368 | L. Borgström et al., Dry-Powder Inhalers, Drug Delivery to the Lung, H. Bisgaard et al (eds), Vol 162, Chpt 13 (2002) (UTC_LIQ00257557-UTC_LIQ00257568) | 401/402; 403; H; OT |
| 1369 | H. Crystyn, "The DiskusTM: a review of its position among dry powder inhaler devices," Int J Clin Pract. 2007 Jun; 61(6): 1022-1036 (UTC_LIQ00257569-UTC_LIQ00257583) | 401/402; 403; H |
| 1370 | P. Lucas et al., The Role of Fine Particle Excipients in Pharmaceutical Dry Power Aerosols, Respiratory Drug Delivery VI, 1988 (UTC_LIQ00257704-UTC_LIQ00257711) | 401/402; 403; H |
| 1371 | S. P. Newman & W.W. Busse, Evolution of dry powder inhaler design, formulation, and performance, 66 RESPIR. MED. 293 (2002) (UTC_LIQ00257724-UTC_LIQ00257735) | 401/402; 403; H |
| 1372 | Dry Powder Inhaler RS01, Plastiape,  (UTC_LIQ00257746-UTC_LIQ00257746) | 401/402; 403; H; F; BE; 901 |
| 1373 | Gomberg-Maitland et al., Prostacyclin therapies for treatment of pulmonary arterial hypertension, Eur Respir J 2008; 31:891-901 (UTC_LIQ00257932-UTC_LIQ00257942) | 401/402; 403; H |
| 1374 | Waxman, Pulmonary Hypertension in Heart Failure with Preserved Ejection Fraction: A Target for Therapy?, Circulation. 2011 July 12; 124(2):164-174  (UTC_LIQ00257943-UTC_LIQ00257946) | 401/402; 403; H |

| 1375 | Guazzi et al., Pulmonary Hypertension in Heart Failure with Preserved Ejection Fraction: A Target of Phosphodiesterase-5 Inhibition in a 1-Year Study, Circulation. 2011 July 12; 124 (UTC_LIQ00257947-UTC_LIQ00257957) | 401/402; 403; H |
| 1376 | Buckley et al., Inhaled epoprostenol for the treatment of pulmonary arterial hypertension in critically ill adults, Review Pharmacotherapy. 2010 Jul; 30(7):728-40  (UTC_LIQ00257958-UTC_LIQ00257970) | 401/402; 403; H |
| 1377 | Barst, R.J. et al., A Comparison of Continuous Intravenous Epoprostenol (Prostacyclin) with Conventional Therapy for Primary Pulmonary Hypertension, N Engl J. Med. 1996; 334:296-301 (UTC_LIQ00257971-UTC_LIQ00257976) | 401/402; 403; H |
| 1378 | Olschewski et al., Inhaled prostacyclin and iloprost in severe pulmonary hypertension secondary to lung fibrosis, Am J Respir Crit Care Med. 1999 Aug;160(2):600-7  (UTC_LIQ00257982-UTC_LIQ00257989) | 401/402; 403; H |
| 1379 | Haché et al., Inhaled epoprostenol (prostacyclin) and pulmonary hypertension before cardiac surgery, Cardiopulmonary Support and Physiology. 2003 Mar. 1; 125(3): 642-6249  (UTC_LIQ00257990-UTC_LIQ00257997) | 401/402; 403; H |
| 1380 | Olschewski et al., Inhaled prostacyclin and iloprost in severe pulmonary hypertension secondary to pulmonary fibrosis, Clinical Trial Pneumologie. 2000 Mar; 54(3): 133-42  (UTC_LIQ00257998-UTC_LIQ00258004) | 401/402; 403; H; F; BE; 901 |
| 1381 | Flolan Label  (UTC_LIQ00258019-UTC_LIQ00258019) | 401/402; 403; H; F; BE; OT |
| 1382 | Frijlink & De Boer, Dry Power Inhalers for Pulmonary Drug Delivery, Expert Opin. Drug. Deliv. 1(1):67-86 (Frijlink 2004). (UTC_LIQ00258156-UTC_LIQ00258175) | 401/402; 403; H |
| █ | █ | █ |
| █ | █ | █ |
| █ | █ | █ |

| | | |
|---|---|---|
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| 1389 | ■ | 401/402; 403; H |
| 1390 | ■ | 401/402; 403; H |
| 1391 | ■ | 401/402; 403; H |
| 1392 | Novozhilov, et al., An improved kilogram-scale preparation of atorvastatin calcium, CHEMISTRY CENTRAL JOURNAL (2015) 9:7 (UTC_LIQ00258959-UTC_LIQ00258982) | 401/402; 403; H |
| 1393 | GB 1381872A to Fisons Pharma (UTC_LIQ00258963-UTC_LIQ00258966) | 401/402; 403 |
| 1394 | Tyvaso Becomes 1st PH-ILD Treatment Approved in US, Pulmonary Hypertension News.com https://pulmonaryhypertensionnews.com/2021/04/01/tyvasobecomes-1st-treatment-approved-in-us-for-pulmonary-hypertension-with-interstitial-lungdisease-ph-ild/. (UTC_LIQ00258967-UTC_LIQ00258969) | 401/402; 403; H; 901 |
| 1395 | Foradil Aerolizer Approved Labeling (UTC_LIQ00259740-UTC_LIQ00259767) | 401/402; 403; F |
| 1396 | Foradil Chemistry Reviews (UTC_LIQ00259768-UTC_LIQ00259779) | 401/402; 403; F; I; OT |
| 1397 | J. Brannan et al., "The Safety and Efficacy of Inhaled Dry Powder Mannitol as a Bronchial Provocation Test for Airway Hyperresponsiveness: a Phase 3 Comparison Study with Hypertonic (4.5%) Saline", Respiratory Research, 2005, 6:144 (UTC_LIQ00259780-UTC_LIQ00259791) | 401/402; 403; H |
| 1398 | Website - Lactohale® 230 _ DFE Pharma (UTC_LIQ00261300-UTC_LIQ00261301) | 401/402; 403; H; F; I; 901 |

| 1399 | Website - InhaLac® 230 Product Detail - MEGGLE Pharma - Excipients & Technology (UTC_LIQ00261302-UTC_LIQ00261304) | 401/402; 403; H; F; I; 901 |
| 1400 | Repic, O., Principles of Process Research and Chemical Development in the Pharmaceutical Industry (1998) (UTC_LIQ00261708-UTC_LIQ00261728) | 401/402; 403; H |
| 1401 | Guazzi, M. and B. A. Borlaug, Pulmonary Hypertension Due to Left Heart Disease, Circulation, 2012:126: 975-990  (UTC_LIQ00261728-UTC_LIQ00261743) | 401/402; 403; H |

| | | | |
|---|---|---|---|
| 1423 | K. M. Alsante et. al "Recent Trends in Product Development and Regulatory Issues on Impurities in Active Pharmaceutical Ingredient (API) and Drug Products. Part 2: Safety Considerations of Impurities in Pharmaceutical Products and Surveying the Impurity Landscape" AAPS PharmSciTech 2013, 15, 237-251, page 239 (UTC_LIQ00263220-UTC_LIQ00263234) | 401/402; 403; H |
| 1424 | Standley et al. "Synthesis of Rovafovir Etalafenamide (Part 1): Active Pharmaceutical Ingredient Process Development, Scale-Up, and Impurity Control Strategy." Org. Process Res. Dev. 2021, 25, 1215.) (UTC_LIQ00263293-UTC_LIQ00263314) | 401/402; 403; H |
| 1425 | FDA Warning Letter No. 609023 to Allay Pharmaceuticals, LLC (UTC_LIQ00263315-UTC_LIQ00263318) | 401/402; 403; H; F; 901 |

| 1426 | C. L. Burcham et al. "Using Quality by Design Principles as a Guide for Designing Process Control Strategy", in Chapter 7 in Comprehensive Quality by Design for Pharmaceutical Product Development and Manufacture. (UTC_LIQ00263327-UTC_LIQ00263732) | 401/402; 403; H |
|---|---|---|
| 1427 | FDA Warning Letter No. 320-20-44 to Mylan Laboratories Limited-Unit 7 (UTC_LIQ00263733-UTC_LIQ00263736) | 401/402; 403; H; F; 901 |
| 1428 | FDA Warning Letter No. 612765 to Syntec Pharma Corp. (UTC_LIQ00263737-UTC_LIQ00263740) | 401/402; 403; H; F; 901 |
| 1429 | FDA Warning Letter No. MARCS-CMS 578557 to AllerQuest LLC (UTC_LIQ00263741-UTC_LIQ00263743) | 401/402; 403; H; F; 901 |
| 1430 | Williamson, D.J. et al., Hemodynamic Effects of Bosentan, and Endothelin Receptor Antagonist, in Patients With Pulmonary Hypertension, Circulation 102:411-18 (2000) (UTC_LIQ00263745-UTC_LIQ00263752) | 401/402; 403; H |
| 1431 | U.S. FOOD & DRUG ADMIN., Guidance for Industry: Investigating Out-of-Specification (OOS) Test Results for Pharmaceutical Production (Oct. 2006) available at https://www.fda.gov/media/71001/download (UTC_LIQ00263778-UTC_LIQ00263794) | 401/402; 403; F; BE |
| 1432 | Currie, Pharmacology, Part 1: Introduction to Pharmacology and Pharmacodynamics, J. Nucl. Med. Technol. 46:81-86 (2018). (UTC_LIQ00263948-UTC_LIQ00263953) | 401/402; 403; H |
| 1433 | Gruenig et al., Acute hemodynamic effects of single-dose sildenafil when added to established bosentan therapy in patients with pulmonary arterial hypertension: results of the COMPASS-1 study, J. Clin. Pharmacology 49(11):1343-1352 (2009) (UTC_LIQ00263954-UTC_LIQ00263963) | 401/402; 403; H |
| 1434 | Hemodynamic Evaluation of Dose-response and Safety of Dry Powder Inhalation of Treprostinil, sponsored by Liquidia Technologies, Inc., ClinicalTrials.gov identifier NCT03884465 (UTC_LIQ00263964-UTC_LIQ00263973) | 401/402; 403; F; 901 |
| 1435 | EMA Assessment Report for INOmax (Jan. 20, 2011) at 9-13 (UTC_LIQ00263986-UTC_LIQ00264020) | 401/402; 403; F |

| | | |
|---|---|---|
| 1436 | Leuchte et al., Hemodynamic Response to Sildenafil, Nitric Oxide, and Iloprost in Primary Pulmonary Hypertension, CHEST 125:580-586 (2004); (UTC_LIQ00264021-UTC_LIQ00264027) | 401/402; 403; H |
| 1437 | Press Release, Liquidia, Liquidia Announces Clinical Update on INSPIRE; Targeting NDA Filing for LIQ861 in Late 2019 (June 5, 2019), https://www.liquidia.com/news-releases/newsrelease-details/liquidia-announces-clinical-update-inspire-targeting-nda-filing (UTC_LIQ00264028-UTC_LIQ00264029) | 401/402; 403 |
| 1438 | Roscigno, R. et al., Pharmacokinetics and tolerability of LIQ861, a novel drypowder formulation of treprostinil, Pulm Circ. 10(4) (Nov. 19, 2020). (UTC_LIQ00264036-UTC_LIQ00264044) | 401/402; 403; H |
| 1439 | Tuntland et al., Implementation of pharmacokinetic and pharmacodynamic strategies in early research phases of drug discovery and development at Novartis Institute of Biomedical Research," Frontiers in Pharmacology (2014). (UTC_LIQ00264045-UTC_LIQ00264060) | 401/402; 403; H |
| 1440 | U.S. Patent No. 8,962,554 (UTC_LIQ00264061-UTC_LIQ00264175) | 401/402; 403 |
| 1441 | U.S. FOOD & DRUG ADMIN., "FDA In Brief: FDA Finalizes Guidance with Internationally Harmonized Recommendations to Further Support Safe, High-Quality Human Drug Products" (May 11, 2021), available at https://www.fda.gov/news-events/press-announcements/fda-brief-fda-finalizes-guidance-internationally-harmonized-recommendations-further-support-safe (UTC_LIQ00264218-UTC_LIQ00264220) | 401/402; 403; H; HH; BE |
| 1442 | ICH Q7A Good Manufacturing Practice Guide for Active Pharmaceutical Ingredients, Section, 2.22(1), IHC Q7A (August 2001). (UTC_LIQ00264221-UTC_LIQ00264276) | 401/402; 403; H |
| 1443 | McLaughlin et al., Addition of Inhaled Treprostinil to Oral Therapy for Pulmonary Arterial Hypertension, J Amer. Coll of Cardiology, Vol 55, No. 18, 2010 (UTC_LIQ0228660-UTC_LIQ0228667) | 401/402; 403; H |
| 1444 | Novel Stereoselective Route to Benzindene prostacyclins: Synthesis of UT-15 (Treprostinil) (UTC_OREN_00842215-UTC_OREN_00842236) | 401/402; 403; D; I |
| 1445 | Remodulin 2009 Label (UTC_TV_000105629-UTC_TV_000105646) | 401/402; 403; H |

| 1446 | UTC, 2014 Fourth-Quarter and Annual Financial Results Investor Conference Call Q&A, 2/24/2015  (UTC_WAT_00004264-UTC_WAT_00004302) | 401/402; 403; H; HH |
|------|------|------|
| 1447 | UTC - Third Quarter 2014 Financial Results Press Release and Conference Call Q&A - October 28, 2014 (UTC_WAT_00004307-UTC_WAT_00004338) | 401/402; 403; H; HH |
| 1448 | ███████████████████████████ | 401/402; 403; H |
| 1449 | UTC 2014 10K (UTC_WAT_00050750-UTC_WAT_00050939) | 401/402; 403; H |
| 1450 | US 6,757,033  (UTC_WAT_00051028-UTC_WAT_00051054) | 401/402; 403 |
| 1451 | ███████████████████████████ | 401/402; 403; H; BE; OT |
| 1452 | ███████████████████████████ | 401/402; 403; H |
| 1453 | ███████████████████████████ | 401/402; 403; H; BE; OT |
| 1454 | Simonneau, G.R. et al., Addition of Sildenafil to Long-Term Intravenous Epoprostenol Therapy in Patients with Pulmonary Arterial Hypertension, Annals Internal Med. 149:521-30 (2008) (UTC_WAT_00247161-UTC_WAT_00247161) | 401/402; 403; H |
| 1455 | McLaughlin et al., Addition of Inhaled Treprostinil to Oral Therapy for Pulmonary Arterial Hypertension, JACC 55(18):1915-1922 (Apr. 29, 2010) (UTC_WAT_00249578-UTC_WAT_00249587) | 401/402; 403; H |
| ██ | ███████████████████████████ | ████████ |
| ██ | ███████████████████████████ | ████████ |
| ██ | ███████████████████████████ | ██████████ |
| ██ | ███████████████████████████ | ██████████ |
| ██ | ███████████████████████████ | ████████ |

| 1461 | ███████████████████████████████████ | 401/402; 403; H; OT |
| 1462 | Tyvaso® July 2009 Label (UTC_WAT_00594000-UTC_WAT_00594012) | 401/402; 403; H |
| 1463 | ███████████████████████████████████ | 401/402; 403; H; OT |
| 1464 | ███████████████████████████████████ | 401/402; 403; H; HH; F; OT |
| 1465 | ███████████████████████████████████ | 401/402; 403; H |
| 1466 | IPR2016-00006 Exhibit 2053, NDA Annual Report for Remodulin® July 2003 (UTC_WAT00639050-UTC_WAT00639162) | 401/402; 403; H |
| 1467 | ███████████████████████████████████ | 401/402; 403; H |
| 1468 | Declaration of Robert R. Ruffolo, Jr., Ph.D. in Support of Patent Owner Response to Petition, dated July 6, 2016 (UT Ex. 2022), in SteadyMed Ltd. v. United Therapeutics Corporation, No. IPR2016-00006 (UTC_WAT00640775-UTC_WAT00640812) | 401/402; 403; H |
| 1469 | Transcript from the August 26, 2016 Deposition of Robert M. Williams, Ph.D., in SteadyMed Ltd. v. United Therapeutics Corp., No. IPR2016-000006 (UTC_WAT00647903-UTC_WAT00648220) | 401/402; 403; H |
| 1470 | ███████████████████████████████████ | 401/402; 403; H; F; 901 |
| 1471 | UTC 2015 10K (UTC_WAT00651353-UTC_WAT00651499) | 401/402; 403; H |
| 1472 | Voswinckel, Robert, et al. (2006), "Favorable Effects of Inhaled Treprostinil in Severe Pulmonary Hypertension," Journal of the American College of Cardiology 48(8): 1672–1681 (UTC_WAT00651652-UTC_WAT00651661) | 401/402; 403; H |
| 1473 | ███████████████████████████████████ | 401/402; 403; H |

| 1474 | McLaughlin , ACCF-AHA 2009 Expert Concensus Document on Pulmonary Hypertension 2009 (UTC-Sand-Rem00333710-UTC-Sand-Rem00333758) | 401/402; 403; H |
|---|---|---|
| 1475 | UTC, Form 10-K, 2009  (UTC-Sand-Rem00837178 UTC_LIQ00252157-UTC-Sand-Rem00837344 UTC_LIQ00252366) | 401/402; 403; H |
| 1476 | Channick et al, Safety and Efficacy of Inhaled Treprostinil as Add-On Therapy to Bosentan in Pulmonary Arterial Hypertension (UTC-SandRem00895765-UTC-SandRem00895769) | 401/402; 403; H |
| 1477 | Galie, N. et al., Sildenafil Citrate Therapy for Pulmonary Arterial Hypertension, N. Engl. J. Med. 353:2148-57 (2005) (UTC-Sand-Rem00902823-UTC-Sand-Rem00902833) | 401/402; 403; H |
| 1478 | Widmar, When Cure is Care: Diagnosis and Management of Pulmonary Arterial Hypertension, 2005 (UTC-Sand-Rem01060955-UTC-Sand-Rem01060963) | 401/402; 403; H |
| 1479 | IPR2016-00006 Exhibit 2036, UTC Certificates of Analysis (UTCSand-Rem01086357 – UTC-Sand-Rem01118727) (Select Pages) | 401/402; 403; H |
| 1480 | ████████████████████████ | 401/402; 403; H |
| 1481 | UTC 2011 10K (UTC-Sand-Rem01170950-UTC-Sand-Rem01171110) | 401/402; 403; H |
| 1482 | UTC 2012 10K (UTC-Sand-Rem01171111-UTC-Sand-Rem01171281 ) | 401/402; 403; H |
| 1483 | Liquidia First Supplemental Invalidity Contentions dated September 9, 2021 - Redacted | |
| 1484 | Liquidia Preliminary Invalidity Contentions dated November 13, 2020 | |
| 1485 | R. Niven, Powders and Processing: Deagglomerating a Dose of Patents and Publications, Respiratory Drug Delivery VIII, 2002 | 401/402; 403; H |
| 1486 | A. Clark, Pharmaceutical Aerosols: The Revolution Continues, presented at 10th Annual American Association for Aerosol Research (AAAR) Annual Meeting in Traverse City, MI (1991). | 401/402; 403; H |
| 1487 | Claim Construction Hearing Transcript | |
| 1488 | Claim Construction Order (Dkt. 119), entered June 16, 2021, in United Therapeutics Corporation v. Liquidia Technologies, Inc., Case No. 20-755 | |

| 1494 | Final Liquidia Preliminary Invalidity Contentions | |
|------|---------------------------------------------------|--|
| 1495 | Liquidia First Supplemental Invalidity Contentions (LIQ Redactions) | |
| 1496 | Defendant's Answer to First Amended Complaint and Counterclaims | |
| 1497 | First Amended Complaint | |
| 1498 | Applications for FDA Approval to Market a New Drug: Patent Submission and Listing Requirements and Application of 30-Month Stays on Approval of Abbreviated New Drug Applications Certifying That a Patent Claiming a Drug Is Invalid or Will Not Be Infringed," Federal Register 68, no. 117 (June 18, 2003):36683 | 401/402; 403 |
| 1499 | Clinical Practice Guideline Manual," American Academy of Family Physicians, accessed November 26, 2021, https://www.aafp.org/family-physician/patient-care/clinical-recommendations/cpg-manual.html. | 401/402; 403; H; I; F; 901 |
| 1500 | Claim Construction Memorandum Opinion dated November 18, 2021 (D.I. 241) | |
| 1501 | ███████████████████ | |
| 1502 | Liquidia Preliminary Invalidity Contentions dated November 13, 2020 | |
| 1503 | Joint Claim Construction Brief (Dkt. 75), filed April 30, 2021, in United Therapeutics Corporation v. Liquidia Technologies, Inc., Case No. 20-755 | |
| 1504 | Claim Construction Order dated November 23, 2021 (D.I. 245) | |
| 1505 | Claim Construction Memorandum Opinion dated November 18, 2021 (D.I. 241) | |
| 1507 | Pharmaceutical Aerosols: The Revolution Continues, at the 10th Annual American Association for Aerosol Research (AAAR) Annual Meeting in Traverse City, MI (1991) | 401/402; 403; H |
| 1530 | Voswinckel 2004 JAHA | |
| 1531 | Tyvaso Prescribing Information, 3/2021, available at: https://www.accessdata.fda.gov/drugsatfda_docs/label/2021/022387s017lbl.pdf | 401/402; 403; H; 901 |
| 1532 | WO 2017/192 993 A1 | 401/402; 403 |



| ■ | ■ | ■ |
|---|---|---|
| 1554 | Winkler et al., Synthetic Modification of Manzamine A Via Grubbs Metathesis, Novel Structures with Enhanced Antibacterial and Antiprotozoal Properties | 401/402; 403; H; 901 |
| 1555 | Winkler et al., Synthetic Modification of Manzamine A Via Grubbs Metathesis, Novel Structures with Enhanced Antibacterial and Antiprotozoal Properties, Organic Letters, Vol 9, No. 22, 4467-4469 (2007) | 401/402; 403; H |
| 1556 | Tufts University - Forms Templates and Resources for Faculty | 401/402; 403; H; 901; I |
| 1557 | CDER Leadership Chart, September 2021 | 401/402; 403; H; F; 901 |
| 1558 | FDA Organization Leadership Chart, November 2021 | 401/402; 403; H; F; 901 |
| 1559 | FDA Regulatory Procedures Manual - Chapter 4: Advisory Actions | 401/402; 403; H; F; 901; I |
| 1560 | Tufts University School Of Medicine Clinical Faculty Curriculum Vitae And Bibliography Format Instructions | 401/402; 403; H; 901 |
| 1561 | Tufts University CV Guidelines - Google Search | 401/402; 403; H |
| 1562 | Tufts University CV Guidelines - Google Search - About This Result | 401/402; 403; H |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| ■ | ■ | |
| ■ | ■ | ■ |
| ■ | ■ | |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| ■ | ■ | ■ |



| | | |
|---|---|---|
| 1577 | Yonsung DMF  (LIQ01092340-LIQ01092963) | |
| 1592 | LGM emails re: Liquidia (LGM_000510-LGM_000521) | 401/402; 403; H; F |
| 1597 | LGM emails w/ Yonsung (LGM_000531-LGM_000534) | 401/402; 403; H; F |
| 1598 | LGM emails w/ Yonsung (LGM_000535-LGM_000539) | 401/402; 403; H; F |
| 1599 | LGM emails w/ Yonsung (LGM_000540-LGM_000543) | 401/402; 403; H; F |

| | | | |
|---|---|---|---|
| 1603 | LGM emails w/ Yonsung (LGM_000549-LGM_000553) | | 401/402; 403; H; F; 901 |
| | ■ | ██████████████ | ███████████ |
| | ■ | ██████████████ | ███████████ |
| 1606 | LGM emails w/ Liquidia/Yonsung (LGM_000594-LGM_000598) | | 401/402; 403; H; F; 901; BE |
| | ■ | ██████████████ | ███████ |
| | ■ | ██████████████ | ███████ |
| | ■ | ██████████████ | ███████ |
| 1610 | LGM emails w/ Liquidia/Yonsung (LGM_000675-LGM_000675) | | 401/402; 403; H; F |
| | ■ | ██████████ | ███████ |
| 1612 | LGM emails w/ Liquidia/Yonsung (LGM_000681-LGM_000703) | | 401/402; 403; H; F |
| | ■ | █████████████ | ███████ |
| 1614 | LGM emails w/ Liquidia/Yonsung (LGM_000707-LGM_000711) | | 401/402; 403; H; F |
| 1615 | LGM emails w/ Liquidia/Yonsung (LGM_000710-LGM_000717) | | 401/402; 403; H; F |
| 1616 | LGM emails w/ Liquidia/Yonsung (LGM_000716-LGM_000718) | | 401/402; 403; H; F |
| | ■ | █████████ | |
| 1618 | LGM emails w/ Liquidia/Yonsung (LGM_000720-LGM_000724) | | 401/402; 403; H; F |
| | ■ | ███████ | ███████ |
| 1620 | LGM emails w/ Liquidia/Yonsung (LGM_000727-LGM_000732) | | 401/402; 403; H; F |
| | ■ | ███████ | ███████ |
| 1622 | LGM emails w/ Liquidia/Yonsung (LGM_000735-LGM_000739) | | 401/402; 403; H; F |
| | ■ | ███████ | ███████ |
| | ■ | ████████████ | 401/402; H; F |
| 1625 | LGM emails w/ Liquidia (LGM_000753-LGM_000758) | | 401/402; 403; H; F |
| 1626 | LGM emails w/ Liquidia/Yonsung (LGM_000759-LGM_000762) | | 401/402; 403; H; F |

| | | |
|---|---|---|
| 1627 | LGM emails w/ Liquidia/Yonsung (LGM_000763-LGM_000767) | 401/402; 403; H; F |
| ██ | ████████████████████████ | ████████ |
| ██ | ████████████████████████████ | 401/402; H; F |
| 1630 | LGM emails w/ Liquidia/Yonsung (LGM_000781-LGM_000787) | 401/402; 403; H; F |
| ██ | ████████████████████████████ | |
| 1632 | LGM emails w/ Liquidia/Yonsung (LGM_000797-LGM_000802) | 401/402; 403; H; F |
| ██ | ███████████████████ | |
| 1634 | LGM emails w/ Liquidia/Yonsung (LGM_000812-LGM_000817) | 401/402; 403; H; F |
| 1635 | LGM emails w/ Liquidia/Yonsung (LGM_000818-LGM_000825) | 401/402; 403; H; F |
| 1636 | LGM emails w/ Liquidia/Yonsung (LGM_000826-LGM_000833) | 401/402; 403; H; F |
| 1637 | LGM emails w/ Liquidia/Yonsung (LGM_000834-LGM_000856) | 401/402; 403; H; F |
| 1638 | Yonsung DMF 27680 Letter of Authorization (LGM_000857-LGM_000858) | 401/402; H |
| 1639 | LGM emails w/ Liquidia/Yonsung (LGM_000859-LGM_000880) | 401/402; 403; H; F |
| 1640 | Yonsung DMF 27680 Letter of Authorization (LGM_000881-LGM_000882) | 401/402; H |
| 1641 | LGM emails w/ Liquidia/Yonsung (LGM_000883-LGM_000884) | 401/402; 403; H; F |
| 1642 | LGM emails w/ Liquidia/Yonsung (LGM_000885-LGM_000887) | 401/402; 403; H; F |
| 1643 | LGM emails w/ Liquidia/Yonsung (LGM_000888-LGM_000890) | 401/402; 403; H; F |
| 1644 | LGM emails w/ Liquidia/Yonsung (LGM_000891-LGM_000893) | 401/402; 403; H; F |
| 1645 | LGM emails w/ Liquidia/Yonsung (LGM_000894-LGM_000896) | 401/402; 403; H; F |
| 1646 | LGM emails w/ Liquidia/Yonsung (LGM_000897-LGM_000897) | 401/402; 403; H; F |
| ██ | ██████████████████████ | ███████ |
| 1648 | LGM emails w/ Liquidia/Yonsung (LGM_000902-LGM_000902) | 401/402; 403; H; F |
| ██ | ██████████████████████ | ███████ |
| 1650 | LGM emails w/ Liquidia/Yonsung (LGM_000907-LGM_000907) | 401/402; 403; H; F |
| 1651 | LGM emails w/ Liquidia/Yonsung (LGM_000908-LGM_000908) | 401/402; 403; H; F |

| | | |
|---|---|---|
| ■ | ■ | ■ |
| 1653 | LGM emails w/ Liquidia/Yonsung (LGM_000913-LGM_000928) | 401/402; 403; H; F |
| 1654 | LGM emails w/ Liquidia/Yonsung (LGM_000929-LGM_000946) | 401/402; 403; H; F |
| 1655 | LGM emails w/ Liquidia/Yonsung (LGM_000947-LGM_000966) | 401/402; 403; H; F |
| 1656 | LGM emails w/ Liquidia/Yonsung (LGM_000967-LGM_000983) | 401/402; 403; H; F |
| 1657 | LGM emails w/ Liquidia/Yonsung (LGM_000984-LGM_000987) | 401/402; 403; H; F |
| 1658 | LGM emails w/ Liquidia/Yonsung (LGM_000988-LGM_000995) | 401/402; 403; H; F |
| ■ | ■ | ■ |
| 1660 | LGM emails w/ Liquidia/Yonsung (LGM_000997-LGM_000999) | 401/402; 403; H; F |
| 1661 | LGM emails w/ Liquidia/Yonsung (LGM_001000-LGM_001002) | 401/402; 403; H; F |
| 1662 | LGM emails w/ Liquidia/Yonsung (LGM_001003-LGM_001006) | 401/402; 403; H; F |
| 1663 | LGM emails w/ Liquidia/Yonsung (LGM_001007-LGM_001009) | 401/402; 403; H; F |
| 1664 | LGM emails w/ Liquidia/Yonsung (LGM_001010-LGM_001014) | 401/402; 403; H; F |
| ■ | ■ | |
| 1666 | LGM emails w/ Liquidia/Yonsung (LGM_001016-LGM_001020) | 401/402; 403; H; F |
| 1667 | LGM emails w/ Liquidia/Yonsung (LGM_001021-LGM_001027) | 401/402; 403; H; F |
| 1668 | LGM emails w/ Liquidia/Yonsung (LGM_001026-LGM_001033) | 401/402; 403; H; F |
| 1669 | LGM emails w/ Liquidia/Yonsung (LGM_001032-LGM_001045) | 401/402; 403; H; F |
| 1670 | LGM emails w/ Liquidia/Yonsung (LGM_001046-LGM_001079) | 401/402; 403; H; F |
| ■ | ■ | ■ |
| 1672 | LGM emails w/ Liquidia/Yonsung (LGM_001081-LGM_001082) | 401/402; 403; H; F |
| ■ | ■ | ■ |
| 1674 | LGM emails w/ Liquidia/Yonsung (LGM_001084-LGM_001085) | 401/402; 403; H; F |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| ■ | ■ | |
| ■ | ■ | ■ |



| 1700 | LTI-201 study update email (LIQ00590175-LIQ00590175) | 401/402; 403 |

| 1702 | Label (LIQ02760418-LIQ02760418) | 401/402; 403; H |
| 1703 | (Non-Party Dr. Roscigno00001-Non-Party Dr. Roscigno00286) | 401/402; 403; H; F |
| 1704 | (LIQ00029090-LIQ00029153) | 401/402; 403; I; F |
| ■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■ | ■■■ |
| 1706 | NDA213005 - Notice of Legal Action (LIQ02787887-LIQ02787887) | |
| 1707 | NDA213005 - Notice of Legal Action by Paragraph IV Recipient (LIQ02788483-LIQ02788483) | |
| ■■■ | ■■■■■■■■■■■■■■■■■■■■■■ | ■■■ |
| ■■■ | ■■■■■■■■■■■■■■ | ■■■ |
| 1710 | Certificate of Analysis (LIQ00357331-LIQ00357333) | 401/402; H; F |
| 1711 | Certificate of Analysis (LIQ00501900-LIQ00501901) | 401/402; H; F |
| 1712 | Receiving Inspection Report (LIQ01888465-LIQ01888488) | 401/402; H; F; BE; OT |
| 1713 | Receiving Inspection Report (LIQ02228307-LIQ02228337) | 401/402; H; F; BE; OT |
| 1714 | Receiving Inspection Report (LIQ02712970-LIQ02712994) | 401/402; 403; H; F; BE; OT |
| 1715 | 2014 Roscigno Consulting Agreement (LIQ02798659-LIQ02798665) | 401/402; 403 |
| 1717 | IPR2016-00006 - Patent Owners Preliminary Response (UTC_LIQ00007501-UTC_LIQ00007566) | 401/402; 403; H |
| 1718 | UT Announces Promotion of Robert Roscigno to Vice President, Commercial Development, IPR2017-01621 Ex 2024 (UTC_LIQ00007567-UTC_LIQ00007567) | 401; 402; 403; H |
| 1719 | ■■■■■■■■■■■■■■■■■■■■■ | 401; 402; H |
| 1720 | Declaration of Robert R. Ruffolo, Jr., Ph.D. IPR2017-01621, -1622, Ex 2048 (UTC_LIQ00007569 -UTC_LIQ00007580) | 401; 402; 403; H; IO |
| 1721 | ■■■■■■■■■■■■■■■■ | 401; 402; 403; H |
| 1722 | Lung RX Triumph Executive Committee Action Items, IPR2017-01621 Ex 2102 (UTC_LIQ00007612-UTC_LIQ00007612) | 401; 402; 403; H |
| 1723 | IPR2017-01621 Patent Owners Response (UTC_LIQ00007613-UTC_LIQ00007691) | 401; 402; 403; H |
| 1724 | IPR2017-01622 Patent Owners Response (UTC_LIQ00007692-UTC_LIQ00007765) | 401; 402; 403; H |

| 1725 | IPR2017-01621 Declaration of Dr. Werner Seeger, Ex 2020 (UTC_LIQ00008787-UTC_LIQ00008793) | 401; 402; 403; H; IO |
| 1726 | IPR2021-00406 Declaration of Dr. Werner Seeger, Ex 2003 (UTC_LIQ00219641-UTC_LIQ00219656) | 401; 402; 403; H; IO |
| 1727 | IPR2021-00406 Declaration of Dr. Werner Seeger, Ex 2003 (UTC_LIQ00228445-UTC_LIQ00228460) | 401; 402; 403; H; IO |
| 1728 | Declaration of Werner Seeger, IPR2017-01621 Ex 2097 (UTC_LIQ00011817-UTC_LIQ00011818) | 401; 402; 403; H; IO |
| 1729 | 2007 Profits Growth Budget (LIQ00625109-LIQ00625109) | 401/402; 403; H |
| 1730 | Request for Designtion of a Drug as an Orphan Drug - Inhaled Treprostinil Sodium (LIQ00657099-LIQ00657122) | 401/402; 403; H |
| 1731 | NDA21-272 - Remodulin (LIQ00615690-LIQ00615801) | 401/402; 403; H |
| 1732 | Treprostinil Inhalation Development (LIQ00622158-LIQ00622158) | 401/402; 403; H |
| 1733 | Clinical Trial Protocol (LIQ00600322-LIQ00600331) | 401/402; 403; H |
| 1734 | Synopsis of Open Label phase II study LIQ861 (LIQ00601768-LIQ00601769) | 401/402; 403 |
| 1735 | Consulting Agreement between Liquidia and Lewis Rubin (LIQ02814447-LIQ02814453) | 401/402; 403; H |
| 1736 | Consulting Agreement between Liquidia and Lewis Rubin (LIQ02814454-LIQ02814460) | 401/402; 403; H |

| 1745 | LIT-102, Part 2 - Confirmed that Standardized Admin Procedures Can Deliver Target Dose (LIQ00593266-LIQ00593268) | 401/402; 403 |
| | █ | █ |
| | █ | █ |
| 1750 | Email transmittal of consulting agreement (LIQ02783750-LIQ02783751) | 401/402; 403 |
| 1753 | Certified File History for U.S. Patent No. 9,358,240 (UTC_WAT_00523049-UTC_WAT_00525058) | 401/402; 403; H |
| 1754 | Certified File History for U.S. Patent No. 9,339,507 (UTC_WAT_00521886-UTC_WAT_00523048) | 401/402; 403; H |
| 1755 | Certified File History for U.S. Patent No. 8,497,393 (UTC_WAT_00001462-UTC_WAT_00001666) | 401/402; 403; H; IO |
| | █ | █ |
| | █ | █ |
| 1768 | Figures (UTC_WAT_00053545-UTC_WAT_00053548) | 401/402; 403; H; F |

| | | |
|---|---|---|
| | ███ | |
| 1770 | ███ | 401/402; 403; H; F |
| 1771 | ███ | 401/402; 403; H; F |
| | ███ | |
| 1773 | Channick, Voswinckel and Rubin, Inhaled Treprostinil: A Therapeutic Review, Drug Design, Devel and Therapy, 2012:6, 19-28 (UTC_WAT_00052679-UTC_WAT_00052688) | 401/402; H |
| | ███ | |
| 1775 | ███ | 401/402; H |
| 1776 | Suzuki et al, Encapsulation of VIP into Liposomes Restores Vasorelazation in Hypertension in Situ,  (UTC_WAT_00053689-UTC_WAT_00053694) | 401/402; H |
| 1777 | Fax Cover Sheet (UTC_WAT_00053695-UTC_WAT_00053695) | 401/402; H |
| 1778 | Letter to Cloutier regarding overview of research programs (UTC_WAT_00053696-UTC_WAT_00053697) | 401/402; 403; H; F |
| 1779 | Saavedra et al., Localizing Antithrombotic and Vasodilatory Activity with a Novel, Ultrafast Nitric Oxide Donor, J. Med. Chemistry, Vol 39, No, 22, pp4361-4365 (UTC_WAT_00053698-UTC_WAT_00053703) | 401/402; H |
| 1780 | Westcott et al, Alveolar Transfer and Metabolism of Eicosanoids in the Rat - Abstract (UTC_WAT_00053713-UTC_WAT_00053713) | 401/402; 403; H; F |
| 1781 | Chart (UTC_WAT_00053714-UTC_WAT_00053744) | 401/402; 403; H; F |
| | ███ | |
| | ███ | |
| | ███ | |

| 1785 | King and Potter, Aerosol Drug Delivery Via the Lung: Older Techniques Revisited and New Thinking Reviewed (UTC_WAT_00053787-UTC_WAT_00053788) | 401/402; 403; H |
|---|---|---|
| 1786 | ███████████████ | 401/402; 403; H; F |
| 1787 | ███████████████ | 401/402; 403; H; F |
| 1788 | ███████████████ | 401/402; 403; H |
| 1789 | ███████████████ | 401/402; 403; H |
| ██ | ███████████████ | ██████ |
| ██ | ███████████████ | ██████ |
| ██ | ███████████████ | ██████ |
| ██ | ███████████████ | ██████ |
| ██ | ███████████████ | ██████ |
| ██ | ███████████████ | ██████ |
| ██ | ███████████████ | ██████ |
| ██ | ███████████████ | ██████ |
| ██ | ███████████████ | ██████ |
| ██ | ███████████████ | ██████ |



| 1820 | 2015 Roscigno Consulting Agreement (LIQ02784396-LIQ02784402) | 401/402; 403; H |
|---|---|---|
| 1821 | Plaintiff's opening brief in support of its motion to dismiss defendant's counterclaim (LIQ02800824-LIQ02800844) | 401/402; 403; H |
| 1822 | DI 141 – Notice of Subpoena to Roscigno | 401/402; 403; H |
| 1823 | Roscigno LinkedIn Profile | 401/402; 403; H |
| ■ | ■ | ■ |
| 1825 | Appendix A - Clinical Study Sites (UTC_WAT_00336108-UTC_WAT_00336151) | 401/402; 403; H |
| 1826 | Roscigno Resume (LIQ02784496-LIQ02784496) | 401/402; 403; D; H |
| 1827 | Roscigno Resume (LIQ02784507-LIQ02784694) | 401/402; 403; D; H; F; 901 |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| ■ | ■ | H |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| 1843 | LTI-201 Clinical Research Protocol (LIQ00099336-LIQ00099398) | 401/402 |
| 1844 | LTI-201 abstract (LIQ00701435-LIQ00701436) | 401/402; 403 |
| ■ | ■ | ■ |
| ■ | ■ | ■ |

| | | | |
|---|---|---|---|
| 1862 | Vial Labels (LIQ00585067-LIQ00585068) | 401/402; 403 | |
| 1866 | Questions (LIQ00588934-LIQ00588938) | 401/402; 403; H | |
| 1868 | Patent Application for Treprostinil Administration Using a Metered Dose Inhaler  (UTC_WAT_00525217-UTC_WAT_00525265) | 401/402; 403; H | |
| 1869 | Provisional Patent Application for Treprostinil Administration Using a Metered Dose Inhaler (UTC_LIQ00011837 -UTC_LIQ00011879) | 401/402; 403; D; H; IO | |
| 1870 | Patent Application for Treprostinil Administration Using a Metered Dose Inhaler with additional documents (LIQ00610113-LIQ00610154) | 401/402; 403; D | |
| 1871 | Ex 2102 to Roscigno Declaration (LIQ00007612-LIQ00007612) | 401/402; 403; H | |
| 1872 | Liquidia Roscigno Subpoena | 401/402; 403 | |
| 1873 | Fawzi Rebuttal Report Figure 1 (Paragraph 104) | 401/402; 403; H; MIL | |
| 1874 | Roscigno Consulting Agreement (LIQ02798659 - LIQ02798665) | 401/402; 403; H | |
| 1875 | Roscigno Consulting Agreement (LIQ02784396- LIQ02784402) | 401/402; 403; H | |

| | | | |
|---|---|---|---|
| | ███ | ████████████████ | ████ |
| | ███ | ████████████████ | ████ |
| | ███ | █████████████████ | ████ |
| | ███ | ██████████████████ | ████ |
| | ███ | ████████████████ | ████ |
| | ███ | ██████████████ | ████ |
| | ███ | ███████████████ | ████ |
| | ███ | ████████████████ | ████ |
| | ███ | █████████████████ | ████ |
| | ███ | ██████████████ | ████ |
| 1888 | U.S. Patent No. 10,898,494 (LIQ02790911 - LIQ02790974) | | 401/402; 403 |
| | ███ | ████████████████ | ████ |
| | ███ | ██████████████ | ████ |
| 1891 | Patent Assignment (Non-Party Roscigno00116-Non-Party Roscigno00233) | | 401/402; 403; H |
| 1892 | Inventor Declaration - Roscigno (Non-Party Roscigno00160-Non-Party Roscigno00161) | | 401/402; 403; H |
| 1893 | Provisional Patent Application for Metered Dose Inhaler Treprostinil Treatment for Pulmonary Hypertension (UTC_LIQ00011837-UTC_LIQ00011879) | | 401/402; 403; H |
| 1894 | Patent Application for Treprostinil Administration Using a Metered Dose Inhaler (UTC_WAT00610133- UTC_WAT00610199) | | 401/402; 403; H |
| 1895 | Declaration of Robert Roscigno, IPR2017-01621 Ex 2048 (UTC_LIQ00007569- UTC_LIQ00007580) | | 401/402; 403; H; IO |

| 1896 | LungRx Triumph Executive Committee Action Items, IPR2017-01621 Ex 2102 (UTC_LIQ00007612-UTC_LIQ00007612) | 401/402; 403; H |
| 1897 | LTI-201 Evaluation of the Hemodynamics and Safery of Inhaled LIQ861 Treprostinil in Pulmonary Arterial Hypertension (LIQ00701435-LIQ00701436) | 401/402; 403 |
| 1898 | Liquidia Clinical Research Protocol (LIQ00099336 - LIQ00099398) | 401/402 |
| ███ | ██████████████████████████████████████ | ████████ |
| 1900 | U.S. Patent No. 10,716,793 (UTC_LIQ00007109-UTC_LIQ00007133) | |
| 1901 | Horst Olschewski et al., Inhaled Iloprost for Severe Pulmoary Hypertension, 347 N. ENG. J. MED. 322 (2002) (LIQ02803911-LIQ02803918) | 401/402; 403; H |
| 1902 | Patent Assignment (UTC_WAT_00525593-UTC_WAT_00525615) | 401/402; 403 |
| 1903 | McLaughlin et al., Addition of Inhaled Treprostinil to Oral Therapy for Pulmonary Arterial Hypertension, J Amer. Coll of Cardiology, Vol 55, No. 18, 2010 (UTC_WAT_00249578-UTC_WAT_00249587) | 401/402; 403; H |
| 1904 | Channick et al, Safety and Efficacy of Inhaled Treprostinil as Add-On Therapy to Bosentan in Pulmonary Arterial Hypertension (LIQ00006311-LIQ00006315) | 401/402; 403; H |
| 1905 | Voswinckel R., et al., Favorable Effects of Inhaled Treprostinil in Severe Pulmonary Hypertension, J. AM. COLL. CARDIOL. 48(8):1672-81 (2006) (LIQ00007717-LIQ00007726) | 401/402; 403; H |
| 1906 | Roscigno Engagement Letter (Non-Party Roscigno00236-Non-Party Roscigno0000238) | 401/402; 403; H |
| 1907 | ██████████████████████████████████████ | 401/402; 403; H |
| 1908 | ████████████████████ | 401/402; 403; H |
| 1909 | UTC's Subpoenas for Documents to Robert Roscigno | 401/402; 403 |
| 1910 | Liquidia Subpoenas for Testimony to Robert Roscigno | |
| 1911 | Bourge et al. 2013, Rapid Transition from Inhaled Iloprost to Inhaled Treprostinil in Patients with Pulmonary Hypertension (LIQ00006304 - LIQ00006310) | 401/402; 403; H |
| ███ | ████████████████████████████████████ | ████████ |
| 1913 | Tyvaso Packaging Label (UTC_LIQ00107282 -UTC_LIQ00107282 ) | 401/402; H |

| 1914 | Orenitram Packaging Label (UTC_OREN_00136126-UTC_OREN_00136126) | 401/402; H |
| 1915 | Remodulin Packaging Label (UTC_TV_000046866-UTC_TV_000046866) | 401/402; H |
| 1916 | Receiving Inspection Report (LIQ02798028-LIQ02798052) | 401/402; 403; BE |
| ■■■ | ■■■■■■■■■■■■■■■■■■■■■■ | ■■■■■■ |
| 1918 | Anderson, Practical Process Research and Development, 2d Ed., 2012 (LIQ02812101-LIQ02812186) | 401/402; 403; H |
| 1919 | FDA Guidance for Industry (LIQ02812088 -LIQ02812100) | 401/402; 403; H |
| 1920 | Olschewski et al., Aerosolized prostacyclin and iloprost in severe pulmonary hypertension, Ann. Intern. Med. 1996 May 1;124(9):820-4 (accessed at https:pubmed.ncbi.nlm.nih.gov/8610951/) (UTC_LIQ00257977-UTC_LIQ00257981) | 401/402; 403; H; BE; OT |
| 1921 | Ghofrani et al., Inhaled prostacyclin and iloprost in severe pulmonary hypertension secondary to lung fibrosis, Am. J. Respir. Crit. Care Med. 1999 Aug;160(2)600-7 (accessed at https:pubmed.ncbi.nlm.nih.gov/10430735/) (UTC_LIQ00254710-UTC_LIQ00254717) | 401/402; 403; H; D |
| 1922 | US Patent No. 4,306,075 (LIQ02800845-LIQ02800898) | 401/402; 403 |
| 1923 | US Patent No. 6,765,117 (LIQ02800579 -LIQ02800591) | 401/402; 403 |
| 1924 | Watson Labs., Inc. v. United Therapeutics Inc., IPR2017-01621, EX2049 (UTC_LIQ00009897-UTC_LIQ00009919) | 401/402; 403; H |
| 1925 | Watson Labs., Inc. v. United Therapeutics Inc., IPR2017-01621, EX2050 (UTC_LIQ00009920-UTC_LIQ00009936) | 401/402; 403; H |
| 1926 | Watson Labs., Inc. v. United Therapeutics Inc., IPR2017-01621, EX2051 (UTC_LIQ00009937-UTC_LIQ00009950) | 401/402; 403; H |
| 1927 | 21 C.F.R. § 210.3 (WHY) (LIQ02804380-LIQ02804382) | 401/402; 403 |
| 1928 | Liquidia Techs., Inc. v. United Therapeutics Corp., IPR2021-00406, Patent Owner Response (UTC_LIQ00261965-UTC_LIQ00262039) | 401/402; 403; H; IO |
| 1929 | Liquidia Techs., Inc. v. United Therapeutics Corp., IPR2021-00406, EX2003 Declaration of Dr. Werner Seeger (UTC_LIQ00219641-UTC_LIQ00219656) | 401/402; 403; H; IO; F |

| 1930 | Liquidia Techs., Inc. v. United Therapeutics Corp., IPR2021-00406, EX2004 Declaration of Dr. Hossein A. Ghofrani (UTC_LIQ00219657-UTC_LIQ00219663) | 401/402; 403; H; IO; F; BE; OT |
| 1931 | Liquidia Techs., Inc. v. United Therapeutics Corp., IPR2021-00406, EX2005 Declaration of Dr. Frank Reichenberger (UTC_LIQ00219664-UTC_LIQ00219669) | 401/402; 403; H; IO; F |
| 1932 | Liquidia Techs., Inc. v. United Therapeutics Corp., IPR2021-00406, EX2006 Declaration of Dr. Friedrich Grimminger (UTC_LIQ00219670-UTC_LIQ00219676) | 401/402; 403; H; IO; F |
| 1933 | Liquidia Techs., Inc. v. United Therapeutics Corp., IPR2021-00406, EX2061 Roscigno Declaration (2018) (UTC_LIQ00255455-UTC_LIQ00255466) | 401/402; 403; H; IO; BE; OT |
| 1934 | Liquidia Techs., Inc. v. United Therapeutics Corp., IPR2021-00406, EX2065 Seeger Declaration (2009) (UTC_LIQ00255467-UTC_LIQ00255468) | 401/402; 403; H; IO; F |
| 1935 | Liquidia Techs., Inc. v. United Therapeutics Corp., IPR2021-00406, EX2066 Seeger Declaration (2017) (UTC_LIQ00255469-UTC_LIQ00255475) | 401/402; 403; H; IO; F |
| 1936 | Liquidia Techs., Inc. v. United Therapeutics Corp., IPR2021-00406, EX2067 Ghofrani Declaration (2017) (UTC_LIQ00255476-UTC_LIQ00255480) | 401/402; 403; H; IO; F |
| 1937 | Liquidia Techs., Inc. v. United Therapeutics Corp., IPR2021-00406, EX2068 Reichenberger Declaration (2016) (UTC_LIQ00255481-UTC_LIQ00255485) | 401/402; 403; H; IO; F; BE; OT |
| 1938 | Liquidia Techs., Inc. v. United Therapeutics Corp., IPR2021-00406, EX2069 Grimminger Declaration (2016) (UTC_LIQ00255486-UTC_LIQ00255490) | 401/402; 403; H; IO; F |
| 1939 | Liquidia Techs., Inc. v. United Therapeutics Corp., IPR2021-00406, EX2070 Seeger Declaration (2015) (UTC_LIQ00255491-UTC_LIQ00255492) | 401/402; 403; H; IO; F; BE; OT |
| 1940 | Liquidia Techs., Inc. v. United Therapeutics Corp., IPR2021-00406, EX2071 Seeger Declaration (2018) (UTC_LIQ00255493-UTC_LIQ00255503) | 401/402; 403; H; IO; F |

| 1941 | Liquidia Techs., Inc. v. United Therapeutics Corp., IPR2021-00406, EX2074 Ghofrani Declaration (2018) (UTC_LIQ00255510-UTC_LIQ00255516) | 401/402; 403; H; IO; F |
|------|------|------|
| 1942 | U.S. Patent No. 5,187,286 (LIQ00083026-LIQ00083052) | 401/402; 403 |
| ███ | ████████████████████████ | ████ |
| 1944 | Supplemental Declaration of Dr. Igor Gonda (LIQ02804077-LIQ02804086) | |
| 1945 | 11/2021 Revision of Liquidia's Proposed Label (LIQ02818925-LIQ02818936) | 401/402; BE; OT |
| 1946 | ███████████████████████ | 401/402; 403; H; IO |
| 1947 | Rau, The Inhalation of Drugs: Advantages and Problems, Respiratory Care, Vol. 50, No. 3 (Mar. 2005) (UTC_LIQ00246819-UTC_LIQ00246834) | 401/402; 403; H; BE; OT |
| 1948 | de Boer et al. "Pulmonary Drug Delivery: Delivery To and Through the Lung" Drug Targeting Organ-Specific Strategies (2001) (UTC_LIQ00254305-UTC_LIQ00254339) | 401/402; 403; H |
| 1949 | Le Brun and Heijerman; A Review of the technical aspects of drug nebulization, Pharmacy World & Science, Vol. 22, No. 3 (2000) (UTC_LIQ00256321-UTC_LIQ00256328) | 401/402; 403; H |
| 1950 | Rau et al., Performance Comparison of Nebulizer Designs: Constant-Output, Breath-Enhanced, and Dosimetric, Respiratory Care, 49(2):174-179 (2004) (UTC_LIQ00256339-UTC_LIQ00256344) | 401/402; 403; H |
| 1951 | Newman et al., Efficient Delivery to the Lungs of Flunisolide Aerosol from a New Portable Hand-Held Multidose Nebulizer, 1996 85(9) J. Pharm. Sci. 960 (1996) (UTC_LIQ00256418-UTC_LIQ00256422) | 401/402; 403; H |
| 1952 | Dubus et al., Aerosol Deposition in Neonatal Ventilation, PEDIATRIC RESEARCH, 58(1):10-15 (2005) (UTC_LIQ00256423-UTC_LIQ00256427) | 401/402; 403; H |
| 1953 | Advair Label (2000) (UTC_LIQ00257516-UTC_LIQ00257536) | 401/402; 403; H; BE; OT |

| 1954 | Buckton, Characterisation of Small Changes in the Physical Properties of Powders of Significance in Dry Powder Inhaler Formulations 26 Advanced Drug Delivery Review17-27 (1997) (UTC_LIQ00257546-UTC_LIQ00257556) | 401/402; 403; H |
| 1955 | Exubera Inhalation Powder, Center for Drug Evaluation and Research Application No. 21-868 (Jan 2006) (UTC_LIQ00257586-UTC_LIQ00257633) | 401/402; 403; I; F |
| 1956 | Foradil NDA (2003) (UTC_LIQ00257634-UTC_LIQ00257656) | 401/402; 403; F |
| 1957 | Hooton et al., Predicting the Behavior of Novel Sugar Carriers for Dry Powder Inhaler Formulations via the Use of a Cohesive-Adhesive Force Balance Approach, 95(6) J. Pharmaceut ical Sciences 1288-1297 (2006) (UTC_LIQ00257657-UTC_LIQ00257666) | 401/402; 403; H |
| 1958 | Larhrib et al, The influence of carrier and drug morphology on drug delivery from dry powder formulations, 257(1-2) International J.of Pharmaceutics 283-296 (2003) (UTC_LIQ00257690-UTC_LIQ00257703) | 401/402; 403; H |
| 1959 | Price et. al, The Influence of Relative Humidity on Particulate Interactions in Carrier-Based Dry Powder Inhaler Formulations, 246(1-2) International J. of Pharmaceutics 47-59 (2002) (UTC_LIQ00257755-UTC_LIQ00257767) | 401/402; 403; H |
| 1960 | Prime et al, Review of Dry Powder Inhalers, 26 Advanced Drug Delivery reviews 51-58 (1997) (UTC_LIQ00257768-UTC_LIQ00257775) | 401/402; 403; H |
| 1961 | Pulmicort Turbuhaler Label (1998) (UTC_LIQ00257776-UTC_LIQ00257793) | 401/402; 403; F |
| 1962 | Smith, The inhalers of the future? A review of dry powder devices on the market today, 16(2) Pulmonary Pharmacology & Therapeutics 79-95 (2003) (UTC_LIQ00257794-UTC_LIQ00257810) | 401/402; 403; H |
| 1963 | Spiriva Handihaler Label (2004) (UTC_LIQ00257811-UTC_LIQ00257831) | 401/402; 403; F |
| 1964 | T. Srichana et al., Dry powder inhalers: The influence of device resistance and powder formulation on drug and lactose deposition in vitro, 7(1) European J. Pharm Sciences 73-80, 1998 (UTC_LIQ00257848-UTC_LIQ00257855) | 401/402; 403; H |

| | | |
|---|---|---|
| 1965 | Srichana et al, On the Relationship between Drug and Carrier Deposition from Dry Powder Inhalers in vitro, 167 International J. Pharmaceutics 13-23 (1998) (UTC_LIQ00257856-UTC_LIQ00257866) | 401/402; 403; H |
| 1966 | Steckel et al., Effect of milling and sieving on functionality of dry powder inhalation products, 309(1-2) International J. Pharmaceutics 51-59 (2006) (UTC_LIQ00257867-UTC_LIQ00257875) | 401/402; 403; H |
| 1967 | Young et al, The influence of dose on the performance of dry powder inhalation systems, 296(1-2) International J. of Pharmaceutics 26-33 (2005) (UTC_LIQ00257895-UTC_LIQ00257902) | 401/402; 403; H |
| 1968 | Zeng et al., The influence of carrier morphology on drug delivery by dry powder inhalers, 200(1) International J. of Pharmaceutics 93-106 (2000) (UTC_LIQ00257903-UTC_LIQ00257916) | 401/402; 403; H |
| 1969 | Liquidia 10K - 2018 (UTC_LIQ00259792-UTC_LIQ00259944) | 401/402; 403; BE; OT |
| 1970 | 21 C.F.R. 211.192 (UTC_LIQ00263806-UTC_LIQ00263806) | 401/402; 403 |
| 1971 | 21 C.F.R. 211.192 (UTC_LIQ00263807 -UTC_LIQ00263807 ) | 401/402; 403 |
| 1972 | Rau, Design Principles of Liquid Nebulization Devices Currently in Use, Respiratory Care, Vol. 47, No. 11 (Nov. 2002) (UTC_WAT_00525077-UTC_WAT_00525098) | 401/402; 403; H |

| Code | Objection |
|------|-----------|
| 401/402 | Irrelevant (FRE 401/402) |
| 403 | Prejudice, Confusion, Waste of Time, etc. (FRE 403) |
| 901 | Authentication (FRE 901) |
| BE | Best Evidence (FRE 1002) |
| D | Inaccurate or misleading description of exhibit |
| F | Lacks foundation/personal knowledge (FRE 602) |
| H | Hearsay (FRE 802) |
| HH | Hearsay within hearsay (FRE 805) |
| I | Incomplete/Compilation (FRE 106/1006) |
| IO | Improper Opinion (FRE 701/702) |
| MIL | Subject of pending or agreed-upon MIL or to Court order |
| OT | Obscured Text/Illegible |
| P | Privilege |

EXHIBIT 11

**EXHIBIT 11**
**DEFENDANT'S TRIAL EXHIBIT LIST**
**HIGHLY CONFIDENTIAL**

| DTX NO. | BATES NOS. | DESCRIPTION | UTC OBJECTIONS |
|---|---|---|---|
| DTX001 | LGM_000001 - LGM_000509 | LGM documents produced | M, H, A, R, NI, O, Q |
| ███ | ███████████████████ | ████████████████████████████████ | ████ |
| DTX003 | LIQ00048965 – LIQ00049245 | LTI-102 Clinical Study Report – "A Phase 1 Study to Evaluate the Comparative Bioavailability of Treprostinil between LIQ861 and Tyvaso® in Healthy Males and Females," dated Jan. 8, 2020 | FN, A, H, R |
| DTX004 | LIQ00082551 - LIQ00082563 | U.S. Patent No. 6,765,117 | NR |
| DTX005 | LIQ00082957 - LIQ00082963 | Dunbar Ivy et al., Transition of Stable Pediatric Patients with Pulmonary Arterial Hypertension from Intravenous Epoprostenol to Intravenous Treprostinil, 99(5) AM. J. CARDIOL. 696, 696 (2007) | H |
| DTX006 | LIQ00083312 - LIQ00083337 | U.S. Patent No. 6,756,033 | NR |
| DTX007 | LIQ00083481 - LIQ00083488 | G. Steffen Paulekuhn et al., Trends in Active Pharmaceutical Ingredient Salt Selection based on Analysis of the Orange Book Database, 50 J. MED. CHEM. 6665-6672, 6665 (2007) | NR |
| DTX008 | LIQ00083611 - LIQ00083664 | U.S. Patent No. 4,306,075 | NR |
| ███ | ███████████████████ | ████████████████████████████████ | ███ |
| DTX010 | LIQ00083935 - LIQ00083952 | Response to Non-Final Rejection (U.S. App. No. 12/334,731) (Mar. 14, 2012) | H |
| DTX011 | LIQ00083953 - LIQ00083966 | Response to Non-Final Rejection (U.S. App. No. 12/334,731) (July 7, 2011) | H |
| DTX012 | LIQ00083967 - LIQ00083982 | U.S. Patent No. 8,242,305 | R |
| DTX013 | LIQ00083983 - LIQ00083993 | U.S. Patent No. 9,156,786 B2 | R |
| DTX014 | LIQ00084204 - LIQ00084345 | Declaration of Rodolfo Pinal, Ph.D., dated July 14, 2020, in *Liquidia Technologies, Inc. v. United Therapeutics Corporation*, Nos. IPR2020-00770, IPR2020-0769 (UTC EX2002) | H, R, S O |
| ███ | ███████████████████ | ████████████████████████████████ | ████ |
| DTX016 | LIQ00274492 - LIQ00274503 | Berkenfeld, Lamprecht, McConville, Devices for Dry Powder Drug Delivery to the Lung, AAPS PharmSciTech 16(3) June 2015 | NI |
| ███ | ███████████████████ | ████████████████████████████████ | ██ |
| ███ | ███████████████████ | ████████████████████████████████ | █████ |
| DTX020 | LIQ00587530 | LIQ861 Organizational Chart and Responsibilities; file dated Aug. 15, 2016 | FN, H, A |

| DTX021 | LIQ02792584 - LIQ02792592 | Sahay et al., Impact of human behavior on inspiratory flow profiles in patients with pulmonary arterial hypertension using AOSTM dry powder inhaler device, Pulmonary Circulation 11(1) 1-9 (2021) | H |
|---|---|---|---|
| DTX022 | LIQ02798846 - LIQ02798849 | MedChem Express - Treprostinil Sodium (Synonyms UT-15 sodium) | A, H, O |
| DTX023 | LIQ02802305 – LIQ02802318 | U.S. Patent Application Publication No. US 2004/0265238 A1 to Chaudry | H |
| DTX024 | LIQ02802378 - LIQ02802388 | Bruce Bender et al., Nonadherence in asthmatic patients: is there a solution to the problem?, 79 Ann. Allergy, Asthma, & Immunol. 177 (1997) | H |
| ███ | █████████ | ████████████████ | ████ |
| DTX026 | LIQ02819230 - LIQ02819231 | ISHLT Presentation No. 14 – INSPIRE: Final Results from a Phase 3, Open-Label, Pivotal Study to Evaluate the Safety and Tolerability of LIQ861 in Pulmonary Arterial Hypertension (Apr. 22, 2020), https://cslide-us.ctimeetingtech.com/ishlt40th/attendee/eposter/poster/310 | H |
| DTX027 | LIQ02819255 – LIQ02819263 | Roscigno et al., Pharmacokinetics and tolerability of LIQ861, a novel dry-powder formulation of treprostinil, Pulmonary Circulation 10(4):1-9 (Sept. 20, 2020) | H |
| DTX028 | LIQ02819527 - LIQ02819533 | Hak-Kim Chan, Andy Clark, Igor Gonda et al., Spray Dried Powders and Powder Blends of Recombinant Human Deoxyribonuclease (rhDNase) for Aerosol Delivery, 14 Pharm. Research 431 (1997) | H |
| DTX029 | LIQ02820126 - LIQ02820145 | American Academy of Family Physicians. "Clinical Practice Guideline Manual." https://www.aafp.org/family-physician/patient-care/clinicalrecommendations/cpg-manual.html | H, FN |
| DTX030 | LIQ02820146 - LIQ02820147 | "Corporate Profile \| United Therapeutics Corporation." https://ir.unither.com/corporate-profile/default.aspx | NR |
| DTX031 | LIQ02820508 | NIH: National Cancer Institute. "Definition of Second-Line Therapy - NCI Dictionary of Cancer Terms - National Cancer Institute," February 2, 2011. Nciglobal, ncienterprise. https://www.cancer.gov/publications/dictionaries/cancer-terms/def/second-line-therapy | R |
| DTX032 | LIQ02820509 - LIQ02820510 | Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations. "Patent and Exclusivity for: N022387." https://www.accessdata.fda.gov/scripts/cder/ob/patent_info.cfm?Product_No=001&Appl_No=022387&Appl_type=N | H |
| DTX033 | LIQ02820520 - LIQ02820521 | Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations. "Patent and Exclusivity for: N021272." https://www.accessdata.fda.gov/scripts/cder/ob/patent_info.cfm?Product_No=001&Appl_No=021272&Appl_type=N | R |

HIGHLY CONFIDENTIAL

| DTX034 | LIQ02820525 - LIQ02820536 | Rhodes, Christopher J, Ken Batai, Marta Bleda, Matthias Haimel, Laura Southgate, Marine Germain, Michael W Pauciulo, et al. "Genetic Determinants of Risk in Pulmonary Arterial Hypertension: International Genome-Wide Association Studies and Meta-Analysis." The Lancet Respiratory Medicine 7, no. 3 (March 2019): 227–38. https://doi.org/10.1016/S2213-2600(18)30409-0 | H |
| DTX035 | LIQ02820623 - LIQ02820638 | "Tyvaso (Treprostinil) Inhalation Solution Prescription Label for 2009." FDA, July 30, 2009. https://www.accessdata.fda.gov/drugsatfda_docs/label/2009/022387LBL.pdf | R |
| DTX036 | LIQ02820639 - LIQ02820669 | "Tyvaso Inhalation System: Instructions for Use," July 2009. https://www.accessdata.fda.gov/drugsatfda_docs/label/2009/022387UsageInstr.pdf | R |
| DTX037 | LIQ02820683 - LIQ02820896 | United Therapeutics Form 10-K for Fiscal Year Ended December 31, 2017, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001082554/1c3f7828-9db9-4b39-83ec-f48d6c8a2247.pdf | R |
| DTX038 | LIQ02820897 - LIQ02821256 | United Therapeutics Form 10-K for Fiscal Year Ended December 31, 2010, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001082554/013e98bf-1f94-4f60-ae54-3d4bd639bad0.pdf | R |
| DTX039 | LIQ02821257 - LIQ02821319 | United Therapeutics Form 10-Q for Quarterly Period Ended June 30, 2018, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001082554/8e92d33e-a009-4148-b983-ab5f3a00619c.pdf | R |
| DTX040 | LIQ02821330 - LIQ02821335 | Yonsung document | A, FRE 106, P, U, FL |
| DTX041 | LIQ02821336 - LIQ02821337 | UTC Press Release - United Therapeutics Announces Decision from Patent Trial and Appeal Board and Issuance of New Patents (March 31, 2017 | H,R, MIL |
| DTX042 | LIQ02821353 - LIQ02821369 | First Amended Complaint and Jury Demand filed June 21, 2016 in *United Therapeutics Corp. v. Watson Labs., Inc.*, Case No. 3:15-cv-05723 (D.N.J.) | BRPL |
| DTX043 | LIQ02821370 – LIQ02821376 | Translation of Young sung document produced as LIQ02821331 - LIQ02821335 | A, FRE 106, P, U |
| DTX044 | UTC_LIQ00003127 – UTC_LIQ00003133 | U.S. Patent No. 9,593,066 - Response to Non-Final Rejection: Amendment and Request for Reconsideration, dated August 24, 2016 | FRE 106, H |
| DTX045 | UTC_LIQ00003141 – UTC_LIQ00003147 | U.S. Patent No. 9,593,066 - Final Office Action, dated November 30, 2016 | FRE 106, H |
| DTX046 | UTC_LIQ00006759 – UTC_LIQ00006765 | U.S. Patent No. 9,604,901 - Response to Non-Final Rejection: Amendment and Request for Reconsideration, dated August 11, 2016 | FRE 106, H |
| DTX047 | UTC_LIQ00006774 – UTC_LIQ00006779 | U.S. Patent No. 9,604,901 - Final Office Action, dated October 19, 2016 | FRE 106, H |
| DTX048 | UTC_LIQ00012288 - UTC_LIQ00012293 | Original claims for U.S. Patent Application No. 11/748,205 (abandoned; ultimate non-provisional parent of '793 patent), dated May 14, 2007 | |
| DTX049 | UTC_LIQ00049380 - UTC_LIQ00049396 | Decision Denying Institution of Inter Partes Review, Paper 7, *Liquidia Technologies, Inc. v. United Therapeutics Corp.*, No. IPR2020-00769 (Oct. 13, 2020) | H, R, BRPL |

HIGHLY CONFIDENTIAL

| | | | |
|---|---|---|---|
| DTX050 | UTC_LIQ00059672 - UTC_LIQ00059704 | Decision Granting Institution of Inter Partes Review, Paper 7, *Liquidia Technologies, Inc. v. United Therapeutics Corporation* , No. IPR2021-00770 (Oct. 13, 2020) | H, R, BRPL |
| ██████ | ████████████████ | ████████████████████████ | █████ |
| ██████ | ████████████████ | ████████████████ | ████ |
| ███ | ████████████████████ | ████████████████ | █ |
| ███ | ████████████████████ | ████████ | |
| ███ | ████████████████████ | ████████ | |
| ███ | ████████████████████ | ████████ | |
| ███ | ████████████████████ | ████████████ | █ |
| ███ | ████████ | ████████ | |
| DTX060 | UTC_OREN_00844798 - UTC_OREN_00844807 | U.S. Patent No. 8,350,079 B2 | R |
| ██████ | ████████████████ | ████████████████████████ | █ |
| DTX062 | UTC_WAT_00001293 - UTC_WAT_00001322 | U.S. Application No. 13/548,446 | |
| DTX063 | UTC_WAT_00001364 - UTC_WAT_00001374 | Response to Non-Final Office Action (U.S. Application No. 13/548,446) (Feb. 8, 2013) | |
| DTX064 | UTC_WAT_00210348 - UTC_WAT_00210351 | Mardi Gomberg-Maitland et al., Transition from Intravenous Epoprostenol to Intravenous Treprostinil in Pulmonary Hypertension, 172 AM. J. RESPIR. CRIT. CARE MED. 1586-1589, 1586 (2005) | H |
| ██████ | ████████████████ | ████████████████████████ | █████ |
| ██████ | ████████████████ | ████████ | █ |
| DTX067 | UTC_WAT00645849 - UTC_WAT00645905 | Patent Owner Response to Petition, *SteadyMed Ltd. v. United Therapeutics Corp.* , IPR2016-00006, Paper 31 (P.T.A.B. July 6, 2016) | MIL |
| DTX068 | UTC_WAT00647425 – UTC_WAT00647540 | Transcript from the August 19, 2016 deposition of Robert R. Ruffolo, Jr., *SteadyMed Ltd. v. United Therapeutics Corporation* , No. IPR2016-00006 | MIL, H, Dep, R |
| DTX069 | UTC_WAT00651500 - UTC_WAT00651651 | UTC Form 10-K For Fiscal Year Ended December 31, 2016 | R |
| ██████ | ████████████████ | ████████████████████████ | |
| DTX071 | UTC_WAT00652676 - UTC_WAT00652680 | Declaration of Dr. David Walsh (U.S. Application No. 13/548,446) (June 4, 2013) | H, R |
| ██████ | ████████████ | ████████████████ | █ |

HIGHLY CONFIDENTIAL

| | | | |
|---|---|---|---|
| DTX073 | | "Applications for FDA Approval to Market a New Drug: Patent Submission and Listing Requirements and Application of 30-Month Stays on Approval of Abbreviated New Drug Applications Certifying That a Patent Claiming a Drug Is Invalid or Will Not Be Infringed." Federal Register 68, no. 117 (June 18, 2003): 38 | U |
| DTX074 | | European Society of Cardiology 2005 Annual Report | H |
| DTX075 | | Plaintiff's Preliminary Infringement Contentions (Oct. 16, 2020) | BPRL, L |
| DTX076 | | Plaintiff's Supplemental Infringement Contentions (Sept. 28, 2021) | BRPL, L |
| DTX077 | | Plaintiff's Supplemental Objections and Responses to Defendant's Second Set of Interrogatories (Nos. 8-13) and Fourth Set of Interrogatories (Nos. 15-16) (Sept. 28, 2021) | BRPL, L |
| DTX078 | | Plaintiff's Election of Asserted Claims (Dec. 9, 2021) | BPRL, L |
| DTX079 | | Subpoena to Produce Documents to LGM Pharma, LLC | BRPL |
| DTX080 | | ███████████████████████ | H, Dep, R |
| DTX081 | | Transcript from the January 21, 2022 Deposition of Hamilton Lenox with Errata, *UTC v. Liquidia*, Case No. 20-755 | H, Dep, R |
| DTX082 | | ███████████████ | H, Dep, R |
| DTX083 | | Transcript from the September 16, 2021 Deposition of Jeffrey Kindig, *UTC v. Liquidia*, Case No. 20-755 | H, Dep, R |
| DTX084 | | Transcript from the October 29, 2021 Deposition of Jeffrey Kindig, *UTC v. Liquidia*, Case No. 20-755 | H, Dep, R |
| DTX085 | | Transcript from the October 7, 2021 deposition of Todd Battistoni, *United Therapeutics Corporation v. Liquidia Technologies, Inc.*, Case No. 20-755 | H, Dep, R |
| DTX086 | | ███████████████████████████ | H, Dep, R |
| DTX087 | | ███████████████████████ | H, Dep, R |
| DTX088 | | ███████████████████████ | H, Dep, R |
| DTX089 | | ██████████████████████ | H, Dep, R |
| DTX090 | | ██████████████████████ | H, Dep, R |
| DTX091 | | Transcript from the September 9, 2021 Deposition of Ben Maynor with Errata, *UTC v. Liquidia*, Case No. 20-755 | H, Dep, R |
| DTX092 | | U.S. Patent No. 10,376,525 | R |
| DTX093 | | ██████████████████████ | H, Dep, R |

HIGHLY CONFIDENTIAL

| | | | |
|---|---|---|---|
| DTX094 | | ██████████████████████████ | H, Dep, R |
| DTX095 | | ██████████████████████ | H, Dep, R |
| DTX096 | | ██████████████████████ | H, Dep, R |
| DTX097 | UTC_LIQ00264337 - UTC_LIQ00264341 | ██████████ | |
| DTX098 | | Defendant's response letter to UTC re Liquidia's RFP Responses (Jan. 15, 2021) | |
| DTX099 | LGM_000467 | Transaction report | FRE 106, NI, I, R |
| ██████ | ██████ | ██████████ | |
| DTX102 | LGM_000834 - LGM_000856 | LGM email correspondence | FRE 403,H NR P |
| DTX103 | LGM_001092 | Temperature report | FRE 403,H NR P I |
| DTX104 | LGM_001093 - LGM_001094 | Temperature report | FRE 403,H NR P I |
| DTX105 | LGM_001095 - LGM_001096 | Temperature report | FRE 403,H NR P I |
| DTX106 | LIQ00000001 – LIQ00000624 | Yonsung Drug Master File ("DMF") No. 27680 | I, A, H, R, Q |
| ██████ | ██████ | ██████████ | ██████ |
| DTX109 | LIQ00018937 - LIQ00018949 | Remodulin product information (March 2002) | FRE 106, A, H, R |
| DTX110 | LIQ00019452 – LIQ00019493 | Liquidia LTI-102 Clinical Research Protocol | FN, A, H, R |
| DTX111 | LIQ00021044 – LIQ00021110 | Liquidia Clinical Research Protocol LTI-301, Amendment 3 | FN, A, H, R |
| DTX112 | LIQ00021112 – LIQ00021157 | LTI-302 Clinical Research Protocol – "A Global, Open-Label Extension Study for Participants in LIQ861 Trials to Evaluate the Long-term Safety of Inhaled LIQ861 (Treprostinil) in Pulmonary Arterial Hypertension (WHO Group 1) Patients," dated April 2, 2019 | FN, A, H, R |
| DTX113 | LIQ00029269 | Instructions for Use LIQ861 | FN, A, H, R |
| ██████ | ██████ | ██████████████████████ | ██████ |
| DTX119 | LIQ00055391 – LIQ00055998 | LTI-301 Clinical Study Report – "Month 2 CSR: A Phase 3 Open-label, Multicenter Study to Evaluate the Long-term Safety and Tolerability of Inhaled LIQ861 (Treprostinil) in Pulmonary Arterial Hypertension (WHO Group 1) Patients," dated Jan. 7, 2020 | FN, A, H, R |
| DTX120 | LIQ00083021 – LIQ00083025 | Schoffstall, A.M. et al., Microscale and Miniscale Organic Chemistry Laboratory Experiments, 2d ed. (2004) pp. 200-202 | FRE 106 |
| DTX121 | LIQ00083026 - LIQ00083052 | U.S. Patent No. 5,187,286 | A, H, R |

| | | | |
|---|---|---|---|
| ██████ | ████████████ | ████████████████████████████████████ | ██████ |
| ██████ | ████████████ | █████████████████████████████████████ | ██████ |
| ██████ | ████████████ | ██████████████████████ | ██████ |
| ████████ | ████████ | █████████████████████████ | ████████ |
| DTX128 | LIQ00083725 - LIQ00083806 | Patent Owner Preliminary Response filed July 14, 2020, in *Liquidia Technologies, Inc. v. United Therapeutics Corporation*, No. IPR2020-00770 | A, H, BRPL |
| DTX129 | LIQ00083807 – LIQ00083883 | Patent Owner Preliminary Response filed July 14, 2020, in *Liquidia Technologies, Inc. v. United Therapeutics Corporation*, No. IPR2020-00769 | H, R, BRPL |
| DTX130 | LIQ00083884 - LIQ00083899 | Patent Owner's Request for Rehearing filed October 27, 2020, in *Liquidia Technologies, Inc. v. United Therapeutics Corporation*, No. IPR2020-00770 | H, R, BRPL |
| DTX131 | LIQ00083900 - LIQ00083934 | Declaration Under 37 C.F.R. 1.132 of Dr. Liang Guo, Appl. No. 13/933,623 (Aug. 4, 2015) | H, R |
| DTX132 | LIQ00083994 – LIQ00084135 | Harwood & Moody, Experimental Organic Chemistry Principles and Practice (1989) | C |
| DTX133 | LIQ00084488 – LIQ00084571 | Patent Owner's Response to Petition, filed December 21, 2020, in *Liquidia Technologies, Inc. v. United Therapeutics Corporation*, No. IPR2020-00770 | H, R, BRPL |
| DTX134 | LIQ00084572 – LIQ00084713 | Declaration of Rodolfo Pinal, Ph.D. Supporting United Therapeutic Corporation's Patent Owner Response, dated December 21, 2020, in *Liquidia Technologies, Inc. v. United Therapeutics Corporation*, No. IPR2020-00770 | H, R, Dep |
| DTX135 | LIQ00084791 – LIQ00084793 | 2007 Hawley's Condensed Chemical Dictionary – definition of "storage" | H, O |
| DTX136 | LIQ00084804 – LIQ00084818 | USP 29 – NF 24 | Q, R |
| DTX137 | LIQ00084819 - LIQ00084828 | Decision Denying Patent Owner's Request on Rehearing of Decision on Institution (Paper 14) filed March 1, 2021, in *Liquidia Technologies, Inc. v. United Therapeutics Corporation*, No. IPR2020-00770 | H, R, BRPL |
| DTX138 | LIQ00084829 – LIQ00084844 | U.S. Patent No. 8,497,393 | MIL |
| DTX139 | LIQ00084845 – LIQ00084847 | Regulatory Definitions for "Ambient," "Room Temperature" and "Cold Chain" | H, R, O |
| DTX140 | LIQ00104335 - LIQ00104337 | J. Kindig email correspondence | H, NR, A, R, O |
| ████████ | ████████ | ████████████████████████████████ | ████████ |
| DTX142 | LIQ00105267 | J. Kindig email correspondence | NR, A, H, R, O |
| ████████ | ████████ | ██████████████████████████████████ | ████████ |
| DTX144 | LIQ00116447 - LIQ00116455 | LGM email correspondence | H, A, R, O |
| DTX145 | LIQ00117657 – LIQ00117660 | J. Kindig email correspondence | H, NR, A, R |
| DTX146 | LIQ00118127 | Spreadsheet - LIQ00118127 | H A R O |

HIGHLY CONFIDENTIAL

| | | | |
|---|---|---|---|
| ██ | ███ | ██████ | ██ |
| DTX148 | LIQ00135947 - LIQ00135955 | Email correspondence re Treprostinil sodium | H, A, R, O |
| ██ | ███ | ███████ | ██ |
| ██ | ███ | ████████ | ███ |
| ██ | █████ | ██████ | ██ |
| DTX152 | LIQ00321044 - LIQ00321056 | Email correspondence re ITR Treprostinil Sodium 41635 | H O R A |
| DTX153 | LIQ00398791 - LIQ00398795 | T. Battistoni email correspondence | H O R A |
| DTX155 | LIQ00499641 | J. Kindig email correspondence | H O R A |
| ██ | ███ | ███████ | ██ |
| ██ | ███ | ███████ | ██ |
| DTX158 | LIQ00515393 - LIQ00515394 | J. Kindig email correspondence | H, NR, R, O |
| DTX159 | LIQ00515395 - LIQ00515396 | J. Kindig email correspondence | H, O, A |
| █ | ███ | ██████ | █ |
| DTX163 | LIQ00572146 - LIQ00572194 | Liquidia presentation - Pulmonary Arterial Hypertension: PAH (July 25, 2012) | F, H |
| ██ | ███ | ███████ | █ |
| ██ | ███ | ██████ | █ |
| ██ | ███ | ██████ | ██ |
| █ | ███ | █████ | ██ |
| █ | ███ | ████ | ██ |
| █ | ███ | ██ | █ |
| █ | ███ | ██ | █ |
| █ | ███ | ██ | █ |
| █ | ███ | █ | █ |

HIGHLY CONFIDENTIAL

8

| | | | |
|---|---|---|---|
| ■■ | ■■■ | ■■■ | ■■ |
| DTX182 | LIQ00576770 - LIQ00576818 | Yonsung Fine Chemicals Certificate of Analysis | A H NI O FL |
| DTX183 | LIQ00578562 - LIQ00578614 | Yonsung Fine Chemicals Certificate of Analysis | A H NI O FL |
| DTX184 | LIQ00578650 - LIQ00578818 | Yonsung Fine Chemicals Certificate of Analysis | A H NI O FL |
| ■■ | ■■■ | ■■■ | ■■ |
| DTX189 | LIQ00614240 - LIQ00614242 | L. Rubin email correspondence | F, H, FRE 403 |
| DTX190 | LIQ00618124 | L. Rubin email correspondence | F, H, FRE 403 |
| DTX191 | LIQ00618270 | L. Rubin email correspondence | F, H, FRE 403 |
| DTX192 | LIQ00621384 - LIQ00621399 | Tyvaso label (July 2009) | H A FN |
| DTX193 | LIQ00623136 - LIQ00623139 | B. Maynor email correspondence | F, H, O, FRE 403 |
| DTX194 | LIQ00630344 - L1000630408 | FDA Guidance for Industry - Metered Dose Inhaler (MDI) and Dry Powder Inhaler (DPI) Drug Products (October 1998) | A, H, R |
| DTX195 | LIQ00640898 - LIQ00640899 | L. Rubin email correspondence | F, H, FRE 403 |
| DTX196 | LIQ00704662 | L. Rubin email correspondence | F, H, FRE 403 |
| DTX197 | LIQ00737794 - LIQ00737803 | Benjamin W. Maynor, 21st Century Particle Engineering: Particle Design, Manufacture, and Scale-Up of PRINT® Technology, Respir. Drug. Delivery 1 (2018) | F, H, FRE 403 |
| DTX198 | LIQ00876253 - LIQ00876860 | Liquidia Month 2 Clinical Study Report for Study No. LTI-301 | H, R |
| DTX199 | LIQ00927520 | L. Rubin email correspondence | F, H, FRE 403 |
| ■■ | ■■■ | ■■■ | ■■ |
| DTX201 | LIQ02790995 - LIQ02791011 | LIQ861 Proposed Label (April 2021) | A |
| DT■ | ■■■ | ■■■ | ■■ |
| ■■ | ■■■ | ■■■ | ■■ |
| ■■ | ■■■ | ■■■ | ■■ |
| ■■ | ■■■ | ■■■ | ■■ |
| ■■ | ■■■ | ■■■ | ■■ |
| ■■ | ■■■ | ■■■ | ■■ |

HIGHLY CONFIDENTIAL

10

| | | | |
|---|---|---|---|
| ███ | ██████ | ████████████████████ | ████ |
| ██ | █████ | ████████████ | ██ |
| | ██ | ███████████ | |
| | | █████████ | |
| ███ | █████ | ██████████████ | |
| ███ | █████ | ██████████████ | ██ |
| ███ | █████ | ██████████████ | |
| ███ | █████ | ████████████████ | ██ |
| ██ | █████ | ███████████ | ██ |
| ██ | █████ | ████████████ | ██ |
| ███ | █████ | ████████████ | |
| ███ | █████ | ██████████████ | ███ |
| ██ | █████ | ███████████ | ██ |
| ███ | █████ | █████████ | ██ |
| ███ | █████ | █████████████ | ██ |
| ███ | █████ | ██████████████ | ██ |
| ██ | █████ | | ██ |
| DTX252 | LIQ02798824 – LIQ02798828 | S.C. Chattaraj, "Treprostinil sodium Pharmacia," Current Opinion in Investigational Drugs, 3(4):582-86 (Apr. 2002), https://pubmed.ncbi.nlm.nih.gov/12090728/ | FRE 106 |
| DTX253 | LIQ02798858 – LIQ02798884 | U.S. Patent No. 6,521,212 B1 | R |
| DTX254 | LIQ02799578 – LIQ02799644 | Patent Owner Preliminary Response (Paper 13), *Liquidia Technologies, Inc. v. United Therapeutics Corp.*, IPR2021-00406 (May 17, 2021) | BPRL, L, R, H |

HIGHLY CONFIDENTIAL

| DTX255 | LIQ02799801-LIQ02799844 | Decision Granting Institution of Inter Partes Review (Paper 18), in *Liquidia Technologies, Inc. v. United Therapeutics Corporation*, No. IPR2021-00406 | BPRL, L, R, H |
|---|---|---|---|
| DTX256 | LIQ02800592 - LIQ02800598 | Robert Voswinckel et al., Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension, 25 J. Eur. Soc. Cardiol. 22 (2004) | H |
| DTX257 | LIQ02800721 - LIQ02800723 | Robert Voswinckel et al., Pulmonary Arterial Hypertension: New Therapies, 110 J. Am. Heart. Assoc. 114 | H |
| DTX258 | LIQ02800724 - LIQ02800736 | Robert Moriarty et al., The Intramolecular Asymmetric Pauson–Khand Cyclization as a Novel and General Stereoselective Route to Benzindene Prostacyclins:  Synthesis of UT-15 (Treprostinil), 69 J. Org. Chem. 1890 (2004) | H |
| DTX259 | LIQ02800737 - LIQ02800742 | Robert Voswinckel et al., Inhaled Treprostinil for Treatment of Chronic Pulmonary Arterial Hypertension, 144 Ann. of Internal Med. 149 (2006) (stamped January 24, 2006) | MIL |
| DTX260 | LIQ02800743 – LIQ02800748 | Wiberg, K., Laboratory Technique in Organic Chemistry (1960) p.112 | FRE 106 |
| DTX261 | LIQ02800749 – LIQ02800764 | Hossein Ardeschir Ghofrani, Robert Voswinckel, et al., "Neue Therapieoptionen in der Behandlung der pulmonalarteriellen Hypertonie," 30(4) HERZ,  30(4):296–302 (June 2005) | MIL, FL |
| DTX262 | LIQ02800815 – LIQ02800823 | Ege, S., Organic Chemistry Second Edition, Ch. 14 Carboxylic Acids and Their Derivates I. Nucleophilic Substitution Reactions at the Carbonyl Group (1989) pp. 543-547 | FRE 106 |
| DTX263 | LIQ02801660 - LIQ02801843 | Corrected Transcript from the February 10, 2021 Deposition of Rodolfo Pinal, Ph.D., *Liquidia Technologies, Inc. v. United Therapeutics Corp.*, No. IPR2020-00770 (Liquidia Exhibit 1018) | H, R, Dep |
| DTX264 | LIQ02801844 - LIQ02801854 | Remodulin® 2004 Label | I H A BER FN F H FRE 1002 |
| DTX265 | LIQ02801855 – LIQ02802092 | Gao, K., "Synthesis of A-Galceramides, (-)-Treprostinil, and Design and Synthesis of Anti-Viral Agents," Thesis submitted as partial fulfillment of the requirements for the degree of Doctor Of Philosophy in Chemistry in the Graduate College of the University of Illinois at Chicago, 2006 | H |
| DTX266 | LIQ02802093 – LIQ02802114 | S.W. Stein, et al., "The History of Therapeutic Aerosols: A Chronological Review," Journal of Aerosol Medicine and Pulmonary Drug Delivery, 30(1):20-41 (2017) | H |
| DTX267 | LIQ02802115 – LIQ02802120 | Parks, B.W., et al., "Convenient Synthesis of 6,6-Bicyclic Malonamides: A New Class of Conformationally Preorganized Ligands for f-Block Ion Binding," J. Org. Chem., 71:9622-27 (2006) | H |
| DTX268 | LIQ02802121 - LIQ02802139 | A.R. Clark, Medical Aerosol Inhalers: Past, Present, and Future, 22 Aerosol Sci. & Tech. 374 (1995) | H |
| DTX269 | LIQ02802140 – LIQ02802150 | Hanessian, S., et al., "Structure-Based Organic Synthesis of a Tricyclic N-Malayamycin Analogue," J. Org. Chem., 71:9807-17 (2006) | H |

| DTX270 | LIQ02802151 - LIQ02802160 | Cheng-Huai Ruan et al., Prostacyclin Therapy for Pulmonary, 37 Texas Heart Institute Journal 391 (2010) | H |
|---|---|---|---|
| DTX271 | LIQ02802161 – LIQ02802171 | Frost, J.M., et al., "Synthesis and Structure – Activity Relationships of 3,8-Diazabicyclo[4.2.0]octane Ligands, Potent Nicotinic Acetylcholine Receptor Agonists," J. Med. Chem., 49:7843-53 (2006) | H |
| DTX272 | LIQ02802172 - LIQ02802177 | Dieter Walmrath et al., Direct Comparison of Inhaled Nitric Oxide and Aerosolized Prostacyclin in Acute Respiratory Distress Syndrome, 153 Am. J. Respir. Crit. Care Med. 991 (1996) | H |
| DTX273 | LIQ02802178 – LIQ02802187 | Regan, J., et al., "Quinol-4-ones as Steroid A-Ring Mimetics in Nonsteroidal Dissociated Glucocorticoid Agonists," J. Med. Chem., 49:7887-96 (2006) | H |
| DTX274 | LIQ02802188 - LIQ02802195 | Horst Olschewski et al., Inhaled Prostacyclin and Iloprost in Severe Pulmonary Hypertension Secondary to Lung Fibrosis, 160 Am. J. Respir. Crit. Care Med. 600 (1999) | H |
| DTX275 | LIQ02802204 - LIQ02802211 | Manon Hache et al., Inhaled epoprostenol (prostacyclin) and pulmonary hypertension before cardiac surgery, J. Thoracic Cardiovascular Surgery 642 (2003) | H |
| DTX276 | LIQ02802212 – LIQ02802215 | Mak, K.K.W., et al., "Mannich Reactions in Room Temperature Ionic Liquids (RTILs): An Advanced Undergraduate Project of Green Chemistry and Structural Elucidation," J. Chem. Ed., 83(6):943-46 (2006) | H |
| DTX277 | LIQ02802216 - LIQ02802225 | Charl J. De Wet et al., Inhaled prostacyclin is safe, effective, and affordable in patients with pulmonary hypertension, right heart dysfunction, and refractory hypoxemia after cardiothoracic surgery, 127 J. Thoracic & Cardiovascular Surgery 1058 (2004) | H |
| DTX278 | LIQ02802226 – LIQ02802258 | Supplemental Materials to Mak, K.K.W., et al., "Mannich Reactions in Room Temperature Ionic Liquids (RTILs): An Advanced Undergraduate Project of Green Chemistry and Structural Elucidation," J. Chem. Ed., 83(6):943-46 (2006) | A |
| DTX279 | LIQ02802259 - LIQ02802268 | John Denyer et al., The Adaptive Aerosol Delivery (AAD) Technology: Past, Present, and Future, 23 J. Aerosol Med. & Pulmonary Drug S1 (2010) | H |
| DTX280 | LIQ02802269 – LIQ02802271 | Baar, M.R., et al., "Enantiomeric Resolution of (±)-Mandelic Acid by (1R,2S)-(−)-Ephedrine," J. Chem. Ed., 82(7):1040-42 (2005) | H |
| DTX281 | LIQ02802272 - LIQ02802299 | U.S. Patent No. 6,242,482 | H |
| DTX282 | LIQ02802300 – LIQ02802304 | Supplemental Materials for Baar, M.R., et al., "Enantiomeric Resolution of (±)-Mandelic Acid by (1R,2S)-(−)-Ephedrine," J. Chem. Ed., 82(7):1040-42 (2005) | A |
| DTX283 | LIQ02802319 | Brigandi, L.M., et al., "Synthesis and Analysis of Copper Hydroxy Double Salts," J. Chem. Educ., 82(11):1662 (2005) | H |
| DTX284 | LIQ02802320 - LIQ02802334 | Ventavis® Label 2004 | A, H, R |
| DTX285 | LIQ02802335 – LIQ02802350 | Supplemental Material for Online Publication for Brigandi, L.M., et al., "Synthesis and Analysis of Copper Hydroxy Double Salts," J. Chem. Educ., 82(11):1662 (2005) | A |

| DTX286 | LIQ02802351 - LIQ02802357 | S.P. Newman, "Aerosols", Chapter from Encyclopedia of Respiratory Medicine pp. 58-64 (2006) | H |
|---|---|---|---|
| DTX287 | LIQ02802358 – LIQ02802364 | Hamilton, "Experiment #5: Resolution of (R,S)-1-Phenylethylamine via Diastereoisomer formation with (2R),(3R)-Tartaric Acid," Laboratory Manual for Chemistry 202, Organic Chemistry Laboratory I at Mount Holyoke College (2006) | A, H |
| DTX288 | LIQ02802365 - LIQ02802374 | David Geller, Comparing Clinical Features of the Nebulizer, Metered-Dose Inhaler, and Dry Powder Inhaler, 50 Respir. Care 1313 (2005) | H |
| DTX289 | LIQ02802375  – LIQ02802377 | Yadav, A concise and stereoselective synthesis of both enantiomers of altholactone and isoaltholactone, Tetrahedron Letters, 44:5831-5833 (2003) | H |
| DTX290 | LIQ02802389 – LIQ02802409 | Takadoi, M., et al., Synthetic studies of himbacine, a potent antagonist of the muscarinic M2 subtype receptor 1. Stereoselective total synthesis and antagonistic activity of enantiomeric pairs of himbacine and (2'S,6'R)-diepihimbacine, 4-epihimbacine, and novel himbacine congeners, Tetrahedron 58 (2002) 9903–23 | H |
| DTX291 | LIQ02802410 - LIQ02802423 | Joseph Rau, Determinants of Patient Adherence to an Aerosol Regimen, 50 Respir. Care 1346 (2005) | H |
| DTX292 | LIQ02802424 – LIQ02802442 | Berge, S.M., et al., "Pharmaceutical Salts," J. Pharm. Scis., 66(1):1-19 (1977) | H |
| DTX293 | LIQ02802443 - LIQ02802451 | David Geller et al., Bolus Inhalation of rhDNase with the AERx System in Subjects with Cystic Fibrosis, 16 J. Aerosol Med. 175 (2003) | H |
| DTX294 | LIQ02802452 – LIQ02802478 | Excerpts from Loewenthal, H.J.E., et al., A Guide for the Perplexed Organic Experimentalist, Chapter 4: Running Small-scale Reactions in the Research Laboratory, pp. 87-119, 2d ed. (1990) | FRE 106 |
| DTX295 | LIQ02802484 – LIQ02802586 | Heidelberger, M., An Advanced Laboratory Manual of Organic Chemistry (1928) | H |
| DTX296 | LIQ02802587 – LIQ02802780 | IPR2021-00406, Ex. 1036 (Dr. Hall-Ellis Declaration) | H, R |
| DTX297 | LIQ02802712 – LIQ02802718 | Abstract Supplement August/September 2004, 25 EUROPEAN HEART J. (Suppl.) (Sept. 1, 2004) | H |
| DTX298 | LIQ02802737 – LIQ02802741 | Staff details – Circulation : the Journal of the American Heart Association, University of Wisconsin – Madison Libraries (Jan. 3, 2021), https://search.library.wisc.edu/catalog/999482509302121/staff | R |
| DTX299 | LIQ02802743 | Subject heading sh85020214 MARC Display, LIBRARY OF CONG. AUTH. (Jan. 3, 2021), https://authorities.loc.gov/cgi-bin/Pwebrecon.cgi?AuthRecID=4672779&v1=1&HC=10&SEQ=20210103194422&PID=mxxSwvauLaFvd-g8tLJ-K4oN7VnO | R |
| DTX300 | LIQ02802745 – LIQ02802746 | Subject heading sh85124175 MARC Display, LIBRARY OF CONG. AUTH. (Jan. 3, 2021), https://authorities.loc.gov/cgi-bin/Pwebrecon.cgi?AuthRecID=4773191&v1=1&HC=19&SEQ=20210103194603&PID=xlo67av0VlT49f5D7VnfpvjktLJG | R |

| DTX301 | LIQ02802748 | Subject heading sh2009126258 MARC Display, LIBRARY OF CONG. AUTH. (Jan. 3, 2021), https://authorities.loc.gov/cgi-bin/Pwebrecon.cgi?AuthRecID=8068195&v1=1&HC=1&SEQ=20210103195016&PID=HsQEM3xAg8BXeqz9qzH63-q6r1 | R |
| DTX302 | LIQ02802750 – LIQ02802751 | MARC Record for OCLC 1554748, OCLC BIBLIOGRAPHIC DATABASE | R |
| DTX303 | LIQ02802753 | Subject heading sh2008117649 MARC Display, LIBRARY OF CONG. AUTH. (Jan. 3, 2021), https://authorities.loc.gov/cgi-bin/Pwebrecon.cgi?AuthRecID=7518214&v1=1&HC=1&SEQ=20211209162331&PID=AYQzUcKIVM_Bumi0JhcmmqOWaydIH | R |
| DTX304 | LIQ02802755 – LIQ02802756 | Subject heading sh 85020226 MARC Display, LIBRARY OF CONG. AUTH. (Jan. 3, 2021), https://authorities.loc.gov/cgi-bin/Pwebrecon.cgi?AuthRecID=4672791&v1=1&HC=7&SEQ=20211209162547&PID=NKSejWeSpyZwh69Cw9RzzLdDBc23e | R |
| DTX305 | LIQ02802758 – LIQ02802759 | Subject heading sh 85099890 MARC Display, LIBRARY OF CONG. AUTH. (Jan. 3, 2021), https://authorities.loc.gov/cgi-bin/Pwebrecon.cgi?AuthRecID=4749694&v1=1&HC=238&SEQ=20211209163134&PID=NKsxD2eSi-1ZannEMmuuaMrDJzedQ | R |
| DTX306 | LIQ02802761 – LIQ02802762 | Subject heading sh 85063723 MARC Display, LIBRARY OF CONG. AUTH. (Jan. 3, 2021), https://authorities.loc.gov/cgi-bin/Pwebrecon.cgi?AuthRecID=4714924&v1=1&HC=9&SEQ=20211209163432&PID=AYnRV61CPPzkGqueA_Pg3sE7tgaTL | R |
| DTX307 | LIQ02802764 – LIQ02802765 | European Heart Journal MARC Records, UNIV. IOWA LIBRARIES | R |
| DTX308 | LIQ02802767 – LIQ02802768 | MARC Record for OCLC 5585193, OCLC BIBLIOGRAPHIC DATABASE | R |
| DTX309 | LIQ02802781 – LIQ02802793 | 2006 Product Information for Remodulin® | A H O |
| DTX310 | LIQ02802827 – LIQ02802830 | Hawley's Condensed Chemical Dictionary – definition of "chiral" | H |
| DTX311 | LIQ02802831 - LIQ02802839 | Paul Atkins, Dry Powder Inhalers: An Overview, 50 Respir. Care 1304 (2005) | H |
| DTX312 | LIQ02802925 - LIQ02802944 | HW Frijlink et al., Dry powder inhalers for pulmonary drug delivery, 1 Expert Opin. Drug. Deliv. 67 (2004) | H |
| DTX313 | LIQ02802950 - LIQ02802960 | N. Y.K. Chew and H.K. Chan, Pharmaceutical Dry Powder Aerosol Delivery, 19 KONA 46 (2001) | H |
| DTX314 | LIQ02803052 – LIQ02803100 | 2009 Tyvaso® Label | H A |
| DTX315 | LIQ02803468 – LIQ02803471 | Japanese Patent App. No. 56-122328A to Kawakami, et al. | FRE 106 |
| DTX316 | LIQ02803472 - LIQ02803476 | Marius M. Hoeper Long-Term Treatment of Primary Pulmonary Hypertension, 342 N. Eng. J. Med. 1866 (2000) | H |
| DTX317 | LIQ02803477 - LIQ02803484 | English translation of Japanese Patent App. No. 56-122328A to Kawakami, et al. | H |
| DTX318 | LIQ02803485 - LIQ02803486 | Dieter Walmrath et al., Aerosolised prostacyclin in adult respiratory distress syndrome, 342 The Lancet 961 (1993) | H |
| DTX319 | LIQ02803487 – LIQ02803488 | September 22, 2015 Translator's Declaration re Japanese-to-English translation of Japanese Patent App. No. 56-122328A to Kawakami, et al. | A, H, R |

| DTX320 | LIQ02803492 – LIQ02803494 | Declaration of James Dowdle Under 37 C.F.R. § 42.63(b) re English translation of Japanese Patent App. No. 56-122328A to Kawakami, et al. | A, H, R |
|---|---|---|---|
| DTX321 | LIQ02803495 - LIQ02803496 | Pulmozyme® Label | A |
| DTX322 | LIQ02803497 - LIQ02803501 | Declaration of Boris Levine Under 37 C.F.R. § 42.63(b) re English translation of Japanese Patent App. No. 56-122328A to Kawakami, et al. | A, H, R |
| DTX323 | LIQ02803502 - LIQ02803512 | Harrison W. Farber et al., Mechanisms of Disease, Pulmonary Arterial Hypertension, 351 N. Eng. J. Med. 1655 (2004) | H |
| DTX324 | LIQ02803517 - LIQ02803528 | Lewis J. Rubin et al., Evaluation and Management of the Patient with Pulmonary Arterial Hypertension, 143 Ann. Intern. Med. 282 (2005) | H |
| DTX325 | LIQ02803529 - LIQ02803552 | Flolan® Label | A |
| DTX326 | LIQ02803702 - LIQ02803706 | Igor Gonda, A semi-empirical model of aerosol deposition in the human respiratory tract for mouth inhalation, 33 J. Pharm. Pharmocol. 692 (1981) | H |
| DTX327 | LIQ02803754 | Igor Gonda, Study of the Effects of Polydispersity of Aerosols on Deposition in the Respiratory Tract, J. Pharm. Pharmocol 52P (1981) | H |
| DTX328 | LIQ02803802 - LIQ02803820 | Martin J. Telko & Anthony J. Hickey, Dry Powder Inhaler Formulation, 50 Respir. Care 1209 (2005) | H |
| DTX329 | LIQ02803821 - LIQ02803823 | Aradigm Press Release - Aradigm Corporation and United Therapeutics Corporation Sign Developmental and Commercialization Agreement Targeting Pulmonary Hypertension (Oct. 24, 2005) | H |
| DTX330 | LIQ02803824 - LIQ02803837 | Jochen Zieger et al., Comparison of Cascade Impaction and Laser Diffraction for Particle Size Distribution Measurements, 18 J. Aerosol Med. (2005) | H |
| DTX331 | LIQ02803838 – LIQ02803845 | T.D. Nauser, "Pulmonary Hypertension: New Perspectives," CHF, 9:155-62 (2003) | H |
| DTX332 | LIQ02803846 - LIQ02803858 | Gary Pitcairn et al., Deposition of Corticosteroid Aerosol in the Human Lung by Respimat® Soft Mist™ Inhaler Compared to Deposition by Metered Dose Inhaler or by Turbuhaler® Dry Powder Inhaler, 18 J. Aerosol Med. 264 (2005) | H |
| DTX333 | LIQ02803859 - LIQ02803867 | R. Dalby et al., A review of the development of Respimat® Soft Mist™ Inhaler, Int'l J. Pharmaceutics 1-9 (2004) | H |
| DTX334 | LIQ02803868 - LIQ02803873 | T. Gessler et al. Ultrasonic versus jet nebulization of iloprost in severe pulmonary hypertension," 17 Eur. Respir. J. 14 (2001) | H |
| DTX335 | LIQ02803874 - LIQ02803910 | Myrna Dolovich et al., Device Selection and Outcomes of Aerosol Therapy: Evidence-Based Guidelines, 127 Chest 335 (2005) | H |
| DTX336 | LIQ02803911 - LIQ02803918 | Horst Olschewski et al., Inhaled Iloprost for Severe Pulmonary Hypertension, 347 N. Eng. J. Med. 322 (2002) | H |
| DTX337 | LIQ02803919 - LIQ02803920 | AccuNeb® Label | H |
| DTX338 | LIQ02803921 – LIQ02803932 | P.J. Anderson, "History of Aerosol Therapy: Liquid Nebulization to MDIs to DPIs," Respiratory Care 50(9): 1139-49 (2005) | H |
| DTX339 | LIQ02803933 – LIQ02803937 | J-L Vachiéry, et al., "Transitioning From IV Eoprostenol to Subcutaneous Treprostinil in Pulmonary Arterial Hypertension," CHEST, 121:1561-65 (2002) | H |

| DTX340 | LIQ02803961 - LIQ02803970 | Richard Beasley et al., Preservatives in Nebulizer Solutions: Risks without Benefit, 18 Pharmacotherapy 130 (1998) | H |
| DTX341 | LIQ02803971 - LIQ02803978 | Charles Prober et al., Technical Report: Precautions Regarding the Use of Aerosolized Antibiotics, 106 Pediatrics 1 (2000) | H |
| DTX342 | LIQ02804016 - LIQ02804032 | Orenitram Label | FN, H |
| DTX343 | LIQ02804042 – LIQ02804044 | M.P. Boyle, "So Many Drugs, So Little Time. The Future Challenge of Cystic Fibrosis Care," CHEST, 123(1):3-5 (2003) | H |
| DTX344 | LIQ02804061 – LIQ02804072 | Hill, N.S., et al., "Inhaled Therapies for Pulmonary Hypertension," Respiratory Care, 60(6):794-805 (2015) | H |
| DTX345 | LIQ02804087 – LIQ02804103 | Ventavis® Label 2005 | H |
| DTX346 | LIQ02804104 – LIQ02804108 | Ventavis Physician's Desk Reference | H |
| DTX347 | LIQ02804109 - LIQ02804125 | Hossein A. Ghofrani et al., Neue Therapieoptionen in der Behandlung der pulmonalarteriellen Hypertonie, 30 Herz 296 (2005) (Certified English Translation) | H, MIL |
| DTX348 | LIQ02804126 – LIQ02804176 | Translation of OptiNeb® User Manual 2005 | FN |
| DTX349 | LIQ02804177 – LIQ02804212 | Affidavit of Christopher Butler Dating OptiNeb® User Manual 2005 | A, H, O |
| DTX350 | LIQ02811732 – LIQ02811914 | Stahl, P. H., & Wermuth, C. G. (Eds.)Handbook of Pharmaceutical Salts (1st ed.). Weinheim, Germany: Wiley-VCH, pp. 1-7, 41-81, 135-220, 259-63 (2002) | FRE 106 |
| DTX351 | LIQ02811915 – LIQ02811922 | Batra, H., et al., Crystallization Process Development for a Stable Polymorph of Treprostinil Diethanolamine (UT-15C) by Seeding, Org. Proc. Res. Dev., 13, 242-49 (2009) | O |
| DTX352 | LIQ02812888 – LIQ02813152 | Prosecution History of U.S. Patent Application No. 13/933,623 | H R |
| DTX353 | LIQ02813816 – LIQ02813836 | Declaration of Aaron Waxman (UTC EX2001), *Liquidia Technologies, Inc. v. United Therapeutics Corp.*, IPR2021-00406 (May 17, 2021) | H, Dep, R |
| DTX354 | LIQ02814447 - LIQ02814453 | Rubin Consulting Agreement with Liquidia Technologies, Inc. (March 2019) | FN, A |
| DTX355 | LIQ02814454 - LIQ02814460 | Rubin Consulting Agreement with Liquidia Technologies, Inc. (Sept 2018) | FN, A |
| DTX356 | LIQ02814461 - LIQ02814485 | Afrezza® Label | FN |
| DTX357 | LIQ02814486 – LIQ02814492 | R.L. Benza and J.A. Tallaj, "Pulmonary Hypertension Out of Proportion to Left Heart Disease," Advances in Pulmonary Hypertension 5(1):21-29 (Jan. 2006) | H |
| DTX358 | LIQ02814493 – LIQ02814503 | Califf et al., "A randomized controlled trial of epoprostenol therapy for severe congestive heart failure: The Flolan International Randomized Survival Trial (FIRST)," Am. Heart J. 134(1):44-54 (July 1997) | H |
| DTX359 | LIQ02814504 - LIQ02814516 | D.C. Cipolla et al., Assessment of aerosol delivery systems for recombinant human deoxyribonuclease, 4 S.T.P. Pharma Sciences 50 (1994) | H |
| DTX360 | LIQ02814517 - LIQ02814528 | A. R. Clark et al., The Relationship Between Powder Inhaler Resistance and Peak Inspiratory Conditions in Healthy Volunteers—Implications for In Vitro Testing, 6 J. Aerosol Med. 99 (1993) | H |
| DTX361 | LIQ02814529 – LIQ02814549 | Orenitram® 2013 Label | A |

| DTX362 | LIQ02814550 - LIQ02814562 | J. Denyer et al., Adaptive Aerosol Delivery (AAD®) technology, 1 Expert Opin. Drug Deliv. 165 (2004) | H |
| DTX363 | LIQ02814563 – LIQ02814571 | M. Guazzi and N. Galiè, "Pulmonary Hypertension in Left Heart Disease," Eur. Respiratory Rev. 21: 338-346 (2012) | H |
| DTX364 | LIQ02814572 - LIQ02814593 | Igor Gonda, Physico-chemical principles in aerosol delivery, Topics in Pharmaceutical Sciences 95 (1991) | H |
| DTX365 | LIQ02814594  – LIQ02814605 | M. Humbert, O. Sitbon, and G. Simonneau, "Treatment of Pulmonary Arterial Hypertension," N. Engl. J. Med. 351:1425-36 (2004) | H |
| DTX366 | LIQ02814606 – LIQ02814621 | Tyvaso® 2009 Label | A |
| DTX367 | LIQ02814622 – LIQ02814682 | Letairis® 2007 Label | A |
| DTX368 | LIQ02814683 – LIQ02814689 | E. Kaluski et al., RITZ-5: "Randomized Intravenous TeZosentan (an Endothelin-A/B Antagonist for the Treatment of Pulmonary Edema," J. Am. Coll. Cardiology 41(2):204-210 (Jan. 15, 2003) | H |
| DTX369 | LIQ02814716 - LIQ02814717 | Liquidia Press Release - Liquidia Submits New Drug Application for LIQ861 (treprostinil) inhalation powder to U.S. Food and Drug Administration for the Treatment of Pulmonary Arterial Hypertension (PAH) (Jan. 27, 2020) | H |
| DTX370 | LIQ02814718 - LIQ02814719 | MannKind Press Release - MannKind and United Therapeutics Achieve a Major Milestone in the Development of Tyvaso DPI™ With New Drug Application Acceptance from the FDA (June 16, 2021) | R, P |
| DTX371 | LIQ02814720 - LIQ02814720 | MannKind Press Release - MannKind Opens Enrollment of Phase 1 Trial of Treprostinil Technosphere for Pulmonary Arterial Hypertension (March 1, 2018) | R, P |
| DTX372 | LIQ02814721 - LIQ02814722 | MannKind Press Release - MannKind Successfully Completes Phase 1 Trial of Treprostinil Technosphere for Pulmonary Arterial Hypertension Advancing Development to Next Phase (June 7, 2018) | R, P |
| DTX373 | LIQ02814723 – LIQ02814740 | Adcirca® 2009 Label | A |
| DTX374 | LIQ02814741 – LIQ02814755 | V. V. McLaughlin and M. D. McGoon, "Pulmonary Arterial Hypertension," Circulation 114: 1417-1431 (2006) | H |
| DTX375 | LIQ02814756 – LIQ02814766 | McMurray et al., "Effects of Tezosentan on Symptoms and Clinical Outcomes in Patients with Acute Heart Failure," JAMA 298(17):2009-19 (Nov. 7, 2007) | H |
| DTX376 | LIQ02814767 - LIQ02814801 | NDA No. 22-387 Chemistry Review | FRE 106 |
| DTX377 | LIQ02814802 - LIQ02814804 | New form of insulin can be inhaled rather than injected, American Chemical Society, https://www.acs.org/content/acs/en/pressroom/newsreleases/2010/march/new-form-of-insulin-can-be-inhaled.html (Mar. 23, 2010) | H |
| DTX378 | LIQ02814817 - LIQ02814830 | Christopher O'Callaghan et al., The science of nebulized drug delivery, 52 Thorax S31 (1997) | H |
| DTX379 | LIQ02814831 – LIQ02814858 | Adempas® 2013 Label | A |
| DTX380 | LIQ02814859 – LIQ02814880 | Opsumit® 2013 Label | A |
| DTX381 | LIQ02814881 - LIQ02814888 | Q1 2016 MannKind Corp. Earnings Call transcript | R, P |

| DTX382 | LIQ02814889 - LIQ02814896 | Q3 2018 Liquidia Technologies Inc. Earnings Call transcript | R, ARG, Expert, FRE 403, S |
|---|---|---|---|
| DTX383 | LIQ02814897 – LIQ02814903 | L.J. Rose-Jones and V. V. McLaughlin, "Pulmonary Hypertension: Types and Treatments," Curr. Cardiology Revs. 11: 73-79 (2015) | H |
| DTX384 | LIQ02814904 – LIQ02814913 | S.A. van Wolferen, et al., "Diagnosis and Management of Pulmonary Hypertension over the past 100 Years," Respiratory Medicine 101: 389-398 (2000) | H |
| DTX385 | LIQ02814914 – LIQ02814921 | G. Simmoneau, et al., "Clinical Classification of Pulmonary Hypertension," J. Am. College of Cardiology 43: 5S-12S (2004) | H |
| DTX386 | LIQ02814922 – LIQ02814934 | G. Simmoneau, et al., "Haemodynamic definitions and updated clinical classification of pulmonary hypertension," Eur. Respir. J. 53: 1801913 (2019) | H |
| DTX387 | LIQ02814935 - LIQ02814937 | M. Thomas et al., Are outcomes the same with all dry powder inhalers?, 59 Int. J. Clin. Pract. 33 (2005) | H |
| DTX388 | LIQ02814951 - LIQ02814965 | "Tyvaso (Treprostinil) Inhalation Solution Prescription Label Revised 2021." FDA, March 31, 2021. https://www.accessdata.fda.gov/drugsatfda_docs/label/2021/022387s017lbl.pdf | 402 |
| DTX389 | LIQ02814966 - LIQ02814967 | MannKind Press Release - United Therapeutics and MannKind Announce Collaboration for Pulmonary Arterial Hypertension Products (Sept. 4, 2018 ) | R, P |
| DTX390 | LIQ02814968 - LIQ02815041 | U.S. Patent No. 10,744,280 | R |
| DTX391 | LIQ02815042 - LIQ02815071 | International Patent Publication No. WO 2019/237028 | R, P |
| DTX392 | LIQ02815072 - LIQ02815136 | Ventavis® EU Summary of Product Characteristics | A |
| DTX393 | LIQ02815137 – LIQ02815146 | R. Voswinckel, et al., "Favorable Effects of Inhaled Treprostinil in Severe Pulmonary Hypertension," J. Am. Coll. Cardiology 48: 1672-1681 (2006) | H |
| DTX394 | LIQ02815147 – LIQ02815162 | Lehman, J.W., Microscale Operational Organic Chemistry, A Problem-Solving Approach to the Laboratory Course (2004) | FRE 106 |
| DTX395 | LIQ02815163 – LIQ02815169 | Remenar, J.F., et al., Salt Selection and Simultaneous Polymorphism Assessment via High-Throughput Crystallization: The Case of Sertraline, Organic Process Research & Development, 7:990-996 (2003) | Q |
| DTX396 | LIQ02815170 – LIQ02815192 | Zubrick, J.W., The Organic Chem Lab Survival Manual, A Student's Guide to Techniques (3d ed. 1984) | FRE 106 |
| DTX397 | LIQ02815193 - LIQ02815196 | Dan Stanton, "Unshackled" from Sanofi, MannKind turns to Technosphere and Twitter, Outsourcing-Pharma, https://www.outsourcing-pharma.com/Article/2016/01/14/Unshackled-from-Sanofi-MannKind-turns-to-Technosphere-and-Twitter (Jan. 14, 2016) | R, P |
| DTX398 | LIQ02815252 - LIQ02815265 | E. Gabbay, et al., "Pulmonary arterial hypertension (PAH) is an uncommon cause of pulmonary hypertension (PH) in an unselected population: The Armadale echocardiography study," Am. J. Respir. Med. 175:A713 (2007) | H |

HIGHLY CONFIDENTIAL

| | | | |
|---|---|---|---|
| ███ | ███ | ███ | ██ |
| DTX408 | LIQ02818821 – LIQ02818855 | Tentative Approval Letter for New Drug Application No. 213005 (Nov. 5, 2021), including Nov. 2021 YUTREPIATM Proposed Label and Nov. 2021 YUTREPIATM Instructions for Use | A, H, R |
| ███ | ███ | ███ | ███ |
| DTX417 | LIQ02819169 – LIQ02819181 | N.S. Hill et al., "A Phase 3, Open-Label, Multicenter Study to Evaluate the Long-Term Safety and Tolerability of Inhaled LIQ861 (Treprostinil) in Pulmonary Arterial Hypertension (WHO Group 1) Patients – Month 2 Outcomes. INSPIRE: Investigation of the Safety and Pharmacology of Dry Powder Inhalation of Treprostinil," ISHLT Annual Meeting (Apr. 30, 2020) | H |
| DTX418 | LIQ02819182 – LIQ02819183 | Liquidia Press Release - Liquidia Releases Final LIQ861 Results from Pivotal Phase 3 INSPIRE Study in Patients with Pulmonary Arterial Hypertension (Apr. 30, 2020) | H |
| DTX419 | LIQ02819184 | Hill et al., "INSPIRE: A Phase 3 Open-Label, Multicenter Study to Evaluate the Safety and Tolerability of LIQ861 in Pulmonary Arterial Hypertension (PAH) – Exploratory Efficacy Endpoints Analysis at Month 2" [Poster], American Thoracic Society Annual Meeting – Virtual (Aug. 5, 2020) | H |
| DTX420 | LIQ02819185 – LIQ02819186 | Liquidia Press Release - Liquidia Releases Exploratory Endpoint Data from INSPIRE Study at the American Thoracic Society (ATS) Annual Meeting (Aug. 5, 2020) | H |
| DTX421 | LIQ02819187 – LIQ02819194 | ClinicalTrials.gov Identifier NCT03399604 for LTI-301, https://clinicaltrials.gov/ct2/show/NCT03399604 | H |

HIGHLY CONFIDENTIAL

| DTX422 | LIQ02819195 – LIQ02819214 | U.S. Dept. of Health and Human Services, Guidance for industry: patient-reported outcome measures: use in medical product development to support labeling claims: draft guidance, Health and Quality of Life Outcomes, 4:79 (Oct. 11, 2006) | H |
| DTX423 | LIQ02819215 – LIQ02819216 | Liquidia Press Release - FDA Grants Tentative Approval for Liquidia's YUTREPIA™ (Treprostinil) Inhalation Powder (Nov. 8, 2021) | H, FN |
| DTX424 | LIQ02819217 – LIQ02819219 | Hendrickson, J., et al., Organic Chemistry (3d ed. 1970) | H, I |
| DTX425 | LIQ02819220 – LIQ02819221 | N.S. Hill et al., INSPIRE: Final Results from a Phase 3, Open-Label, Pivotal Study to Evaluate the Safety and Tolerability of LIQ861 in Pulmonary Arterial Hypertension, Journal of Heart and Lung Transplantation, 39(4):S17-S18, Abstract 14 (April 1, 2020) | H |
| DTX426 | LIQ02819222 – LIQ02819229 | M.M. Hoeper et al., End Points and Clinical Trial Designs in Pulmonary Arterial Hypertension, JACC 43(12):48S-55S (June 18, 2004) | H |
| DTX427 | LIQ02819248 – LIQ02819250 | Liquidia.com, Pipeline and Products Publications, https://www.liquidia.com/products-and-pipeline/publications | H |
| DTX428 | LIQ02819251 – LIQ02819254 | Roberts, J., et al., Basic Principles of Organic Chemistry (1964) | H, I |
| DTX429 | LIQ02819264 – LIQ02819267 | United Therapeutics Press Release - United Therapeutics Announces FDA Approval and Launch of Tyvaso® for the Treatment of Pulmonary Hypertension Associated with Interstitial Lung Disease (Apr. 1, 2021) | H |
| DTX430 | LIQ02819268 – LIQ02819285 | C.E. Ventetuolo, Are Hemodynamics Surrogate Endpoints in Pulmonary Arterial Hypertension, Circulation 130(9):768-755 (Aug. 26, 2014) | H |
| DTX431 | LIQ02819289 | Audio recording of ISHLT Presentation No. 14 – INSPIRE: Final Results from a Phase 3, Open-Label, Pivotal Study to Evaluate the Safety and Tolerability of LIQ861 in Pulmonary Arterial Hypertension (Apr. 22, 2020), https://cslide-us.ctimeetingtech.com/ishlt40th/attendee/eposter/poster/310 | H |
| DTX432 | LIQ02819290 - LIQ02819297 | FDA Warning Letter to Mylan Pharmaceuticals, Inc. (Nov. 9, 2018) | R |
| DTX433 | LIQ02819298 - LIQ02819300 | FDA Warning Letter No. 320-18-14 to Shanwei Honghui Daily Appliance Co., Ltd. (Dec. 4, 2017) | R |
| DTX434 | LIQ02819301 - LIQ02819302 | N.S. Hill et al., INSPIRE: Final Results from a Phase 3, Open-Label, Pivotal Study to Evaluate the Safety and Tolerability of LIQ861 in Pulmonary Arterial Hypertension, Journal of Heart and Lung Transplantation, 39(4):S17-S18 (April 1, 2020) | H |
| DTX435 | LIQ02819303 - LIQ02819307 | JHLTOnline.org, Table of Contents for Volume 39(4), Supplement, S1-S550, https://www.jhltonline.org/issue/S1053-2498(19)X0015-7 | H |

| DTX436 | LIQ02819308 - LIQ02819313 | Robert Voswinckel, Beate Enke, Andre Kreckel, Frank Reichenberger, Stefanie Krick, Henning Gall, Tobias Gessier, Thomas Schmehl, Markus G. Kohstall, Friedrich Grimminger, Hossein A. Ghofrani, Werner Seeger, and Horst Olschewski, Abstract 1414: "Inhaled Treprostinil Sodium (TRE) for the Treatment of Pulmonary Hypertension," Abstracts from the 2004 Scientific Sessions of the American Heart Association, Circulation, 110(17 Suppl.):III-295 (October 26, 2004) from the British Library (stamped on 11/19/2004) | H |
| DTX437 | LIQ02819314 - LIQ02819323 | Robert Voswinckel, Beate Enke, Andre Kreckel, Frank Reichenberger, Stefanie Krick, Henning Gall, Tobias Gessier, Thomas Schmehl, Markus G. Kohstall, Friedrich Grimminger, Hossein A. Ghofrani, Werner Seeger, and Horst Olschewski, Abstract 1414: "Inhaled Treprostinil Sodium (TRE) for the Treatment of Pulmonary Hypertension," Abstracts from the 2004 Scientific Sessions of the American Heart Association, Circulation, 110(17 Suppl.):III-295 (October 26, 2004) from the Library of Congress (stamped on 10/2004) | H |
| DTX438 | LIQ02819324 - LIQ02819340 | Robert Voswinckel, Beate Enke, Andre Kreckel, Frank Reichenberger, Stefanie Krick, Henning Gall, Tobias Gessier, Thomas Schmehl, Markus G. Kohstall, Friedrich Grimminger, Hossein A. Ghofrani, Werner Seeger, and Horst Olschewski, Abstract 1414: "Inhaled Treprostinil Sodium (TRE) for the Treatment of Pulmonary Hypertension," Abstracts from the 2004 Scientific Sessions of the American Heart Association, Circulation, 110(17 Suppl.):III-295 (October 26, 2004) from the Lane Medical Library at Stanford University (stamped on 11/11/2004) | H |
| DTX439 | LIQ02819341 - LIQ02819347 | Robert Voswinckel, Beate Enke, Andre Kreckel, Frank Reichenberger, Stefanie Krick, Henning Gall, Tobias Gessier, Thomas Schmehl, Markus G. Kohstall, Friedrich Grimminger, Hossein A. Ghofrani, Werner Seeger, and Horst Olschewski, Abstract 1414: "Inhaled Treprostinil Sodium (TRE) for the Treatment of Pulmonary Hypertension," Abstracts from the 2004 Scientific Sessions of the American Heart Association, Circulation, 110(17 Suppl.):III-295 (October 26, 2004) from the University of California Davis Medical Library (stamped on 11/26/2004) | H |
| DTX440 | LIQ02819348 – LIQ02819353 | Abstracts from Scientific Sessions 2004, 110 CIRCULATION (SUPPL. 17) (Oct. 26, 2004) | A, H |
| DTX441 | LIQ02819354 – LIQ02819364 | CIRCULATION, http://circ.ahajournals.org (Nov. 30, 2004), https://web.archive.org/web/20041130084648/http://circ.ahajournals.org:80/ | A, H, R |
| DTX442 | LIQ02819365 – LIQ02819381 | Affidavit of Duncan Hall, December 7, 2021 | A, H |
| DTX443 | LIQ02819382 – LIQ02819383 | Seema Rampersad, Declaration of Public Availability, BRITISH LIBRARY RESEARCH SERV. (Dec. 4, 2021) | A, H, R |
| DTX444 | LIQ02819384 – LIQ02819402 | PubMed search results | A, H, R, NI |

| DTX445 | LIQ02819403 - LIQ02819416 | Roxana Sulica & Michael Poon, Medical therapeutics for pulmonary arterial hypertension: from basic science and clinical trial design to evidence-based medicine, 3 EXPERT REV. CARDIOVASCULAR THERAPY 347-360 (2005) | H |
| DTX446 | LIQ02819417 – LIQ02819422 | PubMed search results | A, H, R, NI |
| DTX447 | LIQ02819423 - LIQ02819434 | Voswinckel, R., et al., Abstract 218: "Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension," European Heart Journal 25:22 (2004) from the University of Washington Health Sciences Libraries (stamped on 11/16/2004) | H |
| DTX448 | LIQ02819435 - LIQ02819441 | Voswinckel, R., et al., Abstract 218: "Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension," European Heart Journal 25:22 (2004) from the British Library (stamped on 9/27/2004) | H |
| DTX449 | LIQ02819442 - LIQ02819451 | European Heart Journal 25 Abstract Supplement (2004), stamped on 11/16/2004 by the University of Washington Health Sciences Library, Index of Topics | H |
| DTX450 | LIQ02819452 – LIQ02819453 | Seema Rampersad, Declaration of Public Availability, BRITISH LIBRARY RESEARCH SERV. (Dec. 4, 2021) | A, H, R |
| DTX451 | LIQ02819454 – LIQ02819461 | Web of Science search results | A, H, R, NI |
| DTX452 | LIQ02819462 – LIQ02819470 | Hossein A. Ghofrani et al., Neue Therapieoptionen in der Behandlung der pulmonalarteriellen Hypertonie, 30(4) HERZ 296-301 (June 2005) | MIL, C |
| DTX453 | LIQ02819471 – LIQ02819477 | PubMed search results | R, FN, FRE 403 |
| DTX454 | LIQ02819478 – LIQ02819480 | Anslyn and Dougherty, MODERN PHYSICAL ORGANIC CHEMISTRY, p. 79 (2006) | H, I |
| DTX455 | LIQ02819481 - LIQ02819504 | Sonali S. Bharate et al., Interactions and incompatibilities of pharmaceutical excipients with active pharmaceutical ingredients: a comprehensive review, 1 J. Excipients & Food Chem. 3 (2010) | H, I |
| DTX456 | LIQ02819505 - LIQ02819508 | N.M. Byrne et al., Comparison of lung deposition of colomycin using the HaloLite and the Pari LC Plus nebulisers in patients with cystic fibrosis, 88 Arch. Dis. Child 715 (2003) | H |
| DTX457 | LIQ02819509 - LIQ02819517 | Hak-Kim Chan & Igor Gonda, Solid State Characterization of Spray-Dried Powders of Recombinant Human Deoxyribonuclease (RhDNase), 87 J. Pharm. Sci. 647 (1998) ("Chan & Gonda 1998") | H |
| DTX458 | LIQ02819518 - LIQ02819526 | Henry Chrystyn et al., Effect of inhalation profile and throat geomatry on predicted lung deposition of budesonide and formoterol (BF) in COPD: An in-vitro comparison of Spiromax and Turbuhaler, 491 Int'l J. Pharmaceutics 268 (2015) | H |
| DTX459 | LIQ02819534 - LIQ02819544 | Renishkumar R. Delvadia et al., In Vitro Tests of Aerosol Deposition. IV: Simulating Variations in Human Breathing Profiles for Realistic DPI Testing, 29 J. Aerosol Med. & Pulmonary Drug Delivery 196 (2016) | H |

| DTX460 | LIQ02819545 | MARC record for Circulation from the British Library | FN |
|---|---|---|---|
| DTX461 | LIQ02819546 – LIQ02819552 | MARC record for Circulation from the Library of Congress | FN |
| DTX462 | LIQ02819553 – LIQ02819554 | MARC record for Circulation from Lane Medical Library, Stanford University Medical Center | FN |
| DTX463 | LIQ02819555 | MARC record for Circulation from the University of California Davis Health Sciences Library | FN |
| DTX464 | LIQ02819556 – LIQ02819558 | Detailed record for the European Heart Journal from the University of Washington Health Sciences Libraries | FN |
| DTX465 | LIQ02819559 – LIQ02819563 | MARC record for the European Heart Journal from the Ebling Library for the Health Sciences at the University of Wisconsin – Madison | FN |
| DTX466 | LIQ02819564 – LIQ02819565 | MARC record for the European Heart Journal from the University of California Davis Health Sciences Library | FN |
| DTX467 | LIQ02819566 - LIQ02819589 | Exubera® Label (Jan. 2006) | A R |
| DTX468 | LIQ02819590 - LIQ02819599 | Mariana Faria-Urbina, Aaron B. Waxman et al., Inspiratory flow patterns with dry powder inhalers of low and medium flow resistance in patients with pulmonary arterial hypertension, 11 Pulmonary Circulation 1 (2021) | H |
| DTX469 | LIQ02819600 - LIQ02819614 | J. Hager et al., Measurement of Particle and Mass Distribution of Pentamidine Aerosol by Ultrasonic and Air Jet Nebulizers, 5 J. Aerosol Med. 65 (1992) | H |
| DTX470 | LIQ02819615 - LIQ02819692 | Transcript from the October 17, 2021 deposition of Dr. Nicholas S. Hill, M.D., *Liquidia Technologies, Inc. v. United Therapeutics Corp.*, IPR2021-00406 | H, Dep, R |
| DTX471 | LIQ02819693 LIQ02819700 | T.R. Leigh et al., Performance characteristics of DeVilbiss Ultraneb 99 ultrasonic nebulizer with reference to use in sputum induction, 67 Int'l J. Pharmaceutics 275 (1991) | H |
| DTX472 | LIQ02819701 - LIQ02819709 | Kitty Leung et al., Comparison of Breath-Enhanced to Breath-Actuated Nebulizers for Rate, Consistency, and Efficiency, 126 Chest 1619 (2004) | H |
| DTX473 | LIQ02819710 – LIQ02819728 | Repic, PRINCIPLES OF PROCESS RESEARCH AND CHEMICAL DEVELOPMENT IN THE PHARMACEUTICAL INDUSTRY, Chapter 5: Mirrors (1998) | H, I |
| DTX474 | LIQ02819729 - LIQ02819733 | G. B. Rhind et al., Effect on Spirometry of Distilled Water and Cromoglycate Solutions Nebulised by a Small Portable Ultrasonic Nebulizer, 51 Respiration 86 (1987) | H |
| DTX475 | LIQ02819734 - LIQ02819740 | Priscilla Sarinas, Andrew Clark et al., Inspiratory Flow Rate and Dynamic Lung Function in Cystic Fibrosis and Chronic Obstructive Lung Disease, 114 Chest 988 (1998) | H |
| DTX476 | LIQ02819741 - LIQ02819750 | H.A. Tiddens et al., Effect of Dry Powder Inhaler Resistance on the Inspiratory Flow Rates and Volumes of Cystic Fibrosis Patients of Six Years and Older, 19 J. Aerosol Med. 456 (2006) | H |
| DTX477 | LIQ02819751 – LIQ02819765 | U.S. Patent No. 6,441,245 B1 | R |
| DTX478 | LIQ02819766 – LIQ02819825 | U.S. Patent No. 7,417,070 B2 | R |
| DTX479 | LIQ02819826 – LIQ02819832 | U.S. Patent Application Publication No. US 2005/0282903 A1 | R |

HIGHLY CONFIDENTIAL

| DTX480 | LIQ02819833 - LIQ02819854 | USP 29 – NF 24, Section 601 | A, H, R |
|---|---|---|---|
| DTX481 | LIQ02819855 - LIQ02819863 | David D. Wirth et al., Maillard Reaction of Lactose and Fluoxetine Hydrochloride, a Secondary Amine, 87 J. Pharm. Sci. 31 (1998) | H, I |
| DTX482 | LIQ02819864 – LIQ02819905 | International Patent Publication No. WO 99/21830 | H |
| DTX483 | LIQ02819906 – LIQ02819970 | International Patent Publication No. WO 03/070163 | H, R |
| DTX484 | LIQ02819971 - LIQ02819972 | American Heart Association. "Classes of Heart Failure." https://www.heart.org/en/health-topics/heart-failure/what-is-heart-failure/classes-ofheart-failure | H, FN |
| DTX485 | LIQ02819973 | American Lung Association. "Learn About Pulmonary Arterial Hypertension." https://www.lung.org/lung-health-diseases/lung-disease-lookup/pulmonary-arterial-hypertension/learn-about-pulmonary-arterial-hypertension | H, FN |
| DTX486 | LIQ02819974 | American Lung Association. "Pulmonary Hypertension." https://www.lung.org/lung-health-diseases/lung-disease-lookup/pulmonary-hypertension | H, FN |
| DTX487 | LIQ02819975 - LIQ02819976 | American Lung Association. "Treating and Managing Pulmonary Arterial Hypertension." https://www.lung.org/lung-health-diseases/lung-disease-lookup/pulmonary-arterial-hypertension/treating-and-managing | H, FN |
| DTX488 | LIQ02819977 - LIQ02819987 | Larkin, Ian, Desmond Ang, Jonathan Steinhart, Matthew Chao, Mark Patterson, Sunita Sah, Tina Wu, et al. "Association Between Academic Medical Center Pharmaceutical Detailing Policies and Physician Prescribing." JAMA 317, no. 17 (May 2, 2017): 1785. https://doi.org/10.1001/jama.2017.4039 | AF, ARG, R, FN, FRE 403, O, S |
| DTX489 | LIQ02819988 - LIQ02820032 | Baker, Jonathan B. "Market Definition: An Analytical Overview." Antitrust Law Journal 74 (2007): 45. https://doi.org/10.2139/ssrn.854025 | AF, ARG, R, FN, FRE 403, O, S |
| DTX490 | LIQ02820033 - LIQ02820104 | Berndt, Ernst, Linda Bui, David Reiley, and Glen Urban. "The Roles of Marketing, Product Quality and Price Competition in the Growth and Composition of the U.S. Anti-Ulcer Drug Industry." In The Economics of New Goods, 277–328. Cambridge, MA: National Bureau of Economic Research, 1996. https://doi.org/10.3386/w4904 | AF, ARG, R, FN, FRE 403, O, S |
| DTX491 | LIQ02820105 - LIQ02820121 | Berndt, Ernst R, Ashoke Bhattacharjya, David N Mishol, Almudena Arcelus, and Thomas Lasky. "An Analysis of the Diffusion of New Antidepressants: Variety, Quality, and Marketing Efforts." J Ment Health Policy Econ, 2002, 17 | AF, ARG, R, FN, FRE 403, O, S |
| DTX492 | LIQ02820122 - LIQ02820125 | Cleveland Clinic. "Home Nebulizer Therapy." https://my.clevelandclinic.org/health/drugs/4254-home-nebulizer | H, FN |
| DTX493 | LIQ02820148 - LIQ02820149 | "Disclosures and Disclaimers." Chest 126, no. 1 (July 2004): 2S-3S. https://doi.org/10.1378/chest.126.1_suppl.2S | H, FN |
| DTX494 | LIQ02820150 - LIQ02820151 | US Department of Justice. "Drug Maker United Therapeutics Agrees to Pay $210 Million to Resolve False Claims Act Liability for Paying Kickbacks," December 20, 2017. https://www.justice.gov/opa/pr/drug-maker-united-therapeutics-agrees-pay-210-million-resolve-false-claims-act-liability | AF, ARG, R, FN, FRE 403, O, S |

| DTX495 | LIQ02820152 - LIQ02820154 | Commissioner, Office of the. "Understanding Unapproved Use of Approved Drugs 'Off Label.'" FDA, April 18, 2019. https://www.fda.gov/patients/learn-about-expanded-access-and-other-treatment-options/understanding-unapproved-use-approved-drugs-label | AF, ARG, R, FN, FRE 403, O, S |
|---|---|---|---|
| DTX496 | LIQ02820155 - LIQ02820156 | "FDA Approves TYVASO (Treprostinil) Inhalation Solution for the Treatment of Pulmonary Arterial Hypertension." https://ir.unither.com/news/pressreleases/press-release-details/2009/FDA-Approves-TYVASO-Treprostinil-Inhalation-Solution-for-the-Treatment-of-Pulmonary-Arterial-Hypertension/default.aspx | H, FN |
| DTX497 | LIQ02820157 - LIQ02820159 | FDA/CDER SBIA Chronicles. "Patents and Exclusivity," May 19, 2015. https://www.fda.gov/media/92548/download | AF, ARG, R, FN, FRE 403, O, S |
| DTX498 | LIQ02820162 | FDA Orphan Drug Designations and Approvals. "Tyvaso Orphan Drug Designations and Approvals." https://www.accessdata.fda.gov/scripts/opdlisting/oopd/detailedIndex.cfm?cfgridkey=189104 | H |
| DTX499 | LIQ02820163 - LIQ02820175 | Kremer, Sara T.M., Tammo H.A. Bijmolt, Peter S.H. Leeflang, and Jaap E. Wieringa. "Generalizations on the Effectiveness of Pharmaceutical Promotional Expenditures." International Journal of Research in Marketing 25, no. 4 (December 2008): 234–46. https://doi.org/10.1016/j.ijresmar.2008.08.001 | AF, ARG, R, FN, FRE 403, O, S |
| DTX500 | LIQ02820176 - LIQ02820178 | Patient-Centered Outcomes Research Institute. "Mardi Gomberg-Maitland, MD, MSc," March 23, 2014. https://www.pcori.org/people/mardi-gomberg-maitland-md-msc | AF, ARG, R, FN, FRE 403, O, S |
| DTX501 | LIQ02820179 - LIQ02820182 | Herper, Matthew. "Inside The Secret World Of Drug Company Rebates." Forbes, May 10, 2012. https://www.forbes.com/sites/matthewherper/2012/05/10/why-astrazeneca-gives-insurers-60-discounts-on-nexiums-list-price/ | AF, ARG, R, FN, FRE 403, O, S |
| DTX502 | LIQ02820183 | "Internal Revenue Service | Exemption Requirements - 501(c)(3) Organizations." https://www.irs.gov/charities-non-profits/charitableorganizations/exemption-requirements-501c3-organizations | AF, ARG, R, FN, FRE 403, O, S |
| DTX503 | LIQ02820184 - LIQ02820268 | Katz, Michael L and Shelanski, Howard A. "Mergers and Innovation." Antitrust Law Journal 74 (2007): 85 | AF, ARG, R, FN, FRE 403, O, S |
| DTX504 | LIQ02820269 - LIQ02820272 | LaMattina, John. "BCG Weighs In On First-In-Class Vs. Best-In-Class Drugs -- How Valuable Is Their Advice?" Forbes. https://www.forbes.com/sites/johnlamattina/2013/06/17/bcg-weighs-in-on-first-in-class-vs-best-in-class-drugs-how-valuable-is-their-advice/ | H,R |
| DTX505 | LIQ02820273 - LIQ02820283 | Lexchin, Joel. "How Safe and Innovative Are First-in-Class Drugs Approved by Health Canada: A Cohort Study." Healthcare Policy | Politiques de Santé 12, no. 2 (November 30, 2016): 65–75. https://doi.org/10.12927/hcpol.2016.24851 | AF, ARG, R, FN, FRE 403, O, S |

HIGHLY CONFIDENTIAL

| DTX506 | LIQ02820284 - LIQ02820493 | Liquidia Form 10-K for Fiscal Year Ended December 31, 2020, https://www.liquidia.com/index.php/static-files/a2c4279b-802d-4492-a6b0-0b4e49b55ee1 | A, H, R |
|---|---|---|---|
| DTX507 | LIQ02820494 | "United Therapeutics \| Locations." https://www.unither.com/company-locations.html | R |
| DTX508 | LIQ02820495 - LIQ02820503 | Joey Mattingly. "Understanding Drug Pricing." U.S. Pharmacist 37, no. 6 (June 20, 2012): 40–45 | AF, ARG, R, FN, FRE 403, O, S |
| DTX509 | LIQ02820504 - LIQ02820505 | Mayo Clinic. "Vasodilators." https://www.mayoclinic.org/diseases-conditions/high-blood-pressure/in-depth/high-blood-pressure-medication/art-20048154 | H, FN |
| DTX510 | LIQ02820506 | "Mylan Launches Generic Version of Revatio® Tablets \| Mylan N.V." https://investor.mylan.com/news-releases/news-release-details/mylan-launches-generic-version-of-revatior-tablets | R |
| DTX511 | LIQ02820507 | NIH: National Cancer Institute. "Definition of First-Line Therapy - NCI Dictionary of Cancer Terms - National Cancer Institute," February 2, 2011. Nciglobal, ncienterprise. https://www.cancer.gov/publications/dictionaries/cancer-terms/def/first-line-therapy | R |
| DTX512 | LIQ02820511 - LIQ02820517 | Parikh, Kishan S., Talal Dahhan, Leigh Nicholl, Nicole Ruopp, Gina-Maria Pomann, Terry Fortin, Victor F. Tapson, and Sudarshan Rajagopal. "Clinical Features and Outcomes of Patients with Sarcoidosis-Associated Pulmonary Hypertension." Scientific Reports 9, no. 1 (December 2019): 4061. https://doi.org/10.1038/s41598-019-40030-w | H |
| DTX513 | LIQ02820518 - LIQ02820519 | Orange Book: Approved Drug Products with Therapeutic Equivalence Evaluations. "Patent and Exclusivity for: N203496." https://www.accessdata.fda.gov/scripts/cder/ob/patent_info.cfm?Product_No=001&Appl_No=203496&Appl_type=N | R |
| DTX514 | LIQ02820522 - LIQ02820524 | "Press Release: UNITED THERAPEUTICS ANNOUNCES INCREASE STUDY OF TYVASO® MEETS PRIMARY AND ALL SECONDARY ENDPOINTS." United Therapeutics, February 24, 2020. https://ir.unither.com/news/press-releases/press-release-details/2020/United-Therapeutics-Announces-INCREASE-Study-Of-Tyvaso-Meets-Primary-And-All-Secondary-Endpoints/default.aspx | R |
| DTX515 | LIQ02820537 - LIQ02820547 | Settlement Agreement between the United States Department of Justice and on Behalf of the Office of Inspector General and United Therapeutics Corporation, December 2017. https://www.justice.gov/usao-ma/press-release/file/1019336/download. | AF, ARG, R, FN, FRE 403, O, S |
| DTX516 | LIQ02820548 - LIQ02820561 | Settlement Agreement by and Among UTC and Sandoz, https://www.sec.gov/Archives/edgar/data/1082554/000110465915072828/a15-17842_1ex10d2.htm | R, FRE 408 |

HIGHLY CONFIDENTIAL

| DTX517 | LIQ02820562 - LIQ02820571 | Shapiro, Shelley, Robert C. Bourge, Patti Pozella, David F. Harris, Erick H. Borg, and Andrew C. Nelsen. "Implantable System for Treprostinil: A Real-World Patient Experience Study." Pulmonary Circulation 10, no. 2 (April 2020): 204589402090788. https://doi.org/10.1177/2045894020907881 | H |
| DTX518 | LIQ02820572 - LIQ02820578 | Office of Inspector General at Department of Health and Human Services. "Special Fraud Alert: Speaker Programs," November 16, 2020. https://oig.hhs.gov/documents/special-fraud-alerts/865/SpecialFraudAlertSpeakerPrograms.pdf | AF, ARG, R, FN, FRE 403, O, S |
| DTX519 | LIQ02820579 - LIQ02820587 | Steinman, Michael A, G. Michael Harper, Mary-Margaret Chren, C. Seth Landefeld, and Lisa A. Bero. "Characteristics and Impact of Drug Detailing for Gabapentin." Edited by Steven E. Hyman. PLoS Medicine 4, no. 4 (April 24, 2007): e134. https://doi.org/10.1371/journal.pmed.0040134 | AF, ARG, R, FN, FRE 403, O, S |
| DTX520 | LIQ02820588 - LIQ02820594 | Norman Stockbridge, M.D., Ph.D., FDA Approval Letter for NDA 22387 (July 30, 2009) https://www.accessdata.fda.gov/drugsatfda_docs/appletter/2009/022387s000ltr.pdf | R |
| DTX521 | LIQ02820595 - LIQ02820597 | "Summary Review for NDA 22387." FDA's Center for Drug Evaluation and Research, July 28, 2009. https://www.accessdata.fda.gov/drugsatfda_docs/nda/2009/022387s000SumR.pdf | R |
| DTX522 | LIQ02820598 - LIQ02820614 | Robbins, Richard L. "Subtests of 'Nonobviousness': A Nontechnical Approach to Patent Validity." University of Pennsylvania Law Review 112, no. 8 (June 1964): 1169. https://doi.org/10.2307/3310532 | H, L |
| DTX523 | LIQ02820615 - LIQ02820618 | BioSpace. "Teva Pharmaceutical Industries Limited Announces Approval of Generic Flolan(R) for Injection." https://www.biospace.com/article/teva-pharmaceutical-industries-limited-announces-approval-of-generic-flolan-r-for-injection-/ | R |
| DTX524 | LIQ02820619 - LIQ02820622 | Perrone, Matthew. "The Pros and Cons of Drug Coupon Cards." STAT, September 14, 2016. https://www.statnews.com/2016/09/14/pros-cons-drug-coupon-cards/ | AF, ARG, R, FN, FRE 403, O, S |
| DTX525 | LIQ02820670 - LIQ02820682 | "Tyvaso (Treprostinil) Inhalation Solution Prescription Label Revised 2011." FDA, February 8, 2011. https://www.accessdata.fda.gov/drugsatfda_docs/label/2011/022387s004lbl.pdf | R |
| DTX526 | LIQ02821320 | "United Therapeutics Announces FDA Approval Of Third Generation Nebulizer For The Tyvaso® Inhalation System." https://ir.unither.com/news/press-releases/press-release-details/2017/United-Therapeutics-Announces-FDA-Approval-Of-Third-Generation-Nebulizer-For-The-Tyvaso-Inhalation-System/default.aspx | R |

| DTX527 | LIQ02821321 | UTC Press Release - United Therapeutics Receives Subpoena From Office of Inspector General (December 9, 2013) https://s1.q4cdn.com/284080987/files/doc_news/2013/12/1/United-Therapeutics-Receives-Subpoena-From-Office-of-Inspector-General-20131209-0600.pdf | AF, ARG, R, FN, FRE 403, O, S |
| DTX528 | LIQ02821322 - LIQ02821323 | Schulze, Ulrik, and Michael Ringel. "What Matters Most in Commercial Success: First-in-Class or Best-in-Class?" Nature Reviews Drug Discovery 12, no. 6 (June 2013): 419–20. https://doi.org/10.1038/nrd4035 | H, R |
| DTX529 | Now JTX1 | | |
| DTX530 | LR000031 - LR000203 | Complaint, *Lewis J. Rubin v. United Therapeutics Corporation* , et al, Case No. 431672V (Md. Cir. Ct., Montgomery Cnty.) | BRPL, L, R, P |
| DTX531 | LR000481 - LR000497 | ████████████████████████████████████ | BRPL, L, R, P |
| DTX532 | LR000537 - LR000656 | Memorandum of Law in Support of Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, *Lewis J. Rubin v. United Therapeutics Corporation* , et al, Case No. 431672V (Md. Cir. Ct., Montgomery Cnty.) | BPRL, L |
| DTX533 | LR000783 - LR000794 | Opinion of Court, *Lewis J. Rubin v. United Therapeutics Corporation* , et al, Case No. 431672V (Md. Cir. Ct., Montgomery Cnty.) | BPRL, L |
| DTX534 | LR000822 - LR000895 | Plaintiff's Opposition to Defendants' Motion for as Award of Costs and Expenses, *Lewis J. Rubin, M.D. v. United Therapeutics Corp.* , Case No. 431672-V (Md. Cir. Ct., Montgomery Cnty.) | BPRL, L, R, P |
| DTX535 | Now JTX2 | | |
| DTX536 | Now JTX3 | | |
| DTX537 | UTC_LIQ00008528 - UTC_LIQ00008623 | '240 File History, 02/02/2016 Declaration under 37 C.F.R. § 1.132 of Dr. Edmund J. Elder, Jr. | R |
| DTX538 | UTC_LIQ00010282 - UTC_LIQ00010418 | Tyvaso Marketing Overview (Aug. 19, 2015) | H, R |
| DTX539 | UTC_LIQ00010826 - UTC_LIQ00010906 | Pulmonary Arterial Hypertension Market Surveillance ATU, Wave 5 (Q2 '15) - Final Report | H, R |
| DTX540 | UTC_LIQ00013555 - UTC_LIQ00013559 | Voswinckel, R., et al., Abstract 218: "Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension," European Heart Journal 25:22 (2004) from the Ebling Library at the University of Wisconsin (stamped on 10/15/2004) | H |
| DTX541 | UTC_LIQ00037796 - UTC_LIQ00037976 | UTC Form 10-K For Fiscal Year Ended December 31, 2013 | R |
| DTX542 | UTC_LIQ00038326 - UTC_LIQ00038478 | UTC Form 10-K For Fiscal Year Ended December 31, 2016 | R |
| DTX543 | UTC_LIQ00040890 – UTC_LIQ00040980 | Final Written Decision (Paper No. 82), entered March 31, 2017 in *SteadyMed Ltd. v. United Therapeutics Corporation* , No. IPR2016-00006 | MIL, BRPL, H, R |
| DTX544 | UTC_LIQ00041172 – UTC_LIQ00041293 | PCT Application No. WO 2005/007081 to Phares | |
| DTX545 | UTC_LIQ00041891 - UTC_LIQ00041893 | Food and Drug Administration, HHS section 210.2-210.3 | H, I |

| DTX546 | UTC_LIQ00051107 - UTC_LIQ00051165 | Qui and Norwood, Identification of Pharmaceutical Impurities, Journal of Liquid Chromatography & Related Technologies, 30:877-935 (2007) | H, I |
|---|---|---|---|
| DTX547 | UTC_LIQ00077516 | ███████████████ | AF, ARG, E, R, I, S |
| ███ | ████████ ████ | ██████████████████████ | █ |
| | | | |
| ███ | █████ █████ | ████████████ | █ |
| DTX552 | UTC_LIQ00166582 - UTC_LIQ00166594 | Tyvaso Starter Guide | R |
| DTX553 | UTC_LIQ00177415 - UTC_LIQ00177416 | P. Poisson email correspondence | A, H, R |
| | | | |
| DTX556 | UTC_LIQ00203681 - UTC_LIQ00203796 | █████████████ | Expert |
| DTX557 | UTC_LIQ00205507 – UTC_LIQ00205632 | ████████████████ | H, Dep, R |
| DTX558 | UTC_LIQ00205633 - UTC_LIQ00205802 | █████████████ | H, Dep, R |
| ███ | ███████████ | ██████████ | |
| ███ | ███████████ | ████████████████ | |
| ███ | ████████ | █████████████ | ██ |
| ███ | ███████████ | █████████ | |
| | | | |
| ███ | ███████████ | █████████ | ██ |
| | | ██████████ | ██ |
| DTX567 | UTC_LIQ00222753 - UTC_LIQ00222906 | █████████████ | H, Dep, R |
| ███ | ███████████ | █████████ | |
| DTX570 | UTC_LIQ00229622 - UTC_LIQ00229858 | UTC Form 10-K For Fiscal Year Ended December 31, 2018 | R |
| DTX571 | UTC_LIQ00230102 - UTC_LIQ00230237 | UTC Form 10-K For Fiscal Year Ended December 31, 2020 | R |
| DTX572 | UTC_LIQ00230580 - UTC_LIQ00230655 | UTC Form 10-Q For the Quarterly Period Ended June 30, 2021 | R |
| DTX573 | UTC_LIQ00230960 - UTC_LIQ00231026 | UTC Form 10-Q for quarterly period ended March 31, 2021 | R |
| DTX574 | UTC_LIQ00242637 - UTC_LIQ00242669 | UTC Translation of TN120I010 Batch Production Record | R A H BER |
| DTX575 | UTC_LIQ00246884 – UTC_LIQ00246898 | Tyvaso® March 2021 Label | H, R |
| DTX576 | UTC_LIQ00247154 – UTC_LIQ00247158 | Roscigno et al., Comparative bioavailability of inhaled treprostinil administered as LIQ861 and Tyvaso® in healthy subjects, Vascular Pharmacology 138 (2021) 106840 | H |

| DTX577 | UTC_LIQ00247387 – UTC_LIQ00247392 | Merritt, M. et al., Oxygen Exchange as a Function of Epimerization of 15(R)- and 15(S)-Methylprostaglandin E2. Evidence for Asymmetric Carbonium Ion Intermediates, J. Am. Chem. Soc., 102:346-351 (1980) | H |
| DTX578 | UTC_LIQ00247471 – UTC_LIQ00247480 | Waxman et al., Inhaled Treprostinil in Pulmonary Hypertension Due to Interstitial Lung Disease, NEJM 384(4):325-334 (Jan. 28, 2021) | H |
| ███ | ████████ | ████████ | |
| DTX580 | UTC_LIQ00251285 - UTC_LIQ00251348 | Final Written Decision (Paper 45), entered October 8, 2021, in *Liquidia Technologies, Inc. v. United Therapeutics Corporation*, No. IPR2020-00770 | H, R, BRPL |
| DTX581 | UTC_LIQ00251582 - UTC_LIQ00251593 | Cowen Equity Research report - Tyvaso Leads the Way as PH-ILD Label Expansion is on the Horizon (Feb. 24, 2021) | H |
| DTX582 | UTC_LIQ00251722 - UTC_LIQ00251737 | Ladenburg Thalmann report - United Therapeutics Corporation Tyvaso DPI CRL; Approval & Launch Expected in Summer 2022; Reity Buy & $233 PT (Oct. 19, 2021) | H |
| DTX583 | UTC_LIQ00251984 - UTC_LIQ00251995 | Oppenheimer report - United Therapeutics 1Q21 Review: Tyvaso Starting to Hum | H |
| DTX584 | UTC_LIQ00254251 - UTC_LIQ00254259 | Wedbush report - United Therapeutics Q4 Sales Beat & Cash Rich; Next: Tyvaso®/PH-ILD PDUFA in April | H |
| DTX585 | UTC_LIQ00254260 - UTC_LIQ00254271 | Xian M. Zeng et al., Effects of particle size and adding sequence of fine lactose on the deposition of salbutamol sulphate from a dry powder formulation, 182 Int'l J. Pharmaceutics 133 (1999) | H |
| DTX586 | UTC_LIQ00254272 - UTC_LIQ00254304 | Remodulin® Product Monograph | |
| DTX587 | UTC_LIQ00254865 - UTC_LIQ00254980 | Transcript from the October 20, 2021 Deposition of Sylvia Hall-Ellis, Ph.D., *Liquidia Techs., Inc. v. United Therapeutics Corp*., No. IPR2020-0070 | Dep, H, R |
| DTX588 | UTC_LIQ00255285 - UTC_LIQ00255454 | Transcript of the October 26, 2021 Deposition of Igor Gonda, *Liquidia Techs., Inc. v. United Therapeutics Corp*., No. IPR2021-00406 | Dep, H, R |
| DTX589 | UTC_LIQ00256175 – UTC_LIQ00256176 | Circulation: the journal of the American Heart Association, University of Wisconsin – Madison, http://search.library.wisc.edu/catalog/999482509302121 | H |
| DTX590 | UTC_LIQ00256177 – UTC_LIQ00256186 | Circulation Supplements, AM. HEART ASS'N (2021), https://www.ahajournals.org/circ/supplements | H |
| DTX591 | UTC_LIQ00256206 – UTC_LIQ00256222 | European Heart Journal – Browse supplements, OXFORD UNIV. PRESS (2021), https://academic.oup.com/eurheartj/supplements | H |
| DTX592 | UTC_LIQ00256329 - UTC_LIQ00256338 | A.H. Kendrick et al., Selecting and using nebuliser equipment, 52 Thorax S92 (1997) | H |
| DTX593 | UTC_LIQ00256361 - UTC_LIQ00256368 | Dean Hess et al., Medication Nebulizer Performance, 110 Chest 499 (1996) | H |
| DTX594 | UTC_LIQ00256369 - UTC_LIQ00256417 | FDA Guidance for Industry - Nasal Spray and Inhalation Solution, Suspension, and Spray Drug Products - Chemistry, Manufacturing, and Controls Documentation (July 2002) | R |
| DTX595 | UTC_LIQ00257399 | ████████ | |
| DTX596 | UTC_LIQ00257400 | ████████ | |

HIGHLY CONFIDENTIAL

| DTX597 | UTC_LIQ00257677 - UTC_LIQ00257689 | Labiris & Dolovich, Pulmonary drug delivery. Part II: The role of inhalant delivery devices and drug formulations in therapeutic effectiveness of aerosolized medications, Br J Clin Pharmacol, 56, 600-612 | H |
| DTX598 | UTC_LIQ00257724 - UTC_LIQ00257735 | S. P. Newman & W.W. Busse, Evolution of dry powder inhaler design, formulation, and performance, 66 Respir. Med. 293 (2002) | H |
| DTX599 | UTC_LIQ00257923 - UTC_L1Q00257931 | Vachiery, et al., Pulmonary Hypertension Due to Left Heart Disease, JACC Vol. 62, No. 25, Suppl D, 2013 | H |
| DTX600 | UTC_LIQ00258049 - UTC_LIQ00258080 | ███████████ | H |
| DTX601 | UTC_LIQ00258956 | ███████████ | |
| DTX602 | UTC_LIQ00258957 | ███████████ | |
| DTX603 | UTC_LIQ00258958 | ███████████ | |
| DTX604 | UTC_LIQ00261729 - UTC_LIQ00261744 | Guazzi et al., Pulmonary Hypertension Due to Left Heart Disease, Circulation (Aug. 21, 2012) | H |
| DTX605 | UTC_LIQ00262040 - UTC_LIQ00262087 | ███████████ | |
| ███ | ███████████ | ███████████ | ██ |
| ███ | ███████████ | ███████████ | |
| ███ | ███████████ | ███████████ | |
| ███ | | ███████████ | |
| ███ | | | |
| DTX612 | UTC_LIQ00263235 - UTC_LIQ00263292 | Q7 Good Manufacturing Practice Guidance for Active Pharmaceutical Ingredients, Guidance for Industry (Sept. 2016) | |
| DTX613 | UTC_LIQ00263319 - UTC_LIQ00263321 | FDA warning letter to Glenmark Pharmaceuticals Limited (Oct. 3, 2019) | R |
| DTX614 | UTC_LIQ00263753 - UTC_LIQ00263777 | Guidance for Industry Q1A(R2) Stability Testing of New Drug Substances and Products (Nov. 2003) | |
| DTX615 | UTC_LIQ00263804 - UTC_LIQ00263805 | 21 C.F.R. Ch. 1, Subpart E | |
| DTX616 | UTC_LIQ00264028 - LIQ_UTC00264029 | Liquidia press release - Liquidia Announces Clinical Update on INSPIRE; Targeting NDA Filing for LIQ861 in Late 2019, June 5, 2019 | H |
| DTX617 | UTC_LIQ00264301 | | |
| DTX618 | UTC_LIQ00264302 - UTC_LIQ00264330 | ███████████ | |
| ███ | ███████████ | ███████████ | |
| ███ | ███████████ | ███████████ | ██ |
| ███ | ███████████ | ███████████ | |
| DTX622 | UTC_OREN_00841365 - UTC_OREN_00841651 | ███████████ | H, Dep, R |

| DTX623 | UTC_OREN_00841687 - UTC_OREN_00841689 | ████████████ | | R |
| ███ | █████████ | █████████████████ | | |
| ███ | █████████ | ███████████ | | █ |
| DTX626 | UTC_OREN_00843179 - UTC_OREN_00843391 | ████████████████ | | H, Dep, R |
| ███ | █████████ | ████████████████████ | | █ |
| ███ | █████████ | ██████████ | | |
| DTX629 | UTC_TV_000008265 - UTC_TV_000008552 | ██████████████████ ) | | H, Dep, R |
| DTX630 | UTC_TV_000008809 – UTC_TV_000009532 | ███████████████████ | | H, R |
| DTX631 | UTC_TV_000017169 - UTC_TV_000017178 | █████████ | | R |
| DTX632 | UTC_WAT_00004307 - UTC_WAT_00004338 | UTC Third-Quarter 2014 Financial Results Press Release & Conference Call Q&A | | |
| ███ | ████████████████ | █████████ | | |
| DTX634 | UTC_WAT_00007205 - UTC_WAT_00007211 | ██████████████ | | R |
| DTX635 | UTC_WAT_00007339 - UTC_WAT_00007349 | ██████████████ | | R |
| ███ | ████████████████ | ████████████████ | | █ |
| ███ | ████████████████ | ████████████████████ | | █ |
| DTX638 | UTC_WAT_00050750 - UTC_WAT_00050939 | UTC Form 10-K For Fiscal Year Ended December 31, 2014 | | R |
| ███ | ███ ██████ | █████████████████ | | █ |
| ███ | ████████████████ | ██████████████ | | █ |
| ███ | ████████████████ | ████████████ | | █ |
| ███ | ████████████████ | ██████████████████ | | █ |

HIGHLY CONFIDENTIAL

| DTX643 | UTC_WAT_00053712 | █████████████████████ | FN, H |
|---|---|---|---|
| DTX644 | UTC_WAT_00053755 - UTC_WAT_00053760 | █████████████████████████████ | H |
| DTX645 | UTC_WAT_00249578 – UTC_WAT_00249587 | McLaughlin et al., Addition of Inhaled Treprostinil to Oral Therapy for Pulmonary Arterial Hypertension, JACC 55(18):1915-1922 (Apr. 29, 2010) | H |
| ██████ | ███████████████████████ | ████████████████ | |
| DTX647 | UTC_WAT_00525593 - UTC_WAT_00525615 | Assignment for U.S. Patent Application No. 11/748,205 | R |
| ██████ | ███████████████████████ | ████████████████████ | ██ |
| ██████ | ███████████████████████ | ██████████████ | ██ |
| ██████ | ███████████████████████ | ███████████ | R, H |
| DTX651 | UTC_WAT_00555579 - UTC_WAT_00555582 | █████████████ | |
| DTX652 | UTC_WAT_00592690 - UTC_WAT_00592736 | ████████████████ | R, H |
| DTX653 | UTC_WAT_00594000 – UTC_WAT_00594012 | Tyvaso® July 2009 Label | |
| ██████ | ███████████████████████ | ██████████████████████████████ | |
| DTX655 | UTC_WAT00629812 - UTC_WAT00629839 | ██████████████████ | H |
| DTX656 | UTC_WAT00632123 - UTC_WAT00632145 | ████████████████████ | R |
| DTX657 | UTC_WAT00634031 - UTC_WAT00634321 | ████████████████████████████ | H, Dep, R |
| DTX658 | UTC_WAT00639050 – UTC_WAT00639162 | NDA Annual Report for Remodulin® (IPR2016-00006 Exhibit 2053) | R |
| DTX659 | UTC_WAT00640775 – UTC_WAT00640812 | Declaration of Robert R. Ruffolo, Jr., Ph.D. in Support of Patent Owner Response to Petition, dated July 6, 2016 (UT Ex. 2022), in *SteadyMed Ltd. v. United Therapeutics Corporation*, No. IPR2016-00006 | MIL, H, R |
| DTX660 | UTC_WAT00647903 – UTC_WAT00648220 | ████████████████████████ | MIL, H, Dep, R |
| DTX661 | UTC_WAT00651199 | █████████████ | H |
| DTX662 | UTC_WAT00651200 - UTC_WAT00651352 | UTC Form 10-K For Fiscal Year Ended December 31, 2013 | R |
| DTX663 | UTC_WAT00651353 - UTC_WAT00651499 | UTC Form 10-K For Fiscal Year Ended December 31, 2015 | R |
| DTX664 | UTC_WAT00651824 – UTC_WAT00651874 | Declaration of Robert M. Williams, Ph.D. in Support of Patent Owner Response to Petition, dated July 6, 2016 (UT Ex. 2020), in *SteadyMed Ltd. v. United Therapeutics Corporation*, No. IPR2016-00006 | MIL, H, R |

| DTX665 | UTC-Sand-Rem00067468 - UTC-Sand-Rem00067617 | UTC Form 10-K For Fiscal Year Ended December 31, 2008 | |
| DTX666 | UTC-Sand-Rem00067618 - UTC-Sand-Rem00067770 | UTC Form 10-K For Fiscal Year Ended December 31, 2011 | |
| DTX667 | UTC-Sand-Rem00099140 | █████████████████████ | H |
| DTX668 | UTC-Sand-Rem00099177 | | NR |
| DTX669 | UTC-Sand-Rem00123516 - UTC-Sand-Rem00123518 | October 2000 email correspondence | F |
| DTX670 | UTC-Sand-Rem00241884 - UTC-Sand-Rem00241894 | UTC Q2 2009 Earnings Call | H, R |
| DTX671 | UTC-Sand-Rem00242621 - UTC-Sand-Rem00242636 | ███████████████████ | H, R |
| ████ | ██████████ | █████████████████████ | ██ |
| ████ | ██████████ | ████████████████████████████ | |
| ████ | ██████████ | █████████████████ | █ |
| ████ | ██████████ | ██████████████████████████████ | ██ |
| ████ | ██████████ | ███████████████ | █ |
| DTX677 | UTC-Sand-Rem01135773 | ████████████████ | H, NR, R |
| DTX678 | UTC-Sand-Rem01166517 | ██████████████████ | H, NR |
| DTX679 | UTC-Sand-Rem01170950 - UTC-Sand-Rem01171110 | UTC Form 10-K For Fiscal Year Ended December 31, 2011 | R |
| DTX680 | UTC-Sand-Rem01171111 - UTC-Sand-Rem01171281 | UTC Form 10-K For Fiscal Year Ended December 31, 2012 | R |
| DTX681 | | <659> Packaging and Storage Requirements Revision Bulletin (May 1, 2017) | NI |
| DTX682 | | Berkenfeld, McConville, Lamprecht, (Solvato-) polymorphism of formulations of rifampicin for pulmonary drug delivery prepared using a crystallization/spray drying process, International Journal of Pharmaceutics 590 (2020) 119332 | U, H |
| DTX683 | | Chart of asserted claims | BPRL, L |
| DTX684 | | Curriculum Vitae for Benjamin Maynor | A, H, R, B |
| DTX685 | | Curriculum Vitae for F. Dean Toste | |
| DTX686 | | Curriculum Vitae for Lewis J. Rubin (Aug 2019) | R, H, B |
| DTX687 | | Curriculum Vitae for Lewis J. Rubin (Sept 2021) | R, H, B |
| DTX688 | | Curriculum Vitae for Mahdi B. Fawzi, Ph.D. | |

HIGHLY CONFIDENTIAL

| | | | |
|---|---|---|---|
| DTX689 | | Declaration of Robert R. Ruffolo, Ph.D. in support of UTC opening claim construction brief, *UTC v. Liquidia*, C.A. No. 1:20-cv-00755 (Feb. 5, 2021) | BRPL, H, R |
| DTX690 | | Defendant's Notice of Subpoena and Subpoena *Duces Tecum* and Subpoena *Ad Testificandum* of Lewis R. Rubin (Aug. 11, 2021) | BPRL |
| DTX691 | | Dunbar et al, Dispersion and Characterization of Pharmaceutical Dry Powder Aerosols, KONA No. 16 (1998) | H |
| DTX692 | | Greg Bottorf LinkedIn page, https://www.linkedin.com/in/gregbottorff | A, H, R |
| DTX693 | | International Publication Number WO 2014/159050 A1 | ARG |
| DTX694 | | Jeffry G Wears, Thomas E Tarara & Andrew R Clark (2007) Design of fine particles for pulmonary drug delivery, Expert Opinion on Drug Delivery, 4:3, 297-313 | H |
| DTX695 | | ███████████████████████ | H, R |
| DTX696 | | ███████████████████████ | H, R |
| DTX697 | | Plaintiff's Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) | I, BPRL |
| DTX698 | | Plaintiff's Objections and Responses to Defendant's Fifth Set of Interrogatories (Nos. 17-19) (Sept. 13, 2021) | BPRL, L |
| DTX699 | | Plaintiff's Objections and Responses to Defendant's First Set of Interrogatories (Nos. 1-7) (Dec. 17, 2020) | BPRL, L |
| DTX700 | | Plaintiff's Objections and Responses to Defendant's Fourth Set of Interrogatories (Nos. 15-16) (Aug. 2, 2021) | BPRL, L |
| DTX701 | | Plaintiff's Objections and Responses to Defendant's Second Set of Interrogatories (Nos. 8-13) (April 19, 2021) | BPRL, L |
| DTX702 | | Plaintiff's Objections and Responses to Defendant's Sixth Set of Interrogatories (Nos. 20-21) (Sept. 15, 2021) | BPRL, L |
| DTX703 | | Plaintiff's Objections and Responses to Defendant's Third Set of Interrogatories (No. 14) (May 24, 2021) | BPRL, L |
| DTX704 | | Plaintiff's Responses and Objections to Defendant's First Set of Requests for Admission to Plaintiff (Nos. 1-14) (Sept. 15, 2021) | BPRL, L |
| DTX705 | | Plaintiff's Responses and Objections to Defendant's First Set of Requests for the Production of Documents and Things to Plaintiff (Nos. 1-80) (Sept. 3, 2020) | BPRL, L |
| DTX706 | | Plaintiff's Responses and Objections to Defendant's Second Set of Requests for the Production of Documents and Things to Plaintiff (Nos. 81-82) (Sept. 15 2020) | BPRL, L |
| DTX707 | | Plaintiff's Responses and Objections to Liquidia Technologies, Inc.'s Rule 30(b)(6) Notice of Deposition, Aug. 30, 2021 | BPRL, L |
| DTX708 | | Plaintiff's Supplemental Objections and Responses to Defendant's First Set of Interrogatories (Nos. 1-7) (Sept. 28, 2021) | BPRL, L |

| DTX709 | | Qiu et al., Effect of Milling and Compression on the Solid-State Maillard Reaction, Journal of Pharmaceutical Sciences 94(11) 2568-2580 (Nov 2005) | H, U |
|---|---|---|---|
| DTX710 | | Son & McConville, Advancements in Dry Powder Delivery to the Lung, Drug Development and Industrial Pharmacy, 34:948-959 (2008) | U |
| DTX711 | | Supplemental Declaration of Robert R. Ruffolo, Ph.D. in support of UTC's opening claim construction brief, *UTC v. Liquidia*, C.A. No. 1:20-cv-00755 (April 2, 2021) | BRPL, H, R |
| DTX712 | | U.S. Patent No. 8,685,461 B2 | R |
| DTX713 | | U.S. Patent No. 9,902,818 B2 | R |
| DTX714 | | Defendant's Notice of Subpoena *Ad Testificandum* of Robert Roscigno, D.I. 168 (Sept. 3, 2021) | |
| DTX715 | LIQ00006311 - LIQ00006315 | Channick, R.N., et al., Safety and Efficacy of Inhaled Treprostinil as Add-On Therapy to Bosentan in Pulmonary Arterial Hypertension, JACC Vol. 48, No. 7, 1433-1437 (2006) | |
| DTX716 | LIQ00007717 - LIQ00007726 | Voswinckel R., et al., Favorable Effects of Inhaled Treprostinil in Severe Pulmonary Hypertension, JACC Vol. 48, No. 8, 1672-1681 (2006) | |
| DTX717 | Non-Party Roscigno00236 - Non-Party Roscigno00238 | ███████████████████████████ | |
| DTX718 | LIQ02803444 - LIQ02803467 | U.S. Patent No. 9,358,240 | R |
| DTX719 | UTC_LIQ00224023 - UTC_LIQ00224046 | U.S. Patent No. 9,339,507 | R |
| DTX720 | | Curriculum Vitae for Jeffrey Winkler | A, H, B |
| DTX721 | | Curriculum Vitae for Nicholas Hill | FRE 106, A, H, B |
| DTX722 | | Curriculum Vitae for Igor Gonda | A, H, B |
| DTX723 | | Curriculum Vitae for John Fuson | A, H, B |
| DTX724 | | Curriculum Vitae for Omar Robles | A, H, B |
| DTX725 | | Curriculum Vitae for Sylvia Hall-Ellis | A, H, B |
| DTX726 | Now JTX4 | | |
| DTX727 | Now JTX5 | | |
| DTX728 | Now JTX6 | | |
| DTX729 | | UTC's First Set of Requests for Production of Documents to Liquidia Technologies, Inc. (1-67) (Oct. 1, 2020) | |
| DTX730 | | UTC's Second Set of Requests for Production of Documents to Liquidia Technologies, Inc. (68-77) (Mar. 29, 2021) | |
| DTX731 | | Liquidia's Responses and Objections to UTC's First Set of Requests for Production of Documents (1-67) (Nov. 2, 2020) | |
| DTX732 | | Letter to Liquidia (Dec. 28, 2020) | |
| DTX733 | | Liquidia Response Letter to UTC (Jan. 15, 2021) | ARG |

| DTX734 | | Liquidia's First Supplemental ResponseS to UTC's Third Set of Interrogatories (Nos. 11-12) (Oct. 27, 2021) | |
|---|---|---|---|
| DTX735 | LIQ02799282 - LIQ02799362 | Petition for *Inter Partes* Review (Paper 2), *Liquidia Technologies, Inc. v. United Therapeutics Corp.*, IPR2021-00406 (PTAB Jan. 7, 2021) | |
| DTX736 | | Transcript from the June 21, 2021 hearing, *United Therapeutics Corp. v. Liquidia Techs., Inc.* Case No. 20-cv-00755 (D. Del.) | Dep, H, R, L |
| DTX737 | UTC_LIQ00258967 - UTC_LIQ00258969 | "Tyvaso Becomes 1st PH-ILD Treatment Approved in US," April 1, 2021, https://pulmonaryhypertensionnews.com/2021/04/01/tyvaso-becomes-1st-treatment-approved-in-us-for-pulmonary-hypertension-with-interstitial-lung-disease-ph-ild/ | H, F, R, A |

HIGHLY CONFIDENTIAL

| Code | Objection |
|------|-----------|
| A | Authenticity: It is a forgery or is not what it purports to be. Document not properly authenticated or identified. Testimony objectionable because it concerns a document for which authentication is lacking (FRE 901 & 902) |
| AF | Assumes facts not in evidence |
| ARG | Argumentative, or attorney argument (FRE 611(a)) |
| B | Improper bolstering of the credibility of a witness, such as before credibility is attacked. (FRE 607, 608, 801(d)(1)(B)) |
| BER | Best evidence rule prohibits introduction (FRE 1001, 1002) |
| BRPL | Brief, Pleading, or Order: It is a brief, pleading, order, or discovery request and is not evidence |
| C | Cumulative: It is duplicative and/or cumulative of other exhibits (FRE 401, 402, 403, 1001, 1002, 1003) |
| CD | Compound question |
| D | Improper Designation or counter-designation (FRE 401-403) |
| Dep | Improper Inclusion of Deposition or Trial Transcript |
| E | Improper examination (vague, ambiguous, compound, loaded, leading, harrassment, etc.) (FRE 401-403, 602, 611) |
| Expert | Improper Use of Expert Report; insufficient disclosure in expert report (FRCP 26, FRE 611(b)) |
| F | Form |
| FL | Foreign Language Without Translation |
| FN | Foundation, lack of foundation or personal knowledge, including calls for speculation (FRE 602, 701, 702, 901) |
| FRE 106 | Incomplete: The exhibit, as submitted, does not contain the complete document |
| FRE 403 | Unfair Prejudice: Probative value is substantially outweighed by unfair prejudice and/or confusion of the issues (FRE 403) |
| FRE 408 | Compromise/Offers to Compromise |

| FRE 1002 | Original Document |
|---|---|
| FRE 1004 | Other Content Evidence: It is not an original writing, and an exception does not apply |
| H | Hearsay: Constitutes or contains hearsay and no exception applies (FRE 801 & 802) |
| I | Incomplete designation (document or testimony) (FRE 106, 401, 402, 403, 611) |
| IE | Improper exhibit/not evidence (FRE 401, 402, 403, 901) |
| IH | Improper or incomplete hypothetical (omits facts, assumes facts not in evidence, etc.) (FRE 705) |
| L | Conclusion of Law: Contains conclusions of law |
| M | Multiple Documents: Contains more than one document, could be improper compilation(FRE 401, 402, 403, 901) |
| MIL | Inadmissible on a ground asserted in a motion in limine |
| MIS | Misstates prior testimony, mischaracterizes testimony or evidence, including assuming fact not in evidence (FRE 611(a)) |
| NARR | Calls for improper narrative response (FRE 611(a)) |
| NI | Not sufficiently identified (FRCP 26, 34) |
| NR | Not relied on: Exhibit was not relied on by any expert in support of opinion |
| NP | Non-responsive (FRCP 30, FRE 611(a)) |
| O | Opinion Testimony By Lay Witness: Constitutes or contains improper opinion by a lay witness (FRE 701 & 702) |
| OBJ | Includes objection or attorney commentary in designation |
| P | Prejudicial, unfair, confusing, misleading (FRE 403) |
| Priv | Privileged: Protected from disclosure by the attorney-client privilege and/or work product doctrine |
| Privacy | Contains private personal information protected from disclosure under relevant law |
| Q | Quality: Exhibit, as submitted, is illegible or otherwise of low quality (FRE 403) |
| R | Relevance: Not relevant to any issue to be decided in this case (FRE 401, 402, 403) |

| S | Speculative: Includes statements that are speculative as to matters of fact or law or for which the witness lacks otherwise personal knowledge per FRE 602 |
|---|---|
| SC | Outside the scope |
| V | Vague question |
| U | Untimely/never produced: Exhibit was not disclosed at the proper time (FRCP 26, 37, FRE 403) |

EXHIBIT 12

| Provisional Joint Exhibit No. | Description | Bates/Document No. |
|---|---|---|
| 1 | U.S. Patent No. 9,604,901 B2 | LIQ02821340 - LIQ02821352 |
| 2 | U.S. Patent No. 9,593,066 B2 | UTC_LIQ00000001 - UTC_LIQ00000012 |
| 3 | U.S. Patent No. 10,716,793 B2 | UTC_LIQ00007109 - UTC_LIQ00007133 |
| 4 | Certified file history for U.S. Patent No. 9,604,901 B2 | LIQ00068121 - LIQ00075443 |
| 5 | Certified file history for U.S. Patent No. 9,593,066 B2 | LIQ00075444 - LIQ00082550 |
| 6 | Certified file history for U.S. Patent No. 10,716,793 B2 | LIQ00082564 - LIQ00082772 |

EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 20-755 (RGA) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) | |

**EXHIBIT 13: PLAINTIFF'S BRIEF STATEMENT OF INTENDED PROOFS**

## I.      INTRODUCTION

1.      Pursuant to LR 16.3(c)(8), below is a brief statement of what Plaintiff United Therapeutics Corporation ("Plaintiff" or "UTC") intends to prove at trial in support of its claims. This statement is not exhaustive, and Plaintiff reserves the right to prove any matter identified in the pleadings, in interrogatory or other discovery responses, in its expert reports, and in accompanying statements of fact and legal issues to be litigated at trial.

2.      Plaintiff may also provide additional proof(s) to rebut any alleged proof(s) offered by Defendant before and during trial, in response to rulings by the Court, or for other good cause.

## II.     OWNERSHIP AND STANDING

3.      To the extent necessary, Plaintiff will show that it is the lawful owner by assignment of all right, title, and interest in and to United States Patent Nos. 9,593,066 (the "'066 patent"); 9,604,901 (the "'901 patent"); and 10,716,793 (the "'793 patent") (collectively, the "Patents-in-Suit").

4.      Plaintiff will show that Defendant Liquidia Technologies, Inc. ("Defendant" or "Liquidia") is the holder of New Drug Application No. 213005 under § 505(b)(2) of the Federal Food, Drug, and Cosmetic Act (the "505(b)(2) Application") to the United States Food and Drug Administration ("FDA") seeking approval, prior to the expiration of the Patents-in-Suit, to manufacture, market, and sell a copy (the "Proposed Product") of Plaintiff's TYVASO® (treprostinil) Inhalation Solution, 0.6 mg/ml.

5.      To the extent necessary, Plaintiff will show that it has standing to bring and maintain the present action as the owner of the Patents-in-Suit, and that such standing existed at the time of filing this action.

III.     INFRINGEMENT OF THE PATENTS-IN-SUIT

    A.     Infringement of The '066 Patent

    6.     Plaintiff will prove by a preponderance of the evidence that submission of Defendant's 505(b)(2) Application literally infringes one or more of Asserted Claims 1, 2, 3, 6, 8, and 9 of the '066 patent pursuant to 35 U.S.C. § 271(e)(2).

    7.     Plaintiff will prove by a preponderance of the evidence that, if the FDA approves Defendant's 505(b)(2) Application, Defendant's commercial manufacture, use, sale, offer for sale, and/or importation into the United States of Defendant's Proposed Product will directly infringe Asserted Claims 1, 2, 3, 6, 8, and 9 of the '066 patent, and will indirectly infringe by actively inducing or contributing to infringement by others, under 35 U.S.C. § 271(a), 35 U.S.C. § 271(b), 35 U.S.C. § 271(c), and/or 35 U.S.C. § 271(g).

    8.     Plaintiff will prove by a preponderance of the evidence that Defendant would induce Yonsung to infringe Asserted Claims 1, 2, 3, 6, 8, and 9 of the '066 patent pursuant to 35 U.S.C. § 271(b) by encouraging Yonsung to make Yonsung's treprostinil product according to the patented method.

    9.     Plaintiff will prove by a preponderance of the evidence that Defendant would contribute to the infringement of Asserted Claims 1, 2, 3, 6 and 9 of the '066 patent pursuant to 35 U.S.C. § 271(c) by selling, offering to sell, importing, or using Yonsung's treprostinil product, knowing the same to be especially made or especially adapted for use in an infringement of the '066 patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

    10.     Plaintiff will prove that there is a substantial likelihood that Defendant's Proposed Product is and will be made by the process patented in the '066 patent, and thus that Plaintiff is

entitled to the presumption described in 35 U.S.C. §295.

**B.     Infringement of The '793 Patent**

11.     Plaintiff will prove by a preponderance of the evidence that submission of Defendant's 505(b)(2) Application literally infringes one or more of Asserted Claims 1, 4, 6, 7, and 8 of the '793 patent pursuant to 35 U.S.C. § 271(e)(2).

12.     Plaintiff will prove by a preponderance of the evidence that, if FDA approves Defendant's 505(b)(2) Application, Defendant, healthcare providers, physicians, and/or patients would directly infringe Asserted Claims 1, 4, 6, 7, and 8 of the '793 patent under 35 U.S.C. § 271(a), 35 U.S.C. § 271(b), 35 U.S.C. § 271(c), and/or 35 U.S.C. § 271(g).

13.     Plaintiff will prove by a preponderance of the evidence that Defendant has an affirmative intent to induce and would induce physicians, caregivers, and patients to directly infringe Asserted Claims 1, 4, 6, 7, and 8 of the '793 patent pursuant to 35 U.S.C. § 271(b) by encouraging physicians, caregivers, and patients to administer Defendant's Proposed Product according to Defendant's Proposed Label and Proposed Instructions for Use.

14.     Plaintiff will prove by a preponderance of the evidence that Defendant would contribute to the infringement of Asserted Claims 1, 4, 6, 7, and 8 of the '793 patent pursuant to 35 U.S.C. § 271(c) by selling, offering to sell, importing, or using the Proposed Product, knowing the same to be especially made or especially adapted for use in an infringement of the '793 patent, and not a staple article or commodity of commerce suitable for substantial non-infringing use.

## IV.     LEVEL OF ORDINARY SKILL IN THE ART

15.     Plaintiff will show that as of the December 17, 2007 priority date claimed in the '066 and '901 patents, a POSA in this field would have been an experienced chemical engineer or process research chemist with 3–5 years of experience in the production and manufacture of

pharmaceutical active pharmaceutical ingredient(s) (API) and final drug product(s) for pharmaceutical compositions and pharmaceutical products or an individual with a Master's degree in chemistry, chemical engineering, or a related field, who would have access to and would have worked in collaboration with persons having at least 3–5 years of experience in the production and manufacture of API and drug products and/or experience in clinical medicine.

16.     Plaintiff will show that as of the May 15, 2006 priority date claimed in the '793 patent, a POSA in this field would have had a graduate degree in medicine or a field relating to drug development, such as an M.D. or a Ph.D., with at least two years of practical experience in either (1) the investigation or treatment of pulmonary hypertension or (2) the development of potential drug candidates, specifically in the delivery of drugs by inhalation. The POSA could have a lower level of formal education if such person had more years of experience in the development of inhalable drugs.

## V.     RELIEF

17.     Plaintiff will show that it is entitled to a judgment that Defendant has infringed, will infringe, will induce infringement, and will contribute to infringement of each Asserted Claim of the '066 and '793 patents.

18.     Plaintiff will show that it is entitled to a judgment ordering that the effective date of any FDA approval of Defendant's 505(b)(2) Application permitting Defendant to commercially manufacture, make, use, offer to sell, sell, market, or import into the United States Defendant's Proposed Product be not earlier than the latest of the expiration dates of the '066 and '793 patents, inclusive of any extension(s) and additional period(s) of exclusivity to which Plaintiff is or may become entitled.

19.     Plaintiff will show that it is entitled to a judgment pursuant to 35 U.S.C.

§ 271(e)(4)(B) preliminarily and permanently enjoining Defendant, its officers, agents, servants, employees, parents, subsidiaries, affiliate corporations, other business entities, and all other persons acting in concert, participation, or privity with them, their successors, and assigns, from infringing, contributorily infringing, or inducing others to infringe the '066 and '793 patents, including engaging in the commercial manufacture, use, sale, offer to sell, and/or importation into the United States of the product that is the subject of Defendant's 505(b)(2) Application and/or any applicable DMF until the expiration of the '066 and '793 patents, inclusive of any extension(s) and additional period(s) of exclusivity to which Plaintiff is or may become entitled.

20.     Plaintiff will show that it is entitled to a judgment awarding Plaintiff damages or other monetary relief pursuant to 35 U.S.C. §§ 271(e)(4)(c) and 284 if Defendant engages in the commercial manufacture, use, sale, offer to sell, and/or importation into the United States of any product that is the subject of Defendant's 505(b)(2) Application that infringes one or more claims of the '066 and '793 patents or for engaging in conduct outside of the §271(e)(1) safe harbor.

21.     Plaintiff will show that it is entitled to a judgment declaring that, pursuant to 35 U.S.C. § 285, this is an exceptional case and awarding Plaintiff its attorneys' fees.

22.     Plaintiff will show that it is entitled to an award of costs and expenses in this action.

23.     Plaintiff will show that it is entitled to such further and other relief as the Court may deem just and proper.

24.     To the extent necessary, Plaintiff will rebut any allegation by Defendant that it is entitled to costs and/or attorneys' fees.

25.     Plaintiff reserves the right to offer evidence in support of a claim of injunctive relief and will show that it is entitled to injunctive relief should Defendant contest such an injunction.

EXHIBIT 14

**EXHIBIT 14**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) ) ) |

C.A. No. 20-755-RGA-JLH

**<u>DEFENDANT'S BRIEF STATEMENT OF INTENDED PROOFS</u>**

Pursuant to D. Del. LR 16.3(c)(9) and the schedule set forth in the governing Scheduling Order (*see* D.I. 20), Defendant Liquidia Technologies, Inc. ("Liquidia") hereby submits the following brief statement of what Liquidia intends to prove at trial with respect to its defenses and counterclaims, including identifying relief sought.

This statement is not intended to be exhaustive. Liquidia reserves the right to prove any matters identified in the pleadings, discovery, and any of the accompanying statements of facts and legal issues to be litigated at trial. To the extent Liquidia asserts that United Therapeutics Corp. ("UTC") has failed to meet its burden of proof on any issue, such statement does not constitute an admission that Liquidia has any obligation to prove or disprove any element or any part of any claim or defense on which UTC bears the burden of proof or production. Liquidia does not assume the burden of proof or production as to any matter set forth below unless required to do so by law.

Liquidia reserves its rights to supplement or amend this statement to reasonably respond to any issues that UTC may raise and to rebut any proof(s) offered, or issues raised, by UTC before or during trial. Liquidia further reserves the right to amend and/or supplement this statement, including consistent with the Federal Rules of Civil Procedure and the District of Delaware Local Rules, and to the extent necessary to respond to any ruling by the Court.

## I.   INVALIDITY

1.   Liquidia will prove that it is entitled to a judgment that claims 1-3, 6, and 8-9 of U.S. Patent No. 9,593,066 ("the '066 patent") and claims 1-4, 6, and 8 of U.S. Patent No. 9,604,901 ("the '901 patent"), and claims 1, 4, and 6-8 of U.S. Patent No. 10,716,793 ("the '793 patent") (collectively, "the Asserted Claims") is invalid.

1

### A.    Collateral Estoppel

2.    Liquidia will prove by clear and convincing evidence that the Asserted Claims of the '066 and '901 patents are invalid due to collateral estoppel because they claim the same product and process claimed by parent U.S. Patent No. 8,497,393 ("the '393 patent"), which the Patent Trial & Appeal Board and Federal Circuit found invalid in 2017. *SteadyMed Ltd. v. United Therapeutics Corp.*, No. IPR2016-00006, Paper No. 82 (P.T.A.B. Mar. 31, 2017); *United Therapeutics Corp. v. SteadyMed Ltd.*, 702 F. App'x 990 (Fed. Cir. 2017).

### B.    Product-by-Process

3.    Liquidia will prove by clear and convincing evidence that the claims 1-3, 6, and 9 of the '066 patent and claims 1-4 of the '901 patent are invalid under 35 U.S.C. § 102(b) because they claim a product-by-process that is structurally and functionally identical to products made and sold according to a prior art process utilized by UTC over one year before December 17, 2007, the priority date of the '066 and '901 patents.

### C.    Obviousness

4.    Liquidia will prove by clear and convincing evidence that the Asserted Claims are invalid under 35 U.S.C. § 103 because they would have been obvious (or at least obvious to try) as of the earliest effective filing date(s) in view of the scope and content of the prior art, the differences between the Asserted Claims and the prior art, and the level of ordinary skill at the relevant time.

5.    With respect to the '066 and '901 patents, Liquidia will establish that a person of ordinary skill in the art would have been motivated to combine the publication titled "The Intramolecular Asymmetric Pauson-Khand Cyclization as a Novel and General Stereoselective Route to Benzindene Prostacyclins: Synthesis of UT-15 (Treprostinil)" by Robert M. Moriarty, et al. ("Moriarty")  with International Patent Publication WO 2005/007081 A9 titled "Compounds

2

and Methods for Delivery of Prostacyclin Analogs" ("Phares"), in view of his or her knowledge and background, and had a reasonable expectation of success in developing the claimed products and processes of the Asserted Claims of the '066 and '901 patents based upon such information.

6.      With respect to the '793 patent, Liquidia will also establish that a person of ordinary skill in the art would have been motivated to combine the U.S. Patent No. 6,521,212 (the "'212 patent"), the abstract entitled "Inhaled treprostinil is a potent pulmonary vasodilator in severe pulmonary hypertension" published as Abstract 218 in the Journal of the European Society of Cardiology on October 15, 2004 ("Voswinckel JESC"), and the abstract titled "Inhaled Treprostinil Sodium (TRE) For the Treatment of Pulmonary Hypertension" published in the Journal of the American Heart Association on October 26, 2004 ("Voswinckel JAHA"), in view of his or her knowledge and background, and had a reasonable expectation of success in developing the claimed method of treating pulmonary hypertension of the Asserted Claims of the '793 patents based upon such information.

7.      With respect to the '793 patent, Liquidia will also establish that a person of ordinary skill in the art would have been motivated to combine the '212 patent and Voswinckel JESC, in view of his or her knowledge and background, and had a reasonable expectation of success in developing the claimed method of treating pulmonary hypertension of the Asserted Claims of the '793 patents based upon such information.

8.      UTC bears the burden of production to show the existence of any alleged objective indicia of non-obviousness (e.g., unexpected results; long-felt, unmet need) sufficient to overcome the *prima facie* case of obviousness.  Liquidia will introduce evidence to rebut any evidence introduced by UTC regarding any alleged objective indicia of non-obviousness and any requisite nexus with the claimed subject matter of the Asserted Claims.  Liquidia will establish that any

3

alleged secondary considerations asserted by UTC do not weigh in favor of nonobviousness of any of the Asserted Claims of the '066, '901, and '793 patents.

### D.   Anticipation

9.   Liquidia will prove by clear and convincing evidence that claim 1 of the '793 patent is invalid under 35 U.S.C. § 102(a) because the claimed method of treating pulmonary hypertension was fully described in the printed publication "by another" titled in English "New therapies in the treatment of pulmonary hypertension," by Hossein Ghofrani et al. and published in the journal *Herz* in 2005 ("Ghofrani").

10.   Liquidia will prove by clear and convincing evidence that claim 1 of the '793 patent is invalid under 35 U.S.C. § 102(a) because the claimed method of treating pulmonary hypertension was fully described in the printed publication "by another" titled "Inhaled Treprostinil for Treatment of Chronic Pulmonary Arterial Hypertension" by Robert Voswinckel et al. and published in the Annals of Internal Medicine in January 2006 ("Voswinckel 2006").

### E.   Written Description

11.   Liquidia will prove by clear and convincing evidence that the Asserted Claims of the '066 patent are invalid under 35 U.S.C. § 112(a) for lack of written description.   More specifically,

    a.   Claim 1 recites "a starting batch of treprostinil having one or more impurities resulting from prior alkylation and hydrolysis steps . . . whereby a level of one or more impurities found in the starting batch of treprostinil is lower in the pharmaceutical composition."   The "starting batch" referred to in claim 1 is treprostinil free acid. The '066 patent specification provides no analysis of the purity of the treprostinil free acid made after the alkylation and hydrolysis steps, or the identification of the specific impurities and their amounts that may remain in the treprostinil free acid that result from either alkylation or hydrolysis.   As such, the specification of the '066 patent does not convey to a person of ordinary skill in the art that the inventors were in possession of the full scope of the claimed invention(s) as of the filing date.

4

b.  Claim 6 of the '066 patent requires a pharmaceutical composition of claim 1, "wherein the isolated salt is stored at ambient temperature," and claim 8 of the '066 patent recites a method of preparing a pharmaceutical product comprising treprostinil or treprostinil salt by "forming a salt of treprostinil stable at ambient temperature, storing the treprostinil salt at ambient temperature, and preparing a pharmaceutical product from the treprostinil salt after storage . . . ." The '066 patent specification does not provide any storage data, such as temperature, time period, humidity, oxygen levels, and light exposure.  As such, the specification of the '066 patent does not convey to a person of ordinary skill in the art that the inventors were in possession of the full scope of the claimed invention(s) as of the filing date.

c.  To the extent UTC contends that claims 1 and 8 of the '066 patent permit column chromatography between alkylation and salt formation, the specification of the '066 patent does not convey to a person of ordinary skill in the art that the inventors were in possession of the full scope of the claimed invention(s) as of the filing date.

d.  To the extent UTC contends that claims 1 and 8 of the '066 patent permit isolation between alkylation and salt formation, the specification of the '066 patent does not convey to a person of ordinary skill in the art that the inventors were in possession of the full scope of the claimed invention(s) as of the filing date.

12.  Liquidia will prove by clear and convincing evidence that the Asserted Claims of the '901 patent are invalid under 35 U.S.C. § 112(a) for lack of written description.  More specifically,

a.  Claim 6 of the '901 patent recites a method of preparing a pharmaceutical product from a pharmaceutical batch of claim 1 by "storing a pharmaceutical batch of a salt of treprostinil as claimed in claim 1 at ambient temperature, and preparing a pharmaceutical product from the pharmaceutical batch after storage."  The '901 patent specification does not provide any storage data, such as temperature, time period, humidity, oxygen levels, and light exposure.  As such, the specification of the '901 patent does not convey to a person of ordinary skill in the art that the inventors were in possession of the full scope of the claimed invention(s) as of the filing date.

b.  Claims 3 and 4 of the '901 patent require a pharmaceutical product comprising a "therapeutically effective amount" of treprostinil or treprostinil salt from a pharmaceutical batch of claim 1.  Claims 3 and 4 claim a "therapeutically effective amount" of treprostinil or treprostinil salt to treat any condition by any route of administration.  The '901 patent specification does not reasonably convey that the inventors were in possession of a "therapeutically effective amount" of treprostinil or treprostinil salt to treat any condition by any route of administration.  As such, the specification of the '901 patent does not convey to a person of ordinary skill in

the art that the inventors were in possession of the full scope of the claimed invention(s) as of the filing date.

   c.   To the extent UTC contends that claims 1 and 8 of the '901 patent permit column chromatography between alkylation and salt formation, the specification of the '901 patent does not convey to a person of ordinary skill in the art that the inventors were in possession of the full scope of the claimed invention(s) as of the filing date.

13.   Liquidia will prove by clear and convincing evidence that the Asserted Claims of the '793 patent are invalid under 35 U.S.C. § 112(a) for lack of written description.   More specifically,

   a.   Claim 1 of the '793 patent recites a method of "treating pulmonary hypertension." Pulmonary hypertension is not a single condition but is classified into five separate groups.   The '793 patent specification does not disclose any method of treatment for the full scope of pulmonary hypertension disorders encompassed by the Asserted Claims.   As such, the specification of the '793 patent does not convey to a person of ordinary skill in the art that the inventors were in possession of the full scope of the claimed invention(s) as of the filing date.

   b.   Claim 1 of the '793 patent of treating pulmonary hypertension by "administering by inhalation . . . a formulation comprising treprostinil or a pharmaceutically acceptable salt thereof with an inhalation device."   Claims 4 and 6 recites a method of claim 1 "wherein the inhalation device is a dry powder inhaler" and "wherein the formulation is a powder," respectively.   The '793 patent specification provides no examples of dry powder treprostinil formulations or dry powder inhalers suitable for administration to pulmonary hypertension patients.   As such, the specification of the '793 patent does not convey to a person of ordinary skill in the art that the inventors were in possession of the full scope of the claimed invention(s) as of the filing date.

**F.   Enablement**

14.   Liquidia will prove by clear and convincing evidence that claims the Asserted Claims of the '066 patent are invalid under 35 U.S.C. § 112(a) for lack of enablement.   More specifically,

   a.   Claim 1 of the '066 patent recites "forming a salt of treprostinil by combining the starting batch and a base," and claim 8 of the '066 patent recites "forming a salt of treprostinil."   Claims 1 and 8 of the '066 patent, therefore, claim use of any base to form the treprostinil salt.   The '066 patent specification, however, only provides eight bases that can be used to make the salt and only discloses the production of

6

the diethanolamine salt.  As such, the specification of the '066 patent does not enable to a person of ordinary skill in the art to practice the full scope of the claimed invention(s) without undue experimentation as of the filing date.

b. Claim 6 of the '066 patent requires a pharmaceutical composition of claim 1, "wherein the isolated salt is stored at ambient temperature," and claim 8 of the '066 patent recites a method of preparing a pharmaceutical product comprising treprostinil or treprostinil salt by "forming a salt of treprostinil stable at ambient temperature, storing the treprostinil salt at ambient temperature, and preparing a pharmaceutical product from the treprostinil salt after storage . . . ." The '066 patent specification does not provide any storage data, such as temperature, time period, humidity, oxygen levels, and light exposure.  As such, the specification of the '066 patent does not enable to a person of ordinary skill in the art to practice the full scope of the claimed invention(s) without undue experimentation as of the filing date.

15.    Liquidia will prove by clear and convincing evidence that claims the Asserted

Claims of the '901 patent are invalid under 35 U.S.C. § 112(a) for lack of enablement.  More

specifically,

a. Claims 1 and 8 of the '901 patent recites "(c) contacting the solution comprising treprostinil from step (b) with a base to form a salt of treprostinil." Claims 1 and 8 of the '901 patent, therefore, claim use of any base to form the treprostinil salt. The '901 patent specification, however, only provides eight bases that can be used to make the salt and only discloses the production of the diethanolamine salt. As such, the specification of the '901 patent does not enable to a person of ordinary skill in the art to practice the full scope of the claimed invention(s) without undue experimentation as of the filing date.

b. Claim 6 of the '901 patent recites a method of preparing a pharmaceutical product from a pharmaceutical batch of claim 1 by "storing a pharmaceutical batch of a salt of treprostinil as claimed in claim 1 at ambient temperature, and preparing a pharmaceutical product from the pharmaceutical batch after storage." The '901 patent specification does not provide any storage data, such as temperature, time period, humidity, oxygen levels, and light exposure. As such, the specification of the '901 patent does not enable to a person of ordinary skill in the art to practice the full scope of the claimed invention(s) without undue experimentation as of the filing date.

c. Claims 3 and 4 of the '901 patent require a pharmaceutical product comprising a "therapeutically effective amount" of treprostinil or treprostinil salt from a pharmaceutical batch of claim 1. Claims 3 and 4 recite a "therapeutically effective amount" of treprostinil or treprostinil salt to treat any condition by any route of administration.  The '901 patent specification does not enable a POSA a "therapeutically effective amount" of treprostinil or treprostinil salt to treat any

condition by any route of administration without undue experimentation. As such, the specification of the '901 patent does not enable to a person of ordinary skill in the art to practice the full scope of the claimed invention(s) without undue experimentation as of the filing date.

16.     Liquidia will prove by clear and convincing evidence that the Asserted Claims of the '793 patent are invalid under 35 U.S.C. § 112(a) for lack of enablement. More specifically,

    a.  Claim 1 of the '793 patent recites a method of "treating pulmonary hypertension." Pulmonary hypertension is not a single condition but is classified into five separate groups. The '793 patent specification does not disclose any method of treatment for the full scope of pulmonary hypertension disorders encompassed by the Asserted Claims. As such, the specification of the '793 patent does not enable a person of ordinary skill in the art to practice the full scope of the claimed invention(s) without undue experimentation as of the filing date.

    b.  Claim 1 of the '793 patent of treating pulmonary hypertension by "administering by inhalation . . . a formulation comprising treprostinil or a pharmaceutically acceptable salt thereof with an inhalation device." Claims 4 and 6 recites a method of claim 1 "wherein the inhalation device is a dry powder inhaler" and "wherein the formulation is a powder," respectively. In particular, the '793 patent specification provides no examples of dry powder treprostinil formulations or dry powder inhalers suitable for administration to pulmonary hypertension patients. As such, the specification of the '793 patent does not enable a person of ordinary skill in the art to practice the full scope of the claimed invention(s) without undue experimentation as of the filing date.

**G.     Indefiniteness**

17.     Liquidia will prove by clear and convincing evidence that claims 6 and 8 of the '066 patent and claim 6 of the '901 patent are indefinite and invalid under 35 U.S.C. § 112(b) because those claims, read in light of the specification delineating the patent, and the prosecution history, fail to inform, with reasonable certainty, those skilled in the art about the scope of the invention with respect to the "stored," "storing," and "storage" claim limitations.

**II.     REMEDIES**

18.     Liquidia requests the following relief:

    a.  A judgment declaring that the Asserted Claims of the '066 patent are invalid due to collateral estoppel;

b.      A judgment declaring that the Asserted Claims of the '901 patent are invalid due to collateral estoppel;

c.      A judgment declaring that claims 1-3, 6, and 9 of the '066 patent are invalid as anticipated product-by-process claims under 35 U.S.C. 102(b);

d.      A judgment declaring that claims 1-4 of the '901 patent are invalid as anticipated product-by-process claims under 35 U.S.C. 102(b);

e.      A judgment declaring that the Asserted Claims of the '066 patent are invalid as obvious under 35 U.S.C. § 103;

f.      A judgment declaring that the Asserted Claims of the '901 patent are invalid as obvious under 35 U.S.C. § 103;

g.      A judgment declaring that the Asserted Claims of the '793 patent are invalid as obvious under 35 U.S.C. § 103;

h.      A judgment declaring that claim 1 of the '793 patent is invalid as anticipated under 35 U.S.C. § 102(a);

i.      A judgment declaring that the Asserted Claims of the '066 patent are invalid for lack of written description under 35 U.S.C. § 112(a);

j.      A judgment declaring that the Asserted Claims of the '901 patent are invalid for lack of written description under 35 U.S.C. § 112(a);

k.      A judgment declaring that the Asserted Claims of the '793 patent are invalid for lack of written description under 35 U.S.C. § 112(a);

l.      A judgment declaring that the Asserted Claims of the '066 patent are invalid for lack of enablement under 35 U.S.C. § 112(a);

m.     A judgment declaring that the Asserted Claims of the '901 patent are invalid for lack of enablement under 35 U.S.C. § 112(a);

n.      A judgment declaring that the Asserted Claims of the '793 patent are invalid for lack of enablement under 35 U.S.C. § 112(a);

o.      A judgment declaring that the claims 6 and 8 of the '066 patent are invalid as indefinite under 35 U.S.C. § 112(b);

p.      A judgment declaring that claim 6 of the '901 patent is invalid as indefinite under 35 U.S.C. § 112(b);

q.      A judgment declaring that the filing of Liquidia's NDA No. 213005 with the FDA does not infringe the Asserted Claims of the '066 patent;

9

r. A judgment declaring that the filing of Liquidia's NDA No. 213005 with the FDA does not infringe the Asserted Claims of the '793 patent;

s. A judgment declaring that the manufacture, use, offer for sale, sale, or importation of Liquidia's LIQ861 has not infringed, does not infringe, and would not, if marketed, infringe any valid and/or enforceable Asserted Claim of the '066 patent;

t. A judgment declaring that the manufacture, use, offer for sale, sale, or importation of Liquidia's LIQ861 has not infringed, does not infringe, and would not, if marketed, infringe any valid and/or enforceable Asserted Claim of the '793 patent;

u. Entry of an Order dismissing Plaintiff's Complaint with prejudice and judgment entered in favor of Liquidia;

v. An Order declaring this case exceptional and awarding Liquidia its reasonable attorneys' fees and costs under 35 U.S.C. § 285; and

w. Such other and further relief as the Court may deem just and proper.

# EXHIBIT 15

# CURRICULUM VITAE FOR ANDREW R CLARK

███████████████████████████

---

## EDUCATION:

| | |
|---|---|
| 1973 -1977 | Demontfort University, Leicester |
| | B.Sc. Degree in Applied Physics |
| 1979 -1980 | London University, Queen Mary College |
| | Msc in Astrophysics |
| 1988 -1991 | Loughborough University of Technology |
| | Ph.D. entitled "Metered atomization for Respiratory Drug Delivery" |

## EMPLOYMENT:

**1970 - 1980**
Research Technician → Laboratory manager
Aerosol and Particle Technology Group
Chemical Engineering Dept., Loughborough University

**1980 - 1992**
Research Technician → Section head
Pharmaceutical Research and Development
Fisons Pharmaceuticals, Loughborough, England
Section Head Respiratory Physics, Inhalation Development.

**1992 to 1996**
Research Scientist → Group head
Pharmaceutical Research & Development
Genentech Inc., South San Francisco, California
Pulmonary Delivery Group leader

**1996 to 2009**
1996 – 2003; Scientific director → VP → Chief Technical Officer
Nektar Therapeutics Inc. (Formerly Inhale)
San Carlos, CA 94070

2003-2004; Managing Director and Board member, Nektar UK

2004 – 2009; Chief Technology Officer, Nektar Therapeutics

**2009 to 2014**
Site Head and Chief Technology Officer
San Carlos Pulmonary drug development
Novartis Pharmaceutical Corporation

**2014 to 2015**
Pharmaceutical consultant to numerous companies, including
Acting CTO of Respira Therapeutics

2015 to present
President and General Manager, Aerogen Pharma Corporation

## BACKGROUND:

Over 35 years experience in the particle technology and science field.

9 years in the Particle Technology Group at Loughborough University of Technology.  I was involved in all aspects of the groups particle and aerosol science work.  Projects spanned; design and characterization of particle sizing instruments, powder characterization, powder flow, pneumatic conveying and hopper design, industrial hygiene exposure studies and research on lunar dust samples.

22 years in the pulmonary drug delivery industry with extensive experience from research associate to Vice President.  10 years developing formulations and drug delivery devices in the small molecule asthma/allergy arena.  Product experience ranging from nebulizer solutions, through metered dose inhaler formulations to dry powder inhaler design. Responsible for the publications on which the current USP FDA guidance for dry powder inhaler testing is based and was one of the original proponents for the use of gamma scintigraphy in the measurement of lung deposition.  I have authored over 15 patents in the formulation/device area and have published over 45 papers, covering scintigraphic and pharmacokinetic assessment of lung deposition, deposition modeling, inspiratory mechanics, pulmonary formulation and device design.  I have authored 3 book chapters, covering protein formulation, measurement and deposition of respiratory aerosols and pulmonary delivery device technology.  I have spent over 10 years developing pulmonary protein and large molecule products and was part of the team that registered the first pulmonary protein product at Genentech (rhDNAse). I played a major role in the development of Exubera (inhaled insulin), the first systemically acting protein to be delivered via the lung, and a major role in the development of Inhale/Nektar as a business, both from a BD perspective and from a financing perspective.  At Nektar I focused mainly on understanding and enabling systemic delivery through the lungs. I played a major role in selling the pulmonary business to Novartis and then joined Novartis as site head in 2009. And since the acquisition the site filed the NDA for Tobi-podhaler and commercialized the product which is now on sale in over 35 countries in the world. As site head and Chief Technology Officer of the San Carlos site I had responsibility for 320 personnel and an annual budget of approximately $60MM.

Helped found Aerogen Pharma corporation which is developing inhaled drug/device combination products for use in Hospital ICUs.

## CURRENT RESPONSIBILITIES:

Helped found, and currently run, Aerogen Pharma Corporation. APC is based in San Mateo and employs a team 10.  We have two products in multiple clinical trials and indications (Aerogenpharma.com). Phase2a clinical studies

## OTHER RESPONSIBILITIES:

Board Member and Chief Scientific advisor (2014 to present), Respira Therapeutics Corporation.

Board Member, Solaeromed (2012- present). Start-up focusing on emergency treatment for asthma.

Scientific Advisory Board, The Buck Institute (2013- 2014).

President of the International Society for Aerosols in Medicine from 2001 –2003:
Board Member from 1995 - 2001

Science Advisor to the Panel on Aerosols on the USP general chapters on aerosols <601> and uniformity of dosage units <905>.

Member of AAAR nominations committee (2000 – 2003).

Member of the UK EPSRC College of reviewers; appointed 2003

Canadian government research grant awards referee, 2001 - present

**SCIENTIFIC REVIEWER & EDITORIAL BOARDS:**

Journal of Aerosol Medicine (Editorial board member)
Aerosol Science and Technology (Editorial board member)
Journal of Aerosol Science
Journal of Pharmaceutical Sciences
Sprays and Atomization
Pharmaceutical Research
International Journal of Pharmaceutics
European Journal of Respiratory Disease
Pediatric Pulmonology

**EXTERNAL PhD EXAMINER**:
Bath University, UK
Sydney University, Australia
Bradford University
University of Texas

**HONORS**:

1993 Young Investigator Award "for outstanding contributions in aerosol research". Awarded by ISAM

2005 T T Mercer Award for "Excellence in Pharmaceutical aerosols and inhalable materials". Jointly awarded by ISAM and AAAR.

2012 Charles G Thiel Award for "In recognition of outstanding research and discovery in respiratory drug delivery" Award by Virginia Commonwealth University, Richmond, VA

2019 ISAM Career achievement award

2021 Appointed Fellow of ISAM

**PUBLICATIONS**:

**PAPERS:**

O'Callaghan C, **Clark AR**, Milner AD: Why nebulise for more than five minutes? *Arch Dis Child* 1989, **64**:l270-1273.

O'Callaghan C, **Clark AR,** Milner AD: Inaccurate calculation of drug output from nebulisers. *Eur J Pediatr* 1989, **148**:473-474.

O'Doherty MJ, Thomas S, Page C, **Clark AR**, Mitchel D, Heduan E, Nunan TO, Bateman NT: Does 99Tcm human serum albumin alter the characteristics of nebulised pentamidine isethionate. *Nucl Med Commun* 1989, **l0**:523-529.

Newman SP, **Clark AR**, Talaee N, Clarke SW: Pressurised aerosol deposition in the human lung with and without an open spacer device. *Thorax* 1989, **44**:706-710. (81 citations)

Newth C, **Clark AR**: In-vitro performance of the small particle aerosol generator (SPAG-2). *Pediatr Pulmonol* 1989, **7**:183-188. (6 citations)

**Clark AR**, Rachelfsky G, Mason P, Hollingworth A, Goldsmith G: The use of reservoir devices for the simultaneous delivery of two metered dose aerosols. *J Allergy Clin Immunol* 1990, **85**:75-79. (14 citations)

**Clark AR**: Doses, devices and delivery. Modern Medicine of Ireland, Meeting Report, June 1990, pp ll-14.

Newman SP, **Clark AR**, Talaee N, Clarke SW: Deposition of 5 mg Intal from a pressurised metered dose inhaler assessed by radiotracer technique. *Int J Pharm* 1991, **74**:203-208. (30 citations)

Watterberg KL**, Clark AR**, Kelly HW, Murphy S: Delivery of aerosolized medication to intubated babies. Pediatr Pulmonol 1991, 10:l36-141. (27 citations)

Grigg J, Arnon S, Jones T, **Clark AR,** Silverman M: Delivery of therapeutic aerosols to intubated babies. *Arch Dis Child* 1992, **67**:25-30. (40 citations)

Everard ML, **Clark AR,** Milner AD: Drug delivery from holding chambers with attached facemasks. *Arch Dis Child* 1992, **67**:580-585 (120 citations).

Everard ML, **Clark AR,** Milner AD: Drug delivery from jet nebulisers. *Arch Dis Child* 1992, **67**:586-591 (106 citations).

**Clark AR**:  The physics of aerosol formation by MDIs: limitations of the current approach. *J Biopharm Sci* 1992, **3**:69-76. (18 citations)

**Clark AR,**  Hollingworth A: The relationship between powder inhaler resistance and peak inspiratory conditions in healthy volunteers. *J Aerosol Med* 1993, **6**:99-110. (98 citations)

**Clark AR,** Egan MJ: Modelling the deposition of inhaled powdered drug aerosols. *J Aerosol Sci* 1994, **25**:175-186. (42 citations)

**Clark AR**: Effect of powder inhaler resistance upon inspiratory profiles in health and disease. In: *"Respiratory Drug Delivery IV"* (Byron PR, Dalby RN, Farr SJ, Eds) 1994, pp 117-123. (9 citations)

Newman SP, Hollingworth A, **Clark AR**: Effect of different modes of inhalation on drug delivery from a dry powder inhaler. *Int J Pharm.* 1994, **102**:127-132.

Cipolla D, **Clark AR**, Pearlman R, Rosen R, Gonda I: Pulmozyme rhDNase should not be mixed with other nebulizer medications. *Pediatr Pulmonol* 1994, **Suppl 10**:236-237.

Cipolla DC, **Clark AR**, Chan HK, Gonda I, Shire SJ: Assessment of aerosol delivery systems for recombinant human deoxyribonuclease. *STP Pharm  Sci 1994,*  **4:**50–62. (75 citations)

Atkins P, **Clark AR**: Drug delivery to the respiratory tract and drug dosimetry. *J Aerosol Med* 1994, **7**:33-38.

**Clark AR:** The use of laser diffraction for the assessment of medical nebulisers. *Int J Pharm* 1995, **115**:69-78. (72 citations)

**Clark AR:** Medical inhalers: past, present and future.  *J Aerosol Sci Technol* 1995, **22**:387-391. (65 citations)

Fiel SB, Fuchs HJ, Johnson C, Gonda I, **Clark AR**: Comparison of three jet nebulizer aerosol delivery systems used to administer recombinant human DNase I to patients with cystic fibrosis. *Chest* 1995, **108**:153-156. (26 citations)

**Clark AR:** The use of laser diffraction for the evaluation of aerosol clouds generated by medical nebulizers. *Int J Pharm* 1995, **115**:69-78. (72 citations)

**Clark AR:** MDIs: physics of aerosol formation: 1995, *J Aerosol Med* 1996, **9: Suppl 1**: S19-S26.

**Clark AR**: Metered atomization for respiratory drug delivery. PhD thesis, Loughborough University, Leicestershire, England, 1996.

Summers M, Fleming JS, Dai Y, Perring S, Honeywell R, Gough KJ, Renwick AG, **Clark AR**, Nassim MA, Holgate ST: The pulmonary deposition of two aerosol preparations of nedocromil sodium delivered by MDI assessed by single photon emission computed tomography. *J Aerosol Med* 1996, **9: Suppl 1**: S93-S109.

Andersen S, Brannan J, Spring J, Spalding N, Rodwell L, Chan K, Gonda I, Walsh A, **Clark AR** : A new method for bronchial provocation testing in asthmatic subjects using a dry powder mannitol, *Am J Respir Crit Care Med* 1997, **156**:758-765. (97 citations)

Gonda I, Chan K, Walsh A, **Clark AR**. The effect of inhaling a dry powder of sodium chloride on the airways of asthmatic subjects. *Eur Respir J* 1997, **10**:2465-73. (11 citations)

Chan H-K, Clark AR, Gonda I, MumenthalerM, Hsu C: Spray dried powders and powder blends of recombinant human deoxyribonuclease (rhDNase) for aerosol delivery. *Pharm Res* 1997, **14**:431-437. (69 citations)

Sarinas PS, Robinson TE, **Clark AR**, Canfield J, Chitkara RK &  Fick RB: Resistance to inspiratory flow and dynamic lung function: impact on inspiratory flow rates in chronic obstructive lung diseases. *Chest* 1998, **114**:988-992. (12 citations)

Clark AR, Newman SP, Dasovich N: Mouth and oropharyngeal deposition of pharmaceutical aerosols. *J Aerosol Med* 1998, **11: Suppl 1**:S116-S121.

Clark AR, Gonda I, Newhouse MT: Towards meaningful laboratory tests for evaluation of pharmaceutical aerosols. *J Aerosol Med* 1998, **11: Suppl 1**:S1-S7.

**Clark AR**, Dasovich N, Gonda I, Chan HK: The balance between biochemical and physical stability for inhalation protein powders. In: *"Respiratory Drug Delivery V"* (Dalby RN, Byron PR, Farr SJ, Eds), Interpharm Press, 1998, pp 167-174.

**Clark AR,** Kadrichu N: Comparing pharmaceutical aerosol particle size distributions: how do we judge similarity: In: "Respiratory Drug Delivery VII" (Dalby RN, Byron PR, Farr SJ, Peart J, Eds) Amy Davis Serentec Press, Raleigh, NC, 2000, pp 181-189.

Sisk SA, Newhouse MT, Duddu SP, Walter Y, Eldon M, Tarara T, **Clark AR**, Weers J: Intrasubject reproducibility and high efficiency of large dose tobramycin from a dry powder inhaler in healthy volunteers**.** *J Aerosol Med* 2001, **14**:392 (abstract).

**Clark AR:** Formulation of proteins and peptides for inhalation. *Drug Del Syst. Sci* 2002, **2**:73-77. (7 citations)

Duddu SP, Sisk SA, Walter YH, Tarara TE, Trimble K, **Clark AR**, Eldon M, Elton RC, Pickford M, Hirst PH, Newman SP, Weers JG: Improved lung delivery from a passive dry powder inhaler using an engineered PulmoSphere powder.  *Pharm Res* 2002, **19**:689-695.  (33 citations)

Hirst PH, Elton RC, Pitcairn GR, Newman SP, Weers JG, **Clark AR**, Tarara TE, Dellamary LA, Hall G, Shorr J: In vivo lung deposition of hollow porous particles from a pressurized metered dose inhaler.  *Pharm Res* 2002, **19**:258-264. (23 citations)

Newhouse MT, Hirst PH, Duddu SP, Walter YH, Tarara TE, **Clark AR**, Weers JG: Inhalation of a dry powder tobraycin PulmoSphere formulations in healthy volunteers. *Chest*, 2003, **124**:360-366. (36 citations)

Chan HK**, Clark AR**, Freely J, Kuo M, Lehrman R, Pikal-Cleland K, Miller D, Vehring R., Lechuga-Ballesteros D: Physical stability of salmon calcitonin spray-dried powders for inhalation: *J Pharm Sci* 2004, **93**:792-804. (26 citations)

Weers J, **Clark A**, Challoner P: High dose inhaled powder delivery: challenges and techniques. In:

"*Respiratory Drug Delivery IX*", (Dalby RN, Byron PR, Peart J, Farr SJ, Eds), Interpharm Press Inc, Buffalo Grove, IL, 2004, pp 281-288.

Lobo J, Schiavone H, Palakodaty S, York P, **Clark AR**, Tzannis ST: SCF engineered powders for delivery of budesonide from passive DPI devices. *J Pharm Sci* 2005, **94**:2276-2288. (13 citations)

Schiavone H, Palakodaty S, **Clark AR**, York P, Tzannis ST: Evaluation of SCF engineered particle-based lactose blends in passive dry powder inhalers. *Int J Pharm* 2005, **281**:55-66. (22 citations)

**Clark AR**, York P: SCF – pulmonary pharmaceuticals: the uncoated truth. In: *"Respiratory Drug Delivery 2006"* (Dalby RN, Byron PR, Peart J, Suman JD, Farr SJ, Eds) 2006, pp 317-326.

**Clark A,** Chamber C, Muir D, Newhouse M, Paboojian S, Schuler C.  The effect of biphasic inhalation profiles on the deposition and clearance of coarse (6.5 μm) aerosols.  *J Aerosol Med* 2007, **20**:75-82. (3 citations)

Weers J, Tarara T, **Clark A**. Design of fine particles for pulmonary delivery. *Expert Opin Drug Del* 2007, **4**:297–313. (3 citations)

**Clark AR**, Eldon MA, Dwivedi SK, Wolff R.: The application of pulmonary inhalation technology to drug discovery. ARMC 2007, **41**:387-398.

**Clark AR**, Kuo MC, Newman SP, Hirst P, Pitcairn G, Pickford M: A comparison of the pulmonary bioavailability of powder and liquid aerosol formulations of salmon calcitonin. *Pharm Res* 2008, **25**:1583-1590.

**Clark AR:** Optimizing high dose pMDI performance: challenging and improving existing therapy", In: "*Respiratory Drug Delivery 2008*", (Dalby RN, Byron PR, Peart J, Farr SJ, Eds), Interpharm Press Inc, Buffalo Grove, IL, 2008, pp 291-298.

**Clark A R:** Beyond the throat: Preferred methods of assessing regional distribution in the lung, Orlando, In: "*Respiratory Drug Delivery 2010*", (Dalby RN, Byron PR, Peart J, Farr SJ, Eds), Interpharm Press Inc, Buffalo Grove, IL, 2010, pp 235-244.

**Clark A R:** Understanding Penetration Index Measurements and the implications for regional lung distribution.  J Aerosol Med., 2012, 25, 4, pp179-187

**Clark A R:** Regional Deposition: Can it be controlled and have an impact on Safety and Efficacy, Phoenix, AZ, In: "*Respiratory Drug Delivery 2012*", (Dalby RN, Byron PR, Peart J, Farr SJ, Eds), Interpharm Press Inc, Buffalo Grove, IL, 2012, pp 235-244.

**Clark AR:** The Role of Inspiratory Pressures in Determining the Flow Rates Through Dry Powder Inhalers: A Review.  Current Pharmaceutical Design, 2015, In-press

Peter Byron, **Andrew R Clark**, Jolyn P Mitchell, Dennis Sandel and Jeffry Weers: Achieving Deposition Equivalence: The State of the Art. In: "*Respiratory Drug Delivery 2017*", (Dalby RN, Byron PR, Peart J, Farr SJ, Eds), Interpharm Press Inc, Buffalo Grove, IL.

**Andrew R Clark**, Cathy McKenna, Ronan MacLoughlin: Aerosol Delivery to Term and Preterm Infants: The Final Frontier. In: "*Respiratory Drug Delivery 2018",* (Dalby RN, Byron PR, Traini D, Farr SJ, Suman J, Watts A, Eds), Interpharm Press Inc, Buffalo Grove, IL.

**Andrew R Clark**, Jeffry Weers, Rajiv Dhand: The Confusing world of dry powder inahlers: It is all about inspiratory pressures, not inspiratory flow rates. J Aerosol Med and Pulmo Drug Del, 2020, Vol 33, 1, 1-11.

**Andrew R Clark**: Essentials for Aerosol Delivery to Term and Preterm Infants. Ann Transl Med. 2021 Apr; 9(7): 594

*Citations from Google Scholar, 17 Aug 2009

## BOOK CHAPTERS:

Shire SJ, **Clark AR**: Formulation of proteins and peptides for inhalation delivery. In:  "*Modified-Release Drug Delivery Technology",* 2nd Edition, Volume 2, 1997, Chapter 50.

**Clark AR**, Borgström L: In vitro testing of pharmaceutical aerosols and predicting lung deposition from in vitro measurements. In:  "*Drug Delivery to the Lung*" (Bisgard H, O'Callaghan C Smaldone GC, Eds) Marcel Dekker, New York, NY, 2002, Chapter 4.

**Clark AR:** Pulmonary delivery technology: recent advances and potential for the new millennium, In: "*Pharmaceutical Inhalation Aerosol Technology*", Second Edition, A.J. Hickey (ed), Marcel Dekker, Inc., NY, 2003, pp 571-591.

**Clark AR,** Stevenson CL, Shire SJ,: Formulation of proteins and peptides for inhalation delivery. In: "*Protein Formulation and Delivery*", 2nd Edition, (McNally EJ, Hastedt JE, Eds), Informa Healthcare, New York, NY, 2007, Chapter 10.

**Clark AR**, Weers JG: Dry powder inhalation systems for Nektar Therapeutics. In*: "Modified Release Drug Delivery Technology, 2nd Ed"* (Rathbone MJ, Hadgraft J, Roberts MS, Lane M, Eds.), Marcel Dekker, New York, NY, 200

## SELECTED ABSTRACTS:

Lloyd PJ, Buxton RE, **Clark AR**: Measurement of coarse aerosols. Powtech Conference Birmingham, 1979, Session M, Paper No. 4.

**Clark** AR: A theoretical analysis of aerosol growth in the respiratory tract. First Conference of the Aerosol Society, Loughborough University, 1987, pp 65-68.

Watterburg KL, **Clark AR,** Murphy SJ: Delivery of aerosolized medication to intubated babies. American Thoracic Society, Nov 1988, Abstract.

**Clark AR:** In-vitro aerosol size analysis: a meaningful or contradictory affair. 1990, Respiratory Drug Delivery II, Keystone Colorado, pp 470-482.

**Clark AR**: Spacer and reservoirs - laboratory versus clinical performance. 1990, Respiratory Drug Delivery II, Keystone, Colorado, pp 764-771.

**Clark AR**:  Medical aerosol inhalers: past, present and future. 1993, AAAR Congress, Chicago.

**Clark AR**, Cipolla DC, Chan H-K,  Gonda I: Recombinant human (rh) proteins for inhalation therapy: rhDNase aerosols - a case study, 1993, AAAR Congress, Chicago.

**Clark AR**: Characterization of nebulizers, impact on drug delivery. 1995, 10th ISAM Congress, Hamilton, Canada.

**Clark AR**: Metered and continuous atomization of CFC and HFA propellants. 1994, 4th International Aerosol Conference, Los Angeles, California, Vol 1, 558.

**Clark AR:** The effect of device resistance and disease on peak inspiratory flow in normals, CF and non-CF COPD, 1995, 10th ISAM Congress, Hamilton, Canada.

## SELECTED PUBLISHED PATENTS:

US 4760072 (1988) Solid nedocromil sodium, useful for removal of obstructed air pathways

EP 89302340 (1989) Pharmaceutical Compositions and Dispensing Means

UK GB2 232 891A ( 1990) Pharmaceutical Nedocromil Compositions for Inhalation

EP 90305810 (1990)  Medicament Inhalation Device and Formulation

EP 90306537  (1990) Disposable Medicament Inhalation Device

EP0971698A1 (2000) Aerosolized Hydrophobic drugs

US6077543 (2000) Systems and processes for spray drying hydrophobic drugs with hydrophilic excipients

EP1119384A2 (2001) Flow resistance modulated aerosolized active agent delivery

EP1117442A1 (2001) Dry powder active agent pulmonary delivery

EP1066074A1 (2001) Aerosolized active agent delivery

EP1242136A1 (2002) Systems and methods for treating packaged powders

EP1237608A2 (2002) Receptacles to facilitate the extraction of powders

EP1212111A1 (2002) Systems and methods for aerosolizing pharmaceutical formulations

US6365190 (2002) Systems and processes for spray drying hydrophobic drugs with hydrophilic excipients

US6572893 (2003) Systems and processes for spray drying hydrophobic drugs with hydrophilic excipients

US6655379 (2003) Aerosolized active agent delivery

US6606992 (2003) Systems and methods for aerosolizing pharmaceutical formulations

US6679256 (2004) Systems and methods for extracting powders from receptacles

US 20040105820A1 (2004) phospholipids-based powders for inhalation .


**<u>INVITED SPEAKER</u>: (Key Meetings Only)**

Aerosol Drug Delivery Meeting, Davos, Switzerland, April 1990

Respiratory Drug Delivery II, Keystone, March 1990

Australian Thoracic Society Annual Congress, Lorne, 1991

Bi-annual Respiratory Drug Delivery Series, March 1992 - 2012

Plenary speaker MDI workshop: *In vitro / in vivo standards of measurement,* ISAM sponsored meeting, Atlanta, Nov 1992

Plenary speaker, International Society for Aerosols in Medicine, 9th International congress, Garmisch-Partienkirchen, 1993

Pulmonary delivery of inhalation aerosols. Plenary speaker, American Association of Aerosol Research Congress, Chicago, October 1993

AOAC International Special Symposium, FDA sponsored meeting on CMC & QA of inhalation aerosols, St.Louis, March 1994

Respiratory Drug Delivery IV, Richmond, May 1994

Plenary speaker, International Society for Aerosols in Medicine, 10th International congress, Hamilton, 1995

Plenary speaker and member of the organizing committee of DIA international symposium "Spacer devices: from bench to bedside", Boston, March 1994

Respiratory Drug Delivery V, Richmond, May 1996

Speaker and member of the organizing committee of DIA international symposium "Dry Powder inhalers", Washington, Jan 1997

Member of the organizing committee of ISAM focus symposium "Towards Meaningful test methods for Pharmaceutical Aerosols", San Juan, Jan 1995

Pulmonary delivery of Protein Powder Aerosols: Millennium World Congress of Pharmaceutical Sciences: San Francisco, Jun 2000

In Vitro - In Vivo correlations and deposition modeling of powders, Inhanced aerosol particle design using Pulmospheres & Inhale's Pulmonary Delivery Platforms (2001) Australia and New Zealand Thoracic Society meeting, Brisbane, Australia.  March

Pharmaceutical Aerosols: The revolution continues:  Plenary lecture, American Association of Aerosol Research Congress, Portland, October 2002

Aerosol Years in Review: 2001-2003 & Future Directions in Aerosols Delivery: 14th international ISAM Congress, Baltimore, June 2003

Respiratory Drug delivery 2004, Tarpon Springs April 2004

Progress with systemic delivery of macromolecules: Academy of Pharmaceutical Sciences, London, Feb 2003

Chairman and plenary speaker (2004) Valios Nasal and Pulmonary drug delivery congress, Delray Beach Florida, Feb 14-17[th]

CRS, (2007) Regulatory challenges Pulmonary delivery of macromolecules, San Diego, CA

Respiratory Drug Delivery 2008, Optimizing High Dose pMDI Performance, Phoenix, May 2008

Respiratory Drug Delivery 2010, Beyond the throat: Preferred methods of assessing regional distribution in the lung, Orlando, April 2010

Portable inhalers, 2011, How high can you go?  High dose powder delivery, Management Forum, London

Respiratory Drug Delivery 2012, Regional Deposition: Can it be controlled and have an impact on Safety and Efficacy, Phoenix, April 2012

## MEMBERSHIP OF PROFFESIONAL SOCIETIES:

The Aerosol Society of Great Britain
The International Society for Aerosols in Medicine
The Institute of Physics
AAPS
AAAR
Controlled Release Society

## HOBBIES:

General Aviation: Commercial pilot, Instrument, Multi-Engine and Single-engine Land, Single-engine Sea, Glider: Endorsements: High Performance, Complex, High altitude, Tail wheel

Recent publication: October 2011 AOPA Pilot magazine "Paper or Plastic", a Never again story

Astrophysics and Astronomy

# MAHDI B. FAWZI, PH.D.

**Phone:** ▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮▮▮

## SENIOR PHARMACEUTICAL EXECUTIVE

An accomplished Senior Executive with broad based strategic experience in pharmaceutical R&D and manufacturing with a proven track record in creating a data driven, effective global vision.  An established record of scientific, technical and organizational achievements at all stages of the R&D process demonstrated at Pfizer, Proctor & Gamble, Warner-Lambert (Parke-Davis), Wyeth Pharmaceuticals, and Warner Chilcott. Significant expertise in small molecules (NCE's) biotech and vaccines development from the early discovery phase all the way to technology transfer and successful commercial launch.

Over the years, provided the technical and organizational leadership for the development, patenting and successfully filing global registrations for over fifteen well established commercially successful products, e.g. Lipitor, Enbrel, Protonix, Neurontin, EffexorXR, Rapamune, Tygacil, Pristiq, Torisel, Acupril, Benefix, ReFacto, etc.
Has authored over 50 publications and has been awarded more than 80 patents.
Additional capabilities include:

- Life cycle and repurposing strategies
- Quality and compliance
- Manufacturing
- Productivity enhancement
- Licensing/acquisitions
- Regulatory strategies including IND's, NDA's, ANDA's and 505(b)2 filings
- Change management and organizational development
- Talent development
- Expert witness in patent litigation

AWARDS
On behalf of Wyeth R&D received:
2008 –  The Scrip Award for "Best Company of the Year"
2007 –  The Scrip Award for "The Best R&D Pipeline"
2006 –  The Scrip Award for "Management Team of the Year"

2004 – Selected as one of four finalists for the Pharmaceutical Executive of the Year Award (Pharmaceutical Achievement Awards by T&F Informa)

## PROFESSIONAL EXPERIENCE & CAREER ACCOMPLISHMENTS

EXCECUTIVE CONSULTANT and Patent Litigation EXPERT WITNESS          **2014 - present**

WARNER CHILCOTT
**President, Global Research and Development**          **2009 – 2013**
Served as President, Global Research and Development, and Chief Scientific Officer of the corporation.  As head of global R&D activities, oversaw a team of approximately 300 professionals with three key executive officers: Sr. VP Clinical Development, Sr. VP Regulatory Affairs, and Sr. VP Global Quality & Compliance. As an Officer of the Board, attended quarterly Board meetings presenting an update on all scientific, quality and compliance issues, and opportunities for the corporation.

Primarily focused on the development of new products targeting therapeutic areas, making proprietary improvements to existing products, and developing new and enhanced dosage forms.

As head of R&D, was involved with licensing and acquisitions, scientific evaluation, clinical trials, regulatory approvals, and licensing of products.  In addition, held responsibilities for global quality and compliance, oversaw projects focused on earlier stage exploratory research, and led the evaluation of potential opportunities to expand the pharmaceutical product portfolio through partnerships or purchase.

Recent accomplishments:

- Led the successful approval and launch of two new products, Atelvia and LoLoestrin 24 in 2010
- Organized the smooth integration of P&G Pharma R&D and Warner Chilcott Global R&D with no interruption in development projects, timeline and regulatory approvals
- Reviewed and established clear and focused priorities for the combined R&D pipeline
- Provided the scientific and technical leadership for the development and timely submission of Asacol citizen petition to the FDA.  The FDA responded with partial endorsement of the citizen petitions that created a new and scientifically rigorous standards for generic products approvals
- Championed the development and regulatory submission for a new formulations of a key Warner Chilcott product
- Created a global, state-of-the-art quality and compliance organization that successfully passed three FDA and MHRA inspections

WYETH RESEARCH

**Executive Vice President, Preclinical Development**                                      **2005 – 2009**

Responsible for directing global Preclinical development activities of Wyeth by leading a staff of 1300 and effectively managing a budget of more than a quarter billion US dollars.

In addition to managing global chemical and pharmaceutical activities, his achievements included:

- Advanced 16 new molecules to development track and filed 12 new INDs or equivalent every year
- Advanced 91 new molecules to development track in last seven years and filed more than 70 new INDs or first-in-man equivalents in the same period with not a single clinical hold
- Submitted 10 new drug applications with global regulatory agencies
- Approval and launch of first-in-class drugs
- Reduced drug development time from pre-development declaration to IND submissions from an average of 23 months to less than 12 months
- Nonclinical acute through chronic toxicity studies, genetic and reproductive toxicity studies, safety pharmacology and carcinogenicity studies on all Wyeth pipeline products covering small molecules, proteins and vaccines
- Various metabolism and biotransformation studies on all discovery projects to ensure that the safest and molecules with drug-like properties are advanced to development track

**Senior Vice President, Chemical, Biological and Pharmaceutical Development**       **1998 – 2004**

Responsible for directing global chemical and pharmaceutical development activities of Wyeth by managing a staff of 700 located at five different sites in three countries. Effectively managed annual budget of $150 million and a portfolio of more than 60 projects covering pre-development to life cycle management and commercial phases of drug development.

Major accomplishments include:

- Proactive management of CPD resources and technical activities that enabled Wyeth R&D to file 8 INDs in 2001, 11 INDs in 2002 and 13 INDs in 2003.
- Chairperson of Technology Development Committee (TDC), which monitors and makes decisions on the most efficient utilization of facilities and resources across three development organizations (small molecules, Proteins and Vaccines) with combined budget of $400 million and staff of 1400.
- Successful development, registration and launch of low dose PremPro, a new hormone therapy option for vasomotor and osteoporosis indications
- Pursued aggressive goals in driving all CPD activities on Mylotarg®, which resulted in FIM (1995) to NDA (1999) submission in four years and US approval of the product in May 2000. This first antibody-targeted chemotherapy drug received Pharma 2003 Discoverers Award.

- Development, registration and successful US launch of Protonix®, a proton pump inhibitor that inhibits acid secretion by gastrointestinal parietal cell. Protonix® is the only US PPI approved for intravenous (reconstituted lyophile with in-line filter) and oral (enteric-coated tablet) administration.
- Provided innovative technical leadership for the successful development, approval and launch of Rapamune® tablets, the first immunosuppressant for renal transplant patients that allows the withdrawal of cyclosporine during maintenance therapy
- Registration and launch of Enbrel® in Europe and Latin America in collaboration with Immunex.

**Vice President, Chemical and Pharmaceutical Development**                          **1995 – 1997**
Major accomplishments include:

- Successful integration of the Chemical & Pharmaceutical Development functions between American Home Products and American Cyanamid by recognizing and empowering drivers and avoiding any disruption
- Spearheaded $200 million new building facilities through simultaneous construction, relocation and re-engineering of the Chemical & Pharmaceutical Development functions in Pearl River, Montreal and Gosport, England.
- Effectively maintained submissions and successful market introductions of: Premarin/ MPA (Prempro® and Premphase®), Lodine® XL, Alesse®, Zosyn® Frozen Bag
- Aggressively enhanced successful defense of Premarin®
- Successful launch of Effexor® XR. Championed and filed a patent for Venlafaxine XR formulation that reduces nausea and emesis (patent issued August 2002).
- Provided technical leadership for the successful development and approval of Rapamune® API and liquid dosage form.
- Developed a novel non-benzodiazapene based sedative/hypnotic (Sonata®) targeted for insomnia. The NDA was filed on time resulting in successful and rapid launch of the product in US. To eliminate the abuse potential of Sonata®, a tamper evident, bioequivalent capsule formulation was developed in less than six months and the submission was filed expeditiously in response to EMEA requirements for product approval in EU.

WARNER LAMBERT  (PARKE-DAVIS)
**Vice President, Product Development**                                             **1987 – 1995**
Responsible for directing the work of 250 staff members and managing budget of $50 million.  Provided leadership and focus for the entire product development function of Parke-Davis.  Major accomplishments include development of Neurontin® with patented formulation and process, development of Accupril® with stabilized novel formulation and manufacturing process and most significantly provided the scientific leadership for the entire development process for Lipitor® patented formulations and manufacturing process.

- Actively supported the drug discovery program with scientifically driven, timely pre-formulation program on the stability and formulation of new leads and promising pre-lead candidates
- Provided key representation on project teams and technology transfer team for all development projects
- More than 6 IND's per year were successfully submitted with no CMC questions from regulating agencies
- Five major NDA's were developed and successfully registered in the US and various global markets
- Recruited and developed a cadre of key talent for a state-of-the-art Product Development organization
- Established an effective GMP program in Product Development that set the highest standards for Quality and Compliance
- The organization was led with strong passion, drive and sense of urgency that produced major product approvals that were transformational for Warner Lambert (Parke-Davis), i.e. Lipitor, Neurontin, and Accupril

**Senior Director, Physical Pharmacy**                                             **1986 – 1987**
Provided leadership and directed work of 132 staff members representing combined functions of Pharmaceutics and Analytical Development.  The department had a strong focus on scientific excellence and

MAHDI B. FAWZI                                                                                   PAGE 4

GMP compliance in an R&D setting, while maintaining high level of leadership in interfaces with Discovery Research, Formulation Development and Quality Control functions of the company.

**Director, Pharmaceutics**                                                                      1985 – 1986
Managed a staff of 50 and established a novel drug delivery group in Pharmaceutics that focused on control release technology and transdermal delivery of beta agonists for asthma, analgesics, etc.  The group efforts resulted in multiple patents, publications, and development of clinical dosage forms

PROCTOR & GAMBLE
**Section Head, Transdermal Delivery**                                                           1982 – 1984
- Developed novel acne formulations for Clindamycin and Erythromycin using skin penetration technologies, the work resulted in multiple patents
- Developed "soft" skin penetration enhancers using known short and medium chain fatty acids in novel formulations that afforded significant transdermal delivery of may drugs in patented formulations

**Group Leader, Formulation Development**                                                        1980 – 1982
- Developed formulation and manufacturing technologies for an oral liposomal product of insulin that was evaluated in human clinical studies and targeted to the liver hepatocytes
- Developed formulation for the first non-absorbable cholesterol lowering agent that was focused on dosage for sizes, elegance, convenience and taste.  That eventually became a market product as a fat substitute
- Developed a convenient and predictive animal model to test anti-osteoporotic agents based on novel bisphosphonates and non-bisphosphonate small molecules using "retired breeder female rabbits" with ovariohysterectomy to stimulate the menopausal onset in women
- Developed a convenient and predictive animal model to test anti-osteoporotic agents based on novel bisphosphonates and non-bisphosphonate small molecules using "retired breeder female rabbits" with ovariohysterectomy to stimulate the menopausal onset in women

**Manager, Quality Control**                                                                     1978 – 1980
Managed a staff of 15 and established the first Quality Control/Quality Assurance function for Pharmaceutical products based on US and European GMP requirements

**Research Scientist**                                                                           1977 – 1978
Managed a staff of 10 and successfully overcame the patent challenge with use of ascorbic acid as stabilizing agent in P&G bone scanning agent by developing a novel formulation that replaced ascorbic acid with an improved stabilization agent.  The work was patented and the new product was introduced with a year. Accomplished successful technical transfer of production process for the first three pharmaceutical products for P&G and provided leadership for successful FDA approval and rapid launch

PFIZER (UNITED KINGDOM)
**Senior and Principal Scientist, Preformulation**                                              1975 – 1977
Organized a preformulation group (from 3 direct reports to 10 over a two year period) that interfaced early in the discovery process to screen development candidates for pharmaceutical profile.

# EDUCATION

UNIVERSITY OF MICHIGAN
**Ph.D. Pharmaceutical Chemistry**
**M.S.  Pharmaceutical Chemistry**

UNIVERSITY OF BAGHDAD
**B.Sc.  Pharmacy**



**EAS Consulting Group**
A Certified Group Company

*Specializing in FDA Regulatory Matters*

## Cesar Matto

**EDUCATION:**

M.S. Microbiology, University of Oklahoma, Norman, Oklahoma
B.S. Biology, William Jewel College, Liberty, Missouri

**EXPERIENCE:**

2020 - Present
**EAS Consulting Group, LLC, Alexandria, VA**
**Independent Consultant**
Assists EAS clients with GMP compliance. Experienced in all forms of solid dosages: tablets, caplets, powder filled hard shell capsules, liquid filled hard shell capsules, powders, creams, ointments, softgels with excellent regulatory compliance track record with the FDA and EMA. Creates and implements in solid dosage environments for the successful transition of development projects through clinical manufacturing, regulatory approval, conformance and commercial manufacturing to ensure positive outcomes from regulatory inspections. Successful implementation of GMP remediation activities preventing further regulatory actions to the affected firm by FDA's Office of Compliance.

2009 - 2019
**Food and Drug Administration, CDER/OC/OMPQ/DIDQ**
**Senior Policy Advisor**
Assigned to case management which included compliance evaluations, disposition and follow-up of foreign pharmaceutical manufacturing facilities; developed and implemented for- cause assignments, warning letters, import alerts, injunctions and other regulatory actions. Lead case officer in a number of high-profile cases which resulted in significant regulatory actions. Broad experience with the various FDA/ORA systems. Conducted briefings to FDA senior management and presentations internal to FDA and to industry representatives. Conducted meetings concerning proposed regulatory actions and strategies addressing case assignments and regulatory compliance. Performed evaluation of compounding pharmacies and developed case activities. Responded to GMP industry inquiries, addressing post market quality reports (foreign field alert reports, Medwatch reports), Subject Matter Expert (SME) in the areas of cross contamination and root cause and special assignments. Responsible for the creation and implementation of the OC IO Quality Systems Management and other policy related activities. Drafted position papers, presentations for internal/external audiences, recommending enforcement strategies in high profile cases and addressing complex regulatory compliance developments.



**EAS Consulting Group**
A Certified Group Company

*Specializing in FDA Regulatory Matters*

| | |
|---|---|
| 2008 - 2009 | **Pharmaceutics International, Inc, Hunt Valley, MD**<br>**Director Quality Assurance Corporate Compliance**<br>Primary responsibilities included systems evaluation, implementation and standardization among all corporate sites in USA and UK. Increased level of responsibilities to ensure adequate harmonization of policies and procedures and the effective implementation of Quality Management Systems and Corporate Quality Policies across multiple sites while maintaining responsibilities of Director. |
| 2002 - 2008 | **Pharmaceutics International, Inc**<br>**Director Quality Assurance**<br>Primary responsibilities included implementation of site wide quality systems. Enhanced overall cGMP compliance by combining the best industry practices from the pharmaceutical industry (small molecule). Developed strategic plans ensuring successful transition and integration of projects through clinical stages up to conformance batches and commercial manufacturing. Specifics responsibilities included the management of policies and programs to ensure compliance with cGMP regulations for all quality systems, including CAPA, training and auditing, vendor qualification and environmental monitoring. Directly involved in more than 300 audits, including multiple successful regulatory inspections (Pre-Approval inspections with the FDA and EMA) resulting in approval recommendation. Responsible for interacting with regulatory agencies. Provided clients with technical support regarding submissions (CMC section) to FDA and EU agencies. |
| 2000 - 2002 | **Watson Laboratories Inc. Miami, FL**<br>**Director of Quality Assurance**<br>Planned, executed and reported quality assurance site operations to corporate senior management. Developed and implemented site specific plans for the effective integration of quality principles and corporate policies throughout the site. Specific duties included systems management of master batch records and executed batch record review, regulatory compliance, failure investigations, and implementation of site internal audit program.  Coordinated operations for incoming raw materials and component sampling, quality engineering, document review, product release and review, compliance, training, complaints; developed QA programs, training programs, quality improvement program. |
| 1999 | **R.P. Scherer, St Petersburg, FL**<br>**Validation Manager**<br>Responsible for the oversight of the Validation Department including coordination of process and cleaning validation activities for prescription, OTC and nutritional products, and equipment qualification. Developed validation strategies to transfer existing approved products to the new Pharma 2000 plant while maintaining existing product optimization. Supported validation of new product applications, IQ/OQ/PQ protocols; and FDA liaison. |


**EAS Consulting Group**
A Certified Group Company

*Specializing in FDA Regulatory Matters*

| | |
|---|---|
| 1998 - 1999 | **Bausch & Lomb Pharmaceutical, Inc. Tampa FL**<br>**Validation Manager**<br>Responsible for the development of master validation plans, re-certification program for plant-wide systems, validation strategies in support of ANDA/NDA; supported R&D efforts for new container/closure evaluation and sterilization issues; participated in site quality management team to ensure adherence to approved MVP's and BLP corporate policies as well as regulatory compliance. |
| 1995 – 1998<br><br>1993 - 1995 | **Ivax/Zenith Goldline Pharmaceutical, Inc. Miami FL**<br>**Quality Assurance Manager, Softgel Division**<br>**Quality Assurance Manager, Solid Dosage Division**<br>Reviewed and approval of master formulation records, master packaging records, raw material specification, final product specification, characterization protocols, validation protocols, investigations and deviations. Responsible for document review and product release, and liaison for FDA Inspections (PAI and GMP). Implemented database to monitor and report cycle time from packaging to release, and database to monitor, report and provide with root cause analysis for cycle time variances for release of raw materials. Implemented The Cost of Quality software to capture key financial indicators. |

**ADDITIONAL TRAINING:**
- FDA/ORA Drug School Training
- FDA/ORA Compliance Law
- Sterile Drug manufacturing Training, FDA Office of Manufacturing and Product Quality
- PDA/FDA Pharmaceutical Supply Chain Workshop (Facilitator/Panelist)
- PDA/FDA Glass Packaging Conference (Co-Chair)
- Pre-Approval Inspections, FDA Office of Regulatory Affairs
- Active Pharmaceutical Ingredient Manufacturing, FDA Office of Regulatory Affairs
- Level III Drug Investigator certification training, FDA Office of Regulatory Affairs
- FDA and PAT for Pharma Manufacturing, The University of RI College of Pharmacy
- Cleaning Validation & Media Fill Standard Procedure, BenAstrum Pharma Broad
- Environmental Monitoring-Compliance and Quality, FSK Associates
- A Comprehensive Approach to Microbial OOS Investigation in Purified Water Systems in Pharmaceuticals-IVT
- An Auditor's View of FDA Requirements for QC Laboratory Compliance, BenAstrum Pharma Broad
- A Quality System Approach to Environmental Monitoring- BenAstrum Pharma Broad
- A Look at Quality and Compliance, BenAstrum Pharma Broad
- Conference on Strategies for Ensuring GMP Compliance
- GMP Training, PharmaNet

**PROFESSIONAL ASSOCIATIONS:**
- Parenteral Drug Association (PDA)
- Regulatory Affairs Professional Society (RAPS)

Cesar Matto
Independent Consultant

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 1

CURRICULUM VITAE
Jason T. McConville, Ph.D.
Associate Professor of Pharmaceutics

Mailing Address:
Department of Pharmaceutical Sciences, University of New Mexico,
College of Pharmacy, 2705 Frontier Avenue NE, Albuquerque, NM 87131.

Electronic mail: jmcconville@unm.edu
Telephone: +1 (505) 925-4446; Facsimile: +1 (505) 925-4549

I.    Personal

██████████████████████████████████
████████

██████████████████████████████████████████
█████████████████████████

II.   Education

Oct 91 – Jun 94        Bachelor of Science with Honors, Applied Chemistry
                       Coventry University, Coventry, United Kingdom

Jul 99 – Sep 02        University of Strathclyde, Glasgow, United Kingdom.
                       Doctor of Philosophy, Pharmaceutics

Dissertation:          "Pulsed-Release Drug Delivery and Development of the
                       Time-Delayed Capsule"

III.  Positions Held

September 1994 to July 1999 –Research Technician in Pharmaceutics,
Centre for Drug Formulation Studies, University of Bath, Bath, United Kingdom.

July 1999 to September 2002 – Ph.D. Student/Candidate,
Department of Pharmacy, University of Strathclyde, Glasgow, United Kingdom.

October, 2002 to August 2006 – Post Doctoral Fellow/ Research Associate,
College of Pharmacy, University of Texas at Austin, Austin, TX.

August, 2006 to May 2012 – Assistant Professor of Pharmaceutics,
College of Pharmacy, University of Texas at Austin, Austin, TX.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 2

July, 2012 to Present – Associate Professor of Pharmaceutics,
College of Pharmacy, University of New Mexico, Albuquerque, NM.

August, 2012 to Present – Adjunct Professor
Department of Pharmaceutical Technology and Biopharmacy,
University of Bonn, Germany.

July, 2021 to Present – Vice Chair of Education in Pharmaceutical Sciences,
College of Pharmacy, University of New Mexico, Albuquerque, NM.


IV.  Professional Memberships

American Association of Pharmaceutical Scientists          1997 - present
*Sections: Formulation Design & Development*
            *Physical Pharmacy & Biopharmaceutics*
Aerosol Society                                            1997 - present
Controlled Release Society                                2002 – present
Canadian Society for Pharmaceutical Sciences              2004 – present
American Association of Colleges of Pharmacy              2006 – present
American Association of Pharmaceutical Scientists
*Inhalation and Nasal Community Leadership Member*         2020 - present


V.  Professional Training

Short course:  *Particle Characterization using Low Angle Laser Light Scattering*,
Malvern Instruments, Limited, Malvern, Worcestershire, UK, June, 1996.

The Royal Institute of Biology, *Accredited Training for Personnel Working under the
Animals (Scientific Procedures) Act 1987* (Modules 1, 2, 3, and 4),
Guy's, King's and St Thomas' Medical School, London, UK, April, 1997.

Short course:  *Advances in Controlled Release and Drug Delivery Technologies*.
The Center for Microencapsulation and Drug Delivery, Texas A&M University,
College Station, TX, October, 2004.

Short course:  *Particle Engineering Technologies:  Theory and Practice*,
American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

Short course:  *Basic Pharmacokinetic Concepts for the Pharmaceutical Scientist*,
University of Minnesota, College of Pharmacy, Minnesota, MN, July, 2005.

Workshop: *Tablet Coating Technologies*, *International Pharmaceutical Excipients Council
(IPEC Americas 2008)*, San Juan, Puerto Rico, April, 2008.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 3

The Royal Institute of Biology, *Accredited Training for Personnel Working under the Animals (Scientific Procedures) Act 1987* (Modules 1, 2, 3, 4, and 5), Vesalius, London, UK, June, 2009.

Joint American Association of Pharmaceutical Scientists/Controlled Release Society Workshop: *Developing Pharmaceutical Products for Controlled Pulmonary Delivery*, Annual Meeting of the American Association of Pharmaceutical Scientists, Washington, DC, October, 2011.

Workshop: *Setting Release Specifications for in vitro Testing of Controlled Release Dosage Forms*, 39th International Symposium on Controlled Release of Bioactive Materials, Quebec City, Canada, July, 2012.

Short Course: *Macromolecule Drug Delivery: Challenges and Triumphs*, AAPS National Biotechnology Conference, San Diego, CA, May, 2014.

National Association for Biomedical Research (NABR), Reducing Burden: Options and Opportunities, November, 2017.

Collaborative Institutional Training Initiative, Planning Research and Completing the Protocol Form, December, 2018.

Office of Laboratory Animal Welfare (OLAW), 21st Century Cures Act, December, 2019.

VI.   Current Research Interests

New technologies to improve patient compliance and health outcomes with inhalation, oral, thin film, and 3D printed drug delivery technologies.

VII.   Honors and Awards

1.   Annual Research Day Award for "Design and Evaluation of Pulsatile Drug Delivery Capsule", *University of Strathclyde*, Glasgow, May, 2001.

2.   Outstanding Presentation Award: "Microwave Dielectric Analysis of Wet Granulations for Erodible HPMC Tablets", *138th British Pharmaceutical Conference*, Glasgow, United Kingdom, September, 2001.

3.   Editor's Choice Award: "Design and Evaluation of a Restraint-Free Small Animal Inhalation Dosing Chamber". *LeadDiscovery*, February, 2005.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 4

4.  Innovative Aspects of Oral Drug Delivery and Absorption Graduate/Post-Doc Award: "Improved Dissolution Rate and Bioavailability through the Formation of a Highly Miscible Binary Mixture", *32nd International Symposium on Controlled Release of Bioactive Materials*, Miami, FL, June, 2005.

5.  Best Resident and Research Presentation Award: "Aerosolized Itraconazole (ITZ) as Prophylaxis against Invasive Pulmonary Aspergillosis (IPA) due to *Aspergillus fumigatus*", *27th American College of Clinical Pharmacy Annual Meeting*, St. Louis, MS, October, 2006.

6.  Invited article: J.T. McConville, N.P. Wiederhold, Antifungal Prophylaxis to the Lung Using Itraconazole, *Inhalation*, 1(2007) 6-9.

7.  Invited article: J.T. McConville, Targeted Lung Delivery of Antifungals: Preclinical Studies Using Itraconazole Nanoparticles, *RDD Europe 2007*, 1(2007) 43-50.

8.  Invited article: D.A. Miller, J.T. McConville, W. Yang, R.O. Williams III, J.W. McGinity, Hot-Melt Extrusion for Enhanced Delivery of Drug Particles, *Journal of Pharmaceutical Sciences*, 96(2007) 361-76. Invited Article.

9.  Featured News Article: "University of Texas at Austin Pharmacy Researcher Works to Lower Carbon Footprint of Pharmaceuticals", *www.BiobasedNews.com*, August, 2008.

10.  Featured News Article in Carbon Market News: "Research Reveals Pharmaceuticals Can Cut Carbon Footprint with Organic Solvent", *www.carbonoffsetsdaily.com*, August, 2008.

11.  Guest Editor: Innovative Inhalation Technologies: Special Edition: *Drug Development and Industrial Pharmacy*, 34(2008).

12.  Invited article: Y-J. Son, J.T. McConville, Advancements in Dry Powder Delivery to the Lung, Special Edition: Innovative Inhalation Technologies, *Drug Development and Industrial Pharmacy*, 34(2008) 948-959.

13.  Invited article: A.B. Watts, J.T. McConville, R.O. Williams III, Current Therapies and Technological Advances in Aqueous Aerosol Drug Delivery, Special Edition: Innovative Inhalation Technologies, *Drug Development and Industrial Pharmacy*, 34(2008) 913-922.

14.  Invited article: W. Yang, J. Tam, D.A. Miller, J. Zhou, J.T. McConville, K.P. Johnston, R.O. Williams III, High Bioavailability from Nebulized Itraconazole Nanoparticle Dispersions with Biocompatible Stabilizers, Special Edition: Pharmaceutical Nanotechnology, *International Journal of Pharmaceutics*, 361(2008) 177–188.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 5

15. Session Judge: Poster on the Podiums, *Respiratory Drug Delivery (RDD2008)*, Scottsdale, Arizona, 2008.

16. Research Presentation Award: "Manufacture and Characterization of Natural Polymer Based Films as Buccal Delivery Systems", *International Pharmaceutical Excipients Council (IPEC Americas 2009)*, San Juan, Puerto Rico, April, 2009.

17. Invited article: S. Thitinan, J.T. McConville, Interferon Alpha Delivery Systems for the Treatment of Hepatitis C, *International Journal of Pharmaceutics*. 369(2009) 121-135.

18. Invited article: J.T. McConville, S.A. Kucera, T.C. Carvalho, E.M. Hurley, Ethyl Lactate as a Pharmaceutical-Grade Excipient and Development of a Sensitive Peroxide Assay, *Pharmaceutical Technology*, 33(2009) 74-84.

19. Invited article: Y-J Son, J.T. McConville, Dissolution Testing for Inhalation Formulations, *Inhalation*, 2:6(2009) 8-11.

20. Invited article: Y-J. Son, M. Horng, M. Copley, J.T. McConville, Optimization of an *In Vitro* Dissolution Test Method for Inhalation Formulations, *Dissolution Technologies*, 17(2010), 6-13.

21. Member of the Society for Teaching Excellence, *University of Texas at Austin*, September, 2011.

22. Corresponding author for the most downloaded article in *European Journal of Pharmaceutics and Biopharmaceutics*: "Manufacture and Characterization of Mucoadhesive Buccal Films", January-March 2011.

23. Invited article: T.C. Carvalho, S.R. Carvalho, J.T. McConville, Formulations for Pulmonary Administration of Anticancer Agents to Treat Lung Malignancies, *Journal of Aerosol Medicine and Pulmonary Drug Delivery*, 24 (2011), 61-80.

24. Nomination: University of Texas System Regents' Outstanding Teaching Award, December 2011.

25. Research Presentation Award: Influence of particulate API in Eudragit® RS and RL films for buccal delivery, *International Pharmaceutical Excipients Council (IPEC Americas 2012)*, San Juan, Puerto Rico, 2012.

26. Invited article: S. Thitinan, J.T. McConville, Development of a Gastroretentive Pulsatile Drug Delivery Platform, *Journal of Pharmacy and Pharmacology*, 64 (2012), 505-516.

27. Invited article: Y-J. Son, J.T. McConville, Preparation of Sustained Release Rifampicin Microparticles for Inhalation, Special Edition: *Journal of Pharmacy and Pharmacology*, 64 (2012), 1291-1302.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 6

28. Research Presentation Award: "Antisolvent Co-Precipitation Synthesis of D,L-Valine/Lysozyme", *International Pharmaceutical Excipients Council (IPEC Americas 2014)*, Raleigh-Durham, NC, April, 2014.

29. Invited article: J.O. Morales, J.T. McConville, Novel Strategies for the Buccal Delivery of Macromolecules, *Drug Development and Industrial Pharmacy*, 40 (2014), 579–590.

30. Best Inter-Departmental Collaborative Research Award: "Polymeric Coating of Endotracheal Tubes for Local Drug Delivery", *University of New Mexico College of Pharmacy Research and Scholarship Day*, Albuquerque, NM, September, 2015.

31. Invited article: J.E. Hasted P. Bäckman, A.R. Clark, W. Doub, A. Hickey, G. Hochhaus, P.J. Kuehl, C-M. Lehr, P. Mauser, J. McConville, R. Niven, M. Sakagimi and J.G. Weers, Scope and relevance of a pulmonary biopharmaceutical classification system AAPS/FDA/USP Workshop March 16-17th, 2015 in Baltimore, MD, *AAPS Open*, 2 (2016), 1-20.

32. Invited article: T.C. Carvalho, J.P. McCook, N.R. Narain, J.T. McConville, Development of Aqueous Dispersions of Coenzyme Q10 for Pulmonary Delivery and the Dynamics of Active Vibrating-Mesh Aerosolization, Special Issue: Staniforth Festschrift, *International Journal of Pharmaceutics*, 514 (2016), 514(2), 407-419.

33. Invited article: J.O Morales, K.R. Fathe, A. Brunaugh, S. Ferrati, S. Li, M. Montenegro-Nicolini, Z. Mousavikhamene, J.T. McConville, M.R. Prausnitz, H.D.C. Smyth, Challenges and Future Prospects for the Delivery of Biologics: Oral Mucosal, Pulmonary, and Transdermal Routes, *The AAPS Journal*, 2017, 1-17.

34. Guest Editor: Formulation and Delivery of Macromolecules, Special Edition: *AAPS PharmSciTech* 18 (2017).

35. Abstract Reviewer and Publication Coordinator for the Taylor & Francis Group and ExcipientFest 2017, Providence, RI.

36. Invited Article: I. Rossi, F. Sonvico, J. McConville, F. Rossi, E. Fröhlich, S. Zellnitz, A. Rossi, E. Del Favero, R Bettini, F. Buttini, Nebulized Coenzyme Q10 Nanosuspensions: A Versatile Approach for Pulmonary Antioxidant Therapy, *European Journal of Pharmaceutical Sciences*, 113 (2017), 159-170.

37. Session Judge: Academic and Industrial Posters, *Drug Delivery to the Lungs (DDL2017)*, Edinburgh, UK, December, 2017.

38. Session Judge: Pat Burnell Young Investigator Prize, *Drug Delivery to the Lungs (DDL2017)*, Edinburgh, UK, December, 2017.

39. Inducted as a member of the Tom L. Popejoy Society, *University of New Mexico*, 2018.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 7

40. Elected: Member at Large Faculty Senate Health Sciences Center Council, *University of New Mexico*, July, 2018.

41. Session Judge: Academic and Industrial Posters, *Drug Delivery to the Lungs (DDL2018)*, Edinburgh, UK, December, 2018.

42. Session Judge: Academic and Industrial Posters, *Drug Delivery to the Lungs (DDL2018)*, Edinburgh, UK, December, 2018.

43. Keynote Speaker, *4th World Congress & Expo on Pharmaceutics and Drug Delivery Systems*, Milan, Italy, March, 2019.

44. Special Issue Guest Editor, Thin Film Technologies, *International Journal of Pharmaceutics*, November, 2019.

45. Session Judge: Academic and Industrial Posters, *Drug Delivery to the Lungs (DDL2019)*, Edinburgh, UK, December, 2019.


VIII. <u>University Service and Committees Served</u>

1. Chemical, Radiological, & Biohazard Safety Committee, University of Texas at Austin, College of Pharmacy, 2006-2008.

2. Pharmacokinetics Task Force, University of Texas at Austin, College of Pharmacy, 2006-2008.

3. Curriculum Committee, University of Texas at Austin, College of Pharmacy, 2009-2010.

4. Program Assessment Team, University of Texas at Austin, College of Pharmacy, 2009-2010.

5. Financial Aid Committee (Professional Student), University of Texas at Austin, College of Pharmacy, 2006-2012.

6. Admissions Committee, University of Texas at Austin, College of Pharmacy, 2008-2012.

7. Cultural Proficiency Committee, University of Texas at Austin, College of Pharmacy, 2008- 2012.

8. Pharmaceutics Division Graduate Advisor, University of Texas at Austin, College of Pharmacy, 2008-2012.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 8

9. Promotion and Tenure Committee, Department of Pharmaceutical Sciences, University of New Mexico, 2012-present.

10. Web Re-Design Committee, College of Pharmacy, University of New Mexico, 2012-2013.

11. Staff Excellence Award Committee, College of Pharmacy, University of New Mexico, 2012-2013.

12. Faculty Development Committee, College of Pharmacy, University of New Mexico, 2012-Present. (2014-2015 -Vice Chair; 2015-2017 - Chair).

13. Institutional Animal Care and Use Committee (IACUC), Health Science Center, University of New Mexico, 2013-Present.

14. Accreditation Committee, College of Pharmacy, University of New Mexico, 2014-2016.

15. Graduate and Postdoctoral Affairs Committee, College of Pharmacy, University of New Mexico, 2015-2017.

16. Student Pharmacist Research Interest Group (SPRIG), College of Pharmacy, University of New Mexico, 2015 – 2017.

17. Pharmacy Year 1 Faculty Advisor, College of Pharmacy, University of New Mexico, Academic year 2017 - 2018.

18. Pharmacy Year 2 Faculty Advisor, College of Pharmacy, University of New Mexico, Academic year 2018 - 2019.

19. Pharmacy Year 3 Faculty Advisor, College of Pharmacy, University of New Mexico, Academic year 2019 - 2020.

20. Graduate Affairs Committee, College of Pharmacy, University of New Mexico, 2018 – 2019.

21. Office of Research and Compliance Academic Misconduct Special Investigation Committee, University of New Mexico, 2018 – 2019.

22. Research and Scholarship Committee, College of Pharmacy, University of New Mexico, 2018 – 2020.

23. Faculty Senate Health Sciences Center Council, University of New Mexico, 2018 – 2020.

24. Faculty Senate, University of New Mexico, 2020 – Present.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 9

25.   Health Science Library and Infomatics Center Advisory Council, Health Science Center, University of New Mexico, 2019 – Present.

26.   UNM 2040 Steering Committee, University of New Mexico, 2021 – Present.

IX.   <u>Scientific Advisory Roles</u>

1.   Editorial Board Member of *Drug Development and Industrial Pharmacy*, 2007 – Present.

2.   Editorial Advisory Board Member of *Inhalation*, 2007 – Present.

3.   Prosolv® Advisory Board, JRS Pharma, Patterson, NY, 2009-2012.

4.   Review Panel Member (*Ad-hoc*): National Institutes of Health, Center for Scientific Review, Nanotechnology Study Section, 2011.

5.   Scientific Advisor for Respiratory Drug Delivery 2012, Phoenix, AZ, 2012.

6.   American Association for the Advancement of Science, Research Competitiveness Program Review Committee (*Ad-Hoc*), New York Ave NW, Washington, DC, 2014.

7.   Associate Editor of Special and Themed Issues for *Drug Development and Industrial Pharmacy*, 2015 – 2019.

8.   Review Panel Member (*Ad-hoc*): National Institutes of Health, Center for Scientific Review, Special Emphasis Panel Study Section, 2017.

9.   Scientific Advisor for the Aerosol Society, Drug Delivery to the Lungs (DDL), 2016 – Present.

10.   Scientific Advisor for the International Pharmaceutical Excipients Council (IPEC) of the Americas, 2017 – 2019.

11.   Editorial Board Member of the *Journal of Biopharmaceutics and Therapeutic Challenges*, 2017 – Present.

12.   Review Panel Member (*Ad-hoc*): National Institutes of Health, Center for Scientific Review, Preclinical Services for HIV Therapeutics Special Emphasis Panel Study Section, 2020.

13.   Associate Editor for *Drug Development and Industrial Pharmacy*, 2019 – Present.

14.   Editorial Board Member of *Pharmaceutics*, 2020 – Present.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 10

X.  Teaching Experience

1.  PHR352C (Lecture), Biopharmaceutics and Pharmacokinetics, Course Instructor, University of Texas at Austin, College of Pharmacy, 2007 - 2009.

2.  PHR152P (Laboratory), Biopharmaceutics and Pharmacokinetics, Course Instructor, University of Texas at Austin, College of Pharmacy, 2007 - 2009.

3.  PHR390S, Applied Pharmacokinetics, Course Coordinator, University of Texas at Austin, College of Pharmacy, 2007-2009.

4.  PHR382R, Recent Advances in Pharmaceutics, Course Instructor, University of Texas at Austin, College of Pharmacy, 2007.

5.  PHR380Q, Advanced Pharmaceutical Processing, Course Instructor, University of Texas at Austin, College of Pharmacy, 2008.

6.  PHR380M, Drug Development, Course Instructor, University of Texas at Austin, College of Pharmacy, 2008.

7.  PHR252C, Biopharmaceutics, Course Instructor, University of Texas at Austin, College of Pharmacy, 2009-2011.

8.  PHR386Q, Preclinical and Clinical Drug Development, Course Instructor, University of Texas at Austin, College of Pharmacy, 2010-2012.

9.  PHRM593, Pharmaceutical Sciences and Toxicology Seminar, Instructor of the Record (IOR), University of New Mexico, College of Pharmacy, 2014.

10. PHRM726, Biopharmaceutics and Pharmacokinetics, Course Instructor/Instructor of the Record (IOR), University of New Mexico, College of Pharmacy, 2012 – 2017.

11. PHRM702, Pharmaceutics II, Course Instructor, University of New Mexico, College of Pharmacy, 2013 – 2017.

12. PHRM598, Pharmaceutics & Drug Delivery Course Instructor/Instructor of the Record (IOR), University of New Mexico, College of Pharmacy, 2014.

13. PHRM701, Pharmaceutics I, Course Instructor, University of New Mexico, College of Pharmacy, 2016-2017.

14. PHRM802, Physical Pharmacy and Biopharmaceutics, Course Instructor/Instructor of the Record, University of New Mexico, College of Pharmacy, (IOR: 2017-Present).

15. PHRM824, Dosage Forms, Course Instructor, University of New Mexico, College of Pharmacy, 2017 – Present.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 11

16. PHRM576, Molecular and Cellular Pharmacology, University of New Mexico, College of Pharmacy, 2017 – Present.

XI. <u>Mentoring</u>

*Graduate Students and Postdoctoral Fellows*

1. Yoen-Ju Son, Ph.D., Pharmaceutics Graduate Program, 2006-2010.
   *Post-Doctoral fellow under supervision of Dr. Michael Hindle, Virginia Commonwealth University, 2011-2013.*

2. Sumalee Thitinan, Ph.D., Pharmaceutics Graduate Program, University of Texas at Austin 2007-2011.Funded by a Thailand Government Pharmaceutical Organization Scholarship,
   *Employer: Thailand Government Pharmaceutical Organization, 2011-present.*

3. Thiago Carvalho Ph.D., Pharmaceutics Graduate Program, University of Texas at Austin, 2007-2011.
   *Employer: Bristol-Myers Squibb, New Brunswick, New Jersey,* 2011-present.

4. Matt Herpin, Pharmaceutics Graduate Program, University of Texas at Austin, 2011-2012.

5. Ping Du, Pharmaceutics Graduate Program, University of Texas at Austin, 2011-2012.

7. Ashkan Yazdi. Pharm.D./Ph.D Student Rotation, Pharmaceutics Graduate Program, University of Texas at Austin, 2011-2012.

8. Shih-Fan Jang, Ph.D., Pharmaceutics Graduate Program, University of Texas at Austin 2007-2013.

9. Javier Morales, Ph.D., Pharmaceutics Graduate Program, University of Texas at Austin 2008-2012. Funded by a Fulbright Organization Scholarship.
   *Assistant Professor, Department of Pharmaceutical Sciences and Technology, University of Chile, 2013-present.*

10. Simone Carvalho, Ph.D., Pharmaceutics Graduate Program, University of Texas at Austin 2009-2013.

11. Audrey Smith, Biomedical Sciences Graduate Program (BSGP) Student Rotation, University of New Mexico, Spring, 2013.

12. Dominique Perez, Biomedical Sciences Graduate Program (BSGP) Student Rotation, University of New Mexico, Spring, 2013.

13. Joseph Castillo, Biomedical Sciences Graduate Program (BSGP) Student Rotation, University of New Mexico, Fall, 2013.

14. Kai Berkenfeld Ph.D., Graduate Student, Department of Pharmaceutical Technology Graduate Program, University of Bonn, 2012-2019.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 12

15. Anh-Le Dung, Nanoscience and Microsystems Engineering Graduate Program, University of New Mexico, 2013-2016.

16. Kristina Schönhoff M.S., Graduate Student, Department of Pharmaceutical Technology Graduate Program, University of Bonn, 2014-2016.

17. Sudha Ananthakrishnan M.S., Nanoscience and Microsystems Engineering Graduate Program, University of New Mexico, 2013-2016.

18. Elnaz Sadeghi M.S., Biomedical Engineering Graduate Program, University of New Mexico, 2016-2018.

19. Rikhav Gala, Ph.D., Research Scientist I, University of New Mexico, 2017-2018.


*Pharm.D Students*

1. Ashkan Yazdi. UT Pharm.D./Ph.D Student Rotation, 2008. (Honors Project)

2. Michelle Horng, UT Pharm.D. Student, 2008-2011.

3. Rajesh Peddaiahgari, UT Pharm.D. Student, 2009.

4. Yi Guo, UT Pharm.D. Student, 2009.

5. Tian Tian, UT Pharm.D./Ph.D Student Rotation, 2010/2011. (Honors Project)

6. Ashley Jewitt, UT B.S. Student, 2011-2012.

7. Nicole Wesley, UT Pharm.D. Student, Fall 2011.

8. Lessel Lamkin, UNM Pharm.D. Student, Spring 2012 – Spring 2014.

9. Colin Williams, UNM Pharm.D. Student, Spring 2012.

10. Michael Bernauer, UNM Pharm.D. Student, Spring 2013-Fall 2015.

11. Maria Gabriela Cabanilla, UNM Pharm.D. Student, Fall 2014 – Spring 2016.

12. Christina Clise, UNM Pharm.D. Student, Spring 2012 – Spring 2016.

13. Meghan Bass, UNM Pharm.D. Student, Spring 2016 – Spring 2017.

14. Jarrid Young, UNM Pharm.D. Student, Fall 2016 – Fall 2017.

15. Jason Solano, UNM Pharm.D. Student, Spring 2017-2018.

16. Joseph Dinallo, UNM Pharm.D. Student, Spring 2016-2017.

17. Anh Le, UNM Pharm.D. Student, Summer 2018 – Summer 2019.

18. Victoria Lopez, UNM Pharm.D. Student, Summer 2018 – Spring 2019.

19. Aaron Rodriguez, UNM Pharm.D. Student, Summer 2018 – Spring 2019.

20. Haya Albazzaz, UNM Pharm.D. Student, Spring 2020 – Present.

21. Erena Hovhannisyan, UNM Pharm.D. Student, Spring 2020 – Present.

22. *Madison Robinette, UNM BSPS Student, Summer 2021 – Present.*

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 13

*Visiting Scholars*

1. Simone Dietz, Pharmaceutics Intern from University of Bonn, Germany. Fall/Spring 2010/2011.

2. Christine Joseph, Pharmaceutics Intern from University of Bonn, Germany. Spring/Summer 2011.

3. Gero Joks, Pharmaceutics Intern from University of Bonn, Germany. Summer 2011.

4. Professor Alf Lamprecht, Visiting Professor from University of Bonn, Germany. Fall 2016.

5. Ian Morales, Pharmaceutics Intern from Department of Chemistry, University of Puerto Rico. Summer 2017.

6. Yousef Abugalyon, National Institute of Health (NIH) The University of Texas at El Paso BUILDing Scholars Program. Summer 2017.

7. William Mclain, Visiting Scholar from Master of Pharmacy degree programme in the Department of Pharmacy & Pharmacology at the University of Bath. Fall 2017.

8. Adnan Hassan, Visiting Scholar from Master of Pharmacy degree programme in the Department of Pharmacy & Pharmacology at the University of Bath. Fall 2017.

9. Liam Wade, Visiting Scholar from Master of Pharmacy degree programme in the Department of Pharmacy & Pharmacology at the University of Bath. Fall 2018.

10. Haya Albazzaz, Volunteer Pre-Pharmacy Undergraduate Student, UNM, Fall 2018 – Summer 2019.

11. Hannah Avery, Visiting Scholar from Master of Pharmacy degree programme in the Department of Pharmacy & Pharmacology at the University of Bath. Fall 2019.

12. Chrystabel Chinye, Visiting Scholar from Master of Pharmacy degree programme in the Department of Pharmacy & Pharmacology at the University of Bath. Fall 2019.

*Dissertation Committees Served*

1. Justin Tolman, Ph.D., UT Pharmaceutics Graduate Program, 2009.

2. Piynauch Wonganan, Ph.D, UT Pharmaceutics Graduate Program, 2010.

3. Yoen-Ju Son, Ph.D., UT Pharmaceutics Graduate Program, 2010. (Chair)

4. Sumalee Thitinan, Ph.D., UT Pharmaceutics Graduate Program, 2011. (Chair)

5. Nicole Nelson, Ph.D, UT Pharmaceutics Graduate Program, 2011.

6. Martin Donovan, Ph.D, UT Pharmaceutics Graduate Program, 2011.

7. Shayna McGill, Ph.D, UT Pharmaceutics Graduate Program, 2011.

8. Nicole Nelson, Ph.D., UT Pharmaceutics Graduate Program, 2011.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 14

9.   Loti David King'ori, M.Sc., Pharmacy, Rhodes University, South Africa, 2011.

10.   Thiago Carvalho Ph.D., UT Pharmaceutics Graduate Program, 2011. (Chair)

11.   Helen Lirolla, Ph.D., UT Pharmaceutics Graduate Program, 2012.

12.   Prinda Wanakule, Ph.D., UT BME Graduate Program, 2012.

13.   Mehra Haghi, Ph.D., Pharmacy, University of Sydney, 2012.

14.   Letty Rodriguez, Ph.D., UT Pharmaceutics Graduate Program, 2012.

15.   Javier Morales, Ph.D., UT Pharmaceutics Graduate Program, 2012. (Chair)

16.   Shih-Fan Jang, Ph.D., UT Pharmaceutics Graduate Program, 2013. (Chair)

17.   Eileen Dawson, Ph.D., UT BME Graduate Program, 2013.

18.   Amit Kumar, Ph.D., UT Pharmaceutics Graduate Program, 2013.

19.   Simone Carvalho, Ph.D., UT Pharmaceutics Graduate Program, 2013. (Co-Chair)

20.   Amber McBride, Ph.D., UNM NSME Graduate Program, 2014.

21.   Kristina Schönhoff, M.S., Pharmaceutical Technology Graduate Program, University of Bonn, 2014. (Co-Chair)

22.   Ashmita Ramanah, Pharmacy, Rhodes University, 2016.

23.   Elnaz Sadeghi, M.S. UNM Biomedical Engineering Graduate Program, 2018. (Chair)

24.   Kai Berkenfeld Ph.D., University of Bonn, Pharmaceutical Technology Graduate Program, 2019. (Co-Chair)

25.   Sudha Ananthakrishnan M.S., UNM NSME Graduate Program, 2019. (Chair)

XII.   Peer Reviewing

1.   Drug Development and Industrial Pharmacy, Taylor & Francis Group, Abingdon, UK.

2.   European Journal of Pharmaceutical Sciences, Elsevier, Amsterdam, Netherlands.

3.   European Journal of Pharmaceutics and Biopharmaceutics, Elsevier, Amsterdam, Netherlands.

4.   International Journal of Pharmaceutics, Elsevier, Amsterdam, Netherlands.

5.   Journal of Controlled Release, Elsevier, Amsterdam, Netherlands.

6.   Journal of Pharmaceutical Sciences, Elsevier, Amsterdam, Netherlands.

7.   Pharmaceutical Research, Springer Nature, Basel, Switzerland.

8.   Molecular Pharmaceutics, American Chemical Society, Washington, DC.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 15

9.      Ashley Publications Ltd., London, UK.

10.    Drug Delivery, Taylor & Francis Group, Abingdon, UK.

11.    Journal of Pharmacy and Pharmaceutical Sciences, Edmonton, Alberta, Canada.

12.    Informa Healthcare USA, New York, NY

13.    Pharmaceutical Press, London, UK

14.    Journal of Pharmacy and Nutrition Science, Lifescience Global, Mississauga, Ontario, Canada.

15.    Inhalation, CSC Publishing, St. Paul, MN.

XIII. <u>Publications</u>

1.      J.T. McConville, N. Patel, N. Ditchburn, P. Woodcock, M.J. Tobyn, J.N. Staniforth, Use of a Novel Modified TSI for the Evaluation of Controlled-Release Aerosol Formulations, *Drug Development and Industrial Pharmacy*, 26(2000) 1191-1198.

2.      J.T. McConville, A.C. Ross, A.R. Chambers, G. Smith, A.J. Florence, H.N.E. Stevens, The Effect of Wet Granulation on the Erosion Behavior of an HPMC–Lactose Tablet, Used as a Rate-Controlling Component in a Pulsatile Drug Delivery Capsule Formulation, *European Journal of Pharmaceutics and Biopharmaceutics*, 57(2004) 541-549.

3.      J.T. McConville, A.C. Ross, A.J. Florence, H.N.E. Stevens, Erosion Characteristics of an Erodible Tablet Incorporated in a Time-Delayed Capsule Device, *Drug Development and Industrial Pharmacy*, 31(2005) 79-89.

4.      J.T. McConville, Recent Trends in Oral Drug Delivery, *The Drug Delivery Companies Report*, PharmaVentures, Oxford, UK, Autumn/Winter (2005) 24-27.

5.      J.T. McConville, T.C. Carvalho, A.N. Iberg, R.L. Talbert, D.S. Burgess, J.I. Peters, K.P. Johnston, R.O. Williams III, Design and Evaluation of a Restraint-Free Small Animal Inhalation Dosing Chamber, *Drug Development and Industrial Pharmacy*, 31(2005) 35-42.

6.      B.J. Hoeben, D.S. Burgess, J.T. McConville, L.K. Najvar, R.L. Talbert, J.I. Peters, N.P. Wiederhold, B.L. Frei, J.R. Graybill, R. Bocanegra, K.A. Overhoff, P. Sinswat, K.P. Johnston and R.O. Williams III, *In Vivo* Efficacy of Aerosolized Nanostructured Itraconazole Formulations for the Prevention of Invasive Pulmonary Aspergillosis, *Antimicrobial Agents and Chemotherapy*, 50(2006) 1552-1554.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 16

7.   J.M. Vaughn, J.T. McConville, X. Gao, M.T. Crisp, K.P. Johnston, R.O. Williams III, Supersaturation Produces High Bioavailability of Amorphous Danazol Particles Formed by Evaporative Precipitation into Aqueous Solution and Spray Freezing into Liquid Technologies, *Drug Development and Industrial Pharmacy*, 32(2006) 559-567.

8.   J.T. McConville, K.A. Overhoff, P. Sinswat, J.M. Vaughn, B.L. Frei, D.S. Burgess, R.L. Talbert, J.I. Peters, K.P. Johnston, R.O. Williams III, Targeted High Lung Concentrations of Itraconazole Using Nebulized Dispersions in a Murine Model, *Pharmaceutical Research*, 23(2006) 901-911.

9.   J.M. Vaughn, J.T. McConville, D.S. Burgess, J.I. Peters, K.P. Johnston, R.L. Talbert, R.O. Williams III, Single Dose and Multiple Dose Studies of Aerosolized Itraconazole Nanoparticles, *European Journal of Pharmaceutics and Biopharmaceutics*, 63(2006) 95-102.

10.  T. Purvis, J.M. Vaughn, T.L. Rogers, X. Chen, K.A. Overhoff, P. Sinswat, J. Hu, J.T. McConville, K.P. Johnston, R.O. Williams III, Cryogenic liquids, Nanoparticles, and Microencapsulation, *International Journal of Pharmaceutics*, 324(2006) 43-50.

11.  J.T. McConville, N.P. Wiederhold, Antifungal Prophylaxis to the Lung Using Itraconazole, *Inhalation*, 1(2007) 6-9.

12.  J.T. McConville, Targeted Lung Delivery of Antifungals: Preclinical Studies Using Itraconazole Nanoparticles, *RDD Europe 2007*, 1(2007) 43-50.

13.  D.A. Miller, J.T. McConville, W. Yang, R.O. Williams III, J.W. McGinity, Hot-Melt Extrusion for Enhanced Delivery of Drug Particles, *Journal of Pharmaceutical Sciences*, 96(2007) 361-76.

14.  J.M. Vaughn, N.P. Wiederhold, Jason T. McConville, J.J. Coalson, R.L. Talbert, D.S. Burgess, K.P. Johnston, R.O. Williams III, Murine Airway Histology and Alveolar Macrophage Uptake of Inhaled Amorphous Itraconazole, *International Journal of Pharmaceutics*, 338(2007) 219-224.

15.  C.A. Alvarez, N.P. Wiederhold, J.T. McConville, J.I. Peters, L.K. Najvar, J.R. Graybill, J.J. Coalson, R.L. Talbert, D.S. Burgess, R. Bocanegra, K.P. Johnston, R.O. Williams III, Aerosolized Nanostructured Itraconazole as Prophylaxis Against Invasive Pulmonary Aspergillosis, *Journal of Infection*, 55(2007) 68-74.

16.  M. T. Carvajal, D. Cipolla, M. Copley, J.T. McConville, Highlights from RDD 2008: *Inhalation* Reports on Some of the Most Interesting Research Presented at the Most Recent Respiratory Drug Delivery Meeting, *Inhalation*, 2:3(2008) 18-20.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 17

17. K.A. Overhoff, J.T. McConville, W. Yang, K.P. Johnston, J.I. Peters, R.O. Williams, Effect of Stabilizer on the Maximum Degree and Extent of Supersaturation and Oral Absorption of Tacrolimus Made by Ultra-Rapid Freezing, *Pharmaceutical Research*, 25(2008) 167-175.

18. W. Yang, J. Tam, D.A. Miller, J. Zhou, J.T. McConville, K.P. Johnston, R.O. Williams III, High Bioavailability from Nebulized Itraconazole Nanoparticle Dispersions with Biocompatible Stabilizers, Special Edition: Pharmaceutical Nanotechnology, *International Journal of Pharmaceutics*, 361(2008) 177–188.

19. J. Tam, J.T. McConville, R.O. Williams III, K.P. Johnston, Amorphous Cyclosporin-A Nanodispersions for Enhanced Pulmonary Deposition and Dissolution, *Journal of Pharmaceutical Sciences*, 97(2008) 4915-4933.

20. P. Sinswat, K.A. Overhoff, J.T. McConville, K.P. Johnston, Robert O. Williams III, Nebulization of Nanoparticulate Amorphous or Crystalline Tacrolimus – Single-Dose Pharmacokinetics Study in Mice, *European Journal of Pharmaceutics and Biopharmaceutics*, 69(2008) 1057-1066.

21. Y-J. Son, J.T. McConville, Advancements in Dry Powder Delivery to the Lung, Special Edition: Innovative Inhalation Technologies, *Drug Development and Industrial Pharmacy*, 34(2008) 948-959.

22. A.B. Watts, J.T. McConville, R.O. Williams III, Current Therapies and Technological Advances in Aqueous Aerosol Drug Delivery, Special Edition: Innovative Inhalation Technologies, *Drug Development and Industrial Pharmacy*, 34(2008) 913-922.

23. S. Thitinan, J.T. McConville, Interferon Alpha Delivery Systems for the Treatment of Hepatitis C, *International Journal of Pharmaceutics*. 369(2009) 121-135.

24. J.T. McConville, S.A. Kucera, T.C. Carvalho, E.M. Hurley, Ethyl Lactate as a Pharmaceutical-Grade Excipient and Development of a Sensitive Peroxide Assay, *Pharmaceutical Technology*, 33(2009) 74-84.

25. Y-J Son, J.T. McConville, Dissolution Testing for Inhalation Formulations, *Inhalation*, 2:6(2009) 8-11.

26. J.T. McConville, L. Hodges, T. Jones, J.P. Band, B. O'Mahony, B. Lindsay, A.C. Ross, A.J. Florence, A.J. Stanley, M.J. Humphrey, C.G. Wilson, H.N.E. Stevens, A Pharmacoscintigraphic Study of Three Time-Delayed Capsule Formulations in Healthy Male Volunteers, *Journal of Pharmaceutical Sciences*, 98(2009) 4251-4263.

27. J.A. Tolman, N.A. Nelson, Y-Ju Son, S. Bosselmann, N.P. Wiederhold, J.I. Peters, J.T. McConville, R.O. Williams III, Characterization and Pharmacokinetic Analysis of Aerosolized Aqueous Voriconazole Solution, *European Journal of Pharmaceutics and Biopharmaceutics* 72(2009) 199-205.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 18

28.  J.A. Tolman, N.P. Wiederhold, J.T. McConville, L.K. Najvar, R. Bocanegra, J.I. Peters, J.J. Coalson, J.R. Graybill, T.F. Patterson, R.O. Williams III, Inhaled Voriconazole for the Prevention of Invasive Pulmonary Aspergillosis, *Antimicrobial Agents and Chemotherapy*, 53(2009) 2613-2615.

29.  Y-J. Son, J.T. McConville, A Standardized Dissolution Test Method for Inhaled Pharmaceutical Formulations, *International Journal of Pharmaceutics*, 382(2009) 15-22.

30.  J.O. Morales, M. Horng, A.M. Gregg, J.T. McConville, Development of Orally-Disintegrating Tablets using Starch and Fructose, *Pharmaceutical Technology*, 34(2010), 92-99.

31.  Y-J. Son, M. Horng, M. Copley, J.T. McConville, Optimization of an *In Vitro* Dissolution Test Method for Inhalation Formulations, *Dissolution Technologies*, 17(2010), 6-13.

32.  M. Copley, Y-J. Son, J. McConville, Dissolution Testing for Inhaled Drugs, *Pharmaceutical Technology Europe*, 22(2010), 37-38, 40-43.

33.  T.C. Carvalho, S.R. Carvalho, J.T. McConville, Formulations for Pulmonary Administration of Anticancer Agents to Treat Lung Malignancies, *Journal of Aerosol Medicine and Pulmonary Drug Delivery*, 24(2011), 61-80.

34.  J.O. Morales, J.T. McConville, Manufacture and Characterization of Mucoadhesive Buccal Films, *European Journal of Pharmaceutics and Biopharmaceutics*, 77(2011), 187-199.

35.  Y-J. Son, J.T. McConville, A New Respirable Form of Rifampicin, *European Journal of Pharmaceutics and Biopharmaceutics*, 78 (2011), 366-376.

36.  T. Carvalho, M. Horng, J.T. McConville, Application of a Pull on a Disk Method to Measure Surface Tension of Liquids, *AAPSPharmSciTech*, 13 (2012), 305-312.

37.  Y-J. Son, J.T. McConville, A Prospective Dissolution Test Design: Controlling the Important Variables, *Respiratory Drug Delivery 2012*, 1(2012) 177-184.

38.  S. Thitinan, J.T. McConville, Development of a Gastroretentive Pulsatile Drug Delivery Platform, *Journal of Pharmacy and Pharmacology*, 64 (2012), 505-516.

39.  Y-J. Son, J.T. McConville, Preparation of Sustained Release Rifampicin Microparticles for Inhalation, Special Edition: *Journal of Pharmacy and Pharmacology*, 64 (2012), 1291-1302.

40.  A.K. Yazdi, J.O. Morales, S.R. Marek, F. Thielmann, D. Burnett, J. Heng, J.T. McConville, Dissolution Rate Comparison of Micronized and Spray-Dried Budesonide, *Respiratory Drug Delivery 2012*, 3 (2012), 855-858.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 19

41.   S-F Jang, B.A. Goins, W.T. Phillips, C. Santoyo, A.R-Ficht, J.T. McConville, Size Discrimination in Rodent Gastric Emptying, *Biopharmaceutics & Drug Disposition*, 34 (2013), 107–124.

42.   J.O. Morales, R. Su, J.T. McConville, The Influence of Recrystallized Caffeine on Water-Swellable Polymethacrylate Mucoadhesive Buccal Films, *AAPS PharmSciTech*, 14 (2013) 475-484.

43.   J.O. Morales, G.R. Joks, A. Lamprecht, J.T. McConville A design of experiments to optimize a new manufacturing process for high activity protein-containing submicron particles, *Drug Development and Industrial Pharmacy*, 39 (2013), 1793-1801.

44.   J.O. Morales, A.C. Ross, R. Su, J.T. McConville. Protein-coated nanoparticles embedded in films for buccal delivery. *Journal of Pharmacy and Pharmacology*, 65 (2013), 827–838.

45.   T.C. Carvalho, J.P. McCook, N.R. Narain, J.T. McConville, Development and Characterization of Phospholipid-Stabilized Submicron Aqueous Dispersions of Coenzyme $Q_{10}$ Presenting Continuous Vibrating-Mesh Nebulization Performance, *Journal of Liposome Research*, 23 (2013), 276-290.

46.   J. Hautmann, S.E. Godoy, P. Marshik, R. Chand, J. McConville, S. Krishna, S. Krishna, P. Muttil, Effect of Time Between Actuation on the Dose Variability for Three Metered Dose Inhalers, *Respiratory Drug Delivery 2013*, 2 (2013), 429-434.

47.   J.O. Morales, J.T. McConville, Novel Strategies for the Buccal Delivery of Macromolecules, *Drug Development and Industrial Pharmacy*, 40 (2014), 579–590.

48.   J.O. Morales, S. Huang, R.O. Williams III, J.T. McConville, Films loaded with Insulin-coated nanoparticles (ICNP) as potential platforms for peptide buccal delivery, *Colloids and Surfaces B: Biointerfaces*, 122 (2014), 38–45.

49.   M.E. Ali, J.T. McConville, A. Lamprecht, Pulmonary Delivery of Anti-Inflammatory Agents, *Expert Opinion on Drug Delivery*, 12 (2015), 929-945.

50.   K. Berkenfeld, A. Lamprecht, J.T. McConville, Devices for Dry Powder Drug Delivery to the Lung, Special Edition: Advances in Formulation and Device Technologies for Pulmonary Drug Delivery, *AAPSPharmSci Tech*, 16 (2015), 479-490.

51.   J.E. Hasted P. Bäckman, A.R. Clark, W. Doub, A. Hickey, G. Hochhaus, P.J. Kuehl, C-M. Lehr, P. Mauser, J. McConville, R. Niven, M. Sakagimi and J.G. Weers, Scope and relevance of a pulmonary biopharmaceutical classification system AAPS/FDA/USP Workshop March 16-17th, 2015 in Baltimore, MD, *AAPS Open*, 2 (2016), 1-20.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 20

52. T.C. Carvalho, J.T. McConville, The Function and Performance of Aqueous Aerosol Devices for Inhalation Therapy, *Journal of Pharmacy and Pharmacology*, 68 (2016), 68(5), 556-578.

53. T.C. Carvalho, J.P. McCook, N.R. Narain, J.T. McConville, Development of Aqueous Dispersions of Coenzyme Q10 for Pulmonary Delivery and the Dynamics of Active Vibrating-Mesh Aerosolization, Special Issue: Staniforth Festschrift, *International Journal of Pharmaceutics*, 514 (2016), 407-419.

54. J.O Morales, K.R. Fathe, A. Brunaugh, S. Ferrati, S. Li, M. Montenegro-Nicolini, Z. Mousavikhamene, J.T. McConville, M.R. Prausnitz, H.D.C. Smyth, Challenges and Future Prospects for the Delivery of Biologics: Oral Mucosal, Pulmonary, and Transdermal Routes, *The AAPS Journal*, (2017), 1-17.

55. I. Rossi, F. Sonvico, J. McConville, F. Rossi, E. Fröhlich, S. Zellnitz, A. Rossi, E. Del Favero, R Bettini, F. Buttini, Nebulized Coenzyme Q10 Nanosuspensions: A Versatile Approach for Pulmonary Antioxidant Therapy, *European Journal of Pharmaceutical Sciences*, 113 (2018), 159-170.

56. K. Berkenfeld, M. Bernauer, J.T. McConville, A. Lamprecht, Investigating Cascade Impactor Performance using a Modified 3D Printed Induction Port, *International Journal of Pharmaceutics*, 535 (2018), 402-409.

57. K. Berkenfeld, K. Hauschild, J.T. McConville, A. Lamprecht, Cascade Impactor Performance of Commercial pMDI Formulations using Modified Induction Ports, *Molecular Pharmaceutics*, 17 (2020), 1491–1501.

58. K. Berkenfeld, J.T. McConville, A. Lamprecht, Inhalable Dry Powders of Rifampicin Highlighting Potential and Drawbacks in Formulation Development for Experimental Tuberculosis Aerosol Therapy, *Expert Opinion on Drug Delivery*, 17 (2020), 305-322.

59. K. Berkenfeld, J.T. McConville, A. Lamprecht, Inhalable Formulations of Rifampicin by Spray Drying of Supersaturated Aqueous Solutions, *European Journal of Pharmaceutics and Biopharmaceutics*, 153 (2020), 14-22.

60. K. Berkenfeld, J.T. McConville, A. Lamprecht, (Solvato-) Polymorphism of Spray Dried Formulations of Rifampicin for Pulmonary Drug Delivery, *International Journal of Pharmaceutics*, 590 (2020), 119932.

61. A. Camacho, K. Zychowski, J.T. McConville, Functional Coatings for Breast Milk Storage Bags, *Drug Development and Industrial Pharmacy* – In Preparation, 2021.

62. H. Avery, L. Wade, C. Wiley, L. Felton, J.T. McConville, Improved Poorly soluble Drug Homogeneity in Thin Film Formulations – In Preparation, 2021.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 21

XIV.   Published Abstracts

1.   An *In Vitro* Method for Evaluation of Dry Powder Inhaler Formulations using a
     Novel Modified Twin Stage Impinger, Annual Meeting of the American Association
     of Pharmaceutical Scientists, Boston, MA, November, 1997.

2.   A Novel *Ex Vivo* Method for Determining Diffusion Rates of Dry Powder Inhaler
     Formulations using an Isolated Perfused Guinea Pig Lung Model, Annual Meeting of
     the American Association of Pharmaceutical Scientists, Boston, MA, November,
     1997.

3.   The Comparison of Two Delivery Techniques for Dosing an Isolated Perfused
     Guinea Pig Lung (IPGPL), Annual Meeting of the American Association of
     Pharmaceutical Scientists, San Francisco, CA, November, 1998

4.   An *In Vitro* Method for Evaluation of Lung Deposition and Drug Diffusion from Dry
     Powder Formulations using a Modified Twin Stage Impinger, Annual Meeting of the
     American Association of Pharmaceutical Scientists, San Francisco, CA, November,
     1998.

5.   Preclinical Evaluation of an Isotretinoin (iso) Powder Formulation for Aerosol
     Administration in Lung Cancer Chemoprevention, 90th American Association of
     Cancer Research, Philadelphia, PA, April, 1999.

6.   Effect of Process Variables on the Time-delayed Release from a Capsule Based
     Delivery Device, 23rd Joint Research Seminar, Dublin, Ireland, June, 2000.

7.   Effect of Process Variables on Drug Release from a Time-Delayed Capsule Delivery
     System, 137th British Pharmaceutical Conference, Birmingham, United Kingdom,
     September, 2000.

8.   Processing Induced Variability of Time-delayed Delivery from a Pulsatile Capsule
     Device, Annual Meeting of the American Association of Pharmaceutical Scientists,
     Indianapolis, IN, October, 2000.

9.   Microwave Dielectric Analysis of Wet Granulations for Erodible HPMC Tablets,
     138th British Pharmaceutical Conference, Glasgow, United Kingdom,
     September, 2001.

10.  The use of Microwave Analysis to Describe the Effect of a Wet Granulation
     Processing Technique, Annual Meeting of the American Association of
     Pharmaceutical Scientists, Denver, CO, October, 2001.

11.  Gamma Scintigraphic Visualisation of Drug Release from a Time-Delayed Capsule,
     6th US-Japan Drug Delivery Symposium, Honolulu, HI, November, 2001.

12.  Gamma Scintigraphic Investigation of Drug Release from a Time-Delayed Capsule,
     29th International Symposium on Controlled Release of Bioactive Materials, Seoul,
     Korea, June, 2002.

13.  Preparation of Water-impermeable Capsule Bodies for a Pulsatile Drug Delivery
     System, 139th British Pharmaceutical Conference, Manchester, United Kingdom,
     September, 2002.

14.  Time Delayed Delivery of Theophylline, 139th British Pharmaceutical Conference,
     Manchester, United Kingdom, September, 2002.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 22

15. The Suitability of a Capsule Component for use with a Pulsed Release Drug Delivery Device, Annual Meeting of the American Association of Pharmaceutical Scientists, Toronto, Canada, November, 2002.

16. Gastrointestinal Transit and Release of Time-Delayed Delivery Capsules, Annual Meeting of the American Association of Pharmaceutical Scientists, Toronto, Canada, November, 2002.

17. A Study to Investigate the effects of Food Administration Post-Gastric Emptying on a Time-delayed Formulation in Healthy Volunteers using Gamma Scintigraphy, 30th International Symposium on Controlled Release of Bioactive Materials, Glasgow, United Kingdom, June, 2003.

18. Physiochemical Properties of Itraconazole Produced by Spray-Freezing into Liquid Process, 1st European Federation for Pharmaceutical Sciences Conference on Optimizing Drug Delivery and Formulation: New Challenges in Drug Delivery, Versailles, France, September, 2003.

19. Controlling Particle Characteristics of Itraconazole Powders Produced by Spray-freezing into Liquid - Organic Solution Versus Emulsion Liquid Feed Solutions, Annual Meeting of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October, 2003.

20. Nebulization of a Suspension Containing Itraconazole Prepared by Evaporative Precipitation into Aqueous Solution, Annual Meeting of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October, 2003.

21. Spray Freezing into Liquid of Itraconazole for Pulmonary Delivery, Annual Meeting of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October, 2003.

22. Enhanced Solubility and Dissolution of Itraconazole Prepared by the Spray Freezing into Liquid Technique, 31st International Symposium on Controlled Release of Bioactive Materials, Honolulu, HI, June, 2004.

23. The Use of Antioxidants to Stabilize Ethyl Lactate, Annual Meeting of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

24. Design of a Restraint-Free Small Animal Dosing Chamber for Inhalation and Investigation of Drug Distribution Within the Chamber, Annual Meeting of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

25. Miscibility of Hydrophilic Polymers and Surfactants with Polyethylene Oxide in Hot-melt Extruded Tablets Containing Poorly Water Soluble Drug, Annual Meeting of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

26. Delivery of Poorly Water Soluble Drugs using Nebulization, 15th Drug Delivery to the Lungs Conference, London, United Kingdom, December, 2004.

27. Improved Dissolution Rate and Bioavailability through the Formation of a Highly Miscible Binary Mixture, 32nd International Symposium on Controlled Release of Bioactive Materials, Miami, FL, June, 2004.

28. Delivery of Nebulized Itraconazole Nanoparticles in the Murine Model, Respiratory Drug Delivery Europe 2005, Paris, France, May, 2005.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 23

29. Particle Engineering for Rapid Dissolution Rates of Poorly Water Soluble Drugs, American Institute of Chemical Engineers (AIChE) Annual Meeting, Cincinnati, OH, October, 2005

30. Investigation of Dissolution Properties of Microcrystalline or Stabilized Amorphous Particles of Itraconazole in Melt Extruded Solid Dispersions, Joint Symposium on the Future Prospects of Pharmaceutical Sciences, Hoshi University, Tokyo, Japan, October, 2005.

31. Characterization of Nebulized Itraconazole Nanoparticles and Delivery to the Murine Lung, Annual Meeting of the American Association of Pharmaceutical Scientists, Nashville, TN, November, 2005.

32. Treatment of Acute Pulmonary Aspergillosis with Nebulized Itraconazole in the Murine Model, Annual Meeting of the American Association of Pharmaceutical Scientists, Nashville, TN, November, 2005.

33. Improved Danazol Supersaturation and Oral Bioavailability via Formulation into an Amorphous Solid Solution, Annual Meeting of the American Association of Pharmaceutical Scientists, Nashville, TN, November, 2005.

34. Investigation of Dissolution Properties of Microcrystalline or Stabilized Amorphous Particles of Itraconazole in Melt Extruded Solid Dispersions, Annual Meeting of the American Association of Pharmaceutical Scientists, Nashville, TN, November, 2005.

35. Treatment of Pulmonary Aspergillosis using Nebulized Itraconazole Nanoparticles prepared using Particle Engineering Technologies, 16th Drug Delivery to the Lung Conference, London, United Kingdom, December, 2005.

36. *In Vivo* Efficacy of Aerosolized Nano-structured Itraconazole (ITZ) Formulations for the Prevention of Invasive Pulmonary Aspergillosis (IPA), 45th Interscience Conference on Antimicrobial Agents and Chemotherapy, Washington, DC, December 2005 (originally scheduled for New Orleans, September, 2005).

37. Single Dose Variability and Multi-Dose Studies of Nebulized Itraconazole in a Murine Model, Respiratory Drug Delivery (RDD X) Conference, Boca Raton, FL, April, 2006.

38. Murine Airway Histology and Alveolar Macrophage Uptake of Inhaled Amorphous Itraconazole (Itra), American Thoracic Society International Conference, San Diego, CA, May, 2006.

39. Particle Engineering and Formulation for Enhanced Bioavailability of Poorly Water Soluble Drugs, Particles 2006 Conference, Orlando, FL, May, 2006.

40. Sustained Lung Concentrations of Itraconazole using Nebulized Dispersions in a Murine Model, 32nd International Symposium on Controlled Release of Bioactive Materials, Vienna, Austria, July, 2006.

41. Aerosolized Itraconazole (ITZ) as Prophylaxis against Invasive Pulmonary Aspergillosis (IPA) due to *Aspergillus fumigatus*, American College of Clinical Pharmacy Annual Meeting, St. Louis, MS, October, 2006.

42. *In-vitro* and *In-vivo* Comparison of Melt Extruded Particulate Dispersions of PVP and HPMC-Stabilized Nano-Structured Amorphous Itraconazole Particles, Annual Meeting of the American Association of Pharmaceutical Scientists, San Antonio, TX, October, 2006.

43. Antisolvent Precipitation of Cyclosporin A Nanoparticles for Enhanced Pulmonary Delivery, Annual Meeting of the American Association of Pharmaceutical Scientists, San Antonio, TX, October, 2006.

44. Immunological Response and Alveolar Macrophage Uptake of Inhaled Amorphous ITZ, Annual Meeting of the American Association of Pharmaceutical Scientists, San Antonio, TX, October, 2006.

45. *In Vitro* and *In Vivo* Validation of a High-Concentration Pre-Clinical Rodent Dosing Apparatus for Inhalation, Annual Meeting of the American Association of Pharmaceutical Scientists, San Antonio, TX, October, 2006.

46. A Novel *In Vitro* Pulmonary Dissolution Testing Method for Controlled Release Inhalation Formulations, 34th International Symposium on Controlled Release of Bioactive Materials, Long Beach, CA, July, 2007.

47. The Swelling Properties of Walocel-HM (Hypromellose) in 100% Ethanol, Annual Meeting of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2007.

48. A Novel *In Vitro* Dissolution Testing Method for Inhalation Formulations, Annual Meeting of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2007.

49. *In Vitro* Determination of Gastric Mucoadhesion for Hypromellose Formulations, Annual Meeting of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2007.

50. Development of a Standardized *In Vitro* Pulmonary Dissolution Testing Method, 6th World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Barcelona, Spain, April 2008.

51. Development of a Standardized Dissolution Test for Inhalable Formulations, Respiratory Drug Delivery (RDD XI) Conference, Scottsdale, AZ, May, 2008.

52. *In Vitro* Determination of Gastrointestinal Mucoadhesion Formulations, 35th International Symposium on Controlled Release of Bioactive Materials, New York, NY, July, 2008.

53. Aerosolized Voriconazole (VRC) as Prophylaxis against Invasive Pulmonary Aspergillosis (IPA) due to *Aspergillus fumigatus*, 48th Interscience Conference on Antimicrobial Agents and Chemotherapy/Infectious Diseases Society of America 46th Annual Meeting, Washington, DC, October, 2008.

54. Preliminary Studies for Rapidly Disintegrating Mini-Tablets for Enteric Coated Oral Delivery, Annual Meeting of the American Association of Pharmaceutical Scientists, Atlanta, GA, November, 2008.

55. Gender and Race-Based Disparities in the Proportion of Hepatitis C Patients that are Co-Infected with HIV/AIDS in The 1996-2005 US National Hospital Discharge Survey, Annual Meeting of the American Association of Pharmaceutical Scientists, Atlanta, GA, November, 2008.

56. Low Concentration Range Determination of API 31510 using High Performance Liquid Chromatography (HPLC), Annual Meeting of the American Association of Pharmaceutical Scientists, Atlanta, GA, November, 2008.

57. Major Sites of Pulmonary Malignancy and Associated Health Outcomes for Lung Cancer Patients in the 1996-2005 National Hospital Discharge Survey (NHDS),

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 25

       Annual Meeting of the American Association of Pharmaceutical Scientists, Atlanta, GA, November, 2008.

58. Improvements of an *In Vitro* Dissolution Test Method For Dry Powder Inhalation Formulations, Annual Meeting of the American Association of Pharmaceutical Scientists, Atlanta, GA, November, 2008.

59. Aerosol Characterization and Single-Dose Pharmacokinetic Analysis of Nebulized Voriconazole Solution, Annual Meeting of the American Association of Pharmaceutical Scientists, Atlanta, GA, November, 2008.

60. Investigation of Nebulized Dose and Inhaled Dose of Itraconazole Dispersions in a Nose-Only Rodent Dosing Chamber, Annual Meeting of the American Association of Pharmaceutical Scientists, Atlanta, GA, November, 2008.

61. Characterization of Saccharide Derived Fast Disintegrating Tablets, ExcipientFest 2009, San Juan, PR, May, 2009.

62. Manufacture and Characterization of Natural Polymer Based Films as Buccal Delivery Systems, ExcipientFest 2009, San Juan, PR, May, 2009.

63. Development of Fast Disintegrating Tablets using Starch and Starch Derivatives, 36th International Symposium on Controlled Release of Bioactive Materials, Copenhagen, Denmark, July, 2009.

64. An Investigation of Natural Based Films Suitable for Buccal Delivery, 36th International Symposium on Controlled Release of Bioactive Materials, Copenhagen, Denmark, July, 2009.

65. Effect of Oral Candidiasis Co-Infection in HIV/AIDS and Hepatitis C Patients Admitted to Hospitals in The United States, Annual Meeting of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November, 2009.

66. Effect of Cooling Rate on the Particle Size of API31510 Emulsions, Annual Meeting of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November, 2009.

67. Investigation of nebulized itraconazole dispersions: *in-vitro-in-vivo* comparison of dose administered to mice in a nose-only dosing apparatus, Annual Meeting of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November, 2009.

68. Nanostructured Tacrolimus Produced by Ultra-Rapid Freezing for Dry Powder Inhalation, Annual Meeting of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November, 2009.

69. Development and Evaluation of a Manufacturing Process for Xanthan Gum-Based Films, Annual Meeting of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November, 2009.

70. Optimization of an In Vitro Dissolution Test Method for Inhalation Formulations, Annual Meeting of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November, 2009.

71. Low Density Chitosan-Based Particles Prepared by Spray Drying as a Pulmonary Drug Delivery Vehicle, Annual Meeting of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November, 2009.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 26

72. Particle Manufacture for Targeted Oral Delivery in a Rodent Model, Annual Meeting of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November, 2009.

73. Development of Submicron Aqueous Formulations of API31510, Annual Meeting of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November, 2009.

74. Manufacture and characterization of Fast Disintegrating Tablets, Annual Meeting of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November, 2009.

75. Optimization of an In Vitro Dissolution Test Method for Inhalation Formulations, Proceeding of the Drug Delivery to the Lungs Conference (DDL20), Edinburgh, UK, December 2010.

76. The Use of Silicified Microcrystalline Cellulose and Fructose in the Development of Orally Disintegrating Tablets, 37th International Symposium on Controlled Release of Bioactive Materials, Portland, OR, July, 2010.

77. Rapidly Disintegrating Tablets for Targeted Oral Delivery, 37th International Symposium on Controlled Release of Bioactive Materials, Portland, OR, July, 2010.

78. Assessment of Student Performance in Biopharmaceutics using the TurningPoint Audience Response System, Proceedings of AACP Annual Meeting and Seminars, Seattle, WA, 2010.

79. Development and Characterization of Films for Buccal Delivery, Annual Meeting of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 2010.

80. Time Dependent Aerosolization Stability of Vibrating-Mesh Nebulizers with Submicron Lecithin Aqueous Dispersions of API31510, Annual Meeting of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 2010.

81. Nebulization Performance of Submicron Aqueous Dispersions of API 31510 prepared using High Pressure Homogenization, Annual Meeting of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 2010.

82. Measurement of Surface Tension of Liquids using Texture Analyzer, Annual Meeting of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 2010.

83. Manufacture of BSA Microcrystals by a Co-Precipitation Method, Annual Meeting of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 2010.

84. Stabilized Buoyancy and Optimal Loading Capacity of a Floating Gastric Device, Annual Meeting of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 2010.

85. Size Exclusion and Gastric Emptying in Rodent Models, Annual Meeting of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 2010.

86. Fighting Dysphagia with Orally Disintegrating Tablets, 8th International Conference on Functional Foods for Chronic Diseases: Science and Practice, Las Vegas, NV, March 2011.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 27

87. Time Dependent Aerosolization Stability of a Vibrating-Mesh Nebulizer using API31510, Respiratory Drug Delivery Europe 2011, Berlin, Germany, May, 2011.

88. The Influence of Physicochemical Properties of Aqueous Dispersions on Active Vibrating-Mesh Nebulization, 18th Congress of International Society for Aerosols in Medicine, Rotterdam, Netherlands, June, 2011.

89. Orally Disintegrating Dietary Supplement Tablets, Institute of Food Technology Annual Meeting, New Orleans, LA, June, 2011.

90. A Gastric Retention Modeling Study of Floating Devices, 38th International Symposium on Controlled Release of Bioactive Materials, National Harbor, MD, July, 2011.

91. Impact of Drying Conditions on the Physicochemical and Aerodynamic Properties of Rifampicin Dihydrate (RFDH) Microcrystals, Annual Meeting of the American Association of Pharmaceutical Scientists, Washington DC, October, 2011.

92. BSA Microcrystals by a Co-Precipitation Method: The Effect of Solvent Type and Presence of Surfactant, Annual Meeting of the American Association of Pharmaceutical Scientists, Washington DC, October, 2011.

93. The Influence of Particles on Physical Properties of Films, Annual Meeting of the American Association of Pharmaceutical Scientists, Washington DC, October, 2011.

94. *In Vitro* Evaluation of Adhesion Properties of Mucoadhesive Pellets Using Artificial Agar/Mucin Gel, Annual Meeting of the American Association of Pharmaceutical Scientists, Washington DC, October, 2011.

95. The Influence of Physicochemical Properties of Aqueous Dispersions on Active Vibrating-Mesh Nebulization, Annual Meeting of the American Association of Pharmaceutical Scientists, Washington DC, October, 2011.

96. Dissolution Rate Comparison of Micronized and Spray-Dried Budesonide, Respiratory Drug Delivery 2012, Phoenix, AZ, May, 2012.

97. A Novel Method for the Manufacture of Protein-Coated Nanoparticles, 39th International Symposium on Controlled Release of Bioactive Materials, Quebec City, Canada, July, 2012.

98. Dissolvable Strip for Treatment of Oral Thermal Burns, Annual Meeting of the American Association of Pharmaceutical Scientists, Chicago, IL, October, 2012.

99. The Effect of pH on Protein-coated Submicron Particles Obtained by Antisolvent Co-precipitation, Annual Meeting of the American Association of Pharmaceutical Scientists, Chicago, IL, October, 2012.

100. Manufacture and Characterization of Films for Buccal Delivery of Protein-coated Submicron Particles, Annual Meeting of the American Association of Pharmaceutical Scientists, Chicago, IL, October, 2012.

101. Influence of Particulate API in Eudragit® RS and RL Films for Buccal Delivery, Annual Meeting of the American Association of Pharmaceutical Scientists, Chicago, IL, October, 2012.

102. Controlled Release Properties of Cellulose Processed by Rapid Freezing Technology, Annual Meeting of the American Association of Pharmaceutical Scientists, Chicago, IL, October, 2012.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 28

103. Prediction of *In Vitro* Aerosolization Profiles Based on Rheological Behaviors for Aqueous Dispersions of API 31510, Annual Meeting of the American Association of Pharmaceutical Scientists, Chicago, IL, October, 2012.

104. Acoustic Levitation to Simulate Rifampicin Spray Drying Kinetics, Annual Meeting of the American Association of Pharmaceutical Scientists, Chicago, IL, October, 2012.

105. Multiple Dose Platforms for Once-Daily Administration of Ciprofloxacin or Verapamil, 3rd International Conference and Exhibition on Pharmaceutics & Novel Drug Delivery Systems, Northbrook, IL, April, 2013.

106. Effect of Time Between Actuation on the Dose Variability for Three Metered Dose Inhalers, Respiratory Drug Delivery Europe 2013, Berlin, Germany, May, 2013.

107. Controlled Release Mucoadhesive Films Containing Nanoparticles of Lysozyme, 40th International Symposium on Controlled Release of Bioactive Materials, Honolulu, HI, July, 2013.

108. Determination of Thermodynamic Characteristics of A Rifampicin Solvate Recrystallized from Ethanol, 31st Annual Meeting of the Mountain West Society of the Society of Toxicology, Albuquerque, NM, September, 2013.

109. Bioadhesive Films Containing Nanoparticles of Lysozyme, Annual Meeting of the American Association of Pharmaceutical Scientists, San Antonio, TX, November, 2013.

110. Development of Films of Insulin-coated Nanoparticles for Use in Buccal Delivery, Annual Meeting of the American Association of Pharmaceutical Scientists, San Antonio, TX, November, 2013.

111. Gastroretentive Capsules for Once-daily Administration of Ciprofloxacin or Verapamil, Annual Meeting of the American Association of Pharmaceutical Scientists, San Antonio, TX, November, 2013.

112. Preformulation Development Studies of Respirable Rifampicin Particles through Crystal Modification, Annual Meeting of the American Association of Pharmaceutical Scientists, San Antonio, TX, November, 2013.

113. Inhaled Therapeutics for Lung Cancer, Drug Delivery to the Lungs Conference (DDL24), Edinburgh, UK, December, 2013.

114. Antisolvent Co-Precipitation Synthesis of D,L-Valine/Lysozyme, ExcipientFest 2014, Raleigh, NC, April, 2014.

115. Antisolvent Co-precipitation Synthesis of D,L-Valine/Lysozyme (Encore Presentation), Annual Meeting of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2014.

116. Core Forming Antisolvent Co-precipitation of Protein Loaded Crystals, Annual Meeting of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2014.

117. Investigating of Protein-Coated Nanoparticles for Controlled Release Films, 42nd International Symposium on Controlled Release of Bioactive Materials, Edinburgh, UK, July, 2015.

118. Enhancing Macrophage Uptake of Rifampicin, 3rd International TB-Meeting, October, 2015 Parma, Italy

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 29

119. Development of Coenzyme Q10 Nano-emulsions for a Nebulization Delivery, Annual Meeting of the American Association of Pharmaceutical Scientists, Orlando, FL, October, 2015.

120. Formulation and Characterization of Dextromethorphan Thin Films, Annual Meeting of the American Association of Pharmaceutical Scientists, Orlando, FL, October, 2015.

121. Manufacture and Characterization of Rifampicin Particles for Aerosolization, Annual Meeting of the American Association of Pharmaceutical Scientists, Orlando, FL, October, 2015.

122. Polymeric Coating of Endotracheal Tubes for Local Drug Delivery, Annual Meeting of the American Association of Pharmaceutical Scientists, Orlando, FL, October, 2015.

123. Stability Characterization of Nano-Emulsions Intended as a Vehicle for Aerosol Formulations, Annual Meeting of the American Association of Pharmaceutical Scientists, Orlando, FL, October, 2015.

124. Preparation and Evaluation of Dextromethorphan Containing Thin Films, ExcipientFest 2015, Baltimore, MD, April, 2015.

125. Development of Coenzyme Q10 Nano-Emulsions for Nebulization Delivery, 43rd International Symposium on Controlled Release of Bioactive Materials, Seattle, WA, July, 2016.

126. Polyethylene Glycol Coating of Endotracheal Tubes for Local Delivery, 43rd International Symposium on Controlled Release of Bioactive Materials, Seattle, WA, July, 2016.

127. Manufacture and Assessment of a Novel 3D Printed Induction Port for Cascade Impactor Analysis, ExcipientFest 2017, Providence, RI, April, 2017.

128. Effect of Drug Concentration on Viscosity of Submicron Dispersions of Coenzyme Q10, ExcipientFest 2017, Providence, RI, April, 2017.

129. Investigating ACI Performance of a Salbutamol pMDI Formulation Using a Modified 3D Printed Induction Port, Annual Meeting of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2017.

130. Effect of Drug Concentration on surface tension and the rheology of Submicron Dispersions of CoenzymeQ10, Annual Meeting of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2017.

131. Reducing the Sol-Gel Transition of Hypromellose 2910 with Highly Electronegative Ion Containing Gelling Aids, ExcipientFest 2018, San Juan, PR, May, 2018.

132. Oral Gelling Liquid Formulations for Dental Remineralization, ExcipientWorld 2019, National Harbor, MD, May, 2019.

133. Preparation of Drug Containing Core Microparticles for use in Taste Masking Applications, 43th International Symposium on Controlled Release of Bioactive Materials, Las Vegas, NV, June, 2020.

134. Determining the design space of intermediate core microparticles obtained from spray dried acrylic polymers for taste masking bitter drugs, Annual Meeting of the American Association of Pharmaceutical Scientists, Virtual Meeting, October, 2020.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 30

XV.   Book Contributions and Editorials

1.   J.T. McConville, Preface for *Advanced Drug Formulation Design to Optimize Therapeutic Outcomes*, (Eds.) Robert O. Williams III, David R. Taft, J.T. McConville, Informa Healthcare, New York, NY, September, 2007.

2.   J.T. McConville, N.P. Wiederhold, Invasive Pulmonary Aspergillosis: Therapeutic and Prophylactic Strategies, In *Advanced Drug Formulation Design to Optimize Therapeutic Outcomes*, (Eds.) Robert O. Williams III, David R. Taft, J.T. McConville, Informa Healthcare, New York, NY, September 2007.

3.   J.T. McConville, F.J. McInnes, A.C. Ross, Preface for Innovative Inhalation Technologies: Special Edition, *Drug Development and Industrial Pharmacy*, 34(2008) 1-2.

4.   S. Thitinan, J.T. McConville, Pulsatile Drug Delivery, In *Controlled Release: Oral Dosage Forms*, Eds. Patrick Crowley, Clive Wilson, Controlled Release Society Books, St. Paul, MN, 2011.

5.   Y-Ju Son, J.T. McConville, In Vitro Performance Testing for Pulmonary Drug Delivery, In *Controlled Release Science and Technology: Pulmonary Delivery*, (Eds.) Hugh Smyth, Anthony Hickey, Controlled Release Society Books, St. Paul, MN, 2011.

6.   J.O. Morales, A.B. Watts, J.T. McConville, Mechanical Particle Size Reduction Techniques, In *Formulating Poorly Water Soluble Drugs*, (Eds.) Dave Miller, Alan Watts, Robert O. Williams III, Springer Publishing Company, New York, NY, 2011.

7.   J.O. Morales, J.T. McConville, Polymer Drug Delivery Systems for Sustained Mucoadhesion in the Respiratory Tract. In *Polymers for Pulmonary Drug Delivery*, (Eds.) H.D.C. Smyth, I. Saleem, J.T. McConville, iSmithers, Shrewsbury, UK, 2013.

8.   P. Du, J.T. McConville, Regulatory Aspects of Pulmonary Delivery of Polymers. In *Polymers for Pulmonary Drug Delivery*, (Eds.) H.D.C. Smyth, I. Saleem, J.T. McConville, iSmithers, Shrewsbury, UK, 2013.

9.   J.T. McConville, Polymer Drug Delivery Systems Targeting the Alveolar Macrophages. In *Polymers for Pulmonary Drug Delivery*, (Eds.) H.D.C. Smyth, I. Saleem, J.T. McConville, iSmithers, Shrewsbury, UK, 2013.

10.   J.O. Morales, J.T. McConville, Preface for Buccal Drug Delivery Theme Issue, *Drug Development and Industrial Pharmacy*, 40(2014), 577–578.

11.   J.T. McConville, Preface for Special Focus: Pharmaceutical Dosage Form Design Influence on Drug Pharmacokinetics, *Drug Development and Industrial Pharmacy*, 41(2015), 1921.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 31

12. J.T. McConville, Preface for Special Focus: Transdermal, Topical and Folicular Drug Delivery Systems, 42(2016), 845.

13. J.T. McConville, Preface for Special Focus: Ocular and Ophthalmic Drug Delivery Systems, 42(2016), 513.

14. J.T. McConville, Preface for Special Focus: Current developments in oral drug administration, *Drug Development and Industrial Pharmacy*, 43 (2017), 699.

15. J.T. McConville, J.O. Morales, Preface for Selected abstracts from Excipient Fest 2017, *Drug Development and Industrial Pharmacy*, 44 (2018), 868.

16. J.T. McConville, R. Gala, J.O. Morales, Preface for Special Issue: Thin Film Technologies, *International Journal of Pharmaceutics*, November, 2019.


XVI. Invited Talks, Sessions, and Workshop Presentations

1. *Microwave Dielectric Analysis of Wet Granulations for Erodible HPMC Tablets*, Proceedings of the 138th British Pharmaceutical Conference, Glasgow, United Kingdom, September, 2001.

2. *Chronopharmaceutical Drug Delivery*, University of Texas at Austin, Austin, TX, October, 2001.

3. Workshop Presenter: *Particle Engineering Technologies: Theory and Practice*, Annual Meeting of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

4. *Capsule Filling and Topical Formulations*, Science Camp Presentation, Priscilla Pond Flawn Child and Family Laboratory, University of Texas at Austin, Austin, TX, June, 2005.

5. *Pre-Clinical Development Studies with Poorly Water-Soluble Drugs*, Universidade Federal de Minas Gerais, Belo Horizonte, Brasil, June, 2005.

6. *Targeted High Lung Concentrations of Itraconazole using Nebulized Dispersions in a Murine Model*, 1st Joint Symposium on the Future Prospects of Pharmaceutical Sciences, Hoshi University, Tokyo, Japan, October, 2005.

7. *Pre-Clinical Development Studies with Poorly Water-Soluble Drugs*, University of Louisiana at Monroe, Monroe, LA, January, 2006.

8. *The Effective Delivery of Itraconazole for the Treatment of Acute Fungal Infections*, University of Mississippi, Oxford, MS, January, 2006.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 32

9.   *Targeted High Lung Concentrations of Itraconazole using Nebulized Dispersions in a Murine Model*, University of Texas at Austin, Austin, TX, February, 2006.

10.  *Enhanced Therapeutic Outcomes using Targeted Itraconazole Delivery in a Murine Model*, Long Island University, Brooklyn, NY, February, 2006.

11.  *Targeted Treatment of Infectious Diseases to the Lung*, Virginia Commonwealth University, February, 2007.

12.  *Targeted Lung Delivery of Antifungals:  Preclinical Studies using Itraconazole Nanoparticles*, Respiratory Drug Delivery Europe 2007, Paris, France, April, 2007.

13.  *Preclinical Studies with Poorly Water Soluble Drugs*, University of Strathclyde, Glasgow, UK, July, 2007.

14.  *Antifungal Prophylaxis to Treat Pulmonary Aspergillosis*, GEA-NUS 10th Anniversary Celebration & Pharmaceutical Technology Seminar, Singapore, December, 2007.

15.  *Novel In Vitro Dissolution Testing Methods for Inhalation Formulations*, Dissolution Testing, Bioequivalence & Bioavailability Strategies Meeting, London, United Kingdom, June 2008.

16.  *Dissolution Testing of Inhalation Products*, Copley Scientific Ltd, London, United Kingdom, June 2008.

17.  *Modification of the USP Type II Dissolution Testing Apparatus for Powder Formulations*, Novartis, Basel, Switzerland, July 2008.

18.  *The Use of Renewable Ingredients for Pharmaceutical Formulations*, Tate & Lyle, Decatur, September 2008.

19.  *Improved Therapy by Direct Lung Targeting for the Treatment of Pulmonary Aspergillosis*, Purdue University, September, 2008.

20.  Attendee/Observer at the Aerosol Advisory Board Meeting, United States Pharmacopeia Headquarters, Rockville, MD, January, 2009.

21.  *Formulation and Characterization of Prosolv® Fast Disintegrating Tablets*, Prosolv® Advisory Board Meeting, San Juan, Puerto Rico, April, 2009.

22.  Workshop Presenter: Advances in the Development of Oral Controlled Release Pharmaceutical Forms and/or Site Specific Gastrointestinal Tract Delivery and

Pulmonary Delivery Systems: *An Introduction to Pulmonary Drug Delivery*, Santiago, Chile, October, 2009.

23. *Formulation and Characterization of Fast Disintegrating Tablets Containing Renewable Ingredients*, 2nd Joint Symposium on the Future Prospects of Pharmaceutical Sciences, Hoshi University, Tokyo, Japan, October, 2009.

24. *Dissolution Testing of Aerosol Powder Formulations*, Novartis, Horsham, UK, December 2009.

25. Workshop Presenter: *An Introduction to Buccal Drug Delivery*, Advances in Pharmaceutical Technology and Pharmaceutical Engineering, Santiago, Chile, October, 2010.

26. *Fighting Dysphagia with Orally Disintegrating Tablets*, Functional Foods for Chronic Diseases: Science and Practice, Las Vegas, March, 2010.

27. *Formulation of Rapidly Disintegrating Tablets to Combat Dysphagia*, Prosolv® Advisory Board Meeting, Miami, FL, April, 2011.

28. Workshop Moderator and Presenter: *Developing Pharmaceutical Products for Controlled Pulmonary Delivery*, Annual Meeting of the American Association of Pharmaceutical Scientists, Washington, DC, October, 2011.

29. Workshop Presenter and Panel Discussion Member: *Dissolution Testing to Meet Formulation Challenges*, 39th International Symposium on Controlled Release of Bioactive Materials, Quebec City, Canada, July, 2012.

30. Speaker and Panel Discussion Member: *A Prospective Dissolution Test Design: Controlling the Important Variables*, Respiratory Drug Delivery 2012, Phoenix, AZ, 2012.

31. Workshop Presenter and Panel Discussion Member: *Setting Release Specifications for in vitro Testing of Controlled Release Dosage Forms: Dissolution Testing to meet Formulation Challenges*, 39th International Symposium on Controlled Release of Bioactive Materials, Quebec City, Canada, July, 2012.

32. Visiting Professor and Workshop Presenter: *An Introduction to Pulmonary Drug Delivery*, Advances in Pharmaceutical Technology and Pharmaceutical Engineering, Santiago, Chile, April, 2013.

33. *Trans-Mucosal Buccal Drug Delivery,* New Mexico Society of Health-System Pharmacists (NMSHSP) Balloon Fiesta Symposium, Albuquerque, NM, October, 2013.

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 34

34. *Inhaled Therapeutics for Lung Cancer*, Drug Delivery to the Lungs Conference (DDL24), Edinburgh, UK, December, 2013.

35. *Development of a Single Capsule Multiple Dose Regimen*, (New Mexico Pharmacist Association (NMPhA) Mid-Winter Meeting, January, 2014.

36. Session Chair and Moderator: *Macromolecule Drug Delivery: Challenges and Triumphs*, AAPS National Biotechnology Conference, San Diego, CA, May, 2014.

37. *Use of Cationic Polymethacrylate Derivatives for Oral Mucosa Drug Delivery*, 1st International Society for Biomedical Polymers and Polymeric Biomaterials Conference, Washington DC, July, 2014.

38. *Enhancing Macrophage Uptake of Rifampicin,* 3rd International TB-Meeting: Inhaled Therapies for Tuberculosis and Other Infectious Diseases, October, 2015, Parma, Italy.

39. Session Chair and Moderator: *Challenges and Future Prospects of Alternative Delivery of Biologics*, American Association of Pharmaceutical Sciences Annual Meeting, Orlando, FL, October, 2015.

40. *Development of a Buoyant Gastroretentive Dosage Form*, University of Sarajevo, Sarajevo, Bosnia and Herzegovina, June, 2016.

41. *Cascade Impactor Performance using 3D Printed Induction Port Designs*, American Association of Pharmaceutical Scientists Rocky Mountain Discussion Group 5th Annual Meeting, Albuquerque, NM, October 2017.*Using Highly Electronegative Gelling Aids with Hypromellose 2910,* 4th World Congress & Expo on Pharmaceutics and Drug Delivery Systems, Milan, Italy, March, 2019.

42. *Taking it Slow: Reduced Velocity Aerosols*, Inspire Me, San Francisco, CA, June, 2019.

43. Session Chair and Moderator: *3D Printing and Personalized Treatment*, Excipient World 2020, Kissimmee, FL, May, 2020.
    (To be rescheduled to 2021 due to COVID-19 pandemic)

Curriculum Vitae
Jason T. McConville, Ph.D.
Page 35

XVII. <u>Intellectual Property</u>

1.  Enhanced Delivery of Drug Compositions to Treat Life Threatening Infections, United States Patent US9061027 B2 (WO2006026502A1), Issue date: Jun 23, 2015.

2.  Enhanced Delivery of Immunosuppressive Drug Compositions for Pulmonary Delivery, United States Patent US9044391 B2, Issue Date: Jun 2, 2015.

3.  Stabilized Hot Melt Extrusion Composition with Small Drug Particles, United States Patent US9504658 B2 (WO2007001451A9), Issue date: Nov 29, 2016.

4.  Enhanced Delivery of Immunosuppressive Drug Compositions for Pulmonary Delivery, United States Patent US10231955 B2, Issue Date: Mar 19, 2019.

5.  Treatment of Pulmonary Fungal Infection with Voriconazole via Inhalation, Non-Provisional Patent Application (PCT/US2009/043027), filed: May 6, 2009.

6.  Bioadhesive Films for Local and/or Systemic Delivery: Non-Provisional Patent Application (PCT/US2013/032490 - WO 2014/065870), filed: March 15, 2013.

7.  Wireless Dispensing Device Monitor: Provisional Application (US62/796,678), filed: Jan 25, 2019.

8.  Coenzyme Q10 Aerosol: Non-Provisional Application (PCT/US2016/039173 - WO 2016/210226), filed: June 24, 2016.

9.  Coenzyme Q10 Aerosol: National Application (15/738,512), filed Dec 20, 2017.

10. Drug-eluting medical devices coatings: Provisional Application (US62/948,469), filed: Dec 16, 2019.

11. Oral Gelling Liquid Formulations: Non-Provisional Application (US16/839,385), filed Feb 13, 2020.

12. Thermally Gelling Drug Formulations: Non-Provisional Application (US16/947,224), filed Jul 13, 2020.

**Attachment A-1**



INTENSITY, LLC
San Diego, California

**www.intensity.com**

November 2021

# Nisha Mody, Ph.D.
*Managing Director*

Nisha Mody, Ph.D., is a Managing Director with Intensity and specializes in financial and economic consulting on intellectual property cases, business valuation cases, antitrust cases and unfair business practices cases, among others. She is an expert in the application of economic methods to complex business disputes and is retained in cases requiring economic analyses, financial analyses, valuations and/or damages-related analyses. Dr. Mody has constructed damages models in litigation involving reasonable royalties, lost profits, market share assessments, and but-for scenarios. She has also performed valuations of intellectual property (patents and trademarks) as well as valuations of tangible assets, including evaluating damages by applying econometric analyses to large databases.

With more than 20 years of experience in consulting and economic research, Dr. Mody is well regarded among the most prestigious law firms for her expert testimony. Her economic analyses have been affirmed by the Federal Circuit in three matters. She has written approximately 100 reports and given deposition/trial testimony in over 60 matters.

In addition to her work with Intensity, Dr. Mody was a Co-Founder/Partner, at Eurekanomics LLC. Prior to that, she served for almost a decade as a Partner for a top tier economic consulting firm. There she worked on many high-stakes litigation projects. Before that, Dr. Mody spent over a decade at leading consulting firms.

Dr. Mody was previously a lecturer at the Santa Clara University School of Law and has authored articles in Les Nouvelles.

Dr. Mody received a Ph.D. in Political Economy and Public Policy from the University of Southern California, and a B.A. from Pomona College.

## Education

Ph.D. Political Economy and Public Policy, University of Southern California, Los Angeles, 1999. Concentrations: International Economics, Industrial Organization, Antitrust Economics.

B.A. International Relations, Pomona College, Claremont, 1993. Concentrations: Development Economics, Latin American Studies.

## Professional Experience

Intensity, LLC. Managing Director, 2021 to present.

Eurekanomics, LLC. Co-Founder/Partner, 2020 to 2021.

**Attachment A-1**

OSKR, LLC. Partner, 2010 to 2019.

Santa Clara University School of Law, Intellectual Property LL.M. Program. Adjunct Professor/Lecturer, 2010-2012. Course: The Economics and Finance of Intellectual Property.

The CapAnalysis Group, LLC. Managing Principal, 2007 to 2010. Senior Vice-President, 2005 to 2006. Vice-President, 2004. Senior Economist, 2003.

Maxiam, LLC. Senior Advisor, 2003 to 2010.

LECG, LLC (Formerly, LECG, Inc. and Navigant Consulting), Senior Managing Economist, 1999 to 2003.

Econ One Research, Inc. Economist, 1998 to 1999.


## Publications and Papers

Mody, Nisha and Evan Schulz: "Anchors Away! An Appeal for Reference Rates When Calculating Prejudgment Interest." (2018) *Les Nouvelles*, 236-241.

Mody, Nisha and Rick Chang: "Getting Royalties on a Car by Reinventing the Wheel." (2006) *New Matter: Official Publication of The Intellectual Property Law Section of the State Bar of California.* 31(1), 12-15.

Kidder, Doug and Nisha Mody: "Are Patents Really Options?" (2003) *Les Nouvelles*, 190-192.


## Select Expert Testimony

*John Park v. Law Offices of Tracey Buck-Walsh et al.* Case No. SCV-261163. Superior Court of the State of California, County of Sonoma. Retained by Umberg Zipser LLP. Deposition.

*Cellspin Soft, Inc. v. Fossil Group, Inc. et al.* Case No: 4:17-cv-05933. US District Court for the Northern District of California. Retained by Lamkin IP Defense. Report.

*Cellspin Soft, Inc. v. Garmin International, Inc. and Garmin USA, Inc.* Case No: 4:17-cv-05934. US District Court for the Northern District of California. Retained by Lamkin IP Defense. Report.

*Asetek Danmark A/S v. CoolIT Systems, Inc.* Case No: 3:19-cv-00410-EMC. US District Court for the Northern District of California. Retained by Finnegan. Report.

*Altria Client Services LLC et al. v. R.J. Reynolds Vapor Company et al.* Case No: 1:20-cv-00472. US District Court for the Middle District of North Carolina. Retained by Jones Day. Report, Deposition.

*Sentient Sensors, LLC v. Cypress Semiconductor Corporation.* Case No: 1:19-cv-01868-MN. US District of Delaware. Retained by Fish & Richardson, P.C. Report.

*The Coleman Company, Inc. v. Team Worldwide Corporation and Cheng-Chung Wang.* Case No: 2:20-CV-00351-RGD. US District Court for the Eastern District of Virginia. Retained by Ruyak Cherian. Report, Supplemental Report; Rebuttal Report, Deposition.

## Attachment A-1

*Alexsam, Inc. v. Cigna Corporation, et al.* Case No: 2:20-cv-00081-JRG-RSP. US District Court for the Eastern District of Texas. Retained by Fish & Richardson, P.C. Report, Deposition.

*Philips North America, LLC v. Garmin International, Inc. and Garmin LTD.* Case No. 2:19-cv-6301-AB-KS. US District Court for the Central District of California. Retained by Erise IP and Lamkin IP Defense. Report, Deposition.

*Droplets, Inc. v. Nordstrom, Inc.* Case No. 12-cv-04049 (JST) US District Court for the Northern District of California. Retained by Kilpatrick Townsend. Report. Deposition.

*In the Matter of Certain Percussive Massage Devices,* Inv. No. 337-TA-1206, United States International Trade Commission. Retained by Dentons. Report. Deposition. Declaration.

*Genzyme Corporation v. Synpac, Inc. et al.* Case No. 01-19-0001-6937. American Arbitration Association. Retained by Finnegan. Report. Rebuttal Report.

*In the Matter of Certain Tobacco Heating Articles and Components Thereof.* Investigation No. 337-TA-119. United States International Trade Commission. Retained by Jones Day. Report, Deposition. Declaration. Trial.

*CliniComp International, Inc. v athenahealth, Inc.* Case No. 18-CV-00425-LY, US District Court for Western District of Texas. Retained by Manatt, Phelps & Phillips, LLP. Report, Deposition.

*M2M Solutions LLC and Blackbird Technology LLC v. Sierra Wireless America, Inc. and Sierra Wireless, Inc.* Civil Action No. 1:14-cv-01102-RGA, US District Court for Delaware. Retained by Nixon Peabody. Report.

*FlatFrog Laboratories AB v. Promethean Ltd. and Promethean, Inc.* Civil Action No. 1:19-cv-02246-MN, US District Court for Delaware, Retained by Finnegan. Declaration.

*CG Technology Development, et al. v. FanDuel, Inc.,* Civil Action No. 17-1041-RGA- CJB, US District Court for Delaware, Retained by Finnegan. Report.

*X. Commerce, Inc. D/B/A Magento, Inc. v. Express Mobile, Inc.* Case No. 3:17-cv-02605- RS, US District Court for the Northern District of California, Oakland. Retained by Sidley Austin. Report.

*Intervision Systems, LLC v. Ben Escobar, et al. Case No.* CGC-18-565117, Superior Court of the State of California, County of San Francisco. Retained by Dentons. Deposition.

*In re PersonalWeb Technologies, LLC et al.* Case No. 5:18-md-02834-BLF, US District Court for the Northern District of California. Retained by Fenwick & West (representing Twitch Interactive). Report.

*In re Koninklijke Philips Patent Litigation,* Case No. 4:18-cv-01885-HSG, US District Court for the Northern District of California. Retained by Perkins Coie (representing Microsoft). Reports, Deposition.

*RMail Limited, et al., v. RightSignature, LLC, Farmers Group, Inc. Farmers Insurance Company, Inc.,* Case No. 2:11-cv-300-JRG, US District Court for the Eastern District of Texas, Retained by Fish & Richardson, Report, Deposition.

**Attachment A-1**

*Synchronoss Technologies, Inc. v Egnyte, Inc.* Case No. 4:16-cv-00120-HSG-KAW. Transferred to US District Court for the Northern District of California, Retained by Dentons. Report, Deposition.

*Infinity Computer Products, Inc. v. Epson America, Inc.* Case: 2:18-cv-02532-RGK-RAO. US District Court for the Central District of California, Retained by Kilpatrick Townsend. Reports.

*Synchronoss Technologies, Inc. v Dropbox, Inc.* Case No. 4:16-cv-00119-HSG. Transferred to US District Court for the Northern District of California, Retained by Dentons. Report, Deposition.

*MSignia, Inc. v InAuth, Inc.* Case: 8:17-cv-1289. US District Court for the Central District of California. Retained by Haynes & Boone. Report, Deposition.

*FOX Factory, Inc. v. SRAM, LLC and Sandleford, Ltd.* Cases No. 1:18-cv-00130-WJM and 1:18-cv-00127-WJM. US District Court of the District of Colorado. Retained by Finnegan. Report, Deposition.

*Nitride Semiconductors, Co. LTD. v. RayVio Corporation.* Case No. 5:17-cv-02952-EJD. US District Court for the Northern District of California. Retained by Dentons, LLP. Report, Deposition.

*Asia Vital Components Co., LTD v. Asetek Danmark A/S.* Case No. 3:16-cv-07160-JST. US District Court for the Northern District of California. Retained by Finnegan. Report, Deposition.

*In the Matter of Certain Submarine Telecommunication Systems and Components Thereof.* United States International Trade Commission. Retained by Fish & Richardson P.C. Report, Deposition.

*Zimmer Surgical, Inc. and Dornoch Medical Systems, Inc. v. Stryker Corporation et al.* and Counterclaims. Case No. 16-679-RGA-MPT, US District Court of Delaware. Retained by Finnegan Henderson. Reports, Deposition.

*Nexeon Limited v. Eaglepicher Technologies, LLC and OneD Material, LLC.* Case No.:15-955 (RGA) US District Court of Delaware. Retained by Nixon Peabody. Report.

*In the Matter of Certain Electrochemical Glucose Monitoring Systems and Components Thereof.* United States International Trade Commission. Retained by Dentons LLP. Report, Deposition.

*Sabre GLBL, Inc. v. Melody Shan, aka Shan Melody Xiaoyun.* JAMS Ref. #1310022477. Retained by LeClair Ryan, LLP. Arbitration Testimony.

*Slot Speaker Technologies, Inc. (formerly THX, Ltd.) v. Apple, Inc.* Case No: 3:13-CV- 01161. US District Court, Northern District of California. Retained by Perkins Coie. Report, Deposition.

*Blast Motion, Inc. v Zepp Labs, Inc.* Case No.: 15-cv-0700-JLS-NLS. US District Court, Southern District of California. Retained by Fenwick & West. Reports, Deposition.

*The Node Firm, LLC, Node Source, LLC, Nodesource, Inc., Daniel Shaw, and Joe McCann v. YLD Limited and Nuno Job and Counter Complaint.* Case No.: 3:16-cv-00399- VC. US District Court,

**Attachment A-1**

Northern District of California. Retained by Kramer Levin. Report, Deposition. (Transferred from US District Court Southern District of New York.

*Sealant Systems International Inc., Illinois Tool Works v. TEK Global S.R.L. and TEK Corporation.* Case No. CV 11-0774. U.S. District Court, Northern District of California, Retained by Keker, Van Nest and Peters, Reports, Deposition, Trial.

*Symantec Corporation v. RPost Holdings, Inc. at al.* Case No. 3:14-CV-00238, US District Court Northern District of California. Retained by Fenwick & West. Report.

*Liqwd, Inc. and Olaplex LLC v. L'Oréal USA et al.* Case No: 17-cv-00014-SLR, US District Court for the District of Delaware. Retained by Quinn Emanuel Urquhart & Sullivan. Declarations, Deposition.

*VH Noodle House, Inc. v. Vuong.* ADR Services, California Court. Retained by the Law Offices of Mattaniah Eytan and Bowles & Verna, LLP. Oral and written opinions.

*Cloud9 eSports, Inc., v. Twitch Interactive, Inc.* JAMS Ref. No. 1100082764, Judicial Arbitration and Mediation Services, San Francisco. Retained by Fenwick & West. Report.

*Actifio, Inc. v. Delphix Corporation.* Case No:1:14-cv-13247-DJC, US District Court for the District of Massachusetts, Boston Division. Retained by Fenwick & West. Report.

*Versata Software, Inc. F/K/A/ Trilogy Software, Inc.; and Versata Development Group, Inc. F/K/A Trilogy Development Group, Inc. v. Zoho Corporation D/B/A ManageEngine.* Case No: 1:13-CV-003711-SS US District Court of the Western District of Texas. Retained by Tyz Marton & Schumann LLP. Report, Deposition.

*Vir2us, Inc. v. Invincea, Inc. and Invincea Lab, LLC.* Case No. 2:15-cv-00162 HCM-LRL, US District Court for the Eastern District of Virginia, Norfolk Division. Retained by Bunsow Demory Smith and Allison LLP. Report. Deposition.

*In the Matter of Certain Activity Tracking Devices, Systems, and Components Thereof.* Inv. No. 337-TA-963. United States International Trade Commission. Retained by Gibson Dunn and Crutcher LLP. Report. Deposition. Trial (written and oral).

*Avid Technology, Inc. v. Media Gobbler, Inc.* Case No: 2:14-cv-13746 PBS, U.S. District Court for the District of Massachusetts. Retained by Perkins Coie LLP. Report. Deposition.

*iFLY Holdings, LLC v. Indoor Skydiving Germany, Gmbh* Case No: 2:14-cv-1080-JRG- RSP, U.S. District Court for the Eastern District of Texas. Retained by LeClairRyan LLP. Report. Deposition.

*Finisar Corporation v. Nistica, Inc.* Case No: CV 13 3345-BLF, U.S. District Court for the Northern District of California. Retained by Dentons. Report. Deposition. Trials.

*In the Matter of Certain Electronic Products, Including Products with Near Field Communication ("NFC") System-Level Functionality and/or Battery Power-Up Functionality, Components Thereof,*

**Attachment A-1**

*and Products Containing Same.* Inv. 337-TA-950. United States International Trade Commission. Retained by Holwell Shuster & Goldberg LLP. Report.

*Freight Tracking Technologies, LLC v. Virginia International Terminals, LLC, et al.* Case No: 2:13CV708-AWA, U.S. District Court for the Eastern District of Virginia, Norfolk Division. Retained by Fenwick & West. Report.

*GSI Technology, Inc. v. United Memories, Inc.* Case No: CV13-10810PSG, U.S. District Court for the Northern District of California. Retained by Winston and Strawn. Report. Deposition.

*Fujifilm Corporation v. Motorola Mobility LLC* Case No. C 12-03587 RS, U.S. District Court, Northern District of California. Retained by Kilpatrick Townsend. Report. Deposition. Trial.

*Imaginal Systematic, LLC v. Leggett & Platt, Inc.; Simmons Bedding Company; and Does 1 through 10, Inclusive.* Case No. 12-cv-05463-RGK (SSx), U.S. District Court, Central District of California. Retained by Sheppard Mullin Richter & Hampton LLP. Report. Deposition. Declaration.

*Asetek Danmark A/S v. Coolermaster, Co. Ltd. And CMI USA, Inc., fka Cooler Master USA, Inc.* Case No: 3:13-CV-00457-JST, U.S. District Court, Northern District of California, Retained by Finnegan. Report, Deposition, Trial, Declaration.

*Asetek Danmark A/S v. CoolIT Systems, Inc.* Case No: 3:12-CV-04498-EMC, U.S. District Court, Northern District of California, Retained by Finnegan. Reports, Deposition.

*High Tek USA, Inc. v. Heat and Control, Inc.* Case No: 3:12-cv-00805-WHO, U.S. District Court, Northern District of California, Retained by Downey Brand, LLP. Report, Deposition.

*Jesse Helton, et al. v. Factor Five, et al.,* Case No: 4:10-CV-04927-SBA, U.S. District Court, Northern District of California, Retained by Smith Lillis Pitha, LLP. Report.

*U.S. Ethernet Innovations, LLC v. Epson America, Inc.,* Case No. 6:12-cv-351-MHS-JDL, U.S. District Court, Eastern District of Texas, Retained by Kilpatrick Townsend. Report.

*Honeywell International, Inc. v. ICM Controls Corporation,* Case No. 11-CV-569 JNE/TNL, U.S. District Court, District of Minnesota, Retained by Merchant & Gould. Report, Deposition.

*LendingTree, LLC v. Zillow, Inc., NexTag, Inc., and Adchemy, Inc.* Case No. 3:10-cv-439- FDW-DCK, U.S. District Court, Western District of North Carolina, Retained by Fenwick & West. Reports, Deposition, Trial.

*PowerSav, Inc. v. Thermal Technology, LLC and related Cross-Complaint.* Case No. SCV 251338, Superior Court of the State of California, Retained by Perkins Coie. Report, Deposition.

*Synergy GreenTech Corporation v. Magna Force, Inc.,* Case No. 3:12-cv-05543 and related case, U.S. District Court, Western District of Washington. Retained by Hogan Lovells. Reports.

*TEK Global S.R.L. and TEK Corporation v. Sealant Systems International, Inc.* Case No: CV 11-1649-PSG. *Consolidated with Sealant Systems International Inc., Accessories Marketing, Inc. v.*

## Attachment A-1

*TEK Global S.R.L. and TEK Corporation.* Case No. CV 11-0774. U.S. District Court, Northern District of California, Retained by Pillsbury Winthrop. Reports, Deposition, Trial.

*Transit Air Cargo, Inc. v. Michael J. Perrotta, Kristina Holmes, Patrick Pitre, PR Logistics, LLC, et al.* Case No: 30-2010-00401502-CU-BT-CJC. Retained by Law Offices of Mirau, Edwards, Cannon, Lewin & Tooke. Report, Deposition.

*Harris Corporation v. Ruckus Wireless, Inc.* Case No. 6:11-cv-618-CEH-KRS. U.S. District Court, Middle District of Florida. Retained by Dewey LeBoeuf. Reports, Depositions.

*The Quantum World Corporation v. Lenovo (United States) Inc. and Lenovo Group Limited.* Case No. 2:11-cv-00241-DF. U.S. District Court, Eastern District of Texas. Retained by Sheppard Mullin Richter & Hampton LLP. Report, Deposition, Declaration.

*In the Matter of Certain Equipment For Communications Networks, Including Switches, Routers, Gateways, Bridges, Wireless Access Points, Cable Modems, IP Phones, and Products Containing Same.* International Trade Commission Investigation No. 337-TA- 778. Retained by Hogan Lovells Representing Mosaid Technologies. Report, Declaration, Deposition.

*Bigfoot Ventures v. Next Engine, Inc.* Case No: BC427246 (Los Angeles Superior Court). Retained by the The Law Offices of Peter K. Moroh. Trial.

*Imaginal Systematic, LLC v. Leggett & Platt, Inc.; Simmons Bedding Company; and Does 1 through 10, Inclusive.* Case No. CV10-07416 RGK (SSx) U.S. District Court, Central District of California. Retained by Sheppard Mullin Richter & Hampton LLP. Report, Deposition, Trial.

*LaserDynamics, Inc. v. Quanta Computer, Inc.* Case No. 2:06-CV-348-TJW. U.S. District Court, Eastern District of Texas. Retained by Duane Morris. Report.

*Vieste, LLC and Vieste Development, LLC v. Hill Redwood Development, Ltd. et al.* Case No. C-09-04024 JSW. U.S. District Court for Northern District of California. Retained by Patton, Tidwell & Schroeder, LLP. Reports, Depositions.

*Techsavies, LLC, vs. WDFA Marketing, Inc.* Case No. CV-10-1213 BZ. U.S. District Court for the Northern District of California. Retained by Howrey, LLP. Reports.

*3M Company and 3M Innovative Properties Company; vs. Avery Dennison Corporation.* Civil Action No. 10-02630 (MJD/FLN). U.S. District Court of Minnesota. Retained by Quinn Emanuel Urquhart & Sullivan, LLP. Declaration, Deposition.

*Reiner Riezler and Severi Med GmBH, vs. Robert H. Allen, Sally P. Stabler, and Metabolite Laboratories, Inc.* Case No: 08-cv-00332-RPM-BNB. U.S. District Court of Colorado. Retained by Gibson Dunn & Crutcher, LLP. Report, Deposition.

**Curriculum Vitae**
**Colin Nuckolls**

❖ **Personal Data**

- [REDACTED]
- [REDACTED]

❖ **Employment**

- Columbia University, Sheldon and Dorothea Buckler Professor of Material Science, August 2016- present.
- Columbia University, Higgins Professor of Chemistry, July 2015–August 2016.
- Columbia University, Professor of Chemistry, July 2006-June 2015.
- Columbia University, Chairman of the Department of Chemistry, July 2008-June 2011.
- Columbia University, Associate Professor of Organic Chemistry, July 2004–June 2006.
- Columbia University, Assistant Professor of Organic Chemistry, July 2000–June 2004.

❖ **Education**

- October 1998 to June 2000, The Scripps Research Institute, La Jolla, CA.
  *NIH Postdoctoral Fellow*
  Advisor:  Professor Julius Rebek, Jr., Department of Chemistry
- August 1998, Columbia University, New York, NY.
  *PhD in Chemistry*, *ACS Graduate Fellow*
  Advisor: Professor Thomas J. Katz, Department of Chemistry
- October 1997, Columbia University, New York, NY.
  *M. Phil. in Chemistry*
- May 1994, Columbia University, New York, NY.
  *M. A. in Chemistry*
- May 1993, University of Texas at Austin.
  *B. S. in Chemistry*
  Advisor:  Professor Marye Anne Fox, Department of Chemistry

❖ **Awards and Honors**

(1) Elected Member, American Academy of Arts & Sciences, Class of 2020
(2) China 1000 Program, June 1, 2012-May 31, 2017. Visiting Professor at Shanghai Normal University (SHNU).
(3) 2012 Wheland Medal, University of Chicago.
(4) Named "Honorable Professor" at Shanghai Normal University (SHNU), 2011-2013, Shanghai, China.
(5) 2009 Leo Hendrik Baekeland Award, North Jersey Section, ACS.
(6) 2008 Lenfest Distinguished Columbia Faculty Award. Amount: $75,000 over 3 years.
(7) 2008 ACS Arthur C. Cope Scholar Award.
(8) 2007 Blavatnik Award for Young Scientists finalist.
(9) 2004 New York City Mayor's Medal for Science and Technology for a Young Investigator.
(10) Camille Dreyfus Teacher Scholar: Nanoscale Electronics from Self-Assembled Organic Building Blocks. 9/1/04-9/1/05, amount $60,000.

(11)   Alfred P. Sloan Foundation Research Fellowships: Nanoscale Electronics from Self-Assembled Organic Building Blocks. 9/1/04-9/1/06, amount $40,000.

(12)   NSF, CAREER: Functional Nanoscale Architectures through Self-assembly. February 2003–January 2008, Amount: *$550,000*.

(13)   Beckman Young Investigator Award:  Nanoscale Energy Conversion, Electrical Conduction, and Hierarchical Assembly. Beginning September 2002, Amount: *$240,000* over 3 years.

(14)   Dupont Young Investigator:  Nanoscale Energy Conversion, Electrical Conduction, and Hierarchical Assembly.  Beginning September 2002, Amount: *$75,000* over 3 years.

(15)   James D. Watson Investigator, New York State Technology and Academic Research: Synthesis, Self-Assembly, and Study of Artificial Transmembrane Channels for the Transport of Molecules and Genetic Material.   Beginning January 2003, Amount: *$200,000* over 2 years.

(16)   Thieme Journal Award, 2003, *Synthesis* and *Synlett*.

(17)   "New Voices in Chemistry" *Chemical and Engineering News* 125th Anniversary of the American Chemical Society: "The Promise of Organic Molecules," 2001, *79*, 136.

(18)   Columbia University Homepage News Feature, "Faculty Focus: Colin Nuckolls" April 4, 2002.  URL: http://www.columbia.edu/cu/news/02/04/colinNuckolls.html.

## ❖ Invited Presentations

(1) *Invited Speaker* at 2019 Materials Research Society Fall Meeting, December 1-6, 2019. Boston, MA.

(2) *Invited Speaker* at the American Chemical Society Fall 2019 National Meeting, August 25-29, 2019. San Diego, CA.

(3) *Invited Speaker* at CD2019 "17th International Conference on Chiroptical Spectroscopy." June 23-27, 2019. Pisa, Italy.

(4) *Invited Speaker* at The Third International Symposium on the Synthesis and Application of Curved Organic $\pi$-Molecules and Materials (CURO-$\pi^3$). September 5-7, 2018. Oxford, UK.

(5) *Invited Speaker* at 256th American Chemical Society National Meeting "Dynamic Bonds for Structurally Precise Polymeric Materials." August 19-23, 2018. Boston, Massachusetts.

(6) *Invited Speaker* at 256th American Chemical Society National Meeting "USA-China Symposium on Energy." August 19-23, 2018. Boston, Massachusetts.

(7) *Invited Speaker* at Fusion "2nd From Carbon-Rich Molecules to Carbon-Based Materials." June 7-10, 2018. Nassau, Bahamas.

(8) *Invited Speaker* at CD2017 "16th International Conference on Chiroptical Spectroscopy." June 11-15, 2017.  Rennes, France.

(9) *Invited Speaker* at Lancaster University. "Molecular-Scale Electronics: Concepts, Contacts, and Stability (MOLESCO)." May 15-19, 2017. Lancaster, United Kingdom.

(10) *Invited Speaker at Pauling Award Symposium*. "Valence Bonds to Valence Bands: Adventures with Electronic Molecules and Materials." November 12, 2016. Tacoma, Washington.

(11) *Invited Speaker at University of Vermont*. "35th Annual Esther and Bingham J. Humphrey Memorial Symposium." October 15, 2016. Burlington, Vermont.

(12) *Invited Speaker at* "2nd International Symposium on the Synthesis and Application of Curved Organic $\pi$-Molecules and Materials (CURO-$\pi$)." September 12-14, 2016. Eugene, Oregon.

(13) *Invited Speaker* at Gordon Research Conference. "2016 Electron Donor Acceptor Interactions, Gordon Research Conference." August 7-12, 2016. Newport, Rhode Island.

*(14) Invited Speaker* at POLYMAT Spotlight. "International Conference on Macromolecular Materials." June 21-24, 2016. San Sebastian, Spain.

*(15) Invited Speaker* at Northeast Normal University Conference. "The Conference on Advances in Materials for Sustainable Energy." March 25-27, 2016. Changchun, China.

*(16) Invited Speaker* for UC Berkeley Organic Streitwieser Lecture on March 1, 2015. Berkeley, CA.

(17) *Invited Speaker* at Pacifichem 2015 Symposium on "Designed pi-Electronic Systems: Synthesis, Properties, Theory and Function" on December 17-19. Honolulu, HI.

(18) *Invited Speaker* at The Thirteenth International Kyoto Conference on New Aspects of Organic Chemistry (IKCOC-13). November 9-13, 2015. Kyoto, Japan

(19) *Invited Lecture* at CNRS University D'Angers Department of Chemistry. July 8, 2015. Angers, France.

(20) *Plenary Lecture* at ISNA-16 in "16th International Symposium on Novel Aromatic Compounds." July 5-10. Madrid, Spain.

(21) *Invited Speaker* at 98th Canadian Chemistry Conference. "Sustainable Organic Electronics: Materials, Processes, and Devices." June 13-17, 2015. Ottawa, Canada.

(22) *Invited Speaker* for 2014 AFOSR Molecular Dynamics/theoretical Chemistry Program Review. May 19-21, 2015. Albuquerque, NM.

(23) *Invited Speaker* at Cornell University CCMR Symposium. "Frontiers in Polymer Synthesis: Exploring New Opportunities for Structural Control and Applications of Functional Materials. May 19, 2015. Ithaca, NY.

(24) *Invited Speaker* at Materials Research Society (MRS) Spring Meeting. April 6-10, 2015. San Francisco, CA.

(25) *Plenary Lecture* for AMN-7 Advanced Materials and Nanotechnology Conference. February 8-12, 2015. Nelson, New Zealand.

(26) *Plenary Lecture* for 2014 International Symposium on Resource Chemistry (ISRC 2014). September 28-30. Shanghai, China.

(27) *Plenary Lecture* at 25th Symposium on Physical Organic Chemistry. September 7-9, 2014. Sendai, Japan.

(28) *Plenary Lecture* at ElecMol'14: 7th International Conference on Molecular Electronics. August 24-29, 2014. Strasbourg, France.

(29) *Invited Speaker* at 248th ACS National Meeting, August 10-14, 2014. San Francisco, CA.

(30) *Plenary Lecture* at NIMS Conference 2014: "A Strong Future from Soft Materials." July 1-3, 2014. Tskuba International Congress Center, Japan.

(31) *Invited Speaker* at Pitt-PPG "Innovations in Materials Chemistry" symposium. May 1-3, 2014. University of Pittsburgh.

(32) *Plenary Lecture* at the "Solar Technologies Go Hybrid – SolTech" meeting. April 27-30, 2014. Wildbad Kreuth, Germany.

(33) *Invited Speaker* at Materials Research Society (MRS) Spring Meeting. April 21-23, 2014. San Francisco, CA.

(34) *Invited Speaker* at Materials Genome Initiative Grand Challenges Summit: Soft Matter. November 19-20, 2013. Rockville, Maryland.

(35) *Plenary Lecture* at International Conference on Energy, Environment and Sustainable Development (EESD). November 12-13, 2013. Shanghai, China.

(36) *Invited Speaker* at University of Iowa's Ronald T. Pflaum lecture. October 25, 2013. Iowa City, IA.

(37) *Invited Speaker* at Center of Function Accelerated nanoMaterial Engineering's (FAME) 1st Annual Review. October 15-16, 2013. Los Angeles, CA.

(38) *Plenary Lecture* at the European Conference of Molecular Electronics (ECME 2013). September 3-7, 2013. London.

(39) *Invited Speaker* at International Workshop. April 10-12, 2013. Regensburg.

(40) *Invited Speaker* at 244th ACS National Meeting, April 7-9, 2013. New Orleans, LA.

(41) *Invited Speaker* at 2012 USA-Japan Seminar on Polymer Synthesis.  November 30-December 3, 2012.  Santa Barbara, CA.

(42) *Invited Speaker* at ACS Southeastern Regional Meeting (SERMACS).  November 15-16, 2012. Raleigh, NC.

(43) *Invited Speaker* at CS3: Chemical Sciences and Society Summit.  September 17-20, 2012. San Francisco, CA.

(44) *Invited Speaker* at 221st Meeting of the Electrochemical Society.  May 6-7, 2012.  Seattle, WA.

(45) *Keynote Lecture* at University of San Diego, 2011 Jean Dreyfus Boissevain Lectureship for Undergraduate Institutions.  April 19, 2012.  San Diego, CA

(46) *Invited Speaker* at Materials Research Society (MRS) Spring Meeting.  April 9-13, 2012. San Francisco, CA.

(47) *Invited Speaker* at 243rd ACS National Meeting, March 25-29, 2012.  San Diego, CA.

(48) *Keynote Lecture* at University of Chicago, Wheland Lecture.  February 27, 2012.  Chicago, IL.

(49) *Invited Speaker* at Nanomaterials for Energy, September 29, 2011. University of Toronto, Toronto, Canada.

(50) *Keynote Lecture* at the ISACS 6: Challenges in Organic Materials and Supramolecular Chemistry Meeting, September 2-5, 2011.  Beijing, China.

(51) *Keynote Lecture* at the 14th International Symposium on Novel Aromatic Compounds, July 25-29, 2011.  Eugene, OR.

(52) *Keynote Lecture* at 42nd National Organic Symposium on June 6-9, 2011.  Princeton, NJ.

(53) *Invited Speaker* at 241st ACS National Meeting and Exposition for the "George A. Olah Award in Hydrocarbon or Petroleum Chemistry Symposium" on March 27, 2011. Anaheim, CA.

(54) *Invited Speaker* at New York ACS Nichols Symposium on March 18, 2011.  White Plains, NY.

(55) *Invited Speaker* at Shanghai Institute of Organic Chemistry, Chinese Academy of Sciences on February 24, 2011. Shanghai, China.

(56) *Invited Speaker* at FENA Center Annual Retreat on January 27-28, 2011.  Lecture entitled "From Molecules to Materials." San Luis Obispo, CA.

(57) *Invited Speaker* at Pacifichem 2010 Symposium on "Designed Pi Systems – Synthesis, Properties, Theory and Function" on December 18-20.  Honolulu, HI.

(58) *Keynote Lecture* at the Dreyfus Foundation Teacher-Scholar Symposium for "Research Frontiers in the Chemical Sciences" on October 29, 2010. New York, NY.

(59) *Invited Speaker* at Rice University on October 20, 2010.  Houston, TX.

(60) *Invited Speaker* at the University of Houston on October 19, 2010.  Houston, TX.

(61) *Invited Speaker* at the Chemical Society Lecture Series program at McGill University on October 12, 2010.  Talk entitled "Marrying Molecules to Electronics." Montreal, Quebec.

(62) *Keynote Lecture* at the workshop on "Coordination Programming Directed toward Molecule-based Electronic Devices" at the 2010 Japan Society of Coordination Chemistry Annual Meeting, September 27-30, 2010. Nagoya, Japan.

(63) *Invited Speaker* at the 2010 Gordon Research Conference on Electron Donor-Acceptor Interactions, August 9-12, 2010, Newport, RI.

(64) *Invited Speaker* at the International Conference on Science and Technology of Synthetic Metals 2010, July 7, 2010, Kyoto, Japan.

(65) *Invited Speaker* at the 93rd Canadian Society for Chemistry Conference, May 29-June 2, 2010, Toronto, Ontario, Canada.

(66) *Invited Speaker* at the Foundry Workshop on "Frontiers in Design, Synthesis and Integration of Functional Soft Nanomaterials" at Lawrence Berkeley National Laboratory, March 19, 2010, Berkeley, CA.

(67) *Keynote Lecture* at the 2009 Royal Society of Chemistry Macrocycles and Supramolecular Meeting at the University of Cambridge, December 15-16, 2009, Cambridge, England

(68) *Invited Lectureship* at the "Xingda Seminar" at Peking University, November 14, 2008, Beijing, China.

(69) *Invited Professorship* at the "Molecular Science Frontier Lecture" at The Institute of Chemistry at the Chinese Academy of Sciences (ICCAS), November 13, 2008, Beijing, China.

(70) *Invited Speaker* at the WuXi PharmaTech Science Seminar Series, November 11, 2008, Shanghai, China.

(71) *Invited Speaker* at the Letsinger Lecture in Organic Chemistry at Northwestern University, August 29, 2008, Evanston, IL.

(72) *Invited Speaker* at the Arthur C. Cope and Arthur C. Cope Scholars Award Symposium at the 236th ACS National Meeting, August 17-21, 2008, Philadelphia, PA.

(73) *Invited Speaker* at the 2008 Gordon Research Conference on Stereochemistry, July 27-August 1, 2008, Newport, RI.

(74) *Invited Speaker* at the 2008 Gordon Research Conference on Nanostructure Fabrication, July 13-18, 2008, Tilton, NH.

(75) *Invited Speaker* at the 2008 Organic Microelectronics & Optoelectronics Conference, July 7-10, 2008, San Francisco, CA.

(76) *Invited Speaker* at the Arthur C. Cope Scholar Symposium as part of the 40th ACS Middle-Atlantic Regional Meeting (MARM), May 17-21, 2008, Bayside, Queens, NY.

(77) *Invited Speaker* at the 2008 Engineered Polymers Session as part of the 40th ACS Middle-Atlantic Regional Meeting (MARM), May 17-21, 2008, Bayside, Queens, NY.

(78) *Invited Speaker* at the 12th International Symposium on Novel Aromatic Compounds, Awaji Islands, Japan, July 22-27, 2007.

(79) *Invited Speaker* at the 2007 Physical Organic Gordon Conference, June 24-29, Plymouth, NH.

(80) *Distinguished Lecturer* at the Institute of Organic Chemistry and Biochemistry, Prague, Czech Republic, May 28th, 2007.

(81) 3ème siecle Lecturer in Switzerland, Basel, Geneva, Lausanne and Bern, May 21-25, 2007.

(82) *Invited Speaker* at the James Flack Norris Award Symposium honoring Ben Feringa at the ACS meeting in Chicago, March 25th, 2007.

(83) *Featured Speaker* at the 18th Annual Symposium on "Frontiers in Chemistry", February 16th, 2007, La Jolla, CA.

(84) *Invited Speaker* at the Mesilla Chemistry Workshop on "Electron Transfer and Molecular Devices", February 4-7, 2007, Mesilla, NM.

(85) *Distinguished Speaker* in Nanoscience, University of Texas at Austin, January 17th, 2007.

(86) *Invited Speaker* at 2006 MRS meeting, November 27-December 1, 2006, Boston, MA.

(87) *Invited Speaker* at 13th Yonsei International Symposium for Cancer Research, November 17th, 2006, Seoul, Korea.

(88) *Invited Speaker* at 2006 ACS meeting, September 10-13 San Francisco, CA.

(89) *Invited Speaker* at 2006 International Liquid Crystals Conference, July 2–7 Keystone, CO.

(90) *Keynote Speaker at* the 16th Midwest Solid State Chemistry Symposium (MOSSCS), University of Iowa, June 9th, 2006, Iowa City, IA.

(91) *Invited Speaker* at the 41st Bürgenstock EUCHEM conference, April 22-28, 2006, Bürgenstock, Switzerland.

(92) *Invited Speaker* at Pacifichem 2005 symposium on "Designed Pi Systems - Synthesis, Properties, Theory and Function", to be held December 15-20, 2005, Honolulu, HI.

(93) *Invited Speaker* at Pacifichem 2005 symposium on "Supramolecular Materials Chemistry: New Functional Materials through Directed Self-Assembly", to be held December 15-20, 2005, Honolulu, HI.

(94) *Invited Speaker* at Pacifichem 2005 symposium on "Self-Assembled Materials and Liquid Crystals", to be held December 15-20, 2005, Honolulu, HI.

(95) *Invited Speaker* at the Bioinspired Approaches to Functional Molecules and Materials Symposium, Univ. Maryland, November 17th, 2005, College Park, MD.

(96) *Visiting Professorship* at University of Tokyo, August 22-Sept 12, 2005.

(97) *Plenary Lecturer* at the National Nanotechnology Initiative Meeting, June 17th, 2005, Washington, DC.

(98) *Invited Speaker* at 2005 NSF Workshop on Synthetic Organic Chemistry, June 9-13, 2005, Lake Arrowhead Conference Center, CA.

(99) *Invited Speaker for the Frontiers Lecture at the New York Academy of Sciences,* May 4th, 2005, New York, NY.

(100)   *Invited Speaker at the American Physical Society,* March 21-25, 2005, Los Angeles, California.

(101)   *Invited Speaker at the Materials Research Society,* March 28-April1, 2005, San Francisco, California.

(102)   *Invited Speaker* at the Munich Center of Nanoscience Winterschool "Nanophysics – from quantum bits to living matter", February 22–25, 2005, Mauterndorf, Austria.

(103)   *Invited Speaker* at the Welch Conference on "Chemistry of Self-Organized and Hybrid Materials", October 25–26, 2004, Houston, TX.

(104)   *Invited Speaker* at the 87th Canadian Society of Chemistry "Properties and Applications of Organic Materials" May 29–June 1, 2004 London, Ontario Canada.

*(105)   Invited Speaker* for the Weissberger Williams Lecture at Eastman Kodak Company, May 11th, 2004, Rochester, NY

*(106)   Invited Speaker* at the Materials Research Society Meeting on "Molecular Electronics", April 12-16, 2004, San Francisco, CA.

(107)   *Invited Speaker* at the NSF Young Investigator Workshop on Supramolecular Chemistry, January 11–15, 2004, Sanibel Island, FL.

(108)  *Invited Speaker* at Industrial Associates Symposium, Columbia University, November 3rd, 2003, New York, NY.

(109)  Invited Presenter at the US-Korea Nanotechnology Forum, October 14-17, 2003, Seoul, Korea.

(110)  *Invited Speaker* at the NSF Workshop on Physical Organic Chemistry, August 10–14, 2003, Newport, RI.

(111)  *Invited Speaker* at Gordon Research Conference on Electronic Materials, July 13-18, 2003, New London, CT.

(112)  *Invited Speaker* at The 2003 Advanced Research Workshop "Future Trends in Microelectronics:  The Nano, the Giga, the Ultra, and the Bio" June 23–27, 2003, Corsica, France.

(113)  *Invited Speaker* at Gordon Research Conference on Liquid Crystals, June 15–20, 2003, New London, NH.

(114)  *Invited speaker at* the National Science Foundation/EC workshop on Nanomaterials, British Consulate General, December 6th, 2002, Boston, MA.

(115)  *Invited Speaker* at the Life Sciences and Nanostructures Symposium, University of Pennsylvania, September 28–30, 2001.

(116)  *Invited Speaker* at the Canadian Society of Chemistry meeting June 2nd, 2002, Vancouver, British Columbia, Canada.

### ❖  Departmental Colloquia

(1)  Johns Hopkins University, Department of Chemistry, March 2020.

(2)  Stanford University, Department of Chemistry, September 2019.

(3)  Purdue University, Department of Chemistry, April 2019.

(4)  Massachusetts Institute of Technology and Harvard University, MIT-Harvard Joint Inorganic Chemistry Seminar, March 2019.

(5)  University of Copenhagen, Denmark, Department of Chemistry, January 2019.

(6)  University of California San Diego, Department of Chemistry, Inorganic Seminar, January 2019.

(7)  Universidad de Granada, Granada, Spain, Department of Chemistry, September 2018.

(8)  Universidad Complutense, Madrid, Spain, Instituto Imdea Nanociencia, September 2018.

(9)  Kende Lectureship, University of Rochester, Department of Chemistry, December 2016.

(10)  University of Colorado, Boulder, Organic Seminar, Department of Chemistry and Biochemistry, December 2014.

(11)  Queen Mary University of London Seminar, November 2014.

(12)  University of Pennsylvania Fall Seminar Series, Department of Chemistry, August 2014.

(13)  Yale University, Yale-Rigaku Symposium, June 2014

(14)  East China University of Science and Technology, March 2014

(15)  Princeton University, Department of Chemistry, February 12, 2014.

(16)  East China University of Science and Technology, November 2013

(17)  Shanghai Normal University, November 2013

(18)  Wuhan University of Science and Technology, July 19, 2013.

(19)  University of Indiana, Bloomington, IN. May 20, 2013.

(20)  The University of Hong Kong, Hong Kong, April 25, 2013.

(21)  Shanghai Normal University, Shanghai, China, April 24, 2013.

(22)  Massachusetts Institute of Technology, Cambridge, MA. February 7, 2013.

(23)    University of California, Irvine, May 9-10, 2012.
(24)    University of Texas, Austin, May 4, 2012.
(25)    Tufts University, Boston, MA, February 21, 2012.
(26)    Simon Fraser University, Vancouver, BC, September 21, 2011.
(27)    University of British Columbia, Vancouver, BC, September 20, 2011.
(28)    University of Victoria, Victoria, BC, September 19, 2011.
(29)    Shanghai Normal University, Shanghai, China, Department of Chemistry, February 25, 2011.
(30)    Shanghai Institute of Organic Chemistry, Shanghai, China, February 24, 2011.
(31)    Shanghai Normal University, Shanghai, China, Department of Chemistry, July 12, 2010.
(32)    ETH, Zurich, Laboratory of Organic Chemistry, March 29, 2010.
(33)    The Max Planck Institute for Coal Research and Bioinorganic Chemistry in Mülheim/Ruhr, Germany, September 7, 2009.
(34)    The Chinese University of Hong Kong, Shatin, July 16, 2009.
(35)    Texas Tech University, Department of Chemistry, Lubbock, TX, March 26, 2009.
(36)    Yale University, Department of Chemistry, New Haven, CT, January 26, 2009.
(37)    Zhejiang University, Hangzhou, China, Department of Chemistry, November 12, 2008.
(38)    Arizona State University, AZ Biodesign Lecture in Physics & Nanoscience, January 7, 2008.
(39)    University of Victoria, BC, Department of Chemistry, December 13th, 2007.
(40)    Simon Fraser University, Burnaby, BC, Department of Chemistry, December 12th, 2007.
(41)    Georgia Tech, Department of Chemistry, Atlanta, GA, November 8th, 2007.
(42)    University of California, Berkeley, Nano Seminar Series, November 2nd, 2007.
(43)    Washington University, Saint Louis, MO, October 23rd, 2007.
(44)    Northwestern University, Department of Chemistry, June 1st, 2007.
(45)    Harvard University, Department of Chemistry and Chemical Biology, May 4th, 2007.
(46)    University of North Carolina, Chapel Hill, NC, April 26th, 2007.
(47)    Princeton University, Department of Chemistry, February 27th, 2007.
(48)    Oxford University, Department of Materials Science, January 25th, 2007.
(49)    University of Michigan, Ann Arbor, MI, December 1st, 2006.
(50)    University of Chicago, Department of Chemistry, Chicago, IL, November 13th, 2006.
(51)    Rensselaer Polytechnic Institute, Department of Chemistry, November 7th, 2006.
(52)    University of Indiana, Department of Chemistry, November 3rd, 2006.
(53)    University of Nevada-Reno, Department of Chemistry, October 13th, 2006.
(54)    University of California Davis, Department of Chemistry, October 12th, 2006.
(55)    Carleton College, Department of Chemistry, October 6th, 2006
(56)    Boston College, Department of Chemistry, September 19th, 2006.
(57)    Queens University, Kingston, Ontario, Canada, March 17th, 2006
(58)    University of Wisconsin-Madison, March 9, 2006.
(59)    Bryn Mawr College, November 4, 2005.
(60)    University of California Riverside, October 28, 2005.
(61)    University of Tokyo, September 5, 2005.
(62)    University of California Los Angeles, June 2, 2005.
(63)    SUNY Stony Brook, May 5th, 2005
(64)    Ohio State University, February 17th, 2005.
(65)    Duke University, January 25th, 2005

8

(66)    University of Laval, December 17th, 2004.
(67)    University of Montreal, December 15th, 2004.
(68)    Massachusetts Institute of Technology, December 18th, 2004.
(69)    University of Washington, November 16th, 2004.
(70)    Rutgers University, November 4th, 2004.
(71)    University of California Irvine, October 6th, 2004.
(72)    CUNY Queens College, October 4th, 2004.
(73)    University of Illinois, Urbana-Champaign, September 20th, 2004.
(74)    University of California Berkeley, March 30th, 2004.
(75)    Cornell University, March 15th, 2004.
(76)    University of Pittsburgh, February 5th, 2004
(77)    University of Florida, January 29th, 2004.
(78)    University of Colorado Boulder, January 20th, 2004.
(79)    Georgetown University, October 30th, 2003
(80)    U. Illinois-Carbondale, October 24th, 2003
(81)    Arizona State University September 23rd, 2003
(82)    University of Delaware, April 18th, 2003.
(83)    DuPont Central Research Seminar Series, Wilmington, DE, April 17th, 2003.
(84)    IBM (TJ Watson Research Center) Physical Sciences Seminar Series, March 28th, 2003.
(85)    New York University, March 11th, 2003.
(86)    UCLA Nanosystems seminar series, Los Angeles, CA, February 18th, 2003.
(87)    The Scripps Research Institute, La Jolla, CA, February 17th, 2003.
(88)    University of Connecticut, September 18th, 2002.
(89)    Hunter College, February 8th, 2002.

## ❖ Grant Proposals *Funded*

(1)    NSF, CCI: "CCI Phase I: NSF Center for Chemistry with Electric Fields (ChEF)" PI: Venkataraman. Period: 09/01/2020-08/31/2023. Amount: $1,800,000.
(2)    NSF, MRSEC: "Columbia University Materials Research Science and Engineering Center: Precision-Assembled Quantum Materials (PAQM)" PI: Hone, Co-PI: Nuckolls. Period: 09/01/2020-08/31/2026, Amount: $18,000,000.
(3)    NSF, "Porous Organic Solid-State Materials for Energy Storage" PI: Nuckolls, Co-PI: Roy. Period: 06/01/2020-05/31/2023. Amount: $525,000.
(4)    NSF, "Label-Free, High-Time Resolution, Single-Molecule Studies of RNA Folding and Dynamics" PI: Gonzalez, Co-PI: Nuckolls. Period: 06/01/2020-05/31/2023.  $540,000.
(5)    ONR, "2D GNR Layers for Quantum Plexcitonics" PI: Nuckolls, Co-PIs: Schuck and Venkataraman. Period: 04/15/2020-04/14/2023, Amount: $600,000.
(6)    DOE: BES, "Nanoscale Environments for Catalysis" PI: Nuckolls. Period: 09/15/18-09/14/21, Amount: $525,000.
(7)    DOE, "Harvesting singlet fission for photoredox catalysis" PI: Zhu, Co-PI: Nuckolls. Period: 9/15/18-8/31/21. Amount: $750,000.
(8)    NSF, "Molecular Conductance and Induced Reactivity in Group 14 Constructs" Co-PIs: Venkataraman, Leighton. Period: 06/01/18-05/31/21. Amount: $580,000.
(9)    AFSOR, "Artificial Atoms, Molecules and Solids: Multiple Functions and Emergent Properties" Co-PI: Xiaoyang Zhu, Xavier Roy. Period: 11/01/2017-10/31/2021. Amount: $2,475,000.

(10) ONR, "High Performance Organic Solar Cells from Conjugated Ribbons" PI: Nuckolls co-PI: X.Y. Zhu. Period: 02/01/17-01/31/20. Amount: $900,000.

(11) ONR, MURI, "Carbon-based Heirarchically Integrated Synthetic Electronics (CHISEL)" PI: Prof. Crommie (UC Berkeley), 1 of 6 Co-PIs. Period: 06/01/16-05/31/21. Amount: $4,500,000.

(12) RISE, "Imaging a Single-Molecule Circuit." Co-PI: Latha Venkataraman. Period: 04/01/16-03/31/18. Amount: $80,000.

(13) DOE: BES, "Building a Toolbox of Singlet Fission Molecules for Solar Energy Conversion." PI: Prof. Zhu. Period: 9/1/15-8/31/19. Amount: $1,007,530.

(14) AFOSR, "Artificial Atoms, Molecules and Solids: Multiple Functions and Emergent Properties" Co-PI: Xiaoyang Zhu, Xavier Roy. Period: 9/30/2014-8/29/2017. Amount: $1,300,000.

(15) NSF: MRSEC, "Columbia University Materials Research Science and Engineering Center." PI: Prof. Hone, Co-PI with several Profs. Period: 11/1/2014-10/31/2020. Amount: $14,800,000.

(16) Columbia-Coulter Translational Research Partnership: "AnnuloPatch: A thin but strong material that prevents discs from reherniating." Activity Co-PI: Josh Schroeder. Period: 8/1/2014-7/31/2016. Amount: $163,803.50.

(17) NIH, "Studies of Riboswitch-Mediated Transcriptional Control Using Single-Molecule Field-Effect Transistors" PI: Prof. Gonzalez, Co-PI with Prof. Shepard. Period: 7/1/2014-6/30/2019. Amount: $3,539,380.

(18) NSF, "Functional, Atomically-Defined Nanowires and Nanoribbons of Silicon." Co-PI with Profs. Venkataraman and Leighton. Period: 8/1/2014-7/31/2017. Amount: $817,071.

(19) MARCO/DARPA, "Center of Function Accelerated nanoMaterial Engineering (FAME)." Period: 1/16/2013-10/31/2017. Amount: $950,417.

(20) NSF, "High-bandwidth, single-molecule bioelectronics using a multiplexed, field-effect sensing platform," PI: Prof. Shepard, Co-PI with Prof. Gonzalez. Period: 7/1/2012-6/30/2015. Amount: $841,128.

(21) DOE, "Catalytic Growth of Molecular Scale Wiring", Period: 2/1/2011-7/31/2015. Amount: $510,000.

(22) NSF, "MIRT: Building Functional Nanoarchitectures in van der Waals Materials", PI's Profs. Hone and Krusin-Elbaum; Senior Investigator with Profs. Hone, Akins, Brus, Heinz, Herman, Kim, Marianetti, Millis, O'Brien, Pasupathy, Punnoose, Sarachik, Tamargo, Venkataraman and Dr. Steigerwald. Period: 9/1/2011-8/31/2014. Amount: $3,000,000.

(23) DOE, EFRC: "Re-Defining Photovoltaic Efficiency through Molecule-Scale Control", Co-PI with Profs. James Yardley, Shalom Wind, Philip Kim, Latha Venkatarman, David Reichman, et al. Period: 09/01/09-08/31/14. Amount: $16,000,000.

(24) The Camille and Henry Dreyfus Foundation, "Photoinduced Charge Transport in Designed Organic Materials for Next Generation Photovoltaics," Period: 12/1/2011-11/31/2013. Amount: $120,000.

(25) NYEE: "Unamplified Nucleic Acid Detection for Point of Care Diagnostics in Ocular Trachoma." 8/15/11-8/14/12. Amount: $80,000.

(26) FENA, "From Strained Molecules to Functional, Carbon-Based Materials", Co-PI with Prof. Kang Wang (UCLA). Period: 11/01/09-10/31/12. Amount: $474,000.

(27)   NIH: GO, "Integration of Trans-base Tunneling into a Carbon Nanotube Nanopore for Sequencing by Recognition", Co-PI with Prof. Stuart Lindsay (ASU). Period: 09/30/09-09/29/11. Amount: $780,358.

(28)   NSF: CCI, "Molecular Tools for Conjugated Polymers", Co-PI with Paul Barbara (UT Austin). Period: 09/01/09-08/31/12. Amount: $450,000.

(29)   ONR: "Integrated Molecular-Scale Electronic Device via DNA Nanostructure Assembly", Co-PI with Shalom Wind. Period: 08/09/09-08/08/11. Amount: $250,000.

(30)   DARPA, IBM: "Wafer-Scale Graphene RF Nanoelectronics", Co-PI with Profs. Ken Shepard, James Hone, Philip Kim, and Tony Heinz. Period: 06/26/08-06/25/10. Amount: $225,000.

(31)   ONR: "Lithographically directed biomolecular assembly of functional nanostructures for sub-10 nm electronic devices", Co-PI with Shalom Wind. Period: 12/15/08-12/14/11. Amount: $200,000.

(32)   NYEE: "Unamplified Nucleic Acid Detection for Point of Care Diagnostics in Ocular Trachoma." 10/15/08-10/14/09. Amount: $100,000.

(33)   DOE: "Catalytic Growth of Molecular-Scale Wiring." Period: 02/01/08-01/31/11. Amount: $300,000.

(34)   NSF, NIRT: "Molecular Electronic Devices with Carbon-Based Electrodes on Active Substrates", Co-PI with Matthew Francis, Philip Kim, and Kenneth Shepard. Period: 06/01/07-12/31/2013. Amount: $558,247.

(35)   AFOSR: "The Pick-Up Stick Transistor", Co-PI with George Malliaras and Graciela Blancet. Period: 05/01/07-03/09/09. Amount: $160,000.

(36)   ARO-MURI: "Biologically Assembled Quantum Electronic Arrays", Co-PI with Rick Kiehl and others.  Period: 07/24/07-12/23/10. Amount: $500,000.

(37)   Columbia University Academic Quality Fund:  An Interdisciplinary Approach to Biosensor. Co-PI with Prof. Philip Kim and Prof. Jim Hone.  Period:  07/01/04-06/31/06.  Amount: $282,400.

(38)   DOE: Synthesis, Directed Assembly, and Local Probe Measurements of Dipolar, Organic Nanostructures.  Period:  09/30/04-09/30/07. Amount: $405,000.

(39)   NSF, SGER:, "High Performance Organic Semiconductors", Co-PI with Prof. John Rogers (U. Illinois) and Dr. Graciela Blanchet (DuPont).  Period: 01/01/04-12/31/04. Amount: $60,000.

(40)   DOE: "Electronics from Nano-Scale Crystals", Co-PI with Prof. Arthur Ramirez and Dr. David Lang (Lucent).  Period: 09/31/03-04/30/10. Amount: $1.4M.

(41)   ACS, Petroleum Research Fund—Type G, "Self-Folding in Covalently-Linked, Over-Crowded Aromatics", Period: 4/1/03-5/1/05. Amount: $35,000.

(42)   NSF, Nanoscience and Undergraduate Education, "NUE: Teaching the Elements of Nanotechnology in Undergraduate Science Courses" Co-PI with Professor Leonard Fine and Dr. Bhawani Venkataraman. Period: 4/1/03-5/1/04. Amount: $100,000.

(43)   NSF, CAREER: Functional Nanoscale Architectures through Self-assembly.   Period: 2/1/2003-1/31/2008. Amount: $550,000.

(44)   DOE: Synthesis, Directed Assembly, and Local Probe Measurements of Dipolar, Organic Nanostructures.  Period:  09/30/01-09/30/04, amount:  $490,000.

(45)   NSF:   Nanoscale Exploratory Research: Self-Assembled Nanostructures with Macroscopic Polar Order and Directed Paths of Conjugation.  Period: 07/01/01-06/30/02. Amount:  $99,000.

(46) Helped create and defend a successful NSF Nanocenter proposal (one of six nationally): The Columbia Center for Electronic Transport in Molecular Nanostructures.  Period: 09/30/01– 09/30/11. Amount:  $348,000.

(47) Co-PI to the Columbia University's NSF Materials Research Science and Engineering Center, renewal proposal.  Period: 09/01/02-08/31/10. Amount: $360,000.

(48) Brookhaven National Lab Proposal for use of the Synchrotron Light Source "Structure-Property Relations for Monolayer Organic Films on Silicon", Co-PI with Dr. Mark Hybertsen and Prof. James Yardley, 1/1/04-1/1/05. Amount:  21 days of beam-time.

## ❖ Grant proposals pending

(1) DOE, "Photo and Electro Catalysis at Interfaces with Molecules" PI: Nuckolls Period: 09/15/21-09/14/24.  Amount: $600,000.

(2) DOE, "Tuning Singlet and Triplet Energies for Solar Photochemistry" PI: Zhu, Co-PI: Nuckolls, Period: 9/1/21-8/31/24. Amount $875,000.

## ❖ Patents

(1) Co-Inventor with Raul Hernandez-Sanchez, Yuan Yang, Thomas Sisto, and Margarita Milton: Redox flow batteries and compounds for battery applications (16/792,501, US20200259199A1).

(2) Co-Inventor with Sebastian Sorgenfrei, Kenneth L Shepard, Chien-yang Chiu, and Steven Warren: Systems and methods for single-molecule detection using nanotubes (US10684240B2).

(3) Co-Inventor with Yu Zhong, Rongshen Chen, Bharat Kumar, Tuan M. Trinh, Wei Wang, Michael L. Steigerwald, Xiaoyang Zhu, Shengxiong Xiao, Fay Ng, and Boyuan Zang: Organic semiconductor compounds and methods of use (US10566539B2).

(4) Provisional Patent, co-inventor with Xuefeng Guo, Matthew Myers, and Philip Kim: Low voltage field effect transistors from monolayers of Organic Semiconductors between Nanoscale Single Walled Carbon Nanotube electrodes

(5) Provisional Patent, co-inventor with Xuefeng Guo and Philip Kim: Sensing devices from molecular electronic devices

(6) Co-Inventor with I. Meric, K. Shephard, N.J. Tremblay, and P. Kim: Electronic device e.g. graphene layer including working surface, polyvinyl alcohol layer formed upon working surface, dielectric layer formed upon polyvinyl alcohol layer, and silicon substrate (US2011017979-A1)

(7) Co-Inventor with J. Barton, A. Gorodetsky, Z. Guo, and J. Hone: Method for integrating single nucleic acid molecule e.g. DNA into molecular electronic device, involves disposing carbon nanotube on base layer of device, forming gap in carbon nanotube, and bridging gap with single nucleic acid (WO2009145802-A1)

(8) Co-Inventor with J. He, S. Lindsay, K. Reinhart, J. Tang and P. Zhang: Biomolecule characteristic measurement device for DNA, RNA, protein or peptide comprises carbon nanotube functionalized with recognition component for that recognizes polymer (WO2009117517-A2, A3)

(9) Co-Inventor with X. Guo, P. Kim, S. Xiao, M. Meyers and M.B. Meyers: Molecular sensor useful for detecting pH of medium comprises base layer having first and second sides, film comprising hexabenzocoronene compound disposed on base layer, first and second electrode disposed on film, and molecular wire (WO2007133288-A1, US2007292601-A1, US2009027036-A1)**

Colin Nuckolls
Columbia University

(10) Co-Inventor with X. Guo and P. Kim: Fabrication of a molecular electronic device as molecular sensor involves disposing single wall nanotubes on base layer; disposing electrodes on the nanotubes, followed by cutting the nanotubes using lithographic process and disposing step (WO2007120312-A2, WO2007120312-A3, EP1977444-A2, US2009017571-A1)

(11) Co-Inventor with G.B. Blanchet-Fincher and X. Bo: Semiconductor composition used in printing semiconducting portion of thin film transistor has carbon nanotubes dispersed in semiconducting or insulating matrix (WO2006026539-A2, EP1794822-A2, KR2007061552-A, CN101091266-A, JP2008511735-W, US2009146134-A1)

(12) Co-Inventor with L. Chaslin and P. Comasundaran: Composition, useful to e.g. detect environmental entities (e.g. bioterrorism agents) comprises a nucleic acid comprising an aptamer region that binds a ligand, and a nucleic acid cleaving region; and a covalently linked cargo molecule (WO2005051174-A2, US2007111222-A1)

(13) Inventor: Three-dimensional molecular array for making, e.g. piezoelectric device, includes aromatic rings stacked parallel to surface in which each substituent of different rings within each stack form hydrogen bonds (WO200244124-A, WO200244124-A2, AU200241633-A, US2004010028-A1, AU2002241633-A8)

(14) Co-Inventor with T.J. Katz: Helical discotic switch with improved effect on light comprises new helicene liquid crystal compound (WO200116252-A, WO200116252-A1, US6344152-B1)

(15) Co-Inventor with T.J. Katz: Aggregate(s) of substd (6)helicene cpds showing improved optical rotation and response – used for optical switching devices LCD(s) and nonlinear electro=optical device (WO9708262-A, WO9708262-A2, AU9711564-A, WO9708262-A3, US5993700-A, US6017470-A)

❖ **Teaching Accomplishments**

- Chemistry C3046 Intensive Organic Chemistry for 1st Years, Spring 2020, 24 students.
- Chemistry C3046 Intensive Organic Chemistry for 1st Years, Spring 2019, 22 students.
- Chemistry C3046 Intensive Organic Chemistry for 1st Years, Spring 2018, 15 students.
- Chemistry C3046 Intensive Organic Chemistry for 1st Years, Spring 2017, 27 students.
- G4168 Graduate Chemistry, Materials Chemistry I. Fall 2016, 28 students.
- Chemistry C3046 Intensive Organic Chemistry for 1st Years, Spring 2016, 28 students.
- Chemistry C3444 Organic Chemistry II. Spring 2015, 210 students.
- G4168 Graduate Chemistry, Materials Chemistry I. Fall 2014, 16 students.
- Chemistry C3444 Organic Chemistry II. Spring 2014, 268 students.
- G4168 Graduate Chemistry, Materials Chemistry I. Fall 2013, 18 students.
- Chemistry Graduate G4168 Materials Chemistry I. Fall 2012, 36 students.
- Core Curriculum C1000 Frontiers of Science. Spring 2009, 513 students.
- *SuperChemiLuminescenceExplodiAlidocious.* With Professor James Leighton, presented this 2nd Annual Holiday Science Celebration for kids.  December 2008.
- Core Curriculum C1000 Frontiers of Science. Spring 2008, 519 students.
- *A Chemistry Feast for the Senses: Big Bangs, Mysterious Smells & Long Strings of Goo.* With Professor James Leighton, developed and presented this Holiday Science Celebration for kids.  December 2007.
- Chemistry C3443 Organic Chemistry I. Fall 2007, 183 students.

13

- Chemistry C3444 Organic Chemistry II. Spring 2002, 115 students. Spring 2003, 170 students. Spring 2004, 100 students. Spring 2005, 120 students. Spring 2006, 115 students.
- Created Chemistry G8314 Self-Assembly and Molecular Recognition. Fall 2001, enrollment: 19 students. Fall 2002, enrollment: 14 students. Fall 2004, enrollment: 15 students. Fall 2005, enrollment: 20 students.
- G4147 Advanced Organic Chemistry. Fall 2001, enrollment: 17 students. Fall 2005, enrollment: 26 students. Fall 2006, enrollment: 30 students.
- Redesigned the Chemistry C3546 Advanced Organic Chemistry Lab to include a Materials/Nanoscience component funded through the NSF CAREER award. Spring 2004: 8 students. Spring 2005: 10 students.
- Co-PI with Professor Leonard Fine and Dr. Bhawani Venkataraman on a NSF proposal to revamp the Undergraduate General Chemistry Course with a Materials/Nanoscience component.

❖ **Service to the Profession:**

- Stork Symposium Organizer, October 20, 2018.
- Nano Letters Associate Editor, Spring 2014-present.
- ACS Central Science Editorial Advisory Board Member, December 2014-present.
- Chemical Science Editorial Board Member, 2009-Spring 2014.
- Volkswagen Stiftung Panelist for the Funding Initiatives, 2009-present.
- International Symposium for Novel Aromatics (ISNA) International Advisory Board Member, October 2011 – present.
- Science Foundation Ireland (SFI), Panelist for the review of the Principal Investigator Programme covering Information, Communication and Emergent Technologies (IC&ET) in Dublin, Ireland, March 20-23, 2011.
- Science Foundation Ireland (SFI), Panelist for the site review for President of Ireland Young Researcher Award (PIYRA), Trinity College Dublin, August 5-6, 2010.
- National Science Foundation, Panelist for Major Research Instrumentation Proposals, Chemistry Division, Washington, DC, October 29-30, 2009.
- National Science Foundation of China (NSFC), Panelist for the "Deans/Chairs Forum for Chemical Research and Education in China and the US" at Peking University, Beijing, China, July 11-15, 2009.
- Department of Energy, Panelist for the DOE/BES Chemical Sciences Research Programs at Lawrence Berkeley National Lab Review, Catalysis and Chemical Transformations, March 17-20, 2008.
- National Science Foundation, Panelist for CERSP Site Visit at UNC, Chapel Hill, October 1-3, 2007.
- National Science Foundation/EC Workshop on Nanomaterials and Nanotechnology, Dec 5–7, 2002.
- National Science Foundation, Panelist for Nanoscale Interdisciplinary Research Team Proposals, Nanoelectronic Materials, October 1st, 2002.
- National Science Foundation, US-Italy Workshop on Materials Research and Nanoscale Sciences, March 14th-15th 2002.
- National Science Foundation, Panelist for Nanoscale Interdisciplinary Research Team Proposals, Chemical/Self-Assembly and Transport, February 25th, 2002.

Colin Nuckolls
Columbia University

- National Science Foundation, Panelist for SBIR, Sensors, Instrumentation and Membranes Proposals, September 6–7, 2001.

❖ **Service to Columbia University**

- Member, University Senate, 2018-present
- Member of Promotion and Tenure Committee (PTC) of the Arts & Sciences, 2017-2020 Academic Term
- Executive Committee Member for the Materials Research Science and Engineering Center (MRSEC), Fall 2014-present.
- Tenure Review Advisory Committee (TRAC), 2011/2012.
- Executive Committee Member for the Energy Frontier Research Center (EFRC), Fall 2009 – present.
- Review Committee Member for Greek and Hellenic Studies, 2009.
- Academic Review Committee, 2006-2009.
- SEAS Dean Search Committee, 2007-2009.
- Faculty Athletics Committee, Spring 2007 – present.
- Faculty Representative for the Federal Demonstration Partnership (2002).
- Served on the Organization and Resources subcommittee for the Middle States Association of Colleges and Schools 2005 under Vice Provost Rittenberg.

❖ **Service to Columbia University's Chemistry Department:**

- Co-Chair of Shared Nano Infrastructure Committee, Summer 2014-present.
- Co-Chair of CNI (Columbia Nano Initiative), Fall 2014-present.
- Chair of Space and Services Committee, Summer 2013-present.
- Shared Facilities Committee member, Fall 2012-present.
- Chair of Space and Services Committee, 2009-Summer 2012.
- Chair of Department, July 2008-June 2011.
- Created Self-Study for Academic Review Committee's Review of Department of Chemistry, Columbia University, 2011.
- Space and Services Committee, 2005-Summer 2008.
- Graduate Committee, 2003–2004
- Admissions Committee, 2001–2003.
- Organized Organic Group Departmental Colloquia, Spring 2002.
- Proposed and oversaw the installation of a new, safer solvent purification systems for the Chemistry Department.
- Helped prepare a successful dossier to support Prof. Thomas Katz's nomination for a 2002 Presidential Teaching Award.
- Recorder of Faculty Meeting minutes, Spring 2001.
- Graduate student course advising, Fall 2001 and Fall 2002.
- Organized Organic Group Evening Seminar Series and Problem Session, Spring 2001 and Spring 2002.
- Cleanroom Committee, Spring 2003.

Colin Nuckolls
Columbia University

❖ **Collaborators**

Professor Louis Brus (Columbia University), Professor Horst Stormer (Columbia University), Professor Philip Kim (Columbia University), Professor Irving Herman (Columbia University), Professor Leonard Fine (Columbia University), Dr. Bhawani Venkataraman (Columbia University), Professor Takao Someya (University of Tokyo), Dr. Robert Willett (Lucent Technologies), Dr. Christian Kloc (Lucent Technologies), Dr. Richard Martel (IBM), Dr. Phaedon Avouris (IBM), Prof. Tony Heinz (Columbia) and Prof. Maria Rampi (University of Ferrara, Italy), Dr. Arthur Ramirez (Lucent Technologies), Dr. Graciela Blanchet (DuPont), Prof. Stuart Lindsay (Arizona State University), Dr. Cherie Kagan (IBM), Prof. John Rogers (U. Illinois), Prof. James Yardley (Columbia), Dr. David Lang (Lucent Technologies), Dr. Mark Hybertsen (Columbia University), Dr. Mike Steigerwald (Columbia University), Ben Ocko (BNL), and Ronald Pindak (BNL).

❖ **Student Advising and Mentoring**

**Graduate Students**

(1)    Mark L. Bushey (2005) 2002/2003 American Chemical Society, Division of Organic Chemistry Fellowship; currently with Exxon Mobil.

(2)    Qian Miao (2005), Assistant Professor at The Chinese University of Hong Kong.

(3)    Wei Zhang (2006), currently at Novartis Pharmaceuticals.

(4)    Chaya Ben-Porat (2006) Faculty at Touro College.

(5)    Dana Horoszewski (2006), currently an Assistant Professor at Northern Virginia Community College.

(6)    Jennifer Klare (2006) 2004/2005 American Chemical Society, Division of Organic Chemistry Fellowship; currently at Porifera.

(7)    George Tulevski (2006) 2005 Guthikonda Fellowship; currently a staff scientist with IBM TJ Watson Research Center

(8)    Yiliang Wang (2006), currently a post-doc with Prof. Tobin Marks, Northwestern University.

(9)    Romen Carrillo (June 2005-January 2006). Fellow in Edinburgh.

(10)   Shengxiong Xiao (2007). Guthikonda Fellowship; currently director of R&D for Adesso Biosciences.

(11)   Rachel Steiner (2009); joint graduate student with Prof. James Yardley.

(12)   Matthew Myers (2008) 2006/2007 American Chemical Society, Division of Organic Chemistry Fellowship; currently a postdoctoral fellow at CSIRO, Perth, Australia.

(13)   Michael Lefenfeld (5th year); Currently on leave of absence.

(14)   Matthew Carnes (2008), currently a post-doc in the Center for Sustainable Materials Chemistry at the University of Oregon.

(15)   Jinyao Tang (2008), currently an Assistant Professor at University of Hong Kong.

(16)   Fei Ren; Left with Masters: moved to another field.

(17)   Adam Whalley (2009), currently an Assistant Professor at the University of Vermont.

(18)   Noah Tremblay (2009), currently a senior scientist at Nano-Terra, Inc.

(19)   Katie Allen (2010), currently a post-doc with Prof. Mark Thompson at University of Southern California.

(20)   Young Suk Park (2010), currently a post-doc with Prof. Barney Grubbs at Brookhaven National Lab.

Colin Nuckolls
Columbia University

(21) Chien-yang Chiu (2011), currently a post-doc with Prof. Craig Hawker at University of California, Santa Barbara.
(22) Zheyuan Chen (2011), currently a post-doc with Prof. Louis Brus (Columbia)
(23) Bumjung Kim (2011), currently an Assistant Professor at New Jersey City University.
(24) Hanfei Wang (2011), currently a staff scientist with IBM.
(25) Jeff Meisner (2012), currently a post-doc with Prof. Stephen Craig at Duke University.
(26) Danielle Sedbrook (2013), currently an expert-in-discipline at Columbia University.
(27) Christine Schenck (2013), currently a Chemistry teacher at Horace Mann.
(28) Hasti Amiri (2014), defended September 2014.
(29) Emma Dell (2015), defended February 2015, shared group member with Venkataraman.
(30) Dan Paley (2015), currently Director of Shared Materials Characterization Lab at Columbia University.
(31) Qishui Chen (2015), currently a post-doc with Professor Stoddart at Northwestern University.
(32) Ying Wu (2015), defended August 2015.
(33) Timothy Su (2016), currently a post-doc with Professor Chris Chang at UC Berkeley
(34) Nathan Daly (2016), currently at the Getty Museum in Los Angeles
(35) Yu Zhong (2016), currently a post-doc with Professor Jinwoong Park at the University of Chicago
(36) Jaeeun Yu (2017), currently a member of the Clean Room Support Staff at Columbia University in the Columbia Nano Initiative
(37) Nathan Schuster (2017), currently a postdoctoral researcher in the Nuckolls lab
(38) Qizhi Xu (2017), currently a postdoctoral researcher in the Nuckolls lab
(39) Anouck Champsaur (2018), Scientist at XL Batteries
(40) Grisha Etkin (2018)
(41) Margarita Milton (2018), currently a postdoctoral researcher with Marcus Weck (NYU)
(42) Madhav Neupane; Left with Masters: moved to another field.
(43) Melissa Ball (2019), currently a postdoctoral researcher with Lynn Loo (Princeton)
(44) Boyuan Zhang (2019), currently a postdoctoral researcher with Latha Venkataraman (Columbia)
(45) Yan Feng, leave of absence after 3rd year
(46) Elisabeth Purdy, leave of absence after 3rd year
(47) Neil Foegen, (2020).
(48) Samuel Peurifoy, (2020), PhD Fellow at Goldman Sachs.
(49) Natalia Gadjieva (5th year)
(50) Sarah Dubnik (5th year)
(51) Taylor Hochuli (5th year)
(52) Si Tong (Ally) Bao (2nd year)
(53) Shantao Sun (2nd year)
(54) Jesse Gray (2nd year)
(55) Sae Young (Jennifer) Han (2nd year) – co-advised with Xavier Roy
(56) Shoushou (Wendy) He (2nd year) – co-advised with Xavier Roy
(57) Liang Li (2nd year) – co-advised with Latha Venkataraman
(58) Claudia Prindle (2nd year) – co-advised with Latha Venkataraman
(59) Shayan Louie (1st year)

17

Colin Nuckolls
Columbia University

**Undergraduate Students**

(1)  Tiffany Liu (University of Michigan), Summer 2019.
(2)  Adrien (Elisabeth) Stein (Columbia College), June 2019 – December 2019.
(3)  Andrew Zhang (Columbia College), June 2019 – present.
(4)  Sophia Ahmed (Columbia College), Summer 2018.
(5)  Rachael Mow (Columbia College), Spring 2018 – present
(6)  James Gornet, (Columbia College), Spring 2018 – present.
(7)  Christain Oswood, (St. Olaf College), Summer 2017
(8)  Khrystofor Khokhlov, (Columbia College), Summer 2016 – present.
(9)  Chanda Hylton (Tuskegee University), Summer 2016
(10)  Daniel Erdosy, (Brown University), Summer 2016.
(11)  Larissa Pereira (Federal University of Pernambuco, Brazil), Summer 2016.
(12)  Vivian Zhang, (Columbia College), Summer 2014 – Spring 2016.
(13)  Britt Fossum, (Columbia College), Summer 2014 – Spring 2016.
(14)  Aditya Balaji, (Columbia College), Summer 2015.
(15)  Campbell Weaver, (Princeton University), Summer 2015.
(16)  Carly Mathewson, (Ohio Northern University), Summer 2015.
(17)  Ankur Dalsania, (Rutgers University), Summer 2015.
(18)  Melissa Ball, (Columbia College), Summer 2014.
(19)  Molleigh Preefer, (Columbia College), Spring 2013 – Summer 2015.
(20)  Michele Myong, (Columbia College), Spring 2013 – Spring 2014.
(21)  Ari Turckiewicz, (Columbia College 2013), Spring 2012 – Summer 2013.
(22)  Stephanie Sarbanes, (Columbia College 2013), Winter 2012 – Spring 2013.
(23)  Evelyn Warner, (Columbia College 2013), Fall 2011 – Spring 2013.
(24)  Carmen DelValle, (Columbia College 2013), Spring 2011-Spring 2012.
(25)  Seokjoon Oh (Columbia College 2014), Spring 2011-Spring 2013.
(26)  Dan Marcusa (Dartmouth College 2013), Summer 2010.
(27)  David Ordinario (Columbia College 2013), Spring 2010-Summer 2011.
(28)  Zac Bullard (Columbia College 2011), Fall 2008-2010.
(29)  Markrete Krikorian (Columbia College 2011), Summer 2008-Summer 2011.
(30)  Michele Guide (Barnard 2009), Summer 2008-2009.
(31)  Terence Choy (Columbia College 2006), Summer 2004-2006, Goldwater Fellow.
(32)  Zamir Pollack (Columbia SEAS 2006), Fall 2005.
(33)  Bennett Chan (Columbia College 2006), Summer 2005-Spring 2006.
(34)  Frank Leibfarth (University of South Dakota 2006), Goldwater Fellow. Summer 2005.
(35)  Jennifer Elyazi (Cooper Union 2005), Summer 2005.
(36)  Kiley White (Barnard 2004). Summer 2002-2004.
(37)  Christian Sjulsen (Columbia 2005). Summer 2003-2004.
(38)  Tucker Roberts (Columbia, GS). Spring 2003-2004.
(39)  Jennifer Coffey (Columbia GS). Fall 2003.
(40)  Rebecca Abram (Columbia College 2003). Fall 2002-2003.
(41)  Austin Hwang, (Columbia College 2002). Spring 2001-Summer 2002.
(42)  James Massey (Columbia College 2001). Summer 2000-Spring 2001.
(43)  Isaac Darko (Columbia College 2002). Summer 2001-Fall 2001.

Colin Nuckolls
Columbia University

**Post-Doctoral Associates**
(1)     Dr. Austin Evans, March 2021– present, Ph.D., Northwestern Univeristy
(2)     Dr. Qian Cheng, January 2021– present, Ph.D. Arizona State University
(3)     Dr. Nicholas Orchanian, September 2020 – present, Ph.D. University of Southern California
(4)     Dr. Cedric Schaack, September 2020 – present, Ph.D. ETH Zürich
(5)     Dr. Zexin (Henry) Jin, October 2019 – present, Ph.D. Stanford University
(6)     Dr. Ren Wiscons, September 2019 – present, Ph.D. University of Michigan
(7)     Dr. Xiao Xiao, July 2019 – present, Ph.D. University of Minnesota
(8)     Dr. Douglas Reed, August 2018 – present, Ph.D. University of California Berkeley
(9)     Dr. Jingjing Yang, June 2018 – present, Ph.D. University of California Berkeley
(10)    Dr. Florian Geyer, June 2017- May 2018, Ph.D. Heidelberg University, currently scientist at BASF
(11)    Dr. Raul Hernandez Sanchez, January 2016- 2018, Ph.D. Harvard University, currently an Assistant Professor at the University of Pittsburgh.
(12)    Dr. Thomas Sisto, August 2015 – February 2019, Ph.D. Boston University, currently at XL Batteries.
(13)    Dr. Alexandra Velian, October 2014 – June 2017, Ph.D. Massachusetts Institute of Technology, currently an Assistant Professor at University of Washington.
(14)    Dr. Delphine Bouilly, November 2013 – November 2016, Ph.D. Université de Montréal, currently an Assistant Professor at Université de Montréal.
(15)    Dr. Brandon Fowler, January 2013 – November 2016, Ph.D., Yale University, currently Mass Spectrometry Facility Manager at Columbia Chemistry.
(16)    Dr. Christopher Bejger, Dec 2012 – present, Ph.D., University of Texas, Austin, currently Assistant Professor at University of North Carolina, Charlotte.
(17)    Dr. Kumar Bharat, October 2012 – October 2014, Ph.D., University of Nevada, Reno. Currently a researcher with IBM.
(18)    Dr. Chulho Lee, October 2011- June 2014, Ph.D., Seoul National University, currently an Assistant Professor at Korea University.
(19)    Dr. Bumjung Kim, October 2011 – August 2013, Ph. D., Columbia University; currently an Assistant Professor at New Jersey City University.
(20)    Dr. Taekyeong Kim, September 2011-February 2014, Ph.D., Seoul National University, currently an Assistant Professor in Korea.
(21)    Dr. Xavier Roy, April 2011-July 2013, Ph.D., University of British Columbia, currently an Assistant Professor at Columbia University.
(22)    Dr. Theanne Schiros, currently associate research working with the NSF MRSEC at Columbia University, previously worked with the Energy Frontier Research Center (EFRC) at Columbia University, and will begin a faculty position as Assistant Professor at the Fashion Institute of Technology (FIT) in New York City.
(23)    Dr. Rebekka Klausen, Jan 2011-May 2013, Ph.D., Harvard University, currently an Assistant Professor at Johns Hopkins University.
(24)    Dr. Seokhoon Ahn, Jan 2011-Jan 2013, Ph.D., University of Michigan, currently a senior research scientist at KIST.
(25)    Dr. Seok Ju Kang, Nov 2010-2012, Ph.D. Yonsei University, currently a research fellow at IBM.

(26)   Dr. Amy Scott, Sep 2010-present, Ph.D. Northwestern University, currently an Assistant Professor at University of Miami.

(27)   Dr. Risheng Wang, June 2010-Aug 2014, Ph.D., New York University, currently an Assistant Professor at Missouri University of Science and Technology.

(28)   Dr. Sujun Wei, Sep 2009-2011, Ph.D. Columbia University, currently an Assistant Professor at Queensborough Community College.

(29)   Dr. Alon Gorodetsky, Dec 2008- Sept 2011, Ph.D. California Institute of Technology; currently an Associate Professor at University of California, Irvine.

(30)   Dr. Brycelyn Boardman, Nov 2008-Jan 2011, Ph.D. University of California, San Diego; currently an Assistant Professor at James Madison University.

(31)   Dr. Masafumi Yoshio, Sep 2008-2009, Ph.D. The University of Tokyo; currently an Associate Professor at the University of Tokyo.

(32)   Dr. Felix Fischer, Aug 2008- July 2011, Ph.D. ETH Zurich; currently an Associate Professor at University of California, Berkeley.

(33)   Dr. Haitao Liu, June 2007-2010, currently an Associate Professor at the University of Pittsburgh.

(34)   Dr. Kyle Plunkett, September 2006-2010, currently an Associate Professor at Southern Illinois University.

(35)   Dr. Yoshimitsu Itoh, September 2007-August 2008, Ph.D. Tokyo Institute of Technology, currently an Assistant Professor at the University of Tokyo.

(36)   Dr. Seokwoo Jeon, May 2007-July 2008, Ph.D. U. Illinois at Urbana-Champaign; currently an Assistant Professor at KAIST, Korea.

(37)   Dr. Alina Khankin (Feldman), September 2006-June 2008, Ph.D. The Scripps Research Institute; currently in the pharmaceutical litigation department of a New York law firm.

(38)   Dr. Mohamed Siaj, September 2006-May 2008, Ph.D. Université Laval; currently an Assistant Professor at UQAM, Montreal, Canada.

(39)   Dr. Kenneth Harris, September 2006-2007, Ph. D. Eindhoven, Netherlands.

(40)   Dr. Xuefeng Guo, September 2004-2007, Ph.D. Chinese Academy of Sciences; currently a Professor at Peking University.

(41)   Dr. Jizheng Wang, September 2005-January 2006, Ph.D. Chinese Academy of Sciences.

(42)   Dr. Yaron Cohen, December 2004-September 2006, Ph.D. Weizman Institute; currently at the Weizman Institute.

(43)   Dr. Xiang-Zheng Bo, January2004-2005, Ph.D. Princeton University; currently at Intel

(44)   Dr. Bassam Alameddine, July 2004-2005, Ph.D. U. Fribourg.

(45)   Dr. Sebastien Sanaur, July 2004-2005, Ph.D. Paris; currently Assistant Professor at Ecole Nationale Supérieure des Mines de Saint Etienne, France (ENSM-SE)

(46)   Dr. Thuc-Quyen Nguyen, Fall 2001-June 2004. Ph.D. UCLA; currently a professor at University of California Santa Barbara.

(47)   Dr. Anat de Picciotto, Fall 2001-September 2004, joint Post-doc with Dr. Robert Willett (Lucent). Ph.D. Weizmann Institute; Currently an Assistant Professor at Montclair State University, NJ.

(48)   Dr. Kenji Sugo, Fall 2002-June 2004.  Ph.D. Kyoto Institute of Technology.

## Publications from Independent Career

(1) "Enforced Stacking in Crowded Arenes," M. L. Bushey, A. Hwang, P. W. Stephens, and C. Nuckolls, *J. Am. Chem. Soc.* **2001**, *123*, 8157–8158*;*

Colin Nuckolls
Columbia University

- "Editor's Choice" in *Science* **2001**, *293*, 1224;
- "Science Concentrate" in *Chemical and Engineering News* **2001**, *79*, 36.

(2) "Second-order nonlinear optical properties of highly symmetric chiral thin films," T. Verbiest, S. Van Elshocht, A. Persoons, C. Nuckolls, K. E. Phillips and T. J. Katz, *Langmuir* **2001**, *17*, 16, 4685-4687.

(3) "Solid-state and solution studies of a tetrameric capsule and its guests," D. W. Johnson, F. Hof, P. M. Iovine, C. Nuckolls and J. Rebek, *Angew. Chem. Int. Ed.* **2002** *41*, 20, 3793-3796.

(4) "The Consequences of Chirality in Crowded Arenes—Macromolecular Helicity, Hierarchical Ordering, and Directed Assembly," M. L. Bushey, A. Hwang, P. W. Stephens, and C. Nuckolls, *Angew. Chem. Int. Ed.* **2002**, *41*, 2828–2831.

(5) "Molecular encapsulation," F. Hof, S. L. Craig, C. Nuckolls and J. Rebek, *Angew. Chem. Int. Ed.* **2002,** *41*, 9, 1488-1508.

(6) "Tuning Intermolecular Attraction to Create Polar Order and One-Dimensional Nanostructures on Surfaces," T.-Q. Nguyen, M. L. Bushey, L. Brus, and C. Nuckolls, *J. Am. Chem. Soc.* **2002**, *124*, 15051–15054.

(7) "Conductance measurement of single-walled carbon nanotubes in aqueous environment," T. Someya, P. Kim, and C. Nuckolls, *Appl. Phys. Letters* **2003**, *82*, 2338–2340.

(8) "Alcohol Vapor Sensors Based on Single-Walled Carbon Nanotube Field Effect Transistors," T. Someya, J. Small, P. Kim, C. Nuckolls, and J. Yardley, *Nano Lett.* **2003**, *3*, 877–881.

(9) "Synthesis, Self-Assembly, and Switching of One-Dimensional Nanostructures from New Crowded Aromatics," M. L. Bushey, T.-Q. Nguyen, and C. Nuckolls, *J. Am. Chem. Soc.* **2003**, *125*, 8264–8269.

(10) "A Folded, Secondary Structure in Step-Growth Oligomers from Covalently Linked, Crowded Aromatics," W. Zhang, D. Horoszewski, J. Decatur, and C. Nuckolls, *J. Am. Chem. Soc.* **2003**, *125*, 4870–4873.

(11) "Cruciform π-Systems for Molecular Electronics Applications," J. Klare, G. Tulevski, A. de Picciotto, K. White, and C. Nuckolls, *J. Am. Chem. Soc.* **2003**, *125*, 6030–6031.

(12) "Synthesis, Assembly, and Thin Film Transistors of Dihydrodiazapentacene—an Isostructural Motif for Pentacene," Q. Miao, T.-Q. Nguyen, T. Someya, G. B. Blanchet, and C. Nuckolls, *J. Am. Chem. Soc.* **2003**, *125*, 10284–10287.

(13) "Using Hydrogen Bonds to Direct the Assembly of Crowded Aromatics," M. L. Bushey, T.-Q. Nguyen, W. Zhang, D. Horoszewski, and C. Nuckolls, *Angew. Chem. Int. Ed.*, **2004**, *43*. 5446-5453.

21

(14)    "Resonant Raman scattering in nanoscale pentacene films" R. He, I. Dujovne, L. Chen, C. Kloc, Q. Miao, C. F. Hirjibehedin, A. Pinczuk, C. Nuckolls, and A. Ron, *Appl. Phys. Lett.*, **2004**, *84*, 987-989.

(15)    "Assembling Dimeric π Stacks on Gold Surfaces by Using Three-Dimensional Lock-and-Key Receptors," G. S. Tulevski, M. L. Bushey, J. L. Kosky, S. J. Toshihiro-Ruter, and C. Nuckolls, *Angew. Chem. Int. Ed.*, **2004**, *43*, 1836–1839.

(16)    "Molecular Interactions in One-Dimensional Organic Nanostructures", T.-Q. Nguyen, R. Martel, P. Avouris, M. L. Bushey, C. Nuckolls, and L. Brus, *J. Am. Chem. Soc.*, **2004**, *126*, 5234-5442.

(17)    "Chemical Reactions with Upright Monolayers of Cruciform π-Systems", J. E. Klare, G. S. Tulevski, and C. Nuckolls, *Langmuir*, **2004**, *20*, 10068–10072.

(18)    "Self-assembled three-dimensional conducting network of single-wall carbon nanotubes", G. B. Blanchet, S. Subramoney, R. K. Bailey, G, D, Jaycox, and C. Nuckolls, *Appl. Phys. Lett.*, **2004**, *85*, 828–830.
- Featured in Technology Research News, TRNMag.com: (http://www.trnmag.com./Stories/2004/092204/Plastics_ease_nanotube_circuits_Brief_092204.html)

(19)    "Self-Assembly and Electronics of Dipolar Linear Acenes", Q. Miao, M. Lefenfeld, C. Kloc, T. Seagrist, and C. Nuckolls, *Adv. Mater.*, **2005***, 17*, 407–412.

(20)    "Attaching Organic Semiconductors to Gate Oxides:  In Situ Assembly of Monolayer Field Effect Transistors", G. S. Tulevski, Q. Miao, M. Fukuto, R. Abram, B. Ocko, R. Pindak, M. Steigerwald, C. Kagan, and C. Nuckolls, *J. Am. Chem. Soc.*, **2004***, 126*, 15048–15050.

(21)    "Carbon nanotubes-semiconductor networks for organic electronics: The pick-up stick transistor", X.-Y. Bo, C. Y. Lee, M. S. Strano, M. Goldfinger, C. Nuckolls, and G. B. Blanchet, *Appl. Phys. Lett.*, **2005,** *86*, 182102.

(22)    "Prevalence of Coulomb blockade in electro-migrated junctions with conjugated and non-conjugated molecules", A. de Picciotto, J. E. Klare, C. Nuckolls, A. Erbe, and R. Willett, *Nanotechnology*, **2005**, *16*, 3110-3114.

(23)    "Formation of Catalytic Metal-Molecule Contacts", G. S. Tulevski, M. B. Myers, M. Hybertsen, M. Steigerwald, and C. Nuckolls, *Science*, **2005**, *309*. 591–594.
    •News of the Week in *Chemical and Engineering News*, **2005**, *83,* 9.

(24)    "A Molecular Switch Based on Potential-Induced Changes of Oxidation State", F. Chen, J. He, C. Nuckolls, T. Roberts, J. E. Klare, and S. Lindsay, *Nano Lett.*, **2005**, *5,* 503–506.

(25)    "Direct structural observation of a molecular junction by high-energy x-ray reflectometry", M. Lefenfeld, J. Baumert, E. Sloutskin, P. Pershan, M. Deutsch, C. Nuckolls, B. Ocko, *Proc. Nat. Acad. Sci. (USA),* **2006**, *103*, 2541-2545.

(26)    "Single-molecule transistor fabrication by self-aligned lithography and in-situ molecular assembly," J. Tang, E. P. De Poortere, J. E. Klare, C. Nuckolls, and S. J. Wind, *Microelectron. Eng.*, **2006**, *83*, 1706-1709.

(27)    "Pentacene-carbon nanotubes: Semiconducting assemblies for thin-film transistor applications", X.-Z. Bo, N. G. Tassi, C. Y. Lee, M. S. Strano, C. Nuckolls, G. B. Blanchet, *Appl. Phys. Lett.,* **2005**, *87*, 203510-2.

(28)    "Molecular Wires from Contorted Aromatic Compounds", S. Xiao, M. Myers, Q. Miao, S. Sanaur, K. Pang, M. L. Steigerwald, and C. Nuckolls, *Angew. Chem. Int. Ed.,* **2005***, 44*, 7390-7394.
        •Cover article for *Angewandte Chemie* **2005,** volume 44, issue 45.

(29)    "Directing and Sensing Changes in Molecular Conformation on Individual Carbon Nanotube Field Effect Transistors", X. Guo, L. Huang, S. O'Brien, P. Kim, and C. Nuckolls, *J. Am. Chem. Soc.* **2005**, *127*, 15045-7.

(30)    "Frustrated Ostwald Ripening in Self-Assembled Monolayers of Cruciform π-Systems", G. M. Florio, J. E. Klare, M. O. Pasamba, T. L. Werblowsky, B. J. Berne, M. S. Hybertsen, C. Nuckolls, and G. W. Flynn, *Langmuir* **2006**, *22*, 10003–10008.

(31)    "Organization of Acenes with a Cruciform Assembly Motif", Q. Miao, X. Chi, S. Xiao, R. Zeiss, M. Lefenfeld, C. Kloc, T. Siegrist, M. Steigerwald, and C. Nuckolls, *J. Am. Chem. Soc.* **2006**, *128,* 1340–1345.

(32)    "Covalently Bridging Gaps in Single-Walled Carbon Nanotubes with Conducting Molecules", X. Guo, J. P. Small, J. E. Klare, Y. Wang, M. S. Purewal, I. Tam, B. H. Hong, R. Caldwell, L. Huang, S. O'Brien, J. Yan, R. Breslow, S. J. Wind, J. Hone, P. Kim, and C. Nuckolls, *Science* **2006**, *311*, 356–359.
        •Highlighted in *Scientific American* April issue.

(33)    "Chemical Complementarity in the Contacts for Nanoscale Organic Field-Effect Transistors", G. S. Tulevski, Q. Miao, A. Afzali, T. O. Graham, C. R. Kagan and C. Nuckolls, *J. Am. Chem. Soc.* **2006**, *128,* 1788–1789.

(34)    "Single-Molecule Circuits with Well-Defined Molecular Conductance", L. Venkataraman, J. E. Klare, I. W. Tam, C. Nuckolls, M. Hybertsen, and M. Steigerwald, *NanoLett.* **2006**, *6*, 458–462.

(35)    "Dependence of single-molecule junction conductance on molecular conformation", L Venkataraman, J. E. Klare, C. Nuckolls, M. Hybertsen, and M. Steigerwald, *Nature*, **2006**, *442*, 904–907.

•Science Concentrate in *Chemical and Engineering News*, **2006**, *84*, 29.

(36)  "Chemoresponsive monolayer transistors", X. Guo, M. Myers, S. Xiao, M. Lefenfeld, R. Steiner, J. T. Yardley, P. Kim, and C. Nuckolls, *Proc. Nat. Acad. Sci (USA),* **2006**, *103*, 11452–11456.

(37)  "In situ measurements of oligoaniline conductance: Linking electrochemistry and molecular electronics", F. Chen, C. Nuckolls, S. Linday, *Chem. Phys.* **2006**, *324*, 236-243.

(38)  "Device scaling in sub-100 nm pentacene field-effect transistors", G. S. Tulevski, A. Afzali, T. O. Graham, C. Nuckolls and C. R. Kagan, *Appl. Phys. Lett.* **2006**, *89*, 183101.

(39)  "Transferring Self-Assembled, Nanoscale Cables into Electrical Devices" S. Xiao, J. Tang, T. Beetz, X. Guo, N. Tremblay, T. Siegrist, Y. Zhu, M. Steigerwald, and C. Nuckolls, *J. Am. Chem. Soc.* **2006**, *128*, 10700–10701.

(40)  "Length dependence of charge transport in oligoanilines", J. He, F. Chen, C. Nuckolls, and S. Lindsay, *Appl. Phys. Lett.* **2007**, *90*, 072112.

(41)  "Chemically responsive molecular transistors fabricated by self-aligned lithography and chemical self-assembly", J. Tang, Y. Wang, C. Nuckolls, and S. J. Wind, *J. Vac. Sci. Technol. B,* **2006**, *24,* 3227-3229.

(42)  "High Mobility, Air-Stable Organic Transistors from Hexabenzocoronene/Carbon Nanotube Bilayers", K.D. Harris, S. Xiao, C.Y. Lee, M.S. Strano, C. Nuckolls, and G.B. Blanchet. *J. Phys. Chem. C.,* **2007,** *111*, 17947-17951.

(43)  "Electronics and Chemistry: Varying Single-Molecule Junction Conductance Using Chemical Substituents", L. Venkataraman, Y. S. Park, A. C. Whalley, C. Nuckolls, M. S. Hybertsen; M. L. Steigerwald, *Nano Lett.* **2007**, *7*, 502–506.

(44)  "Jet-printed electrodes and semiconducting oligomers for elaboration of organic thin-film transistors", S. Sanaur, A. Whalley, M. Carnes, and C. Nuckolls, *Organic Electronics* **2006**, *7*, 423–427.

(45)  "Why 6-Methylpentacene Deconjugates but Avoids the Thermally Allowed Unimolecular Mechanism" J. E. Norton, B. H. Northrop, C. Nuckolls, and K. N. Houk, *Org. Lett.* **2006**, *8*, 4915–4918.

(46)  "Enforced One-Dimensional Photoconductivity in Core-Cladding Hexabenzocoronenes", Y. S. Cohen, S. Xiao, M. L. Steigerwald, C. R. Kagan, and C. Nuckolls, *Nano Lett*. **2006**, *6,* 2838–2841.
•Editors' Choice highlight in *Science Magazine.*

(47)    "Encoding Molecular Wire Formation within Nanoscale Sockets", J. Tang, Y. Wang, J. E. Klare, G. S. Tulevski, S. J. Wind, and C. Nuckolls, *Angew. Chem. Int. Ed.*, **2007**, *46*, 3892-3895.

(48)    "Single-Molecule Devices as Scaffolding for Multicomponent Nanostructure Assembly", X. Guo, A. Whalley, J. Klare, L. Huang, S. O'Brien, M. Steigerwald, and C. Nuckolls, *Nano Lett.* **2007**, *7*, 1119-1122.
          •Cover article for May 2007 *Nano Letters*.

(49)    "Self-assembly of 1-D organic semiconductor nanostructures", T.-Q. Nguyen, R. Martel, M. Bushey, P. Avouris, A. Carlsen, C. Nuckolls and L. Brus, *Phys. Chem. Chem. Phys.* **2007**, *9*, 1515-1532.

(50)    "Charge Transport through Oligoarylene Self-assembled Monolayers: Interplay of Molecular Organization, Metal-Molecule Interactions, and Electronic Structure", C. Grave, C. Risko, A. Shaporenko, Y. Wang, C. Nuckolls, M. A. Ratner, M. A. Rampi, and M. Zharnikov, *Adv. Funct. Mater.*, **2007**, *17*, 3816-3828.

(51)    "Polymer Growth by Functionalized Ruthenium Nanoparticles", F. Ren, A.K. Feldman, M. Carnes, M. Steigerwald, and C. Nuckolls, *Macromolecules,* **2007**, *40*, 8151-8155.

(52)    "Forming Aromatic Hemispheres on Transition-Metal Surfaces", K. T. Rim, M. Siaj, S. Xiao, M. Myers, L. Liu, C. Su, M. L. Steigerwald, M. S. Hybertsen, P. H. McBreen, G. W. Flynn, and C. Nuckolls, *Ang. Chem. Int. Ed.,* **2007**, *46*, 7891-7895.

(53)    "Reversible Switching in Molecular Electronic Devices", A. C. Whalley, M. L. Steigerwald, X. Guo, and C. Nuckolls, *J. Am. Chem. Soc.*, **2007**, *129*, 12590-12591.
          •Editors' Choice highlight in *Science Magazine*.

(54)    "Conductivity of a Single DNA Duplex Bridging a Carbon Nanotube Gap", X. Guo, A. Gorodetsky, J. Hone, J. K. Barton, and C. Nuckolls, *Nature Nanotech.*, **2008**, *3*, 163-167.

(55)    "Contact Chemistry and Single Molecule Conductance: A Comparison of Phosphines, Methyl Sulfides and Amines", Y. S. Park, A. C. Whalley, M. Kamenetska, M. L. Steigerwald, M. S. Hybertsen, C. Nuckolls, and L. Venkataraman, *J. Am. Chem. Soc.*, **2007**, *129*, 15768-15769.

(56)    "Helical Dibenzoc[a,e]cyclooctatetrene: A Spring-Loaded Monomer", M. Carnes, D. Buccella, M. L. Steigerwald, and C. Nuckolls, *Ang. Chem. Int. Ed.*, **2008**, *47*, 2982-2985.

(57)    High-Performance Photoresponsive Organic Nanotransistors with Single-Layer Graphenes as Two-Dimensional Electrodes" Y. Cao, S. Liu, Q. Shen, K. Yan, P. J. Li, J. Xu, D. P. Yu, M. L. Steigerwald, C. Nuckolls, Z. F. Liu and X. F. Guo, *Adv. Func. Mater.* **2009**, *19*, 17 2743-2748.

(58)    "Functional single-molecule devices based on SWNTs as point contacts," X. F. Guo and C. Nuckolls, *J. Mater. Chem.* **2009**, *19*, 31, 5470-5473.

(59)    "Molecular Electronic Devices Based on Single-Walled Carbon Nanotube Electrodes", A. K. Feldman, M. L. Steigerwald, X. Guo, C. Nuckolls, *Acc. Chem. Res.*, **2008**, *41*, 1731–1741.

(60)    "An aromatic coupling motif for two-dimensional supramolecular architectures", M. Treier, P. Ruffieux, P. Groning, S. Xiao, C. Nuckolls, and R. Fasel, *Chem. Commun.*, **2008**, *38*, 4555-4557.
    •Cover article for October 14, 2008 *Chemical Communications*.

(61)    "Amine-linked single-molecule circuits: systematic trends across molecular families", M. S. Hybertsen, L. Venkataraman, J. E. Klare, A. C. Whalley, M.L. Steigerwald, and C. Nuckolls, *J. Phys.: Condens. Matter*, **2008**, *20*, 374115.

(62)    "Growth of Serpentine Carbon Nanotubes on Quartz Substrates and Their Electrical Properties", S. Jeon, C. Lee, J. Tang, J. Hone, and C. Nuckolls, *Nano Res*., **2008**, *1*, 427-433.

(63)    "Reactions of Strained Hydrocarbons with Alkene and Alkyne Metathesis Catalysts", M. Carnes, D. Buccella, T. Siegrist, M.L. Steigerwald, and C. Nuckolls, *J. Am. Chem. Soc.*, **2008**, *130*, 14078-14079.

(64)    "Photoresponsive Nanoscale Columnar Transistors", X. Guo, S. Xiao, M. Myers, Q. Miao, M.L. Steigerwald, C. Nuckolls, *Proc. Nat. Acad. Sci. U.S.A.*, **2008**, *106 (3)*, 691-696.
    •Highlight in *Nature Chem.*, **2009**, doi:10.1038/nchem.118.

(65)    "A Stable Tetraalkyl Complex of Nickel(IV)", M. Carnes, D. Buccella, J. Y.-C. Chen, A. P. Ramirez, N.J. Turro, C. Nuckolls, and M. Steigerwald, *Ang. Chem. Int. Ed.*, **2009**, *48*, 290-294.
      •Highlight in *Ang. Chem. Int. Ed.*, **2009**, *48*, 260-61.

(66)    "Expeditious Synthesis of Contorted Hexabenzocoronenes", K. N. Plunkett, A. C. Whalley, N. Tremblay, C. Nuckolls, *Org. Lett.*, **2009**, *11*, 2225-2228.

(67)    "Solar Cells from a Solution Processable Pentacene with Improved Air Stability", A. A. Gorodetsky, M. Cox, N. J. Tremblay, I. Kymissis, C. Nuckolls, **2009**, *Chem. Mat.*, *21*, 4090-4092.

(68)    "Electrical Double Layer Catalyzed Wet-Etching of Silicon Dioxide", H. Liu, M. L. Steigerwald, C. Nuckolls, **2009**, *J. Am. Chem. Soc.*, *131*, 17034-17035.
    •Editors' Choice in June 26, 2009 *Science Magazine*.

(69)    "Mirror-Image Photoswitching of Individual Single-Walled Carbon Nanotube Transistors Coated with Titanium Dioxide", S. Liu, J. Li, Q. Shen, Y. Cao, X. Guo, G. Zhang, C. Feng, J. Zhang, Z. Liu, M. L. Steigerwald, C. Nuckolls, *Ang. Chem. Int. Ed.*, **2009**, *48*, 4759-4762.

(70)     "Frustrated Rotations in Single-Molecule Junctions", Y. S. Park, J. R. Widawsky, M. Kamenetska, M. L. Steigerwald, M. S. Hybertsen, C. Nuckolls, L. Venkataraman, **2009**, *J. Am. Chem. Soc.*, *131*, 10820-10821.

(71)     "Photochemical Reactivity of Graphene", H. Liu, S. Ryu, Z. Chen, M. L. Steigerwald, C. Nuckolls, L. Brus, *J. Am. Chem. Soc.*, **2009**, *131*, 17099-17101. DOI: 10.1021/ja9043906.

(72)     "Mechanism for Oxygen Enhanced Photoconductivity in Rubrene: Electron Transfer Doping", A. J. Maliakal, J. Y-C. Chen, W-Y. So, S. Jockusch, B. Kim, M. F. Ottaviani, A. Modelli, N. J. Turro, C. Nuckolls, A. P. Ramirez, **2009**, *Chem. Mat.*, *21*, 5519-5526.

(73)     "Structure and Electronic Properties of Graphene Nano-islands on Co(0001)", D. Eom, D. Prezzi, K. T. Rim, H. Zhou, M. Lefenfeld, S. Xiao, C. Nuckolls, M. S. Hybertsen, T. F. Heinz, G. W. Flynn, **2009**, *Nano Lett.*, *9*, 2844-2848.

(74)     "Measurement of voltage-dependent electronic transport across amine-linked single-molecular-wire junctions", J. R. Widawski, M. Kamenetska, J. Klare, C. Nuckolls, M. L. Steigerwald, M. S. Hybertsen, and L. Venkataraman, *Nanotechnology*, **2009**, *20*, 434009.

(75)     "Formation and Evolution of Single-Molecule Junctions", M. Kamenetska, M. Koentopp, A. C. Whalley, Y. S. Park, M. L. Steigerwald, C. Nuckolls, M. S. Hybertsen and L. Venkataraman, *Phys. Rev. Lett.*, **2009**, *102*, 126803.

(76)     "Current Trends in Shrinking the Channel Length of Organic Transistors Down to the Nanoscale," Y. Cao, M. L. Steigerwald, C. Nuckolls and X. F. Guo, *Adv. Mater.* **2010**, *22*, 1, 20-32.

(77)     "Photovoltaic Universal Joints: Ball-and-Socket Interfaces in Molecular Photovoltaic Cells" N. J. Tremblay, A. A. Gorodetsky, M. Cox, T. Schiros, B. Kim, R. Steiner, Z. Bullard, A. Sattler, W-Y. So, Y. Itoh, M. F. Toney, H. Ogasawara, A. P. Ramirez, I. Kymissis, M. L. Steigerwald, C. Nuckolls, *Chem. Phys. Chem.,* **2010**, *11*, 799-803. DOI: 10.1002/cphc.200900941.

(78)     "Translocation of Single-Stranded DNA through Single-Walled Carbon Nanotubes", H. Liu, J. He, J. Tang, H. Liu, P. Pang, D. Cao, P. Krstic, S. Joseph, S. Lindsay, and C. Nuckolls, **2010**, *Science*, *327*, 64-67.

(79)     "Reliable Formation of Single Molecule Junctions with Air-Stable Diphenylphosphine Linkers," R. Parameswaran, J. R. Widawsky, H. Vazquez, Y. S. Park, B. M. Boardman, C. Nuckolls, M. L. Steigerwald, M. S. Hybertsen and L. Venkataraman, *J. Phys. Chem. Lett.,* **2010**, *1*, 14, 2114-2119

(80)     "Photoactive Gate Dielectrics", Q. Shen, L. Wang, S. Liu, Y. Cao, L. Gan, X. Guo, M. L. Steigerwald, Z. Shuai, Z. Liu, and C. Nuckolls, **2010**, *Adv. Mater.*, *22*, 3282-3287.

(81)    "Integrating Reaction Chemistry into Molecular Electronic Devices", Q. Shen, X. Guo, M. L. Steigerwald, and C. Nuckolls, **2010**, *Chem. Asian J., 5*, 1040-1057.

(82)    "Design of Living Ring-Opening Alkyne Metathesis", F. R. Fischer and C. Nuckolls, *Ang. Chem. Int. Ed.,* **2010**, *40*, 7257-7260. DOI: 10.1002/anie.201003549.

(83)    "Energy Transfer from Individual Semiconductor Nanocrystals to Graphene", Z. Chen, S. Berciaud, C. Nuckolls, T. F. Heinz, and L. E. Brus, **2010**, *ACS Nano, 5*, 2964-2968.

(84)    "Reticulated Heterojunctions for Photovoltaic Devices", A. A. Gorodetsky, C.-Y. Chiu, T. Schiros, M. Palma, W. Sattler, I. Kymissis, M. Steigerwald, and C. Nuckolls, *Ang. Chem. Int. Ed.*, **2010**, *49*, 7909-7912.

(85)    "Small-molecule thiophene-$C_{60}$ dyads as compatibilizers in inverted polymer solar cells", J. B. Kim, K. Allen, S. J. Oh, S. Lee, M. F. Toney, Y. S. Kim, C. R. Kagan, C. Nuckolls, and Y.-L. Loo, *Chem. Mat.*, **2010**, *22*, 5762-5773.

(86)    "Conductance and Geometry of Pyridine-Linked Single-Molecule Junctions", M. Kamenetska, S. Y. Quek, A. C. Whalley, M. L. Steigerwald, H. J. Choi, S. G. Louie, C. Nuckolls, M. S. Hybertsen, J. B. Neaton, and L. Venkataraman, *J. Am. Chem. Soc.*, **2010**, *132*, 6817-6821.

(87)    "Selective Biomolecular Nanoarrays for Parallel Single-Molecule Investigations," M. Palma, J. J. Abramson, A. A. Gorodetsky, E. Penzo, R. L. Gonzalez, M. P. Sheetz, C. Nuckolls, J. Hone and S. J. Wind, *J. Am. Chem. Soc.* **2011**, *133*,  20, 7656-7659.

(88)    "Unusual Molecular Conformations in Fluorinated, Contorted Hexabenzocoronenes", Y.-L. Loo, A. Hiszpanski, B. Kim, S. Wei, C.-Y. Chiu, M. Steigerwald, C. Nuckolls, *Org. Lett.*, **2010**, *12,* 4840-4843.

(89)    "Single-layer graphene cathodes for organic photovoltaics ," M. Cox, A. Gorodetsky, B. Kim, K. S. Kim, Z. Jia, P. Kim, C. Nuckolls and I. Kymissis, *App. Phys. Lett.* **2011**, *98*, 12.

(90)    "Bending Contorted Hexabenzocoronene into a Bowl", A. C. Whalley, K. N. Plunkett, C. L. Schenck, A. A. Gorodetsky, C.-Y. Chiu, M. L. Steigerwald, C. Nuckolls, **2011**, *Chem. Sci.*, *2*, 132-135; DOI: 10.1039/C0SC00470G.

(91)    "Simple Formation of C-60 and C-60-Ferrocene Conjugated Monolayers Anchored onto Silicon Oxide with Five Carboxylic Acids and Their Transistor Applications," Y. Itoh, B. Kim, R. I. Gearba, N. J. Tremblay, R. Pindak, Y. Matsuo, E. Nakamura and C. Nuckolls, *Chem. Mater.* **2011**, *23*, 4, 970-975.

(92)    "A Single-Molecule Potentiometer", J. S. Meisner, M. Kamenetska, M. Krikorian, M. L. Steigerwald, L. Venkataraman, C. Nuckolls, *Nano Lett.*, **2011**, *4*, 1575-1579; DOI: 10.1021/nl104411f.

- Highlighted in April 4, 2011 *Chemical and Engineering News*.

(93)     "Electronic sensitivity of carbon nanotubes to internal water wetting", D. Cao, P. Pang, J. He, T. Luo, J. H. Park, P. Krstic, C. Nuckolls, J. Tang, and S. Lindsay, *ACS Nano.*, **2011**, *5* (4), 3113-3119**.**

(94)     "Channel Length Scaling in Graphene Field-Effect Transistors Studied with Pulsed Current-Voltage Measurements", I. Meric, C.R. Dean, A.F. Young, N. Baklitskaya, N.J. Tremblay, C. Nuckolls, P. Kim, and K.L. Shepard, *NanoLett*, **2011,** *11* (3), 1093-1097 DOI:10.1021/nl103993z

(95)     "Selective Biomolecular Nanoarrays for Parallel Single-Molecule Investigations", M. Palma, J. Abramson, A. Gorodetsky, E. Penzo, R. Gonzalez, M. Sheetz, C. Nuckolls, J. Hone, and S. Wind. *J. Am. Chem. Soc.*, **2011,** *133* (20), 7656-7659.

(96)     "Self-Assembled Amphiphilic Diketopyrrolopyrrole-Based Oligothiophenes for Field-Effect Transistors and Solar Cells," J. G. Mei, K. R. Graham, R. Stalder, S. P. Tiwari, H. Cheun, J. Shim, M. Yoshio, C. Nuckolls, B. Kippelen, R. K. Castellano and J. R. Reynolds, *Chem. Mater.* **2011**, *23*, 9, 2285-2288.

(97)     "Nanostructured electrodes for organic bulk heterojunction solar cells: Model study using carbon nanotube dispersed polythiophene-fullerene blend devices," C. Y. Nam, Q. Wu, D. Su, C. Y. Chiu, N. J. Tremblay, C. Nuckolls and C. T. Black, *J. Appl. Phys.* **2011**, *110,* 6.

(98)     "Conductance of Single Cobalt Chalcogenide Cluster Junctions", B.M. Boardman, J.R. Widawsky, Y.S. Park, C.L. Schenck, L. Venkataraman, M.L. Steigerwald, and C. Nuckolls, *J. Am. Chem. Soc.,* **2011,** *133,* (22), pp 8455-8457.  DOI: 10.1021/ja20133s.

(99)     "Label-free field-effect-based single-molecule detection of DNA hybridization kinetics with a carbon nanotube field-effect transistor", S. Sorgenfrei, C.-Y. Chiu, R. L. Gonzalez, Jr., Y.-J. Yu, P. Kim, C. Nuckolls, and K. L. Shepard, *Nature Nanotech.*, **2011**, *11* (3), pp 1093–1097, DOI: 10.1021/nl103993z.

(100)    "Controlling Chain Conformation in Conjugated Polymers Using Defect Inclusion Strategies", G. Bounos, S. Ghosh, A.K. Lee, K.N. Plunkett, K. H. DuBay, J.C. Bolinger, R. Zhang, R.A. Friesner, C. Nuckolls, D.R. Reichman, and P.F. Barbara, *J. Am. Chem. Soc.*, **2011**, 133 (26), pp 10155-10160.  DOI: 10.1021/ja2006687

(101)    "Shape-Shifting in Contorted Dibenzotetrathienocoronenes", C.-Y. Chiu, B. Kim, A.A. Gorodetsky, W. Sattler, S. Wei, A. Sattler, M. Steigerwald, and C. Nuckolls,  *Chem. Sci.*, **2011**, 2 (8), 1480 – 1486.

(102)    "Optical Reflectivity and Raman Scattering in Few-Layer-Thick Graphene Highly Doped by K and Rb." N. Jung, B. Kim, A. C. Crowther, N. Kim, C. Nuckolls and L. Brus. *ACS Nano* **2011,** *5*, 5708-5716.

(103)   "Inking Elastomeric Stamps with Micro-Patterned, Single Layer Graphene to Create High-Performance OFETs", S.J. Kang, B. Kim, K.S. Kim, Y. Zhao, Z. Chen, G. H. Lee, J. Hone, P. Kim, and C. Nuckolls, *Adv. Mat.*, **2011**, *23*, 3531-3535. DOI: 10.1002/adma.201101570

(104)   "Debye Screening in Single-Molecule Carbon Nanotube Field-Effect Sensors", S. Sorgenfrei, C.-Y. Chiu, M. Johnston, C. Nuckolls, and K. Shepard, *Nano Lett.*, **2011,** *11*, pp. 3739-3743, DOI: 10.1021/nl201781q

(105)   "Transducing methyltransferase activity into electrical signals in a carbon nanotube-DNA device" H. Wang, N. B. Muren, D. Ordinario, A. A. Gorodetsky, J. K. Barton, and C. Nuckolls, *Chem. Sci.* **2012**, *3*, pp.62-65,  DOI: 10.1039/c1sc00772f.

(106)   "Unmasking Bulk Exciton Traps and Interchain Electronic Interactions with Single Conjugated Polymer Aggregates" M. Traub, J. Vogelsang, K. Plunkett, C. Nuckolls, P. Barbara, and D. Vanden Bout *ACS Nano*, **2012,** *6,* (1) pp. 523-529.

(107)   "Dissecting Contact Mechanics from Conductance Pathways in Single-Molecule Junctions of Stilbene Derivatives" S. Aradhya, J. Meisner, M. Krikorian, S. Ahn, R. Parameswaran, M.L. Steigerwald, C. Nuckolls, and L. Venkataraman, *Nano Lett.,* **2012** *12* (3), pp 1643−1647. DOI: 10.1021/nl2045815

(108)   "Multi-templates for the Hierarchical Synthesis of Diverse Inorganic Materials" Z. Bian, J. Zhu, J. Wang, S. Xiao, C. Nuckolls, and H-X Li. *J. Am. Chem. Soc.*, **2012**, *134* (4), 2325-2331, DOI: 10.1021/ja210270m

(109)   "Functionalizing Molecular Wires: A Tunable Class of α,ω-diphenyl-μ,ν-dicyano-oligoenes" J.S. Meisner, D. F. Sedbrook, M. Krikorian, J. Chen, A. Sattler, M. E. Carnes, C. B. Murray, M. Steigerwald, and C. Nuckolls, *Chem. Sci.,* **2012,** 3 (4), 1007 − 1014**.** DOI: 10.1039/C2SC00770C

(110)   "Reticulated Organic Photovoltaics" T. Schiros, S. Mannsfield, C.-Y. Chiu, K. G. Yager, J. Ciston, A. A. Gorodetsky, M. Palma, Z. Bullard, T. Kramer, D. Delongchamp, D. Fischer, I. Kymissis, M. F. Toney, and C. Nuckolls, *Adv. Func. Mat.* **2012**, *22* (6), 1167-1173.   DOI: 10.1002/adfm.201102572.

(111)   "Conductive Molecular Silicon" R. Klausen, J. Widawsky, M. Steigerwald, L. Venkataraman, and C. Nuckolls, *J. Am. Chem. Soc.* **2012**, *134* (10), 4541-4544.   DOI: 10.2012/ja211677q.

(112)   "Bidentate Phenoxides as Ideal Activating Ligands for Living Ring Opening Alkyne Metathesis Polymerization" D.F. Sedbrook, D.W. Paley, M. L. Steigerwald, C. Nuckolls and F. R. Fischer. *Macromol.,* **2012,** *45,* (12), 5040-5044.  DOI: 10.1021/ma300876q.

(113)   "A Supramolecular Complex in Small Molecule Solar Cells based on Contorted Aromatic Molecules" S.J. Kang, J. B. Kim, C.-Y. Chiu, S. Ahn, T. Schiros,  S. S. Lee, K. G.

Yager, M. F. Toney, Y.-L. Loo, C. Nuckolls, *Angew. Chem.*, **2012**, *51,* (34), 8594-8597. DOI: 10.1002/ange.201203330.

(114)   "6,12-Diarylindeno[1,2-b]fluorenes: Syntheses, Photophysics and Ambipolar OFETs" D. Chase, A. Fix, S.J. Kang, B. Rose, C. Weber, Y. Zhong, L. Zakharov, M. Lonergan, C. Nuckolls, and M. Haley. *J. Am. Chem. Soc.* **2012**, 124 (25) pp 10349-10352**.** DOI: 10.1021/ja303402p .

(115)   "Electronic Transport and Mechanical Stability of Carboxyl Linked Single-Molecule Junctions" S. Ahn, S. V. Aradhya, R. S. Klausen, B. Capozzi, X. Roy, M. L. Steigerwald, C. Nuckolls and L. Venkataraman. *Phys. Chem. Chem. Phys.* **2012,** *14*, 13841-13845. DOI: 10.1039/C2CP41578J.

(116)   "Assembly of Heterogeneous Functional Nanomaterials on DNA Origami Scaffolds" R. Wang, C. Nuckolls, and S. Wind. *Angew. Chem. Int. Ed.* **2012**, *51,* (45), 11325-7.  DOI: 10.1002/anie201206389

(117)   "The Importance of Direct Metal-$\pi$ Coupling in Electronic Transport Through Conjugated Single-Molecule Junctions" J.S. Meisner, S. Ahn, S.V. Aradhya, M. Krikorian, R. Parameswaran, M. Steigerwald, L. Venkataraman, and C. Nuckolls. *J. Am. Chem. Soc.* **2012,** *134,* (50), 20440-20445, DOI: 10.1021/ja308626m.

(118)   "Quantifying Through-Space Charge Transfer Dynamics in $\pi$–coupled Molecular Systems" A. Batra, G. Kladnik, H. Vazquez, J.S. Meisner, L. Floreano, C. Nuckolls, D. Cvetko, A. Morgante, L. Venkataraman. *Nat. Comm.* **2012,** *3,* 1086.  DOI: 10.1038/ncomms2083

(119)   "Quantum Soldering of Individual Quantum Dots" X. Roy, C. L. Schenck, S. Ahn, R. A. Lalancette, L. Venkataraman, C. Nuckolls, and M.L. Steigerwald. *Angew. Chem.* **2012**, *51*, (50) 12473-12476. DOI: 10.1002/anie.201206301

(120)   "Post-deposition Processing Methods to Induce Preferential Orientation in Contorted Hexabenzocoronene Thin Films" A. Hiszpanski, S.S. Lee, H. Wang, A.R. Woll, C. Nuckolls, and Y.-L. Loo. *ACS Nano* **2013**, *7* (1), 294-300, DOI: 10.1021/nn304003u.

(121)   "Using self-organization to control morphology in molecular photovoltaics" S.J. Kang, S. Ahn, J. B. Kim, C. Schenck, A. M. Hiszpanksi, S. Oh, T. Schiros, Y.-L. Loo, and C. Nuckolls. *J. Am. Chem. Soc.* **2013,** *135,* (6), 2207-2212. DOI: 10.1021/ja308628z**.**

(122)   "Donor-acceptor shape matching drives performance in photovoltaics" T. Schiros, G. Kladnik, D. Prezzi, A. Ferretti, G. Olivieri, A. Cossaro, L. Floreano, A. Verdini, C. Schenck, M. Cox, K. Plunkett, D. Delongchamp, C. Nuckolls, A. Morgante, D. Cvetko, and I. Kymissis. *Adv. Energy Mater.* **2013**, DOI: 10.1002/aenm.201201125

(123)   "Supersized Contorted Aromatics" S. Xiao, S.J. Kang, Y. Wu, S. Ahn, J.B. Kim, Y.-L. Loo, T. Siegrist, M. L. Steigerwald, H. Li, and C. Nuckolls. *Chem. Sci.* **2013**, *4,* 2018-2023. DOI: 10.1039/c3sc50374g.

(124) "Ligand Chemistry of Titania Precursor Affects Transient Photovoltaic Behavior in Inverted Organic Solar Cells" J.B. Kim, S. Ahn, S.J. Kang, C. Nuckolls, and Y.-L. Loo, *Appl. Phys. Lett.* **2013**, *102*, 103302. DOI: 10.1063/1.4795287.

(125) "Synthesis and Self-Assembly of Photonic Materials for Nanocrystalline Titania Sheets" J. Zhu, J. Wang, F. Lv, S. Xiao, H. Li, and C. Nuckolls. *J. Am. Chem. Soc.* **2013,** DOI: 10.1021/ja401334j.

(126) "Fabrication of hundreds of field effect transistors on a single carbon nanotube for basic studies and molecular devices", X. Zhang; D. Chenet; B. Kim; J. Yu; J. Z. Tang; C. Nuckolls; J. Hone. *J. Vac. Sci. Technol. B.* **2013**, *31, 6,* DOI: 10.1116/1.4820903.

(127) "Alcohol-Promoted Ring-Opening Alkyne Metathesis Polymerization" D.W. Paley, D. F. Sedbrook, J. Decatur, F.R. Fischer, M.L. Steigerwald, and C. Nuckolls, *Angew. Chemie. Int. Ed.* **2013,** *52,* 17, 4491-4594. DOI: 10.1002/ange.201300758.

(128) "Controlled Doping in Thin-Film Transistors of Large Contorted Aromatic Compounds" S. Xiao, S.J. Kang, S. Zhang, A.M. Scott, A. Moscatelli, N.J. Turro, M.L. Steigerwald, H. Li, and C. Nuckolls. *Angew. Chemie. Int. Ed.* **2013,** *52,* 4558-4562, DOI: 10.1002/anie.201300209**.**

(129) "Controlled Formation of Carbon Nanotube Junctions via Linker-Induced Assembly in Aqueous Solution" M. Palma, W. Wang, E. Penzo, J. Barthwaite, M. Zheng, J. Hone, C. Nuckolls, and S.J. Wind. *J. Am. Chem. Soc.* **2013**, *135*, 23, 8440-8443, DOI: 10.1021/ja4018072**.**

(130) "Nanoscale Atoms in Solid-State Chemistry" X. Roy, C.-H. Lee, A.C. Crowther, C.L. Schenck, T. Besara, R.A. Lalancette, T. Siegrist, P.W. Stephens, L.E. Brus, P.Kim, M.L. Steigerwald, and C. Nuckolls. *Science,* **2013**, *341,* 157-160, DOI: 10.1126/science.1236259.

(131) **"**Flexible and Transparent MoS2 Field-Effect Transistors on Hexagonal Boron Nitride-Graphene Heterostructures" G.-H. Lee, Y.-J. Yu, X. Cui, N. Petrone, C.H. Lee, M.S. Choi, D.-Y. Lee, C. Lee, W.J. Yoo, K. Watanabe, T. Taniguchi, C. Nuckolls, P. Kim, and J. Hone. *ACS Nano,* **2013**, *7,* 7931-6. DOI: 10.1021/nn402954e.

(132) "Silicon Ring Strain Creates High-Conductance Pathways in Single-Molecule Circuits" T. Su, J. Widawsky, H. Li, R. Klausen, J. Leighton, M.L. Steigerwald, L. Venkataraman, and C. Nuckolls. *J. Am. Chem. Soc.* **2013**, DOI: 10.1021/ja410656a.

(133) "Tuning Rectification in Single-Molecular Diodes" A. Batra, P. Darancet, Q. Chen, J. Meisner, J. Widawsky, J. Neaton, C. Nuckolls, and L. Venkataraman. *Nano Lett.* **2013**, *13*, 6233-6237, DOI: 10.1021/nl403698m.

(134) "Epitaxial Growth of Molecular Crystals on van der Waals Substrates for High-Performance Organic Electronics" C.-H. Lee, T. Schiros, E.J.G. Santos, B. Kim, K.G. Yager, S.J. Kang, S. Lee, J. Yu, K. Watanabe, T. Taniguchi, J. Hone, E. Kaxiras, C. Nuckolls, and P. Kim. *Advanced Materials.* **2013.** DOI: 10.1002/adma.201304973.

(135)   "Organic Field Effect Transistors Based on Graphene and Hexagonal Boron Nitride Heterostructures" S.J. Kang, G.-H. Lee, Y.-J. Yu, Y. Zhao, B. Kim, K. Watanabe, T. Taniguchi, J. Hone, P. Kim, and C. Nuckolls. *Adv. Func. Mat.* **2014**. DOI: 10.1002/adfm.201400348.

(136)   "Evaluating Atomic Components in Fluorene Wires" R. Klausen, J.R. Widawsky, T.A. Su, H. Li, M.L. Steigerwald, L. Venkataraman, C. Nuckolls. *Chem. Sci.* **2014.** DOI: 10.1039/C4SC00064A.

(137)   "Helical Ribbons for Molecular Electronics" Y. Zhong, B. Kumar, S. Oh, M. Trinh, Y. Wu, K. Elbert, P. Li, X. Zhu, S. Xiao, F. Ng, M. L. Steigerwald, C. Nuckolls. *J. Am. Chem. Soc.* **2014.** DOI: 10.1021/ja503533y.

(138)   "Edge Structures for Nanoscale Graphene Islands on Co(0001) Surfaces" D. Prezzi, D. Eom, K. T. Rim, H. Zhou, S. Xiao, C. Nuckolls, T. F. Heinz, G. W. Flynn, M. S. Hybertsen. *ACS Nano.* **2014.** DOI: 10.1021/nn500583a.

(139)   "Multicolor Live-Cell Chemical Imaging by Isotopically Edited Alkyne Vibrational Palette" Z. Chen; D. Paley; L. Wei, A. Weisman, R. Friesner, C. Nuckolls, W. Min. *J. Am. Chem. Soc.* **2014.** DOI: 10.1021/ja502706q.

(140)   "Atomically thin p-n junctions with van der Waals heterointerfaces" C-H. Lee, G-H. Lee, A. M. van der Zande, W. Chen, Y. Li, M. Han, X. Cui, G. Arefe, C. Nuckolls, T. F. Heinz, J. Guo, J. Hone, P. Kim. *Nature Nanotechnology.* **2014.** DOI:10.1038/nnano.2014.150

(141)   "Covalent Attachment and Growth of Nanocrystalline Films of Photocatalytic $TiOF_2$" J. Zhu, F. Lv, S. Xiao, Z. Bian, G. Buntkowsky, C. Nuckolls, H. Li. *Nanoscale.* **2014.** DOI: 10.1039/C4NR05598E.

(142)   "Molecular Diodes Enabled by Quantum Interference" A. Batra, J. Meisner, P. Darancet, Q. Chen, M. L. Steigerwald, C. Nuckolls, L. Venkataraman. *Faraday Discussions.* **2014.** DOI: 10.1039/C4FD00093E.

(143)   "Visualizing Individual Carbon Nanotubes with Optical Microscopy" M. Novak, S. Surwade, J. Prokop, K. Bolotin, J. Hone, L. Brus, C. Nuckolls, H. Liu. *J. Am. Chem. Soc.* **2014** DOI: 10.1021/ja503821s.

(144)   "Multiphonon Relaxation Slows Singlet Fission in Crystalline Hexacene" E. Busby, T. C. Berkelbach, B. Kumar, A. Chernikov, Y. Zhong, H. Hlaing, X. Zhu, T. Heinz, M. Hybertsen, M. Sfeir, D. Reichman, C. Nuckolls, O. Yaffe. *J. Am. Chem. Soc.* **2014.** DOI: 10.1021/ja503980c.

(145)   "Heterostructures based on inorganic and organic van der Waals systems" G-H Lee, C-H Lee, A. M. van der Zande, M. Han, X. Cui, G. Arefe, C. Nuckolls, T. F. Heinz, J. Hone, P. Kim. *APL Materials.* **2014.** DOI: 10.1063/1.4894435.

(146)   "Efficient Organic Solar Cells with Helical Perylene Diimide Electron Acceptors" Y. Zhong, M. Trinh, R. Chen, W. Wang, P. P. Khlyabich, B. Kumar, Q. Zhu, C.-Y. Nam, M. Sfeir,

C. T. Black, M. Steigerwald, S. Xiao, F. Ng, X.-Y. Zhu, C. Nuckolls. *J. Am. Chem. Soc.* **2014.** DOI: 10.1021/ja5092613.

(147) "Spectroscopic Study of Anisotropic Excitons in Single Crystal Hexacene" A. Chernikov, O. Yaffe, B. Kumar, Y. Zhong, C Nuckolls, T. F. Heinz. *J. Phys. Chem. Lett.* **2014.** DOI: 10.1021/jz501693g.

(148) "Trimethyltin Mediated Covalent Gold-Carbon Bond Formation" A. Batra, G. Kladnik, N. Gorjizadeh, J. Meisner, M. Steigerwald, C. Nuckolls, S. Y. Quek, D. Cvetko, A. Morgante, L. Venkataraman. *J. Am. Chem. Soc.* **2014**. DOI: 10.1021/ja5061406.

(149) "Contorted Polycyclic Aromatics" M. Ball, Y. Zhong, Y. Wu, C. Schenck, F. Ng, M. Steigerwald, S. Xiao, C. Nuckolls. *Acc. Chem. Res.* **2014.** DOI: 10.1021/ar500355d**.**

(150) "Ferromagnetic Ordering in Superatomic Solids" C.-H. Lee, L. Liu, C. Bejger, A. Turkiewicz, T. Goko, C. Arguello, B. Frandsen, S. Cheung, T. Medina, T. Munsie, R. D'Ortenzio, G. Luke, T. Besara, R. Lalancette, T. Siegrist, P. Stephens, A. Crowther, L. Brus, Y. Matsuo, E. Nakamura, Y. Uemura, P. Kim, C. Nuckolls, M. Steigerwald, X. Roy. *J. Am. Chem. Soc.* **2014.** DOI: 10.1021/ja5098622.

(151) "Tuning Polymorphism and Orientation in Organic Semiconductor Thin Films via Post-deposition Processing" A. M. Hiszpanski, R. M. Baur, B. Kim, N. J. Tremblay, C. Nuckolls, A. R. Woll, Y.-L. Loo. *J. Am. Chem. Soc.* **2014.** DOI: 10.1021/ja5091035.

(152) "Coverage-Dependent Modification of the Surface Electronic Structure of an Organic-Semiconductor-Adsorbate Layer" S.-Y. Hong, P.-C. Yeh, I. Lee, J. Yu, J. I. Dadap, C. Nuckolls, R. M. Osgood. *J. Phys. Chem.* **2014.**  DOI: 10.1021/jp4112102.

(153) "Tunable Charge Transport in Single-Molecule Junctions via Electrolytic Gating" B. Capozzi, Q. Chen, P. Darancet, M. Kotiuga, M. Buzzeo, J. B. Neaton, C. Nuckolls, L. Venkataraman. *Nano Lett.* **2014.** DOI: 10.1021/nl404459q.

(154) "Achieving low-voltage thin-film transistors using carbon nanotubes" B. Kim, A. Franklin, C. Nuckolls, W. Haensch, G. S. Tulevski. *App. Phys. Lett.* **2014.** DOI: 10.1063/1.4891335

(155) "Intra- to Inter-Molecular Singlet Fission" M. Trinh, Y. Zhong, Q. Chen, T. Schiros, S. Jockusch, M. Sfeir, M. Steigerwald, C. Nuckolls, X. Zhu. *J. Phys. Chem.* **2015.** DOI: 10.1021/jp512650g.

(156) "Electric Field Breakdown in Single Molecule Junctions" H. Li, T. Su, V. Zhang, M. Steigerwald, C. Nuckolls, L. Venkataraman. *J. Am. Chem. Soc.* **2015.**  DOI: 10.1021/ja512523r.

(157) "Stereoelectronic Switching in Single Molecule Junctions" T. Su, H. Li, M. L. Steigerwald, L. Venkataraman, C. Nuckolls. *Nat. Chem*. 7(3): 215-20. DOI: 10.1038/nchem.2180.

(158)   "Flicker Noise as a Probe of Electronic Interaction at Metal-Single Molecule Interfaces" O. Adak, E. Rosenthal, J. Meisner, E. F. Andrade, A. N. Pasupathy, C. Nuckolls, M. S. Hybertsen, L. Venkataraman. *Nano Letters*. **2015**. DOI: 10.1021/acs.nanolett.5b01270.

(159)   "Chiral Conjugated Corrals" M. Ball, B. Fowler, P. Li, L. A. Joyce, F. Li, T. Liu, D. Paley, Y. Zhong, H. Li, S. Xiao, F. Ng, M. L. Steigerwald, C. Nuckolls. *J. Am. Chem. Soc.* **2015.** DOI: 10.1021/jacs.5b05698.

(160)   "Molecular Helices as Electron Acceptors in High-Performance Bulk Heterojunction Solar Cells" Y. Zhong, M. Trinh, R. Chen, G. E. Purdum, P. P. Khlyabich, M. Sezen, S. Oh, H. Zhu, B. Fowler, B. Zhang, W. Wang, C.-Y. Nam, M. Y. Sfeir, C. T. Black, M. L. Steigerwald, Y.-L. Loo, F. Ng, X.-Y. Zhu, C. Nuckolls. *Nat Comm.* **2015**. DOI: 10.1038/ncomms9242.

(161)   "Strain-Induced Stereoselective Formation of Blue-Emitting Cyclostilbenes" Q. Chen, M. Trinh, D. Paley, M. B. Preefer, H. Zhu, B. Fowler, X-Y. Zhu, M. L. Steigerwald, C. Nuckolls. *J. Am. Chem. Soc.* **2015**. DOI: 10.1021/jacs.5b06258.

(162)   "Single Molecule Conductance in Atomically Precise Germanium Wires" T.A. Su, H. Li, V. Zhang, M. Neupane, A. Batra, R. S. Klausen, B. Kumar, M. L. Steigerwald, L. Venkataraman, C. Nuckolls. *J. Am Chem. Soc.* **2015**.  DOI: 10.1021/jacs.5b08155.

(163)   "Stepping into the Light: Conjugated Macrocycles with Donor-Acceptor Motifs" M. Ball and C. Nuckolls. *ACS Cent. Sci.* **2015** 1 (8):  416-417. DOI: 10.1021/acscentsci.5b00339.

(164)   "Solvent-Dependent Conductance Decay Constants in Single Cluster Junctions" B. Choi, B. Capozzi, S. Ahn, A. Turkiewicz, C. Nuckolls, M. L. Steigerwald, L. Venkataraman, X. Roy. *Chem Sci.* **2016** 7:  2701-2705**.**  DOI: 10.1039/C5SC02595H.

(165)   "Chemical principles of single-molecule electronics" T. A. Su, M. Neupane, M. L. Steigerwald, L. Venkataraman, C. Nuckolls. *Nat. Rev. Mater*. **2016** 1 DOI: 10.1038/natrevmats.2016.2.

(166)   "Van der Waals Solids from Self-Assembled Nanoscale Building Blocks" B. Choi, J. Yu, D. W. Paley, M. T. Trinh, M. V. Paley, J. M. Karch, A. C. Crowther, C.-H. Lee, R. A. Lalancette, X.-Y. Zhu, P. Kim, M. L. Steigerwald, C. Nuckolls, X. Roy, *Nano Lett.* **2016** 16 (2): 1445-1449. DOI: 10.1021/acs.nanolett.5b05049.

(167)   "Patterning Superatom Dopants on Transition Metal Dichalcogenides" J. Yu, C-H. Lee, D. Bouilly, M. Han, P. Kim, M. L. Steigerwald, X. Roy, C. Nuckolls, *Nano Lett.* **2016** 16 (5): 3385-3389. DOI: 10.1021/acs.nanolett.6b01152.

(168)   "Conformations of cyclopentasilane stereoisomers control molecular junction conductance" H. Li, M. H. Garner, Z. Shangguan, Q. Zheng, T. A. Su, M. Neupane, P. Li, A. Velian, M. L. Steigerwald, S. Xiao, C. Nuckolls, G. C. Solomon, L. Venkataraman, Chem. Sci. **2016** 7 5657-5662.

(169) "Single-Molecule Reaction Chemistry in Patterned Nanowells" D. Bouilly, J. Hon, N. Daly, S. Trocchia, S. Vernick, J. Yu, S. Warren, Y. Wu, R. L. Gonzalez, Jr., S. Shepard, C. Nuckolls, *Nano Lett.* **2016** *16* (7) 4679–4685.

(170) "Tuning Conductance in π–σ–π Single-Molecule Wires" T. A. Su, H. Li, R. S. Klausen, J. R. Widawsky, A. Batra, M. L. Steigerwald, L. Venkataraman, C. Nuckolls, *J. Am Chem. Soc.* **2016** *138* (24) 7791-7795.

(171) "Building Diatomic and Triatomic Superatom Molecules" A. M. Champsaur, A. Velian, D. W. Paley, B. Choi, X. Roy, M. L. Steigerwald, C. Nuckolls, *Nano Letters*, **2016** *16* (8): 5273–5277.

(172) "Electron Delocalization in Perylene Diimide Helicenes" N. J. Schuster, D. W. Paley, S. Jockusch, F. Ng, M. L. Steigerwald, C. Nuckolls, *Angew. Chem. Int. Ed. 55* (43) 13519-13523.

(173) "Epitaxially Self-Assembled Alkane Layers for Graphene Electronics" Y. J. Yu, G. H. Lee, J. I. Choi, Y. S. Shim, C.-H. Lee, S. J. Kang, S. Lee, K. T. Rim, G. W. Flynn, J. Hone, Y-H. Kim, P. Kim, C. Nuckolls, S. Ahn, *Adv. Mater.,* **2017** *29* 1603925.

(174) "Macrocyclization in the Design of Organic n-Type Electronic Materials" M. Ball, Y. Zhong, B. Fowler, B. Zhang, P. Li, G. Etkin, D.W. Paley, J. Decatur, A. K. Dalsania, H. Li, S. Xiao, F. Ng, M. L. Steigerwald, C. Nuckolls, *J. Am. Chem. Soc.*, **2016**, *138* (39) 12861–12867.

(175) "Chemical principles of single-molecule electronics" T.A. Su, M. Neupane, M. L. Steigerwald, L. Venkataraman, C. Nuckolls, *Nature Reviews Materials* 1 (2016) 16002.

(176) "Mechanism for Si—Si Bond Rupture in Single Molecule Junctions" H. Li, N. T. Kim, T. A. Su, M. L. Steigerwald, C. Nuckolls, P. Darancet, J. L. Leighton, L. Venkataraman, *J. Am. Chem. Soc.*, **2016**, *138* (49) 16159–16164.

(177) "Rigid, Conjugated Macrocyles for High Performance Organic Photodetectors" B. Zhang, M. T. Trinh, B. Fowler, M. Ball, Q. Xu, F. Ng, M. L. Steigerwald, X.-Y. Zhu, C. Nuckolls, and Y. Zhong. *J. Am. Chem. Soc.*, **2016**, *138* (50) 16426–16431.

(178) "Dynamics of the triplet-pair state reveals the likely coexistence of coherent and incoherent singlet fission in crystalline hexacene" N. R. Monahan, D. Sun, H. Tamura, K. W. Williams, B. Xu, Y. Zhong, B. Kumar, C. Nuckolls, A. R. Harutyunyan, G. Chen, H.-L. Dai, D. Beljonne, Y. Rao, X.-Y. Zhu, *Nat. Chem.* **2017** *9* 341-346.

(179) "Single-Walled Carbon Nanotubes: Mimics of Biological Ion Channels" H. Amiri, K. L. Shepard, C. Nuckolls, R. Hernandez Sanchez, *Nano Letters*, **2017** *17* (2) 1204-1211.

(180) "Silane and Germane Molecular Electronics" T.A. Su, H. Li, R. S. Klausen, N. T. Kim, M. Neupane, J. L. Leighton, M. L. Steigerwald, L. Venkataraman, C. Nuckolls, *Acc. Chem. Res.* **2017** DOI: 10.1021/acs.accounts.7b00059.

(181)   "Single Electron Transistor with Single Aromatic Ring Molecule Covalently Connected to Graphene Nanogaps," Q. Xu, G. Scuri, C. Mathewson, P. Kim, C. Nuckolls, and D. Bouilly, *NanoLett* **2017**, DOI: 10.1021/acs.nanolett.7b01745.

(182)   "Long, Atomically Precise Donor-Acceptor Cove-Edge Nanoribbons as Electron Acceptors," T. Sisto, Y. Zhong, B. Zhang, M.T. Trinh, K. Miyata, X. Zhong, X.-Y. Zhu, M. L. Steigerwald, F. Ng, and C. Nuckolls, *JACS* **2017**, *139* (16) 5648-5651.

(183)   "Helical Nanoribbons for Ultra-Narroband Photodetectors," Y. Zhong, T. Sisto, B. Zhang, K. Miyata, X.-Y. Zhu, M. L. Steigerwald, F. Ng, and C. Nuckolls, *JACS* **2017**, *139* (16) 5644-5647.

(184)   "Two-Dimensional Nanosheets from Redox-Active Superatoms", A. M. Champsaur, J. Yu, X. Roy, D. W. Paley, M. L. Steigerwald, C. Nuckolls, and C. M. Bejger , *ACS Central Science*, **2017** *3* (9) 1050-1055.

(185)   "Silver Makes Better Electrical Contacts to Thiol-Terminated Silanes than Gold," H. Li, T. A. Su, M. Camarasa-Gomez, D. Hernangomez-Perez, S. E. Henn, V. Pokorny, C. D. Caniglia, M. S. Inkpen, R. Korytar, M. L. Steigerwald, C. Nuckolls, F. Evers, L. Venkataraman, *Angew Chemie* **2017**, *56* (45) 14145-14148.

(186)   "Weaving Nanoscale Cloth through Electrostatic Templating", A. M. Champsaur, C. Mézière, M. Allain, D. W. Paley, M. L. Steigerwald, C.Nuckolls , and P. Batail, *JACS* **2017**, *139* (34) 11718–11721

(187)   "Cove-Edge Nanoribbon Materials for Efficient Inverted Halide Perovskite Solar Cells," E. Castro, T. Sisto, E. L. Romero, F. Liu, S. R. Peurifoy, J. Wang, X.-Y. Zhu, C. Nuckolls, L. Echegoyen, *Angew Chemie* **2017**, *129* (46) 14840-14844.

(188)   "Molecular Materials for Nonaqueous Flow Batteries with a High Coulombic Efficiency and Stable Cycling" M. Milton, Q. Cheng, Y. Yang, C. Nuckolls, R. Hernandez Sanchez, and T. Sisto, *Nano Letters* **2017**, *17* (12) 7859-7863.

(189)   "Superatomic Two-Dimensional Semiconductor," X. J. Zhong, K. Lee, B. Choi, D. Meggiolaro, F. Liu, C. Nuckolls, A. Pasupathy, F. De Angelis, P. Batail, X. Roy, X-Y. Zhu, *Nano Letters* **2018**, *18* (2) 1483-1488.

(190)   "Functionalized Helical Building Blocks for Nanoelectronics," K. Khokhlov, N. J. Schuster, F. Ng, C. Nuckolls, *Organic Letters*, **2018**, *20* (7) 1991-994.

(191)   "Long-Lived Charge Separation at Heterojunctions between Semiconducting Single-Walled Carbon Nanotubes and Perylene Diimide Electron Acceptors," H. S. Kang, T. J. Sisto, S. Peurifoy, D. H. Arias, B. Zhang, C. Nuckolls, J. L. Blackburn, *The Journal of Physical Chemistry C* **2018**, *122* (25) 14150-14161.

(192)   "A Helicene Nanoribbon with Greatly Amplified Chirality," N. J. Schuster, R. Hernández Sánchez, D. Bukharina, N. A. Kotov, N. Berova, F. Ng, M. L. Steigerwald, C. Nuckolls, *JACS* **2018**, *140* (20) 6235-6239.

(193) "Hollow organic capsules assemble into cellular semiconductors," B. Zhang, R. Hernández Sánchez, Y. Zhong, M. Ball, M. W. Terban, D. Paley, S. J. L. Billinge, F. Ng, M. L. Steigerwald, C. Nuckolls, *Nature Communications* **2018**, *9* (1) 1957.

(194) "Three-dimensional graphene nanostructures," S. R. Peurifoy, E. Castro, F. Liu, X-Y Zhu, F. Ng, S. Jockusch, M. L. Steigerwald, L. Echegoyen, C. Nuckolls, T. J. Sisto, *JACS* **2018**, *140* (30) 9341-9345.

(195) "Comprehensive suppression of single-molecule conductance using destructive σ-interference," M. H. Garner, H. Li, Y. Chen, T. A. Su, Z. Shangguan, D. W. Paley, T. Liu, F. Ng, H. Li, S. Xiao, C. Nuckolls, L.Venkataraman, G. C Solomon, *Nature* **2018**, *558* (7710) 415.

(196) "Superatom Fusion and the Nature of Quantum Confinement," A. M. Champsaur, T. J. Hochuli, D. W. Paley, C. Nuckolls, M. L. Steigerwald, *Nano Letters* **2018**, *18* (7) 4564-4569.

(197) "Influence of Molecular Conformation on Electron Transport in Giant, Conjugated Macrocycles," M. L. Ball, B. Zhang, Q. Xu, D. W. Paley, V. C. Ritter, F. Ng, M. L. Steigerwald, C. Nuckolls, *JACS* **2018**, *140* (32) 10135-10139.

(198) "Designing Three-Dimensional Architectures for High-Performance Electron Accepting Psuedocapacitors," S. R. Peurifoy, J. C. Russell, T. J. Sisto, Y. Yang, X. Roy, C. Nuckolls, *JACS* **2018**, *140* (35) 10960-10964.

(199) "Electron Cartography in Clusters," R. Hernández Sánchez, A. M. Champsaur, B. Choi, S. G. Wang, W. Bu, X. Roy, Y-S. Chen, M. L. Steigerwald, C. Nuckolls, D. W. Paley, *Angew Chemie* **2018**, *57* (42): 13815-13820.

(200) "Large Variations in the Single-Molecule Conductance of Cyclic and Bicyclic Silanes," H. Li, M. H. Garner, Z. Shangguan, Y. Chen, Q. Zheng, T. A. Su, M. Neupane, T. Liu, M. L. Steigerwald, F. Ng, C. Nuckolls, S. Xiao, G. C Solomon, L.Venkataraman, *JACS* **2018**, *140* (44) 15080-15088.

(201) "Defying strain in the synthesis of an electroactive bilayer helicene," M. Milton, N. J. Schuster, D. W. Paley, R.Hernández Sánchez, F. Ng, M. L. Steigerwald, C. Nuckolls, *Chemical Science* **2019**, *10* 1029-1034.

(202) "The importance of intramolecular conductivity in three dimensional molecular solids," M. L. Ball, B. Zhang, T. Fu, A. M. Schattman, D. W. Paley, F. Ng, L. Venkataraman, C. Nuckolls, M. L. Steigerwald, *Chemical Science* **2019** *10* (40) 9339-9344.

(203) "Dimensional Control in Contorted Aromatic Materials," S. R. Peurifoy, T. J. Sisto, F. Ng, M. L. Steigerwald, R. Chen, C. Nuckolls, *The Chemical Record* **2019**, DOI: 10.1002/tcr.201800175.

(204) "Synthesis, regioselective bromination and functionalization of coronene tetracarboxydiimide," T. Liu, Y. Ge, B. Sun, B. Fowler, H. Li, C. Nuckolls, S. Xiao, *The Journal of Organic Chemistry* **2019**, *84* 2713-2720.

(205)   "Enhanced Coupling through π-Stacking in Imidazole-based Molecular Junctions," T. Fu, S. Smith, M. Camarasa-Gómez, X. Yu, J. Xue, C. Nuckolls, F. Evers, L. Venkataraman, S. Wei, *Chemical Science* **2019** *10* 9998-10002.

(206)   "Conjugated Macrocycles in Organic Electronics," M. Ball, B. Zhang, B. Fowler, S. Xiao, F. Ng, M. L. Steigerwald, C. Nuckolls, *Accounts of Chemical Research* **2019**, *52* (4) 1068-1078.

(207)   "Solution-Processable Superatomic Thin-Films," J. Yang, B. Zhang, A. D. Christodoulides, Q. Xu, A. Zangiabadi, S. R. Peurifoy, C. K. McGinn, L. Dai, E. Meirzadeh, X. Roy, M. L. Steigerwald, I. Kymissis, J. A. Malen, C. Nuckolls. *Journal of the American Chemical Society* **2019**, *141* (28) 10967-10971.

(208)   "Controlling Singlet Fission by Molecular Contortion," F. S. Conrad-Burton, T. Liu, F. Geyer, R. Constantini, A. P. Schlaus, M. S. Spencer, J. Wang, R. Hernández Sánchez, B. Zhang, Q. Xu, M. L. Steigerwald, S. Xiao, H. Li, C. Nuckolls, X-Y. Zhu, *Journal of the American Chemical Society* **2019**, *141* (33) 13143-13147.

(209)   "$Mo_6S_3Br_6$: An Anisotropic 2D Superatomic Semiconductor," X. Zhong, K. Lee, D. Meggiolaro, A. H. Dismukes, B. Choi, F. Wang, C. Nuckolls, D. W. Paley, P. Batail, F. De Angelis, X. Roy, X-Y Zhu, *Advanced Functional Materials* **2019**, *29* (33) 1902951.

(210)   "Non-fullerene Acceptors for Harvesting Excitons from Semiconducting Carbon Nanotubes," J. Wang S. R. Peurifoy, M. T. Bender, F. Ng, K-S. Choi, C. Nuckolls, M. S. Arnold, *The Journal of Physical Chemistry C* **2019**, *123* (35) 21395-21402.

(211)   "Permethylation Introduces Destructive Quantum Interference in Saturated Silanes," M. H. Garner, H. Li, M. Neupane, Q. Zou, T. Liu, T. A. Su, Z. Shangguan, D. W. Paley, F. Ng, S. Xiao, C. Nuckolls, L. Venkataraman, G. C. Solomon, *Journal of the American Chemical Society* **2019**, *141* (39) 15471-15476.

(212)   "Electrophotocatalysis with a Trisaminocyclopropenium Radical Dication," H. Huang, Z. M. Strater, M. Rauch, J. Shee, T. J. Sisto, C. Nuckolls, T. H. Lambert, *Angew Chemie* **2019**, *58* (38) 13318-13322.

(213)   "Anisotropic Singlet Fission in Single Crystalline Hexacene," D. Sun, G-H Deng, B. Xu, E. Xu, X. Li, Y. Wu, Y. Qian, Y. Zhong, C. Nuckolls, A. R. Harutyunyan, H-L. Dai, G. Chen, H. Chen, Y. Rao, *iScience* **2019** *19* 1079-1089.

(214)   "Directing isomerization reactions of cumulenes with electric fields," Y. Zang, Q. Zou, T. Fu, F. Ng, B. Fowler, J. Yang, H. Li, M. L Steigerwald, C. Nuckolls, L. Venkataraman, *Nature Communications* **2019**, *10* 1-7.

(215)   "In situ coupling of single molecules driven by Au-catalyzed electrooxidation," Y. Zang, I. Stone, M. Inkpen, F. Ng, T. Lambert, C. Nuckolls, M. L. Steigerwald, X. Roy, L. Venkataraman, *Angewandte Chemie* **2019**, DOI:  10.1002/ange.201906215.

(216)   "Supramolecular Assemblies for Electronic Materials," T. A. Barendt, M. Ball, Q. Xu, B. Zhang, B. Fowler, A. Schattman, V. C. Ritter, M. L. Steigerwald, C. Nuckolls, *Chemistry - A European Journal* **2020**, DOI: 10.1002/chem.202000514.

(217)   "Superatoms in materials science," E. A. Doud, A. Voevodin, T. J. Hochuli, A. M. Champsaur, C. Nuckolls, X. Roy, *Nature Reviews Materials* **2020**, DOI: 10.1038/s41578-019-0175-3.

(218)   "An effective hybrid electrocatalyst for the alkaline HER: Highly dispersed Pt sites immobilized by a functionalized NiRu-hydroxide," D. Li, X. Chen, Y. Lv, G. Zhang, Y. Huang, W. Liu, Y. Li, R. Chen, C. Nuckolls, H. Ni, *Applied Catalysis B: Environmental* **2020**, 118824.

(219)   "Dimensional Control of Assembling Metal Chalcogenide Clusters: Dimensional Control of Assembling Metal Chalcogenide Clusters," N. A. Gadjieva, A. M. Champsaur, M. L. Steigerwald, X. Roy, C. Nuckolls, *European Journal of Inorganic Chemistry* **2020**, DOI: 10.1002/ejic.202000039.

(220)   "Doping-Induced Superconductivity in the van der Waals Superatomic Crystal Re6Se8Cl2," E. J. Telford, J. C. Russell, J. R. Swann, B. Fowler, X. Wang, K. Lee, A. Zangiabadi, K. Wantanabe, T. Taniguchi, C. Nuckolls, P. Batail, X-Y. Zhu, J. A. Malen, C. R. Dean, X. Roy, *Nano Letters* **2020**, *20* (3) 1718-1724.

(221)   "The Structural Origins of Intense Circular Dichroism in a Waggling Helicene Nanoribbon," N. J. Schuster, L. A. Joyce, D. W. Paley, F. Ng, M. L. Steigerwald, C. Nuckolls, *Journal of the American Chemical Society* **2020**, *142* (15) 7066-7074.

(222)   "Using Deep Learning to Identify Molecular Junction Characteristics," T. Fu, Y. Zang, Q. Zou, C. Nuckolls, L. Venkataraman, *Nano Letters* **2020**, DOI: 10.1021/acs.nanolett.0c00198.

(223)   "Dimensional Control of Assembling Metal Chalcogenide Clusters," N. A. Gadjieva, A. M. Champsaur, X. Roy, C. Nuckolls, *European Journal of Inorganic Chemistry* **2020**, DOI: 10.1002/ejic.202000039.

(224)   "Expanded Helicenes as Synthons for Chiral Macrocyclic Nanocarbons," G. R. Kiel, K. L. Bay, A. E. Samkian, N. J. Schuster, J. B. Lin, R. C. Handford, C. Nuckolls, K. N. Houk, T. D. Tilley, *Journal of the American Chemical Society* **2020**, *142,* 11084−11091.

(225)   "Shape Matching in Superatom Chemistry and Assembly," J. Yang, F. Wang, J. C. Russell, T. J. Hochuli, X. Roy, M. L. Steigerwald, X-Y Zhu, D. W. Paley, C. Nuckolls, *Journal of the American Chemical Society* **2020**, *142,* 11993−11998.

(226)   "Stringing the Perylene Diimide Bow," T. Liu, J. Yang, F. Geyer, F. S. Conrad-Burton, R. Hernández Sánchez, H. Li, X-Y Zhu, C. Nuckolls, M. L. Steigerwald, S. Xiao, *Angewandte Chemie* **2020**, DOI: 10.1002/anie.202004989.

(227)   "Single-Electron Currents in Designer Single-Cluster Devices," S. Gunasekaran, D. A. Reed, D. W. Paley, A. K. Bartholomew, L. Venkataraman, M. L. Steigerwald, X. Roy, C. Nuckolls, *Journal of the American Chemical Society* **2020**, *142* (35)*,* 14924−14932.

(228)   "Cumulene Wires Display Increasing Conductance with Increasing Length," Y. Zang, T. Fu, Q. Zou, F. Ng, H. Li, M. L. Steigerwald, C. Nuckolls, L. Venkataraman, *Nano Letters* **2020**, *20* (11)*,* 8415−8419.

(229)   "Intermolecular Resonance Correlates Electron Pairs Down a Supermolecular Chain: Antiferromagnetism in K-Doped *p*-Terphenyl," N. A. Gadjieva, P. Szirmai, O. Sági, P. Alemany, A. K. Bartholomew, I. Stone, S. Conejeros, D. W. Paley, R. Hernández Sánchez, B. Fowler, S. R. Peurifoy, B. Náfrádi, L. Forró, X. Roy, P. Batail, E. Canadell, M. L. Steigerwald, C. Nuckolls, *Journal of the American Chemical Society* **2020***, 142* (49)*,* 20624−20630.

(230)   "Polytypism, Anisotropic Transport, and Weyl Nodes in the van der Waals Metal TaFeTe$_4$," R. A. Wiscons, Y. Cho, S. Y. Han, A. H. Dismukes, E. Meirzadeh, C. Nuckolls, T. C. Berkelbach, X. Roy, *Journal of the American Chemical Society* **2020***,* doi.org/10.1021/jacs.0c11674.

(231)   "Chirality Amplified: Long, Discrete, Helicene Ribbons," X. Xiao, S. K. Pedersen, D. Aranda, J. Yang, R. A. Wiscons, M. Pittelkow, M. L. Steigerwald, F. Santoro, N. J. Schuster, C. Nuckolls, *Journal of the American Chemical Society* **2020***,* doi.org/10.1021/jacs.0c11260.

(232)   "Electrical Conductivity in a Non-Covalent Two-dimensional Porous Organic Material with High Crystallinity," Q. Xu, B. Zhang, Y. Zeng, A. Zangiabadi, H. Ni, R. Chen, F. Ng, M. L. Steigerwald, C. Nuckolls, *Chemical Science* **2021**, *12,* 2955-2959.

(233)   "Linking Optical Spectra to Free Charges in Donor/Acceptor Heterojunctions: Cross-Correlation of Transient Microwave and Optical Spectroscopy," H. S. Kang, S. Peurifoy, B. Zhang, A. J. Ferguson, O. G. Reid, C. Nuckolls, J. Blackburn, *Materials Horizons* **2021**, https://doi.org/10.1039/D0MH01810D.

(234)   "Origin of Chiroptic Amplification in Perylene-Diimide Helicenes," D. Aranda, N. J. Schuster, X. Xiao, F. J. Ávila Ferrer, F. Santoro, C. Nuckolls, *The Journal of Physical Chemistry C* **2021**, *125* (4) 2554-2564.

(235)   "High-performance organic pseudocapacitors via molecular contortion," J. C. Russell, V. A. Posey, J. Gray, R. May, D. A. Reed, H. Zhang, L. E. Marbella, M. L. Steigerwald, Y. Yang, X. Roy, C. Nuckolls, S. Peurifoy, *Nature Materials*, **2021**, 1-6.

(236)   "Superatomic solid solutions," J. Yang, J. C. Russell, S. Tao, M. Lessio, F. Wang, A. C. Hartnett, S. R. Peurifoy, E. A. Doud, E. S. O'Brien, N. Gadjieva, D. R. Reichman, X. Zhu, A. C. Crowther, S. J. L. Billinge, X. Roy, M. L. Steigerwald, C. Nuckolls, *Nature Chemistry*, **2021**, *13* (6) 607-613.

(237)   "Magnetic order and symmetry in the 2D semiconductor CrSBr," K. Lee, A. H. Dismukes, E. J. Telford, R. A. Wiscons, J. Wang, X. Xu, C. Nuckolls, C. R. Dean, X. Roy, X-Y. Zhu, *Nano Letters*, **2021**, *21* (8) 3511-3517.

(238)   "A single-molecule blueprint for synthesis," I. Stone, R. L. Starr, Y. Zang, C. Nuckolls, M. L. Steigerwald, T. H. Lambert, X. Roy, L. Venkataraman, *Nature Reviews Chemistry*, **2021**, *1-16*.

❖ **Book Chapters**

(239)   "Helicene-Based Electron Acceptors," X. Xiao and C. Nuckolls, submitted to *Helicenes: from synthesis to properties and applications*, Wiley, 2021, edited by Jeanne Crassous, Ivo Stary, and Irena Stara.

(240)   "Chemical Aspects of Self-Assembly, Applications to Molecular Electronics," C. Nuckolls in *Future Trends in Microelectronics: The Nano, the Giga, the Ultra, and the Bio,* Wiley: New York, 2004, edited by Professor Alexander Zaslavsky**.**

(241)   "Columnar, Helical, and Tubular Supramolecular Polymers," C. Nuckolls in *Supramolecular Polymers,* 2nd edition, CRC Press: New York, 2005, edited by Professor Alberto Ciferri.

(242)   "Controlled Confinement of DNA at the Nanoscale: Nanofabrication and Surface Bio-Functionalization," M. Palma, J. J. Abramson, A. A. Gorodetsky, C. Nuckolls, M. P. Sheeetz, S. J. Wind, and J. Hone, *DNA Nanotechnology*, **2011**, *749*, 169-185, DOI: 10.1007/978-1-61779-142-0_12

❖ **Publications from Graduate and Post-Doctoral Studies**

(243)   "Synthesis and Electrochemistry of a Liquid Crystalline Pyrrole and a Structurally Related Thiophene," D. Melamed, C. Nuckolls, and M. A. Fox, *Tetrahedron Lett.* **1994**, *35*, 8329–8332.

(244)   "Aggregation of Conjugated Helical Molecules," C. Nuckolls, T. J. Katz, and L. Castellanos, *J. Am. Chem. Soc.* **1996**, *118,* 3767–3768.

(245)   "An Efficient Synthesis of Functionalized Helicenes," T. J. Katz, L. Liu, N. D. Willmore, J. M. Fox, A. L. Rheingold, S. Shi, C. Nuckolls, and B. H. Rickman, *J. Am. Chem. Soc.* **1997**, *119*, 10054–10063.

(246)   "Structure and Morpholology of of Helicene Fibers," A. J. Lovinger, C. Nuckolls, and T. J. Katz, *J. Am. Chem. Soc.* **1998**, *120,* 264–268.

(247)   "Strong Enhancement of Nonlinear Optical Properties through Supramolecular Chirality," T. Verbiest, S. van Elshocht, M. Kauranen, L. Hellemans, J. Snauwaert, C. Nuckolls, T. J. Katz, and A. Persoons, *Science* **1998**, *282*, 913–915.
913

(248)   "Characterization of recombinant human plasma lecithin:cholesterol acyltransferase (LCAT):  N-linked carbohydrate structure and catalytic properties," A. G. Lacko, A J. Reason, C. Nuckolls, B.J. Kudchodkar, G. Sundarrajan, P. H. Pritchard, H. R. Morris and A. Dell, *J. Lipid Res.* **1998**, *39*, 807–814.

(249)   "Circular Dichroism and UV-Visible Absorption Spectra of the Langmuir-Blodgett Films of an Aggregating Helicene" C. Nuckolls, T. J. Katz, T. Verbiest, S. Van Elshocht, H.-G. Kuball, S. Kiesewalter, A. J. Lovinger, and A. Persoons, *J. Am. Chem. Soc.* **1998**, *120*, 8656–8660.

(250)   "Synthesis, Structure, and Properties of a Helical Columnar Liquid Crystal," C. Nuckolls, T. J. Katz, *J. Am. Chem. Soc.* **1998,** *120,* 9541–9544.

(251)   "Synthesis and Aggregation of a Conjugated Helical Molecule," C. Nuckolls, T. J. Katz, G. Katz, P. J. Collings, and L. Castellanos, *J. Am. Chem. Soc.* **1999**, *121*, 79–88.

(252)  "Chiral Microenvironments in Self-Assembled Capsules," C. Nuckolls, F. Hof, T. Martín, and J. Rebek, Jr., *J. Am. Chem. Soc.* **1999**, *121*, 10281–85.

(253)  "Hierarchy of Order in Liquid Crystalline Polycaps," R. K.Castellano, C. Nuckolls, S. H. Eichorn, M. R. Wood, A. J. Lovinger, and J. Rebek, Jr., *Angew. Chem. Int. Ed.* **1999**, *38*, 2603–2606.

(254)   "Transfer of Chiral Information Through Molecular Assembly," R. K. Castellano, C. Nuckolls, and J. Rebek, Jr., *J. Am. Chem. Soc.* **1999**, *121*, 11156–63.

(255)   "Reversibly-formed Polymeric Capsules," R. K. Castellano, C. Nuckolls, and J. Rebek, Jr., *Polym. News* **2000**, *25*, 44–52.

(256)   "Quasi phase matching in chiral materials," B. Busson, M. Kauranen, C. Nuckolls, T. J. Katz, and A. Persoons, *Phys. Rev. Lett.* **2000**, *84*, 79–82.

(257)   "Diversity and Selection in Self-Assembled Tetrameric Capsules," F. Hof, C. Nuckolls, and J. Rebek, Jr**.**, *J. Am. Chem. Soc.* **2000**, *122*, 4251–4252.

(258)   "Beneficial Effect of Heating on the Morphology and Second-Order Nonlinear Optical Efficiency of Anisotropic Thin Films," S. Van Elshocht, T. Verbiest, G. de Schaetzen, L. Hellemans, K. E. S. Phillips, C. Nuckolls, T. J. Katz, and A. Persoons, *Chem. Phys. Lett.* **2000**, *323*, 340–344.

(259)   "Detection and Mechanistic Studies of Multicomponent Assembly by Fluorescence Resonance Energy Transfer," R. K. Castellano, Stephen L. Craig, C. Nuckolls, and J. Rebek, Jr., *J. Am. Chem. Soc.* **2000**, *122*, 7876–7882.

(260)   "New Molecular Vessels: Synthesis and Chiroselective Recognition," S. Saito, C. Nuckolls and J. Rebek, Jr., *J. Am. Chem. Soc.* **2000**, *122*, 9628–9630.

(261)   "Emergent Conformational Preferences of a Self-Assembling Small Molecule: Structure and Dynamics in a Tetrameric Capsule," F. Hof, C. Nuckolls, S. L. Craig, T. Martin, and J. Rebek, Jr., *J. Am. Chem. Soc.* **2000**, *122*, 10991–10996.

(262)   "Nonlinear optical study of helicenebisquinones," S. Van Elshocht, T. Verbiest, B. Busson, M. Kauranen, J. Snauwaert, L. Hellemans, A. Persoons, C. Nuckolls, K. E. Phillips, and T. J. Katz, *Synthetic Metals* **2000**, *115*, 201–205.

(263)   "Emergent mechanical properties of self-assembled polymeric capsules," R. K. Castellano, R. Clark, S. L. Craig, C. Nuckolls, and J. Rebek, Jr., *Proc. Nat. Acad. Sci. (USA)* **2000**, *97*, 12418–12421.

(264)   "Quasielastic Light Scattering Study of the Reversible Polymerization of Hydrogen-Bonded Capsules," A. Lomakin, G. B. Benedek, R. K. Castellano, C. Nuckolls, J. Rebek, Jr. *Trends Opt. Photonics* **2000**, *47*, 27–29.

(265)   "Molecular chirality as a tool for second-order nonlinear optics," S. Van Elshocht, T. Verbiest, T. J. Katz, C. Nuckolls, B. Busson, M. Kauranen, and A. Persoons, *MCLC S&T, Section B: Nonlinear Optics* **2000**, *25*, 105–115.

(266)   Second-Order Nonlinear Optical Properties of Highly Symmetric Chiral Thin Films," T. Verbiest, S. Van Elshocht, A. Persoons, C. Nuckolls, K. E. Phillips, and T. J. Katz, *Langmuir* **2001**, *17*, 4685–4687.

(267)   "Electro-Optic Switching by Helicene Liquid Crystals," C. Nuckolls, R. Shao, W.-G. Jang, N. A. Clark, D. M. Walba, and T. J. Katz, *Chem. Mater.* **2002**, *14*, 773–776.

(268)   "Molecular encapsulation," F. Hof, S. L. Craig, C. Nuckolls, and J. Rebek, Jr.*, Angew. Chem., Int. Ed.* **2002**, *41*, 1488–1508.

(269)   "Solid-State and Solution Studies of a Tetrameric Capsule and its Guests," *Angew. Chem., Int. Ed.* **2002**, *42001*, 3793–3796.

# Karl A. Scheidt

Department of Chemistry
Department of Pharmacology, Feinberg School of Medicine
Chemistry of Life Processes Institute
Northwestern University
2145 Sheridan Road, Evanston, IL 60208

voice: 847 491 6659
scheidt@northwestern.edu
http://sites.northwestern.edu/scheidt/

---

Born: 

## MAJOR PROFESSIONAL INTERESTS
Chemical Synthesis, Catalysis, Biological Chemistry, Molecular Pharmacology, Translational Science

## EDUCATION
| | |
|---|---|
| 1999 | Ph.D. in Chemistry.  Indiana University, Bloomington, Indiana |
| 1994 | B.S. in Chemistry.  University of Notre Dame, Notre Dame, Indiana |

## PROFESSIONAL EXPERIENCE
| | |
|---|---|
| 2017-present | Executive Director, NewCures Accelerator, Northwestern University |
| 2016-present | Professor of Pharmacology, Feinberg School of Medicine, Northwestern University |
| 2013-present | Professor of Chemistry, Northwestern University |
| 2010-2020 | Director, Northwestern Center for Molecular Innovation and Drug Discovery |
| 2008-2013 | Associate Professor of Chemistry, Northwestern University |
| 2002-2008 | Assistant Professor of Chemistry, Northwestern University |
| 1999-2000 | NIH Postdoctoral Fellow with David A. Evans, Harvard University |
| 1994-1999 | Graduate Research with William R. Roush, Indiana University/Univ. of Michigan |

## AWARDS AND HONORS
| | |
|---|---|
| 2019 | Welch Lecturer, UT San Antonio |
| 2017, 2018 | Clarivate Analytics Highly Cited Researcher |
| 2016 | Fellow, Royal Society of Chemistry (RSC) |
| 2015, 2016 | Thomson Reuters Highly Cited Researcher |
| 2015 | Cornew Innovation Award, Northwestern University |
| 2015 | Northwestern University Graduate School Faculty Award for Diversity |
| 2012-2014 | Dow Chemical Company Research Professor in Chemistry |
| 2012 | Japanese Society for the Promotion of Science (JSPS) Invitation Fellowship |
| 2012 | Fellow, American Association for the Advancement of Science (AAAS) |
| 2011 | Jeremiah P. Freeman Lecturer, University of Notre Dame |
| 2009-2012 | Alumnae of Northwestern University Teaching Professor |
| 2009 | Organic Syntheses Distinguished Lecturer, University of Toronto |
| 2008-2010 | Irving M. Klotz Professor of Chemistry |
| 2008-2009 | GlaxoSmithKline Scholar Award |
| 2007-2009 | Alfred P. Sloan Fellow |
| 2007 | AstraZeneca Excellence in Chemistry Award |
| 2007 | Novartis Chemistry Lecture Award |
| 2006 | Amgen Young Investigator Award |
| 2005 | Boehringer-Ingelheim New Investigator Award in Organic Chemistry |

| 2005 | Northwestern University Distinguished Teaching Award |
| 2005 | 3M Nontenured Faculty Award, Abbott Laboratories New Faculty Award |
| 2004 | Amgen New Faculty Award |
| 2004-2008 | National Science Foundation CAREER Award |
| 1999-2001 | National Institutes of Health Postdoctoral Fellowship, Harvard University |

## COMMERCIAL VENTURES
Co-founder, Third Coast Therapeutics

## NORTHWESTERN PUBLICATIONS >27,000 citations with Hirsch index of 72

180. Liu, Y.; Betori, R.; Wu, D.; Wolfgeher, D.; Cohen, S. B.; Scheidt, K. A.; Kron, S. J. "A Novel Telomerase Inhibitor NU-1 Enhances Radio/Chemo-Sensitivity Through Inducing Persistent DNA Damage Foci and Accelerating Cellular Senescence," manuscript in preparation.

179. Kwong, A. J.; Pham, T.; Oelschlager, H.; Munshi, H. G.; Scheidt, K. A. "Rational Design, Optimization, and Biological Evaluation of Novel MEK4 Inhibitors against Pancreatic Adenocarcinoma," *ACS Med. Chem. Lett.* **2021**, accepted.

178. Zille, M.; Oses-Prieto, J.; Savage, Saravanan Karuppagounder, S.; Chen, Y.; Kumar, A.; Morris, J. Karl Scheidt, K. A. Burlingame, A.; Ratan, R. "Hemin-induced death models hemorrhagic stroke and is a variant of classical neuronal ferroptosis," *J. Neurosci.* **2021**, submitted.

177. Susan Quaggin, Tamara Isakova, Pinelopi Kapitsinou, Ashley Sipocz, Alfred L. George, Jr., Karl Scheidt, Evan Scott, and Oliver Guillermo. "Northwestern M. O'Brien Kidney Center: Advancing the Development of Nephrotherapeutics," **2021**, submitted.

176. Bay, A. V.; Fitzpatrick, K. P.; González-Montiel, G. A.; Omar Farah, A.; Cheong, P. Y.-H.; Scheidt, K. A. "Light-Driven Carbene Catalysis for the Synthesis of Aliphatic and α-Amino Ketones," *Angew. Chem. Int. Ed.* **2021**, DOI: https://doi.org/10.1002/anie.202105354

175. Zhu, J. L.; Scheidt, K. A. "Photocatalytic acyl azolium-promoted alkoxycarbonylation of trifluoroborates," *Tetrahedron*, **2021**. Special invited issue VSI: Organocatalysis. DOI: https://doi.org/10.1016/j.tet.2021.132288

174. Mikulak-Klucznik, B.; Gołębiowska, P.; Bayly, A. A.; Popik, O.; Klucznik, T.; Szymkuć, S.; Gajewska, E. P.; Dittwald, P.; Staszewska-Krajewska, O.; Beker, W.; Badowski, T.; Scheidt, K. A.; Molga, K.*; Młynarski, J.*; Mrksich, M.*; Grzybowski, B. A.* "Computational planning of the synthesis of complex natural products," *Nature* **2020**, *588*, 83-88.

173. Maskeri, M.; Brueckner, A.; Feoktistova, T.; O'Connor, M.; Walden, D.; Cheong, P.; Scheidt, K.A. "Mechanism and Origins of Selectivity in the Enantioselective O-Pictet–Spengler Reaction: a Cooperative Catalytic Complex From a Hydrogen Bond Donor and Chiral Phosphoric Acid," *Chem. Sci.* **2020**, 11, 8736-8743.

172. Fitzpatrick, K. P.; Schwamb, C. B.; Check, C. T.; Jang, K.-P.; Barsoum, D. N.; Scheidt, K. A. "Development of Ferrocene-Based Planar Chiral Imidazopyridinium Salts for Catalysis," *Organometallics*, **2020**, 39, 2705-2712.

171. Zhu, J. L.; Laws, S. W.; Scheidt, K. A. "Radical Coupling of β-Ketoesters and Amides Promoted by Brønsted/Lewis Acids," *Green Syn Catalysis*, **2020**, 1, 70-74.

170. Kwong, A. J.; Scheidt, K. A. "Non-'classical' MEKS: A review of MEK3-7inhibitors," *Bioorg. Med. Chem. Lett.* **2020**, 30, 127203.

169. Davies, A. V.; Fitzpatrick, K. P.; Betori, R.; Scheidt, K. A. "Combined Photoredox and Carbene Catalysis for the Synthesis of Ketones from Carboxylic Acids," *Angew. Chem. Int. Ed.* **2020**, 23, 9143-9148.

168. Maskeri, M.; Schrader, M.; Scheidt, K. A. "A Sequential Umpolung/Enzymatic Dynamic Kinetic Resolution Strategy for the Synthesis of g-Lactones," *Chem. Eur. J.* **2020**, 26, 5794-5798.

167. Betori, R.; Liu, Y.; Wu, D.; Mishra, R. K.; Cohen, S. B.; Kron, S. J.; Scheidt, K. A. "Targeted Covalent Inhibition of Telomerase," *ACS Chem. Bio.* **2020**, 15, 706-717.

166. Miller, E. M.; Hovey, M. T.; Scheidt, K. A. "A Concise, Enantioselective Strategy for the Synthesis of Yohimbine Alkaloids," *J. Am. Chem. Soc.* **2020**, 142, 2187-2192.

165. Bayly, A. A.; McDonald, B. R.; Mrksich, M.; Scheidt, K. A. "A High-Throughput Photocapture Approach for Reaction Discovery," *Proc. Natl. Acad. Sci. USA.* **2020**, 117, 13261-13266.

164. Betori, R. C.; May, C. M.; Scheidt, K. A. "Combined Photoredox/Enzymatic C–H Benzylic Hydroxylations," *Angew. Chem. Int. Ed.* **2019**, 58, 16490-16494.

163. Betori, R. C.; Scheidt, K. A. "Reductive Arylation of Arylidene Malonates by Photoredox Catalysis," *ACS Catal.* **2019**, 9, 10350-10357.

162. Mishra, R.; Deibler, K. K.; Clutter, M. R.; Vagadia, P.; O'Connor, M.; Schiltz, G. E.; Bergan, R.; Scheidt, K. A. "Modeling MEK4 Kinase Inhibitors Through Perturbed Electrostatic Potential (ESP) Charges," *J. Chem. Inf. Model.* **2019**, 59, 4460-4466.

161. Squitieri, R. A.; Fitzpatrick, K. P.; Jaworski, A. A.; Scheidt, K. A. "Synthesis and Evaluation of Azolium-Based Halogen Bond Donors," *Chem. Eur. J.* **2019**, *25,* 10069-10073.

160. Lee, A.; Zhu, J. L.; Feoktistova, T.; Brueckner, A. C.; P. H.-Y; Scheidt, K.A. "Carbene-Catalyzed Enantioselective Decarboxylative Annulations to Access Dihydrobenzoxazinones and Quinolones," *Angew. Chem. Int. Ed.* **2019**, 58, 5941-5945.

159. Betori, R. C.; McDonald, B. R.; Scheidt, K. A. "Reductive Annulations of Arylidene Malonates With Unsaturated Electrophiles Using Photoredox/Lewis Acid Cooperative Catalysis," *Chem. Sci.* **2019**, 10, 3353-3359.

158. Deibler, K. K.; Schlitz, G. E.; Clutter, M. R.; Mishra, R. K.; Vagadia, P. P.; O'Connor, M.; George, M. D.; Gordon, R.; Fowler, G.; Bergan, R.; Scheidt, K. A. "Synthesis and Biological Evaluation of 3-Arylindazoles as Selective MEK4 Inhibitors," *Chem. Med. Chem.* **2019**, 14, 615-620.

157. Lopez, S.; Jaworski, A. A.; Scheidt, K. A. "NHC-catalyzed Formal [2+2] Annulations of Allenoates for the Synthesis of Substituted Oxetanes," *J. Org. Chem.* **2018**, 83, 14637-14645.

156. Maskeri, M.; Jaworski, A.; O'Connor, M.; Davies, A.; Scheidt, K. A. "A Cooperative Hydrogen Bond Donor/Bronsted Acid System for the Enantioselective Synthesis of Tetrahydropyrans," *Angew. Chem. Int. Ed. Engl.* **2018**, 57, 17225-17229.

155. McDonald, B. R.; Scheidt, K. A. "Intermolecular Reductive Couplings of Arylidene Malonates via Lewis Acid/Photoredox Cooperative Catalysis," *Org. Lett.* **2018**, 20, 6877-6881.

154. Schwamb, C. B.; Fitzpatrick, K. P.; Brueckner, A. C.; Richardson, H. C.; Cheong, P. H.-Y.; Scheidt, K. A. "Enantioselective Synthesis of α-Amidoboronates Catalyzed by Planar-Chiral NHC-Cu(I) ComplexesC," *J. Am. Chem. Soc.* **2018**, 140, 10644-10648.

153. Xu, L.; Gordon, R.; Farmer, R.; Pattanayak, A.; Binkowski, A.; Huang, X.; Avram, M.; Krishna, S.; Voll, E.; Pavese, J.; Chavez, J.; Bruce, J.; Mazar, A.; Nibbs, A.; Anderson, W.; Li, L.; Jovanovic, B.; Pruell, S.; Valsecchi, M.; Francia, G.; Betori, R.; Scheidt, K.A.; Bergan, R. "Precision Therapeutic Targeting of Human Cancer Cell Motility," *Nat. Commun.* **2018**, 9, 2454.

152. Lee, A.; Betori, R. C.; Crane, E. A.; Scheidt, K.A.* "An Enantioselective Cross-Dehydrogenative Coupling Catalysis Approach to Tetrahydropyrans," *J. Am. Chem. Soc.* 2018, 140, 6212-6216.

151. Uno, B. E.; Deiber, K. K.; Villa, C. M.; Raghuraman, A. A.; Scheidt, K. A. "Conjugate Additions of Amines to Maleimides via Cooperative Catalysis," *Adv. Syn. Catal.* **2018**, 360, 1719–1725.

150. Malik, N.; Iyamu, I.; Scheidt, K. A.; Schiltz, G. "Synthesis of Novel Fused Pyrrolodiazepine-based Library with Anti-cancer Activity," *Tetrahedron Lett.* **2018**, 59, 1513-1516.

149. Murauski, K. J. R.; Jaworski, A. A.; Scheidt, K. A. "A continuing challenge: N-heterocyclic carbene-catalyzed syntheses of γ-butyrolactones," *Chem. Soc. Rev.* **2018**, 47, 1773-1782.

148. Uno, B. E.; Dicken, R. D.; Redfern, L. R.; Stern, C. M.; Krzywicki, G.G.; Scheidt, K. A. "Calcium(II)-Catalyzed Enantioselective Conjugate Additions of Amines," *Chem. Sci.* **2018**, 9, 1634-1639

147. Murauski, K. J. R.; Walden, D. M.; Cheong, P. H.; Scheidt, K. A.* "A Cooperative Ternary Catalysis System for Asymmetric Lactonization of a-Ketoesters," *Adv. Syn. Cat.* **2017**, 359, 3713-3719.

146. Hovey, M. T.; Cohen, D. T.; Walden, D. M.; Cheong, P. H.-Y.; Scheidt, K. A.* "A Carbene Catalysis Strategy for the Synthesis of Protoilludane Natural Products," *Angew. Chem. Int. Ed.* **2017**, *56*, 9864-9867.

145. Walden, D. M.; Jaworski, A. A.; Johnston, R. C.; Hovey, M. T.; Baker, H. V.; Meyer, M. P.; Scheidt, K. A.* and Cheong, P. H.* "Formation of Aza-*ortho*-quinone Methides Under Room Temperature Conditions: Cs₂CO₃ Effect," *J. Org. Chem.* **2017**, *82,* 7183-7189.

144. Wang, M.; Barsoum, D.; Schwamb, C. B.; Cohen, D. T.; Goess, B. C.; Riedrich, M.; Chan, A.; Maki, B. E.; Mishra, R. K.; Scheidt, K. A.* "Catalytic, EnantioselectivE β-Protonation through a Cooperative Activation Strategy," *J. Org. Chem.* **2017**, 82, 4689-4702**.**

143. Beniah, G.; Chen, X.; Uno, B. E.; Liu, K.; Leitsch, E. K.; Jeon, J.; Heath, W. H.; Scheidt, K. A.; Torkelson, J. M.* "Combined Effects of Carbonate and Soft-Segment Molecular Structures on the

Nanophase Separation and Properties of Segmented Polyhydroxyurethane," *Macromolecules,* **2017**, 50, 3193-3203.

142. Deibler, K. K.; Mishra, R. K.; Clutter, M. R.; Antanasijevic, A.; Bergan, R.; Caffrey, M.; Scheidt, K. A.* "A Chemical Probe Strategy for Interrogating Inhibitor Selectivity Across the MEK Kinase Family." *ACS Chemical Biology*, **2017**, 12, 1245-1256. Cover art.

141. Betori, R. C.; Miller, E. R.; Scheidt, K. A. "A Biocatalytic Route to Highly Enantioenriched β–Hydroxydioxinones," *Adv. Syn. Cat.* **2017,** 359, 1131-1137. Cover Art.

140. Beniah, G.; Uno, B. E.; Lan, T.; Jeon, J.; Heath, W. H.; Scheidt, K. A.; Torkelson, J. M. "Tuning Nanophase Separation Behavior in Segmented Polyhydroxyurethane via Judicious Choice of Soft Segment," *Polymer,* **2017,** 110, 218-227.

139. Beniah, G.; Liu, K.; Heath, W. H.; Miller, M. D.; Scheidt, K. A.; Torkelson, J. M.* "Novel Thermoplastic Polyhydroxyurethane Elastomers as Effective Damping Materials over Board Themperature Ranges," *Eur. Polymer J.* **2016**, 84, 770-783.

138. Leitsch, E. K.; Beniah, G.; Liu, K.; Lan, T.; Heath, W. H.; Scheidt, K. A.; Torkelson, J. M.* "Non-Isocyanate Thermoplastic Polyhydroxyurethane Elastomers via Cyclic Carbonate Aminolysis: Critical Role of Hydroxyl Groups in Controlling Nanophase Separation," *ACS Macro Letters*, **2016**, *5*, 424-429.

137. Wang, M. H.; Scheidt, K. A. "Cooperative Catalysis and Activation with N-Heterocyclic Carbenes," *Agnew. Chem. Int. Ed.* **2016**, 55, 14912-14922.

136. Jaworski, A. A.; Scheidt, K. A. "Emerging Roles of in Situ Generated Quinone Methides in Metal-Free Catalysis," *J. Org. Chem.* **2016**, 81, 10145-10153.

135. Sharma, H. A.; Hovey, M. T.; Scheidt, K. A. "Azaindole Synthesis Through Dual Activation Catalysis with N-Heterocyclic Carbenes," *Chem. Comm.* **2016**, 52, 9283-9286.

134. Hall, E.; Redfern, L. R.; Wang, M.; Scheidt, K. A.* "Lewis Acid Activation of a Hydrogen Bond Donor Metal–Organic Framework for Catalysis," *ACS Catalysis*, **2016**, 6, 3248-3252.

133. Zhu, J.; Mishra, R. K.; Schiltz, G. E.; Makanji Y.; Scheidt, K. A.; Mazar, A. P.; Woodruff, T. K.* "Virtual High Throughput Screening to Identify Novel Activin Antagonists," *J. Med. Chem.* **2015**, *58*, 5637-5648. (cover art).

132. Wang, M.; Cohen, D. T.; Schwamb, C. B.; Mishra, R. K.; Scheidt, K. A.* "Enantioselective b-Protonation by a Cooperative Catalysis Strategy," *J. Am. Chem. Soc.* **2015**, *137*, 5891-5894.

131. Younai, A.; Zeng, B.-S.; Meltzer, H. Y.; Scheidt, K. A.* "Enantioselective Syntheses of Heteroyohimbine Natural Products: A Unified Approach through Cooperative Catalysis," *Angew. Chem. Int. Ed.* **2015**, *54*, 6900-6904.

130. McDonald, B. R.; Scheidt, K. A.* "Pyranone Natural Products as Inspirations for Catalytic Reaction Discovery and Development*," Acct. Chem. Res.* **2015**, *48*, 1172-1183.

129. Lombardo, V. M.; Dhulst, E. A.; Leitch, E. K.; Wilmot, N.; Heath, W. H.; Gies, A. P.; Miller, M. D.; Torkelson, J. M.; Scheidt, K. A.* "Cooperative Catalysis of Cyclic Carbonate Ring Opening: Application Towards Non-Isocyanate Polyurethane Materials," _Eur. J. Org. Chem._ **2015,** 2791-2795.

128. Check, C. T.; Jang, K. P.; Schwamb, C. B.; Wong, A. S.; Wang, M. H.; Scheidt, K. A.* "Ferrocene-Based Planar Chiral Imidazopyridinium Salts for Catalysis," _Angew. Chem. Int. Ed._ **2015**, _54_, 4264-4268. C&E News write up February 1, 2015.

127. Lee, A.; Scheidt, K. A.* "_N_-Heterocyclic Carbene-Catalyzed Enantioselective Annulations: A Dual Activation Strategy for a Formal [4+2] Addition for Dihydrocoumarins," _Chem. Comm._ **2015**, _51_, 3407-3410.

126. Cohen, D. T.; Johnston, R., Rosson, N. T.; Cheong, P. H.-Y.*; Scheidt, K. A.,* "Functionalized Cyclopentenes through a Tandem NHC-Catalyzed Dynamic Kinetic Resolution and Ambient Temperature Decarboxylation: Mechanistic Insight and Synthetic Application," _Chem. Comm._ **2015**, _51_, 2690-2693.

125. McDonald, B. R.; Nibbs, A. E.; Scheidt, K. A.* "A Biomimetic Strategy to Access the Silybins: Total Synthesis of (—)- Isosilybin A," _Org. Lett._ **2015**, _17_, 98-101.

124. Liu, K.; Hovey, M. T.; Scheidt, K. A.* "A Cooperative _N_-Heterocyclic Carbene/Palladium Catalysis System," _Chem. Sci._ **2014**, _5_, 4026-4031.

123. Lee, A.; Younai, Y.; Price, C. K.; Izquierdo, J.; Mishra, R. K.; Scheidt, K. A.* "Enantioselective Annulations for Dihydroquinolones by in Situ Generation of Azolium Enolates," _J. Am. Chem. Soc._ **2014**, _136_, 10589-10592.

122. Hovey, M. T.; Check, C. T.; Sipher, A. F.; Scheidt, K. A.* "_N_-Heterocyclic Carbene-Catalyzed Synthesis of 2-Aryl Indoles," _Angew. Chem. Int. Ed._ **2014**, _53_, 9603-9607.

121. Lee, A.; Scheidt, K. A.* "A Cooperative N-Heterocyclic Carbene/Chiral Phosphate Catalysis System for Allenolate Annulations," _Angew. Chem. Int. Ed._ **2014**, _53_, 7594-7598.

120. Zeng, B.-S.; Yu, X.; Siu, P. W.; Scheidt, K. A.* "Catalytic Enantioselective Synthesis of 2-Aryl Chromenes," _Chem. Sci._ **2014**, 5, 2277-2281.

119. Johnston, R., Cohen, D. T.; Eichman, C. E.; Scheidt, K. A.*; and Cheong, P. H.-Y.* "Catalytic Kinetic Resolution of a Dynamic Racemate: Highly Stereoselective β-Lactone Formation by _N_-Heterocyclic Carbene Catalysis," _Chem. Sci._ **2014**, 5, 1974-1982.

118. Lukas, T. J.; Schiltz, G.; Arrat, H.; Scheidt, K. A.; Siddique, T.* "Discovery of 1,3,4-Oxidiazole Scaffold Copounds as Inhibitors of Superoxide Dismutase Expression," _Bioorg. Med. Chem. Lett._ **2014**, _24_, 1532-1537.

117. Jang, K.; Hutson, G. E.; Johnston, R.; McCusker, E. O.; Cheong, P. H.-Y.,* Scheidt, K. A.* "Asymmetric Homoenolate Additions to Acyl Phosphonates through Rational Design of a Tailored N-Heterocyclic Carbene Catalyst," _J. Am. Chem. Soc._ **2014**, 136, 76-79.

116. McCusker, E. O.; Scheidt, K. A.* "Enantioselective N-Heterocyclic Carbene-Catalyzed Annulation

Reactions with Imidazolidinones," *Angew. Chem. Int. Ed.* **2013**, *52*, 13616-13620.

115. Lombardo, V. M.; Thomas, C. D.; Scheidt, K. A. "A Tandem Isomerization/Prins Strategy: Iridium(III)/Brønsted Acid Cooperative Catalysis," *Angew. Chem. Int. Ed.* **2013**, *52*, 12910-12914.

114. Siu, P. W.; Brown, Z. J.; Farha, O. K.; Hupp, J. T.; Scheidt, K. A. "A Mixed Dicarboxylate Strut Approach to Enhancing Catalytic Activity of a *De Novo* Urea Derivative of Metal-Organic Framework UiO-67," *Chem. Comm.* **2013**, *49*, 10920-10922.

113. Katz, M. J.; Brown, Z. J.; Colón, Y. J.; Siu, P. W.; Scheidt, K. A.; Snurr, R. Q.; Hupp, J. T.; Farha, O. K. "A Facile Synthesis of UiO-66, UiO-67 and Their Derivatives," *Chem. Comm.* **2013**, *49*, 9449-9451.

112. Krishna, S. N.; Luan, C.-H.; Mishra, R. K.; Xu, L.; Scheidt, K. A.; Anderson, W. A.; Bergan, R. C. "A Fluorescence-Based Thermal Shift Assay Identifies Inhibitors of Mitogen Activated Kinase Kinase 4," *PLOS One* **2013**, 8(12).

111. Izquierdo, J.; Orue, A.; Scheidt, K. A.* "A Dual Lewis Base Activation Strategy for Enantioselective Carbene-Catalyzed Annulations," *J. Am. Chem. Soc.* **2013**, *135*, 10634-10637.

110. Farmer, R. L.; Scheidt, K. A.* "A Concise Enantioselective Synthesis and Cytotoxic Evaluation of the Anticancer Rotenoid Deguelin Enabled by a Tandem Knoevenagel/Asymmetric Conjugate Addition/Decarboxylation Sequence," *Chem. Sci.* **2013**, *4*, 3304-3309. PMCID: PMC2992379.

109. Lalonde, M. B.; Getman, R. B.; Lee, J. Y.; Roberts, J. M.; Sarjeant, A. A.; Scheidt, K. A.; Georgiev, P. A.; Embs, J. P.; Eckert, J.; Farha, O. K.; Snurr, R. Q.; Hupp, J. T. "A Zwitterionic Metal-Organic Framework with Free Carboxylic Acid Sites that Exhibits Enhanced Hydrogen Adsorption Energies," *CrystEngComm,* **2013**, *15*, 9408-9414.

108. Izquierdo, J.; Hutson, G. E.; Cohen, D. T. "A Continuum of Progress: Applications of *N*-Hetereocyclic Carbene Catalysis in Total Synthesis," *Angew. Chem. Int. Ed.* **2012**, 51, 11686-11698.

107. Lalonde, M. B.; Farha, O. K.; Scheidt, K. A.*; Hupp, J. T.* "*N*-Heterocyclic Carbene-Like Catalysis by a Metal-Organic Framework (MOF) Material," *ACS Catalysis*, **2012**, *2*, 1550-1554.

106. Cui, J.; Chai, D. I.; Miller, C.; Hao, J.; Thomas, C; Wang, J.; Scheidt, K. A.; Kozmin, S. A. "Assembly of Four Diverse Heterocyclic Libraries Enabled by Prins Cyclization, Au-Catalyzed Enyne Cycloisomerization and Automated Amide Synthesis," *J. Org. Chem.* **2012**, *77*, 7435-7470.

105. O'Bryan, E. A.; Scheidt, K. A. "Acyloin Coupling Reactions," Comprehensive Organic Synthesis II. Marek, I., Knochel, P. Eds. **2013**, 3, 621-655.

104. Cohen, D. T.; Eichman, C. E.; Phillips, E. M.; Zarefsky, E.R.; Scheidt, K. A. "Catalytic Dynamic Kinetic Resolutions with *N*-Heterocyclic Carbenes: Asymmetric Synthesis of Highly Substituted β-Lactones. *Chem. Int. Ed.* **2012**, 51, 7309-7313.

103. Scheidt, K. A.; Phillips, E. M.; Dugal-Tessier, J. "N-Heterocyclic Carbene-Catalyzed Aldol Desymmetrizations," *Asymmetric Catalysis II,* Eds. Christmann and Bräse. Wiley-VCH **2012**.

102. Dugal-Tessier, J.; O'Bryan, E. A.; Schroeder, T. B. H.; Cohen, D. T.; Scheidt, K. A. "An N-Heterocyclic Carbene/Lewis Acid Strategy for the Stereoselective Synthesis of Spirooxindole Lactones," *Angew. Chem. Int. Ed*. 2012, *51*, 4963–4967.

101. Cardinal-David, B.; Scheidt, K. A. "Carbene Catalysis: Beyond the Benzoin and Stetter Reactions," *Inventing Reactions: Topics in Organometallic Chemistry*, Ed. Goosen. Springer, **2012**, 44, 233-259.

100. Roberts, J. M.; Fini, B. M.; Sarjeant, A. A.; Farha, O. K.*; Hupp, J. T.*; Scheidt, K. A.* "Urea Metal–Organic Frameworks as Effective and Size-Selective Hydrogen–Bond Catalysts," *J. Am. Chem. Soc*. 2012, *134*, 3334-3337.

99. Brekan, J. A.; Chernyak, D.; White, L. K.; Scheidt, K. A. "Lewis Base-Promoted Carbon-Carbon $sp^3$–$sp^3$ Coupling Reactions of α-Silyl Silylethers," *Chem. Sci*. 2012, 3, 1205-1210.

98. Nibbs, A. E.; Scheidt, K. A. "Asymmetric Methods for the Synthesis of Flavanones, Chromanones, and Azaflavanones," *Eur. J. Org. Chem*. 2012, 449-462.

97. Cohen, D. T.; Scheidt, K. A. "Cooperative Lewis Acid/N-Heterocyclic Carbene Catalysis," *Chem. Sci*. **2012**, *3,* 53-57.

96. Sonntag, M.; Klingsporn, J.; Garibay, L.; Roberts, J. M.; Dieringer, J.; Seideman, T.; Scheidt, K. A.; Jensen, L.; Schatz, G.; Van Duyne, R. P. "Single-Molecule Tip-Enhanced Raman Spectroscopy," *J. Phys. Chem. C.* **2012,** *116*, 478-483.

95. Roberts, J. M.; Farha, O. K. Sarjeant, A. A.; Hupp, J. T.; Scheidt, K. A. "Two Azolium Rings Are Better than One: A Strategy for Controlling Catenation and Morphology in Zn and Cu Metal-Organic Frameworks," *Cryst. Growth Des*. **2011**, *11*, 4747-4750.

94. Eichman, C. C.; Cohen, D. T.; Scheidt, K. A. "(S)-5-Benzyl-2-mesityl-6,6-dimethyl-6,8-dihydro-5H-[1,2,4]triazolo[3,4-C][1,4]oxazin-2-ium tetrafluoroborate," *The Electronic Encyclopedia of Reagents for Organic Synthesis,* 2011.

93. Atienza, R. L.; Scheidt, K. A. "N-Heterocyclic Carbene-Promoted Rauhut-Currier Reactions between Vinyl Sulfones and α,β-Unsaturated Aldehydes," *Aust. J. Chem.* 2011, *64*, 1158–1164. Invited contribution.

92. Crane, E. A.; Zabawa, T. P.; Farmer, R. L.; Scheidt, K. A. "Enantioselective Synthesis of (–)-Exiguolide by Iterative Stereoselective Dioxinone-Directed Prins Cyclizations," *Angew. Chem. Int. Ed.* **2011** *50*, 9112-9115.

91. Atienza, R. L.; Roth, H.; Seymour, J. L.; Scheidt, K. A. "*N*-Heterocyclic Carbene-Catalyzed Rearrangements of Vinyl Sulfones," *Chem. Sci*. 2011, *2*, 1772-1776.

90. Wang, J; Crane, E. A.; Scheidt, K. A.* "Highly Stereoselective Brønsted Acid Catalyzed Synthesis of Spirooxindole Pyrans," *Org. Lett*. 2011, 13, 3086-3089

89. Tenenbaum, J. M.; Morris, W. J.; Custar, D. W.; Scheidt, K. A. "Synthesis of (–)-Okilactomycin by a Prins-Type Fragment Assembly Strategy," *Angew. Chem. Int. Ed.* **2011**, *50*, 5892-5895.

88. Kleinman, S. L.; Ringe, E.; Valley, N.; Wustholz, K. L.; Phillips, E. M.; Scheidt, K. A.; Schatz, G. C.; Van Duyne, R. P. "Single-Molecule Surface-Enhanced Raman Spectroscopy of Crystal Violet Isotopologues: Theory and Experiment," *J. Am. Chem. Soc.* **2011**, *133*, 4115-4122.

87. Cohen, D. T.; Cardinal-David, B.; Roberts, J. M.; Sarjeant, A. A.; Scheidt, K. A. "NHC-Catalyzed/Titanium(IV)–Mediated Highly Diastereo- and Enantioselective Dimerization of Enals," *Org. Lett.* **2011**, *13*, 1068–1071.

86. Cohen, D. T.; Cardinal-David, B.; Roberts, J. M.; Scheidt, K. A. "Lewis Acid Activated Synthesis of Highly Substituted Cyclopentanes by the N-Heterocyclic Carbene Catalyzed Addition of Homoenolate Equivalents to Unsaturated Ketoesters," *Angew. Chem. Int. Ed.* **2011**, 50, 1678-1682. VIP and cover art.

85. Phillips, E. M.; Riedrich, M.; Scheidt, K. A. "N-Heterocyclic Carbene-Catalyzed Conjugate Additions of Alcohols," *J. Am. Chem. Soc.* **2010**, *132*, 13179–13181.

84. Crane, E. A.; Scheidt, K. A. "Prins-Type Macrocyclizations as an Efficient Ring-Closing Strategy in Natural Product Synthesis," *Angew. Chem. Int. Ed.* **2010**, *49*, 8316-8326.

83. Farmer, R. L.; Biddle, M. M.; Nibbs, A. E.; Huang, X. K.; Xu, L.; Bergan, R. C.; Scheidt, K. A. "Concise Syntheses of the Abyssinones and Discovery of New Inhibitors of Prostate Cancer and MMP-2 Expression," *ACS Med. Chem. Lett.* **2010**, *1*, 400-405.

82. Scheidt, K. A. "Amide Bonds Made in Reverse," *Nature,* News and Views, **2010**, *465,* 1020–1022.

81. Cardinal-David, B.; Raup, D. E. A; Scheidt, K. A. "Cooperative *N*-Heterocyclic Carbene/Lewis Acid Catalysis for Highly Stereoselective Annulation Reactions with Homoenolates," *J. Am. Chem. Soc.* **2010**, *132*, 5345–5347

80. Phillips, E. M.; Roberts, J. M.; Scheidt, K. A. "Catalytic Enantioselective Total Synthesis of Bakkenolides I, J, and S: Application of a Carbene-Catalyzed Desymmetrization," *Org. Lett.* **2010**, *12*, 2830–2833.

79. Raup, D. E. A.; Cardinal-David, B.; Holte, D.; Scheidt, K. A. "Cooperative Catalysis by Carbenes and Lewis Acids in a Highly Stereoselective Route to γ-Lactams," *Nat. Chem.* **2010**, *2*, 766-771.

78. Brekan, J. A.; Reynolds, T. E; Scheidt, K. A. "Enantioselective Synthesis of Substituted Indanones from Silyloxyallenes," *J. Am. Chem. Soc.* **2010**, *132*, 1472-1473.

77. Phillips, E. M.; Chan, A.; Scheidt, K. A. * "Discovering New Reactions with N-Heterocyclic Carbene Catalysis," *Aldrichimica Acta* **2009***, *42*, 55-66.

76. Kawanaka, Y.; Phillips, E. M.; Scheidt, K. A.* "*N*-Heterocyclic Carbene-Catalyzed Enantioselective Mannich Reactions with α-Aryloxyacetaldehyde," *J. Am. Chem. Soc.* **2009**, *131*, 18028-18029.

75. Nibbs, A. E.; Maize, A. L.; Herter, R. M.; Scheidt, K. A.* "Catalytic Asymmetric Alkylation of Substituted Isoflavanones," *Org. Lett.* **2009**, *11*, 4010–4013.

74. Lee, J. Y.; Roberts, J. M.; Farha, O. K.; Sarjeant, A. A.; Scheidt, K. A.; Hupp, J. T. "Synthesis and Gas Sorption Properties of a Metal-Azolium Framework (MAF) Material," *Inorg. Chem.* **2009**, *48,* 9971-9973.

73. Maki, B. E.; Patterson, E. V.; Cramer, C. J.; Scheidt, K. A. "Impact of Solvent Polarity on *N*-Heterocyclic Carbene-Catalyzed β-Protonations of Homoenolate Equivalents," *Org. Lett.* **2009***, 11*, 3942-3945.

72. Custar, D. W.; Zabawa, T. P.; Hines, J.; Crews, C. M.; Scheidt, K. A. "Total Synthesis and Structure-Activity Investigation of the Marine Natural Product Neopeltolide," *J. Am. Chem. Soc.* **2009**, *131*, 12406–12414.

71. Lettan II, R. B.; Galliford, C. V.; Woodward, C. C.; Scheidt, K. A. "Amide Enolate Additions to Acylsilanes: In Situ Generation of Unusual and Stereoselective Homoenolate Equivalents," *J. Am. Chem. Soc.* **2009**, *131*, 8805-8814.

70. Lee, J.; Farha, O. K.; Roberts, J.; Scheidt, K. A.; Nguyen S. T.; Hupp, J. T. "Metal-Organic Framework Materials as Catalysts," *Chem. Soc. Rev.* **2009**, *38*, 1450- 1459.

69. Xu, L.; Ding, Y. Z.; Catalona, W. J.; Yang, X. M.; Anderson, W. F.; Jovanovic, B.; Wellman, K.; Killmer, J.; Huang, X. K.; Scheidt, K. A.; Montgomery, R. B.; Bergan, R. C. "MEK4 Function, Genisten Treatment, and Invasion of Human Prostrate Cancer Cells," *J. Nat. Can. Inst.* **2009**, *101*, 1141-1155.

68. Maki, B. E.; Scheidt, K. A. "Single Flask Synthesis of N-Acylated Indoles by Catalytic Dehydrogenative Coupling with Primary Alcohols," *Org. Lett.* **2009**, *11*, 1651-1654.

67. Phillips, E. M.; Wadamoto, M.; Roth, H. S.; Ott, A. W.; Scheidt, K. A. "NHC-Catalyzed Reactions of Aryloxyacetaldehydes: A Domino Elimination/Conjugate Addition/Acylation Process for the Synthesis of Substituted Coumarins," *Org. Lett.* **2009**, *11*, 105-108.

66. Mathies, A. K.; Mattson, A. E.; Scheidt, K. A. "Intermolecular Cross-Acyloin Reactions by Fluoride-Promoted Additions of *O*-Silyl Thiazolium Carbinols," *Synthesis,* Invited Contribution to Special Edition for Journal Awardees. **2009,** 377-383.

65. Phillips, E. M.; Wadamoto, M.; Scheidt, K. A. "Synthesis of Enantioenriched α,α-Disubstituted Cyclopentenes Catalyzed by N-Heterocyclic Carbenes," *Synthesis-Stuttgart,* **2009**, 687-690.

64. Maki, B. E.; Chan, A.; Phillips, E. M.; Scheidt, K. A. "N-Heterocyclic Carbene-Catalyzed Oxidations" *Tetrahedron*, invited article for special Justin DuBois Issue. **2009**, *65*, 3102-3109.

63. Reynolds, T. E.; Binkely, M. S.; Scheidt, K. A. "Highly Selective α-Acylvinyl Anion Additions to Imines," *Org. Lett.* **2008**, *10*, 5227-5230.

62. Gibbs-Davis, J. M.; Kruk, J. J.; Konek, C. T.; Scheidt, K. A.; Geiger, F. M. "Jammed Acid-Base Reactions at Interfaces," *J. Am. Chem. Soc.* **2008***, 130*, 15444-15447.

61. Stokes, G. Y.; Buchbinder, A. M.; Gibbs-Davis, J. M.; Scheidt, K. A.; Geiger, F. M. "Heterogeneous Ozone Oxidation Reactions of 1-Pentene, Cyclopentene, Cyclohexene, and a Menthenol Derivative Studied by Sum Frequency Generation," *J. Phys. Chem. A.* **2008**, *112*, 11688-11698.

60. Maki, B. E. and Scheidt, K. A. "N-Heterocyclic Carbene-Catalyzed Oxidation of Unactivated Aldehydes to Esters," *Org. Lett.* **2008**, *10*, 4331-4334.

59.  Reynolds, T. E.; Binkely, M. S.; Scheidt, K. A. "Lewis Acid-Catalyzed Conjugate Additions of Silyloxyallenes: A Selective Solution to the Intermolecular Rauhut-Currier Problem," *Org. Lett.* **2008**, *10*, 2449–2452.

58.  Maki, B. E. Chan. A.; Scheidt, K. A. "Protonation of Homoenolate Equivalents Generated by N-Heterocyclic Carbenes" *Synthesis-Stuttgart*, invited Feature Article. **2008**, 1306-1315.

57.  Galliford, C. V. and Scheidt, K. A. "An Unusual Dianion Equivalent from Acylsilanes for the Synthesis of Substituted β-Keto Esters," *Chem. Comm.* **2008**, 1926-1928.

56.  Chan. A. and Scheidt, K. A. "Direct Amination of Homoenolates Catalyzed by N-Heterocyclic Carbenes," *J. Am. Chem. Soc.* **2008**, *130*, 2740-2741.

55.  Phillips, E. M.; Reynolds, T. E.; Scheidt, K. A. "Highly Diastereo- and Enantioselective Additions of Homoenolates to Nitrones Catalyzed by *N*-Heterocyclic Carbenes," *J. Am. Chem. Soc.* **2008**, *130*, 2416-2417.

54.  Lettan II, R. B.; Woodward, C. C.; Scheidt, K. A. "Highly Stereoselective Synthesis of Substituted γ-Lactams from Acylsilanes," *Angew. Chem. Int. Ed.* **2008**, *47*, 2294-2297.

53.  Custar, D. W.; Zabawa, T. P.; Scheidt, K. A. "Total Synthesis and Structural Revision of the Marine Macrolide Neopeltolide," *J. Am. Chem. Soc.* **2008**, *130*, 804-805.

52.  Dieringer, J. A.; Lettan, R. B., II; Scheidt, K. A.; Van Duyne, R. P. "A Frequency Domain Existence Proof of Single-Molecule Surface-Enhanced Raman Spectroscopy," *J. Am. Chem. Soc.* **2007**, *129*, 16249-16256.

51.  Reynolds, T. E. and Scheidt, K. A. "Catalytic Enantioselective **α** -Acylvinyl Anoin Reactions of Silyloxyallenes," *Angew. Chem Int. Ed.* **2007**, *46*, 7806-7809.

50.  Wadamoto, M.; Phillips, E. M.; Reynolds, T. E.; Scheidt, K. A. "Enantioselective Synthesis of α,α-Disubstituted Cyclopentenes by *N*-Heterocyclic Carbene-Catalyzed Desymmetrization of 1,3-Diketones," *J. Am. Chem. Soc.* **2007**, *129,* 10098-10099.

49.  Scheidt, K. A. and Mattson, A. E.  "5-(1,1-dimethylethyl)-5,6-dihydro-2-phenyl-(5S)-oxazolo[2,3-c]-1,2,4-triazolium tetrafluoroborate," in *The Electronic Encyclopedia of Reagents for Organic Synthesis*. **2007**.

48.  Reynolds, T. E.; Stern, C. A.; Scheidt, K. A. "*N*-Heterocyclic Carbene-Initiated α-Acylvinyl Anion Reactivity: Additions of α-Hydroxypropargylsilanes to Aldehydes," *Org. Lett.* **2007**, *9*, 2581-2584.

47.  Galliford, C. V. and Scheidt, K. A. "Pyrrolidinyl-Spirooxindole Natural Products as Inspirations for the Development of Potential Therapeutic Agents," *Angew. Chem. Int. Ed.* **2007**, *46*, 8748-8758.

46.  Chan, A. and Scheidt, K. A. "Highly Stereoselective Formal [3+3] Cycloaddition of Enals and Azomethine Imines Catalyzed by *N*-Heterocyclic Carbenes," *J. Am. Chem. Soc.* **2007**, *129*, 5334-5335.

45.   Gibbs-Davis, J. M.; Hayes, P. L.; Scheidt, K. A.; Geiger, F. M. "Anion Chelation by Amido Acid Functionalized Fused Quartz/Water Interfaces Studied by Nonlinear Optics," *J. Am. Chem. Soc.* **2007**, *129*, 7175-7184.

44.   Milgram, B. C.; Eskildsen, K.; Richter, S. M.; Scheidt, W. R., Scheidt, K. A. "Microwave-Assisted Piloty–Robinson Synthesis of 3,4-Disubstitued Pyrroles," *J. Org. Chem.* **2007**, *72,* 3941-3944.

43.   Mattson, A. E. and Scheidt, K. A. "Nucleophilic Acylation of o-Quinone Methides: An Umpolung Strategy for the Synthesis of α-Aryl Ketones and Benzofurans," *J. Am. Chem. Soc.* **2007**, *129*, 4508-4509.

42.   Biddle, M. M.; Lin, M.; Scheidt, K. A. "Catalytic Enantioselective Synthesis of Flavanones and Chromanones," *J. Am. Chem. Soc.* **2007**, *129,* 3830-3831

41.   Phillips, E. M.; Wadamoto, M.; Chan, A.; Scheidt, K. A. "A Highly Enantioselective Intramolecular Michael Reaction Catalyzed by *N*-Heterocyclic Carbenes," *Angew. Chem. Int. Ed.* **2007**, *46*, 3107-3110.

40.   Galliford, C. V. and Scheidt, K. A. "Catalytic Multicomponent Reactions for the Synthesis of N-Aryl Trisubstituted Pyrroles," *J. Org. Chem.* **2007**, *72*, 1811-1813.

39.   Hayes, P. L.; Gibbs-Davis, J. M.; Musorrafiti, M. J.; Mifflin, A. M.; Scheidt, K. A.; Geiger, F. M. "Environmental Biogeochemistry Studied by Second-Harmonic Generation: A Look at the Agricultural Antibiotic Oxytetracycline," invited contribution to the Kenneth B. Eisenthal Festschrift in *J. Phys. Chem. C.* **2007**, 111, 8796-8804.

38.   Maki, B. E.; Chan, A.; Phillips, E. M.; Scheidt, K. A. "Tandem Oxidation of Allylic and Benzylic Alcohols to Esters Catalyzed by *N*-Heterocyclic Carbenes," *Org. Lett.* **2007**, *9*, 371-374.

37.   Lettan II, R. B.; Milgram, B. C.; Scheidt, K. A. "Synthesis of Acylsilanes from Morpholine Amides. Synthesis of 1-(Dimethyl(Phenyl)silyl)Propan-1-One," *Org. Syn.* **2007**, *84*, 22-31.

36.   Voges, A. B; Stokes, G. Y.; Gibbs-Davis, J. M.; Lettan, R. B., II; Bertin, P. A.; Pike, R. C.; Nguyen, S. T.; Scheidt, K. A.; Geiger, F. M. "Insights into Heterogeneous Atmospheric Oxidation Chemistry: Development of a Tailor-Made Synthetic Model for Studying Tropospheric Surface Chemistry," invited feature article for *J. Phys. Chem. C.* **2007**, *111*, 1576-1578.

35.   Galliford, C. V.; Martenson, J. S.; Stern, C.; Scheidt, K. A. "A Highly Diastereoselective, Catalytic Three-component Assembly Reaction for the Synthesis of Spiropyrrolidinyloxindoles," *Chem. Commun.* **2007,** 631-633.

34.   Lettan II, R. B.; Reynolds, T. E.; Galliford, C. V.; Scheidt, K. A. "Synthesis of Tertiary β-Hydroxy Amides by Enolate Additions to Acylsilanes," *J. Am. Chem. Soc.* **2006**, *128,* 15566-15567.

33.   Scheidt, K. A. and Lettan II, R. B. 'Triethoxysilane (Update)' in *The Electronic Encyclopedia of Reagents for Organic Synthesis.* **2006.**

32.   Reynolds, T. E.; Bharadwaj, A. R.; Scheidt, K. A. "Stereoselective Lewis Acid-Catalyzed α-Acylvinyl Additions," J. Am. Chem. Soc. 2006, 128, 15382-15383.

31.   Mattson, A. E.; Bharadwaj, A. R; Zuhl, A. M.; Scheidt, K. A. "Thiazolium-Catalyzed Additions of Acylsilanes:  A General Strategy for Acyl Anion Addition Reactions," J. Org. Chem. 200**6**, *71*, 5714-5724.

30.   Chan, A. and Scheidt, K. A. "Hydroacylation of Activated Ketones Catalyzed by *N*-  Heterocyclic Carbenes," *J. Am. Chem. Soc.* **2006**, *128*, 4558-4559.

29.   Mattson, A. E.; Zuhl, A. M.; Reynolds, T. E.; Scheidt, K. A. "Direct Nucleophilic Acylation of Nitroalkenes Promoted by a Fluoride Anion/Thiourea Combination," *J. Am. Chem. Soc.* **2006**, *128*, 4932-4933.

28.   Graves, C. R.; Scheidt, K. A.; Nguyen, S. T. "Enantioselective MSPV Reduction of Ketimines Using 2-Propanol and (BINOL)Al(III)" *Org. Lett.* **2006**, *8*, 1229-1232.

27.   Myers, M. C.; Bharadwaj, A. R; Milgram, B. C.; Scheidt, K. A. "Catalytic Conjugate Additions of Carbonyl Anions Under Neutral Aqueous Conditions," *J. Am. Chem. Soc.* **2005**, *127*, 14675-14680.

26    Lettan, R. B. and Scheidt, K. A. "Lewis Base-Catalyzed Additions of Alkynes Using Trialkoxysilylalkynes," *Org. Lett.* **2005**, *7*, 3227-3230.

25.   Ballweg, D. M.; Miller, R. C.; Gray, D. L.; Scheidt, K. A. "Stereoselective Synthesis of α-silylamines by the Direct Addition of Silyl Anions to Activated Imines," *Org. Lett.* **2005**, *7*, 1403-1406.

24.   Morris, W. J.; Custar, D. W.; Scheidt, K. A. "Stereoselective Synthesis of Tetrahydropyran-4-ones from Dioxinones Catalyzed by Scandium(III) Triflate," *Org. Lett.* **2005**, *7* 1113-1116.

23.   Chernick, E. T.; Ahrens, M. J.; Scheidt, K. A.; Wasielewski, M. R. "Copper-Promoted *N*-Arylations of Cyclic Imides within Six-Membered Rings: A Facile Route to Arylene-Based Organic Materials," *J. Org. Chem.* **2005**. *70*, 1486-1489.

22.   Chan, A. and Scheidt, K. A. "Conversion of α,β-unsaturated Aldehydes into Saturated Esters: An Umpolung Reaction Catalyzed by Nucleophilic Carbenes," *Org. Lett.* **2005**, *7*, 905-908.

21.   Mattson, A. E. and Scheidt, K. A. "Catalytic Additions of Acylsilanes to Imines: An Acyl Anion Strategy for the Direct Synthesis of α-Amino Ketones," *Org. Lett.* **2004**, *6*, 4363-4366.

20.   Clark, C. T.; Milgram, B. C.; Scheidt, K. A. "Efficient Synthesis of Acylsilanes using Morpholine Amides," *Org. Lett.* **2004**, *6*, 3977-3980.

19.   Bharadwaj, A. R. and Scheidt, K. A. "Catalytic, Multicomponent Synthesis of Highly Substituted Pyrroles Utilizing a One-Pot Sila-Stetter/Paal-Knorr Strategy," *Org. Lett.* **2004**, *6*, 2465-2468.

18.   Mattson, A. E.; Bharadwaj, A.; Scheidt, K. A. "The Thiazolium-Catalyzed Sila-Stetter Reaction: Conjugate Addition of Acylsilanes to Unsaturated Esters and Ketones," *J. Am. Chem. Soc.* **2004**, *126*, 2314-2315.

17.   Clark, C. T.; Lake, J. F.; Scheidt, K. A. "Copper(I)-Catalyzed Disilylation of Alkylidene Malonates Employing a Lewis Base Activation Strategy," *J. Am. Chem. Soc.* **2004**, *126*, 84-85.

16. Galliford, C. V; Beenen, M. A.; Nguyen, S. T.; Scheidt, K. A.; "Catalytic, Three-Component Assembly Reaction for the Synthesis of Pyrrolidines," *Org. Lett.* **2003**, *5*, 3487-3490.

## PUBLICATIONS FROM POSTDOCTORAL AND GRADUATE RESEARCH

15. Handa, M.; Scheidt, K. A.; Bossart, M.; Zheng, N.; Roush, W. R. "Studies on the Synthesis of Apoptolidin A. 1. Synthesis of the C(1)-C(11) Fragment," *J. Org. Chem.* **2008**, *73*, 1031-1035.

14. Evans, D. A; Fandrick, K. R.; Song, H.-J.; Scheidt, K. A.; Xu, R. "Enantioselective Friedel-Crafts Alkylations Catalyzed by Bis(oxazolinyl)pyridine-Scandium Triflate Complexes," *J. Am. Chem. Soc.* **2007**, *129*, 10029-10041.

13. Evans, D. A; Scheidt, K. A.; Fandrick, K. R.; Lam, H. W.; Wu, J. "Enantioselective Friedel-Crafts Alkylations Catalyzed by Bis(oxazolinyl)pyridine-Scandium Triflate Complexes," *J. Am. Chem. Soc.* **2003**, *125*, 10780-10781.

12. Evans, D. A.; Borg, G.; Scheidt, K. A. "Remarkably Stable Tetrahedral Intermediates–Carbinols from Nucleophilic Additions to N-Acylpyrroles," *Angew. Chem. Int. Ed.* **2002**, *41*, 3188-3191.

11. Scheidt, K. A.; Bannister, T. D.; Tasaka, A.; Wendt, M. D.; Savall, B. D.; Fegley, G. J.; Roush, W. R. "Total Synthesis of (–)-Bafilomycin A$_1$," *J. Am. Chem. Soc.* **2002**, *124*, 6981- 6990.

10. Roush, W. R.; Bannister, T. D.; Wendt, M. D.; Jablonowski, J. A.; Scheidt, K. A. "Studies on the Synthesis of Bafilomycin A$_1$: Stereochemical Aspects of the Fragment Assembly Aldol Reaction for Construction of the C(13)-C(25) Segment," *J. Org. Chem.* **2002**, *67*, 4275-4283.

9. Roush, W. R.; Bannister, T. D.; Wendt, M. D.; VanNieuwenhze, M. S.; Gustin, D. J.; Dilley, G. D.; Lane, G. C.; Scheidt, K. A.; Smith, W. J. "An NMR Method for Assigning Stereochemistry to β-Hydroxy Ketones Deriving from Aldol Reactions of Methyl Ketones," *J. Org. Chem.* **2002**, *67*, 4284-4289.

8. Evans, D. A.; Scheidt, K. A.; Downey, C. W. "Synthesis of (–)-Epibatidine," *Org. Lett.* **2001**, *3*, 3009-3012.

7. Evans, D. A.; Scheidt, K. A.; Johnston, J. N.; Willis, M. C. "Enantioselective and Diastereoselective Mukaiyama-Michael Reactions Catalyzed by Bis(oxazoline) Copper(II) Complexes," *J. Am. Chem. Soc.* **2001**, *123*, 4480-4491.

6. Scheidt, K. A.; Tasaka, A.; Bannister, T. D.; Wendt, M. D.; Roush, W. R. "Total Synthesis of (–)-Bafilomycin A$_1$: Application of Diastereoselective Crotylboration and Methyl Ketone Aldol Reactions," *Angew. Chem. Int. Ed.* **1999**, *38*, 1652-1655.

5. Scheidt, K. A.; Roush, W. R.; McKerrow, J. H.; Selzer, P. M.; Hansell, E.; Rosenthal, P.J. "Structure-Based Design, Synthesis and Evaluation of Conformationally Constrained Cysteine Protease Inhibitors," *Bioorg. Med. Chem.* **1998**, *6*, 2477-2494.

4. Roush, W. R.; Gwaltney, S. L.; Cheng, J.; Scheidt, K. A.; McKerrow, J. H.; Hansell, E. "Vinyl Sulfonate esters and Vinylsulfonamides: Potent, Irreversible Inhibitors of Cysteine Proteases," *J. Am. Chem. Soc.* **1998**, *120*, 10994-10995.

3.   Scheidt, K. A.; Chen, H.; Follows, B. C.; Chemler, S. R.; Coffey, D. S.; Roush, W. R. "Tris(dimethylamino)sulfonium difluorotrimethylsilicate, a Mild Reagent for the Removal of Silicon Protecting Groups," *J. Org. Chem.* **1998**, *63*, 6436-6437.

2.   Scheidt, K. A.; Roush, W. R. "Applications of Zr-Catalyzed Carbomagnesation and Mo-Catalyzed Macrocyclic Ring Closing Metathesis in Asymmetric Synthesis: Enantioselective Synthesis of Sch 38516 (Fluvirucin B)," *Chemtracts* **1998**, *11*, 522-530.

1.   Miller, M. J.; Darwish, I.; Ghosh, A.; Ghosh, M.; Hansel, J.-G.; Hu, J.; Niu, C.; Ritter, A.; Scheidt, K. A.; Süling, C.; Sun, S.; Zhang, D.; Buddle, A.; De Clercq, E.; Long, S.; Malouin, F.; Moellmannin, U. "Design, Syntheses and Studies of New Antibacterial, Antifungal and Antiviral Agents," *Anti-infectives: Recent Advances in Chemistry and Structure-Activity Relationships.* P. H. Bentley and P. J. O'Hanlon, Eds. Royal Society of Chemistry Special Publication No. 198. Cambridge, UK. **1997**.

## NORTHWESTERN BOOK CHAPTERS

5.   Hovey, M. T.; Jaworski, A. A.; Scheidt, K. A. "N-Heterocyclic Carbene Catalysis in Natural Product and Complex Target Synthesis," NHC Organocatalysis, Ed. Akkattu Biju, Wiley, 2017.

4.   Tenenbaum, J. M.; Morris, W. J.; Custar, D. W.; Scheidt, K. A. "Exploring Prins Strategies for the Synthesis of Okilactomycin," in Strategies and Tactics in Organic Synthesis 9, Ed. Harmata. Elsivier, 2013.

3.   O'Bryan, E. A.; Scheidt, K. A. "Acyloin Coupling Reactions," Comprehensive Organic Synthesis II. Vol 3, Ed. Marek, I. Elsivier, 2013.

2.   Scheidt, K. A.; Phillips, E. M.; Dugal-Tessier, J. "N-Heterocyclic Carbene Catalyzed Aldol Desymmetrizations," in Asymmetric Catlasis II, Eds. Christmann and Brase. Wiley-VCH, 2012.

1.   Cardinal-David, B.; Scheidt, K.A. "Carbene Catalysis: Beyond the Benzoin and Stetter Reactions," in *Inventing Reactions: Topics in Organometallic Chemistry*, Ed. Goosen. Springer, 2011.

## PATENTS (Filed, Pending, Issued)

22.   Karl Scheidt; Grant Frost; Stephen Kron. "Telomerase Targeting Agents." Provisional filing U.S. Patent 63/049,531.

21.   Richard Betori; Scott Cohen; Stephen Kron; Ding Liu; Yue Liu; Rama Mishra; Karl Scheidt. "3-Methylideneoxan-4-One Compounds and Substituted Derivatives Thereof as Inhibitors of Telomerase." Provisional filing NU 62/883,588.

20.   Mark Andrew Maskeri; Karl Scheidt. "Substituted Tetrahydropyranoindoles, Derivatives Thereof, and Their Methods of Synthesis and Use." Utility filing U.S. Patent 16/924,943.

19.   Richard Betori; Benjamin McDonald; Karl Scheidt. "Substituted Chromanes, Analogs Thereof, and Methods of Use and Synthesis." Utility filing, U.S. Patent 16/923,843.

18.   Matthew Clutter; Ada Jade Kwong; Gary Schiltz. "3-Arylindazoles as Selective MEK4 Inhibitors." Utility filing U.S. Patent 16/910,433.

17.   Ansoo Lee; Karl Scheidt. "Substituted Dihydrobenzoxazinones, Dihydroquinolones, and Methods of their Use and Synthesis." Utility filing U.S. Patent 16/920,566.

16.   Richard Betori; Ansoo Lee; Karl Scheidt. "Enantioselective Cross Dehydrogenative Coupling Reactions and Compounds Synthesized by the Reactions." U.S. Patent 16/710,512.

15.   Adam Csakai; Herbert Meltzer; Karl Scheidt. "Beta-Carbolines as Positive Allosteric Modulators of the Human Serotonin Receptor 2C (5-HT2C)." U.S. Patent PCT/US2019/054337.

14.   Karl Scheidt; Brice Uno. "Catalysts and Methods for Enantioselective Conjugate Additions of mines to Unsaturated Electrophiles." U.S. Patent 10,781,172, 17/027,687.

13. Karl Scheidt; Gary Schiltz. "Substituted fused pyrrolo-diazepinones and uses thereof." U.S. Patent 16/295,864, PCT/US2019/021185.
12. Herbert Meltzer, Karl Scheidt, Ashkaan Younai, Bi-Shun Zeng. "Enantioselective Syntheses of Heteroyohimbine Natural Product Intermediates." U.S. Patent 10,323,039, 10,654,865, PCT/US2016/030587.
11. Raymond Bergan; Karl Scheidt; Li Xu. "Inhibition of Cancer Cell Motility." U.S. Patent 9,839,625, 10,231,949, 10,780,076, EPO 15857178.6.
10. Christopher Check; Kipo Jang; Karl Scheidt. "Chiral Imidazolium Salts for Asymmetric Catalysis." U.S. Patent 9,334,297.
9. Christopher Check; Michael Hovey, Jr.; Karl Scheidt. "N-Heterocyclic Carbene-Catalyzed Synthesis of 2-Aryl Indoles." U.S. Patent 9,527,812.
8. Karl Scheidt; Bi-Shun Zeng. "Catalytic Enantioselective Synthesis of 2-Aryl Chromenes and Related Phosphoramidite Ligands and Catalyst Compounds." U.S. Patent 9,309,217, 9,624,190, 9,840,487, 10,308,624.
7. Elizabeth Dhulst; William Heath; Emily Leitsch; Vince Lombardo; Karl Scheidt; John Torkelson; Nathan Wilmot. "Catalyst for Non-Isocyanate Based Polyurethane." U.S. Patent 9,260,564.
6. Javier Izquierdo-Ferrer; Karl Scheidt. "7-Membered Fused Heterocycles and Methods of Their Synthesis." U.S. Patent, 9,643,947.
5. Elizabeth McCusker; Karl Scheidt. "Enantioselective N-Heterocyclic Carbene-Catalyzed Annulation Reactions with Imidazolidinones." U.S. Patent 8,912,341.
4. Nancy Krett; Steven Rosen; Karl Scheidt; Gary Schiltz. "Substituted Pyrrolo[2,3-d]Pyrimidines for the Treatment of Cancer." U.S. Patent 9,981,968.
3. Omar Farha; Joseph Hupp; John Roberts; Karl Scheidt. "Azolium Metal-Organic Frameworks." U.S. Patent 9,090,634, 9,512,146.
2. Raymond Bergan; Margaret Biddle; Karl Scheidt. "Catalytic Enantioselective Synthesis of Chromanones." U.S. Patent 7,851,640.
1. Raymond Bergan; Karl Scheidt. "Inhibition and Treatment of Prostate Cancer Metastasis." U.S. Patent 8,481,760, 8,742,141.


## EXPERT WITNESS CONSULTING
### Completed
1. Bunge Oil patent application case, hired by CookAlex, 2010. Analysis report.
2. Incyte Corporation, hired by Finnegan, Henderson, Farabow, Garret & Dunner, 2016. Analysis report.
3. Beloteca, Inc. vs. Apicore US, LLC and Mylan Institutional, LLC (hired by HuschBlackwell for Beloteca). Expert reports.
4. Bristol-Myers-Squibb Company and Pfizer vs. Aurobindo Pharma LTD. Case No. 1:17-cv-00374-LPS. Hired by HuschBlackwell for Aurobindo. Expert reports. Deposition, July 2019. Trial testimony, Nov. 2019 in Delaware.
5. Merck Sharp and Dohme vs. Alvogen Pine Brook LLC, Anchen Pharmaceuticals, Apotex Pharmaceuticals, Macleod Pharmaceuticals, Sun Pharmaceuticals, Teva Pharmaceuticals USA, Inc. and Watson Laboratories, Inc., in Connection with Sitagliptin Patent Litigation. Case Nos. 1:19-cv-00317-RGA and 1:19-cv-00318-RGA. Hired by GoodwinProctor for defendants. Analysis report.
6. Adverio Pharma GMBH, Bayer AG vs. Alembic Pharmaceuticals LTD et al. Case 1:18-cv-00073-LPS. Hired by GoodwinProctor for Alembic et al. Expert reports. Deposition, Sept. 2020. Trial testimony, Dec. 2020 in Delaware/virtual. Case settled.

**Ongoing:**

7.  Hoffmann-La Roche, Inc., Chugai Pharmaceutical Co. Ltd., and Genentech, Inc. vs. Fresenius Kabi et al.  Case No. 20-00394 (D. Del.) Hired by PaulWeiss for Genetech, Inc. et al.

## INVITED PRESENTATIONS (since 2015)

168.  Basel Chemistry Society, Basel, Switzerland, August 2021
167.  East China University of Science and Technology, September 2019
166.  University of Missouri, St. Louis, April 2019
165.  University of Kansas, April 2019
164.  Welch Lecturer, University of Texas, San Antonio, April 2019
163.  University of Colorado, Boulder, March 2019
162.  University of California, Los Angeles, February 2019
161.  University of Texas, San Antonio, November 2018
160.  Balticum Organicum Syntheticum (BOS 2018), Tallinn, Estonia, July 2018
159.  New York University, April 2018
158.  Departmental Colloquium & Organic Chemistry Day, University of Missouri, March 2018
157.  University of British Columbia, March 2018
156.  IUPAC World Chemistry Congress, Sao Paulo, Brazil July 2017
155.  Telluride Science Research Center, Telluride, Colorado, June 2017
154.  University of James the 1st, Castillo, Spain, April 2017
153.  University of Saskatchewan, March 2017
152.  Philadelphia Organic Chemists' Club, University of Pennsylvania, January 2017
151.  Telluride Science Research Center, Telluride Colorado, July 2016
150.  Heron 7: Reactive Intermediates and Unusual Molecules, July 2016
149.  3rd US Spain Conference on Asymmetric Synthesis and Catalysis, Bilbao, May 2016
148.  47th Central Regional Meeting of the American Chemical Society, Cincinnati, OH, May 2016
147.  Caltech, Pasadena, CA, April 2016.
146.  North Carolina State University, January 2016
145.  Fudan University, Shanghai, China, November 2015
144.  Tianjin University, Tianjin, China, November 2015
143.  Tsinghua University, Beijing, China, November, 2015
142.  Peking University, Beijing, China, November, 2015
141.  Plenary Lecture, Plant Derived Polyphenols as Drug Leads, Dresden, Germany, September, 2015
140.  Bristol Myers Squibb, Wallingford, CT, September, 2015
139.  Bristol Myers Squibb, New Brunswick, NJ, September, 2015
138.  Bristol Myers Squibb, Lawrenceville, NJ, September, 2015
137.  Organic Reactions Gordon Conference, July 2015
136.  Indiana University, April 2015

## EDUCATION AND OUTREACH

1.  Alumnae of Northwestern, New Frontiers in Science series, "21st Century Medicines Inspired by Nature," June 11, **2019.**
2.  Westminster Place Lecture, October 24**, 2016**. "Medicines that Changed the World"
3.  Alumnae of Northwestern Food Course 2012. "Science in the Kitchen: An Introduction to Food Chemistry," May 31, **2012.**
4.  Guest lecturer, Winter 2012 Freshmen Seminar (Goldberg) "Science, Pseudoscience, and Scientific Hoaxes," February 28, **2012.**
5.  Chicago Biomedical Consortium Tech Day: Small molecule discovery in academia. June 9, **2012.**
6.  Advising for "PhD Prep" program by the Graduate School for Northwestern undergraduate students.

7.  Honors Day Celebration Speech, Invited. Northwestern Graduation Ceremonies, June 17, **2011.**
8.  Northwestern Regents Annual Meeting 2011. "Controlling Metastasis: A New Approach to Prostate Cancer Prevention and Treatment," April 30, **2011.**
9.  Alumnae of Northwestern, Great Minds/Great Ideas Series. "Medicines that Changed the World: The Evolution of 20th Century Drugs," March 17, **2011.**
10. Alumnae of Northwestern Annual meeting. "Alumnae Teaching Professor: Year in Review- teaching, research, and everything else!" February 21, **2011.**

## PEER-REVIEW AND RELATED ACTIVITIES
### Journal Reviewer
Nature, Science, Angewandte Chemie International Edition, Journal of the American Chemical Society, Nature Chemistry Biology, Proceedings of the National Academy of Sciences, Nature Communications, Nature Chemistry, Chemical Sciences, Accounts of Chemical Research, Journal of Organic Chemistry, Organic Letters, Tetrahedron Letters, Tetrahedron, Tetrahedron Asymmetry, Synthesis, Synlett, Chemical Communications, Chemical Reviews, Organometallics, Organic and Bioorganic Chemistry, Journal of the Brazilian Chemical Society, Beilstein Journal of Organic Chemistry, Heterocycles, European Journal of Organic Chemistry, Chemistry: A European Journal, Advanced Synthesis and Catalysis, Chirality

**Editorial Board Member:** Green Synthesis and Catalysis (http://www.keaipublishing.com/en/journals/green-synthesis-and-catalysis/)

### Reviewer for the following agencies and programs
1.  American Chemical Society (ACS)-Petroleum Research Fund (G)
2.  American Chemical Society (ACS)-Petroleum Research Fund (AC)
3.  National Science Foundation: CHE: Chemistry CAREER panel
4.  National Science Foundation: CHE: Synthetic Chemistry panel
5.  National Institutes of Health: NIGMS Synthetic and Biological Chemistry Section B
6.  Research Corporation
7.  Natural Sciences and Engineering Research Council of Canada: Strategic Projects
8.  American Chemical Society 2012-2015 National Awards Committee participation.

## PROFESSIONAL AFFILIATIONS
Member: American Chemical Society, American Chemical Society, Division of Organic Chemistry, American Association for Cancer Research, American Association for the Advancement of Science. Royal Society of Chemistry

### Symposium/Lecture Organizer
1.  Robert Lurie Comprehensive Cancer Center's Basic Science Colloquium, March 23rd, 2005
2.  1st Abbott-Northwestern University Lecture in Organic Chemistry, April 23, 2004
3.  2nd Abbott-Northwestern University Lecture in Organic Chemistry, April 28, 2005
4.  3rd Abbott-Northwestern University Lecture in Organic Chemistry, May 19, 2006
5.  4th Abbott-Northwestern University Lecture in Organic Chemistry, May 14, 2007
6.  Eli Lilly Seminar Series in Organic Chemistry (2007-present)
7.  1st Chicago Organic Symposium, Evanston, IL.  March 4, 2009
8.  2nd Chicago Organic Symposium, Evanston, IL. February 27, 2010
9.  1st US/Spain Workshop in Asymmetric Synthesis and Catalysis, Castello, Spain. September 2010
10. 3rd Chicago Organic Symposium, Chicago, IL.  February 11, 2011
11. 1st Novartis Lecture in Organic Synthesis, November 17, 2011
12. 4th Chicago Organic Symposium, Chicago, IL.  April 30, 2012

13. "How Tumors Grow," 2012 Lurie Basic Sciences Symposium, Chicago IL. June 8, 2012
14. 2nd Novartis Lecture in Organic Synthesis, November 15, 2012
15. 5th Abbott-Northwestern University Lecture in Organic Chemistry, April 16, 2013.
16. 2nd US/Spain Workshop in Asymmetric Synthesis and Catalysis, Evanston, IL. April 2013.
17. 5th Chicago Organic Symposium, Chicago, IL. July 12, 2013
18. 11th Annual CBC Symposium: Exploring Human Biology with Small Molecules, Chicago, IL. October 2013.
19. 6th Chicago Organic Symposium, Chicago IL, July 11, 2015
20. 3rd US/Spain Workshop in Asymmetric Synthesis and Catalysis, Bilbao, Spain. April 2016.

## TEACHING AND ADVISING
### Teaching Awards and Honors
2009-2012 Alumnae of Northwestern Teaching Professor (the highest levels of distinction at Northwestern)
2005        WCAS Distinguished Teaching Award
2005        Northwestern University Student Government Faculty Honor Roll
2004        Northwestern Searle Teaching Scholar

## STUDENTS AND POSTDOCTORAL RESEARCHERS ADVISED AND CO-ADVISED

### Postdoctoral Fellows
1. Dr. Ashwin Bharadwaj. (PhD, Einhorn). Research Scientist at Dow Chemical.
2. Dr. Juli Gibbs-Davis. (co advised with F. Geiger). Professor, University of Alberta.
3. Dr. Margaret Biddle. (PhD, Riech). Associate Director, Mitobridge.
4. Dr. Manabu Wadamoto. (PhD, Yamamoto). Researcher, Chugai Pharmaceutical Co, Ltd. Japan.
5. Dr. Alex Mathies. (PhD, Friestad). Advanced Specialist, 3M
6. Dr. Yasafumi Kawanaka. Ono Pharmaceuticals, Japan.
7. Dr. Thomas Zabawa. (PhD, Chemler). Project Manager, Athenex.
8. Dr. Jeong Yong Lee. (co advised with J. Hupp). Principal Scientist and R&D Leader, Enevate Corp.
9. Dr. Matthias Riedrich. (PhD, Arndts). Research Scientist at Bayer CropScience.
10. Dr. Benoit Cardinal-David. (PhD, Guindon). FQRNT Postdoctoral Fellow. Senior Scientist, AbbVie.
11. Dr. Jason Tenenbaum. (PhD, Woerpel). Associate Director, Berkeley Research Group, LLC.
12. Dr. Jon Brekan. (PhD, Davies). Senior Research Chemist, Daubert Cromwell
13. Dr. Jingqi Wang. (PhD, Sulikowski). Assistant Professor, The University of Hong Kong
14. Dr. Chad Eichman (PhD, Stambuli). Biopharmaceutical Industry Manager, Phenomenex
15. Dr. Chris Thomas (PhD, Hanson). Chemistry Manager, Bell Laboratories
16. Dr. Julien Dugal-Tessier (PhD, Dake). Scientist, ImmunoGen, Inc.
17. Dr. Gerri Hutson (PhD, Rawal). Technical Advisor, Leydig, Voit & Mayer.
18. Dr. Elizabeth O'Bryan (PhD, Crimmins). Process Chemist, Dow AgroSciences
19. Dr. Dmitri Chernyak (PhD, Gevorgyan). Latvian Research Institute
20. Dr. Javier Izquierdo (PhD, Gonzalez, Jaume I, Spain). Senior Scientist, AbbVie.
21. Dr. Ki Po Kang (PhD, Eun Lee). Samsung, South Korea.
22. Dr. Vincent Lombardo (PhD, Taylor). Senior Research Scientist, Pfizer.
23. Dr. Ashkaan Younai (PhD, Shaw). Scientist, RAPT Therapeutics.
24. Dr. Kun Liu (PhD, Maruoka). Research Assistant Professor, University of Nebraska
25. Dr. Chris Check (PhD, Stambuli). Senior Research Chemist, Inventure Renewables.
26. Dr. Anna Lee (PhD, List). Assistant Professor, Myongji University, South Korea
27. Dr. Paul Sui (PhD, Gates/Dake). Senior Chemist at NuMat Technologies.
28. Dr. Edward Hall (PhD, VanNieuwenzhe). Assistant Professor at Hanover College, IN.
29. Dr. Brice Uno (PhD, Burke) Senior Scientist, AbbVie, Inc.

30. Dr. Kathleen Richert Mauraski (PhD, Woerpel). Senior Scientist, AbbVie, Inc.
31. Dr. Matthew O'Connor (PhD, Lee) Senior Scientist, AbbVie, Inc.
32. Dr. Susana Lopez (PhD, Antilla) Senior Chemist, Corteva Agriscience.
33. Dr. Adam Csakai (PhD, Yin). GlaxoSmithKline.
34. Dr. Ansoo Lee (PhD, Kim). Senior Researcher, Korea Institute of Science and Technology (KIST)
36. Dr. Richard Squitieri (PhD, Shaw) University of Tampa, Assistant Professor.
36. Dr. Yubai Zhu (PhD, Wulff). Research Associate, UNC.
37. Dr. Stephen Laws (PhD, Shaw). Vertex Pharmaceuticals.
38. Dr. Grant Frost (PhD, Douglas). 2019-2021.
39. Dr. Md Shafaat Mehdi (PhD, Tepe). 2021-present.
40. Dr. Pengzhi Wang (PhD, Lindsey). 2021-present.

### Graduate Students

1  Dr. Michael Myers (PhD, 2006). Senior Research Investigator II at Bristol-Myer Squibb.
2. Dr. Anita Mattson (PhD, 2007). Associate Professor at Worcester Polytechnic Institute.
3. Dr. William Morris (PhD, 2007). Senior Research Scientist at Merck.
4. Dr. Christopher Galliford (PhD, 2007). Center for Drug Evaluation and Research, FDA.
5. Dr. Robert Lettan, II (PhD, 2007). Professor at Chatham University, Pittsburgh.
6. Christopher Clark (MS, 2005). Senior Research Associate II at Gilead Sciences.
7. Dr. Audrey Chan (PhD, 2008). Research Analyst at Institute for Defense Analyses.
8. Dr. Daniel Custar (PhD, 2008). Principal Scientist, Mersana Therapeutics.
9. Dr. Brooks Maki (PhD, 2009). Assistant Professor at Benedictine University.
10. Dr. Troy Reynolds (PhD, 2009). Senior Scientist III, Process Chemistry at AbbVie.
11. Dr. Eric Phillips (PhD, 2010). Associate Principle Scientist at Merck.
12. Dr. Dustin Raup (PhD, 2011). Freelance Chemistry Tutor
13. Dr. Antoinette Nibbs (PhD 2012). Research Fellow at MGH/Harvard Medical School
14. Dr. Rebecca Farmer (PhD 2012). Resident Physician at University of Wisconsin, Madison
15. Dr. Erika Crane (PhD 2012). Senior Scientist I, Chemistry at AbbVie.
16. Dr. John Roberts (PhD 2012). Associate Research Specialist at Dow Corning
17. Roxanne Atienza (2012). Director of Operations at Illinois Science and Technology Coalition.
18. Daniel Cohen (PhD 2013). Senior Scientist I, Chemistry at AbbVie
19. Erin (Weiland) Jordan (MS, 2009).  Scientist II, AbbVie.
20. Michael Karney (MS, 2010). Global Product Manager, CEM Corporation.
21. Emily Zarefsky (MS, 2010). Functional Chemist, Stepan Company.
22. Motoshi Yamauchi (2009). Visiting doctoral student from Masahiro Murakami Group, Kyoto Univ.
23. Michael Wang (PhD 2015). Research Scientist at Dow-Corning.
24. Eric Lee (PhD 2015). Technical Specialist, Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
25. Bi-Shun Zeng (PhD 2015). Scientific Analyst, Morrison & Foerster, LLP
26. Dr. Michael Todd Hovey (PhD 2017) Senior Scientist, AbbVie.
27. Charles Benjamin Schwamb (PhD 2017). Patent Agent at Wilson Sonsini Goodrich & Rosati.
28. Benjamin McDonald (NIH Predoctoral fellow, PhD 2018). Postdoctoral Fellow, MIT, Swager Lab.
29. Dr. Kristine Deibler (NSF Fellow, PhD 2017). Postdoctoral Fellow, UWashington, Baker lab.
30. Christopher Price (NSF Fellow, MS, 2015). Technical Services, Epic Systems.
31. Robert Chapman (2015). Visiting doctoral student from the Bull Group, University of Bath
32. Rick Betori (PhD 2019). Senior Scientist, Corteva.
33. Alison Bayly (PhD 2020). Research Associate.
34. Mark Maskeri (PhD 2020). Postdoctoral Fellow, UCLA, Houk Lab.
35. Eric Miller (2016-present).
36. Dalton Kim (2017-present).

37. Ada Kwong (2017-present).
38. Keegan Fitzpatrick (2017-present).
39. Anna Davies (2018-present).
40. Meghan Orr (2018-present).
41. Josh Zhu (2018-present).
42. Michael Rourke (2019-present).

**Visiting Scholars**
1. Professor Brian Goess (Furman University, 2012)
2. Professor James Kiddle (Western Michigan University, 2013)

<u>**EXHIBIT 1**</u>

**Hugh David Charles Smyth, Ph.D.**
**Professor with Tenure**
**Hamm Endowed Faculty Fellow**
**The University of Texas at Austin**
*Curriculum Vitae*

| | |
|---|---|
| **Address:** Division of Molecular Pharmaceutics and Drug Delivery University Avenue, PHR 4.214E 1 University Station, A1920 Austin, Texas 78712-0126 | **Office phone:**(512) 471 3383 **Office Fax:** (512) 471 7474 **Email:** hugh.smyth@austin.utexas.edu **Website:** https://site.utexas.edu/smyth/ |

## EDUCATION AND TRAINING

| | |
|---|---|
| 2001 – 2003 | **University of North Carolina at Chapel Hill** School of Pharmacy, Division of Drug Delivery and Deposition Post-Doctoral Fellow |
| 1998 – 2000 | **University of Otago, Dunedin, New Zealand** School of Pharmacy, Department of Pharmaceutical Sciences Doctor of Philosophy Thesis: *Investigation of Electrically Assisted Drug Delivery in the Percutaneous Delivery of Peptides* |
| 1997 | **University of Otago, Dunedin, New Zealand** School of Pharmacy, Department of Pharmaceutical Sciences Post Graduate Diploma in Pharmaceutics (with Distinction) |
| 1992 – 1995 | **University of Otago, Dunedin, New Zealand** School of Pharmacy, Department of Pharmaceutical Sciences Bachelor of Pharmacy |

## PROFESSIONAL APPOINTMENTS

**PRIMARY APPOINTMENTS**

| | |
|---|---|
| 2020 – Present | **The University of Texas at Austin**, College of Pharmacy Alcon Centennial Professorship |
| 2018 – Present | Full Professor **The University of Texas at Austin**, College of Pharmacy |
| 2016 – Present | **The University of Texas at Austin**, College of Pharmacy Alan W Hamm Centennial Fellow in Pharmacy |
| 2014 – 2016 | **The University of Texas at Austin**, College of Pharmacy Fellow to the Jaime N Delgado Endowed Professorship |

| 2012 – 2014 | **The University of Texas at Austin**, College of Pharmacy, Bergen Brunswig Corporation Centennial Fellow |
|---|---|
| 2011 – Present | Associate Professor with Tenure<br>**The University of Texas at Austin**<br>College of Pharmacy, Division of Molecular Pharmaceutics and Drug Delivery |
| 2009 – 2011 | **The University of Texas at Austin**<br>College of Pharmacy, Division of Pharmaceutics<br>Assistant Professor |
| 2005 – 2009 | **University of New Mexico**<br>Health Sciences Center, College of Pharmacy<br>Assistant Professor |
| 2004 – 2005 | **University of North Carolina at Chapel Hill**<br>School of Pharmacy, Division of Drug Delivery and Deposition<br>Research Assistant Professor |
| 2000 | **Knox Pharmacy**, Dunedin, New Zealand, Pharmacist |
| 1998 – 1999 | **GlaxoWellcome**, Research Triangle Park, Durham, NC. |
| 1996 | **Auckland Hospital**, Auckland Healthcare, New Zealand, Pharmacist |

**ADJUNCT APPOINTMENTS AND START-UP INVOLVEMENT**

| 2020 – Present | Co-Founder and Chief Scientific Officer, Cloxero Therapeutics, Austin, TX. |
|---|---|
| 2017 – Present | Co-Founder, Via Therapeutics, Austin, TX (Start-up from technology developed in my lab) |
| 2016 – Present | Consulting Chief Scientist, Nob Hill Therapeutics, San Diego, CA (Start-up from technology developed in my lab) |
| 2010 – Present | Consulting Chief Scientist, Respira Therapeutics, (Start-up from technology developed in my lab, now in clinical development) |
| 2006 – Present | **Lovelace Respiratory Research Institute**, Albuquerque, NM<br>Adjunct Associate Scientist |
| 2006 – 2009 | **University of New Mexico Cancer Research and Treatment Center**<br>Member |

**PROFESSIONAL SOCIETIES**

| 2004 – 2016 | International Society for Aerosols in Medicines |
|---|---|

| | |
|---|---|
| 2005 – 2008 | American Chemical Society |
| 2001 – 2005 | North Carolina Pharmaceutical Discussion Group |
| 2001 – Present | American Association of Pharmaceutical Scientists Inhalation Technology Focus Group |
| 1998 – Present | American Association of Pharmaceutical Scientists |
| 1997 – Present | Controlled Release Society |
| 1996 – 2004 | Member Pharmaceutical Society of New Zealand |

## PUBLICATIONS

**PEER REVIEWED PAPERS** (in reverse chronological order)

***Professor, at The University of Texas at Austin***
***(September 2018 – Present)***

1. Brunaugh AD, Ding L, Wu T, Schneider M, Khalaf R, Smyth HD. Identification of Stability Constraints in the Particle Engineering of an Inhaled Monoclonal Antibody Dried Powder. Journal of Pharmaceutical Sciences. 2021 Aug 26.

2. Zhu Y, Gu Z, Liao Y, Li S, Xue Y, Firempong MA, Xu Y, Yu J, Smyth HD, Xu X. Improved intestinal absorption and oral bioavailability of astaxanthin using poly (ethylene glycol)-graft-chitosan nanoparticles: preparation, in vitro evaluation, and pharmacokinetics in rats. Journal of the Science of Food and Agriculture. 2021 Aug 13.

3. Zhang H, Zhang Y, Williams III RO, Smyth HD. Development of PEGylated chitosan/CRISPR-Cas9 dry powders for pulmonary delivery via thin-film freeze-drying. International Journal of Pharmaceutics. 2021 Aug 10;605:120831.

4. Ding L, Brunaugh AD, Stegemann S, Jermain SV, Herpin MJ, Kalafat J, Smyth HD. A Quality by Design Framework for Capsule-Based Dry Powder Inhalers. Pharmaceutics. 2021 Aug;13(8):1213.

5. Hall MD, Anderson JM, Anderson A, Baker D, Bradner J, Brimacombe KR, Campbell EA, Corbett KS, Carter K, Cherry S, Chiang L, omas Cihlar, Emmie de Wit, Mark Denison, Matthew Disney, Courtney V Fletcher, Stephanie L Ford-Scheimer, Matthias Götte, Abigail C Grossman, Frederick G Hayden, Daria J Hazuda, Charlotte A Lanteri, Hilary Marston, Andrew D Mesecar, Stephanie Moore, Jennifer O Nwankwo, Jules O'Rear, George Painter, Kumar Singh Saikatendu, Celia A Schiffer, Timothy P Sheahan, Pei-Yong Shi, Hugh D Smyth, Michael J Sofia, Marla Weetall, Sandra K Weller, Richard Whitley, Anthony S Fauci, Christopher P Austin, Francis S Collins, Anthony J Conley, Mindy I Davis. Report of the National Institutes of Health SARS-CoV-2 Antiviral Therapeutics Summit. The Journal of Infectious Diseases. 2021 Jun 10.

23

6.  Hewavitharana, Amitha K., Shaw, P. Nicholas, Smyth, H. D.C., Samaranayake, L. P., and Bandara, H. M.H.N. (2021). The importance of complete overlapping of analyte and internal standard peaks in eliminating matrix effects with liquid chromatography–mass spectrometry (Lc–ms). LC-GC North America 39 (7) 335-338..

7.  Ding L, Wang J, Cai S, Smyth H, Cui Z. Pulmonary Biofilm-Based Chronic Infections and Inhaled Treatment Strategies. International Journal of Pharmaceutics. 2021 Jun 3;604:120768.

8.  Wang JL, Hanafy MS, Xu H, Leal J, Zhai Y, Ghosh D, Williams Iii RO, Smyth HD, Cui Z. Aerosolizable siRNA-encapsulated solid lipid nanoparticles prepared by thin-film freeze-drying for potential pulmonary delivery. International Journal of Pharmaceutics. 2021 Mar 1;596:120215.

9.  Brunaugh AD, Sharma S, Smyth H. Inhaled fixed-dose combination powders for the treatment of respiratory infections. Expert Opinion on Drug Delivery. 2021 Feb 27:1-5.

10. Brunaugh AD, Seo H, Warnken Z, Ding L, Seo SH, Smyth HD. Development and evaluation of inhalable composite niclosamide-lysozyme particles: A broad-spectrum, patient-adaptable treatment for coronavirus infections and sequalae. PloS one. 2021 Feb 11;16(2):e0246803.

11. Shah SM, Shah SM, Khan S, Ullah F, Shah SW, Ghias M, Shahid M, Smyth HD, Hussain Z, Sohail M, Elhissi A. Efficient design to fabricate smart Lumefantrine nanocrystals using DENA® particle engineering technology: Characterisation, in vitro and in vivo antimalarial evaluation and assessment of acute and sub-acute toxicity. Journal of Drug Delivery Science and Technology. 2021 Feb 1;61:102228.

12. Armijo LM, Wawrzyniec SJ, Kopciuch M, Brandt YI, Rivera AC, Withers NJ, Cook NC, Huber DL, Monson TC, Smyth HD, Osiński M. Antibacterial activity of iron oxide, iron nitride, and tobramycin conjugated nanoparticles against Pseudomonas aeruginosa biofilms. Journal of nanobiotechnology. 2020 Dec;18(1):1-27.

13. Anzueto A, Smyth HD. Letter to the Editor in response to the article:"Nebulization: A potential source of SARS-CoV-2 transmission". Respiratory Medicine and Research. 2020 Nov 17.

14. Zhang H, Leal J, Soto MR, Smyth HD, Ghosh D. Aerosolizable Lipid Nanoparticles for Pulmonary Delivery of mRNA through Design of Experiments. Pharmaceutics. 2020 Nov;12(11):1042.

15. Brunaugh AD, Seo H, Warnken Z, Ding L, Seo SH, Smyth HD. Broad-spectrum, patient-adaptable inhaled niclosamide-lysozyme particles are efficacious against coronaviruses in lethal murine infection models. bioRxiv. 2020 September.

16. Andrea N. Trementozzi, Stephanie Hufnagel, Haiyue Xu, Mahmoud S. Hanafy, Felipe Rosero Castro, Hugh D.C. Smyth, Zhengrong Cui, and Jeanne C. Stachowiak, Gap Junction Liposomes for Efficient Delivery of Chemotherapeutics to Solid Tumors ACS Biomaterials Science & Engineering 2020 6 (9), 4851-4857, DOI: 10.1021/acsbiomaterials.0c01047

17. Xu H, Alzhrani RF, Warnken ZN, Thakkar SG, Zeng M, Smyth HD, Williams III RO, Cui Z. Immunogenicity of Antigen Adjuvanted with AS04 and Its Deposition in the Upper Respiratory Tract after Intranasal Administration. Molecular Pharmaceutics. 2020 Aug 10;17(9):3259-69.

18. Armijo LM, Wawrzyniec SJ, Kopciuch M, Brandt YI, Rivera AC, Withers NJ, Cook NC, Huber DL, Monson TC, Smyth HD, Osiński M. Antibacterial activity of iron oxide, iron nitride, and tobramycin conjugated nanoparticles against Pseudomonas aeruginosa biofilms. Journal of Nanobiotechnology. 2020 Dec;18(1):1-27.

19. Davis DA, Martins PP, Zamloot MS, Kucera SA, WilliamsIII RO, Smyth HD, Warnken ZN. Complex Drug Delivery Systems: Controlling Transdermal Permeation Rates with Multiple Active Pharmaceutical Ingredients. AAPS PharmSciTech. 2020 Jun 4;21:165.

20. Tewes F, Bahamondez-Canas TF, Moraga-Espinoza D, Smyth HD, Watts AB. In vivo Efficacy of a Dry Powder Formulation of Ciprofloxacin-Copper Complex in a Chronic Lung Infection Model of Bioluminescent Pseudomonas aeruginosa. European Journal of Pharmaceutics and Biopharmaceutics. 2020 May 20.

21. Sahakijpijarn S, Smyth HD, Miller DP, Weers JG. Post-inhalation cough with therapeutic aerosols: Formulation considerations. Advanced Drug Delivery Reviews. 2020 May 14.

22. Leal J, Peng X, Liu X, Arasappan D, Wylie DC, Schwartz SH, Fullmer JJ, McWilliams BC, Smyth HD, Ghosh D. Peptides as surface coatings of nanoparticles that penetrate human cystic fibrosis sputum and uniformly distribute in vivo following pulmonary delivery. Journal of Controlled Release. 2020 Mar 31.

23. Bandara HM, Hewavitharana AK, Shaw PN, Smyth HD, Samaranayake LP. A novel, quorum sensor-infused liposomal drug delivery system suppresses Candida albicans biofilms. International Journal of Pharmaceutics. 2020 Mar 30;578:119096.

24. Gu J, Clegg JR, Heersema LA, Peppas NA, Smyth HD. Optimization of Cationic Nanogel PEGylation to Achieve Mammalian Cytocompatibility with Limited Loss of Gram-Negative Bactericidal Activity. Biomacromolecules. 2020 Mar 24;21(4):1528-38.

25. Zhang X, Yue X, Cui Y, Zhao Z, Huang Y, Cai S, Wang G, Wang W, Hugh S, Pan X, Wu C. A Systematic Safety Evaluation of Nano-porous Mannitol Material as a Dry Powder Inhalation Carrier System. Journal of Pharmaceutical Sciences. 2020 Jan 24.

26. Jasmim Leal, Tony Dong, Feng Gao, Melissa Soto, Hugh D.C. Smyth, Debadyuti Ghosh, M13 phage display to identify a permeating peptide against hyperconcentrated mucin, bioRxiv 659573; doi: https://doi.org/10.1101/659573 (Pre-print)

27. Smyth HD, Koleng J, Brunaugh AD. Inhaled Delivery of Clofazimine - A High Efficiency, Flow Independent, Cellular-Targeted System for Mycobacterial Infections Respiratory Drug Delivery 2020. Volume 1, 2020: 35-46

28. Jasmim Leal, Xinquan Liu, Xiujuan Peng, Rashmi P. Mohanty, Dhivya Arasappan, Dennis Wylie, Sarah H. Schwartz, Jason J. Fullmer, Bennie C. McWilliams, Hugh D. C. Smyth, Debadyuti Ghosh, A combinatorial biomolecular strategy to identify peptides for improved transport across the sputum of cystic fibrosis patients and the underlying epithelia, bioRxiv 659540; doi: https://doi.org/10.1101/659540 (Pre-print)

29. AD Brunaugh, T Wu, SR Kanapuram, HDC Smyth, Effect of Particle Formation Process on Characteristics and Aerosol Performance of Respirable Protein Powders, Molecular Pharmaceutics (2019) 16(10) p 4165-4180

30. Patricia P. Martins, Hugh D.C. Smyth, Zhengrong Cui, Strategies to facilitate or block nose-to-brain drug delivery, International Journal of Pharmaceutics, Volume 570, 2019, 118635, ISSN 0378-5173, https://doi.org/10.1016/j.ijpharm.2019.118635.

31. Kuehl, P.J., Smyth, H.D., Stein, S.W. et al. *In Memoriam*: Dr. Paul B. Myrdal AAPS PharmSciTech (2019) 20: 211. https://doi.org/10.1208/s12249-019-1430-z

32. Tewes, F., Bahamondez-Canas, T.F. & Smyth, H.D.C. Efficacy of Ciprofloxacin and Its Copper Complex against *Pseudomonas aeruginosa* Biofilms, AAPS PharmSciTech (2019) 20: 205. https://doi.org/10.1208/s12249-019-1417-9

33. Patricia P. Martins, Arnold D. Estrada, Hugh D.C. Smyth, A human skin high-throughput formulation screening method using a model hydrophilic drug, International Journal of Pharmaceutics, Volume 565, 2019, Pages 557-568, ISSN 0378-5173, https://doi.org/10.1016/j.ijpharm.2019.05.044.

34. Bahamondez-Canas, T.F.; Heersema, L.A.; Smyth, H.D.C. Current Status of In Vitro Models and Assays for Susceptibility Testing for Wound Biofilm Infections. *Biomedicines* **2019**, *7*, 34.

35. Heersema, L.A.; Smyth, H.D.C. A Multispecies Biofilm In Vitro Screening Model of Dental Caries for High-Throughput Susceptibility Testing. *High-Throughput* **2019**, *8*, 14.

36. Mohadeseh Hashemi, Javad Mohammadi, Meisam Omidi, Hugh D.C. Smyth, Bharadwaj Muralidharan, Thomas E. Milner, Amir Yadegari, Davoud Ahmadvand, Mohammad Shalbaf, Lobat Tayebi, Self-assembling of graphene oxide on carbon quantum dot loaded liposomes, Materials Science and Engineering: C, Volume 103, 2019,109860, ISSN 0928-4931, https://doi.org/10.1016/j.msec.2019.109860.

37. Moon C, Smyth HDC, Watts AB, Williams RO 3rd. Delivery Technologies for Orally Inhaled Products: an Update. AAPS PharmSciTech. 2019 Feb 19;20(3):117. doi:10.1208/s12249-019-1314-2. PubMed PMID: 30783904.

38. Brunaugh A, Smyth HDC. Process optimization and particle engineering of micronized drug powders via milling. Drug Deliv Transl Res. 2018 Dec;8(6):1740-1750. doi: 10.1007/s13346-017-0444-x. Review. PubMed PMID: 29134556.

39. Nazareth Eliana Ceschan, Verónica Bucalá, Melina Valeria Mateos, Hugh David Charles Smyth, María Verónica Ramírez-Rigo, Carrier free indomethacin microparticles for dry powder inhalation, International Journal of Pharmaceutics, Volume 549, Issues 1–2, 2018, Pages 169-178, ISSN 0378-5173, https://doi.org/10.1016/j.ijpharm.2018.07.065.

40. Silvia Ferrati, Tian Wu, Sekhar R. Kanapuram, Hugh D.C. Smyth, Dosing considerations for inhaled biologics, International Journal of Pharmaceutics, Volume 549, Issues 1–2, 2018, Pages 58-66, ISSN 0378-5173, https://doi.org/10.1016/j.ijpharm.2018.07.054.

41. Jasmim Leal, Tony Dong, Amber Taylor, Emily Siegrist, Feng Gao, Hugh D.C. Smyth, Debadyuti Ghosh, Mucus-penetrating phage-displayed peptides for improved transport across a mucus-like model, International Journal of Pharmaceutics, Volume 553, Issues 1–2, 2018, Pages 57-64, ISSN 0378-5173, https://doi.org/10.1016/j.ijpharm.2018.09.055.

42. Hairui Zhang, Tania F. Bahamondez-Canas, Yajie Zhang, Jasmim Leal, and Hugh D.C. Smyth PEGylated Chitosan for Nonviral Aerosol and Mucosal Delivery of the CRISPR/Cas9 System in Vitro, Molecular Pharmaceutics Article ASAP, DOI: 10.1021/acs.molpharmaceut.8b00434

43. Moraga-Espinoza, D.F., Eshaghian, E., Shaver, A, Hugh D. C. Smyth, Effect of Inhalation Flow Rate on Mass-Based Plume Geometry of Commercially Available Suspension pMDIs AAPS J (2018) 20: 84. https://doi.org/10.1208/s12248-018-0241-6

44. Mohadeseh Hashemi; Bharadwaj Muralidharan; Meisam Omidi; Javad Mohammadi; Yahya Sefidbakht; Eun Song Kim; Hugh D. C. Smyth; Mohammad Shalbaf; Thomas E. Milner, Effect of size and chemical composition of graphene oxide nanoparticles on optical absorption cross-section, J. of Biomedical Optics, 23(8), 085007 (2018). https://doi.org/10.1117/1.JBO.23.8.085007

45. Brunaugh AD, Smyth HDC. Formulation techniques for high dose dry powders. Int J Pharm. 2018, 17;547(1-2):489-498. doi: 10.1016/j.ijpharm.2018.05.036.

### *Associate Professor with Tenure at The University of Texas at Austin (2011 – Aug 2018)*

46. Herpin MJ, Ebi D, Clemens NT, Smyth HDC. Production and characterization of drug-loaded toroidal vortices from a novel ocular drug delivery device. Drug Deliv Transl Res. 2018 Jul 2. doi: 10.1007/s13346-018-0553-1.

47. Moraga-Espinoza D, Warnken Z, Moore A, Williams RO 3rd, D C Smyth H. An Modified USP Induction Port To Characterize Nasal Spray Plume Geometry And Predict Turbinate Deposition Under Flow. Int J Pharm. 2018 Jun 27. pii:nS0378-5173(18)30458-7. doi: 10.1016/j.ijpharm.2018.06.058.

48. Takabe H, Warnken ZN, Zhang Y, Davis DA, Smyth HDC, Kuhn JG, Weitman S, Williams Iii RO. A Repurposed Drug for Brain Cancer: Enhanced Atovaquone Amorphous Solid Dispersion by Combining a Spontaneously Emulsifying Component with a Polymer Carrier. Pharmaceutics. 2018 May 19;10(2). pii: E60. doi:10.3390/pharmaceutics10020060

49. Tania F. Bahamondez-Canas, Silvia Ferrati, Daniel F. Moraga-Espinoza, Hugh D.C. Smyth, Development, characterization, and in vitro testing of co-delivered antimicrobial dry powder formulation for the treatment of Pseudomonas aeruginosa biofilms, Journal of Pharmaceutical Sciences , Accepted 2018

50. Xu Liu, Mingshuang Li, Hugh Smyth, Feng Zhang, Otic Drug Delivery Systems: Formulation Principles and Recent Developments, Drug development and industrial pharmacy, Accepted 2018

51. Daniel Moraga-Espinoza, Eli Eshaghian, Hugh D.C. Smyth, Mass Median Plume Angle: A novel approach to characterize plume geometry in solution based pMDIs, International Journal of Pharmaceutics, Volume 543, Issues 1–2, 2018, Pages 376-385,

52. Tania F. Bahamondez-Canas, Hairui Zhang, Frederic Tewes, Jasmim Leal, and Hugh D.C. Smyth *Molecular Pharmaceutics,* PEGylation of Tobramycin Improves Mucus Penetration and Antimicrobial Activity against Pseudomonas aeruginosa Biofilms in Vitro, Article ASAP, DOI: 10.1021/acs.molpharmaceut.8b00011

53. Zachary N. Warnken, Hugh D.C. Smyth, Daniel A. Davis, Steve Weitman, John G. Kuhn, and Robert O. Williams, III, Personalized Medicine in Nasal Delivery: The Use of Patient-Specific Administration Parameters To Improve Nasal Drug Targeting Using 3D-Printed Nasal Replica Casts *Molecular Pharmaceutics* Article ASAP DOI: 10.1021/acs.molpharmaceut.7b00702

54. Ferrati, S., Wu, T., Fuentes, O., Brunaugh AD., Kanapuram SR., Smyth, HDC., Influence of Formulation Factors on the Aerosol Performance and Stability of Lysozyme Powders: a Systematic Approach, AAPS PharmSciTech (2018). https://doi.org/10.1208/s12249-018-0980-9

55. Bahamondez-Canas T. and Smyth HDC. Influence of excipients on the antimicrobial activity of tobramycin against Pseudomonas aeruginosa biofilms. *Pharmaceutical Research*. Accepted (Manuscript ID: PHAM-D-17-00484)

56. Herpin, M.J. & Smyth, H.D.C. Super-heated aqueous particle engineering (SHAPE): a novel method for the micronization of poorly water soluble drugs, Journal of Pharmaceutical Investigation (2017). https://doi.org/10.1007/s40005-017-0368-y

57. Brunaugh, A. & Smyth, H.D.C., Process optimization and particle engineering of micronized drug powders via milling Drug Deliv. and Transl. Res. (2017). https://doi.org/10.1007/s13346-017-0444-x

58. Smyth Hugh D., Colthorpe Paul, George Maureen, Jansen Paul, Fuglsang Anders, Armstrong Katherine E., and Lyapustina Svetlana., Highlights from the 2017 IPAC-RS/ISAM Joint Workshop "New Frontiers in Inhalation Technology" Journal of Aerosol Medicine and Pulmonary Drug Delivery. November 2017, ahead of print. https://doi.org/10.1089/jamp.2017.1425

59. Mohadeseh Hashemi; Meisam Omidi; Bharadwaj Muralidharan; Lobat Tayebi ; Matt Herpin; Mohammad Ali Mohagheghi ; Hugh D Smyth ; Thomas E Milner, Javad Mohammadi, Layer-by-layer assembly of graphene oxide on thermosensitive liposomes for photo-chemotherapy, Acta Biomaterialia, Accepted.

60. Mohadeseh Hashemi, Meisam Omidi, Bharadwaj Muralidharan, Hugh Smyth, Mohammad A. Mohagheghi, Javad Mohammadi, and Thomas E. Milner, Evaluation of the Photothermal Properties of a Reduced Graphene Oxide/Arginine Nanostructure for Near-Infrared Absorption, *ACS Applied Materials & Interfaces* **2017** *9* (38), 32607-32620 DOI: 10.1021/acsami.7b11291

61. Ashlee D. Brunaugh, Syed Umer Jan, Silvia Ferrati, and Hugh D. C. Smyth, Excipient-Free Pulmonary Delivery and Macrophage Targeting of Clofazimine via Air Jet Micronization, *Molecular Pharmaceutics*, DOI: 10.1021/acs.molpharmaceut.7b00690

62. Jasmim Leal, Hugh D.C. Smyth, Debadyuti Ghosh, Physicochemical properties of mucus and their impact on transmucosal drug delivery, In International Journal of Pharmaceutics, Volume

532, Issue 1, 2017, Pages 555-572, ISSN 0378-5173,
https://doi.org/10.1016/j.ijpharm.2017.09.018.

63. Gadok A., Zhao C., Meriwether A., Rowley T. G., Ferrati S., **Smyth H. D. C**., Stachowiak J*. Display of Single-Domain Antibodies on the Surfaces of Connectosomes Promotes Efficient and Specific Drug Delivery Through Gap Junctions, *Biochemistry* 2017, Accepted (Manuscript ID: bi-2017-00688n).

64. Ferrati S, Gadok AK, Brunaugh AD, Zhao C, Heersema LA, **Smyth HD**, Stachowiak JC*. Connexin membrane materials as potent inhibitors of breast cancer cell migration. *J R Soc Interface*. 2017 Aug; 14 (133).

65. Herpin J. M., **Smyth HD*.** Precision Ocular Drug Delivery via Aerosol Ring Vortices. *Pharm. Res.* 2017 Aug 7

66. Javier O. Morales*, Kristin R. Fathe, Ashlee Brunaugh, Silvia Ferrati, Song Li, Miguel Montenegro-Nicolini, Jason T. McConville, Mark R. Prausnitz, **Hugh D.C. Smyth*.** Challenges and Future Prospects for the Delivery of Biologics: Oral Mucosal, Pulmonary, and Transdermal Routes, *AAPS Journal*, Accepted.

67. Yin* J, Bovet J, **Smyth HD**, Clark AR, Hannon J, An Add-on to a Dry Powder Inhaler Device that Can Improve Dose Delivery to the Lungs, *RDD* Europe 2017. Volume 2, 2017: 185-188.

68. Xin Hua, Wanjiang Zhang, Zhimin Dong, Jiashuo Zhang, Shengnan Tan & **Hugh Smyth*** Magnetically Triggered Drug Release from Nanoparticles and Its Applications in Anti-Tumor Treatment, *Drug Delivery*, Accepted, DOI:10.1080/10717544.2016.1256001

69. Gema Alas ; Ronald E. Pagano ; Jane Q. Nguyen ; H. M. H. Nihal Bandara ; Sergei A. Ivanov ; Gennady A. Smolyakov ; Dale L. Huber ; **Hugh D. C. Smyth** ; Marek Osiński*; Effects of iron-oxide nanoparticles and magnetic fields on oral biofilms. *Proc. SPIE* 10078, Colloidal Nanoparticles for Biomedical Applications XII, 1007806 (February 22, 2017); doi:10.1117/12.2256221.

70. Ashkan K. Yazdi, **Hugh D.C. Smyth*,** Implementation of design of experiments approach for the micronization of a drug with a high brittle–ductile transition particle diameter, *Drug Development and Industrial Pharmacy*, Accepted, Published online: 14 Nov 2016

71. **Smyth HD*,** Heersema LA, Moon C, Watts AB, Williams III RO, Amorphous or Crystalline? Evaluating Particle Engineering Approaches for Inhalation Products, *RDD* Asia 2016. Volume 1, 2016: 163-176.

72. Nazareth Eliana Ceschan, Verónica Bucalá, María Verónica Ramírez-Rigo*, **Hugh David Charles Smyth.** Impact of feed counterion addition and cyclone type on aerodynamic behavior of alginic-atenolol microparticles produced by spray drying, *European Journal of Pharmaceutics and*

*Biopharmaceutics*, Volume 109, December 2016, Pages 72-80, ISSN 0939-6411, http://dx.doi.org/10.1016/j.ejpb.2016.09.020.

73. Avinash K Gadok, David J Busch, Silvia Ferrati, Brian Li, **H.D.C. Smyth**, and Jeanne C Stachowiak*, Connectosomes for Direct Molecular Delivery to the Cellular Cytoplasm, *Journal of the American Chemical Society,* Accepted, September 2016 DOI: 10.1021/jacs.6b05191

74. Ping Du, Ju Du, **Hugh D. C. Smyth*** Evaluation of Granulated Lactose as a Carrier for Dry Powder Inhaler (DPI) Formulations 2: Drugs and Drug Loading, *Journal of Pharmaceutical Sciences*, Accepted. August 31, 2016

*75.* Francesca Buttini , James Hannon, Kristi Saavedra, Irene Rossi, Anna Giulia Balducci, **Hugh Smyth**, Andy Clark, Paolo Colombo*. Accessorized DPI: a shortcut towards flexibility and patient adaptability in dry powder inhalation. *Pharmaceutical Research*. Accepted, August 16, 2016

76. Zachary N. Warnken, **Hugh D.C. Smyth***, Alan B. Watts, Steve Weitman, John G. Kuhn, Robert O. Williams III*, Formulation and device design to increase nose to brain drug delivery, *Journal of Drug Delivery Science and Technology*, Volume 35, October 2016, Pages 213-222, ISSN 1773-2247, http://dx.doi.org/10.1016/j.jddst.2016.05.003.

77. H. M. H. N. Bandara, M. J. Herpin, D. Kolacny, Jr., A. Harb, D. Romanovicz, and **H. D. C. Smyth***, Incorporation of Farnesol Significantly Increases the Efficacy of Liposomal Ciprofloxacin against Pseudomonas aeruginosa Biofilms in Vitro, *Molecular Pharmaceutics* Article ASAP, DOI: 10.1021/acs.molpharmaceut.6b00360

78. J Kaushik KS, Stolhandske J, Shindell O, **Smyth HDC**, Gordon VD* (2016) Tobramycin and bicarbonate synergise to kill planktonic Pseudomonas aeruginosa, but antagonize to promote biofilm survival. *Biofilms and Microbiomes*. 2: 16006.

79. Justin S. LaFountaine, Kristin Fathe, **Hugh D.C. Smyth***, Delivery and therapeutic applications of gene editing technologies ZFNs, TALENs, and CRISPR/Cas9, *International Journal of Pharmaceutics* 494(1): 180-194.

80. Ashkan K. Yazdi, **Hugh D.C. Smyth***, Carrier-free high-dose dry powder inhaler formulation of ibuprofen: Physicochemical characterization and in vitro aerodynamic performance, *International Journal of Pharmaceutics*, Available online 24 June 2016, ISSN 0378-5173, http://dx.doi.org/10.1016/j.ijpharm.2016.06.061.

81. Fathe, Kristin; Ferrati, Silvia; Moraga-Espinoza, Daniel; Yazdi, Ashkan; **D.C. Smyth, Hugh*,** Inhaled Biologics: From Preclinical to Product Approval, *Current Pharmaceutical Design,* Volume 22, Number 17, May 2016, pp. 2501-2521(21)

82. Hannon J, Donovan M, Gibbons A, Xu Z, Curtis R, **Smyth HD***, Clark AR, Novel High Efficiency Inhaler for PDE5i Lung Delivery, *Respiratory Drug Delivery* 2016. Volume 3, 2016: 519-522.

83. Leena Kumari Prasad*, **Hugh Smyth**, 3D Printing technologies for drug delivery: a review, *Drug Development and Industrial Pharmacy*, Vol. 42, Iss. 7, 2016

84. Ashkan K. Yazdi*, **Hugh D.C. Smyth**, Hollow crystalline straws of diclofenac for high-dose and carrier-free dry powder inhaler formulations, *International Journal of Pharmaceutics*, Volume 502, Issues 1–2, 11 April 2016, Pages 170-180, ISSN 0378-5173, http://dx.doi.org/10.1016/j.ijpharm.2016.02.030.

85. Thakkar SG, Fathe K, **Smyth HD***. Amorphous or crystalline? A comparison of particle engineering methods and selection. *Curr Pharm Des*. 2015 Oct . PMID: 26446464.

86. H.M.H.N. Bandara , D. Nguyen , S. Mogarala , M. Osiñski , **H.D.C. Smyth***,  Magnetic fields suppress Pseudomonas aeruginosa biofilms and enhance ciprofloxacin activity, *Biofouling* Vol. 31, Iss. 5, 2015

87. Ju Du, H. M. H. N. Bandara, Ping Du, Hui Huang, Khang Hoang, Dang Nguyen, Sri Vasudha Mogarala, and **Hugh D. C. Smyth***, Improved Biofilm Antimicrobial Activity of Polyethylene Glycol Conjugated Tobramycin Compared to Tobramycin in Pseudomonas aeruginosa Biofilms, *Molecular Pharmaceutics* 2015 12 (5), 1544-1553, DOI: 10.1021/mp500846u

88. Leisha M. Armijo ; Priyanka Jain ; Angelina Malagodi ; F. Zuly Fornelli ; Allison Hayat ; Antonio C. Rivera ; Michael French ; **Hugh D. C. Smyth** ; Marek Osiński*; Inhibition of bacterial growth by iron oxide nanoparticles with and without attached drug: Have we conquered the antibiotic resistance problem? *Proc. SPIE* 9338, Colloidal Nanoparticles for Biomedical Applications X, 93381Q (March 12, 2015); doi:10.1117/12.2085048.

89. Yazdi AK, **Smyth HD***, Effect of Capsule Fill Weight on Device Resistance in Dry Powder Inhalers, *RDD* Europe 2015. Volume 2, 2015: 523-528.

90. Xin Hua, Shengnan Tan,H. M. H. N. Bandara, Yujie Fu, Siguo Liu*, **HDC Smyth***, 2014, Externally Controlled Triggered-Release of Drug from PLGA Micro and Nanoparticles, *PLoS ONE* 9(12): e114271. doi:10.1371/journal.pone.0114271.

91. Xin Hua, Xiao Peng, Shengnan Tan, Chunying Li, Wei Wang, Meng Luo, Yujie Fu*, Yuangang Zu, **Hugh Smyth**, In Vitro Oxidative Metabolism of Cajaninstilbene Acid By Human Liver Microsomes and Hepatocytes: Involvement of Cytochrome P450 Reaction Phenotyping, Inhibition

And Induction Studies. *Journal of Agricultural and Food Chemistry* 10/2014; 62(43). DOI:10.1021/jf501635a.

92. H. M. H. N. Bandara, A. Harb, D. Kolacny Jr., P. Martins, **H. D. C. Smyth***, Sound Waves Effectively Assist Tobramycin in Elimination of Pseudomonas aeruginosa Biofilms In vitro, *AAPS PharmSciTech*, 2014, 15(6), 1644-1654 DOI: 10.1208/s12249-014-0200-1

93. Diana Guzman-Villanueva, Ibrahim M El-Sherbiny, Alexander V Vlassov, Dea Herrera-Ruiz*, **Hugh DC Smyth***, Enhanced cellular uptake and gene silencing activity of siRNA molecules mediated by chitosan-derivative nanocomplexes, *International Journal of Pharmaceutics*, Vol 473, 1 October 2014, Pages 579–590

94. Du J, El-Sherbiny IM*, **Smyth HD***. Swellable Ciprofloxacin-Loaded Nano-in-Micro Hydrogel Particles for Local Lung Drug Delivery. *AAPS PharmSciTech*. 2014;15(6):1535-1544. doi:10.1208/s12249-014-0176-x.

95. Du Ping, Du Ju, **Smyth Hugh***, Evaluation of Granulated Lactose as a Carrier for DPI Formulations 1: Effect of Granule Size, *AAPS PharmSciTech*, Published online: 25 June 2014

96. Du P, Du J, **Smyth HD***, Evaluation of Granulated Lactose as a Carrier for DPI Formulations: Effect of Drug Loading, *Respiratory Drug Delivery* 2014. Volume 3, 2014: 743-746.

97. Leisha M. Armijo ; Michael Kopciuch ; Zuzia Olszówka ; Stephen J. Wawrzyniec ; Antonio C. Rivera ; John B. Plumley ; Nathaniel C. Cook ; Yekaterina I. Brandt ; Dale L. Huber ; Gennady A. Smolyakov ; Natalie L. Adolphi ; Hugh D. C. Smyth ; Marek Osiński*, Delivery of tobramycin coupled to iron oxide nanoparticles across the biofilm of mucoidal Pseudonomas aeruginosa and investigation of its efficacy, *Proc. SPIE, Colloidal Nanoparticles for Biomedical Applications IX, 2014, doi:10.1117/12.2043340.*

98. IY Saleem*, **HDC Smyth**, Tuning Aerosol Particle Size Distribution of Metered Dose Inhalers Using Cosolvents and Surfactants, *BioMed Research International*, Volume 2013 (2013), Article ID 574310, 7 pages, http://dx.doi.org/10.1155/2013/574310.

99. Ju Du, Ping Du & Hugh DC Smyth*, Hydrogels for controlled pulmonary delivery, *Therapeutic Delivery*, October 2013 ,Vol. 4, No. 10, Pages 1293-1305 , DOI 10.4155/tde.13.90.

100. D Guzman-Villanueva, IM El-Sherbiny, D Herrera-Ruiz, **HDC Smyth***, Design and In Vitro Evaluation of a New Nano-Microparticulate System for Enhanced Aqueous-Phase Solubility of Curcumin, *BioMed Research International*, Volume 2013 (2013), Article ID 724763, 9 pages http://dx.doi.org/10.1155/2013/724763.

101. Patrick J. Wayne, Peter Vorobieff*, **Hugh Smyth**, Tennille Bernard, Clint Corbin, Andy Maloney, Joseph Conroy, Ross White, Michael Anderson, Sanjay Kumar, C. Randall Truman, Deepti Srivastava, Shock-Driven Particle Transport Off Smooth and Rough Surfaces, *Journal of Fluids Engineering*, (2013) Vol 135, number 6, Article 061302.

102. Leisha M. Armijo ; Brian A. Akins ; John B. Plumley ; Antonio C. Rivera ; Nathan J. Withers ; Nathaniel C. Cook ; Gennady A. Smolyakov ; Dale L. Huber ; **Hugh D. C. Smyth** and Marek Osiński (2013) Highly efficient multifunctional MnSe/ZnSeS quantum dots for biomedical applications, *Proc. SPIE*, 8595, Colloidal Nanocrystals for Biomedical Applications VIII, 859517; doi:10.1117/12.2009563.

103. Yekaterina I. Brandt ; Leisha M. Armijo ; Antonio C. Rivera ; John B. Plumley ; Nathaniel C. Cook ; Gennady A. Smolyakov ; **Hugh D. C. Smyth** and Marek Osiński, (2013) Effectiveness of tobramycin conjugated to iron oxide nanoparticles in treating infection in cystic fibrosis ", *Proc. SPIE, 8595, Colloidal Nanocrystals for Biomedical Applications VIII*, 85951C (February 22, 2013); doi:10.1117/12.2009549.

104. Guzman-Villanueva D., El-Sherbiny IM, Herrera-Ruiz D, Vlassov AV, **Smyth HDC**,* (2012) Formulation approaches to short interfering RNA and MicroRNA: Challenges and implications, *Journal of Pharmaceutical Sciences*, 101(11), pages 4046–4066, DOI: 10.1002/jps.23300.

105. Beinborn NA*, Du J, Wiederhold NP, **Smyth HD**, Williams RO 3rd.*, (2012) Dry powder insufflation of crystalline and amorphous voriconazole formulations produced by thin film freezing to mice. *Eur J Pharm Biopharm*. May 1. [Epub ahead of print] PMID: 22569473.

106. Armijo, L.M.; Brandt, Y.I.; Mathew, D.; Yadav, S.; Maestas, S.; Rivera, A.C.; Cook, N.C.; Withers, N.J.; Smolyakov, G.A.; Adolphi, N.; Monson, T.C.; Huber, D.L.; **Smyth, H.D.C.**; Osiński, M.*, (2012) Iron Oxide Nanocrystals for Magnetic Hyperthermia Applications. *Nanomaterials* 2, 134-146.

107. Donovan MJ*, Kim S, Raman V, and **Smyth**, **HD** (2012), Dry Powder Inhaler Device Influence on Carrier Particle Performance, *Journal of Pharmaceutical Sciences*, Vol. 101 (3) pp. 1097 – 1107.

108. Donovan M, Gibbons A, Pappo J, **Smyth HD***, Novel Low Resistance DPI for High Efficiency Delivery in a Broad Range of Drug Classes, *Respiratory Drug Delivery* 2012. Volume 3, 2012: 717-720.

109. Gibbons A, Zeman KL, Bennett WD, Pappo J, **Smyth HD***, Donovan M, In Vivo Lung Deposition Feasibility Study Comparing the Respira Dry Powder Inhaler to the Handihaler in Human Subjects, *Respiratory Drug Delivery* 2012. Volume 3, 2012: 721-726.

110. El-Sherbiny, IM, **Smyth HDC\***, Controlled Release Pulmonary Administration of Curcumin Using Swellable Biocompatible Microparticles, *Molecular Pharmaceutics* 2012 *9* (2), 269-280, DOI: 10.1021/mp200351y.

111. Donovan MJ, Gibbons A, Herpin MJ, Marek S, McGill SL, **Smyth HD\***, (2011) Novel dry powder inhaler particle-dispersion systems, *Therapeutic Delivery*, Vol. 2, No. 10, Pages 1295-1311, (doi:10.4155/tde.11.103).

112. **Smyth, H.D.C.\***, Martonen, T.B., Isaacs, K.K., Hickey, A.J. Estimation of Particle Deposition in the Airways From Different Inhaler Formulations Using an In Silico Model, *KONA Powder and Particle Journal* No.29 (2011).

113. Xingmao Jiang\*, Yung-Sung Cheng, and **Hugh D. C. Smyth**. Nanostructured Aerosol Particles: Fabrication, Pulmonary Drug Delivery, and Controlled Release, *Journal of Nanomaterials*, vol. 2011, 2011. doi:10.1155/2011/198792.

114. Vargas, J.M., McBride A., Plumley JB, Fichou, Y, Memon TA, Shah V, Cook NC, Akins BA, Rivera AC, Smolyakov GA, O'Brien JR, Adolphi NL, **Smyth HDC**, Osiński M.\*, (2011) Synthesis and characterization of core/shell Fe3O4/ZnSe fluorescent magnetic nanoparticles, *Journal Of Applied Physics* 109, 07b536.

115. Guzman-Villanueva D, **Smyth HDC**, Herrera-Ruiz D, El-Sherbiny IM\*, Novel Method for the Production of Hydrogel Nanoparticles, *Journal of Nanomaterials*, Volume 2011 (2011), Article ID 507508, 10 pages, doi:10.1155/2011/507508.

116. Marek S, Donovan MJ, **Smyth HDC\*** (2011), Effects of Mild Processing Pressures on the Performance of Dry Powder Formulations for Inhalation Therapy (1): Budesonide and Lactose, *European Journal of Pharmaceutics and Biopharmaceutics*, Vol. 78 (1) pp. 97 – 106.

117. El-Sherbiny IM\*, **Smyth HDC**, Smart Magnetically Responsive Hydrogel Nanoparticles Prepared by a Novel Aerosol-Assisted Method for Biomedical and Drug Delivery Applications, *Journal of Nanomaterials*, vol. 2011, Article ID 910539, 13 pages, 2011. doi:10.1155/2011/910539.

118. Sandoval MA, **Smyth HDC**, McConville JT\*, (2011) Dissolution Profiles of Lanoxin Tablets in Media Supplemented with Soluble and Insoluble Forms of Fiber, *Journal of Pharmacy and Nutritional Sciences*, Volume 1, pages 96-99.

119. El-Sherbiny IM, Abdel-Mogib M, Dawidar A, Elsayed A, **Smyth HDC\***, (2011) Biodegradable Ph-Responsive Alginate-Poly (Lactic-Co-Glycolic Acid) Nano/Micro Hydrogel Matrices For Oral Delivery Of Silymarin, *Carbohydrate Polymers*, Volume 83, Issue 3, Pages 1345–1354.

120. Selvam P\*, **Smyth HDC** (2011) Effect of Press-On Forces on Drug Adhesion in Dry Powder Inhaler Formulations, *Journal of Adhesion Science and Technology*, Volume 25, Number 14, pp. 1659-1670(12).

121. Selvam P, Marek S, Truman CR, McNair D, **Smyth HDC\*** (2011) Micronised Drug Adhesion And Detachment From Surfaces, *Aerosol Science and Technology*, Volume 45, Issue 1, pp 81-87, DOI:10.1080/02786826.2010.522628.

122. Selvam P, El-Sherbiny IM, & **Smyth HDC**\* (2011) Swellable Hydrogel Particles For Controlled Release Pulmonary Administration Using Propellant-Driven Metered Dose Inhalers *Journal of Aerosol Medicine & Pulmonary Drug Delivery*;24(1):25-34.

*Assistant Professor at The University of Texas at Austin
(2009 – 2011)*

123. Saleem I\*, **Smyth HDC** (2010), Micronization of a Soft Material: Air-jet & Micro-ball Milling *AAPS PharmSciTech*, Vol. 11 Number 4, Dec 2010 DOI:10.1208/s12249-010-9542-5.

124. McGill SL\*, **Smyth HDC**, (2010) Disruption of the mucus barrier by topically applied exogenous particles, *Molecular Pharmaceutics*, 2010, 7 (6), pp 2280–2288 DOI: 10.1021/mp100242r.

125. Donovan MJ\*, **Smyth HDC** (2010), Influence of Size and Surface Roughness of Large Lactose Carrier Particles in Dry Powder Inhaler Formulations, *International Journal of Pharmaceutics*, Vol. 42 (1 – 2), pp. 1 – 9.

126. Selvam P, McNair D, Truman CR, **Smyth HDC**\* (2010) A Novel Dry Powder Inhaler: Effect Of Device Design On Dispersion Performance, *International Journal of Pharmaceutics*, Volume 401, Issues 1–2, Pages 1–6.

127. El-Sherbiny IM, **Smyth HDC**\* (2010) Novel Cryomilled Physically Crosslinked Biodegradable Hydrogel Microparticles as Carriers for Inhalation Therapy, *Journal of Microencapsulation*, Vol. 27, No. 8 , Pages 657-668 (doi:10.3109/02652041003739840).

128. El-Sherbiny IM, & **Smyth HDC**\* (2010) Poly(Ethylene Glycol)-Carboxymethyl Chitosan-Based pH-Responsive Hydrogels: Photo-Induced Synthesis, Characterization, Swelling And In Vitro Evaluation As Potential Drug Carriers, *Carbohydrate Research,* 345, 2004-2012.

129. Selvam P, McNair D, **Smyth HD\***, Influence of Nozzle Design of a Flutter Based Dry Powder Inhaler on Dispersion Performance, Respiratory Drug Delivery 2010. Volume 3, 2010: 883-886.

130. El-Sherbiny IM, **Smyth**, **HDC**\* (2010) Biodegradable Nano-Micro Carrier Systems For Sustained Pulmonary Drug Delivery: (I) Self-Assembled Nanoparticles Encapsulated In Respirable/Swellable Semi-IPN Microspheres, *International Journal of Pharmaceutics*, 395, 132-141.

131. El-Sherbiny IM, **Smyth HDC**\* (2010) Photo-Induced Synthesis, Characterization And Swelling Behavior Of Poly(2-Hydroxyethyl Methacrylate) Grafted Carboxymethyl Chitosan, *Carbohydrate Polymers*, 81, 652-659.

*Assistant Professor at The University of New Mexico
(2005-2009)*

132. El-Sherbiny IM, McGill S, **Smyth**, **HDC**\* (2010) Swellable Microparticles As Carriers For Sustained Pulmonary Drug Delivery, *Journal of Pharmaceutical Sciences*, 99(5), 2343 – 2356.

133. Donovan M, Selvam P, Singh S, McNair D, Truman CR, **Smyth HDC**\* (2009) Tunable Dry Powder Inhalers: Future Or Folly, *Respiratory Drug Delivery Europe 2009*,Vol. 1, 189-220, Invited.

134. Donovan M, **Smyth HD\***, A New Method of Improving Dry Powder Dispersion Using Large Carrier Particles, *RDD Europe 2009*. Volume 2, 2009: 429-432.

135. Hunter Z, **Smyth**, **HDC**, Durfee P, Chackerian B\* (2009) Induction Of Mucosal And Systemic Antibody Responses Against The HIV Coreceptor CCR5 Upon Intramuscular Immunization And Aerosol Delivery Of A Virus-Like Particle Based Vaccine, *Vaccine*, 28(2), 403-414.

136. McGill SL, Cuylear CL, Adolphi NL, Osiński M, **Smyth HDC**\* (2009) Magnetically Responsive Nanoparticles for Drug Delivery Applications Using Low Magnetic Field Strengths, *IEEE Trans. NanoBioScience*, 8(1), 33-42.

137. McGill SL, Cuylear CL, Adolphi NL, Osiński M, **Smyth HDC**\* (2009) Enhanced Drug Transport Through Alginate Biofims Using Magnetic Nanoparticles, *Proceedings of SPIE*, 7189, 18.7 – 18.8.

*138.* **Smyth HDC**\*, Becket G, Mehta S (2009) The Influence of Porosity Changes in Human Epidermal Membrane During Iontophoresis On The Permeability Enhancement Of A Model Peptide, *Drug Development and Industrial Pharmacy*, 35(10), 1201-1209.

139. Saleem I, Telko M, **Smyth HDC**\* (2008) Prediction Of Dry Powder Inhaler Formulation Performance From Surface Energetics And Blending Dynamics, *Drug Development and Industrial Pharmacy*, 34(9), 1002-1010.

140. Donovan M, McGill S, **Smyth HD\***, Swellable Particles for Sustained Release Drug Delivery to the Lung, *Respiratory Drug Delivery* 2008. Volume 3, 2008: 857-860.

141. Hunter Z, **Smyth HD\***, Chackerian B, Immune Responses to an Inhaled Virus-Like Nanoparticle Vaccine, *Respiratory Drug Delivery* 2008. Volume 3, 2008: 861-866.

142. McGill S, Osinski M, **Smyth HD\***, Enhanced Nanoparticle Transport Through Models of Cystic Fibrosis Lung Disease, *Respiratory Drug Delivery* 2008. Volume 3, 2008: 867-872.

143. **Smyth HD\***, Isaacs K, Martonen TB, Hickey AJ, In Silico Predictions of Lung Deposition for Solution HFA 134a pMDIs with Spacers, *Respiratory Drug Delivery* 2008. Volume 3, 2008: 873-876.

144. **Smyth HD\***, Gallegos M, Truman C, A Novel Mechanism of Dry Powder Inhaler Dispersion: Optimizing Flow-Induced Flutter, *Respiratory Drug Delivery* 2008. Volume 3, 2008: 877-880.

145. Hickey AJ\*, Mansour H, Telko MJ, Xu Z, **Smyth HDC**, Mulder T, McLean R, Langridge J, Papadopoulos D (2007) Physical Characterization Of Component Particles Included In Dry Powder Inhalers I Strategy Review And Static Characteristics, *Journal of Pharmaceutical Sciences*, 96(5), 1282-1301.

146. Hickey AJ\*, Mansour H, Telko MJ, Xu Z, **Smyth HDC**, Mulder T, McLean R, Langridge J, Papadopoulos D (2007) Physical Characterization Of Component Particles Included In Dry

Powder Inhalers II Dynamic Characteristics, *Journal of Pharmaceutical Sciences*, 96(5), 1302-1319.

147. **Smyth HDC**\*, Brace G, Barbour T, Gallion J, Grove J, Hickey AJ (2006) Spray Pattern Analysis For Metered Dose Inhalers I:  Orifice Size, Particle Size, And Droplet Motion Correlations, *Drug Development and Industrial Pharmacy*, 32(9) 1033-1041.

148. **Smyth HDC**\*, Brace G, Barbour T, Grove J, Gallion J, Hickey, AJ (2006) Spray Pattern Analysis For Metered Dose Inhalers:  Effect Of Actuator Design, *Pharmaceutical Research*, 23(7), 1591-1596.

149. **Smyth HDC**\*, Brace G, Barbour T, Gallion J, Grove J, Hickey AJ (2006) Actuator Design Variables For Particle Size Modulation, in *Respiratory Drug Delivery X*, Editors: Richard N Dalby, Peter R Byron, Joanne Peart and Julie Suman, 857-860.

150. **Smyth HDC**\*, Brace G, Barbour T, Gallion J, Grove J, Hickey AJ (2006) Influence Of Actuator Design On Spray Pattern Analysis Of Metered Dose Inhalers, in *Respiratory Drug Delivery X*, Editors: Richard N Dalby, Peter R Byron, Joanne Peart and Julie Suman, 861-864.

151. **Smyth HDC**\*, Leach CL (2006) Alternative Propellant Aerosol Delivery Systems, *Critical Reviews™ in Therapeutic Drug Carrier Systems*, 22(6), 493-534, Invited.

152. Martonen T\*, **Smyth HDC**, Isaccs K, Burton R (2005) Issues In Drug Delivery: Concepts And Practice, *Respiratory Care*, 50(9), 1228-1252, Invited.

### *Research Assistant Professor at The University of North Carolina at Chapel Hill (2004-2005)*

153. **Smyth HDC**\*, Hickey AJ (2005) Carriers In Drug Powder Delivery: Implications For Inhalation System Design, *American Journal of Drug Delivery*, 3(2), 117-132, Invited

154. **Smyth HDC**\* (2005) Propellant-Driven Metered-Dose Inhalers For Pulmonary Drug Delivery, *Expert Opinion on Drug Delivery*, 2(1), 53 – 74, Invited

155. Garcia-Contreras L\*, **Smyth HDC** (2005) Liquid-Spray or Dry-Powder Systems For Inhaled Delivery Of Peptides And Proteins? *American Journal of Drug Delivery*, 3(1), 29-45, Invited

156. **Smyth HDC**\*, Beck VP, Williams D, Hickey AJ (2004) The Influence Of Formulation And Spacer Device On The In Vitro Performance Of Solution Chlorofluorocarbon-Free Propellant-Driven Metered Dose Inhalers, *AAPS PharmSciTech*, 5(1) Article 7

157. **Smyth HDC**\*, Cooney DJ, Garmise RJ, Zimmerer RO, Pipkin JD, Hickey AJ (2004) Dynamic Electrostatic Charge Determinations Of Dry Powder Blends For Inhalation: Correlations With Dispersion Performance, *Respiratory Drug Delivery IX* Volume III, Editors: Richard N Dalby, Peter R Byron, Joanne Peart and Stephen J Farr, 805-807

158. **Smyth HDC**\*, Garmise RJ, Cooney DJ, Zimmerer RO, Pipkin JD, Hickey AJ (2004) Influence Of Physical Form Of Captisol® Particles On Performance As A Dry Powder Aerosol Carrier, *Respiratory Drug Delivery IX,* Volume III, Editors: Richard N Dalby, Peter R Byron, Joanne Peart and Stephen J Farr, 809-811

159. Garcia-Contreras L*, Cooney DJ, **Smyth HDC**, Zimmerer RO, Pipkin JD, Hickey AJ (2004) Evaluation Of Cyclodextrin-Rifampicin Solutions In CALU-3 Monolayer Cell Culture System, *Respiratory Drug Delivery IX,* Volume III, Editors: Richard N Dalby, Peter R Byron, Joanne Peart and Stephen J Farr, 797-799

### *Post-Doctoral Fellow at University of North Carolina at Chapel Hill (2001-2003)*

160. **Smyth HDC*** (2003) The Influence Of Formulation Variables On The Performance Of Alternative Propellant-Driven Metered Dose Inhalers, *Advanced Drug Delivery Reviews*, 55(7), 807-828, Invited

161. **Smyth HDC***, Hickey AJ (2003) Multimodal Particle Size Distributions Emitted From HFA-134a Solution Pressurized Metered-Dose Inhalers, *AAPS PharmSciTech*, 4(3), article 38

162. **Smyth HDC**, Becket G, Mehta S* (2002) Effect Of Permeation Enhancer Pretreatment On The Iontophoresis Of Luteinizing Hormone Releasing Hormone (LHRH) Through Human Epidermal Membrane (HEM) *Journal of Pharmaceutical Sciences*, 91(5), 1296-1307

163. Crowder TM, Louey MD, Sethuraman VV, **Smyth HDC**, Hickey AJ* (2001) 2001: An Odyssey In Inhaler Formulations And Design, *Pharmaceutical Technology*, 25(7), 99-113, Invited Article

### *Graduate Student at University of Otago, Dunedin, New Zealand (1998-2000)*

164. Smyth **HDC***, Investigation Into the Mechanism of Action and Chemical Enhancement of Transdermal Iontophoresis of LHRH, *Ph.D.Thesis*, University of Otago, New Zealand, 2000

## **BOOKS AND BOOK CHAPTERS**

### *Professor, with Tenure at The University of Texas at Austin (September 2018 – Present)*

1. Xu Liu, Smyth, H., and F. Zhang, Chapter 42 "Otic Drug Delivery" In: Aulton's Pharmaceutics: The Design and Manufacture of Medicines. Editors: Michael E. Aulton, Kevin M. G. Taylor, Netherlands: Elsevier Health Sciences, 2021.

2. S.C. Das, P. Khadka, R. Shah, S. McGill, H.D.C. Smyth, Chapter 14 - Nanomedicine in pulmonary delivery, IN: Theory and Applications of Nonparenteral Nanomedicines, Editor(s): Prashant Kesharwani, Sebastien Taurin, Khaled Greish Academic Press, 2021, Pages 319-354, ISBN 9780128204665, https://doi.org/10.1016/B978-0-12-820466-5.00014-4.

3. Ramírez-Rigo, María V., Nazareth E. Ceschan, and Hugh DC Smyth. "Controlled Drug Delivery via the Lung." *Fundamentals of Drug Delivery* (2021).

4.      Hickey AJ, Smyth HD. The Nature of Complexity and Relevance to Pharmaceutical Sciences. In: Pharmaco-complexity 2020 (pp. 1-4). Springer, Cham.

5.      Hickey AJ, Smyth HD. Considerations in Monitoring and Controlling Pharmaceutical Manufacturing. InPharmaco-complexity 2020 (pp. 31-38). Springer, Cham.

6.      Hickey AJ, Smyth HD. Phenomena in Physical and Surface Chemistry. InPharmaco-complexity 2020 (pp. 5-16). Springer, Cham.

7.      Hickey AJ, Smyth HD. Solid-State Pharmaceuticals: Solving Complex Problems in Preformulation and Formulation. InPharmaco-complexity 2020 (pp. 17-30). Springer, Cham.

8.      Hickey AJ, Smyth HD. Fractal Pharmacokinetics, Systems Pharmacology, Network Analysis, Multiscale, Kinetics, Toxicokinetics, Drug Safety. In: Pharmaco-complexity 2020 (pp. 39-45). Springer, Cham.

9.      Hickey AJ, Smyth HD. Computational Modeling of Nonlinear Phenomena Using Machine Learning. In: Pharmaco-complexity 2020 (pp. 53-62). Springer, Cham.

10.     Brunaugh, AD., Smyth HDC., Williams III RO., Essential Pharmaceutics, 1st Edition, 2019, Publisher: Springer, https://doi.org/10.1007/978-3-030-31745-4

11.     Brunaugh, A. D., Smyth, H. D. C., & Williams III, R. O. (2019). Essential Pharmaceutics in the Flipped Classroom. In Essential Pharmaceutics (pp. 1–9). Cham: Springer International Publishing. http://doi.org/10.1007/978-3-030-31745-4_1

12.     Brunaugh, A. D., Smyth, H. D. C., & Williams III, R. O. (2019). Preformulation in Drug Product Design. In Essential Pharmaceutics (pp. 11–33). Cham: Springer International Publishing. http://doi.org/10.1007/978-3-030-31745-4_2

13.     Brunaugh, A. D., Smyth, H. D. C., & Williams III, R. O. (2019). Modified Release Solid Oral Dosage Forms. In Essential Pharmaceutics (pp. 59–72). Cham: Springer International Publishing. http://doi.org/10.1007/978-3-030-31745-4_4

14.     Brunaugh, A. D., Smyth, H. D. C., & Williams III, R. O. (2019). Solution-Based Dosage Forms and Sterile Products. In Essential Pharmaceutics (pp. 73–89). Cham: Springer International Publishing. http://doi.org/10.1007/978-3-030-31745-4_5

15.     Brunaugh, A. D., Smyth, H. D. C., & Williams III, R. O. (2019). Disperse Systems: Suspensions. In Essential Pharmaceutics (pp. 91–110). Cham: Springer International Publishing. http://doi.org/10.1007/978-3-030-31745-4_6

16.     Brunaugh, A. D., Smyth, H. D. C., & Williams III, R. O. (2019). Ophthalmic and Otic Drug Delivery. In Essential Pharmaceutics (pp. 123–130). Cham: Springer International Publishing. http://doi.org/10.1007/978-3-030-31745-4_8

17.  Brunaugh, A. D., Smyth, H. D. C., & Williams III, R. O. (2019). Disperse Systems: Emulsions. In Essential Pharmaceutics (pp. 111–121). Cham: Springer International Publishing. http://doi.org/10.1007/978-3-030-31745-4_7

18.  Brunaugh, A. D., Smyth, H. D. C., & Williams III, R. O. (2019). Topical and Transdermal Drug Delivery. In Essential Pharmaceutics (pp. 131–147). Cham: Springer International Publishing. http://doi.org/10.1007/978-3-030-31745-4_9

19.  Brunaugh, A. D., Smyth, H. D. C., & Williams III, R. O. (2019). Rectal and Vaginal Drug Delivery. In Essential Pharmaceutics (pp. 149–161). Cham: Springer International Publishing. http://doi.org/10.1007/978-3-030-31745-4_10

20.  Brunaugh, A. D., Smyth, H. D. C., & Williams III, R. O. (2019). Pulmonary Drug Delivery. In Essential Pharmaceutics (pp. 163–181). Cham: Springer International Publishing. http://doi.org/10.1007/978-3-030-31745-4_11

21.  Brunaugh, A. D., Smyth, H. D. C., & Williams III, R. O. (2019). Nasal Drug Delivery. In Essential Pharmaceutics (pp. 183–187). Cham: Springer International Publishing. http://doi.org/10.1007/978-3-030-31745-4_12

22.  Brunaugh, A. D., Smyth, H. D. C., & Williams III, R. O. (2019). Capsule and Tablet Dosage Forms. In Essential Pharmaceutics (pp. 35–57). Cham: Springer International Publishing. http://doi.org/10.1007/978-3-030-31745-4_3

23.  Daniel F. Moraga-Espinoza, Ashlee D. Brunaugh, Silvia Ferrati, Lara A. Heersema, Matthew J. Herpin, Patricia P. Martins, Hairui Zhang, Hugh D. C. Smyth, Chapter 7, Overview of the delivery technologies for inhalation aerosols, In: Inhalation Aerosols: Physical and Biological Basis for Therapy, Third Edition. Editors Hickey, AJ; Mansour HM., CRC Press, (2019).

24.  Zachary Warnken, Heidi Mansour, **Hugh D C Smyth\***, Chapter 22, Fundamentals in Nasal Drug Delivery, In: Inhalation Aerosols: Physical and Biological Basis for Therapy, Third Edition. Editors Hickey, AJ; Mansour HM., CRC Press, (2019).

25.  Tania F. Bahamondez-Canas, Jasmim Leal, Hugh D.C. Smyth,  Chapter 25, A Critical Perspective on Future developments based on the knowledge we have now., In: Inhalation Aerosols: Physical and Biological Basis for Therapy, Third Edition. Editors Hickey, AJ; Mansour HM., CRC Press,  (2019).

*Associate Professor with Tenure at The University of Texas at Austin*
*(2011 – Present)*

26.  Warnken Z., **Smyth H.**, Williams R. Nanocarriers for nose-to-brain delivery. In: Nanomedicines for brain drug delivery. 1st edition. Editor Gaillard P., Editor Morales J., Springer Nature (2017), Accepted.

27.  María Verónica Ramírez-Rigo, Nazareth Eliana Ceschan, **Hugh D C Smyth\***, Controlled Drug Delivery Via The Lung, In: Encyclopaedia of Controlled Drug Delivery 2nd Edition, Associate Editor: Adrian Williams Publisher: John Wiley and Son. Invited, (2017) Accepted.

28.    Zachary Warnken, **Hugh D. C. Smyth\***, Robert O. Williams III, Route-Specific Challenges in the Delivery of Poorly Water-Soluble Drugs, In <u>Formulating Poorly Water Soluble Drugs</u>, Editors Robert O. Williams III, Alan B. Watts, Dave A. Miller, (2016).

29.    Daniel Moraga, Tania Bahamondez, Mathew Herpin, Andy Maloney, Ashkan Yazdi, Ping Du, Ju Du, **Hugh Smyth\***,  Hydrofluoroalkane Propellant Driven Metered Dose Inhaler Formulations, In "ISAM TEXTBOOK OF AEROSOL MEDICINE", Chapter 7a, Ed, Rajiv Dhand, International Society of Aerosols in Medicine, Invited, (2016).

30.    Ellepola ANB, Bandara HMHN, **Smyth HD\***, Inhalation and topical steroid therapy and oral candidiasis: a brief overview. In "Candidiasis: Epidemiology, Symptoms and Treatment Options". Chapter 6, Page 165-178 Ed: Felipe Contreras and Pedro Fuentes, Nova Science publishers; New York ISBN: 978-1-62618-870-9, (2013).

31.    **Smyth, H\***, McConville, J, El-Sherbiny, I., Update on Polymers for Pulmonary Delivery, Smithers Rapra Publishing, (2013).

32.    Ju Du, Deepti Srivastava, Hugh Smyth, Pulmonary Drug Delivery, Concepts and Practice, Chapter 1, Update on Polymers for Pulmonary Delivery, Smithers Rapra Publishing. 2013

33.    Yi-Bo Wang, Hugh Smyth, Polymer Drug –delivery Systems for Sustained Alveolar Delivery, Chapter 4, Update on Polymers for Pulmonary Delivery, Smithers Rapra Publishing. 2013

34.    Xinran Li, Hugh Smyth, Polymers Used in Inhaler Device Design and Packaging, Chapter 8, Update on Polymers for Pulmonary Delivery, Smithers Rapra Publishing. 2013

35.    Marek S, **Smyth HDC\***, Garmise, R, Cooney, D, Garcia-Contreras, L, Jones, LD, Hickey, AJ Medical and Pharmaceutical Aerosols *in Aerosols Handbook: Measurement, Dosimetry, and Health Effects*, 2nd Edition, Ruzer, L & Harley, NH (eds), CRC Press, (2013).

36.    Hickey AJ, and **Smyth HDC\***, *Pharmaco-complexity: Non-Linear Phenomena and Drug Product Development,* Springer Publishing, co-authored Book. *(*2011).

37.    **Smyth H\***, Hickey AJ (Editors), *Controlled Release Science and Technology: Pulmonary Drug Delivery, published by* Controlled Release Society with Springer Publishing, edited book. (2011)*.*

38.    Hickey AJ, and **Smyth HDC\***, The Nature of Complexity and Relevance to Pharmaceutical Sciences, in *Pharmaco-complexity: Non-Linear Phenomena and Drug Product Development,* Springer Publishing, (2011).

39.    Hickey AJ, and **Smyth HDC\***, Phenomena in Physical and Surface Chemisty, in *Pharmaco-complexity: Non-Linear Phenomena and Drug Product Development,* Springer Publishing, (2011).

40.    Hickey AJ, and **Smyth HDC\***, Solid State Pharmaceuticals: Solving Complex Problems in Preformulation and Formulation, in *Pharmaco-complexity: Non-Linear Phenomena and Drug Product Development,* Springer Publishing, (2011).

41.   Hickey AJ, and **Smyth HDC\***, Considerations in Monitoring and Controlling Pharmaceutical Manufacturing, in *Pharmaco-complexity: Non-Linear Phenomena and Drug Product Development,* Springer Publishing, (2011).

42.   Hickey AJ, and **Smyth HDC\***, Pharmacokinetics and Pharmacodynamics, in *Pharmaco-complexity: Non-Linear Phenomena and Drug Product Development,* Springer Publishing, (2011).

43.   Hickey AJ, and **Smyth HDC\***, Impact of Complexity on Population Biology, in *Pharmaco-complexity: Non-Linear Phenomena and Drug Product Development,* Springer Publishing, 2011.

44.   O'Donnell K, **Smyth** H\*, Macro- and Micro- structure of the airways for Drug Delivery, *Controlled Release Science and Technology: Pulmonary Drug Delivery **Smyth HDC**, and Hickey AJ (Eds),* Controlled Release Society, Springer, (2011).

45.   Gibbons, A, **Smyth HDC\***, Science and Technology of Nebulizers and Liquid-Based Aerosol Generators, *Controlled Release Science and Technology: Pulmonary Drug Delivery, **Smyth HDC**, and Hickey AJ (Eds),* Controlled Release Society, Springer, (2011).

46.   El-Sherbiny IM, Guzman D, Herrera Ruiz D, **Smyth HDC\***, Overcoming Lung Clearance Mechanisms for Controlled Release Drug Delivery, *Controlled Release Science and Technology: Pulmonary Drug Delivery **Smyth HDC**, and Hickey AJ (Eds),* Controlled Release Society, Springer, (2011).

### *Assistant Professor at The University of New Mexico (2005-2009)*

47.   **Smyth HDC\***, Saleem, I, Donovan, MJ, Verschraegen, C F, Pulmonary Delivery of Anti-Cancer Agents, in *Advanced Formulation Design to Optimize Therapeutic Outcomes*, Drugs and the Pharmaceutical Sciences, Vol 172, RO Williams , DR Taft, JT McConville (Eds) Informa Press 2007, Invited Chapter

48.   **Smyth HDC\***, Evans RM, Hickey AJ, Aerosol Generation from Propellant-driven metered dose inhalers in *Inhalation Aerosols,* Lung Biology in Health and Disease, Marcel Dekker, Inc, 2nd Edition, 2006, Invited Chapter

49.   **Smyth HDC\***, Pulmonary Excipients in *Excipient Development for Pharmaceutical, Biotechnology, and Drug Delivery Systems*, Katdare, A and Chaubal, M (Eds) Informa Press, New York 2006, Invited Chapter

50.   **Smyth HDC\***, Garmise R, Cooney D, Garcia-Contreras L, Jones LD, Hickey AJ Medical and Pharmaceutical Aerosols *in Aerosols Handbook: Measurement, Dosimetry, and Health Effects*, Ruzer L & Harley NH (eds), CRC Press 2005, Invited Chapter

### POSTER PRESENTATIONS IN PROFESSIONAL SCIENTIFIC MEETINGS, SYMPOSIA, AND CONFERENCES

### *Professor with Tenure at the University of Texas at Austin (2018– Present)*

1. Shahzeb Khan, Hajra Afeera, Syed Noor Shah, Hugh Smyth "Engineering of Piroxicam Loaded Polymer Hybrid Microspheres: Development, Characterization and In Vivo Evaluation" American Association of Pharmaceutical Scientists (AAPS) Annual Meeting and Exposition, Nov 3-6, San Antonio, Texas, 2019

2. Clara Luisa Domínguez-Delgado, Braden Siyi Wu, Khavvia Shanmugasundararaj, Hugh Smyth "Effect of PEG 400 and Polyvinyl Alcohol (PVA) on the pH-Sensitive Nanoparticles Formation and Stability" American Association of Pharmaceutical Scientists (AAPS) Annual Meeting and Exposition, Nov 3-6, San Antonio, Texas, 2019

3. Ashlee D. Brunaugh, Tian Wu, Sekhar R. Kanapuram, Hugh D.C. Smyth, "Characterization and Aerosol Performance of Respirable Biologic Protein Powders Produced by Spray Drying or Spray Freeze Drying" American Association of Pharmaceutical Scientists (AAPS) Annual Meeting and Exposition, Nov 3-6, San Antonio, Texas, 2019

4. Li Ding, Ashlee D. Brunaugh, Christian Lee, Qingyan (Jenny) Zhao, Justin Kalafat, Sanjay Powale, Jnanadeva Bhat, Dorene Almeida, Anita Solanki, Hugh DC Smyth, "A study using budesonide formulation for investigating the impact of HPMC inhalation- grade capsules suppliers on aerosol performance", American Association of Pharmaceutical Scientists (AAPS) Annual Meeting and Exposition, Nov 3-6, San Antonio, Texas, 2019

5. Li Ding, Ashlee D. Brunaugh, Christian Lee, Qingyan (Jenny) Zhao, Justin Kalafat, Sanjay Powale, Jnanadeva Bhat, Dorene Almeida, Anita Solanki, Hugh DC Smyth, "Investigating HPMC inhalation-grade capsule type on aerosol performance of an excipient-free formulation of Rifampicin" American Association of Pharmaceutical Scientists (AAPS) Annual Meeting and Exposition, Nov 3-6, San Antonio, Texas, 2019

6. Daniel Davis, Zachary Warnken, Patricia Martins, Michael Zamloot, Shawn Kucera, Robert Williams, Hugh Smyth, "Matrix Transdermal Patches: Manufacturing When Interchanging Active Pharmaceutical Ingredients", American Association of Pharmaceutical Scientists (AAPS) Annual Meeting and Exposition, Nov 3-6, San Antonio, Texas, 2019

7. Yajie Zhang, Hairui Zhang, Hugh Smyth, "Dry Powder Inhalation System for Non-Viral Gene Editing", American Association of Pharmaceutical Scientists (AAPS) Annual Meeting and Exposition, Nov 3-6, San Antonio, Texas, 2019

***Associate Professor with Tenure at the University of Texas at Austin
(2011– 2018)***

8. Leal, J., Ghosh, D., **Smyth, H.D.C.** "High-Throughput Next Generation Sequencing Analysis of Phage Libraries". American Association of Pharmaceutical Scientists (AAPS) Annual Meeting and Exposition, San Diego, CA. 2017, (Accepted).

9. P. P. Martins, T. N. Tarbox, A-S. G. Eklöv, A. B. Watts, J. J. Koleng, R. O. Williams III, **H. D. Smyth** Combination of Kolliphor Cs20 And Kolliphor Rh40 to Improve Retention in the Skin When Compared to Individual Use in a Hydrophilic Gel, American Association of Pharmaceutical Scientists (AAPS) Annual Meeting and Exposition, San Diego, CA. 2017 (Accepted).

10. Bahamondez-Canas T. F., **Smyth H. D.C.,** "Synthesis and Characterization of PEGylated-Tobramycin and Evaluation of its Activity against *P. aeruginosa* Biofilms *in vitro"* Annual Meeting of the American Association of Pharmaceutical Scientists (AAPS). San Diego, CA, 2017 (Accepted).

11. Ferrati S., Wu T., Kanapuram S., **Smyth H.,** "Characterization of High Pressure Single Fluid Nozzle Sprays for Particle Engineering" Annual Meeting of the American Association of Pharmaceutical Scientists (AAPS). San Diego, CA, 2017 (Accepted).

12. D Moraga-Espinoza, E Eshaghian, **H Smyth**, "Investigation of the Influence of Temperature and Formulation on Deposition Patterns from Solution pMDIs using a High-Resolution Induction Port" Annual Meeting of the American Association of Pharmaceutical Scientists (AAPS). San Diego, CA, 2017 (Accepted).

13. D Moraga-Espinoza, E Eshaghian, **H Smyth**, " Induction port deposition patterns from solution pMDIs" Annual meeting ISAM Santa Fe, NM, 2017.

14. A Brunaugh, SU Jan, **H Smyth** "Aerodynamic performance of milled clofazimine particles for pulmonary delivery" Annual meeting ISAM Santa Fe, NM, 2017.

15. Zhang, Hairui, Ferrati, Silvia, Heersema, Lara, Fathe, Kristin, **Smyth**, **Hugh**, "Chitosan-Derived Nanoparticle as a Carrier for Non-Viral CRISPR/Cas9 System Delivery" Annual Meeting of the American Association of Pharmaceutical Scientists (AAPS). Denver, CO, 2016.

16. Ferrati, Silvia, Gadok, Avinash, Heersema, Lara, Brunaugh, Ashlee, **Smyth**, **Hugh**, Stachowiak, Jeanne, "Delivery of Membrane Protein Connexin to Metastatic Cancer Cells Using Cell-Derived Vesicles" Annual Meeting of the American Association of Pharmaceutical Scientists (AAPS). Denver, CO, 2016.

17. Moraga-Espinoza, Daniel, **Smyth**, **Hugh**, "Effect of Formulation, Device and Ambient Temperature on Plume Structure of Solution pMDIs" Annual Meeting of the American Association of Pharmaceutical Scientists (AAPS). Denver, CO, 2016.

18. Tewes, Frederic, Bahamondez-Canas, Tania, **Smyth**, **Hugh**, "Evaluation of Ciprofloxacin-Copper Complex to Treat Pulmonary Pseudomonas aeruginosa Biofilms" Annual Meeting of the American Association of Pharmaceutical Scientists (AAPS). Denver, CO, 2016.

19. Heersema, Lara, **Smyth**, **Hugh**, "Functionally Engineered and Optimized Iron Oxide Nanoparticles for Treating Biofilms" Annual Meeting of the American Association of Pharmaceutical Scientists (AAPS). Denver, CO, 2016.

20. Leal, Jasmim, Ghosh, Debadyuti, **Smyth**, **Hugh**, "Macrorheology Characterization of a Cystic Fibrosis Mucus Model" Annual Meeting of the American Association of Pharmaceutical Scientists (AAPS). Denver, CO, 2016.

21. Bahamondez-Canas, Tania, Tewes, Frederic, **Smyth**, **Hugh**, "Modified Microtiter Plate Method for Biofilm Susceptibility Testing" Annual Meeting of the American Association of Pharmaceutical Scientists (AAPS). Denver, CO, 2016.

22. Brunaugh, Ashlee, Moraga-Espinoza, Daniel, **Smyth**, **Hugh**, "Optimization of a Novel Active Dry Powder Inhaler" Annual Meeting of the American Association of Pharmaceutical Scientists (AAPS). Denver, CO, 2016.

23. Moraga-Espinoza, Daniel, **Smyth**, **Hugh**, "Reverse Engineering a Monodose Dry Powder Inhaler by Laser Diffraction and RODOS Disperser" Annual Meeting of the American Association of Pharmaceutical Scientists (AAPS). Denver, CO, 2016.

24. Warnken, Zachary, Moraga-Espinoza, Daniel, Williams III, Robert, **Smyth**, **Hugh** "Shadow Motion Analysis: Analyzing In Vivo Relevant Foam Stability by Image Analysis" Annual Meeting of the American Association of Pharmaceutical Scientists (AAPS). Denver, CO, 2016.

25. Ferrati, Silvia, Hoxha, Besmir, Williams III, Robert, van Oort, Eric, **Smyth**, **Hugh**, "Spray Coating Optimization of Hygroscopic Substrates for Controlled Release" Annual Meeting of the American Association of Pharmaceutical Scientists (AAPS). Denver, CO, 2016.

26. Bahamondez-Canas TF, Bandara HMHN, **Smyth HDC**. Effect of Mannitol on Growth of *Pseudomonas aeruginosa* Pre-formed Biofilms. Annual Meeting of the Ammerican Association of Pharmaceutical Scientists (AAPS). Poster Number: W5001. Orlando, FF, 2015.

27. Ferrati S., Gadok A. K., Klein H., **Smyth** H., Stachowiak J. 'An Innovative and Flexible Approach for Cancer Cells Normalization with Cell-derived Biovesicles' Trainee Symposium on Cancer Research in Texas, <u>Oral Presentation</u> (Jan 2015).

28. Ferrati S, Grattoni A, **Smyth HDC**, A Novel Microfluidic Device for Biovesicles Development. Annual Meeting of American Association of Pharmaceutical Sciences, Orlando, FL, USA, October 2015

29. Yazdi AK, **Smyth HDC** (2015) Effect of Capsule Fill Weight on Device Resistance in Dry Powder Inhalers. 2015 RDD Europe, Antibes, France.

30. Ping Du, Ju Du, **Hugh D. C. Smyth**. Evaluation of Granulated Lactose as a Carrier for DPI Formulations: Effect of Drug Loading. Respiratory Drug Delivery, Fajardo, Puerto Rico, 2014.

31. Du, Ping, Du, Ju, **Smyth**, **Hugh**, Effect of Device Design on Granulated Lactose Based DPI Formulations , Annual Meeting of American Association of Pharmaceutical Sciences, Poster Number: R6041, San Diego, CA, 2014

32. Du, Ping, Du, Ju, **Smyth**, **Hugh**, Evaluation of Granulated Lactose as a Carrier for High Drug Loaded DPI Formulations, Annual Meeting of American Association of Pharmaceutical Sciences, Poster Number: R6042, San Diego, CA, 2014

33.    Herpin, Matthew, **Smyth**, **Hugh**, Aqueous Based Aerosol Vehicles for Enhanced Ocular Drug Delivery, Annual Meeting of American Association of Pharmaceutical Sciences, Poster Number: M1113, San Diego, CA, 2014

34.    Bandara, H., Harb, Alejandro, Kolacny Jr., David, Martins, Patrícia, **Smyth**, **Hugh**, Lactose, a Common Excipient, Interferes with Pseudomonas aeruginosa Biofilms and the Efficacy of Tobramycin, Annual Meeting of American Association of Pharmaceutical Sciences, Poster Number: R6155, San Antonio, TX, 2013

35.    Du, Ping, Du, Ju, **Smyth**, **Hugh**, Aerosol Performance of Granulated Lactose with Different Roughness Factors in Ordered Mixtures, Annual Meeting of American Association of Pharmaceutical Sciences, Poster Number: R6156, San Antonio, TX, 2013

36.    Maloney, Andy, **Smyth**, **Hugh**, Dynamic Observations and Modeling of Tapped Powders, Annual Meeting of American Association of Pharmaceutical Sciences, Poster Number: R6276, San Antonio, TX, 2013

37.    Guzman-Villanueva, Diana, El-Sherbiny, Ibrahim, Vlassov, Alexander, **Smyth**, **Hugh**, Herrera-Ruiz, Dea, Enhanced Nuclease Resistance and Internalization of siRNA Molecules in Lung Cancer Cell Lines Using Chitosan-Derivative Polyplexes, Annual Meeting of American Association of Pharmaceutical Sciences, Poster Number: W5036, San Antonio, TX, 2013

38.    Du, Ping, Du, Ju, **Smyth**, **Hugh**, Influence of Physical Aging on the Aerosol Performance of Granulated Lactose Based Dry Powder Inhalation Formulations, Annual Meeting of American Association of Pharmaceutical Sciences, San Antonio, TX, 2013

39.    Du, Ping, Du, Ju, **Smyth**, **Hugh**, Manufacture of Engineered Lactose Carrier Particles by Wet Granulation for Inhalation, Annual Meeting of American Association of Pharmaceutical Sciences, Poster Number: R6147, San Antonio, TX, 2013

40.    Yazdi, Ashkan, Maloney, Roger, Buxton, Oliver, Clemens, Noel, **Smyth**, **Hugh**, Method for Determining Plume Geometries of Dry Powder Inhalers, Annual Meeting of American Association of Pharmaceutical Sciences, Poster Number: R6185, San Antonio, TX, 2013

41.    Herpin, Matthew, **Smyth**, **Hugh**, Non-aqueous Aerosol Deposition for Ocular Drug Delivery, Annual Meeting of American Association of Pharmaceutical Sciences, Poster Number: R6124, San Antonio, TX, 2013

42.    Du, Ju, Du, Ping, **Smyth**, **Hugh**, Novel Antibiotic Hydrogel Particles for Controlled Pulmonary Drug Delivery, Annual Meeting of American Association of Pharmaceutical Sciences, Poster Number: R6154, San Antonio, TX, 2013

43.    Ibrahim M. El-Sherbiny; **Hugh D. C. Smyth**. Development and in-vitro assessment of non-covalently crosslinked respirable and biodegradable nano-microcarriers for efficient controlled pulmonary drug delivery. The 11th International Conference on Chemistry and its Role in Development, ICCRD-2013; 11-15 March, Mansoura – Sharm El-Sheikh. S8-PP8 (Please see page 14 in the attached Conf Program)

44.    Ibrahim M. El-Sherbiny; **Hugh D. C. Smyth**. Novel approach for controlled drug delivery to and through the lung using polymeric nano-in-microparticles as potential carriers. The 11th

International Conference on Chemistry and its Role in Development, ICCRD-2013; 11-15 March, Mansoura – Sharm El-Sheikh. S5-OP1

45. Patrick Wayne, Tennille Bernard, Clint Corbin, Garrett Kuehner, Peter Vorobieff, C. Randall Truman, **Hugh Smyth**, Andy Maloney. Shock-driven formation of a cloud from particles swept off a surface, Bulletin of the American Physical Society, 65th Annual Meeting of the APS Division of Fluid Dynamics, Volume 57, Number 17, November 18–20, 2012; San Diego, California

46. J. Du, N. Bandara, H. **Smyth**. A Novel Inhaled Dry Powder Formed via Ionic Binding between Alginate/Oligomer with Antibiotics, M1093, Annual Meeting of American Association of Pharmaceutical Sciences, Chicago, IL, Oct 2012

47. P. Du, R. Williams III, H. **Smyth**, Engineered Lactose with Various Physicochemical Properties by Ultra Rapid Freezing, M1094, Annual Meeting of American Association of Pharmaceutical Sciences, Chicago, IL, Oct 2012

48. M. Herpin, H. **Smyth**, A Novel Ocular Soft Mist Aerosol Device for Tunable Drug Delivery, T3163, Annual Meeting of American Association of Pharmaceutical Sciences, Chicago, IL, Oct 2012

49. P. Du, J. McConville, **H. Smyth**, In Vitro Models with Simulated Tear Flow for Screening Topical Ocular Formulations, W5340, Annual Meeting of American Association of Pharmaceutical Sciences, Chicago, IL, Oct 2012

50. Martin Donovan, Aileen Gibbons, Jacques Pappo, **Hugh D Smyth**, Novel Low Resistance DPI for High Efficiency Delivery in a Broad Range of Drug Classes, Respiratory Drug Delivery 2012 (2012), Vol 3, pp 717-720

51. Aileen Gibbons, Kirby L Zeman, William D Bennett, Jacques Pappo, **Hugh D Smyth**, Martin Donovan, In Vivo Lung Deposition Feasibility Study Comparing the Respira Dry Powder Inhaler to the Handihaler in Human Subjects, Respiratory Drug Delivery 2012, Vol 3, pp 721-726

### *Assistant Professor at The University of Texas at Austin (2009 – 2011)*

52. Nicole A Beinborn, Ju Du, **Hugh D C Smyth**, Robert O Williams, Dry Powder Insufflation of Crystalline and Amorphous Voriconazole Formulations Produced by Thin Film Freezing to Mice, Annual Meeting of American Association of Pharmaceutical Sciences, Washington DC, Nov 2011

53. Y Vo, Martín J. Donovan, Stephen R. Marek, and **Hugh D.C. Smyth**, Re-evaluating the Influence of Size and Morphology of DPI Carrier Particle Performance, Annual Meeting of American Association of Pharmaceutical Sciences, Washington DC, Nov 2011

54. Scott Mosley, Ibrahim El-Sherbiny, **Hugh D C Smyth**, In Vitro Assement Of Cytotoxicity And Activation Of Murine Macrophages After Exposure To Novel Swellable Particles Designed For Controlled Inhalation Therapy, Annual Meeting of American Association of Pharmaceutical Sciences, Washington DC, Nov 2011

55. S.L. McGill & **H.D.C. Smyth**, Tuning Particle Size Distributions in Commercially Available Nebulizers, Annual Meeting of American Association of Pharmaceutical Sciences, Washington DC, Nov 2011

56. Lucy Gong, Shayna McGill, **Hugh Smyth**, Surface Chemistry of Superparamagnetic Iron Oxide Nanoparticles Effects on Delivery Through Models of Cystic Fibrosis Extracellular Barriers, Annual Meeting of American Association of Pharmaceutical Sciences, Washington DC, Nov 2011

57. Srimahitha Kaliki, Shayna McGill, **Hugh Smyth**, Analysis of Biofilm Mechanics To Predict Drug Transport Using Viscoelasticity, Annual Meeting of American Association of Pharmaceutical Sciences, Washington DC, Nov 2011

58. Diana Guzmán-Villanueva, Kacie Gardella, Ibrahim M. El-Sherbiny, Casey Wright, Dea Herrera-Ruiz, **Hugh Smyth**, Non-Toxic Chitosan Derivatives-Based Carries for siRNA Delivery in Lung Cancer Cells, Annual Meeting of American Association of Pharmaceutical Sciences, Washington DC, Nov 2011

59. N. Maynard, **H Smyth**, Performance analysis of a novel dry powder delivery system at variable flow rates, Annual Meeting of American Association of Pharmaceutical Sciences, Washington DC, Nov 2011

60. Ju Du, **Hugh D. Smyth**, Intratracheal Administration of Ciprofloxacin – Loaded Swellable Particles for Cystic Fibrosis Treatment, Annual Meeting of American Association of Pharmaceutical Sciences, Washington DC, Nov 2011

61. Martin J. Donovan, Aileen Gibbons, **Hugh D.C. Smyth** and Jacques Pappo, Aerosol Performance of Large Drug-Coated Beads across Multiple Inhalation Flow Rates, Annual Meeting of American Association of Pharmaceutical Sciences, Washington DC, Nov 2011

62. Martin J. Donovan, Aileen Gibbons, **Hugh D.C. Smyth** and Jacques Pappo, Novel Dual-Chamber Dry Powder Inhaler for Combination Therapy, Annual Meeting of American Association of Pharmaceutical Sciences, Washington DC, Nov 2011

63. Osinski M, Vargas J, McGill S, **Smyth H**, Multifunctional Nanoparticles for Lung Delivery of Drugs (**Invited**), Fifth International Conference on Advanced Materials and Nanotechnology, 7th -11th February 2011, Wellington, New Zealand

64. McBride AA, Vargas JM, Menon T, Fichou Y, Akins BA, Smolyakov GA, Adolphi N, **Smyth H**, Osinski M, Synthesis and Characterization of Dimer Fe3O4-ZnSe Fluorescent Magnetic Nanoparticles, 55th Conference on Magnetism and Magnetic Materials 14 -18 Nov 2010; Atlanta, GA

65. Maynard NJ, **Smyth HDC**, Characterization of an Active Dry Powder Pulmonary Delivery System Modeling Ciprofloxacin.  Annual Meeting of American Association of Pharmaceutical Sciences, New Orleans LA, Nov 2010

66. Marek SR, Donovan MJ, **Smyth HDC**, Influence of Powder History on the Bulk-Flow Properties and In Vitro Dispersion Performance of Dry Powder Formulations for Inhalation Therapy. Annual Meeting of American Association of Pharmaceutical Sciences, New Orleans, LA, Nov 2010

67.    McGill S, Adolphi NL, Osinski M, **Smyth HDC**, Magnetically Driven Superparamagnetic Iron Oxide Nanoparticles for Drug Delivery Through Biological Barriers. International Pharmaceutical Federation Pharmaceutical Sciences World Congress/Annual Meeting of American Association of Pharmaceutical Sciences, New Orleans LA, Nov 2010

68.    Hunter Z, **Smyth HDC**, Durfee P Chackerian B Comparison of antibody responses induced by a virus-like particle-based vaccine upon intramuscular, pulmonary, and vaginal delivery, The Journal of Immunology, 2010, 184, 48.14

69.    El-Sherbiny IM, **Smyth HDC**, PLGA nanoparticles encapsulated in respirable/swellable hydrogel microspheres as potential carriers for sustained drug delivery to the lung. Annual Meeting of American Association of Pharmaceutical Scientists, New Orleans, LA, Nov 2010

70.    El-Sherbiny IM, **Smyth HDC**, Novel non-covalently crosslinked hydrogel nano-microparticles for inhalation therapy. Annual Meeting of American Association of Pharmaceutical Scientists, New Orleans, LA, Nov 2010

71.    El-Sherbiny IM, **Smyth HDC**, Nano-micro carrier systems for sustained pulmonary drug delivery. Biomedical Engineering Society Annual Meeting, Austin, TX, Oct 2010

72.    Selvam P, El-Sherbiny IM, **Smyth HDC**, Swellable microparticles for sustained release drug delivery to the lung using propellant driven metered dose inhalers. Biomedical Engineering Society Annual Meeting, Austin, TX, Oct 2010

73.    El-Sherbiny IM, **Smyth HDC**, Cryomilled physically crosslinked biodegradable hydrogel microparticles as novel potential carriers for inhalation therapy. Annual Meeting of American Association of Pharmaceutical Scientists, Los Angles, CA, Nov 8-12 2009 (AM-09-01692) 2009

74.    El-Sherbiny IM, **Smyth HDC**, Novel spray dried biodegradable semi-IPN hydrogel microspheres for pulmonary drug delivery. Annual Meeting of American Association of Pharmaceutical Scientists, Los Angles, CA, Nov 8-12 2009 (AM-09-01708) 2009

***Assistant Professor at The University of New Mexico
(2005-2009)***

75.    McGill SL, Adolphi NL, Osinski M, **Smyth H**, Magnetic nanoparticles for enhanced drug delivery through extracellular barriers in cystic fibrosis. International Society of Aerosols in Medicine, Annual Conference, Monterey CA, May 2009 (Invited Talk, Winner of Student Research Award)

76.    Cuylear C, McGill S, **Smyth HDC**, Enhanced Cystic Fibrosis Therapeutic Drug Delivery Using Drug Conjugated Spions, ISAM, Monterey CA, May 2009

77.    Donovan MJ, **Smyth HDC**, A New Method of Improving Dry Powder Dispersion using Large Carrier Particles, Respiratory Drug Delivery Europe 2009, Lisbon, Portugal **Invited**

78. McGill SL, Cuylear CL, Adolphi NL, Osinski M, **Smyth HDC**,  Enhanced drug transport through alginate biofilms using magnetic nanoparticles. SPIE Photonics West, San Jose CA, Jan 2009, Invited

79. Donovan MJ, **Smyth HDC**, Prediction of DPI Formulation Performance Using a Physical Model of Particle Adhesion and Detachment. Annual Meeting of American Association of Pharmaceutical Sciences, Atlanta GA, Nov 2008

80. McGill S, Osinski M, **Smyth H**, Active Nanoparticles for Controlled Drug Delivery in Lung Diseases, Controlled Release Society Annual Meeting, 2008, New York, NY

81. Cuylear C, McGill S, **Smyth H** A novel approach to Cystic Fibrosis therapeutic drug delivery using drug conjugated superparamagnetic iron oxide nanoparticles, Society for Advancement of Chicanos and Native Americans in Science, 2008

82. Donovan M J, McGill S, **Smyth H**, Swellable Particles for Sustained Release Drug Delivery to the Lung, Dalby RN, Byron PR, Peart J, Young P and Suman, JD (eds), Respiratory Drug Delivery 2008, Davis Healthcare, River Grove, Illinois

83. Hunter Z, **Smyth H**, Chackerian B, Immune Responses to an Inhaled Virus-Like Nanoparticle Vaccine Dalby RN, Byron PR, Peart J, Young P and Suman, JD (eds), Respiratory Drug Delivery 2008, Davis Healthcare, River Grove, Illinois

84. McGill S, Osinski M, **Smyth H**, Enhanced Nanoparticle Transport through Models of Cystic Fibrosis Lung Disease Dalby RN, Byron PR, Peart J, Young P and Suman, JD (eds) Respiratory Drug Delivery 2008, Davis Healthcare, River Grove, Illinois

85. **Smyth H**, Isaacs K, Martonen T, Hickey A, In Silico Predictions of Lung Deposition for Solution HFA 134a pMDIs with Spacers Dalby RN, Byron PR, Peart J, Young P and Suman JD (eds), Respiratory Drug Delivery 2008, Davis Healthcare, River Grove, Illinois

86. **Smyth H**, Gallegos M, Truman C R, A Novel Mechanism of Dry Powder Inhaler Dispersion: Optimizing Flow-Induced Flutter  Dalby RN, Byron PR, Peart J, Young P and Suman, JD (eds), Respiratory Drug Delivery 2008, Davis Healthcare, River Grove, Illinois

87. C R Truman, M Gallegos, **H Smyth**, Flow-induced flutter of thin elastic films, 60th Annual Meeting of the Divison of Fluid Dynamics, American Physcial Society, November 18–20, 2007; Salt Lake City, Utah

88. IY Saleem, H Liu, **H Smyth**, Permeability of anticancer agents through airway epithelia, Annual Meeting of American Association of Pharmaceutical Sciences, San Diego, CA, Nov 2007

89. Donovan M J, McGill S, Saleem I, Liu H, **Smyth H**, Microsystems and Nanoparticles for Controlled Aerosol Drug Delivery of Chemotherapeutics to the Lung, Second Annual NCI Nanotechnology Alliance Investigators Meeting, October 16-18, 2007, Chapel Hill, North Carolina

90. Donovan, M J, McGill S, **Smyth H**, Dual-Action Hydrogels for Enhanced Aerosolized Drug Delivery in Cystic Fibrosis, NSF IGERT Conference, Washington DC, May 2007

91.  Saleem I, **Smyth H**, Chemosensitization of Multi-Drug Resistant Human Small Cell Lung Cancer Cells to Doxorubicin, Proceedings of the Controlled Release Society Annual Meeting, July 2007

92.  Saleem I, **Smyth H**, Optimization of Jet Milling Conditions for Particle Size Reduction of Soft Materials, Proceedings of the Controlled Release Society Annual Meeting, July 2007

93.  Donovan M J, McGill S, **Smyth HDC**, Particles For Enhanced Aerosol Drug Delivery In Cystic Fibrosis, Proceedings of the Controlled Release Society Annual Meeting, July 2007

94.  Saleem I, **Smyth H**, Predicting the dispersion performance of dry powder inhalers from blending studies using budesonide as model drug, Annual Meeting of American Association of Pharmaceutical Sciences, San Antonio, TX, Oct 2006,

95.  Saleem I, **Smyth H,** Modulation of Dry Powder Inhaler Performance by Controlling Micronized Drug Particle Size Distributions. Annual Meeting of American Association of Pharmaceutical Sciences, San Antonio, TX, Oct 2006

96.  Saleem I, **Smyth H**, Prediction of dry powder dispersion performance from blending studies. British Pharmaceutical Conference: Manchester 4-6 September 2006

97.  Mitran S, **Smyth H**, Hickey A, Acoustic modulation of pharmaceutical sprays, American Physical Society, Annual March Meeting 2006

### *Research Assistant Professor at The University of North Carolina at Chapel Hill (2004-2005)*

98.  Lu D, Cooney DJ, Cryan S, **Smyth HDC**, Garcia-Contreras L, Kazantseva M, Garmise RJ, Hickey AJ, Dry Powder Liposomes for Protein Delivery to the Lungs, Annual Meeting of American Association of Pharmaceutical Sciences, Baltimore, MD, Nov 2004

### *Post-Doctoral Fellow at University of North Carolina at Chapel Hill (2001-2003)*

99.  **Smyth HDC**, Hickey AJ, Mechanisms of Multi-modal Particle Size Distributions Emitted from HFA 134a pMDIs, 14th Congress International Society for Aerosols in Medicine, Baltimore, MD, June 2003

100.  **Smyth HDC**, Garcia-Contreras L, Kazantseva M, Hickey AJ, Particle Sizing Inhalation Aerosols: the need for complementary methods, AAPS Workshop on Particle Size Analysis, Arlington, Va., April 2003

101.  **Smyth HDC**, Gallion JA, Grove JA, Brace G, Hickey AJ, Correlation of spray patterns with droplet size for pressurized metered dose inhalers, Annual Meeting of American Association of Pharmaceutical Sciences, Toronto, Canada, Nov 2002

102.  **Smyth HDC**, Mejia-Millan EA, Williams DM Zeman KL, Bennett WD, Hickey AJ, The Effect of Formulation Variables on Lung Deposition: Labeling of pMDI Solutions. Annual Meeting of American Association of Pharmaceutical Sciences, Toronto, Canada, Nov 2002

51

103.  **Smyth HDC\***, Hickey AJ, Dynamic Particle Size Distributions Emitted from pMDIs as Determined by Laser Diffraction: A Function of Time and Space, Respiratory Drug Delivery VIII Volume II, Editors: Richard N Dalby, Peter R Byron, Joanne Peart and Stephen J Farr p727 – 730, 2002

104.  **Smyth HDC\***, Hickey AJ, Comparative Particle Size Analysis of Solution Propellant Driven Metered Dose Inhalers Using Cascade Impaction and Laser Diffraction, Respiratory Drug Delivery VIII Volume II, Editors: Richard N Dalby, Peter R Byron, Joanne Peart and Stephen J Farr p731 – 734, 2002

105.  **Smyth HDC\***, Mejia-Millan, EA, Hickey AJ, The Effect of Ethanol on Solvency, Vapor Pressure, and Emitted Droplet Size of Solution Metered Dose Inhalers Containing HFA 134a, Respiratory Drug Delivery VIII Volume II, Editors: Richard N Dalby, Peter R Byron, Joanne Peart and Stephen J Farr p735 – 738, 2002

106.  **Smyth HDC\***, Mehta SC, Becket GB, The Relationship Between Electroosmotic Flow And Electrical Potential Difference In The Human Epidermal Membrane. 4th Annual Conference on Formulation and Delivery of Bioactive, New Zealand Chapter- Controlled Release Society 15-16 February 2001, Dunedin, NZ

*Graduate Student at University of Otago, Dunedin, New Zealand (1998-2000)*

107.  **Smyth HDC**, Mehta SC, Becket G, The Relationship Between Electroosmotic Flow And Electrical Potential Difference In The Human Epidermal Membrane. Perspectives In Percutaneous Penetration, Volume 7b (Eds. KR Brain and KA Walters) 2000 Invited Talk

108.  **Smyth HDC**, Mehta SC, Becket G, Electrically Assisted Delivery of Proteins and Peptides Across The Skin. Formulation And Drug Delivery Conference, 3rd Annual Conference, Dunedin, New Zealand, February 2000

109.  **Smyth HDC**, Mehta SC, Becket GB, Effect of Permeation Enhancer Pretreatment on the Iontophoresis of Luteinizing Hormone Releasing Hormone (LHRH) Through Human Epidermal Membrane. Fourteenth Annual Meeting of American Association of Pharmaceutical Sciences, New Orleans, LA, Nov 1999

110.  **Smyth HDC**, Mehta SC, Becket GB, The Effect of Voltage on the Flux Enhancement of Different Molecular Weight Solutes Through Human Epidermal Membrane (HEM). Fourteenth Annual Meeting of American Association of Pharmaceutical Sciences, New Orleans, LA, Nov 1999

## INVITED ORAL PRESENTATIONS (in reverse order)

*Professor with Tenure at The University of Texas at Austin (2018-Present)*

1.  **Smyth, HDC**, Panelist, "Non-invasive Delivery of Biologics: Potential for Pulmonary and Nasal Administration", PODD: Partnerships in Drug Delivery, October 24-25, 2021 Boston, MA

2.  **Smyth, HDC**, Panelist, Preclinical Tools, NIH Virtual SARS-CoV-2 Antiviral Therapeutics Summit, Friday, November 6, 2020, Invited

3.  **Smyth**, **HDC**, "Important development considerations in the delivery of nucleic acids and proteins to the respiratory tract" Annual Meeting of American Association of Pharmaceutical Sciences, New Orleans/Virtual Conference, October 26- November 5, 2020, Invited.

4.  **Smyth**, **HDC**, "Drug, Device and Formulation Considerations for Pulmonary Drug Delivery" Annual Meeting of American Association of Pharmaceutical Sciences, AAPS360, San Antonio, 2019, Invited

5.  **Smyth HD**, Koleng J, Brunaugh AD. Inhaled Delivery of Clofazimine - A High Efficiency, Flow Independent, Cellular-Targeted System for Mycobacterial Infections Respiratory Drug Delivery April 2020. Virtual. Invited.

6.  **Smyth HDC**, "Starting a company from university science" Universidad de Valparaiso, August 2020, Invited. Virtual.

7.  **Smyth**, **HDC**, " Drug, Device and Formulation Considerations for Pulmonary Drug Delivery" Annual Meeting of American Association of Pharmaceutical Sciences, San Antonio, TX, 2019, Invited.

8.  **Smyth**, **HDC** "What's Trending in Dry Powder Inhalers?' Invited presentation at InspireMe conference, San Francisco, CA, June 4-5, 2019

9.  **Smyth**, **HDC** "Delivery Challenges for Lung Infections: Inhaling Drugs and Unveiling Bugs" Inhalation Drug Delivery Systems 2019, Ensuring Quality, Safety and Regulatory Compliance for Inhalation Drug Delivery Systems , May 28–29, 2019, Boston, MA

10. **Smyth HDC**., "Engineering devices and designing carriers for drug delivery" Distinguish Faculty Presentation, University of Texas College of Pharmacy Celebrating Research Excellence Day, 2019, Invited.

11. **Smyth HDC** "Improving Drug and Gene Transport Through Biological Barriers" 2018 Chinese Pharmaceutical Conference, Invited, November, 2018, Guangzhou, China.

12. **Smyth HDC** "Designing Devices and Molecules for Drug Delivery" University of Kansas, Department of Pharmaceutical Chemistry, Invited, 2018, Lawrence, Kansas.

13. **Smyth, HDC** "Alternative Delivery Routes for Peptides" Exploring the Next Frontier in Diabetes Pharmacology, Annual Meeting of the American Diabetes Association, June 23, 2018, Invited

14. **Smyth HDC** "Challenges in Quantification of Orally Inhaled Products" National Institute for Pharmaceutical Technology and Education, Annual Meeting, Long Island University, Thursday, August 26, 2018, Invited.

15. **Smyth HDC** "Mechanisms of dry powder inhaler dispersion and novel devices" Siminhale Workshop (European Consortium), Belgrade, Serbia, February 26-27, 2018

*Associate Professor with Tenure at The University of Texas at Austin*
*(2011 – 2018)*

16. **Smyth**, **HDC** "Workshop on inhalation product development" Genentech, San Francisco, CA, Invited 2017.

17. **Smyth**, **HDC**, "Science, Clinical Applications, and Benefits of Gene Editing Technologies" Annual Meeting of American Association of Pharmaceutical Sciences, San Diego, CA, 2017, Invited.

18. **Smyth**, **HDC**, Moon, C., Williams RO III, "New delivery technologies for orally inhaled products (OIPs)", International Society of Aerosols in Medicine, 2017 Congress, Santa Fe, NM, 3rd - 7th June 2017, Invited.

19. **Smyth**, **HDC** "Amorphous or Crystalline? Evaluating Particle Engineering Approaches for Inhalation Products" Respiratory Drug Delivery, Asia. Goa, India, November 8-11, 2016. Invited.

20. **Smyth**, **HDC** "Biophysical Barriers in Respiratory Drug Delivery" at Mechanisms and Barriers in Nanomedicine Workshop, Breckenridge, Colorado. July 16, 2016, Invited.

21. **Smyth**, **HDC** "Chitosan-Derived Nanoparticle-Mediated CRISPR/Cas9 Delivery" at Cystic Fibrosis Foundation conference: New Technologies Advancing Toward a One-Time Cure.  Savannah, GA from June 26 - 30, 2016. Invited.

22. James Hannon, Martin Donovan, Aileen Gibbons, Zhen Xu, Robert Curtis, **Hugh Smyth**, and Andy Clark, "Novel High Efficiency Inhaler for PDE5i Lung Delivery" Respiratory Drug Delivery 2016, Scottsdale, Arizona. Invited.

23. **Smyth**, **HDC** "Engineering Drug Delivery Systems" Department of Cell Biology and Immunology, UNT Health Science Center, University of North Texas, Fort Worth, Texas, December 10 2015. Invited.

24. **Smyth**, **HDC** "Engineering Devices and Molecules for Pulmonary Drug Delivery" Texas Tech University, November 2015. Invited

25. **Smyth**, **HDC**, "Challenges and Future Prospects for pulmonary delivery of Biologics" Annual Meeting of American Association of Pharmaceutical Sciences, Orlando, FL, 2015

26. Smyth, HDC, Invited Plenary Speaker, International Symposium for Graduate Students in Pharmaceutical Sciences, Guangzhou, China August 2015

27. **Smyth HDC**, Invited 5 Day Workshop on ""Pharmaceutical Engineering of Particulate Systems for Inhalation of Bioactive Molecules", Universidad Nacional del Sur and The National Scientific and Technical Research Council (CONICET) of Argentina. Bahia Blanca, Argentina February 2015, included the following individual presentations:
    a. Macro- and Microstructure of the Airways for Drug Delivery
    b. Pulmonary Drug Metabolism, Clearance, and Absorption
    c. Engineering and Physics of Aerosol Drug Delivery to the Lung

    d.  Engineering inhaled Drug Delivery Systems to Overcome Lung Clearance Mechanisms
    e.  Science and Technology of Pressurized Metered Dose Inhalers
    f.  Science and Technology of Dry Powder Inhalers
    g.  Science and Technology of Aqueous Based Aerosols for Lung Delivery
    h.  Particle Engineering Technologies for Pulmonary Drug Delivery
    i.  In vitro performance testing for Pulmonary Drug Delivery
    j.  Future Perspectives

28. **Smyth**, **HDC**, "Novel Dry Powder Inhaler Devices", CFTR gene repair and oligonucleotide delivery workshop Dec. 2 - 3, 2014 Cystic Fibrosis Foundation, Bethesda, MD.

29. **Smyth**, **HDC**, "Drug Device Combination Products for Pulmonary Drug Delivery", Part of Mini-Symposium on Combination Products, Annual Meeting of American Association of Pharmaceutical Sciences, San Diego, TX, 2014

30. **Smyth**, **HDC**, "Spindrift Therapeutics", Venture Expo, Texas Venture Labs, 2014.

31. **Smyth**, **HDC**, Achieving controlled pulmonary drug delivery, 19th International Symposium on Microencapsulation, Pamplona, Spain, Sept 9 -11, 2013.

32. **Smyth HDC**, Covert Operations: Designing Controlled Drug Delivery Systems for Inhalation, Annual Meeting of American Association of Pharmaceutical Sciences, Chicago, IL, Oct 2012

33. **Smyth HDC**, Excipient Challenges in the Development of Dry Powder Inhalers, AAPS Inhalation and Nasal Technology Focus Group Fall Symposium, Pittsburgh, September 2012.

34. **Smyth HDC**, Controlling Respiratory Drug Delivery: dispersion, release, and transport, AAPS Inhalation and Nasal Technology Focus Group, Respiratory Drug Delivery 2012, Scottsdale, AZ

35. **Smyth HDC**, Improvements with Inhalation Devices, 3rd Asthma and COPD Conference, IQPC, October 2011, Philadelphia, PA.

36. **Smyth HDC**, Drug Delivery to the Lung: Navigating the Obstacle Course, University of Illinois, Chicago, College of Pharmacy, 2011.

37. **Smyth HDC**, Overcoming Lung Clearance Mechanisms For Controlled Release Pulmonary Drug Delivery, CRS/AAPS Joint Workshop, AAPS Annual Meeting, 2011

***Assistant Professor at The University of Texas at Austin (2009 – 2011)***

38. **Smyth HDC**, Widening the lens: Re-evaluating the Influence of Size and Shape of lactose carriers on Aerosol Performance of DPIs, Drug Delivery to the Lung 21, 8th - 10th December 2010, Edinburgh International Conference Centre, Edinburgh, Scotland, UK, Invited

39. **Smyth HDC**, Designing Aerosol Formulations for Asthma and COPD, 2nd Annual Asthma and COPD Conference, June 28-30, 2010, Philadelphia, PA, Invited

40. **Smyth** H, New Ways of Delivering Drugs to the Lungs University of Texas at Austin, May 2009 Invited

41. **Smyth HDC**, Donovan M, Selvam P, Singh S, McNair D, Truman R, Tunable Dry Powder Inhalers: Future or Folly, Respiratory Drug Delivery, May 2009, Lisbon, Portugal, Invited

42. **Smyth HDC**, Formulation Considerations for Sterile Controlled Release Aerosol Products 44th Annual Pharmaceutical Technologies Arden Conference, American Association of Pharmaceutical Scientists, West Point, NY. February 2009 Invited

***Before joining The University of Texas at Austin***

43. **Smyth**, **H**, Gallegos, M, Truman C R, *A Novel Mechanism of Dry Powder Inhaler Dispersion: Optimizing Flow-Induced Flutter*, Respiratory Drug Delivery, Scottsdale, AZ, May 2008 Invited

44. **Smyth HDC**, Nano/Microsystems for Lung Drug Delivery INCBN IGERT Seminar 24th September, Center for High Technology Materials, Albuquerque, NM, September 2007 Invited

45. **Smyth HDC**, Sustained Release Pulmonary Drug Delivery Lovelace Respiratory Research Institute, Albuquerque, NM, July 2007 Invited

46. **Smyth HDC**, Pulmonary Drug Delivery Systems Center for High Technology Materials, Science and Technology Park, Albuquerque, NM, Oct 2006 Invited

47. **Smyth HDC**, Inhaled Chemotherapy Cancer Research and Treatment Center, UNM, August 2006 Invited

48. **Smyth HDC**, Sustained Pulmonary Drug Delivery, Drug Delivery Systems, IVT Workshop, San Francisco, September 20-23, 2005 Invited

49. **Smyth HDC**, Pulmonary Drug Delivery: Alternatives to CFC Metered Dose Inhalers University of New Mexico, Albuquerque, NM, Nov 2004 Invited

50. **Smyth HDC**, Particle size analysis and the impact this variable has on formulation development and product performance AAPS North Carolina Pharmaceutical Discussion Group (NCPDG), Durham, Nov 2004 Invited

51. **Smyth HDC**, Lectures on Pharmaceutical Inhalation Aerosol Technology at the PhIAT 2003 course and colloquia, Research Triangle Park, NC September 29-30, 2003 (Metered Dose Inhalers, Physicochemical characterization of aerosols)

52. **Smyth HDC**, Analytical Techniques for Determining Particle Size for Micronization, Barnett Micronizing and Particle Size Reduction Conference, Philidelphia, June 2003 Invited

53. **Smyth HDC**, Mehta, SC, Becket, G, Electrically Assisted Delivery of Proteins and Peptides Across The Skin. Formulation And Drug Delivery Conference, 3rd Annual Conference, Dunedin, New Zealand, February 2000 Invited

54. **Smyth HDC**, Mehta SC, Becket G, The Relationship Between Electroosmotic Flow And Electrical Potential Difference In The Human Epidermal Membrane, Perspectives In Percutaneous Penetration, 7th International Conference, La Grande Motte, France, April 2000, Invited

56

**55. Smyth HDC**, Mehta, SC, Becket G, Can We Deliver Proteins and Peptides Across The Skin? GlaxoWellcome Inc, Research Triangle Park, NC, October 1999 Invited

*NON PEER REVIEWED PUBLICATIONS*

**Smyth HDC**, Saleem I, Donovan M J, Emerging Carriers For Pulmonary Drug Delivery, Cover Story, American Association of Pharmaceutical Sciences News Magazine, 2006, 9(8) 12-15

Yun M, **Smyth HDC**, Kompella UB, Particle engineering for sustained pulmonary drug delivery, Business Briefing: Drug Delivery 2006

Saleem I, **Smyth HDC**, Carriers in Pulmonary Dry Powder Drug Delivery, in Future Drug Delivery, 2006, Touch Briefings, London, UK

**Smyth HDC**, Factors Influencing Particle Size Analysis of Micronized Powders, American Pharmaceutical Review, Fall issue, Pages 100-104, 2003

## ISSUED PATENTS

1. Methods for increasing wellbore strength. Inventors: Van Oort E, Hoxha BB, Vajargah AK, Williams III RO, Smyth H, Ferrati S, United States patent US 11,008,832. 2021 May 18.

2. Compounds for treating biofilm infection. Inventors: Smyth H, Du J,  University of Texas System, assignee. United States patent US 10,967,065. 2021 Apr 6

3. Methods for treatment of pulmonary hypertension. Inventors: Weers J, Romero A, Smyth H, Curtis R, Frost A, Xu Z, Shreeniwas R, Donovan M, inventors; Respira Therapeutics Inc, assignee. United States patent US 10,912,778. 2021 Feb 9.

4. Methods for fine particle manufacture, HDC Smyth, M Herpin - US Patent 9,370,514, 2016.

5. **Dry powder inhaler with flutter dispersion member**, Inventors: Hugh D. C. Smyth, Parthiban Selvam, Charles Randall Truman US 9492625 B2, Issued November 15, 2016

6. **Active nanoparticles and method of using**, Inventors: HD Smyth, M Osinski, SL McGill, US Patent 9,186,317, 2015

7. **Toroidal Pharmaceutical Formulations**, Inventors: Hugh D C Smyth, Matthew Herpin, US Patent 9,119,773B2, Issued Sept 1, 2015.

8. **"Dry Powder Nebulizer"** developed by Hugh Smyth and Nicola Jeanne Maynard. U.S. Patent No.9,078,985 issued on July 14, 2015. U.S. Patent No. 9,731,088 issued on August 15, 2017. Licensed by Nob Hill Therapeutics.

9. **Coated filament for evaporation/condensation aerosol generation of therapeutic agents and methods for using,** Inventors: Hickey, Anthony J., Smyth, Hugh D. C., United States Patent 8165460 Issued, April 24, 2012

10. **"Methods to Dose and Coat Inhalation Powders Onto Surfaces"** developed by Hugh Smyth and Martin Joseph Donovan. U.S. Patent No. 8,962,063 issued on February 24, 2015.

11. **Aerosol-Mediated Particle Synthesis**, Inventors: Hugh D C Smyth and Ibrahim M. El-Sherbiny  US Patent 8,652,366B2, Issued 2014

12. **Bead-containing dry powder inhaler**. Martin J. Donovan, Jacques Pappo, Hugh Smyth, US 8651104 B2 Issued Feb 18 2014.

13. **Apparatuses and methods for microparticle dry coating of surfaces**, Martin Donovan, Parthiban Selvam, Hugh D C Smyth, United States Patent 8715770 Issued May 6, 2014.

14. Swellable particles for drug delivery, Inventors: Hugh D. Smyth, Martin J. Donovan, United States Patent 8440231, Issued May 14, 2013.

15. **Dry powder inhaler**, Inventors: Martin J. Donovan, Jacques Pappo, Hugh Smyth, United States Patent 8561609. Issued Oct 22, 2013

16. Swellable particles for drug delivery, Inventors: Hugh D. Smyth, Martin J. Donovan, United States Patent 8257685 Issued September 4, 2012

17. **Dry powder aerosol generator**, Inventors: Hickey, Anthony J., Smyth, Hugh D. C., Telko, Martin J. United States Patent 8205612, Issued, June 26, 2012.

18. **Methods of acoustic measurement and control of pharmaceutical sprays, Inventors:** Hickey, Anthony J., Smyth, Hugh D. C., Mitran, Sorin, United States Patent 8156829, Issued April 24, 2012

19. **Dry powder inhaler with aeroelastic dispersion mechanism** developed by Hugh Smyth and Charles Randall Truman. U.S. Patent No. 8,127,763 issued on March 6, 2012. Chinese National Application No.200780015893.5 filed on November 3, 2008. Hong Kong National Application No. 9110550.2 filed on November 12, 2009. (Licensed to Cerner Corp)

## PUBLISHED PATENT APPLICATIONS

1. Weers J, Romero A, Smyth H, Curtis R, Frost A, Xu Z, Shreeniwas R, Donovan M, inventors; RESPIRA THERAPEUTICS Inc, assignee. Methods and compositions for treatment of pulmonary hypertension and other lung disorders. United States patent application US 17/146,173. 2021 Jul

2. Van Oort E, Hoxha BB, Vajargah AK, Williams III RO, Smyth H, Ferrati S, inventors; University of Texas System, assignee. Methods for increasing wellbore strength. United States patent application US 17/005,583. 2021 Apr 22.

3. Smyth H, MARTINS PP, inventors; University of Texas System, assignee. Methods and apparatus for high-throughput screening for testing permeability and retention of compounds across biological barriers. United States patent application US 17/015,293. 2021 Mar 11.

4. Maynard NJ, Smyth HD, inventors; STC UNM, assignee. Dry powder nebulizer. United States patent application US 16/892,900. 2020 Nov 26.

5. **Compounds For Treating Biofilm Infection**, Developed by: Hugh D Smyth, Ju Du - United States Patent Application 20170143842

6. **Plasma membrane vesicles comprising functional transmembrane proteins**, Jeanne Stachowiak, Hugh Smyth, Avinash Kaur Gadok, Silvia Ferrati, Chi Zhou, US 20170112773 A1, Publication Date April 27, 2017

7. **Methods and Compositions for Antimicrobial Treatment**, developed by:
OSINSKI, Marek A.; SMYTH, Hugh D.C. ; ARMIJO, Leisha Marie; NIHAL BANDARA, Hennaka Mudiyanselage Herath , US Patent App. 62/113,838, 2015, International Application No.: PCT/US2016/017163, filed 2016

8. **Powder dispersion methods and devices**, US Patent App. 14/996,011, 2016. Inventors: RM Curtis, D Deaton, J Hannon, Z Xu, H Smyth, 凸

9. **SOLID COMPOSITIONS FOR PHARMACEUTICAL USE**, Inventors: Hugh D.C. Smyth, Ibrahim M. El-Sherbiny, United States Patent Application 20140141094

10. **Dry powder inhaler with flutter dispersion member**, US 20120234322 A1, Inventors: Parthiban Selvam; Hugh D.C. Smyth; Charles Randall Truman.

11. **Dry powder inhaler with aeroelastic dispersion mechanism**, US 2012/0125331 A1, Inventors: 凸 Hugh Smyth, Charles Randall Truman.

12. **Formulations Containing Large-Size Carrier Particles For Dry Powder**, US 2011/0253140 A1, Inventors: Hugh D.C. Smyth, Martin Donovan

**CURRENT FUNDING AND RESEARCH SUPPORT**





**TEACHING AND ADVISING**

**Pharm.D. COURSES (Professional Students)**

*Assistant Professor, Associate Professor, and Professor with tenure at The University of Texas at Austin*

| | |
|---|---|
| 2017 – Present | **PHM 388M Pharmaceutics**.<br>Flipped class room, team based learning environment, 14 x 3 hour classes,<br>~ 125 students.  Co-Taught with Dr R. O. Williams III |
| 2016 – 2017 | **PHM 281C, Foundations For Interprofessional Collaborative Practice**,<br>Faculty Facilitator. |
| 2014-2016 | **PHR356C Pharmaceutics (Spring)**.<br>Transformed didactic course into a team-based flipped class room model with Dr<br>Williams. Approximately 14 modules x 3 hours per week. Co-developed all new<br>syllabus, course materials, quizzes, exams, assignments. |
| 2013 – 2018 | **PHR270N Intro To Nuclear Pharmacy,** Local Coordinator for UT-Austin. |
| 2010-2013 | **PHR 156P (Spring)**<br>Pharmaceutics Laboratory and Lectures<br>**Course Coordinator: Hugh Smyth**<br>Lecture course on pharmaceutical calculations to 1st year Pharm.D. students.<br>Developed new syllabus, generated new course handouts, study guides, and<br>participated in electronic "lecture capture" to enable students to remotely access<br>the lecture audio and visual materials to supplement lectures.<br>Approximately 130 students, 12 lectures<br><br>**Laboratory compounding course for 1st year** Pharm.D. students. Includes<br>introductory presentations in lab and directing practical demonstrations of<br>compounding techniques.<br>Approximately 25 students per lab, 5 labs per week, 10 weeks. |
| 2010-2014 | **PHR 356C**. **Pharmaceutics (Spring)**<br>Lecture course on pharmaceutics.<br>Approximately 130 students, 2-3 lectures (Team Taught Course).<br>Course Coordinator: R O Williams |

*Assistant professor at University of New Mexico*

| | |
|---|---|
| 2006 - 2009 | **PHARM 701: Pharmaceutics I, Fall Semester**<br>Course Coordinator: Linda Felton<br>Study of pharmaceutical dosage forms and relevant physico-chemical and<br>biopharmaceutical principles.  Introduction to the metrology and calculations<br>involved in the compounding and dispensing of pharmaceutical preparations.<br>Dosage forms discussed include ophthalmics, otics, nasal products, aerosols, and<br>transdermal products.<br>Approximately 85-90 students, 12 lectures |
| 2006 - 2009 | **PHARM 702: Pharmaceutics II, Spring Semester**<br>**Course Coordinator: Hugh Smyth**<br>Study of pharmaceutical dosage forms and relevant physico-chemical and<br>biopharmaceutical principles.  Introduction to the metrology and calculations<br>involved in the compounding and dispensing of pharmaceutical preparations.<br>Dosage forms discussed include ophthalmics, otics, nasal products, aerosols, and<br>transdermal products. |

Approximately 85-90 students, 14 lectures

*Research assistant professor at The University of North Carolina at Chapel Hill*

2003         **Pharm 411, Basic Pharmaceutics 2**
Course Coordinator: Anthony Hickey
2 Lectures, Inhalation Aerosols

*University of Otago, New Zealand*

2000         **Pharmaceutics I,**
Course Coordinator: Nigel Davies
2 Lectures, Transdermal Drug Delivery

**Graduate Curriculum**

*Assistant Professor and Associate professor with tenure at The University of Texas at Austin*

2011 - Present       **PHR 380Q,** Fall
Advanced Manufacturing Pharmacy
Approximately 12 Students, Co-Coordinator.

2010 - Present       **PHR 382,** Summer
Recent Advances in Pharmaceutics
**Course Coordinator: Hugh Smyth**
Approximately 10 Students, 6 x 4 hr Lectures

*Assistant professor at University of New Mexico*

2007 – 2008
Semester,        **PHARM/BIOMED 576: Molecular and Cellular Pharmacology,** Fall

Course Coordinator: Joe Masserano
The course reviews general principles of pharmacology, including receptor
interaction and signaling, ADME, drug design, pharmacogenomics, and
toxicology. One lecture was provided on the Respiratory Pharmacology
Approximately 5 students

2006 – 2009       **PHARM/BIOMED 581: General Toxicology**
Course Coordinators: Mary Walker/Craig Marcus
An in-depth introduction to the basic principles and concepts of toxicology.
Categories of chemicals causing toxic effects, the manner of exposure to toxic
substances, the environmental and biological effects, and the laws and
regulations will be considered. Two lectures on Respiratory Toxicology
Approximately 5 students

2007         **ECE 590 Graduate Seminar (Electrical and Computer Engineering)**:
Course Coordinator: Marek Osinski
One lecture, Nanocrystals and Nanoparticles for Drug Delivery

62

Approximately 10 students.

**Other Courses Taught**

| | |
|---|---|
| 2017 | Workshop on "Foundations of inhalation product design and development", Genentech, South San Francisco, CA. |
| 2015 | 5 Day Workshop on "Pharmaceutical Engineering of Particulate Systems for Inhalation of Bioactive Molecules", Universidad Nacional del Sur and The National Scientific and Technical Research Council (CONICET) of Argentina. Bahia Blanca, Argentina, February 2015. |
| 2005 | Workshop "Sustained Pulmonary Drug Delivery" The Institute of Validation Technology Drug Delivery Systems Conference, September 20-23 San Francisco. |
| 2004 | Department of Biomedical Engineering, University of North Carolina at Chapel Hill; Undergraduate lectures on "Drug Delivery" |
| 2003 | Faculty Speaker Pharmaceutical Inhalation Aerosol Technology Course and Colloquia September 29-30 Research Triangle Park, North Carolina |
| 2000 | Teaching Assistant Biopharmacy, Physical Pharmacy, & Aseptic Dispensing School of Pharmacy, University of Otago, NZ |
| 1997 | Teaching Assistant Biopharmacy, Physical Pharmacy, & Aseptic Dispensing School of Pharmacy, University of Otago, NZ |

**Students Supervised**

*Post-Doctoral Fellows / Visiting Scientists / Research Scientist*

| | |
|---|---|
| 2020 | Amr Hefnawy, Postdoctoral Fellow |
| 2019 – 2020 | Dr Shahzeb Khan (Fulbright Postdoctoral Scholar) |
| 2019 – 2020 | Amr Hefnawy, Visiting Scholar, Zewail City of Science and Technology |
| 2017 – 2019 | Dr. Clara Dominguez (ConTex postdoctoral fellowship awardee) Current Position, postdoctoral fellow at UT Austin |
| 2017 – 2018 | Dr. Weijun Liu (University of Tianjin Nankai Hospital, Integrated Chinese and Western Medicine Institute) |
| 2016 – Present | Dr. Matthew Herpin (The University of Texas at Austin) |

| | |
|---|---|
| 2016 – 2017 | Prof. Veronica Ramirez-Rigo (Universidad Nacional de Córdoba Conicet-Baiha Blanca)<br>Current Position, Faculity at Universidad Nacional de Córdoba Conicet-Baiha Blanca, Argentina |
| 2016 – Present | Neerali Shah, B.Pharm., MSc (Pharm Sci) |
| 2016 – 2017 | Dr Ashkan Yazdi (The University of Texas at Austin) |
| 2016 – 2017 | Dr Yuan Zhu (Jiangsu University, Center For Nano Drug/Gene Delivery and Tissue Engineering) |
| 2016 | Dr Syed Umer Jan (University of Balochistan)<br>Current Position, faculty at University of Balochistan, Pakistan |
| 2016 | Dr Frederic Tewes (University of Poitiers)<br>Current Position, Associate professor at the University of Poitiers, France |
| 2014 – 2017 | Dr. Silvia Ferrati, (University of Texas at Houston) *"Biomimetic Vesicles for Drug Delivery"*<br>Current Position, Research Assistant Professor at UT Austin |
| 2014 – 2016 | Dr Kristin Fathe, (University of Texas at Austin) Editorial Assistant and Pharmaceutical Analysis.<br>Current Position, Technical Application Trainer at Luminex Corporation |
| 2014 – 2015 | Dr Xianfei Xie, "Controlled pulmonary drug delivery to alter and optimize the pharmacokinetics of therapeutic molecules" |
| 2013 – 2014 | Dr Xin Li "Microfluidic Synthesis of Shape Controlled Particles" |
| 2012 – 2014 | Dr Nihal Bandara,  (University of Hong Kong, Microbiology and Oral Biosciences).    "Drug Delivery in Biofilms"<br>Current Position, Faculty at Univeristy of Bristol, UK |
| 2011 – 2014 | Dr. Roger Andrew Maloney, (University of New Mexico, Physics) "Particle Adhesion and Detachment"<br>Current Position, Senior data scientist at Bold Metrics |
| 2011-2012 | Aileen Gibbons, Ph.D. (Royal College of Surgeons, Dublin, Ireland) "Dry Powder Inhaler Formulations"<br>Current Position, Director Health Care Investment Banking. |
| 2009 – 2011 | Stephen Marek, Ph.D. (The University of Texas) "Interparticulate Forces"<br>Subsequent Position, Lecturer, Biomedical Engineering, The University of Texas at Austin. |
| 2008 – 2010 | Ibrahim El-Sherbiny, Ph.D. (Massey University, New Zealand) "Hydrogels for Drug Delivery" |

Current Position: Associate Professor, Mansoura University Egypt.

2008 – 2010     Parthiban Selvam, Ph.D. (Wayne State University)
                "Dry Powder Inhaler Development"
                Subsequent Position: Scientist, Savara Pharmaceuticals

2008 – 2009     Satya Singh, Ph.D., (Indian Institute of Technology, Kanpur, India)
                "Computational Fluid Dynamics for Inhalers"
                Subsequent Position: Scientist, Indian Institute of Technology

2006 – 2008     Imran Saleem, Ph.D. (Aston University, United Kingdom)
                "Inhalation Aerosols for Lung Cancer Treatment"
                Current Position: Faculty at John Moores University, Liverpool, United Kingdom

*Graduate Students (as primary advisor)*

2021 – Present  Arifenur Karaman, Graduate Student,
                Pharmaceutics Ph.D. Graduate Program, The University of Texas at Austin

2020 – Present  Rex Moore, Graduate Student,
                Pharmaceutics Ph.D. Graduate Program, The University of Texas at Austin

2020 – Present  Varsha Nair, Graduate Student,
                Pharmaceutics Ph.D. Graduate Program, The University of Texas at Austin

2019 – Present  Shihao Cai, Graduate Student,
                Pharmaceutics Ph.D. Graduate Program, The University of Texas at Austin

2019 – 2021     Li Ding, MS, Graduate Student,
                Pharmaceutics Ph.D. Graduate Program, The University of Texas at Austin

2017 – 2019     Hairui Zhang, MS, Graduate Student,
                Pharmaceutics Ph.D. Graduate Program, The University of Texas at Austin

2016 – 2020     Ashlee Branuagh, Pharm.D., Graduate Student,
                Pharmaceutics Ph.D. Graduate Program, The University of Texas at Austin

2016 – 2019     Lara Heerasema Graduate Student
                Biomedical Engineering Ph.D. Graduate Program,
                The University of Texas at Austin

2015 – 2019     Jasmim Leal Graduate Student
                Pharmaceutics Ph.D. Graduate Program, The University of Texas at Austin

2015 – 2021     Patricia Martins, M.Pharm.  Graduate Student
                Pharmaceutics Ph.D. Graduate Program, The University of Texas at Austin

2015            Nazareth Ceschan, Ph.D. Graduate Student on Fellowship from CONICET &
                Universidad Nacional del Sur, Bahia Blanca Argentina.
                Graduated 2017

65

| | |
|---|---|
| 2014 – 2018 | Zachary Warnken, Pharm.D., Ph.D. Graduate Student<br>Pharmaceutics Ph.D. Graduate Program, The University of Texas at Austin<br>Co-Supervised with Dr Williams. |
| 2013 – 2018 | Tania Bahamóndez, Graduate Student<br>Pharmaceutics Ph.D. Graduate Program, The University of Texas at Austin |
| 2013 – 2018 | Daniel F Moraga-Espinoza, Graduate Student<br>Pharmaceutics Ph.D. Graduate Program, The University of Texas at Austin |
| 2012 – 2016 | Ashkan Yazdi, Pharm.D., Graduate Student<br>Pharmaceutics Ph.D. Graduate Program, The University of Texas at Austin<br>Graduated 2016<br>Current Position: Visiting Scientist, UT-Austin |
| 2011 – 2015 | Ping Du.<br>Pharmaceutics Graduate Program, The University of Texas at Austin<br>Graduated 2015<br>Current Position: Scientist at Catalent Pharma Solutions |
| 2010 – 2015 | +Matt Herpin, Graduate Student<br>Pharmaceutics Graduate Program, The University of Texas at Austin<br>Graduated 2016 |
| 2010 – 2015 | +Ju Du, Graduate Student<br>Pharmaceutics Graduate Program, The University of Texas at Austin<br>"Novel Therapeutics Delivered as Inhalation Aerosols"<br>Graduated 2015<br>Current Position: Scientist at Catalent Pharma Solutions |
| 2011 – 2014 | Srimahitha Kaliki, Graduate Student<br>Biomedical Engineering Graduate Program, The University of Texas at Austin<br>Graduated 2014<br>Current Position: Data Analyst at Aduro health |
| 2010 – 2013 | Diana Guzman, Graduate Student at Facultad de Farmacia<br>Universidad Autonoma Del Estado De Morelos<br>Co-Advisor: Dr Dea Herrara Ruiz<br>Graduated 2013<br>Current Position: Post Doctoral Fellow, Arizona. |
| 2006 – 2011 | Martin Donovan, Graduate Student<br>Awarded NSF IGERT scholarship for Nanoscience and Microsystems<br>Biomedical Sciences Graduate Program, UNM, transferred to:<br>Pharmaceutics Graduate Program, The University of Texas at Austin<br>Graduated August 2011<br>Current Position, Senior Scientist, Xeris Therapeutics, Austin Texas |
| 2007 – 2011 | Shayna McGill, Graduate Student<br>Biomedical Sciences Graduate Program, UNM, transferred to:<br>Pharmaceutics Graduate Program, The University of Texas at Austin |

|  | Awarded NSF IGERT fellowship for "Integrating Nanotechnology with Cell Biology and Neuroscience" |
|---|---|
|  | Winner of International Society for Aerosols in Medicine, Biennial Student Research Award |
|  | Graduated, August 2011 |
|  | Current Position: Clinical Research Associate at INC Research |
| 2007 – 2009 | [+]Leah Mitchell, Ph.D. Biomedical Sciences, University of New Mexico "Mechanisms of Inhaled Multiwalled Carbon Nanotube-Induced Immunosupression in Mice" Major Advisor: Scott Burchiel Graduated May 2009 |
| 2007 | Sonya Flores, Graduate Student, Biomedical Sciences Graduate Program On Rotation |
| 2005 – 2008 | [+]Michelle B. Gallegos, Masters Student, Mechanical Engineering Program, University of New Mexico Major Advisor: C Randall Truman Graduated 2008 |

*Pharm. D. Students (Research)*

| 2017 | Omar Fuentes, Pharm.D. Student, Research Rotations Albert Shaver, Pharm.D. Student, Research Rotations |
|---|---|
| 2016 | Jaynish Amin, Pharm.D. Student, Honors Program Ashlee Brunaugh, Pharm.D., Ph.D. Student, Research Rotations |
| 2015 | Autumn Lee, Pharm.D. Student, Research Rotations. Honors Program Allison Dietert, Pharm.D. Student, Research Rotations, Honors Program Andee Shaunessy, Pharm.D. Student, Research Rotations, Honors Program Jaynish Amin, Pharm.D. Student, Research Rotations, Honors Program |
| 2014 | Ashlee Brunaugh, Pharm.D., Ph.D. Student, Research Rotations. Maliha Ahmed, Pharm.D. Student, Research Rotations, Honors Program The University of Texas at Austin Sarah Hallowell, Pharm.D. Student, Research Rotations, Honors Program The University of Texas at Austin |
| 2013 | Stephanie Hufnagel, Pharm.D. Student, Research Rotations, Honors Program The University of Texas at Austin |
| 2010 – 2013 | Lucy Gong, Pharm.D. Student, Research Rotations, Honors Program The University of Texas at Austin |

67

| | |
|---|---|
| 2010 – 2012 | Scott Mosley, Pharm.D. Student, Research Rotations, Honors Program<br>The University of Texas at Austin |
| 2010 – 2012 | Tommy Cai, Student, Research Rotation, The University of Texas at Austin |
| 2009 – 2012 | Nicola Maynard, Pharm.D. Student, College of Pharmacy<br>University of New Mexico |
| 2009 | Samantha Torres, Pharm.D. Student, College of Pharmacy<br>University of New Mexico<br>Summer Fellow |
| 2008 | Vincent Agustin, Pharm.D. Student, College of Pharmacy<br>University of New Mexico<br>Summer Fellow |
| 2007 – 2008 | HongChao Liu, Pharm.D. Student, College of Pharmacy<br>University of New Mexico<br>Pfizer Fellow, UNM 2007-2008 |

*Undergraduate Students (Research)*

| | |
|---|---|
| 2017 | Dalton Kotilinek, NSF Student chemical engineering (South Dakota School of Mines and Technology).<br>Lucy Cai, (Biochemistry, UT Austin)<br>Eli Eshaghian, (Public Health, UT Austin)<br>Micaela Beussman, chemical engineering (UT Austin) |
| 2015 | Heather Klein (BME)<br>Jessica Musler (BME)<br>Sarah Maguire (BME)<br>Bianca Wu (Pre-Pharmacy) |
| 2014 | Alejandro Harb<br>David Kolacny<br>Heather Klein (BME)<br>Jessica Musler (BME)<br>Kevin Gandingco (BME)<br>Jeanette Lee (Intellectual Entrepreneurship Program) |
| 2012 – 2013 | Danielle Stolley,<br>Tyler Fields<br>Damian Jimenez<br>Sarah D Labianca<br>Giovanni A Campagna<br>Khurram Qazi<br>Jihyun Yoo<br>Howard Lin<br>Joiesah Sunga<br>Samantha Salcedo |

|            | Alejandro Harb<br>David Kolacny<br>Johnny Thai |
|------------|------------------------------------------------|

| 2011 – 2012 | Johnny Thai - Biochemistry Major<br>Stivaly Gomez - Biomedical Engineering<br>Michael Huang - Pre-Med<br>Kunnel Zachariah - Chemical Engineering<br>Mashal Awais - Chemistry<br>David Yang - Biomedical Engineering<br>Charlie Nguyen - Biology<br>Kevin Zhao - Intellectual Entrepreneurship Program, Pre-Pharm |
|-------------|---|

| 2010 – 2012 | Y Vo, Chemical Engineering, The University of Texas at Austin |
|-------------|---|

| 2009 | Kristi Mascarenas, McNair Scholar, University of New Mexico |
|------|---|

| 2008 – 2009 | Abdullah Feroz, Regents Scholar, Undergraduate, University of New Mexico<br>Carla Cuylear, Minority Access to Research Careers (MARC) Scholar<br>Undergraduate, University of New Mexico |
|-------------|---|

| 2007 – 2008 | Poonam Patil, Pre-Pharmacy Student, University of New Mexico |
|-------------|---|
| 2006 – 2007 | Laura Rogers, Pre-Pharmacy Student, University of New Mexico |

**Student Committees**

*Doctoral Thesis Committees (\* denotes chair of committee)*

| Year Complete | Student | Program |
|---------------|---------|---------|
| 2009 | MITCHELL, LEAH | Biomedical Sciences (UNM) |
| 2011 | *DONOVAN, MARTIN JOSEPH | Pharmaceutical Sciences (UT) |
| 2011 | CARVALHO, THIAGO CARDOSO | Pharmaceutical Sciences (UT) |
| 2011 | *MCGILL, SHAYNA LORRAINE | Pharmaceutical Sciences (UT) |
| 2011 | O'DONNELL, KEVIN PATRICK | Pharmaceutical Sciences (UT) |
| 2012 | HUGHEY, JUSTIN ROY | Pharmaceutical Sciences (UT) |
| 2012 | BOSSELMANN, STEPHANIE | Pharmaceutical Sciences (UT) |
| 2012 | MORALES, JAVIER OCTAVIO | Pharmaceutical Sciences (UT) |
| 2013 | KUMAR, AMIT | Pharmaceutical Sciences (UT) |
| 2013 | CARVALHO, SIMONE RAFFA | Pharmaceutical Sciences (UT) |
| 2013 | KEEN, JUSTIN MARTIN | Pharmaceutical Sciences (UT) |
| 2013 | LI, XINRAN | Pharmaceutical Sciences (UT) |
| 2013 | WANG, YI-BO | Pharmaceutical Sciences (UT) |
| 2014 | BENNETT, RYAN COLE | Pharmaceutical Sciences (UT) |
| 2014 | *KALIKI, SRIMAHITHA | Biomedical Engineering (UT) |
| 2015 | *DU, JU | Pharmaceutical Sciences (UT) |
| 2015 | *DU, PING | Pharmaceutical Sciences (UT) |
| 2015 | IBRAHIM, YOUSSEF W. | Pharmaceutical Sciences (UT) |
| 2015 | *HERPIN, MATTHEW JOSEPH | Pharmaceutical Sciences (UT) |
| 2016 | LAFOUNTAINE, JUSTIN SCOTT | Pharmaceutical Sciences (UT) |
| 2016 | PRASAD, LEENA KUMARI | Pharmaceutical Sciences (UT) |
| 2016 | *YAZDI, ASHKAN KHAKPARVAR | Pharmaceutical Sciences (UT) |

| 2017 | ALDAYEL, ABDULAZIZ M. | Pharmaceutical Sciences (UT) |
|------|------------------------|-------------------------------|
| 2018 | *BAHAMONDEZ-CANAS, T. F. | Pharmaceutical Sciences (UT) |
| 2017 | GADOK, AVINASH KAUR | Biomedical Engineering (UT) |
| 2018 | HASER, ABBE JEANNE | Pharmaceutical Sciences (UT) |
| 2019 | *HEERSEMA, LARA ASHLEY | Biomedical Engineering (UT) |
| 2017 | HUANG, SIYUAN | Pharmaceutical Sciences (UT) |
| 2019 | IMAM, ZACHARY IBRAHIM | Biomedical Engineering (UT) |
| Pending | KIM, JAE YOU | Biomedical Engineering (UT) |
| 2019 | *LEAL, JASMIM | Pharmaceutical Sciences (UT) |
| Pending | LIU, XINQUAN | Pharmaceutical Sciences (UT) |
| 2017 | MAINCENT, JULIEN | Pharmaceutical Sciences (UT) |
| 2018 | *MORAGA-ESPINOZA, D. F. | Pharmaceutical Sciences (UT) |
| 2017 | THAKKAR, SACHIN | Pharmaceutical Sciences (UT) |
| 2017 | *WARNKEN, ZACHARY NIELSON | Pharmaceutical Sciences (UT) |
| 2019 | LIU, XU | Pharmaceutical Sciences (UT) |
| 2019 | KOVACH, KRISTIN N. | College of Natural Sciences (UT) |

*Masters Thesis Committees*

| 2008 | Michelle Gallegos | Mechanical Engineering, UNM |
|------|-------------------|------------------------------|

## External Examiner for Doctoral Students

2016          Sumit Arora, "Dry Powder Inhalable formulations of voriconazole for effective pulmonary delivery", National Institute of Pharmaceutical Education and Research (NIPER),Nagar, Punjab, India.

Jesslyn Ooi, "The Determination Of Physical And Chemical Stability Of Pressurised Metered Dose Inhaler Formulations", University of Sydney, Australia.

2013          Diana Guzman Villanueva, Facultad de Farmacia, UAEM Cuernavaca, Morelos, Mexico

## Student Awards (under my direct supervision)

2017          Jasmim Leal and Daniel Moraga-Espinoza, Graduate Students

Dr. Bill and Jill Williams and Dr.Jim and Kitty McGinity Graduate Fellowship

Daniel Moraga-Espinoza, Graduate Student

Max and Mary Burlage Fellowship

2016          Tania F Bahamondez-Canas and Daniel Moraga-Espinoza, Graduate Students

Dean's prestigious fellowship

2015            Tania F Bahamondez-Canas and Daniel Moraga-Espinoza, Graduate Students

                Dean's prestigious fellowship

                Duane A. Boyle fellowship in Pharmaceutics


2014            Tania F Bahamondez-Canas, Graduate Student

                Dean's prestigious fellowship


2011            Matthew Herpin, Graduate Student

                Pharmaceutical Researchers and Manufacturers Association (PhRMA)
                Foundation, Graduate Student Fellowship in Pharmaceutics (Full Stipend
                Support, 2 years)


2010            Shayna McGill, Graduate Student

                Dr. Bill and Jill Williams and Dr. Jim and Kitty McGinity Graduate Fellowship


2009            Shayna McGill, Graduate Student

                Nominee, Teaching Excellence Award

                College of Pharmacy, The University of Texas at Austin


2009            Martin Donovan, Graduate Student

                Nominee, Teaching Excellence Award

                College of Pharmacy, The University of Texas at Austin


2009            Shayna McGill, Graduate Student

                Winner of the International Society for Aerosols in Medicine, Biennial Student
                Research Award

| 2008 | Hongchao Liu, Pharmaceutical Sciences Pharm.D. Research Award University of New Mexico, College of Pharmacy |
|---|---|
| 2007 – 2009 | Shayna McGill, Graduate Student |
| | Awarded NSF IGERT fellowship for "Integrating Nanotechnology with Cell Biology and Neuroscience" |
| 2006 – 2009 | Martin Donovan, Graduate Student |
| | Awarded NSF IGERT scholarship for Nanoscience and Microsystems |

**SERVICE**

**Professional Leadership**

| 2017 - Present | Co-Chair of the New devices and emerging therapy group, International Society of Aerosols in Medicine (ISAM) |
|---|---|
| | Co-Founder and Consulting Chief Scientist, Nob Hill Therapeutics, San Diego, CA. Start-up company based on intellectual property and patents licensed from my laboratory. |
| 2016 | Chair-Elect, Inhalation and Nasal Technologies, Focus Group, American Association of Pharmaceutical Scientists. |
| 2016 | Member of Organizing Committee, American Association of Pharmaceutical Scientists, Arden House Conference on Drug/Device Combination Products. |
| 2015 | Executive Committee Member, Inhalation and Nasal Technology Focus Group of the American Association of Pharmaceutical Scientists. |
| 2014 | Member of Organizing Committee, International Society of Microencapsulation International Meeting 2015. |
| 2011 | Co-Chair, Workshop on: Developing Pharmaceutical Products for Controlled Pulmonary Delivery, October 23, 2011, Walter E. Washington Convention Center, Washington, D.C., U.S.A.  Controlled Release Society & American Association of Pharmaceutical Scientists |
| 2010 - Present | Consulting Chief Scientist, Respira Therapeutics Start-up company based on intellectual property and patents licensed from my laboratory. |
| 2010 | Programming Committee |

|            | "Lactose as a Carrier for Inhalation Products" Conference |
|            | Parma, Italy |
| 2008       | Pulmonary Advisory Board |
|            | Mannkind Corporation, Danbury, Connecticut |
| 2007       | Member Business Advisory Board |
|            | Zia Scientific, Albuquerque, New Mexico |
| 2005 – Present | Scientific Consultant to various Law Firms |
| 2003       | Scientific Analyst, Evaluation of Existing Inhaler Products in Developing Nations |
|            | United Nations Development Program |

**Ad Hoc Scholarly Review**

| 2000 – Present | European Journal of Pharmaceutics and Biopharmaceutics |
|                | Molecular Pharmaceutics |
|                | Journal of Microencapsulation |
|                | Nature Reviews Drug Discovery |
|                | International Journal of Pharmaceutics |
|                | Journal of Pharmaceutical Sciences |
|                | Journal of Aerosol Medicine |
|                | Journal of Controlled Release |
|                | AAPS PharmSciTech |
|                | Journal of Pharmacy and Pharmacology |
|                | Pharmaceutical Research |
|                | Drug Development and Industrial Pharmacy |
|                | Langmuir |
|                | Powder Technology |
|                | Journal of Environmental Management |

**Editorial Review**

| 2016           | Guest Editor, Current Pharmaceutical Design, Special Issue "Pulmonary delivery of systemic drugs - from Aerosol Generation to Efficacious Delivery" |
| 2014 – Present | Editor-in-Chief, Drug Development and Industrial Pharmacy. |
| 2012 – Present | Editorial Board Member, Journal of Bioequivalence & Bioavailability |
| 2010 – Present | Editorial Advisory Board, Drug Delivery Letters |
| 2010           | Guest Editor, Journal of Nanomaterials, Special Issue Nanostructured Aerosol Particles: Fabrication, Pulmonary Drug Delivery, and Controlled Release |
| 2008 – 2012    | Editorial Advisory Board for Books |
|                | Controlled Release Society |
| 2007 – 2010    | Editorial Advisory Committee for Books |

|  | American Association of Pharmaceutical Scientists |
|---|---|
| 2007 – Present | Reviewer, Annual Meeting<br>American Association of Pharmaceutical Scientists |
| 2006 – 2014 | Editorial Board Member<br>Drug Development and Industrial Pharmacy |

**National / International Grant Review**

| 2021 | Nanotechnology Study Section, National Institutes of Health (2022/01 NANO), October 13- 14, 2021 |
|---|---|
| 2017 | Study Section member, National Institutes of Health:<br>ZAI1 BLG-M (S1) 1                    SRO: Brenda Lange-Gustafson |
| 2016 | Study Section member, National Institutes of Health: |

|  |  |  |
|---|---|---|
|  | NIDA, ZDA1-SXM-M-71 | SRO: Susan McGuire |
|  | CSR, ZRG1-ETTN-J-50 | SRO: Kristin Kramer |
|  | NIDA, ZDA1-SXM-M-13 | SRO: Susan McGuire |
|  | CSR, ZRG1-ETTN-G-50 | SRO: Paek-Gyu Lee |
|  | CSR, ZRG1-ETTN-G-50 | SRO: Paek-Gyu Lee |
|  | CSR, Gene and Drug Delivery (GDD) | SRO: Amy Rubinstein |

| 2015 - Present | Grant Reviewer, Cystic Fibrosis Foundation. |
|---|---|
| 2013 - Present | Ad-Hoc Study Section Member<br>Center for Scientific Review<br>National Institutes of Health |
| 2012 | Ad-Hoc Study Section Member (2 Study Sections)<br>Center for Scientific Review<br>National Institutes of Health |
| 2010 | Panelist SBIR/STTR Program<br>National Science Foundation |
| 2010 | Reviewer<br>Ohio Cancer Research Associates Foundation |
| 2009 | Panelist SBIR/STTR Program<br>National Science Foundation |
| 2009 | Reviewer<br>North Carolina Biotechnology Center |

| 2007 | Panelist "Drug Discovery and Development"<br>National Science Foundation |
|---|---|
| 2006 | Panelist "Drug Delivery in Biotechnology"<br>National Science Foundation |
| 2005 | Special Emphasis Panel: "Delivery Systems and Nanotechnology"<br>Center for Scientific Review<br>National Institutes of Health |
| 2004 | Reviewer<br>Alberta Heritage Foundation for Medical Research, Canada |
| 2001 | Panelist "Drug Delivery in Biotechnology"<br>National Science Foundation |

**External Tenure and Promotion Reviewer**

| 2021 | University of Michigan |
|---|---|
| 2021 | King's College London, UK |
| 2020 | University of Michigan |
| 2016 | Texas Tech University Health Sciences Center |
| | University of New Mexico, College of Pharmacy |
| 2013 | Mylan School of Pharmacy and Graduate School of Pharmaceutical Sciences<br>Duquesne University, Pittsburgh, PA |
| | College of Pharmacy, University of Iowa, Iowa City, Iowa |
| 2012 | Massachusetts College of Pharmacy and Health Sciences, Boston, MA |

**University Service**

**The University of Texas at Austin**

| 2017 | Executive Committee member, Department of Biomedical Engineering Graduate Studies Committee. |
|---|---|
| 2016 | Steering Committee, Lester Pharmaceutical Entrepreneurship Program, College of Pharmacy, UT Austin |
| | Chair, Task Force on Pharmacokinetics, College of Pharmacy. |
| 2014 | Co-Chair, Faculty Retreat Committee, College of Pharmacy.<br>Member, Center for Infectious Diseases, UT Austin |

75

| | |
|---|---|
| 2012 | Chair, Faculty Search Committee, Pharmaceutics (2013). |
| | Steering Committee, Improving Course Outcome and Student Achievement, (ICOSA) |
| | Continuing Education Committee |
| | Graduate Studies Administrative Sub-Committee* |
| | Teaching Credentials & Assignments Committee* |
| | Division of Pharmaceutics Graduate Advisor. |
| 2010 – 2013 | Steering Committee, TherapUTex, Drug Dynamics Institute<br>College of Pharmacy |
| 2010 – present | Curriculum Committee<br>College of Pharmacy |
| 2010 – 2014 | Program Assessment Team<br>College of Pharmacy |
| 2010 – present | Accreditation Self-Study Committee 5<br>College of Pharmacy |
| 2010 | Seminar Coordinator<br>Division of Pharmaceutics<br>College of Pharmacy |

**University of New Mexico**

| | |
|---|---|
| 2009 | Faculty Advisor for Pharm.D. Class of 2012 |
| 2007 – 2008 | University of New Mexico Intellectual Property Policy Committee |
| 2007 – 2009 | Organizational Planning & Evaluation Committee<br>College of Pharmacy |
| 2007 | Faculty Search Committee, Pharmacokinetics<br>College of Pharmacy |
| 2006 – 2009 | Steering Committee Member, Biomedical Sciences Graduate Program<br>The Biomedical Sciences Graduate Program is the graduate program for the entire Health Sciences Center. The steering committee has members from each participating unit and oversees the graduate program from admissions, qualifying exams, assessment, etc. |
| 2006 – 2009 | Lung Cancer Working Group<br>Cancer Research and Treatment Center |

| | |
|---|---|
| 2006 – 2009 | Phase 1 Working Group<br>Cancer Research and Treatment Center |
| 2006 – 2007 | Assessment Task Force<br>College of Pharmacy |
| 2005 | Scholarships, Student Loans and Awards Committee<br>College of Pharmacy |

**Professional Development**

| | |
|---|---|
| 2013 | Member of University of Texas at Austin learning community program on "Flipping the Classroom" |
| 2011 | College Wide Workshop on Objective Writing, Speaker: Dr. John Littlefield<br>Director of the Academic Center for Excellence in Teaching (ACET) at the UT Health Science Center, San Antonio |
| 2009 – Present | Teaching Conversations, The University of Texas at Austin,<br>College of Pharmacy<br>Coordinator: Patrick Davis, Senior Associate Dean |
| 2006 – 2009 | Faculty Development Series, College of Pharmacy, University of New Mexico<br>Coordinators: Craig Marcus, Division Chair, Laurie Hudson, Regents Professor |
| 2004 – 2005 | Teaching Methods and Teaching Enhancement<br>Center for Teaching and Learning / Center for Faculty Excellence<br>University of North Carolina at Chapel Hill |

**Outreach and Community Service**

| | |
|---|---|
| 2017 | Eanes Elementary Science Day, Facilitator<br>Presented crystal formation, fossilization, and earth science<br>5 Kindergarten Classes |
| 2015 | Eanes Elementary Science Day, Facilitator<br>Chemistry of Pharmaceuticals<br>5 Second Grade Classes |
| 2013 | UT SAGE™ (Seminars for Adult Growth and Enrichment) seminar "Inhaled Pharmaceuticals" at the Thompson Conference Center |
| 2009 – 2015 | Explore UT "Hogwarts Jungle Potion Class"<br>Compounding of reversible gels |

**AWARDS AND HONORS**

| | |
|---|---|
| 2017 | Co-Chair, Drug Delivery Networking Group, International Society for Aerosols in Medicine |
| 2016 | Vice Chair / Chair-Elect, Executive Committee, Inhalation and Nasal Technology Focus Group of the American Association of Pharmaceutical Scientists. |
| 2015 | Executive Committee Member, Inhalation and Nasal Technology Focus Group of the American Association of Pharmaceutical Scientists. |
| | Invited Plenary Speaker, International Symposium for Graduate Students in Pharmaceutical Sciences, Guangzhou, China |
| 2014 | Editor-in-Chief, Drug Development and Industrial Pharmacy, Taylor and Francis Press (September, 2014 - current). |
| | American Association of Colleges of Pharmacy, Academic Research Fellow |
| | Nominee for 2014 Edith and Peter O'Donnell Engineering Award, The Academy of Medicine, Engineering & Science of Texas |
| 2013 | Nominee for 2014 Edith and Peter O'Donnell Technology Innovation Award, The Academy of Medicine, Engineering & Science of Texas |
| 2012 | Bergen-Brunswig Fellow, University of Texas at Austin. |
| 2008 | Best Poster, Respiratory Drug Delivery 2008, Scottsdale, AZ |
| 2007 | New Investigator Award in Pharmaceutics, Drug Delivery, and Pharmaceutical Technologies American Association of Pharmaceutical Scientists |
| 2007 | New Investigator in Pharmaceutics Award, Pharmaceutical Research and Manufacturers of America (PhRMA) Foundation |
| 2007 | Winning Team, Second Annual Technology Business Plan Competition University of New Mexico |
| 1997 – 1999 | Vernon Tews - GlaxoWellcome Inc. Education Scholarship |

**Curriculum Vitae**
*F. Dean Toste*
*Gerald E. K. Branch Distinguished Professor*
*University of California, Berkeley*

**Contact Information**

F. Dean Toste
627 Latimer Hall
Department of Chemistry                          Tel: (510) 642-2850
University of California                          Fax: (510) 643-1460
Berkeley, CA, 94720-1460                          email: fdtoste@berkeley.edu
                                                 website URL: www.cchem.berkeley.edu/~toste/

**Positions**

Gerald E. K. Branch Distinguished Professor      Professor
Department of Chemistry                           Department of Chemistry
University of California, Berkeley                University of California, Berkeley
July 2017 to present                              June 2009 to July 2017

Associate Professor                               Faculty Scientist
Department of Chemistry                           Chemical Science Division
University of California, Berkeley                Lawrence Berkeley National Lab
July 2006 to June 2009                            July 2007 to present

Assistant Professor
Department of Chemistry
University of California, Berkeley
Aug 2002 to June 2006

**Education**

Post-Doctoral Fellow                              M.Sc. in Organic Chemistry
Department of Chemistry                           Department of Chemistry
California Institute of Technology                University of Toronto
<u>Advisor</u>: Professor Robert H. Grubbs        <u>Advisor</u>: Professor Ian W.J. Still
January 2001 to July 2002                         September 1993 to August 1995

Ph.D. in Organic Chemistry                        B.Sc in Chemistry and Biochemistry
Department of Chemistry                           University of Toronto
Stanford University                               September 1989 to June 1993
<u>Advisor</u>: Professor Barry M. Trost
September 1995 to December 2000

**Fellowships and Awards**

Elected Member of the National Academy of Science (2020); Elected Fellow of the American Academy of Arts and Science (2018); Royal Society of Chemistry, Catalysis in Organic Chemistry Award (2018); Janssen Prize for Creativity in Organic Synthesis (2018); Humboldt Research Award, Germany (2016); Elected Fellow of the Royal Society of Canada – Academy of Science (2015); German Chemical Society (GDCh), Horst-Pracejus Preis (2015); American Chemical Society, Creativity in Synthetic Organic Chemistry Award (2015); Mitsui Catalysis Award (2014); Miller Professorship, UC Berkeley (2014); Society of Synthetic Organic Chemistry Japan, Mukaiyama Award (2011); Tetrahedron Young Investigator Award (2011); Elected Fellow of the Royal Society of Chemistry (2010); Royal Society of Chemistry, Merck Award (2010);

Solvias Ligand Prize (2009); Thieme-IUPAC Prize in Synthetic Organic Chemistry (2008); American Chemical Society, Elias J. Corey Award (2008); BASF Catalysis Award (2007); Organometallic Chemistry Directed Towards Organic Synthesis (OMCOS) Award (2007); Novartis Young Investigator Award (2006); Novartis Chemistry Lectureship (2006-2007); Roche Excellence in Chemistry Award (2006); American Chemical Society, Cope Scholar Award (2006); Taiwan National Science Council Visiting Scholar (2006); AstraZeneca Excellence in Chemistry Award (2005); Chevron Chair, UC Berkeley (2004-2006); Pfizer Research Laboratories Creativity in Organic Synthesis Award (2005); Amgen Young Investigator (2005); Japan Society for the Promotion of Science Fellowship (2005); Abbott Laboratories New Faculty Award (2005); Alfred P. Sloan Research Fellowship (2005); BMS Unrestricted Grant in Synthetic Organic Chemistry (2005); NSF CAREER Award (2005); GlaxoSmithKline Chemistry Scholar Award (2004); Eli Lilly Grantee Award (2004); Dupont Young Investigator Award (2004); Amgen New Faculty Award (2003); Boehringer-Ingelheim New Faculty Award (2003); Research Corporation, Research Innovation Award (2002); Camille and Henry Dreyfus New Faculty Award (2002); American Chemical Society, Nobel Laureate Signature Award (2002); Roche Award for Excellence in Organic Chemistry  (1999); Stanford University Fellow (1996-2000); NSERC (Canada) Pre-Doctoral Fellow  (1995 - declined); Ontario Graduate Fellow (1994, 1995); George F. Wright Award  (1994); MV Redman Award  (1993); Chemical Industry Merit Award (1993)

## Publications

**312.** "Methionine oxidation activates pyruvate kinase M2 to promote pancreatic cancer metastasis." He, D.; Sundberg, B.; Feng, H.; Christian, A. H.; Wilkison, J. E.; Monnin, C.; Avizonis, D.; Thomas, C. J.; Friedman, R. A.; Hollingsworth, M. A.; Gransgenett, P. M.; Klute, K. A.; Toste, F. D.; Toste, F. D.; Chang, C. J.; Chio, I. I. C. *submitted*.

**311.** "The Effect of Metal Vertex Modification in Supramolecular Catalysis." Xia, K. T.; Morimoto, M.; Pei, X.; Bergman, R. G.; Raymond, K. N.; Toste, F. D.  *submitted*.

**310.** "Photodegradable Polymers from Ring-Opening Metathesis Polymerization of Cyclic Acylsilane Monomers." Huang, B.; Wei, M.; Vargo, E.; Qian, Y.; Xu, T.; Toste, F. D.  *submitted*

**309.** "The Interface is a Tunable Dimension in Electricity-Driven Organic Synthesis." Wuttig, A.; Toste, F. D. *submitted*

**308.** "Proteome-wide Profiling of the Selectivity of Diverse Electrophiles." Zabob, P. R. A.; Yu. F.; Musacchio, P. Z.; Lewald, LL.; Zollo, M.; Krauskopf, K.; Mrdovic, D.; Raunft, P.; Maher, T. E.; Cigler, M.; Chang, C. J.; Lang, K.; Toste, F. D.; Nesvizhskii, A. I.; Hacker, S. M. *submitted*.

**307.** "Photo-Brook Rearrangement of Acyl Silanes as a Strategy for Photoaffinity Probe Design." Scholz, S. O.; Kennan, K. N.; Page, A. C. S.; Spradlin, J. N.; Brittain, S. M.; Tallarico, J. R.; McKenna, J. M.; Schirle, M.; Nomura, D. K.; Toste, F. D.  *submitted*

**306.** "Data Science meets Physical Organic Chemistry." Crawford, J.; Kingston, C.; Toste, F. D.; Sigman, M. S. *Acc. Chem. Res.* **2021**, *54*, 3136-3148.

**305.** "Generation of Axially Chiral Fluoroallenes through a Copper-Catalyzed Enantioselective β-Fluoride Elimination." O'Connor, T. J.; Mai, B. K.; Nafie, J.; Liu, P.; Toste, F. D.  *J. Am. Chem. Soc.* **2021**, *143*, 13759-13768.

**304.** "Synthesis of *N*-Trifluoromethyl Amides from Carboxylic Acids." Liu, J.; Parker, M. F. L.; Wang, S.; Flavell, R. R.; Toste, F. D.; Wilson, D. M. *Chem.* **2021**, *7*, 2245-2255.

**303.** "Site-Independent Hydrogenation Reactions on Oxide-Supported Au Nanoparticles Facilitated by Intra-particle Hydrogen Atom Diffusion." Amit, E.; Dery, L.; Dery, S.; Mehlman, H. Hale, L.; Carmiel-Kostan, M.; Yemini, R.; Ben-Tzvi, T.; Noked, M.; Toste, F. D.; Gross, E.  *ACS Catal.* **2021**, *11*, 9875-9884.

**302.** "Approaching 100% Selectivity for Electrochemical $CO_2$ Reduction to CO at Low Potential on Ag using a Surface Additive." Buckley, A. K.; Cheng, T.; Oh, M. H.; Garrison, J.; Utan, S.; Zhu, C.; Toste, F. D.; Goddard, W. A.; Toma, F. M. *ACS Catal.* **2021**, *11*, 9034-9042.

**301.** "S*taphylococcus aureus* peptide methionine sulfoxide reductases protect from human whole blood killing." Beavers, W.; DuMont, A.; Monteith, A.; Maloney, K.; Tallman, K.; Weiss, A.; Christian, A.; Toste, F. D.; Chang, C. J.; Porter, N.; Torres, V.; Skaar, E. *Infect. Immun.* **2021**, *89*, e00146-21.

**300.** "$CO_2$ Reduction on Pure Cu Produces Only $H_2$ When Subsurface O is Depleted:  Theory and Experiment." Liu, G.; Lee, M.; Kwon, S.; Zeng, G.; Eichhorn, J.; Buckley, A. K.; Toste, F. D.; Goddard, W. A.; Toma, F. M. *Proc. Natl. Acad. Sci.* **2021**, *118,* e2012649118..

**299.** "Zirconium-Redox-Shuttled Cross-Electrophile Coupling of Aromatic and Heteroaromatic Halides." Wu, T.-F.; Zhang, Y.-J.; Liu, F.-J.; Tang, J.-T.; Toste, F. D.; Ye, B. *Chem* **2021**, *7*, 1963-1974.

**298.** "A Heterogeneous Iridium Single-Atom-Site Catalyst for Highly Regioselective Carbenoid O-H Bond Insertion." Zhao, J.; Ji, S.; Guo, C.; Li, H.; Dong, J.; Dong, J.; Guo, P.; Wang, D. Li, Y.; Toste, F. D.  *Nature Catal.* **2021**, *4*, 523-531.

**297.** "Using Silyl Protecting Group to Enable Post-deposition C-C Coupling Reactions of Alkyne-Functionalized N-Heterocyclic Carbene Monolayers on Au Surfaces." Berg, I.; Hale, L.; Carmiel-Kostan, M.; Toste, F. D.; Gross, E.  *Chem. Commun.* **2021**, *57*, 5342-5345.

**296.** "Controlled Single Electron Transfer via Metal-Ligand Cooperativity Drives Divergent Nickel Electrocatalyzed Radical Pathways." Wuttig, A.; Derrick, J. S.; Loipersberger, M.; Snider, A.; Head-Gordon, M.; Chang, C. J.; Toste, F. D.  *J. Am. Chem. Soc.* **2021**, *143*, 6990-7001.

**295.** "Chemo- and Site-Selective Reductions Catalyzed by a Supramolecular Host and a Pyridine-Borane Cofactor." Morimoto, M.; Cao, W.; Bergman, R. G.; Raymond, K. N.; Toste, F. D.  *J. Am. Chem. Soc.* **2021**, *143*, 2108-2114.

**294.** "An Isolated Water Droplet in the Aqueous Solution of a Supramolecular Tetrahedral Cage." Sebastiani, F.; Bender, T. A.; Pezzotti, S.; Li, W-L.; Schwaab, G.; Bergman, R. G.; Raymond, K. N.; Toste, F. D.; Head-Gordon, T.; Havenith, M. *Proc. Natl. Acad. Sci.* **2020**, *117*, 32954-32961 .

**293.** "Advances in Supramolecular Host-Mediated Reactivity." Morimoto, M.; Bierschenk, S. M.; Xia, K. T.; Bergman, R. G.; Raymond, K. N.; Toste, F. D.  *Nature Catal.* **2020**, *3*, 969-984.

**292.** "Heterogeneous Supramolecular Catalysis through Immobilization of Anionic $M_4L_6$ Assemblies on Cationic Polymers." Miyamura, H.; Bergman, R. G.; Raymond, K. N.; Toste, F. D.  *J. Am. Chem. Soc.* **2020** *142*, 19327-19338.

**291.** "Electrochemical Deposition of *N*-Heterocyclic Carbene Monolayers on Metal Surfaces." Amit, E.; Dery, L. Dery, S.; Kim, S.; Roy, A.; Hu, W.; Gutkin, V.; Eisenberg, H.; Stein, T.; Mandler, D.; Toste, F. D.; Gross, E. *Nature Commun.* **2020**, *11*, 5714.

**290.** "Catalytic Dynamic Kinetic Resolutions in Tandem to Construct Two-Axis Terphenyl Atropisomers." Beleh, O. M.; Miller, E.; Toste, F. D.; Miller, S. J.  *J. Am. Chem. Soc.* **2020**, *142*, 16461-16470.

**289.** "Site-Dependent Selectivity in Oxidation Reaction on Single Pt Nanoparticles." Dery, S.; Kim, S.; Feferman, D.; Mehlman, H.; Toste, F. D.; Gross, E.  *Phys. Chem. Chem. Phys.*  **2020**, *22*, 18765-18769.

**288.** "Enantioselective Intramolecular Allylic Substitution via Synergistic Palladium/Chiral Phosphoric Acid Catalysis: Insight into Stereoinduction through Statistical Modeling." Tsai, C-C; Sandford, C.; Wu, T.; Chen, B.; Sigman, M. S.; Toste, F. D. *Angew. Chem. Int. Ed.* **2020**, *59*, 14647-14655.

**287.** "Homogeneous Gold Redox Chemistry: Organometallics, Catalysis and Beyond." Huang, B.; Yu, M.; Toste, F. D. *Trends Chem.* **2020**, *2*, 707-720.

**286.** "Strategies for Remote Enantiocontrol in Chiral Gold(III) Complexes Applied to Catalytic Enantioselective γ,δ-Diels-Alder Reactions." Reid, J. P.; Hu, M.; Itoh, S.; Huang, B.; Hing, C. M.; Xiang, H.; Sigman, M. S.; Toste, F. D. *Chem. Sci.* **2020**, *11*, 6450-6456.

**285.** "Regio- and Enantioselective Bromocyclization of Difluoroalkenes as a Strategy to Access Tetrasubstituted Difluoromethylene Containing Stereocenters." Miller, E.; Kim, S.; Gibson, K.; Derrick, J. S.; Toste, F. D. *J. Am. Chem. Soc.* **2020**, *142*, 8496-8953.

**284.** "Enantioselective Allenoate-Claisen Rearrangement using Chiral Phosphate Catalysts." Miró, J.; Gensch, T.; Ellwart, M.; Han, S.-J.; Lin, H.-H.; Sigman, M. S.; Toste, F. D. *J. Am. Chem. Soc.* **2020**, *142*, 6390-6399.

**283.** "Systematic Identification of Engineered Methionines and Oxaziridines for Efficient, Stable, and Site-Specific Antibody Bioconjugation." Elledge, S.; Tran, H. L.; Christian, A. H.; Steri, V.; Hann, B.C .; Toste, F. D.; Chang, C. J.; Wells, J. A. *Proc. Natl. Acad. Sci.* **2020**, *117*, 5733-5740.

**282.** "Strong Metal-Absorbate Interactions Increase the Reactivity and Decrease the Orientational Order of OH-Functionalized N-Heterocyclic Carbene Monolayers." Dery, S.; Berg, I.; Kim, S.; Cossaro, A.; Verdini, A.; Floreano, L.; Toste, F. D.; Gross, E. *Langmuir* **2020**, *36*, 697-703.

**281.** "A Nanovessel-Catalyzed Three Component Aza-Darzens Reaction." Bierschenk, S.; Bergman, R. G.; Raymond, K. N.; Toste, F. D. *J. Am. Chem. Soc.* **2020**, *142*, 733-737.

**280.** "An Activity-Based Methionine Bioconjugation Approach to Developing Proximity-Activated Imaging Reporters." Ohata, J.; Krishnamoorthy, L.; Gonzalez, M. A.; Xiao, T.; Iovan, D. A.; Toste, F. D.; Miller, E. W.; Chang, C. J. *ACS Cent. Sci.* **2020**, *6*, 32-40.

**279.** "Enantioselective Kinetic Resolution/Desymmetrization of *para*-Quinols:  A Case Study in Boronic-Acid-Directed Phosphoric-Acid Catalysis." Huang, B.; He, Y.; Levin, M. D.; Coelho, J. A. S.; Bergman, R. G.; Toste, F. D. *Adv. Synth. Catal.* **2020**, *362*, 295-301.

**278.** "Architectural Stabilization of a Gold(III) Catalyst in Metal Organic Frameworks." Lee, J. S.; Kapsustin, E. A.; Pei, X.; Llopis, S.; Yaghi, O. M.; Toste, F. D. *Chem.* **2020**, *6*, 142-152.

**277.** "Flexible NO2-Functionalization *N*-Heterocyclic Carbene Monolayers on Au(111) Surface." Dery, S.; Kim, S.; Tomschun, G.; Hannad, D.; Cossaro, A.; Verdini, A.; Floreano, L.; Kluener, T.; Toste, F. D.; Gross, E. *J. Chem. – Eur. J.* **2019**, *25*, 15097-15072.

**276.** "Mechanism and Kinetics of Isobutene Formation from Ethanol and Acetone." Rorrer, J. E.; Toste, F. D.; Bell, A. T. *ACS Catal.* **2019**, *9*, 10588-10604 .

**275.** "Site-selective Acylation of Natural Products with BINOL-derived Phosphoric Acids." Li, J.; Grosslight, S.; Miller, S. J.; Sigman, M. S.; Toste, F. D. *ACS Catal.* **2019**, *9*, 9794-9499.

**274.** "Elucidating the Influence of Anchoring Geometry on the Reactivity of NO-Functionalized N-Heterocyclic Carbene Monolayers." Dery, S.; Kim, S.; Tomschun, G.; Berg, I.; Feferman, D.; Cossaro, A.; Verdini, A.; Floreano, L.; Kluener, T. Toste, F. D.; Gross, E. *J. Phys. Chem. Lett.* **2019**, *10*, 5099-5104.

**273.** "Enantioselective Construction of Remote Tertiary Carbon-Fluorine Bonds." Liu, J.; Yuan, Q.; Toste, F. D.; Sigman, M. S. *Nature Chem.* **2019**, *11*, 710-715.

**272.** "A Physical Organic Approach to Tuning Reagents for Selective Methionine Bioconjugation." Christian, A.; Jia, S.; Zhang, P.; Tena Meza, A.; Sigman, M. S.; Chang, C. J.; Toste, F. D. *J. Am. Chem. Soc.* **2019**, *141*, 12657-12662.

**271.** "A Supramolecular Strategy for Selective Catalytic Hydrogenation Independent of Remote Chain Length." Bender, T. A.; Bergman, R. G.; Raymond, K. N.; Toste, F. D. *J. Am. Chem. Soc.* **2019**, *141*, 11808-11810.

**270.** "Synthesis of Biomass-Derived Ethers for Use as Fuels and Lubricants." Rorrer, J.; Bell, A. T.; Toste, F. D. *ChemSusChem,* **2019**, *12*, 2835-2858.

**269.** "Measuring Ion-Pairing and Hydration in Variable Charge Supramolecular Cages with Microwave Mircofluidics." Stelson, A. C.; Hong, C. M.; Groenenboom, M. C.; Little, C. A. E.; Booth, J. C.; Orloff, N. D.; Bergman, R. G.; Raymond, K. N.; Toste, F. D.; Long, C. J. *Commun. Chem.* **2019**, *2*, 54.

**268.** "Electrocatalysis at Organic-Metal Interfaces:  Identification of Structure-Reactivity Relationships for $CO_2$ Reduction at Modified Copper Surfaces." Buckley, A. K.; Lee, M.; Cheng, T.; Kazantsev, R. V.; Larson, D. M.; Goddard, W. A.; Toste, F. D.; Toma, F. M. *J. Am. Chem. Soc.* **2019**, *141*, 7355-7364.

**267.** "Disparate Catalytic Scaffolds for Atroposelective Cyclodehydration." Kwon, Y.; Li, J.; Reid, J. P.; Crawford, J. M.; Jacob, R.; Sigman, M. S.; Toste, F. D.; Miller, S. J. *J. Am. Chem. Soc.* **2019**, *141*, 6698-6705

**266.** "A Dinuclear Mechanism Implicated in Controlled Carbene Polymerization." Zhukhovitskiy, A. V.; Kobylianskii, I. J.; Thomas, A. A.; Evans, A. M.; Delaney, C. P.; Flanders, N. C.; Denmark, S. E.; Dichtel, W. R.; Toste, F. D. *J. Am. Chem. Soc.* **2019**, *141*, 6473-6478.

**265.** "Mechanism of Photoredox-Initiated C-C and C-N Bond Formation by Arylation of IPrAu(I)-$CF_3$ and IPrAu(I)-Succinimide ." Kim, S.; Toste, F. D. *J. Am. Chem. Soc.* **2019**, *141*, 4308-4315.

**264.** "Supramolecular Host-Specific Activation of Iodoarenes by Encapsulated Organometallics." Bender, T. A.; Morimoto, M.; Bergman, R. G.; Raymond, K. N.; Toste, F. D. *J. Am. Chem. Soc.* **2019**, *141*, 1701-1706.

**263.** "Harnessing Noncovalent Interactions in Dual Catalytic Enantioselective Heck-Matsuda Arylation." Reddi, Y.; Tsai, C.-C.; Avila, C. M.; Toste, F. D.; Sunoj, R. B. *J. Am. Chem. Soc.* **2019**, *141*, 998-1009.

**262.** "A Hydrid Biological-Chemical Approach Offers Flexibility and Reduces the Carbon Footprint of Bio-based Plastics, Rubbers, and Fuels." Wu, L.; Gokhale, A.; Goulas, K. A.; Myers, J. E.; Toste, F. D.; Scown, C. D. *ACS Sus. Chem. Eng.* **2018**, *6*, 14523-14532.

**261.** "Self-Assembled Tetrahedral Hosts as Supramolecular Catalysts." Hong, C. M.; Bergman, R. G.; Raymond, K. N.; Toste, F. D. *Acc. Chem. Res.* **2018**, *51*, 2447-2455.

**260.** "Effect of Alcohol Structure on the Kinetics of Etherification and Dehydration over Tungstated Zirconia." Rorrer, J.; Pindi, S.; Toste, F. D.; Bell, A. T. *ChemSusChem,* **2018**, *11*, 3104-3111.

**259.** "Enantioselective Fluorination of Homoallylic Alcohols Enabled by the Tuning of Non-Covalent Interactions." Coelho, J. A. S.; Matsumoto, A.; Orlandi, M.; Hilton, M. J.; Sigman, M. S.; Toste, F. D. *Chem. Sci.* **2018**, *9*, 7153-7158.

**258.** "Identifying Site Dependent Reactivity in Oxidation Reactions on Single Pt Particles." Sahar, D.; Kim, S.; Haddad, D.; Cossaro, A.; Alberto, V.; Floreano, L.; Toste, F. D.; Gross, E. *Chem. Sci.* **2018**, *9*, 6523-6531.

**257.** "Gold-Catalyzed Hydrofluorination of Electron-Deficient Alkynes: Stereoselective of β-Fluoro Michael Acceptors." O'Connor, T. J.; Toste, F. D. *ACS Catal.* **2018**, *8*, 5947-5951.

**256.** "Chiral Diaryliodonium Phosphate Enables Light Driven Diastereoselective α-C(sp³)-H Alkoxylation of Cyclic Ethers." Ye, B.; Zhao, J.; Zhao, K.; McKenna, J. M.; Toste, F. D. *J. Am. Chem. Soc.* **2018**, *140*, 8350-8356.

**255.** "Deconvoluting the Role of Charge in a Synthetic Enzyme Mimic." Hong, C. M.; Morimoto, M.; Kapustin, E. A.; Alzakem, N.; Bergman, R. G.; Raymond, K. N.; Toste, F. D. *J. Am. Chem. Soc.* **2018**, *140*, 6591-6595.

**254.** "Modern Approaches for Asymmetric Construction of Carbon-Fluorine Quaternary Stereogenic Centers; Synthetic Challenges and Pharmaceutical Needs." Zhu, Y.; Han, J.; Wang, J.; Shibata, N.; Sodeoka, M.; Soloshonok, V.; Coelho, J. A. S.; Toste, F. D. *Chem. Rev.* **2018**, *118*, 3887-3964.

**253**. "Supported Au Nanoparticles with N-Heterocyclic Carbene Ligands as Active and Stable Heterogeneous Catalysts for Lactonization." Rong, Y.; Zhukhovitskiy, A; Kazantsev, R.; Fakra, S. C.; Wickemeyer, B.; Toste, F. D.; Somorjai, G. A. *J. Am. Chem. Soc.* **2018**, *140*, 4144-4149.

**252.** "Hydrids of Homogeneous, Heterogeneous and Enzymes Catalysts for Optimized Performance." Rong, Y.; Zhao, J.; Wickemeyer, B.; Toste, F. D.; Somorjai, G. A. *Nature Catal.* **2018**, *1*, 318-325.

**251.** "Selectivity Tuning over Monometallic and Bimetallic Dehydrogenation Catalysts: Effects of Support and Particle Size." Goulas, K. A.; Song, Y.; Johnson, G. R.; Chen, J. P.; Gohkale, A. A.; Grabow, L. C.; Toste, F. D. *Catal. Sci. Tech.* **2018**, *8*, 314-347.

**250.** "Migratory Insertion of Carbenes in Gold(III)-Carbon Bonds." Zhukhovitskiy, A.; Kobylianskii, I. J.; Wu, C-Y.; Toste, F. D. *J. Am. Chem. Soc.* **2018**, *140*, 466-474.

**249.** "Synthesis of *N*,S-Acetals by an Oxidative Pummerer-Type Rearrangement." Kubota, K.; Biswas, S.; Turberg, M.; Miles, J. P.; Sigman, M. S.; Toste, F. D. *Angew. Chem. Int. Ed.* **2018**, *57*, 589-594.

**248.** "Dendrimer-Stabilized Metal Nanoparticles as Efficient Catalysts from Reversible Dehydrogenation/Hydrogenation of N-Heterocycles." Deraedt, C.; Ye, R.; Ralston, W. T.; Toste, F. D.; Somorjai, G. A. *J. Am. Chem. Soc.* **2017**, *139*, 18084-18092.

**247.** "Hydrogen Gas-Mediated Deoxydehydration/Hydrogenation of Sugars Acids: Catalytic Conversion of Glucarates to Adipates." Larson, R. T.; Samant, A.; Chen, J.; Lee, W.; Bohn, M. A.; Ohlmann, D. M.; Zuend, S. J.; Toste, F. D. *J. Am. Chem. Soc.* **2017**, *139*, 14001-14004.

**246.** "Multidimensional Correlations in Asymmetric Catalysis via Parameterization of Uncatalyzed Transition States." Orlandi, M.; Toste, F. D.; Sigman, M. S. *Angew. Chem. Int. Ed.* **2017**, *56*, 14080-14084.

**245.** "Parameterization of Acyclic Diaminocarbene Ligands Applied to a Gold(I)-Catalyzed Enantioselective Tandem Rearrangement/Cyclization." Niemeyer, Z. L.; Pindi, S.; Khrakovsky, D. A.; Kuzniewski, C. N.; Hong, C. M.; Sigman, M. S.; Toste, F. D. *J. Am. Chem. Soc.* **2017**, *139*, 12943-12946.

**244.** "Mechanistic Investigations of the Pd(0)-Catalyzed Enantioselective 1,1-Diarylation of Benzyl Acrylates." Orlandi, M.; Hilton, M.; Yamamoto, E.; Toste, F. D.; Sigman, M. S. *J. Am. Chem. Soc.* **2017**, *129*, 12688-12695.

**243.** "Mechanism and Kinetics of 1-Dodecanol Etherification over Tungstated Zirconia." Rorrer, J.; He, Y.; Toste, F. D.; Bell, A. R. *J. Catal.* **2017**, *354*, 13-23.

**242.** "A Well-Defined Chiral Gold(III) Complex Catalyzed Direct Enantioconvergent Kinetic Resolution of 1,5-Enynes." Bohan, P. T.; Toste, F. D. *J. Am. Chem. Soc.* **2017**, *139,* 11016-11019.

**241.** "Supported Dendrimer-Encapsulated Metal Cluster: Toward Heterogenizing Homogeneous Catalysts." Ye, R.; Zhukhovitskiy, A. V.; Deraedt, C. V.; Toste, F. D.; Somorjai, G. A. *Acc. Chem. Res.* **2017**, *50*, 1894-1901.

**240.** "Conformation Selection as the Mechanism of Guest Binding in a Flexible Supramolecular Host." Hong, C. M.; Kaphan, D. M.; Bergman, R. G. Raymond, K. N.; Toste, F. D. *J. Am. Chem. Soc.* **2017**, *139*, 8013-8021.

**239.** "A Catalytic Fluoride-Rebound Mechanism for C($sp^3$)-CF$_3$ Formation." Levin, M. D.; Chen, T. Q.; Neubig, M. E.; Hong, C. M.; Theulier, C. A.; Kobylianskii, I. J.; Janabi, M.; O'Neil, J. P.; Toste, F. D. *Science*, **2017**, *356*, 1272-1276.

**238.** "A Comparison of Photocatalytic Activities and of Gold Nanoparticles Following Plasmonic and Interband Excitation and a Strategy for Harnessing Interband Hot Carriers for Solution Phase Photocatalysis." Zhao, J.; Nguyen, S. C.; Ye, R.; Ye, B.; Weller, H.; Somorjai, G. A.; Alivisatos, A. P.; Toste, F. D. *ACS Cent. Sci.* **2017**, *3*, 482-488.

**237.** "Paramerization of Noncovalent Interactions for Transition State Interrogation Applied to Asymmetric Catalysis." Orlandi, M.; Coelho, J. A. S.; Hilton, M. J.; Toste, F. D.; Sigman, M. S. *J. Am. Chem. Soc.* **2017**, *139*, 6803-6806.

**236.** "Uncovering Subtle Ligand Effects of Phosphines Using Gold(I) Catalysis." Christian, A. H.; Niemeyer, Z. L.; Sigman, M. S.; Toste, F. D. *ACS Catal.* **2017**, *7*, 3973-3978.

**235.** "Enantioselective Heck-Matsuda Arylations *via* Chiral Anion Phase Transfer of Aryl Diazonium Salts." Patel, J. S.; Avila, C. M.; Reddi, V.; Saito, M.; Nelson, H. M.; Shunatona, H. P.; Sigman, M. S.; Sunoj, R. B.; Toste, F. D. *Angew. Chem. Int. Ed.* **2017**, *56*, 5806-5811.

**234.** "Pursuit of Non-Covalent Interactions for Strategic Site-Selective Catalysis." Toste, F. D.; Sigman M. S.; Miller, S. J. *Acc. Chem. Res.* **2017**, *50*, 609-615.

**233.** "The Development and Mechanistic Investigation of Palladium-Catalyzed 1,3-Arylfluorination of Chromenes." Thornbury, R. T.; Saini, V.; Fernandes, T. de A.; Santiago, C. B.; Talbot, E. P. A.; Sigman, M. S.; McKenna, J. M.; Toste, F. D. *Chem. Sci.* **2017**, *8*, 2890-2897.

**232.** "ABE Condensation over Monometallic Catalysts: Catalyst Characterization and Kinetics." Goulas, K. A.; Gunbas, G.; Dietrich, P. J.; Sreekumar, S.; Grippo, A.; Chen, J. P.; Gokhale, A. A.; Toste, F. D. *ChemCatChem* **2017**, *9*, 677-684.

**231.** "New Insights into Aldol Reactions Catalyzed by Heterogenized Homogeneous Catalysts." Ye, R.; Zhao, J.; Yuan, B.; Liu, W.-C.; De Araujo, J. R.; Fuacher, F. F.; Chang, M.; Toste, F. D.; Somorjai, G. A. *Nano. Lett.* **2017**, *17*, 584-589.

**230.** "Exploiting Non-Covalent π-Interactions for Catalyst Design." Neel, A. N.; Hilton, M. J.; Sigman, M. S.; Toste, F. D. *Nature*, **2017**, *543*, 637-646.

**229.** "Redox-Based Reagents for Chemoselective Methionine Bioconjugation." Lin, S.; Yang, X.; Jia, S.; Weeks, A. M.; Hornsby, M.; Lee, P. S.; Nichiporuk, R. V.; Iavarone, A. T.; Wells, J. A.; Toste, F. D.; Chang, C. J. *Science* **2017**, *355*, 597-602.

**228.** "High Spatial Resolution Mapping of Catalytic Reactivity on Pt Nanoparticles." Wu, C.-Y.; Wolf, W. J.; Levratovsky, Y.; Bechtel, H. A.; Martin, M. C.; Toste, F. D.; Gross, E. *Nature*, **2017**, *541*, 511-515.

**227.** "Enantioselective Oxidative Homo- and Cross-Coupling of Naphthols Catalyzed by Chiral Iron Phosphate Complexes." Narute, S.; Parnes, R.; Toste, F. D.; Pappo, D. *J. Am. Chem. Soc.,* **2016**, *138*, 16553-16560.

**226.** "Development and Analysis of a Pd(0)-Catalyzed Enantioselective 1,1-Diarylation of Acrylates Enabled by Chiral Anion Phase-Transfer." Yamamoto, E.; Hilton, M. J.; Orlandi, M.; Saini, V.; Toste, F. D.; Sigman, M. S. *J. Am. Chem. Soc.* **2016**, *138*, 15877-15880.

**225.** "Palladium-Catalyzed Defluorinative Coupling of 1-Aryl-2,2-Difluoroalkenes and Boronic Acids for the Stereoselective Syntheis of Monofluorostilbenes." Thornbury, R. T.; Toste, F. D. *Angew. Chem. Int. Ed.* **2016**, *55*, 11629-11632.

**224.** "Biomimetic Approach to the Catalytic Enantioselective Synthesis of Flavonoids." Yang, Z.; He, Y.; Toste, F. D. *J. Am. Chem. Soc.* **2016**, *138*, 9775-9778.

**223.** "Scope and Mechanism of Cooperativity at the Intersection of Organometallic and Supramolecular Catalysis." Levin, M. D.; Kaphan, D. M.; Hong, C. M.; Bergman, R. G.; Raymond, K. N.; Toste, F. D. *J. Am. Chem. Soc.* **2016**, *138*, 9682-9693.

**222.** "Metal Nanoparticles Catalyzed Selective Carbon-Carbon Bond Activation in the Liquid Phase." Ye, R.; Yuan, B.; Zhao, J.; Ralston, W. T.; Wu, C.-Y.; Barin, E. U.; Toste, F. D.; Somorjai, G. A. *J. Am. Chem. Soc.* **2016**, *138*, 8533-8537.

**221.** "Seven Post-Synthetic Covalent Reactions in Tandem Leading to Enzyme-Like Complexity within Metal-Organic Framework Crystals." Fracaroli, A. M.; Siman, P.; Nagib, D. A.; Suzuki, M.; Furukawa, H.; Toste, F. D.; Yaghi, O. M. *J. Am. Chem. Soc.* **2016**, *138*, 8352-8355.

**220.** "Enantioselective Palladium-Catalyzed β,β-Fluoroarylation α,β-Unsaturated Carbonyl Derivatives." Milo, J.; del Pozo, C.; T; Toste, F. D.; Fustero, S. *Angew. Chem. Int. Ed.* **2016**, *55*, 9045-9049.

**219.** "Isolation and Reactivity of Trifluoromethyl Iodonium Salts". Brantley, J. N.; Samant, A. V.; Toste, F. D. *ACS Cent. Sci.* **2016**, *2*, 341-350.

**218.** "Production of Fuels and Chemicals from Biomass: Condensation Reactions and Beyond." Wu, L.; Moteki, T.; Gokhale, A. A.; Flaherty, D. W.; Toste, F. D. *Chem.* **2016**, *1*, 32-58.

**217.** "Synergistic Effects in Bimetallic Palladium-Copper Catalysts Improve Selectivity in Oxygenate Coupling Reactions." Goulas, K. A.; Sreekumar, S.; Song, Y.; Kharidehal, P.; Gunbas, G.; Dietrich, P. J.; Johnson, G. R.; Wang, Y. C.; Grippo, A. M.; Grabow, L. C.; Gokhale, A. A.; Toste, F. D. *J. Am. Chem. Soc.* **2016**, *138*, 6805-6812.

**216.** "Photoredox Catalysis Unlocks Single-Electron Elementary Steps in Transition Metal Catalyzed Cross-Coupling." Levin, M. D.; Kim, S.; Toste, F. D. *ACS Cent. Sci.*, **2016**, *2*, 293-301.

**215.** "Enantioselective, Stereodivergent Hydroazidation and Hydroamination of Allenes Catalyzed by Acyclic Diaminocarbene (ADC) Gold(I) Complexes." Khrakovsky, D. A.; Tao, C.; Johnson, M. W.; Thornbury, R. T.; Shevick, S. L.; Toste, F. D. *Angew. Chem. Int. Ed.* **2016**, *55*, 6079-6083.

**214.** "Production of Renewable Lubricants via Self-condensation of Methyl Ketones." Balakrishnan, M.; Arab, G. R.; Kunbargi, O. B.; Gokhale, A. A.; Grippo, A. M.; Toste, F. D.; Bell, A. T. *Green Chem.* **2016**, *18*, 3577-3581.

**213.** "Co-production of Acetone and Ethanol with Molar Ratio Control Enables Production of Improved Gasoline or Jet Fuel Blends" Baer, Z. C.; Bormann, S.; Sreekumar, S.; Grippo, A.; Toste, F. D.; Blanch, H. W.; Clark, D. G. *Biotechnol. Bioeng.* **2016**, *113*, 2079-2087.

**212.** "Recent Advances in Enantioselective Gold Catalysis" Zi, W.; Toste, F. D. *Chem. Soc. Rev.* **2016**, *45*, 4567-4589.

**211.** "Enantiodivergent Fluorination of Allylic Alcohols: Dataset Design Reveals Structural Interplay Between Achiral Directing Group and Chiral Anion." Neel, A. J.; Milo, A.; Sigman, M. S.; Toste, F. D. *J. Am. Chem. Soc.* **2016**, *138*, 3863-3875.

**210.** "Combining Microbial Production with Chemical Upgrading." Goulas, K. A.; Toste, F. D. *Curr. Opin. Biotech.* **2016**, *38*, 47-53.

**209.** "Asymmetric Addition of α-Branched Cyclic Ketones to Allenamides Catalyzed by a Chiral Phosphoric Acid." Yang, X.; Toste, F. D. *Chem. Sci.* **2016**, *7*, 2653-2656.

**208.** "Phosphonium Formation by Facile Carbon-Phosphorus Reductive Elimination from Gold(III)." Kawai, H.; Wolf, W. J.; Winston, M. S.; DiPasquale, A. G.; Toste, F. D. *J. Am. Chem. Soc.* **2016**, *138*, 687-593.

**207.** "Enantioselective Synthesis of Fluoro-dihydroquinazolone and -benzooxazinones by Fluorination Initiated Asymmetric Cyclization Reactions." Hiramatsu, K.; Honjo. T.; Rauniyar, V.; Toste, F. D. *ACS Catal.* **2016**, *6*, 151-154.

**206.** "Visible Light-Mediated Gold-Catalysed Carbon(sp²)-Carbon(sp) Cross-Coupling." Kim, S.; Rojas-Martin, J.; Toste, F. D. *Chem. Sci,* **2016**, *7*, 85-88.

**205.** "Protein-like Proton Exchange in a Synthetic Host Cavity." Hart-Cooper, W. M.; Sgarlata, C.; Perrin, C. L.; Toste, F. D.; Raymond, K. N.; Bergman, R. G. *Proc. Natl. Acad. Sci,* **2015**, *112*, 15303-15307.

**204.** "A Supramolecular Microenvironment Strategy for Transition Metal Catalysis." Kaphan, D. M.; Levin, M. D.; Bergman, R. G.; Raymond, K. N.; Toste, F. D. *Science* **2015**, *350*, 1235-1237.

**203.** "Gold(I)-Catalyzed Enantioselective Desymmetrization of 1,3-Diols *via* Intramolecular Hydroalkoxylation of Allenes." Zi, W.; Toste, F. D. *Angew. Chem. Int. Ed.* **2015**, *54*, 14447-14451.

**202.** "Palladium-Catalyzed Enantioselective 1,1-Fluoroarylation of Amino-alkenes." He, Y.; Yang, Z.; Thornbury, R. T.; Toste, F. D. *J. Am. Chem. Soc.* **2015**, *137*, 12207-12210.

**201.** "Upgrading Lignocellulosic Products to Drop-in Biofuesl via Dehydrogenative Coupling-Hydrodeoxygenation Sequence." Sreekumar, S.; Balakrishnan, M.; Goulas, K.; Gunbas, G.; Gokhale, A. A.; Louie, L.; Scown, C. D.; Bell, A. T.; Toste, F. D. *ChemSusChem*, **2015**, *8*, 2609-2614.

**200.** "Supramolecular Ga₄L₆¹²⁻ Cage Photosensitizes 1,3-Rearrangement of Encapsulated Guest via Photoinduced Electron Transfer." Dalton, D. M.; Ellis, S. R.; Nichols, E. M.; Mathies, R. A.; Toste, F. D.; Raymond, K. N.; Bergman, R. G. *J. Am. Chem. Soc.* **2015**, *137*, 10128-10131.

**199.** "Enabling New Modes of Reactivity via Constrictive Binding in a Supramolecular Assembly Catalyzed Aza-Prins Cyclization." Kaphan, D. M.; Toste, F. D.; Bergman, R. G.; Raymond, K. N.; *J. Am. Chem. Soc.* **2015**, *137*, 9202-9205.

**198.** "Gold(I)-Catalyzed Enantioselective [3+2] and [3+3] Cycloaddition Reactions of Propargyl Acetals/Ketals." Navarro, C.; Shapiro, N. D.; Bernasconi, M.; Horibe, T.; Toste, F. D. *Tetrahedron*, **2015**, *71*, 5800-5805.

**197.** "A Nucleophilic Strategy for Enantioselective Intermolecular **α**-Amination: Access to Enantioenriched **α**-Arylamino Ketones." Miles, D. H.; Guasch, J.; Toste, F. D. *J. Am. Chem. Soc.* **2015**, *137*, 7632-7635.

**196.** "Halide-Dependent Mechanisms of Reductive Elimination from Gold(III)." Winston, M. S.; Wolf, W. J.; Toste, F. D. *J. Am. Chem. Soc.* **2015**, *137*, 7921-7928.

**195.** "Gold(I)-Catalyzed Desymmetrization of 1,2-Dienes by an Enantioselective Tandem Alkoxylation/Claisen Rearrangement." Wu, H.; Zi, W.; Li, G.; Lu, H.; Toste, F. D. *Angew. Chem. Int. Ed.* **2015**, *54*, 8529-8532.

**194.** "Silica-Supported Cationic Gold(I) Complexes as Heterogeneous Catalysts for Regio- and Enantioselective Lactonization Reactions " Shu, X.-Z.; Nguyen, S. C.; He, Y.; Oba, F.; Zhang, Q.; Canlas, C. Somorjai, G. A.; Alivisatos, A. P.; Toste, F. D. *J. Am. Chem. Soc.* **2015**, *115*, 7083-7086.

**193.** "Novel Pathways for Fuels and Lubricants from Biomass Optimized using Life Cycle Greenhouse Gas Assessment." Balakrishnan, M.; Sacia, E. R.; Sreekumar, S.; Gunbas, G.; Gokhale, A. A.; Scown, C. D.; Toste, F. D.; Bell, A. T. *Proc. Natl. Acad. Sci.* **2015**, *112*, 7645-7649.

**192.** "Highly Selective Condensation of Biomass-Derived Methyl Ketones as a Source of Aviation Fuel." Sacia, E. R.; Balakrishnan, M.; Deaner, M. H.; Goulas, K. A.; Toste, F. D.; Bell, A. T. *ChemSusChem.* **2015**, *8*, 1726-1736.

**191.** "Supramolecular Catalysis in Metal-Ligand Cluster Hosts." Brown, C.; Toste, F. D.; Bergman, R. G.; Raymond, K. N. *Chem. Rev.* **2015**, *115*, 3012-3035.

**190.** "A Divergent/Convergent Approach to Dolabriferol: The Kornblum-DeLaMare Enantiomeric Resolution." Gesinski, M. R.; Brenzovich Jr., W. E.; Staben, S. T.; Srinilta, D. J.; Toste, F. D. *Tetrahedron Lett.* **2015**, *56*, 3643-3646.

**189.** "Gold(I)-Catalyzed Dearomative Rautenstrauch Rearrangement: Enantioselective Access to Cyclopenta[b ]indoles." Zi, W.; Wu, H.; Toste, F. D. *J. Am. Chem. Soc.* **2015**, *137*, 3225-3228.

**188.** "Enantioselective 1,1-Arylborylation of Alkenes: Merging Chiral Anion Phase-Transfer with Pd-Catalysis." Nelson, H. M.; Williams, B. D.; Miró, J.; Toste, F. D. *J. Am. Chem. Soc.* **2015**, *137*, 3213-3216.

**187.** "Direct Asymmetric Amination of **α**-Branched Cyclic Ketones Catalyzed by a Chiral Phosphoric Acid." Yang, X.; Toste, F. D. *J. Am. Chem. Soc.* **2015**, *137*, 3205-3208.

**186.** "Catalytic Upgrading of Biomass Derived Methyl Ketones to Liquid Transportation Fuel Precursors by an Organocatalytic Approach." Sankaranarayanapillai, S.; Sreekumar, S.; Gomes, J.; Grippo, A.; Head-Gordon, M.; Toste, F. D.; Bell, A. T. *Angew. Chem. Int. Ed.* **2015**, *54*, 4673-4677.

**185.** "Protocol for the Production and Conversion of ABE Mixture to High-Value Biofuels." Seekumar, S.; Baer, Z. C.; Pazhamalai, A.; Blanch, H. W.; Gunbas, G.; Grippo, A.; Clark, D. G.; Toste, F. D.  *Nature Protocol* **2015**, *10*, 528-537.

**184.** "A Data-Driven Approach to Mechanistic Elucidation in Chiral Anion Phase Transfer Catalysis." Milo, A.; Neel, A. J.; Toste, F. D.; Sigman, M. S. *Science*, **2015**, *347*, 737-743.

**183.** "The Effect of  Host Structure of the Selectivity and Mechanism of Catalytic Intramolecular Prins Cyclizations." Hart-Cooper, W. M.; Zhao, C.; Triano, R. M.; Yaghoubi, P.; Haxel, L.; Buford, K. N.; Toste, F. D.; Bergman, R. G.; Raymond, K. N. *Chem. Sci.* **2015***, 6*, 1383-1393.

**182.** "A Dual Catalytic Strategy for Carbon-Phosphorus Cross-Coupling via Gold and Photoredox Catalysis." He, Y.; Wu, H.; Toste, F. D. *Chem. Sci.* **2015**, *6*, 1194-1198.

**181.** "Redox Tunable Gold Catalysis: Accessing Divergent Reactivity via Carbon-Carbon Bond Activation." Wu, C.-Y.; Horibe, T.; Jacobsen, C. B.; Toste, F. D. *Nature* **2015**, *517*, 449-454.

**180**. "Advances in Catalytic Enantioselective Fluorination, Mono-, Di- and Trifluoromethylation and

Trifluoromethylthiolation Reactions." Yang, X.; Wu, T.; Phipps, R. J.; Toste, F. D. *Chem. Rev.* **2015**, *115*, 826-870.

**179.** "Polymer-Encapsulated Metallic Nanoparticles as a Bridge Between Homogeneous and Hetergeneous Catalysis." Gross, E.; Toste, F. D.; Somorjai, G. A. *Catal. Lett.* **2015**, *145*, 126-138.

**178.** "Enantioselective α-Amination Enabled by a BINAM-Derived Phase-Transfer Catalyst." Nelson, H. M.; Patel, J. S.; Shunatona, H. P.; Toste, F. D. *Chem. Sci.* **2015**, *6*, 170-173.

**177.** "Nucleophilic Substitution Catalyzed by a Supramolecular Cavity Proceeds with Retention of Absolute Stereochemistry." Zhao, C.; Toste, F. D.; Raymond, K. N.; Bergman, R. G. *J. Am. Chem. Soc.* **2014**, *136*, 14409-14412.

**176.** "An *In Situ* Directing Group Strategy for Chiral Anion Phase Transfer Fluorination of Allylic Alcohols." Zi, W.; Wang, Y-M.; Toste, F. D. *J. Am. Chem. Soc.* **2014**, *136*, 12864-12867.

**175.** "Synthesis of Stable Gold(III) Pincer Complexes with Anionic Heteroatom Donors." Johnson, M. W.; DiPasquale, A. G.; Bergman, R. G.; Toste, F. D. *Organometallics* **2014**, *33*, 4169-4172.

**174.** "Engineering *Clostridium acetobutylicum* for Production of Kerosene and Diesel Blendstock Precursors." Bormann, S.; Baer, Z. C.; Sreekumar, S.; Kuchenreuther, J. M.; Toste, F. D.; Blanch, H. W.; Clark, D. G. *Metab. Eng.* **2014**, *55*, 124-130.

**173.** "Chemocatalytic Upgrading of Tailored Fermentation Products Toward Biodiesel." Sreekumar, S.; Baer, Z. C.; Gross, E.; Padmanaban, S.; Goulas, K.; Alayoglu, S.; Marcus, M. A.; Fakra, S. C.; Blanch, H. W.; Clark, D. G.; Toste, F. D. *ChemSusChem.* **2014**, *7*, 2445-2448.

**172.** "Photoinitiated Oxidative Addition of CF₃I to Gold(I) and Facile Aryl-CF₃ Reductive Elimination." Winston, M. S.; Wolf, W. J.; Toste, F. D. *J. Am. Chem. Soc.* **2014**, *136*, 7777-7782.

**171.** "Gold-Catalyzed Allylation of Aryl Boronic Acids: Cross-Coupling Reactivity Enable via Bimetallic Catalysis." Levin, M. D.; Toste, F. D. *Angew. Chem. Int. Ed.* **2014**, *53*, 6211-6215.

**170.** "Dual Visible Light Photoredox and Gold-Catalyzed Arylative Ring Expansion" Shu, X.; Zhang, M.; He, Y.; Frei, H.; Toste, F. D. *J. Am. Chem. Soc.* **2014**, *136*, 5844-5847.

**169.** "Asymmetric Fluorination of α-Branched Ketones Enabled by a Synergistic Combination of Chiral Anion Phase-Transfer Catalysis and Enamine Catalysis using Protected Amino Acids." Yang, X; Phipps, R. J.; Toste, F. D. *J. Am. Chem. Soc.* **2014**, *136*, 5225-5228.

**168.** "Chiral Anion Phase-Transfer of Aryldiazonium Cations: An Enantioselective Pyrroloindoline Diazenation." Nelson, H. M.; Reisberg, S. H.; Shunatona, H. P.; Patel, J.; Toste, F. D. *Angew. Chem. Int. Ed.* **2014**, *53*, 5600-5603.

**167.** "Application of Fundamental Organometallic Chemistry to the Development of a Gold-Catalyzed Synthesis of Sulfinate Derivatives" Johnson, M. W.; Bagley, S. W.; Mankad, N. P.; Bergman, R. G.; Mascitti, V.; Toste, F. D. *Angew. Chem. Int. Ed.* **2014**, *53*, 4404-4407.

**166.** "Asymmetric Palladium-Catalyzed Directed Intermolecular Fluoroarylation of Styrenes." Talbot, E. P.; Fernandes, T. A.; McKenna, J. M.; Toste, F. D. *J. Am. Chem. Soc.* **2014**, *136*, 4101-4104.

**165.** "Gold-Catalyzed Redox Synthesis of Imidazo[1,2a]pyridine using Pyridine *N*-Oxide and Alkynes" Talbot, E. P. A.; Richardson, M.; McKenna, J. M.; Toste, F. D. *Adv. Synth. Catal.* **2014**, *356*, 687-691.

**164.** "Development of Catalysts and Ligands for Enantioselective Gold Catalysis." Wang, Y.-M. Lackner, A. D.; Toste, F. D. *Acc. Chem. Res.* **2014**, *47*, 889-901.

**163.** "Ligand-Based Carbon-Nitrogen Bond Forming Reactions of Metal Dinitrosyl Complexes with Alkenes and Their Application to C-H Bond Functionalization." Zhao, C.; Crimmin, M. R.; Toste, F. D.; Bergman, R. G. *Acc. Chem. Res.* **2014**, *47*, 517-529.

**162.** "In-situ IR and X-ray Micro-spectroscopy with High Spatial Resolution of Multistep Organic Transformation in Flow Micro-reactor Catalyzed by Au Nanoclusters." Gross, E.; Shu, X.; Alayoglu, S.; Bechtel, H. A.; Martin, M. C.; Toste, F. D.; Somorjai, G. A. *J. Am. Chem. Soc.* **2014**, *136*, 3624-3629.

**161.** "Inorganic Micelle as an Efficient and Recyclable Micellar Catalyst." Zhang, Q.; Shu, X.-Z.; Lucas, J. M.; Toste, F. D.; Somorjai, G. A.; Alivisatos, A. P. *Nano Lett.* **2014**, *14*, 379-383.

**160.** "Exceptionally Fast Carbon-Carbon Bond Reductive Elimination from Gold(III)." Wolf, W. J.; Winston, M. S.; Toste, F. D. *Nature Chem.* **2014**, *6*, 159-164.

**159.** "Chiral Amide Directed Assembly of a Diastereo- and Enantiopure Supramolecular Host and its Application to Enantioselective Catalysis of Neutral Substrates." Zhao, C.; Sun, Q.-F.; Hart-Copper, W. M.; DiPasquale, A. G.; Toste, F. D.; Bergman, R. G.; Raymond, K. N. *J. Am. Chem. Soc.* **2013**, *135*, 18802-18805.

**158.** "Expanding the Scope of Biomass-Derived Chemicals through Tandem Reactions Based on Oxorhenium-Catalyzed Deoxydehydration." Shiramizu, M.; Toste, F. D. *Angew. Chem. Int. Ed.* **2013**, *52*, 12905-12909.

**157.** "Vanadium Bisimide Bonding Investigated by X-ray crystallography, $^{51}$V and $^{13}$C NMR, and V $L_{3,2}$-Edge XANES ." La Pierre, H. S.; Minasian, S. G.; Abubekerov, M.; Kozimor, S. A.; Shuh, D. L.; Tyliszczak, T.; Arnold, J.; Bergman, R. G.; Toste, F. D. *Inorg. Chem.*, **2013**, *52*, 11650-11660.

**156.** "Single-Operation Deracemization of *3H*-Indolines and Tetrahydroquinolines Enabled by Phase Separation." Lackner, A. D.; Samant, A. V.; Toste, F. D. *J. Am. Chem. Soc.* **2013**, *135*, 14090-14093.

**155.** "Asymmetric Cross-Dehydrogenative Coupling Enabled by the Design and Application of Chiral Triazole-Containing Phosphoric Acids." Neel, A. J.; Hehn, J. P.; Tripet, P. F.;  Toste, F. D. *J. Am. Chem. Soc.* **2013**, *135*, 14044-14047.

**154.** "Gold(I)-Catalyzed Enantioselective Carboalkoxylation of Alkynes." Zi, W.; Toste, F. D. *J. Am. Chem. Soc.* **2013**, *135*, 12600-12603.

**153.** "A Combination of Directing Groups and Chiral Anion Phase-Transfer Catalysis for Enantioselective Fluorination of Alkenes." Wu, J.; Wang, Y.-M.; Drljevic, C.; Rauniyar, V.; Phipps, R.; Toste, F. D. *Proc. Natl. Acad. Sci.* **2013**, *110*, 13729-13733.

**152.** "Gold(I)-Catalyzed Enantioselective Bromocyclization Reactions of Allenes." Miles, D.; Veguillas, M.; Toste, F. D. *Chem. Sci.* **2013**, *4*, 3427-3431.

**151.** "Enantioselective Fluoroamination: 1,4-Addition to Conjugated Dienes Using Anionic Phase-Transfer Catalysis." Shunatona, H. P.; Früh, N.; Wang, Y.-M.; Rauniyar, V.; Toste, F. D. *Angew. Chem. Int. Ed.* **2013**, *52*, 7724-7727.

**150.** "Studies on the Vanadium Catalyzed Non-Oxidative Depolymerization of *Miscanthus giganteus*-derived Lignin." Chan, J. M. W.; Wang, K.; Bauer, S.; Sorek, H.; Toste, F. D. *ACS Catal.* **2013**, *3*, 1369-1377*.*

**149.** "Enantioselective Cyclization of Enamide-ynes and Application to the Synthesis of the Kopsifoline Core." Corkey, B. K.; Heller, S. T.; Wang, Y.-M.; Toste, F. D. *Tetrahedron* **2013**, *69*, 5640-5646*.*

**148.** "Asymmetric Catalysis at the Mesoscale: Gold Nanoclusters Embedded in Hydrogen-Bonded Chiral Self-Assembled-Monolayer as Heterogeneous Catalyst for Asymmetric Reactions." Gross, E.; Liu, J.; Alayoglur, A.; Marcus, M. A.; Fakra, S. C.; Toste, F. D.; Somorjai, G. A. *J. Am. Chem. Soc.* **2013**, *135*, 3881-3886.

**147.** "Chiral Anion Phase-Transfer Catalysis Applied to the Direct Enantioselective Fluorinative Dearomatization of Phenols." Phipps, R. J.; Toste, F. D. *J. Am. Chem. Soc.* **2013**, *135*, 1268-1271.

**146.** "Preparation and Reactivity of Gold(I) Amides and Phosphides." Johnson, M. W.; Shevick, S. L.; Toste, F. D.; Bergman, R. G. *Chem. Sci* **2013**, *4*, 1023-1027.

**145.** "A Supramolecular Approach to Combining Enzymatic and Transition Metal Catalysis." Wang, Z. J.; Clary, K. N.; Bergman, R. G.; Raymond, K. N.; Toste, F. D. *Nature Chem.* **2013**, *5*, 100-103*.*

**144.** "Carbon Monoxide, Isocyanide, and Nitrile Complexes of Cationic, $d^0$ Vanadium Bisimides: Pi-Back Bonding Derived from the Pi Symmetry, Bonding Metal Bisimido Ligand Orbitals." La Pierre, H. S.; Arnold, J.; Bergman, R. G.; Toste, F. D. *Inorg. Chem.* **2012**, *51*, 13334-13344.

**143.** "Selective Monoterpene-like Cyclization Reactions Achieved by Water Exclusion from Reactive Intermediates in a Supramolecular Catalyst." Hart-Cooper, W. M.; Clary, K. N.; Toste, F. D.; Bergman, R. G.; Raymond, K. N. *J. Am. Chem. Soc.* **2012**, *134*, 17873-17876*.*

**142.** "Integration of Chemical Catalysis with Extractive Fermentation to Produce Fungible Fuels." Anbarasan, P.; Baer, Z. C.; Sreekumar, S.; Gross, E.; Binder, J. B.; Blanch, H. W.; Clark, D. G.; Toste, F. D. *Nature* **2012**, *491*, 235-239.

**141.** "A Doubly-Axially Chiral Phosphoric Acid Catalyst for the Asymmetric Tandem Oxyfluorination of Enamides." Honjo, T.; Phipps, R. J.; Rauniyar, V.; Toste, F. D. *Angew. Chem. Int. Ed.* **2012**, *51*, 9684-9688.

**140.** "Control of Selectivity in Heterogeneous Catalysis by Tuning Nanoparticle Properties and Reactor Residence Time." Gross, E.; Liu, J.; Toste, F. D.; Somorjai, G. A. *Nature Chem.* **2012**, *4*, 947-952.

**139.** "Enantioselective Halocyclization using Reagents Tailored for Chiral Anion Phase-Transfer Catalysis." Wang, Y.-M.; Wu, J.; Hoong, C.; Rauniyar, V.; Toste, F. D. *J. Am. Chem. Soc.* **2012**, *134*, 12928-12931.

**138.** "Deoxygenation of Biomass-derived Feedstocks: Oxorhenium-catalyzed Deoxydehydration of Sugars and Sugar Alcohols." Shiramizu, M.; Toste, F. D. *Angew. Chem. Int. Ed.*, **2012**, *51*, 8082-8086.

**137.** "Chiral Anions in Asymmetric Catalysis:  From Concepts to Applications." Phipps, R. J.; Hamilton, G. L.; Toste, F. D. *Nature Chem.* **2012**, *4*, 603-614*.*

**136.** "Catalytic Enantioselective Carbon-Carbon Bond Formation Using Cycloisomerization Reactions." Watson, I. D. G.; Toste, F. D. *Chem. Sci.* **2012**, *3*, 2899-2919.

**135.** "Asymmetric Fluorination of Enamides: Access to α-Fluoroimines using an Anionic Chiral Phase-Transfer Catalyst." Phipps, R. J.; Hiramitsu K.; Toste, F. D. *J. Am. Chem. Soc.* **2012**, *134*, 8376-8379.

**134.** "Enantioselective Cyclizations of Silyloxyenynes Catalyzed by Cationic Metal Phosphine Complexes." Brazeau, J.-F.; Zhang, S.; Colomer, I.; Corkey, B. K.; Toste, F. D. *J. Am. Chem. Soc.* **2012**, *134*, 2742-2749.

**133.** "C(sp³)–F Reductive Elimination From Alkylgold(III) Fluoride Complexes." Mankad, N. P.; Toste, F. D. *Chem. Sci.* **2012**, *3*, 72-76.

**132.** "Asymmetric Electrophilic Fluorination Using an Anionic Chiral Phase-Transfer Catalyst." Rauniyar, V.; Lackner, A. D.; Hamilton, G. L.; Toste, F. D. *Science* **2011**, *334*, 1681-1684.

**131.** "A Step Beyond the Feltham-Enemark Notation: Spectroscopic and Correlated *ab initio* Computational Support for an Antiferromagnetically-Coupled M(II)-(NO)¹⁻ Description of Tp*M(NO) (M = Co, Ni)." Tomson, N. C.; Crimmin, M. R.; Petrenko, T.; Roseburgh, L. E.; Sproules, S.; Boyd, W. C.; Bergman, R. G.; DeBeer, S.; Toste, F. D.; Wieghardt, C. *J. Am. Chem. Soc.* **2011**, *133*, 18785-18801.

**130.** "Regio and Enantioselective Hydroamination of Dienes by Gold(I)-Menthol Cooperative Catalysis." Kanno, O.; Kuriyama, W.; Wang, Z. J.; Toste, F. D. *Angew. Chem. Int. Ed.* **2011**, *50*, 9919 –9922.

**129.** "Two Metals are Better than One the Gold-Catalyzed Oxidative Heteroarylation of Alkenes." Benitez, D.; Tkatchouk, E.; Mankad, N. P.; Goddard III, W. A.; Toste, F. D. *J. Am. Chem. Soc.* **2011**, *133*, 14293–14300.

**128.** "On the Diels-Alder Approach to Solely Biomass-Derived Polyethylene Terephthalate (PET): Conversion of 2,5-Dimethylfuran and Acrolein to *p*-Xylene." Shiramizu, M.; Toste, F. D. *Chem – Eur. J.* **2011**, *17*, 12452-12457.

**127.** "Chiral Brønsted Acid from a Cationic Gold(I) Complex: Catalytic Enantioselective Protonation of Silyl Enol Ethers of Ketones." Cheon, C.-H.; Kanno, O.; Toste, F. D. *J. Am. Chem. Soc.* **2011**, *133*, 13248-13251.

**126.** "Chiral (Acyclic Diaminocarbene)Gold(I)-Catalyzed Dynamic Kinetic Asymmetric Transformation of Propargyl Esters." Wang, Y.-M.; Kuzniewski, C. N.; Rauniyar, V.; Hoong, C.; Toste, F. D. *J. Am. Chem. Soc.* **2011**, *133*, 12972-12975.

**125.** "A Transition Metal Cluster Heterogeneous Catalyst for Homogeneous Catalytic Reactions: XAS and Reaction Kinetic Studies of Their Activity and Stability against Leaching." Li, Y.; Liu, J. H.-C.; Witham, C. A.; Huang, W.; Marcus, M. A.; Fakra, S. C.; Alayoglu, P.; Zhu, Z.; Thompson, C. M.; Arjun, A.; Lee, K.; Gross, E.; Toste, F. D.; Somorjai, G. A. *J. Am. Chem. Soc.* **2011**, *133*, 13527-13533.

**124.** "Synthesis of Flinderoles B and C by a Gold-Catalyzed Allene Hydroarylation." Zeldin, R. M.; Toste, F. D. *Chem. Sci.* **2011**, *2*, 1706-1709.

**123.** "Direct Michael Addition of Alkenes via a Cobalt-Dinitrosyl Mediated Vinylic C-H Functionalization Reaction." Zhao, C.; Toste, F. D.; Bergman, R. G. *J. Am. Chem. Soc.* **2011**, *133*, 10787-10789.

**122.** "Enantioselective Synthesis of Highly Substituted Furans by a Copper(II)-Catalyzed Cycloisomerization-Indole Addition Reaction." Rauniyar, V.; Wang, Z. J.; Burks, H. E.; Toste, F. D. *J. Am. Chem. Soc.* **2011**, *133*, 8486-8489.

**121.** "[(TMEDA)Co(NO)₂][BPh₄]: A Versatile Synthetic Entry Point to Four and Five Coordinate {Co(NO)₂}¹⁰ Complexes." Crimmin, M. R.; Roseburgh, L. E.; Tomson, N. C.; Weyhermüller, T.; Bergman, R. G.; Toste, F. D.; Wieghardt, C. *J. Organomet. Chem.* **2011**, *696*, 3974.

**120.** "Enantioselective Synthesis of Cyclic Carbamimidates *via* a Three-Component Reaction of Imines, Terminal Alkynes, and *p*-Toluenesulfonylisocyanate using a Monophosphine Gold(I) Catalyst." Campbell, M. J.; Toste, F. D. *Chem. Sci.* **2011**, *2*, 1369-1378.

**119.** "Tandem Cycloisomerization/Suzuki Coupling of Arylethynyl MIDA Boronates." Chan, J. M. W.; Amarante, G. W.; Toste, F. D. *Tetrahedron* **2011**, *67*, 4306-4312.

**118.** "Rate-Accelerated Hydroalkoxylation Catalyzed by a Gold(I) Complex Encapsulated in a Supramolecular Host." Wang, Z. J.; Brown, C. J.; Bergman, R. G.; Raymond, K. N.; Toste, F. D. *J. Am. Chem. Soc.* **2011**, *133*, 7358-7360.

**117.** "Synthesis of [RuCl₂(NO)₂(THF)] and its double C-N bond forming reactions with alkenes."; Crimmin, M. R.; Bergman, R. G.; Toste, F. D. *Angew. Chem. Int. Ed.* **2011**, *50*, 4484-4487.

**116.** "Phosphoramidite Gold(I)-Catalyzed Diastereo- and Enantioselective of 3,4-Substituted Pyrrolidines." González, A. Z.; Benitez, D.; Tkatchouk, E.; Goddard III, W. A.; Toste, F. D. *J. Am. Chem. Soc.* **2011**, *133*, 5500-5507.

**115.** "(Z)-Selective Semihydrogenation of Alkynes Catalyzed by a Cationic Vanadium Bisimido Complex." La Pierre, H. S.; Arnold, J.; Toste, F. D. *Angew. Chem. Int. Ed.* **2011**, *50*, 3986-3989.

**114.** "Gold(I)-Catalyzed Diastereo- and Enantioselective 1,3-Dipolar Cycloaddition and Mannich Reactions of Azlactones." Amarante, G. W.; Melhado, A. D.; Wang, Z. J.; Luparia, M.; Toste, F. D. *J. Am. Chem. Soc.* **2011**, *133*, 3517-3527.

**113.** "Asymmetric Brønsted Acid Catalyzed Hydroamination of Dienes." Shapiro, N. D.; Rauniyar, V.; Hamilton, G. L.; Wu, J.; Toste, F. D. *Nature*, **2011**, *470*, 245-250.

**112.** "Highly Active Heterogeneous Palladium Nanoparticle Catalysts for Homogeneous Electrophilic Reactions in Solution and the Utilization of a Continuous Flow Reactor." Huang, W.; Liu, J. H.-C.; Alayoglu, P.; Li, Y.; Witham, C. A.; Tsung, C.-K.; Toste, F. D.; Somorjai, G. A. *J. Am. Chem. Soc.* **2010**, *132*, 16771-16773.

**111.** "Cobalt Mediated Enantioselective Synthesis of *C₂* and *C₁* Dienes." Boyd, W. C.; Crimmin, M. R.; Roseburgh, L. E.; Schomaker, J. M.; Bergman, R. G.; Toste, F. D. *J. Am. Chem. Soc.* **2010**, *132*, 16365-16367.

**110.** "Gold-Catalyzed Oxidative Coupling Reactions with Aryltrimethylsilanes." Brenzovich Jr., W. E.; Brazeau, J.-F.; Toste, F. D. *Org. Lett.*, **2010**, *12*, 4728-4731.

**109.** "Mechanistic Study of Gold(I)-Catalyzed Intermolecular Hydroamination of Allenes." Wang, Z. J.; W. E.; Benitez, D.; Tkatchouk, E.; Goddard III, W. A.; Toste, F. D. *J. Am. Chem. Soc.,* **2010**, *132*, 13064-13071.

**108.** "C-C Coupling Reactivity of an Alkylgold(III) Fluoride with Arylboronic Acids." Mankad, N. P.; Toste, F. D. *J. Am. Chem. Soc.,* **2010**, *132*, 12859-12861.

**107.** "Enantioselective Reduction of Ketones and Imines Catalyzed by (CN-Box)Re(V)-Oxo Complexes." Nolin, K. A.; Ahn, R.; Kobayashi, Y.; Kennedy-Smith, J. J.; Toste, F. D. *Chem. Eur.–J.* **2010**, *16*, 9555-9562.

**106.** "A Gold-Catalyzed Intramolecular Three Component Coupling: Oxidative Oxyarylation of Alkenes." Melhado, A. D.; Brenzovich Jr., W. E.; Lackner, A. D.; Toste, F. D. *J. Am. Chem. Soc.,* **2010**, *132*, 8885-8887.

**105.** "Gold-Catalyzed Enantioselective Polycyclization Reactions." Sethofer, S. G.; Mayer, T.; Toste, F. D. *J. Am. Chem. Soc.* **2010**, *132*, 8276-8277.

**104.** "Alkylgold Complexes by the Intramolecular Aminoauration of Unactivated Alkenes." LaLonde, R. L.; Brenzovich Jr., W. E.; Benitez, D.; Tkatchouk, E.; Kelley, K.; Goddard III, W. A.; Toste, F. D. *Chem. Sci.,* **2010**, *1*, 226-233.

**103.** "Gold-Catalyzed Intramolecular Aminoarylation of Alkenes:  C-C Bond Formation *via* a Bimolecular Reductive Elimination." Brenzovich Jr., W. E.; Benitez, D.; Lackner, A. D.; Shunatona, H. P.; Tkatchouk, E.; Goddard III, W. A.; Toste, F. D. *Angew. Chem. Int. Ed.* **2010**, *49*, 5519-5522.

**102.** "Non-Oxidative Vanadium-Catalyzed C-O Bond Cleavage:  Application to Degradation of Lignin Model

Compounds." Son, S.; Toste, F. D. *Angew. Chem. Int. Ed.* **2010**, *49*, 3791-3794.

**101.** "A Reactivity-Driven Approach to the Discovery and Development of Gold-Catalyzed Organic Reactions" Shapiro, N. D.; Toste, F. D. *Synlett* **2010**, 675-691.

**100.** "Gold(I)-Catalyzed Enantioselective Synthesis of Pyrazolidines, Isoxazolidines and Tetrahydrooxazines." LaLonde, R. L.; Wang, Z. J.; Mba, M.; Lackner, A.; Toste, F. D. *Angew. Chem. Int. Ed.* **2010**, *49*, 598-601.

**99.** "Gold(I)-Catalyzed Enantioselective [4+2]-Cycloaddition of Allene-Dienes." González, A. Z.; Toste, F. D. *Org. Lett.* **2010**, *12*, 200-203

**98.** "Converting Heterogeneous to Homogeneous in Electrophilic Catalysis Using Monodisperse Metal Nanoparticles" Witham, C. A.; Huang, W.; Tsung, C.-K.; Kuhn, J. N.; Somorjai, G. A.;  Toste, F. D. *Nature Chem*. **2010**, *2*, 36-41.

**97.** "On the Impact of Steric and Electronic Properties of Ligands on Gold(I)-Catalyzed Cycloaddition Reactions." Benitez, D.; Tkatchouk, E.; González, A. Z. Goddard III, W. A.; Toste, F. D. *Org. Lett.* **2009**, *11*, 4798-4801.

**96.** "Gold-Catalyzed [3+3]-Annulation of Azomethine Imines with Propargyl Esters." Shapiro, N. D.; Shi, Y.; Toste, F. D. *J. Am. Chem. Soc.* **2009**, *131*, 11654-11655.

**95.** "A Bonding Model for Gold(I) Carbene Complexes." Benitez, D.; Shapiro, N. D.; Tkatchouk, E.; Wang, Y.; Goddard III, W. A.; Toste, F. D. *Nature Chem.* **2009**, *1*, 482-486.

**94.** "Cobalt-Mediated [3+2]-Annulation Reaction of Alkenes with        -Unsaturated Ketones and Imines." Schomaker, J. M.; Bergman, R. G.; Toste, F. D. *Org. Lett.* **2009**, *11*, 3698-3700.

**93.** "Gold(I)-Catalyzed Enantioselective Ring Expansion of Allenylcyclopropanols." Kleinbeck, F.; Toste, F. D. *J. Am. Chem. Soc.* **2009**, *131*, 9178-9179.

**92.** "Ligand-Controlled Access to [4+2] and [4+3]-Cycloaddition in Gold-Catalyzed Reactions of Allene-Dienes." Mauleón, P.; Zeldin, R. M.; González, A. Z.; Toste, F. D. *J. Am. Chem. Soc.* **2009**, *131*, 6348-6349.

**91.** "Development of Ruthenium Catalysts for Enantioselective Synthesis of *P*-Stereogenic Phosphines *via* Nucleophilic Phosphido Intermediates." Chan, V. S.; Chiu, M.; Bergman, R. G.; Toste, F. D. *J. Am. Chem. Soc.* **2009**, *131*, 6021-6032.

**90.** "Mechanistic Studies into Au(I)-Catalyzed [3,3]-Sigmatropic Rearrangements using Cyclopropane Probes." Mauleón, P.; Krinsky, J. L.; Toste, F. D. *J. Am. Chem. Soc.* **2009**, *131*, 4513-4520.

**89.** "Gold(I)-Catalyzed Enantioselective Synthesis of Benzopyrans *via* Rearrangement of Allylic Oxonium Intermediates." Uemura, M.; Watson, I. D. G.; Katsukawa, M.; Toste, F. D. *J. Am. Chem. Soc.* **2009**, *131*, 3464-3465.

**88.** "Au(I)-Catalyzed Cycloisomerization Terminated by *sp*³ C-H Bond Insertion." Horino, Y.; Yamamoto, T.; Ueda, K.;  Kuroda, S.; Toste, F. D. *J. Am. Chem. Soc.* **2009**, *131*, 2809-2811.

**87.** "Asymmetric Synthesis of Medium-Sized Rings by Intramolecular Au(I)-Catalyzed Cyclopropanation." Watson, I. D. G.; Ritter, S.; Toste, F. D. *J. Am. Chem. Soc.* **2009**, *131*, 2056-2057.

**86.** "Chiral Anion-Mediated Asymmetric Ring Opening of *meso*-Aziridinium and Episulfonium Ions." Hamilton, G. L.; Kanai, T.; Toste, F. D. *J. Am. Chem. Soc.* **2008**, *130*, 14984-14986.

**85.** "Gold(I)-Catalyzed Ring Expanding Cycloisomerizations: Total Synthesis of Ventricosene." Sethofer, S. G.; Staben, S. T.; Hung, O. Y.; Toste, F. D. *Org. Lett.* **2008**, *10*, 4315-4318.

**84.** "Ligand Effects in Homogenous Au Catalysis" Gorin, D. J.; Sherry, B. D.; Toste, F. D. *Chem. Rev.* **2008**, *108*, 3351-3378.

**83.** "Synthesis of Azepines by a Gold-Catalyzed Intermolecular [4+3]-Annulation." Shapiro, N. D.; Toste, F. D. *J. Am. Chem. Soc.* **2008**, *130*, 9244-9245.

**82.** "Synthesis of Octalactin A by a Strategic Vanadium-Catalyzed Oxidative Kinetic Resolution." Radosevich, A. T.; Chan, V. S.; Shih, H.-W.; Toste, F. D. *Angew. Chem. Int. Ed.* **2008**, *47*, 3755-3758.

**81.** "Gold(I)-Catalyzed Cycloisomerization of 1,5-Allenynes *via* Dual Activation of an Ene Reaction." Cheong, P. H.-Y.; Morganelli, P; Luzung, M. R.; Houk, K. N.; Toste, F. D. *J. Am. Chem. Soc.* **2008**, *130*, 4517-4526.

**80.** "Cobalt Dinitrosoalkane Complexes in the C-H Functionalization of Olefins." Schomaker, J. M.; Boyd, W. C.; Stewart, I. C.; Toste, F. D.; Bergman, R. G. *J. Am. Chem. Soc.* **2008**, *130*, 3777-3779.

**79.** "Fluorenes and Styrenes by Au(I)-Catalyzed [4+2] Annulation of Enynes and Alkynes." Gorin, D. J.; Watson, I. D. G.; Toste, F. D. *J. Am. Chem. Soc.* **2008**, *130*, 3736-3737.

**78.** "Synthesis and Structural Characterization of Isolable Phosphine Coinage Metal π-Complexes." Shapiro, N. D.; Toste, F. D. *Proc. Natl. Acad. Sci.* **2008**, *105*, 2779-2782.

**77.** "Pd-Catalyzed Dynamic Kinetic Enantioselective Arylation of Silylphosphines." Chan, V. S.; Bergman, R. G.; Toste, F. D. *J. Am. Chem. Soc.* **2007**, *129*, 15122-15123.

**76.** "Analysis of an Unprecedented Mechanism for the Catalytic Hydrosilylation of Carbonyl Compounds." Nolin, K. A.; Krumper, J. R.; Pluth, M. D.; Bergman, R. G.; Toste, F. D. *J. Am. Chem. Soc.* **2007**, *129*, 14684-14696.

**75.** "Au(I)-Catalyzed Enantioselective 1,3-Dipolar Cycloadditions of Münchnones with Electron Deficient Alkenes." Melhado, A. D.; Luparia, M.; Toste, F. D. *J. Am. Chem. Soc.* **2007**, *129*, 12638-12639.

**74.** "Gold(I)-Catalyzed [2+2]-Cycloaddition of Allenenes." Luzung, M. R.; Mauleón, P.; Toste, F. D. *J. Am. Chem. Soc.* **2007**, *129*, 12402-12403.

**73.** "Total Synthesis of (+)-Fawcettimine." Linghu, X.; Kennedy-Smith, J. J.; Toste, F. D. *Angew. Chem. Int. Ed.* **2007**, *46*, 7671-7673.

**72.** "A Powerful Chiral Counterion Strategy for Asymmetric Transition Metal Catalysis." Hamilton, G. L.; Kang, E. J.; Blázquez, M. M.; Toste, F. D. *Science* **2007**, *317*, 496-499.

**71.** "Gold(I)-Catalyzed Regioselective Cyclizations of Silyl Ketene Amides and Carbamates with Alkynes." Minnihan, E.; Colletti, S. L.;  Toste, F. D.; Shen, H. C. *J. Org. Chem.* **2007**, *72*, 6287-6289.

**70.** "Gold(I)-Catalyzed Oxidative Rearrangements." Witham, C. A.; Mauleón, P.; Shapiro, N. D.; Sherry, B. D.; Toste, F. D. *J. Am. Chem. Soc.* **2007**, *129*, 5838-5839.

**69.** "Rearrangement of Alkynyl Sulfoxides Catalyzed by Gold(I) Complexes." Shapiro, N. D.; Toste, F. D. *J. Am. Chem. Soc.* **2007**, *129*, 4160-4161.

**68.** "Relativistic Effects in Homogenous Gold Catalysis." Gorin, D. J.; Toste, F. D. *Nature* **2007**, *446*, 395-403.

**67.** "Palladium-Catalyzed Enantioselective Cyclization of Silyloxy-1,6-Enynes." Corkey, B. K.; Toste, F. D. *J. Am. Chem. Soc.* **2007**, *129*, 2764-2765.

**66.** "Gold(I)-Catalyzed Enantioselective Intramolecular Hydroamination of Allenes." LaLonde, R. L.; Sherry, B. D.; Kang, E. J.; Toste, F. D. *J. Am. Chem. Soc.* **2007**, *129*, 2452-2453.

**65.** "Gold(I)-Catalyzed Synthesis of Functionalized Cyclopentadienes." Lee, J. H.; Toste, F. D. *Angew. Chem. Int. Ed.* **2007**, *46*, 912-914.

**64.** "Synthesis of Benzonorcaradienes by Gold(I)-Catalyzed [4+3] Annulation." Gorin, D. J.; Dubé, P.; Toste, F. D. *J. Am. Chem. Soc.* **2006**, *128*, 14480-14481.

**63.** "Enantioselective Synthesis of  -Hydroxyenones by a Chiral Base-Catalyzed Kornblum DeLaMare Rearrangement." Staben, S. T.;  Linghu, X.; Toste, F. D. *J. Am. Chem. Soc.* **2006**, *128*, 12658-12659.

**62.** "Synthesis of Indenyl Ethers by Gold(I)-Catalyzed Intramolecular Carboalkoxylation of Alkynes." Dubé, P.; Toste, F. D. *J. Am. Chem. Soc.* **2006**, *128*, 12062-12063.

**61.** "Stereoselective Synthesis of Vinylsilanes by a Gold(I)-Catalyzed Acetylenic sila-Cope Rearrangement." Horino, Y.; Luzung, M. R.; Toste, F. D. *J. Am. Chem. Soc.* **2006**, *128*, 11364-11365.

**60.** "Gold(I)-Catalyzed Cyclizations of Silyl Enol Ethers:  Application to the Synthesis of (+)-Lycopladine A." Staben, S. T.; Kennedy-Smith, J. J.; Huang, D.; Corkey, B. K.; LaLonde, R. L.; Toste, F. D. *Angew. Chem Int Ed.* **2006**, *45*, 5991-5994.

**59.** "Gold(I)-Catalyzed Synthesis of Dihydropyrans." Sherry, B. D.; Maus, L.; Laforteza, B. N.; Toste, F. D. *J. Am. Chem. Soc.* **2006**, *128*, 8132-8133.

**58.** "Synthesis of Aromatic Ketones by a Transition Metal-Catalyzed Tandem Sequence." Zhao, J.; Hughes, C. O.; Toste, F. D. *J. Am. Chem. Soc.* **2006**, *128*, 7436-7437.

**57.** "Enantioselective Synthesis of Cyclic Ethers through a Vanadium-Catalyzed Resolution-Oxidative Cyclization." Blanc, A.; Toste, F. D. *Angew. Chem. Int. Ed.* **2006**, *45*, 2096-2099.

**56.** "Asymmetric Catalytic Synthesis of *P*-Stereogenic Phosphines via a Nucleophilic Ruthenium Phosphido Complex." Chan, V. S.; Stewart, I. C.; Bergman, R. G.; Toste, F. D. *J. Am. Chem. Soc.* **2006**, *128*, 2787-2788.

**55.** "Gold(I)-Catalyzed Stereoselective Olefin Cyclopropanation." Johansson, M. J.; Gorin, D. J.; Staben, S. T.; Toste, F. D. *J. Am. Chem. Soc.*  **2005**, *127*, 18002-18003.

**54.** "Ring-Opening Polymerization of *N*-Sulfonylaziridines:  Synthesis of High Molecular Weight Linear Polyamines." Stewart, I. C.; Lee, C. C.; Bergman, R. G.; Toste, F. D. *J. Am. Chem. Soc.* **2005**, *127*, 17616-17617.

**53.** "Catalytic Enantioselective Conia-ene Reaction." Corkey, B. K.; Toste, F. D. *J. Am. Chem. Soc.* **2005**, *127*, 17168-17169.

**52.** "Divergent Enantioselective Synthesis of (−)-Galanthamine and (−)-Morphine." Trost, B. M.; Tang, W.; Toste, F. D. *J. Am. Chem. Soc.* **2005**, *127*, 14785.

**51.** "Enantioselective Reduction of Imines Catalyzed by a Rhenium(V)-Oxo Complex." Nolin, K. A.; Ahn, R.; Toste, F. D. *J. Am. Chem. Soc.* **2005**, *127*, 12468-12469.

**50.** "Gold(I)-Catalyzed Intramolecular Acetylenic Schmidt Reaction." Gorin, D. J.; Davis, N. R.; Toste, F. D. *J. Am. Chem. Soc.* **2005**, *127*, 11260-11261.

**49.** "Gold(I)-Catalyzed  Ring Expansion of Alkynyl Cycloalkynols." Markham, J. P.; Staben, S. T.; Toste,  F. D. *J. Am. Chem. Soc.* **2005**, *127*, 9708-9709.

**48.** "A Re(V)-Catalyzed C-N Bond Forming Route to Human Lipoxygenase Inhibitors." Ohri, R. V.; Radosevich, A. T.; Hrovat, K. J.; Musich, C.; Toste, F. D. *Org. Lett.* **2005**, *7*, 2501-2504.

**47.** "Synthesis of Seven-Membered Rings: Ruthenium Catalyzed Intramolecular [5+2]-Cycloadditions." Trost, B. M.; Shen, H. C.; Horne, D. B.; Toste, F. D.; Steinmetz, B. G.; Koradin, C.  *Chem. Eur. J.* **2005**, *11*, 2577-2590.

**46.** "Synthesis of 2-Cyclopentenones by Gold(I)-Catalyzed Rautenstrauch Rearrangements." Shi, X.; Gorin, D. J.; Toste, F. D. *J. Am. Chem. Soc.* **2005**, *127*, 5802-5803.

**45.** "Vanadium-Catalyzed Asymmetric Oxidation of  -Hydroxy Esters Using Molecular Oxygen as Stoichiometric Oxidant." Radosevich,  A. T.; Musich, C.; Toste, F. D. *J. Am. Chem. Soc.* **2005**, *127*, 1090-1091.

**44.** "A Gold(I)-Catalyzed Propargyl Claisen Rearrangement." Sherry, B. D.; Toste, F. D. *J. Am. Chem. Soc.* **2004** *126*, 15978-15979.

**43.** "Ruthenium-Catalyzed Enyne Cycloisomerizations.   Effect of Allylic Silyl Ether on Regioselectivity." Trost, B. M.; Surivet, J.-P.; Toste, F. D. *J. Am. Chem. Soc.* **2004**, *126*, 15592-15602.

**42.** "Gold(I)-Catalyzed 5-*endo-dig*  Carbocyclization of δ-Acetylenic Dicarbonyl Compounds." Staben, S. T.; Kennedy-Smith, J. J.; Toste, F. D. *Angew. Chem., Int. Ed.*  **2004**, *43*, 5350-5352.

**41.** "Catalytic Isomerization of 1,5-Enynes to Bicyclo[3.1.0]hexenes." Luzung, M. R.; Markham, J. P.; Toste, F. D. *J. Am. Chem. Soc.* **2004**, *126*, 10858-10859.

**40.** "Rhenium Catalyzed Aromatic Propargylation." Kennedy-Smith, J. J.; Young, L. A.; Toste, F. D. *Org. Lett.* **2004**, *6*, 1325-1327.

**39.** "Gold(I)-Catalyzed Conia-Ene Reaction of β-Ketoesters with Alkynes." Kennedy-Smith, J. J.; Staben, S. T.; Toste, F. D. *J. Am. Chem. Soc.* **2004**, *126*, 4526-4527.

**38.** "Rhenium(V)-Catalyzed Synthesis of 2-Deoxy-  -glycosides." Sherry, B. D.; Loy, R. N.; Toste, F. D. *J. Am. Chem. Soc.* **2004**, *126*, 4510-4511.

**37.** "Rhenium Catalyzed Coupling of Propargyl Alcohols and Allyl Silanes." Luzung, M. R.; Toste, F. D. *J. Am. Chem. Soc.* **2003**, *125*, 15760-15761.

**36.**  "Phosphine-catalyzed Hydration and Hydroalkoxylation of Activated Olefins: Use of a Strong Nucleophile to Generate a Strong Base." Stewart, I. C.; Bergman, R. G; Toste, F. D. *J. Am. Chem. Soc.* **2003**, *125*, 8696-8697.

**35.** "A Mild C-O Bond Formation Catalyzed by a Rhenium-Oxo Complex." Sherry, B. D.; Radosevich, A. T.; Toste, F. D. *J. Am. Chem. Soc.* **2003**, *125*, 6076-6077.

**34.** "Reversing the Role of the Metal-Oxygen π-bond:  Chemoselective Catalytic Reductions with a Rhenium(V)-Dioxo Complex." Kennedy-Smith, J. J.; Nolin, K. A.; Gunterman, H. P.; Toste, F. D. *J. Am. Chem. Soc.* **2003**, *125*, 4056-4057.

**33.** "Synthesis of Coumarins by Ring-Closing Metathesis." Chatterjee, A. K.; Toste, F. D.; Goldberg, S. D.; Grubbs, R. H. *Pure & Appl. Chem.* **2003**, *75*, 421-425.

**32.** "Atom Economy: Palladium Catalyzed Formation of Coumarins by Addition of  Phenols and Alkynoates

via a net C-H Insertion." Trost, B. M.; Toste, F. D.; Greenman, K. *J. Am. Chem. Soc.* **2003**, *125*, 4518-4526.

**31.** "Enantioselective Total Synthesis of (+)-Aflatoxin B1 and B2a by Palladium Catalyzed DYKAT of Butenolides." Trost, B. M.; Toste, F. D. *J. Am. Chem. Soc.* **2003**, *125*, 3090-3100.

**30.** "Ruthenium Catalyzed Olefin Cross-Metathesis as an Alternative to the Heck and Cross-Coupling Reactions." Chatterjee, A. K.; Toste, F. D.; Choi, T. L.; Grubbs, R. H. *Adv. Synth. Catal.* **2002**, *344*, 634.

**29.** "Functional Group Diversity by Ruthenium Catalyzed Olefin Cross-Metathesis." Toste, F. D.; Chatterjee, A. K.; Grubbs, R. H. *Pure & Appl. Chem.* **2002**, *74*, 7-10.

**28.** "Mechanistic Dichotomy in CpRu(CH₃CN)₃PF₆ Catalyzed Enyne Cycloisomerizations." Trost, B. M.; Toste, F. D. *J. Am. Chem. Soc.* **2002**, *124*, 5025-5036.

**27.** "A Synthesis of 1,1-Disubstituted Alkenes via a Ru Catalyzed Addition." Trost, B. M.; Pinkerton, A. B.; Toste, F. D.; Sperrle, M. *J. Am. Chem. Soc.* **2001**, *123*, 12504-12509.

**26.** "Non-metathesis Ruthenium Catalyzed Carbon-Carbon Bond Forming Reactions." Trost, B. M.; Toste, F. D.; Pinkerton, A. B. *Chem Rev.* **2001**, *101*, 2067-2096.

**25.** "An Atom Economical Three Carbon Chain Extension of Alkynes to Form *E*-Enol Silanes." Trost, B. M.; Surivet, J. P.; Toste, F. D. *J. Am. Chem. Soc.* **2001**, *123*, 2897-2898.

**24.** "Synthesis of the First (1-3:6,7-  -Cyclodecadienyl) Ruthenium Complex by the Intramolecular Reaction of Alkenes and Vinylcyclopropanes." Trost, B. M.; Toste, F. D. *Angew. Chem. Int. Ed.* **2000**, *40*, 1114-1115.

**23.** "Enantioselective Total Synthesis of (–)-Galanthamine." Trost, B. M.; Toste, F. D. *J. Am. Chem. Soc.* **2000**, *122*, 11262-11263.

**22.** "A Ruthenium Catalyzed Hydrative Cyclization and [4+2] Cycloaddition of Yne-enones." Trost, B. M.; Brown, R. E.; Toste, F. D. *J. Am. Chem. Soc.* **2000**, *122*, 5877-5878.

**21.** "Deracemization of Baeylis-Hilman Adducts." Trost, B. M.; Tsui, H.-C.; Toste, F. D. *J. Am. Chem. Soc.* **2000**, *122*, 3534-3535.

**20.** "Ruthenium Catalyzed Intramolecular [5+2] Cycloaddition." Trost, B. M.; Toste, F. D., Shen, H. *J. Am. Chem. Soc.* **2000**, *122*, 2379-2380.

**19.** "Ruthenium-Catalyzed Cycloisomerization of 1,6- and 1,7-Enynes." Trost, B. M.; Toste, F. D. *J. Am. Chem. Soc.* **2000**, *122*, 714-715.

**18.** "Ruthenium Catalyzed Cycloisomerization of 1,6-Enynes Initiated by C-H Activation." Trost, B. M.; Toste, F. D. *J. Am. Chem. Soc.* **1999**, *121*, 9728-9729.

**17.** "A New Ru Catalyst for Alkene-Alkyne Coupling." Trost, B. M.; Toste, F. D. *Tetrahedron Lett.* **1999**, *40*, 7739.

**16.** "A Working Model for Regio- and Enantioselective Allylic Alkylations. Unsymmetrical Substrates." Trost, B. M.; Toste, F. D. *J. Am. Chem. Soc.* **1999**, *121*, 4545-4554.

**15.** "Palladium-Catalyzed Kinetic and Dynamic Kinetic Asymmetric Transformations of 5-Acyloxy-2-5(*H*)-furanone. Enantioselective Synthesis of (–)-Aflatoxin B Lactone." Trost, B. M.; Toste, F. D. *J. Am. Chem. Soc.* **1999**, *121*, 3543-3544.

**14.** "A Versatile Synthetic Route to 1,5-Dithiocins from *ortho*-Mercapto Aromatic Aldehydes." Still, I. W. J.; Natividad-Preyra, R.; Toste, F. D. *Can. J. Chem.* **1999**, *77*, 113.

**13.** "A Two Component Catalyst System for Asymmetric Allylic Alkylations with Alcohol Pronucleophiles." Trost, B.M.; McEachern, E. J.; Toste, F. D. *J. Am. Chem. Soc.* **1998**, *120*, 12702-12703.

**12.** "A Catalytic Enantioselective Approach to Chromans and Chromanols.  A Total Synthesis of (−)-Calanolides A and B and the Vitamin E Nucleus." Trost, B. M.; Toste, F. D. *J. Am. Chem. Soc.*  **1998**, *120*,  9074-9075.

**11.** "Asymmetric *O*- and *C*-Alkylation of Phenols." Trost, B. M.; Toste, F. D. *J. Am. Chem. Soc.* **1998**, *120*, 815-816.

**10.** "Reduction of Aryl Thiocyanates with SmI$_2$ and Pd-Catalyzed Coupling with Aryl Halides as a Route to Mixed Aryl Sulfides." Still, I. W. J.; Toste, F. D. *J. Org. Chem.* **1996**, *61*, 7677-7680.

**9.** "A New Palladium-Catalyzed Addition: A Mild Method for Synthesis of Coumarins." Trost, B. M.; Toste, F. D.  *J. Am. Chem. Soc.*  **1996**, *118*, 6305-6306.

**8.** "A New Route to the Synthesis of the Naturally Occurring Benzopentathiepin Varacin." Toste, F. D.; Still, I. W. J. *J. Am. Chem. Soc.* **1995**, *117*, 7261-7262.

**7.** "Preparation of 6,12-Imino-6*H*,12*H*-dibenzo[b,f]-1,5-dithiocins." Toste, F. D.; Lough, A. J.; Still, I. W. J. *Tetrahedron Lett.*  **1995**, *36*, 6619-6622.

**6.** "Preparation of *t*-Butyl Sulfides by a Novel Ligand-Transfer Reaction of Aryl Thiocyanates." Toste, F. D.; Still, I. W. J.  *Tetrahedron Lett.*  **1995**, *36*, 4361-4364.

 **5.** "Thiocyanate as a Versatile Synthetic Unit:  Efficient Conversion of ArSCN to Aryl Alkyl Sulfides and Arylthioesters." Toste, F. D.; LaRonde, F.; Still, I. W. J. *Tetrahedron Lett.*  **1995**, *36*, 2949-2952.

 **4.** "A Versatile Procedure for the Preparation of Aryl Thiocyanates using N-Thiocyanatosuccinimide (NTS)". Toste, F. D.; De Stefano, V.; Still, I. W. J. *Synth. Commun.*  **1995**, *25*, 1277-1286.

**3.** "A Simple Method for the Selective MOM Protection of Thiols." Toste, F. D.; Still, I. W. J. *Synlett*  **1995**, 159-160.

**2.** "Formamidine as a Versatile Protecting Group for Primary Amines: A Mild Procedure for Hydrolytic Removal." Toste, D.; McNulty, J.; Still, I. W. J. *Synth. Commun.*  **1994**, *24*, 1617-1624.

**1.** "The Intramolecular sila-Pummerer Cyclization: A New Route to Sulfur Heterocycles." Still, I. W. J.; Toste, F. D. *Heteroatom Chem.* **1994**, *5*, 251-257.

**Books and Book Chapters**

**9.** Thornbury, R.; Toste, F. D. "Catalytic Enantioselective Fluorination Reactions." In *Organic Reactions*. Eds. Denmark, S. E.; Overman, L. E.; John Wiley & Sons, Ltd, **2019**, Vol. 100, pp 749-800.

**8.** Thornbury, R.; Schafer, G.; Toste, F. D. "Modern Synthesis Processes and Reactivity of Fluorinated Compounds." In *Progress in Fluorine Science Series.* Eds. Grouly, H.; Leroux, F. R.; Tressaud, A.; Academic Press Ltd: London, **2017**, Vol. 3, pp 223-263.

**7.** Miles, D. H.; Toste, F. D. "Enantioselective Gold-Catalyzed Synthesis of Heterocyclic Compounds." In: *Au-Catalyzed Synthesis and Functionalization of Heterocycles.*  Ed. Bandini, M.; Springer: *Top. Heterocycl. Chem.* **2016**, *46*, pp 247-246.

**6.** Gesinski, M. R.; Toste, F. D. "Gold Catalysis in Natural Product Synthesis." In: *Gold Catalysis: An Homogeneous Approach.* Eds. Toste, F. D.; Michelet, V. ; Imperial College Press: **2014**, pp 501-536.

**5.** Wolf, W. J.; Toste, F. D. "The Chemistry of Gold Fluoride Complexes." In: *Patai's Chemistry of Functional Groups.* Ed. Rappoport, Z.; John Wiley and Sons, Ltd.: **2014**, pp 1-18.

**4.** Campbell, M. J.; Toste, F. D. "Other C-C Bond Formations including Au." In: *Comprehensive Chirality.* Eds. Carreira, E. M.; Yamamoto, H.; Elsevier Ltd: **2012**, Vol. 4, pp 378-390.

**3.** Campbell, M. J.; Toste, F. D. "Organometallic Chemistry of Gold." In: *Science of Synthesis, Knowledge Updates.* Eds. Krause, N.; O'Neil, I.; Thieme: **2012**, Vol. 2013/3, pp 123-170.

**2.** Mauleon, P.; Toste, F. D. "Gold-Catalyzed Reactions of Propargyl Esters, Propargyl Alcohols and Related Compounds." In: *Modern Gold Catalyzed Synthesis.* Eds. Hashmi, A. S. K.; Toste, F. D.; Wiley HCD: **2012**, pp 75-134.

**1.** Watson, I. D. G.; Toste, F. D. "Asymmetric Cycloisomerizations." In: *Science of Synthesis, Stereoselective Synthesis.* Ed. Evans, P. A.; Thieme: **2011**, Vol. 3, pp 243-306.


## Patents

**13.** "Redox-Based Reagents for Methionine Bioconjugation" Lin, S.; Yang, X.; Toste, F. D.; Chang, C. J. UC PCT Appl. PCT. Int. Appl. (2017) WO 2018089951 A1.

**12.** "Preparation of Functionalized Organometallic Rhenium and Osmium Cluster Compounds" Melville, C. R.; Inbar-Feske, M.; Herschleb, J. L.; Johns, A. M.; Greenman, K. L.; Partyka, D.; Zalatan, D.; Toste, F. D. PCT. Int. Appl. (2014) WO 2014014852 A1 20140123.

**11.** "Catalytic Disproportionation and Catalytic Reduction of Carbon-Carbon and Carbon-Oxygen Bonds of Lignin and Other Organic Substrates" Bergman, R.; Ellman, J.; Nichols, J.; Bishop, L.; Volkman, J.; Toste, D.; Son, S.; Hartwig, J.; Sergeev, A. PCT Int. Appl. (2011), WO 2011003029 A2 20110106.

**10.** "Methods For Producing Cyclic and Acyclic Ketones" Sreekumar, S.; Toste, F. D.; Gokhale, A. A.; Gunbas, G.; Madhesan, B.; Bell, A. T.; Sacia, E.; Arab, G. E. US 10,207,961.

**9.** "Methods For Producing Fuels, Gasoline Additives, and Lubricants Using Amine Catalysts" Sankaranarayanapillai, S.; Sreekumar, S.; Toste, F. D.; Bell, A. T.; Gokhale, A. A.; Grippo, A.; Arab, G. E. US 10,138,193.

**8.** "Methods For Producing Fuels, Gasoline Additives, and Lubricants Using Amine Catalysts" Sankaranarayanapillai, S.; Sreekumar, S.; Toste, F. D.; Bell, A. T.; Gokhale, A. A.; Grippo, A. US 10,106,480.

**7.** "Asymmetric Electrophilic Fluorination using an Anionic Chiral Phase-Transfer Catalysis" Rauniyar, V.; Lackner, A. D.; Hamilton, G. L.; Toste, F. D.; Phipps, R. J.; Shunatona, H.; Frueh, N.; Wang, Y. Wu, Y.; Patel, J.; Honjo, T. US 9,981,977.

**6.** "Method to Convert Fermentation Mixture to Fuels" Toste, F. D.; Anbarasan, P.; Binder, J. B.; Willems, P. A.; Clark, D. S.; Baer, Z.; Blanch, H. W.; Sreekumar, S. US 9,856,427.

**5.** "Methods to Produce Fuels" Baer, Z.; Blanch, H. W.; Clark, D. S.; Sreekumar, S.; Toste, F. D.; Gunbas , G.; Goulas, K. A.; Gokhale, A. A.; Binder, J. B. US 9,790,444.

**4**. "Methods For Producing Fuels, Gasoline Additives, and Lubricants" Sacia, E.; Pazhamalai, A.; Madhesan, B.; Sreekumar, S.; Toste, F. D.; Gokhale, A. A.; Carrera, M. E.; Bell, A. T.; Gunbas, G. US  9,738,617.

**3**. "Cross-Metahesis Reaction of Functionalized and Substituted Olefins using Group 8 Transition Metal Carbene Complexes as Metathesis Catalysts." Grubbs, R.H.; Chatterjee, A.K.; Choi, T.-L.; Goldberg, S.D.; Love, J.A.; Morgan, J.P.; Sanders, D.P.; Scholl, M.; Toste, F.D.; Trnka, T.M.  US 9,403,854.

**2**. "Transition Metal Oxo, Sulfido and Amido Complexes as Catalysts of Nucleophilic Addition Reactions." Grubbs, R.H.; Toste, F.D. US 7,262,315.

**1**. "Palladium and Boron Co-Catalyzed Addition of Oxygen Nucleophiles to Vinyl Epoxides" Trost, B.M.; McEachern, E.J.; Toste, F.D. US 6,307,067.

**Invited Lectures**

**2020**
Theravance, South San Francisco, CA (virtual) (Dec. 16, 2020)
Abbvie, North Chicago, IL (virtual) (Nov. 20, 2020)
2020 Chem-Reaxys Symposium (virtual) (Oct. 17, 2020)
RSC Desktop Seminar with Brazilian Chem. Soc. (SBQ) (virtual) (Oct 1, 2020)
Genentech, (***Genentech Distinguished Career Lecture***) (virtual) (July 19, 2020)
Merck Research Laboratories (virtual) (May 21, 2020)
International Conference on Organometallics and Catalysis, Goa, India (March 7, 2020)
Syngene International Ltd., Bangalore, India (March 6, 2020)
Indiana University, Bloomington, IN (Feb. 3, 2020)

**2019**
Roche, Basel, Switzerland (Dec. 17, 2019)
ETH Zürich, Zürich, Switzerland, (Dec. 16, 2019)
East China University of Science and Technology, Shanghai, China (Nov 17, 2019)
3rd Inorganic Chemistry International Meeting, Xiamen, China (Nov 16, 2019)
Université de Montréal (***Novartis Lecture***), Montreal, Canada (Nov 7, 2019)
NESACS: Process Chemistry Symposium, Cambridge, MA (Oct 25, 2019)
PKU-Wuxi AppTec Symposium, Peking University, Beijing, China (Oct 19, 2019)
La Giornata della Chimica Organica a Pavia, Pavia, Italy (Sept. 30. 2019)
Mechanistic Homogeneous Catalysis, Stockholm, Sweden (Sept. 7, 2019)
AstraZeneca, Mölndal, Sweden (Sept. 6, 2019)
GRC: Natural Products Chemistry, Andover, NH (July 29, 2013)
Trost Retirement Symposium, Merck Research Laboratories, Rahway, NJ (July 28, 2019)
UCB Celltech, Slough, England (July 19, 2019)
Pharmaron, Hoddesdon, England (July 18, 2019)
Synthesis in Organic Chemistry (***Plenary Lecture***), Cambridge, England (July 16, 2019)
Vertex Pharmaceuticals, Adingdon, England (July 15, 2019)
Nagoya University, Nagoya, Japan (June 7, 2019)
Tohoku University, Sendai, Japan (June 5, 2019)
Hokkaido University, Sapporo, Japan (June 3, 2019)
1st International Symposium on Hybrid Catalysis, University of Tokyo, Tokyo, Japan (May 30, 2019)
Northwestern University, Evanston, IL (May 3, 2019)
RUDN Conference (***Plenary Lecture***), Moscow, Russia (Apr. 25, 2019)
GlaxoSmithKline, Stevenage, England (Apr 10, 2019)
Bristol Synthesis Meeting, University of Bristol, England (Apr. 9, 2019)
HEC Pharm, Dongguan, China (Mar 22, 2019)
8th Grubbs Symposium, SUSTech, Shenzhen, China (Mar 22, 2019)
University of Kent, Canterbury, England (Mar. 19, 2019)

University of Leicester, Leicester, England (Mar. 19, 2019)
University of Edinburgh, Edinburgh, Scotland (Mar. 18, 2019)
Novartis, Changshu, China (Jan. 24, 2019)
DOW Chemical Co., Lake Jackson, TX (Jan. 10, 2019)

**2018**
Technical University Berlin, Berlin, Germany (Dec. 13, 2018)
Bayer AG, Berlin, Germany (Dec. 12, 2018)
Merck Research Laboratories, Boston, MA (Nov 15, 2018)
Technical University Munich, Munich, Germany (Nov 8, 2018)
Münchener Chemische Gesellschaft, Munich, Germany (Nov 6, 2018)
Ludwig-Maximilians-Universität, Munich, Germany (Nov. 5, 2018)
Senter Symposium: Frontiers in Organic Chem., University of Illinois, Urbana-Champaign, IL (Oct 20, 2018)
Eli Lilly & Co., Indianapolis, IN (Oct. 18, 2018)
University of Münster, Münster, Germany (Oct. 12, 2018)
Bayer AG, Wuppertal, Germany (Oct 10, 2018)
Max-Plank-Institut für Kohlenforschung, Mülheim an der Ruhr, Germany (Oct 9, 2018)
Institut für Organische Chemie, University of Cologne, Cologne, Germany (Oct 8, 2018)
Boehringer-Ingelheim Pharm GmbH, Biberach, Germany (Sept 21, 2018)
Heidelberg University, Heidelberg, Germany (Sept. 20, 2018)
BASF, Ludwigshafen, Germany (Sept 19, 2018)
University of Freiburg, Freiburg, Germany (Sept 17, 2018)
Novartis, Basel, Switzerland (Sept. 17, 2018)
Seoul National University (**Eun Lee Lectureship**), Seoul, Korea (Aug. 17, 2018)
TOCAT8 (**Keynote Lecture**), Yokohama, Japan (Aug 9, 2018)
University of Tokyo, Tokyo, Japan (August 7, 2018)
22nd International Symposium on Fluorine Chemistry (**Plenary Lecture**), Oxford, UK (July 25, 2018)
Belgium Organic Synthesis Symposium (**Plenary Lecture**), Brussels, Belgium (July 10, 2018)
PERCH-CIC 2018 (**Plenary Lecture**), Pattaya, Thailand (July 5, 2018)
Nanyang Technological University, Singapore (June 29, 2018)
GlaxoSmithKline, Collegeville, PA (June 19, 2018)
Chirality2018, Princeton, NJ (June 14, 2018)
Nanjing FluorineDays 2018 (**Plenary Lecture**), Nanjing, China (May 24, 2018)
Internat'l Symp. on Synthetic Chemistry & Catalysis, Tsinghua University, Beijing, China (May 23, 2018)
Cornell University (**Baker Symposium**), Ithaca, NY (May 5, 2018)
University of Illinois-Chicago (**Moriarty Lectureship**), Chicago, IL (April 24-25, 2018)
Merck Research Laboratories, West Point, PA (April 20, 2018)
Philadelphia Organic Chemists' Club (**Student Invited Lecturer**), Philadelphia, PA (April 19, 2018)
ACS – *Nobel Laureate Signature Award Symposium*, National Meeting, New Orleans, LA (Mar. 20, 2018)
Nanjing University, Nanjing, China (Mar. 5, 2018)
Merck Research Laboratories, Kenilworth, NJ (Feb. 2, 2018)
Universidad Nacional Autónoma de México, Mexico City, Mexico (Jan. 30, 2018)

**2017**
Adama Symposium, Ben Gurion University of the Negev, Beer Sheva, Israel (Dec. 18, 2017)
The Hebrew University of Jerusalem, Jerusalem, Israel (Dec. 15, 2017)
Shanghai Jiao Tong University, Shanghai, China (Dec. 8, 2017)
Seoul National University, Seoul, Korea (Oct 30, 2017)
University of Alberta (**Gilead Lecture**), Edmonton, Canada (Sept 26, 2017)
Gilead Alberta ULC, Edmonton, Canada (Sept 25, 2017)
Div. of Organic Chemistry - Graduate Research Symposium, Portland, OR (July 22, 2017)
IBS Symposium, Perspectives on Organometallics in Org. Synthesis, Daejon, Korea (July 20, 2017)
4th EOC Symposium (**Plenary Lecture**), Nankai Univerity, Tianjin, China (July 14, 2017)
The Scripps Research Institute (**Bristol-Myers Squibb Lecture**), La Jolla, CA (June 2, 2017)
Canadian Chemical Conf. – Advances in Heterocycle Synthesis, Toronto, Canada (May 31, 2017)

DOW Chemical Co., Midland, MI (May 9, 2017)
Theravance, South San Francisco, CA (April 21, 2017)
ACS, National Meeting, San Francisco, CA (April 2, 4 & 5, 2017)
Columbia University (**Stork Lecture**), New York, NY (Mar. 30, 2017)
Roche, Basel, Switzerland (Jan. 25, 2017)

**2016**
21st International Conference on Organic Synthesis (**Plenary Lecture**), Mumbai, India (Dec 15, 2016)
Asia-Oceania Confer. on Sustainable & Green Chem. (**Plenary Lecture**), Hong Kong (Nov 28, 2016)
National Taiwan Normal University, Taipei, Taiwan (Nov 11, 2016)
Internat'l Symposium of Catalysis and Fine Chemical (**Keynote Lecture**), Taipei, Taiwan (Nov 11, 2016)
38th Princeton Organic Chemistry Symposium, Monroe Township, NJ (Oct 21, 2016)
31st Johnson Symposium, Stanford University, Stanford, CA (Oct 14, 2016)
Iberoamerican Symposium on Organic Chemistry (**Plenary Lecture**), Porto, Portugal (Sept. 23, 2016)
Boston College (**Strem Lecture**), Boston, MA (September 9. 2016)
Amgen, Thousand Oaks, CA (August 11, 2016)
GRC: Stereochemistry, Newport, RI (July 25, 2016)
Belgium Organic Synthesis Symposium (**Plenary Lecture**), Antwerp, Belgium (July 15, 2016)
Ludwig-Maximilians-Universität, Munich, Germany (July 8, 2016)
Dombay Organic Chemistry Conference (**Plenary Lecture**). Dombay, Russia (June 2, 2016)
MIT (**Student Invited Lecture**), Cambridge, MA (May 18, 2016)
University of Michigan (**Novartis Lecture**), Ann Arbour, MI (May 4, 2016)
Molecular Chirality Asia 2016 (**Plenary Lecture**), Osaka, Japan (April 20, 2016)
McMaster University (**Sigma Aldrich Lecture**), Hamilton, ON, Canada (April 14, 2016)
18th JCF-Fruhjahrssymposium (**Plenary Lecture**), Kiel, Germany (March 16, 2016)
Texas A&M University (**Student Invited OCDC Lecturer**), College Station, TX (Feb 10-11, 2016)
Torkil Holm Symposium (**Plenary Lecture**), Copenhagen, Denmark (Jan 30, 2016)
University of California, Los Angeles, CA (Jan 21, 2016)

**2015**
Pacifichem2010, Honolulu, HI (Dec 16 & 19, 2015)
1st Sultan Qaboos University Intl. Chemistry Conference (**Plenary Lecture**), Muscat, Oman (Nov 10, 2015)
5th Pharmaron Symposium, Beijing, China (Sept 12, 2015)
State Key Laboratory of Applied Organic Chemistry, Lanzhuo University, Lanzhuo, China (Sept 11, 2015)
Merck Research Laboratories, Rahway, NJ (Sep. 2, 2015)
25th Intl. Society of Heterocyclic Chem. Congress (**Plenary Lecture**), Santa Barbara, CA (Aug 24, 2015)
ACS - Tetrahedron Award Symposium, National Meeting, Boston, MA (Aug 17, 2015)
45th IUPAC World Chemistry Congress (**Keynote Lecture**), Busan, Korea (August 12, 2015)
Gold 2015 World Conference (**Plenary Lecture**), Cardif, Wales (July 29, 2015)
19th European Symposium on Organic Chemistry (**Plenary Lecture**), Lisbon, Portugal (July 15, 2015)
39th Naito Conference, Sapporo, Japan (July 7, 2015)
DART Neuroscience, San Diego, CA (June 15, 2015)
Novartis, Cambridge, MA (April 3, 2015)
ACS (**Creativity in Organic Synthesis Award Symposium**), National Meeting, Denver, CO (Mar. 24, 2015)
Chemiedozententagung 2015 (**Horst Pracejus Prize Lecture**), Regensburg, Germany (March 2, 2015)

**2014**
8th Singapore International Chemistry Conference (**Keynote Lecture**), Singapore (December 16, 2014)
FluoroBay 2014, Foster City, CA (December 3, 2014)
Symposium Honoring Prof. Jose. Barluenga, Oviedo, Spain (November 4, 2014)
Frontiers in Biorefining (**Plenary Speaker**), St. Simons Island, GA (Oct 22, 2014)
DaiichiSankyo Co Ltd., Tokyo, Japan (Oct 15, 2014)
Mitsui Chemicals Science Forum, Tokyo, Japan (Oct, 14, 2014)
Emory University, Atlanta, GA (Sept 10, 2014)
14th International Symposium on Advancing Chem. Sci. (**Plenary Speaker**), Shanghai, China (Aug 8, 2014)

Chemical Science Symposium, 29th Chinese Chemical Society Meeting, Beijing, China (Aug 6, 2014)
Bordeaux Fluorine Days, Bordeaux, France (July 7, 2014)
GRC: Heterocyclic Compounds, Newport, RI (June 15, 2014)
Takeda-Millenium, Cambridge, MA (June 5, 2014)
5th Annual Centre in Green Chemistry and Catalysis (***Plenary Lecture***), Montreal, Canada (May 9th, 2014)
Princeton University (***Novartis Lecture***), Princeton, NJ (May 7, 2014)
Swiss Chemical Society, Spring Meeting, Fribourg, Switzerland (April 24, 2014)
Novartis, Basel, Switzerland (April 23, 2014)
Actelion Pharmaceuticals, Allschwil, Switzerland (April 22, 2014)
Flow Chemistry Congress, Boston, MA (April 11, 2014)
University of Wisconsin, Madison, WI (March 25, 2014)
University of North Carolina (***Sigma Aldrich Lecture***), Chapel Hill, NC (February 7, 2014)
Eastman, Kingsport, TN (February 6, 2014)
QAFCO-Texas A&M at Qatar Conference 2014, Doha, Qatar (January 9, 2014)

**2013**
Tsinghua University (Minisymposium on New Organic Chemistry), Beijing, China (Dec. 11·2013)
Inter-Academy Seoul Science Forum, Seoul, S. Korea (Nov 11, 2013)
Institute of Chemical and Biomedical Sciences, Nanjing, China (Oct 14, 2013)
Beijing Symposium 2013, Beijing, China (Oct 11, 2013)
Western Regional ACS Meeting, Santa Clara, CA (Oct 4, 2013)
Boehringer-Ingeldem Pharm GmbH, Biberach, Germany (Sept 20, 2013)
CIPSM Scientific Oktoberfest, Munich, Germany (Sept 19, 2013)
10th Portuguese National Meeting on Organic Chem. (***Plenary Lecture***), Lisbon, Portugal (Sept 5, 2013)
GRC: Natural Products Chemistry, Andover, NH (July 29, 2013)
Abbvie Pharmaceutical Research & Development, Abbott Park, IL (July 26, 2013)
DOE - Interface of Homogeneous and Heterogeneous Catalysis, Anapolis, MD (June 30, 2013)
School on Organomet. Chem. Marcial Moreno Manas (***Plenary Lecture***), Alicante, Spain, (June 5, 2013)
MIT (***Boehringer-Ingelheim Lecture***), Cambridge, MA (May 9, 2013)
Boehringer-Ingelheim, Ridgefield, CT (May, 8, 2013)
BASF, Ludwigshafen, Germany (April 25, 2013)
Sanofi-Aventis Deutschland GmbH, Frankfurt, Germany (April 24, 2013)
4th International Fluorine Workshop, Tokyo, Japan (April 13, 2013)
Riken, Tokyo, Japan (Apr 12, 2013)
Gakushuin University, Tokyo, Japan (Apr 11, 2013)
Gilead Pharmaceuticals, Foster City, CA (March 28, 2013)
University of Pennsylvania (*Distinguished Alumni Symposium–Trost*), Philadelphia, PA (March 18, 2013)
Jahrestreffen Deutscher Katalytiker (***Plenary Lecture***), Weimar, Germany (March 12, 2013)
Florida Heterocyclic and Synthetic Conference (***Plenary Lecture***), Gainesville, FL (Mar 3-6, 2013)
Rigel Pharmaceuticals, South San Francisco, CA (Jan 30, 2013)
The Scripps Research Institute, La Jolla, CA (Jan 25, 2013)

**2012**
Peking University, Beijing, China (Dec 22, 2012)
Nankai University (***Nankai Lectureship on Organic Chemistry***), Tianjin, China (Dec 21, 2012)
Nanjing University, Nanjing, China (Dec 20, 2012)
Peking University-Shenzhen Graduate School, Shenzhen, China (Dec 19, 2012)
International Kyoto Conference on Organic Chemistry  (IKCOC-12), Kyoto, Japan (Nov 13, 2012)
Takeda Pharmaceutical Company Ltd., Osaka, Japan (Nov. 12, 2012)
2012 Welch Conference, Houston, Texas (Oct 22-23, 2012)
University of Illinois (***Fuson Lectureship***), Urbana-Champaign, IL (Oct 1-2, 2012)
Gold 2012 (***Keynote Lecture***), Tokyo, Japan (Sep 6, 2012)
MitsubishiTanabe Pharma, Tokyo, Japan (Sep 5, 2012)
DaiichiSankyo Co Ltd., Tokyo, Japan (Sep 5, 2012)
GRC: Organometallic Chemistry, Newport, RI (July 11, 2012)

Firmenich, Geneva, Switzerland (June 19, 2012)
Academy of Science of the Czech Republic, Prague, Czech Republic (June 18, 2012)
Colorado State University (***Student Invited Lecture***), Fort Collins, CO (May 14, 2012)
University of Pennsylvania (***Novartis Lecture***), Philadelphia, PA (Apr 3, 2012)
Pfizer, Global R&D, Groton, CT (March. 15, 2012)
77th Israel Chemical Society Meeting, Ramat Gan, Israel (Feb 7, 2012)
Weizmann Institute of Science, Rehovot, Israel (Feb 6, 2012)

**2011**
11th GCOE Int'l Symposium, Osaka University, Osaka, Japan (Dec. 20, 2011)
Dainippon Sumitomo Pharma, Osaka, Japan (Dec. 19, 2011)
Asubio Pharma Co., Ltd. Kobe, Japan (Dec. 19, 2011)
National Sun Yat-Sen University, Kaohshung, Taiwan (Dec 6, 2011)
National Taiwan Normal University, Taipei, Taiwan (Dec 5, 2011)
Chinese Chemical Society Annual Meeting (***Keynote Lecture),*** National Tsing Hua University, Hsin-chu, Taiwan (Dec 4, 2011)
Rice University, (***Student Invited Seminar***), Houston, TX (Nov 16, 2011)
Harvard University (***Pfizer Lecturer***), Cambridge, MA (Oct 17, 2011)
Boehringer Ingelheim Research, Laval, Canada (Oct 6, 2011)
Université de Sherbrooke (***Boehringer-Ingelheim Distinguished Lecturer***), Sherbrooke, Canada (Oct 5, 2011)
Gilead Sciences, Inc., Seattle, WA (Sept 22, 2011)
Takasago International Corp., Tokyo, Japan (Sep 2, 2011)
Summer School of SSOCJ (***Mukaiyama Award Lecture),*** Tendo City, Japan (Aug 31-Sep 2, 2011)
ICIQ Summer School, Tarragona, Spain (July 20-22, 2011)
Stanford University, Trost 70th birthday Symposium, Stanford, CA (June 25, 2011)
Tetrahedron Symposium (***Award Lecture***), Stiges, Spain (June 21-24, 2011)
University of Delaware, symposium in honor of Richard Heck, Newark, DE (May 26, 2011)
Yale University, Jack Faller retirement symposium, New Haven, CT  (May 2, 2011)
University of Utah (***Student Invited Seminar),*** Salt Lake City, UT (April 14, 2011)
Genentech, South San Francisco, CA (April 12, 2011)
University of Liverpool, Liverpool, England (April 2, 2011)
University of Oxford, Oxford, England (April 1, 2011)
University of Loughborough (***Merck Award Lecture***), Loughborough, England (March 30, 2011)
Theravance, South San Francisco, CA (March 21, 2011)
University of Chicago, (***Organic Synthesis Lecture***), Chicago, IL (Feb. 28, 2011)

**2010**
Pacifichem2010, Honolulu, HI (Dec 16 & 19, 2005)
Hanyang University, Seoul, Korea (Nov 9, 2010)
Seoul National University, Seoul, Korea (Nov 8, 2010)
Journées de Chimie Organique (***Plenary Lecture***), Palaiseau, France (Sep 21-23, 2010)
SCI – A Celebration of Organic Synthesis (***Keynote Speaker***), Stevenage, England (Sep 13-14, 2010)
Groupe D'Etude en Chemie Organique-51, (***Plenary Lecture***), Montpellier, France (Aug 29-Sep 3, 2010)
Abbott Laboratories, North Chicago, IL (July 14, 2010)
1st Intl Symposium on Advancing Chemical Sci. (***Plenary Speaker***), San Francisco, CA (July 6-9, 2010)
Balticum Organicum Syntheticum (***Plenary Lecture***), Riga, Latvia (June 27-30, 2010)
Simposio International: Nanomaterales y Funcionalidad, Valencia, Spain (May 25, 2010)
Carleton College (***Jerry & Jean Mohring Lecture***), Northfield, MN (May 6, 2010)
Münster Symposium on Cooperative Effects in Chemistry, Münster, Germany (Apr 30, 2010)
University of Rochester (***Kende Lectureship),*** Rochester, NY (Mar 31-Apr 2, 2010)

**2009**
Imperial College London (***Eli Lilly Lecture***), London, England (Nov. 24, 2009)
West Virginia University, Morgantown, WV (Nov. 18, 2009)

Solvias Science Day, Basel, Switzerland (Nov. 2, 2009)
NESACS: Advances in Chemistry, Cambridge, MA (Oct 23, 2009)
Biogen Idec, Inc. Cambridge, MA (Oct 21, 2009)
Washington State University (**Matteson Symposium**), Pullman, WA (Oct. 3, 2009)
Gregynog Synthesis Symposium (**Keynote Lecture**), Gregynog, Wales (Sept. 11-13, 2009)
Brazilian Meeting on Organic Synthesis (**Plenary Lecture**), São Pedro, Brazil (Sept. 1, 2009)
Novartis, Emeryville, CA (Aug. 19, 2009)
Gold 2009 (**Plenary Lecture**), Heidelberg, Germany (July 28, 2009)
GRC: Reactions and Processes, Smithfield, RI (July 21, 2009)
Elan Pharmaceutical Inc., South San Francisco, CA (July 15, 2009)
Canadian Chemical Conf. - Transition Metals in Synthesis & Catalysis, Hamilton, Canada (May 30, 2009)
Bürgenstock Conference (**Plenary Lecture**), Brunnen, Switzerland (May 17-22)
University of Minnesota (**Eli Lilly Lecture**), Minneapolis, MN (May 7, 2009)
Montana State University, Bozeman, MT (April 24, 2009)
Amgen, San Francisco, CA (Feb. 24, 2009)
University of Ottawa (**Astra Lecture**), Ottawa, Canada (Feb. 12, 2009)
AstraZeneca R&D, Montréal, Canada (Feb. 11, 2009)

**2008**
University of Oklahoma (**Karcher Lecture**), Norman, OK (Dec 4, 2008)
North Jersey ACS – Award Symposium for Malcolm MacCoss, Sommerset, NJ (Nov. 13, 2008)
Coast-to-Coast Symposium, Torquay, England (Oct 26, 2008)
Pfizer Inc., Sandwich, England (Oct 24, 2008)
Novartis Institute for Biomedical Research, Shanghai, China (Sept. 26, 2008)
WuXi PharmaTech, Shanghai, China (Sept. 25, 2008)
International Forum on Homogenous Catalysis, Shanghai, China (Sept 24, 2008)
Merck Research Laboratories, Rome, Italy (Sep 1, 2008)
GlaxoSmithKline, Collegeville, PA (Aug 26, 2008)
GRC: Natural Products Chemistry, Tilton, NH (July 20-24, 2008)
Firmenich Synthesis Symposium, Geneva, Switzerland (June 26-27, 2008)
ICOS 17, Daejon, South Korea (June 22-25, 2008)
France-American Chemistry Symposium, Santa Barbara, CA (June 12, 2006)
University of California, Riverside (**Student Invited Speaker**), Riverside, CA (June 4 2008)
Pfizer Inc., St, Louis, MO (May 6, 2008)
Syngenta, International Research Center, Jealott's Hill, England (Apr. 16, 2008)
SCI – Noble Metals in Synthesis, London, England (Apr. 15, 2008)
ACS (**E. J. Corey Award Symposium**), National Meeting, New Orleans, LA (Apr. 8 2008)
Royal Dutch Chemical Society – Wageningen Symposium, Wageningen, The Netherlands (Apr. 3, 2008)
Merck Research Laboratories, Rahway, NJ (Feb. 20, 2008)
Schering-Plough, Union, NJ (Jan. 29, 2008)
Schering-Plough, Kenilworth, NJ (Jan. 28, 2008)
Abbott Bioresearch Center, Worcester, MA (Jan. 23, 2008)

**2007**
University of Alberta (**Student Invited Speaker**), Edmonton, Canada (Nov 7, 2007)
OMCOS 14, Nara, Japan (Aug. 4, 2007)
Eli Lilly, Erl Wood, England (July 20, 2007)
Novartis, Horsham, England (July 19, 2007)
Synthesis in Organic Chemistry (**Plenary Lecture**), Cambridge, England (July 18, 2007)
Modern Synthetic Methods & Chiral USA, Philadelphia, PA (July 13th, 2007)
Merck Chemistry Council Conference, La Sapinere, Canada (June 26, 2007)
Heidelberg Forum of Molecular Catalysis, Heidelberg, Germany (June 22, 2007)
National Organic Symposium, Duke University, Durham, NC (June 5, 2007)
Oregon State University, Corvalis, OR (May 21, 2007)
Novartis, Basel, Switzerland (May 9, 2007)

University of Wisconsin (***McElvain Lecture)***, Madison, WI (May 2, 2007)
Forum on Asymmetric Synthesis and Technologies (FAST), Cambridge, England (April 19, 2007)
AstraZeneca, Charnwood, England (April 18, 2007)
McGill University, Montreal, Canada (Mar 27, 2007)
Cambridge University (***Novartis Lecture***), Cambridge, England (Mar 1, 2007)
University of Leeds (***New Catalysts and Reactivity Symposium***), Leeds, England (Feb 28, 2007)
The Scripps Research Institute (***Frontiers in Science Symposium***), La Jolla, CA (Feb 16, 2007)
Novartis, Cambridge, MA (Feb 13, 2007)
Stanford University (***Merck Symposium***), Stanford, CA (Feb 9, 2007)
Yale University (***Treat B. Johnson Lecture***), New Haven, CN (Jan 31, 2007)
Novartis, Tsukuba, Japan (Jan 12, 2007)
21st Century COE-RCMS International Conference, Nagoya, Japan (Jan 10, 2007)

**2006**
Université de Montréal (***MethylGene Lecture***), Montreal, Canada (Nov 29, 2006)
Hoffman-LaRoche, Nutley, NJ (Nov 28, 2006)
Brandeis University, Waltham, MA (Nov 9, 2006)
Sepracor Inc., Marlborough, MA (Nov 8, 2006)
Boston College (***Abbott Lecture***), Chestnut Hill, MA (Nov 7, 2006)
Novartis, Emeryville, CA (Oct. 27, 2006)
University of Colorado, Boulder, CO (Oct 24, 2006)
Colorado State University, Fort Collins, CO (Oct 23, 2006)
GlaxoSmithKline, Chapel Hill, NC (Sept 29, 2006)
Regiosymposium 2006, Castle Beuggen, Germany (Sept 21, 2006)
ACS (***Cope Scholar Award Symposium)***, National Meeting, San Francisco, CA (Sept. 12 2005)
Gilead Sciences, Foster City CA (June 22, 2006)
France-American Chemistry Symposium, Paris, France (June 7, 2006)
Université de Rennes, Rennes, France (June 2, 2006)
International Symposium of Chemistry, Biology and Medicine, Phaphos, Cyprus (May 30, 2006)
Ohio State (***Paquette Symposium)***, Columbus, OH (May 20, 2006)
University of California, Los Angeles, CA (May 11, 2006)
Ludwig-Maximilians-Universität, Munich, Germany (May 8, 2006)
Concepts and Advances in Modern Catalysis, Heildelberg, Germany (May 6, 2006)
Bristol-Myers Squibb Symposium, Wallingford, CT (May 4, 2006)
Roche Excellence in Chemistry Symposium, Palo Alto, CA (May 2, 2006)
Columbia University, New York, NY (Apr 20, 2006)
Novartis, Cambridge, MA (Apr 18, 2006)
Purdue University, West Lafayette, IN (Apr 11, 2006)
University of Illinois, Urbana-Champaign, IL (Apr 10, 2006)
Harvard University (***Eli Lilly Symposium***), Cambridge MA (Apr 3, 2006)
University of Florida, Gainesville, FL (Mar 23, 2006)
Chemistry as a Life Science Symposium, Newark, NJ (Mar 17, 2006)
Sanofi-Aventis, Bridgewater, NJ (Mar 16, 2006)
Eli Lilly Award Symposium, Indianapolis, IN (Mar 6, 2006)
MIT (***Student-Hosted Seminar***), Cambridge, MA (Mar 3, 2006)
Amgen, San Francisco, CA (Feb. 23, 2006)
SUNY Buffalo (***Foster Chemistry Colloquia***), Buffalo, NY (Feb 3, 2006)
Genentech, South San Francisco, CA (Jan 20, 2006)
National Taiwan University, Taipei, Taiwan (Jan 6, 2006)
National Tsing-Hua University, Hsin-chu, Taiwan (Jan 4, 2006)
National Taiwan Normal University, Taipei, Taiwan (Jan 2, 2006)

**2005**
PacificChem2005, Honolulu, HI (Dec 17, 2005)
University of California San Diego (***Merck Symposium***), San Diego CA (Dec 12, 2005)

University of British Columbia (**Merck Frosst Lecture**), Vancouver, Canada (Nov 22, 2005)
Princeton University, Princeton, NJ (Nov 11, 2005)
Wyeth Research, Collegeville, PA (Nov 10, 2005)
AstraZeneca, Wilmington, DE (Oct 27, 2005)
University of Illinois Chicago (**Abbott Symposium**), Chicago, IL (Oct 25, 2005)
Cytokinetics, South San Francisco, CA (Oct 20, 2005)
University of Missouri, Columbia, MO (Oct 14, 2005)
GlaxoSmithKline, Chapel Hill, NC (Sept 30, 2005)
Amgen, Thousand Oaks, CA (Sept 26, 2005)
University of California Irvine (**Merck Symposium**), Irvine CA (Sept 17, 2005)
University of California, Berkeley CA (Aug 23, 2005)
Hokkaido University, Sapporo, Japan (Aug 18, 2005)
Tohoku University, Sendai, Japan (Aug 18, 2005)
University of Tokyo, Tokyo, Japan (Aug 16, 2005)
Tokyo Institute of Technology, Tokyo, Japan (Aug. 15, 2005)
Kyoto University, Kyoto, Japan (Aug. 11, 2005)
Osaka University, Osaka, Japan (Aug. 10, 2005)
Okayama University, Okayama, Japan (Aug. 8, 2005)
Merck Research Laboratories, Boston, MA (July 28, 2005)
Heidelberg University, Heidelberg, Germany (July 22, 2005)
OMCOS 13, Geneva, Switzerland (July 20, 2005)
Institut für Organische Chemie, RWTH Aachen (**Lilly Lecture**), Aachen, Germany (July 15, 2005)
Max-Plank-Institut für Kohlenforschung, Mülheim an der Ruhr, Germany (July 13, 2005)
Institut für Organische Chemie, University of Cologne, Cologne, Germany (July 11, 2005)
GRC: Heterocyclic Compounds, Newport, RI (July 3-7, 2005)
AstraZeneca, Watham, MA (June 28, 2005)
Roche, Palo Alto, CA (June 21, 2005)
Ligand Pharmaceuticals Inc., San Deigo, CA (June 14, 2005)
SigmaAldrich, Milwaukee, WI (June 8, 2005)
Abbott Laboratories, Abbott Park, IL (June 7, 2005)
CSC - Mechanistic Organometallic Chemistry Symposium, Saskatoon, Canada (May 30, 2005)
DuPont AG Products, Newark, DE (May 17, 2005)
Pfizer, Global R&D, Ann Arbor, MI (Apr. 14, 2005)
University of Michigan, Ann Arbor, MI (Apr. 13, 2005)
Johnson & Johnson PRI, Raritan NJ (Apr. 5, 2005)
University of Pennsylvania, Philadelphia, PA (Apr. 4, 2005)
ACS - E. J. Corey Award Symposium, National Meeting, San Diego, CA (Mar. 12 2005)
University of Texas Southwestern Medical Center, Dallas, TX (Mar. 8, 2005)
Merck Frosst, Montreal, Canada (Mar. 1, 2005)
Johnson & Johnson, San Diego, CA (Jan. 27, 2005)

**2004**
Boston University, Boston, MA (Nov. 22, 2004)
University of Chicago (**Closs Lecture**), Chicago, IL (Oct. 22, 2004)
Pfizer, Global R&D, Groton, CT (Oct. 14, 2004)
California Institute of Technology (**Merck Symposium**), Pasadena, CA (Oct. 2, 2004)
University of Toronto (**Pfizer Symposium**), Toronto, Canada (Sep 15, 2004)
University of Texas, Austin, TX (Sept. 10, 2004)
Bristol-Myers Squibb Company, Lawrenceville/Hopewell, NJ (Aug. 11, 2004)
USA-UK Synthesis Workshop, Edinburgh, Scotland (July 27-31, 2004)
GRC: Organic Reactions and Processes, Bristol, RI (July 18-22, 2004)
Merck Research Laboratories, West Point, PA (June 21, 2004)
Eli Lilly & Co., Indianapolis, IN (June 15, 2004)
NSF Workshop on Organic Synthesis (June 10-13, 2004)
Pfizer, Global R&D, La Jolla, CA (Mar. 26, 2004)

Merck Research Laboratories, Rahway, NJ (Feb. 4, 2004)
Bristol-Myers Squibb Company, Wallingford, CT (Feb. 2, 2004)

**2003**
University of California, Santa Cruz, CA (Oct. 27, 2003)
Boehringer-Ingelheim, Ridgefield, CT (Oct. 3, 2003)
Amgen, Cambridge, MA (Aug. 22, 2003)
Celera, South San Francisco CA (June 10, 2003)
Institut de Chimie des Substances Naturelles, CNRS, Gif-sur-Yvette, France (May 15, 2003)
Pfizer, Inc., Skokie, IL (Apr. 16, 2003)
Abbott Laboratories, North Chicago, IL (Mar. 27, 2003)
Millennium Pharmaceuticals, South San Francisco CA (Mar. 13, 2003)
Elan Pharmaceutical Inc., South San Francisco, CA (Mar. 12, 2003)

**2002**
ACS Midwest Regional Meeting - Catalysis Symposium, Lawrence, KS (Oct. 23-25, 2002)
ACS - Nobel Laureate Signature Award Symposium, National Meeting, Orlando, FL (Apr. 2002)

## Harvard Medical School
## Curriculum Vitae

**Date Prepared:**    January 19, 2022

**Name:**    Aaron B. Waxman, M.D., Ph.D.

**Office Address:**    Pulmonary and Critical Care Medicine, Brigham and Women's Hospital, Boston, MA

████████    ███████████████████████

**Work Phone:**    617-525-9733

**Work Email:**    abwaxman@bwh.harvard.edu

**Work FAX:**    617-264-6873

████████    ██████████████

**ORCID ID:**    0000-0001-7797-0361

### Education

| | | | |
|---|---|---|---|
| 1978 | BS | Zoology | The George Washington University, Washington, DC |
| 1987 | Ph.D. | Anatomy and Neuroscience | Albany Medical College, Albany, NY |
| 1992 | M.D. | Medicine | Yale University School of Medicine, New Haven, CT |

### Postdoctoral Training

| | | | |
|---|---|---|---|
| 1/92–6/94 | Intern/Resident | Internal Medicine | Yale New Haven Hospital |
| 7/94–6/97 | Fellow | Pulmonary and Critical Care Medicine | Yale University School of Medicine |
| 7/87–6/88 | Postdoctoral Associate | Neuroanatomy | Yale University School of Medicine |
| 6/88–12/90 | Postdoctoral Associate | Molecular Neurobiology | Howard Hughes Medical Institute and Yale University School of Medicine |

### Faculty Academic Appointments

| | | | |
|---|---|---|---|
| 1997–1998 | Instructor | Medicine | Yale University School of Medicine |
| 1998–2000 | Assistant Professor | Medicine | Yale University School of Medicine |
| 2000–2001 | Assistant Professor | Medicine | Tufts University School of Medicine |
| 2001–2011 | Assistant Professor | Medicine | Harvard Medical School (HMS), Boston, MA |
| 2011- | Associate Professor | Medicine | HMS |

### Appointments at Hospitals/Affiliated Institutions

| | | | |
|---|---|---|---|
| 1993-1994 | Attending Physician | Emergency Room | West Haven VA Hospital, W. Haven, CT |
| 1994-1995 | Attending Physician | Emergency Medicine | Bristol Hospital, Bristol CT |
| 1995-1997 | Attending Physician | Emergency Medicine | Yale New Haven Hospital, New Haven, CT |
| 1995-1999 | Attending Physician | Emergency Medicine | Hospital of Saint Raphael, New Haven, CT |

1

| 7/96-12/99 | Attending Physician | Pulmonary Critical Care | West Haven VA Hospital |
|---|---|---|---|
| 7/97-12/99 | Attending Physician | Pulmonary Critical Care | Yale New Haven Hospital |
| 1/00-12/01 | Attending Physician | Pulmonary Critical Care | Winchester Hospital, Winchester, MA |
| 1/00-12/01 | Attending Physician | Pulmonary Critical Care | New England Medical Center, Boston, MA |
| 1/00-12/09 | Attending Physician | Emergency Medicine | Faulkner Hospital, Boston, MA |
| 1/02 – 11/09 | Attending Physician | Pulmonary Critical Care | Massachusetts General Hospital (MGH), Boston, MA |
| 08/13–07/16 | Attending Physician | Cardiology | Boston Children's Hospital, Boston, MA |
| 11/09 - | Consulting Staff | Medical Oncology | Dana-Farber Cancer Institute, Boston, MA |
| 11/09 - | Associate Physician | Pulmonary Critical Care | Brigham and Women's Hospital (BWH), Boston, MA |
| 05/19 - | Attending Physician | Pulmonary Critical Care | Newton Wellesley Hospital (NWH), Newton, MA |

## Major Administrative Leadership Positions

### Local

| 1998 - 1999 | Associate Medical Director, Medical Intensive Care Unit | Yale New Haven Hospital |
|---|---|---|
| 1999 - 2001 | Director of Bronchoscopy Services | Yale New Haven Hospital |
| 2001 | Medical Director of Respiratory Therapy | New England Medical Center |
| 2003-2008 | Course Director, Airway Workshop, Airway management course, Pulmonary Critical Care Training Program | BWH |
| 2005 - 2009 | Director, Pulmonary Vascular Disease Program | MGH |
| 2009 - | Director, Pulmonary Vascular Disease Program | BWH |
| 2011- 2016 | Director, Dyspnea and Performance Evaluation Center | BWH |
| 2012 - 2015 | Associate Program Director, PCCM fellowship training program | BWH and HMS |
| 2013- | Executive Director, Center for Pulmonary Heart Diseases | BWH Heart and Vascular Center |

## Committee Service

### Local

| 1983-1984 | Curriculum Committee 1983-1984 | Albany Medical College. Member, Graduate Studies Program |
|---|---|---|
| 1993-1994 | Education Committee 1993-1994 | Yale University School of Medicine, Department of Medicine Member |
| 1996-1999 | Fellowship Curriculum Committee 1996-1999 | Yale University School of Medicine, Section of Pulmonary and Critical Care Chairperson |
| 1996-1999 | Fellowship Admissions Committee 1996-1999 | Yale University School of Medicine, Section of Pulmonary and Critical Care Member |
| 1996-1999 | Bronchoscopy Quality Assurance Committee 1996-1999 | Yale New Haven Hospital Chairperson |
| 2002-2003 | Fellowship Admissions Committee | Yale University School of Medicine |

2

| | | |
|---|---|---|
| 2004 | Task Force on Sepsis Management and Early Goal Directed Therapy, Critical Care Committee 2004 | MGH Chairperson |
| 2004 | Task Force on the Use of Albumin in Resuscitation in Shock, Critical Care Committee 2004 | MGH Chairperson |
| 2004-2009 | Optimum Care Committee 2004-2009 | MGH Member |
| 2007-2009 | Clinical Research Council, 2007-2009 | MGH Member |
| 2014 | Acute Pulmonary Embolism Program | Director of Steering Committee, BWH |
| 2015-2016 | Junior Faculty Search Committee | Pulmonary and Critical Care Medicine, BWH Member |
| 2016- | Junior/Senior Faculty Search Committee | Pulmonary and Critical Care Medicine, BWH Member |
| 2019- | Junior Faculty Pulmonary Vascular Disease Search Committee | Pulmonary and Critical Care Medicine, BWH |

**National**

| | | |
|---|---|---|
| 2003-2011 | Quality Improvement Initiative | Partnership in Excellence in Critical Care Founding Member |

**International**

| | | |
|---|---|---|
| 2008-2010 | Planning Committee (for international meeting | Biomarkers in Pulmonary Vascular Disease Chair |
| 2012, 2013, 2014 | Organizational Committee | International Right Heart Failure Summit Annual Meeting Co-Chair |
| 2013-2016 | Scientific Steering Committee | International Right Heart Failure Foundation Founding Member Chair |
| 2013 | Scientific Committee | Pulmonary Vascular Research Institute – Joint Symposium of the Excellence Cluster Cardiopulmonary System (Bad Nauheim, Germany Member |
| 2014 | Meeting Organization and Content Committee | Scientific Affairs, Pulmonary Vascular Research Institute (8th World Congress) Director, Scientific Affairs Head Committee |
| 2020 | Global Health Working Group | Pulmonary Vascular Research Institute Member |
| 2021 | Safety Review Committee Study No: INS1009-201 | Insmed Incorporated ClinicalTrials.gov Identifier: NCT04791514 |

**Professional Societies**

| 1983 - 1992 | American Association of Anatomists | Member |
|---|---|---|
| 1996 - 2015 | Society for Critical Care Medicine | Member |
| 1996- | American College of Physicians | |
| | 2013 | Fellow |
| 1996- | American College of Chest Physicians | |
| | 1998- | Fellow |
| | 2006-2007 | Member, Chest Journal CME Task Force |
| 1996- | American Thoracic Society | |
| | ATS Pulmonary Circulation Assembly Program Committee for 2012. | Program committee to plan the Pulmonary Circulation Assembly's sessions for the 2013 International Conference, May 17-24 in Philadelphia, PA.  Review abstracts submitted to the Assembly and help program acceptable abstracts into the appropriate format |
| | 2008 | Chairperson/Organizer Postgraduate Seminar |
| | 2009 | Session Chair, Inflammation in pulmonary hypertension and pulmonary vascular remodeling |
| | 2010 | Session Chair, Inflammation and bone marrow derived cells in pulmonary arterial hypertension |
| | 2013 | Session Chair, Right ventricular metabolic shift and ischemia in pulmonary arterial hpertension |
| 2004- | Pulmonary Hypertension Association | |
| | 2004- | Member, Clinicians and Researchers |
| | 2008-2010 | Scientific Leadership Council, Scientific Sessions Committee. Committee responsible for planning structure and content of sessions at 2010 PHA International Conference |
| | 2011-2012 | Scientific Leadership Council, Scientific Sessions Committee. Committee responsible for planning structure and content of sessions at 2012 PHA International Conference |
| 2006-2008 | Pulmonary Arterial Hypertension Education Initiative | |
| | 2006-2008 | Member, Educational Council |
| 2008 | European Respiratory Society | Member |
| 2008-2014 | Wilderness Medical Society | Member |
| 2009-2017 | Pulmonary Vascular Research Institute | Fellow |
| | 2013 | Chair, Right Heart Failure Task Force |
| | 2013 | Chair, Exercise Task Force |
| | 2014-2015 | Director, Scientific Affairs – Organize the annual international meeting, oversee all educational activities of the institute |
| | 2017 | Organizer, PVRI Symposium on PAH for the Cuban Society of Cardiology and the Hospital Hermanos Ameijeiras |
| 2018-2022 | Pulmonary Hypertension Association | Member |
| | 2018-2022 | Member, Review Committee |

## Grant Review Activities

| 2017 | Grants Advisory Committee | Pulmonary Vascular Research Institute, Dinosaur Trust, UK |
| | | Reviewer |
| 2017-2018 | PPG Grant Review Panel | National Institutes of Health, National Heart, Lung, and Blood Institute (NIH, NHLBI) |
| | | *Ad-hoc* Reviewer |
| 2019 | Special Emphasis Panel / Scientific Review Group CVRS-H | NIH, NHLBI |
| | | Member |
| 2019 | Collaborative Science Award | National Health Services (NHS) / Wellcome Trust |
| | | *Ad-hoc* Reviewer |
| 2019 | Pulmonary Hypertension Accelerated Research Awards | Bayer Health Care |
| | | Reviewer |
| 2020 | Grant Review Panel | Swiss National Science Foundation |
| | | Reviewer |

## Editorial Activities

- ### *Ad hoc Reviewer*

*American Heart Journal*
*American Journal of Medicine*
*American Journal of Physiology*
*American Journal of Respiratory and Critical Care Medicine*
*American Medicine*
*Annals of Internal Medicine*
*Brain*
*Chest*
*Circulation*
*Circulation Heart Failure*
*Circulation Research*
*Circulation: Imaging*
*European Respiratory Journal*
*Journal of American College of Cardiology*
*Journal of Heart and Lung Transplantation*
*Journal of Intensive Care Medicine*
*Journal of the American Medical Association*
*New England Journal of Medicine*
*Pediatric Research*
*Pulmonary Circulation*
*Thrombosis and Hemostasis*

- ### Other Editorial Roles

| 2010 - | Editorial Board | Pulmonary Circulation |
| 2012 - 2019 | Editorial Board | The Journal of Heart and Lung Transplantation |
| 2021-2023 | Editor | Pulmonary Medicine Point-of-Care, Elsevier |

## Honors and Prizes

| 1982-1987 | Trustee Scholarship | Albany Medical College | Academic |
| 1985, 1986 | Dean's Award and Prize for | Albany Medical College | Leadership |

5

| | | | |
|---|---|---|---|
| | Leadership | | |
| 1985, 1986 | Dean's Award and Prize for Excellence in Teaching | Albany Medical College | Teaching |
| 1987 | Alumni Association Medal and Prize | Albany Medical College | Research and Teaching |
| 1987 | Sigma Xi | Sigma Xi Research Society | Excellence in scientific investigation |
| 1997 | Young Investigator's Awards | American College of Chest Physicians | Excellence in scientific investigation |
| 1999 | Merck Respiratory Young Investigator | Merck and Company, Inc | Excellence in scientific investigation |
| 1999 | Fellowship Teaching Award, Pulmonary Critical Care Fellowship | Yale University School of Medicine | Excellence in Teaching and Mentorship |
| 2001 | Oliver Smith Award | Tufts Medical Center | Recognition for outstanding patient care |
| 2002 | Pulmonary Critical Care Fellows Award for Teaching and Mentorship | Tufts Medical Center | Excellence in Teaching and Mentorship |
| 2011 | Susan & Katherine McArthur-Radovsky Award | Brigham and Women's Hospital | Research and Clinical |
| 2014 | Partners in Excellence Award | Brigham and Women's Hospital | Development of Right Heart Failure Team |
| 2021 | Distinguished Clinician Award | Brigham and Women's Hospital | Recognition as an outstanding clinician, established reputation as a physician's physician, and contributions in the areas of education, scholarship, administration, and service |

## Report of Funded and Unfunded Projects

**Past**

1997-1999   IL-11 protection from hyperoxic lung injury
Parker B. Francis Fellowship Award
Principal Investigator (PI)
Goals: Characterize the protective effects of IL-11 pretreatment in the setting of hyperoxic injury. Characterize the mechanism(s) of IL-11-induced protection in the setting of hyperoxic injury.

1998-2004   Mechanisms of IL-11 protection from hyperoxic lung injury
Mentored Clinical Scientist Research Award (K08 HL03888-01)
PI
Goals: Compare the expression of apoptosis regulators in IL-11 transgene (+) and littermate control mice before and after exposure to 100% oxygen.  Establish an *in vitro* system that can be used to define the mechanism of hyperoxia- (oxidant) induced apoptosis and the protective effects of IL-11.

1999-2001   Mechanisms of IL-11 protection from hyperoxic lung injury
American Lung Association Research Grant
PI
Goals: Define the kinetics and the specific cell populations that undergo apoptosis in hyperoxic lung injury.  Define the alterations in apoptosis regulatory processes and, characterize the

6

alterations in regulators of apoptosis induced by IL-11 and determine their role in mediating IL-11-induced protection in lung injury.

2004-2009    Interleukin-11 and Interleukin-6 protection from oxidant mediated lung injury
NIH RO1 Research Grant RO1 HL074859
PI
Goals: Characterize the signal transduction pathways that mediate IL-11 and IL-6 induced protection from oxidant stress *in vitro* and examine the relationship to upregulation of mediators of cell death. Evaluate the contribution(s) of Bcl 2 family proteins to protection of pulmonary epithelial and microvascular endothelial cells in vitro. Evaluate the contribution(s) of Bcl 2 family proteins to protection in vivo.

2005-2012    REVEAL Registry
Actelion, Protocol No. RIV PH-408
Site PI
Development of a 5000-patient database of patients with PAH in order to better define the natural history of the disease.

2006-2009    Internal award for research on pathogenesis of pulmonary hypertension
MGH Pulmonary Vascular Development Fund
PI
Evaluation of the role of inflammatory mediators in pulmonary vascular remodeling in a mouse model of pulmonary hypertension

2007-2009    A study to quantify the number of circulating endothelial cells in patients with severe sepsis.
Eli Lilly and Company - Investigator Initiated Grant
PI
Goals: Quantify and characterize abnormal circulating populations of endothelial cells in patients with severe sepsis and septic shock as a mechanism for multi organ failure syndrome

2007-2011    Open-label Study to Evaluate the Safety and Efficacy of PRX-08066 in Patients with Pulmonary Hypertension and Chronic Obstructive Pulmonary Disease.
Sponsor: EPIX Pharmaceuticals - Investigator Initiated Study
PI

2007-2011    A randomized, double blind, placebo-controlled study of oral UT-15C SR in Subjects with Pulmonary Arterial Hypertension
United Therapeutics, Protocol No. TDE-PH-201
PI

2008-2012    A Phase 2, Randomized, Double-blind, Placebo-controlled, Multicenter, Dose-ranging study of Cicletanine in Subjects with Pulmonary Arterial Hypertension
Gilead Sciences
PI and Chair, Steering Committee
Assess the efficacy and safety of a novel eNOS coupler, Cicletanine, in patients with pulmonary arterial hypertension.

2008-2016    An open label uncontrolled study of the safety and efficacy of ambrisentan in patients with exercise induced pulmonary arterial hypertension.
Gilead Science, Investigator Initiated Grant
PI
6-month study to evaluate the effects of Ambrisentan (selective ETRA) administered orally on exercise capacity utilizing invasive cardiopulmonary exercise testing in patients with either

exercise induced pulmonary arterial hypertension or diastolic dysfunction.

2011-2013     Brigham and Women's Hospital Clinical Innovations Grant, Development of a Multidisciplinary Dyspnea/Exercise Intolerance Center
PI
Establish of a comprehensive center to evaluate patients with resting or exertional dyspnea, bringing together a core group of clinical experts to collaboratively develop a streamlined efficient and effective approach to assessing and treating the patient with dyspnea.

2012-2016     Heme Oxygenase – 1/Carbon Monoxide in Lung Vascular Injury
NIH NHLBI: R01HL06023412A1
Site PI
My role is specific to Aim 3 and includes an assessment of the efficacy of carbon monoxide in ameliorating pulmonary vascular remodeling via inhibition of inflammasome.

2013-2016     Study to assess the fate, safety, and efficacy of allogeneic mesenchymal stromal cells in a large animal model of precapillary pulmonary hypertension and right ventricular dysfunction
United Therapeutics, Investigator Initiated Grant
PI
Preclinical and clinical study to assess the safety and efficacy of allogeneic mesenchymal stromal cells infused into the right coronary artery in a large animal model of pulmonary hypertension and in patients with PAH and right ventricular dysfunction.

2013-2016     Targeting metabolism to reverse RV dysfunction in PAH
The Cardiovascular Medical Research and Education Fund
Co-Principal Investigator (Co-PI); Yuchi Han: Co-PI
Multicenter study with colleagues at the University of Pennsylvania and the University of Maryland. This proposal will identify: (A) Key molecular and metabolic regulatory pathways that may be targeted for recovery of RV function in patients with PAH; and (B) Specific imaging, plasma, and metabolic markers to better guide prognosis and therapy of the RV dysfunction in PAH.

2014-2016     PCORI Clinical Data Research Network (CDRN) - Scalable Collaborative Infrastructure for Learning Healthcare System, PCORnet Rare Diseases Task Force
Harvard University Representative
29 clinical research data networks that together will form an ambitious new resource known as PCORnet, the National Patient-Centered Clinical Research Network. PCORnet served as a large, highly representative, national network for conducting clinical outcomes research.

2014-2019     Integrated Endothelial Phenotyping to Redefine Pulmonary Hypertension.
NIH NHLBI U01 HL125215-01
Role: Co-PI; Co-PI: Jane Leopold
Performing patient phenotyping, which will lead to novel sub classifications of patients with pulmonary vascular-right ventricular disease, based on molecular and radiographic as well as clinical characteristics, which can be associated with specific molecular mechanisms of pathogenesis.

2014-2020     A double-blinded, placebo-controlled, crossover study to assess efficacy of oral treprostinil titrated to highest tolerable dose in 20 patients with symptomatic primary or secondary Raynaud's phenomenon resistant to vasodilatory therapy
United Therapeutics- Investigator Initiated Grant
PI

2019-2020   Biomarkers of for early diagnosis of PAH
Actelion and Janssen Research & Development-Investigator Initiated Grant
Role: PI
Micro-RNA Diagnostic Biomarker Profiling Study Using Banked Clinical Samples
This microRNA (miRNA) biomarker profiling study will apply a proprietary qPCR-based miRNA assay technology developed by MiRXES to assay a total of 600 miRNA biomarkers using banked clinical samples in patients with PAH in the hopes of a diagnostic biomarker.

2019-2020   Assessment of Inspiratory Flow Rate and Pattern in Patients with Pulmonary Arterial Hypertension
Gossamer Biopharm – Investigator Initiated Grant
Generate data from patients with pulmonary arterial hypertension (PAH) in order to model dry powder inhalation and distribution into the airways to aid in selecting the appropriate flow resistance of the DPI for patients with pulmonary hypertension

**Current**

2017-2021   A Multicenter, Randomized, Double-Blinded, Placebo Controlled Trial to Evaluate the Safety and Efficacy of Inhaled Treprostinil in Subjects with Pulmonary Hypertension due to Parenchymal Lung Disease
United Therapeutics Corp – INCREASE Clinical Trial
Global PI (Direct Cost: $20,027/patient – 15 patients enrolled)
Assess the safety and efficacy of inhaled treprostinil in patients with precapillary pulmonary hypertension and interstitial lung disease

2017-2023   A Phase 3, Randomized, Placebo-controlled, Double-blind, Adaptive Study to Evaluate the Safety and Efficacy of Inhaled Treprostinil in Patients with Pulmonary Hypertension due to Chronic Obstructive Pulmonary Disease (PH-COPD)
United Therapeutics Corp – PERFECT Clinical Trial
Global PI (Direct Cost: 49,152/patient)
Assess the safety and efficacy of inhaled treprostinil in patients with precapillary pulmonary hypertension and chronic obstructive pulmonary disease

2018-2021   Molecular imaging of angiogenic activity in pulmonary arterial hypertension
NIH NHLBI R01 HL119960
Co-Investigator (PI:  Paul Yu)
Validate the utility of a novel positron emission tomography (PET) probe for the diagnosis and management of human PAH.

2019-2022   Micro-RNA Diagnostic Biomarker Profiling Study Using Banked Clinical Samples
Actelion Pharmaceuticals
PI (Direct Cost: $250,000)
Identify miRNA, and genomic biomarkers that are associated with PH, PAH and/or CTEPH, to investigate whether it is feasible to develop microRNA or genomic expression signature(s) for early detection of PH and/or distinguishing PAH and CTEPH patients from PH patients.

2019-2024   A Phase 2a Single-Arm, Open-Label, Multicenter Exploratory Study to Assess the Effects of Sotatercept (ACE-011) for the Treatment of Pulmonary Arterial Hypertension
Acceleron Pharma Inc. ACE-011
PI (Direct Cost: $124,270)
Evaluate the effect of sotatercept on an invasive cardiopulmonary exercise test measure in PAH patients treated with sotatercept plus standard of care based on change from baseline in VO2max, ventilatory efficiency, and central hemodynamics after 24 weeks.

2020-2024   An Early Feasibility Study Assessing Treatment of Pulmonary Arterial Hypertension Using the Aria CV Pulmonary Hypertension System (ASPIRE PH)
Aria CV – ASPIRE PH Clinical Trial Protocol: ASPIREPH202001
Global PI (Direct Cost: $145,694)
Assessment of the safety and efficacy of a fully implantable intrapulmonary artery balloon pump on right ventricular function and hemodynamics

2021-2026   Cardiopulmonary Exercise MRI in Heart Failure with Preserved Ejection Fraction
NIH/NHLBI RO1HL158077
Co-Investigator (PI: Reza Nezafat) (Direct Cost: $68,754)
Investigate non-invasive imaging correlates and diagnostic performance of cardiopulmonary exercise MRI for early HFpEF in patients with normal ejection fraction and unexplained dyspnea using invasive hemodynamic exercise testing with RHC as a reference standard

<u>Projects Submitted for Funding</u>

<u>Unfunded Current Projects</u>

2007-      Patient registry and biological database
PI
Ongoing collection of patient samples obtained during right heart catheterization and invasive CPET from the pulmonary artery and radial artery at rest, peak exercise, and one-hour post exercise

## <u>Report of Local Teaching and Training</u>

### <u>Teaching of Students in Courses</u>

**Yale University School of Medicine Courses**

| | | |
|---|---|---|
| 1995-1997 | Introduction to Clinical Medicine for Pulmonary Section 1st year students. | Yale School of Medicine 6 hours |
| 1996-1999 | Introduction to Clinical medicine for Pulmonary Medicine Section 2nd year medical students | Yale School of Medicine 4 1-hour lectures over a 2 mos period |
| 1997-1999 | Introduction to Clinical Medicine Course 2nd year medical students | Yale School of Medicine 4-hrs/wk for 16-wks |
| 1998-1999 | Introduction to Clinical Medicine Course, Cellular and Molecular Basis of Acute Lung Injury 2nd year medical students | Yale School of Medicine 1-hour lecture |

**HMS/HSDM/DMC Courses**

| | | |
|---|---|---|
| 2003-2012 | Introduction to Clinical Medicine Course, Human Systems, Respiratory/Cardiovascular Sections 2nd year medical students | HMS 2-hrs/day 3-days/wk for 8 wks |
| 2004-2008 | Respiratory Infections, Human Systems, Respiratory/Cardiovascular Sections 2nd year medical students | HMS 1-hr per year |

### <u>Formal Teaching of Residents, Clinical Fellows and Research Fellows (post-docs)</u>

| | | |
|---|---|---|
| 1997-1999 | Acute Care Lecture Series Interns, Residents | Yale New Haven Hospital 2 1-hour lectures |

10

| | | |
|---|---|---|
| 2000-2008 | Critical Care Lecture Series | MGH |
| | Interns, Residents | 2 hours per month |
| 2003-2008 | Airway Workshop, airway management course; | BWH |
| | Pulmonary Critical Care Training Program | |
| | 1st yr Pulmonary and Critical Care Medicine (PCCM) | 1-full day |
| | Fellows | |
| 2003-2008 | Introduction to Bronchoscopy Course, Indication, | HMS |
| | Contraindication and Consent | |
| | 1st yr fellows | 1-full day |
| 2004-2009 | Pulmonary Vascular Physiology Clinical Training | HMS |
| | PCCM Fellows | 3-hours every week |
| 2005-2009 | Cardiopulmonary Physiology Lecture Series | HMS |
| | PCCM Fellows | 1-hour every week |

## Clinical Supervisory and Training Responsibilities

| | | |
|---|---|---|
| 1996-1999 | Inpatient Medical Intensive Care Unit (MICU) Attending | Yale-New Haven Hospital |
| | Fellows, Residents, Students | 3 month/yr |
| 1996-199 | Inpatient Pulmonary Consultation Service Attending | West Haven Veterans Administration Hospital |
| | Fellows, Residents, Students | 1 month/yr |
| 1997-1999 | Inpatient Pulmonary Consultation Service Attending | Yale-New Haven Hospital |
| | Fellows, Residents, Students | 2 months/yr |
| 2000-2001 | Inpatient Pulmonary Service Attending | Tufts New England Medical Center |
| | Fellows, Residents, Students | 4 weeks/yr |
| 2000-2001 | Inpatient MICU Attending | Tufts New England Medical Center |
| | Fellows, Residents, Students | 3 months/yr |
| 2000-2001 | Inpatient MICU Attending | Winchester Hospital |
| | Fellows, Residents, Students | 2 months/yr |
| 2002-2009 | Inpatient Pulmonary Consult Attending | MGH |
| | Fellows, Residents, Interns, Students | 2 weeks/yr |
| 2002-2009 | Inpatient MICU Attending | MGH |
| | Fellows, Residents, Interns, Students | 3 months/yr |
| 2003-2009 | Ambulatory Pulmonary Clinic Preceptor | MGH |
| | Residents | 2 ½ days/wk/yr |
| 2009- | Inpatient Pulmonary Vascular Disease Attending | BWH |
| | Fellows, Residents, Interns | 4 months/yr |

## Laboratory and Other Research Supervisory and Training Responsibilities

| | | |
|---|---|---|
| 2001-2010 | Research supervision | MGH |
| | Pulmonary fellows | 15% effort |

## Other Mentored Trainees and Faculty

| | |
|---|---|
| 1997-1998 | Jonathan Corne, MBBS / Senior Consultant, Queens University Medical Center, Nottingham, England |
| | Career stage: Consultant Physician, Head of the East Midlands North Postgraduate School of Medicine, Kings College School of Medicine and Dentistry, Nottingham England.  Mentoring role: research advisor. Accomplishments: IL-13 stimulates vascular endothelial cell growth factor and protects against hyperoxic lung injury |
| 1996-1999 | Nicholas Ward, MD / Associate Professor, Brown University School of Medicine |
| | Career stage: Associate Professor of Medicine, Brown University School of Medicine. |

11

|           | Mentoring role: research advisor. Accomplishments: Evaluation of IL-6 induced protection in hyperoxic acute lung injury using an overexpression transgenic model |
|-----------|---|
| 2001-2002 | Hubert Chen, MD, MPH / Assistant Clinical Professor, University of California-San Francisco<br>Career stage: MPH student. Mentoring role: research advisor. Accomplishments: Potential cost-effectiveness of epoprostenol as first-line therapy for pulmonary arterial hypertension. |
| 2003-2005 | Po-Shun Lee, MD / Novartis Translational Medicine Expert at Novartis Institutes for BioMedical Research<br>Career stage: Fellow. Mentoring role: research advisor. Accomplishments: Plasma gelsolin is a critical pro-survival factor in sepsis; Evaluation of the role of cytoskeletal components and cellular debris in the initiation of the systemic inflammatory response. Second Prize 2005 New England Respiratory Research Competition Award. |
| 2003-2007 | George Barker, MD, PhD / Pulmonologist Parkview Noble Hospital, Fort Wayne, IN<br>Career stage: Fellow. Mentoring role: primary mentor/research advisor. Accomplishments: First Prize 2005 New England Respiratory Research Competition Award. |
| 2005-2008 | James Tolle, MD / Assistant Professor of Medicine, Vanderbilt University School of Medicine, Nashville, TN<br>Career stage: Fellow. Mentoring role: research advisor. Accomplishments: Abnormal systemic oxygen extraction in pulmonary hypertension during incremental exercise. |
| 2005-2010 | Narasaiah Kolliputi, PhD / Assoc Professor, College of Medicine Pathology & Cell Biology, University of South Florida<br>Career stage: Fellow.  Mentoring role: primary mentor. Accomplishments: Role of IL-6 in protection from cell death. Recipient of an AHA research award in lung injury, FASEB Young Investigator Award, and successfully RO1 funded |
| 2006-2008 | M. Kathryn E. Steiner, MD / Hospitalist, Pulmonary Specialist, New England Baptist Hospital, Boston, MA<br>Career stage: Fellow. Mentoring role: research advisor. Accomplishments: Role of IL-6 in the pathogenesis of pulmonary hypertension. |
| 2012-2014 | Mario Santos, M.D., Ph.D., / Department of Physiology and Cardiothoracic Surgery, Cardiovascular R&D Unit, Faculty of Medicine, University of Porto, Portugal<br>Career stage: research fellow. Mentoring role: research advisor. Accomplishments: Study of the physiologic limits to aerobic capacity in heart failure with preserved ejection fraction, and pulmonary hypertension. |
| 2013      | Bart Boerrigter, M.D., Ph.D., / Clinical fellowship in Pulmonary Medicine, VU University Medical Center, Amsterdam.<br>Career stage: predoc-fellow. Mentoring role: Research mentor. Accomplishments: Pulmonary hemodynamics and exercise in chronic obstructive pulmonary disease. |
| 2014-2015 | Manyoo Agarwal, MBBS / Fellow in Cardiology, Department of Internal Medicine, University of California, Los Angeles<br>Career stage: research fellow. Mentoring role: research mentor. Accomplishments: Treatment of Group-3 PH with pulmonary vasodilator therapy. |
| 2014-2015 | Rudolph Oliveira, MD / Associate Professor, Department of Respiratory Medicine, Federal University of Sao Paulo<br>Career stage: research fellow. Mentoring role: research mentor. Accomplishments: Hemodynamic and physiologic characteristics of patients with connective tissue disease related lung disease |
| 2014-2015 | Wei Huang, MD, PhD / Cardiology Faculty at Chongqing Medical University in Chongqing China<br>Career stage: research fellow. Mentoring role: research mentor. Accomplishments: Outcomes of patients with EPAH and HFpEF |
| 2014-2016 | Roza Badreslam, MD / Cardiology Faculty Medical University of Vienna, Vienna, Austria<br>Career stage: Erin-Schrodinger Fellowship. Mentoring role: research mentor. Accomplishments: Right ventricular remodeling and mitochondrial function |
| 2014-2017 | Tamara Roldan Sevilla, Pre-Doctoral Student, Universidad Autónoma De Madrid Facultad De Medicina, Departamento De Medicina, |

| | |
|---|---|
| | Career stage: predoctoral student. Mentoring role: research mentor. Accomplishments: Doctoral Thesis: Safety Evaluation of Oral Anticoagulation in Pulmonary Arterial Hypertension: Observational Study of Patients Followed in Two Pulmonary Hypertension Referral Centers in Spain and United States. |
| 2015-2020 | Farbod N Rahaghi M.D., Ph.D, Instructor in Medicine, HMS |
| | Career stage: clinical/research fellow. Mentoring role: research mentor. Accomplishments: Computed Tomographic Insights into Pulmonary Hypertension., Funded by NIH NHLBI K23 HL136905. |
| 2015-2020 | Mariana Faria Urbina, MD / Research Staff, Vertex Pharmaceuticals |
| | Career stage: research fellow. Mentoring role: research mentor. Accomplishments: Physiologic assessment of precapillary pulmonary hypertension in the setting of hypoxic lung disease. |
| 2016-2018 | Inerjit Signh, MD / Assistant Professor, Internal Medicine, Pulmonary and Critical Care Medicine, Yale University School of Medicine |
| | Career stage: PVD Fellowship. Mentoring role: primary mentor. Accomplishments: Evaluation of RV-PA coupling during exercise in patients with pulmonary hypertension |
| 2017-2018 | Andrew Schissler, MD / Staff, Pulmonary and Critical Care Medicine, Suburban Hospital, Bethesda, MD |
| | Career stage: clinical/research fellow. Mentoring role: research mentor. Accomplishments: Evaluation of outcomes in patients with submassive pulmonary embolism |
| 2018-2020 | Jason Sanders, MD, PhD / Clinical Fellow, Harvard Brigham Pulmonary and Critical Care Medicine Fellowship Training Program, BWH |
| | Career stage: clinical fellow. Mentoring role: research mentor. Accomplishments: Metabolomic signatures of precapillary pulmonary hypertension |
| 2018-2020 | Nicole Ruopp, MD / Instructor in Medicine, Tufts University School of Medicine, Boston, MA |
| | Career stage: Burke PVD Fellow. Mentoring role: primary research mentor. Accomplishments: Assessment of pulmonary vasoreactivity |
| 2019- | Eileen Harder, MD / Burke PVD Fellow, Pulmonary and Critical Care Medicine, BWH |
| | Career stage: PVD fellow. Mentoring role: primary research mentor. Accomplishments: Assessment of pulmonary vasoreactivity |

## Formal Teaching of Peers (e.g., CME and other continuing education courses)

☒ *No presentations below were sponsored by 3rd parties/outside entities*
☐ *Those presentations below sponsored by outside entities are so noted and the sponsor(s) is (are) identified*

| | | |
|---|---|---|
| 2002 | Bioterrorism preparedness and response | Single presentation |
| | HMS, CME, Pulmonary and Critical Care Postgraduate Course, MGH | Cambridge, MA |
| 2002 | Bioterrorism preparedness and response | Single presentation |
| | Harvard University Wide Health Policy Program Core Seminar Series, Public Health Section, Kennedy School of Government, Harvard University | Cambridge, MA |
| 2002 | 73-year-old woman with pneumonia and respiratory failure | Single presentation |
| | Clinical Pathologic Conference of MGH and HMS | Boston, MA |
| 2003 | Severe sepsis and septic shock: New options for treatment | Single presentation |
| | Anesthesia Critical Care Grand Rounds, Beth Israel Deaconess Medical Center, HMS | Boston, MA |
| 2003 | Pulmonary arterial hypertension, evaluation and management | Single presentation |
| | Medical Grand Rounds, MGH | Boston, MA |
| 2003,2004 | Pulmonary arterial hypertension | Single presentation |
| | Pulmonary Critical Care Postgraduate Course, MGH | Cambridge, MA |
| 2003,2004 | Severe sepsis: New options in the treatment of sepsis | Single presentation |
| | HMS CME Pulmonary Critical Care Postgraduate Course, MGH | Cambridge, MA |
| 2003,2004 | Pulmonary arterial hypertension | Single presentation |

|  | HMS, CME, Internal Medicine Postgraduate Review Course, MGH | Cambridge, MA |
|---|---|---|
| 2004 | Acute respiratory distress syndrome | Single presentation |
|  | HMS, CME, Intensive Review of Internal Medicine, Postgraduate review course, BWH | Boston, MA |
| 2004 | Chronic obstructive pulmonary disease: Update on evaluation and management | Single presenation |
|  | CME Series, Harvard Vanguard Medical Associates | Boston, MA |
| 2004,2006, 2007 | Fluid resuscitation in vasodilatory shock: Crystalloids versus colloids | Single presentation |
|  | HMS CME Pulmonary Critical Care Postgraduate Course, MGH | Cambridge, MA |
| 2005-2008 | Pulmonary arterial hypertension: Evaluation and management | Single presentation |
|  | HMS CME: | Boston, MA |
|  | • Internal Medicine Postgraduate Review Course (2005) |  |
|  | • Pulmonary Critical Care Postgraduate Course (2008), MGH |  |
| 2006 | Update on therapy in pulmonary arterial hypertension | Single presentation |
|  | HMS, CME, Advanced Heart and Lung Disease, MGH | Boston, MA |
| 2007 | Inflammation and pulmonary vascular remodeling | Single presentation |
|  | HMS Combined Critical Care Grand Rounds | Boston, MA |
| 2007 | Evaluation and management of pulmonary arterial hypertension for the general internist | Single presentation |
|  | HMS, CME Internal Medicine Postgraduate Review Course | Cambridge, MA |
| 2007 | Simply speaking | Single presentation |
|  | Pulmonary Arterial Hypertension Educator's CME Lecture Series (unrestricted industry grants) | Boston, MA |
| 2007 | Evolving management of ARDS: Less is definitely better | Single presentation |
|  | Pediatric Pulmonary Conference, MGH | Boston, MA |
| 2008,2009 | Fluid resuscitation in shock: Crystalloids and colloids, is there any difference | Single presentation |
|  | HMS CME Pulmonary Critical Care Postgraduate Course, MGH | Cambridge, MA |
| 2009 | Pulmonary arterial hypertension: Chronic and acute and management | Single presentation |
|  | HMS, CME Pulmonary Critical Care Postgraduate Course, MGH | Boston, MA |
| 2009 | Pulmonary artery hypertension: A systemic disease | Single presentation |
|  | Rheumatology Grand Rounds, MGH | Boston, MA |
| 2009 | Systemic issues in PHT: The view from the rest of the body | Single presentation |
|  | Congenital Heart Disease-Associate Pulmonary Hypertension: A Two Day "Master Class", Children's Hospital | Boston, MA |
| 2010 | Pulmonary arterial hypertension – Management in the acute setting | Single presentation |
|  | Anesthesia Critical Care Grand Rounds, BWH | Boston, MA |
| 2010 | Pulmonary artery hypertension – Systemic inflammatory disease | Single presentation |
|  | Cardiovascular Medicine Grand Rounds, BWH | Boston, MA |
| 2010 | Making the diagnosis of pulmonary arterial hypertension, it still takes too long. | Single presentation |
|  | BWH | Boston, MA |
| 2011 | New therapies: Targeting the right ventricle in PAH | Single presentation |
|  | Pulmonary Grand Rounds, BWH | Boston, MA |
| 2012 | Pulmonary hypertension: Controversy and diagnosis management | Single presentation |
|  | Medical Grand Rounds, Faulkner Hospital | Boston, MA |
| 2013 | CTEPH – Diagnostic approaches and therapeutic options | Single presentation |

| | Combined Cardiac Surgery and Thoracic Surgery Clinical Conference, BWH | Boston, MA |
|---|---|---|
| 2013 | Idiopathic pulmonary arterial hypertension: Clinical presentation, diagnosis, therapy, and prognosis. | Single presentation |
| | HMS, CME, Biannual Cardiovascular Medicine Review Course | Boston, MA |
| 2015 | Chronic thromboembolic pulmonary hypertension | Single presentation |
| | HMS, CME, BWH | Boston, MA |
| 2016 | Clinical case of the month: 61-year-old woman with dyspnea on exertion | Single presentation |
| | Medical Grand Rounds, BWH | Boston, MA |
| 2016 | Recent advances in pulmonary arterial hypertension: Translating preclinical studies into clinical practice | Single presentation |
| | Medical Grand Rounds, BWH | Boston, MA |
| 2016 | Novel therapeutic approaches to the treatment of pulmonary hypertension | Single presentation |
| | Advances in the Practice of Pulmonary and Critical Care Medicine, HMS, BWH | Boston, MA |
| 2016 | Updates in pathophysiology, genetics, and medical management of idiopathic pulmonary hypertension | Single presentation |
| | BWH/Mayo Clinic Cardiovascular Medicine Updates 2016: Updates for Practitioners, HMS | Boston, MA |
| 2017 | Pulmonary arterial hypertension: Clinical presentation, diagnosis, and emerging therapies | Single presentation |
| | HMS, CME Biannual Cardiovascular Medicine, BWH | Boston, MA |
| 2017 | Novel therapeutic approaches to the treatment of pulmonary hypertension | Single presentation |
| | Second Annual Advances in the Practice of Pulmonary and Critical Care Medicine, HMS, BWH | Boston, MA |
| 2018 | What is new in pulmonary arterial hypertension, innovations and new practices in internal medicine 2018 | Single presentation |
| | HMS, BWH | Boston, MA |
| 2019 | Pulmonary arterial hypertension: Combination pharmacological therapy – Rationale and results. | Single presentation |
| | HMS CME Biannual Cardiovascular Medicine Review Course | Boston, MA |
| 2019 | Novel therapeutic approaches to the treatment of pulmonary hypertension, innovations and new practices in Internal Medicine 2019 | Single presentation |
| | HMS, BWH | Boston, MA |
| 2020 | Assessment and treatment of pulmonary hypertension | Single presentation |
| | Advances in the Practice of Pulmonary and Critical Care Medicine | Boston, MA |
| 2020 | Assessment and treatment of pulmonary hypertension | Single presentation |
| | Cardiovascular Medicine 2020: Update for Practitioners, HMS, BWH | Boston, MA |
| 2020 | From concept to clinical trial | Single presentation |
| | Pulmonary and Critical Care Grand Rounds, HMS, BWH | Boston, MA |
| 2021 | From Concept to Clinical Trial: | Single presentation |
| | Advancing new targets in pulmonary vascular disease, Medical Grand Rounds BWFH | Boston, MA |

## Local Invited Presentations

☒ *No presentations below were sponsored by 3rd parties/outside entities*

☐ *Those presentations below sponsored by outside entities are so noted and the sponsor(s) is (are) identified*

| | |
|---|---|
| 1997 | The pulmonary artery catheter: A technology assessment. |
| | Yale University School of Medicine, Connecticut State Chest Conference, New Haven, CT |
| 1997 | The pulmonary artery catheter under fire: D the data support it's continued use in the ICU / Medical Grand Rounds |
| | Greenwich Hospital, Greenwich, CT |
| 1997 | Critical care update on mechanical ventilation / invited lecture |
| | Connecticut State Chest Conference, Yale University School of Medicine, New Haven, CT |
| 1999 | Protection from oxidant induced lung injury: Modulation of cell death pathways / invited lecture |
| | The John B. Pierce Laboratory, Center for Research in Health and the Environment and Yale University School of Medicine, New Haven, CT |
| 1999 | Patients with acute onset of dyspnea / Medical Grand Rounds |
| | Yale New Haven Hospital, Yale School of Medicine, New Haven, CT |
| 1999 | Management of shock with an emphasis on septic shock / invited lecture |
| | Connecticut State Chest Conference, Yale University School of Medicine, New Haven, CT |
| 2001 | A patient with rapidly progressive dyspnea and hemodynamic collapse / Medical Grand Rounds |
| | New England Medical Center, Boston, MA |
| 2001 | 27-week pregnant patient with massive pulmonary embolism / invited lecture |
| | Connecticut State Chest Conference, Yale University School of Medicine, New Haven, CT |
| 2002 | Therapy for pulmonary artery hypertension in the 21st century / Medical Grand Rounds |
| | The North Shore Medical Center, Salem Hospital, Salem, MA |
| 2006 | Management of ARDS: Less may be better / Medical Grand Rounds |
| | Newton-Wellesley Hospital, Newton, MA |
| 2008 | Pulmonary hypertension: Controversies in management / Medical Grand Rounds |
| | Newton-Wellesley Hospital, Newton, MA |
| 2008 | Pulmonary arterial hypertension / invited talk |
| | The Norman Night Center for Clinical and Professional Development, Pulmonary Hypertension Education Day, MGH, Boston, MA |
| 2011 | Non-group-1 pulmonary hypertension: Evaluation and management / invited lecture |
| | Combined Pulmonary and Cardiology Conference, Mount Auburn Hospital, Cambridge, MA |
| 2011 | Unexplained shortness of breath: A systematic approach to evaluation in women vs men / invited lecture |
| | BWH, MGH, HMS, Foxboro, MA |
| 2011 | PAH, clinical presentation, diagnosis, and therapy / Pulmonary/Cardiology Grand Rounds |
| | Combined Pulmonary and Cardiology Conference, Mount Auburn Hospital, Cambridge, MA |
| 2011 | Pulmonary hypertension, definition, presentation, diagnosis, and therapy / Pulmonary/Cardiology Grand Rounds |
| | Combined Pulmonary and Cardiology Conference, Leonard Morse – Metro West Medical Center, Boston, MA |
| 2014 | Improving outcomes in pulmonary heart disease: Diagnostic approach and treatment / Medical Grand Rounds |
| | Beth Israel Deaconess Medical Center, Boston, MA |
| 2016 | Unexplained dyspnea: Diagnosis based on physiology / Medical Grand Rounds |
| | Harvard University Health Services, Cambridge, MA |
| 2019 | Explaining unexplained dyspnea: Dynamic assessment of cardiopulmonary and metabolic function during invasive exercise testing / Medical Grand Rounds |
| | Newton Wellesley Hospital, Newton, MA |

## Report of Regional, National and International Invited Teaching and Presentations

### Invited Presentations and Courses

☐ *No presentations below were sponsored by 3rd parties/outside entities*
☒ *Those presentations below sponsored by outside entities are so noted and the sponsor(s) is (are) identified*

**Regional**

| | |
|---|---|
| 1997 | Interleukin-11 protection from hyperoxic lung injury / invited lecture |
| | Connecticut Thoracic Society. 1997 Connecticut Lung Research Conference, Meriden, CT |
| 2001 | Update on therapy for pulmonary hypertension / invited lecture |
| | Yale University School of Medicine, Connecticut State Chest Conference, New Haven, CT |
| 2002 | National Asthma Education and Prevention Program – Update on Asthma Therapy / Medical Grand Rounds |
| | Caritas Norwood Hospital, Norwood, MA |
| 2003 | Spirometry and asthma – Lung Update Series / invited lecture |
| | American Lung Association of Greater Norfolk County, Norwood, MA |
| 2003 | Community acquired pneumonia: epidemiology, diagnosis, and management / Medical Grand Rounds |
| | Caritas Saint Anne's Hospital, Fall River, MA |
| 2003 | Community acquired pneumonia: epidemiology, diagnosis, and management / Medical Grand Rounds |
| | New England Sinai Hospital and Rehabilitation Center, Stoughton, MA |
| 2004 | Pulmonary artery hypertension: Evaluation and management in the 21st century / invited lecture |
| | Massachusetts Society for Respiratory Care (MSRC) Twenty-Seventh Annual Meeting, Springfield, MA |
| 2004 | Diagnosis and management of pulmonary arterial hypertension: ACCP evidence-based clinical practice guidelines. What are they? Should we use them? |
| | 2nd Annual Update in Pulmonary Hypertension, Boston, MA |
| 2004 | Chronic obstructive pulmonary disease, evaluation, management, and treatment / Medical Grand Rounds |
| | Veterans Administration Hospital, Togus, ME |
| 2007 | Inflammatory mediators and the pathogenesis of pulmonary arterial hypertension: A new paradigm. |
| | 5th Annual Update in Pulmonary Hypertension, Boston, MA |
| 2008 | Pathway directed therapy:  A look towards the future / invited lecture |
| | 6th Annual Update in Pulmonary Hypertension, Boston, MA |
| 2008 | Treatment of pulmonary hypertension: Approach to the patient who worsens on therapy / invited lecture |
| | 3rd Annual Update on Pulmonary Hypertension, Brown University School of Medicine, Rhode Island Hospital, Providence, RI |
| 2009 | Pulmonary arterial hypertension: A systemic disease / invited lecture |
| | 12th Annual Yale Pulmonary and Critical Care Alumni Lecture, New Haven, CT |
| 2009 | Pulmonary arterial hypertension: Update on evaluation and management / Medical Grand Rounds |
| | Hospital of Saint Raphael's, Yale School of Medicine, New Haven, CT |
| 2009 | Pulmonary artery hypertension: Systemic – inflammatory disease / invited lecture |
| | The Warren Alpert Medical School of Brown University, Division of Pulmonary, Sleep and Critical Care Medicine, Rhode Island Hospital, Providence, RI |
| 2010 | Cancer chemotherapies: Role in PAH? / invited lecture |
| | 7th Annual Update in Pulmonary Hypertension, Boston, MA |
| 2010 | Pulmonary arterial hypertension: Management of PAH in the Acute Setting – What do you do when the patient is decompensating / invited lecture |
| | Pulmonary and Critical Care Fellows' Conference, Division of Pulmonary and Critical Care Medicine, Yale University School of Medicine, New Haven, CT |
| 2010 | Pulmonary arterial hypertension: A systemic, inflammatory disease / invited lecture |

|      | Connecticut State Chest Conference, Yale University School of Medicine, New Haven, CT |
|------|------|
| 2012 | Improving outcomes in pulmonary hypertension: Diagnostic approaches and therapeutic options / Medical Grand Rounds |
|      | Memorial Hospital, Pawtucket, RI |
| 2012 | Cellular respiration: Advances in therapeutic targeting in PH / invited lecture |
|      | Pulmonary Research Seminar, Tufts University School of Medicine, Tufts Medical Center, Pulmonary and Critical Care Medicine, Boston, MA |
| 2013 | Unexplained dyspnea: A systemic approach to evaluation / Medical Grand Rounds |
|      | Melrose Wakefield Hospital, Melrose, MA |
| 2013 | Innovation in targeting pulmonary heart disease / Visiting Professor |
|      | Connecticut State Chest Conference, Yale University School of Medicine, New Haven, CT |
| 2013 | Inflammation – Playing a central role in pulmonary heart disease / Visiting Professor |
|      | Pulmonary Critical Care Research Conference, Yale University School of Medicine, New Haven, CT |
| 2013 | Improving outcomes in pulmonary hypertension: Diagnosis and treatment / Medical Grand Rounds |
|      | Berkshire Medical Center, Pittsfield, MA |
| 2014 | Pulmonary arterial hypertension: Diagnostic approach and treatment / invited lecture |
|      | Spaulding Rehabilitation Hospital, Cambridge, MA |
| 2014 | Practical management of PAH: A case-based approach / invited lecture |
|      | Pulmonary Medicine, Prima Care Medical, Fall River, MA |
| 2014 | Improving outcomes in pulmonary heart disease: Diagnostic approach and treatment / Medical Grand Rounds |
|      | Good Samaritan Hospital, Brockton, MA |
| 2014 | Non-Group-1 pulmonary hypertension: Ignored but not forgotten / Medical Grand Rounds |
|      | Lowell General Hospital, Lowell, MA |
| 2014 | Prostaglandin pathway – New drugs and approaches / invited lecture |
|      | 12th Annual Update in Pulmonary Hypertension, Boston, MA |
| 2014 | Improving outcomes in pulmonary heart disease: Diagnostic approach and treatment / invited lecture |
|      | St. Vincent's Hospital, Worcester, MA |
| 2014 | Making therapy decisions in individual PAH patients: Balancing efficacy, safety and tolerability /invited lecture |
|      | Cardiology Seminar, Hartford Cardiology Associates, New Haven, CT |
| 2014 | Long-term management of patients with PAH / invited lecture |
|      | Adult Medicine Noon Conference, Community Health Services, Hartford, CT |
| 2016 | Exercise-induced pulmonary hypertension: Is it a real disease? / Cardiology Grand Rounds |
|      | Yale University School of Medicine, New Haven, CT |
| 2016 | Chronic thromboembolic disease and chronic thromboembolic pulmonary hypertension / Medical Grand Rounds |
|      | Department of Internal Medicine, Hartford, Hospital, Hartford, CT |
| 2016 | Chronic thromboembolic hypertension – Evaluation and management / Heart and Vascular Center Grand Rounds |
|      | Dartmouth Medical Center, Hitchcock, NH |
| 2017 | Explaining unexplained exertional dyspnea / Medical Grand Rounds |
|      | Metrowest Medical Center, Natick, MA |
| 2017 | Pulmonary arterial hypertension: Clinical presentation, diagnosis, and emerging therapies / Medical Grand Rounds |
|      | Gaylord Hospital, Wallingford, CT |
| 2018 | Explaining unexplained exertional dyspnea: Application of the full Fick Principle / Medical Grand Rounds |
|      | 29th Annual Samuel Frumkin Lecture, Norwalk Hospital, Norwalk, CT |
| 2019 | Treprostinil administered using a fully implantable programmable intravascular delivery |

system / invited lecture
13th Annual Yale Pulmonary Hypertension Symposium, Yale University School of Medicine, New Haven, CT

**National**

1998    Modulation of acute lung injury in transgenic mice / invited lecture
New York Academy of Sciences and The Inflammation Research Association, Joint Meeting on Cytokines and Chemokines in Pulmonary Disease, New York, NY

1998    Targeted lung expression of interleukin-11 enhances murine tolerance of 100% oxygen and diminishes hyperoxia-induced DNA fragmentation / invited lecture
Thomas L. Petty Aspen Lung Conference, 41st Annual Meeting, Aspen CO

2001     IL-6 type cytokines protect from hyperoxic acute lung injury / invited lecture
University of Rochester School of Medicine Lung Biology Research Program, Rochester, NY

2001    Workup and management of pulmonary hypertension / City-wide Pulmonary Grand Rounds
Universitiy of Rochester School of Medicine, Rochester, NY

2005    Cytokines and organ injury:  Rethinking old concepts / Critical Care Grand Rounds
Pulmonary Critical Care Training Program, Denver Health Medical Center, University of Colorado, Denver, CO

2006    Assessing the evidence: Clinical applications of therapeutic interventions in the treatment of PAH / invited lecture
Satellite Symposium on Pulmonary Hypertension in 2006: Treating to Goal, American College of Chest Physicians, St. Louis, MO

2007    Pulmonary arterial hypertension: Current controversies in management / Combined Pulmonary, Cardiology and Rheumatology Grand Rounds
Dekalb Hospital, Atlanta, GA

2007    Pulmonary arterial hypertension: Current controversies in management / Medical Grand Rounds
Northside Hospital, Atlanta, GA

2007    Inflammation and pulmonary vascular remodeling / invited lecture
Cleveland Clinic Pulmonary Hypertension Summit, Translating Discoveries into Patient Care, Cleveland, OH

2008    Treatment decisions in the complex patient with PAH / Cardiology Grand Rounds
Carolinas Medical Center, Carolinas Heart Institute, Charlotte, NC

2008    Pulmonary arterial hypertension: Management in the acute setting: Critical Care Medicine for the Hospitalist / invited lecture
Society of Hospital Medicine One Day University, Baltimore, MD

2010    Diagnosis and treatment: Facing the challenges of pulmonary arterial hypertension: Clinical Case Challenge.
http://cmecorner.articulate-online.com/p/6103578089/DocumentViewRouter.ashx?Cust=61035&DocumentID=8f33d44d-07d5-4e9b-ae3c-6d53133c9688&Popped=True&InitialPage=quiz.html

2011    PAH: Clinical presentation, evaluation, and treatment: An update for 2011 / Internal Medicine Grand Rounds
Northside Hospital, Atlanta, GA

2011    Exercise-induced pulmonary arterial hypertension: Does it exist and what does it mean? / invited lecture
Baltimore Right Heart Failure Summit, University of Maryland School of Medicine, Baltimore, MD

2011    The right ventricle as victim of heart failure preserved ejection fraction / invited lecture
Heart Failure Society of America, Boston, MA

2012    Cellular respiration: Targeting metabolism in PH / Pulmonary Grand Rounds
University of Pittsburgh Medical Center, Pittsburgh, PA

2013    Pulmonary hypertension: Diagnosis and treatment / Pulmonary and Cardiology Rounds
Northside Hospital Pulmonary Hypertension Conference. Atlanta, GA

| | |
|---|---|
| 2013 | Improving outcomes in pulmonary hypertension: Diagnostic approaches and treatment / Medical Grand Rounds |
| | Lankenau Medical Center, Jefferson Medical College, Philadelphia, PA |
| 2013 | Forms follows function: Understanding the structural basis on pulmonary arterial hypertension / invited lecture |
| | Heart Failure Society of America Annual Meeting, Orlando, FL |
| 2013 | Regenerative medicine: Are opportunities growing? / invited lecture |
| | Pulmonary Hypertension Association Professional Network Symposium, Arlington, VA |
| 2014 | Unexplained shortness of breath: A systematic approach to evaluation / Pulmonary Grand Rounds |
| | Stanford University School of Medicine, Palo Alto, CA |
| 2015 | Explaining unexplained dyspnea / Pulmonary Critical Care Grand Rounds |
| | Pulmonary and Critical Care Medicine, University of North Carolina School of Medicine, Chapel Hill, NC |
| 2015 | Exercise-induced pulmonary arterial hypertension:  What is it and what do we do about it? / invited lecture |
| | 7th North Carolina Research Triangle Pulmonary Hypertension Symposium, Joint Symposium sponsored by Duke University and University of North Carolina Schools of Medicine, Durham, NC |
| 2016 | Exercise in the diagnosis of patients without/maybe with/with pulmonary hypertension / invited lecture |
| | The Alfred P. Fishman Symposium: Exercise in the Diagnosis, Assessment and Treatment of Pulmonary Hypertension. University of Pennsylvania School of Medicine, Philadelphia PA |
| 2016 | How should we standardize proteomic approach for phenotyping? / invited lecture |
| | Proteomic and Genomic Deep Phenotyping in Pulmonary Arterial Hypertension, Stanford University, Palo Alto, CA |
| 2016 | Invasive-CPET: Dynamic assessment of cardiovascular, respiratory, and metabolic function during exercise / invited lecture |
| | Cardiopulmonary Exercise Testing Course, American College of Chest Physicians Global Headquarters, Glenview, IL |
| 2017 | Invasive exercise testing: The full Fick equation / invited lecture |
| | Cardiopulmonary Exercise Testing Course, American College of Chest Physicians Global Headquarters, Glenview, IL |
| 2018 | Invasive cardiopulmonary exercise testing to predict outcomes in heart failure preserved ejection fraction / invited lecture |
| | University of Utah Cardiac Recovery Symposium, University of Utah School of Medicine, Salt Lake City, UT |
| 2018 | Treprostinil administered using a fully implantable programmable intravascular delivery system / invited lecture |
| | Intermountain Medical Center, Murray, UT |
| 2018 | Unexplained exertional intolerance: Dynamic assessment of cardiopulmonary and metabolic function during invasive exercise testing / invited lecture |
| | Lung Force Expo, Loma Linda University School of Medicine and the American Lung Association, Loma Linda, CA |
| 2018 | Invasive cardiopulmonary exercise testing: The full Fick equation / invited lecture |
| | Cardiopulmonary Exercise Testing Course September, American College of Chest Physicians Global Headquarters, Glenview, IL |
| 2019 | Exercise pulmonary hypertension: An entity worthy of treatment / Visiting Professor (Medical Grand Rounds) |
| | University of Arizona College of Medicine and Banner Health Care, Phoenix, AZ |
| 2019 | Explaining unexplained exertional intolerance: Application of the full Fick principle / Visiting Professor |
| | Combined Pulmonary and Critical Care and Cardiovascular Medicine Conference, University of Arizona College of Medicine and Banner Health Care, Phoenix, AZ |

| 2019 | The role of exercise hemodynamics in the diagnosis and treatment of pulmonary hypertension / invited lecture |
|------|------|

2019    The role of exercise hemodynamics in the diagnosis and treatment of pulmonary hypertension / invited lecture
        Advances in Pulmonary Hypertension, Bluhm Cardiovascular Institute, Northwestern University Feinberg School of Medicine, Chicago, IL

2019    Using cardiopulmonary exercise testing in PH evaluation and management / invited lecture
        Pulmonary Hypertension Professional Network Annual Symposium, Washington, DC

2020    SPECTRA and beyond: Signs of disease modification / invited lecture
        Cardiovascular Seminar on Pulmonary Hypertension Clinical Trials with Novel Approaches, American Heart Association Annual meeting (virtual meeting)

2020    A potential therapy for rebalancing BMPR2: A new direction in PAH / invited lecture
        ATS Industry Innovations, American Thoracic Society Meeting (virtual meeting)

2021    Emerging considerations in the management of pulmonary hypertension due to interstitial lung disease / invited lecture
        Washington University School of Medicine, St. Louis, MO

2021    Clinical viewpoints PH-ILD / Medical Grand Rounds
        University of South Florida, Morsani College of Medicine, Tampa, FL

2021    Explaining Unexplained Dyspnea: Application of the Fick Principle., New York University, Langone Medical Center, Cardiology Grand Rounds, New York, NY

2021    Exercise Induced Chest Pain in a 42 y/o Woman: a foot race for diagnosis, Invited Discussant, National Institutes of Health, NHLBI-Cardiology Grand Rounds, Bethesda MD


## International

1998    Etiology and treatment of acute lung injury: From bench to bedside – IL-6 type cytokine protection from lung injury / invited lecture
        NATO Advanced Study Institute. Corfu, Greece

1999    IL-6 type cytokine protection in hyperoxic lung injury / invited lecture
        Symposium on Basic and Clinical Aspects of Apoptosis in the Lung, American Thoracic Society, International Conference, San Diego, CA

2000    Current management of pulmonary hypertension / invited lecture
        American Thoracic Society, International Conference, Toronto, Ontario Canada

2003    Transgenic investigations of apoptosis in acute lung injury / invited lecture
        Symposium on Mechanisms of Apoptosis During Acute Lung Injury, American Thoracic Society, International Conference, Seattle, WA

2009    Practical solutions to modern clinical dilemmas: PAH case studies. The case of a patient with poor functional class and prognosis / invited lecture
        Symposium on Prostacyclins in Treatment of PAH, European Respiratory Society International Conference, Vienna, Austria

2010    IL-6 and pulmonary arterial hypertension / invited lecture
        The 11th International Workshop on Scleroderma Research, Boston, MA

2011    IL-6 in PAH: Downstream targets for therapy / invited lecture
        Pulmonary Vascular Research Institute Workshop and Debates, Panama City, Panama

2011    New Therapies: Advances in Targeting – The right ventricle as a therapeutic target in PAH / invited lecture
        Symposium on Pulmonary Hypertension: new targets, new goals, and new therapies. European Respiratory Society, International Conference, Amsterdam, Netherlands (Bayer Healthcare)

2012    Survival data and results of most relevant clinical trials / invited lecture
        Teach in Seminar: Basics of Pulmonary Hypertension: Classification, Definitions, and Management, Pulmonary Vascular Research Institute International Conference, Cape Town South Africa

2012    Be it resolved. The most important target of therapy in advanced WHO category 1 pulmonary hypertension is the right ventricle / invited lecture
        Right ventricular pathobiology in pulmonary vascular disease. Pulmonary Vascular Research

|      |                                                                                                                                                                                   |
|------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|      | Institute International Conference, Cape Town South Africa                                                                                                                         |
| 2012 | Targeting mitochondria and metabolism in pulmonary hypertension and right heart failure / invited lecture                                                                          |
|      | Chinese Heart Congress, Beijing, China                                                                                                                                             |
| 2012 | Any news from the right ventricle? Innovative Therapy for the RV / invited lecture                                                                                                 |
|      | 5th Annual Central European Pulmonary Hypertension Conference, Salzburg, Austria                                                                                                   |
| 2013 | The role of inflammation in PAH – Possible inflammatory pathways causing PAH / invited lecture                                                                                     |
|      | Pulmonary Vascular Research Institute International Conference, Istanbul, Turkey                                                                                                    |
| 2013 | Exercise training and rehabilitation in patients with PH, safe and effective / invited lecture                                                                                     |
|      | Pulmonary Vascular Research Institute International Conference, Istanbul, Turkey                                                                                                    |
| 2013 | Inflammation – Playing a central role in pulmonary arterial hypertension / invited lecture                                                                                         |
|      | International Society of Heart, Lung Transplantation, Montreal, Quebec, Canada                                                                                                     |
| 2013 | The role of inflammation in pulmonary arterial hypertension from bench to bedside / Postgraduate course                                                                            |
|      | American Thoracic Society International Conference, Philadelphia, PA                                                                                                                |
| 2013 | Initiating the right prostanoid in the right patient at the right time / invited lecture                                                                                           |
|      | Changing the Parenteral Paradigm – Keep Prostanoids Front and Center in PAH Management Thinking, European Respiratory Society International Conference, Barcelona Spain (United Therapeutics) |
| 2014 | Chronic altitude sickness / invited lecture                                                                                                                                        |
|      | Pulmonary Vascular Research Institute International Conference, Bad Nauheim, Germany                                                                                                |
| 2014 | Prostacyclin therapy for PAH:  Choosing the right prostanoid at the right time in the right person / invited lecture                                                               |
|      | Chinese Medical Doctors Association, Cardiovascular Section, Guangzhou, China (Lee's Pharmaceuticals)                                                                               |
| 2014 | Combination treatment for PAH: What is the evidence telling us so far? / invited lecture                                                                                           |
|      | Right Heart Failure Summit and American Heart Association Joint Meeting, Chicago, IL                                                                                               |
| 2016 | Assessing heart function in patients with early to advanced pulmonary vascular disease / invited lecture                                                                           |
|      | PH Global Science Forum 2016, Berlin, Germany (Bayer Pharmaceutical)                                                                                                               |
| 2016 | Abnormal transpulmonary metabolite flux in exercise-induced pulmonary arterial vasculopathy / invited lecture                                                                      |
|      | American Thoracic Society International Conference, San Francisco, CA                                                                                                               |
| 2016 | Pulmonary arterial hypertension: Clinical presentation, diagnosis, and approach to therapy / invited lecture                                                                       |
|      | Department of Cardiology, Chongqing Medical University, Chongqing, China                                                                                                           |
| 2016 | Recent advances in pulmonary arterial hypertension: Translating preclinical studies into clinical practice / invited lecture                                                       |
|      | Long March Cardiovascular Conference, Fuwai Hospital, Beijing, China                                                                                                               |
| 2016 | Clinical trials for exercise pulmonary hypertension are warranted / invited lecture                                                                                                |
|      | 3rd International Drug Discovery & Development Symposium, PVRI/FSA/NIH, Bethesda, MD                                                                                                 |
| 2016 | Unexplained exertional intolerance: A systemic approach to diagnosis / invited lecture                                                                                             |
|      | Respiratory Medicine Conference, The Royal Brompton Hospital, London, England                                                                                                      |
| 2017 | Twenty years of therapy for PAH: Where we are now and where we are headed / invited lecture                                                                                        |
|      | PAH Symposium La Sociedad Cuban De Cardiologia and Hospital Hermanos Amerijeiras, Havana, Cuba                                                                                     |
| 2017 | Imaging the right ventricle during exercise / invited lecture                                                                                                                      |
|      | Pulmonary Vascular Research Institute International Conference, Miami, FL                                                                                                           |
| 2017 | Is there a therapeutic opportunity for prostacyclins in patients with PH secondary to primary pulmonary disease? / invited lecture                                                 |
|      | 12th John Vane Memorial Symposium on Prostacyclin Science and Pulmonary Vascular Disease, The Royal Society of London, United Kingdom                                               |

| | |
|---|---|
| 2017 | Practical use of different methods of exercise testing in PH, including 6-minute walk test, cardiopulmonary exercise test, and treadmill exercise / invited lecture, Berlin Pulmonary Hypertension Symposium, Berlin Germany (Bayer and Merck Sharp and Dohme) |
| 2018 | Exercise pulmonary arterial hypertension: To treat or not to treat / invited lecture, Chongqing Medical University Department of Cardiology, Pulmonary Hypertension Symposium, Chongqing China |
| 2019 | Pulmonary hypertension – An overview and update / Visiting Professor / Chongqing Medical University Grand Rounds, Chongqing China |
| 2019 | Pulmonary hypertension: One step forward, one step back / Visiting Professor / International Grand Rounds, FuWai Hospital & Key Laboratory of Pulmonary Vascular Medicine, Peking Union Medical College and Chinese Academy of Medical Sciences, Beijing China |
| 2020 | Optimized risk assessment, non - invasive imaging and CPET will substitute right heart catherization in PH / invited lecture Pulmonary Vascular Research Institute, 14th World Congress, Lima Peru |
| 2020 | How to assess exercise hemodynamics in a patient with unexplained dyspnea / invited lecture European Society of Cardiology, ESC Congress 2020, Amsterdam NL |
| 2020 | SPECTRA and beyond:  Signs of disease modification / invited lecture, American Heart Association (Virtual Session) |
| 2021 | A potential therapy for rebalancing BMPR2: A new direction in PAH / invited lecture 9th International Meeting on Pulmonary Rare Diseases and Orphan Drugs, Milan, Italy |
| 2021 | Diagnostic role of exercise and dynamic challenge in PH-HFpEF / postgraduate course Pulmonary Hypertension in Heart Failure with Preserved Ejection Fraction: A Closer Look at The Left Heart, American Thoracic Society International Conference (Virtual Sessions) |
| 2021 | The SPECTRA Study: A Phase 2a single-arm, open-Label, multicenter exploratory study to assess the effects of sotatercept for the treatment of pulmonary arterial hypertension (PAH) / invited lecture, Clinical Advances in Pulmonary Hypertension: Lessons from Best Abstracts., American Thoracic Society International Conference, (Virtual Sessions) |
| 2021 | SARS-CoV-2 and the disease COVID-19: Learning by the seat of our pants / Grand Rounds William Osler Health System, Brampton, Ontario, Canada |
| 2021 | Rebalancing BMPR2: A new direction in PAH therapy / invited lecture Israel Society of Pulmonology, Jerusalem, Israel |
| 2021 | Treatment of Patients with Pulmonary Hypertension and Advanced Lung Disease., Annual Congress of Taiwan Society of Pulmonary and Critical Care Medicine and Taiwan Society of Thoracic Surgeons, Taiwan Society for Respiratory Therapy, Taiwan Society of Sleep Medicine Joint Conference, Taipei, Taiwan |
| 2022 | Pulmonary Hypertension and Advanced Lung Disease; Evolving Treatment Options, Royal Brompton and Harefield hospitals' Combined Respiratory Medicine Grand Rounds, London, England |

## Report of Clinical Activities and Innovations

### Current Licensure and Certification

| | |
|---|---|
| 1993 | Massachusetts State License |
| 1993 | National Board of Examiners, Diplomat |
| 1994 | Connecticut state License (inactive as of 2/2002) |
| 1995 | American Board of Internal Medicine, Diplomat (Recertified 2015) |
| 1997 | American Board of Internal Medicine, Diplomat in Pulmonary Disease (Recertified 2017) |
| 1998 | American Board of Internal Medicine, Diplomat in Critical Care (Recertified 2018) |
| 2009 | Utah State License |

### Practice Activities

23

| 2009 -        | Ambulatory Care | Watkins Clinic, Brigham and Women's Hospital | 2 sessions/week |
| 2009 - 2016   | Ambulatory Care | Center for Chest Diseases, Brigham and Women's Hospital | ½ session/week |

## Clinical Innovations

| | |
|---|---|
| Bronchoscopy Credentialing Guidelines for YNHH (1998) | Developed clinical guidelines for credentialing for the practice of Bronchoscopy at Yale New Haven Hospital. Prior to this there were no prepared standards for the hospital. As part of this guideline, I instituted maintenance of privileges standards and a record keeping system. |
| Community Acquired Pneumonia Clinical Practice Guidelines, YNHH (1999) | As part of a hospital-working group, I helped develop guidelines for Yale New Haven Hospital for diagnosis and treatment of community acquired pneumonia. |
| Pulmonary Vasodilator Clinical Practice Guideline, YNHH (1999) | Developed clinical practice guideline for acute pulmonary vasodilator testing. This was first developed at Yale New Haven Hospital. This was revised and implemented at MGH (2001) and continued now at the BWH (2010). |
| Ventilator Weaning Protocol, T-NEMC (2002) | Developed guidelines and instituted a protocol-based approach to liberating patients from mechanical ventilation at Tufts-New England Medical Center MICU. |
| Right heart catheterization and invasive cardiopulmonary exercise testing Clinical Practice Guideline, MGH (2004) | Developed procedure guideline for all aspects of right heart catheterization and acute pulmonary vasodilator testing. Also developed guidelines regarding placement of right heart catheters and radial arterial lines for invasive cardiopulmonary exercise testing. These guidelines have formed the basis for a new clinical exercise-testing program at the BWH (2010). |
| Intravenous prostacyclin clinical practice guideline, MGH (2006) | Developed clinical protocol for continuous delivery of intravenous prostacyclins for patients with pulmonary hypertension. This was initially developed for patients at the MGH. In November 2011 this was updated for use at the BWH and for new pump technologies. |
| Exercise training clinical practice guideline, MGH (2006) | Developed a guideline for starting exercise rehabilitation programs in patients with PAH. This was initially designed for our clinical practice. Through involvement in national committee's on practice guidelines for patients with PAH, we have contributed components of this guideline to the formulation of a national guideline. These guidelines have been updated recently based on data that we have generated in our exercise laboratory. |
| Cicletanine for treatment of PAH (2006) | Evaluated the use of a novel eNOS coupler for treatment of PAH as part of a compassionate use program. Compound was acquired by Gilead Sciences and has now entered Phase II clinical trial. Steering Cmt. Chairman, Study Sponsor: Gilead Sciences. The initial work on this project has been published, see research publication #20. |
| Sepsis management clinical practice guideline, MGH (2007) | Led a working group that developed practice guideline for management of severe sepsis and septic shock in the ICU at MGH. As part of this program, I oversaw the development of a computer ordering admission template for template for patients admitted to the ICU with severe sepsis and septic shock. |
| Mechanical ventilator management clinical practice guideline (2008) | Developed a best practice approach to liberating patients from mechanical ventilation. This was presented to a national working group and portions of our guidelines were adapted into a national multicenter guideline for determining readiness for liberation from mechanical ventilation. Work related to this effort was published, see research publication #19. |
| Implantable drug delivery system | Proposed use of Medtronic Synchromed pump as part of a fully |

24

| | |
|---|---|
| of treprostinil in PAH (2009) | implantable IV drug delivery system. Steering committee member designing device trial supported by Medtronic's and United Therapeutics, see research publication #s 53, 60, 82, and 93 |
| CTEPH Clinical Program, BWH (2011) | Developing a systematic approach to the patient with chronic thromboembolic pulmonary hypertension in consideration for surgical or medical therapy. This program was developed as a multispecialty approach to the evaluation and treatment of patient with both surgical and medical thromboembolic disease. |
| Dyspnea and performance evaluation center, BWH (2011) | successful clinical innovation grant to develop a clinical program for the efficient evaluation and diagnosis of patients with unexplained dyspnea. This was a collaborative program with participants from Pulmonary and Cardiovascular Medicine, Radiology, and Neurology. This included the establishment of a structured multilevel cardiopulmonary exercise evaluation program. Work related to this effort was published, see research publication #s 38, 43, 46, 48, 49, 52, 56, 57, 59, 61, 64, 68, 70, 73 |
| First in human percutaneous Potts Shunt as salvage for PAH and right heart failure, BWH (2013) | Working as a member of the RV Salvage group, a collaborative team of physicians from the Brigham and Women's Hospital and Boston Children's Hospital developed a percutaneous descending aorta-left main pulmonary artery conduit to unload the failing right ventricle. Work related to this effort has been published, see research publication #34 |
| Acute pulmonary embolism program at BWH (2014) | Program designed to improve triage and optimize timely management of patients presenting to the ED with Acute Pulmonary Embolism. This is a multidisciplinary program and members of the Cardiovascular Division (Vascular Medicine, CCU, Interventional Cardiology), Pulmonary Vascular Medicine, Cardiac Surgery, and Cardiovascular Imaging are also involved. |
| Center for Pulmonary Heart Disease BWH (2014) | Executive Director and organizer of the first center of its kind in the country, the Center brings together BWH experts in both lung and cardiac disease to tackle pulmonary heart diseases from all possible angles. The center's clinical programs are closely tied to its translational research platform, bringing findings made in the laboratory to the clinic, and then back to the laboratory for further improvement. |
| Advanced fellowship in pulmonary heart disease BWH (2014) | The program focuses on the evaluation and management of patients with diseases of the right heart system including pulmonary vascular disease, congenital heart disease, and end stage lung disease. The program provides trainees with several unique clinical opportunities that are not available in most centers across the country and provide more in depth and focused training than what is provided in general Pulmonary and Critical Care Medicine and Cardiovascular training programs. |
| PHA-Accredited Pulmonary Hypertension Care Center BWH (2015) | BWH pulmonary vascular disease program, under my direction, was formally accredited by the Pulmonary Hypertension Association after undergoing a thorough evaluation based on quality and depth of resources available for the expert care of patients with pulmonary vascular disease. |

| | |
|---|---|
| Inhaled prostacyclin therapy for WSPH Group-3 pulmonary hypertension BWH (2016) | Developed a proof-of-concept analysis of patients with advanced lung disease and pulmonary vascular disease who were treated with the inhaled prostacyclin analogue Treprostinil sodium. The inhaled route was specifically chosen to preserve ventilation-perfusion matching and oxygenation. Results lead to the design of two large positive phase-3 clinical trials and approval of the therapy by the FDA. See research publications #65, #92, #97, #102 |
| Yale New Haven-Brigham and Women's Joint Symposium on Pulmonary Heart Disease (2019) | First joint symposium held covering advanced topics in pulmonary hypertension, and right heart failure. |
| Right Heart Summit – 2012, 2013, 2021 | 2-day high-level symposium on all aspects of the right heart system and pulmonary heart disease. Developed agenda and content, decided upon and invited an international group of speakers. |
| Fully implantable intrapulmonary Artery Balloon Pump | First in human chronic passive intrapulmonary artery balloon pump. Developed by ARIA-CV, I provided a technology assessment and became national PI leading the transition into early phase first in human studies. |

## Report of Education of Patients and Service to the Community

### Activities

| | |
|---|---|
| 2006 | Pulmonary Hypertension Association 6th International Conference<br>Chaired patient education forum on prostacyclin's - Prostacyclin treatment options |
| 2006 | Developed educational pamphlet for patients who are undergoing right heart catheterization at the MGH. This is being adapted now for distribution at the BWH |
| 2008 | Pulmonary Hypertension Association 7th International Conference<br>Discussant - Patient education forum on clinical lab testing as part of the care of patients with PAH - The ABC's of BNP (and Other PH Test Results) |
| 2009 | PHA 30-City Tour Medical Education Program<br>Information on PAH diagnosis and management to physicians and other health professionals located in areas without nationally recognized PAH centers |
| 2009 | Pulmonary Hypertension Patient PHorum<br>Patient education forums held around the United States and sponsored by the Pulmonary Hypertension Association |
| 2009 - | Volunteer Physician for Snowbird Ski Patrol / Wasatch Mountain Rescue<br>Physician first responder on Ski patrol and backcountry rescue for Snowbird Utah and Wasatch Mountain Rescue – 10 shifts per season |
| 2009 - | Continuing education lecturer, Snowbird Ski Patrol and Wasatch Mountain Rescue<br>Physician speaker for continuing education program, 4 lectures per year |
| 2010 | Pulmonary Hypertension Association 8th International Conference<br>Discussant – Managing emergency situations for care givers and patients with PAH |
| 2012 | Pulmonary Hypertension Patient Support Group – Taking control of your pulmonary hypertension treatment – A question and answer session for patients and caregivers. Seabrook NH |
| 2015 | Established and organized a community outreach program for the Roxbury Tenants of Harvard Community with focus on improving health in heart and lung disease, and diabetes. This program included health screening and education. |
| 2016 | Pulmonary Hypertension Association 10th International Conference<br>Panel Discussant – Living with a chronic disease |
| 2017 - | Appointed to the Governors Pulmonary Hypertension Task Force, Massachusetts General Laws Chapter 6A, Section 16Z |

| 2017-2019 | Exercise and exercise testing. Teen Talent ID Camp, USA Cycling's National Development Program, Gill MA |
|---|---|

## Educational Material for Patients and the Lay Community

☒ *No educational materials below were sponsored by 3rd parties/outside entities*
☐ *Those presentations below sponsored by outside entities are so noted and the sponsor(s) is (are) identified*

### Books, monographs, articles and presentations in other media

1. **Waxman AB.** Pulmonary Hypertension; A Patients Survival Guide, R.J. Oudiz, Editor 5th Edition 2016; published by the Pulmonary Hypertension Association, Silver Spring, MD ISBN-10: 0975898760

### Patient educational material

| 2005 | Patient Care Manual | Author | Patient care manual detailing guidelines on initiating treatment, side effect management, Hickman catheter care, and management of line infections |
|---|---|---|---|
| 2008 | Pulmonary Arterial Hypertension, Diagnostic Challenges and Selecting Optimal Therapy | Author and presenter | http://cme.medscape.com/viewprogram/17133 |
| 2012 | Shortness of breath, lung disease and pulmonary hypertension | Discussant | Invited by the MSAC to present to the council and provide a question-and-answer period for members because of high prevalence of lung and vascular disease among seniors |

## Recognition

| 2005-2020 | Best Doctors in America | Castle Connelly Medical, Ltd. |
|---|---|---|
| 2007-2009 | Best Doctors in Boston | Boston Magazine |
| 2016-2021 | Best Doctors in Boston | Boston Magazine |
| 2014 | Nominee, Excellence in Mentoring | Harvard Medical School |
| 2021 | Distinguished Clinician Award | Brigham and Women's Hospital |

# Report of Scholarship

## Peer reviewed publications in print or other media

### Research Investigations

1. Higgins D, **Waxman AB,** and Banker GA. The distribution of microtubule-associated protein 2 changes when dendritic growth is induced in rat sympathetic neurons in vitro. Neuroscience 1988; 241:583-92 PMID: 3362354

2. **Waxman AB,** Goldie SJ, Brett-Smith H, Matthay RA. Cytomegalovirus as a Primary Pulmonary Pathogen in AIDS. Chest 1997; 111:128-34 PMID: 8996006

3. **Waxman AB,** White K, Trawick DR. Electromechanical dissociation following verapamil and propranolol ingestion: a physiologic profile. Cardiology 1997; 8:478-82 PMID: 9286512

4. Goldie SJ, **Waxman AB.** Cytomegalovirus as a Pulmonary Pathogen. Chest 1997; 112:1151

5. **Waxman AB**, Einarsson O, Seres T, Knickelbein RG, Homer R, Warshaw JB, Johnston R, Elias, JA. Targeted lung expression of interleukin-11 enhances murine tolerance of 100% oxygen and diminishes hyperoxia-induced DNA fragmentation. Journal of Clinical Investigation 1998; 101:1970-82 PMID: 9576762

6.  **Waxman AB\***, Ward N\*, Homer R, Du Y, Mantel L, Elias JA. IL-6 induced protection in hyperoxic acute lung injury, American Journal of Respiratory Cell and Molecular Biology 2000; 22:535-542 PMID: 10783124 \*Co-First authorship

7.  Corne, J, Chupp G, Lee GG, Homer RJ, Zhu Z, Chen Q, Ma B, Du Y, McArdle J, **Waxman AB**, Elias JA. IL-13 stimulates vascular endothelial cell growth factor and protects against hyperoxic acute lung injury. Journal of Clinical Investigation 2000; 106:783-91 PMID: 10995789

8.  **Waxman AB**, Zhu Z, Lee CG, Elias JA. Transgenic Modeling of Mechanisms of Protection in Acute Lung Injury, Matalon S, Sznajder JI, editors. NATO ASI Series, Etiology and Treatment of Acute Lung Injury: From Bench to Bedside. BV Amsterdam, Netherlands: IOS Press, NATO Science Series, Series 1 January 2000; 336:140-51

9.  **Waxman AB**, Mahboubi K, Knickelbein RG, Mantel L, Manzo ND, Pober JS, Elias JA, Interleukin-11 and interleukin-6 protect cultured human endothelial cells from H2O2-induced cell death. American Journal of Respiratory Cell and Molecular Biology 2003; 29:5513-522 PMID: 12730073

10. He CH, **Waxman AB**, Lee CG, Link H, Rabach ME, Ma B, Chen Q, Zhu Z, Homer R, and Elias JA. Bcl-2-related protein A1 is an endogenous and cytokine-stimulated mediator of cytoprotection in hyperoxic acute lung injury. Journal of Clinical Investigation 2005; 115:1039-48 PMID: 15841185

11. Chetty A, Manzo N, **Waxman AB**, Nielsen HC. Modulation of IGF-binding protein-2 and -3 in hyperoxic injury in developing rat lung. Pediatric Research, 2005; 58(2): 222-28 PMID: 16055936

12. Lee PS, **Waxman AB**. The importance of differentiating gelsolin isoforms. American Journal of Respiratory and Critical Care Medicine 2006; 173:685-86 PMID: 16522767

13. Barker GF, Manzo JG, Cotich K, Shone RK, **Waxman AB**. DNA damage induced by hyperoxia: quantitation and correlation with lung injury, American Journal of Respiratory Cell and Molecular Biology 2006; 35(3): 277-89 PMID: 16574945

14. Steiner MK, Preston IR, **Waxman AB**, Klinger JR, Criner GJ, Hill NS. Conversion to bosentan from prostacyclin infusion therapy in pulmonary arterial hypertension: a pilot study. Chest 2006; 130:1471-80 PMID: 17099026

15. Lee PS, **Waxman AB**, Cotich KL, Chung SW, Perrella MA, Stossel TP. Plasma Gelsolin is a Marker and Therapeutic Agent in Animal Sepsis. Critical Care Medicine 2007; 35(3): 849-55.

16. Tolle JJ, **Waxman AB**, Systrom DS. Impaired systemic oxygen extraction at maximum exercise in pulmonary hypertension. Medicine & Science in Sports and Exercise 2008; 40(1): 3-8 PMID: 18091026.

17. Chetty A, Cao GJ, Manzo N, Nielsen HC, **Waxman AB**. The role of IL-6 and IL-11 in hyperoxic injury in developing lung. Pediatric Pulmonology 2008; 43(3): 297-304PMID: 18214944

18. Robertson T, Mann H, Hyzy R, Rogers A, **Waxman AB**, Weinert C, Douglas I, Alapat P, Guntupalli K, Buchman T. Multicenter implementation of a consensus-developed, evidence-based, spontaneous breathing trial protocol. Critical Care Medicine 2008; 36(10): 2753-62, PMID: 18828193

19. **Waxman AB**, Lawler L, Cornett G. Cicletanine for the treatment of pulmonary arterial hypertension, Archives of Internal Medicine 2008; 168(19): 2164-66 PMID: 18955648

20. Tolle JJ, **Waxman AB**, Pappagianopoulos PP, Systrom DM. Exercise-induced pulmonary arterial hypertension. Circulation 2008; 118(21): 2183 – 89 PMID: 18981305

21. Lee PS, Patel S, Christiani DC, Bajwa E, Stossel TP, **Waxman AB**. Plasma gelsolin depletion and circulating actin in sepsis – A pilot study. PLoS One. 2008; 3(11): e3712. PMID: 19002257

22. Kolliputi N, **Waxman AB**. IL-6 cytoprotection in hyperoxic acute lung injury occurs via suppressor of cytokine signaling-1-induced apoptosis signal-regulating kinase-1 degradation. Am. J. Respir. Cell Mol. Biol 2009; 40:314-24 PMID: 18776134

23. Steiner MK, Syrkina OL, Kolliputi N, Mark EJ, Hales CA, **Waxman AB**. Lung-specific IL-6 overexpression in

mice induces pulmonary hypertension. Circulation Research 2009; 104:236-44 PMID: 19074475

24. **Waxman AB**, Kolliputi N. IL-6 protects against hyperoxia induced mitochondrial damage via BCL-2 induced BAK interactions with mitofusions, Am. J. Respir. Cell Mol. Biol 2009; 41: 385-396 PMID: 19168699

25. Kolliputi N, **Waxman AB**. IL-6 cytoprotection in hyperoxic lung injury occurs via PI3K/AKT-mediated Bax phosphorylation., American Journal of Physiology, Lung Cellular and Molecular Physiology. 2009; 297: L6 - L16 PMID: 19376889

26. Thibault, H., Kurtz, B., Raher, M.J., Rahamthulla, S., **Waxman, A.B.**, Halpern, E.F., Bloch, K., Scherrer-Crosbie, M., Noninvasive assessment of murine pulmonary arterial pressure: validation and application to models of pulmonary hypertension. Circulation Cardiovasc Imaging, 2010; 3: 157 – 163 PMID: 20044514

27. Kolliputi, N., Shaik, R., S., and **Waxman, A.B**. The Inflammasome Mediates Hyperoxia-Induced Alveolar Cell Permeability.  The Journal of Immunology, 2010, 184: 5819 -5826 PMID: 20375306

28. Schlichting, D.E., **Waxman, A.B.***, O'Brien, L.A., Wang, T., Naum, C.C., Rubiez, G.J., Um, S.L., Williams, M., Yan, S.B., Circulating Endothelial and Endothelial Progenitor Cells in Patients with Severe Sepsis. Microvascular Research 2011; 81:216-211 *corresponding author PMID: 21130783

29. Malhotra, R, Hess, D, Lewis, GD, Bloch,KD, **Waxman, AB**, and Marc J. Semigran, Vasoreactivity to inhaled nitric oxide and oxygen predicts long term survival in pulmonary arterial hypertension., Pulmonary Circulation 2011; 1(2):250-258, PMID: 22020367

30. Parikh, V.N., Jin, R.C., Rabello, S., Gulbahce, N., White, K., Hale, A., Shaik, R.S., **Waxman, A.B.**, Zhang, Y., Maron, B.A., Hartner, J.C., Fujiwara, Y., Orkin, S.H., Haley, K.J., Barabasi, A., Loscalzo, J., Chan, S.Y., A Network Biology Approach Reveals that MicroRNA-21 Integrates Pathogenic Signaling to Control Pulmonary Hypertension. Circulation 2012; 125:1520-1532, PMID: 22371328

31. Maron, B.A., Opotowsky, A.R., Landzberg, M.J., Loscalzo, J., **Waxman, A.B.**, Leopold, J.A., Plasma aldosterone levels are elevated in patients with pulmonary arterial hypertension in the absence of left ventricular heart failure: a pilot study. Eur J Heart 2013 Mar;15(3):277-83, PMID: 23111998

32. **Waxman A**, Chen SY, Boulanger L, Watson JA, Golden G., Factors associated with adherence to phosphodiesterase type 5 inhibitors for the treatment of pulmonary arterial hypertension. J Med Econ. 2013;16(2):298-306, PMID: 23216015

33. Jesse Esch, J., Shah, P.B., Cockrill, B.A., Farber, H.W., Landzberg, M.J., Mehra, M.R., Mullen, M.P., Opotowsky, A.R., **Waxman, A.B.**, Lock, J.E., Marshall, A.C., Transcatheter Potts Shunt Creation in Patients with Severe Pulmonary Arterial Hypertension: Initial Clinical Experience. Journal of Heart Lung Transplantation 2013 April; 32(4):381-7, PMID: 23415728

34. Opotowsky, A.R., Clair, M., Afilalo, J., Landzberg, M.J., **Waxman, A.B.**, Moko, L., Maron, B.A., Vaidya, A., Forfia, P.R.. A simple echocardiographic method to estimate pulmonary vascular resistance. Am J Cardiol. 2013;112(6):873-882 PMID: 23735649

35. Maron, B.A., **Waxman, A.B.**, Opotowsky, A.R., Gillies, H., Blair, C., Aghamohammadzadeh, R., Loscalzo, J., Leopold, J.A., Effectiveness of Spironolactone Plus Ambrisentan for Treatment of Pulmonary Arterial Hypertension (from the [ARIES] Study 1 and 2 Trials)._Am J Cardiol_ 2013;112(5):720-725 PMID: 23751938

36. Nakahira, K., Kyung, S.Y., Rogers, A.J., Gazourian, L., Youn, S., Massaro, A.F., Quintana, C., Osorio, J.C., Wang, Z., Zhao, Y., Lawler, L.A., Christie, J.D., Meyer, N.J., Causland, F.R., Waikar, S.S., **Waxman, A.B.**, Chung, R.T., Bueno, R., Rosas, I.O., Fredenburgh, L.E., Baron, R.M., Christiani, D.C., Hunninghake, G.M., Choi, A.M., Circulating mitochondrial DNA in patients in the ICU as a marker of mortality: derivation and validation. PLoS Med. 2013 Dec; 10(12):e1001577. PMID: 24391478

37. Boerrigter, B.G., **Waxman, A.B.**, Westerhof, N., Vonk-Noordegraaf, A., Systrom, D.S. Measuring central pulmonary pressures during exercise in COPD: How to cope with respiratory effects. European Respiratory

Journal, May 1, 2014 vol. 43 no. 5 1316-1325 PMID: 24177003

38. Bertero T, Lu Y, Annis S, Hale A, Bhat B, Saggar R, Saggar R, Wallace WD, Ross DJ, Vargas SO, Graham BB, Kumar R, Black SM, Fratz S, Fineman JR, West JD, Haley KJ, **Waxman AB**, Chau BN, Cottrill KA, Chan SY. Systems-level regulation of microRNA networks by miR-130/301 promotes pulmonary hypertension. J Clin Invest. 2014 Aug 1;124(8):3514-28. PMID: 24960162

39. Frantz RP, Durst L, Burger CD, Oudiz RJ, Bourge RC, Franco V, **Waxman AB**, McDevitt S, Walker S., Conversion From Sildenafil to Tadalafil: Results From the Sildenafil to Tadalafil in Pulmonary Arterial Hypertension (SITAR) Study. J Cardiovasc Pharmacol Ther. 2014 Nov;19(6):550-7. PMID: 24742768

40. Preston, I.R., J. Feldman, J. White, V. Franco, D. Ishizawar, C. Burger, **A. B. Waxman**, N. S. Hill, Safety and efficacy of transition from inhaled to parenteral treprostinil in selected patients with pulmonary arterial hypertension. Pulmonary Circulation 2014; 4(3) 456-461 PMID: 25621159

41. Bertero T, Cottrill K, Krauszman A, Lu Y, Annis S, Hale A, Bhat B, **Waxman AB**, Chau BN, Kuebler WM, Chan SY,  The microRNA-130/001 family controls vasoconstriction in pulmonary hypertension. J Biol Chem. 2015 Jan 23; 290(4):2069-85 PMID: 25505270

42. Santos, M., Opotowsky, A.R., Shah, A.M., Tracy, J., **Waxman, A.B.**, Systrom, D.M., Central cardiac limit to aerobic capacity in patients with exertional pulmonary venous hypertension: Implications for heart failure with preserved ejection fraction. Circ Heart Fail. 2015;8: 278-285 PMID: 25550438

43. Riviello E.D., Letchford S., Cook E.F., **Waxman A.B.**, Gaziano T., Improving decision making for massive transfusions in a resource poor setting: a preliminary study in Kenya. PLoS One. 2015 May 28;10(5):e0127987. doi: 10.1371/journal.pone.0127987. eCollection 2015. PMID: 26020935

44. White, K., Lu, Y., Annis, S., Hale, A.E., Chau, B.N., Dahlman, J.E., Hemann, C., Opotowsky, A.R., Vargas, S.O., Rosas, I., Perrella, M.A., Osorio, J.C., Haley, K.J., Graham, B.B., Kumar, R., Saggar, R., Saggar, R., Wallace, W.D., Ross, D.J., Khan, O.F., Bader, A., Gochuico, B.R., Matar, M., Polach, K., Johannessen, N.M., Prosser, H.M., Anderson, D.G., Langer, R., Zweier, J.L., Bindoff, L.A., Systrom, D.M., **Waxman, A.B.,** Jin, R.C., Chan, S.Y., Genetic and hypoxic alterations of the microRNA-210-ISCU1/2 axis promote iron–sulfur deficiency and pulmonary hypertension. EMBO Mol Med. 2015 June; 7(6): 695–713. PMID: 25825391

45. Santos M., Rivero J., McCullough S.D., West E., Opotowsky A.R., **Waxman A,B**, Systrom D.M., Shah AM. E/e' Ratio in Patients with Unexplained Dyspnea: Lack of Accuracy in Estimating Left Ventricular Filling Pressure. Circ Heart Fail. 2015 Jul;8(4):749-56. PMID: 26067855

46. Bertero T., Cottrill K.A., Lu Y., Haeger C.M., Dieffenbach P., Annis S., Hale A., Bhat B., Kaimal V., Zhang Y.Y., Graham B.B., Kumar R., Saggar R., Saggar R., Wallace W.D., Ross D.J., Black S.M., Fratz S., Fineman J.R., Vargas S.O., Haley K.J., **Waxman A.B.**, Chau B.N., Fredenburgh L.E., Chan S.Y., Matrix Remodeling Promotes Pulmonary Hypertension through Feedback Mechanoactivation of the YAP/TAZ-miR-130/301 Circuit. Cell Rep. 2015 Nov 3; 13(5): 1016-32 PMID: 26565914

47. Oliveira, R.K., Agarwal, M., Tracy, J.A., Karin, A.L., Opotowsky, A.R., **Waxman, A.B.**, Systrom, D.M., Age-related upper limits of normal for maximum upright exercise pulmonary haemodynamics. Eur Respir J. 2016 47:1179-1188 PMID: 26677941

48. Oldham, W.M., Lewis, G.D., Opotowsky, A.R., **Waxman, A.B.**, Systrom, D.M., Unexplained exertional dyspnea caused by low ventricular filling pressures: results from clinical invasive cardiopulmonary exercise testing. Pulmonary Circulation, 2016; 6(1):55-62 PMID: 27162614

49. Rahaghi, F.N., Ross, J.C., Agarwal, M., Gonzalez, G., Come, C.E., Diaz, A., Sanchez-Ferrero, G.V., Andetta, H., Jose Estapar, R.S., **Waxman, A.B.**, Washko, G.R., Pulmonary vascular morphology as an imaging biomarker in chronic thromboembolic pulmonary hypertension. Pulmonary Circulation, 2016 6(1): 70-81

50. Aghamohammadzadeh R, Zhang YY, Stephens TE, Arons E, Zaman P, Polach KJ, Matar M, Yung LM, Yu PB, Bowman FP, Opotowsky AR, **Waxman AB**, Loscalzo J, Leopold JA, Maron BA., Up-regulation of the mammalian target of rapamycin complex 1 subunit Raptor by aldosterone induces abnormal pulmonary artery smooth muscle cell survival patterns to promote pulmonary arterial hypertension. FASEB J. 2016

Jul;30(7):2511-27 PMID: 27006450

51. Oliveira RK, **Waxman AB**, Agarwal M, Badr Eslam R, Systrom DM. Pulmonary hemodynamics during recovery from maximum incremental cycling exercise. Eur Respir J. 2016 Jul;48(1):158-67 PMID: 27126692

52. Bourge, R.C., **Waxman, A.B.**, Gomberg-Maitland, M.D., Shapiro, S.M., Tarver, J.H., Zwicke, D.L., Feldman, J.P., Chakinala, M.M., Frantz, R.P., Torres, F., Cerkvenik, J., Morris, M., Thalin, M., Peterson, L., Rubin, L.J., Treprostinil Administered to Treat Pulmonary Artery Hypertension Using a Fully Implantable Programmable Intravascular Delivery System: Results of the DelIVery for PAH Trial. Chest 2016 150(1):27-34  PMID: 27396777

53. Bertero T., Oldham W.M., Cottrill K.A., Pisano S., Vanderpool R.R., Yu Q., Zhao J., Tai Y., Tang Y., Zhang Y.Y., Rehman S., Sugahara M., Qi Z., Gorcsan J., Vargas S.O., Saggar R., Saggar R., Wallace W.D., Ross D.J., Haley K.J., **Waxman A.B.**, Parikh V.N., De Marco T., Hsue P.Y., Morris A., Simon M.A., Norris K.A., Gaggioli C., Loscalzo J., Fessel J., Chan S.Y., Vascular stiffness mechanoactivates YAP/TAZ-dependent glutaminolysis to drive pulmonary hypertension. J Clin Invest. 2016 Sep 1;126(9):3313-35  PMID: 27548520

54. Biering-Sørensen T, Santos M, Rivero J, McCullough SD, West E, Opotowsky AR, **Waxman AB**, Systrom DM, Shah AM. Left ventricular deformation at rest predicts exercise-induced elevation in pulmonary artery wedge pressure in patients with unexplained dyspnea. Eur J Heart Fail. 2017 Jan;19(1):101-110. PMID:27878925

55. van Riel AC, Systrom DM, Oliveira RK, Landzberg MJ, Mulder BJ, Bouma BJ, Maron BA, Shah AM, **Waxman AB**, Opotowsky AR., Development of a Right Ventricular Outflow Tract Gradient During Upright Exercise: A Hemodynamic Observation., J Am Coll Cardiol. 2017 Feb 7;69(5):595-597  PMID: 28153114

56. van Riel AC, Opotowsky AR, Santos M, Rivero JM, Dhimitri A, Mulder BJ, Bouma BJ, Landzberg MJ, **Waxman AB**, Systrom DM, Shah AM. Accuracy of Echocardiography to Estimate Pulmonary Artery Pressures with Exercise: A Simultaneous Invasive-Noninvasive Comparison. Circ Cardiovasc Imaging. 2017 Apr;10(4). pii: e005711. doi: 10.1161/CIRCIMAGING.116.005711. PMID: 28360262

57. Badr Eslam, R., Croce, K., Mangione, F.M., Musmann, R., Leopold, J.A., Mitchell, R.N., **Waxman, A.B.**, Persistence and proliferation of human mesenchymal stromal cells in the right ventricular myocardium following intracoronary injection in a large animal model of pulmonary hypertension., Cytotherapy. 2017 May 9, 19: 668-679. DOI: 10.1016/j.jcyt.2017.03.002 PMID: 28392314

58. W. Huang, Resch, S., Oliveira, R.K.F., Cockrill, B.A., Systrom, D.M., **Waxman, A.B.**, Invasive Cardiopulmonary Exercise Testing in the Evaluation of Unexplained Dyspnea: insights from a Multidisciplinary Dyspnea Center., Eur J Prev Cardiol. 2017 Jul;24(11):1190-1199. doi: 10.1177/2047487317709605 PMID: 28506086

59. **A.B. Waxman**, McElderry, H.T., Gomberg-Maitland, M. Burke, M.C., Ross, E.L., Bersohn, M.M., Pangarkar, S.S., Tarver, J.H., Zwicke, D.L., Feldman, J.P., Chakinala, M.M., Frantz, R.P., Thompson, G.B., Torres, F., Rauck, R.L., Clagg, K., Durst, L., Li, P., Morris, M., Southall, K.L., Peterson, L., Bourge, R.C., Totally Implantable Intravenous Treprostinil Therapy in Pulmonary Hypertension: Assessment of the Implantation Procedure., Chest. December 2017 Vol. 152(6) Pages 1128-1134. PMID:28583617

60. Segrera, S.A., Lawler, L. Opotowsky, A.O., Systrom, D.M., **Waxman, A.B.**, Open label study of ambrisentan in patients with exercise pulmonary hypertension., Pulm Circ. 2017 Apr-Jun;7(2):531-538. PMID: 28597763

61. A.C.M.J. van Riel, Systrom, D.M., Oliveira, R.K.F., Landzberg, M.J., Mulder, B.J.M., Bouma, B.J., Maron, B.A., Shah, A.M., **Waxman, A.B.**, Opotowsky, A.R., Hemodynamic and metabolic characteristics associated with development of a right ventricular outflow tract pressure gradient during upright exercise., PLoS One. 2017 Jun 21;12(6):e0179053. doi: 10.1371/journal.pone.0179053. eCollection 2017. PMID: 28636647

62. T. Roldan, Rios, J.J., Villamañan, E., **Waxman, A.B.** Complications associated with the use of oral anticoagulation in patients with pulmonary arterial hypertension from two referral centers., Pulmonary Circulation Article first published online: 2017 Jul-Sep;7(3):692-701 PMID: 28677986

63. R.K. F. Oliveira, Faria-Urbina, M., Maron, B.A., Santos, M, **Waxman, A.B.**, Systrom, D.M., Functional impact of exercise pulmonary hypertension in patients with borderline resting pulmonary arterial pressure. Pulmonary Circulation, 2017; 7(3) 654–665 PMID:28895507

64. Hemnes A.R., Beck G.J., Newman J.H., Abidov A., Aldred M.A., Barnard J., Berman-Rosenzweig E., Borlaug B.A., Chung W.K., Comhair S.A.A., Erzurum S.C., Frantz R.P., Gray M.P., Grunig G., Hassoun P.M., Hill N.S., Horn E.M., Hu B., Lempel J.K., Maron B.A., Mathai S.C., Olman M.A., Rischard F.P., Systrom D.M., Tang W.H.W., **Waxman A.B.**, Xiao L., Yuan J.X-J and Leopold J.A. PVDOMICS. *A Multi-Center Study to Improve Understanding of Pulmonary Vascular Disease Through Phenomics*. Circulation Research 2017;121:1136-1139 PMID:29074534

65. Faria-Urbina, M., Oliveira, R.K.F., Agarwal, M., **Waxman, A.B.**, Inhaled Treprostinil in Pulmonary Hypertension Associated with Lung Disease. Lung, 2018, April 196(2), 139-146 PMID: 29275453

66. Roldan, T., E. Villamañan, J. J. Rios, **Waxman, A. B.**, Assessment of the Quality of Anticoagulation Management in Patients with Pulmonary Arterial Hypertension. Thrombosis Research 2017 Nov 2;160:83-90. doi: 10.1016/j.thromres.2017.10.024. [Epub ahead of print] PMID: 29127864

67. W. Huang, Oliveira, R.K.F., Lei, H., Systrom, D.M., **Waxman, A.B.**, Pulmonary Vascular Resistance during Exercise Predicts Long-Term Outcomes in Heart Failure with Preserved Ejection Fraction., Journal of Cardiac Failure (2017) 2018 Mar;24(3):169-176 PMID: 29180305

68. Truong, Q.A., Bhatia, H.S., Szymonifka, J., Zhou, Q., Lavender, Z., **Waxman, A.B.**, Semigran, M.J., Malhotra, R.J., A four-tier classification system of pulmonary artery metrics on computed tomography for the diagnosis and prognosis of pulmonary hypertension. Cardiovasc Comput Tomogr. 2017 Dec 6. pii: S1934-5925(17)30259-9. doi: 10.1016/j.jcct.2017.12.001. [Epub ahead of print] PMID: 29254655

69. Faria Urbina, M., Oliveira, R., Segrera, S.A., Lawler, L., **Waxman, A.B.**, Systrom, D. Impaired systemic oxygen extraction in treated exercise pulmonary hypertension: a new engine in an old car? Pulm Circ. 2018 Jan 1:2045893218755325. doi: 10.1177/2045893218755325. [Epub ahead of print] PMID:29309261

70. Oldham, W.M., Oliveira, R.K., Wang, R.S., Opotowsky, A.R., Rubins, D.M., Hainer, J., Wertheim, B.M., Alba, G.A., Choudhary, G., Tornyos, A., MacRae, C.A., Loscalzo, J., Leopold, J.A., **Waxman, A.B.**, Olschewski, H., Kovacs, G., Systrom, D.M., Maron, B.A., Network analysis to risk stratify patient with exercise intolerance., Circ Res. 2018 Mar 16;122(6):864-876 PMID: 29437835

71. Han Y, Forfia PR, Vaidya A, Mazurek JA, Park MH, Ramani G, Chan SY, **Waxman AB.**, Rationale and design of the ranolazine PH-RV study: a multicentered randomized and placebo-controlled study of ranolazine to improve RV function in patients with non-group 2 pulmonary hypertension. Open Heart. 2018 Feb 23;5(1):e000736. doi: 10.1136/openhrt-2017-000736. eCollection 2018. PMID: 29531764

72. Samokhin, A.O., Stephens, T., Wertheim, B.M., Wang, R.S., Vargas, S.O., Yung, L.M., Cao, M., Brown, M., Arons, E., Dieffenbach, P.B., Fewell, J.G., Matar, M., Bowman, F.P., Haley, K.J., Alba, G.A., Marino, S.M., Kumar, R., Rosas, I.O., **Waxman, A.B.**, Oldham, W.M., Khanna, D., Graham, B.B., Seo, S., Gladyshev, V.N., Yu, P.B., Fredenburgh, L.E., Loscalzo, J., Leopold, J.A., Maron, B.A., NEDD9 targets *COL3A1* to promote endothelial fibrosis and pulmonary arterial hypertension. Sci Transl Med. 2018 Jun 13;10(445). pii: eaap7294. doi: 10.1126/scitranslmed.aap7294. PMID: 29899023

73. McCabe, C., Oliveira, R.K.F., Rahaghi, F., Faria-Urbina, M., Howard, L., Axell, R.G., Priest, A.N., **Waxman, A.B.**, Systrom, D.M., Right ventriculo-arterial uncoupling and impaired contractile reserve in obese patients with unexplained exercise intolerance. Eur J Appl Physiol. 2018 Jul;118(7):1415-1426. PMID: 29713818

74. Schissler, A.J., Glynn, R.J., Sobieszczyk, P.S., **Waxman, A.B.**, 2018. Ultrasound-assisted catheter-directed

thrombolysis compared with anticoagulation alone for treatment of intermediate-risk pulmonary embolism. Pulmonary Circulation 2018 Oct-Dec;8(4):2045894018800265. doi:10.1177/2045894018800265 PMID: 30142025

75. Platz E, Merz A, Silverman M, Lewis E, Groarke JD, **Waxman A**, Systrom D. Association between lung ultrasound findings and invasive exercise haemodynamics in patients with undifferentiated dyspnoea. First published: 26 November 2018, ESC Heart Failure, 2019 Feb;6(1):202-207. doi: 10.1002/ehf2.12381. https://doi.org/10.1002/ehf2.12381. PMID: 30474936

76. Yu Q, Tai YY, Tang Y, Zhao J, Negi V, Culley MK, Pilli J, Sun W, Brugger K, Mayr J, Saggar R, Saggar R, Wallace WD, Ross DJ, **Waxman AB**, Wendell SG, Mullett SJ, Sembrat J, Rojas M, Khan OF, Dahlman JE, Sugahara M, Kagiyama N, Satoh T, Zhang M, Feng N, Gorcsan Iii J, Vargas SO, Haley KJ, Kumar R, Graham BB, Langer R, Anderson DG, Wang B, Shiva S, Bertero T, Chan SY., BOLA3 Deficiency Controls Endothelial Metabolism and Glycine Homeostasis in Pulmonary Hypertension. Circulation. 2019 May 7;139(19):2238-2255. doi: 10.1161/CIRCULATIONAHA.118.035889. PMID: 30759996

77. Kohli, P., Kelly, V.J., Kehl,E.G., Rodriguez-Lopez, J., Hibbert, K.A., Kone, M., Systrom, D.M., **Waxman, A.B.,** Venegas, J.G., Channick, R., Winkler, T., Harris, R.S., Perfusion Imaging Distinguishes Exercise Pulmonary Arterial Hypertension at Rest. Am J Respir Crit Care Med. 2019 Jun 1;199(11):1438-1441 PMID: 30811948

78. Singh, I., Oliveira, R., Naeije, R., Rahaghi, F.N., Oldham, W., Systrom, D.M., **Waxman, A.B.**, Pulmonary Vascular Distensibility and Early Pulmonary Vascular Remodeling in Pulmonary Hypertension., Chest. 2019 Oct. 156(4):724-732. PMID:31121149

79. Singh, I., Rahaghi, F.N., Naeije, R., Oliveira, R., Systrom, D.M., **Waxman, A.B.**, Right Ventricular-Arterial Uncoupling During Exercise in Heart Failure with Preserved Ejection Fraction - Role of Pulmonary Vascular Dysfunction. Chest 2019; 156(5):933-943. doi: 10.1016/j.chest.2019.04.109. PMID: 31103695

80. Singh I., Rahaghi F.N., Naeije R., Oliveira R., Vanderpool R.R., **Waxman A. B.**, Systrom D., Dynamic Right Ventricular - Pulmonary Arterial Uncoupling During Maximum Incremental Exercise in Exercise Pulmonary Hypertension and Pulmonary Arterial Hypertension. Pulm Circ. 2019; 9(3):1-10 doi: 10.1177/2045894019862435 PMID: 31218910

81. Gomberg-Maitland, M., Bourge, R. C., Shapiro, S. M., Tarver III, J., Zwicke, D. L., Feldman, J., Chakinala, Murali M., Frantz, R., Torres, F., Bag, R., Lautenbach, A., Morris, M., Murphy, J. A., Peterson, L. **Waxman, A.** (2019). Long-Term Results of the DellVery for Pulmonary Arterial Hypertension Trial. Pulmonary Circulation 2019; 9(4) 1-9, https://doi.org/10.1177/2045894019878615.  PMID: 31723407

82. Melamed, K.H., Santos, M., Oliveira, R.K.F., Urbina, M.F., Felsenstein, D., Opotowsky, A.R., **Waxman, A.B.**, Systrom D.M., Unexplained exertional intolerance associated with impaired systemic oxygen extraction. Eur J Appl Physiol. 2019 Oct;119(10):2375-2389. doi: 10.1007/s00421-019-04222-6. Epub 2019 Sep 6. PMID: 31493035

83. Sanders, J., Han, Y., Faria Urbina, M., Systrom, D., **Waxman, A.B.,** Metabolomics of exercise pulmonary hypertension are intermediate between controls and patients with pulmonary arterial hypertension. Pulm Circ. 2019 Oct 30;9(4):2045894019882623. doi: 10.1177/2045894019882623. eCollection 2019 Oct-Dec. PMID: 31695905

84. Samokhin, A.O., Hsu, S., Yu, P.B., **Waxman, A.B.**, Alba, G.A., Wertheim, B.M., Hopkins, C.D., Bowman, F., Channick, R.N., Nikolic, I., Faria-Urbina, M., Hassoun, P.M., Leopold, J.A., Tedford, R.J., Ventetuolo, C.E., Leary, P.J., Maron, B.A., Circulating NEDD9 is increased in pulmonary arterial hypertension: A multicenter, retrospective analysis., J Heart Lung Transplant. 2020 Apr;39(4):289-299. doi: 10.1016/j.healun.2019.12.002. PMID: 31952977

85. Oliveira, R.K.F., **Waxman, A.B.**, Hoover, P.J., Dellaripa, P.F., Systrom, D.M.. Pulmonary vascular and right ventricular burden during exercise in interstitial lung disease. Chest. 2020 Jul;158(1):350-358. doi: 10.1016/j.chest.2020.02.043. PMID: 32173491

86. Joseph P, Oliveira RKF, Eslam RB, Agarwal M, **Waxman AB**, Systrom DM. Fick principle and exercise pulmonary hemodynamic determinants of the six-minute walk distance in pulmonary hypertension. Pulm Circ. 2020 Sep 11;10(3):2045894020957576. doi: 10.1177/2045894020957576. PMID: 32994925

87. Singh I, Oliveira RKF, Naeije R, Oldham WM, Faria-Urbina M, **Waxman AB**, Systrom DM. Systemic vascular distensibility relates to exercise capacity in connective tissue disease. Rheumatology (Oxford), Volume 60, Issue 3, March 2021, Pages 1429–1434 PMID: 33001175

88. Singh I, Oliveira RKF, Heerdt P, Brown MB, Faria-Urbina M, **Waxman, AB**, Systrom DM. Dynamic right ventricular function response to incremental exercise in pulmonary hypertension. Pulmonary Circulation. July 2020. doi:10.1177/2045894020950187 PMID: 33062259.

89. Han, Y., Forfia, P., Vaidya, A., Mazurek, J.A., Park, M.H., Ramani, G., Chan, S.Y., **Waxman, A.B.**, Ranolazine improves right ventricular function in patients with precapillary pulmonary hypertension: results from a double blinded randomized placebo-controlled trial., Journal of Cardiac Failure, 2020, October 24:S1071-9164, https://doi.org/10.1016/j.cardfail.2020.10.006. PMID: 33223140

90. Singh I., Oliveira R.K.F., Heerdt P.M., Pari R., Systrom D.M., **Waxman A.B.**, Sex- related differences in dynamic right ventricular-pulmonary vascular coupling in heart failure with preserved ejection fraction, Chest 2021; 159(6):2402-2416, doi: https://doi.org/10.1016/j.chest.2020.12.028 PMID: 33388286

91. Rahaghi, F.N., Hilton, J.F., Corrêa, R.A., Loureiro, C., Ota-Arakaki, J.S., Verrastro, C.G.Y., Lee, M.H., Mickael, C., Nardelli, P., Systrom, D.M., **Waxman, A.B.**, Washko, G.R., San José Estépar, R., Graham, B.B., Oliveira, R.K.F., Arterial Vascular Volume Changes with Hemodynamics in Schistosomiasis Pulmonary Arterial Hypertension., Eur Respir J. 2021 Jan 14:2003914. doi:10.1183/13993003.03914-2020. PMID: 33446601

92. **Waxman, A.**B., Restrepo-Jaramillo, R., Thenappan, T., Ravichandran, A., Engel, P., Bajwa, A., Allen, R., Feldman, J., Argula, R., Smith, P., Rollins, K., Deng, C., Peterson, L., Bell, H., Tapson, V., Nathan, S.D., Inhaled Treprostinil in Pulmonary Hypertension Due to Interstitial Lung Disease., N Engl J Med. 2021 384:325-334 PMID: 33440084

93. Feldman J., Gomberg-Maitland M., Shapiro S.M., Lautenbach A., Morris M., Murphy J.A., **Waxman A.B.**, Bourge R.C. Implantable System for Treprostinil and Lung Transplantation: Case Series from Delivery for Pulmonary Arterial Hypertension Study. Pulm Circ. 2021 Mar 2;11(1):2045894021999290. doi: 10.1177/2045894021999290. eCollection 2021 Jan-Mar. PMID: 33738097

94. Humbert, M., McLaughlin, V., Gibbs, J.S.R., Gomberg-Maitland, M., Hoeper, M.M., Preston, I., Souza, R., **Waxman, A.B.**, Subias, P.E., Feldman, J., Meyer, G., Montani, D., Olsson, K., Manimaran, S., Barnes, J., Linde, P.G., de Oliveira Pena, J., and Badesch, D., for the PULSAR Investigators, Sotatercept for the Treatment of Pulmonary Arterial Hypertension., N Engl J Med. 2021 Apr 1;384(13):1204-1215. doi: 10.1056/NEJMoa2024277. PMID: 33789009

95. Faria-Urbina M, Ung K, Lawler L, Zisman L, **Waxman A.B.**, Inspiratory flow patterns with dry powder inhalers of low and medium flow resistance in patients with pulmonary arterial hypertension. Pulm Circ. 2021 May 13;11(2):20458940211012591. doi: 10.1177/20458940211012591. PMID: 34035895; PMCID: PMC8127798

96. Nathan SD, **Waxman A**, Tapson V. Inhaled treprostinil in group 3 pulmonary hypertension. N Engl J Med 2021 May 13; 384(19):1871-1872

97. Nathan, S.D., **Waxman, A.B.**, Rajagopal, S., Case, A., Johri, S., DuBrock, H., De La Zerda, D., Sahay, S., King, C., Melendres-Groves, L., Smith, P., Shen, E., Edwards, L.D., Nelsen, A., Tapson, V.F., Inhaled Treprostinil and FVC Change in Patients with Interstitial Lung Disease and Associated Pulmonary Hypertension: a Post-hoc Analysis of the INCREASE Study., The Lancet Respir Med. 2021 Jun 29:S2213-2600(21)00165-X. doi: 10.1016/S2213-2600(21)00165-X. Epub ahead of print. PMID: 34214475

98. Rahaghi, F.N., Nardelli, P., Harder, E., Singh, I., Sanchez-Ferrero, G.V., Ross, J.C., San José Estépar, R., Ash, S.Y., Hunsaker, A.R., Maron, B.A., Leopold, J.A., **Waxman, A.B.**, San José Estépar, R., Washko, G.R., Quantification of Arterial and Venous Morphological Markers in Pulmonary Arterial Hypertension Using Computed Tomography. Chest. 2021 Jul 13:S0012-3692(21)01326-X. doi: 10.1016/j.chest.2021.06.069. Epub ahead of print. PMID: 34270966.

99. Singh, I., Joseph, P., Heerdt, P., Cullinan, M., Lutchmansingh, D., Gulati, M., Possick, J., Systrom, D.M., **Waxman, A.B.**, Persistent Exertional Intolerance after COVID-19: Insights from Invasive Cardiopulmonary Exercise Testing. Chest. 2021 Aug 10:S0012-3692(21)03635-7. doi: 10.1016/j.chest.2021.08.010.

Online ahead of print. PMID: 34389297

100. Minhas, J., Nardelli, P., Hassan, S.M., Al-Naamani, N., Harder, E., Ash, S., Sánchez-Ferrero, G.V., Mason, S., Hunsaker, A.R., Piazza, G., Goldhaber, S.Z., **Waxman, A.B.**, Kawut, S.M., Estépar, R.S.J., Washko, G.R., Rahaghi, F.N., Loss of Pulmonary Vascular Volume as a Predictor of Right Ventricular Dysfunction and Mortality in Acute Pulmonary Embolism., Circ Cardiovasc Imaging. 2021 Sep;14(9):e012347. doi: 10.1161/CIRCIMAGING.120.012347. Epub 2021 Sep 21. PMID: 34544259

101. S.D. Nathan, V.F. Tapson, J. Elwing, F. Rischard, J. Mehta, S. Shapiro,  E. Shen, C. Deng, P. Smith, and **A.B. Waxman**, Efficacy of Inhaled Treprostinil on Multiple Disease Progression Events in Patients with Pulmonary Hypertension Due to Parenchymal Lung Disease in the INCREASE Trial., Am J Respir Crit Care Med. 2021 Nov 12. doi: 10.1164/rccm.202107-1766OC. Online ahead of print. PMID: 34767495

102. Dieffenbach, P.B., Mallarino Haeger, C., Rehman, R., Corcoran, A.M., Coronata, A.M.F., Vellarikkal, S.K., Chrobak, I., **Waxman, A.B.**, Vitali, S.H., Sholl, L.M., Padera, R.F., Lagares, D., Polverino, F., Owen, C.A., Fredenburgh, L.E., A Novel Protective Role for Matrix Metalloproteinase-8 in the Pulmonary Vasculature., Am J Respir Crit Care Med. 2021 Dec 15;204(12):1433-1451. doi: 10.1164/rccm.202108-1863OC.. PMID: 34550870

## Peer reviewed and scientific or medical publications/materials in print or other media

### Peer Reviewed Reviews, chapters, monographs and editorials

1. Banker GA and **Waxman AB**. Hippocampal neurons generate natural shapes in cell culture. In: Lasek R, Black MB, editors. Intrinsic Determinants of Neuronal Form. New York: Alan R. Liss; 1988.  p. 128-140

2. Smith SJ, Cooper MW, **Waxman AB**.  Laser Microscopy of Subcellular Structure in Living Neocortex: Can One See Dendritic Spines Twitch? In: Squire L, Lindenlaub E, editors, Proceedings of 23rd Symposium Medicum Hoechst on "The Biology of Memory". 1989, p. 237-56

3. **Waxman AB**, Matthay RA. A 51-year-old woman with a bone marrow transplant and rapidly progressive dyspnea. In: Sahn SA, Heffner JE, editors. Critical Care Pearls. Second Edition. Philadelphia: Hanley & Belfus, Inc.; 1997 p. 254-56

4. Siegel M, **Waxman AB**.  Acute Respiratory Distress Syndrome, In: Franco K, Putnam JB, editors. Advanced Therapy in Thoracic Surgery. Hamilton, Ont: B.C. Decker Inc.; 1998 p. 1-13

5. **Waxman AB**, Matthay M. Critical Review of Pulmonary Artery Catheter Use in the ICU. Pulmonary and Critical Care Update, 1998; 12(21) www.chestnet.org/accp/pccu

6. **Waxman AB**, Sasidhar M. Practical Use of the Pulmonary Artery Catheter in the ICU, The Journal of Respiratory Diseases, 1999; 20:106-18

7. Sethi J, **Waxman AB**. Cellular and Molecular Mechanisms of Lung Injury and Repair. Clinical Pulmonary Medicine, 2001; 8(4):214-25

8. **Waxman AB**. Pulmonary function test abnormalities in pulmonary vascular disease and chronic heart failure, In: Geoffrey Chupp, editor. Clinics in Chest Medicine, Pulmonary Function Testing, Philadelphia: W.B. Saunders Company; 2001; 22(4): 751-58 PMID: 11787662

9. **Waxman AB**. Invited commentary on Oscillations and Noise, Inherent Instability of Pressure Support Ventilation? Respiratory Failure and Mechanical Ventilation, Journal Club of the Assembly on Critical Care of the American Thoracic Society.  http://www.thoracic.org/assemblies/cc/ccjcframe.html, February 2002

10. Budhiraja R, **Waxman AB**. Pulmonary Hypertension: Diagnosis and Management. Resident and Staff Physician: 2002; 48(9):12-20

11. Papa J, Sasidhar M, **Waxman AB**. Hemodynamic Impact of Mechanical Ventilation in ARDS. Clinical Pulmonary Medicine, 2003; 10(3):154-61

12. Manzo ND, **Waxman AB**. Pathogenesis of Acute Lung Injury: Experimental Studies, In: Matthay M editor.

Acute Respiratory Distress Syndrome. New York: Markel Dekker 2003 Vol 179: Chapter 6:115-46

13. Boyce P, **Waxman AB**. Pulmonary hypertension: work in progress, Journal of Nuclear Cardiology, 2003; 10(4):413-23 PMID: 12900746

14. **Waxman AB**, Ward N, Thompson T, Lilly CM, Lisbon A, Hill N, Nasraway SA, Heard S, Corwin H, Levy M. Roundtable debate: Controversies in the management of the septic patient--desperately seeking consensus Journal of Critical Care. 2005; 9:E1 PMID: 15693960

15. Schmidt S, **Waxman AB**. Preoperative Intravenous Epoprostenol Prior to Surgical Repair of a Ventricular Septal Defect in an Adult With Eisenmenger's Syndrome. Chest, 2006; 130(4): 304-05

16. Mojica JE, **Waxman AB**. Pulmonary Vascular Physiology. In: Fein A, Kamholz AS, Ost D, editors. Respiratory Emergencies. London: Edward Arnold Publishers, Ltd., 2006 p. 31-41

17. **Waxman AB**. A review of sitaxsentan sodium in patients with pulmonary arterial hypertension. Vascular Health and Risk Management, 2007:3(1) 151-57 PMID: 17583185

18. Laraia A, **Waxman AB**. Pulmonary arterial hypertension: evaluation and management. Southern Medical Journal, 2007; 100(4): 393-99 PMID: 17458400

19. **Waxman AB**. Flexible Bronchoscopy: Indications, Contraindications, and Consent. In: Armin Ernst A, editor. Introduction to Bronchoscopy, New York, NY: Cambridge University Press, 2008 p. 75-85

20. Troy P, **Waxman AB**. Portopulmonary Hypertension, Challenges in Diagnosis and Management, Therapeutic Advances in Gastroenterology, 2009; 2: 281-286

21. **Waxman, Aaron B**., Pulmonary Hypertension in Heart Failure with Preserved Ejection Fraction: A Target for Therapy? Circulation 2011, 124:133-135, PMID: 21747065

22. **Waxman, AB**, Chakinala, MM, Frantz, RP. Advanced Prostanoid Therapy in PAH: The Time to Be Proactive Is Now! http://www.medscape.org/viewarticle/755179, December 22, 2011

23. Smith, K.A., **Waxman, A.B.**, Pulmonary Hypertension in Older Patients. In M. Pisani, editor, Aging and Lung Disease: A Clinical Guide, Respiratory Medicine, DOI 10.1007/978-1-60761-727-3_6, © Springer Science Business Media, LLC ISBN 978-1-60761-726-6 2012

24. Maron, B.A. Bhatt, D.L., Nykiel, M., Kinlay, S., **Waxman, A.B.,** Protocol for Vasoreactivity Testing With Epoprostenol in Pulmonary Hypertension. Critical Pathways in Cardiology: A Journal of Evidence-Based Medicine. 11(1):40-42, March 2012. PMID:22337220

25. **Waxman, A.B.**, Exercise Physiology and Pulmonary Arterial Hypertension. Progress in Cardiovascular Diseases - September 2012 Vol. 55, Issue 2, Pages 172-179, PMID: 23009913

26. **Waxman, A.B.**, Oral Prostacyclin Therapy for Pulmonary Arterial Hypertension: Another Step Forward. Circulation. 2013; 127:563-565. PMID: 23307828

27. **Waxman, A.B**. and R.T. Zamanian, Pulmonary Arterial Hypertension: New Insights into the Optimal Role of Current and Emerging Prostacyclin Therapies. American Journal of Cardiology. 2013; 111[suppl]:1A-16A PMID: 23414683

28. Mehra, M. R., M.H.Park, M.J. Landzberg, A. Lala, **Waxman A.B.**, Right Heart Failure: Towards a Common Language. Pulm Circ. 2013 Dec;3(4):963-7 PMID: 25006413

29. Maron, B.A., B.A. Cockrill, **A.B. Waxman**, D.M. Systrom, Clinician Update; The Invasive Cardiopulmonary Exercise Test. Circulation 2013; 127: 1157-1164 PMID: 23479667

30. Cockrill BA, **Waxman AB**. Phosphodiesterase-5 Inhibitors. In. M. Humbert, O.V. Evgenov, and J-P Stasch, editors, Handbook of Experimental Pharmacology. Pharmacotherapy of Pulmonary Hypertension. 2013;218:229-255. PMID: 24092343

31. Mehra, M. R., M.H.Park, M.J. Landzberg, A. Lala, **Waxman A.B.**, Right Heart Failure: Towards a Common Language. Journal of Heart Lung Transplantation. 2014 Feb;33(2):123-6. PMID: 24268184

32. Opotowsky, A.R., M. Santos, B. A. Maron, J. Afilalo, **A. B. Waxman**, M. J. Landzberg, P.R. Forfia, Towards widespread noninvasive assessment of pulmonary vascular resistance in clinical practice. Journal of the American Society of Echocardiography. 2014, January; 27(1):108-109 PMID: 24280251

33. **Waxman, A.B.**, and K.A. Smith, Pulmonary Hypertension – Coexisting and Differential Diagnosis. In R.F. Lockey and D.K. Ledford, editors, Asthma; Comorbidities, Coexisting Conditions, & Differential Diagnosis. Oxford University Press, New York, NYISBN 978-0-19-991806-5 2014 pages 215-231

34. Mehra, M. R., M.H.Park, M.J. Landzberg, **Waxman A.B.**, The normal and abnormal right heart: Introduction to a clinical classification. In S.P. Gaine, R. Naejie, and A.J. Peacock editors, The Right Heart, Springer-Verlag London 2014 pages 1-5 DOI: 10.1007/978-1-4471-2398-9_1

35. **Waxman, A.B.**, J. Loscalzo, Pulmonary Hypertension, In D.L. Kasper, A.S. Fauci et al. Harrison's Principles of Internal Medicine, 19th Edition, 2015 McGraw Hill Education, New York, pages 1655-1661 ISBN 0071802150 / 9780071802154

36. Systrom, D.M., **A.B. Waxman**, Cardiopulmonary exercise testing in pulmonary hypertension. In J.R. Klinger and R.P. Frantz, The Diagnosis and Management of Pulmonary Hypertension. 2015 Springer-Verlag, New York, pages 265-301 PMID: 26697168

37. Berry, N.C., M. Agarwal, W.M. Oldham, T.E. Stephens, R.H. Goldstein, **A.B. Waxman**, J.A. Tracy, P.J. Leary, J.A. Leopold, S. Kinlay, A.R. Opotowsky, D.M. Systrom, B.A. Maron, Protocol for Exercise Hemodynamic Assessment: Performing the Invasive Cardiopulmonary Exercise Test in Clinical Practice., Pulmonary Circulation, Vol. 5, No. 4 (December 2015), pp. 610-618 DOI: 10.1086/683815 PMID: 26697168

38. Agarwal, M., **A.B. Waxman**, Assessing Disease State in the Pulmonary Vasculature in Clinical Practice and Research. In Pulmonary Hypertension; Basic Science to Clinical Medicine. Editors: Maron, Bradley A., Zamanian, Roham T., **Waxman, Aaron B.** (Eds.) Springer New York, NY 2016, pages 291-229 ISBN 978-3-319-23594-3

39. **Waxman, A.B.**, H.W. Farber, Recent Advances In Pulmonary Hypertension; Using Clinical Trial End Points to Risk Stratify Patients With Pulmonary Arterial Hypertension. Circulation 2015; 132: 2152-2161 PMID: 26621638

40. Roldan, T., M.J. Landzberg, D.J. Deicicchi, J.K. Atay, **A.B. Waxman**, Anticoagulation in patients with pulmonary arterial hypertension: An update on current knowledge. The Journal of Heart and Lung Transplantation, 2016 35(2): 151-164 PMID: 26527532

41. Babu AS, Arena R, Myers J, Padmakumar R, Maiya AG, Cahalin LP, **Waxman A**, Lavie CJ., Exercise intolerance in pulmonary hypertension: Mechanism, evaluation and clinical implications. Expert Rev Respir Med. 2016 Sep;10(9):979-90. PMID: 27192047

42. Agarwal M, **Waxman AB**., Physiological Techniques and Pulmonary Hypertension- Left Heart Disease. Prog Cardiovasc Dis. 2016 Jul-Aug;59(1):30-41. PMID: 27211586

43. Badr Eslam, R., **Waxman, A.B**. Approach to the patient with Dyspnea., Scientific American Medicine, Pulmonary Medicine, https://www.deckerip.com/decker/scientific-american-medicine/chapter/115/ Decker, December 8, 2016

44. **Waxman, A.** (2017). Flexible Bronchoscopy: Indications, Contraindications, and Consent. In A. Ernst & F. Herth (Eds.), *Introduction to Bronchoscopy* (pp. 95-101). Cambridge: Cambridge University Press. doi:10.1017/9781316084182.008

45. Schissler, A.J., **Waxman, A.B**. Medical Management of Pulmonary Embolism. In: Stone, PH, Lewis, EF, editors. Scientific American Medicine. Hamilton (ON): Decker Intellectual Properties; May 2018. DOI: 10.2310/7900.1638. Available at: http://www.deckerip.com.

46. Ryan, J.J., **Waxman, A.B.**, The Dyspnea Clinic., Circulation. May 2018;137:1994-1996; PMID: 29735586

47. **Waxman, A.B.**, J. Loscalzo, Pulmonary Hypertension, In J.L.Jameson, A.S. Fauci et al. Harrison's Principles of Internal Medicine, 20th Edition, 2018 McGraw Hill Education, New York, pages 1935-1941 ISBN 978-

1-259-64403-0

48. Singh, I., **Waxman, A.B.** Medical Management of Pulmonary Arterial Hypertension. In: Stone, PH, Lewis, EF, editors.  Scientific American Medicine. Hamilton (ON): Decker Intellectual Properties; October 2018. DOI: 10.2310/7900.1638. Available at: http://www.deckerip.com

49. Aday, A. W., **Waxman, A.B.** Risk Factors and Epidemiology of Pulmonary Embolism. In: Stone, PH, Lewis, EF, editors.  Scientific American Medicine. Hamilton (ON): Decker Intellectual Properties; November 2018. DOI: 10.2310/7900.1638. Available at: http://www.deckerip.com

50. Hahn, R.T., Delhaas, T., Denti, P., **Waxman, A.B..**, The Tricuspid Valve Relationship with the Right Ventricle and Pulmonary Vasculature., JACC Cardiovasc Imaging. 2019 Mar;12(3):564-565 PMID:30660539

51. Hahn RT, **Waxman AB**, Denti P, Delhaas T. Anatomic Relationship of the Complex Tricuspid Valve, Right Ventricle, and Pulmonary Vasculature: A Review. JAMA Cardiol. 2019 May 1;4(5):478-487. doi: 10.1001/jamacardio.2019.0535. PMID:30994879

52. Oudiz, R.J., **Waxman, A.B.**, Naeije, R., Pulmonary Hypertension Roundtable: The Role of Exercise in Clinical Practice and Clinical Trials., Advances in Pulmonary Hypertension (2019) 18(2) 63-67 DOI:10.21693/1933-088X-18.2.63

53. Tang, W.H.W., Wilcox, J.D., Jacob, M.S., Rosenzweig, E.B., Borlaug, B.A., Frantz, R.P., Hassoun, P.M., Hemnes, A.R., Hill, N.S., Horn, E.M., Singh, H.S., Systrom, D.M., Tedford, R.J., Vanderpool, R.R., **Waxman, A.B.**, Xiao, L., Leopold, J.A., Rischard, F.P., Comprehensive Diagnostic Evaluation of Cardiovascular Physiology in Patients With Pulmonary Vascular Disease: Insights From the PVDOMICS Program. Circ Heart Fail. 2020 Mar;13(3):e006363. doi: 10.1161/CIRCHEARTFAILURE.119.006363. Epub 2020 Feb 24. PMID: 32088984

54. Shioleno, A., **Waxman, A.B.**, The Failing Right Heart from Pulmonary Hypertension., In: Tsao, Lana, Afari, Maxwell (Eds.) Clinical Cases in Right Heart Failure., 2020 Springer Nature, Switzerland, pages 147-169 ISBN 978-3-030-38662-7

55. Ruopp, N.F., **Waxman, A.B.**, 2022. Group 1 Clinical Features and Treatment. In: Janes, S.M. (Ed.), Encyclopedia of Respiratory Medicine, vol. 3. Elsevier, Academic Press, pp. 616–632. https://dx.doi.org/10.1016/B978-0-12-801238-3.11504-1.

56. E. Harder, and **Waxman, A.B.**, Clinical Trials in Group 3 Pulmonary Hypertension., Current Opinion in Pulmonary Medicine: September 2020 - Volume 26 - Issue 5 - p 391-396 PMID: 32657833

57. **Waxman, A.B.**, Singh, I., Pulmonary Hypertension: An Integrative Approach to Assessment and Management., Clin Chest Med. 2021 Mar;42(1):xiii-xiv. doi: 10.1016/j.ccm.2020.11.011. PMID: 33541622

58. Menon, A.A., Ruopp, N.F., Parakh, A., Cockrill, B., **Waxman, A.B.**, A Woman with a Repaired Atrial Septal Defect and Pulmonary Hypertension with Worsening Dyspnea., Ann Am Thorac Soc. 2021 Jun;18(6):1052-1058. doi: 10.1513/AnnalsATS.202007-825CC. PMID: 34076557

### Non peer reviewed scientific or medical publications/materials in print or other media

59. **Waxman AB**. Invited commentary on Prospective randomized trial comparing pressure-controlled ventilation and volume-controlled ventilation in ARDS. Respiratory Failure and Mechanical Ventilation, Journal Club of the Assembly on Critical Care of the American Thoracic Society. http://www.thoracic.org/assemblies/cc/ccjcframe.html, July 2000

60. **Waxman AB**. Invited commentary on the comfort of breathing: A study with volunteers assessing the influence of various modes of assisted ventilation. Journal Club of the Assembly on Critical Care of American Thoracic Society Respiratory Failure and Mechanical Ventilation, http://www.thoracic.org/assemblies/cc/ccjcframe.html, January 2001

61. **Waxman AB**. Invited commentary on Prevention of Ventilator-associated Pneumonia by Oral Decontamination. A Prospective, Randomized, Double blind, Placebo-controlled Study. Journal Club of the

Assembly on Critical Care of American Thoracic Society Respiratory Failure and Mechanical Ventilation, http://www.thoracic.org/assemblies/cc/ccjcframe.html, September 2001

62. **Waxman AB**. Invited commentary on Tidal Volume Increases Do Not Affect Alveolar Mechanics in Normal Lung But Cause Alveolar Overdistension And Exacerbate Alveolar Instability after Surfactant Deactivation. Respiratory Failure and Mechanical Ventilation, Journal Club of the Assembly on Critical Care of the American Thoracic Society. http://www.thoracic.org/assemblies/cc/ccjcframe.html, February 2003

63. **Waxman AB**. Invited commentary on Noninvasive Ventilation during Persistent Weaning Failure; A Randomized Controlled Trial. Respiratory Failure and Mechanical Ventilation, Journal Club of the Assembly on Critical Care of the American Thoracic Society. http://www.thoracic.org/assemblies/cc/ccjcframe.html, September 2003

64. **Waxman AB**. Invited commentary on Effect of Hemofiltration on Hemodynamics, Lung Inflammation and Pulmonary Edema in a Canine Model of Acute Lung Injury." Respiratory Failure and Mechanical Ventilation, Journal Club of the Assembly on Critical Care of the American Thoracic Society. http://www.thoracic.org/assemblies/cc/ccjcframe.html, June 2004

65. **Waxman AB**. Invited commentary on Differential effects of sustained inflation recruitment maneuvers on alveolar epithelial and lung endothelial injury. Respiratory Failure and Mechanical Ventilation, Journal Club of the Assembly on Critical Care of the American Thoracic Society. http://www.thoracic.org/assemblies/cc/ccjcframe.html, February 2005

66. **Waxman, AB.** Touch Respiratory Interview CHEST 2021: Inhaled Treprostinil in Patients with Interstitial Lung Disease and Associated Pulmonary Hypertension. https://www.touchrespiratory.com/interstitial-lung-disease/conference-hub/aaron-waxman-chest-2021-inhaled-treprostinil-in-patients-with-interstitial-lung-disease-and-associated-pulmonary-hypertension/

### Books/Textbooks for the medical or scientific community

1. Pulmonary Hypertension; Basic Science to Clinical Medicine. Editors: Maron, Bradley A., Zamanian, Roham T., **Waxman, Aaron B.** (Eds.) Springer New York, NY 2016 ISBN 978-3-319-23594-3

2. Clinics in Chest Medicine; Pulmonary Hypertension. Editors: **Waxman, Aaron B.**, Singh, Inderjit, Volume 42, Issue 1 March 2021, Elsevier ISSN: 0272-5231; DOI: 10.1016/S0272-5231(21)00003-4

### Case Reports

1. **Waxman AB**, Shepard J-AO, Mark EJ. Case records of the Massachusetts General Hospital. Weekly clinicopathological exercises. Case 14-2003. A 73-year-old woman with pneumonia and progressive respiratory failure. New England Journal of Medicine 2003; 348:1902-12 PMID: 12736284

2. Menon, A.A., Ruopp, N.F., Parakh, A., Cockrill, B.A., and **Waxman, A.B.**, A Woman with a Repaired Atrial Septal Defect and Pulmonary Hypertension with Worsening Dyspnea. Annals of the American Thoracic Society, 18(6), pp. 1052–1058

### Thesis

1. **Waxman, AB**. The Role of Cell Interactions in the Development of Dendritic Arbors of Hippocampal Neurons in Culture [doctoral thesis] Albany (NY), Albany Medical College, 1988

### Abstracts, Poster Presentations and Exhibits Presented at Professional Meetings

1. R. Oudiz, C. Meyer, M. Chin, J. Feldman, A. Goldsberry, J. McConnell, P.A. McCullough, M. O'Grady, V. Tapson, F. Torres, **A.B. Waxman**, R.J. White, Results of Interim Analysis of the Efficacy and Safety of Bardoxolone Methyl in Patients with Pulmonary Arterial Hypertension Associated with Connective Tissue Disease (CTD) (The LARIAT Study)., American Thoracic Society, Washington D.C. 2017 American Journal of Respiratory and Critical Care Medicine 2017;195:A6896

2. D.M. Systrom, R.K.F. Oliveira, M.U. Faria, **A.B. Waxman**, A.L. Oaklander, Exercise limit in small fiber axonopathy: an invasive cardiopulmonary exercise test study., American Thoracic Society, Washington D.C. 2017

3. D.M. Systrom, R.K.F. Oliveira, M.U. Faria, **A.B. Waxman**, A.L. Oaklander, Exercise limit in small fiber axonopathy: an invasive cardiopulmonary exercise test study., American Thoracic Society, Washington D.C. 2017

4. F.N. Rahaghi, R Radhakrishnan, J Minhas, E Ayala, J Ross, R San Jose Estepar, **AB Waxman**, G.R Washko, CT Measures of Arterial and Venous Geometry in Pre- and Postcapillary Pulmonary Hypertension., American Thoracic Society, Washington D.C. 2017

5. I. Singh, E. Gay, **A.B. Waxman**, A Sweet Remedy for Severe Pulmonary Arterial Hypertension., American Thoracic Society, Washington D.C. 2017

6. W.M. Oldham, R.K.F. Oliveira, R. Wang, A.R. Opotowsky, B.M. Wertheim, G.A. Alba, C. MacRae, D.M. Rubins, J. Loscalzo, J.A. Leopold, **A.B. Waxman**, D.M. Systrom, B.A. Maron, Network Analysis for Diagnosis and Risk Stratification of Cardiopulmonary Patients with Exercise Dysfunction., American Heart Association, Scientific Sessions Anaheim, CA 2017

7. L.M. Yung, I. Nikolic, M. Park, M.F. Kijewski, S. Wang, T. Dinter, G. Bocobo, J. Paolino, A.P. Belanger, S. Dubey, M. Southwood, N. Morrell, B.A. Maron, **A.B. Waxman**, M. DiCarli, P.B. Yu, [89]Zr-Bevacizumab PET Detects Arteriolar Remodeling In Experimental Pulmonary Hypertension., American Heart Association, Scientific Sessions Anaheim, CA 2017

8. **A.B. Waxman**, V.F. Tapson, P.M. Smith, C.Q. Deng, S.D. Nathan, A Multicenter, Randomized, Double-Blinded, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of Inhaled Treprostinil in Subjects with Pulmonary Hypertension due to Parenchymal Lung Disease (Study RIN-PH-201)., A5688 American Thoracic Society, San Diego, CA 2018

9. A.J. Schissler, R.J. Glynn, P.S. Sobieszczyk, **A.B. Waxman**, Ultrasound-assisted catheter-directed thrombolysis (UACDT) compared with anticoagulation alone for treatment of acute submassive pulmonary embolism., A3786 American Thoracic Society, San Diego, CA 2018

10. S. Segrera, P. Joseph, J. Tracy, **A.B. Waxman**, D. M. Systrom, Submaximum exercise testing to evaluate outcomes in pulmonary vasodilator therapy in PAH., A2149 American Thoracic Society, San Diego, CA 2018

11. P. Joseph, J. Tracy, H. Mallidi, **A.B. Waxman**, D. M. Systrom, - Submaximum Exercise Testing to Evaluate Outcomes After Pulmonary Thromboendarterectomy., A3788 American Thoracic Society, San Diego, CA 2018

12. I. Singh, F. N. Rahaghi, M. Faria Urbina, R. K. Oliveira, T. Bachman, **A.B. Waxman**, D. M. Systrom, Right Ventricular-Pulmonary Arterial Uncoupling During Exercise in Pulmonary Hypertension., A4372 American Thoracic Society, San Diego, CA 2018

13. M. Faria Urbina, R. Oliveira, S. Segrera, L. Lawler, **A.B. Waxman**, D. M. Systrom, Impaired Systemic Oxygen Extraction in Treated Exercise Pulmonary Hypertension: A New Engine in an Old Car? A6144 American Thoracic Society, San Diego, CA 2018

14. M. Faria Urbina, R. Oliveira, A. Oaklander, **A.B. Waxman**, D. M. Systrom, Exercise Intolerance in Preload Failure Treated with Pyridostigmine., A6146 - American Thoracic Society, San Diego, CA 2018

15. Y. Han, P. R. Forfia, A. Vaidya, J. A. Mazurek, M. H. Park, G. Ramani, **A.B. Waxman**, Ranolazine and Right Ventricular Function in Patients with Pulmonary Hypertension., A7583 American Thoracic Society, San Diego, CA 2018

16. R. White, C. Meyer, M. Chin, J. P. Feldman, A. Goldsberry, J. W. McConnell, P. A. McCullough, M. O'Grady, V. F. Tapson, F. Torres, **A.B. Waxman**, R. J. Oudiz; Bardoxolone Methyl Increased eGFR in Patients with Pulmonary Arterial Hypertension Associated with Connective Tissue Disease (The LARIAT Study)., A7584 American Thoracic Society, San Diego, CA 2018

17. M. Agarwal, M. Shah, B. Patel, V.J. Nolan, S. Agrawal, L. Garg, V. Anand, G.L. Reed, **A.B. Waxman**, R.J. Oudiz, G. Choudhary, B.A. Maron, Association Between Pulmonary Hypertension and 30-day Hospital Readmission for Congestive Heart Failure. American Heart Association Scientific Sessions, Chicago, IL 2018

18. R. Oliveira, M. Faria Urbina, **A.B. Waxman**, D. M. Systrom, Prognostic Impact of Exercise Pulmonary Hypertension in Patients with Unexplained Dyspnea., American Thoracic Society, Dallas TX, 2019

19. M. Faria Urbina, R. Oliveira, **A.B. Waxman**, D. M. Systrom, Mechanisms of Hyperventilation in Heart Failure with Preserved Ejection Fraction., American Thoracic Society, Dallas, TX 2019

20. S. Ansari, I. de La Bruere, I. Singh, C. E. Come, M. Faria Urbina, J. Leopold, A. Hunsaker, R. San Jose Estepar, G. R. Washko, D. M. Systrom, **A.B. Waxman**, F. N. Rahaghi, Right and Left Pulmonary Artery Dilation in Pulmonary Hypertension., American Thoracic Society, Dallas, TX 2019

21. N. Ruopp, I. De La Bruere, I. Singh, C. E. Come, M. Faria Urbina, J. Leopold, G. R. Washko, R. San Jose Estepar, D. M. Systrom, **A.B. Waxman**, F. N. Rahaghi, Main Pulmonary Artery Dilation in Early/Exercise Pulmonary Hypertension., American Thoracic Society, Dallas TX, 2019

22. I. Singh, R. Oliveira, R. Naeije, F. N. Rahaghi, W. M. Oldham, D. M. Systrom, **A.B. Waxman**, Pulmonary Vascular Distensibility and Early Pulmonary Vascular Remodeling in Pulmonary Hypertension., American Thoracic Society, Dallas, TX 2019

23. J. Sanders, Y. Han, D. M. Systrom, **A.B. Waxman**, Metabolomic Signatures of Exercise-Induced Pulmonary Hypertension Suggest It Physiologically Precedes Overt Pulmonary Hypertension., American Thoracic Society, Dallas, TX 2019

24. L. Yung, P. Yang, T. Dinter, G. Bocobo, Z. Augur, **A.B. Waxman**, D. Man, P. B. Yu, Cyclic Car Peptide Targets Pulmonary Vascular Endothelium and Enhances the Efficacy of Prostacyclin in Experimental Pulmonary Hypertension., American Thoracic Society, Dallas, TX 2019

25. F. N. Rahaghi, I. de La Bruere, I. Singh, P. Nardelli, C. E. Come, M. Faria Urbina, J. Leopold, A. Hunsaker, R. San José Estépar, D. M. Systrom, **A.B. Waxman**, G. R. Washko, Decrease in Intraparenchymal Small Vessel Fraction in Exercise Pulmonary Arterial Hypertension., American Thoracic Society, Dallas, TX 2019

26. P. Joseph, J. Sanders, A. Oaklander, T. C. A. Arevalo Rodriguez, R. Oliveira, M. Faria Urbina, **A.B. Waxman**, D. M. Systrom, The Pathophysiology of Chronic Fatigue Syndrome: Results from an Invasive Cardiopulmonary Exercise Laboratory., American Thoracic Society, Dallas, TX 2019

27. P. Hota, F.N. Rahaghi, R. San Jose Estepar, **A.B. Waxman**, A.R. Hunsaker, Dual Energy Derived Pulmonary Blood Volume Histogram Parameters as Biomarkers of Pulmonary Dysfunction in Acute and Chronic Pulmonary Thromboembolic Disease., Radiological Society of North America, Chicago, IL 2019

28. E. Harder, P.V. Hota, P. Nardelli, G.V. Sánchez-Ferrero, A. R. Hunsaker, **A.B. Waxman**, .G.R. Washko, R. San José Estépar, F. N. Rahaghi, Relationship Between Pulmonary Vascular Pruning and Perfusion Defects in Thromboembolic Lung Disease., American Thoracic Society, Philadelphia, PA, May 2020

29. E.M. Harder, P. Nardelli, J. K. Minhas, **A.B. Waxman**, R. San José Estépar, G. Washko, F. N. Rahaghi, Distal Pulmonary Vascular Pruning in Acute Pulmonary Embolism and Chronic Thromboembolic Pulmonary Hypertension: A Comparison., American Thoracic Society, Philadelphia, PA, May 2020

30. T. Winkler, P. Kohli, V. J. Kelly, E. Gladysheva, M. Kone, K. Hibbert, J. M. Rodriguez-Lopez, D. M. Systrom, **A.B. Waxman**, J. G. Venegas, R. N. Channick, R. S. Harris, Regional Pulmonary Vascular Resistance in Pulmonary Arterial Hypertension., American Thoracic Society, Philadelphia, PA, May 2020

31. D. Badesch, S. Gibbs, M. Gomberg-Maitland, M. Humbert, V. Mclaughlin, I. Preston, R. Souza, **A.B. Waxman**, M. Mutyaba, S. Manimaran, J. Barnes, J. de Oliveira Pena, The PULSAR Study: An Ongoing Phase 2, Double-Blind, Placebo-Controlled, Randomized Study to Compare the Efficacy and Safety of Sotatercept (ACE-011) Versus Placebo When Added to Standard of Care for the Treatment of Pulmonary Arterial Hypertension., American Thoracic Society, Philadelphia, PA, May 2020

32. R. Pari, K. LeWine, **A.B. Waxman**, D.M. Systrom, Follow-up of Treated Pulmonary Arterial Hypertension Using A Submaximum Cardiopulmonary Exercise Test., American Thoracic Society, Philadelphia, PA, May 2020

33. Singh I, Oliveira R, Brown M, Faria Urbina M, **Waxman A** and Systrom D. Right Ventricular-Pulmonary Vascular Uncoupling Threshold During Incremental Exercise A55 EXERCISE RELATED STUDIES AND CLINICAL STUDIES IN PULMONARY VASCULAR DISEASES: American Thoracic Society; 2020: A2069-A2069.

34. Singh I, Oliveira R, Naeije R, Faria Urbina M, **Waxman A** and Systrom D. Systemic Vascular Distensibility Predicts Exercise Capacity in Connective Tissue Disease B39 Dyspnea, neuromuscular disease, mechanics, and imaging: American Thoracic Society; 2020: A3240-A3240.

35. Yu P, Yang P, Yung L-M, Augur Z, Kim S, Dinter T, Bocobo G, Waxman A and Mann D. Cyclic CAR Peptide Modulates the Effects of Treprostinil and Macitentan in Experimental Pulmonary Hypertension D108 What Is Hot, What Is New? Emerging Molecular Targets in Pulmonary Hypertension and Acute Lung Injury: American Thoracic Society; 2020: A7856-A7856

36. A.Waxman, Fong YL, Jatkoe T, Cheng H, Zhou L, Bridges C., Feasibility of microRNA signatures for detection early stage pulmonary hypertension., European Respiratory Society, Vienna Austria, September 2020

37. M.F. Urbina, K. Ung, L.S. Zisman, **A.B. Waxman**, Inspiratory Flow Patterns with Dry Powder Inhalers (DPIs) of Low and Medium Resistance in Subjects with Pulmonary Arterial Hypertension., European Respiratory Society, Vienna Austria, September 2020

38. **A.B. Waxman**, R. Restrepo-Jaramillo, T. Thenappan, A. Ravichandran, P. Smith, E. Borg, L. Edwards, V. Tapson, S.D. Nathan, Impact of Inhaled Treprostinil on Patient Lung Function – Results from the INCREASE Study., American College of Chest Physicians Annual Meeting, Montreal Que, October 2020

39. **A.B. Waxman**, R. Restrepo, T. Thenappan, A. Ravichandran, P. Engel, A. Bajwa, R. Allen, J. Feldman, R. Argula, P. Smith, K. Rollins, L. Edwards, H. Bell, V. Tapson, S.D. Nathan, for the INCREASE study investigators., INCREASE: A Phase III, Multicenter, Randomized, Double-Blinded, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of Inhaled Treprostinil in Subjects with Pulmonary Hypertension due to Parenchymal Lung Disease (NCT02630316)., Pulmonary Vascular Research Institute Annual International Meeting, January 2021

40. V. Tapson, S.D. Nathan, R.E. Girgis, J.R. Runo, R. Bag, A. Talwar, P. Smith, L. Edwards, C.C. Park, **A.B. Waxman**, Efficacy in Subgroups from the INCREASE trial., Pulmonary Vascular Research Institute Annual International Meeting, January 2021

41. R. Pari, K. LeWine, A.B., Waxman, D.M., Systrom, Follow-up Of Treated Pulmonary Arterial Hypertension Using A Submaximum Cardiopulmonary Exercise Test., American Thoracic Society; 2021

42. S.D. Nathan, V.F. Tapson, J. Elwing, F. Rischard, J. Mehta, S. Shapiro, E. Shen, L. Edwards, P. Smith, **A.B. Waxman**, Efficacy of inhaled treprostinil on multiple disease progression events in patients with pulmonary hypertension due to parenchymal lung disease in the INCREASE trial., American Thoracic Society; 2021

43. T. Winkler, P. Kohli, V.J. Kelly, E. Gladysheva, M. Kone, K. Hibbert, J.M. Rodriguez-Lopez, D.M. Systrom, **A.B. Waxman**, J.G. Venegas, R.N. Channick, R.S. Harris, Regional Pulmonary Vascular Resistance in Pulmonary Arterial Hypertension (PAH)., American Thoracic Society; 2021

44. E.M. Harder, P.V. Hota, P. Nardelli, G.V. Sánchez-Ferrero, A.R. Hunsaker, **A.B. Waxman**, G.R. Washko, R. San José Estépar, F.N. Rahaghi, Relationship Between Pulmonary Vascular Pruning and Perfusion Defects in Thromboembolic Lung Disease., American Thoracic Society; 2021

45. E.M. Harder, P. Nardelli, J.K. Minhas, **A.B. Waxman**, R. San José Estépar, G. Washko, F.N. Rahaghi, Distal Pulmonary Vascular Pruning in Acute Pulmonary Embolism and Chronic Thromboembolic Pulmonary Hypertension: A Comparison., American Thoracic Society; 2021

46. E.M. Harder, P. Nardelli, J. Ross, **A.B. Waxman**, R. San José Estépar, G. Washko, F.N. Rahaghi, Comparison of Computed Tomography-Derived Pulmonary Vascular Features between World Symposium on Pulmonary Hypertension Group 1 and 2 Pulmonary Hypertension., American Thoracic Society; 2021

47. D. Badesch, V. Mclaughlin, S. Gibbs, M. Gomberg-Maitland, M. Hoeper, I. Preston, R. Souza, **A.B. Waxman**, M. Mutyaba, S. Manimaran, J. Barnes, J. de Oliveira Pena, M. Humbert, Primary Analysis of The PULSAR Study: An Ongoing Phase 2, Double-Blind, Placebo-Controlled, Randomized Study to Compare the Efficacy and Safety of Sotatercept (ACE-011) Versus Placebo When Added to Standard of Care for the Treatment of Pulmonary Arterial Hypertension (PAH)., American Thoracic Society; 2021

48. D. B. Badesch, S. Gibbs, M. Gomberg-Maitland, M. M. Hoeper, V. V. McLaughlin, I. Preston, R. Souza, **A. B. Waxman**, S. Manimaran, J. Barnes, J. de Oliveira Pena, M. Humbert, PULSAR Study Open-Label Extension: Interim Results from a Phase 2 Study of the Efficacy and Safety of Sotatercept When Added to Standard of Care for the Treatment of Pulmonary Arterial Hypertension (PAH)., American Thoracic Society; 2021

49. **A.B. Waxman**, M. Risbano, R. Frantz, S. Manimaran, J. Lu, F. Rischard, The SPECTRA study: A Phase 2a Single-Arm, Open-Label, Multicenter Exploratory Study to Assess the Effects of Sotatercept for the Treatment of Pulmonary Arterial Hypertension., American Thoracic Society; 2021

50. **A.B. Waxman**, R.T. Zamanian, S. Chan, M. Risbano, F. Rischard. E.M. Horn, M. Jorge, M. Overhage, S. Kennedy, Application of clinical and molecular phenotyping to Pulmonary Hypertension using the TriAxia Health platform., American Thoracic Society; 2021

51. **A.B. Waxman**, R. Restrepo, T. Thenappan, A. Ravichandran, P. Engel, A. Bajwa, R. Allen, J. Feldman, R. Argula, P. Smith, K. Rollins L. Edwards, H. Bell, V. Tapson, S. D. Nathan, for the INCREASE study investigators, INCREASE: A Phase III, Multicenter, Randomized, Double-Blinded, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of Inhaled Treprostinil in Subjects with Pulmonary Hypertension due to Parenchymal Lung Disease (NCT02630316)., Pulmonary Vascular Research Institute, Annual Meeting 2021

52. I. Preston, D. Badesch, H. A. Ghofrani, S. Gibbs, M. Gomberg-Maitland, M. Hoeper, V. McLaughlin, R. Souza, A. Waxman, B. Miller, J. Lu, J. Butler, M. Humbert, Sotatercept Phase 3 Program Design and Rationale: A Novel Treatment for Pulmonary Arterial Hypertension., American Heart Association (AHA) Scientific Sessions 2021

53. V. Tapson, S.D. Nathan, R.E. Girgis, J.R. Runo, R. Bag, A. Talwar, P. Smith, L. Edwards, C.C. Park, **A.B. Waxman**, Efficacy in Patient Subgroups in the INCREASE Trial, a Phase III Trial to Evaluate Inhaled Treprostinil in Patients with Pulmonary Hypertension due to Parenchymal Lung Disease., Pulmonary Vascular Research Institute, Annual Meeting 2021

54. **Waxman, A.B.**, Tapson, V.F., Satterwhite, L., Antkowiak, M., Lammi, M.R., Shen, E., Edwards, L.D., Smith, P., Nathan, S.D., Tolerability of inhaled treprostinil in patients with pulmonary hypertension associated with interstitial lung disease: a post-hoc analysis of the INCREASE study., Pulmonary Hypertension Association PH Professional Network Annual Meeting, 2021

55. Nathan S, Tapson V, Ramani G, Medarov B, Levine D, Burger C, El-Kersh K, Shen E, Rao Y, Smith P,

43

**Waxman A**. Comparison of effects of inhaled treprostinil on lung function in patients with pulmonary hypertension associated with interstitial lung disease and pulmonary arterial hypertension. CHEST 2021; 160: A2244-A2246.

56. **Waxman A**, Nathan S, Fisher M, James Ford H, Gagermeier J, Parambil J, Raina A, Zwicke D, Gerke A, Shen E, Lee D, Rao Y, Tapson V. Dose response analysis of inhaled treprostinil in pulmonary hypertension associated with interstitial lung disease and its effects on clinical worsening. CHEST 2021; 160: A2279-A2280.

57. **Waxman A**, Tapson V, Girgis R, Runo J, Bag R, Talwar A, Smith P, Johnson D, Park C, Nathan S. The impact of hemodynamic parameters on inhaled treprostinil treatment response: a subgroup analysis from the increase trial. CHEST 2021; 160: A2265-A2266.

58. Yu, P. B., T. Covington, H. Song, A. B. Waxman, M. Southwood, N. W. Morrell, F. N. Rahaghi, M. DiCarli, J. Bruey, L. Zisman, H. Jacene, [68]Ga-Dotatate PET Imaging in Pulmonary Arterial Hypertension., American Thoracic Society International Meeting, May 2022, San Francisco, CA

59. M. Humbert, V. McLaughlin, J. S. R. Gibbs, M. Gomberg-Maitland, M. M. Hoeper, I. R. Preston, R. Souza, A. B. Waxman, H-A. Ghofrani, P. E. Subias, J. Feldman, G. Meyer, D. Montani, K. Olsson, S. Manimaran, J. de Oliveira Pena, D. B. Badesch, PULSAR Open-Label Extension: Long-term Efficacy and Safety of Sotatercept for the Treatment of Pulmonary Arterial Hypertension (PAH)., American Thoracic Society International Meeting, May 2022, San Francisco, CA

60. E. M. Harder, D. M. Systrom, A. B. Waxman, Distensibility with inhaled nitric oxide as a predictor of a treatment response in WSPH Group 3 pulmonary hypertension., American Thoracic Society International Meeting, May 2022, San Francisco, CA

61.

**Narrative Report** (limit to 500 words)

With my background in biology, expertise in critical care and cardiopulmonary physiology, the unifying theme for my academic activities is pulmonary vascular disease (PVD). My contributions include improving our understanding of disease mechanism, evaluating new treatments and novel management approaches, and delivering multi-disciplinary high-quality care.

I developed a comprehensive PVD program to provide state of the art care to complex patients, engage in multi-disciplinary collaborative research, and provide education and training to trainees and colleagues throughout the world. Clinical efforts focus on improving diagnosis, risk stratification, and management. I have developed clinical protocols for quality improvement and patient management; have obtained support for new clinical trials, and initiated studies for innovative application of existing technology. I proposed, obtained funding for, and established the Multidisciplinary Dyspnea/Exercise Intolerance Evaluation Center that brought together a group of experts to develop efficient and effective approaches to assessing and treating the patient with unexplained exertional intolerance. The primary goal of the program is to provide a simplified referral process so that clinicians no longer must decide what specialist to send patients to. Having been appointed the Executive Director of the Center for Pulmonary Heart Disease, a collaborative multidisciplinary academic center focused on the right heart system, my present efforts focus on directing this multidisciplinary program. I lead the pulmonary vascular clinical service, attend in intensive care/internal medicine, and maintain a specialty outpatient practice.

An important mission of our PVD research program is to discover understand the pathobiology of the pulmonary vasculature that leads to disease and to test hypotheses about these findings in experimental models of the disease. My own research has focused on the inflammatory mediators that drive pulmonary vascular remodeling. We found, using a transgenic animal model, that IL-6 signaling can regulate the balance of cell death proteins, and replicates most of the features of human pulmonary arterial hypertension. This has been a steppingstone to better understand the complex interplay between inflammation, cell death regulation, and abnormal proliferation that forms the backbone of my ongoing research program. We have utilized invasive cardiopulmonary exercise testing to deeply phenotype patients with pulmonary vascular disease to better understand the progression from early subclinical phases of disease to more advanced, life threatening stages. This has provided insight into the regulatory molecular and cellular pathways for potential targeted therapies.

I teach at all levels and have mentored ~20 postdoctoral fellows, and 1 predoctoral student. I have leadership roles in educational initiatives nationally and internationally and have organized educational programs for patients and care givers, and organized community outreach. I lead efforts that contribute to our understanding of disease mechanism and promote rigorous evidence-based clinical care. I am actively working to promote research in four primary areas for the program at large: cell and molecular biology, experimental models of PVD and right heart failure, clinical investigation/trials of PVD, and cardiopulmonary exercise physiology. Complementing our research and patient care, a closely aligned educational and training mission will continue to accompany both my individual and programmatic activities.

**PILAR WYMAN**
Washington, DC 20024 -- USA
████████████ | Email: pilarw@wymanindexing.com
LinkedIn: WymanIndexing

## CHIEF INDEXER & CONSULTANT, WYMAN INDEXING (1990 to date)

Freelance Indexing and Consulting Services. I write back-of-the-book style indexes with Cindex™ and Index-Manager (Idx) software in English, French, and Spanish. I embed indexes with InDesign and MSWord, and I tag with HTML or XML. I provide related consulting services for metadata, indexes, and legal cases.

## INDEXING CLIENTS (partial list)

American Geriatrics Society (AGS); American Institute of Mathematics (AIMath); Bill of Rights Institute; Cengage Learning; Elsevier Science; Foley & Lardner, LLP; Georgetown University Press; Health Professions Press; International Society for Technology in Education (ISTE); Johns Hopkins University Applied Physics Laboratory (JHU/APL); Library of Congress; Oxford University Press (OUP); UNESCO; US House of Representatives; Wiley

## INDEXING SPECIALTIES

I have indexed over 1,500 titles to date in the following subject areas:
art -- biography -- clinical medicine -- economics -- education -- health care -- history -- linguistics -- maritime studies -- mathematics -- nursing -- political science -- religion -- social science -- technology -- current events

## PRESENTATIONS & PUBLICATIONS (1995 to date)

I have been on the forefront of my profession in many ways, including writing and speaking. Please visit my website for full lists of these articles and presentations: www.wymanindexing.com.

## PROFESSIONAL SUMMARY

National Information Standards Organization (NISO) Criteria for Indexes (Z39.4) Workgroup, Co-Chair (2018-present)
European Medical Writers Association (EMWA), member since 2018
Index-Manager Regional Sales Manager, USA/Canada (2017-present)
Institute of Certified Indexers (ICI) Founding Member (2010)
American Society for Indexing (ASI), member since 1990; Chair, Washington, DC Chapter ('95-'96); Editor, *Key Words* ('00-'06); International Representative ('07-'18); President ('12-'13)
American Medical Writers Association (AMWA), member since 1995
Society for Technical Communication (STC); co-Editor, *A to Z: The Newsletter of STC's Indexing SIG* ('97-'98); Judge, International Competition ('04-'06, 2011)

## EMPLOYMENT SUMMARY

**Computer Teacher / Tech Support** (2005-2011)      Key School, Annapolis, MD
**Assistant Librarian** (2000-2005)

**Associate Indexer** (1989-1993, 1983-1986)        M. L. Coughlin, Editorial Services, Annapolis, MD

**Teacher**
1996-2012                                            Basic Indexing, Applied Indexing (USDA Graduate School)
1983-1989                                            Mathematics, Junior Great Books, English as a Foreign
                                                     Language, adult education courses

**Manager/Editor** (Spring, 1987)                    *Qué Pasa*, U.S. Embassy, Madrid, Spain

**Computer Supervisor**
Spring, 1987                                          Washington Irving Cultural Center, Madrid, Spain
1984-1985                                             La Fuente, A Design Collaborative, Santa Fe, NM

**Research Assistant** (Summer, 1979)                Middle East Bureau, *The Washington Post*, Cairo, Egypt

## EDUCATION

National Science Foundation Minority Graduate Fellow, Mathematics
   University of California at Berkeley, and Mills College, Oakland, CA, 1987-1989
St. John's College, Annapolis, MD and Santa Fe, NM
   B.A. Liberal Arts, May 1986

IPR2021-00406
United Therapeutics EX2042

EXHIBIT 16

**EXHIBIT 16**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 20-755-RGA-JLH |
| v. | ) | |
| | ) | **HIGHLY CONFIDENTIAL** |
| LIQUIDIA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

<u>**CURRICULUM VITAE OF DEFENDANT'S EXPERT WITNESSES**</u>

# John Fuson, J.D.

 **Crowell**



# John Fuson

## Partner

Washington, D.C.
jfuson@crowell.com
Phone: +1.202.624.2910
Fax: +1.202.628.5116

## Practices

- Health Care Fraud & Abuse
- Health Care
- Product Risk Management
- White Collar & Regulatory Enforcement
- Coronavirus (COVID-19) Response Team
- Life Sciences
- Regulatory & Policy
- Administrative Law & Regulatory
- Emerging Companies & Venture Capital
- Health Care Policy & Government Affairs
- Pharmaceutical Industry & Prescription Drugs
- Medical Devices
- Crisis Management & Prevention
- Regulatory Due Diligence
- Mass Tort, Product, and Consumer Litigation

*To see full list, visit crowell.com.*

**John Fuson** is a partner in the firm's Health Care, Product Risk Management (PRM), and White Collar and Regulatory Enforcement groups, focusing on U.S. Food and Drug Administration (FDA) enforcement and counseling matters.

John's FDA counseling is informed by his role as associate chief counsel at the FDA, prior to joining Crowell & Moring. In this position, he had broad law enforcement responsibilities, handling major enforcement actions brought by the agency, including seizure actions, injunction actions, actions for civil money penalties, and contempt actions. His cases involved drugs, devices, food, and veterinary drugs.

Building on his FDA experience, John is able to offer clients invaluable perspective on FDA matters. He has an insider's understanding of how the agency thinks, applying its public health focus to his client's needs regarding product risks and benefits. John also understands the importance of having a strong, trusted relationship with the FDA, and he works with clients to help them develop that. He regularly counsels clients on their critical interactions with the agency, including advising on product approval strategies, reporting obligations, manufacturing practice compliance, labeling concerns, and product recalls. Clients also turn to John for help with answering agency inquiries, handling facility inspections, and responding to observations and warning letters.

Building on his FDA experience, John works primarily with clients in the food, medical device and pharmaceutical industries. He also provides clients in the electronic nicotine delivery industry regulatory guidance related to the Family Smoking Prevention and Tobacco Control Act.

*Attorney advertising—prior results do not guarantee a similar outcome.*                                                      John Fuson



**Food Industry:** John helps food industry clients navigate new obligations under the Food Safety Modernization Act, handle the burdens of preventive control inspections, evaluate safety risks, and manage product recalls. He also counsels clients on food labeling questions. In these matters, he considers not only the regulatory requirements, but also helps clients balance competitive marketing claims and the threat of false advertising litigation.

**Medical Device Manufacturers:** John helps medical device manufacturers understand their pathways to market, particularly as FDA seeks to open access to new digital technologies. As they develop claims on labeling and other materials, John helps clients understand risk in competitive marketing environments, including safety concerns, reporting obligations, and Quality System Regulation compliance.

**Drug Manufacturers:** John assists drug manufacturers with compliance and enforcement matters, focusing on FDA inspections, current good manufacturing practice (GMP) requirements, and data integrity responsibilities. When clients receive inspectional observations, warning letters, and other communications, he helps clients efficiently and effectively respond to agency concerns.

**Family Smoking Prevention and Tobacco Control Act:** John counsels clients on emerging obligations under the Family Smoking Prevention and Tobacco Control Act, particularly as they relate to FDA's attempts to balance concerns with electronic nicotine delivery systems and its desire to make tools available to help individuals quit smoking conventional cigarettes.

**Animal Food and Veterinary Drugs:** While at FDA, John oversaw injunction actions against dairy farms for improper use of new animal drugs and failure to control medicated livestock, oversaw a mass seizure of adulterated pet food from a dirty warehouse, and worked with agency experts to develop an enforcement strategy against distributors of unlawfully compounded new animal drugs. Today, he advises clients on a range of product labeling, content, and manufacturing issues.

John was born in Ohio and grew up in Southern California. He received his B.A. from Grinnell College in Iowa and received his J.D. from the University of Pennsylvania Law School. After law school, he clerked for Judge Marsha S. Berzon on the U.S. Court of Appeals for the Ninth Circuit and now lives with his family in Washington, D.C. **Government Experience**

- Department of Health & Human Services—Associate Chief Counsel, Office of Chief Counsel, Food and Drug Administration (2007-2012)

*Attorney advertising—prior results do not guarantee a similar outcome.*                                                                      John Fuson



**Admissions/Affiliations**

Admitted to practice: District of Columbia, California (inactive)

**Education**

- Grinnell College, B.A. history (1993)
- University of Pennsylvania Law School, J.D. (2000)

**Recent Highlights, News & Knowledge**

| | |
|---|---|
| "Torts & Product Liability Issues," Crowell & Moring's Supply Chain Webinar Series (January 12, 2022). Speakers: Rebecca Baden Chaney, John Fuson, Cheryl A. Falvey, Warren Lehrenbaum, and Carolyn W. Wagner. | *Speech/Presentation* |
| "FDA Solicits Input on Regulatory Approach to 3D Printing of Medical Devices at the Point of Care," *Mass Tort, Product, and Consumer Litigation Alert* (December 13, 2021). Contacts: John Fuson, Hilary Johnson | *Client Alert/Newsletter* |
| DEAL NOTE: Crowell & Moring Advises Marshall Wace on Series D Investment in InBrace (September 15, 2021) | *Firm News/Announcement* |
| Pfizer's Newest Vaccine Plant Has Persistent Mold Issues, History of Recalls — *Kaiser Health News* (March 10, 2021) | *Press Coverage* |
| "FDA and the Response to COVID: Lessons Learned, and Where the Agency Goes From Here," Healthcare Ounce of Prevention Seminar (HOOPS) 2021: Health Care in the Biden Era (February 23, 2021). Presenters: John Fuson, Chalana N. Damron, and Nicholas J. Diamond. | *Speech/Presentation* |
| "GAO Calls on FDA to Prepare to Resume Inspections of Drug Manufacturers," *Administrative Law Alert* (February 9, 2021). Contacts: John Fuson, Eryn Howington | *Client Alert/Newsletter* |
| "What legal challenges are presented by availability of a COVID vaccine?" Crowell & Moring Webinar (December 10, 2020). | *Speech/Presentation* |



| | |
|---|---|
| Speakers: Cheryl A. Falvey, John Fuson, Thomas P. Gies, and Katie Erno. | |
| "What Lessons Can Be Learned from Food and Drug Administration Activity in 2020, and How Can Manufacturers of COVID Countermeasures Reduce Risk and Optimize Opportunities?" Crowell & Moring Webinar (December 7, 2020). Presenters: Cheryl A. Falvey, John Fuson, Lauren Aronson, Chalana N. Damron, and Hilary Johnson. | *Speech/Presentation* |
| US FDA Gets Lesson In 'Unintended Consequences' From Relaxing Sanitizer Production Standards — *HBW* (December 7, 2020) | *Press Coverage* |
| "FDA Postpones DSCSA Provision Enforcement by Three Years," *Mass Tort, Product, and Consumer Litigation Alert* (November 5, 2020). Contacts: John Fuson, Andrew D. Kaplan, Luke Bresnahan | *Client Alert/Newsletter* |

# Igor Gonda, Ph.D.

**Igor Gonda, PhD**
**683 Main Street, B24**
**Dennis MA 02638**

_____

**EMPLOYMENT HISTORY/BOARDS**

2020-
Inspiring Pty Ltd (Australia)
Non-executive Board member

2020-
Scendea (UK)
Principal Consultant

2018-
Respidex LLC – Founder and CEO
Consulting for pharmaceutical and medical device companies

March 2013 – October 2019
Board Director, The Alpha-1 Project (fully owned subsidiary of the Alpha-1 Foundation)

August 2006 – February 2018:
Chief Executive Officer and President of Aradigm Corporation, Board Member (2001-2018), Hayward, CA

December 2001 – 2006:
Chief Executive Officer and Managing Director, Board Member, Acrux Limited, Melbourne, VIC, Australia

July 2000 – December 2001:
Chief Scientific Officer, Aradigm Corporation, Hayward, CA

October 1995 – June 2000:
Vice President, Research and Development, Aradigm Corporation, Hayward, CA

January – September 1995:
Senior Scientist and Group Leader, Pharmaceutics, Pharmaceutical R&D, Genentech, Inc., South San Francisco, CA

February 1992 – December 1994:
Senior Scientist and Group Leader, Aerosol Drug Delivery Group, Pharmaceutical R&D, Genentech, Inc., South San Francisco, CA

September 1983 – January 1992:
Senior Lecturer/Lecturer, Department of Pharmacy, University of Sydney

1

January – July 1990:
Visiting Associate Professor, School of Public Health, Johns Hopkins University, Baltimore, MD

July – December 1989:
Visiting Scientist, Advanced Drug Delivery Research, Ciba-Geigy, Horsham, England

1982 – 1983:
Research Scholar, School of Mathematics, Physics and Chemistry, Macquarie University, Sydney, Australia

Summer 1978:
Senior Visiting Research Fellow, Department of Chemistry, Clarkson College of Technology, Potsdam, NY

October 1975 – August 1982:
Lecturer, Department Pharmacy, University of Aston in Birmingham, UK

October 1974 – September 1975:
Project Chemist, Nicholas Research Laboratories, Slough, UK

**Degrees**

BSc (Chemistry) and PhD (Physical Chemistry), University of Leeds, England


**KEY PROFESSIONAL EXPERIENCE AND ACHIEVEMENTS**

Invited speaker and session chairperson at many national and international scientific, business development and investor conferences, member of editorial boards of several journals in the areas of pharmaceutical sciences and drug delivery.

| | |
|---|---|
| 1978 | External Examiner in Pharmaceutics, University of Dar-es-Salaam, Tanzania |
| 1979 -1981 | Course Tutor (Chemistry), Open University, UK |
| 1982 -1988 | Member of the `Ad Hoc' Committee on Standards for Aerosol Inhalations, British Pharmacopoeia Commission |
| 1986 & 1987 | Visiting Research Professor, Department of Pharmaceutics, Hoshi University, Tokyo, Japan |
| 1986 - 1992 | External Evaluator for the Drug Marketing Approval Submissions to NBSL, Canberra |
| 1986 & 1987 | Examiner for PhD students, University of Queensland, St. Lucia |
| 1989 -  91 | Member of the Working Party on Metered Dose Aerosols,Australian Drug Evaluation Committee |

2

| | |
|---|---|
| 1990/91 | Co-organizer of the Satellite Symposium, "Aerosols for 1990's -Putting Respiratory Therapy in the Right Place", organized by the Thoracic Society of Australia and New Zealand and the Australian Society of Respiratory Technology, April 1990, Lorne, Victoria |
| 1990 - 91 | Member of the Working Party on the Therapeutic Goods Order for Metered Dose Pressurized Inhalations, Therapeutics Goods Administration, Canberra, Australia |
| 1990- 92 | Convenor of an international symposium on "Advances in Delivery of Therapeutic and Diagnostic Agents" sponsored by the Australian Pharmaceutical Sciences Association, Controlled Release Society, the Australasian Society for Clinical and Experimental Pharmacology and the Royal Australian Chemical, Institute - Polymer Division |
| 1991-92 | President, the Australasian Pharmaceutical Science Association |
| 1991-95 | Member of the International Board, International Society for Aerosols in Medicine |
| 1991-92 | Representative on the International Membership Committee, The Controlled Release Society |
| 1997 | Co-organizer with M. Newhouse and A.R. Clark of ISAM Focus Symposium "Towards meaningful laboratory tests for evaluation of pharmaceutical aerosols", San Juan, Puerto Rico |
| 2001-2 | Founding Member of the Board of Directors, International Pharmaceutical Aerosols Consortium – Regulatory Science |
| 2001 | Astra-Zeneca Industrial Achievement Award |
| 2004 | The Thomas T. Mercer Joint Prize of the International Society for Aerosols in Medicine and the American Association for Aerosol Research, for Excellence in Pharmaceutical Aerosols and Inhalable Materials |
| 2004 - 2006 | Member of the Australian Stock Exchange/Ausbiotech working group for the development of the Code of Best Practice of Reporting by Life Science Companies |
| 2013 | Member of the External Advisory Panel, California Institute of Regenerative Medicine, San Francisco, CA, USA |
| 2018 – | California Life Sciences Institute Advisor |

3

**PATENTS and PUBLICATIONS**

More than 120 issued patents and patent applications in USA, plus a large number of issued and pending patents in other countries.

Author of well over 100 research articles, invited reviews and book chapters in the areas of treatment of respiratory diseases, pulmonary drug delivery and other aspects of clinical and  pharmaceutical sciences.

4

# Sylvia D. Hall-Ellis, Ph.D.

Sylvia D. Hall-Ellis, Ph.D.

**CURRICULUM VITAE SYLVIA D. HALL-ELLIS**

**EDUCATION**

Ph.D., University of Pittsburgh, Pittsburgh, Pennsylvania, 1985
M.P.S., University of Denver, Denver, Colorado, 2014
Post Graduate Studies, University of Texas – San Antonio, Texas, 1975-1976
M.L.S., University of North Texas, Denton, Texas, 1972 B.A.,
Rockford University, Rockford, Illinois, 1971

**PROFESSIONAL EXPERIENCE**

1981-  **Consultant for higher education, non-profit organizations, and corporations.**

2002-  **Adjunct Professor, School of Information, San José State University, San José, California.** Serve as part-time faculty member teaching graduate students in technical services (cataloging, bibliographic control, classification), "core courses," and special topics.

2014-2016  **Director, Grants and Resource Development, Colorado Community College System.** Provided leadership and vision to foster the continued growth of rigorous scholarship, innovative projects, and creative work for statewide system, 13 campuses, and 50 teaching sites serving 155,000 students. Responsible for leadership and ensured efficient functioning of contract and grants in compliance with state & federal requirements and successful implementation and management. Served as a subject matter expert and liaison for college Grant Directors for all issues relating to grants and subcontracts.

2010-2014  **Senior Grant Administrator, Morgridge College of Education, University of Denver (Colorado).** Provided leadership and vision to foster continued growth of rigorous scholarship, innovative research, and creative work in the Morgridge College of Education. Ensure that contract and grants processes function effectively and efficiently for 60 faculty and researchers with a focus on the successful progression and efficient management of grants totaling $13M. Worked effectively and collegially with Department Chairs and Program Coordinators on operational grant-related management activities and with a broad range of internal and external constituencies. Supported the dissemination and promotion of faculty research and scholarship to outside constituents at conferences and through publications. Assisted Principal Investigators and grant project teams by coaching, mentoring, and financial management.

2011-2013  **Interim Director & Assistant Dean, Westminster Law Library, Sturm College of Law, University of Denver.** Planned, organized, and directed all administrative activities for the library serving students, faculty, and alumni; oversaw the employment, retention, promotion, transfer and termination of library personnel; represented the library at professional conferences and public meetings; created and promoted a climate and culture of acceptance for new programs and services, a positive high-quality image of the law library, and that reflect the organization's values, encourage excellent performance, and reward high productivity and innovation; provided leadership and set strategic direction of the organization; ensured that the library provided excellent customer service through solution-oriented staff response to patron needs and by responsiveness and continuous improvement of the organization; promoted, developed, and maintained positive working relationships with colleagues and customers including key stakeholders and groups, higher education institutions, the legal community, other regional libraries and districts statewide, and national library organizations.

| | |
|---|---|
| **2007-2014** | **Associate Professor, Library & Information Science, Morgridge College of Education, University of Denver (Colorado).** Served in leadership role and worked collaboratively in program, college, campus and community environments. Advised and supervised students, taught core and specialized courses at the graduate level in an integrative, student-centered learning environment. Served on LIS, College, and University committees, and maintained working relationships with colleagues in other academic units and information professionals in the Rocky Mountain region and beyond. Served on and chair doctoral student dissertation committees. Oversaw and facilitated the College and LIS graduate student association. |
| **2002-2007** | **Assistant Professor, Library & Information Science, College of Education, University of Denver (Colorado).** Served as tenure-track faculty member teaching graduate students in "core courses," resource description and access, service learning, and independent studies. Advised graduate students, participate on LIS and College committees, and serve on doctoral student dissertation committees. Oversaw and facilitated the LIS graduate student association and alumni association. |
| **2000-2002** | **Affiliate Faculty, Library & Information Science, College of Education, University of Denver (Colorado).** Served as part-time faculty member teaching graduate students in technical services (cataloging, bibliographic control, classification), "core courses," and special topics. Oversaw and facilitated the LIS graduate student association and alumni association. |
| **2000-2001** | **Special Assistant to the Secretary's Regional Representative, U.S. Department of Education, Region VIII, Denver, Colorado.** Served as the principal advisor and representative of the U. S. Secretary of Education's Regional Representative (SRR). Ensured the implementation of major goals of the SRR and the Secretary. Provided leadership on behalf of the SRR in contacts with high-level officials in Region VIII requiring sensitive policy interpretation in communication with senior Department officials to solve problems and resolve issues raised by State and local education officials. Served as the primary contact for School-to-Work/Career, Children's Health Insurance Program, and Safe and Drug-Free Schools. Delivered technical assistance to local education agencies and institutions of higher education in technology, professional development, and school construction. |
| **1999-2000** | **Catalog Librarian, Jefferson County Public Library, Lakewood, Colorado.** Performed original, copy cataloging and classification of library materials (English and Spanish) using standard library protocols; completed original descriptive cataloging and subject analysis; enhanced brief catalog and authority records in III. |
| **1997-1999** | **Development Officer, McREL International, Aurora, Colorado.** Served as senior member of corporate management team in strategic planning, development of proposals and contracts, implementation, and evaluation of new services, products, and programs for educational agencies. Provided creative leadership to corporate committees to solicit ideas, identify goals and objectives, plan, develop, present, and evaluate professional development opportunities. |
| **1995-1997** | **Education Specialist, Education Service Center, Region One, Edinburg, Texas.** Served as member of Administrative Cabinet team in strategic planning, development of proposals and contracts, implementation, and evaluation of telecommunications capabilities, services, products, and programs for 40 school districts serving 283,000 students in 7 counties. Provided creative leadership to regional and state committees to solicit ideas, identify strategic goals and objectives, plan, develop, present, and evaluate funding opportunities and professional development for 400 librarians. |

| | |
|---|---|
| **1993-1996** | **Assistant Professor of Library Science, Sam Houston State University, Huntsville, Texas.** Served a faculty member teaching 400 graduate students in technical services (cataloging, bibliographic control, classification), automation, and networking. Participated in distance education program and coordinated annual conference. Conducted university and Texas Library Association-funded field research focused on library collection development and academic achievement. |
| **1992-1993** | **Head Librarian, Rocky Mountain College of Art & Design, Denver, Colorado.** Responsible for the daily operation, selection and acquisition of materials, formulation of policies for library operations, media center, and photography/slides archives. Designed and implemented library automation and delivery of electronic resources to college community. |
| **1981-1985** | **Development Officer, PRLC, Inc., Pittsburgh, Pennsylvania.** Served as senior member of corporate management team in strategic planning, development of proposals and contracts, implementation, and evaluation of new services, products, and programs for 100 institutional member organizations. Coordinated the development of proposals and contracts totaling $4,000,000 annually. Provided creative leadership to corporate committees to solicit ideas, identify goals and objectives, plan, develop, present, and evaluate professional development opportunities. |
| **1981** | **Director of Library Development, Pennsylvania Department of Education, Harrisburg, Pennsylvania.** Responsible for statewide development, technical assistance, professional development, resource sharing, children's services, institutional library services, networking, and state aid program for all libraries throughout the Commonwealth. Functioned as liaison to Governor's Advisory Council, LSCA Advisory Council, District Administrators, private colleges, universities, consortia managers, and network directors. Supervised $14,000,000 formula-based state aid program and $3,000,000 grant awards to individual libraries, consortia, and networks. |
| **1978-1981** | **Assistant Director, Southern Tier Library System, Corning, New York.** Coordinated operation of system-wide programs (technical assistance, professional development, resource sharing, technical services, outreach) to 40 public libraries in 5 counties serving 500,000 residents. Solicited ideas, identified goals, sponsored, and evaluated professional development opportunities and technical assistance sessions. |
| **1976-1978** | **Division Librarian for Technical Services, Corpus Christi Public Libraries, Corpus Christi, Texas.** Provided leadership in acquisitions, cataloging, serials control, and processing for main library and 4 branches serving 250,000 residents. Participated as senior member of library management team. Compiled and prepared technical evaluations, reports, and statistical analyses of Division operations to measure the achievement and cost of annual goals, objectives, and staff performance. |
| **1975-1976** | **System Coordinator, San Antonio Major Resource Center, San Antonio, Texas.** Served as senior member of the management team for District X Office, charged to provide technical assistance, resource sharing, media services, and professional development to librarians and staff representing 30 public library jurisdictions in 21 counties serving 1,500,000 residents. Functioned as liaison to System Director, staff, and members of governing bodies with the System Board of Directors and the Texas State Library and Historical Commission. Prepared LSCA grant applications and monitored awards totaling $1,100,000 annually. |

**1973-1975**    **Bilingual Branch Librarian, San Antonio Public Library, San Antonio, Texas.** Worked as librarian providing reference, information, and readers' advisory services in branch serving 50,000 Spanish-speaking residents in southwest San Antonio. Participated in collection development and resource acquisition activities, specializing in children's work, Spanish language resources, and multicultural studies.

**1972-1973**    **Librarian, Holding Institute, Laredo, Texas.** Worked as high school librarian serving 500 boarding students in Spanish-speaking environment of private school. Provided reference, research assistance, and library instruction to students and 35 faculty members.

**1966-1971**    **Rockford Public Library, Rockford, Illinois.** Worked in branches as part-time as a Library Assistant, Clerk, and Page in city library serving 150,000 residents.

## PUBLICATIONS

**Editor-reviewed Monographs (Completed and in Progress)**

Hall-Ellis, Sylvia D., and Mary Beth Weber. *Contemporary Cataloging in an RDA Environment: A Handbook for Students and Practitioners.* Chicago, IL: American Library Association. Under contract & In development.

*RDA Testing: Lessons Learned and Challenges Revealed.* Sylvia D. Hall-Ellis and Robert O. Ellett, Jr., eds. Binghamton, N.Y.: Haworth, 2012. 128 p.

Hall-Ellis, Sylvia D., Stacey L. Bowers, Christopher D. Hudson, and M. Claire Williamson. *Librarian's Handbook for Seeking, Writing, and Managing Grants.* Santa Barbara, Calif.: Libraries Unlimited, 2011. 315 p.

Hall-Ellis, Sylvia D., with Ann Jerabek, and Merrie W. Valliant. *Contemporary Cataloging: A Handbook for Practitioners and Students.* Open access text. Athens, GA: University of Georgia System Regents, 2011. 767 p.

Grealy, Deborah S. and Sylvia D. Hall-Ellis. *From Research to Practice: The Scholarship of Teaching and Learning in LIS Education.* Westport, Conn.: Libraries Unlimited, 2009. 175 p.

Hall-Ellis, Sylvia D. with J. Ann Jerabek. *Grants for School Libraries.* Westport, Conn.: Libraries Unlimited, 2003. 197 p.

Hall-Ellis, Sylvia D., Doris Meyer, Frank W. Hoffmann, with J. Ann Jerabek. *Grant Writing for Small Libraries and School Library Media Centers.* Boulder, Colo.: NetLibrary, 2001. 173 p.

Hall-Ellis, Sylvia D., Doris Meyer, Frank W. Hoffmann, with J. Ann Jerabek. *Grant Writing for Small Libraries and School Library Media Centers.* Englewood, Colo: Libraries Unlimited, 2000. 173 p.

**Editor-reviewed Chapters (Completed and In Progress)**

Hall-Ellis, Sylvia D. "Prepared to Lead: Talent, Skills, and Competencies." In *Telling the Technical Services Story.* Chicago, IL: American Library Association, 2020. In development and review.

Hall-Ellis, Sylvia D. "Grant Writing and Sponsored Research Funding for Academic Librarians." In *The New Librarianship.* Vol. 4. Bradford Lee Eden, ed. New York: Scarecrow Press, 2015. (pp. 163-174)

Hall-Ellis, Sylvia D. "Organizing Information: Technical Services." In *Information Services Today: An Introduction.* Sandra Hirsch, ed. Lantham, Md.: Rowman and Littlefield, 2015. (pp. 139-148)

Hall-Ellis, Sylvia D. "Metadata, MARC, and More." In *Rethinking Technical Services, Considering Our Profession and Ourselves: What's the Future of Our Profession?* Mary Beth Weber, ed. Lantham, Md.: Rowman and Littlefield, 2015. (pp. 29-55)

Hall-Ellis, Sylvia D., ed. "Contingent Faculty: Non-Tenure Track Faculty Series." In the *Faculty Personnel Guidelines Relating to Appointment, Promotion, and Tenure.* November 2011. Denver, Colo.: University of Denver, 2011. 42 p.

Hall-Ellis, Sylvia D., ed. "Standard VII: Information Resources." In the *Sturm College of Law Self-Study Presentation for Accreditation by the American Bar Association.* Denver, Colo.: University of Denver, Sturm College of Law, 2011. 20 p.

Hall-Ellis, Sylvia D. "Applying for Grants from Foundations, Corporations, or Government." In *The Volunteers' Guide to Fundraising: Raise Money for Your School Team, Library or Community Group.* 1st ed. Ilona M. Bray, ed. Berkeley, Calif.: Nolo, 2011. (pp. 1-38 on accompanying disc)

Hall-Ellis, Sylvia D., ed. "Standard III: The Faculty." In the *Library and Information Science Program Self-Study Document for Accreditation by the American Library Association.* Denver, Colo.: University of Denver, Morgridge College of Education, 2010. 22 p.

Hall-Ellis, Sylvia D. "Library and Information Science Programs and Education for Catalogers and Metadata Specialists: Challenges for the Twenty-first Century." In *Conversations with Catalogers in the Twenty-First Century.* Elaine R. Sanchez, ed. Santa Barbara, Calif.: ABC-Clio, 2010. (pp. 226-254)

Hall-Ellis, Sylvia D., ed. "Standard III: The Faculty." In the *Library and Information Science Program Self-Study Document for Accreditation by the American Library Association.* Denver, Colo.: University of Denver, College of Education, 2003. 15 p.

Lesesne, Teri S. and Sylvia D. Hall-Ellis. "The Selection, Evaluation, and Integration of Culturally Authentic Texts: A Case for Making the Online Catalog Reflect Parallel Cultures." In *Literacy: Traditional, Cultural, Technological.* Pittsburgh, Pa.: International Association of School Librarianship, 1995. (pp. 110-113)

Lesesne, Teri S. and Sylvia D. Hall-Ellis. *The Selection, Evaluation, and Integration of Culturally Authentic Texts: A Case for Making the Online Catalog Reflect Parallel Cultures.* In *Conference Proceedings* of the 23rd Annual International Association of School Librarianship, Pittsburgh, Pennsylvania, July 17-22, 1994. ERIC Document ED374816. 17 p.

Hall-Ellis, Sylvia D. "Curriculum Folio for School Library Media Specialist Programs." In the *National Council for Accreditation of Teacher Education Self-Study for Sam Houston State University.* Huntsville, Tex.: Sam Houston State University, College of Education and Applied Science, 1994. 25 p.

Bruntjen, Scott and Sylvia D. Hall. "Attempting to Automate: Lessons Learned Over Five Years." In *Advances in Library Administration*. Volume 4. Weston, Conn.: JAI Press, 1985. (pp. 177-192)

**Peer-Reviewed Journal Articles (Completed and In Progress)**

Hall-Ellis-Sylvia D. "Job Design for Cataloging and Metadata Librarians." Submitted to *Journal of Library Administration.* In progress.

Hall-Ellis, Sylvia D. "The Relationship of Situational Leadership and the Dreyfus Model of Skill Acquisition for Supervisors in Cataloging and Metadata Services." To be submitted to *Library Resources and Technical Services.* In progress.

Hall-Ellis, Sylvia D. *The Relationship of Core Competencies on Learning Outcomes and Employers' Expectations for Catalog Librarians and Metadata Specialists.* To be submitted to the *Journal of Education for Library and Information Science.* In progress.

Hall-Ellis, Sylvia D. "Building Cataloger Competencies: The Dreyfus Model as a Prototype for the Education and Professional Development of Catalog Librarians and Metadata Specialists in Bibliographic Control." To be submitted to the *Cataloging & Classification Quarterly.* In progress.

Hall-Ellis, Sylvia D. "Descriptive Impressions of Entry-Level Cataloger and Metadata Specialists Positions, 2000-2016: Reflections and Trends." To be submitted to *Library Resources and Technical Services.* In progress.

Hall-Ellis, Sylvia D. "Competencies for Metadata and Cataloging Leaders: What Employers Expect as Reflected in Position Descriptions, 2000-2016." *Cataloging & Classification Quarterly.* In progress.

Hall-Ellis, Sylvia D. "Stackable Micro-credentials – A Framework for the Future." *The Bottom Line 29*, no. 4 (April 2016), http://www.emeraldinsight.com/doi/pdfplus/10.1108/BL-02-2016-0006

Hall-Ellis, Sylvia D. "Succession Planning and Staff Development – A Winning Combination." *The Bottom Line*, 28 no. 3 (May 2015): 95-98.

Hall-Ellis, Sylvia D. "Succession Planning and Staff Development – A Winning Combination." *The Informed Librarian Online* (September 2015), http://www.informedlibrarian.com/featuredArticle.cfm?FILE=succession_1509.pdf

Hall-Ellis, Sylvia D. "Nudges and Decision Making: A Winning Combination." *The Bottom Line 28*, no. 4 (July 2015): 133-136.

Hall-Ellis, Sylvia D. "Succession Planning and Staff Development – A Winning Combination." *The Bottom Line 28*, no. 3 (May 2015): 95-98.

Hall-Ellis, Sylvia D. "Metadata Competencies for Entry-Level Positions: What Employers Expect as Reflected in Position Descriptions, 2000-2013." *Journal of Library Metadata 15*, no. 2 (June 2015): 102-134.

Hall-Ellis, Sylvia D. "Onboarding to Improve Library Retention and Productivity." *The Bottom Line 27*, no. 4 (October 2014).

Hall-Ellis, Sylvia D. "Accept, Coach, and Inspire: A Formula for Success." *The Bottom Line 27*, no. 3 (July 2014): 103-106.

Hall-Ellis, Sylvia D. *Reward Systems for Staff in Higher Education Institutions: Case Studies of 15 Higher Education Institutions in Colorado.* Capstone Thesis. Denver, Colo.: University of Denver, University College, 2014.

Hall-Ellis, Sylvia D. "Reward Systems Promote High-Performance Work Teams Achieving Library Mission." *The Bottom Line 27*, no. 2 (April 2014): 66-69.

Hall-Ellis, Sylvia D. "Investment in Staff Development for Seeking External Grant Funds." *The Bottom Line 27*, no. 1 (January 2014): 22-25.

Hall-Ellis, Sylvia D. "Staff Investments for High Performance Teams." *The Bottom Line 26*, no. 4 (October 2013): 149-152.

Hall-Ellis, Sylvia D. and Deborah S. Grealy. "Service Learning in LIS Education: A Case for Holistic Assessment." *Catholic Library World* 82, no. 3 (March 2012): 178-187.

Hall-Ellis, Sylvia D., and Deborah S. Grealy. "The Dreyfus Model of Skill Acquisition: A Career Development Framework for Succession Planning and Management in Academic Libraries." *College and Research Libraries* (June 2012). http://crl.acrl.org/content/early/2012/06/19/crl12-349.full.pdf+html

Hall-Ellis, Sylvia D. "Cataloger Competencies…What Do Employers Require?" *Cataloging & Classification Quarterly* 46, no. 3 (2008): 305-330. http://ccq.haworthpress.com/doi:10.1080/01639370802034565

Hall-Ellis, Sylvia D. "Subject Access for Readers' Advisory Services: Their Impact on Contemporary Spanish Fiction in Selected Public Library Collections." *Public Library Quarterly* 27, no.1 (2007): 1-18. http://plq.haworthpress.com/doi:10.1080/01616840802122377

Hall-Ellis, Sylvia D. "Language Proficiencies among Catalogers and Technical Services Librarians." *Technical Services Quarterly* 25, no. 2 (2007) 31-47. http://tsq.haworthpress.com/doi:10.1300/J124v25n02_03

Hall-Ellis, Sylvia D. "Cataloging Electronic Resources & Metadata: Employers' Expectations as Reflected in *American Libraries and AutoCAT,* 2000-2005." *Journal of Education for Library and Information Science* 47, no. 1 (2006): 38-51.

Hall-Ellis, Sylvia D. "Descriptive Impressions of Managerial & Supervisory Cataloger Positions as Reflected in *American Libraries, AutoCAT,* and the *Colorado State Library Jobline,* 2000-2004: A Content Analysis of Education, Competencies, and Experience." *Cataloging & Classification Quarterly* 42, no. 1 (2006): 55-88.

Hall-Ellis, Sylvia D. "Descriptive Cataloging Proficiencies among Beginning Students: A Comparison among Traditional and Virtual Class Students." *Journal of Library & Information Services in Distance Education* 2, no. 2 (2005): 13-44.

Hall-Ellis, Sylvia D. "Descriptive Impressions of Entry-Level Cataloger Positions as Reflected in *American Libraries, AutoCAT,* and the *Colorado State Library Jobline,* 2000-2003." *Cataloging & Classification Quarterly* 40, no. 2 (2005): 33-72.

Hall-Ellis, Sylvia D. and Mary Ann Berry. "The Impact of Library Resource Centers on Academic Achievement in Selected Public Schools in South Texas: Preliminary Findings." *Texas Library Journal* 71, no. 2 (Summer 1995): 94-97.

Hall-Ellis, Sylvia D. "Visual Arts as Foundation for Successful Library Automation: The Rocky Mountain College of Art & Design Experience." *Art Reference Serials Quarterly* 4 (1994): 43-54.

Hall, Sylvia D. *High School Databases: An Examination of Bibliographic Data Elements*. Dissertation. Pittsburgh, Pa.: University of Pittsburgh, School of Library and Information Science, 1985.

**Technical Reports**

Hall-Ellis, Sylvia D. *Preparing Catalogers and Metadata Specialists Through Competency-Based Education: The San José State University iSchool Experience.* Report for the 2021 Re-Accreditation Program Presentation to the American Library Association. San José, Calif.: San José State University iSchool, 2020.

Hall-Ellis, Sylvia D. *Colorado Community College System Grant Handbook.* Denver, Colo.: Colorado Community College System, 2015.

.
*Faculty Voices: Testimonials from the Frontiers of a Development Education Redesign*. Elaine DeLott Baker, Marilyn Smith, and Sylvia D. Hall-Ellis, eds. Denver, Colo.: Colorado Community College System, 2014.

Lewis, Melanie, Jamie M. Van Leeuwen, and Sylvia D. Hall-Ellis. *Project Homeless Connect 7 Event Evaluation.* Denver, Colo.: University of Colorado Denver, 2009.

Hall-Ellis, Sylvia D. *Grant Writing Tips and Resources.* Denver, Colo.: University of Denver, 2008-2014.
http://portfolio.du.edu/grants

Hall-Ellis, Sylvia D. and Duan Zhang. *Project Homeless Connect 6 Event Evaluation.* Denver, Colo.: Center for Community Engagement and Service Learning, 2008.

Hall-Ellis, Sylvia D. *Strategic Plan for Denver Medical Library System: Final Report.* Denver, Colo.: HealthONE and Denver Medical Library, 2008.

Hall-Ellis, Sylvia D. and Duan Zhang. *Project Homeless Connect 5 Event Evaluation.* Denver, Colo.: Center for Community Engagement and Service Learning, 2008.

Hall-Ellis, Sylvia D. *Strategic Plan for Denver Medical Library System: Phase Two Report.* Denver, Colo.: HealthONE and Denver Medical Library, 2007.

Hall-Ellis, Sylvia D. and Duan Zhang. *Project Homeless Connect 4 Event Evaluation.* Denver, Colo.: Center for Community Engagement and Service Learning, 2007.

Hall-Ellis, Sylvia D. *Strategic Plan for Denver Medical Library System: Phase One Report.* Denver, Colo.: HealthONE and Denver Medical Library, 2007.

Hall-Ellis, Sylvia D. *Denver Public Library: Opportunities for Change.* Denver, Colo.: University of Denver, Colorado Community-Based Research Network & Metropolitan Organization of People, 2005.

Hall-Ellis, Sylvia D. *Resources in Grant Writing for Colorado Schools and Libraries.* Sponsored by the Colorado Department of Education, Educational Telecommunications Unit, 1999. Revised September 2000.

Hall-Ellis, Sylvia D. *Lewis & Clark Fellows Concept Paper for the Bicentennial Commemoration.* Vancouver, Wash.: Lewis and Clark Bicentennial Council, 1998.

Hall-Ellis, Sylvia D. and Mary Ann Berry. *The Impact of Library Resource Centers on Academic Achievement in Public Schools in Texas: The Final Report.* Prepared under the sponsorship of the Research Enhancement Fund award from Sam Houston State University, the Texas Association of School Librarians, the Children's Services Round Table, and the Young Adults' Services Round Table. Huntsville, Tex.: Sam Houston State University, College of Education and Applied Science, 1997.

Hall-Ellis, Sylvia D. *The Impact of Library Resource Centers on Academic Achievement in Selected Public Schools in Texas.* Huntsville, Tex.: Sam Houston State University, College of Education and Applied Science, 1997.

Hall-Ellis, Sylvia D. *Planning for Educational Technology: the Distance Education Implementation Phase: An Investigation of Technology and Telecommunication Needs for Region One Education Service Center, South Texas Community College, TCI Cablevision of South Texas, Inc., Tech Prep of the Rio Grande Valley, Inc., Texas State Technical College, Centro Cultural en el Valle de Texas, McAllen Independent School District, Harlingen Consolidated Independent School District, Donna Independent School District, Edinburg Consolidated Independent School District, La Joya Independent School District, Mercedes Independent School District, Pharr-San Juan-Alamo Independent School District, Sharyland Independent School District, Easter Seal Society of the Rio Grande Valley, Inc., and McAllen Memorial Library.* Harlingen, Tex.: Tech Prep of the Rio Grande Valley, 1996.

Hall-Ellis, Sylvia D. "Barcodes for the Texas Library Connection." Prepared under the sponsorship of the Office of Technology Services, Texas Education Agency. Austin, Tex.: TENET News and Conferences, March 1995.

Hall-Ellis, Sylvia D. *[et. al.] Planning for Educational Technology: A Study of Future Technology Needs for the Donna Independent School District, Region One Education Region Service Center, Tech Prep of the Rio Grande Valley, Inc. South Texas Community College, and the Department of Library Science, Sam Houston State University.* Research team: Sylvia D. Hall-Ellis, Ruth Ann Riggins, Noe Torres, Patricia G. Bubb, and Michael D. Bell. Harlingen, Tex.: Tech Prep of the Rio Grande Valley, 1994. Funded through a grant award from the Texas Education Agency.

Hall-Ellis, Sylvia D. and Mary Ann Berry. *The Impact of Library Resource Centers on Academic Achievement in Selected Public Schools in South Texas.* Huntsville, Tex.: Sam Houston State University, College of Education and Applied Science, 1993. Funded through a grant award from the Sam Houston State University Research Enhancement Fund.

Hall-Ellis, Sylvia D., Alice Krueger, and Linda Brannan. *Thesaurus Development for National Curriculum Materials Database at the Eisenhower National Clearinghouse for Mathematics and Science Education, Columbus, Ohio.* Developed under the sponsorship of Mid-Continent Regional Educational Laboratory Corporate Library, Aurora, Colo. Washington, D.C.: National Science Foundation; Columbus, Ohio: ERIC Clearinghouse for Mathematics and Science Education, 1993.

Hall-Ellis, Sylvia D. and Clarence L. Coffindaffer. *Partners in Progress: The 1992 Montana Library Federation Study Final Report*. Helena, Mont: Montana State Library and The Blue Bear Group, Inc., 1992.

Hall-Ellis, Sylvia D. and Clarence L. Coffindaffer. *Montana Federation Study Identification Paper*. Denver, Colo.: The Blue Bear Group, Inc., 1992.

Bruntjen, Scott and Sylvia D. Hall. *Recommendations on the Development of System-Wide Efforts of the Northern Waters Library Service.* Ashland, Wisc.: Northern Waters Library Service and The Blue Bear Group, Inc., 1989.

Hall, Sylvia D. *The Iowa Union List of Serials as A Part of The Iowa Locator: Planning Document*. Des Moines, Ia.: State Library of Iowa, 1988.

Hall, Sylvia D. *Iowa Computer-Assisted Network (ICAN Users' Manual. IBM Compatible Edition: Version 7.0.* Des Moines, Ia.: State Library of Iowa, 1988.

Hall, Sylvia D. *Iowa Computer-Assisted Network (ICAN Users' Manual. IBM Compatible Edition: Version 5.0.* Des Moines, Ia.: State Library of Iowa, 1986.

Hall, Sylvia D. *Iowa Computer-Assisted Network (ICAN Users' Manual. Apple MacIntosh Edition: Version 5.0.* Des Moines, Ia.: State Library of Iowa, 1986.

Bruntjen, Scott and Sylvia D. Hall. *The District of Columbia Public Library Planning for Retrospective Conversion of Bibliographic Records and Automation Issues for the 1990's: Final Report*. Central City, Colo.: The Blue Bear Group, Inc., 1986.

Bruntjen, Scott and Sylvia D. Hall. *The Iowa Locator: Final Report.* Central City, Colo.: The Blue Bear Group, Inc., 1986.

Bruntjen, Scott and Sylvia D. Hall. *Discovering Resource Sharing Treasures: Accessing Pennsylvania's High School Library Collections*. Harrisburg, Pa.: State Library of Pennsylvania, Bureau of School Library Media Resources, 1985.

Hall, Sylvia D. *Retrospective Conversion and the Completeness of Cataloging in Pennsylvania High School Libraries.* Pittsburgh, Pa.: PRLC, Inc., 1985.

Bruntjen, Scott and Sylvia D. Hall. *The Iowa Locator.* Des Moines, Ia.: State Library of Iowa, 1985-
http://www.statelibraryofiowa.org/ld/silo/locator

Bruntjen, Scott and Sylvia D. Hall. *ICAN Analysis*. Des Moines, Ia.: State Library of Iowa, 1985.

Bruntjen, Scott and Sylvia D. Hall. *Zebras: Bar Codes, Standards, and Library Automation*. Central City, Colo.: The Blue Bear Group, Inc., 1985.

Hall, Sylvia D. and Scott Bruntjen. *Access Pennsylvania.* Harrisburg, Pa.: State Library of Pennsylvania, 1984-
http://www.accesspa.org

Hall, Sylvia D. *Reconfiguration of the ITAC Cataloging Data Base to Machine Readable (MARC) Format*. Classified Document. Arlington, Va.: U. S. Army Intelligence and Threat Analysis Center, 1984.

Bruntjen, Scott and Sylvia D. Hall. *South Dakota Library Automation Plan: Final Report*. Pittsburgh, Pa.: PRLC, Inc., 1982. Reprinted by the South Dakota State Library, 1983.

Bruntjen, Scott and Sylvia D. Hall. *Altoona Automation Plan: Final Report prepared for the Altoona Area Public Library and the Altoona District Library Center*. Pittsburgh, Pa.: PRLC, 1983.

Bruntjen, Scott, Sylvia D. Hall and Paul J. Pugliese. *College Space Utilization Study*. Pittsburgh, Pa.: PRLC, Inc., 1983.

Hall, Sylvia D. *Pennsylvania Public Library Film Center Union Catalog Cataloging and Technical Services Procedures Manual*. Pittsburgh, Pa.: PRLC, Inc., 1982.

Hall, Sylvia D. *History of Library Development in Pennsylvania: A Review and Content Analysis of the Plans, 1955-1980*. Pittsburgh, Pa.: PRLC, Inc., 1982.

Hall, Sylvia D. *Newspapers on Microfilm: A Listing of Newspapers in Allegheny, Chemung, Schuyler,Steuben, and Yates Counties*. Ithaca, N.Y.: South Central Reference and Research Council, 1981.

Hall, Sylvia D. *OCLC/ILL Subsystem at Southern Tier Library System.* Albany, N.Y.: SUNY/OCLC Network, 1980.

Hall, Sylvia D. *Retrospective Conversion for Major Public Libraries in South Central New York State: A Technical Report*. 2 vols. Corning, N.Y.: Southern Tier Library System, 1979-1980.

Hall, Sylvia D. *The Librarian and the Mexican-American Patron in Texas.* Austin, Tex.: Texas State Library, 1978.

**Other Publications**

Hall-Ellis, Sylvia D., ed. *Library and Information Science Program Self-Study Document for Accreditation by the American Library Association.* St. Paul, MN: St. Catherine University, 2017. 255 p.

Hall-Ellis, Sylvia D., and Robert O. Ellett, Jr., guest editors. *RDA Testing: Lessons Learned and Challenges Revealed: A Special Issue of Cataloging & Classification Quarterly* 49, no. 7-8 (November 2011).

Hall-Ellis, Sylvia D. and Robert O. Ellett, Jr. *Fundamentals of Cataloging I: An Online ALCTS Course.* Chicago, Ill.: American Library Association, 2009.

Hall-Ellis, Sylvia D., Angela J. Kinney and Martha Ann Bace, editors. *Best Practices in Cataloging Education Identified at the 2007 ALCTS Pre-conference: A Special Issue of the Journal for Library and Information Science Education* 49, no. 2 (Spring 2008).

Hall-Ellis, Sylvia D. *Cataloging Education: A New Emphasis for the Library and Information Science Curriculum.* Presentation delivered to the ALCTS Pre-conference, 132nd Annual Conference, American Library Association, Washington, D.C., June 22, 2007. http://www.loc.gov/aba/professional/

Hall-Ellis, Sylvia D. "*Cataloger Competencies: Do the Employers Require What the Professors Teach?*" Presentation delivered to the ALCTS CCS Heads of Cataloging Discussion Group, 131st Annual Conference, American Library Association, New Orleans, Louisiana, June 26, 2006. http://dlist.sir.arizona.edu/

Hall-Ellis, Sylvia D., guest editor, with Deborah S. Grealy, Clara L. Sitter, and Tassos Petrou. *Library Students' Voices in Colorado: An Issue of Colorado Libraries* 31:1 (Spring 2005).

Hall-Ellis, Sylvia D., ed. *Library and Information Science Program Self-Study Document for Accreditation by the American Library Association.* Denver, Colo.: University of Denver, College of Education, 2003. 125 p. with CD-ROM.

Hall-Ellis, Sylvia D. and Deborah S. Grealy, guest editors. *Library Education in Colorado: An Issue of Colorado Libraries* 29, no. 2 (Summer 2003).

Hall-Ellis, Sylvia D., ed. *Library and Information Science Program Self-Study Document for Accreditation by the American Library Association.* Denver, Colo.: University of Denver, College of Education, 2003.

Hall-Ellis, Sylvia D. "Adaptive Furniture for the ADA-Qualified: An Investigative Study." 2001. Unpublished manuscript.

Hall-Ellis, Sylvia D. "Cataloging Electronic Serials: A Study in User Access and Article Delivery." 2001. Unpublished manuscript.

Hall-Ellis, Sylvia D. "E-books: Acquisition and Circulation Issues in Public Libraries." 2001. Unpublished manuscript.

Hall-Ellis, Sylvia D. "Authority Control and Its Importance in School Library Media Online Catalogs." 1999. Unpublished manuscript.

Hall, Sylvia D. "Cooperation Improving Service in San Antonio System." *Texas Libraries* XXXVII (Spring 1976): 27-29.

Hall, Sylvia D. "Summer is Sea Monstrously Fun!" *Texas Library Journal* L (December 1974): 224-226.

Hall, Sylvia D. "A Brief Annotated Bibliography of Non-book Materials on the Mexican American." *Texas Library Journal* XLVIII (October 1972): 213-232.

**Book Reviews**

*ALA Book of Library Grant Money.* Ann Kepler, ed. 8th ed. Chicago, IL: American Library Association, 2011. 978- 0-8389-1058-0, $175.00 [*Colorado Libraries,* June 2012]

*Developing a Compensation Plan for Your Library.* Paula M. Singer and Laura L. Francisco, comps. 2nd ed. Chicago, IL: American Library Association, 2009. 978-0-8389-0985-0, $57.00 [*Colorado Libraries,* March 2012]

*Frugal Librarian.* Carol Smallwood, ed. Chicago, IL: American Library Association, 2011. 978-0-83891-075-7, $42.00 [*Colorado Libraries,* February 2012]

Dowlin, Ken. *Getting the Money: How to Succeed in Fundraising for Public and Nonprofit Libraries.* Westport, Conn.: Libraries Unlimited, 2008. 978-1-59158-597-X, $50.00 [*Colorado Libraries,* February 2009]

Lundahl, Mats. *Bebo de Cuba; Bebo Valdés y Su Mundo*, by Mats Lundahl. Traducción de Linda Oakeshott Dragó. Barcelona: RBA Libros, 2008. 978-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-6, $33.99 [*Críticas,* November 2008]

Bonelli, Florencia. *Marlene*, by Florencia Bonelli. Buenos Aires: Aguilar, Altea, Taurus, Alfaguara, 2008. 978-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-3, $24.95 [*Críticas,* October 2008]

Keret, Etgar. Traducción de Ana María Bejarano. *Pizzería Kamikaze y Otras Relatos.* México, D.F.: Editorial Sexto Piso, 2008. 968-5679-29-0, no price given [*Críticas,* September 2008]

Littauer, Marita, and Florence Littauer. *Enriquece tu Comunicación. Miami, Fla.: Editorial Unilit, 2008.* 978-0-7899-1521-4, $11.99 [*Críticas,* August 2008]

Martínez, Guillermo. *La Muerte Lenta de Luciana B.* New York: Rayo Planeta, 2008. 978-0-06-156551-9, $14.95 [*Críticas,* May 2008]

Matthews, Joseph R. *The Evaluation and Measurement of Library Services.* Westport, Conn.: Libraries Unlimited, 2007. 978-1-59158-532-9, $50.00 [*Colorado Libraries,* April 2008]

Gómez-Jurado, Juan. *A Masacre de Virginia Tech: Anatomía de una Mente Torturada.* Barcelona: Ediciones El Andén, 2007. 978-84-935789-4-7, €16.50 [*Críticas,* February, 2008]

Matthews, Joseph R. *Library Assessment in Higher Education.* Westport, Conn.: Libraries Unlimited, 2007. 978-1-59158-531-2, $45.00 [*Colorado Libraries,* February 2008]

Chacón, Inma. *La Princesa India: Cuando el Viento Azul.* México: Alfaguara, 2006. 970-770398-9, $19.95 [*Críticas,* June 2006]

Vargas Llosa, Mario. *Israel/Palestina: Paz o Guerra Santa.* fotogs. by Morgana Vargas Llosa. Spain/U.S.: Aguilar: Santillana, 2006. 84-03-09691-7, paper, $19.95 [*Críticas,* May 2006]

Findlay, Diane. *Digging into Dewey.* Fort Atkinson, Wisc.: Upstart Books, 2005. 978-1-932146-18-9, $16.95 [*Colorado Libraries,* May 2006]

*Pequeñas Resistencias 4: Antología del Nuevo Cuento Norteamericano y Caribeño.* Menéndez, Ronaldo, Ignacio Padilla & Enrique del Risco, eds. Madrid**:** Páginas de Espuma, 2005. 84-95642-59-X, paper, $36.95 [*Críticas,* April 2006]

Rueda, André. *Vengo a Salvar a España: Biografía de Un Franco Desconocido.* Madrid**:** Nowtilus (Investigación Abierta), 2005. photogs., bibliog. 84-9763-202-8, paper, $23.95 [*Críticas,* March 2006]

Becerra, Ángela. *El Penúltimo Sueño.* 1st ed. Barcelona: Planeta, 2005. 84-08-05795-2, $25.95. [*Críticas,* January 2006]

Aguilar Camín, Héctor. *La Conspiración de la Fortuna.* 1st ed. México: Planeta, 2005. 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-2, $19.95 [*Críticas,* October 2005]

*México en Sus Libros.* Enrique Florescano with Pablo Mijangos, editors & compilers. 1st ed. México, D.F.: Taurus Aguilar, 2004. 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-3, $16.95 [*Críticas,* September 2005]

*Historia Económica de México.* Coordinator, Enrique Semo. México: Universidad Nacional Autónoma de México, Editorial Oceano de México, 2004. 13 vols. 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+3 (obra completa), $9.25 each [*Críticas,* August 2005]

Czarnowsky, Christyne A. and Michael H. Williams. *Managing Your Wired Workforce: A Practical Guide.* Denver, Colo.: Bradford Pub., 2003. 1-883726-79-4, $24.95 [*Colorado Libraries,* 2004]

*Abraham Lincoln.* Colección Grandes Biografías. Madrid: Edimat Libros, 2003. 84-8403-858-0, €4.95 [*Críticas,* 2004]

Alponte, Juan María. *Colón: el Hombre, el Navegante, la Leyenda.* México, D.F.: Aguilar, 2003. 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-8, $16.95 [*Críticas,* 2004]

Olcese Salvatecci, Alfieri. *Cómo Estudiar con Éxito: Técnicas yHhábitos Para Aprender Major.* México, D.F.: Alfaomega Grupo Editor, 2002. 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-9 [*Críticas,* 2003]

*Mujeres Como Islas: Antología de Narradoras Cubanas, Dominicanas, Puertoriqueñas.* Edición: Olga Marta Pérez, Thelma Jiménez, Andrés Blanco D., eds. Santo Domingo, República Dominicana: Ediciones Feriblbro, 2002. 959-209-419-5 [*Críticas,* 2003]

Tibol, Raquel. *Los Murales de Diego Rivera: Universidad Autónoma Chapingo.* México, D.F.: Editorial RM, Universidad Autónoma Chapingo, 2002. 968-5208-08-5 [*Críticas,* 2003]

Lindsay-Poland, John. *Emperors in the Jungle: the Hidden History of the U.S. in Panama.* Durham, N.C.: Duke University Press, 2003. 0-8223-3098-9, $18.95 [*Críticas,* 2003]

Kaplan, Allison G. and Ann Marlowe Riedling. *Catalog It! A Guide to Cataloging School Library Materials.* Worthington, Ohio: Linworth Pub., 2002. 1-58683-014-7, $44.95 [*Colorado Libraries,* 2002]

Bardach, Ann Louise. *Cuba Confidential: Love and Vengeance in Miami and Havana.* New York: Random, 2002. 0-375-50489-3, $25.95 [*Library Journal*, 2002]

Swan, James. *Fundraising for Libraries: 25 Proven Ways to Get More Money for Your Library.* New York: Neal Schuman, 2002. 1-55570-433-6, $69.95 [*Colorado Libraries,* 2002]

Puíg de Lange, Victoria. *Sol Con Agua.* Nashville, Tenn.: Editorial Vistazo/Ediciones Reio Negro, 2002. 0-9724506-0-2, $17.75 [*Críticas*, 2002]

*The Encyclopedia of Latin American Politics.* Edited by Diana Kapiszewski; assistant editor, Alexander Kazan. Westport, Conn.: Oryx Press, 2002. 1-57356-306-4, $74.95 [*Library Journal*, 2002]

Vargas Lizano, Isabel. *Y Si Quieres Saber de Mi Pasado.* Con la colaboración de J.C. Vales. Madrid: Santillana Ediciones Generales, S.L., 2002. 84-03-09278-4, $18.95 [*Críticas*, 2002]

Ruy Sánchez, Alberto. *Los Jardines Secretos de Mogador: Voces de Tierra.* México, D.F.: Alfaguara, S.A., 2001. 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-1, $16.95 [*Críticas*, 2002]

Chávez, Ricardo and Celso Santajuliana. *El Final de las Nubes.* Barcelona: RBA Libros, S.A., 2001. 84-7901-760-0, $11.95 [*Críticas*, 2002]

*The Power of Language / El Poder de la Palabra: Selected Papers from the Second REFORMA National Conference.* Edited by Lillian Castillo-Speed and the REFORMA National Conference Publications Committee. Englewood, Colo.: Libraries Unlimited, 2001. 1-563089459, $35.00 [*Colorado Libraries,* 2001]

Martínez, Rubén. *Crossing Over: A Mexican Family on the Migrant Trail.* Metropolitan: Holt, 2001. 0-8050-4908- 8, $26.00 [*Library Journal*, 2001]

Guevara, Ernesto "Che." *The African Dream: the Diaries of the Revolutionary War in the Congo.* Translated from the Spanish by Patrick Camiller. With an introduction by Richard Gott and a foreword by Aleida Guevara March. New York: Grove Press, 2001. 0-8021-3834-9, $13.00 [*Library Journal*, 2001]

Cooper, Gail and Garry Cooper. *New Virtual Field Trips.* Englewood, Colo.: Libraries Unlimited, 2001. 1-56308-887-8, $27.50 [*Colorado Libraries,* 2001]

**NATIONAL SERVICE & PROFESSIONAL AFFILIATIONS**

**American Library Association, Life Member**
    Association for Library Collections & Technical Services (now CORE)
        Cataloging, Classification, and Metadata Section
          ALCTS Editorial Board, Member, 2015-2019
          Committee on Cataloging: Description and Access, Member, 2008-2012
          Test Site for RDA, Manager, 2009-2011
          Nominating Committee, Member, 2007-2008
          Committee for Education and Training of Catalogers, Chair, 2006-2007, Member, 2003-2007
          Competencies & Education for a Career in Cataloging Interest Group, Chair, 2010-2012; Member, 2010-
        President's Program Committee, 2015-2016
        Education Committee, Member, 2005-2007
        Task Force on Competencies and Education for a Career in Cataloging, Chair, 2007-2009
        2007 Annual Meeting Pre-conference, "What They Don't Teach in Library School: Competencies,
          Education and Employer Expectations for a Career in Cataloging," Steering Committee Chair
        Fundraising Committee, Member, 2004-2006
        Office of Diversity
          Committee on Diversity, Chair, 2010-2011
          Diversity Research Advisory Committee, Member, 2009-2010
          Spectrum Scholar Mentor, 2009
          Diversity Grants Review Committee, Member, 2007, 2010, 2012
        Office of Statistics and Research
          Research and Statistics Committee, Member, 2005-2007; Intern, 2003-2005
          Library Research Round Table
            Membership Committee, 2019-2021
            Board of Directors, Member At-Large, 2009-2012
            Member, 2003-
        Office of Accreditation
          Accreditation Panel Member (training completed 2004)
          Accreditation Review Panel Member (training completed 2004)

**REFORMA, Life Member**
    National Board of Directors, 2005-2013
    National Fundraising Chair, 2005-2013
    National Recruiting and Mentoring Committee, 2008-2010
    Colorado Chapter, Secretary, 2004-2005
    Colorado Chapter Liaison to National Board of Directors, 2004-2013

**American Association of Law Libraries (AALL), Life Member**
**Online Audiovisual Catalogers Association (OLAC)**

**American Association of University Women Association for Library and Information Science Education
(ALISE)**
    University of Denver ALISE Representative, 2003-2008; 2010-2011
    Membership Advisory Committee, 2007-2010
    Technical Services Education Special Interest Group, 2003-
    Garfield Doctoral Dissertation Award Reviewer, 2012
    Garfield Doctoral Dissertation Scholarship Reviewer, 2014

**American Association of University Professors (AAUP), 2006-**

American Grant Writers Association, 2014-
Grant Professionals Institute, 2016-
National Grants Management Association, 2014-
Grant Reviewer (National and Regional Team Leader), U.S. Department of Education, 1998-
Grant Reviewer, Broadband Technologies Opportunity Program, U.S. Department of Commerce, 2009
Grant Reviewer, Institute of Museum and Library Services, 1998-2000
Grant Reviewer, Colorado Department of Education, 2014-
Grant Reviewer, Colorado State Library, 1998-
Grant Reviewer, American Association of Community Colleges *Working Connections* program, 1999
Peer Reviewer, *Journal for Library and Information Science Education,* 2005-
Peer Reviewer, *Journal of Library Metadata,* 2009
Peer Reviewer, *International Journal of Library and Information Science,* 2011
Regular Columnist, *The Bottom Line*, 2013-2016
Book Reviewer, *Library Journal*, 2001
Book Reviewer, *Críticas*, 2002-2009
Book Reviewer, *Colorado Libraries,* 2000-2012

**REGIONAL SERVICE & PROFESSIONAL AFFILIATIONS**

**Mountain Plains Library Association**
    Professional Development Grants Committee, Member, 2005-2006
    Professional Development Policy and Guidelines Sub-committee Chair, 2006

**Colorado Association of Libraries**
    "Student Voices" Column Editor, *Colorado Libraries,* 2005-2006
    Conference Planning Committee, Member, 2002
    Technical Services and Automation Division, Chair, 2002-2003; Member, 2000-
    Academic Libraries Division, Peer Review Conference Papers Committee, Member, 2007-2009
    Education Committee, Member, 1988-1993
    Diverse Populations Committee, Member, 2009-2013

**SERVICE TO THE UNIVERSITY OF DENVER**
Center for Teaching and Learning Faculty Advisory Board, 2007-2008; 2010-2012
Center for Community Engagement and Service Learning Advisory Board, 2007-2012
Faculty Senate
    Executive Committee, 2008-2013
    Nominations, Rules & Credentials Committee, Chair, 2008-2013; Member 2007-2013
    Appointment, Promotion, and Tenure Revision Committee, 2010-2012
    Grievance Policy Committee Member, 2007-2010
Law Library Director Search Committee Chair, 2012-2013
PROF Grant Review, College Representative to the University Review Team, 2006, 2008
Project Homeless Connect Evaluations, Principal Investigator, 2006-2009
University Technology Council, 2007-2009
University of Denver Hyde Interviews for Incoming Freshmen, 2003-2012

**SERVICE TO THE MORGRIDGE COLLEGE OF EDUCATION**
Appointment, Tenure & Review Committee
    Member, voting, 2003-2005; 2007- 2009
    Chair, Clinical Faculty Promotion & Tenure Policy Subcommittee, 2008-2009
    Member, Community Engagement Subcommittee, 2007-2009
    Member, Tenure Review Panel, 2003

Advancement and Alumni Relations Committee, Chair, 2003-2007; Member, 2002-2007
College Building Committee Member, 2004-2010
College of Education Student Association, Faculty Advisor, 2004-2007; 2009-2010
Faculty Senator, 2007-2013
Research and Scholarship Committee, Chair, 2008-2009; Member, 2002-2003, 2008-2009
Research and Grant Mentoring Committee, Chair, 2009-2010
Research Task Force Member, 2010-2012
Search Committee Member, Assistant Professor for Curriculum & Instruction, 2010-2011
Workload Task Force Member, 2010-2011

**SERVICE TO THE LIBRARY & INFORMATION SCIENCE PROGRAM**
Library and Information Science Student and Alumni Association, Faculty Advisor, 2002-2008
ALA Student Chapter, Faculty Advisor, 2005-2008
Beta Phi Mu Phi Chapter, Faculty Advisor, 2004-2014
Steering Committee Member, Accreditation by the American Library Association, 2001-2004
Search Committee Member, Associate Professor for LIS, 2006
Search Committee Chair, Assistant Professors for LIS, 2003, 2005, 2006, 2007
Search Committee Ex-Officio Member, Director for LIS, 2004

**SERVICE TO SAM HOUSTON STATE UNIVERSITY**
Rio Roundup: South Texas Literature Conference, Conference Coordinator, 1993
External Relations, Fund Raising, Grants Committee, Chair, 1993-1995
Advisory Council Committee, Chair, 1993-1995
Students, Admissions, and Advisement Committee, Chair, 1994
Institutional Effectiveness Committee, Member, 1993-1995

**SERVICE TO THE COLLEGE OF EDUCATION AND APPLIED SCIENCE**
Faculty Affairs Committee, Member, 1993-1995
Curriculum Committee, Member, 1993-1995
Continuing Education Committee, Member, 1993-1995

**SERVICE TO THE COMMUNITY**
French Teacher & Student Exchange with Laon, France, Monarch High School, Boulder Valley School District
    (Boulder, Colorado), 2017-
Denver/Boulder Games 2022, Board of Directors, Secretary-Treasurer, 2015-2018
United Way Campaign Committee, College of Education, 2006
Arapahoe County, Election Judge for the County Clerk and Recorder, 2000-2005
Arthritis Foundation, Rocky Mountain Chapter, Certified Educator & Trainer, 1999-2008
Bonfils Blood Center, Silver Level Donor, 2000-2016
Denver Museum of Natural History, Docent, 1992
Tech Prep of the Lower Rio Grande Valley, Inc. (Harlingen, Texas) Board of Directors, 1995-1997
    Executive Committee, 1996-1997; Chair, Development Committee, 1995-1997; Chair, Fiscal Agency
    Committee, 1995-1996; Chair, Colleges and Universities Committee, 1996-1997
Gilpin County (Colorado) Public Library Board of Trustees, 1986-1989; Vice President, 1987-1989
City of Central (Colorado) Economic Development Committee, 1987-1989
Columbine Family Health Centers, Inc. (Nederland and Black Hawk, Colorado) Board of Directors, 1988-1989

**CERTIFICATION**
    Permanent Public Librarian Certificate - Pennsylvania, New York, Texas
    Westlaw Expert Witness, 2008-
    Certified Grant Writer®, 2016-

**AWARDS AND HONORS**

Advanced Practitioner for Service Learning and Community Engagement, University of Denver, 2011

Platinum Star Alumnae, College of Information, Library Science & Technologies, University of North Texas, 2009

Commendation for Integration of Technologies in Teaching & Learning Environment, University of Denver, 2006

Outstanding Adjunct Faculty Member Award, College of Education, University of Denver, 2002

Beta Phi Mu, Pi, University of Pittsburgh, 1985

Alpha Lambda Sigma, University of North Texas, 1972

*Albert Nelson Marquis Lifetime Achievement Award, Who's Who in America*

*Who's Who in American Women*

*Who's Who of Women Executives*

*Dictionary of International Biography*

*Who's Who in the East*

*Who's Who in the South and Southwest*

*Who's Who in the World*

*Who's Who of Online Professionals*

*Who's Who in Library and Information Science*

*2,000 Notable Women*

*Who's Who of Emerging Leaders*

*Who's Who in Professional and Executive Women*

*Who's Who in American Education*

*International Who's Who of Professional and Business Women*

*International Leaders in Achievement*

*International Educator of the Year*

*Who's Who in Finance and Industry*

*Who's Who in Finance and Business*

**Invited International and National Conference Presentations**

Driscoll, Margaret, Christy Confetti Higgins, Scott Brown, and Sylvia D. Hall-Ellis. *A View from Within: Open House Tour of Three Canvas Core Courses*. Presentation to be delivered at the School of Information, San José State University Professional Development Seminar, San José, California, October 17, 2019.

Hall-Ellis, Sylvia D. *Invest in Me -- I'm Your Future: Succession Planning for Libraries.* Keynote presentation delivered at the ALCTS President's Symposium, Boston, Mass., January 8, 2016.

Seidel, Kent E. and Sylvia D. Hall-Ellis. *Making Grants Work for You: Strategies for Doctoral Students and Early Career Scholars.* Presentation delivered at the University Council for Educational Administration, Early Career Scholars Session, Indianapolis, Ind., November 9, 2013.

Hall-Ellis, Sylvia D. *So You Want to be a Manager; Leadership Skills and Competencies for Technical Services Managers and Administrators.* Presentation delivered at the 138th Annual Conference, American Library Association, Chicago, Ill., June 29, 2013.

Seidel, Kent E., Karen S. Riley, Lyndsay Agans, Susan Korach, and Sylvia D. Hall-Ellis. *Making Grants Work for You (Instead of Just Working for Grants).* A panel discussion delivered at the University Council for Educational Administration, Early Career Scholars Session, Denver, Colo., November 17, 2012.

Hall-Ellis, Sylvia D. *After the Great TS Reorganization: The Westminster Law Library.* Presentation delivered at the 137th Annual Conference, American Library Association, Anaheim, Calif., June 23, 2012.

Hall-Ellis, Sylvia D. *Conversations with Catalogers in the 21st Century.* A panel discussion sponsored by the ALCTS Competencies for a Career in Cataloging Interest Group, delivered at the 137th Annual Conference, American Library Association, Anaheim, Calif., June 22, 2012.

Hall-Ellis, Sylvia D., moderator. *Mid-Career Leaders Program.* A panel discussion sponsored by the ALA Committee on Diversity delivered at the 136th Annual Conference, American Library Association, New Orleans, La., June 26, 2011.

Hall-Ellis, Sylvia D., moderator. *Diversity Town Hall.* A community conversation sponsored by the ALA Committee on Diversity delivered at the 136th Annual Conference, American Library Association, New Orleans, La., June 24, 2011.

LaBarre, Kathryn, Sylvia D. Hall-Ellis, Karen Anderson, Rick Hasenyager, Christopher Cronin, and Penny Baker. *Briefings from RDA Test Participants.* A panel discussion delivered at the Midwinter Conference, American Library Association, San Diego, Calif., January 7, 2011.

Miksa, Shawne, Marjorie Bloss, and Sylvia D. Hall-Ellis. *Educating the Next Generation of Catalogers: Teaching RDA.* A panel discussion delivered at the 97th Annual Conference, Association for Library and Information Science Education, San Diego, Calif., January 7, 2011.

Hall-Ellis, Sylvia D., Robert Maxwell, John Hostage, and George Prager. *RDA Panel: What Cataloging Managers Need to Know.* Presentation delivered at the 103rd Annual Conference, American Association of Law Librarians, Denver, Colo., July 12, 2010.

Hall-Ellis, Sylvia D. and Stacey L. Bowers. *Catalogers in the RDA Environment: Skill Sets, Expectations and Challenges.* Presentation delivered at the 103rd Annual Conference, American Association of Law Librarians, Denver, Colo., July 11, 2010.

Hall-Ellis, Sylvia D. *Comfortable in Your Cataloging and Metadata Specialist Skin? Or, So You Want to Hire a Cataloger.* Presentation delivered to the ALCTS Research Group at the 134th Annual Conference, American Library Association, Chicago, Ill., July 11, 2009.

Perez, Megan, Sylvia D. Hall-Ellis, and Denise Anthony. *From Novice to Expert: Collaboration for Succession Planning.* A "hot topic" presentation delivered at the 14th ACRL Conference, Seattle, Wash., March 13, 2009.

Hall-Ellis, Sylvia D. *Cataloging in the RDA Environment: Skill Sets, Expectations and Challenges.* Presentation delivered to the ALCTS Research and Publications Committee at the Midwinter Conference, American Library Association, Denver, Colo., January 24, 2009.

Hall-Ellis, Sylvia D. *LIS Cataloging Education for the 21st Century: Expectations and Challenges.* A panel discussion held at the 95th Annual Conference, Association for Library and Information Science Education, Denver, Colo., January 23, 2009.

Chu, Clara, Sylvia D. Hall-Ellis, and Mark Winston. *The Doctoral Degree & Building a Career.* A panel discussion delivered at the ALA Office of Diversity Spectrum Doctoral Fellows E.J. Josey Leadership Institute, Midwinter Conference, American Library Association, Denver, Colo., January 20, 2009.

Hall-Ellis, Sylvia D. and Robert O. Ellett, Jr. *Fundamentals of Cataloging Course: An Overview of the ALCTS Online Course.* Presentation delivered to the ALCTS Big Heads Group, 133rd Annual Conference, American Library Association, Anaheim, Calif., June 30, 2008.

Hall-Ellis, Sylvia D. *Employers' Expectations for Technical Services Librarians: What We Don't Know.* Presentation delivered to the ALCTS Research and Publications Committee Program, 133rd Annual Conference, American Library Association, Anaheim, Calif., June 28, 2008.

Hall-Ellis, Sylvia D., Virginia R. Maloney, and Mary Stansbury. *Institutional Responses to Engaged Scholarship: The Carnegie Foundation Engaged University Classification at Two Universities.* Presentation delivered to the 94th Annual Conference, Association for Library and Information Science Education, Philadelphia, Pa., January 11, 2008.

Hall-Ellis, Sylvia D. *Puzzles, Problems, and Predicaments.* Presentation delivered to the ALCTS Research Discussion Group, 132nd Annual Conference, American Library Association, Washington, D.C., June 23, 2007.

Hall-Ellis, Sylvia D. *Cataloging Education: A New Emphasis for the Library and Information Science Curriculum.* Presentation delivered to the ALCTS Pre-conference, 132nd Annual Conference, American Library Association, Washington, D.C., June 22, 2007. http://www.loc.gov/catdir/cpso/careercat.html

Ellett, Jr., Robert O. and Sylvia D. Hall-Ellis. *Copy Cataloging Done Smarter.* Presentation delivered to the International Conference on Interdisciplinary Information Sciences and Technologies (InSciT2006), October 25-28, 2006.

Hall-Ellis, Sylvia D. and Robert O. Ellett, Jr. *Cooperative Cataloging: Challenges and Opportunities for Defense Libraries.* Presentation delivered to the 1st Annual Conference of Defense Libraries, Spanish Ministry of Defense, Madrid, Spain, July 7, 2006.

Hall-Ellis, Sylvia D. *Cataloger Competencies: Do the Employers Require What the Professors Teach?* Presentation delivered to the ALCTS CCS Heads of Cataloging Discussion Group, 131st Annual Conference, American Library Association, New Orleans, La., June 26, 2006.

Grealy, Deborah S. and Sylvia D. Hall-Ellis. *From Research to Practice: The Scholarship of Teaching and Learning in LIS Education.* Presentation delivered to the at the at the 92nd Annual Conference, Association for Library and Information Science Education, San Antonio, Tex., January 18, 2006.

Ellis, Sylvia D. *Employers' Expectations for Entry-Level Catalogers: What Position Announcement Data Indicate.* Research paper delivered to the Technical Services Special Interests Group, 91st Annual Conference, Association for Library and Information Science Education, Boston, Mass., January 12, 2005. http://dlist.sir.arizona.edu/

*Common Errors in MARC Records Prepared by LIS Students: What Does It Mean?* Research paper delivered to the ALCTS CCS Cataloging Norms Discussion Group, Mid-Winter Conference, 90th American Library Association, San Diego, Calif., January 10, 2004.

Hall-Ellis, Sylvia D. *Visual Arts as Foundation for Successful Library Automation: The Rocky Mountain College of Art & Design Experience.* Paper delivered at the 6th Annual Conference of Higher Education, Charleston, S. C., 1993.

Hall, Sylvia D. *Design Elements for Bibliographic Databases: An Overview.* Paper delivered at the 14th Online National Conference, New York, 1983.

## Invited Regional Conference Presentations

Hall-Ellis, Sylvia D., Hudson, Christopher D., Brittany Cronin, and Kathryn Michaels. "The Colorado Law Project: Meeting the Public's Need for Legal Information." Panel discussion delivered at the Mountain Plains Library Association Conference, Billings, Mont., April 9, 2011.

Grealy, Deborah S. and Sylvia D. Hall-Ellis. *Education for Information Professionals in New Mexico: Library & Information Science Graduate Education at the University of Denver.* Presentation delivered at the New Mexico Library Education Summit, Las Vegas, N.M., September 26, 2005.

Hall-Ellis, Sylvia D. *Public Library-School Library Partnerships.* Presentation delivered at the 3rd Annual Colorado Association of Libraries Conference with the Mountain Plains Library Association, Denver, Colo., October 22, 2004.

Hall-Ellis, Sylvia D. *Learn All You Can – Educational Partnership Opportunities for the Lewis and Clark Bicentennial Commemoration.* Paper delivered at the 3rd Annual Lewis and Clark Bicentennial Council National Planning Conference, Bismarck, N.D., April 26, 1998.

## Invited State Conference Presentations

Grealy, Deborah S. and Sylvia D. Hall-Ellis. *Academic Library Leadership Changes: Using Succession Planning and Mentoring.* Presentation delivered at the Minnesota Library Education Conference, St. Cloud, Minn., October 10, 2013.

Hall-Ellis, Sylvia D., Merrie Valliant, and Melissa Powell. *RDA: What Is It and What Do You Need To Do With It At Your Library?* Presentation delivered at the Colorado Library Consortium Spring Conference, Ft. Morgan, Colo., April 26, 2013.

Hall-Ellis, Sylvia D. *Service Learning and the Library & Information Science Graduate Education at the University of Denver.* Presentation delivered at the 4th LEADS Scholars Orientation, Denver, Colo., August 5, 2009.

Hall-Ellis, Sylvia D. *Service Learning: Enhancement to Library & Information Science Graduate Education at the University of Denver.* Presentation delivered at the 3rd LEADS Scholars Orientation, Denver, Colo., June 2008.

Hall-Ellis, Sylvia D. *Law Librarianship: A Community Conversation.* Sponsored by the Colorado Association of Law Libraries. Paper delivered at the Colorado Supreme Court Library, Denver, Colo., May 14, 2008.

Hall-Ellis, Sylvia D. *Opportunities and Challenges in Law Librarianship: A Community Conversation.* Presentation delivered at the Sturm College of Law, Denver, Colo., November 7, 2007.

Hall-Ellis, Sylvia D. *Grant Writing Resources for Nursing Professionals.* Presentation delivered at the Presbyterian / St. Luke's Health One Medical Center 1st Annual Research Symposium, Denver, Colo., October 17, 2007.

*Project Homeless Connect 4 Event Evaluation – Insights and Lessons Learned.* Presentation delivered at the Homelessness Research Symposium: What is DU Doing about Homelessness in Denver, Denver, Colo., September 14, 2007.

Hall-Ellis, Sylvia D. *Service Learning and the Library & Information Science Graduate Education at the University of Denver.* Presentation delivered at the 2nd LEADS Scholars Orientation, Denver, Colo., August 10, 2007.

Hall-Ellis, Sylvia D. *Education for Information Professionals in a Digital Environment: Library & Information Science Graduate Education at the University of Denver.* Presentation delivered at the 15th Spring Mountains and Plains Parapros Conference, Denver, Colo., February 24, 2007.

Hall-Ellis, Sylvia D. *Public Library Service to Spanish-Speaking and Latino Residents in Denver: A Case Study.* Presentation delivered at the 4th Annual Colorado Association of Libraries Conference, Denver, Colo., November 10, 2005.

Hall-Ellis, Sylvia D. *Education for Information Professionals in a Digital Environment: Library & Information Science Graduate Education at the University of Denver.* Presentation delivered at the 14th Annual Mountains and Plains Parapros Conference, Aurora, Colo., July 29, 2005.

Hall-Ellis, Sylvia D. *Educational Opportunities: Library & Information Science Graduate Education at the University of Denver.* Presentation delivered at the 13th Annual Mountains and Plains Parapros Conference, Centennial, Colo., August 6, 2004.

Hall-Ellis, Sylvia D. *Library Education & Training: Focus on the West: An LIS Faculty Member's Personal Response*. Presentation delivered at the 1st Annual Colorado Association of Libraries Conference, Keystone, Colo., October 18, 2002.

Hall-Ellis, Sylvia D. *Grant Writing for School Librarians.* Presentation delivered at the 2002 Annual Colorado Education Media Association Conference, Colorado Springs, Colo., February 15, 2002.

Hall-Ellis, Sylvia D. *Grants – Opportunities for the Future.* Paper delivered at the Southeast Regional Accountability Annual Conference, Lamar, Colo., November 12, 1998.

Hall-Ellis, Sylvia D. *The Texas Library Connection and Interlibrary Loan: An Experiment in Resource Sharing.* Paper delivered at the Texas Computer Educators' Association Annual Conference, Austin, Tex., February 6, 1997.

Hall-Ellis, Sylvia D. *Finding Grant Sources on the Internet: A Guide for Librarians.* Paper delivered at the 2nd Annual Institute for School Library Personnel, Pharr-San Juan-Alamo North High School, Pharr, Tex., July 29, 1996**.**

Hall-Ellis, Sylvia D. *Mathematical and Logical Thinking: A Critical Intelligence.* Paper delivered at the 3rd Annual Paraprofessional Conference at the University of Texas - Pan American, Edinburg, Tex., March 8, 1996.

Hall-Ellis, Sylvia D. *Cataloging Trends and Issues: Update Session.* Paper delivered at the 1st Annual Institute for School Library Personnel, South Texas Community College, McAllen, Tex., July 19, 1995.

Hall-Ellis, Sylvia D. *Grant Writing: Tips and Encouragement for School Librarians.* Paper delivered at the 1st Annual Institute for School Library Personnel, South Texas Community College, McAllen, Tex., July 18 and 19, 1995.

Hall-Ellis, Sylvia D. *How to Become an Expert Grant Writer.* Paper delivered at the 3rd Annual High School Principals' Academy, South Padre Island, Port Isabel, Tex., June 19, 1995.

Hall-Ellis, Sylvia D.  *Texas Library Study: Results from Regions I and II.* Paper delivered at the 3rd Annual Technology Conference, Texas A&M University, College Station, Tex., November 18, 1994.

Hall-Ellis, Sylvia D. *Academic Achievement and Middle School Students.* Paper delivered at the 8th Annual Young Adult Conference, Sam Houston State University, Huntsville, Tex., November 5, 1994.

Hall-Ellis, Sylvia D. *Multimedia Resources for Library Leaders.* Paper delivered at the Institute for Librarians in A Multicultural Environment, Sam Houston State University, Huntsville, Tex., June 10, 1994.

Hall-Ellis, Sylvia D. *Finding the Resource: Empowering the User, or, the Case for Curriculum Based Subject Access to Learning Resource Center Collections.* Paper delivered at the 81st Annual Texas Library Association Conference, Corpus Christi, Tex., April 12-16, 1994.

Hall-Ellis, Sylvia D. and William H. Pichette. *Sam Houston State University Makes Use of OCLC/AMIGOS Collection Analysis CD.* Paper delivered at the 81st Annual Texas Library Association Conference, Corpus Christi, Tex., April 12-16, 1994.

Hall, Sylvia D. *Funding and Library Development in Pennsylvania: A Symbiotic Relationship.* Paper delivered at the Annual Graduate Student Colloquia, University of Pittsburgh, School of Library and Information Science, 1982.

Hall, Sylvia D. *Leadership for Public Library Trustees.* Paper delivered for the Trustees Division, Pennsylvania Library Association Annual Conference, Lancaster, Penn., 1981.

**Seminar and Professional Development Presentations**

Taylor, Meredith, and Sylvia D. Hall-Ellis. *Talent Management and Succession Planning.* ALCTS eForum, held March 22, 2017.

Hirsh, Sandra, Heather O'Brien, Michelle Holschuh Simmons, Michael Krasulski, and Sylvia D. Hall-Ellis. *Information Services Today: An Introduction. Part 3: Information Services: Roles in the Digital Age.* Rowan and Littlefield in partnership with Library Journal webinar, recorded February 5, 2015.

Hall-Ellis, Sylvia D. and Jennifer Sweda. *Copy Cataloging in an RDA Environment.* ALCTS eForum, held May 14 and 15, 2013.

Hall-Ellis, Sylvia D. *Law Librarianship: A Community Conversation.* Sponsored by the Colorado Association of Law Libraries, presented at the Colorado Supreme Court Library, Denver, Colo., May 14, 2008.

Hall-Ellis, Sylvia D. and Beatrice Z. Gerrish. *Reading and Libraries: Recent Research in Reading.* Presentation at the Ricks Center for Gifted Education, Denver, Colo., March 4, 2008.

Hall-Ellis, Sylvia D. *Cataloger Competencies: Do the Employers Require What the Professors Teach?* Presentation for the School of Library and Information Science, San José State University, February 12, 2008.

Hall-Ellis, Sylvia D. and Robert O. Ellett, Jr. *Cooperative Cataloging: Rules, Tools, and Conventions for Building a Multi-institutional Catalog.* Sponsored for the Spanish Ministry of Defense, Madrid, Spain, July 10, 2006.

Hall-Ellis, Sylvia D. *Cash for Kids: Grant Writing Opportunities for Youth Services Librarians.* Sponsored by the Colorado Young Adult Librarians; presented at Bemis Memorial Library, Littleton, Colo., November 13, 2002.

Hall-Ellis, Sylvia D. *MARC Records and Authority Control: Planning for Bibliographic Database Migration.* Sponsored and held at the Douglas County Public Library, Castle Rock, Colo., May 28, 2002.

Hall-Ellis, Sylvia D. *Grant Writing: A Refresher for Librarians.* Sponsored by Library and Information Science Program, College of Education, University of Denver; presented at University Center at Chaparral, August 12, 2000.

Hall-Ellis, Sylvia D. *Shaking the Money Tree – Basic Grant Writing for Colorado Educators.* Sponsored by the Office of Educational Telecommunications of the Colorado Department of Education.
> Pikes Peak Community College, Colorado Springs, Colo., November 16, 1998.
> Pueblo School District 60, Pueblo, Colo., November 12, 1998.
> University of Northern Colorado, Greeley, Colo., November 10, 1998.
> United Technology Educational Partnership, Grand Junction, Colo., November 9, 1998.

Hall-Ellis, Sylvia D. *Cataloging Multimedia, Kits, Globes and Map Materials in USMARC.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., April 24, 1997 and December 12, 1996.

Hall-Ellis, Sylvia D. *New Standards for School Library Media Centers.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., April 15, 1997.

Hall-Ellis, Sylvia D. *The School Library Media Specialist in the 21st Century: Visions for the Future.* Sponsored and hosted by Pharr-San Juan-Alamo Independent School District, Pharr, Tex., April 4, 1997.

Hall-Ellis, Sylvia D. *Cataloging Sound Recordings and Audio Materials in USMARC.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., March 20, 1997 and November 21, 1996.

Hall-Ellis, Sylvia D. *Evaluating and Selecting CD-ROMS for School Library Media Collections.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., March 18, 1997.

Hall-Ellis, Sylvia D. *Cataloging Audiovisual Materials in USMARC.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., February 27, 1997, November 7, 1996 and October 24, 1996.

Hall-Ellis, Sylvia D. *Introduction to Dialog: Basic Searching Strategies.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., February 14, 1997.

Hall-Ellis, Sylvia D. *Cataloging Books in USMARC.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., January 30, 1997, October 10, 1996, September 26, 1996 and August 8, 1996.

Hall-Ellis, Sylvia D. *Advanced Internet Searching Techniques for Librarians.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., January 21, 1997.

Hall-Ellis, Sylvia D. *Texas Library Connection Full-Text Searching.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., December 13, 1996 and October 25, 1996.

Hall-Ellis, Sylvia D. *Developing Evaluation Strategies for Grants and Proposals.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., December 10, 1996.

Hall-Ellis, Sylvia D. *Developing Needs Assessment for Grants and Proposals.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., November 12, 1996.

Hall-Ellis, Sylvia D. *Texas Library Connection Union Catalog Searching.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., November 8, 1996 and September 6, 1996.

Hall-Ellis, Sylvia D. *Grant Resources on the Internet.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., October 23, 1996.

Hall-Ellis, Sylvia D. *Preparing a Response to the Telecommunications Infrastructure Fund Board: Needs Assessment, Professional Development Framework, and Evaluation Strategies.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., October 16, 1996.

Hall-Ellis, Sylvia D. *Texas Library Connection: Building the Districtwide Bibliographic Database.* Sponsored and hosted by Mercedes Independent School District, Mercedes, Tex., September 13, 1996 and August 8, 1996.

Hall-Ellis, Sylvia D. *Texas Library Connection: Building the Districtwide Bibliographic Database.* Sponsored and hosted by Los Fresnos Consolidated Independent School District, Los Fresnos, Tex., August 12, 1996.

Hall-Ellis, Sylvia D. *School-to-Work and Special Education: An Inclusive Partnership for Success.* Sponsored and hosted by the Office of Special Education, Region One Education Service Center, Edinburg, Tex., September 11, 1996.

Hall-Ellis, Sylvia D. *Telecommunications Infrastructure Fund Board: An Overview of Funding for Secondary Schools.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., August 31, 1996.

Hall-Ellis, Sylvia D. *Cataloging Books, Multimedia, and Realia in USMARC.* Sponsored and hosted by Edinburg Consolidated Independent School District, Edinburg, Tex., August 6, 1996.

Hall-Ellis, Sylvia D. *Internet Resources for Grant Writers.* Sponsored and hosted by Region One Education Service Center, Edinburg, Tex., April 20, 1996.

Hall-Ellis, Sylvia D. *Enhanced Grant Writing Skills for Mathematics Educators: Writing Skills for Campus Teams.* Sponsored and hosted by the Office of General Education, Region One Education Service Center, Edinburg, Tex., March 22, 1996.

Hall-Ellis, Sylvia D. *Internet Resources for Grant Writers.* Sponsored and hosted by the College of Education and Applied Science, Sam Houston State University, Huntsville, Tex., March 9, 1996.

Hall-Ellis, Sylvia D. *Grant Writing for Mathematics Educators: A Development Process for Campus Teams.* Sponsored and hosted by the Office of General Education, Region One Education Service Center, Edinburg, Tex., March 4, 1996.

Hall-Ellis, Sylvia D. *Shaking the Money Tree: Preparing Successful Technology Grant Applications.* Sponsored and hosted by the Office of Technology and Media Services, Region One Education Service Center, Edinburg, Tex., February 29, 1996 and April 29, 1996.

Hall-Ellis, Sylvia D. *District-wide Technology Planning: Technical Assistance for the Texas Education Agency Initiative.* Sponsored and hosted by the Office of Technology and Media, Region One Education Service Center, Edinburg, Tex., February 2, 1996.

Hall-Ellis, Sylvia D. *Enhanced Grant Writing Skills.* Sponsored and hosted by Pharr-San Juan-Alamo Independent School District, Pharr, Tex., January 27, 1996.

Hall-Ellis, Sylvia D. *United States Copyright Act of 1976, Video Transmissions, Computer Software and the Internet.* Sponsored and hosted by the Office of Technology and Media, Region One Education Service Center, Edinburg, Tex., January 24, 1996.

Hall-Ellis, Sylvia D. *The Grant Writing Development Process.* Sponsored and hosted by Pharr-San Juan-Alamo Independent School District, Pharr, Tex., January 20, 1996.

Hall-Ellis, Sylvia D. *MARC Cataloging of Materials for Library Media Centers.* Sponsored and hosted by the Office of Media Services, Region One Education Service Center for the Donna Independent School District, Donna, Tex., August 17, 1995.

Hall-Ellis, Sylvia D. *Classification.* Sponsored by AJ Seminars, Rockville, Maryland; presented at University Hilton Hotel, Houston, Tex., May 10, 1995.

*Library Technical Services.* Sponsored by AJ Seminars, Rockville, Maryland; presented at University Hilton Hotel, Houston, Tex., April 26, 1995.

Hall-Ellis, Sylvia D. *Grant Writing: An Introduction for Public School Administrators.* Sponsored and hosted by the Office of Administrative Services, Region One Education Service Center, Edinburg, Tex., April 19, 1995.

Hall-Ellis, Sylvia D. *The School Library Media Specialist in the 21st Century: Visions for the Future.* Sponsored and hosted by the United Independent School District, Laredo, Tex., March 31, 1995.

Hall-Ellis, Sylvia D. *Using USMARC.* Sponsored by AJ Seminars, Rockville, Maryland; presented at University Hilton Hotel, Houston, Tex., March 29, 1995.

Hall-Ellis, Sylvia D. *Library Media Center Policies and Guidelines: How to Prepare for School Board Adoption.* Sponsored and hosted by the Office of Technology and Media Services, La Joya Independent School District, La Joya, Tex., March 10, 1995.

Hall-Ellis, Sylvia D. *Developing District-wide Policies and Guidelines for Library Media Centers.* Sponsored and hosted by the Office of Technology and Media Services, La Joya Independent School District, La Joya, Tex., January 10, 1995.

Hall-Ellis, Sylvia D. *MARC Cataloging of Audiovisual Materials for Library Media Centers.* Sponsored and hosted by the Office of Library Media and Technology Services, Cypress-Fairbanks Independent School District, Houston, Tex., December 1, 1994.

Hall-Ellis, Sylvia D. *The School Library Media Specialist in the 21st Century: Visions for the Future.* Sponsored and hosted by United Independent School District, Laredo, Tex., October 14, 1994.

Hall-Ellis, Sylvia D. *The School Library Media Specialist in the 21st Century: Visions for the Future.* Sponsored and hosted by the Laredo Independent School District, Laredo, Tex., October 7, 1994.

Hall-Ellis, Sylvia D. *MARC Cataloging for Library Media Centers.* Sponsored by the Office of Library Media and Technology Services, Cypress-Fairbanks Independent School District, Houston, Tex., October 5, 1994.

Hall-Ellis, Sylvia D. *Jump to the Head of the Class: Undergraduate Library Resources Available at Sam Houston State University.* Sponsored by the Office of the Associate Vice President for Student Services, Sam Houston State University, Huntsville, Tex., October 4, 1994.

Hall-Ellis, Sylvia D. *CD-ROMs - 1994's Newest and the Best for Secondary Level Media Centers.* Sponsored and hosted by Clear Lake Independent School District, Houston, Tex., June 3, 1994.

Hall-Ellis, Sylvia D. *Introduction to Classification.* Sponsored by AJ Seminars, Rockville, Maryland; presented at Holiday Inn, Market Center, Dallas, Tex., May 18, 1994.

Hall-Ellis, Sylvia D. *Basic Descriptive Cataloging.* Sponsored by AJ Seminars, Rockville, Maryland; presented at University Hilton Hotel, Houston, Tex., May 4, 1994.

Hall-Ellis, Sylvia D. *Shaking the Money Tree - Part II: Writing Successful Grant Applications.* Sponsored by Donna Independent School District, Donna, Texas, and Region One Education Service Center Edinburg, Texas; presented at South Texas Community College Library, McAllen, Tex., April 29, 1994.

Hall-Ellis, Sylvia D. *Using MARC.* Sponsored by AJ Seminars, Rockville, Maryland; presented at Holiday Inn, Market Center, Dallas, Tex., April 6, 1994.

Hall-Ellis, Sylvia D. *Automated Authority Control.* Sponsored by AJ Seminars, Rockville, Maryland; presented at University Hilton Hotel, Houston, Tex., March 23, 1994.

Hall-Ellis, Sylvia D. *Automating the District School Library Media Centers: Choices and Opportunities.* Sponsored and hosted by the Office of Technology and Library Media Services, Fort Bend Independent School District, Sugar Land, Tex., March 4, 1994.

Hall-Ellis, Sylvia D. *Shaking the Money Tree - Part I: Preparing Successful Grant Applications.* Sponsored and hosted by the Office of Library Media Services, Donna Independent School District, Donna, Tex., February 4, 1994.

## GRADUATE COURSES TAUGHT

**San José State University, School of Library and Information Science**
INFO 249 – Advanced Cataloging and Classification (Fall 2015, 2016; Summer 2016)
INFO 287 – Special Topics in Cataloging and Classification (Spring 2017, 2018, 2019, 2020, 2021, 2022; Fall 2020, 2021, 2022)
LIBR 248 – Beginning Cataloging and Classification (Summer 2002, 2003, 2004, 2005, 2006)
LIBR 249 – Advanced Cataloging and Classification (Summer 2003; Fall 2014; Summer 2015)

**University of Denver, Morgridge College of Education**
HED 5991 – Grant Writing in Higher Education (Spring 011)
LIS 4010 – Organization of Information (Fall 2002, 2003, 2004, 2005, 2006, 2009; Winter 2005; Spring 2004, 2005, 2006)
LIS 4020 – Professional Principles and Ethics (Summer 2000)
LIS 4040 – Management of Libraries and Information Centers (Fall 2010; Spring 2003, 2009 (DS); Winter 2005)
LIS 4070 – Cataloging and Classification (Winter 2008, 2009, 2010, 2011, 2012; Fall 2009 (DS))
LIS 4321 – Collection Management (Spring 2005)
LIS 4326 – LIS Research (Winter 2009 (DS); Spring 2009 (DS))
LIS 4350 – Adult Materials and Services (Summer 2006, 2009)
LIS 4379 – Social Sciences Resources (Spring 2009)
LIS 4400 – Cataloging and Classification (Spring 2000, 2001; Winter 2002, 2003, 2004, 2005, 2006, 2007, 2008, 2009; Summer 2005, 2006 – course renumbered LIS 4070, September 2007)
LIS 4401 – Descriptive Cataloging (Winter 2001; Spring 2002, 2003, 2006, 2007, 2008, 2009; Summer 2005)
LIS 4402 – Subject Cataloging (Spring 2001, 2009; Summer 2005, 2006, 2007, 2008)
LIS 4403 – Classification Schemes (Fall 2007, 2008, 2009 (DS)
LIS 4405 – Authority Control (Winter 2009)
LIS 4510 – Materials and Services for Children (Winter 2004; Summer 2005)
LIS 4620 – Grant Writing and Fundraising (Summer 2000, 2002, 2004, 2010; Winter 2006; Fall 2006, 2007, 2008, 2009)
LIS 4700 – Seminar in Technical Services (Fall 2001)
LIS 4700 – Seminar in Public Libraries (Summer 2002)
LIS 4804 – Management of Electronic Records (Spring 2004; Fall 2005)
LIS 4902 – Capstone Projects (Winter 2003, Spring 2008, 2009, 2011)
LIS 4910 – Independent Study (every quarter Winter 2000 through Spring 2011)
LIS 4920 – Service Learning (every quarter Summer 2004 through Spring 2011)
Grant Writing Certificate Seminar for Non-Profit Organizations (Fall 2020, 2021; Spring 2021)
RMS 4954 – Grant Writing (Summer 2013, 2014)
RMS 4959 – Content Analysis Methodology (Spring 2015)
QRM 4978 – Grant Writing (Summer 2011, 2012)

**Rutgers University, School of Communication and Information**
SC&I 522 – Cataloging and Classification (Summer 2013)
**University of Arizona, College of Behavioral and Social Sciences**
LIS 602 – Cataloging and Classification (Summer 1995)
LIS 612 – Advanced Online Search and Retrieval (Summer 1995)
**Sam Houston State University, College of Education & Applied Science**
LIS 532 - Cataloging and Classification (Fall 1993, 1994, 1995)
LIS 563 - Advanced Cataloging and Classification (Summer 1994)
LIS 567 - Research Methods (Spring 1994, Spring 1995)
LIS 591 - Educational Technology (Spring 1994, 1995)
LIS 596 - Networking and Computer Technologies in Education (Fall 1993, Summer 1994, Fall 1995)

### Dissertations at the University of Denver

Bowers, Stacey L. *Library Anxiety of Law School Students: A Study Utilizing the Multidimensional Library Anxiety Scale.* Chair, May 5, 2010.

Fattor, Melissa M. *Student Engagement Differences by Ethnicity and Scale for Ninth Grade Students.* Chair, November 1, 2010.

Fulton, Roseanne. *A Case Study of Culturally Responsive Teaching in Middle School Mathematics.* Kent Seidel, Chair, June 18, 2009, Outside Chair.

Grealy, Deborah S. *Tribes and Territories in Library and Information Studies Education.* Bruce Uhrmacher, Chair, June 10, 2008, Committee Member.

McCord, J. Michael. *Developing a Standard of Care for Educational Malpractice.* Chair, April 15, 2011.

Priebe, Sarah J. *Distinguishing Effects of Domain and General Knowledge on Passage Fluency and Comprehension.* Jan Keenan, Chair. July 21, 2011, Outside Chair.

Snyder-Mondragon, Sandra M. *Institutional Factors that Impact the Retention of Graduate Students of Color in Schools of Library and Information Science: A Metaregression of Accredited Library School Statistics on Student Retention and Graduation Rates.* Kathy Green, Chair, July 24, 2009, Committee Member.

Taylor, Karen Pickles. *Effective Teaching.* Elinor Katz, Chair, July 15, 2009, Outside Chair.

Thompson, Jennifer. *Distinguishing a Western Women's College: A History of the Curriculum and Student Experience at Colorado Women's College.* Edith W. King, Chair, July 16, 2010, Committee Member.

Walker, Emelda. *Influence of Organizational Factors on Job Satisfaction of Disability Service Providers at Postsecondary Institutions.* Chair, April 29, 2010.

### Dissertation Proposals at the University of Denver

Bowers, Stacey L. *Library Anxiety of Law School Students: A Study Utilizing the Multidimensional Library Anxiety Scale.* Chair, November 5, 2009.

McCord, J. Michael. *Developing a Standard of Care for Educational Malpractice.* Edith W. King, Chair. April 23, 2010.

Thompson, Jennifer. *History of Colorado Women's College.* Edith W. King, Chair, October 30, 2008. Committee Member.

Walker, Emelda. *Influence of Organizational Factors on Job Satisfaction of Disability Service Providers at Postsecondary Institutions.* Chair, July 21, 2009.

### Dissertations at Other Institutions

Rodríguez-Mori, Howard. *The Information Behavior of Puerto Rican Immigrants to Central Florida, 2003-2009: Grounded Analysis of Six Case Studies Use of Social Networks during the Migration Process.* Kathleen Burnett, Chair, April 10, 2009, Florida State University, Committee Member.

Schwartz, Brian *More than a Look-up Skill: Medical Information Literacy Education in Osteopathic Medical Schools.* D. Mirah Dow, Chair, July 18, 2017. Emporia State University, Committee Member.

Snow, Karen. *A Study of the Perception of Cataloging Quality among Catalogers.* Shawne D. Miksa, Chair, August 1, 2011. University of North Texas, Committee Member.

### Dissertation Proposals at Other Institutions

Schwartz, Brian *More than a Look-up Skill: Medical Information Literacy Education in Osteopathic Medical Schools.* D. Mirah Dow, Chair, December 4, 2015. Emporia State University, Committee Member.

Snow, Karen. *A Study of the Perception of Cataloging Quality among Catalogers.* Shawne D. Miksa, Chair, May 11, 2010. University of North Texas, Committee Member.

### Master's Thesis at the University of Denver

Hemingson, Jeff. *Recital Paper.* Lamont School of Music, February 2010, Outside Chair.

### Capstones at the University of Denver

Anthony, Alisa. *Correlation of Library and Information Science Program outcomes and Vacant Position Qualifications Listed on the Colorado State Library Jobline by Employers During the Period September 1, 2000 through August 31, 2002.* Chair, Winter Quarter, 2003.

Borden, Donna M. *Improving Emergency Communications Systems: Is a Radio Communications Network the Answer?* Fall Quarter, 2014.

Bowden, Heather L.M. *Exploring Biological Models for Long-term Data Preservation.* Chair, Spring Quarter, 2008.

Casenada, Cassandra Y. *Challenges to the Recruitment, Education, and Retention of Librarians of Color*. Chair, Spring Quarter, 2008.

Chang, Jennifer C. *Legal Research Practice and Preference: A Law Firm Perspective.* Chair, Spring Quarter 2011.

Ellis, Megan S. Fitzgerald. *Design of a Public Library Adult Volunteer Recruitment Program and Training Curriculum.* Chair, Winter Quarter, 2003.

Kircher, Kathy. *Development of a Library Pathfinder for Exobiology and Posting it on the Internet.* Chair, Winter Quarter, 2003.

Melhado, Loretta. *Design of St. John's Episcopal Church Library.* Chair, Spring Quarter, 2008.

Radcliff, Kathy. *Original Cataloging of Archival materials in the HERS Collection in Penrose Library.* Chair, Winter Quarter, 2003.

Sass, Carol Ann. *ACT Periodical Index: Access to Catholic Thinking Periodical Index: Web Index to Select Catholic Periodicals.* Spring Quarter 2000.

Stone, Sergio D. *Conducting Community Analysis for the Bemis Public Library (Littleton, Colorado) Using 2002 U.S. Census Data and the Online Outcome-Based Evaluation Toolkit.* Chair, Winter Quarter, 2003.

Tureson, Tamara. *Design and Use of an Information Audit Tool for Use in a Law Library.* Chair, Winter Quarter, 2003.

Tweed, Beth. *Evaluation of Email Reference Service in a Consumer Health Library Environment.* Chair, Winter Quarter, 2003.

## GRANTS AND CONTRACTS

*Student Learning in Agriculture STEM through Teacher Professional Development.* Research team: Stanton Gartin (PI) and Cyndi Hofmeister, Northeast Junior College; Jeff Cash, Cheryl Sánchez, Anne-Marie Crampton, Lamar Community College; Suzanna Spears, Morgan Community College; Jack Wiley, Kerry Gabrielson, Trinidad State Junior College; Michael J. Miller, Colorado State University; Michael Womochil (Co-PI), Casey Sacks, and Sylvia D. Hall-Ellis, Colorado Community College System. U.S. Department of Agriculture, Agriculture and Food Research Initiative, Food, Agriculture, Natural Resources and Human Sciences Education and Literacy Initiative, $404,460 (2017-2020)

*Leading and Achieving: the Colorado Agriculture Regional Consortium.* Research team: Jack Wiley (PI), Kerry Gabrielson, Trinidad State Junior College; Jeff Cash (PI), Cheryl Sánchez, Anne-Marie Crampton, Lamar Community College; Suzanna Spears, Morgan Community College; Cyndi Hofmeister, Northeast Junior College; Michael Womochil (Co-PI), Casey Sacks, and Sylvia D. Hall-Ellis, Colorado Community College System. U.S. Department of Agriculture, Hispanic Serving Institutions Education Grants Program, $504,414 (2017-2020)

*Cyber Prep Program Planning Grant.* Research team: Debbie Sagen (PI), Brenda Lauer, Pikes Peak Community College; Gretchen Martin, Koiosa Insights; and, Sylvia D. Hall-Ellis, Colorado Community College System. U.S. Department of Commerce, Regional Alliances and Multi-stakeholder Partnerships to Stimulate (RAMPS) Cybersecurity Education and Workforce Development, $199,681 (2016-2018)

*Career and Technical Education in Colorado: Pathways to Education and Employment.* Research team: Heather McKay (PI), Rutgers University; Sarah Heath, Casey Sacks, Sylvia D. Hall-Ellis, Colorado Community College System. U.S. Department of Education, Institute of Education Sciences, $1,400,000 (2017-2021)

*Pre-Alliance Planning Grant Colorado Community College Alliance.* Research team: Victor Vialpondo (PI) and Janel Highfill, Community College of Aurora; Heidi Loshbaugh (Co-PI), Community College of Denver; Rick Reeves, Bill McGreevy, Liz Cox, and Kristin Aslin, Red Rocks Community College; Cathy Pellish, Front Range Community College; Samuel DeVries, Arapahoe Community College; Sylvia D. Hall-Ellis, Colorado Community College System. National Science Foundation, Louis Stokes Alliance for Minority Participation (LSAMP), $86,817 (2016-2017)

*Towards Scalable Differentiated Instruction Using Technology-enabled, Competency-based, Dynamic Scaffolding.* Research team: Karen Wilcox (PI) and Vijay Kumar, Center for Computational Engineering, Massachusetts Institute of Technology; Flora McMartin, Broad-based Knowledge; Quinsigamond Community College; and, Casey Sacks, and Sylvia D. Hall-Ellis, Colorado Community College System. U.S. Department of Education, First in the World Developmental Grant, $2,891,882 (2015-2019)

*Colorado Strategic Partnerships Emergency Grant.* Research team: Elise Lowe-Vaughn (PI), Amy Hodson, Celia Hardin, Barbara McBride, James Newby, Christopher Dewhurst, Nina Holland, Kate Anderson, MaryAnn Roe, Chrystalynn Chrystalynn, Elaine Edon, Mona Barnes, Tom Morgan, Rob Hanni, and Marie Valenzuela, Colorado Department of Labor and Employment; Steve Anton, Joelle Brouner, and Katie Griego, Colorado Department of Human Services; Rebecca Holmes, Judith Martinez, and Jennifer Jirous, Colorado Department of Education; Emily Templin Lesh, Colorado Workforce Development Council; Cory Everett, Colorado Department of Regulatory Agencies; and, Casey Sacks and Sylvia D. Hall-Ellis, Colorado Community College System. U.S. Department of Labor, Strategic Partnerships Emergency Grant, $5,000,000 (2015-2017)

*CAEL Jump Start Program: Competency-Based Education.* Research team: Jerry Migler (PI), Casey Sacks, Debra Cohn, Thomas Hartman, and Sylvia D. Hall-Ellis, Colorado Community College System; Matt Jamison, Front Range Community College; Mike Coste, Red Rocks Community College; Amanda Corum, Pueblo Community College; Janet Colvin, Pikes Peak Community College; and, MaryAnn Matheny, Community College of Denver. Council for Adult and Experiential Learning, $15,000 (2015)

*Summit on the Redesign of Developmental Education.* Research team: Jerry Migler (PI), Casey Sacks, and Sylvia D. Hall-Ellis, Colorado Community College System; Chip Nava, Pueblo Community College; Kim Moultney, Arapahoe Community College; Debbie Ulibarri, Trinidad State Junior College; and, Kris Bernard, Front Range Community College. American Association of Community Colleges, $15,000 (2015-2016)

*Equity in Excellence at Colorado Community Colleges.* Research team: Keith Howard (PI) and Sylvia D. Hall-Ellis, Colorado Community College System; Estela Mata Bensimon, Center for Urban Education, University of Southern California; and Kerry Gabrielson, Trinidad State Junior College. Colorado Department of Higher Education, Colorado Opportunity Scholarship Program, $150,000 (2015-2016)

*MBA High School of Business in Colorado.* Research team: Laurie Urich (PI) and Sylvia D. Hall-Ellis, Colorado Community College System; Rudolph Sumpter and Beatrice Gerrish, Boulder Valley Schools; Keith Curry Lance, RSL Research Group. Colorado Department of Higher Education, Colorado Opportunity Scholarship Program, $501,295 (2015-2016)

*Fullbridge Program in Colorado.* Research team: Keith Howard (PI) and Sylvia D. Hall-Ellis, Colorado Community College System; Suzanna Spears, Fort Morgan Community College; and, Cheryl Sánchez and Anne-Marie Compton, Lamar Community College. Colorado Department of Higher Education, Colorado Opportunity Scholarship Program, $300,000 (2015-2017)

*Colorado Community College System Alternative Credit Program.* Research team: Jerry Migler (PI), Keith Howard, and Sylvia D. Hall-Ellis, Colorado Community College System. American Council on Education, $13,000 (2015)

*Internationalization in Higher Education.* Researcher: Samuel D. Museus. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Internationalization, $8,000 (2014-2015)

*International Perspectives on Bilingual Education.* Researcher: Sharolyn Pollard-Durodola. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Internationalization, $3,700 (2014-2015)

*Cultivating Culturally Relevant and Responsive Curriculum and Pedagogy in College.* Researcher: Samuel Museus. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, iRise Grant, $5,000 (2014-2015)

*Project EMERGE (Educational Model for Evaluation and Replicability in Gifted Environments).* Research team: Norma Hafenstein (PI) and Bruce Uhrmacher. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Lynde and Harry Bradley Foundation, $235,000 (2014-2015)

*Collecting Asian American Refugee Stories.* Researcher: Samuel Museus. Technical reviewer for MCE: Sylvia D. Hall-Ellis. American Educational Research Association, Research Grant, $5,000 (2014-2015)

*Developing Expertise in Teaching K-5 Mathematics.* Research team: Julie Sarama (PI) and Douglas H. Clements (Co-PI), in partnership with the School of Education at the University of Michigan. Technical reviewer for MCE: Sylvia D. Hall-Ellis. National Science Foundation, $130,344 (2013-2015)

*Investigation of the Long-Term Outcomes for Special Education Students.* Researcher: Antonio Olmos-Gallos. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Jefferson County School District, Office of Assessment, $40,000 (2014)

*Refugee Community Collaboration.* Researcher: Vicki Tomlin (PI) in partnership with the African Community Center and Jewish Family Service. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Center for Community Engagement and Service Learning, $14,854 (2014-2015)

*Access to Mathematics for All.* Research team: Richard S. Kitchen (PI), Nicole M. Russell (Co-PI), and Terrence Blackman (Co-PI), Curriculum Studies and Teaching Program, Morgridge College of Education; Álvaro Árias (Co-PI, Department of Mathematics); and, James Gray (Co-PI), Department of Mathematics, Community College of Aurora. Technical reviewer for MCE: Sylvia D. Hall-Ellis. National Science Foundation, The Robert Noyce Scholarship Program, Capacity Building Project, $349,926 (2014-2016)

*Cognitive Test Battery for Intellectual Disabilities.* Research team: Karen Riley (PI), Lyndsay Agans, Jessica Lerner, and Karin Dittrick-Nathan in partnership with David Hessl (PI), The MIND Institute at the University of California – Davis, and Elizabeth Berry-Kravis, Rush University Medical Center. Technical reviewer for MCE: Sylvia D. Hall-Ellis. National Institutes of Health, Outcome Measures for Use in Treatment Trials for Individuals with Intellectual and Developmental Disabilities (R01), $2,499,996 ($588,672 at DU) (2014- 2019)

*Broadening Participation in Engineering among Women and Latino/as: A Longitudinal, Multi-Site Study.* Researcher: Patton Garriott (PI) in partnership with the University of North Dakota and the University of Missouri. Technical reviewer for MCE: Sylvia D. Hall-Ellis. National Science Foundation, HER Core Research, $677,390 ($69,992 at DU) (2014-2019)

*Designing a Teacher Evaluation System to Improve Teacher Effectiveness for Culturally and Linguistically Diverse Learners.* Research team: María del Carmen Sálazar (PI), Jessica Lerner, and Kathy Green. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Professional Research Opportunities for Faculty, $29,988 (2014-2016)

*Developing a College-Going Culture in Latina/O Families: Exploring the Influence of Funds of Knowledge on Family Outreach Programs.* Researcher: Judy Marquez Kiyama. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Professional Research Opportunities for Faculty, $18,720 (2014-2016)

*Assessment of Quality of Life in Neutral Implantation Surgery for the Treatment of Parkinson's Disease.* Researcher: Cynthia McRae. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Internationalization, $3,967 (2014-2015)

*Pura Vida: Cloud Forest, Curriculum and Cross-Cultural Study.* Research team: Norma Hafenstein (PI) and Bruce Uhrmacher (Co-PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Internationalization, $8,000 (2014-2015)

*Online Course Development for Curriculum and Instruction.* Researcher: Ruth Chao. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Teaching and Learning, $3,000 (2014)

*Online Course Development for Curriculum and Instruction.* Researcher: María del Carmen Sálazar. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Teaching and Learning, $3,000 (2014)

*Online Course Development for Curriculum and Instruction.* Researcher: Jessica Lerner. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Teaching and Learning, $3,000 (2014)

*Online Course Development for Curriculum and Instruction.* Researcher: Duan Zhang. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Teaching and Learning, $3,000 (2014)

*The Mathematics Education of African Americans, 1866 – 1954.* Researcher: Nicole M. Russell. Technical reviewer for MCE: Sylvia D. Hall-Ellis. National Academy of Education, Spencer Foundation Postdoctoral Fellowship, $55,000 (2014-2016)

*Early Childhood Care and Education Study.* Research team: Carrie Germeroth (PI), Melissa Mincic, and Douglas H. Clements. Technical reviewer for MCE: Sylvia D. Hall-Ellis. State of North Dakota, Department of Public Instruction, $73,500 (2013-2014)

*Graduate Level Specialty in Addiction Counselor Training with Emphasis on Integration of Native American Specific Content.* Research team: Ruth Chao (PI) and Michael J. Faragher (Co-PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. The Galena Foundation, $289,732 (2013-2016)

*The Collecting Asian American and Pacific Islander Refugee Stories (CARS) Project.* Researcher: Samuel Museus. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Center for Community Engagement and Service Learning, $15,000 (2014)

*Parents in Transition: A Multiple Case Study of Parent and Family Orientation Programs.* Researcher: Judy Marquéz Kiyama. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Faculty Research Fund, $1,500 (2014-2015)

*The Sistah Network: Black Women Graduate Students Supporting and Retaining Each Other.* Researcher; Nicole M. Russell. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Faculty Research Fund, $2,708 (2014-2015)

*Evaluation of the Northeast Denver Babies Ready for College Program.* Research team: Carrie Germeroth (PI), Melissa Mincic, and Douglas H. Clements. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Mile High Montessori, $9,922 (2013-2014)

*Developing Teaching Expertise in K-5 Mathematics.* Research team: Julie Sarama (PI) and Douglas Clements (University of Denver), in partnership with Timothy Boerst (PI), Meghan Shaughnessy, Deborah Ball, Hyman Bass (School of Education at the University of Michigan). Technical reviewer for MCE: Sylvia D. Hall-Ellis. National Science Foundation, $449,827 ($130,344 at the University of Denver (2013-2015)

*Early Learning Care and Education Study Program Grant for the State of North Dakota.* Research team: Carrie Germeroth (PI), Melissa Mincic, and Sheridan Green. Technical reviewer for MCE: Sylvia D. Hall-Ellis. State of North Dakota Department of Public Instruction, $73,500 (2013-2014)

*Local Professional Learning Community for School Leaders.* Research team: Susan Korach (PI), Kristina Hesbol, and Rebecca McClure. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Education Development Center, $10,950 (2013)

*Healthy Eaters, Lifelong Movers 2: Implementing Evidence-Based School Environment, Policy, and Curricular Changes to Increase Opportunities for Healthy Eating and Physical Activity in Low Income, Rural Colorado.* Research team: Elaine Berlansky, University of Colorado at Denver (PI), Nicholas Cutforth, University of Denver (Co-PI), and Allison Reeds. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Colorado Health Foundation, $3,103,108 (2013-2017)

*Hughes Rare Books Library Room Renovation in the Sturm College of Law.* Project team: Patti H. Marks, Sylvia D. Hall-Ellis, and Leigh Elliott. Mabel T. Hughes Charitable Trust, $34,000 (2013-2014)

*The Promise Center Partnership with the Marsico Institute for Early Learning and Literacy and the City and County of Denver.* Research team: Karen Riley (PI), Douglas H. Clements (Co-PI), and Sheridan Green. Technical reviewer for MCE: Sylvia D. Hall-Ellis. The Piton Foundation, $223,468 (2013-2014)

*Center of Excellence for Problem Gambling.* Research team: Ruth Chao (PI) and J. Mike Faragher. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Colorado Department of Behavioral Health, $68,021 (2012-2013)

*United Way Implementation and Validation Review.* Research team: Douglas H. Clements (PI), Amanda Moreno, and Sheridan Green. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Mile High United Way, $19,737 (2013)

*Math/Science Partnership in Rural Districts.* Research team: Kristen Bunn (PI, Eagle County Schools), Paul Michalec (Co-PI), and Alegra Reiber. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Colorado Department of Education, Colorado's Mathematics and Science Partnership Program, $750,000 (2013-2014)

*Mathematics and Science Education of African Americans.* Research team: Nicole Russell (PI), Sylvia D. Hall-Ellis, Steve Fisher (Penrose Library). Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Professional Research Opportunities for Faculty, $29,994 (2013-2015)

*Online Course Development for Curriculum and Instruction.* Researcher: Nicole Russell. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Teaching and Learning, $3,000 (2013)

*Discourse and Opportunity: Undocumented Students and Higher Education Policy.* Researcher: Ryan Gildersleeve. Technical reviewer for MCE: Sylvia D. Hall-Ellis. National Academy of Education, Spencer Foundation Postdoctoral Fellowship, $55,000 (2012-2014)

*An Anthropological Study of the Latino Graduation Ceremony.* Researcher: Ryan Gildersleeve. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Spencer Foundation, $39,900 (2012-2013)

*Fragile-X and Pharmaceutical Company: Clinical Trial of AFQ056.* University of California – Davis Children's Hospital MIND Institute (Sacramento), Children's Hospital Denver, and Rush Children's Hospital at Rush University Medical Center (Chicago). Karen Riley, PI. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Novartis Pharmaceuticals Corporation, $394,206 (2012-2014)

*Project Engage, Phase 2, a DAPRA Grant in partnership with Total Immersion Systems, Inc., and Texas A&M University.* Research team: Karen Riley (PI) and Lyndsay Agans (Co-PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. U.S. Department of Defense, $60,000 (2011-2013)

*International School Psychology Practicum Exchange.* Researcher: Gloria L. Miller. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Center for Community Engagement and Service Learning, $14,951 (2012-2013)

*Online Course Development for Curriculum and Instruction.* Research team: Bruce Uhrmacher (PI) and Norma Hafenstein (Co-PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Teaching and Learning, $18,193 (2012-2014)

*Writers in the Schools.* Research team: Karen Riley (PI) and Amanda Moreno (Co-PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. Colorado Humanities, $4,965 (2012-2013)

*Learning Ecosystem Validation Grant.* Research team: Karen Riley (PI), Lyndsay Agans, Kent Seidel, and Shimelis Assefa. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Bill & Melinda Gates Foundation, $315,000 (2012-2013)

*Project Words of Oral Reading and Language Development (WORLD).* Research team: Jorge E. Gonzalez (PI), Texas A&M University; Laura Saenz (Co-PI), University of Texas – Pan American; and, Sharolyn Pollard-Durodola (Co-PI), University of Denver. Technical reviewer for MCE: Sylvia D. Hall-Ellis. U.S. Department of Education, Institute of Education Sciences, $53,354 (2012-2015); award $640,718, transfer from Texas A&M University

*Increasing the Efficacy of an Early Mathematics Curriculum with Scaffolding Designed to Promote Self-Regulation.* Research team: Douglas H. Clements (PI) and Julie Sarama (Co-PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. U.S. Department of Education, Institute of Education Sciences, $1,445,315 (2008-2014); award $4,541,975, transfer from University at Buffalo, The State University of New York

*Using Rule Space and Poset-based Adaptive Testing Methodologies to Identify Ability Patterns in Early Mathematics and Create a Comprehensive Mathematics Ability Test.* Research team: Douglas H. Clements (PI) and Julie Sarama (Co-PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. National Science Foundation, $323,791 (2010-2014); award $1,194,944, transfer from University at Buffalo, The State University of New York

*Comprehensive Postdoctoral Training in Scientific Education Research.* Researcher: Julie Sarama (PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. U.S. Department of Education, Institute of Education Sciences, $133,458 (2010-2014); award $613,353, transfer from University at Buffalo, The State University of New York

*Longitudinal Study of a Successful Scaling Up Project: Extending TRIAD.* Research team: Douglas H. Clements (PI), Julie Sarama (Co-PI), and Abt Associates (Carolyn Layzer, Fatih Unlu, Laurie Bozzi, Lily Fesler, Alina Martinez, Cristofer Price, James van Orden). Technical reviewer for MCE: Sylvia D. Hall-Ellis. Institute of Education Sciences, $384,940 (2011-2015; award $1,250,286, transfer from University at Buffalo, The State University of New York

*Early Childhood Education in the Context of Mathematics, Science, and Literacy.* Research team: Julie Sarama (PI), Douglas H. Clements (Co-PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. National Science Foundation, $990,020 (2010-2014; award $2,285,228, transfer from University at Buffalo, The State University of New York

*Early Childhood Clearinghouse Information Center Redesign.* Research team: Karen Riley (PI) and Amanda Moreno (Co-PI).Technical reviewer for MCE: Sylvia D. Hall-Ellis. Office of the Lt. Governor of Colorado, $12,000 (2012-2013)

*Morgridge Rural Educational Leadership Initiative.* Research team: Lyndsay Agans (PI), Linda Brookhart (Co-PI), Susan Korach, and Rebecca McClure. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Morgridge Family Foundation, $100,000 (2012-2014)

*Center of Excellence for Problem Gambling.* Research team: Patrick Sherry (PI) and J. Mike Faragher. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Colorado Department of Behavioral Health, $55,000 (2012-2013)

*Intermodal Transportation Institute Research Initiatives.* Researcher: Patrick Sherry. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University Transportation Centers Program, Research and Innovative Technology Administration, U.S. Department of Transportation. $600,000 (2012-2014)

*Mile High United Way Social Innovation Fund Early Literacy Initiative.* Gloria L. Miller, PI, Amanda Moreano, Kim Hartnett-Edwards, and Sheridan Green. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Mile High United Way, $89,992 (2012-2013)

*International School Psychology Practicum Exchange.* Researcher: Gloria L. Miller. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Center for Community Engagement and Service Learning, $1,000 (2012-2013)

*Refugee Student Art Outreach.* Researcher: Karin Dittrick-Nathan. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Faculty Research Fund, $3,000 (2012-2013)

*Resistance, Resilience, and Reciprocity: Centering the Voices of Black Doctoral Women with Faculty Aspirations.* Researcher: Nicole M. Russell. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Faculty Research Fund, $2,965 (2012-2013)

*Assessing Learning through Student Notebooks.* Research team: Keith Miller, Nancy Sasaki, and Kathy Green. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Professional Research Opportunities for Faculty, $30,000 (2012-2014)

*International School Psychology Practicum Exchange.* Researcher: Gloria L. Miller. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Internationalization, $2,000 (2012-2013)

*ELO in Colorado.* Research team: Cynthia Hazel and Duan Zhang. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Colorado Legacy Foundation, $150,000 (2012-2013)

*Creating Online LIS Courses.* Research team: Mary C. Stansbury (PI), Shimelis Assefa, Denise Anthony, Xiao Hu, and Krystyna Matusiak. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Center for Teaching and Learning, $15,000 (2011-2013)

*Maritime Piracy Seminar.* Researcher: Ved Nanda, The Nanda Center, Sturm College of Law. Technical reviewer for Sturm College of Law: Sylvia D. Hall-Ellis. Arsenault Family Foundation, $15,000 (2012-2013).

*Early Childhood Librarianship: An Interdisciplinary, Experiential Learning MLIS.* Researcher: Mary C. Stansbury (PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. Laura Bush's 21st Century Librarians Program, Institute for Museums and Library Services, $249,066 (2012-2014)

*Learning Ecosystem Planning Grant.* Research team: Karen Riley (PI), Lyndsay Agans, Kent Seidel, and Shimelis Assefa. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Bill & Melinda Gates Foundation, $281,217 (2011-2012)

*Advanced Service Learning Practitioner Faculty Grant,* Sylvia D. Hall-Ellis, University of Denver, Center for Community Engagement and Service Learning, $400 (2011)

*Evaluating and Enhancing the EspeciallyMe Program.* Research team: Lori D. Patton and Nicole Russell. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Center for Community Engagement and Service Learning, Public Good Fellowship Grant, $24,780 (2012)

*Choosing Excellence: Let Every Child Bloom.* Research team: Shimelis Assefa (PI) and Mary C. Stansbury (Co-PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Center for Community Engagement and Service Learning, Public Good Grant, $7,657 (2012)

*K-8 STEM Content Specific Professional Development to Improve Elementary Student Achievement.* Research team: Kent Seidel (PI), Nicole Russell (Co-PI), Kimberly Hartnett-Edwards, Paul Michalec, Jeff Farmer, Keith Miller, Alegra Reiber, and Nancy Sasaki. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Colorado Department of Education, Improving Teacher Quality Grant, (Title II ESEA), $307,299 (2011-2012)

*Building a Better Principal Pipeline to Boost Student Achievement.* Researcher: Susan Korach. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Denver Public Schools; a subcontract from the Wallace Foundation Grant, $170,000 (2011-2017)

*Center of Excellence for Problem Gambling.* Research team: J. Mike Faragher (Co-PI) and Bobbie Vollmer (PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. Colorado Department of Behavioral Health, $79,999 (2011-2012)

*An Exploration of Novice Teachers' Core Competencies: Impacts on Student Achievement, and Effectiveness of Preparation.* Research team: Kent Seidel (PI), Kathy Green (Co-PI), Kimberly Hartnett-Edwards, and Duan Zhang. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Institute of Education Sciences, Effective Teachers and Effective Teaching, $990,987 (2012-2015)

*Project Engage, a DAPRA Grant in partnership with Total Immersion Systems, Inc., and Texas A&M University.* Research team: Karen Riley (PI) and Lyndsay Agans (Co-PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. U.S. Department of Defense, $49,964 (2011-2014)

*User-centered Evaluation of Music Search Engines.* Researcher: Xiao Hu. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Faculty Research Fund, $2,931 (2011-2012)

*Educational Practicum in Vietnam and China to Promote the Inclusion of Young Children with Disabilities.* Researcher: Gloria L. Miller. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Office of Internationalization, $5,000 (2011-2012)

*Evaluation of Colorado's Enhancing Quality in Infant-Toddler (EQIT) Initiative.* Research team: Virginia R. Maloney and Amanda Moreno. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Buell Foundation, $395,884 (2011-2013)

*Creating Engaging Environments to Teach Pre-Algebra Mathematics to Elementary Students.* Research team: Álvaro Arias, Mario López, María del Carmen Salazar, and Lyndsay Agans. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver Interdisciplinary Grant, $60,000 (2011-2012)

*Morgridge Education Technology Accessible (META) Resource Project.* Research team: Lyndsay Agans (PI) and Shimelis Assefa (Co-PI). Technical reviewer for MCE: Sylvia D. Hall-Ellis. Morgridge Family Foundation, $36,000 (2011)

*MCE Connect: A 21st Century Framework for Faculty Development.* Research team: Bruce Uhrmacher (PI), Shimelis Assefa (Co-PI), Lyndsay Agans (Co-PI), Kimberly Hartnett-Edwards, Norma Hafenstein, Xiao Hu, Paul Michalec (Co-PI), María del Carmen Salazar (Co-PI), and Sandra Snyder-Mondragon. Technical reviewer for MCE: Sylvia D. Hall-Ellis. University of Denver, Center for Teaching and Learning, $22,355 (2011-2012)

*Parent Education and Parent Leadership and Advocacy.* Research team: Virginia Maloney (PI) and Amanda Moreno, Marsico Institute for Early Learning and Literacy. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Colorado Health Foundation, $27,358 (2010-2011)

*Intentional School Culture.* Researcher: Cynthia Hazel. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Denver Public Schools, $38,040 (2010-2011)

*Healthy Eaters, Lifelong Movers: Implementing Evidence-Based School Environment, Policy, and Curricular Changes to Increase Opportunities for Healthy Eating and Physical Activity in Low Income, Rural Colorado.* Research team: Elaine Berlansky, University of Colorado at Denver (PI), Nicholas Cutforth, University of Denver (Co-PI), and Allison Reeds. Technical reviewer for MCE: Sylvia D. Hall-Ellis. Colorado Health Foundation, $1,683,277 (2011-2014)

*Second Life Learning Community.* Research team: Don McCubbrey (PI), Sylvia D. Hall-Ellis (Co-PI), Walter LaMendola, and Paul Novak. University of Denver, Center for Teaching and Learning, $13,000 (2010-2011)

*Reintroducing the Value of Law Librarians to Academic and Public Librarians in Colorado through the Identification and Use of Emerging Technologies.* Research team: Sylvia D. Hall-Ellis (Co-PI), Stacey L. Bowers (PI), and Christopher Hudson, in partnership with Denver Public Library, Arapahoe Library District, and the Colorado State Supreme Court Library. University of Denver, Center for Community Engagement and Service Learning, $5,773 (2010-11)

*Reintroducing the Value of Law Librarians to Public Librarians through the Identification and Use of Emerging Technologies and Resources.* Research team: Stacey Bowers (PI) and Sylvia D. Hall-Ellis (Co-PI). American Association of Libraries, Wolters Kluwer Law & Business Grant Program, $2,725 (2010-2011)

*Faculty Service Learning Pod.* Research team: María del Carmen Salazar and Nicholas Cutforth (Curriculum and Instruction Program), Frank Tuitt (Higher Education Program), Cynthia Hazel and Gloria Miller (Child, Family, and School Psychology Program), and Sylvia D. Hall-Ellis (Library and Information Science Program). University of Denver, Center for Community Engagement and Service Learning, $8,000 (2010-2011)

*Lincoln Collaborative.* Research team: Antonio Esquibel (Principal, Lincoln High School), María del Carmen Salazar (Curriculum and Instruction Program), and. Sylvia D. Hall-Ellis. School Improvement Grant, Denver Public Schools, $375,000 (2010-2012)

*Future LEADers of America: Leaders III.* Research team: Denver Public Library (Kristen Svendson, PI), the University of Denver (Sylvia D. Hall-Ellis), the Colorado Chapter of REFORMA (Orlando Archibeque), and the Colorado Association of Libraries (Martin Garnar). Laura Bush's Recruiting Librarians for the 21st Century Program, Institute for Museums and Library Services, $988,366 (2009-2012)

*Teaching for Success in the Library Environment: LIS 4030 in Library 2.0.* Research team: Deborah S. Grealy (PI) and Sylvia D. Hall-Ellis (Co-PI). University of Denver, Center for Teaching and Learning, $ 9,350 (2009-10)

*Writing Group Faculty Grant,* Sylvia D. Hall-Ellis, University of Denver, Center for Community Engagement and Service Learning, $750 (2008-2009)

*Collaborative Learning Faculty Grant*, Sylvia D. Hall-Ellis, University of Denver, Center for Teaching and Learning, $1,500 (2008)

*Connecting Information Literacy to Learning.* Research team: Lori Micho, Merrie Valliant, Amanda Samland, and Sylvia D. Hall-Ellis. Colorado State Library, LSTA Discretionary Grant Program, $19,548 (2008-2009)

*Law Librarianship Fellows Program.* Research team: Sylvia D. Hall-Ellis (PI), Stacey Bowers (Co-PI), and Christopher Hudson, Westminster Law Library. Laura Bush's 21st Century Librarians Program, Institute for Museums and Library Services, $999,370 (2008-2012)

*Grant Writing in a Cooperative Learning Environment.* Sylvia D. Hall-Ellis. University of Denver, Center for Teaching and Learning, $2,000 (2008-2009)

*Project Homeless Connect 6 Event Evaluation.* Research team: Sylvia D. Hall-Ellis and Duan Zhang. University of Denver Center for Community Engagement and Service Learning, $9,785 (2008)

*Project Ecuador: International Learning Service Libraries – A Faculty Development Experience in Ecuador.* Sylvia D. Hall-Ellis, Office of Internationalization, University of Denver, $600 (2007)

*Project Ecuador: International Learning Service Libraries – A Faculty Development Experience in Ecuador.* Sylvia D. Hall-Ellis, International Service Learning Office, University of Denver, $400 (2007)

*Project Homeless Connect 5 Event Evaluation.* Research team: Sylvia D. Hall-Ellis and Duan Zhang. University of Denver Center for Community Engagement and Service Learning, $1,000 (2007)

*Project Homeless Connect 4 Event Evaluation.* Research team: Sylvia D. Hall-Ellis and Duan Zhang. University of Denver Center for Community Engagement and Service Learning, $4,595 (2007)

*Future LEADers of America: Leaders II.* Research team: Denver Public Library (Kristen Svendson, PI), the University of Denver (Sylvia D. Hall-Ellis), and the Colorado Chapter of REFORMA (Orlando Archibeque). Laura Bush's Recruiting Librarians for the 21st Century Program, Institute for Museums and Library Services, $988,518 (2007-2010)

*Strategic Planning Assistance for the Denver Medical Library.* Sylvia D. Hall-Ellis. Denver Medical Library, Inc., $30,000 (2006-2007)

*Destiny Software for JMAC Student Lab.* Sylvia D. Hall-Ellis, gift from the Sagebrush Corporation, Minneapolis, Minnesota, $10,000 (2006)

*Libraries: Tools for Education and Development Worldwide: A Faculty Development Experience in France.* Sylvia D. Hall-Ellis, Office of Internationalization, University of Denver, $800 (2005)

*Denver Public Library: Opportunities for Change.* Sylvia D. Hall-Ellis, Colorado Community Based Research Network, $2,000 (2005)

*Future LEADers of America.* Research team: Denver Public Library (Letty Icolari and Steve Taylor, PIs), Emporia State University (Jim Agee), and the University of Denver (Sylvia D. Hall-Ellis). Recruiting Librarians for the 21st Century Program, Institute for Museums and Library Services, $670,315 (2005-2008)

*American Association of University Professors Summer Institute Professional Development Grant.* Sylvia D. Hall-Ellis, American Association of University Professors, $300 (2005)

*Beta Phi Mu Alumni Tea.* Sylvia D. Hall-Ellis, gift from the Office of Alumni and Parent and Relations, University of Denver, $2,000 (2005)

*Spectrum Software for LIS Student Lab.* Sylvia D. Hall-Ellis, gift from the Sagebrush Corporation, Minneapolis, Minnesota, $5,000 (2005)

*Developing Research Capacity in Community Organizations and Residents through Training and Technical Assistance.* Nicholas J. Cutforth (PI) and Sylvia D. Hall-Ellis. Piton Foundation, $25,000 (2005-2006)

*Libraries: Tools for Education and Development Worldwide: A Faculty Development Experience in Argentina.* Sylvia D. Hall-Ellis, Office of Internationalization, University of Denver, $500 (2004)

*Developing Research Capacity in Community Organizations and Residents through Training and Technical Assistance.* Research team: Nicholas J. Cutforth (PI), Gary Lichtenstein and Sylvia D. Hall-Ellis, Piton Foundation, $25,000 (2003-2004)

*Increasing Spanish-Speaking and Hispanic Diversity among Library and Information Science Students at the University of Denver: Development of a Student Recruitment Model.* Researcher: Sylvia D. Hall-Ellis (PI), Office of Multicultural Excellence, University of Denver, $2,750 (2003-2004)

*Collection Development Enrichment to Support the Cataloging & Classification Specialization and School Librarianship within the Library & Information Science Program at the University of Denver.* Research team: Sylvia D. Hall-Ellis (PI) and Deborah S. Grealy. Women's Library Association, University of Denver, $4,000 (2003)

*Collection Development Enrichment to Support the Library & Information Science Program at the University of Denver.* Research team: Deborah S. Grealy (PI) and Sylvia D. Hall-Ellis. Women's Library Association, University of Denver, $4,000 (2001)

*Wireless LAN for Library Education.* Research team: Deborah S. Grealy (PI) and Sylvia Hall-Ellis. University of Denver, Center for Teaching and Learning, $24,000 (2001-2002)

*Upward Bound – A Program for South Texas Youth.* Research team: Monte Churchill, Executive Director of Community Relations; Gary R. Sauceda, Outreach Coordinator; Raymond Hernandez, (PI) Associate Dean for Student Success; and Sylvia D. Hall-Ellis, South Texas Community College (McAllen, Texas). U.S. Department of Education, Office of Postsecondary Education, $2,672,003 (1999-2003)

*Write Now! Improving Elementary Students' Writing Skills.* Research team: Caryl G. Thomason, Assistant Superintendent (PI); Karen Tankersley, Principal; and, Hal Anderson, Director of Technology, Cheyenne Mountain School District 12 (Colorado Springs, Colorado); and Sylvia D. Hall-Ellis. Colorado Department of Education, Educational Telecommunications Unit, $189,453 (1999-2001)

*Operation Quick Start -- Distance Learning in Rural Colorado.* Research team: Randal Weigum, Technology Coordinator (PI); Bonnie Barns, Director of Federal Programs and Staff Development; and, Adam "Joe" Raskop, Executive Director, Southeastern Board of Cooperative Educational Services (Lamar, Colorado); and Sylvia D. Hall-Ellis. Colorado Department of Education, Educational Telecommunications Unit, $400,000 (1999-2001)

*Advanced Technological Training for Information Professionals for the 21st Century.* Research team: Mario Reyna, Division of Business Director (PI) and Sylvia D. Hall-Ellis, South Texas Community College (McAllen, Texas). Phi Delta Kappa and the National Science Foundation, $250,000 (1999-2001)

*Working Connections – Training Information Technologies Professionals for the 21st Century.* Research team: Mario Reyna, Division of Business Director (PI) and Sylvia D. Hall-Ellis, South Texas Community College (McAllen, Texas). Microsoft Corporation and the American Association of Community Colleges, $1,147,775 (1999-2001)

*The ROAD (Research Oriented Amplification of Development to Literacy) Program.* Research team: Deborah J. Leong (PI), Metropolitan State University; Elena Bodrova, Metropolitan State University; Dmitri Semenov, Robert J. Marzano, and Sylvia D. Hall-Ellis, Mid-continent Regional Educational Laboratory (Aurora, Colorado). Hewlett-Packard Foundation, $25,000 (1998-1999)

*Press to Literacy.* Research team: Deborah J. Leong (PI), Metropolitan State University; Elena Bodrova, Metropolitan State University; Dmitri Semenov, Robert J. Marzano, and Sylvia D. Hall-Ellis, Mid-continent Regional Educational Laboratory (Aurora, Colorado). The Denver Post and the Robert S. McCormick Foundation, $49,818 (1998-1999)

*International Telementor Center.* Research team: David Neils, David B. Frost (PI), and Sylvia D. Hall-Ellis, Mid-continent Regional Educational Laboratory (Aurora, Colorado). Hewlett-Packard Philanthropy, $100,000 (1998-1999)

*America Reads: Providing Tutor Training for the America Reads Challenge.* Research team: Louis F. Cicchinelli (PI) and Sylvia D. Hall-Ellis, Mid-continent Regional Educational Laboratory (Aurora, Colorado). U.S. Department of Education, Office of Educational Research and Improvement, $306,000 (1998-1999)

*Comprehensive School Reform.* Research team: Louis F. Cicchinelli (PI), J. Timothy Waters, and Sylvia D. Hall-Ellis, Mid-continent Regional Educational Laboratory (Aurora, Colorado). U.S. Department of Education, Office of Educational Research and Improvement, $285,000 (1998-1999)

*Sustainable Energy Education (SEE) Program for Grades 4-8: Preparing Today's Youth for Lifelong Learning and Responsible Actions in Energy Conservation.* Research team: Mary Gromko, Colorado Department of Education; Gene McCarthy, Rocky Flats Field Office, U.S. Department of Energy; Gina Kissell, National Renewable Energy Laboratory; and Barbara L. McCombs (PI), Janet L. Bishop, and Sylvia D. Hall-Ellis, Mid-continent Regional Educational Laboratory (Aurora, Colorado). State of Colorado Governor's Office for Energy Conservation, $499,936 (1997-1999)

*Review of Kansas Curriculum Standards in Mathematics and Language Arts.* Research team: Robert J. Marzano (PI), John S. Kendall, David B. Frost, and Sylvia D. Hall-Ellis, Mid-continent Regional Educational Laboratory (Aurora, Colorado). Submitted to the Kansas State Department of Education, $25,903 (1998)

*International Telementor Center.* Research team: David Neils, John Kuglin, Chris Rapp, David B. Frost (PI), and Sylvia D. Hall-Ellis, Mid-continent Regional Educational Laboratory (Aurora, Colorado). Hewlett-Packard Company, $54,752 (1998)

*Genesis Mission: Education Public Outreach.* Developed in partnership by the Jet Propulsion Laboratory, California Institute of Technology, Los Alamos National Laboratory, Lockheed Martin Astronautics, and the Mid-continent Regional Educational Laboratory (Aurora, Colorado). Research team: John T. Sutton (PI), Alice Krueger, Martha Henry, Greg Rawls, Shae Isaacs, Jeff Johnson, Deb Jordan, Arlene Mitchell, David B. Frost, Jana Caldwell, J. Timothy Waters, and Sylvia D. Hall-Ellis. National Aeronautics and Space Administration, $139,700,000; subcontract award, $4,750,000 (1997-2007)

*North Dakota Mathematics Assessment Project.* Developed in partnership by the North Dakota Department of Education and Mid-continent Regional Educational Laboratory (Mid-continent Regional Educational Laboratory). Research team: Ann Clapper, Clarence Bina, Greg Gallagher, North Dakota Department of Education; Don Burger (PI), Hillary Michaels, and Sylvia D. Hall-Ellis, Mid-continent Regional Educational Laboratory (Aurora, Colorado). U.S. Office of Education, $1,618,214; subcontract award, $389,076 (1997-2001)

*Pacific Resources for Education and Learning Distance Education: Project Evaluation.* Developed in partnership by the Pacific Educational Community, the Pacific Resources for Education and Learning (PREL), and Mid-continent Regional Educational Laboratory (McREL). Research team: John W. Kofel (PI), Executive Director, PREL; J. Timothy Waters, Executive Director; Joan Buttram, Robert Keller, and Sylvia D. Hall-Ellis, Mid-continent Regional Educational Laboratory (Aurora, Colorado). U.S. Office of Education, Star Schools Program, $10,000,000; subcontract award, $500,000 (1997-2002)

*Identification of Bilingual Gifted and Talented Children: A Comprehensive School Grants for Bilingual Education.* Developed in partnership by Hidalgo (Texas) ISD, Los Fresnos (Texas) CISD, Progreso (Texas) ISD, University of Texas – Pan American (Edinburg, Texas), and Education Service Center, Region One (Edinburg, Texas). Research team: Hilda Medrano, Dean, College of Education, University of Texas – Pan American; Linda Phemister (PI), Janie Navarro, and Sylvia D. Hall-Ellis, Education Service Center, Region One. U.S. Department of Education, Office of Bilingual Education and Minority Languages Affairs, $1,670,633 (1997-2002)

*Academics 2000: First Things First -- The Texas Goals 2000.* Developed for Jim Hogg (Hebbronville, Texas) County ISD, Mirando City (Texas) ISD, and San Isidro (Texas) ISD. Research team: Hilda Medrano, Dean, College of Education, University of Texas - Pan American (Edinburg, Texas); Angie Lehmann, Amy Mares, Ellen Gonzalez (PI), and Sylvia D. Hall-Ellis, Education Service Center, Region One (Edinburg, Texas). Texas Education Agency, $339,987 (1997-2000)

*Southwestern Bell's Learning Communities Initiative.* Developed for Tech Prep of the Rio Grande Valley, Inc. (Harlingen, Texas); the Center for Professional Teacher Development, University of Texas – Brownsville; Teach for America – Rio Grande Valley (McAllen, Texas); and Education Service Center, Region One (Edinburg, Texas). Research team: Patricia G. Bubb, Executive Director (PI), Tech Prep of the Rio Grande Valley; Martin Winchester, Executive Director, Teach for America – Rio Grande Valley; Aileen Johnson, Director, School of Education, University of Texas – Brownsville; and Sylvia D. Hall-Ellis. Southwestern Bell Foundation, $100,000 (1997-1998)

*Texas School to Work: Regional Implementation.* Developed for Tech Prep of the Rio Grande Valley, Inc. (Harlingen), South Texas Community College (McAllen), Texas State Technical College (Harlingen), Texas Southmost College (Brownsville), Empowerment Zone of the Rio Grande Valley (Mercedes), Project VIDA (Weslaco), Youth Fair Chance (McAllen), and Education Service Center, Region One (Edinburg). Research team: Patricia G. Bubb (PI), Tech Prep of the Rio Grande Valley; Stephen Vassberg, Texas State Technical College; Ellen Trevino, Youth Fair Chance; Wanda Garza, Project VIDA; Leonardo Olivares, University of Texas – Pan American; Michael Bell, South Texas Community College; and Sylvia D. Hall-Ellis. Texas Workforce Commission, $4,250,000 (1997-2002).

*Comprehensive Bilingual Education Grant for Hidalgo ISD and Roma ISD.* Developed for Hidalgo (Texas) ISD, Roma (Texas) ISD, College of Education, University of Texas – Pan American (Edinburg, Texas), and Education Service Center, Region One (Edinburg, Texas). Research team: Tomas Thomas (PI), Director, Office of Bilingual Education and Sylvia D. Hall-Ellis. U.S. Department of Education, Office of Bilingual Education and Minority Languages Affairs, $1,531,361 (1997-2002)

Lopez High School, Porter High School, Rivera High School, Central Middle School, and Perkins Middle School, Brownsville (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $1,473,611 (1997-1998)

Donna High School, Todd Middle School, and Solis Middle School, Donna (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $704,052 (1997-1998)

Memorial Middle School and Nellie Schunior Middle School, La Joya Independent School District (Texas). Telecommunications Infrastructure Fund Board, $293,641 (1997-1998)

Martin High School, Christen Middle School, Cigarroa Middle School, Lamar Middle School, Laredo (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $1,200,000 (1997-1998).

Lasara Middle School, Lasara (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $246,210 (1997-1998)

Los Fresnos High School and Resaca Middle School, Los Fresnos (Texas) Consolidated Independent School District. Telecommunications Infrastructure Fund Board, $500,000 (1997-1998)

Lyford Junior High School, Lyford (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $354,997 (1997-1998)

Travis Middle School, McAllen (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $269,139 (1997-1998)

Mission High School, Mission (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $297,010 (1997-1998)

Progreso High School, Progreso (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $300,000 (1997-1998)

San Perlita High School, San Perlita (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $293,490 (1997-1998)

Myra Green Junior High School, Raymondville (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $225,000 (1997-1998)

Rio Grande City High School, Ringgold Middle School, Gruella Middle School, Rio Grande City (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $809,934 (1997-1998)

Rio Hondo Junior High School, Rio Hondo (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $297,024 (1997-1998)

Roma High School, Roma (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $333,178 (1997-1998)

San Benito High School, Miller Jordan Junior High School, San Benito (Texas) Consolidated Independent School District. Telecommunications Infrastructure Fund Board, $547,000 (1997-1998)

Santa Maria High School and Santa Maria Middle School, Santa Maria (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $400,000 (1997-1998)

Salvador High School, United Independent School District (Laredo, Texas). Telecommunications Infrastructure Fund Board, $250,879 (1997-1998)

Weslaco High School, Cabaza Middle School, Cuellar Middle School, Weslaco (Texas) Independent School District. Telecommunications Infrastructure Fund Board, $874,242 (1997-1998)

*Principals' Assessment and Training Center.* Developed for Education Service Center, Region One (Edinburg, Texas). Research team: Roberto Zamora, Leonel Barrera, William H. Parry, and Sylvia D. Hall-Ellis. Texas Principals' Leadership Initiative, Texas Association of Secondary School Principals, Texas Association of Elementary School Principals, and the Sid Richardson Foundation. $461,439 (1996-1998)

*The Texas Library Connection -- Integrating and Sharing Resources.* Developed for Hidalgo County Library System (McAllen), Cameron County Library System (Brownsville), South Texas Community College (McAllen), the University of Texas - Pan American (Edinburg), University of Texas – Brownsville, and Education Service Center, Region One (Edinburg). Research team: William R. McGee, Coordinator, Hidalgo County Library System; Joe Garcia, Director, Cameron County Library System; Michael D. Bell, Library Director, South Texas Community College; Eleanor Folger Foster, University Library, University of Texas - Pan American; Jaime Vela (PI), Director of Instructional Technology and Media Services, Ron Pontius, Instructional Technology, and Fabiola Fuentes, Media Services, Education Service Center, Region One; and Sylvia D. Hall-Ellis. Office of Library Media Services, Technology Services, Texas Education Agency. $8,000 (1996-1997)

*Developing Leadership Communities for Improving Algebra I for All Students.* Developed for a partnership of the Region One Statewide Systemic Initiative Team. Research team: Noel Villarreal (PI), Eduardo Cancino, and Sylvia D. Hall-Ellis, Education Service Center, Region One (Edinburg). Texas Statewide Systemic Initiative for Reform in Mathematics, Science and Technology Education to The Charles A. Dana Center for Mathematics and Science Education, The University of Texas at Austin. $25,000 (1996-1997)

*Academics 2000: First Things First -- The Texas Goals 2000.* Developed for Edinburg (Texas) CISD. Research team: Hilda Medrano, Dean, College of Education, University of Texas - Pan American (Edinburg); Helen Jones, Director (PI), Gifted and Talented Education, Edinburg CISD; and Sylvia D. Hall-Ellis, Education Service Center, Region One (Edinburg). Texas Education Agency, $750,000 (1996-2001)

*Texas Teachers Empowered for Achievement in Mathematics (TEXTEAM) Institute for Algebra I.* Developed for Hidalgo ISD, Jim Hogg (Hebbronville) County ISD, La Joya ISD, La Villa ISD, Lyford ISD, Mission CISD, Pharr-San Juan-Alamo ISD, Rio Hondo ISD, San Isidro ISD, San Perlita ISD, Santa Maria ISD, Santa Rosa, Sharyland ISD, Valley View ISD, Webb (Laredo) CISD, Weslaco ISD, and Zapata County (Zapata) ISD. Research team: Noel Villarreal (PI), Chuck McInteer, Ellen M. Gonzalez, Education Service Center, Region One (Edinburg); and Sylvia D. Hall-Ellis. Charles A. Dana Center for Mathematics and Science Education, University of Texas - Austin, $15,975 (1996)

*Community Learning Center for La Villa, Texas.* Developed for Edcouch-Elsa Independent School District. Research team: Noe Gonzalez (PI), Assistant Superintendent, Edcouch-Elsa Independent School District, and Sylvia D. Hall-Ellis. Delta Region Subzone, Rio Grande Valley (Texas) Rural Empowerment Zone, $325,000 (1996-1997)

*Monte Alto (Texas) Community Learning Center.* Developed for Monte Alto Independent School District. Research team: Homero A. Diaz (PI), Superintendent, Monte Alto Independent School District, and Sylvia D. Hall-Ellis. Delta Region Subzone, Rio Grande Valley (Texas) Rural Empowerment Zone, $300,000 (1996-1997)

*Community Learning Center for La Villa, Texas.* Developed for La Villa Independent School District. Research team: Sam Gonzalez (PI), Assistant Superintendent, La Villa Independent School District; and Sylvia D. Hall-Ellis. Delta Region Subzone, Rio Grande Valley (Texas) Rural Empowerment Zone, $325,000 (1996-1997)

*Building Project for Taylor Elementary.* Developed for Mercedes (Texas) Independent School District. Research team: Mrs. Denise Rivera, Librarian, and Eduardo Infante, Principal, Taylor Elementary School; Ismael S. Cantu (PI), Federal Programs Director, Mercedes Independent School District; and Sylvia D. Hall-Ellis. Delta Region Subzone, Rio Grande Valley (Texas) Rural Empowerment Zone, $375,000 (1996-1997)

*Border Education Network (BEN) - Distance Education through Cable Television.* Developed for Edinburg (Texas) Consolidated Independent School District. Research team: Noe Torres (PI), Library Media Specialist, Magdalena
Rosas, Library Media and Technology Coordinator, Edinburg Consolidated Independent School District; and Sylvia D. Hall-Ellis, Education Service Center, Region One (Edinburg). Edinburg (Texas) Consolidated School District, $250,000 (1996-1997)

*Multiservice One-Stop Open Enrollment Charter School.* Developed for the Information Referral Resource Assistance, Inc. (McAllen, Texas). Research team: Pablo Perez and Aguie Pena (PI), Executive Director, Information Referral Resource Assistance, Inc.; Roberto Zamora and Sylvia D. Hall-Ellis, Education Service Center, Region One (Edinburg). Texas Education Agency, $3,066,000 (1996-2001)

*Project OK: A Community Youth Opportunities Grant for Summer, 1996.* Developed for McAllen (Texas) Independent School District, St. Joseph the Worker Catholic Church, and the Office of Adult Education, Education Service Center, Region One. Research team: Father Bart Flatt, St. Joseph the Worker Catholic Church; Noe Calvillo (PI), Office of Adult Education; Maria Louisa Garcia, McAllen Independent School District; and Sylvia D. Hall-Ellis, Education Service Center, Region One (Edinburg). Texas Protective and Regulatory Agency through the Office of the Mayor, City of McAllen, $350,000 (1996-2001).

*Early Childhood: a Time of Discovery.* Developed for a partnership of Lasara ISD, Rio Hondo ISD, San Perlita ISD, the School of Education, University of Texas - Brownsville, and Education Service Center, Region One (Edinburg). Research team: Hugo Rodriguez, Dean, School of Education, University of Texas - Pan American; Leonel Barrera and Jack Damron, Field Service Agents, Ellen M. Gonzalez (PI), Administrator for Student Instructional Services, Ruth Solis, Education Specialist in Special Education, and Sylvia D. Hall-Ellis, Education Service Center, Region One (Edinburg). Texas Education Agency, $722,090 (1996-2001)

*Innovative Gifted and Talented Programs for Early Childhood and Elementary Education Students.* Developed for a partnership of Edinburg (Texas) CISD, the School of Education, University of Texas - Pan American (Edinburg), and Education Service Center, Region One (Edinburg). Research team: Hilda Medrano, Dean, School of Education, University of Texas - Pan American; Helen de la Garza (PI), Director of Elementary Curriculum and Instruction, Edinburg CISD; and Sylvia D. Hall-Ellis. Texas Education Agency, $750,000 (1996-2001)

*Reading Recovery in Early Elementary Grades.* Developed for a partnership of La Villa (Texas) ISD the School of Education, University of Texas - Pan American (Edinburg), and Education Service Center, Region One (Edinburg). Research team: Hilda Medrano, Dean, School of Education, University of Texas - Pan American; Marcario Salinas (PI), Supervisor of Elementary Curriculum and Instruction, La Villa ISD; and Sylvia D. Hall-Ellis, Education Service Center, Region One. Texas Education Agency, $750,000 (1996-2001)

*Connected Mathematics Project for Middle and Junior High Students.* Developed for a partnership of Michigan State University, The Charles A. Dana Center for Mathematics and Science Education, The University of Texas at Austin and Region One Statewide Systemic Initiative Team. Research team: Jack Damron, Chuck McInteer, Noel Villarreal (PI), and Sylvia D. Hall-Ellis, Education Service Center, Region One (Edinburg). National Science Foundation through Michigan State University to the Charles A. Dana Center at the University of Texas - Austin, $539,610 (1996-1999)

*Sharing Resources: Testing the Interlibrary Loan Potential of the Texas Library Connection -- Integrating Media Resources.* Developed under the sponsorship of the Hidalgo County Library System (McAllen) and Education Service Center, Region One (Edinburg). Research team: William H. McGee, Hidalgo County System Coordinator; Fabiola Fuentes, Library Media; Ronald Pontius (PI), Instructional Technology, Education Service Center, Region One; and Sylvia D. Hall-Ellis. Library Media Services Program, Office of Technology Services, Texas Education Agency, $25,000 (1996-1997)

*State and Federal Adult Education JOBS Program.* Developed for Education Service Center, Region One (Edinburg). Research team: Noe Calvillo (PI), Director, Adult Education Program, and Sylvia D. Hall-Ellis. Adult Education Program, Texas Education Agency, $532,846 (1995-1996)

*Creating Safe and Drug-Free Schools and Communities.* Developed for a partnership of the Region One Consortium for Safe and Drug-Free Education Environments. Research team: Clara Contreras (PI), Health Specialist, and Sylvia D. Hall-Ellis, Education Service Center, Region One (Edinburg). Texas Education Agency, $150,000 (1995-1996)

*Developing Leadership Communities for Improving Mathematics Performance for All Students on Title I Campuses.* Developed for a partnership of the Region One Statewide Systemic Initiative Team. Research team: Jack Damron, Chuck McInteer, Noel Villarreal (PI), and Sylvia D. Hall-Ellis, Education Service Center, Region One (Edinburg). Texas Statewide Systemic Initiative for Reform in Mathematics, Science and Technology Education to The Charles A. Dana Center for Mathematics and Science Education, The University of Texas at Austin, $50,669 (1995-1996)

*The Impact of Library Resource Centers on Academic Achievement in Selected Public Schools in South Texas.* Sylvia D. Hall-Ellis (PI). Developed under the sponsorship of the Department of Library Science, College of Education and Applied Science, Sam Houston State University (Huntsville). Texas Association of School Librarians, Children's Services Round Table, and Young Adults Round Table (Austin, Texas), $2,500 (1995)

*School Library Media Specialists Fellowship Program.* Sylvia D. Hall-Ellis (PI). Developed under the sponsorship of the Department of Library Science, College of Education and Applied Science, Sam Houston State University (Huntsville, Texas). U.S. Department of Education, HEA Title II-B, Library Education and Human Resource Development Program, $44,000 (1995-1996)

*Planning for Educational Technology.* Research team: Ruth Ann Riggins (PI), Director of Library Media and Technology Services, Donna (Texas) Independent School District; Noe Torres, Education Service Center, Region One; Patricia G. Bubb, Tech Prep of the Rio Grande Calley, Inc; Michael D. Bell, South Texas Community College; and Sylvia D. Hall-Ellis, Sam Houston State University. Developed under the sponsorship of Donna (Texas) Independent School District, Education Service Center, Region One (Edinburg), Tech Prep of the Rio Grande Valley, Inc. (Harlingen), South Texas Community College (McAllen), and the Department of Library Science, Sam Houston State University (Huntsville). Funded through Infusion of Educational Technology Planning Grant Program (H.B. 18: Models). Texas Education Agency, $18,000 (1993-1994)

*The Impact of Library Resource Centers on Academic Achievement in Selected Public Schools in South Texas.* Sylvia D. Hall-Ellis (PI) and Mary Ann Berry. Developed under the sponsorship of the Department of Library Science, College of Education and Applied Science, Sam Houston State University (Huntsville). Sam Houston State University Research Enhancement Fund, $7,500 (1993-1994)

*Electronic Mail Resource Sharing System: Management and Operation of the Iowa Computer-Assisted Network.* State Library of Iowa, $294,000 (1986-1993)

*The Iowa Locator: A CD-ROM Resource Sharing Tool.* State Library of Iowa, $567,000 (1986-1992)

*Statewide Database Development: An OCLC Tape Analysis To Determine Feasibility.* State Library of South Dakota, $15,000 (1987)

*The Iowa Locator: A Feasibility Study.* State Library of Iowa, $50,000 (1986)

*Electronic Mail Resource Sharing System: A Feasibility Study for Libraries in the State of Iowa.* State Library of Iowa, $5,000 (1985)

*Access Pennsylvania: A Feasibility Study.* State Library of Pennsylvania, $50,000 (1984)

*Automating Library Administrative and Management Tasks: Procurement and Distribution of Microcomputer Systems for District Library Centers in the Commonwealth of Pennsylvania.* State Library of Pennsylvania, $495,000 (1982)

*Sharing Serial Titles Resources: Procurement and Distribution of Microfiche Readers for 550 Libraries in the Commonwealth of Pennsylvania.* State Library of Pennsylvania, $500,000 (1982)

*Electronic Mail System: A Pilot Project for Libraries throughout the Commonwealth of Pennsylvania.* State Library of Pennsylvania, $125,000 (1982)

*Literacy Program for Adults in Rural Upstate New York State: Program Outreach and Evaluation - Phase 3.* Appalachian Regional Commission, $50,000 (1981)

*Database Building: A Cooperative Project of the Finger Lakes Library System (Ithaca), Four County Library System (Binghamton), and the Southern Tier Library System (Corning).* New York State Library, $450,000 (1980-1985)

*Faces of the Southern Tier: A Professional Photographer-in-Residence.* New York State National Endowment for the Humanities, $25,000 (1980)

*Literacy Program for Adults in Rural Upstate New York State: Program Implementation - Phase 2.* Appalachian Regional Commission, $50,000 (1980)

*Small Business Resources Center: A Pilot Project for Rural Public Libraries.* New York State Library, $50,000 (1980)

*Media Programming: A Professional Development Program for Public Librarians in Upstate New York: A Program in Allegheny, Chemung, Schuyler, Steuben, and Yates Counties.* New York State Library, $35,000 (1979)

*Information and Library Resources for Inmates and Prisoners in Selected Upstate New York Facilities: A Cooperative Program in Allegheny, Chemung, Schuyler, Steuben, and Yates Counties.* New York State Library, $25,000 (1979)

*Library Resources for Homebound Adults in Upstate New York: An Outreach Program in Allegheny, Chemung, Schuyler, Steuben, and Yates Counties.* New York State Library, $40,000 (1979)

*Literacy Program for Adults in Rural Upstate New York State: Program Initiation and Establishment - Phase 1.* Funded by the Appalachian Regional Commission. Awarded to the Corning (New York) Public Library, $50,000 (1979)

*Information Reference Services to Homebound Adults.* New York State Library, $31,000 (1978)

*Books-By-Mail Services to Homebound Adults.* New York State Library, $31,000 (1978)

*System Headquarters Services and Programs for Public Libraries in District 10.* Funded through Library Services and Construction Act Title I. Texas State Library and Historical Commission, $880,000 (1976)

*County Library Development Grant for Atascosita County.* Funded through Library Services and Construction Act Title I. Texas State Library and Historical Commission, $15,000 (1976)

*Spanish Language Materials Collection Development Program.* Texas State Library and Historical Commission, $40,000 (1975)

*Establishment of System Headquarters for Alamo Regional Library System (District 10) Headquartered at the San Antonio (Texas) Public Library.* Texas State Library and Historical Commission, $800,000 (1975)

## SELECTED CONSULTANTSHIPS

**Project Strategic Planning & Funding Proposal Development**

Walden University, 2015.

Pikes Peak Library District, 2014.

Douglas County Public Libraries, 2011-2012.

Denver School for Science and Technology, 2008-2011.

Johnson & Wales University, Denver Campus, 2007-2009.

Challenges, Choices, and Images K-12 Charter School, Denver Public Schools, 2007.

Denver Medical Library, Inc., 2006-2010.

Bemis Public Library (Littleton), Ergonomic Design and Facilities Enhancement Consultant, 2003.

Curtis Park Community Center (Denver), Community Technology Center Evaluation and Proposal Development Consultant, 2003.

Colorado Community Based Research Network (Denver), Funding Research Associate, 2002-

Our Lady of the Rosary Academy (Edgewater), Learning Resource Center Development Project Consultant, 2001-

University of Southern Colorado (Pueblo). Technology Integration and Curriculum Enhancement into Higher Education Learning Environment. Proposal Development Consultant, 2000.

Jefferson County Library System (Lakewood), 1999-2000.

Southeastern BOCES (Lamar, CO). Distance Learning Curriculum Content Development Project. Proposal Development Consultant, 1998-2004.

Cheyenne Mountain School District 12 (Colorado Springs, CO). Technology Integration into Elementary Writing Curriculum Project. Proposal Development Consultant, 1998.

Telecommunications Infrastructure Fund Board Round #2 Application, 1997. Technical assistance to the following: La Villa (Texas) Independent School District; Mirando City (Texas) Independent School District; Monte Alto (Texas) Independent School District; San Isidro (Texas) Independent School District.

Telecommunications Infrastructure Fund Board Round #1, 1996. Technical assistance to the following: Brownsville (Texas) Independent School District; Donna (Texas) Independent School District; Edinburg (Texas) Consolidated Independent School District; Harlingen (Texas) Consolidated Independent School District; Jim Hogg County Independent School District (Hebbronville, Texas); La Feria (Texas) Independent School District; La Joya (Texas) Independent School District; La Villa (Texas) Independent School District; Los Fresnos (Texas) Consolidated Independent School District; Progreso (Texas) Independent School District; Raymondville (Texas) Independent School District; Rio Hondo (Texas) Independent School District; San Benito (Texas) Independent School District; Sharyland Independent School District (Mission, Texas); Weslaco (Texas) Independent School District; Zapata (Texas) County Independent School District.

South Texas Community College (McAllen). Strategy Development to Meet the Technology Instructional Needs for Vocational, School-To-Work and Academic Programs, 1994-2000. Development Consultant.

Donna (Texas) Independent School District. Planning for the Infusion of Technology in Middle Schools Serving High At-Risk Students, 1994-1995. Research Associate.

Pettus (Texas) Independent School District. Planning for District-wide Automation in School Library Media Centers: Preparation of Data, and CD-ROM Hardware/Software Configuration Evaluation, 1994. Principal Investigator.

Fort Bend Independent School District (Sugar Land, TX). Planning for District-wide Automation in School Library Media Centers, Preparation of Data, and CD-ROM Hardware/Software Configuration Evaluation, 1994-1995. Principal Investigator.

Northern Waters Library Services (Ashland, WI). Professional Consulting Services to Make Recommendations on the Development of System-Wide Efforts of the Northern Waters Library Service, 1988-1989. Research Associate.

State Library of Iowa (Des Moines). The Iowa Locator Compact Disc to Support Multi-Type Libraries Resource Sharing including Database Design, Building, Production, and Distribution, 1986-1991. Project Director.

State Library of Iowa (Des Moines). Iowa Computer-Assisted Network Development, Enhancement, and Operation, 1985-1992. Technical Director.

State Library of South Dakota (Pierre). Statistical Sampling and Analysis of Multi-Institutional OCLC Archive Tape for Statewide Online Database Building, 1985-1986. Research Associate.

District of Columbia Public Library (Washington, DC). Planning Document for the Retrospective Conversion of Bibliographic Records and Automation Issues in the 1990's, 1984-1985. Research Associate.

State Library of Pennsylvania (Harrisburg). Database Development for High School Libraries, 1984-1985. Research Associate.

MINITEX (Minneapolis, MN). Workshops for Retrospective Conversion, Bar Coding, Library Statistics, and OCLC Serials Format, 1985. Presenter and Research Associate.

ABC Film Consortium (Altoona, Bellefonte, Johnstown, PA). Database Building, System Design, and Implementation of Online Film Booking System, 1983-1985. Database Manager.

**Library Automation -- System Design & Implementation**

Douglas County Library District (Castle Rock, CO). Library Automation Technical and System Performance Specifications, 2001.

Pharr-San Juan-Alamo Independent School District (Pharr, TX). Library Automation Technical and System Performance Specifications, 1997. Project Development Consultant.

Harlingen (Texas) Independent School District. Planning for District-wide Automation in Junior High School Library Media Centers: Preparation of Data, and CD-ROM Hardware/Software Configuration Evaluation, 1996. Principal Investigator.

Sharyland (Texas) Independent School District. Design and Construction of New Elementary School Library and Technology Resources Center, 1995-1996. Principal Investigator.

South Texas Independent School District (Mercedes, TX). Design and Construction of a New High School Library and Technology Resources Center, 1995-1996. Principal Investigator.

Citizens' Library (Washington, PA). Online Community Resources Files: Design and Implementation, 1984. Research Associate.

Altoona (Pennsylvania) Hospital. Integrated Online System Upgrade Study, 1984. Research Associate.

State Library of South Dakota (Pierre). Automation Plan and State Database Development, 1982-1983. Principal Investigator.

State Library of Pennsylvania (Harrisburg). COM Production and Preparation of the Technical Specifications Document, Procurement, and Distribution of Microcomputers in the Commonwealth of Pennsylvania, 1983-1984. Research Associate.

Altoona (Pennsylvania) Area Public Library. Integrated System (Circulation/Online Catalog) Study, 1982-1983. Principal Investigator.

COPSCAULD (Council of Pennsylvania State College and University Library Directors, Edinboro, PA). Design of Online Media Catalog, 1982. Principal Investigator.

Erie (Pennsylvania) County Library System. Operations Research and Design for Automated Circulation, Hardware Upgrade and Re-Retrospective Conversion, 1982. Research Associate.

Michigan Library Consortium (Lansing, MI). Tape Management System Design and Implementation, 1982-1984. Research Associate.

State Library of Pennsylvania (Harrisburg). Preparation of the Technical Specifications Document, Procurement and Distribution of Microfiche Readers in the Commonwealth of Pennsylvania, 1982. Research Associate.

Community College of Allegheny County, Allegheny Campus (Pittsburgh, PA). Integrated Systems Study, 1981. Principal Investigator.

Community College of Allegheny County, South Campus (West Mifflin, PA). Retrospective Conversion Training Program for Handicapped Students, 1981. Technical Director.

Southern Tier Library System (Corning, NY). OCLC Acquisitions Subsystem Evaluation, 1981. Principal Investigator.

South Central Reference and Research Council (Ithaca, NY). South Central Regional Delivery System, 1980. Principal Investigator.

Southern Tier Library System (Corning, NY). Newspapers on Microfilm in the Chemung-Southern Tier Library System, 1979-1981. Principal Investigator.

**Cataloging & Bibliographic Database Building**

Challenges, Choices, and Images K-12 Charter School, Denver Public Schools, 2007.

Denver Medical Library, Inc., 2006-2010.

Ricks Gifted and Talented School Library, 2005-

American Humane Society (Englewood), 2004-2006.

Fisher Early Learning Center Library, 2004-

Colorado Community Based Research Network (Denver), 2004-
Boulder Valley School District (Boulder), 2002-2003.

Douglas Public Library District (Castle Rock), 2001-2002.

Bibliographic Center for Research, Inc. (Denver). Original Cataloging, 2001-2003 & 1992-1993. Professional
    Cataloger. Libraries include Arapahoe Library District (Centennial); Clarke College (Clarke, IA); Kaiser
    Permanente Center for Health Research (Portland, KS); Douglas County Library System (Carson City, NV);
    Grinnell College (Grinnell, IA); Kansas State University (Manhattan, KS); Kansas State Library (Topeka, KS);
    McPherson College (McPherson, KS); Newman University (Wichita, KS); Montana Technical University
    (Helena, MT); Montana State Library (Helena, MT); University of Texas Southwest Medical Center Library
    (Dallas, TX); Community College of Southern Nevada (Las Vegas, NV); Pikes Peak Library District (Colorado
    Springs); Mesa Community College (Grand Junction); Coe College (Cedar Rapids, IA); Briar Cliff College
    (Sioux City, IA); Tri-Care Health Systems (Aurora); The Penrose-St. Francis Healthcare System (Colorado
    Springs); Westminster Public Library (Westminster); Lutheran Medical Center Medical Library (Wheat Ridge);
    American Heritage Center, University of Wyoming (Laramie, WY); National Wildlife Research Center Library
    (Lakewood); University of Colorado Health Sciences Center, Denison Memorial Library (Denver); Water
    Resources Library, Denver District Office, Bureau of Land Management (Lakewood); Mesa State Community
    College Learning Resources Center (Pueblo); Front Range Community College Learning Resources Center
    (Westminster).

Colorado Historical Society Library (Denver). Original Cataloging of Serials for Multi-Institutional Union Listing
    Project, 1993. Technical Services Associate. Institutional partners: Denver Art Museum, Denver Museum of
    Natural History Library, and Denver Botanical Gardens Library.

Arapahoe Library District (Centennial). Original Cataloging of Major Media, 1991.

Original Cataloging Projects: Davis and Elkins College (Elkins, WV), 1989-1990; Waldorf College (Forest City,
    IA), 1989-1990; Kennametal Corporation (Latrobe, PA), 1984-1985; Pennsylvania Public Libraries Film Center
    (Harrisburg), 1982-1985.

Retrospective Conversion Projects: North Central Regional Library Service (Mason City, IA), 1987-1988;
    Southeastern Library Services (Davenport, IA), 1986-1987; Virginia Theological Seminary (Alexandria), 1984-
    1985; California University of Pennsylvania (California, PA), 1984-1985; Kennametal Corporation (Latrobe,
    PA), 1984-1985; West Virginia University (Morgantown), 1983-1985; Altoona Area Public Library (Altoona,
    PA), 1983-1984; George Washington University (Washington, DC), 1983-1984; Indiana University of
    Pennsylvania (Indiana, PA), 1983-1985; Health Education Center (Pittsburgh), 1983-1984; Central Pennsylvania
    District Library Center (Bellefonte, PA), 1982-1985; Duquesne University Law School Library (Pittsburgh),
    1982-1983; Allegheny County Law Library (Pittsburgh), 1982-1984; Calgon Technical Information Center
    (Pittsburgh), 1982; Dow Corning Corporation, Technical Information Center (Midland, MI), 1982-1983; Tri-
    System Public Library Retrospective Conversion Project (Binghamton, Corning, and Ithaca, NY), 1978-1981,
    Technical Project Director.

**Updated January 2022**

# Nicholas S. Hill, M.D.

CURRICULUM VITAE
**NICHOLAS S. HILL, M.D.**

**Nicholas S. Hill, M.D.**
Professor of Medicine
Tufts University School of Medicine
Chief, Pulmonary & Critical Care and Sleep Division
Pulmonary, Critical Care and Sleep Division
Tufts Medical Center
800 Washington St #257
Boston, MA 02111
Phone: 617-636-4288
Fax: 617-636-5953
Email: nhill@tuftsmedicalcenter.org

**August 2021**

## EDUCATION

| | | | |
|---|---|---|---|
| Undergraduate | 1971, | A.B | Harvard College |
| Medical School | 1975, | M.D | Dartmouth Medical School |

## POSTGRADUATE TRAINING
**Internship and Residencies:**

| | | |
|---|---|---|
| 1975-1977 | Medicine | New England Medical Center Tufts University School of Medicine |
| 1977-1978 | Internal Medicine Boston Veterans Admin. Medical Center | |

**Fellowships**

| | |
|---|---|
| 1978-1979 | Cardiovasc. Med.  University of Massachusetts Medical Center |
| 1979-1982 | Pulmonary Med. Boston University School of Medicine |

## LICENSURE AND CERTIFICATION

| | | |
|---|---|---|
| 1977 | #41058 | Massachusetts |
| 1987 | #7167 | Rhode Island |
| 1975 | Diplomate | National Board of Medical Examiners |
| 1978 | Diplomate | American Board of Internal Medicine |
| 1983 | Diplomate | American Board of Internal Medicine, Pulmonary Disease |
| 1987, renewed 2009 | | American Board of Internal Medicine, Special Qualification in Critical Care Medicine |

## ACADEMIC APPOINTMENTS

| | | | |
|---|---|---|---|
| 1982-1987 | Assistant Professor of Medicine | Medicine | Tufts University School of Medicine |
| 1987-1994 | Associate Professor of Medicine | Medicine | Brown University |
| 1994-2002 | Professor of Medicine | Medicine | Brown University |
| 2002-2012 | Adjunct Professor of Medicine | Medicine | Brown Medical School Alpert School of Medicine |
| 2002-present | Professor of Medicine | Medicine | Tufts University School of Medicine |

## HOSPITAL APPOINTMENTS

| | | | |
|---|---|---|---|
| 1982-1987 | Assistant Physician | Medicine | New England Medical Center |
| 1987-2012 | Associate Physician | Medicine | University Medicine Foundation, Rhode Island Hospital |
| 1987-1996 | Director, Resp. Care Unit | Medicine | Rhode Island Hospital |
| 1996-2000 | Medical Director, Pulmonary Rehab Program | Medicine | Meeting Street Center |
| 1997-1998 | Director, Medical ICU | Medicine | Rhode Island Hospital |
| 1998-2002 | Director, Critical Care Service | Medicine | Rhode Island Hospital |
| 2000-2002 | Chief, Pulmonary Division | Medicine | Miriam Hospital |
| 2003-2012 | Medical Director, Outpatient Pulmonary Rehabilitation Program | Medicine | New England Sinai Rehabilitation Center |
| 2002-present | Chief, Pulmonary, Critical Care & Sleep Division | Medicine | Tufts Medical Center |
| 2013- | Medical Staff | Medicine | Lowell General Hospital |
| 2017- | Courtesy Medical Staff | Medicine | UMass Memorial Medical Center |

**NICHOLAS S. HILL, M.D.**

CURRICULUM VITAE 2020

**OTHER CLINICAL POSITIONS**

Medical Director
Pulmonary Rehabilitation Program, Meeting Street Center, East Providence, RI, 1996-2000
Medical Director
Pulmonary Rehabilitation Program, Miriam Hospital, 2000–2002
Medical Director
VNA of Rhode Island, 1996–2002
Medical Director
Respiratory Care Tufts-New England Medical Center, 2002-present
Medical Director
Pulmonary Rehabilitation Program, New England Sinai Hospital, Stoughton, MA, 2003-2012
Physician
Pulmonary Hypertension Clinic, Rhode Island Hospital, 2002-2012
Consultant, Louise Wilcox Multidisciplinary ALS Clinic, Rhode Island Hospital, 2003-present
Physician
Pulmonary Hypertension Clinic, UMass Memorial Medical Center, 2017 -present

**HONORS AND AWARDS**

| | |
|---|---|
| 1973 | Mosby Book Award, Dartmouth Medical School |
| 1971 | Phi Beta Kappa |
| 1975 | Alpha Omega Alpha |
| 1984 | Career Investigator Award, NIH |
| 1984 | Fellowship Award, Parker B. Francis Foundation |
| 2002 | Citizenship Award, City of Providence, RI |
| 2002 | Murray Kornfeld Honor Lecture, ACCP Annual Meeting |
| 2003 | Phil Kittredge Memorial Lecture, AARC Annual Meeting |
| 2004 | Eli Lilly Distinguished Scholar in Critical Care, Chest Foundation |
| 2003-Present | Best Doctors in America |
| 2005 | Henry Chadwick Medal, Massachusetts Medical Society |
| 2003-Present | Best Doctors in Boston, Boston Magazine |
| 2007 | Parker B. Francis Speaker, ATS International Conference |
| 2009 | Pulmonary Hypertension Association, Award for Excellence in PAH Care |
| 2009 | Margaret Pfrommer Memorial Lecture, ACCP Annual Meeting |
| 2016 | Distinguished Faculty Award, Tufts University School of Medicine |
| 2018 | Walter O'Donahue Memorial Lecture-NAMDRC Annual Meeting |
| 2021 | Leadership Award, Pulmonary Circulation Assembly, American Thoracic Society |

**HOSPITAL COMMITTEES**

- Internship Selection Committee
  New England Medical Center Hospital, 1983-1987
- Internship Selection Committee
  Rhode Island Hospital, 1987-2002
- Animal Welfare Committee
  Rhode Island Hospital, 1990-2002
- Ethics Committee
  Rhode Island Hospital, 1996-2002
- General Clinical Research Center
  Tufts-New England Medical Center, 2002-2006
- Scientific Advisory Committee
  Tufts Medical Center, 2002-2006
- Executive Committee, Department of Medicine
  Tufts Medical Center, 2002-present
  - CME Advisory Committee, 2015-present

**NICHOLAS S. HILL, M.D.**

CURRICULUM VITAE 2020

## OTHER MAJOR COMMITTEE ASSIGNMENTS

- Grant Review Committees/Study Sections : American Thoracic Society, Research Grant Review Committee, 1987-1990
- National Heart Lung & Blood Institute Lung Biology and Pathology Review Group, Aspen, CO.  June 1991
- Program Project Grant Reviewer:   October 1992
- Promotions Committee: Department of Medicine, 1995-2002
- Chair, Lung Biology and Pathology: Ad Hoc Review Group.  1996
- Chair, Research Committee, Dept. of Medicine : Brown Medical School, 1999-2002
- Strategic Planning Committee: Brown Medical School, 1999-2000
- Chair Elect: Medical Faculty Executive Committee.  Brown Medical School, 1999-2000
- Research Advisory Committee: Academic Medical Center, 1999-2002
- Eastern Regional Cardiopulmonary Grant Review Committee:
  American Heart Association.  March, Co-Chair, 1998, Chair 1999, 2000
- Chair:  Medical Faculty Executive Committee, 2000-2001
- Chair Emeritus:  Medical Faculty Executive Committee, 2001-2002
- Ad Hoc Reviewer: Orphan Products Division, FDA/NIH, June, 2000, Dec 2002
- Site Visitor for Review of General Clinical Research Center: Boston University, Boston, MA.  July, 2000.
- Member ARDSnet Review Committee:   NIH.  March 2005
- Member, Ad Hoc Review Group, Specialized Clinical Centers of Research, Pulmonary
  Vascular Disease, NIH.  March 2006
- Member, Ad Hoc Review Group, Centers for Multicenter Trial; Pulmonary Hypertension in
  Sickle Cell Disease, NIH.  April 2006
- Clinical Research Development Committee, Tufts Medical Center, 2007-Present
- Gilead PAH Scholar Research Program: Research Review Committee,  2008 – Present, Chair, 2014 - Present
- Chair, NHLBI Steering Committee :  PVDomics Network 2014 - Present
- Ad Hoc Reviewer: NHLBI Review Panel on "Translational Programs in Lung Disease (PO1), Washington, DC. Nov 2015.
- Ad Hoc Reviewer: NHLBI Vascular Interventional/Innovations and Therapeutic Advances (VITA)
  Program Review Committee.  Bolger Center, Potomac, MD.  Jan 2016
- Ad Hoc Reviewer: NHLBI Program Project Review Committee, January 2017
- Ad Hoc Reviewer: NHLBI Clinical Trials Review Committee, February  2017
- Ad Hoc Reviewer : NHLBI Program Project  Review Committee, May 2017
- Ad Hoc Reviewer : NHLBI PPG Review Committee, May 2018

## CONSENSUS CONFERENCES / GUIDELINE COMMITTEES

- American College of Chest Physicians Consensus Conference.
  Mechanical Ventilation Beyond The Critical Care Unit.  October, 1993
- Joint Consensus Group on Noninvasive Ventilation
  American College of Chest Physicians and National Association of Medical Directors of Respiratory
  Care Scientific Advisor
- International Consensus, Conference Noninvasive Positive Pressure Ventilation in Acute Respiratory Failure.
  Paris, France.  April. 2000.
- Roundtable on Mechanical Ventilation :
  European Intensive Care and Emergency Medicine Society.  Brussels, Belgium.  March 2003.
- Jury Member, International Consensus Conference: On End-of-Life in the ICU.  Brussels, Belgium.  April 2003.
- Presenter, International Consensus Conference: On Weaning from Mechanical Ventilation, Budapest, Hungary.  March 2005.
- Summarizer Conference on Respiratory Complications of Neuromuscular Disease :
  American Respiratory Care Foundation.  March, 2006
- Co-Chair, Task Force on Noninvasive Ventilation Guidelines:
  American Thoracic Society (ATS) & European Respiratory Society (ERS),  2012 - 2017

**NICHOLAS S. HILL, M.D.**
CURRICULUM VITAE 2020

### TRAINING OF STUDENTS/POST-DOCTORAL FELLOWS

| Name | Title | Dates | Current Position |
|------|-------|-------|------------------|
| **Postdoctoral Trainees** | | | |
| Alec Martin-Achard MD | Role of Oxidants in Lung Injury | 1983-84 | Practice, Geneva, SW |
| Peter Jederlinic, MD | ACE Activity In Hypoxic Lungs | 1984-85 | Asst Prof of Med, Cooperstown, NY |
| Chester Mohr MD | NIV in Neuromuscular Disease | 1985-86 | Practice, Cape Cod Hospital |
| James Klinger MD | ANP in Hypoxic Pulmonary Hypertension | 1988-92 | Assoc Prof. Med, Brown University |
| Anibal Arjona PhD. | Growth Suppressive Effect of ANP | 1991-94 | Research Assoc, Boston Heart Fnd |
| Raymond Petit MD | Polycythemia and Pulmonary Hypertension | 1991-92 | Private Practice, Massachusetts |
| James Nakashima PhD | ANP Receptor Modulation in Endothelial Cells | 1992-99 | Asst. Prof. Med, Brown University |
| Thomas Meyer MD | NIV in Respiratory Failure | 1993-94 | Asst. Prof. Medicine, Jefferson Univ. |
| Naomi Kramer MD | NIV in Respiratory Failure | 1994-95 | Asst. Prof. Medicine, Brown Univ. |
| Richard Swift MD | CNP Responses during Hypoxia | 1995-96 | Private Practice, New Jersey |
| Sangeeta Mehta MD | Mechanisms of Noninvasive Ventilation | 1995-97 | Prof Medicine, Univ of Toronto |
| James McCormick MD | Masks for Noninvasive Ventilation | 1997-98 | Private Practice, Westerly. RI |
| Mallik Karemsetty PhD | Mechanisms of Pulmonary Vasoreactivity | 1998-00 | Asst. Prof of Med Brown University |
| John Ladetto MD | Angiogenesis in Pulmonary Hypertension | 1999-00 | Private practice, Pawtucket, RI |
| Ioana Preston MD | Phosphodiesterase Inhibitors In PHT | 2000-01 | Assoc. Prof of Med, TUSM |
| Tim Liesching MD | Noninvasive Ventilation for CHF | 2001-02 | University |
| Vinay Maheshwari MD | Utilization of NPPV in Acute Care | 2003-05 | Asst Prof of Med, Tufts University |
| Kate Steiner MD | Pulmonary Hypertension | 2005-06 | Asst Prof Med, Harvard Medical School |
| Aylin Ozsancek MD | Utilization of Noninvasive Ventilation | 2005-08 | Asst Prof of Med, Cenkan, Turkey |
| Ali Khodabendeh MD | Noninvasive Ventilation | 2006-08 | Private Practice |
| John Brennan MD | Pulmonary Hypertension Critical Care | 2006-08 | Private Practice |
| Samy Sidhom MD | Utilization of NoninvasiveVentilation | 2008-09 | Private Practice |
| Imrana Qawi MD | Sedation for Noninvasive Ventilation | 2009-12 | Asst Prof of Med, Tufts Medical Center |
| Archan Shah MD | Pulmonary Hypertension | 2009-11 | Staff, Kaiser Permanente, CA |
| Matthew Cohn MD | Effect of Breathe Ventilation System on Work of Breathing in COPD patients | 2012-13 | Asst Prof of Med, National Jewish Health, Denver, CO. |
| Viola Tracy MD | Effect of Breathe Ventilation System on Work of Breathing in COPD Patients | 2012-13 | Private Practice Minneapolis,, MN |
| Nadine Al Naamani,MD | Phenotypes in Pulmonary Hypertension | 2013-16 | Asst. Prof of Med, University of Pennsylvania |
| Giulia Spoletini, MD | High Flow Nasal $O_2$ During Breaks from NIV | 2013-14 | PhD Student, Leeds, UK. |
| Mona Alotaibi, MD | High Flow Nasal $O_2$ During Breaks from NIV | 2013-14 | Pulm Critical Care Fellow, UCSD, CA. |
| Felix Yu, MD | Reliability of PAWP Measurements in PH | 2014-16 | Asst Prof of Med, Tufts Medical Center |
| Christopher Manley,MD | Vasoreactivity in Group 2 PH | 2013-14 | Research Fellow, Tufts Medical Center |
| Ana Carolina Garza,MD | Vasoreactivity in Group 2 PH | 2013-14 | Research Fellow, Tufts Medical Center |
| Haval Chweich, MD | Aerogen Nebulizer for Acute Asthma | 2014-16 | Asst. Prof of Med, Tufts Medical Center |
| Alia Khoja, MD | Physiologic Response to HFNO | 2014 | Resident, George Washington |
| Chiara Mega, MD | Physiologic Response to HFNO | 2014 | Pulmonologist, Bologna, Italy |
| Maureen Spring, MD | Physiologic Response to HFNO | 2015-17 | Asst. Prof of Med, Tufts Medical Center |
| Abdallah Kharnaf, MD | Use of Wedge Pullback Oximetry | 2015-17 | Private Practice |
| Alham Alonaizan, MD | Dyspnea in DNI Patients | 2015- | Research Scholar, Tufts Medical Center |
| Lara Pisani, MD | Dyspnea in DNI Patients | 2015 | Researcher, Univ of Bologna, Italy |
| Najia Indrees, MD | Aerogen Nebulizer for Acute Asthma | 2016 | Medical Resident, Tufts Medical Center |
| Faisal Al Tamimi, MD | Balloon Pulmonary Angiography | 2016-17 | Research Scholar, Tufts Medical Center |
| Abd Abdelrahman MD | Wedge Catheter Pull Back | 2017-18 | Research Fellow, Tufts Medical Center |
| Mayanka Tickoo MD | Changing Use of Nasal High Flow | 2017-18 | Attending Physician, Pulmonary, Critical Care, Yale-New Haven Medical Center |
| Asma Tarq, MD | Effect of HFNC on Clearability of Sputum | 2018-19 | Attending Physician, Pulmonary Critical Care, Tufts Medical Center |

**NICHOLAS S. HILL, M.D.**

CURRICULUM VITAE 2020

| Anas Ahmed,MD | Wedge Catheter Pull Back | 2018-19 | Attending Physician, Pulmonary Critical Care, Tufts Medical Center |
|---|---|---|---|
| Elizabeth Han MD | Effect of HFNC on Clearability of Sputum | 2020-21 | Medical Resident, Tufts Medical Center |
| Divya Menon MD | Characterization of Group 2 Pulmonary Hypertension | 2020-21 | Research Fellow, Tufts Medical Center |

| **Student Trainees** | | | |
|---|---|---|---|
| Gabriel Salameh | Pulmonary Vasoconstriction in Rats | 1994-95 | Medical Student, UMDMJ |
| James Watt | Endothelin in Hypoxic Vasoconstriction | 1995-96 | Unknown |
| David Sciacca | Pulmonary Hypoxic Vasoconstriction | 1996-97 | Medical Student, Tufts |
| Christopher Alia | Vasoconstrictor Responses | 1996-98 | Medical Student, NY Medical College |
| Grace Wang | Endothelin Receptors During Hypoxia | 1997-98 | Research Assistant, Brown University |
| Brian Kwong | Angiogenesis In Pulmonary Hypertension | 2000-01 | Medical Student Early ID Trainee |
| Kenyatta Lee | Northern Analysis of Brain Natriuretic Peptide | 1995-96 | Medical Student, Cornell University |
| Stacy Harrington | Histologic Analysis of Pulmonary Arteries | 1997-98 | Undergraduate Univ. of Delaware |
| Shanta Whitaker | MAP Kinases in Hypoxic Pulmonary HTN | 2001 | Graduate/Student, Microbiology |

## TEACHING RESPONSIBILITIES

### University Teaching Roles

| | | | |
|---|---|---|---|
| Section Leader | Biomed 117 | Mammalian Physiology | 1991-1994 |
| Co-director | Biomed 209 | Topics in Respiratory Physiology | 1987-1989 |
| Co-director | Biomed 219 | Topics in Environmental Physiology | 1989-1994 |
| Section Leader | Biomed 281 | Second year Pulmonary Pathophysiology | 1987-2002 |

Small Group Leader and Lecturer-Tufts University
    Lecturer in second year Pathophysiology      2002-
    Small group Leader      2002-

### Hospital Teaching Roles

| | |
|---|---|
| Attending Physician, Medical Intensive Care Unit, Brown | 1987-2002 |
| Attending Physician, Pulmonary Consult Service, Brown | 1987-2002 |
| Attending Physician, Respiratory Care Unit, Brown | 1987-2002 |
| Attending Physician, Pulmonary Ward, Tufts Medical Center, Boston, MA. | 2002- |
| Attending Physician, Medical Intensive Care Unit, Tufts Medical Center, Boston, MA, | 2002- |
| Attending Physician, Pulmonary Consult Service, Tufts Medical Center, , Boston, MA | 2002- |
| Attending Physician, ICU at Lowell General & Saints Memorial Hospitals, Lowell, MA. | 2013- |

## PROFESSIONAL SOCIETIES

American College of Chest Physicians, Fellow 1982-
American Thoracic Society, Member 1982-
Massachusetts Thoracic Society, Councilor, 1982-1987
American Federation for Clinical Research, Member, 1982-2004
New England Chapter of American College of Chest Physicians 1984-
American Association for the Advancement of Science, 1985-1995
American Physiological Society, Member, 1985-2002
Rhode Island Thoracic Society, Member 1987
Pulmonary Hypertension Association, 2004-
American College of Chest Physicians 2005
Society of Critical Care Medicine, 2017 -
European Respiratory Society 2016

## OFFICE AND COMMITTEE ASSIGNMENTS IN PROFESSIONAL SOCIETIES

- **American Thoracic Society**
  Program Planning Committee, Assembly on Pulmonary Circulation, 1991-1993
  Chair-elect, 1995 Chair, 1996. Member, 2006 - 2007
  Member, Research Coordinating Committee, 1992 - 1995
  Member, Planning Committee, 2000 - 2006

**NICHOLAS S. HILL, M.D.**

CURRICULUM VITAE 2020

Chair, Nominating Committee, Pulmonary Circulation Assembly,  2002 - 2003
Member, Program Review Subcommittee,  2003 - 2004
Chair, Program Planning Committee, Critical Care Assembly,  2003 - 2006
Member, Nominating Committee, Critical Care Assembly,  2006 - 2007
Member, Steering Committee, Critical Care Assembly,  2006 - 2007
Secretary-Treasurer 2008-9, Vice President 2009-10, President Elect,  2010 - 2011
President 2011-12, Immediate Past President, 2012 - 2013.
Member ,Nominating Committee,  2013 - 2015
Member , International Lung Health Committee,  2013 - 2014
Member, Drug/Device Discovery and Development Committee,  2013 - 2017
Secretary-Treasurer, Board of Trustees, ATS Foundation, 2015-present
Member, Awards Committee, 2015-17
Chair, Executive Director Search Committee 2017-2018
Board of Trustees, ATS Foundation 2010-2020
Member, Funds for The Future Committee, ATS 2020-present
- **American College of Chest Physicians**
  Vice Chair, Home Care Network,  2001 - 2002
  Chair, Home Care Network,  2002 - 2004
  Steering Committee, Home Care Network,  2001–10
  Member, Health Policy and Advocacy Committee, 2020- present
- **Rhode Island Thoracic Society**
  ATS National Chapter Representative,  1991 - 2000
- **New England Chapter of American College of Chest Physicians**
  • Vice President, 1994 - 1995     • President,  1995 - 1996
- **Pulmonary Hypertension Association 2004**
  Member, Scientific Leadership Committee,  2004 - 2012

## MAJOR RESEARCH INTERESTS

- **Pulmonary Vascular Biology**

My main focus has been on the regulation of pulmonary vascular tone using hypoxia as a model.  I have devoted considerable attention to the role of natriuretic peptides in ameliorating hypoxic pulmonary vasoconstriction and remodeling, and more recent interests have been in the role of angiogenic factors in hypoxic pulmonary hypertension, the role of serotonins in modulating pulmonary vasoreactivity, retinoic acid and the pathogenesis of PH, and signal transduction pathways including lipoxygenases and endothelin. More recently we are looking at cell permeable peptides as possible physiologic and therapeutic tools.

- **Clinical Pulmonary Hypertension**

I established a Pulmonary Hypertension Center at Rhode Island Hospital and Tufts Medical Center and get referrals from all over Southern New England.  My group has participated in many multicenter trials to evaluate the role of both intravenous and subcutaneous prostacyclins and more recently oral endothelin antagonists and combination therapy.  We have also published many studies on therapeutic approaches in various forms of pulmonary hypertension, and continue to be interested in contributing to advances in therapy and suggesting new possible therapeutic approaches.

- **Noninvasive Ventilation**

A major interest in clinical research has been to evaluate ways of delivering and testing the efficacy of noninvasive ventilation; the provision of mechanical ventilatory assistance without requiring an invasive airway.  My group has performed a number of controlled trials dealing with these issues, and continues to examine new applications, improved techniques, and ethical aspects of noninvasive ventilation.  Our most recent thrust has been to explore ways of enhancing the utilization of noninvasive ventilation in critical care and to understand the effect of noninvasive ventilation on sleep in the ICU.  We have also initiated studies on nasal high flow therapy, another noninvasive approach to providing respiratory assistance, examining physiologic effects in COPD patients as well as use during breaks from bi-level noninvasive ventilation.

- **High Flow Nasal Therapy**

The delivery of heated, humidified, oxygenated gas via soft cannulas intranasally is a newer technique for oxygen delivery and ventilatory assistance.   We are involved in studies to understand physiologic effects, appropriate indications, outcomes and epidemiology of use

**NICHOLAS S. HILL, M.D.**

CURRICULUM VITAE 2020

## RESEARCH SUPPORT

| GRANT AWARD/ FUNDING AGENCY/Private Foundations/Industry Awards | $ AMOUNT | YEAR(S) |
|---|---|---|
| CLINICAL INVESTIGATOR AWARD, NHLBI<br>Principal Investigator | $50,000 | 1983-1988 |
| GRANT-IN-AID AMERICAN THORACIC SOCIETY<br>Principal Investigator | $17,500 | 1983-1985 |
| PARKER B. FRANCIS FOUNDATION FELLOWSHIP<br>Principal Investigator | $25,000 | 1983-1987 |
| SHERMAN-WELCH FOUNDATION AWARD<br>Massachusetts Thoracic Society<br>Principal Investigator | $5,000 | 1983-1985 |
| TRAVENOL, INC<br>Grant for Study of Negative Pressure Ventilation in COPD<br>Co-Investigator | $25,000 | 1984-1986 |
| GRANT-IN-AID, RHODE ISLAND HEART ASSOCIATION<br>Principal Investigator | $20,000 | 1988-1989 |
| RESPIRONICS, INC.<br>Grant for Study of Nasal Ventilation in COPD<br>Principal Investigator | $18,000 | 1988-1989 |
| GRANT-IN-AID, RHODE ISLAND HEART ASSOCIATION<br>Principal Investigator | $20,000 | 1990-1991 |
| RESPIRONICS, INC.<br>Grant for Study of Nasal Ventilation in Neuromuscular Disease<br>Principal Investigator | $5,000 | 1990 |
| BURROUGHS-WELLCOME, INC.<br>Multicenter Trial Of Prostacyclin Infusion in Primary Pulmonary Hypertension<br>Principal Investigator | $20,000 | 1991-1994 |
| RESPIRONICS, INC<br>Grant for Study of Nasal Ventilation<br>Principal Investigator | $8,000 | 1992 |
| LIFECARE, INC.<br>Grant for Study of Negative Pressure Ventilator<br>Principal Investigator | $16,000 | 1993 |
| RHODE ISLAND HEART ASSOCIATION - GRANT-IN-AID,<br>Principal Investigator | $25,000 | 1993-1995 |
| RESPIRONICS, INC.<br>Comparison of Bipap vs CPAP In Management of Acute Pulmonary Edema<br>Principal Investigator | $18,300 | 1994-1995 |
| PURITAN-BENNETT, INC<br>Grant for Evaluation Of 335 Bi-level Positive Airway Pressure Ventilation<br>Principal Investigator | $4,000 | 1995 |
| RESPIRONICS, INC<br>Evaluation of Exhalation Valves for Bilevel Positive Airway Pressure Ventilation<br>Principal Investigator | $14,000 | 1995-1996 |
| MILES LABORATORY<br>Phase III Trial of Norasept (Anti-TNF Antibody) for the Therapy of Sepsis.<br>Principal Investigator | $20,000 | 1996-1997 |
| RESPIRONICS, INC<br>Evaluation of Oronasal vs Nasal Masks for Administration of Noninvasive Ventilation<br>Principal Investigator | $5,000 | 1996-1997 |
| GLAXO-WELLCOME, INC.<br>Randomized Trial of Intravenous Flolan for Patients with PH due to Scleroderma | $20,000/pt. | 1997-1998 |

**NICHOLAS S. HILL, M.D.**

CURRICULUM VITAE 2020

| | | |
|---|---|---|
| RESPIRONICS, INC.<br>Evaluation of the Vision Proportional Assist Ventilator<br>Principal Investigator | $62,500 | 1997-1998 |
| RHODE ISLAND HEART ASSOCIATION - GRANT-IN-AID,<br>Modulation of Pulmonary Hypertension by Natriuretic Peptides<br>Principal Investigator | $30,000 | 1997-1999 |
| RESMED, INC.<br>Randomized Trial of Noninvasive Ventilation to Facilitate Extubation of Patients with<br>Respiratory Failure | $40,000 | 1998-1999 |
| UNITED THERAPEUTICS INC.<br>Randomized Trial of Subcutaneous UT-15 to Treat Patients with Severe Pulmonary<br>Hypertension | $15,000/pt. | 1998-1999 |
| RESMED, INC.<br>Randomized Trial of NPPV after Hypercapnic Respiratory Failure in COPD.<br>Principal Investigator | $40,000 | 2000- |
| SUNTORY, INC.<br>Phase II Multicenter Trial of Alpha-hANP Infusion in ARDS.<br>Principal Investigator | $45,000 | 2000- |
| ICOS PHARMACEUTICALS/TEXAS BIOCHEMICAL<br>Randomized Controlled Trial of Sitaxsentan in the Therapy of Severe PH | $20,000/pt. | 2001-2002 |
| RESPIRONICS, INC.<br>Trial of the Total Face Mask for Noninvasive Ventilation | $10,000 | 2002-2003 |
| PFIZER, INC.<br>Randomized Trial of the Phosphodiesterase Inhibitor, Sildendafil in PAH | $17,000/pt. | 2003 |
| ACTELION, INC.<br>Transition from Prostacyclin Infusion to Oral Bosentan (Investigator Initiated) | $35,000/yr. | 2003-2005 |
| MYOGEN, INC.<br>Randomized Trial of Ambrisentan to Treat Patients with Pulmonary Arterial Hypertension | $15,000/pt. | 2003-2005 |
| PFIZER, INC.<br>Randomized Trial of the Phosphodiesterase Inhibitor, Sildenafil, Added to Intravenous<br>Epoprostenol in Patients with Pulmonary Arterial Hypertension. | $17,000/pt. | 2003–2005 |
| UNITED THERAPEUTICS, INC.<br>Transition from IV Epoprostenol to Sc Treprostinil (Investigator Initiated) | $40,000 | 2003-2005 |
| ELI LILLY.<br>Distinguished Scholar in Critical Care Medicine Chest Foundation, Enhancing the Utilization of<br>Noninvasive Positive Pressure Ventilation. | $50,000/yr. | 2003-2006 |
| ENCYSIVE, INC.<br>Open-Label Trial of Sitaxsentan In The Therapy Of Severe Pulmonary Hypertension. | $17,000/pt. | 2004-2006 |
| RESMED, INC.<br>Investigation of Inspiratory Time Limits for Enhancing Patient-Ventilator Synchrony During<br>Noninvasive Ventilation | $40,000 | 2004-2005 |
| UNITED THERAPEUTICS, INC.<br>Trial Of Ropivacaine, A Local Anesthetic, In Controlling Site Pain during Sc Treprostinil<br>Infusion. | 2,000 /pt. | 2005 |
| SUNOL, INC.SAFETY<br>Pharmacokinetics and Physiological Effects Of Ch36 In Patients with Acute Lung Injury | 8000/pt. | 2005 |
| ASTRA-ZENCA, INC.<br>Efficacy and Safety of Quetiapine in Medical Intensive Care Unit Patients with Delirium: a<br>Randomized Study | $5,000/pt. | 2005-2006 |
| ICOS PHARAMACEUTICALS, INC.<br>Randomized, Controlled Trial of Tadalafil to Treat Pulmonary Arterial Hypertension. | $8,000/pt. | 2005-2006 |
| RESPIRONICS, INC.<br>Enhancement of the Utilization of Noninvasive Positive Pressure Ventilation Multicenter Trial. | $333,000/yr. | 2005-2008 |
| COTHERIX, INC.<br>Addition of Inhaled Iloprost to Sildenafil In Pulmonary Arterial Hypertension Multicenter Trial | $8,000/pt. | 2006-2007 |

**NICHOLAS S. HILL, M.D.**

CURRICULUM VITAE 2020

| | | |
|---|---|---|
| ACTELION, INC.<br>Addition of Bosentan to Sildenafil In Pulmonary Arterial Hypertension, Multicenter Trial | $8,000/pt. | 2006-2007 |
| UNITED THERAPEUTICS, INC.<br>Evaluation of Oral Treprostinil In Pulmonary Arterial Hypertension Multicenter Trial | $8,000/pt. | 2006-2007 |
| LUNG RX, INC.<br>Addition of inhaled Treprostinil to Sildenafil or Bosentan In Pulmonary Arterial Hypertension Multicenter Trial. | $8,000/pt. | 2006-2007 |
| EPIX PHARMACEUTICALS<br>Effect of Serotonin B2 Receptor Blockade On Pulmonary Hypertension in COPD. | $8,000/pt. | 2006-2007 |
| GILEAD SCIENCES, INC<br>Ambrisentan to Treat Patients with WHO Groups 1,3 and 4 PAH ARIES 3. | $8,000/pt. | 2006-2007 |
| UNITED THERAPEUTICS<br>Long-term effects of inhaled treprostinil | $10,000/pt. | 2007-2008 |
| RESPIRONICS GRANT<br>Utilization of Noninvasive Ventilation in Acute Care.  The major goal of this multicenter project is to evaluate the utilization of noninvasive ventilation in acute respiratory care in different hospitals. | | 2007-2013 |
| ACTELION, INC.<br>Study to assess the safety and tolerability of ACT-064992 in patients with symptomatic PAH. | $10,000/pt. | 2008-2009 |
| UNITED THERAPEUTICS<br>Evaluation of oral treprostinil effect on exercise capacity | $6,000/pt. | 2008-2010 |
| UNITED THERAPEUTICS<br>A post-marketing observational study to assess respiratory tract adverse events in pulmonary arterial hypertension patients treated with Tyvaso (treprostinil) inhalation solution | $4,000/pt. | 2008-2010 |
| ACTELION, INC. (REVEAL)<br>Registry of pulmonary hypertension patients | $3,000/pt. | 2008- |
| UNITED THERAPEUTICS<br>An open-label extension trial of UT-15C SR in subjects with Pulmonary Arterial Hypertension | $4,000/pt. | 2009-2010 |
| BAYER<br>Randomized controlled trial to evaluate efficacy and safety of oral BAY 63-2521 in patients with PAH (2 studies – blinded and extension) | $8,000/pt. | 2009-2012 |
| HOSPIRA<br>Use of dexmetatomidine as sedative agent during non-invasive ventilation | $3,000/pt. | 2009- |
| GILEAD SCIENCES, INC<br>Randomized controlled study of Cicletanine in subjects with Pulmonary Arterial Hypertension | $8,000/pt. | 2009-2012 |
| GILEAD SCIENCES, INC. (AMBITION)<br>Assesses the effect of an upfront combination of Tadalafil and Ambrisentan compared to each drug alone in patients with pulmonary arterial. | $14,000/pt. | 2010-2014 |
| GeNO LLC<br>Evaluates new way to deliver inhaled nitric oxide and assesses response in patients with pulmonary hypertension | $3,000/pt. | 2010 |
| RESPIRONICS<br>High intensity non-invasive positive pressure ventilation (NPPV) for stable hypercapnic COPD patients | $3,000/pt. | 2010-2011 |
| UNITED THERAPEUTICS, INC.<br>A post-marketing observational study to assess respiratory tract adverse events in pulmonary arterial hypertension patients treated with Tyvaso (treprostinil) inhalation solution. | $3,000/pt. | 2010-2014 |
| PHAROS<br>Examines natural history of scleroderma in registry centered at Georgetown Medical Center | $2,000/pt. | 2010-2015 |
| ACTELION, INC.<br>Long-term effect of combination therapy with bosentan and sildenafil (Compass II) | $10,000/pt. | 2010-2016 |
| CHEST FOUNDATION-RESPIRONICS<br>Enhancing utilization of non-invasive ventilation in critical care | 1,000,000 | 2010-2016 |
| ACTELION, INC.<br>Study to assess the safety and tolerabllity of ACT-064992 in patients with symptomatic PAH. | $14,000/pt. | 2010-2016 |

**NICHOLAS S. HILL, M.D.**

CURRICULUM VITAE 2020

| | | |
|---|---|---|
| GENZYME PHARMACEUTICALS<br>Evaluation of neutral endopeptidase inhibitor + nitric oxide in rates with pulmonary hypertension induced by monocrotalins | $40,000/pt. | 2011-2015 |
| BREATHE TECHNOLOGIES, INC.<br>Effect of Noninvasive Open Ventilation (NICU) on Work of Breathing in COPD patients. | $60,000 | 2012-2013 |
| FISHER PAYKEL HEALTH INC.<br>Role of high flow nasal $O_2$ during breaks from NIV | $120,000 | 2013-2014 |
| FISHER PAYKEL HEALTH INC.<br>Physiologic Effects of High Flow Nasal H20 in COPD | $60,000 | 2014-2016 |
| GILEAD SCIENCES, INC.<br>A Phase 2 randomized, double-blind, placebo-controlled multi-center study to assess the efficacy and safety of GS-6624 (Simtuzumab) in subjects with idiopathic pulmonary fibrosis | $10,000/pt. | 2014-2016 |
| UNITED THERAPEUTICS, INC.<br>A phase III, international, multi-center, randomized, double-blind, placebo-controlled, clinical worsening study of UT-15C in subjects with pulmonary arterial hypertension receiving background oral monotherapy | $14,000/pt. | 2014-2018 |
| ACTELION, INC. (SERAPHIN)<br>Study to assess the safety and tolerabllity of ACT-064992 in patients with symptomatic pulmonary arterial hypertension (blinded and open label) | $14,000/pt. | 2014-2017 |
| REATA PHARMACEUTICALS<br>A dose-ranging study of the efficacy and safety of bardoxolone methyl in patients with PAH. | $8,000/pt. | 2014-2020 |
| AERODYNE, INC<br>Aerogen Nebulizer For Treatment Of Acute Asthma | $ 40,000 | 2015 |
| ACTELION, INC.<br>Phase 3b study of macitentan in patients with pulmonary arterial hypertension to psychometrically validate the PAH-SYMPACT instrument. | $8,000/pt. | 2015-2019 |
| UNITED THERAPEUTICS INC.<br>A multicenter, randomized, double-blinded, placebo-controlled trial to evaluate the safety and efficacy of inhaled Treprostinil in subjects with pulmonary hypertension due to parenchymal lung disease. | $8,000/pt. | 2016- |
| REATA PHARMACEUTICALS, INC.<br>An Extended Access Program to Assess Long-Term Safety of Bardoxolone Methyl in Patients With Pulmonary Hypertension | 12,000pt | 2016-2020 |
| ALUNG TECHNOLOGIES, INC.<br>A Prospective, Multi-Center, Randomized, Controlled, Pivotal Trial to Validate the Safety and Efficacy of the Hemolung® Respiratory Assist System for COPD Patients Experiencing an Acute Exacerbation Requiring Ventilatory Support. | $26,000pt | 2017- |
| AEROGEN PHARMA LIMITED<br>A Two-Part Pharmacodynamic Study to Compare VentaProst™ (Epoprostenol Solution for Inhalation via Custom Drug Delivery System) Dosing to Conventionally Administered Aerosolized Epoprostenol Dosing in Cardiac Surgery Patients. | $5,000pt | 2017-2019 |
| ACTELION PHARMACEUTICALS LTD.<br>A multi-center, double-blind, placebo-controlled, Phase 4 study in patients with pulmonary arterial hypertension to assess the effect of selexipag on daily life physical activity and patient's self-reported symptoms and their impacts | $22,000pt | 2017-2019 |
| UNITED THERAPEUTICS CORP.<br>A Multicenter, Randomized, Double-Blinded, Placebo-Controlled Trial to Evaluate the Safety and Efficacy of Inhaled Treprostinil in Subjects with Pulmonary Hypertension due to Parenchymal Lung Disease. INCREASE trial | $22,000pt | 2018-2020 |
| PROVIDENCE ST. JOSEPH'S & ST. MICHAEL'S HEALTHCARE<br>The Frequency of Screening and SBT Technique Trial: The FAST Trial - A North American Weaning Collaboration. FAST-002 | 12,531 | 07/12/2018 |
| LIQUIDIA LTI-301<br>A phase 3 open-label, multicenter study to evaluate the Long-term Safety and Tolerability of Inhaled LIQ861 (treprostinil) in Pulmonary Arterial Hypertension (WHO Group 1) Patients (INTREPID)<br>Co-Investigator (PI: Ioana Preston, MD ) | $$10,816 | 08/05/2018 |

**NICHOLAS S. HILL, M.D.**

CURRICULUM VITAE 2020

| | | |
|---|---|---|
| • LIQUIDIA LTI-302<br>A Global, Open-Label, Extension Study for Participants in LIQ861 Trials to Evaluate the Long-term Safety of Inhaled LIQ861(Treprostinil) in Pulmonary Arterial Hypertension (WHO Group 1) Patients.<br>Co-Investigator (PI: Ioana Preston, MD ) | • $6,551 | • 9/19/2019 |
| • GOSSAMER BIO.<br>A Phase 1b, Randomized, Subject-and Investigator-Blinded, Placebo-Controlled, Multi-Center Clinical Trial to Evaluate the Safety, Pharmacokinetics, Pharmacodynamics, and Biomarkers of Inhaled GB002 in Subjects with WHO Group 1 Pulmonary Arterial Hypertension (PAH)<br>Principal Investigator | • $9,000/pt | • 2019-2020 |
| • INSPIRE MEDICAL SYSTEMS<br>Adherence and Outcome of Upper Airway Stimulation (UAS) for OSA International Registry: ADHERE UAS Registry<br>Co-Investigator (PI: Khalid Ismail, MD) | • $769 | • 11/01/2019 |
| • FISHER & PAYKEL<br>Effect of high flow nasal cannula on sputum clearance in acute exacerbation of chronic obstructive pulmonary disease, ap prospective study<br>Principal Investigator | • $11,923xxx | • 06/10/2020 |
| • DUKE/DCR I , ACTIV-1<br>Randomized Blinded Controlled Trial of the Safety and Efficacy of Multiple Therapeutics for the Treatment of COVID-19 in Hospitalized Adults (ACTIV-1)<br>Principal Investigator | • $18,886 | • 08/17/2020 |
| • ALTAVANT , RVT-1201-2002<br>A Phase 2b, Dose-Ranging, Radmonized, Double-Blind, Placebo-Controlled, Multicenter Study of Rodatristat Ethyl in Patients With Pulmonary Arterial Hypertension<br>Principal Investigator | • $1,635 | • 02/21/2021 |
| • UNITED THERAPEUTICS, RIN-PF-301 STUDY (TETON)<br>A Randomized, Double-blind, Placebo-controlled, Phase 3 Study of the Efficacy and Safety of Inhaled Treprostinil in Subjects with Idiopathic Pulmonary Fibrosis<br>Principal Investigator | • $5,562 | • 2021 |
| • NYU LANGONE / AWARE II<br>Exploring Human Mind, Brain and Conciousness During Death: A Combined Prospective and Retrospective Study -- Aware II<br>Co-Investigator (PI: Michael McBrine MD) | • $0 | • 05/25/2021 |

| **NIH Awards** | | |
|---|---|---|
| • NHLBI - RO1 AWARD                                              Principal Investigator<br>"Atrial Natriuretic Peptide and the Lung" | • $220,000/yr. | • 1991-2001 |
| • NIH/NHLBI – RO1 AWARD                    Co-Investigator, (PI: Peter Polgar PhD)<br>Endothelin and Angiotensin Receptor Signaling in Pulmonary Hypertension | • $80,000/yr. | • 2008-2013 |
| • NIH/NHLBI                    Co-Investigator, (PI: Peter Lindenauer PhD)<br>Implementation and Outcomes of Noninvasive Ventilation in COPD | • $14,000/yr. | • 2011-2016 |
| • NIH/NHLBI                          Collaborator, PI: Deniz Toksoz, PhD<br>Targeted Rho kinase-1 KO Mouse Model for Vascular Smooth Muscle Remodeling | • | • 2012-2014 |
| • NIH/NHLBI                          Collaborator,( PI: Barry Fanburg, MD)<br>Smooth Muscle Cell Protein Serotonylation and Pulmonary Hypertension | • | • 2012-2016 |
| • NIH/NHLBI                    Co-Investigator, (PI: Bill Nichols, PhD)<br>National Biological Sample and Data Repository for Pulmonary Arterial Hypertension | • $62,500 | • 2013-2017 |
| • NIH/NHLBI<br>Chair, Steering Committee PVDomics Network | • 10% Salary Support | • 2014- |
| • NIH/NHLBI - PETAL NETWORK          Site PI, (Local Site PI: Jay Steingrub MD)<br>Re-examination of neuromuscular blockade to treat early ARDS.  Low tidal volume universal support: feasibility of recruitment for interventional trial acronym: LOTUS FRUIT | • $6,000/pt. | • 2016-2018 |

**NICHOLAS S. HILL, M.D.**

CURRICULUM VITAE 2020

## EDITORIAL BOARDS AND ACTIVITY

- **Editorial Boards**:
  - American Journal of Respiratory and Critical Care Medicine 1994-2000, 2002-2008
  - Ibero American Journal of Noninvasive Mechanical Ventilation 2003-
  - Chronic Respiratory Disease, Arnold Publishers, London.  2003-
  - Breathe, education Journal of European Respiratory Society, 2006-2016
  - Expert Reviews in Respiratory Medicine 2007-
  - Respiratory Care  2008
  - European Medical Journal-Respiratory 2012-
- **Associate Editor, Chest**  2005-2019
- **Reviewer for the following journals**:
  - American Journal of Epidemiology
  - American Journal of Physiology: Lung cellular and molecular physiology
  - American Journal of Respiratory and Critical Care Medicine
  - Annals of internal Medicine
  - Chest
  - Circulation Research
  - Critical Care Medicine
  - European Respiratory Journal
  - General Internal Medicine
  - Intensive Care Medicine
  - International Journal of COPD
  - International Journal of Sports Medicine
  - Journal of Applied Physiology
  - Journal of Clinical Investigation
  - Lung
  - Medicine and Science in Sports and Medicine
  - Muscle & Nerve
  - New England Journal of Medicine
  - Respiratory Care
  - Respiratory Medicine
  - Thorax

## BIBLIOGRAPHY: Original/Peer Reviewed Articles

1. Bouverot P, **Hill NS**, Jammes Y. Ventilatory responses to CO2 in intact and chronically chemodenervated Peking Ducks. Respir Physiol 22:137-156, 1974.
2. **Hill NS**, Tenney SM. Ventilatory responses to CO2 and hypoxia in the two-toed sloth (Choloepus hoffmanni).  Respir Physiol 22:322-332, 1974.
   **Hill NS**, Antmann E, Green L, Alpert JS.  Intravenous nitroglycerin:  A review of pharmacology, indications, therapeutic effects, and complications. Chest 1981 79:69-76.
3. **Hill NS**, Rounds S. Amrinone dilates pulmonary vessels and blunts hypoxic vasoconstriction in isolated rat lungs.  Proc Soc Exp Biol Med 173:205-212, 1983.
4. **Hill NS**, Rounds S.  Vascular reactivity is increased in rat lungs injured with a-naphthyl-thiourea.  J Appl Physiol:  Respir Environ Exercise Physiol 54:1693-1701, 1983.
5. **Hill NS**, O'Brien RF, Rounds S.  Repeated lung injury due to a-naphthylthiourea causes right ventricular hypertrophy in rats. J Appl Physiol: Respir Environ Exercise Physiol 56:388-396, 1984.
6. Brody JS, Vaccaro CA, **Hill NS**, Rounds S.  Binding of charged ferritin to alveolar wall components and charge selectivity of macromolecular transport in permeability pulmonary edema in rats.  Circ Res 55:155-167, 1984.
7. Ou LC, **Hill NS**, Tenney SM.  Ventilatory responses and blood gases in usceptible and resistant rats to high altitude.  Respir Physiol 58:161-170, 1984.
8. **Hill NS**, Ou LC.  The role of pulmonary vascular responses to chronic hypoxia in the development of chronic mountain sickness in rats.  Respir Physiol 581:171-85, 1984.

## NICHOLAS S. HILL, M.D.

CURRICULUM VITAE 2020

9. Rounds S, Farber HW, **Hill NS**, O'Brien RF.  Effects of endothelial cell injury on pulmonary vascular reactivity.  Chest 88:213S-216S, 1985.

10. Ou LC, Sardella GL, **Hill NS**, Tenney SM.  Acute and chronic pulmonary pressor responses to hypoxia:  the role of blunting in acclimatization.  Respir Physiol 64:81-91,1986.

11. Farber HW, Arbetter J, Schaefer EJ, Hill SP, Grimaldi R, Dallal G, **Hill NS**.  Acute metabolic effects of an endurance triathlon.  Ann Sports Med 3:131-138, 1987.

12. Konstam MA, **Hill NS**, Bonin JD, Isner JM.  Prostaglandin medication of hemodynamic responses to pulmonary microembolism in rabbits: effect of ibuprofen and meclofenamate.  Exp Lung Res 12:331-345, 1987.

13. **Hill NS**, Smith RP, Ou LC.  Time course of the development of cardiopulmonary responses to chronic hypoxia in two strains of rat with differing susceptibilities to high altitude.  Respir Physiol 70:229-240, 1987.

14. **Hill NS**, Sardella GL, Ou LC. Reticulocytosis, increased mean red cell volume, and greater blood viscosity in altitude susceptible compared to altitude resistant ats. Respir Physiol 70:241-249, 1987.

15. Langleben D, Jones RC, Aronovitz MJ, **Hill NS**, Ou LC, Reid LM.  Pulmonary artery changes in two colonies of rats with differing sensitivity to chronic hypoxia.  Am J Pathol 128:61-66, 1987.

16. **Hill NS**, Ou LC.  The possible role of atrial natriuretic factor in modulating the pulmonary hypertensive response to hypoxia.  Chest 93:955-965, 1988.

17. Jederlinic P, **Hill NS**, Ou LC, Fanburg BL.  Angiotensin converting enzyme in chronically hypoxic rats.  Thorax 43(9):703-707, 1988.

18. Zibrak JD, **Hill NS**, Federman E, Kwa SL, O'Donnell C.  Evaluation of intermittent long-term negative pressure ventilation in patients with severe chronic obstructive pulmonary disease.  Am Rev Respir Dis 138:1515-1518, 1988.

19. **Hill NS**, Jederlinic P, Gagnon J.  Supplemental oxygen reduces right ventricular hypertrophy in monocrotaline-injected rats.  J Appl Physiol 66:1642-1648, 1989.

20. Ou LC, Sardella GL, **Hill NS**, Thron CD.  Does atrial natriuretic factor protect against right ventricular overload.  I.  Hemodynamic study.  J Appl Physiol 67:1606-1611, 1989.

21. Ou LC, Yen S, Sardella GL, **Hill NS**.  Does atrial natriuretic factor protect against right ventricular overload.  II. Tissue binding study.  J Appl Physiol 67:1612-1616, 1989.

22. Lamon-Fava S, McNamara JR, Farber HW, **Hill NS**, Schaefer EJ.  Acute changes in lipid, lipoprotein, apolipoprotein and low-density lipoprotein particle size after an endurance triathlon.  Metabolism 38:921-925, 1989.

23. Konstam MA, Brockway B, Aronovitz MJ, Ramberg K, Palabrica TM, Otradovec CL, Cooper A, **Hill NS**.  Kinetics of pulmonary platelet deposition and clearance during thrombin-induced microembolism in rabbits. Exp Lung Res 15:867-879, 1989.

24. Mohr CH, **Hill NS**.  Long-term follow-up of nocturnal ventilatory assistance in patients with respiratory failure due to Duchenne-type muscular dystrophy.  Chest 97:91-96, 1990.

25. **Hill NS**, Lee SL, Fanburg BL.  Effect of calcium channel blockers on serotonin uptake (43043).  Proc Soc Exp Boil Med 193:326-330, 1990.

26. Strumpf DA, Carlisle CC, Millman RP, Smith KW, **Hill NS**.  An evaluation of the Respironics BiPAP Bi-level CPAP device for delivery of assisted ventilation.  Resp Care 35:415-422, 1990.

27. **Hill NS**, Lee SL, Jederlinic P, Fanburg BL.  Effect of chronic in vivo exposure to hypoxia on serotonin uptake by isolated rat lungs.  Gen Pharmacol 21:943-947, 1990.

28. Strumpf DA, Millman RP, Carlisle CC, Grattan LM, Ryan SM, Erickson AD, **Hill NS**. Nocturnal positive pressure ventilation via nasal mask in patients with severe chronic obstructive pulmonary disease.  Am Rev Respir Dis 144:1234-1239, 1991.

29. **Hill NS**, Jacoby C, Farber HW.  Effect of an endurance triathlon on pulmonary function.  Med Sci Sports Exer 23:1260-1264, 1991.

30. Farber HW, Schaefer EJ, Franey R, Grimaldi R, **Hill NS**.  The endurance triathlon:  metabolic changes after each event and during recovery.  Med Sci Sports Exer 23:959-965, 1991.

31. **Hill NS**, Eveloff SE, Carlisle CC, Goff SG.  Efficacy of nocturnal nasal ventilation in patients with restrictive thoracic disease.  Am Rev Respir Dis 145:365-371, 1992.

32. **Hill NS**, Redline S, Carskadon MA, Curran FJ, Millman RP.  Sleep-disordered breathing in patients with Duchenne muscular dystrophy using negative pressure ventilators.  Chest 102:1656-1662, 1992.

33. Klinger JR, Moalli R, Warburton RR, Wrenn DS, **Hill NS**.  C-receptor ligand blocks pulmonary clearance of atrial natriuretic peptide in isolated rat lungs.  Proc Soc Exp Biol Med 201:154-158, 1992.

34. Petit RD, Warburton RR, Ou LC, Brinck-Johnson T, **Hill NS**.  Exogenous erythropoietin fails to augment hypoxic pulmonary hypertension in rats.  Respir Physiol 91:261-270, 1993.

35. **Hill NS**, Petit RD, Gagnon J, Warburton RR, Ou LC. Hematologic responses and the early development of hypoxic pulmonary hypertension in rats. Respir Physiol 91:271-282, 1993.

36. Ou LC, Juan JC, **Hill NS**. Possible role of pulmonary blood volume in chronic hypoxic pulmonary hypertension. J Appl Physiol 74:3020-3026, 1993.

37. Klinger JR, Petit RD, Curtin LA, Warburton RR, Wrenn DS, Steinhelper ME, Field LJ, **Hill NS**. Cardiopulmonary responses to chronic hypoxia in transgenic mice that overexpress atrial natriuretic peptide. J Appl Physiol 75:198-205, 1993

38. Klinger JR, Petit RD, Warburton RR, Wrenn DS, Arnal F, **Hill NS**. Neutral endopeptidase inhibition attenuates the development of hypoxic pulmonary hypertension in rats. J Appl Physiol 75:1615-1623, 1993.

39. Meyer TJ, Eveloff, SE, Bauer MS, Schwartz WA, **Hill NS**, Millman RP. Adverse environmental conditions in the respiratory and medical intensive care unit settings. Chest 105:1211-1216, 1994.

40. **Hill NS**, Klinger JR, Warburton RR, Pietras L, Wrenn DS. Brain natriuretic peptide: possible role in the modulation of hypoxic pulmonary hypertension. Am J Physiol 266 (Lung Cell Mol Physiol 10): L308-L315, 1994.

41. Klinger JR, Arnal F, Warburton RR, Ou LC, and **Hill NS**. Down-regulation of pulmonary atrial natriuretic peptide receptors in rats exposed to chronic hypoxia. J Appl Physiol 77:1309-1316, 1994.

42. Petit RD, Warburton RR, Ou LC, **Hill NS**. Pulmonary vascular adaptation to augmented polycythemia during chronic hypoxia. J Appl Physiol 79:229-235, 1995.

43. Kramer N, Meyer TJ, Meharg J, Cece RD, **Hill NS**. Randomized, prospective trial of noninvasive positive pressure ventilation in acute respiratory failure. Am J Respir Crit Care Med 151:1799-1806, 1995.

44. Aaron JN, Carlisle CC, Carskadon MA, Meyer TJ, **Hill NS**, Millman RP. Environmental noise is a cause of sleep disruption in a respiratory intensive care unit. Sleep 19:701-710, 1996.

45. Arjona AA, Hsu CA, Wrenn DS, **Hill NS**. Effects of natriuretic peptides on vascular smooth muscle cells derived from different vascular beds. Gen Pharm 28: 382-392, 1997.

46. **Hill NS**, Mehta S, Carlisle CC, McCool FD. Evaluation of the Puritan-Bennett 335 portable pressure support ventilator: Comparison with the Respironics BiPAP /T.. Respir Care 41:885-894, 1996.

47. Mehta S, Jay GD, Woolard RH, Hipona R, Connolly EM, Cimini DM, Drinkwine JH, **Hill NS**. Randomized prospective trial of bilevel vs continuous positive airway pressure in acute pulmonary edema. Crit Care Med 25:620-628, 1997.

48. Brem AS, Bina RB, **Hill N**, Alia C, Morris DJ. Effects of licorice derivatives on vascular smooth muscle function. Life Sciences 60:207-214, 1997.

49. Colice GL, **Hill NS**, Lee Y-J, Du H, Klinger J, Leiter JC, Ou L-C. Exaggerated pulmonary hypertensive response to monocrotaline in rats susceptible to chronic mountain sickness J Appl Physiol 83:25-31, 1997.

50. Maramatsu M, Tyler RC, Gutkowska J, Klinger JR, **Hill NS**, Rodman DM, McMurtry IF. Atrial natriuretic peptide activity accounts for increased cGMP in hypoxia-induced hypertensive rats. J Appl Physiol 272:L1126-L1132, 1997.

51. Meyer TJ, Pressman MR, Benditt J, McCool FD, Millman RP, Natarajan R, **Hill NS**. Air leaking through the mouth during nocturnal nasal ventilation: Effect on sleep quality. Sleep 1997; 20: 561-569.

52. **Hill NS**, Warburton RR, Pietras L, Klinger JR. Nonspecific endothelin receptor antagonist, bosentan, blunts monocrotaline-induced pulmonary hypertension in rats. J Appl Physiol 83:1209-1215, 1997.

53. Klinger JR, Wrenn DS, Warburton RR, Pietras L, Ou L-C, **Hill NS**. Atrial natriuretic peptide expression in rats with different pulmonary hypertensive responses to hypoxia. Am J Physiol 273; H411-H417, 1997.

54. Klinger JR, Warburton RR, Pietras L, **Hill NS**. Brain natriuretic peptide inhibits hypoxic pulmonary hypertension in rats. J Appl Physiol 84: 1646-1652, 1998.

55. Klinger JR, Siddig FM, Swift RA, Jackson C, Pietras L, Warburton RR, **Hill NS**. Plasma C-type natriuretic peptide levels are increased in rats exposed to chronic hypoxia. Am J Physiol (Lung) 275: L645-L652, 1998.

56. Bina RB, **Hill N**, Brem AS. Effect of serum on vascular smooth muscle function. Life Sciences 62: 1195-1201, 1998.

57. Klinger JR, Warburton R, Pietras L, Swift R, John S, Smithies O, and **Hill NS**. Genetic disruption of atrial natriuretic peptide causes pulmonary hypertension in normoxic and hypoxic mice. Am J Physiol 276: L868-L874 1999.

58. Salameh G, Karamsetty MR, Warburton RR, Klinger JR, Ou L-C, **Hill NS**. Differences in acute hypoxic pulmonary vasoresponsiveness between rat strains: Role of endothelium. J Appl Physiol 87: 356-362, 1999.

59. Klings ES, **Hill NS**, Ieong MH, Simms RW, Korn JH, Farber HW. Systemic sclerosis associated pulmonary hypertension: acute and long-term effects of epoprostenol (prostacyclin). Arthr Rheum 42: 2638-2645, 1999.

60. Hinderliter AL, Willis PW, Long W, Clarke WR, Ralph D, Caldwell EJ, Williams W, Ettinger NA, **Hill NS**, Summer WR, de Boisblanc B, Koch G, Li S, Clayton LM, Jobsis MM, and Crow JW. Frequency of prognostic significance of pericardial effusion in primary pulmonary hypertension. Am J Cardiol 84: 481-484, 1999.

**NICHOLAS S. HILL, M.D.**

CURRICULUM VITAE 2020

61. Badesch DB, Tapson VE, McGoon, MD, **Hill NS** (19th in list of 30 authors). A comparison of continuous intravenous epoprostenol with conventional therapy for pulmonary hypertension secondary to the scleroderma spectrum of disease. Ann Intern Med. 132: 425-434, 2000.

62. Karamsetty MR, Nakashima JM, Ou L-C, Klinger JR, **Hill NS**. EDHF contributes to strain- related differences in pulmonary arterial relaxation in rats. Am J Physiol. 280: L458-L464, 2001.

63. Mehta S, McCool FD, **Hill NS**. Leak compensation in positive pressure ventilators - a lung model study. Eur Respir J 17 (2): 259-267, 2001.

64. Karamsetty MR, Klinger JR, **Hill NS**. Phytoestrogens restore nitric oxide mediated relaxation in isolated pulmonary arteries from chronically hypoxic rats. J Pharmacol Exp Ther 297: 968-974, 2001.

65. Preston I, Klinger JR, Landzberg M, Houtchens J, Nelson D, **Hill NS**. Vasoresponsiveness of pulmonary hypertension associated with sarcoidosis. Chest 120:866-872, 2001.

66. Gay PL, Hess DR, **Hill NS**. Noninvasive proportional assist ventilation for acute respiratory insufficiency: Comparison with pressure support ventilation. Am J Respir Crit Care Med 164:1606-1611, 2001.

67. Karamsetty MR, Pietras L, Klinger JR, Lanzillo JJ, Leiter JC, Ou L-C, **Hill NS**. The role of endothelin-1 in strain-related susceptibility to develop hypoxic pulmonary hypertension in rats. Respir Physiol 128: 219-227, 2001.

68. Klinger JR, Pietras L, Warburton R, **Hill NS**. Reduced oxygen increases atrial natriuretic peptide release from atrial cardiocytes. Exp Biol Med 226:847-853, 2001.

69. Klinger JR, Warburton RR, Pietras L, Oliver P, Fox J, Smithies O, **Hill NS**. Targeted disruption of the gene for natriuretic receptor-A worsens hypoxia-induced cardiac hypertrophy. Am J Physiol Heart Circ Physiol 282: 2002; 282:H58-65.

70. Ward NS, LinDY, Nelson DL, Houtchens J, Schwartz WA, Klinger JR, **Hill NS**, Levy MM. Successful determination of lower inflection point and maximal compliance in a population of patients with ARDS. Crit Care Med 2002; 30:963-968.

71. Vachiery JL, **Hill N**, Zwicke D, Barst R, Blackburn S, Naeije R. Transitioning from I.V. Epoprostenol to Subcutaneous Treprostinil in Pulmonary Arterial Hypertension. Chest. 2002 May;121(5):1561-5.

72. Raymond RJ, Hunderliter AL, Willis PW, Ralph D, Caldwell EJ, Williams W, Ettinger NA, **Hill NS**, Summer WR, de Boisblanc B, Schwartz T, Koch G, Clayton LM, Jobsis MM, Crow JW, Long W. Echocrdiographic predictors of adverse outcomes in primary pulmonary hypertension. J Am Coll Cardiol 2002; 39:1214-1219.

73. **Hill NS**, Carlisle C, Kramer NR. Effect of a nonrebreathing valve on long-term nasal ventilation using a bilevel device. Chest 2002; 122:84-91.

74. Karamsetty MR, Klinger JR, **Hill NS**. Evidence for the role of p38 MAP kinase in hypoxia-induced pulmonary vasoconstriction. Am J Physiol lung Cell Mol Physiol 2002; 283:L859-866.

75. Kwok H, McCormack J, Cece R, Houtchens J, **Hill NS**. Controlled trial of oronasal versus nasal mask ventilation in the treatment of acute respiratory failure. Crit Care Med 2003; 31:468-473.

76. Hinderliter AL, Willis PW 4th, Long WA, Clarke WR, Ralph D, Caldwell EJ, Williams W, Ettinger NA, **Hill NS**, Summer WR, de Boisblanc B, Koch G, Li S, Clayton LM, Jobsis MM, Crow JW. PPH Study Group. Frequency and severity of tricuspid regurgitation determined by Doppler echocardiography in primary pulmonary hypertension. Am J Cardio. 2003; 91:1033-7.

77. Keenan SP, Sinuff T, Cook DJ, **Hill NS**: Which patient with acute exacerbation of chronic obstructive pulmonary disease benefit from noninvasive positive-pressure ventilation? A systematic review of the literature. Ann Intern Med. 2003 June 3; 138(11):127.

78. Budhiraja R, Kayyali US, Karemsetty M, Fogel M, **Hill NS**, Chalkley R, Finlay GA, Hassoun PM. Estrogen modulates xanthine dehydrogenase/xanthine oxidase activity by a receptor-independent mechanism. Antioxid Redox Signal 2003; 5:705-711.

79. Keenan SP, Sinuff T, Cook DJ, **Hill NS**: Does noninvasive positive pressure ventilation improve outcome in acute hypoxemic respiratory failure? A systematic review. Crit Care Med. 2004, Dec. 32(12):2516-2523.

80. Esteban A, Frutos-Vivar F, Ferguson ND, Arabgi Y, Apezteguia C, Gonzalez M, Epstein, SK, **Hill NS**, Nava S, Soares MA, D'Empaire G, Alia I, Anzuety A. Noninvasive positive pressure ventilation for respiratory failure after extubation. N Engl J Med 2004, June 350(24): 2452-2460.

81. Preston IR, **Hill NS**, Gambardella LS, Warburton RR, Klinger RJ. Synergistic effects of ANP and sildenafil on cGMP levels and amelioration of acute hypoxic pulmonary hypertension. Exp Biol Med (Maywood) 2004, Oct: 229(9): 920-925.

82. Barst RJ, Langleben D, Frost A, Horn EM, Oudiz R, Shapiro S, McLaughlin V, **Hill N**, Tapson VF, Robbins IM, Zwicke D, Duncan B, Dixon RA, Frumkin LR; STRIDE-1 Study Group. Sitaxsentan therapy for pulmonary arterial hypertension. Am J Respir Crit Care Med. 2004 Feb 15;169(4):441-7.

83. Levy M, Tanios MA, Nelson D, Short K, Senechia A, Vespia J, **Hill NS**. Outcomes of patients with do-not-intubate orders treated with noninvasive ventilation. Crit Care Med. 2004, Oct: 32(10): 2002-2007.

84. Preston IR, Tang G, Tilan JU, **Hill NS**, Suzuki YJ. Retinoids and pulmonary hypertension. Circulation 2005, Feb; 111(6): 782-790.

85. Frost AE, Langleben D, Oudiz R, **Hill N**, Horn E, McLaughlin V, Robbins IM, Shapiro S, Tapson VF, Zwicke D, DeMarco T, Schilz R, Rubenfire M, Barst RJ. The 6-min walk test (6MW) as an efficacy endpoint in pulmonary arterial hypertension clinical trials: demonstration of a ceiling effect.Vascul Pharmacol. 2005 Jun;43(1):36-9.

86. Diaz GG, Alcaraz AC, Talavera JC, Perez PJ, Rodriguez AE, Cordoba FG, **Hill NS**. Noninvasive positive pressure ventilation to great hypercapneic coma secondary to respiratory failure. Chest 2005; 127(3): 952-960.

87. Preston IR, Klinger JR, Houtchens J, Nelson D, Farber HW, **Hill NS**. Acute and chronic effects of sildenafil in patients with pulmonary arterial hypertension. Respir Med 2005 May2005 Dec;99(12):1501-10.

88. Preston IR, **Hill NS**, Warburton RR, Fanburg BL. The role of 12-lipoxygenase in hypoxia-induced rat pulmonary artery smooth muscle cell proliferation. Am J Physiol Lung Cell Mol Physiol 2006 Feb;290(2):L367-74.

89. Klinger JR, Thaker S, Houtchens J, Preston IR, **Hill NS**, Farber HW. Pulmonary hemodynamic responses to brain natriuretic peptide and sildenafil in patients with pulmonary arterial hypertension. Chest. 2006 Feb; 129(2):417-25.

90. Maheshwari V, Paioli D, Rothaar R, **Hill NS**. Utilization of noninvasive ventilation in acute care hospitals: a regional survey. Chest. 2006 May; 129(5):1226-33.

91. Steiner MK, Preston IR, Klinger JR, Criner GJ, Waxman AB, Farber HW, **Hill NS**. Conversion to bosentan from prostacyclin infusion therapy in pulmonary arterial hypertension: a pilot study. Chest. 2006 Nov; 130(5):1471-80.

92. Frutos-Vivar F, Ferguson ND. Esteban A, Epstein SK, Arabi Y, Apezteguia C, Gonzalez M, **Hill NS**. Risk factors for extubation failure in patients following a successful spontaneous breathing trial. Chest Dec 2006 130(6):1554-1671.

93. Liu Y, Li M, Warburton RR, **Hill NS**, Fanburg BF. The 5-HT transporter transactivates the PDGFbeta receptor in pulmonary arteri smooth muscle cells. FASEB J Sept 2007; 21(11);2725-2734.

94. Liu T, Warburton RR, Guevara OE, **Hill NS**, Fanburg BF; Gaestel M, Kayyali US. Lack of MK2 Inhibits myofibroblast formation and exacerbates pulmonary fibrosis. Am J Respir Cell Mol Biol. Nov 2007; 37(5):507-517.

95. Girgis RE, Frost AE, **Hill NS**, Horn EM, Langleben D, McLaughlin VV, Oudiz RJ, Robbins IM, Seibold JR, Shapiro S, Tapson VF, Barst JR. Selective endothelin a receptor antagonism with sitaxsentan for pulmonary arterial hypertension associated with connective tissue disease. Ann Rheum Dis. Nov 2007 66(11)1467-1472.

96. Devlin JW, Nava S, Fong JJ, Bahhady I, **Hill NS**. Survey of sedation practices during noninvasive positive pressure ventilation to treat acute respiratory failure. Crit Care Med Oct. 2007; 35(10):2298-2303.

97. Curtis JR, Cook DJ, Sinuff T, White DB, **Hill N**, Keenan SP, Benditt JO, Kacmarek R, Kirchhoff KT, Levy MM. Noninvasive positive pressure ventilation in critical and palliative care settings: understanding the goals of therapy. Society of Critical Care Medicine Palliative Noninvasive Positive VentilationTask Force.Crit Care Med. 2007 Mar; 35(3):932-9.

98. Scala R, Nava S, Conti G, Antonelli M, Naldi M, Archinucci I, Coniglio G, **Hill NS**. Noninvasive versus conventional ventilation to treat hypercapnic encephalopathy in chronic obstructive pulmonary disease. Intensive Care Med. 2007 Dec; 33(12):2101-8.

99. Badesch DB, **Hill NS**, Burgess G, Rubin LJ, Barst RJ, Galiè N, Simonneau G; SUPER Study Group. Sildenafil for pulmonary arterial hypertension associated with connective tissue disease. J Rheumatol. 2007 Dec; 34(12):2417-22.

100. Sinuff T, Cook DJ, Keenan SP, Burns KE, Adhikari NK, Rocker GM, Mehta S, Kacmarek R, Eva K, **Hill NS**. Noninvasive ventilation for acute respiratory failure near the end of life. Crit Care Med. 2008 Mar; 36(3):789-94.PMID: 18209669.

101. Nava S, Santoro C, Grassi M, **Hill N**. The influence of the media on COPD patients' knowledge regarding cardiopulmonary resuscitation. Int J Chron Obstruct Pulmon Dis. 2008; 3(2):295-300.

102. O'Connor HH, Kirby KJ, Terrin N, **Hill NS**, White AC. Decannulation following tracheostomy for prolonged mechanical ventilation. J Intensive Care Med. 2009 May-Jun; 24(3):187-94.

103. Liu T, Guevara OE, Warburton RR, **Hill NS**, Gaestel M, Kayyali US. Modulation of HSP27 alters hypoxia-induced endothelial permeability and related signaling Pathways. J Cell Physiol. 2009 Sep; 220(3):600-10.

104. Ferreira JC, Chipman DW, **Hill NS**, Kacmarek RM. Bilevel vs ICU ventilators providing noninvasive ventilation: effect of system leaks: a COPD lung model comparison. Chest 2009 Aug; 136(2): 448-56.

105. White AC, Joseph B, Gireesh A, Shantilal P, Garpestad E, **Hill NS**, O'Connor HH. Terminal withdrawal of mechanical ventilation at a long-term acute care hospital: comparison with a medical ICU. Chest. 2009 Aug;136(2):465-70.

106. Devlin JW, Roberts RJ, Fong JJ, Skrobik Y, Riker RR, **Hill NS**, Robbins T, Garpestad E. Efficacy and safety of quetiapine in critically ill patients with delirium: A prospective, multicenter, randomized, double-blind, placebo-controlled pilot study. Crit Care Med. 2010 Feb; 38(2):419-27.

107. Chan MC, Hilyard AC, Wu C, Davis BN, **Hill NS**, Lal A, Lieberman J, Lagna G,Hata A. Molecular basis for antagonism between PDGF and the TGFbeta family of signaling pathways by control of miR-24 expression. EMBO J. 2010 Feb 3; 29(3):559-73.

NICHOLAS S. HILL, M.D.

CURRICULUM VITAE 2020

108. Minai OA, Nathan SD, **Hill NS**, Badesch DB, Stoller JK.  Pulmonary hypertension in lung diseases: survey of beliefs and practice patterns.  Respir Med. 2010 May; 104(5):741-8.

109. Vitacca M, Grassi M, Barbano L, Galavotti G, Sturani C, Vianello A, Zanotti E, Ballerin L, Potena A, Scala R, Peratoner A, Ceriana P, Di Buono L, Clini E, Ambrosino N, **Hill N**, Nava S.  Last 3 months of life in home-ventilated patients: the family perception.  Eur Respir J. 2010 May;35(5):1064-71. doi: 10.1183/09031936.00061009.  PMID: 19717483.

110. Liu T, Guevara OE, Warburton RR, **Hill NS**, Gaestel M, Kayyali US.  Regulation of vimentin intermediate filaments in endothelial cells by hypoxia.  Am J Physiol Cell Physiol. 2010 Apr 28.

111. Casserly B, Pietras L, Schuyler J, Wang R, **Hill NS**, Klinger JR.  Cardiac atria are the primary source of ANP release in hypoxia-adapted rats.  Life Sci. 2010 Sep 11; 87(11-12):382-9.

112. Chan MC, Weisman AS, Kang H, Nguyen PH, Hickman T, Mecker SV, **Hill NS**, Lagna G, Hata A.  The amiloride derivative phenamil attenuates pulmonary vascular remodeling by activating NFAT and the bone morphogenetic protein signaling pathway.  Mol Cell Biol. 2011 Feb; 31(3):517-30.

113. Ozsancak A, Sidhom S, Liesching TN, Howard W, **Hill NS**.  Evaluation of The Total Face MaskTM For Noninvasive Ventilation To Treat Acute Respiratory Failure.  Chest. 2011 Feb 1.

114. Kawut SM, Bagiella E, Lederer DJ, Shimbo D, Horn EM, Roberts KE, **Hill NS**, Barr RG, Rosenzweig EB, Post W, Tracy RP, Palevsky HI, Hassoun PM, Girgis RE; ASA-STAT Study Group.  Randomized clinical trial of aspirin and simvastatin for pulmonary arterial hypertension: ASA-STAT:  Circulation. 2011 Jun 28; 123(25):2985-93.

115. Devlin JW, Skrobik Y, Riker RR, Hinderleider E, Roberts RJ, Fong JJ, Ruthazer R, **Hill NS**, Garpestad E.  Impact of quetiapine on resolution of individual delirium symptoms in critically ill patients with delirium: a post-hoc analysis of a double-blind, randomized, placebo-controlled study.  Crit Care. 2011; 15(5):R215. Epub 2011 Sep 17.

116. Liu T, Milia E, Warburton RR, **Hill NS**, Gaestel M, Kayyali US.  Anthrax lethal toxin disrupts the endothelial permeability barrier through blocking p38 signaling:  J Cell Physiol. 2012 Apr; 227(4):1438-45.

117. Wei L, Warburton RR, Preston IR, Roberts KE, Comhair SA, Erzurum SC, **Hill NS**, Fanburg BL.  Serotonylated fibronectin is elevated in pulmonary hypertension.  Am J Physiol Lung Cell Mol Physiol. 2012 Jun 15; 302(12):L1273-9.  Epub 2012 Apr 20.

118. Lukácsovits J, Carlucci A, **Hill N**, Ceriana P, Pisani L, Schreiber A, Pierucci P, Losonczy G, Nava S.  Physiological changes during low- and high-intensity noninvasive ventilation.  Eur Respir J. 2012 Apr;39(4):869-75. doi: 10.1183/09031936.00056111.  PMID: 21885393.

119. Yu J, Taylor L, Rich C, Toselli P, Stone P, Green D, Warburton R, **Hill N**, Goldstein R, Polgar P.  Transgenic expression of an altered angiotensin type I AT1 receptor resulting in marked modulation of vascular type I collagen.  J Cell Physiol. 2012 May;227(5):2013-21. doi: 10.1002/jcp.22929.  PMID: 21751211.

120. Wang D, Prakash J, Nguyen P, Davis-Dusenbery BN, **Hill NS**, Layne MD, Hata A, Lagna G.  Bone morphogenetic protein signaling in vascular disease: anti-inflammatory action through myocardin-related transcription factor.  A.J Biol Chem. 2012 Aug,10;287(33):28067-77.  Epub 2012 Jun 20.  PMID: 22718766

121. Wong CM, Preston IR, **Hill NS**, Suzuki YJ.  Iron chelation inhibits the development of pulmonary vascular remodeling.  Free Radic Biol Med. 2012 Nov 1; 53(9):1738-47.  Epub 2012 Aug 25.

122. Sagliani KD, Dolnikowski GG, **Hill NS**, Fanburg BL, Levy BD, Preston IR.  Differences between basal lung levels of select eicosanoids in rat and mouse.  Pulm Circ. 2013 Jan; 3(1):82-8.

123. Preston IR, Sagliani KD, Roberts KE, Shah AM, Desouza SA, Howard W, Brennan J, **Hill NS**.  Comparison of acute hemodynamic effects of inhaled nitric oxide and inhaled eoprostenol in patients with pulmonary hypertension.  Pulm Circ. 2013 Jan; 3(1):68-73.

124. Preston IR, Sagliani KD, Warburton RR, **Hill NS**, Fanburg BL, Jaffe IZ.  Mineralocorticoid receptor antagonism attenuates experimental pulmonary hypertension.  Am J Physiol Lung Cell Mol Physiol. 2013 May 15; 304(10):L678-88.

125. Kapur NK, Paruchuri V, Aronovitz MJ, Qiao X, Mackey EE, Daly GH, Ughreja K, Levine J, Blanton R, **Hill NS**, Karas RH.  Biventricular remodeling in murine models of right ventricular pressure overload.  PLoS One. 2013 Jul 30;8(7):e70802.

126. Sadoughi A, Roberts KE, Preston IR, Lai GP, McCollister DH, Farber HW, **Hill NS**.  Use of selective serotonin reuptake inhibitors and outcomes in pulmonary arterial hypertension.  Chest. 2013 Aug; 144(2):531-41.

127. Green DS, Rupasinghe C, Warburton R, Wilson JL, Sallum CO, Taylor L, Yatawara A, Mierke D, Polgar P, **Hill N**.  A cell permeable peptide targeting the intracellular loop 2 of endothelin B receptor reduces pulmonary hypertension in a hypoxic rat model.  PLoS One. 2013 Nov 27;8(11):e81309. doi: 10.1371/journal.pone.0081309.  PMID: 24312288.

128. Khanna D, Tan M, Furst DE, **Hill NS**, McLaughlin VV, Silver RM, Steen VD, Langer A, Seibold JR.  Recognition of pulmonary hypertension in the rheumatology community: lessons from a Quality Enhancement Research Initiative.  Clin Exp Rheumatol. 2013 Dec 2.

**NICHOLAS S. HILL, M.D.**

CURRICULUM VITAE 2020

129. Diraimondo TR, Klöck C, Warburton R, Herrera Z, Penumatsa K, Toksoz D, **Hill N**, Khosla C, Fanburg B. Elevated transglutaminase 2 activity is associated with hypoxia-induced experimental pulmonary hypertension in mice. ACS Chem Biol. 2014 Jan 17; 9(1):266-75.

130. Liesching T, Nelson DL, Cormier KL, Sucov A, Short K, Warburton R, **Hill NS**. Randomized trial of bilevel versus continuous positive airway pressure for acute pulmonary edema. J Emerg Med. 2014 Jan;46(1):130-40. . Epub 2013 Sep 24. ID: 24071031.

131. Ugurlu AO, Sidhom SS, Khodabandeh A, Ieong M, Mohr C, Lin DY, Buchwald I, Bahhady I, Wengryn J, Maheshwari V, **Hill NS**. Use and Outcomes of Noninvasive Positive Pressure Ventilation in Acute Care Hospitals in Massachusetts. Chest. 2014 Jan 30.

132. Ozsancak Ugurlu A, Sidhom SS, Khodabandeh A, Ieong M, Mohr C, Lin DY, Buchwald I, Bahhady I, Wengryn J, Maheshwari V, **Hill NS**. Use and outcomes of noninvasive positive pressure ventilation in acute care hospitals in Massachusetts. Chest. 2014 May; 145(5):964-71.

133. Devlin JW, Al-Qadheeb NS, Chi A, Roberts RJ, Qawi I, Garpestad E, **Hill NS**. Efficacy and safety of early dexmedetomidine during noninvasive ventilation for patients with acute respiratory failure: a randomized, double-blind, placebo-controlled pilot study. Chest. 2014 Jun;145(6):1204-12.

134. Kapur NK, Qiao X, Paruchuri V, Mackey EE, Daly GH, Ughreja K, Morine KJ, Levine J, Aronovitz MJ, **Hill NS**, Jaffe IZ, Letarte M, Karas RH. Reducing endoglin activity limits calcineurin and TRPC-6 expression and improves survival in a mouse model of right ventricular pressure overload. J Am Heart Assoc. 2014 Jul 11;3(4). pii: e000965.

135. Preston IR, Feldman J, White J, Franco V, Ishizawar D, Burger C, Waxman AB, **Hill NS**. Safety and efficacy of transition from inhaled treprostinil to parenteral treprostinil in selected patients with pulmonary arterial hypertension. Pulm Circ. 2014 Sep;4(3):456-61. doi: 10.1086/677360. PMID: 25621159.

136. Liu T, Ghamloush MM, Aldawood A, Warburton R, Toksoz D, **Hill NS**, Tang DD, Kayyali US. Modulating endothelial barrier function by targeting vimentin phosphorylation. J Cell Physiol. 2014 Oct; 229(10):1484-93.

137. Sprung CL, Truog RD, Curtis JR, Joynt GM, Baras M, Michalsen A, Briegel J, Kesecioglu J, Efferen L, De Robertis E, Bulpa P, Metnitz P, Patil N, Hawryluck L, Manthous C, Moreno R, Leonard S, **Hill NS**, Wennberg E, McDermid RC, Mikstacki A, Mularski RA, Hartog CS, Avidan A. Seeking worldwide professional consensus on the principles of end-of-life care for the critically ill. The Consensus for Worldwide End-of-Life Practice for Patients in Intensive Care Units (WELPICUS) study. Am J Respir Crit Care Med. 2014 Oct 15; 190(8):855-66.

138. Penumatsa K, Abualkhair S, Wei L, Warburton R, Preston I, **Hill NS**, Watts SW, Fanburg BL, Toksoz D. Tissue transglutaminase promotes serotonin-induced AKT signaling and mitogenesis in pulmonary vascular smooth muscle cells. Cell Signal. 2014 Dec; 26(12):2818-25. Epub 2014 Sep 15.

139. Lindenauer PK, Stefan MS, Shieh MS, Pekow PS, Rothberg MB, **Hill NS**. Outcomes associated with invasive and noninvasive ventilation among patients hospitalized with exacerbations of chronic obstructive pulmonary disease. JAMA Intern Med. 2014 Dec 1; 174(12):1982-93.

140. Wilson JL, Rupasinghe C, Usheva A, Warburton R, Kaplan C, Taylor L, **Hill N**, Mierke DF, Polgar P. Modulating the dysregulated migration of pulmonary arterial hypertensive smooth muscle cells with motif mimicking cell permeable peptides. Curr Top Pept Protein Res. 2015;16:1-17. PMID: 27274622.

141. **Hill NS**, Badesch D, Benza RL, D'Eletto TA, Farber HW, Gomberg-Maitland M, Hassoun PM, Preston I. Perspectives On Oral Pulmonary Hypertension Therapies Recently Approved by the Food and Drug Administration. Ann Am Thorac Soc. 2015 Jan 15.

142. Lindenauer PK, Stefan MS, Shieh MS, Pekow PS, Rothberg MB, **Hill NS**. Hospital patterns of mechanical ventilation for patients with exacerbations of COPD. Ann Am Thorac Soc. 2015 Mar;12(3):402-9. doi: 10.1513/AnnalsATS.201407-293OC. PMID: 25654431.

143. Stefan MS, Shieh MS, Pekow PS, **Hill N**, Rothberg MB, Lindenauer PK. Trends in mechanical ventilation among patients hospitalized with acute exacerbations of COPD in the United States, 2001 to 2011. Chest. 2015 Apr;147(4):959-68. doi: 10.1378/chest.14-1216. PMID: 25375230.

144. Al-Naamani N, Preston IR, Paulus JK, **Hill NS**, Roberts KE. Pulmonary Arterial Capacitance Is an Important Predictor of Mortality in Heart Failure With a Preserved Ejection Fraction. JACC Heart Fail. 2015 Jun;3(6):467-74. doi: 10.1016/j.jchf.2015.01.013. PMID: 26046840.

145. Liu T, Warburton RR, **Hill NS**, Kayyali US. Anthrax lethal toxin-induced lung injury and treatment by activating MK2. J Appl Physiol (1985). 2015 Aug 15;119(4):412-9. doi: 10.1152/japplphysiol.00335.2015. PMID: 26066827.

146. Ozsancak Ugurlu A, Sidhom SS, Khodabandeh A, Ieong M, Mohr C, Lin DY, Buchwald I, Bahhady I, Wengryn J, Maheshwari V, **Hill NS**. Where is Noninvasive Ventilation Actually Delivered for Acute Respiratory Failure? Lung. 2015 Oct;193(5):779-88. doi: 10.1007/s00408-015-9766-y. PMID: 26210474.

**NICHOLAS S. HILL, M.D.**

CURRICULUM VITAE 2020

147. Preston IR, Roberts KE, Miller DP, Sen GP, Selej M, Benton WW, **Hill NS**, Farber HW.  Effect of Warfarin Treatment on Survival of Patients With Pulmonary Arterial Hypertension (PAH) in the Registry to Evaluate Early and Long-Term PAH Disease Management (REVEAL).  Circulation. 2015 Dec 22;132(25):2403-11. doi: 10.1161/ CIRCULATIONAHA .115. 018435. PMID: 26510696.

148. Ozsancak Ugurlu A, Sidhom SS, Khodabandeh A, Ieong M, Mohr C, Lin DY, Buchwald I, Bahhady I, Wengryn J, Maheshwari V, **Hill NS**.  Use and Outcomes of Noninvasive Ventilation for Acute Respiratory Failure in Different Age Groups.  Respir Care. 2016 Jan;61(1):36-43. doi: 10.4187/respcare.03966.  PMID: 26374908.

149. Stefan MS, Nathanson BH, Priya A, Pekow PS, Lagu T, Steingrub JS, **Hill NS**, Goldberg RJ, Kent DM, Lindenauer PK.  Hospitals' Patterns of Use of Noninvasive Ventilation in Patients With Asthma Exacerbation.  Chest. 2016 Mar;149(3):729-36. doi: 10.1016/j.chest.2015.12.013.  PMID: 26836902.

150. Bear MD, Liu T, Abualkhair S, Ghamloush MA, **Hill NS**, Preston I, Fanburg BL, Kayyali US, Toksoz D.  Alpha-Catulin Co-Localizes With Vimentin Intermediate Filaments and Functions in Pulmonary Vascular Endothelial Cell Migration via ROCK.  J Cell Physiol. 2016 Apr;231(4):934-43. doi: 10.1002/jcp.25185.  PMID: 26377600.

151. Al-Naamani N, Espitia H G, Velazquez-Moreno H, Macuil-Chazaro B, Serrano-Lopez A, Vega-Barrientos RS, **Hill NS**, Preston IR.  Chronic Thromboembolic Pulmonary Hypertension: Experience from a Single Center in Mexico.  Lung. 2016 Apr;194(2):315-23. doi: 10.1007/s00408-016-9842-y.  PMID: 26748498.

152. Richter SE, Roberts KE, Preston IR, **Hill NS.**  A Simple Derived Prediction Score for the Identification of an Elevated Pulmonary Artery Wedge Pressure Using Precatheterization Clinical Data in Patients Referred to a Pulmonary Hypertension Center.  Chest. 2016 May;149(5):1261-8. doi: 10.1378/chest.15-0819.  PMID: 26501213.

153. Ventetuolo CE, Baird GL, Barr RG, Bluemke DA, Fritz JS, **Hill NS**, Klinger JR, Lima JA, Ouyang P, Palevsky HI, Palmisciano AJ, Krishnan I, Pinder D, Preston IR, Roberts KE, Kawut SM.  Higher Estradiol and Lower Dehydroepiandrosterone-Sulfate Levels Are Associated with Pulmonary Arterial Hypertension in Men.  Am J Respir Crit Care Med. 2016 May 15;193(10):1168-75. doi: 10.1164/rccm.201509-1785OC.  PMID: 26651504.

154. Al-Naamani N, Sagliani KD, Dolnikowski GG, Warburton RR, Toksoz D, Kayyali U, **Hill NS**, Fanburg BL, Roberts KE, Preston IR.  Plasma 12- and 15-hydroxyeicosanoids are predictors of survival in pulmonary arterial hypertension.  Pulm Circ. 2016 Jun;6(2):224-33. doi: 10.1086/686311.  PMID: 27252849.

155. Stefan MS, Nathanson BH, Lagu T, Priya A, Pekow PS, Steingrub JS, **Hill NS**, Goldberg RJ, Kent DM, Lindenauer PK.  Outcomes of Noninvasive and Invasive Ventilation in Patients Hospitalized with Asthma Exacerbation.  Ann Am Thorac Soc. 2016 Jul;13(7):1096-104. doi: 10.1513/AnnalsATS.201510-701OC.  PMID: 27070493.

156. Stefan MS, **Hill NS**, Raghunathan K, Liu X, Pekow PS, Memtsoudis SG, Ramachandran SK, Lindenauer PK.  Outcomes Associated with Early Postoperative Noninvasive Ventilation in Bariatric Surgical Patients with Sleep Apnea.  J Clin Sleep Med. 2016 Nov 15;12(11):1507-1516. PMID: 27568901.

157. Al-Naamani N, Preston IR, **Hill NS**, Roberts KE.  The prognostic significance of pulmonary arterial capacitance in pulmonary arterial hypertension: single-center experience.  Pulm Circ. 2016 Dec;6(4):608-610. doi: 10.1086/688900.  PMID: 28090304.

158. Stefan MS, Pekow PS, Shieh MS, **Hill NS**, Rothberg MB, Fisher KA, Lindenauer PK.  Hospital Volume and Outcomes of Noninvasive Ventilation in Patients Hospitalized With an Acute Exacerbation of Chronic Obstructive Pulmonary Disease.  Crit Care Med. 2017 Jan;45(1):20-27. PMID: 27509388.

159. Covella M, Rowin EJ, **Hill NS**, Preston IR, Milan A, Opotowsky AR, Maron BJ, Maron MS, Maron BA.  Mechanism of Progressive Heart Failure and Significance of Pulmonary Hypertension in Obstructive Hypertrophic Cardiomyopathy.  Circ Heart Fail. 2017 Apr;10(4):e003689. doi: 10.1161/CIRCHEARTFAILURE.116.003689.  PMID: 28396501.

160. **Hill NS**, Rahaghi FF, Sood N, Frey R, Ghofrani HA.  Individual dose adjustment of riociguat in patients with pulmonary arterial hypertension and chronic thromboembolic pulmonary hypertension.  Respir Med. 2017 Aug;129:124-129. doi: 10.1016/j.rmed.2017.05.005. Epub 2017 May 15. Review.  PMID: 28732819.

161. Hemnes AR, Beck GJ, Newman JH, Abidov A, Aldred MA, Barnard J, Berman Rosenzweig E, Borlaug BA, Chung WK, Comhair SAA, Erzurum SC, Frantz RP, Gray MP, Grunig G, Hassoun PM, **Hill NS**, Horn EM, Hu B, Lempel JK, Maron BA, Mathai SC, Olman MA, Rischard FP, Systrom DM, Tang WHW, Waxman AB, Xiao L, Yuan JX, Leopold JA; PVDOMICS Study Group.  PVDOMICS: A Multi-Center Study to Improve Understanding of Pulmonary Vascular Disease Through Phenomics.  Circ Res. 2017 Oct 27;121(10):1136-1139. doi: 10.1161/CIRCRESAHA.117.311737. PMID: 29074534

162. Hashemian SM, Mortaz E, Jamaati H, Bagheri L, Mohajerani SA, Garssen J, Movassaghi M, Barnes PJ, **Hill NS,** Adcock IM.  Budesonide facilitates weaning from mechanical ventilation in difficult-to-wean very severe COPD patients: Association with inflammatory mediators and cells.  J Crit Care. 2017 Oct 31;44:161-167. doi: 10.1016/j.jcrc.2017.10.045. PMID: 29127842.

163. Fisher KA, Mazor KM, Goff S, Stefan MS, Pekow PS, Williams LA, Rastegar V, Rothberg MB, **Hill NS**, Lindenauer PK. Successful Use of Noninvasive Ventilation in Chronic Obstructive Pulmonary Disease. How Do High-Performing Hospitals Do It?  Ann Am Thorac Soc. 2017 Nov;14(11):1674-1681. doi: 10.1513/AnnalsATS.201612-1005OC. PMID: 28719228.

164. Penumatsa KC, Toksoz D, Warburton RR, Kharnaf M, Preston IR, Kapur NK, Khosla C, **Hill NS**, Fanburg BL. Transglutaminase 2 in pulmonary and cardiac tissue remodeling in experimental pulmonary hypertension.  Am J Physiol Lung Cell Mol Physiol. 2017 Nov 1;313(5):L752-L762. doi: 10.1152/ajplung.00170.2017. Epub 2017 Aug 3.  PMID: 28775095.

165. Nwankwo JO, Gremmel T, Gerrits AJ, Mithila FJ, Warburton RR, **Hill NS,** Lu Y, Richey LJ, Jakubowski JA, Frelinger AL 3rd, Chishti AH. Calpain-1 regulates platelet function in a humanized mouse model of sickle cell disease.  Thromb Res. 2017 Dec;160:58-65. doi: 10.1016/j.thromres.2017.10.018. Epub 2017 Oct 26.  PMID: 29101791.

166. Stefan MS, Priya A, Pekow PS, Lagu T, Steingrub JS, **Hill NS**, Nathanson BH, Lindenauer PK.  The comparative effectiveness of noninvasive and invasive ventilation in patients with pneumonia.  J Crit Care. 2018 Feb;43:190-196. doi: 10.1016/j.jcrc.2017.05.023. Epub 2017 May 23.  PMID: 28915393

167. Wilson JL, Warburton R, Taylor L, Toksoz D, **Hill N**, Polgar P.  Unraveling endothelin-1 induced hypercontractility of human pulmonary artery smooth muscle cells from patients with pulmonary arterial hypertension.  PLoS One. 2018 Apr 12;13(4):e0195780. doi: 10.1371/journal.pone.0195780. eCollection 2018.  PMID: 29649319

168. Skrobik Y, Duprey MS, **Hill NS**, Devlin JW.  Low-Dose Nocturnal Dexmedetomidine Prevents ICU Delirium. A Randomized, Placebo-controlled Trial.  Am J Respir Crit Care Med. 2018 May 1;197(9):1147-1156. doi: 10.1164/rccm.201710-1995OC.  PMID: 29498534

169. Baird GL, Archer-Chicko C, Barr RG, Bluemke DA, Foderaro AE, Fritz JS, **Hill NS**, Kawut SM, Klinger JR, Lima JAC, Mullin CJ, Ouyang P, Palevsky HI, Palmisicano AJ, Pinder D, Preston IR, Roberts KE, Smith KA, Walsh T, Whittenhall M, Ventetuolo CE.  Lower DHEA-S levels predict disease and worse outcomes in post-menopausal women with idiopathic, connective tissue disease- and congenital heart disease-associated pulmonary arterial hypertension.  Eur Respir J. 2018 Jun 28;51(6). pii: 1800467. doi: 10.1183/13993003.00467-2018. Print 2018 Jun.  PMID: 29954925

170. Rice LM, Mantero JC, Stratton EA, Warburton R, Roberts K, **Hill N**, Simms RW, Domsic R, Farber HW, Layfatis P.  Serum biomarker for diagnostic evaluation of pulmonary arterial hypertension in systemic sclerosis.  Arthritis Res Ther. 2018 Aug 16;20(1):185. doi: 10.1186/s13075-018-1679-8. PMID: 30115106

171. Spoletini G, Mega C, Pisani L, Alotaibi M, Khoja A, Price LL, Blasi F, Nava S, **Hill NS**. High-flow nasal therapy vs standard oxygen during breaks off noninvasive ventilation for acute respiratory failure: A pilot randomized controlled trial. J Crit Care. 2018 Dec;48:418-425. doi: 10.1016/j.jcrc.2018.10.004. Epub 2018 Oct 5.  PMID: 30321833

172. Rhodes CJ, Batai K, Bleda M, Haimel M, Southgate L, Germain M, Pauciulo MW, Hadinnapola C, Aman J, Girerd B, Arora A, Knight J, Hanscombe KB, Karnes JH, Kaakinen M, Gall H, Ulrich A, Harbaum L, Cebola I, Ferrer J, Lutz K, Swietlik EM, Ahmad F, Amouyel P, Archer SL, Argula R, Austin ED, Badesch D, Bakshi S, Barnett C, Benza R, Bhatt N, Bogaard HJ, Burger CD, Chakinala M, Church C, Coghlan JG, Condliffe R, Corris PA, Danesino C, Debette S, Elliott CG, Elwing J, Eyries M, Fortin T, Franke A, Frantz RP, Frost A, Garcia JGN, Ghio S, Ghofrani HA, Gibbs JSR, Harley J, He H, **Hill NS,** Hirsch R, Houweling AC, Howard LS, Ivy D, Kiely DG, Klinger J, Kovacs G, Lahm T, Laudes M, Machado RD, MacKenzie Ross RV, Marsolo K, Martin LJ, Moledina S, Montani D, Nathan SD, Newnham M, Olschewski A, Olschewski H, Oudiz RJ, Ouwehand WH, Peacock AJ, Pepke-Zaba J, Rehman Z, Robbins I, Roden DM, Rosenzweig EB, Saydain G, Scelsi L, Schilz R, Seeger W, Shaffer CM, Simms RW, Simon M, Sitbon O, Suntharalingam J, Tang H, Tchourbanov AY, Thenappan T, Torres F, Toshner MR, Treacy CM, Vonk Noordegraaf A, Waisfisz Q, Walsworth AK, Walter RE, Wharton J, White RJ, Wilt J, Wort SJ, Yung D, Lawrie A, Humbert M, Soubrier F, Trégouët DA, Prokopenko I, Kittles R, Gräf S, Nichols WC, Trembath RC, Desai AA, Morrell NW, Wilkins MR; UK NIHR BioResource Rare Diseases Consortium; UK PAH Cohort Study Consortium; US PAH Biobank Consortium.  Genetic determinants of risk in pulmonary arterial hypertension: international genome-wide association studies and meta-analysis. Lancet Respir Med. 2019 Mar;7(3):227-238. doi: 10.1016/S2213-2600(18)30409-0. Epub 2018 Dec 5.  PMID: 30527956

173. National Heart, Lung, and Blood Institute PETAL Clinical Trials Network, Moss M, Huang DT, Brower RG, Ferguson ND, Ginde AA, Gong MN, Grissom CK, Gundel S, Hayden D, Hite RD, Hou PC, Hough CL, Iwashyna TJ, Khan A, Liu KD, Talmor D, Thompson BT, Ulysse CA, Yealy DM, Angus DC.  Early Neuromuscular Blockade in the Acute Respiratory Distress Syndrome.  N Engl J Med. 2019 May 23;380(21):1997-2008. doi: 10.1056/NEJMoa1901686. Epub 2019 May 19.  PMID: 31112383.

174. Wilson JL, Wang L, Zhang Z, **Hill NS**, Polgar P.  Participation of PLK1 and FOXM1 in the hyperplastic proliferation of pulmonary artery smooth muscle cells in pulmonary arterial hypertension.  PLoS One. 2019 Aug 22;14(8):e0221728. doi: 10.1371/journal.pone.0221728. eCollection 2019.  PMID: 31437238.

175. Burns KEA, Rizvi L, Cook DJ, Seely AJE, Rochwerg B, Lamontagne F, Devlin JW, Dodek P, Mayette M, Tanios M, Gouskos A, Kay P, Mitchell S, Kiedrowski KC, **Hill NS**.  Canadian Critical Care Trials Group.  Frequency of Screening and SBT Technique Trial - North American Weaning Collaboration (FAST-NAWC): a protocol for a multicenter, factorial randomized trial.  Trials. 2019 Oct 11;20(1):587. doi: 10.1186/s13063-019-3641-8.  PMID: 31604480

**NICHOLAS S. HILL, M.D.**

CURRICULUM VITAE 2020

176. National Heart, Lung, and Blood Institute PETAL **Clinical Trials Network**, Ginde AA, Brower RG, Caterino JM, Finck L, Banner-Goodspeed VM, Grissom CK, Hayden D, Hough CL, Hyzy RC, Khan A, Levitt JE, Park PK, Ringwood N, Rivers EP, Self WH, Shapiro NI, Thompson BT, Yealy DM, Talmor D.  Early High-Dose Vitamin D$_3$ for Critically Ill, Vitamin D-Deficient Patients.  N Engl J Med. 2019 Dec 26;381(26):2529-2540. doi: 10.1056/NEJMoa1911124. Epub 2019 Dec 11. PMID: 31826336**.**

177. Preston IR, Burger CD, Bartolome S, Safdar Z, Krowka M, Sood N, Ford HJ, Battarjee WF, Chakinala MM, Gomberg-Maitland M, **Hill NS**.  Ambrisentan in portopulmonary hypertension: A multicenter, open-label trial.  J Heart Lung Transplant. 2020 Jan 21. pii: S1053-2498(20)30011-5. doi: 10.1016/j.healun.2019.12.008.  PMID: 32008947

178. Stefan MS, Pekow PS, Shea CM, Hughes AM, **Hill NS**, Steingrub JS, Lindenauer PK.  Protocol for two-arm pragmatic cluster randomized hybrid implementation-effectiveness trial comparing two education strategies for improving the uptake of noninvasive ventilation in patients with severe COPD exacerbation.  Implement Sci Commun. 2020;1(1):46. doi: 10.1186/s43058-020-00028-2. Epub 2020 May 6.  PMID: 32435762

179. Bhedi CD, Nasirova S, Toksoz D, Warburton RR, Morine KJ, Kapur NK, Galper JB, Preston IR, **Hill NS**, Fanburg BL, Penumatsa KC.  Glycolysis regulated transglutaminase 2 activation in cardiopulmonary fibrogenic remodeling.   FASEB J. 2020 Jan;34(1):930-944. doi: 10.1096/fj.201902155R. Epub 2019 Nov 28.  PMID: 31914588

180. Mathioudakis AG, Sivapalan P, Papi A, Vestbo J; DECODE-NET (DisEntangling Chronic Obstructive pulmonary Disease Exacerbations clinical trials NETwork) Investigators.  The DisEntangling Chronic Obstructive pulmonary Disease Exacerbations clinical trials NETwork (DECODE-NET): rationale and vision.  Eur Respir J. 2020 Jul 2;56(1):2000627. doi: 10.1183/13993003.00627-2020. Print 2020 Jul.  PMID: 32616552

181. Pharmacokinetics and tolerability of LIQ861, a novel dry-powder formulation of treprostinil. Original  Roscigno R, Vaughn T, Anderson S, Wargin W, Hunt T, **Hill NS**.  Pulm Circ. 2020 Nov 19;10(4):2045894020971509. doi: 10.1177/2045894020971509. eCollection 2020 Oct-Dec.  PMID: 33282202

182. Badlam JB, Badesch DB, Austin ED, Benza RL, Chung WK, Farber HW, Feldkircher K, Frost AE, Poms AD, Lutz KA, Pauciulo MW, Yu C, Nichols WC, Elliott CG; USPHSR Investigators.  United States Pulmonary Hypertension Scientific Registry: Baseline Characteristics.  Chest. 2021 Jan;159(1):311-327. doi: 10.1016/j.chest.2020.07.088. Epub 2020 Aug 26. PMID: 32858008

183. Stefan MS, Priya A, Pekow PS, Steingrub JS, **Hill NS,** Lagu T, Raghunathan K, Bhat AG, Lindenauer PK.  A scoring system derived from electronic health records to identify patients at high risk for noninvasive ventilation failure.  BMC Pulm Med. 2021 Feb 5;21(1):52. doi: 10.1186/s12890-021-01421-w.  PMID: 33546651

## BOOK CHAPTERS/REVIEWS

1) Rounds S, **Hill NS**, O'Brien RF.  Pulmonary vascular reactivity after acute lung injury.  Third International Banff Hypoxia Symposium.  In: J. Sutton, ed., Alan R. Liss, Houston, 1983.

2) Rounds S, **Hill NS**.  Pulmonary hypertensive diseases. Chest 1984 85:397-405,.

3) **Hill NS**, Rounds S.  Pulmonary hypertension:  Diagnosis and approach to therapy. In: Brody JS, Snider GL, eds.  Current Topics in the Management of Respiratory Diseases. 2nd ed, Vol. II.  Churchill-Livingstone, New York, 1985, pp. 31-53.

4) **Hill NS**.  Fluid and electrolyte considerations in diuretic therapy of hypertensive patients with chronic obstructive pulmonary disease.  In: Arch Intern Med 146:129-133, 1986.

5) **Hill NS**.  Clinical applications of body ventilators.Chest 1986 90:897-905.

6) Fanburg BL, Deneke SM, Lee SL, **Hill NS**.  Mediators of lung injury in oxygen toxicity.  Bronchopulmonary dysplasia and related chronic respiratory disorders.  In: 90th Ross Conference on Pediatric Research, March, 1985.  Ross Laboratories, Columbus, pp. 16-23, 1986.

7) **Hill NS**, Rounds S.  Pulmonary embolism.  In: Nobel J,ed. Primary Care for the Internist. Little Brown and Co.1987.

8) **Hill NS**, Fanburg BL.  Clinical correlates of endothelial cell dysfunction.  In: Rayn U, ed. Pulmonary Endothelium, Lung Biology in Health and Disease.  Marcel Dekker, New York 1987.

9) **Hill NS**.  The cardiac exam in lung disease.  In: Med Clin N.A.  8:273-285, 1987.

10) **Hill NS**.  The right ventricle in chronic obstructive pulmonary disease.  In: M. Konstam M, Isner J,eds.  The Right Ventricle. Martinus-Nijhoff, Norwell, MA, 1988.

11) Rondinelli RD, **Hill NS**.  Rehabilitation of the patient with pulmonary disease.  In: DeLisa JA, ed.  Rehabilitation Medicine, Principles and Practice, J.B. Lippincott, Philadelphia, PA, 1988.

12) **Hill NS**.  Home care of ventilator assisted and dependent patients.J Cardiopulm Rehab 8:462-472, 1988.

13) **Hill NS**.  The use of theophylline in "irreversible" chronic obstructive pulmonary disease:  An update.  Arch Int Med 148:2579-2584, 1988.

## NICHOLAS S. HILL, M.D.

CURRICULUM VITAE 2020

14) Jayes RL, **Hill NS**, Pauker SG.  Open lung biopsy in primary pulmonary hypertension:  A decision analysis.  In: Sem Respir Med 10:232-241, 1989.

15) Strumpf DA, Millman RP, **Hill NS**.  The management of chronic hypoventilation.  Chest 948:474-480, 1990.

16) Klinger JR, **Hill NS**.  Evaluation and management of right ventricular dysfunction in chronic obstructive pulmonary disease.  Chest 99:715-723, 1991.

17) Ou LC, **Hill NS**, Pickett BP, Faulkner CS, Sardella GL, Thron CD, Tenney SM.  Hypoxia-induced right ventricular aneurysm.  Symposium on Pulmonary Circulation.  In: Jezeck V, Morpurgo M, Tramarin R, eds.  Current Topics in Rehabilitation:  Springer-Verlag, Berlin, 1992.

18) **Hill NS**, Weiss EB.  Status asthmaticus.  In: Weiss EB, ed.  Bronchial Asthma:  mechanisms and therapeutics. 3rd Edition.  Little Brown and Co., Boston 1993.

19) **Hill NS**.  Noninvasive ventilation.  "Does it work, for whom, and how?"  In: Am Rev Respir Dis 147:1050-1055, 1993.

20) **Hill NS**, Meyer TJ.  Noninvasive positive pressure ventilation.  Pulmonary and Critical Care Update:  In: American College of Chest Physicians 1994.

21) **Hill NS**.  Noninvasive positive pressure ventilation in neuromuscular disease.  Enough is enough!:  In: (editorial) Chest 105:337-338, 1994.

22) **Hill NS**.  Use of negative pressure ventilation, rocking beds and pneumobelts:  Respir Care 39:532-549, 1994.

23) Unterborn J, **Hill NS**.  Options for mechanical ventilation in neuromuscular diseases:  In: Clin Chest Med 15:765-781, 1994.

24) Meyer TJ, **Hill NS**.  Noninvasive positive pressure ventilation, advance in the treatment of respiratory failure. Ann Intern Med 120:760-770, 1994.

25) **Hill NS**.  Noninvasive nasal positive pressure ventilation:  Management and Monitoring.  In: Robert D, Make BJ, Leger P, Goldberg AI, Paulus J, Willig TN, eds.  In: Home Mechanical Ventilation: Arnette-Blackwell, Paris 1995.

26) **Hill NS**.  Perithoracic ventilation.  In: Muir JR, Robert D, eds.  In: Ventilation Noninvasive Masson, Paris, 1996.

27) **Hill NS**.  Failure to wean: the chronic ventilator-dependent patient.  In: Fishman AP, ed Pulmonary Rehabilitation:  The Series Lung Biology in Health and Disease, Lenfant C, ed.  Marcel-Dekker, Inc., New York, 1996.

28) **Hill NS**.  Noninvasive positive pressure ventilation.  In: Current Topics in Intensive Care, Dellinger RP, ed.: WB Saunders Ltd., London, 1996.

29) Mehta S, **Hill NS**.  Noninvasive ventilation in acute respiratory failure.  In: Respir Care Clin NA 2:267-292, 1996.

30) **Hill NS**.  "Use of noninvasive nocturnal ventilatory support on neuromuscular and chest wall disorders:  Practical aspects" and Kramer NR, Millman RP, and Hill NS, "Assessment of sleep-disordered breathing in patients with neuromuscular and chest wall disorders".  In: Up To Date in Pulmonary and Critical Care Medicine, edited by Postgraduate Education Committee:  In: American Thoracic Society, New York, 1997.

31) **Hill NS**.  Noninvasive mechanical ventilation.  In: Pulmonary and Critical Care Medicine, Update #4.  Bone RC, Dantzker DR, George RB, Matthay RA, Reynolds HY, eds.  Mosby-Year Book, Inc.  Chicago, 1996.

32) **Hill NS**, Meyer TJ, Kramer NR, Meharg J.  Randomized prospective trial of noninvasive positive pressure ventilation in acute respiratory failure: (letter) Am J Respir Crit Care Med 1196, 153:1188-1189.

33) Mehta S, **Hill NS**.  Noninvasive ventilation.  In: Pulmonary and Respiratory Therapy Secrets. Parsons, PE, Heffner JE, eds.  Hanley and Belfus, Inc.  In: Medical Publishers, 1996.

34) Kramer NR, **Hill NS**, Millman RP.  Assessment and treatment of sleep pathology in patients with neuromuscular and chest wall disease.  In: Clin Pulm Med 1996.

35) Bach JR, Broguher P, Hess DR, **Hill NS**, et al.  Consensus Conference:  Noninvasive positive pressure ventilation.  In: Resipr Care 1997, 42:364-369.

36) Wunderink RG, **Hill NS**.  Continuous periodic application of noninvasive ventilation in respiratory failure.  In: Respir Care 1997, 42: 394-408.

37) **Hill NS**.  Complications of noninvasive mask ventilation.  In: Respir Care 1997; 42:432-42.

38) **Hill NS**.  Noninvasive ventilation for COPD.  RT.  In: The Journal for Respir Care Practitioners.  Sept. 1997.

39) **Hill NS**.  Noninvasive ventilation.  In: Pulmonary Perspectives 1997; 14:1-4.

40) **Hill NS**.  Chronic respiratory failure and noninvasive ventilation.  In: Baum G, Crapo J, Celli B, Karlinsky J, eds.  Textbook of Pulmonary Diseases, 6th Edition. Little, Brown, Boston, pp 969-986, 1998.

41) Donado JR, **Hill NS**.  COPD: Out-patient management in chronic obstructive pulmonary disease.  In: Respir Care Clin of N Am 3: 391-423, 1998.

NICHOLAS S. HILL, M.D.

CURRICULUM VITAE 2020

42) Make BJ, **Hill NS**, Goldberg AI, et al.  Mechanical ventilation beyond the Intensive Care Unit.  Report of a consensus conference of the American College of Chest Physicians.  In: Chest 1998; 113:289S-344S.

43) Klinger JR, Warburton R, Pietras L, Smithies O, Swift R and **Hill NS**.  Exaggerated pulmonary hypertensive responses during chronic hypoxia in mice with gene-targeted reductions in atrial natriuretic peptide.  In: Chest 1998; 114: 79S-80S.

44) **Hill NS**, Braman S.  Noninvasive Ventilation for Neuromuscular Disease.  In: Cherniack NS, Homma I, Altose M, eds.  Rehabilitation of the Patient with Respiratory Disease: McGraw-Hill, 1998.

45) **Hill NS**.  Noninvasive mechanical ventilation.  In: Albert RK, Spiro H, Jett J, eds.  Comprehensive Respiratory Medicine: Mosby, London 1999.

46) **Hill NS**.  Home noninvasive ventilation for patients with lung disease.  In: Bach JR, ed.  Noninvasive Mechanical Ventilation: Hanley and Belfus, Philadelphia (in press).  Clinical indications for noninvasive positive pressure ventilation in chronic respiratory failure due to restrictive lung disease, COPD, and nocturnal hypoventilation – A Consensus Conference.  ACCP NAMDRC Consensus Group (Hill N, member).  In: Chest, 1999; 116:521-34.

47) **Hill NS**.  Current concepts in mechanical ventilation for chronic obstructive pulmonary disease.  In: Semin Respir Crit Care Med 1999; 20:375-93.

48) **Hill, NS**.  Noninvasive positive pressure ventilation for acute respiratory failure.  In: Braunwald E, ed.  Harrison's On-line: McGraw-Hill, New York, NY, 1999.

49) **Hill NS**.  Noninvasive ventilation in chronic obstructive pulmonary disease.  In: Clin Chest Med 2000; 21:783-97.

50) **Hill NS**.  A 69 yo woman with COPD and increasing cough and dyspnea.  In: Heffner JE, Sahn SA, eds.  Internal Med Pearls: Hanley and Belfus, Inc.  Philadelphia, PA, 2001:208-18.

51) **Hill NS**.  Using NPPV to optimal benefit in acute respiratory failure.  In: J Crit Illness 2001; 16:361-66.

52) **Hill NS**.  NPPV for acute respiratory failure: Tips on technique.  In: J Crit Illness 2011; 16:409-12.

53) Kacmarek R., **Hill NS**.  Ventilators for noninvasive positive pressure ventilation:  Technical aspects - Noninvasive Mechanical Ventilation.  In: Muir JR, Simonds A, Ambrosino N, eds.  European Respiratory Monograph Series, A Rossi, ed.in chief, Sheffield, UK, 2001.

54) **Hill NS**, Noninvasive ventilation in the post-acute setting.  In: Clin Chest Med 2001; 22:35-54.

55) Magno-Russo P, **Hill NS**.  New approaches to pulmonary hypertension.  In: Hospital Practice 2001; 36:29-40.

56) Donat WE, **Hill NS**.  Sites of care for long-term mechanical ventilation.  In: Hill NS, ed.  Long Term Mechanical Ventilation.  Marcel Dekker, New York 2011:19-38.

57) Leger P, **Hill NS**.  Long-term mechanical ventilation for restrictive thoracic disease.  In: Hill NS, ed.  Long Term Mechanical Ventilation.  Marcel Dekker, New York 2001; 105-50.

58) **Hill NS**.  Management of long-term noninvasive ventilation.  In: Hill NS, ed. Long Term Mechanical Ventilation.  Marcel Dekker, New York 2011:253-304.

59) Mehta S, **Hill NS**.  Noninvasive ventilation.  State of the art.  In: Am J Respir Crit Care Med 2011; 163:540-77.

60) **Hill NS**.  Ventilator management for neuromuscular disease.  In: Sem Resp Crit Care Med 2002; 23:293-305.

61) Ward NS, **Hill NS**.  Pulmonary function testing in neuromuscular disease.  In: Clin Chest Med 2001; 22:769-81.

62) Chu J, Wang R, **Hill NS**.  Update in Clinical Toxicology. Am J Respir Crit Care Med 2002; 166:9-15.

63) Liesching T, Kwok H, **Hill NS**.  Acute applications of noninvasive positive pressure ventilation. Chest 2003; 124:699-713.

64) **Hill NS**, Liesching T, Kwok H.  Indications for Noninvasive Ventilation.  In: Slutsky AS, Brochard L, eds.  Mechanical Ventilation:  Springer, Berlin, 2003.

65) Perrin C, D'Ambrosio C, Unterborn J, **Hill NS**.  Pulmonary complications and management of chronic neuromuscular disease.  Muscle & Nerve 2005 Jan; 29(1):5-27.

66) Preston I, **Hill NS**.  Evaluation and management of pulmonary hypertension in scleroderma.  In: Curr Opin Rheum 2003:15.

67) Karemsetty MR, Leiter JC, Ou LC, Preston IR, **Hill NS**.  Stain differences of hypoxia-induced pulmonary hypertension.  In: Yuan JX-J, ed. Hypoxia Pulmonary Asoconstriction Cellular and Molecular Mechanisms:  Springer-Verlag. New York. 2003.

68) **Hill NS**.  Noninvasive Ventilation for COPD.  Respir Care 2004;49:72-85.

69) Maheshwari V, **Hill NS**.  Noninvasive ventilation for chronic obstructive pulmonary disease.  Respir Care 2004; Jan: 49(1): 72-87.

**NICHOLAS S. HILL, M.D.**

CURRICULUM VITAE 2020

70) Thompson BT, Cox PN, Antonelli M, Carlet JM, Cassell J, **Hill NS**, Hinds CJ, Pimentel JM, Reinhart K, Thijs LG, American Thoracic Society, European Respiratory Socitey, European Socitey of Intensive Care Medicine, Society of Critical Care Medicine, Societede Reanimation de Langue Francaise.  Challenges in end-of-life care in the ICU:  Statement of the 5th International Consensus Conference in Critical Care:  Brussels, Belgium, April, 2003, executive summary.

71) **Hill NS**.  "Noninvasive Mechanical Ventilation".  In: Albert RK, Spiro SG, Jett RJ eds.  Clinical Respiratory Medicine. 2nd Edition:  Mosby Philadelphia, PA 2004.

72) **Hill NS**.  "Chronic Respiratory failure and Noninvasive Ventilation".  In: Crapo JD, Glassroth J, Karlinsky J, King TE, eds.  Baum's Textbook of Pulmonary Diseases, 7th edition: Lippincott Williams & Wilkens, Philadelphia, PA. 2004.

73) Majid A, **Hill NS**.  Noninvasive ventilation for acute respiratory failure.  In: Curr Opin Crit Care, 2005 Feb:11(1):77-81.

74) Carlet J, Thijs LG, Antonelli M, Cassell J, Cox P, **Hill N**, Hinds C, Pimentel JM, Reinhart K, Thompson BT.  Challenges in end-of-life care in the ICU.  Statement of the 5th International Consensus Conference in Critical Care: Brussels, Belgium, April 2003. Intensive Care Med 2004 May; 30(5):770-84.

75) Steiner MK, Preston IR, Klinger JR, **Hill NS**.  Pulmonary hypertension:  Inhaled nitric oxide, sildenafil and natriuretic peptides.  In: Curr Opin Pharmacol 2005, June; 5(3):245-250.

76) Perrin C, D'Ambrosio C, White A, **Hill NS**.  Sleep in restrictive and neuromuscular respiratory disorders.  In: Semin Respir Crit Care Med 2005 Feb; 26(1): 117-130.

77) Pierson DJ, **Hill NS**.  "Acute Ventilatory Failure".  In: Mason RJ, Broaddus VC, Murray JF, Nadel JA, eds.  Murray and Nadel's Textbook of Respiratory Medicine. 4th ed: Elsevier Saunders Philadelphia, PA 2005.

78) Rajan T, **Hill NS**.  "Noninvasive Positive Pressure Ventilation".  In: Fink MP, Abraham E, Vincent J-L, Kochanek PM,eds.  Textbook of Critical Care Medicine 5Th ed: Elsevier Saunders Philadelphia, PA 2005.

79) **Hill NS**.  "Noninvasive Mechanical Ventilation" and "Rocking Beds and Other Respiratory Aids".  In: Tobin. MR, ed. Principles of Mechanical Ventilation.  2nd Edition: Elsevier Saunders, Inc., Philadelphia, PA 2006.

80) Klinger JR, Houtchens J, Thaker S, **Hill NS**, Farber H.  Acute cardiopulmonary hemodynamic effects of brain natriuretic peptide in patients with pulmonary arterial hypertension. Chest. 2005 Dec; 128(6 Suppl):618S-619S.

81) **Hill NS**.  Pulmonary Rehabilitation.  In: Proc Am Thorac Soc. 2006; 3(1):66-74.

82) **Hill NS**.  Neuromuscular disease in respiratory and critical care medicine.  In: Respir Care. 2006 Sep;51(9):1065-71.

83) Maheshwari V, **Hill NS**.  Emergency applications of noninvasive ventilation.  In: Fein A, Kamholz S, Ost D, ed.  Respiratory Emergencies:  Hodder Arnold, London, 2006.

84) Perrin C, D'Ambrosio C, White A, Garpestad E, **Hill NS**.  Restrictive and neuromuscular Disorders. Sleep.  In: Lee-Chiong TL, ed.  A Comprehensive Handbook:Wiley-Liss, Hoboken, NJ 2006.

85) **Hill NS**.  Q&A: Noninvasive ventilation for COPD.  In: J Respir Dis 2006; 27:504.

86) **Hill NS**.  Noninvasive Methods of Ventilator Support.  In: Principles Practice of Mechanical Ventilation/ ed, M J Tobin- 2nd ed., McGraw-Hill Inc., 2006. pp421- 432.

87) **Hill NS**, Perrin C, D'Ambrosio C, White A, Garpestad E.  Restrictive Thoracic and Neuromuscular Disorder.  In: Sleep: A Comp Handbook.  John Wiley & Son 2006.

88) Garpestad E, Brennan, J, **Hill NS**.  Noninvasive ventilation in acute respiratory failure. Chest Aug 2007; 132(2):711-20.

89) **Hill NS**, Brennan J, Garpestad E, Nava S.  Noninvasive ventilation for critical care.  Crit Care Med 2007;35(10):2402-

90) **Hill NS**, Brennan J, Garpestad E, Nava S. Noninvasive ventilation in acute respiratory failure. Crit Care Med. 2007 Oct; 35(10):2402-7.

91) Garpestad E, Brennan J, **Hill NS**.  Noninvasive ventilation for critical care. Chest 2007 Aug; 132(2):711-20.

92) Ozsancak A, D'Ambrosio C, **Hill NS**.  Nocturnal noninvasive ventilation. Chest 2008 May; 133(5):1275-86.

93) Ozsancak A, D'Ambrosio C, Garpestad E, Schumaker G, **Hill NS**.  Sleep and mechanical ventilation.  In: Crit Care Clin 2008 Jul; 24(3):517-31, vi-vii.

94) **Hill NS**, Farber HW, eds. Pulmonary Hypertension.  In: Contemporary Cardiology, Cannon C, series editor.  Humana Press. New York 2008.

95) **Hill NS**, Preston IR, Roberts KE.  "Patients with pulmonary arterial hypertension in clinical trials: who are they?" In: Proc Am Thorac Soc. 2008 Jul 15; 5(5):603-9.

96) **Hill NS**.  Noninvasive Mechanical Ventilaton Mac.  In: NR, Branson RD eds. Mechanical Ventilation.  2nd Ed.:  Saunders St Louis, MO., 2009 pp 366-391.

97) **Hill NS**.  Where Should Noninvasive Ventilation Be Delivered?  In: Respir Care. 2009 Jan; 54(1):62-70.

NICHOLAS S. HILL, M.D.

CURRICULUM VITAE 2020

98) **Hill NS**, Roberts KR, Preston IR.  Postoperative pulmonary hypertension: etiology and treatment of a dangerous complication.  In: Respir Care. 2009 Jul; 54(7):958-68.

99) Nava S, **Hill N**.  Non-invasive ventilation in acute respiratory failure. Lancet. 2009 Jul 18;374(9685):250-9. doi: 10.1016/S0140-6736(09)60496-7. Review.  PMID: 19616722 .

100) **Hill NS.**  Acute Ventilatory Failure.  In: I&II.RJ Mason, ed., Murray &Nadel's Textbook of Resp Med 5th ed.Vol: Saunders North Am 2010.

101) Brennan J, Garpestad E, **Hill NS**.  What Is The Role Of Noninvasive Ventilation In The Intensive Care Unit?  In: Evidence-Based Practice of Critical Care, edited by Drs. Deutschman CS, and Neligan PJ.  Elsevier Health Sciences, Philadelphia. 2010

102) Rajan T, **Hill NS**.  "Noninvasive Positive-Pressure Ventilation". In: Vincent JL, Abraham E, Kochanek P, Moore F, Fink M.  Textbook of Critical Care 6th Ed.: Elsevier Saunders Philadelphia, PA. 2011 Jun.  pp347-353.

103) Kahn JM, **Hill NS**, Lilly CM, Angus DC, Jacobi J, Rubenfeld GD, Rothschild JM, Sales AE, Scales DC, Mathers JA.  The research agenda in ICU telemedicine: a statement from the Critical Care Societes Collaborative.  In: Chest. 2011 Jul; 140(1):230-8.

104) **Hill NS**, Stroller J.  Respiratory Monitoring in Critical Care.  In: Goldman L, Schafer A, eds, Goldman's Cecil Medicine 24th ed.  Philadelphia: Elsevier Saunders 2012; 103:626-29.

105) **Hill NS**, Sidhom S.  Mechanical Ventilation Part II: Non-invasive Mechanical ventilation for the Adult Hospitalized Patient.  In: Irwin RS, Rippe JM, eds, Intensive Care Medicine 7th ed.  Philadelphia: LWW 2011. 59:641-58.

106) **Hill NS**.  Noninvasive Respiratory Aids: Rocking Bed, Pneumobelt, and Glossopharyngeal Breathing.  In: Principles and Practice of Mechanical Ventilation, 3rd edition.  ed., Martin J. Tobin.  McGraw-Hill, Philadelphia, PA 2013.  pp 435-445.

107) **Hill NS**.  Noninvasive Positive–Pressure Ventilation.  In: Principles and Practice of Mechanical Ventilation, 3rd edition.  ed., Martin J. Tobin.  McGraw-Hill, Philadelphia, PA 2013..pp 447-491.

108) Stoller J, **Hill NS**.  Respiratory Monitoring in Critical Care.  In Cecil-Goldman Medicine. 25th edition.  New York. 2015.

109) Minai OA, Yared JP, Kaw R, Subramaniam K, **Hill NS**.  Perioperative risk and management in patients with pulmonary hypertension.  Chest 2013 Jul; 144(1):329-40.

110) Mirrakhimov AE, **Hill NS**.  Primary antiphospholipid syndrome and pulmonary hypertension.  Curr Pharm Des. 2014; 20(4):545-51.

111) **Hill NS**.  Acute Ventilatory Failure.  In Murray & Nadel's Textbook of Respiratory Medicine, 2-Volume Set, 6th Edition.  Saunders, North Am.  2015

112) Yu F, Garpestad E, **Hill NS**.  What Is The Role Of Noninvasive Ventilation In The Intensive Care Unit?  In: Evidence-Based Practice of Critical Care, 2nd Edition.  Edited by Drs. Deutschman CS, and Neligan PJ.  Elsevier Health Sciences, Philadelphia. 2015.

113) **Hill NS**, Badesch D, Benza RL, D'Eletto TA, Farber HW, Gomberg-Maitland M, Hassoun PM, Preston I.  Perspectives on oral pulmonary hypertension therapies recently approved by the U.S. Food and Drug Administration.  Ann Am Thorac Soc. 2015 Feb;12(2):269-73. doi: 10.1513/AnnalsATS.201501-020AS.  PMID: 25590376 .

114) Ismail K, Roberts K, Manning P, Manley C, **Hill NS**.  OSA and pulmonary hypertension: time for a new look.  Chest. 2015 Mar;147(3):847-61. doi: 10.1378/chest.14-0614. Review.  PMID: 25732450.

115) **Hill NS**, Preston IR, Roberts KE.  Inhaled Therapies for Pulmonary Hypertension.  Respir Care. 2015 Jun;60(6):794-802; discussion 802-5. doi: 10.4187/respcare.03927. Review.  PMID: 26070575.

116) **Hill NS**, Badesch D, Benza RL, D'Eletto TA, Farber HW, Gomberg-Maitland M, Hassoun PM, Preston I.  Reply: Perspectives on Oral Pulmonary Hypertension Therapies Recently Approved by the U.S. Food and Drug Administration.  Ann Am Thorac Soc. 2015 Jun; 12(6):960.  PMID: 26075562

117) Spoletini G, Alotaibi M, Blasi F, **Hill NS**.  Heated Humidified High-Flow Nasal Oxygen in Adults: Mechanisms of Action and Clinical Implications.  Chest. 2015 Jul;148(1):253-61. doi: 10.1378/chest.14-2871. Review.  PMID: 25742321.

118) **Hill NS**, Roberts K, Preston I.  Pulmonary hypertension trials: how can we do better?  Expert Rev Respir Med. 2015 Oct;9(5):551-8. doi: 10.1586/17476348.2015.1074040.  PMID: 26290120 .

119) **Hill NS**, Acute Ventilatory Failure.  In:  Murray & Nadel's Textbook of Respiratory Medicine, 2-Volume Set, 6th Edition.  Edited by Drs VC Broaddus, RJ Mason, J Ernst, TE King, Jr, SC. Lazarus, JF Murray, DSc(Hon), FRCP, JA Nadel,, DSc(Hon), DLaw(Hon), A Slutsky, and M Gotway.  Elsevier Inc 2016.  Chapter 99, 1723-1739.

120) **Hill NS**, Cawley MJ, Heggen-Peay CL.  New Therapeutic Paradigms and Guidelines in the Management of Pulmonary Arterial Hypertension.  J Manag Care Spec Pharm. 2016 Mar;22(3 Suppl A):S3-21. doi: 10.18553/jmcp.2016.22.3-a.s3.  Review.  PMID: 27003666.

**NICHOLAS S. HILL, M.D.**

CURRICULUM VITAE 2020

121) Spoletini G, **Hill NS**.  High-flow nasal oxygen versus noninvasive ventilation for hypoxemic respiratory failure: Do we know enough? Ann Thorac Med. 2016 Jul-Sep;11(3):163-6. doi: 10.4103/1817-1737.185760. No abstract available.  PMID: 27512504.

122) Yu F, **Hill NS**.  "Noninvasive Positive-Pressure Ventilation". In: Vincent JL, Abraham E,Kochanek P, Moore F, Fink M.  Textbook of Critical Care 7th Ed.: Elsevier Saunders Philadelphia, PA.  2017 Jun. Ch 62.  ISBN: 9780323376389.

123) Sidhom S, **Hill NS**.  "Mechanical Ventilation Part II: Non-invasive Mechanical Ventilation for the Adult Hospitalized Patient".  In: Drs Irwin RS, Rippe  JM.  Textbook Irwin and Rippe's Intensive Care Medicine 8th Ed.  Lippincott Williams & Wilkins. Philadelphia, 2017.

124) **Hill** NS, Spoletini G, Schumaker G, Garpestad E.  Noninvasive Ventilatory Support for Acute Hypercapnic Respiratory Failure.  Respir Care. 2019 Jun;64(6):647-657. doi: 10.4187/respcare.06931.  PMID: 31110034

125) Tang WHW, Wilcox JD, Jacob MS, Rosenzweig EB, Borlaug BA, Frantz RP, Hassoun PM, Hemnes AR, **Hill NS**, Horn EM, Singh HS, Systrom DM, Tedford RJ, Vanderpool RR, Waxman AB, Xiao L, Leopold JA, Rischard FP. Comprehensive Diagnostic Evaluation of Cardiovascular Physiology in Patients With Pulmonary Vascular Disease: Insights From the PVDOMICS Program.  Circ Heart Fail. 2020 Mar;13(3):e006363. doi: 10.1161/CIRCHEARTFAILURE.119.006363. Epub 2020 Feb 24.  PMID: 32088984.

## EDITORIALS

1. **Hill NS**.  Use of the rocking bed, pneumobelt, and other noninvasive aids to ventilation.  In Principles and Practice of Mechanical Ventilation, Tobin MJ, ed., McGraw-Hill 1994.

2. **Hill NS**.  Negative pressure ventilation for the facilitation of weaning from mechanical ventilation:  back to the future?  (Editorial) Respiratory Care 39:19-20, 1994.

3. **Hill NS**.  Noninvasive ventilation for the long-term.  (Editorial) Thorax 50:595-596, 1995.

4. **Hill NS**.  The invasion of noninvasive ventilation:  Demographic trends in the use of mechanical ventilation.  (Editorial) Respir Care (in press).

5. **Hill NS**, Noninvasive ventilation has been shown to be ineffective in stable COPD (Pro-Con Editorial) Am J Respir Crit Care Med 161: 689-691, 2000.

6. **Hill NS**.  Complications of noninvasive ventilation (editorial).  Respir Care 45: 480-481, 2000.

7. **Hill NS**.  Noninvasive ventilation for immunocompromised patients. (Editorial)  N Engl J Med 344: 522-524, 2001.

8. **Hill NS**.  Noninvasive ventilation routine therapy for community acquired pneumonia?  Not so fast!  (Editorial) Intensive Care Med 27: 797-799, 2001.

9. **Hill NS**.  Following protocol.  Weaning difficult-to-wean patients with chronic obstructive pulmonary disease.  (Editorial)  Am J Respir Crit Care Med 2001 (in press).

10. Hill NS.  Saving Face:  Better Interfaces for Noninvasive Ventilation.  In Intensive Care Medicine 2002; 28:227-229.

11. Reiss TF, Moss J, Osborne M, Curtis JR, **Hill NS**.  Collaborative science and the American Thoracic Society: cooperation in harmony with conflict of interest.  Am J Respir Crit Care Med. 2012 Feb 15; 185(4):347-9.

12. **Hill NS**.  Practice guidelines for noninvasive positive-pressure ventilation: help or hindrance?  Chest. 2003; 123:1784-6.

13. Hill N.  What mask for noninvasive ventilation: is deadspace an issue?  Crit Care Med. 2003 Aug; 31(8):2247-8.

14. **Hill NS**.  Noninvasive ventilation for respiratory failure caused by exacerbations of COPD. A standard of care? Crit Care 2003; 7:400-401.

15. **Hill NS**.  Is there a negative side to noninvasive ventilation?  Eur Respir J 2004; 23:361-362.

16. **Hill NS**. Editorial: Assistance ventilatoire mecanique a domicile, l 'experience americanize.  Rev Med Respir 2004;21:1-4.

17. D'Ambrosio C, **Hill NS**.  A Less expensive way to diagnose OSA.  Does it pay? Chronic Respir Dis.  In press.

18. **Hill NS**:  Noninvasive interfaces:  should we go to helmets? Crit Care Med.  2004, Oct.:32(10):2163-2163.

19. **Hill NS**.  Brain natriuretic peptide:  Is it helpful in detecting pulmonary hypertension in fibrotic lung disease?  Am J Respir Crit Care Med 2004 Aug; 170(4): 352-353.

20. Schumaker GL, **Hill NS**, Garpestad E, Teres D.  A looming crisis in demand for intensive care unit resources?  Crit Care Med 2005 Mar; 33(3):  683-684.

21. Garpestad E, **Hill N**. Noninvasive ventilation for acute respiratory failure: but how severe? Chest. 2005 Dec;128(6):3790-1

22. Schumaker G, **Hill NS**.  Utilization of critical care resources is increasing--are we ready?  J Intensive Care Med. 2006 May-Jun; 21(3):191-3.

**NICHOLAS S. HILL, M.D.**

CURRICULUM VITAE 2020

23. Garpestad E, **Hill NS**. Noninvasive ventilation for acute lung injury: how often should we try, how often should we fail?: Crit Care. 2006; 10(4):147.

24. Roberts K, Preston I, **Hill NS**. Pulmonary hypertension trials: current end points are flawed, but what are the alternatives?: Chest. 2006 Oct; 130(4):934-6.

25. Garpestad E, Schumaker G, **Hill NS**. Noninvasive ventilation for acute respiratory distress syndrome: breaking down the final frontier? Crit Care Med. 2007 Jan; 35(1):288-90.

26. **Hill NS**, Klinger JR. Pulmonary hypertension in the intensive care unit: Critical role of the right ventricle: Crit Care Med. 2007 Sep; 35(9):2210-1.

27. Shapiro S, **Hill NS**. Transition from IV to subcutaneous prostacylin: premature withdrawal? Chest. 2007 Sep; 132(3):741-3.

28. **Hill NS**, Preston IR, Roberts KE. Inoperable chronic thromboembolic pulmonary hypertension: treatable with medical therapy: Chest. 2008 Aug; 134(2):221-3.

29. **Hill NS**. Noninvasive ventilation for COPD: volume assurance not very reassuring. COPD. 2010 Dec; 7(6):389-90.

30. **Hill NS**, Roberts K, Preston I. Pulmonary vasculopathy in acute respiratory distress syndrome: something new, something old. Am J Respir Crit Care Med. 2010 Nov 1; 182(9):1093-4.

31. **Hill NS**. Noninvasive ventilation for COPD: volume assurance not very reassuring. COPD. 2010 Dec; 7(6):389-90.

32. **Hill NS**, Preston I, Roberts K. Defining the phenotypes for pulmonary hypertension associated with diastolic heart failure. Circ Heart Fail. 2011 May; 4(3):238-40.

33. Manley C, Garpestad E, **Hill NS**. A new purpose for PAV? Crit Care Med. 2013 Jan (In Press).

34. **Hill NS**, Schraufnagel D, Curtis JR. Why PATS to ANNALSATS? Ann Am Thorac Soc. 2013 Feb; 10(1):53.

35. Manley C, Garpestad E, **Hill NS**. A new purpose for proportional assist ventilation? Crit Care Med.2013 Sep;41(9):2230 1

36. Ghamloush M, **Hill NS**. Synchronized intermittent mandatory ventilation: time to send this workhorse out to pasture. Respir Care. 2013 Nov; 58(11):1992-4. doi: 10.4187/respcare.02880.

37. Angus DC, Deutschman CS, Hall JB, Wilson KC, Munro CL, **Hill NS**. Choosing wisely (®) in critical care: maximizing value in the intensive care unit. Am J Crit Care. 2014 Nov; 23(6):444-6. PMID: 25362666.

38. Rochwerg B, Freitag A, **Hill NS**. New data on noninvasive ventilation in stable chronic obstructive pulmonary disease: revolutionary or evolutionary? Pol Arch Med Wewn. 2015; 125(1-2):5-7. PMID: 25728868.

39. Conti G, **Hill NS**, Nava S. Is sedation safe and beneficial in patients receiving NIV? No. Intensive Care Med. 2015 Sep;41(9):1692-5. doi: 10.1007/s00134-015-3915-x. PMID: 26149298.

40. Spoletini G, Garpestad E, **Hill NS**. High-Flow Nasal Oxygen or Noninvasive Ventilation for Postextubation Hypoxemia: Flow vs Pressure? JAMA. 2016 Apr 5;315(13):1340-2. doi: 10.1001/jama.2016.2709. PMID: 26976699.

41. Demoule A, **Hill N**, Navalesi P. Can we prevent intubation in patients with ARDS? Intensive Care Med. 2016 May;42(5):768-771. doi: 10.1007/s00134-016-4323-6. Epub 2016 Mar 23. Review. No abstract available. PMID: 27007110

42. **Hill NS**, Garpestad E. The Bumpy Road for Noninvasive Ventilation in Acute Respiratory Distress Syndrome. Coming to an End? Am J Respir Crit Care Med. 2017 Jan 1;195(1):9-10. doi: 10.1164/rccm.201610-2138ED. PMID: 28035848.

43. **Hill NS**, Ugurlu AO. Home Noninvasive Ventilation to Reduce Readmissions for Chronic Obstructive Pulmonary Disease.JAMA. 2017 Jun 6;317(21):2167-2169. doi: 10.1001/jama.2017.5226. No abstract available. PMID: 28528346

44. Burns KEA, Devlin JW, **Hill NS**. Patient and Family Engagement in Designing and Implementing a Weaning Trial: A Novel Research Paradigm in Critical Care. Chest. 2017 Oct;152(4):707-711. doi: 10.1016/j.chest.2017.06.028. Epub 2017 Jul 4. Review. PMID: 28687380

45. **Hill NS**. Does Noninvasive Ventilation Have a Role in Severe COPD? Tanaffos. 2017;16(Suppl 1):S11. No abstract available. PMID: 29158750.

46. **Hill NS**, Garpestad E, Schumaker G, Spoletini G. Noninvasive Ventilation for Acute Hypoxemic Respiratory Failure/ARDS - is There a Role? Turk J Anaesthesiol Reanim. 2017 Dec;45(6):332-334. doi: 10.5152/TJAR.2017.24.11.03. Epub 2017 .Dec 1. No abstract available. PMID: 29359071.

47. **Hill NS**, Gillespie MN, McMurtry IF. Fifty Years of Monocrotaline-Induced Pulmonary Hypertension: What Has It Meant to the Field? Chest. 2017 Dec;152(6):1106-1108. doi: 10.1016/j.chest.2017.10.007. No abstract available. PMID: 29223258.

48. **Hill NS**, Garpestad E, Schumaker G, Spoletini G. Judicious Use of Noninvasive Ventilatory Modalities for Severe Pneumonia/ARDS. Turk J Anaesthesiol Reanim. 2018 Feb;46(1):3-4. doi: 10.5152/TJAR.2018.130202. Epub 2018 Feb 1. No abstract available. PMID: 30140494

49. **Hill NS**, Ruthazer R. Predicting Outcomes of High Flow Nasal Cannula for ARDS: An Index that ROX. Am J Respir Crit Care Med. 2019 Jan 29. doi: 10.1164/rccm.201901-0079ED. PMID: 30694696

50. Penumatsa KC, Warburton RR, **Hill NS**, Fanburg BL.  CrossTalk proposal: The mouse SuHx model is a good model of pulmonary arterial hypertension.  J Physiol. 2019 Feb;597(4):975-977. doi: 10.1113/JP275864. Epub 2018 Nov 29. No abstract available.  PMID: 30499212

51. **Hill NS**, Farber HW, Preston IR.  An Event-driven Trial for Oral Treprostinil. Progress but Not the Holy Grail. (Editorial) Am J Respir Crit Care Med. 2020 Mar 15;201(6):647-649. doi: 10.1164/rccm.201912-2431ED.  PMID: 31904994

52. **Hill NS**.  No place like home: initiation of non-invasive ventilation for stable severe COPD.  Thorax. 2020 Mar;75(3):196-197. doi: 10.1136/thoraxjnl-2019-213787. Epub 2020 Jan 29.PMID: 31996402

53. Elliott CG, **Hill NS**.  One for the Ages. Chest. 2020 Sep;158(3):856-857.doi: 10.1016/j.chest.2020.04.002.PMID: 32892881

54. **Hill NS**, Devaraj A.  Noninvasive Ventilation Strategies in the Age of COVID-19: An Evolving Story.  Editorial Respir Care. 2021 May;66(5):878-880. doi: 10.4187/respcare.09161.  PMID: 33931518

## BOOKS/VOLUMES EDITED OR AUTHORED

1) **Hill NS**, Bach JR, eds.  Noninvasive Mechanical Ventilation.  In: Respir Care Clin NA, Volume 2, 1996.

2) **Hill NS**. ed.  Long-term Mechanical Ventilation.  In: Lung Biology in Health and Disease, Claude L"Enfant, ed.  Marcel Dekker, Inc.  New York, 2001.

3) **Hill NS**. ed.  Noninvasive Positive Pressure Ventilation.  In: Principles and Applications.  Futura Publishing Company, Inc.  Armonk, New York, 2001.

4) **Hill NS**, Levy M., eds., Ventilator Management Strategies of Critical Care.  In: Lung Biology in Health and Disease, Claude L'Enfant, ed., Marcel Dekker, Inc. New York, 2001

5) **Hill NS**. ed.  Respiratory Complications of Neuromuscular Disease.  In: Sem Resp Crit Care Med, Lynch JP, series ed.2002, vol 23.

6) **Hill NS**, Noninvasive Positive-Pressure Ventilation.  In: Textbook of Critical Care 5th ed., MP Fink ed.  Saunders, Philadelphia, PA 2005.  pp. 519-526.

7) **Hill NS**.  Pulmonary Hypertension Therapy.  In: Summit Pub, New York, 2006.

8) **Hill NS,** Farber HW, eds. Pulmonary Hypertension. Humana Press, Totowa, NJ, 2008.

## OTHERS (Case Reports, Letters, etc.)

1.Weiland D, **Hill, NS**.  Acquired immunodeficiency syndrome.  Ann Intern Med 99:735 (Letter), 1983.

2.**Hill NS**, Mark EJ.  Case records of the Massachusetts General Hospital:  A 61-year-old man with worsening dyspnea and evidence of pulmonary hypertension.  N Engl J Med 313:1003-1012, 1985.

3.**Hill NS**, Mark EJ.  Case records of the Massachusetts General Hospital:  A 33-year-old man with cough, fever, and a left pleural effusion.  N Engl J Med 318:1257-1267, 1988.

4.**Hill NS**.  Preface in Non-invasive ventilatory support: a practical handbook.  In: AK Simonds, ed.  Arnold, London 2nd ed. 2001.

5.Preston IR, Klinger JR, Houtchens J, Nelson D, Mehta S, **Hill NS**.  Pulmonary edema caused by inhaled nitric oxide in two patients with pulmonary hypertension associated with the CREST syndrome.  Chest 2002; 121:656-659 (Case Report).

6.Stone AS, Nolan S, Al Bebeisi M, McCool JD, **Hill NS**.  A novel form of manually–assisted ventilation (Case report).  Chest 123:949-942, 2003.

7.Devlin JW, Garpestad E, **Hill NS**.  Neuromuscular blockers and ARDS.  N Engl J Med. 2010 Dec 23; 363(26):2562; author reply 2563-4. No abstract available.

8.**Hill NS**.  Commentary on "Review: Lower rather than higher tidal volume benefits patients without ARDS". ACP Journal Club 2013; 158(6):JC4.

9.**Hill NS**.  ACP Journal Club. Review: lower rather than higher tidal volume benefits ventilated patients without ARDS.  Ann Intern Med. 2013 Mar 19; 158(6):JC4.

10.Gaga M, Powell CA, Schraufnagel DE, Schönfeld N, Rabe K, **Hill NS**, Sculier JP; ATS/ERS Task Force on the Role of the Pulmonologist in the Management of Lung Cancer.  An official American Thoracic Society/European Respiratory Society statement: the role of the pulmonologist in the diagnosis and management of lung cancer.  Am J Respir Crit Care Med. 2013 Aug 15; 188(4):503-7.

11.Magill SS, Klompas M, Balk R, Burns SM, Deutschman CS, Diekema D, Fridkin S, Greene L, Guh A, Gutterman D, Hammer B, Henderson D, Hess DR, **Hill NS**, Horan T, Kollef M, Levy M, Septimus E, VanAntwerpen C, Wright D, Lipsett P.  Developing a new, national approach to surveillance for ventilator-associated events: executive summary.  Chest. 2013 Nov;144(5):1448-52.  PMID: 24189858.  Also published in Clin Infect Dis. 2013 Dec;57(12):1742-6, Infect Control Hosp Epidemiol. 2013 Dec; 34(12):1239-43, Am J Crit Care. 2013 Nov; 22(6):469-73, Am J Infect Control. 2013 Nov; 41(11):1096-9, and Crit Care Med. 2013 Nov; 41(11):2467-75.

**NICHOLAS S. HILL, M.D.**

CURRICULUM VITAE 2020

12. Magill SS, Klompas M, Balk R, Burns SM, Deutschman CS, Diekema D, Fridkin S, Greene L, Guh A, Gutterman D, Hammer B, Henderson D, Hess DR, **Hill NS**, Horan T, Kollef M, Levy M, Septimus E, Vanantwerpen C, Wright D, Lipsett P. Executive summary: Developing a new, national approach to surveillance for ventilator-associated events. Ann Am Thorac Soc. 2013 Dec; 10(6):S220-3.

13. Dweik RA, Rounds S, Erzurum SC, Archer S, Fagan K, Hassoun PM, **Hill NS**, Humbert M, Kawut SM, Krowka M, Michelakis E, Morrell NW, Stenmark K, Tuder RM, Newman J; ATS Committee on Pulmonary Hypertension Phenotypes. An official american thoracic society statement: pulmonary hypertension phenotypes. Am J Respir Crit Care Med. 2014 Feb 1; 189(3):345-55.

14. Al-Naamani N, Roberts KE, **Hill NS**, Preston IR. Imatinib as rescue therapy in a patient with pulmonary hypertension associated with Gaucher disease. Chest. 2014 Sep; 146(3):e81-3.

15. Angus DC, Deutschman CS, Hall JB, Wilson KC, Munro CL, **Hill NS**. Choosing wisely® in critical care: maximizing value in the intensive care unit. Crit Care Med. 2014 Nov; 42(11):2437-8.

16. Spoletini G, **Hill NS.** Response. Chest. 2015 Oct;148(4):e127-8. doi: 10.1378/chest.15-1463. PMID: 26437823.

17. Al-Naamani N, Preston IR, Paulus JK, **Hill NS**, Roberts KE. Reply: The Diastolic Pressure Gradient Does Not-and Should Not-Predict Outcomes. JACC Heart Fail. 2015 Oct;3(10):846. doi: 10.1016/j.jchf.2015.07.007. PMID: 26450005.

18. Preston IR, Roberts KE, Miller DP, Sen GP, Selej M, Benton WW, **Hill NS**, Farber HW. Response to Letter Regarding Article, "Effect of Warfarin Treatment on Survival of Patients With Pulmonary Arterial Hypertension (PAH) in the Registry to Evaluate Early and Long-Term PAH Disease Management (REVEAL)". Circulation. 2016 May 17;133(20):e662. doi: 10.1161/CIRCULATIONAHA.116.022321. PMID: 27185031 .

19. Newman JH, Rich S, Abman SH, Alexander JH, Barnard J, Beck GJ, Benza RL, Bull TM, Chan SY, Chun HJ, Doogan D, Dupuis J, Erzurum SC, Frantz RP, Geraci M, Gillies H, Gladwin M, Gray MP, Hemnes AR, Herbst RS, Hernandez AF, **Hill NS**, Horn EM, Hunter K, Jing ZC, Johns R, Kaul S, Kawut SM, Lahm T, Leopold JA, Lewis GD, Mathai SC, McLaughlin VV, Michelakis ED, Nathan SD, Nichols W, Page G, Rabinovitch M, Rich J, Rischard F, Rounds S, Shah SJ, Tapson VF, Lowy N, Stockbridge N, Weinmann G, Xiao L. Enhancing Insights into Pulmonary Vascular Disease through a Precision Medicine Approach. A Joint NHLBI-Cardiovascular Medical Research and Education Fund Workshop Report. Am J Respir Crit Care Med. 2017 Jun 15;195(12):1661-1670. doi: 10.1164/rccm.201701-0150WS. PMID: 28430547

20. Rochwerg B, Brochard L, Elliott MW, Hess D, Hill NS, Nava S, Navalesi P Members Of The Steering Committee, Antonelli M, Brozek J, Conti G, Ferrer M, Guntupalli K, Jaber S, Keenan S, Mancebo J, Mehta S, Raoof S Members Of The Task Force. Official ERS/ATS clinical practice guidelines: noninvasive ventilation for acute respiratory failure. Eur Respir J. 2017 Aug 31;50(2). pii: 1602426. doi: 10.1183/13993003.02426-2016. Print 2017 Aug. PMID: 28860265

21. Jaber S, Bellani G, Blanch L, Demoule A, Esteban A, Gattinoni L, Guérin C, **Hill N**, Laffey JG, Maggiore SM, Mancebo J, Mayo PH, Mosier JM, Navalesi P, Quintel M, Vincent JL, Marini JJ. The intensive care medicine research agenda for airways, invasive and noninvasive mechanical ventilation. Intensive Care Med. 2017 Sep;43(9):1352-1365. doi: 10.1007/s00134-017-4896-8. Epub 2017 Aug 7. Review. PMID: 28785882.

22. **Hill NS**. High Flow Nasal Cannula, Is There a Role in COPD? Tanaffos. 2017;16(Suppl 1):S12. MID: 29158751.

23. **Hill NS**. Does Noninvasive Ventilation Have a Role in Severe COPD? Tanaffos. 2017;16(Suppl 1):S13. PMID: 29158752.

24. Pisani L, **Hill NS**, Pacilli AMG, Polastri M, Nava S. Response. Chest. 2018 Oct;154(4):992. doi: 10.1016/j.chest.2018.07.009. No abstract available. PMID: 30290941

25. Penumatsa KC, Warburton RR, **Hill NS,** Fanburg BL. Rebuttal from Krishna C. Penumatsa, Rod R. Warburton, Nicholas S. Hill and Barry L. Fanburg. J Physiol. 2019 Feb;597(4):983. doi: 10.1113/JP276981. Epub 2018 Nov 29. No abstract available. PMID: 30499182

26. **Hill NS**, Spoletini G. Response to letter: Comparing high flow nasal therapy and standard oxygen during breaks off non-invasive ventilation. J Crit Care. 2019 Jun;51:220. doi: 10.1016/j.jcrc.2019.01.015. Epub 2019 Jan 31. No abstract available. PMID: 30797612.

27. Case Report: Gayen SK, Abdelrahman AA, Preston IR, Petit RD, **Hill NS**. Vitamin C Deficiency-Induced Pulmonary Arterial Hypertension. Chest. 2020 Feb;157(2):e21-e23. doi: 10.1016/j.chest.2019.06.043. PMID: 32033656

28. Stuewe E, **Hill NS**, Kher S. Eliciting History of Prior Severe Acute Respiratory Syndrome Coronavirus 2 Infection in Diagnosing Interstitial Lung Disease during the Coronavirus Disease 2019 Pandemic. Chest. 2021 Mar;159(3):1306. doi: 10.1016/j.chest.2020.10.028. PMID: 33678262

29. Raoof S, Nava S, Carpati C, **Hill NS**. Response. Chest. 2021 Jun;159(6):2505-2506. doi: 10.1016/j.chest.2021.02.031. PMID: 34099133.

## NICHOLAS S. HILL, M.D.
CURRICULUM VITAE 2020

**INVITED LECTURES (Since 2018)**

**2018**

➢ The 3rd Joint International Meeting: 15th International Conference on Home Mechanical Ventilation (JIVD) & 6th European Respiratory Care Association Congress:  Scientific Sessions: High O2 flow Part 1: From physiology to evidence.  HOF: Only a Question of Oxygen?"  Lyon, France.  March  2018

➢ National Association for Medical Direction of Respiratory Care (NAMDRC) 2018: Update in Pulmonary, Critical Care and Sleep Medicine. The 41st Annual Meeting and Educational Conference Jointly provided by CHEST® American College of Chest Physicians: Walter O'Donohue Lecture: "Humidified High Flow Nasal Cannulae Oxygen Therapy." Carlsbad, California.  March 2018

➢ New Jersey Thoracic Society (NJTS) Annual Scientific Program: Plenary Session: Past, Present and Future of Non-Invasive Ventilation.  New Brunswick, NJ.  April 2018.

➢ MGH Conference On Obesity:  Invited Speaker: "Obesity in Pulmonary Hypertension."  Boston, MA.  March, 2018.

➢ The Annual International Conference:  American Thoracic Society (ATS).   Chair:  Session: Division of Lung Diseases NHLBI/NIH:  Initial Findings from The NHLBI PVDOMICS Program:  Deep Phenotyping of Patients with Pulmonary Hypertension. Chair:  Session: RAPID: RAPID Abstract Poster Discussion: Critical Care: Invasive, Non-Invasive, Conventional, and Non-Conventional Ventilation In Acute Respiratory Failure.  San Diego, California.  May 2018

➢ The MGH Pulmonary Research Series: Invited Speaker: "Update on Non-Invasive Ventilation Research."  Boston, MA.  June 2019.

➢ American Association for Respiratory Care, AARC.   57th RESPIRATORY CARE Journal Conference on Noninvasive Respiratory Support in Adults.  Invited Speaker: "Non-Invasive Ventilation for Hypercapnic Respiratory Failure."  Petersburg, Florida.  June 2018

➢ XIX Foro Internacional de Medicina Crítica / International Forum of Critical Medicine (Mechanical Ventilation - Sepsis and Selected Topics): Presenter: "High Flow Nasal Ventilation in ARDS-Right or Mistaken?", "Update on the Management of Right Cardiac Failure."  Mexico City, México.  July 2018

➢ IMPACT PH Mentor and Meeting - Total CME: Invited Speaker: "ICU Management of Pulmonary Hypertension."  Pismo Beach, California.  September 2019

➢ The 22nd Annual Thomas J. Godar Pulmonary/Critical Care Symposium, Saint Frances Hospital and Medical Center:  Invited Speaker:  "Chronic Pulmonary Arterial Hypertension 2018– "Did we climb the top of the mountain ye or long way to go?"  Hartford, CT.  September  2018

➢ Chest 2016, the Annual Meeting of the American College of Chest Physicians.  Leadership Training Course Speaker:  "Nasal High Flow."  San Antonio, CA.  October 2018

➢ Annual Fall Respiratory Therapy Symposium.  New York Downstate Association for Respiratory Therapists Inc. (NYDART).  Speaker: "Nasal High Flow Therapy; How does it help and where do I use it?"  Long Island, NY.  October 2018.

➢ The 11th Annual New England Heart Failure and Transplant Network Conference, Tufts University School of Medicine: Speaker: "Update on the Evaluation and Management of Pulmonary HTN in Left Heart Failure," Waltham, MA, November 2018.

➢ St. Luke's Hospital:  ILD Talk: "Diagnosis and Management of Idiopathic Pulmonary Fibrosis" New Bedford, MA.  November 2018

➢ Rheumatology Grand Rounds, Tufts Medical Center.  Invited Speaker: "Pulmonary Hypertension in Connective Tissue Disease."  Boston, MA.  November 2018.

➢ 2nd Annual Excellence Experience In Pulmonary Hypertension at Tufts Medical Center.  Spanish Physicians Workshop - Right Heart Catheterization in PH.  Boston, MA.  December 2018

➢ Course Director.  The 16th Annual Tufts Pulmonary Hypertension Symposium:  Moderator:  Morning Plenary Session, The Great Debate: How Early to Treat PAH and Challenging Cases: Exercise-Induced PAH."  Boston, MA.  December  2018

➢ Morton Hospital: IPF Talk: "Diagnosis and Management of Idiopathic Pulmonary Fibrosis."  Taunton, MA. December  2018

➢ Sutter Health Care: Noon Talk:  Respiratory Management of Late Onset Pompe Disease (LOPD),.San Francisco, CA.  December 2018

**2019**

➢  Grand Rounds, Lowell General Hospital:  "Impacting Hospital Readmission for Advanced COPD".  Lowell, MA.  January 2019

➢ Invited Speaker/PH Clinic,: "CTD-PAH", UMASS Memorial Medical Center, Worcester.MA.. January 2019.

➢ Invites Speaker, California Pacific Medical Center:  "Respiratory Management of Late Onset Pompe Disease (LOPD)". San Francisco, CA.  January 2019

➢ Pulmonary Grand Rounds, University/Bellevue Bellevue Hospital:  "Noninvasive Ventilatory Techniques", New York. NY.  March 2019

➢ Visiting Professor-Pulmonary Grand Rounds, University of Vermont Medical Center,: "Challenges in Pulmonary Hypertension".  Burlington, VT.  March 2019.

**NICHOLAS S. HILL, M.D.**

CURRICULUM VITAE 2020

- ➢ NAMDRC Annual Meeting 2019: Advances in Pulmonary, Critical Care and Sleep Medicine and Educational Conference. "Nasal High Flow for Acute Respiratory Failure". Sonoma, CA. March 2019
- ➢ New York State Thoracic Society (NYSTS) 2019 Meeting. "Noninvasive Ventilation in Neuromuscular Disease". Weill Cornell Medical College, NYC, NY. March 2019
- ➢ Simply Speaking PAH® CME/CE: "Research Updates and Potential New Directions in PAH Management". Boston, MA. April 2019
- ➢ Boehringer Ingelheim 2019 Discovery Award in IPF/ILD - Chair, Scientific Review Committee Meeting. Boston, MA. April 2019
- ➢ The Annual International Conference 2019: American Thoracic Society (ATS). .Presenter Scientific Symposium -: Crossing The Border: Mildly Increased Pulmonary Artery Pressure And The New Definition Of Pulmonary Hypertension: "Normal Limits of Pulmonary Artery Pressure and the Evolving Definition of Pulmonary Hypertension". Chair, Clinical Session: Clinical Findings From The NHLBI PVDOMICS Program In Patients With Pulmonary Hypertension. Dallas, TX. May 2019.
- ➢ Clinical talk: "The Evolving Science of Asthma". Falmouth, ME, June 12, 2019
- ➢ Maine General Allergy & Asthma "The Evolving Science of Asthma", Augusta, ME, June12, 20`19
- ➢ Clinical Talk: "Respirator Management of Late Onset Pompe Disease"", Indianapolis. June 25th 2019
- ➢ New York State Society for Respiratory. Plenary Speaker: "Noninvasive Ventilatory Techniques; Changing Paradigm" Verona, NY, September 2019
- ➢ University of Michigan Pulmonary Conference. Invited Speaker. Keynote Address: "Home Noninvasive Techniques to Assist Ventilation in Critical Care; An Evolving Paradigm". "Noninvasive Ventilation for COPD". Ann Arbor, Michigan. September, 2019
- ➢ 2019 CHEST Annual Meeting: "Clinical Applications of Nasal High Flow". New Orleans, LA. October 2019
- ➢ Kjelkgaard Memorial Maine Medical Center Pulmonary Symposium – "NIPPV for Acute Respiratory Failure". November 2019
- ➢ Tufts Medical Center: "Hypercapnic Respiratory Failure for Residents". Boston, MA, November 2019
- ➢ Tufts 17th Annual Update in Pulmonary Hypertension. Course Director. Great Debate: "NICE Hemodynamics: Should 21 Be the New 25? " December 2019
- ➢ Clinical Talk. Eastern Maine Pulmonary Associates: "Evolving Science of Asthma"., Bangor, ME December 2019

**2020**

- ➢ Northern California Thoracic Society: Keynote Speaker "High Flow Oxygen for ARDS' and "Update in Diagnosis and Classification of PAH" Monterey, CA. January 2020
- ➢ Medical Grand Rounds, Baystate Medical Center "The Evolving Paradigm of Noninvasive Management of Acute Respiratory Failure" Springfield, MA January, 2020
- ➢ Panelist. The Climate Crisis and Clinical Practice Symposium. Joseph B. Martin Conference Center, Boston, MA., February 12, 2020
- ➢ Pulmonary Grand Rounds: Challenges in the Management of Pulmonary Hypertension. Visiting Professor. National Jewish Hospital, Denver, CO. March 2020
- ➢ Respiratory Complications of Pompe Disease /UCSF Neurology (Virtual). March 2020
- ➢ Noninvasive Respiratory Support for COVID Pneumonia Association of American Indian Physicians (Virtual). March 2020
- ➢ Medical Grand Rounds: Noninvasive Respiratory Support for COVID (Virtual). Tufts Medical Center, Boston, MA. April 2020
- ➢ NIV for COVID. Virtual. Indian American Medical Society. June 2020
- ➢ Webinar: "Respiratory Impact of COVID". Phillips Medical. July 2020
- ➢ Webinar International Society of Heart and Lung Transplantation (ISHLT) Annual Meeting. Presentation of "Results of INPIRE study of dry powder inhaled tresprostinil in PAH" Oral Session July 2020
- ➢ Pulmonary Lecture Series: "Diagnostic Challenges of Pulmonary HTN". (Virtual). Tufts Medical Center, Boston, MA August 2020
- ➢ Pulmonary Grand Rounds; Regents Hospital. "Respiratory Management of COVID-induced Respiratory Failure." (Virtual) University of Minnesota. . October 2020
- ➢ CHEST 2020: Symposium on Noninvasive Ventilation for COPD. "Presentation on Noninvasive Ventilation for Ambulatory COPD". (Virtual). October 2020
- ➢ Webinar: "Noninvasive Respiratory Support for COVID 19" Aerogen, Inc. November 2020
- ➢ 2020 COVID-19 Research Symposium. (Virtual) Tufts Medical Center, Boston, MA. November 2020
- ➢ Invite Speaker: Houston Methodist Medical Center: "Noninvasive Ventilation in COVID Time" (Virtual). December 2020

**NICHOLAS S. HILL, M.D.**

CURRICULUM VITAE 2020

**2021**

➢ Physical Medicine and Rehabilitation Lecture:  "Noninvasive Ventilatory Management of Neuromuscular Disease".  (Virtual) Tufts Medical Center, Boston, MA.  January 2021

➢ Pulmonary Vascular Disease Roundtable: "Findings from the Pulmonary Vascular Disease Omics Network. (Virtual) Sponsor United Therapeutics. March 2021

➢ Webinar: Clinical Pharmacology Course for 4th year Medical Students, Tufts University School of Medicine.  "Pulmonary Pharmacology".  March 2021

➢ Invited Speaker:  New York Downstate Association of Respiratory Therapists: "High Flow Nasal Cannula for COVID" (Virtual). April 2021

➢ Webinar: Tufts University School of Medicine: 1st year Pathophysiology Course Small Groups:  Group Leader for Pulmonary Pathophysiology".  April 2021

➢ Webinar Presentation:  "Pulmonary Hypertension with Interstitial Lung Disease". Practice Point CME.  June 2021

➢ Webinar Presentation: Panelist: "Conversations on Pulmonary Arterial Hypertension". Practice Point CME.  June 2021

# Omar Robles, Ph.D., M.B.A.



**Omar Robles, Ph.D., M.B.A.**
Managing Partner

Tel: +1 617 378 8810
orobles@emerginghealthllc.com
www.emerginghealthllc.com

# Omar Robles, Ph.D., M.B.A.
## Managing Partner

Omar Robles is Managing Partner at Emerging Health LLC, a consulting firm dedicated to applying economic and strategic expertise to complex business and legal challenges in life sciences. Dr. Robles has consulted on numerous commercial litigations concerning prescription pharmaceuticals, medical devices, and dietary supplements. His engagements have concerned antitrust claims and intellectual property matters litigated in US federal and state courts, the US Patent Trial and Appeal Board, and Canadian courts.

Dr. Omar Robles is a Senior Fellow at the Mossavar-Rahmani Center for Business and Government at Harvard University's Kennedy School in recognition of his expertise in prescription pharmaceutical competition and the critical role played by regulatory policy. Dr. Robles' research focuses on the economics of regulatory health policy, product development, and competition in life sciences. His work has been published in peer-reviewed journals such as the *American Economic Journal: Applied Economics* and the *Journal of Health Economics*. In addition, Dr. Robles routinely publishes articles in legal news sources as a life sciences expert and has contributed to multiple publications from the American Bar Association.

Dr. Robles also holds a Lecturer position at the University of California Berkeley School of Public Health where he provides graduate instruction on regulatory science and drug development. He has previously taught economics and the economics of public policy at Harvard University, Georgetown University, and the University of Maryland-College Park. In 2010, Dr. Robles received the prestigious *Joseph R. Levenson Memorial Teaching Prize* for excellence in teaching from the Harvard Undergraduate Council.

Dr. Robles received his B.B.A. in finance and economics from the University of Wisconsin-Madison, his M.B.A. from DePaul University, and his M.A. and Ph.D. in economics from Harvard University. Dr. Robles has been a member of the Hispanic National Bar Association (HNBA), the Harvard Latino Alumni Alliance (HLAA), the American Economic Association (AEA), and the American Bar Association (ABA). Dr. Robles is also a founding member of the Diversity.Advanced initiative for the ABA Antitrust Law Section.

## Education

**2010**          **Harvard University**
                  Ph.D., Economics

**Omar Robles, Ph.D., M.B.A.**

| 2008 | **Harvard University**<br>A.M., Economics |
|------|------|

| 2003 | **DePaul University**<br>M.B.A. |
|------|------|

| 2000 | **University of Wisconsin - Madison**<br>B.B.A., Economics & Finance |
|------|------|

## Professional Experience

| 2021- | **Emerging Health LLC**<br>Managing Partner, Armonk, NY |
|------|------|

| 2021- | **Harvard University**<br>Senior Fellow at M-RCBG, Harvard Kennedy School, Cambridge, MA |
|------|------|

| 2020- | **University of California Berkeley School of Public Health**<br>Lecturer, Regulatory Science, Drug Development and Public Health<br>Berkeley, CA |
|------|------|

| 2017-2021 | **NERA Economic Consulting**<br>Senior Consultant, White Plains, NY |
|------|------|

| 2014-2017 | **Charles River Associates**<br>Senior Associate, Washington, D.C. |
|------|------|

| 2010-2014 | **U.S. Bureau of Labor Statistics**<br>Research Economist, Washington, D.C. |
|------|------|

| 2011-2014 | **Georgetown University**<br>Adjunct Faculty, Behavioral Economics, Washington, D.C.<br>Adjunct Faculty, Thesis Workshop, Washington, D.C. |
|------|------|

| 2013 | **University of Maryland**<br>Adjunct Lecturer, Microeconomics, College Park, MD |
|------|------|

| 2004-2010 | **Harvard University**<br>Head Teaching Fellow, Microeconomics, Harvard College, Cambridge, MA<br>Head Teaching Fellow, Econometrics, Harvard College, Cambridge, MA<br>Teaching Fellow, Finance, Harvard College, Cambridge, MA<br>Grader, Strategy, Harvard Business School, Allston, MA |
|------|------|

| 2000-2004 | **DePaul University**<br>Management Trainee, Financial Operations, Chicago, IL |
|------|------|

**Omar Robles, Ph.D., M.B.A.**

## Prizes and Awards

Joseph R. Levenson Memorial Teaching Prize, Harvard Undergraduate Council, 2010
*Awarded annually to a single teaching fellow, junior faculty member and tenured faculty member at Harvard University for excellence in teaching.*

Christopher and Silvana Pascucci Dissertation Fellowship, Harvard University, 2008-2009

Warburg Fund Award, Harvard University, 2006, 2008

Graduate Prize Fellowship, Harvard University, 2004-2007

## Testimony

On behalf of Defendants in United Therapeutics Co. v. Liquidia Technologies, Inc., United States District Court for the District of Delaware, C.A. No. 20-755 (RGA), January 2022.

On behalf of Defendant Halket Weitz in Karen Priestley v. PanMedix Inc., Electronic Knowledge Publishing, Inc., Headminder, Inc., McDonald Comrie, Dr. David Erlanger, Phillip Yee, Ballon, Stoll, Bader, & Nadler, P.C., Halket Weitz, Curtis Comrie, Roberta Comrie, Mary Erlanger, Darin Kaplan, Richard Peck, Linda Bierer, Tara MacLeod, Melvin Heller, John Theodoracopulos, Alexis Theodoracopulos, Stephanie Park, Nicole Kaplan, Little Rock, LTD, Tanya Kaushik, Mabel Truesdell, Relide Realty, Theodore Weitz, Esq., and Dwight Yellen, Esq., Supreme Court of the State of New York County of New York, July, November 2019.

## Publications

"Orphan Drug Approval Takeaways From Recent FDA Data," *Law360.com*, January 14, 2022 (with Katherine Jones).

"Missed Opportunity: Promoting Diversity Downstream," *noticias* 2021 HNBA/VIA Annual Convention, 2021.

"How Citizen Petitions Influence FDA Drug Approvals," *Law360.com*, August 5, 2021 (with Won Woo Kim).

"Shifting Trends in Marketing Approvals of Orphan Drugs," *Law360.com*, June 3, 2021 (with Ji-Won Choi).

"Mapping The Predicate Chain for Medical Device Approval," *Law360.com*, April 20, 2021.

Contributor, *2020 Annual Review of Antitrust Law Developments*, American Bar Association Section of Antitrust Law, 2021.

"Mapping The Predicate Chain for 510(k) Devices," Emerging Health Knowledge Share, April 2021.

**Omar Robles, Ph.D., M.B.A.**

"A Look at Factors Influencing Medical Device Approval Speed," *Law360.com*, February 5, 2021 (with Brenda Rodriguez and Chelsey Campillo Rodriguez).

"An Algorithm to 510(k) Clearance Times 1996-2020," Emerging Health Knowledge Share, January 26, 2021 (with Brenda Rodriguez and Chelsey Campillo Rodriguez).

"FDA, USPTO Data Show Earlier Small-Molecule Drug Patenting," *Law360.com,* December 16, 2020 (with Ji-Won Choi).

Is There a Patent Race in Small-Molecule Pharmaceuticals?" NERA Economic Consulting White Paper, November 16, 2020 (with Ji-Won Choi).

"How Orange Book Listings Affect Patent Density, Exclusivity," *Law360.com*, August 12, 2020 (with Emily Rothkin and Daniel Yu).

"What the Orange Book Reveals About Trends in Patent Density, Evergreening, and Exclusivity," NERA Economic Consulting White Paper, June 26, 2020 (with Emily Rothkin and Daniel Yu).

"Antitrust Considerations for Biosimilar Reverse Payment Litigation – Not So Similar Afterall?" *The Civil Practice & Procedure Committee's Young Lawyers Advisory Panel: Perspectives in Antitrust*, May 2020 (with Dr. Sheng Li).

Contributor, *2019 Annual Review of Antitrust Law Developments*, American Bar Association Section of Antitrust Law, 2020.

"Glossary of Pharmaceutical Terms and Acronyms," NERA Economic Consulting White Paper, June 13, 2019 (with Dr. David Blackburn and Dr. Chris Stomberg).

"Effects of Antenatal Testing Laws on Infant Mortality," *Journal of Health Economics*, 45, 2016 (with Dr. Winnie Fung).

"Marriage Trends From the NLSY79," *Monthly Labor Review*, 2013 (with Dr. Alison Aughinbaugh and Dr. Hugette Sun).

"Measuring Personality Traits and Predicting Default with Experiments and Surveys" in Banking the World, edited by Jonathan Murdoch, Robert Cull, and Asli Demirguc-Kunt, MIT Press, 2012 (with Dr. Sendhil Mullainathan and Dr. Dean Karlan).

"Iodine Deficiency and Schooling Attainment in Tanzania," *American Economic Journal: Applied Economics*, 1(4), 2009 (with Dr. Erica Field and Dr. Maximo Torero).

## Presentations

Health Law Society Career Panel, Harvard Law School, November 2021.

Innovation, Competition, and "Pay-for-Delay" in Prescription Pharmaceuticals, Harvard Kennedy School, November 2021.

**Omar Robles, Ph.D., M.B.A.**

Regulating Drug Exclusivity in the Marketplace, Harvard Kennedy School, October 2021.

The Past, Present and Future of Drug Development, Harvard Kennedy School, October 2021.

Welcome Reception for Diversity.Advanced, ABA Antitrust Law Section, June 2021.

Why Antitrust? Economist Careers in a Dynamic Field, ABA Antitrust Section, May 2021.

NERA Insights Webinar | Trends in Pharmaceutical Patents and the Potential Impact of Exclusivity, November 2020 (CLE)

NERA Insights Webinar | Navigating Antitrust Concerns in Biosimilar Patent Settlements, September 2020 (CLE)

Legal Analytics: Measuring Outside Counsel by the Numbers, ABA's Business Law Section, September 2020

Summit on Biosimilars & Innovator Biologics, American Conference Institute, September 2020

NERA Meet the Author Webinar | Trends in Patent Density, August 2020

"U.S. Life Sciences Industry in the 2018 Landscape: Significant Trends and Developments Explored!" The Knowledge Group, September 2018

American Economic Association, San Francisco, CA, 2016

Population Association of America, Boston, MA, 2014

Northeast Universities Development Consortium Conference, Cambridge, MA, 2013

Association for Public Policy & Management, Baltimore, MD, 2012

Southern Economic Association, New Orleans, LA, 2012

Western Economic Association, San Francisco, CA, 2012

American Economic Association, Chicago, IL, 2012

Southern Economic Association, Washington, D.C., 2011

Harvard Global Health Institute, Research in Progress Seminar Series, Cambridge, MA, 2009

# Jeffrey Winkler, Ph.D.

CURRICULUM VITAE

**NAME:** **Jeffrey David Winkler**

**ADDRESS:** Department of Chemistry
University of Pennsylvania
Philadelphia, PA  19104
email: winkler@sas.upenn.edu

**PHONE:** (215) 898-0052

**LEGAL CONSULTING EXPERIENCE (last five years; on behalf of underlined):**

2022 **Jones Day** Expert in organic chemistry (**Puma Biotechnology)**

2021 **Venable LLP** Expert in organic chemistry (**Aerie Pharmaceuticals v.
Teva**)

2021 **Crowell & Moring LLP** Expert in organic chemistry (**BrendaRx v.
Teva, Cephalon and Eagle**)

2021 **Cravath Swaine & Moore LLP** Expert in organic chemistry
(**Vitaworks**)

2021 **DLA Piper LLP** Expert in organic chemistry (**Zoegenix**)

2021 **O'Melveny & Myers LLP** Expert in organic chemistry (**Abbvie Inc and
Allergan Limited**)

2021 **Torys LLP** Expert in organic chemistry (**Viiv Healthcare Company,
Shionogi & Co,. Ltd., and Viiv Healthcare ULC v. Sandoz Canada
Inc.  Canadian Federal Court File No. T-827-20**)

2020 **Durie Tangri** Expert in organic chemistry
(**John Gregg v. Cooley, LLP, et. al.**)

2020 **Cooley LLP** Expert in organic chemistry (**Liquidia Technologies v.
United Therapeutics Corporation**; **Expert Report, Deposition**)

2020 **Winston & Strawn** Expert in organic chemistry
(**FWK Holdings, LLC, et. al.  v. Merck, Glenmark Pharmaceuticals,
et. al.**)

2019 **McNeely Hare and War** Expert in organic chemistry
(**Amerigen Pharmaceuticals Ltd v. United Therapeutics Corporation**)

2019     **Womble Bond Dickinson** Expert in organic chemistry
**(Ferring Pharmaceuticals Inc. et. al. v. Lupin Inc., No 19-cv-913 (D. Del); Expert Report, Deposition)**

2019     **Quinn Emanuel Urquhart & Sullivan, LLP** Expert in organic chemistry
**(Allergan USA and Eden Biodesign LLC v. Aurobindo Pharma, Alkem Laboratories, Hetero Labs, MSN Laboratories, Sun Pharmaceutical and Zydus Pharmaceuticals)**

2019     **Bereskin & Parr (Canada)** Expert in organic chemistry (**ViiV Healthcare Co., Shionogi & Co., Ltd., and ViiV Healthcare UK (No. 3) Ltd. v. Gilead Sciences, Inc.; Trial Testimony)**

2018     **Baker Hostetler/McGuireWoods** Expert in organic and medicinal chemistry **(Eli Lilly v. Eagle Pharmaceuticals, Case No. 1:17-cv-1293; Expert Report, Deposition, Trial Testimony)**

2018     **Crowell & Moring** Expert in organic chemistry (**Chen v. Jung and Sawyers, Case No. 2:18-cv-02015-R-KS; Expert Report, Deposition and Trial Testimony**)

2018     **McCarthy Tetrault** Expert in organic chemistry (**Akebia v. FibroGen**)

2018     **Greenberg Traurig** Expert in organic chemistry (**Leo Pharma v. Actavis; Expert Reports and Deposition**)

2018     **Quinn Emanuel** Expert in organic chemistry (**Mitsubishi Tanabe Pharma Corp. and Janssen Pharmaceuticals v. Apotex, Aurobindo Pharma, Dr. Reddy's Laboratories, Hetero USA, Indoco Remedies, InvaGen Pharmaceuticals, Inc., Laurus Labs, 4, Macleods Pharma, MSN Laboratories, Prinston Pharmaceuticals, Sandoz, Teva Pharmaceuticals and Zydus Pharmaceuticals)**

2018     **Quinn Emanuel** Expert in organic chemistry (**Celgene v. International Union of Bricklayers and Allied Craft Workers Local 1 Health Fund; Expert Report and Deposition)**

2017     **Polsinelli PC** Expert in organic chemistry (**Leo Pharma v. Perrigo; Expert Reports and Deposition**)

2017     **Jones Day** Expert in organic chemistry (**Accord Healthcare Limited v. Celgene Corporation, HP-2017-000036, HP-2017-000037**)

2017     **Gibbons P. C.** Expert in organic chemistry (**Cipla v. Sunovion Pharm. Inc.; 15-cv-424 (LPS) (D. Del., Expert Reports and Deposition)**

2017     **Durie Tangri** Expert in organic chemistry (**Plexxikon Inc. v. Novartis Pharmaceuticals Corporation; Expert Report, Deposition and Trial)**

2017        **Arnold Porter Kaye Scholer** Expert in organic chemistry (**Pfizer v. Micro Labs, Sun, Prinston, Zydus and Breckenridge)**

**EDUCATION:**

Post-doctoral:        Columbia University.  January 1982-August 1983.
                      Research Director: Professor Ronald Breslow.

Graduate:             Columbia University.  September 1977-December 1981.
                      M.A. 1978, M.Phil., Ph.D. 1981.
                      Thesis Advisor: Professor Gilbert Stork.

Undergraduate:        Harvard College.  September 1973-June 1977.
                      A. B. cum laude in Chemistry, 1977.

**PROFESSIONAL**       Undergraduate Chair, Department of Chemistry, University
**EXPERIENCE:**        of Pennsylvania, July 2018-

                      Affiliate Member, Wistar Cancer Center, July 2017-

                      Merriam Professor of Chemistry,
                      University of Pennsylvania, January 2001-

                      Professor, University of Pennsylvania
                      Department of Chemistry, July 1996-

                      Founding Member, University of Pennsylvania
                      Center for Cancer Pharmacology, May 1998-present

                      Associate Professor, University of Pennsylvania,
                      Department of Chemistry, July 1990-June 1996

                      Member, University of Pennsylvania Cancer Center,
                      July 1993-present

                      Assistant Professor, University of Chicago,
                      Department of Chemistry, September 1983-June 1990

**AWARDS & HONORS:**   Ira H. Abrams Memorial Award for Distinguished Teaching, 2016
                      Elected Member, John Morgan Society, 2014
                      Visiting Scholar, Harbin University of Science and Technology, 2013
                      Fellow, Japan Society for the Promotion of Science, 2010
                      Lindback Award for Distinguished Teaching, 2007
                      Philadelphia Organic Chemists' Club Award, 2006
                      American Chemical Society Cope Scholar Award, 2000
                      Chairman, Philadelphia Organic Chemists' Club, 1995

American Cyanamid Young Faculty Award, 1989-1992
NIH-NCI Research Career Development Award, 1988-1993
Alfred P. Sloan Research Fellow, 1987-1989
Merck Foundation Award for Faculty Development, 1985
American Cancer Society Postdoctoral Fellow, 1982-1983

## PROFESSIONAL ACTIVITIES

Founder, Scitemex LLC, 2000-present
Member, Atrin Pharmaceuticals, Scientific Advisor Board, 2013-present
Co-Founder, Pinpoint Therapeutics, 2018-present

## INVITED LECTURES SINCE 2002:

**2002-2003**
Plenary Lecturer, French-American Chemical Society, 2002
Pfizer Lecturer, University of
Waterloo, 2002
Novartis Lecturer, University of Texas at Austin
University of Rochester
Emory University
Alan Johnson Lecturer, University of Sussex, UK
Invited Speaker, Gordon Research Conference on Natural Products, July 2003

**2003-2004**
Stanford University
University of California at Berkeley
Glaxo Smith Kline
Amgen
Biogen
Yale University
Boston College
State University of New York at Stony Brook

**2004-05**
Plenary Speaker, Belgian Organic Chemistry Symposium
Abbott Laboratories Distinguished Lecturer in Organic Synthesis, Notre Dame University
California Institute of Technology

**2005-2006**
GlaxoSmithKline Symposium Lecture
Wyeth Synthesis Course (Princeton, Collegeville, Pearl River, Cambridge)

**2006-2007**
Roche Lectureship, University of Colorado
Invited Lecturer, 12th Brazilian Meeting on Organic Synthesis

**2007-2008**

Bristol-Myers Squibb
University of Wisconsin-Madison

**2008-2009**
National Taiwan University
National Tsing Hua University, Taiwan
Keynote Speaker, 9th International Symposium on Organic Reactions, 2008 (Chiayi, Taiwan)

**2009-2010**
Hamilton College
Kyoto University, Katsura Campus
Kyoto University, Yoshida North Campus
Tokyo Institute of Technology
University of Tokyo
Chiba University
Hokkaido University
Tohoku University
Eli Lilly and Company
Pfizer Cambridge

**2010-2011**

University of Cambridge
University College London
Imperial College London
University of Cardiff
Paristech
University of Lyon
ETH
Invited Lecturer, Breslow Symposium, Anaheim, CA

**2011-2012**

Plenary Lecturer, 1st Korea International Forum on Organic Chemistry, Seoul
Frontiers in Chemistry Lecture, Case Western Reserve University
University of Iowa
University of Maryland Eastern Shores
Towson University

**2012-2013**

Morgan State University
University of Maryland Eastern Shores
Plenary Lecture, Paquette Symposium, Ohio State University
Amgen (Thousand Oaks, CA)
Harbin Institute of Technology
Shanghai Institute of Organic Chemistry
Peking University

Tsinghua University
University of Science and Technology of China (USTC)
Soochow University
Glaxo (Shanghai)
Fudan University

**2013-2014**

Muhlenberg College
Cutaneous Oncology Retreat, Villanova Conference Center
Invited Speaker, "PAINS, Promiscuity and Probes-Are Drug and Probe Development Mutually
Exclusive?" 248th ACS National Meeting - San Francisco, CA - August 2014

**2014-2015**

Rider University
University of Maryland Eastern Shores
Wesleyan University

**2015-2016**

Incyte
Bard College
Michigan State University

**2016-2017**
Louisiana State University
St. Johns University
Hanoi National University

**2017-2018**
Cutaneous Oncology Retreat, Wistar Institute
Radiobiology and Imaging Program, University of Pennsylvania and Abramson Cancer Center

**2018-2019**
Universite Cote dAzur
Philipps-University Marburg
Leibniz Universitat Hannover
ESPCI (Ecole Superiere de Physique et de Chimie Industrielles de La Ville de Paris
Ecole Polytechnique, Paris
14th Winter Conference on Medicinal and Bioorganic Chemistry, Steamboat Springs, CO

**2020-2021**
Stork Lecturer, University of Pennsylvania

**2021-2022**
University of Montreal

**PUBLICATIONS**:

1. L. Blaszczak, J. Winkler, S. O'Kuhn, "A New Synthesis of Olefins from Ketones via Coupling of Lithium Dialkylcuprates with Enol Phosphate Diesters," *Tetrahedron Lett.* **1976**, 4405-4408.

2. G. Stork, C. Shiner, J. Winkler, "Stereochemical Control of the Internal Michael Reaction. A New Construction of trans-Hydrindane Systems," *J. Am. Chem. Soc.* **1982**, *104*, 310-312.

3. G. Stork, J. Winkler, C. Shiner, "Stereochemical Control of Intramolecular Conjugate Addition. A Short, Highly Stereoselective Synthesis of Adrenosterone," *J. Am. Chem. Soc.* **1982**, *104*, 3767-3768.

4. G. Stork, J. Winkler, N. Saccomano, "Stereochemical Control in the Construction of Vicinally Substituted Cyclopentanes and Cyclohexanes. Intramolecular Conjugate Addition of β-Ketoester Anions," *Tetrahedron Lett.* **1983**, 465-468.

5. J. Winkler, E.Coutouli-Argyropoulou, R. Leppkes, R. Breslow, "An Artificial Transaminase Carrying A Synthetic Macrocyclic Binding Group," *J. Am. Chem. Soc.* **1983**, *105*, 7198-7199.

6. W. Weiner, J. Winkler, S. Zimmerman, R. Breslow, "Mimics of Tryptophan Synthetase and of Biochemical Dehydroalanine Formation," *J. Am. Chem. Soc.* **1985**, *107*, 4093-4094.

7. R. Breslow, A. W. Czarnik, M. Lauer, H. Leppkes, J. Winkler, S. Zimmerman, "Mimics of Transaminase Enzymes," *J. Am. Chem. Soc.* **1986**, *108*, 1969-1979.

8. J. Winkler, V. Sridar, "Stereochemical Control of Transannular Radical Cyclizations. A New Approach to the Synthesis of Linearly Fused Cyclopentanoids," *J. Am. Chem. Soc.* **1986**, *108*, 1708-1709.

9. J. Winkler, J. Hey, P. Williard, "Inside-Outside Stereoisomerism: A Synthesis of *trans*-Bicyclo[5.3.1]undecan-1-one," *J. Am. Chem. Soc.* **1986**, *108*, 6425-6427.

10. J. Winkler, P. Hershberger, J. Springer, "A Stereoselective Synthesis of the Azaspiroundecane Ring System of (-)-Histrionicotoxin from (+)-Glutamic Acid," *Tetrahedron Lett.* **1986**, 5177-5180.

11. J. Winkler, J. Hey, S. Darling, "Studies Directed Towards the Synthesis of the Taxane Diterpenes: A Remarkable Rearrangement," *Tetrahedron Lett.* **1986**, 5959-5962.

12. J. Winkler, J. Hey, F. Hannon, P. Williard, "Intramolecular Photoaddition of Dioxolenones. An Efficient Method for the Synthesis of Medium-Sized Rings," *Heterocycles* **1987**, *25*, 55-60.

13. J. Winkler, K. Deshayes, "Photodynamic Macrocycles," *J. Am. Chem. Soc.* **1987**, *109*, 2190-2191.

14. J. Winkler, K. Henegar, P. Williard, "Inside-Outside Stereoisomerism II. Synthesis of the Carbocyclic Ring System of the Ingenane Diterpenes *via* the Intramolecular Dioxolenone Photocycloaddition," *J. Am. Chem. Soc.* **1987**, *109*, 2850-2851.

15. K. Henegar, J. Winkler, "A New Method for the Synthesis of Dioxolenones via the Carboxylation of Ketone Enolates with Anisyl Cyanoformate," *Tetrahedron Lett.* **1987**, 1051-1054.

16. J. Winkler, C. Muller, R. Scott, "A New Method for the Formation of Nitrogen-Containing Ring Systems *via* the Intramolecular Photocycloaddition of Vinylogous Amides. A Synthesis of Mesembrine," *J. Am. Chem. Soc.* **1988**, *110*, 4831-4832.

17.  J. Winkler, J. Hey, P. Williard, "Inside-Outside Stereoisomerism III. The Synthesis of *trans*-Bicyclo[4.3.1]Decan-10-one," *Tetrahedron Lett.* **1988**, 4691-4694.

18.  J. Winkler, V. Sridar, "Eight-Membered Ring Templates for Stereoselective Radical Cyclizations," *Tetrahedron Lett.* **1988**, 6219-6222.

19.  J. Winkler, K. Deshayes, B. Shao, "Photodynamic Systems for Metal Ion Transport," *J. Am. Chem. Soc.* **1989**, *111*, 769-770.

20.  J. Winkler, P. Hershberger, "A Stereoselective Synthesis of (-)-Perhydrohistrioni-cotoxin," *J. Am. Chem. Soc.* **1989**, *111*, 4852-4856.

21.  J. Winkler, V. Sridar, L. Rubo, J. Hey, N. Haddad, "Inside-Outside Stereoisomerism IV.  An Unusual Rearrangement of the trans-Bicyclo[5.3.1]Undecan-11-yl Radical," *J. Org. Chem.* **1989**, *54*, 3004-3006.

22.  J. Winkler, C. Lee, L. Rubo, C. Muller, P. J. Squattrito, "Stereoselective Synthesis of the Tricyclic Skeleton of the Taxane Diterpenes.  The First C-Silylation of a Ketone Enolate," *J. Org. Chem.* **1989**, *54*, 4491-4493.

23.  J. Winkler, V. Sridar, M. Siegel, "Ten-Membered Ring Templates for Stereoselective Radical Cyclizations," *Tetrahedron Lett.* **1989**, 4943-4946.

24.  J. Winkler, C. Muller, J. Hey, R. Ogilvie, N. Haddad, P. Squattrito, P. Williard, "The Effect of Chromophore Transposition on the Stereochemical Outcome of the Intramolecular Dioxenone Photocycloaddition Reaction," *Tetrahedron Lett.* **1989**, 5211-5214.

25.  J. Winkler, N. Haddad, R. Ogilvie, "Intramolecular Photocycloaddition and Retro-Mannich Fragmentation of Tertiary Vinylogous Amides," *Tetrahedron Lett.* **1989**, 5703-5704.

26.  J. Winkler, M. Finck-Estes, "Carbon-Carbon Bond Formation Under Aqueous Reaction Conditions Using Sulfonium and Selenonium Salt Electrophiles," *Tetrahedron Lett.* **1989**, 7293-7296.

27.  J. Winkler, R. Scott, P. Williard, "Asymmetric Induction in the Vinylogous Amide Photocycloaddition.  A Formal Synthesis of Vindorosine," *J. Am. Chem. Soc.* **1990**, *112,* 8971-8975.

28.  J. Winkler, B. Hong, "Inside-Outside Stereoisomerism V.  Synthesis and Reactivity of Bicyclo[n.3.1]alkanones with trans Intrabridgehead Stereochemistry," *J. Am. Chem. Soc.* **1991**, *113,* 8839-8846.

29.  J. Winkler, E. Gretler, "Stereoselective Cyclopropanation of Homoallylic Alcohols. Formal Attachment of a Cyclopropane to a Preexisting Ring," *Tetrahedron Lett.* **1991**, 5733-36.

30.  J. Winkler and D. Subrahmanyam, "Studies Directed Towards the Synthesis of Taxol: Preparation of C-13 Oxygenated Taxane Congeners," *Tetrahedron* **1992**, *48*, 7049-7056.

31.  J. Winkler, E. Gretler, P. Williard,"Studies Directed Towards the Synthesis of the Ingenane Diterpenes.  An Unexpected Synthesis of trans-Bicyclo[5.3.0]Decanes," *J. Org. Chem.* **1993**, *58,* 1973-1975.

32.  J. Winkler, B. Hong, A. Bahador, M. Kazanietz, P. Blumberg, "Synthesis of Ingenol Analogs with Affinity for Protein Kinase C," *Bioorg. Med. Chem. Lett.* **1993**, *3,* 577-580.

33.  J. Winkler, B. Shao, "On the Stereoselectivity of the Intramolecular Dioxenone Photocycloaddition Reaction," *Tetrahedron Lett.* **1993**, 3355-3358.

34.  J. Winkler, M. Siegel, and J. Stelmach, "A Highly Stereoselective Approach to the Synthesis of the Manzamine Alkaloids via the Intramolecular Vinylogous Amide Photocycloaddition," *Tetrahedron Lett.* **1993**, 6509-6512.

35.  J. Winkler, K. Deshayes and Bin Shao, "Photochemical Binding, Release and Transport of Metal Ions."  In *Bioorganic Photochemistry,* **1993**, *Volume II*, H. Morrison, Ed., Wiley, New York, Chapter 3, pp. 169-196.

36.  J. Winkler, M. Siegel, "A Novel Photochemical Synthesis of Pyrroles from β-Ketoviny-logous Amides," *Tetrahedron Lett.* **1993**, 7697-7700.

37.  M. Siegel and J. Winkler, "Photochemistry of Enamines and Enaminones"  In *The Chemistry of Enamines,* **1994**, S. Patai and Z. Rappaport, Eds., Wiley, New York, 637-679.

38.  J. Winkler, K. Henegar, B. Hong and P. Williard, "Inside-Outside Stereoisomerism. 6. Synthesis of *trans*-Bicyclo[4.4.1]Undecan-11-one and the First Stereoselective Construction of the Ingenane Nucleus," *J. Am. Chem. Soc.* **1994**, *116,* 4183-4188.

39.  J. Winkler, B. Hong, "*Trans*-Bicyclo-[5.3.1]undecan-11-one," in Photochemical Key Steps in Organic Synthesis **1994**, J. Mattay and A. Griesbeck, Eds., VCH, Weinheim, 109-111.

40.  K. Davis, T. Berrodin, T., J. Stelmach, J. Winkler, M. Lazar, "Endogenous RXRs can function as hormone receptors in pituitary cells," *Molecular and Cell Biology* **1994**, *14*, 7105-7110.

41.  J. Winkler, S. Kim, K. Condroski, A. Asensio, K. N. Houk, "Stereoselective Synthesis of Polycyclic Ring Systems via the Tandem Diels-Alder Reaction," *J. Org. Chem.* **1994**, *59*, 6879-6881.

42.  J. Winkler, B. Hong, "Transannular Radical Reactions in Bicycloalkanes with 'Inside-Outside' Stereochemistry.  An Unusual Bridgehead Hydroxylation," *Tetrahedron Lett.* **1995**, 683-686.

43.  J. Winkler, H. Kim, S. Kim, "A Highly Efficient Synthesis of Taxanes via the Tandem Diels-Alder Reaction," *Tetrahedron Lett.* **1995**, 687-691.

44.  J. Winkler, B. Hong, A. Bahador, M. Kazanietz, P. Blumberg, "Methodology for the Synthesis of 3-Oxygenated Ingenanes--The First Ingenol Analogs with High Affinity for Protein Kinase C," *J. Org. Chem.* **1995**, *60*, 1381-1390.

45.  J. Winkler, S. Bhattacharya, F. Liotta, R. Batey, G. Heffernan, D. Cladingboel, R. Kelly, "Stereoselective Synthesis of A Synthon for the A-Ring of Taxol from R-(+)-Verbenone," *Tetrahedron Lett.* **1995**, 2211-2215.

46.  J. Winkler, B. Hong, S. Kim, N. Lewin, P. Blumberg, "On the Protein Kinase C Pharmacophore: Synthesis and Biological Activity of 4-Hydroxylated Analogs of Ingenol," *Synlett*  **1995**, 533-535.

47.  H. Li, S. Narasimhulu, L. Havran, J. Winkler, T. Poulos, "Crystal Structure of Cytochrome P-450 Complexed with Its Catalytic Product, 5-Exo-Hydroxycamphor," *J. Am. Chem. Soc.* **1995**, *117*, 6297-6299.

48.  J. Winkler, C. Mazur, and F. Liotta, "[2+2]Photocycloaddition-Fragmentation Strategies for the Synthesis of Natural and Unnatural Products," *Chem. Rev.* **1995**, *95,* 2003-2020.

49.  J. Winkler, "The Tandem Diels-Alder Reaction," *Chem. Rev.* **1996**, *96,* 167-176.

50.  J. Winkler, J. Stelmach, J. Axten, "Two Highly Efficient Syntheses of Scalemic Azocines," *Tetrahedron Lett.* **1996**, 4317-4320.

51.  J. Winkler, S. Bhattacharya, R. Batey, "Synthesis of a Taxinine Congener via the Intramolecular Diels-Alder Cycloaddition," *Tetrahedron Lett.* **1996**, 8069-8072.

52. J. Winkler, J. Holland, D. Peters, "Synthesis of Cyclopropyl Taxane Analogs via Sequential Diels-Alder Reactions," *J. Org. Chem.* **1996**, *61,* 9074-9075.

53. J. Winkler and P. Axelsen, "A Model for the Taxol/Epothilone Pharmacophore," *Bioorg. Med. Chem. Lett.* **1996**, *6*, 2963-2966.

54. J. Winkler, H. Kim, S. Kim. K. Ando, K. Houk, "Stereoselective Synthesis of the Taxane Ring System via the Tandem Diels-Alder Cycloaddition," *J. Org. Chem.* **1997**, *62,* 2957-2962.

55. J. Winkler, J. Stelmach, M. Siegel, N. Haddad, J. Axten, W. Dailey, "An Approach to the Synthesis of the Manzamine Alkaloids via the Vinylogous Amide Photocycloaddition-retro-Mannich Fragmentation-Mannich Closure Cascade," *Isr. J. Chem.* **1997**, *37,* 47-67.

56. S. Kim, J. Winkler, "Approaches to the Synthesis of Ingenol," *Chem. Soc. Rev.* **1997**, *26,* 387-400.

57. J. Winkler, E. Doherty, "Control of Relative Stereochemistry of Quaternary Carbon Centers via the Intramolecular Dioxenone Photocycloaddition: An Approach to the Synthesis of Saudin," *Tetrahedron Lett.* **1998**, 2253-2256.

58. J. Winkler, C. Bowen, V. Michelet, "Photodynamic Fluorescent Metal Ion Sensors with ppb Sensitivity," *J. Am. Chem. Soc.* **1998**, *120*, 3237-3242.

59. S. Narasimhulu, L. Havran, P. Axelsen, J. Winkler, "Interactions of Substrate and Product with Cytochrome P450," *Arch. Biochem. Biophys.* **1998**, *353*, 228-238.

60. J. Winkler, J. Axten, H. Hammach, Y. Kwak, M. Lucero, K. Houk, "Stereoselective Synthesis of the Tetracyclic Core of the Manzamine Alkaloids via the Vinylogous Amide Photocycloaddition Cascade: A Remarkable Effect of Azocine Unsaturation on the Stereochemical Outcome of the Photocycloaddition Reaction," *Tetrahedron* **1998**, *54*, 7045-7056.

61. J. Winkler, W. McCoull, "Diels-Alder Reaction on Solid Supports Using Polymer-Bound Oxazolidinones," *Tetrahedron Lett.* **1998**, 4935-4936.

62. J. Winkler, J. Axten, "The First Total Syntheses of Ircinol A, Ircinal A, and Manzamines A and D," *J. Am. Chem. Soc.* **1998**, *120*, 6425-6426.

63. J. Winkler, Y. Kwak, "An Approach to Controlled Oligomerization via Iterative Diels-Alder Cycloadditions on Solid Supports," *J. Org. Chem.* **1998**, *63*, 8634-8635.

64. J. Axten, L. Krim, H. Kung, J. Winkler, "An Improved Synthesis of *dl-threo-*Methylphenidate. Preparation and Biological Evaluation of Novel Analogs*," J. Org. Chem* **1998**, *63*, 9628-9629.

65. J. Winkler, S. Kim, S. Harrison, N. Lewin, P. Blumberg, "Synthesis and Biological Evaluation of Highly Functionalized Analogs of Ingenol: The Importance of Hydrophobic Effects on Binding to Protein Kinase C," *J. Am. Chem. Soc.*, **1999**, *121*, 296-300.

66. G. Collins, L. Choi, K. Ewing, V. Michelet, C. Bowen, and J. Winkler, "Photoinduced Switching of Metal Complexation by Quinolinospiropyranindolines in Polar Solvents," *J. Chem. Soc., Chem. Commun.* **1999**, 321-322.

67. J. Winkler, J. Holland, J. Kasparec, and P. Axelsen, "Synthesis and Biological Evaluation of Constrained Epothilone Analogs: The Efficient Synthesis of Eleven-Membered Rings by Olefin Metathesis," *Tetrahedron* (invited contribution to Symposium-in-Print on Olefin Metathesis in Synthesis) **1999**, *55*, 8199-8214.

68. J. Axten, R. Ivy, L. Krim, J. Winkler, "An Enantioselective Synthesis of d-threo-Methylphenidate*," J. Am. Chem. Soc.* **1999**, *121*, 6511-6512.

69.    J. Winkler, E. Doherty, " The First Total Synthesis of (+)-Saudin," *J. Am. Chem. Soc.* **1999**, *121*, 7425-7426.

70.    L. Evans, G. Collins, R. Shaffer, V. Michelet, J. Winkler, :Selective Metals Determination with a Photoreversible Spirobenzopyran," *Anal. Chem.* **1999**, *71*, 5322. 5327.

71.    J. Winkler, E. Piatnitski, J. Mehlmann, J. Kasparec, P. Axelsen, "Design and Synthesis of Novel Foldamers Based on an Anthracene Diels-Alder Adduct," *Angew. Chem. Int. Ed. Engl.* **2001**, *40*, 743-745.

72.    Y. Kwak, J. Winkler, "Synthesis of 6-Aza-Bicyclo[3.2.1]Octan-3-Ones via Vinylogous Imide Photochemistry: An Approach to the Synthesis of the Hetisine Alkaloids," *J. Am. Chem. Soc.* **2001**, *123,* 7429-7430.

73.    F. Ichinose, J. Erana-Garcia,  J. Hromi, Y. Raveh, R. Jones, L. Krim, M. Clark, J. Winkler, K. Bloch, W. Zapol, "Nebulized sildenafil is a selective pulmonary vasodilator in lambs with acute pulmonary hypertension," *Critical Care Medicine* **2001**, *29*, 1000-1005.

74.    G. Collins, R. Morris, J. Wei, M. Smith, M. Hammond, V. Michelet, J. Winkler, "Spectrophotometric Detection of Trace Copper Levels in Jet Fuel," *Energy & Fuels* **2002**, in press.

75.    J. Winkler, M. Rouse, M. Greaney, S. Harrison, Y. Jeon, "The First Total Synthesis of Ingenol,  *J. Am. Chem. Soc.* **2002**, *124,* 9726-9728.

76.    J. Winkler, S. Harrison, M. Greaney, M. Rouse, "Mechanistic Observations on the Unusual Reactivity of Dioxenone Photosubstrates in the Synthesis of Ingenol," *Synthesis* (Special Issue Dedicated to Professor Dieter Seebach) **2002**, 2150.

77.    J. Winkler, K. Quinn, C. MacKinnon, S. Hiscock, E. McLaughlin, "Tandem Diels-Alder Approach to the Synthesis of Eleutherobin," *Org. Lett.* **2003**, 5, 1805.

78.    R. Doerksen, B. Chen, J. Yuan, J. Winkler, M. Klein, "Novel Conformationally-Constrained β-Peptides Characterized by 1H NMR Chemical Shifts,," Chem. Commun., **2003**, 2534-2535.

79.    D. Liu; S. Choi; B. Chen; R.J. Doerksen; D.J. Clements; J.D. Winkler; M.L. Klein; W.F. DeGrado. "Nontoxic Membrane-Active Antimicrobial Arylamide Oligomers," *Angew. Chem. Int. Ed.* **2004**, *43*, 1158-1162.

80.    J. Winkler, P. Mikochik, "Synthesis of Cyclic Hemiketals and Spiroketals from Dioxanorbornanes," *Org. Lett*, **2004**, *6*, 3735-3737.

81.    J. Winkler, S. Asselin, S. Shepard, J. Yuan, "Metathesis Approach to the Synthesis of Polyheterocyclic Structures from Oxanorbornenes," *Org. Lett*, **2004**, *6*, 3821-3824.

82.    H. Kung, S. Newman, S. Choi, C. Oya, C. Hou, Z. Zhuang, P. Acton, K. Ploessl, J. Winkler, M. Kung, "2-(2-(Dimethylaminomethyl)phenoxy)-5-iodophenylamine: An Improved Serotonin Transporter Imaging Agent," *J. Med. Chem.* **2004**, *47,* 5258-5264.

83.    J. Winkler, E. McLaughlin, "Intramolecular Photocycloaddition of Dioxenones with Alkynes: Formation of Secondary Photoproducts from Cyclobutene Photoadducts," *Org. Lett*, **2005**, 7, 227-229.

84.    J. Winkler, K. Oh, S. Asselin, "Synthesis of Highly Functionalized Furanones via Aldol Reaction of 3-Silyloxyfurans," *Org. Lett*, **2005**, 7, 387-389.

85.    J. Winkler, E. Lee, L. Nevels, "A Pauson-Khand Approach to the Synthesis of Ingenol," *Org. Lett.*, **2005**, 7, 1489-1491.

86.  J. Winkler, K. Oh, "A One-Step Synthesis of 2,3-Dihydro-4*H*-pyran-4-ones from 3-Ethoxy α,β -Unsaturated Lactones," *Org. Lett.* **2005**, *7*, 2421-2423.

87.  S. Choi, D. Clements, V. Pophristic, I. Ivanov, S. Vemparala, J. Bennett, M. Klein, J. Winkler, W. DeGrado, "The Design and Evaluation of Heparin-Binding Foldamers," *Angew. Chem. Int. Ed.* **2005**, *44*, 6685-6689.

88.  W. Wang, W. Ho, D. Dicker, C. MacKinnon, J. Winkler, R. Marmorstein, W. El-Deiry, "Acridine Derivatives Activate p53 and Induce Tumor Cell Death Through Bax," *Cancer Biology and Therapy* **2005**, i, 893-898.

89.  J. Winkler, E. Lee, "Photochemical Route to the Synthesis of Thiolane 1-Oxides," *J. Am. Chem. Soc.* **2006**, *128*, 9040-9041.

90.  J. Winkler, A. Londregan, M. Hamann, "Antimalarial Activity of a New Family of Analogs of Manzamine A," *Org. Lett.*, **2006**, *8*, 2591-2594.

91.  J. Winkler, A. Londregan, J. Ragains, M. Hamann, "Synthesis and Biological Evaluation of Manzamine Analogues," *Org. Lett.*, **2006**, *8*, 3407-3409.

92.  J. Winkler, J. Ragains, "Intramolecular Photocycloaddition of Vinylogous Amides with Allenes: A Novel Approach to the Synthesis of Pyrroles," *Org. Lett.*, **2006**, *8*, 4031-33.

93.  J. Winkler, S. Asselin, "Synthesis of Novel Heterocyclic Structures via Reaction of Isocyanides with S-trans-Enones," *Org. Lett.*, **2006**, *8*, 3975-77.

94.  J. Ragains, J. Winkler, "Pseudosymmetry in azabicyclo[2.1.1.]hexanes. A Stereoselective Construction of the Bicyclic Core of the Ring System of Peduncularine," *Org. Lett.*, **2006**, *8*, 4437-4440.

95.  W. Jiang, P. Mikochik, J. Ra, H. Lei, K. Flaherty, J. Winkler, F. Spitz, "HIV Protease Inhibitor Nelfinavir Inhibits Growth of Human Melanoma Cells by Induction of Cell Cycle Arrest," *Cancer Research* **2007**, *67*, 1221-1227.

96.  J. Winkler, A. Londregan, M. Hamann, "Synthetic Modification of Manzmaine A via Grubbs Metathesis. Novel Structures with Enhanced Antibacterial and Antiprotozoal Properties," *Org. Lett.* **2007**, *9*, 4467-4469.

97.  S. Choi, G. Vilaire, C. Marcinkiewicz, J. Winkler, J. Bennett, W. Degrado, "Small Molecule Inhibitors of Integrin a2b1," *J. Med. Chem.* **2007**, *50*, 5457-5462.

98.  J. Winkler, M. Fitzgerald, "Stereoselective Synthesis of 8-Substituted 6-Azabicyclo[3.2.1]-octan-3-ones," *Synlett* **2009**, 562-564.

99.  S. Choi, A. Isaacs, D. Clements, D. Liu, H. Kim. R. Scott, J. Winkler, W. Degrado, "De Novo Design and in vivo Activity of Conformationally Restrained Antimicrobial Arylamide Foldamers," *Proc. Natl. Acad. Sci,* **2009**, *106*, 6968-6973.

100.  H. Jo, M. Fitzgerald, J. Winkler, "An Unusual Pathway to Cyclobutane Formation via Desulfurative Intramolecular Photocycloaddition to an Enone Benzothiazoline Pair," *Org. Lett* **2009**, *11*, 1685-1687.

101.  J. Winkler, A. Isaacs, L. Holderbaum. V. Tatard, N. Dahmane, "Design and Synthesis of Inhibitors of Hedgehog Signaling Based on the Alkaloid Cyclopamine *Org. Lett* **2009**, *11*, 2824-2827.

102.  T. Yano, S. Kassovska-Bratinova, J. Teh, J. Winkler, K. Sullivan, A. Isaacs, N. Schechter, H. Rubin, "Reduction of Clofazimine by Mycobaterial Type 2 NADH:Quinone Oxidoreductase: A Pathway for the Generation of Bactericidal Levels of Reactive Oxygen Species," *J. Biol. Chem.* **2011**, 286, 10276-10287 (doi: 10.1074/ jbc.M110. 200501).

103. T. Haimowitz, M. Fitzgerald, J. Winkler, "Studies Directed Toward the Synthesis of Nakadomarin A," *Tetrahedron Lett.* **2011**, 52, 2162-2164 (invited contribution in honor of Professor Harry Wasserman).

104. A. Adeniji, B. Twenter, M. Byrns, Y. Jin, J. Winkler, T. Penning, "Discovery of Substituted 3-(Phenylamino)benzoic acids as Potent and Selective Inhibitors of Type 5 17β-Hydroxysteroid Dehydrogenase (AKR1C3)," *Bioorg. Med. Chem. Lett,* **2011**, *21*, 1464-1468.

105. Z. Zhang, V. Baubet, C. Ventocilla, C. Xiang, N. Dahmane, J. Winkler, "Stereoselective Synthesis of F-Ring Saturated Estrone-Derived Inhibitors of Hedgehog Signaling Based on Cyclopamine," *Org. Lett* **2011**, *13*, 4786-4789.

106. A. Isaacs, C. Xiang, V. Baubet, N. Dahmane, J. Winkler, "Studies Directed toward the Eludication of the Pharmacophore of Steroid-Based Hedgehog Signaling Inhibitors," *Org. Lett* **2011**, *13*, 5140-5143.

107. J. Winkler, A. Isaacs, C. Xiang, V. Baubet, N. Dahmane, "Design, Synthesis and Biological Evaluation of Estrone-Derived Hedgehog Signaling Inhibitors," *Tetrahedron* **2011**, *67,* 10261-10266 (invited contribution in honor of Professor Gilbert Stork).

108. J. Winkler, B. Twenter, T. Gendrineau, "Synthesis of Substituted Phenazines via Palladium-Catalyzed Aryl Ligation," *Heterocycles,* **2012**, *84*, 1345-1353 (invited contribution in honor of Professor Albert Padwa).

109. A. Adeniji, B. Twenter, M. Byrns, U. Jin, M. Chen, J. Winkler, T. Penning, "Development of Potent and Selective Inhibitors of Aldo-Keto Reductase 1C3 (type 5 17β-hydroxysteroid dehydrogenase) Based on N-Phenyl-Aminobenzoates and Their Structure Activity Relationships," *J. Med. Chem.* **2012**, *55*, 2311-2323

110. Q. McAfee, Z. Zhang, A. Samanta, S. Levi, X. Ma, S. Piao, J. Lynch, T. Uehara, A. Sepulveda, L. Davis, J. Winkler, R. Amaravadi, "A Novel Autophagy Inhibitor with Single Agent Antitumor Activity Reproduces the Phenotype of a Genetic Autophagy Deficiency," *Proc. Natl. Acad. Sci.* **2012**, *109*, 8253-8258.

111. J. Qin, P. Xie, C. Ventochilla, G. Zhou, A. Vultur, Q. Chen, Q. Liu, M. Herlyn, J. Winkler, R. Marmorstein, "Identification of a Novel Family of BRAF(V600E) Inhibitors, *J. Med. Chem.* **2012**, *55*, 5220-5230.

112. M. Chen, A. Adeniji, B. Twenter, J. Winkler, D. Christianson, T. Penning, "Crystal Structures of AKR1C3 Containing an N-(Aryl)amino-benzoate Inhibitor and a Bifunctional AKR1C3 Inhibitor and Androgen Receptor Antagonist. Therapeutic Leads for Castrate Resistant Prostate Cancer," *Bioorg. Med. Chem. Lett.* **2012**, *22*, 3492-3497.

113. R. Amaravadi, J. Winkler, "Lys05: A New Lysosomal Autophagy Inhibitor," *Autophagy* **2012**, *8*, 1383-1384.

114. X. Ma, S. Piao, S. Dey, Q. Mcafee, G. Karakousis, J. Villaneuva, L. Hart, S. Levi, J. Hu, G. Zhang, R. Lazova, V. Klump, J. Pawalek, X. Xu, W. Xu, L. Schuchter, M. Davies, M. Herlyn, **J. Winkler**, C. Koumenis, R. Amaravadi, " Targeting ER Stress-Induced Autophagy Overcomes BRAF Inhibitor Resistance in Melanoma," *J. Clin. Invest.* **2014**, *124,* 1406-1417.

115. V. Hubbard-Lucey, Y. Shono, K. Maurer, M. West, N. Singer, C. Ziegler, C. Lezcano, A. Motta, K. Schmid, S. Levi, G. Murphy, C. Liu, J. Winkler, R. Amaravadi, G. Rogler, A. Dickinson, E. Holler, M. van den Brink, K. Cadwell, "Autophagy Gene Atg16l1 Prevents Lethal T Cell Alloreactivity Mediated by Dendritic Cells," *Immunity*, **2014**, *4,* 579-591.

116.    J. Chatwichien, S. Basu, M. Murphy, M. Hamann, J. Winkler, "Design, Synthesis and Biological Evaluation of β-Carboline Dimers Based on the Structure of Neokaulamine," "Tet. Lett. **2015**, *56*, 3515-3517.

117.    Y. Nishimura, N. McLaughlin, J. Pan, S. Goldstein, S. Hafenstein, H. Shimizu, J. Winkler, J. Bergelson, "The Suramin Derivative NF449 Interacts with the 5-Fold Vertex of the Enterovirus A71 Capsid to Prevent Virus Attachment to PSGL-1 and Heparan Sulfate," *PLOS Pathogens* **2015**, *11* (10): e1005184.

118.    I. Vasilevskaya, M.  Selvakumaran, L.  Hierro,  S. Goldstein,  J. Winkler. P. O'Dwyer, "Inhibition of JNK Sensitizes Hypoxic Colon Cancer Cells to DNA Damaging Agents, " *Clin. Cancer Res.* **2015**, *21*, 4143-4152.

119.    C. Natale, E. Duperret, J. Zhang, R. Sadeghi, D. Ankit, K. O'Brien, R. Cookson, J. Winkler, T. Ridky "Sex Steroids Regulate Skin Pigmentation Through Nonclassical Membrane-Bound Receptors," *eLife,* **2016**, *5*, e15164. PMID: 27115344.

120.    J. Chatwichien, S. Basu, A. Budina-Kolomets, M. Murphy and J. Winkler, "PUMA-Dependent Apoptosis in NSCLC Cancer Cells by a Dimeric β-Carboline, *Bioorg. Med. Chem. Lett.* **2016**, *26*, 4884-4887.

121.    M. Grasso, M. Estrada, C. Ventocilla, M. Samanta, J. Maksimoska, J. Villaneuva, J. Winkler, R. Marmorstein, "Chemically Linked Vemurafenib Inhibitors Promote an Inactive BRAF/V600E Conformation," *ACS Chemical Biology* **2016**, *11*, 2876-2888.

122.    L. DeVorkin, M. Hattersley, P. Kim, J. Ries, J. Lum, J. Spowart, M. Anglesio, D. Huntsman, S. Levi, J. Winkler, R. Amaravadi, A. Tinker, "Autophagy Inhibition Enhances Sunitinib Efficacy in Clear Cell Ovarian Carcinoma," *Molecular Cancer Research* **2017**, *15*, 250-258.

123.    T. Gade, E. Tucker, M. Nakazawa, S. Hunt. W. Wong, B. Krock, C. Weber, G. Madolski, J. Winkler, R. Amaravadi, M. Simon, "Ischemia Induces Quiescence and Autophagy Dependence in Hepatocellular Carcinoma," *Radiology* **2017**, *283*, 702-710.

124.    K. Whelan, P. Chandramouleeswaran, K. Tanaka, M. Natsuizaka, M. Guha, S. Srinivasan, D. Darling, Y. Kita, S. Natsugoe, J. Winkler, A. Klein-Szanto, R. Amaravadi, N. Avadhani, A. Rustgi, H. Nakagawa, "Autophagy Supports Generation of Cells with High CD44 Expression via Modulation of Oxidative Stress and Parkin-Mediated Mitochondrial Clearance," *Oncogene* **2017**, *36*, 4843-4858.

125.    S. Vijayaraghavan, C. Karakas, I. Doostan, X. Chen, T. Bui, Min Yi, A. Raghavenddra, Y. Zhao, S. Bashour, N. Ibrahim, M. Karuturi, J. Wang, J. Winkler, R. Amaravadi, K. Hunt, D. Tripathy, K. Keyomarsi, " CDK4/6 and Autophagy Inhibitors Synergistically Induce Senescence in Rb Positive Cytoplasmic Cyclic E Negative Cancers," *Nature Comm.* **2017**, **8** 15916 (doi:10.1038/ncomms15916).

126.    A. Ndoye, A. Budina-Kolomets, C. Kugel, M. Webster, A. Kaur, R. Behera, V. Rebecca, L. Li, P. Brafford, Q. Liu, Y. Gopal, M. Davies, G. Milles, X. Xu, H. Wu, M. Herlyn, M. Nicastri, J. Winkler, M. Soengas, R. Amaravadi, M. Murphy, A. Weeraratna, "ATG5 Mediates a Positive Feedback Loop Between Wnt Signaling and Autophagy in Melanoma," *Cancer Res.* **2017**, *77*, 2873-5885.

127.    V. Rebecca, M. Nicastri, N. McLaughlin, C. Fennelly, Q. McAfee, A. Ronghe, M. Nofal, C. Lim, E. Witze, C. Chude, G. Zhang, G. Alicea, S. Piao, S. Murugan, R. Ojha, S. Levi, Z. Wei, J. Barber-Rotenberg, M. Murphy, G. Mills, Y. Lu, J. Rabinowitz, R. Marmorstein, Q. Liu, S. Liu, X. Xu, M. Herlyn. R. Zoncu, D. Brady, D. Speicher, J. Winkler, R. Amaravadi, "A Unified Approach to Targeting the

Lysosome's Degradative and Growth Signal Notes," *Cancer Discovery* **2017**, *7*, 1266-1283.

128.   S. Piao, R. Ojha, VV. Rebecca, A. Samanta, X. Ma. Q. McAfee, M. Nicastri, M. Buckley, E. Brown, J. Winkler, P. Gimotty, R. Amaravadi, "ALDH1A1 and HLTF Modulate the Activity of Lysosomal Autophagy Inhibitors," *Autophagy* **2017**, 1-16.

129.   M. Nicastri, V. Rebecca, R. Amaravadi, J. Winkler, "Dimeric Quinacrines as Chemical Tools to Identify PPT1, a New Regulator of Autophagy," *Mol. Cell. Oncol.* **2018**, *5*:1, e1395504, DOI: 10.1080/23723556.2017.1395504.

130.   E. Nakamura, J. Winkler, V. Aggarwal, "Gilbert Stork," *Ang. Chem. Int. Ed.* **2018** *57***,** 36.

131.   M. Estrada, X. Zhao, K. Lorent, A. Kriegermeier, S. Nagao, S. Berritt, R. Wells, M. Pack. J. Winkler, "Synthesis and Structure-Activity Relationship Study of Biliatresone, a Plant Isoflavonoid That Causes Biliary Atresia," *ACS Med. Chem. Lett,* **2018**, *9,* 61-64.

132.   M. Grasso, M. Estrada, K. Berrios, J. Winkler, R. Marmorstein, *N*-(7-cyano-6-(4-fluoro-3-(2-(3-(trifluoromethyl)phenyl)acetamido)phenoxy)benzo[*d*]thiazol-2-yl)cyclopropanecarboxamide (TAK632) Promotes Inhibition of BRAF Through the Induction of Inhibited Dimers," *J. Med. Chem.* **2018**, *61,* 5034-5046.

133.   S. Goldstein, C. Liu, M. Safo, A. Nakagawa, W. Zapol, J. Winkler, "Design, Synthesis and Biological Evaluation of Allosteric Effectors that Enhance CO Release from Carboxyhemoglobin," *ACS Med. Chem. Lett*. **2018**, *9*, 714-718.

134.   V. Rebecca, M. Nicastri, C. Fennelly, C. Chude, J. BarberRotenberg, A. Ronghe, Q. McAfee, N. McLaughlin, G. Zhang, A.Goldman, R. Ojha, S. Piao, E. NogueraOrtega, A. Martorella, G. Alicea, J. Lee, L. Schuchter, X. Xu, M. Herlyn, R.Marmorstein, P. Gimotty, D. Speicher, J. Winkler and R. Amaravadi, "PPT1 Promotes Tumor Growth and Is the Molecular Target of Chloroquine Derivatives in Cancer," *Cancer Discovery* **2019**, *9*, 220-229.

135.   P. Baquero, A. Dawson, A. Mukhopadhyay, E. Kuntz, R. Mitchell, O. Olivares, A. Iannicello, M. Scott, K. Dunn, M. Nicastri, J. Winkler, A. Michie, K. Ryan, C. Halsey, E. Gottlieb, E. Keaney, L. Murphy, R. Amaravadi, T. Holyoke, G. Helgason, "Targeting Quiescent Leukemic Stem Cells Using Second Generation Autophagy Inhibitors," *Leukemia*, **2019**, *33*, 981-994.

136.   P. Wangtrakuldee, A. Adeniji, T. Zang, L. Duan, B. Khatri, B. Twenter, M. Estrada, T. Higgins, J. Winkler, T. Penning, "A 3-(4-nitronaphthen-1-yl) amino-benzoate analog as a bifunctional AKR1C3 inhibitor and AR antagonist: Head to head comparison with other advanced AKR1C3 targeted therapeutics," *Journal of Steroid Biochemistry and Molecular Biology* **2019**, 192, 105283.

137.   Q. Yan, P. Carroll, M. Gau, J. Winkler, M. Joullie, "A Transannular Rearrangement Reaction of a Pyrroloindoline Diketopiperazine, " *Org. Lett.* **2019**, *21*, 6619-6623.

138.   L. Cechakova, M. Ondrej, V. Pavlikk, P. Jost, D. Cizkova, A. Bezrouk, J. Pejchal, R. Amaravadi, J. Winkler, A. Tichy, "A Potent Autophagy Inhibitor (Lys 05) Enhances the Impact of Ionizing Radiation on Human Lung Cancer Cells H1299," *Int. J. Mol. Sci.* **2019**, *20*, 5881-5816.

139.   K. Crocker, Y. Pei, E. Robertson, J. Winkler, "Synthesis of a Novel Bruceantin Analog via Intramolecular Etherification," *Can. J. Chem.* **2020** *98*, 270-272 (Special Issue to honor Professor Jim Wuest).

140.   T. Higgins, J. Winkler, "Synthesis and Applications of the C2-Symmetrical Diamine 2,7-Diazabicyclo[4.4.1]undecane*," J. Org. Chem.* **2020**, *85*, 7424-7432.

141.   G. Sharma, R. Ojha, E. Noguera-Ortega, V. Rebecca, J. Attanasio, S. Liu, S. Piao, J. Lee, M. Nicastri, S. Harper, A. Ronghe, V. Jain, J. Winkler, D. Speicher, J. Mastio, P. Gimotty, X. Xu, E. Wherry, D. Gabrilovich, R. Amaravadi, "PPT1 Inhibition Enhances the Antitumor Activity of Anti-PD-1-Antibody in Melanoma," *J. Clin. Invest. Insight*, **2020**, *5*, e133225.

142.   X. Zhao, K. Lorent, D. Escobar-Zarate, R. Rajagopalan, K. Loomes, N. Spinner, K. Gillespie, C. Mesaros, I. Blair, M. Estrada, J. Winkler, M. Devoto, M. Pack, "Impaired Redox and Protein Homeostasis as Risk Factors and Therapeutic Targets in Toxin-Induced Biliary Atresia," *Gastroenterology* **2020**, *159*, 1068-1084.e2.

143.   C. Xu, L. Wang, P. Fozouni, G. Evjen,, V. Chandra, J. Jiang, C. Lu, M. Nicastri C. Bretz, J. Winkler, R. Amaravadi, B. Garcia, P. Adams, M. Ott, W. Tong, T. Johansen, Z. Dou, S. Berger, "SIRT1 is Downregulated by Autophagy in Senescence and Aging," *Nature Cell Biol.* **2020**, *22*, 1170-1179.

144.   H. Jeon, J. Winkler, "Synthesis of Cyclohexane-Angularly-Fused Triquinanes," *Synthesis* **2021** 53, 3, 475-488.

145.   T. Higgins, S. Lee, J. Winkler, "Synthesis of and Metal Complexation with a Chiral Cyclam," *J. Org. Chem.* **2021**, *86,* 5417-5422.

146.   K. Doytchinova, J. Winkler, "Synthesis of the Core Ring System of the Antiosteoporotic Citrofulvicin," *Organic Letters* **2021**, *23*, 4575-4578.

147.   L. Mazaleuskaya, S. Lee, H. Meng. J. Winkler, G. FitzGerald, "Targeted Delivery of mPGES-1 Inhibitors to Macrophages via the Folate Receptor-β for Inflammatory Pain," *ACS Med. Chem. Letters* **2021**, *50,* 128313 (doi: 10.1016/j.bmcl.2021.128313)

148.   Y. Wang, V. Jain, A. Versace, M. Bhardwah, M. Crissey, R. Amaravadi, J. Winkler, "Anticancer Properties of Bisaminoquinolines with Modified Linkers," *Bioorg. Med. Chem. Lett.* **2021,** *49,* 128272 (doi: 10.1016/j.bmcl.2021.128272)