IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED THERAPEUTICS
CORPORATION,

       Plaintiff,

v.

LIQUIDIA TECHNOLOGIES, INC.,

       Defendant.

Civil Action No. 20-755-RGA

## ORDER

For the reasons stated in the accompanying Memorandum, Plaintiff's Motion for Presumption under 35 U.S.C. § 295 (D.I. 311) is DENIED.

Entered this 22 day of March, 2022.

_____
United States District Judge