# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Michael J. Flynn
(302) 351-9661
mflynn@morrisnichols.com

March 24, 2022

The Honorable Richard G. Andrews  *VIA ELECTRONIC FILING and*
United States District Court  *HAND DELIVERY*
 for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re: *United Therapeutics Corp. v. Liquidia Techs., Inc.*, C.A. No. 20-755-RGA-JLH

Dear Judge Andrews:

Pursuant to Your Honor's request at the Pretrial Conference held on March 4, 2022, Plaintiff UTC encloses binders containing a picture of UTC's witnesses and two pages from the expert witnesses' curricula vitae.

Respectfully,

*/s/ Michael J. Flynn*

Michael J. Flynn (#5333)

MJF/dss

cc: Clerk of the Court (by hand delivery)
 All Counsel of Record (by CM/ECF and email)