IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 20-755 (RGA) (JLH) ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) ) |
| Defendant. | ) |

### STIPULATION TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the time to submit a proposed public version of Liquidia Technologies, Inc.'s Objection to Report and Recommendation (D.I. 377) is extended through and including April 13, 2022.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Sarah E. Simonetti* | */s/ Emily S. DiBenedetto* |
| Jack B. Blumenfeld (#1014) | Karen E. Keller (#4489) |
| Michael J. Flynn (#5333) | Nathan R. Hoeschen (#6232) |
| Sarah E. Simonetti (#6698) | Emily S. DiBenedetto (#6779) |
| 1201 North Market Street | I.M. Pei Building |
| P.O. Box 1347 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 298-0700 |
| jblumenfeld@morrisnichols.com | kkeller@shawkeller.com |
| mflynn@morrisnichols.com | nhoeschen@shawkeller.com |
| ssimonetti@morrisnichols.com | edibenedetto@shawkeller.com |
| *Attorneys for Plaintiff United Therapeutics Corporation* | *Attorneys for Defendant Liquidia Technologies, Inc.* |

March 30, 2022

     **SO ORDERED** this _____ day of _____, 2022.

 

_____
J.