IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 20-755 (RGA) (JLH) ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) |

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the time for Plaintiff United Therapeutics Corporation to file its response to Defendant's Objections to Report & Recommendation Regarding Motion for Summary Judgment of Invalidity Due to Collateral Estoppel (D.I. 377) is extended through and including April 13, 2022.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Michael J. Flynn
Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
Sarah E. Simonetti (#6698)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com
ssimonetti@morrisnichols.com
   *Attorneys for Plaintiff*

SHAW KELLER LLP

/s/ Nathan R. Hoeschen
Karen E. Keller (#4489)
Nathan R. Hoeschen (#6232)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
   *Attorneys for Defendant*

April 1, 2022

**SO ORDERED** this _____ day of April, 2022.

_____
United States District Judge