AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  Delaware

United Therapeutics Corporation

v.

Liquidia Technologies, Inc.

**EXHIBIT AND WITNESS LIST**

Case Number: 20CV755 RGA

| PRESIDING JUDGE Hon. Richard G. Andrews | PLAINTIFF'S ATTORNEY S. Simonetti, M. Flynn, J. Blumenfeld | DEFENDANT'S ATTORNEY K. Keller, E. DiBenedetto, D. Fry |
|---|---|---|
| TRIAL DATE(S) 3/28/22 - 3/31/22 | COURT REPORTER H. Triozzi | COURTROOM DEPUTY L. Kilpatrick |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 3/28 | | | Patrick Poisson; sworn |
| W2 | | 3/28 | | | Deposition of Jeffrey Kindig |
| W3 | | 3/28 | | | Deposition of Todd Battistoni |
| W4 | | 3/28 | | | Dr. Colin Nuckolls; sworn |
| W5 | | 3/28 | | | Dr. Dean Toste; sworn |
| W6 | | 3/28 | | | Deposition of Kelli Collin |
| W7 | | 3/28 | | | Deposition of Marisa Law |
| W8 | | 3/28 | | | Cesar Matto; sworn |
| W9 | | 3/28 | | | Deposition of Benjamin Maynor |
| W10 | | 3/28 | | | Deposition of Robert Roscigno |
| W11 | | 3/28 | | | Deposition of Werner Seeger |
| | W1 | 3/29 | | | Jeffrey Kindig; sworn |
| | W2 | 3/29 | | | Deposition of Hamilton Lennox |
| | W4 | 3/29 | | | John Fuson; sworn |
| | W5 | 3/29 | | | Dr. Jeffrey Winkler; sworn |
| | W6 | 3/29 | | | Deposition of Dr. Hitesh Batra |
| | W7 | 3/29 | | | Deposition of Dr. Sudersan Tuladhar |
| | W8 | 3/29 | | | Dr. Nicholas Hill; sworn |
| | W9 | 3/29 | | | Deposition of Dr. Lewis Rubin |
| W12 | | 3/30 | | | Dr. Aaron Waxman; sworn |
| | W10 | 3/30 | | | Dr. Igor Gonda; sworn |
| W13 | | 3/30 | | | Dean Bunce |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

|  | vs. |  | CASE NO. |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W14 | | 3/30 | | | Dr. David Walsh; sworn |
| W15 | | 3/30 | | | Dr. Karl Scheidt; sworn |
| W16 | | 3/30 | | | Dr. Andrew Clark; sworn |
| W17 | | 3/30 | | | Dr. Hugh Smyth; sworn |

Page __2__ of __2__ Pages