IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) C.A. No. 20-755 (RGA) (JLH) |
| v. | ) ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) |
| Defendant. | ) |

**DECLARATION OF MICHAEL J. FLYNN IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PRESUMPTION UNDER 35 U.S.C § 295**

I, Michael Flynn, declare as follows:

1. I am an attorney at Morris, Nichols, Arsht & Tunnell LLP in Wilmington, Delaware. I am one of the lawyers representing Plaintiff United Therapeutics Corporation in connection with the above action. This declaration is made on my personal knowledge and belief, and I could and would testify competently as to the contents if called as a witness.

2. Attached to this declaration as **Exhibit A** is a true and correct copy of the transcript from the March 10, 2022 hearing on Liquidia's Motion for Summary Judgment before Judge Hall.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed this 13th day of April, 2022 in Wilmington, Delaware.

_____
Michael J. Flynn (#5333)

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 13, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Sanya Sukduang, Esquire<br>Jonathan Davies, Esquire<br>Douglas W. Cheek, Esquire<br>Adam Pivovar, Esquire<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC  20004-2400<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Erik Milch, Esquire<br>COOLEY LLP<br>11951 Freedom Drive, 14th Floor<br>Reston, VA  20190-5640<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Ivor Elrifi, Esquire<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY  10001-2157<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |

Lauren Krickl, Esquire  *VIA ELECTRONIC MAIL*
Deepa Kannappan, Esquire
Brittany Cazakoff, Esquire
Kyung Taeck Minn, Esquire
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
*Attorneys for Defendant Liquidia Technologies, Inc.*

/s/ *Michael J. Flynn*
_____
Michael J. Flynn (#5333)