IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| UNITED THERAPEUTICS CORPORATION, | ) |
|---|---|
| Plaintiff, | ) ) ) ) |
| v. | ) C.A. No. 20-755 (RGA) (JLH) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER ON POST-TRIAL BRIEFING**

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the following schedule shall govern the filing of post-trial briefs in this action:

|  | Date |
|---|---|
| Plaintiff's Opening Brief and Proposed Findings of Fact on Infringement | May 4, 2022 |
| Defendant's Opening Brief and Proposed Findings of Fact on Invalidity | May 4, 2022 |
| Plaintiff's Answering Brief and Proposed Findings of Fact on Validity | June 1, 2022 |
| Defendant's Answering Brief and Proposed Findings of Fact on Non-Infringement | June 1, 2022 |
| Plaintiff's Reply Brief | June 15, 2022 |
| Defendant's Reply Brief | June 15, 2022 |
| Submission of Hyperlinked Versions of all Briefs | June 22, 2022 |

It is further stipulated, subject to the approval of the Court, that each side shall have up to 100 total pages for its opening brief, answering brief, and Proposed Findings of Fact, to be allocated among the briefs and findings at the party's discretion. Each party shall have an additional 10 pages for a reply brief.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| */s/ Michael J. Flynn* | */s/ Nathan R. Hoeschen* |
| Jack B. Blumenfeld (#1014) | Karen E. Keller (#4489) |
| Michael J. Flynn (#5333) | Nathan R. Hoeschen (#6232) |
| Sarah E. Simonetti (#6698) | I.M. Pei Building |
| 1201 North Market Street | 1105 North Market Street, 12th Floor |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 298-0700 |
| (302) 658-9200 | kkeller@shawkeller.com |
| jblumenfeld@morrisnichols.com | nhoeschen@shawkeller.com |
| mflynn@morrisnichols.com | |
| ssimonetti@morrisnichols.com | *Attorneys for Defendant* |

*Attorneys for Plaintiff*

April 18, 2022

**SO ORDERED** this  18th  day of April, 2022.

/s/ Richard G. Andrews
United States District Judge