IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 20-755 (RGA) (JLH) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF'S PROPOSED FINDINGS OF FACT ON INFRINGEMENT**

OF COUNSEL:

Huiya Wu
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

William C. Jackson
Eric Levi
GOODWIN PROCTER LLP
1900 N Street NW
Washington, DC 20036
(202) 346-4216

Douglas H. Carsten
Mandy H. Kim
Arthur Dykhuis
Jiaxiao Zhang
Katherine Pappas
MCDERMOTT WILL & EMERY LLP
18565 Jamboree Road, Suite 250
Irvine, CA 92612
(949) 851-0633

Ian B. Brooks
Adam W. Burrowbridge
Joshua Revilla
Timothy M. Dunker
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC 20001
(202) 756-8000

May 4, 2022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
Sarah E. Simonetti (#6698)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com
ssimonetti@morrisnichols.com

*Attorneys for Plaintiff*
*United Therapeutics Corporation*

Harrison Gunn
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

## TABLE OF CONTENTS

I.  BACKGROUND ........................................................................................................ 1

II. INFRINGEMENT OF THE '066 PATENT ........................................................... 1

    A.  Liquidia Will Use Treprostinil Manufactured By Yonsung And Supplied
        Through LGM To Make LIQ861 ................................................................ 1

    B.  The Manufacturing Process Used by Yonsung and Known to Liquidia
        Results in Treprostinil Sodium Stable at Ambient Temperature .......................... 4

    C.  Manufacture of Liquidia's Proposed Product Lowers the Level of One or
        More Impurities Resulting from Alkylation and Hydrolysis Steps as
        Claimed ........................................................................................................ 6

        1.  Percent Total Impurities Analysis Presented by Dr. Nuckolls .................. 7

        2.  Number of Impurities Analysis Presented by Dr. Nuckolls ...................... 8

        3.  Epi-Treprostinil Analyses Presented by Drs. Toste and Nuckolls.............. 8

    D.  Liquidia Stores Treprostinil Sodium at Ambient Temperature ............................ 9

        1.  NDA permits storage at ambient temperature, relies on Yonsung
            data ................................................................................................ 9

        2.  Every NDA batch was exposed to temperatures outside 2-8
            degrees (or not temperature tracked) .......................................... 11

        3.  FDA rules permit Liquidia to use batches stored at ambient
            temperature ...................................................................................... 12

    E.  Liquidia's NDA Seeks Approval of Drug Product Manufactured Using
        Treprostinil Salt Stored at Ambient Temperature .................................... 14

        1.  Claim 6: Liquidia seeks NDA approval using isolated treprostinil
            salt stored at ambient temperature (through Step 1 of the PRINT
            process) ............................................................................................ 14

        2.  Further ambient storage under claim 8: Liquidia seeks NDA
            approval for a pharmaceutical product prepared from treprostinil
            salt stored at ambient temperature (Steps 1-4 of PRINT process) ........... 14

III. INFRINGEMENT OF THE '793 PATENT .......................................................... 15

    A.  Liquidia's Proposed Product ................................................................ 15

    B.  Undisputed Claim Elements ................................................................ 15

    C.  LIQ861 Is Administered In A "Single Event Dose" That Is
        "Therapeutically Effective" (Claim 1[b]) .......................................... 17

i

1.      "single event dose" ................................................................................. 17

2.      "therapeutically effective" ....................................................................... 18

D.   Liquidia Will Induce Infringement ....................................................................... 21

**TRIAL WITNESSES**

| Transcript Citation | Witness | Witness Description |
|---|---|---|
| Tr. 47-56 | Mr. Patrick Poisson | Executive Vice President of Technical Operations, United Therapeutics Corp. ("UTC") |
| Tr. 56-66 | Mr. Jeffrey Kindig (by video) | Executive Director of Analytical Operation, Liquidia, 30(b)(6) Witness |
| Tr. 67-70 | Mr. Todd Battistoni (by video) | Vice President of Quality, Liquidia, 30(b)(6) Witness |
| Tr. 70-165 | Dr. Colin Nuckolls | Expert witness called by UTC |
| Tr. 167-218 | Dr. F. Dean Toste | Expert witness called by UTC |
| Tr. 223-227 | Ms. Kelli Collin (by video) | Former Executive Director of Quality Assurance, Liquidia |
| Tr. 228-232 | Ms. Marisa Law (by video) | Director of Regulatory and Pharmacovigilance Operations, Liquidia |
| Tr. 232-274 | Mr. Cesar Matto | Expert witness called by UTC |
| Tr. 275-278 | Dr. Benjamin Maynor (by video) | Former Liquidia executive, Liquidia 30(b)(6) Witness |
| Tr. 279-279 | Dr. Robert Roscigno (by video) | Named inventor on the '793 patent, former LungRx/UTC executive, former Liquidia executive, Liquidia consultant |
| Tr. 280-301 | Dr. Werner Seeger (by video) | Named inventor on the '793 patent |
| Tr. 308-364 | Mr. Jeffrey Kindig | Executive Director of Analytical Operation, Liquidia |
| Tr. 364-370 | Mr. Hamilton Lenox | Senior Vice-President of Development, LGM Pharma, 30(b)(6) Witness |
| Tr. 371-397 | Mr. John Fuson | Expert witness called by Liquidia |
| Tr. 397-540 | Dr. Jeffrey Winkler | Expert witness called by Liquidia |
| Tr. 542-551 | Dr. Hitesh Batra | Associate Vice-President for Research & Development, UTC, 30(b)(6) Witness |
| Tr. 551-556 | Dr. Sudersan Tuladhar | Named inventor on the '066 patent, Senior Scientist at UTC |
| Tr. 556-607 | Dr. Nicholas Hill | Expert witness called by |

| Transcript Citation | Witness | Witness Description |
|---|---|---|
| | | Liquidia |
| Tr. 607-616 | Dr. Lewis Rubin | Named inventor on the '793 patent, Former Clinical Development Consultant to UTC |
| Tr. 622-681 | Dr. Aaron Waxman | Expert witness called by UTC |
| Tr. 682-712 | Dr. Nicholas Hill | Expert witness called by Liquidia |
| Tr. 712-777 | Dr. Igor Gonda | Expert witness called by Liquidia |
| Tr. 781-791 | Mr. Dean Bunce | Executive Vice-President-Global Regulatory Affairs, UTC |
| Tr. 791-804 | Dr. David Walsh | Named inventor on the '066 patent, former UTC executive |
| Tr. 805-823 | Dr. Karl Scheidt | Expert witness called by UTC |
| Tr. 824-856 | Dr. Andrew Clark | Expert witness called by UTC |
| Tr. 856-886 | Dr. Hugh Smyth | Expert witness called by UTC |

## I.     BACKGROUND

1.     Pulmonary hypertension is a chronic disease characterized by increased pressure in the blood vessels of the lung. Tr. 629:12-20, 699:25-700:12. Remodeling of those blood vessels causes them to become thicker and stiffer, increasing resistance to blood flow and resulting in increased blood pressure and pulmonary vascular resistance ("PVR"), which leads to dysfunction and failure of the right ventricle of the heart. Tr. 561:13-14, 629:9-630:1.

2.     Treprostinil is a vasodilator that dilates blood vessels in the pulmonary vasculature, thus decreasing, e.g., pulmonary arterial pressure ("PAP") and PVR. Tr. 574:10-15, 590:12-24; 642:4-12, 662:15-25; 700:13-17. UTC is the holder of NDA No. 022387 for Tyvaso®, an inhaled solution formulation of treprostinil used for the treatment of pulmonary hypertension. D.I. 16, ¶¶ 2, 10-12; D.I. 322-1, ¶ 5; Tr. 53:20-54:8, 593:19-594:6. Defendant Liquidia Technologies, Inc. ("Liquidia") submitted §505(b)(2) NDA No. 213005 to the FDA, seeking approval for the commercial manufacture, use, and sale of LIQ861, its proposed product, ("Proposed Product" or "LIQ861"), which is an inhaled powder formulation of treprostinil, before the expiration of the asserted patents. PTX-573; D.I. 16, ¶¶ 20, 22; D.I. 322-1, ¶ 2.

3.     The asserted patents, U.S. Patent Nos. 9,593,066 ("the '066 patent") and 10,716,793 ("the '793 patent"), relate to an improved process for synthesizing treprostinil and a method of administering treprostinil to patients, respectively. D.I. 16, ¶¶ 13-19; Tr. 52:5-53:11.

## II.     INFRINGEMENT OF THE '066 PATENT

### A.     Liquidia Will Use Treprostinil Manufactured By Yonsung And Supplied Through LGM To Make LIQ861

4.     Liquidia's Proposed Product contains treprostinil and is described in Liquidia's NDA No. 213005 (the "NDA"). PTX-20/66; PTX-74; *see also* PTX-105; Tr. 57:5-13, 19-20 ("[t]reprostinil sodium" "is the active ingredient in LIQ861"); Tr. 93:16-22; Tr. 236:23-237:5.

Upon approval, Yonsung will develop, manufacture and sell the active pharmaceutical ingredient ("API") to Liquidia and Liquidia will "utilize[e] the API" to develop, distribute and sell LIQ861. PTX-115 at LIQ00572508; *see* PTX-105 at LIQ00029708-19; PTX-66 at LIQ29591.

5.    Liquidia's NDA cross-references Yonsung's drug master file No. 27680 ("DMF") and incorporates by reference all properties and characteristics of the treprostinil sodium drug substance (*i.e.*, the API, also referred to as "TN," "isolated treprostinil sodium salt," or "Drug Substance") used in LIQ861 based on a letter of authorization from Yonsung. *See* PTX-66 at LIQ00029591 (cross-referencing DMF in NDA); PTX-105 at LIQ00029707-11, -19 (same); PTX-112 (Open DMF); PTX-201 (Closed DMF); *see also* PTX-9; PTX-115; Tr. 237:3-5 (The NDA incorporates Yonsung's DMF "[i]n the drug substance section"); Tr. 391:25-392:7.

6.    Yonsung's DMF includes the Drug Substance specification ("Yonsung's Specification"), which is controlling. PTX-112 at LIQ00000315-16, 451-54; *see* PTX-20 at LIQ00029591 ("The drug substance…is manufactured and tested in accordance with specifications by Yonsung."). Yonsung's Specification from the DMF (PTX-112 at -315-316) is used in Liquidia's NDA to characterize the drug substance (PTX-105 at LIQ00029709-11), and incorporated into the supply agreement among Liquidia, Yonsung, and supplier LGM (PTX-115 at LIQ00572526-27). *See* Tr. 390:20-391:10; *see also* Tr. 237:6-14; Tr. 252:21-253:5 ("the FDA would look at the specification in the DMF" to assess "usability of th[e] material").

7.    LGM Pharma LLC ("LGM") is the pass-through supplier of Yonsung's TN and is required to maintain the TN in compliance with Yonsung's Specification. Tr. Tr. 346:9-10, 365:20-366:16 (LGM handles TN according to Yonsung's Specification and "has no involvement in the manufacturing process"); PTX-9; PTX-115.

8.    Xcelience, LLC ("Xcelience" or "Lonza") encapsulates, packages, assembles and

distributes Liquidia's finished drug product kits at its Florida facility. PTX-20 at LIQ00029599, 612; PTX-74 at LIQ02791560; Tr. 75:3-5, 101:1-3, 103:12-16, 136:16-22.

9.      Yonsung and LGM store TN during transport between Yonsung in Korea, and Liquidia in the U.S. PTX-9 at LIQ00572534-37; *see, e.g.,* PTX-9 at LIQ00572536-37; PTX-115 at LIQ00572510; Tr. 138:3-5; *see* Tr. 96:15-17 ("stored at ambient temperature during shipping"); Tr. 97:25-98:22 (examples of "storage during shipping"); Tr. 137:17-18 ("storage … include[s] transportation"); Tr. 140:9-16 ("a POSA … understand[s] … the material is stored … when they put it into a storage bottle, … onto an airplane and … into a dry box").

10.     Two key agreements govern the rights and responsibilities among Liquidia, Yonsung, and LGM: the 2019 Quality Agreement ("QA", PTX-9), and the 2020 API Supply Agreement ("Supply Agreement", PTX-115).

11.     Under the QA, Yonsung is responsible for setting the TN Specification, including requirements during storage and shipment, and for storing and shipping the TN in compliance with the DMF and Yonsung Specification, and for the "preparation, submission and maint[enance] of appropriate [DMF] documents for the [TN]." PTX-9 at LIQ00572530-31, 33-38; Tr. 390:20-391:10. Yonsung is also responsible for storage and shipment conditions and ensuring the TN is fit for GMP use upon receipt by Liquidia. Tr. 237:6-11, 252:21-253:5, 263:3-13; Tr. 358:25-359:21; PTX-9; PTX-105 at -708; PTX-115 at LIQ00572508-11, 13-16, 26-27.

12.     Under the Supply Agreement, Yonsung is required to maintain its DMF, and to develop, manufacture and sell TN to Liquidia in accordance with the Yonsung Specification. *See, e.g.,* PTX-115 at LIQ00572511-12 (§2 Manufacture and Sale), -516, -526-27 (§5.2.2 Manufacturer's Warranties); PTX-9 at LIQ00572531, -33-38; Tr. 243:19-244:9.

13.     The QA, Supply Agreement, NDA and DMF demonstrate Yonsung, LGM, and

Liquidia act in concert to manufacture, import, and store TN for use in LIQ861. PTX-9; PTX-20; PTX-74; PTX-105; PTX-112; PTX-115; PTX-201; PTX-2020; *see also* PTX-19; PTX-104.

14.     Under the QA, Supply Agreement, NDA and DMF, Liquidia will purchase API from Yonsung and perform storage and manufacturing steps at Liquidia (and vendors) to ultimately develop, market, distribute and sell LIQ861. *See* PTX-9; PTX-20; PTX-74; PTX-105; PTX-112; PTX-115; PTX-201; PTX-2020.

**B.     The Manufacturing Process Used by Yonsung and Known to Liquidia Results in Treprostinil Sodium Stable at Ambient Temperature**

15.     It is undisputed that Yonsung synthesizes the Drug Substance by alkylating a batch of benzindene triol ("BTO") to provide a batch of "TN01" (DMF Step 10, PTX-201 at -518, -533, -546), then performing a hydrolysis step to provide a batch of treprostinil ("TN02") (DMF Step 11, *id*. at -519, -534, -547), and performing a salt formation step by combining the treprostinil with a base (sodium) to yield treprostinil sodium (DMF Step 12, *id*. at -519, -535, -548); PTX-112 at -009, -013-014; Tr. 75:19-76:20; Tr. 172:10-173:20; Tr. 407:2-408:21.

16.     It is undisputed that treprostinil sodium is isolated in crystalline form in Step 12 of Yonsung's DMF process, substeps D-F. Tr. 93:3-15, 94:1-11; PTX-104 at LIQ02798177 (MSDS, "Appearance and Odor: A crystalline solid"); *see* PTX-201 at LIQ00573514 ("Finally, sodium salt formation with aqueous sodium hydroxide solution and followed by recrystallization allow to obtain treprostinil sodium"); *id.* at LIQ00573548 (flowchart of DMF Step 12, including substep "*D. Recrystallization*"); Tr. 894:6-8 (Closing).

17.     Using the TN from Yonsung, Liquidia prepares a pharmaceutical composition, LIQ861 bulk powder, comprising treprostinil sodium, which is a pharmaceutically acceptable salt of treprostinil. Tr. 57:12-21, 309:17-19; Tr. 93:16-25; Tr. 406:23-407:16; PTX-20 at LIQ000029588, -591; *see also* PTX-105 at LIQ00029707-08. This manufacturing process is

described in the NDA as "PRINT Steps" 1-4: (1) Preparation of aqueous stock solution (i.e., TN with excipients); (2) Preparation of engineered particles (particle fabrication using the stock solution); (3) Dry collection of engineered particles as bulk LIQ861 powder; (4) Drying and packaging of bulk LIQ861 powder. PTX-74 at LIQ02791550; Tr. 95:3-9, 100:11-102:4; *see, e.g.,* PTX-70 (executed batch record for PRINT Steps 1-4), PTX-71 (same).

18.     The LIQ861 Liquidia plans to sell is a pharmaceutical product comprising treprostinil sodium, which is a pharmaceutically acceptable salt of treprostinil. Tr. 102:24-103:16; Tr. 57:12-13, 57:19-21, 60:11-61:3; Tr. 447:12-25; JTX-2 at 5:27-32. Liquidia's contractor, Xcelience, prepares the product from the LIQ861 bulk powder at its Florida facility; described in Liquidia's NDA by PRINT Steps 5-6: (5) Drug Product Primary Packaging – encapsulation of bulk LIQ861 inhalation powder in hydroxypropyl methylcellulose (HPMC) capsules; and (6) Drug Product Secondary Packaging – blister packaging, and assembly of commercial drug product kit. PTX-74 at LIQ02791550; Tr. 75:3-5, 101:1-3, 103:12-16, 136:16-22; *see also* PTX-66 at LIQ00029599, -612.

19.     It is undisputed that Yonsung's TN is stable at ambient temperature. PTX-105 at LIQ00029719; PTX-112 at LIQ00000520-53; *see* PTX-104 at LIQ0279881-87 ("the Treprostinil sodium is stable at room temperature for 6 months", enclosing stability data), PTX-19 at LIQ02798151-57 (same); *see* PTX-2020 at LGM_000438-51 ("the stability data is based on [the] DMF" which reports the TN "is generally stable at the storage conditions of $25 \pm 2^{\circ}$C for the period of 6 months"); 468-474 (same); 475-484 (same); *see also* Tr. 95:17-96:3, 102:15-18; Tr. 58:4-59:14; Tr. 239:7-240:9, 241:10-25; 243:11-18; 252:21-253:1, 263:11-13; Tr. 393:17-22. The TN stored at ambient temperature exhibits identical physical and chemical characteristics as TN stored at 2-8°C. PTX-112 at LIQ00000532; Tr. 238:10-24 (comparing "refrigerated"

treprostinil to that stored at "ambient temperature"); Tr. 239:23-240:7 (analyzing PTX-19 at LIQ02798151-60, concluding "the material is perfectly stable, there are no problems with degradation[,]" "[t]he assay doesn't change, and the physical nature of the material resembles that of a freshly made batch"); Tr. 254:16-21, 263:11-13, 266:15-23; Tr. 227:10-22.

20.     Yonsung's TN is fit for use (including human use) after storage at ambient temperature, as confirmed by the TN's stability at ambient temperature. Tr. 237:6-242:5; *see* Tr. 243:11-18 ("The stability stud[ies] form Yonsung gives you the confidence that those materials are fit for use. They can be used for humans."); *see also* Tr. 238:6-24; 244:10-246:4, 255:9-13, 266:15-23. Even Liquidia's regulatory expert agrees that regulations do not prohibit use of ambient temperature API in GMP controlled manufacturing as long as safety is justifiable, e.g., by stability testing and historical data. Tr. 382:4-383:2.

### C.  Manufacture of Liquidia's Proposed Product Lowers the Level of One or More Impurities Resulting from Alkylation and Hydrolysis Steps as Claimed

21.     A POSA would be either a chemical engineer or process research chemist with 3-5 years of experience in API and drug manufacturing or a master's degree in chemistry or chemical engineering who collaborated with individuals having 3-5 years of experience in API drug manufacturing. Tr. 72:15-24 (Nuckolls); *see also* Tr. 171:1-15 (Toste). Dr. Nuckolls is an expert in the field of organic synthesis and reaction chemistry. Tr. 72:3-7; PTX-510. Dr. Toste is an expert in organic chemistry, chemistry, chemical synthesis and purification, enantioselective synthesis, biochemistry, process chemistry, pharmaceutical chemistry, analytical techniques such as HPLC identification and quantification of impurities. Tr. 170:2-22; PTX-423.

22.     A POSA would understand that the impurities limitations refer not to impurities from the theoretical step of alkylating a molecule of BTO, but impurities resulting from the process steps of alkylating and hydrolyzing a batch of BTO in practice (including, *e.g.*, from side

reactions, impurities in reagents, solvents, or starting materials). Tr. 810:11-21 ("This is not a chalkboard or a piece of paper … It's the entirety of the BTO plus the reagents plus the solvent."), 811:13-16 ("an alkylation step [is] not just on a single molecule or only a molecule of BTO, but everything in the flask"), 816:7-9 ("Q. Can the alkylation step take place without the reagent? A. No, it cannot."), 818:1-22 ("It's an alkylation step, and it encompasses all the components of the reaction, including reagents and solvents."); Tr. 553:9-12 ("In this case, the impurity [is] generated from the reagent, not the compound."); Tr. 110:23-111:10, 112:2-11, 113:6-116:7; Tr. 174:4-175:6.

23.    UTC's experts used an interrogatory (PTX-326) to correlate precursor batches from TN manufacture to assess infringement. 78:19-79:16.

24.    Yonsung uses high pressure liquid chromatography ("HPLC") to measure impurities in the BTO, TN01, TN02, and TN. Tr. 81:5-18; Tr. 176:1-23. HPLC separates various components from a mixture, with different substances eluting at different retention times, depicted by peaks on a chromatogram. Tr. 81:5-23; 176:1-23; PDX-2.13; PDX-3.10, PTX-538.

25.    Yonsung's analytical testing of TN is a reliable and accurate measure of impurities in the pharmaceutical composition resulting from the alkylation and hydrolysis steps; Liquidia's processing of the TN into the pharmaceutical composition does not affect those impurities. Tr. 157:7-17; *see* PTX-66 at LIQ00029677; *see also* Tr. 201:13-23, 204:2-4 ("Yonsung's lowest detection limit that they reported was 0.011."), 205:21-209:3.

### 1.    Percent Total Impurities Analysis Presented by Dr. Nuckolls

26.    Yonsung relies on three representative batches in its DMF for process validation, i.e., to demonstrate to the FDA that it can make a consistent product. PTX-201 at LIQ00573776 *et seq*. For two of the three DMF validation batches (TN117I010, TN117K010) the percentage of total related substance impurities increase during the alkylation and hydrolysis steps from BTO

to the starting batch of treprostinil (TN02), demonstrating that there are impurities resulting from those steps in the starting batch of treprostinil, which then decrease in the TN batch after the salt formation and isolation steps. Dr. Nuckolls credibly testified that this decrease demonstrates that one or more alkylation and hydrolysis impurities are lowered as claimed. Tr. 77:5-80:18, 92:10-93:2, 156:5-157:6; PTX-201 at -781-783.

### 2.    Number of Impurities Analysis Presented by Dr. Nuckolls

27.    For at least DMF validation batches TN117I010 and TN117K010, the number of related substance impurities increased during the alkylation and hydrolysis steps (i.e., comparing BTO to TN02) and decreased after salt formation in the TN batch (i.e., comparing TN02 to TN). Tr. 77:5-22, 81:5-84:19, 92:10-93:2; PTX-1536 at -243; PTX-1542 at -231-232; PTX-1540 at -005-006; PTX-1539 at -166; PTX-1410 at -488-491; PTX-1411 at -628-635; PTX-1157 at -965-972; PTX-1543 at -332-339. Dr. Nuckolls credibly testified that this decrease demonstrates that one or more alkylation and hydrolysis impurities are lowered (as claimed). *Id.*; *see also* Tr. 81:5-82:15, 83:5-85:22, 87:11-93:25; 74:8-20, 79:19-80:18.

### 3.    Epi-Treprostinil Analyses Presented by Drs. Toste and Nuckolls

28.    15-epi-treprostinil (also referred to as "epi-treprostinil", "epi-TN02", or "3AU90") is an isomer of treprostinil that differs from the treprostinil molecule by orientation at one carbon atom; while epi-treprostinil is an impurity, it is so similar to treprostinil that they are difficult to separate from each other. Tr. 176:1-180:1; PTX-532; PTX-112 at -00038.

29.    15-epi-treprostinil results from the alkylation and hydrolysis steps as claimed, first appearing in the starting batch of treprostinil (TN02). Tr. 186:1-20, 217:12-218:1.

30.    The 15-epi-treprostinil found in the starting batch of treprostinil is then lowered by the claimed salt formation and isolation steps during DMF Step 12 (Tr. 173:5-15; PTX-201 at LIQ00573548). Tr. 183:22-184:21. As Dr. Toste described, "the epi-[t]reprostinil is excluded as

8

the [t]reprostinil molecules come together to form a crystal leaving behind the epi-[t]reprostinil that hasn't stuck to that crystal, it's left in what we would call the mother liquor…the impurities are rejected into the mother liquor leading to the purification of your final molecule." *Id*.

31.    Yonsung's analytical testing data shows a "strong trend where the amount of epi-[t]reprostinil goes down" between the starting batch of treprostinil (TN02) and the treprostinil sodium (TN). Tr. 183:17-21; PTX-548, PDX3.10, Tr. 182:2-23 (underlying records relied on).

32.    Dr. Toste credibly testified he is "highly confident" that Liquidia's Proposed Product will infringe at least claim 1 of the '066 patent based on his thorough review of analytical data that he found to have reproducibility demonstrating reliability. Tr. 216:15-217:2; *see also* Tr. 176:24-177:23, 178:24-183:21.

33.    Dr. Nuckolls found that for TN batches manufactured since 2018 (TN118F010, TN118H010, TN118K010, TN119C010, TN119D010, TN119E010, TN119J010, TN120C010, TN120G010, and TN120I010) there is no epimer impurity detected in the TN01 intermediate, then epi-treprostinil is detected in the TN02, and then (for all but one batch) there is a lower level of *epi*-treprostinil in the TN. Tr. 77:5-22, 88:24-89:22, 92:10-93:2; PDX2.16, Tr. 90:21-92:7 (underlying records relied on). Dr. Nuckolls credibly testified that this evidence demonstrates that the epi-treprostinil results from the alkylation and hydrolysis steps and is lowered after the salt formation and isolation steps. Tr. 88:24-89:22; 92:10-93:2.

### D.    Liquidia Stores Treprostinil Sodium at Ambient Temperature

#### 1.    NDA permits storage at ambient temperature, relies on Yonsung data

34.    Liquidia relies on Yonsung to provide stability data and batch information for the Drug Substance, including data and information submitted to the FDA in Yonsung's DMF. PTX-105 at LIQ00029707-19 ("Stability data for treprostinil sodium drug substance is provided via cross reference to Yonsung DMF #27680."); *see* PTX-19 at LIQ02798151-57, PTX-104 at

LIQ0279881-87; PTX-112 at LIQ00000519-61; Tr. 236:23-237:14, 238:6-24, 239:12-240:9, 245:3-246:24, 266:10-23; Tr. 392:1-7; Tr. 227:10-22; *see* PTX-2020 at LGM_000438-84.

35.     Yonsung's Specification does not have a temperature requirement or test for temperature; nor does it have a temperature recommendation. Tr. 237:15-238:1, 244:3-8, Tr. 247:20-25, Tr. 248:3-8; *see* Tr. 390:20-391:12 ("this is referring to the [Yonsung] specification that's the controlling specification between Yonsung and Liquidia; correct? A: Yes." "Q: And there's no – no mention of storage temperature on this document; correct?" "A … No."); Tr. 391:23-24 ("there's not a temperature specification"); *see also* Tr. 369:14-25 ("LGM determined that the material met [Yonsung's] specification[] for sale to Liquidia").

36.     Liquidia's raw material specification ("RMS") does not have a temperature requirement or test; it has a *recommended* storage condition. Tr. 239:14-240:6 ("LGM received" Yonsung API "outside the recommended temperature of 2 to 8"); Tr. 266:10-23, Tr. 387:25-388:18 ("It is true that there is no test on that list that goes to the storage condition"); Tr. 395:20-396:6 (referring to the DMF, PTX-112 at -517, incorporated in the NDA, "the shipping label . . says storage *should* be … at 2 to 8 Celsius." (emphasis added)); Tr. 396:18-24 ("correct," the label does not say must be stored at 2 to 8ºC).

37.     Storage temperature is not a specification requirement because a specification parameter should be testable but temperature exposures are not. Tr. 237:15-238:1; Tr. 247:20-248:8 ("you cannot test temperature. It's not testable. It's not repeatable."); Tr. 250:20-22 (storage at ambient temperature is not out-of-specification); Tr. 390:5-6; *see* Tr. 238:8-24 (citing ICH Q1A(R2)); Q1A(R2) Stability Testing of New Drug Products (Nov. 2003) (§§ 2.1.5, 2.1.7).

38.     Using TN stored at ambient temperature is not an out-of-specification event pursuant to ICH Standards, which are industry standards. Tr. 238:12-14, 247:20-25, 250:20-22;

*see* ICH Topic Q6A, Specifications: Test Procedures and Acceptance Criteria for New Drug Substances and New Drug Productions: Chemical Substances (§§ 1.2, 3.1); *see also* Tr. 224:8-10; Guidance for Industry: Investigating Out-of-Specification (OOS) Test Results for Pharmaceutical Production (Oct. 2006) (§§ IV.B.1, V.A).

39.     Stability data supports use of TN stored outside the temperature recommendation, including at ambient temperature. PTX-112 at LIQ00000518-61; *see* Tr. 238:10-23; *see, e.g.,* Tr. 236:23-237:5, 239:12-240:9, 243:11-18, 263:6-13, 266:15-23; Tr. 227:10-24; Tr. 392:23-393:22; PTX-2020 at LGM_000438-84; PTX-19 at LIQ02798151-57, PTX-104 at LIQ0279881-87.

### 2.     Every NDA batch was exposed to temperatures outside 2-8 degrees (or not temperature tracked)

40.     Liquidia submitted drug product batches and data to the FDA, including for use in Clinical Trials and Primary Stability Studies, that are representative of the product it will market and distribute. PTX-105 ("Table 2.3.S-5. Summary of *Representative* Treprostinil Sodium Drug Substances Batches") (emphasis added); Tr. 98:14-99:15; Tr. 243:11-18, 252:21-253:5; Tr. 336:18-343:13; *see also* Tr. 78:11-18; *see also* Tr. 788:24-789:8, 790:2-13.

41.     Yonsung TN exposed to ambient temperature is representative of Drug Substance that will be used to manufacture LIQ861. PTX-105; Tr. 78:14-18, 123:18-20; Tr. 243:11-18, 252:21-253:11; Tr. 336:18-343:13; 21 C.F.R. §§ 314.50(d)-(e); Tr. 385:18-386:10 (Mr. Fuson's analysis focuses on the RMS); *see also* Tr. 78:11-18; *see also* Tr. 790:2-13.

42.     Every one of the TN shipments in evidence, from Yonsung to LGM and/or Liquidia, either: (a) lacked temperature data; or (b) included data showing that the TN was kept at temperatures outside of 2-8° C including at ambient temperature. *See, e.g.,* PTX-19; PTX-104; PTX-116; PTX-117; PTX-123; PTX-124; PTX-126; PTX-127; PTX-823. NDA batches, including clinical trial and primary stability batches submitted by Liquidia to the FDA, were

11

either exposed to temperatures outside 2-8 °C, including ambient temperatures, or were not temperature tracked. Tr. 98:14-99:15; Tr. 242:6-243:18; Tr. 336:18-343:13; *see* PTX-19 at LIQ02798149-60 ("High/Low Measurement[:] 16.7C / -21.9C"); PTX-104 at LIQ02798179-99 (same); PTX-116 at LIQ02797962-64; PTX-117 at LIQ02797862-63; *see generally* PTX-123; PTX-124; PTX-126; PTX-127; PTX-823.

43.     Temperature tracker data attached to Liquidia Receiving Inspection Reports accurately represents TN temperatures while tracked. Tr. 251:15-252:20 ("remove the data logger when it's received" which data "becomes a permanent record of" "[t]he entire[ty] of the shipment"); 370:1-10 ("data logger[s] … record temperature … throughout shipping").

### 3.     FDA rules permit Liquidia to use batches stored at ambient temperature

44.     Isolated treprostinil sodium batches TN120C010, TN120G010, and TN120I010 were stored at ambient temperature for nine days during shipment. Tr. 96:4-20, 97:25-99:15, 100:8-16, 137:10-138:11; Tr. 239:12-240:9, 244:10-246:4; Tr. 343:14-345:22; PTX-19 at LIQ02798149, -151-53, 158-162; PTX-104 (same). Liquidia knew this before agreeing to accept the shipment. PTX-2020 at LGM_000475-478 (Liquidia accepting shipment even after LGM notified Liquidia of "temperature deviation for up to 16C for 9 days", because "Yonsung has long-term stability showing the Treprostinil is stable at room temperature for 6 months"). Nevertheless, Liquidia marked the receiving reports as having the "Requirements Met" for "Transport Conditions (Temperature-if applicable)". PTX-19 at -133 (Dana Paris signs receiving documentation, verifying acceptable temperature conditions); PTX-104 at LIQ002798163 (same); *see* Tr. 224:18-225:10; 244:10-247:25; Tr. 340:1-8; *see also* Tr. 358:25-359:21 ("ordered and intended for GMP"); Tr. 369:14-25 ("LGM determined that the material met specifications for sale to Liquidia").

45.     The FDA will permit Liquidia to use Drug Substance that tests within specification despite storage at ambient temperature. PTX-112 at LIQ00000314-325, -451-54, -518-61; *see* PTX-20 at LIQ00029591; PTX-105 at LIQ00029709-11, 19; *see, e.g.,* PTX-19 at LIQ02798136-60, PTX-104 at LIQ02798166-90; PTX-201 at LIQ00573514, -518-19, -535, -548, -575-77, -717, -781-78; Tr. 237:3-11, 252:21-253:11; Tr. 96:18-24; *see* Tr. 68:7-15 ("final arbiter of the disposition"), 69:9-70:1 (Todd Battistoni is "accountable" for "the final decision" whether to use API stored at ambient temperature as "GMP" material).

46.     Liquidia's Standard Operating Procedure ("SOP") on receipt, handling and control of Drug Substance (DTX-208) and Liquidia's raw material specification (*see, e.g.,* DTX-009/150/232) both permit receipt and use of TN stored at ambient temperature. Tr. 239:14-240:9; Tr. 244:10-250:22; Tr. 343:14-348:4; Tr. 389:2-23; *see* 396:2-6 (the DMF label states "*should* be … stored at 2 to 8 Celsius" (emphasis added)). There is no requirement Liquidia reject TN stored at ambient temperature. Tr. 396:18-24 (should, not "must" be stored at 2-8°C); *see also* Tr. 354:2-359:21.

47.     Liquidia would not need to notify the FDA of changes to Liquidia's SOPs, including changes in how Liquidia imports and uses Drug Substance that is stored outside of 2-8° C. Tr. 224:14-17; Tr. 231:19-25.

48.     "Historical" data supports continued use of Drug Substance stored and shipped at ambient temperature. Tr. 250:10-19; *See, e.g.,* PTX-19; PTX-104; PTX-116; PTX-117; PTX-123; PTX-124; PTX-126; PTX-127; PTX-823.

49.     It is a "business" decision whether to reject Yonsung TN exposed to ambient temperature without investigation. Tr. 262:18-263:13; *see* 254:16-255:13 (Yonsung's DMF identifies recommended storage between 2 and 8 °C because, as the API manufacturer, "I would

choose the temperature that gives me the most shelf life"); *see also* Tr. 354:2-359:21.

    **E.**    **Liquidia's NDA Seeks Approval of Drug Product Manufactured Using Treprostinil Salt Stored at Ambient Temperature**

        **1.**    **Claim 6: Liquidia seeks NDA approval using isolated treprostinil salt stored at ambient temperature (through Step 1 of the PRINT process)**

50.    Isolated treprostinil sodium, for example, validation batch TN117I010, was stored at ambient temperature in "finished product storage containers" before acceptance into Yonsung's warehouse. Tr. 96:4-97:24; 100:8-16; PTX-1409 at -405-408, -428. This batch was subsequently used in Liquidia's clinical and stability studies reported in its NDA. PTX-105 at LIQ00029712; PTX-66 at LIQ00029672-76, -696, -699.

51.    Isolated treprostinil sodium batches, for example, TN116J010, TN117K010, and TN117I010, were stored at ambient temperature during shipping and used for clinical trials and stability studies. Tr. 96:4-97:8; 97:16-24, 98:14-99:15; 100:8-15; 137:10-138:11 (Nuckolls); Tr. 242:6-243:18; PTX-116 at LIQ02797962-63; PTX-117 at -862-863; PTX-20 at -672; *see also* Tr. 336:18-343:13; PTX-105 at LIQ00029712; PTX-66 at LIQ00029672-76, -696, -699.

52.    Isolated treprostinil sodium in either a "Treprostinil Sodium container" or "sample tube" is stored at ambient temperature in a dry box during Step 1 of Liquidia's PRINT process. Tr. 96:4-20, 99:22-100:7, 100:8-16, 141:16-142:7, 162:19-163:22; PTX-70 at LIQ00032051-57; PTX-74 at LIQ02791550.

        **2.**    **Further ambient storage under claim 8: Liquidia seeks NDA approval for a pharmaceutical product prepared from treprostinil salt stored at ambient temperature (Steps 1-4 of PRINT process)**

53.    Liquidia's NDA describes Step 1 of its PRINT process as yielding an "aqueous stock solution" comprising treprostinil sodium, which is placed in a Nalgene bottle and stored at ambient temperature for up to 71 hours. Tr. 100:16-101:3, 101:16-102:6, 102:19-103:6, 162:19-165:17; PTX-74 at LIQ02791550 ("manufacturing activities are conducted in … 18C to 24C …

14

unless otherwise specified"), LIQ02791551-52 (PRINT process flow charts for Steps 1-2), -558 (hold time of NMT 71 hours for aqueous stock solution); PTX-70 at LIQ00032058 (batch records instructing to "Filter stock solution into 8L Nalgene receiver bottle"); Tr. 61:4-63:5.

54.     Liquidia's NDA describes that during PRINT Step 2 there is a PET substrate roll containing adhered particles, which is packaged and "stored in a bag with desiccant" (PTX-74 at LIQ02791559) up to 18 hours at ambient temperature before use in Step 3. Tr. 100:17-101:4, 101:16-102:6, 102:19-103:6, 162:19-165:17; PTX-74 at LIQ02791550-53, -559; Tr. 61:3-63:4.

55.     Liquidia's NDA describes PRINT Step 3 as the collection of the bulk LIQ861 inhalation powder particles from the PET substrate rolls, which is packaged in a collection bag, then "further packaged in a bag with a desiccant and transferred to a desiccator for storage" (PTX-74 at LIQ02791559) at ambient temperature for up to 88 hours prior to Step 4. Tr. 100:16- -103:6, 162:19-165:17; PTX-74 at -550-53, -559; Tr. 61:4-63:5).

## III.   INFRINGEMENT OF THE '793 PATENT

### A.   Liquidia's Proposed Product

56.     Liquidia's Proposed Product ("LIQ861") is described in NDA No. 213005. LIQ861 is a dry powder formulation of treprostinil that a patient inhales in single event doses of 15-90 µg in 1 to 3 breaths for the treatment of pulmonary hypertension. PTX-573 at 5, 7; PTX-469 at 1, LIQ02818824; PTX-134 at 1; DTX-113; PTX-1213 at 1. LIQ861 infringes all of the asserted claims.

### B.   Undisputed Claim Elements

57.     It is undisputed that administration of LIQ861 is a "[a] method of treating pulmonary hypertension comprising administering by inhalation to a human suffering from pulmonary hypertension" as recited in Claim 1. *See, e.g.*, Tr. 641:11-643:5; 699:1-11; PTX-134 at 1; PTX-469 at 1; Tr. 643:6-644:25; PTX-573 at 5; PTX-1213 at 1; DTX-113; Tr. 645:1-

646:16; *see also* Tr. 641:11-650:9 (discussing PDX8.18-8.22); DTX-369; Tr. 722:20-723:9.

58.     It is undisputed that LIQ861 contains treprostinil and that it is administered "with

an inhalation device" as recited in Claim 1. *See* PTX-134 at 1 ("(treprostinil) inhalation powder,

for oral inhalation," "Use only with the provided inhaler"); PTX-469 at 1 ("Yutrepia (treprostinil

inhalation powder) Oral Inhalation"); PTX-573 at 7 (Fig. 2.5-1 depicting the dry powder

inhaler); PTX-20 at 8 (same); Tr. 653:4-25, 645:1-646:16, 646:18-647:21; 699:1-11; *see also*

PDX8.18-8.22 (showing evidence of infringement).

59.     It is undisputed that administration of LIQ861 uses doses "from 15 micrograms to

90 micrograms of treprostinil or a pharmaceutically acceptable salt thereof" as recited in Claim

1. *See* PTX-134 at 9 ("capsule strengths of 26.5 mcg, 53 mcg, 79.5 mcg, and 106 mcg deliver

approximately 15.1 mcg, 36 mcg, 56.6 mcg, and 75.7 mcg of treprostinil, respectively, through

the inhaler"); *see also* PTX-134 at 1; PTX-469 at 4; PTX-1213 at 2; Tr. 641:11-642:18, 643:25-

644:21; 645:1-646:16, 646:18-647:21; 699:1-11; 706:8-707:2.

60.     It is undisputed that LIQ861 is "delivered in 1 to 3 breaths" as recited in Claim 1.

DTX-113 (Steps 10-12 "Take a 2nd breath"); PTX-469 at 23 ("Always inhale each capsule 2

times to make sure you get your full dose."); PTX-134 at 2. Dr. Hill testified that "Liquidia's

label states that each capsule should be taken in one to two breaths" (Tr. 707:5-7), which Dr.

Waxman confirmed (Tr. 641:11-643:1); 699:1-11.

61.     It is undisputed that the LIQ861 "inhalation device is a dry powder inhaler" as

recited in Claim 4. *See* PTX-134 at 9 ("[t]he provided inhaler is a plastic device used to inhale

the dry powder"); PTX-469 at 4, LIQ02818836-846; PTX-573 at 7 (Plastiape S.p.A. RS00

Model 8 Monodose DPI); PTX-20 at 8; PDX8.23; Tr. 653:4-25; 699:1-11.

62.     It is undisputed that LIQ861's "formulation is a powder" that "compris[es]

particles less than 5 micrometers in diameter" as recited in Claims 6 and 7. PTX-20 at 12, 62, 63; *id.* at 12-13 (one of Liquidia's goals was a "particle size of 1 to 5 micrometers … to provide efficient aerosolization and lung delivery"); PTX-573 at 18; Tr. 275:25-276:2, 278:13-15; 654:2-655:10; 699:1-11.

63.     It is undisputed that LIQ861 "contains no metacresol" as recited in Claim 8. PTX-134 at 9; PTX-469 at 10; PTX-20 at 7, 10; PTX-573 at 7; PDX8.26; Tr. 655:12-23; 699:1-11.

**C.     LIQ861 Is Administered In A "Single Event Dose" That Is "Therapeutically Effective" (Claim 1[b])**

**1.     "single event dose"**

64.     The '793 patent describes "single event" doses and dosing in a "single administering event." *E.g.*, JTX-3 at 3:25-35, 4:65-5:1, 5:13-16, 7:55-59, 7:60-63, 7:64-67, 9:5-21, 11:63-66, 12:48-55, 13:50-64, 17:44-18:3. The parties' experts agree that a "single event dose" as described in Claim 1 is a single dosing event or single treatment session. Tr. 682:25-683:4 (Dr. Hill), 675:4-10 (Dr. Waxman). Liquidia's label describes capsule doses that provide delivered doses within the claimed 15-90 µg range (*see* ¶59, *supra*), and those doses are to be administered 3-5 times per day. PTX134 at 1; Tr. 648:6-14 (Dr. Waxman referencing Liquidia's NDA submission PTX-573 and PDX8.21 in confirming "one to two breaths as a single event"), 651:9-11 (Dr. Waxman stating that "a single event therapeutically effective dose refers to providing an effective dose of the drug in a single sitting."); Tr. 676:15-20, 689:20-25, 705:10-706:7 (Dr. Hill agreeing with Dr. Rubin's testimony, Tr. 612:25-614:8, "that if you need to take two blood pressure pills four times a day, each of those administration of the two pills would be a single event dose"); Tr. 682:20-683:9 (Dr. Hill agreeing that "a single event dose" "is a dose that achieves what would be a therapeutically effective treatment of -- either by applying multiple breaths or multiple pills at the same event.").

17

65.     Nothing in the '793 patent precludes more than one single event dose per day. Tr. 678:17-23; 710:11-23. In fact, the specification expressly states that treprostinil can be delivered "a single time per day or several times per day." JTX-3 at 8:1-2; Tr. 683:21-684:5. A POSA would have understood claim 1 is not limited to one single event dose per day because treprostinil has a three- to four-hour half-life, necessitating multiple doses per day. Tr. 704:9-24, 705:10-706:7, 710:1-5. There is no clear disavowal, or words or expressions of manifest exclusion or restriction, in the '793 patent that could operate to limit the claims to one single event dose per day. *See generally* JTX-3.

66.     LIQ861 is administered "3 to 5 times per day." PTX469 at 4. Each administration meets the single event dose limitation of Claim 1. *See*, *e.g.*, Tr. 647:9-648:14, 651:5-22, 652:16-653:2, 676:4-25, 689:23-690:10.

### 2.     "therapeutically effective"

67.     It is undisputed that Liquidia could not obtain FDA approval of LIQ861 if it was not therapeutically effective. Tr. 934:23-935:3; PTX-469 at 1, 3 (referencing, *e.g.*, 21 U.S.C. § 355 (requiring "full reports of investigations which have been made to show … whether such drug is effective in use")); 37 C.F.R. §§ 314.105(c), 314.125(b)(5).

68.     Treprostinil is a vasodilator that reduces vasoconstriction in the pulmonary vasculature, causing vasodilation (widening of vasculature) and reduction of pulmonary arterial pressure ("PAP") and pulmonary vascular resistance ("PVR"). Tr. 574:10-15, 641:3-643:1, 643:6-644:21, 646:18-648:14; PTX-134 at 1, PTX-469 at 4, 6, 10; PTX-573 at 5; PDX8.18-8.21. Because a diagnosis of pulmonary hypertension is based on hemodynamic measurements, hemodynamics are important to diagnose and to monitor patients, Tr. 686:16-687:5. The parties' experts agree that treprostinil will improve hemodynamics in patients. Dr. Hill testified "that the '793 patent shows that there's hemodynamic effectiveness from treprostinil" (Tr. 699:19-

18

702:11), and Dr. Waxman credibly testified that the patent's examples include "single event therapeutic dosing [of treprostinil] that results in improved hemodynamics" (Tr. 637:18-25). *See also* Tr. 637:22-638:3 ("there's plenty of information as far as the patient population to treat, how to treat, as far as a single event therapeutic dosing that results in improved hemodynamics"), 650:15-651:4 ("in this case, the target organ being the pulmonary vasculature the pulmonary arterial side of that vasculature and the ability to dilate the vessels, reduce the pulmonary artery pressure, and reduce the pulmonary vascular resistance," "that would speak to therapeutically effective dosing when you see a hemodynamic response."), 673:15-23, 674:21-675:3, 699:19-702:4 (Dr. Hill agreeing with '793 patent statements regarding hemodynamic effects from administering treprostinil). Consistent with the fact that improved hemodynamics show a therapeutic effect, Dr. Hill admitted that LIQ861 will provide a "transient improvement in hemodynamics," which is a "therapeutic effect," and that POSA understood that changes in hemodynamics have an association with survival in pulmonary hypertension patients. Tr. 694:20-695:2 (after administration of a single event dose of LIQ861, "you would expect no therapeutic effect *beyond those first few hours*") (emphasis added); Tr. 702:17-703:13.

69.     Dr. Hill's interpretation of "therapeutically effective" as requiring an improvement in a patient's "symptoms, in function, and/or in survival"—but excluding beneficial effects on hemodynamics—contradicts the '793 patent's express teachings. The specification and examples describe treprostinil's effect on hemodynamics after a single event dose. *E.g.*, JTX-3 at 8:57-18:11, 5:13-16 ("[t]he inventors discovered that a therapeutically effective dose of treprostinil can be administered in a few single inhalations using a compact inhalation device, such as a metered dose inhaler"), 9:5-22 ("inhaled treprostinil sodium ... was delivered in 2 breaths ... doses of 30 µg, 45 µg, and 60 µg reduced pulmonary vascular resistance

(PVR) ... Reduction of PVR by a single inhalation of the two higher doses outlasted the observation period of 120 minutes"), 11:63-68 ("Treprostinil is tolerated at high doses with no systemic side effects. The application of an effective amount of treprostinil in only few or even one single breath was achieved with a highly concentrated treprostinil sodium solution."); 627:17-628:10; 699:19-700:12, 700:13-702:11; *see also* Tr. 651:12-652:10 (one dose improves hemodynamics; the claims do not require a clinical trial).

70.     Even if Dr. Hill's interpretation of "therapeutically effective" were adopted, LIQ861 would still meet the "therapeutically effective single event dose" limitation. Liquidia's label and §505(b)(2) NDA rely on efficacy data for Tyvaso® TRIUMPH I clinical data, which showed improvements in, for example, 6 minute walk distance (6MWD). PTX-469 at 12; Tr. 692:18-693:7; PTX-573 at 7-10 (*e.g.*, "The NDA for LIQ861 inhalational powder ... rel[ies] on the FDA's previous finding of safety and effectiveness for Tyvaso, the selected reference listed drug (RLD) for demonstration of the effectiveness of treprostinil in the treatment of PAH."); *see also* Tr. 710:24-711:6 (Liquidia's NDA relies on Tyvaso® data because Tyvaso® and LIQ861 have the same molecule, treprostinil, as the active pharmaceutical ingredient); Tr. 711:7-712:1; Tr. 650:3-653:2 (a therapeutically effective dose should reduce PAP and PVR, which would be expected to "translate into a patient feeling better, doing more, and probably living longer."); PTX-573 at 5 (impacting general health, mental, social, and quality of life).

71.     Liquidia's own INSPIRE (LTI-301) study also shows therapeutic effectiveness. Tr. 646:18-648:5; PTX-573 at 30-31 (describing improvement in 6MWD after taking LIQ861). Dr. Hill also agreed that the "primary efficacy purpose" of Liquidia's LTI-201 study was to assess hemodynamic parameters in pulmonary hypertension patients. Tr. 703:16-704:8; PTX-59 at 1-2; PTX-573 at 8. And Liquidia has published an article touting the therapeutic effectiveness

20

of treprostinil. PTX-1213 at 2, 5 (referring to the "therapeutic benefits of treprostinil" and asserting LIQ861 may "maximiz[e] the therapeutic benefits of treprostinil"); Tr. 648:15-651:4.

       **D.**     **Liquidia Will Induce Infringement**

     72.    Liquidia has knowledge of the '793 patent. *E.g.*, D.I. 16, ¶¶ 1, 2, 17-19, 69-83; D.I. 322-1, ¶¶ 2, 14, 38.

     73.    Liquidia's LIQ861 label and instructions for use show that administration of LIQ861 directly infringes the asserted claims. *E.g.*, PTX-469; §III.A-III.C, *supra*.

     74.    Knowing that the method of administering LIQ861 is infringing, Liquidia will encourage, recommend, and promote use of LIQ861 in an infringing manner, including by providing the label, patient instructions, and additional training and other information to physicians and patients. *E.g.*, PTX-469 at 4-34; PTX-134 at 2-16; DTX-113; §III.A-III.C, *supra*; PTX469 at 16-26; Tr. 300:15-301:6, 655:25-656:12.

OF COUNSEL:

William C. Jackson
Eric Levi
GOODWIN PROCTER LLP
1900 N Street NW
Washington, DC 20036
(202) 346-4216

Douglas H. Carsten
Mandy H. Kim
Arthur Dykhuis
Jiaxiao Zhang
Katherine Pappas
MCDERMOTT WILL & EMERY LLP
18565 Jamboree Road, Suite 250
Irvine, CA 92612
(949) 851-0633

Huiya Wu
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

Ian B. Brooks
Adam W. Burrowbridge
Joshua Revilla
Timothy M. Dunker
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC 20001
(202) 756-8000

Harrison Gunn
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

May 4, 2022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Michael J. Flynn*
_____
Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
Sarah E. Simonetti (#6698)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com
ssimonetti@morrisnichols.com

*Attorneys for Plaintiff*
*United Therapeutics Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 4, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant Liquidia*<br>*Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Sanya Sukduang, Esquire<br>Jonathan Davies, Esquire<br>Douglas W. Cheek, Esquire<br>Adam Pivovar, Esquire<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC  20004-2400<br>*Attorneys for Defendant Liquidia*<br>*Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Erik Milch, Esquire<br>COOLEY LLP<br>11951 Freedom Drive, 14th Floor<br>Reston, VA  20190-5640<br>*Attorneys for Defendant Liquidia*<br>*Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Ivor Elrifi, Esquire<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY  10001-2157<br>*Attorneys for Defendant Liquidia*<br>*Technologies, Inc.* | *VIA ELECTRONIC MAIL* |

Lauren Krickl, Esquire                                 *VIA ELECTRONIC MAIL*
Deepa Kannappan, Esquire
Brittany Cazakoff, Esquire
Kyung Taeck Minn, Esquire
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
*Attorneys for Defendant Liquidia*
*Technologies, Inc.*

/s/ Michael J. Flynn
_____
Michael J. Flynn (#5333)