IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 20-755-RGA-JLH ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) ) |
| Defendant. | ) |

**DEFENDANT LIQUIDIA TECHNOLOGIES, INC.'S
<u>NOTICE OF SUBSEQUENT AUTHORITY</u>**

Pursuant to D. Del. LR 7.1.2(b), Liquidia notifies the Court of the PTAB's July 19, 2022, Final Written Decision in the IPR of U.S. Patent No. 10,716,793 ("'793 Patent"). (Exhibit 1.) The PTAB invalidated all claims (1–8) of the '793 Patent as obvious over the combination of U.S. Patent No. 6,521,212, Voswinckel JESC, and Voswinckel JAHA. Thus, as set forth in FN 8 of Liquidia's Post-Trial Answering Brief Regarding Noninfringement (D.I. 411), Liquidia cannot be liable for induced infringement of the invalid '793 patent because Liquidia does not have the required "knowledge that the induced acts constitute patent infringement." *Global-Tech Appliances, Inc. v. SEB S.A.*, 563 U.S. 754, 766 (2011); *see also Commil USA, LLC v. Cisco Sys., Inc.,* 575 U.S. 632, 635, 642, 644-45 (2015) (holding that "if [a] patent is indeed invalid, and shown to be so under proper procedures, there is no liability" and identifying "*inter partes* review at the Patent Trial and Appeal Board," where a defendant can "receive a decision as to validity within 12 to 18 months" as a "proper procedure," regardless of whether that decision is final and non-appealable); *Merck Sharp & Dohme Corp. v. Hospira Inc.*, 221 F. Supp. 3d 497, 521 n.21 (D. Del. 2016).

|  |  |
|---|---|
| OF COUNSEL:<br>Sanya Sukduang<br>Jonathan Davies<br>Douglas W. Cheek<br>Adam Pivovar<br>Brittany Cazakoff<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>(202) 842-7800<br><br>Erik Milch<br>COOLEY LLP<br>11951 Freedom Drive, 14th Floor<br>Reston, VA 20190-5640<br>(703) 546-8000<br><br>Ivor Elrifi<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001-2157<br>(212) 479-6000<br><br>Deepa Kannappan<br>Lauren Krickl<br>Kyung Taeck Minn<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>(650) 843-5000<br><br>Dated: July 19, 2022 | */s/ Nathan R. Hoeschen*<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant Liquidia Technologies, Inc* |