IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>LIQUIDIA TECHNOLOGIES, INC.,<br><br>Defendant. | Civil Action No. 20-755-RGA |

ORDER

Liquidia asks me to stay my decision on the '793 patent pending appeal of the PTAB's decision. (D.I. 427 at 3). I deny this request.

The standard for granting a stay involves consideration of three factors: "(1) whether granting a stay will simplify the issues for trial; (2) whether discovery is complete and a trial date is set; and (3) whether granting a stay would cause the non-moving party to suffer undue prejudice from any delay, or a clear tactical disadvantage." *Bio-Rad Lab'ys Inc. v. 10X Genomics, Inc.*, 2020 WL 2849989, at *1 (D. Del. June 2, 2020).

The first and second factors heavily favor denial of the stay. The trial has already occurred, and the parties simply await this Court's decision.

As to the third factor, I find that UTC would suffer undue prejudice if I were to delay my decision on the '793 patent. If I find that the '793 patent is valid and infringed, UTC is entitled to a non-discretionary injunction delaying final FDA approval. 35 U.S.C. § 271(e)(4)(A). UTC would be prejudiced if I stay my decision and withhold this statutory remedy, thus allowing

Liquidia to launch its product prior to any resolution of the invalidity and infringement issues litigated at trial.

    Thus, Liquidia's stay request (D.I. 427 at 3) is **DENIED**.

Entered this 30th day of August, 2022.

*/s/ Richard G. Andrews*
United States District Judge