IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 20-755-RGA-JLH |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) | |
| Defendant. | ) | |

**LIQUIDIA'S MOTION FOR A STAY OF ENFORCEMENT OF PARAGRAPH 4 OF THE COURT'S FINAL JUDGMENT PENDING APPEAL**

Pursuant to Federal Rule of Civil Procedure 62, Defendant Liquidia Technologies, Inc. ("Liquidia") hereby moves for stay of enforcement of Paragraph 4 of the Court's Final Judgment (D.I. 436) setting the approval of Liquidia's NDA to be "not earlier than the expiration date" of U.S. Patent No. 10,716,793 ("the '793 patent") ("Paragraph 4 Judgment"). Liquidia moves for stay of enforcement of the Paragraph 4 Judgment pending the conclusion of appellate proceedings regarding this Court's judgment and opinion of validity and infringement of the '793 patent (D.I. 433, 436) and the U.S. Patent Trial and Appeal Board's Final Written Decision regarding the '793 patent in IPR2021-00406 (D.I. 425, Ex. 1). Liquidia further moves that during the pendency of this stay, no order shall be provided to the U.S. Food and Drug Administration setting the approval date of Liquidia's NDA for not earlier than the expiration date of the '793 patent. The grounds for this motion are fully set forth in Liquidia's opening brief, filed concurrently herewith. Pursuant to D. Del. LR 7.1.1, counsel certifies that reasonable efforts have been made to reach agreement with Plaintiff on the matters set forth in this motion.

NOW THEREFORE, Liquidia respectfully requests that the Court grant this motion and enter the attached proposed order.

|  | /s/ Nathan R. Hoeschen |
|---|---|
|  | Karen E. Keller (No. 4489) |
|  | Nathan R. Hoeschen (No. 6232) |
|  | SHAW KELLER LLP |
|  | I.M. Pei Building |
|  | 1105 North Market Street, 12th Floor |
|  | Wilmington, DE 19801 |
| OF COUNSEL: | (302) 298-0700 |
| Sanya Sukduang | kkeller@shawkeller.com |
| Jonathan Davies | nhoeschen@shawkeller.com |
| Douglas W. Cheek | *Attorneys for Defendant Liquidia* |
| Adam Pivovar | *Technologies, Inc* |
| Brittany Cazakoff |  |
| COOLEY LLP |  |
| 1299 Pennsylvania Avenue, NW, Suite 700 |  |
| Washington, DC 20004-2400 |  |
| (202) 842-7800 |  |

Erik Milch
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5640
(703) 546-8000

Ivor Elrifi
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
(212) 479-6000

Deepa Kannappan
Lauren Krickl
Kyung Taeck Minn
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5000

Dated: September 9, 2022