IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  C.A. No. 20-755-RGA-JLH |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) ) |
| Defendant. | ) |

### [PROPOSED] ORDER GRANTING LIQUIDIA'S MOTION FOR A STAY OF ENFORCEMENT OF PARAGRAPH 4 OF THE COURT'S <u>FINAL JUDGMENT PENDING APPEAL</u>

At Wilmington this ___ day of _____, 2022, the Court, having considered Defendant Liquidia Technologies, Inc.'s ("Liquidia's") Motion for Stay of Enforcement of Paragraph 4 of the Court's Final Judgment Pending Appeal ("Motion") (D.I. 436), and the parties' positions and arguments related thereto, orders as follows:

IT IS SO ORDERED that Liquidia's Motion is GRANTED in its entirety; and it is

FURTHER ORDERED that enforcement of Paragraph 4 of the Court's Final Judgment (D.I. 436) setting the approval of Liquidia's NDA to be "not earlier than the expiration date" of U.S. Patent No. 10,716,793 ("the '793 patent") is stayed pending the conclusion of all appellate proceedings regarding the Court's judgment and opinion of validity and infringement of the '793 patent (D.I. 433, 436) and the U.S. Patent Trial and Appeal Board's Final Written Decision regarding the '793 patent in IPR2020-00406 (D.I. 425, Ex. 1); and it is

FURTHER ORDERED that during the pendency of this stay, no order shall be provided to the U.S. Food and Drug Administration setting the approval date of Liquidia's NDA for not earlier than the expiration date of the '793 patent.

_____
UNITED STATES DISTRICT JUDGE