

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0709 – Direct
nhoeschen@shawkeller.com

September 29, 2022

**BY CM/ECF**
The Honorable Richard G. Andrews
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    *United Therapeutics Corporation v. Liquidia Technologies, Inc.*,
                C.A. No. 20-755-RGA

Dear Judge Andrews:

     Pursuant to D. Del. LR 7.1.4, defendant Liquidia Technologies, Inc. ("Liquidia") respectfully requests oral argument on Liquidia's Motion to Stay Enforcement of Paragraph 4 of the Court's Final Judgment Pending Appeal (D.I. 438).

     Briefing on the motion is complete, and the parties' submissions may be found at Docket Items 439, 443, and 444. The reply brief was filed on September 28, 2022.

                                   Respectfully submitted,

                                   */s/ Nathan R. Hoeschen*

                                   Nathan R. Hoeschen (No. 6232)

cc:    Clerk of the Court (by CM/ECF)
        All counsel of record (by CM/ECF & e-mail)