IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 20-755-RGA-JLH |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) ) | |
| Defendant. | ) | |

**DEFENDANT LIQUIDIA TECHNOLOGIES, INC.'S
NOTICE OF SUBSEQUENT AUTHORITY**

Pursuant to D. Del. LR 7.1.2(b), Liquidia notifies the Court of the PTAB's February 2, 2023, Decision Denying Patent Owner's Request on Rehearing of Final Written Decision, in the IPR of U.S. Patent No. 10,716,793. (Exhibit 1.)  The PTAB had previously issued a Final Written Decision invalidating all claims of the '793 Patent as obvious over the combination of U.S. Patent No. 6,521,212, Voswinckel JESC, and Voswinckel JAHA.  UTC filed its Request for Rehearing based on the prior art status of two references.  In denying rehearing, the PTAB again found that both references were prior art and re-affirmed the Final Written Decision that all claims of the '793 patent are unpatentable.

The PTAB's rehearing decision supports Liquidia's Motion for Stay Pending Appeal (D.I. 438, 439, 444) in that it: (i) reaffirms Liquidia's likelihood of succeeding on the merits of any appeal, (ii) rejects UTC's likelihood of success arguments based on the prior art status of the references, and (iii) supports Liquidia's argument that it cannot be liable for induced infringement of the invalid '793 patent.  *See Global-Tech Appliances, Inc. v. SEB S.A.*, 563 U.S. 754, 766 (2011); *see also Commil USA, LLC v. Cisco Sys., Inc.,* 575 U.S. 632, 635, 642, 644-45 (2015).

|  |  |
|---|---|
| | /s/ Nathan R. Hoeschen |
| | Karen E. Keller (No. 4489) |
| | Nathan R. Hoeschen (No. 6232) |
| | SHAW KELLER LLP |
| | I.M. Pei Building |
| OF COUNSEL: | 1105 North Market Street, 12th Floor |
| Sanya Sukduang | Wilmington, DE 19801 |
| Jonathan Davies | (302) 298-0700 |
| Adam Pivovar | kkeller@shawkeller.com |
| COOLEY LLP | nhoeschen@shawkeller.com |
| 1299 Pennsylvania Avenue, NW, Suite 700 | *Attorneys for Defendant Liquidia* |
| Washington, DC 20004-2400 | *Technologies, Inc.* |
| (202) 842-7800 | |

Erik Milch
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5640
(703) 546-8000

Ivor Elrifi
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
(212) 479-6000

Lauren Krickl
Deepa Kannappan
Brittany Cazakoff
Kyung Taeck Minn
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5000

Dated: February 6, 2023