OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Randall C. Lohan
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 4, 2023

Jack B. Blumenfeld, Esq.
Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899

Nathan R. Hoeschen, Esq.
Shaw Keller, LLP
1105 North Market Street, 12th Floor
Wilmington, DE 19801

   RE: <u>United Therapeutics Corporation v. Liquidia Technologies, Inc.</u>
      C.A. 20-755-RGA

Dear Counsel:

  The Clerk's office is returning and/or disposing of exhibits located in its storage area in accordance with the Court's Local Rule 79.1 (b)(2).  We presently possess trial exhibits for the above referenced case (see D.I. 395).  As this case is closed, we would like to remove these exhibits from our storage area.

  Please advise me no later than **October 18, 2023,** whether you wish to retrieve the exhibits or have them discarded.  If the latter, I will need written consent.  Retrieval of the exhibits may be arranged by contacting me at 573-6137.

             Very truly yours,
             Randall C. Lohan, Clerk


             /s/ Nicole M. Selmyer
             Case Manager