IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C.A. No. 20-755-RGA-JLH |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) ) | |
| Defendant. | ) | |

**LIQUIDIA'S MOTION FOR POST JUDGMENT RELIEF PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)**

Pursuant to Federal Rule of Civil Procedure 60(b), Defendant Liquidia Technologies, Inc. ("Liquidia") respectfully moves for post judgment relief from the Court's Final Judgment dated September 9, 2022, regarding U.S. Patent No. 10,716,793 ("'793 patent") and the order under 35 U.S.C. §271(e)(4)(A) blocking the final approval of Liquidia's New Drug Application until the expiration of the '793 patent. (D.I. 436). The grounds for this motion are set forth in Liquidia's brief in support of the motion, filed concurrently herewith. Pursuant to D. Del. LR 7.1.1, counsel certifies that reasonable efforts have been made to reach agreement on the subject of this motion.

WHEREFORE, Liquidia respectfully requests that the Court grant this motion, and enter the proposed Order attached as Exhibit A and the proposed Amended Final Judgment attached as Exhibit B[1] or enter such other order as the Court sees fit.

---

[1] A redline comparing the proposed Amended Final Judgment to the Final Judgment of September 9, 2022 is attached as Exhibit C.

1

OF COUNSEL:
Sanya Sukduang
Jonathan Davies
Adam Pivovar
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
(202) 842-7800

Erik Milch
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5640
(703) 546-8000

Ivor Elrifi
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
(212) 479-6000

Lauren Krickl
Brittany Cazakoff
Kyung Taeck Minn
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5000

Dated: December 26, 2023

/s/ Nathan R. Hoeschen
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant Liquidia Technologies, Inc.*