

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0709 – Direct
nhoeschen@shawkeller.com

February 20, 2024

**BY CM/ECF AND HAND DELIVERY**
The Honorable Richard G. Andrews
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

  Re: *United Therapeutics Corporation v. Liquidia Technologies, Inc.*,
    C.A. No. 20-755-RGA

Dear Judge Andrews:

  Liquidia responds to UTC's two-page letter dated February 20, 2024 (D.I. 470). The Supreme Court's denial of Liquidia's petition for *certiorari* does not preclude, as a matter of fact or law, the relief requested in Liquidia's Motion for Relief from Judgement (D.I. 461), and UTC cites no countervailing authority. Further, the Federal Circuit's request for a response to UTC's combined petition for panel rehearing or rehearing *en banc* regarding its affirmance of the invalidity of the '793 patent does not remove the immediate collateral estoppel of the Federal Circuit's decision.

            Respectfully submitted,

            */s/ Nathan R. Hoeschen*

            Nathan R. Hoeschen (No. 6232)

cc: Clerk of the Court (by CM/ECF & Hand Delivery)
   All counsel of record (by CM/ECF & Email)