**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200

MICHAEL J. FLYNN
(302) 351-9661
mflynn@morrisnichols.com

March 13, 2024

The Honorable Richard G. Andrews*VIA ELECTRONIC FILING*
United States District Court
   for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re: *United Therapeutics Corp. v. Liquidia Techs., Inc.*, C.A. No. 20-755-RGA

Dear Judge Andrews:

    Plaintiff United Therapeutics Corporation ("UTC") writes in response to the March 12, 2024 Notice of Supplemental Authority (D.I. 474) for Liquidia Technologies, Inc.'s ("Liquidia") pending motion for post judgment relief pursuant to Fed. R. Civ. P. 60(b) (D.I. 461).

    UTC intends to exercise its appellate rights with respect to the Federal Circuit's decision by filing a petition for a *writ of certiorari* with the Supreme Court by June 10, 2024. As explained in UTC's opposition brief (D.I. 465) Liquidia's pending Rule 60(b) Motion is premature as there is no basis to disturb this Court's Final Judgment (D.I. 436) until all appellate rights have been exhausted and the claims of the '793 patent have been cancelled.

    If Your Honor were to grant Liquidia's premature Rule 60(b) Motion now, nothing would prevent Liquidia from launching its infringing LIQ861 product. UTC would thus need to seek a temporary restraining order in the related case, *United Therapeutics Corp. v. Liquidia Techs., Inc.*, C.A. No. 23-cv975-RGA (D. Del.), to maintain the status quo until UTC's preliminary injunction motion is decided. The parties' preliminary injunction briefing in that case is scheduled to be complete by April 19, 2024. C.A. No. 23-975, D.I. 41.

    UTC respectfully requests that the Court deny Liquidia's Rule 60(b) Motion.

                                                                    Respectfully submitted,

                                                                    Michael J. Flynn (#5333)
                                                                    *Counsel for Plaintiff*
                                                                    *United Therapeutics Corporation*

cc:    Clerk of the Court
          All counsel of record