IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 20-755-RGA |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) ) |
| Defendant. | ) |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF LIQUIDIA'S
MOTION FOR POST JUDGMENT RELIEF**

Liquidia wishes to apprise the Court of a development material to Liquidia's Rule 60 Motion for Post Judgement Relief. D.I. 461; D.I. 466. Today, the Federal Circuit issued its Mandate to the Patent Trial and Appeal Board regarding the '793 patent. *See* Ex. 1. Accordingly, Liquidia request the Court grant its Rule 60 motion.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Sanya Sukduang<br>Jonathan Davies<br>Adam Pivovar<br>Brittany Cazakoff<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400<br>(202) 842-7800<br><br>Ivor Elrifi<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001-2157<br>(212) 479-6000 | /s/ *Emily S. DiBenedetto*<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>Emily S. DiBenedetto<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for Defendant Liquidia Technologies, Inc.* |

Lauren Krickl
Kyung Taeck Minn
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5000

Dated:  March 19, 2024