# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

___

(302) 658-9200

Michael J. Flynn
(302) 351-9661
mflynn@morrisnichols.com

March 28, 2024

The Honorable Richard G. Andrews                         *VIA ELECTRONIC FILING*
United States District Court
   for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re: *United Therapeutics Corp. v. Liquidia Techs., Inc.*, C.A. No. 20-755-RGA

Dear Judge Andrews:

    Plaintiff United Therapeutics Corporation intends to move the Court for a stay of the Court's decision (D.I. 479), issued today, granting Defendant Liquidia's motion for post-judgment relief and entry of the Amended Final Judgment (D.I. 480) pending resolution of UTC's forthcoming appeal of that decision and the Amended Final Judgment to the Federal Circuit.

    Because of the urgency in maintaining the status quo in view of Liquidia's imminent launch of its proposed Yutrepia® product, UTC respectfully requests that the Court forego briefing on the requested stay and set a conference with the parties for as soon as practicable the week of April 1. In the alternative, UTC proposes expedited letter briefing on the issue, with UTC filing its opening letter brief of no more than three pages on Monday, April 1, Liquidia filing its response of no more than three pages on Tuesday, April 2, and a conference with the Court at the Court's convenience thereafter. Counsel for UTC discussed these proposals with counsel for Liquidia, but the parties were unable to reach agreement.

                                                  Respectfully submitted,

                                                  Michael J. Flynn (#5333)
                                                  *Counsel for Plaintiff*
                                                  *United Therapeutics Corporation*

cc:    Clerk of the Court
         All counsel of record