

Nathan R. Hoeschen
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
(302) 298-0709 – Direct
nhoeschen@shawkeller.com

March 28, 2024

**BY CM/ECF**
The Honorable Richard G. Andrews
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:    *United Therapeutics Corporation v. Liquidia Technologies, Inc.*,
            C.A. No. 20-755-RGA

Dear Judge Andrews:

      I write on behalf of defendant Liquidia Technologies, Inc. in response to UTC's letter of earlier this evening (D.I. 481). Despite Liquidia's Motion for Post-Judgment Relief (D.I. 461) being fully briefed for months, UTC first stated its intention to move for a stay after 4:00 this afternoon and did not propose its expedited procedure until after the close of business before a holiday weekend. Beyond generalized allegations of harm, UTC has not informed Liquidia of the grounds warranting a stay and an immediate hearing without such information is unduly prejudicial to Liquidia and unhelpful to the Court. To the extent UTC believes harm is imminent, it should convey immediately, and no later than March 29, its basis for a stay and submit its letter brief to the Court. If UTC instead withholds this information until April 1, Liquidia should have the same amount of time to respond (3 calendar days).

                                      Respectfully submitted,

                                      */s/ Nathan R. Hoeschen*

                                      Nathan R. Hoeschen (No. 6232)

cc:    All counsel of record (by CM/ECF)