IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 20-755 (RGA) ) |
| LIQUIDIA TECHNOLOGIES, INC., | ) ) ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION TO STAY

Plaintiff United Therapeutics Corporation ("UTC") respectfully moves this Court to stay its Order (D.I. 479) and Amended Final Judgment (D.I. 480) granting Liquidia Technologies, Inc.'s ("Liquidia") Motion for Post Judgment Relief Pursuant to Federal Rule of Civil Procedure 60(b) pending UTC's forthcoming appeal to the Federal Circuit. The grounds for this motion are set forth in UTC's letter brief, filed concurrently.

UTC respectfully requests that the Court expedite briefing on this motion and set a conference at the Court's earliest convenience.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

William C. Jackson
Eric Levi
GOODWIN PROCTER LLP
1900 N Street NW
Washington, DC 20036
(202) 346-4216

Douglas H. Carsten
Mandy H. Kim
Arthur Dykhuis
Katherine Pappas
MCDERMOTT WILL & EMERY LLP
18565 Jamboree Road, Suite 250

/s/ Michael J. Flynn

Jack B. Blumenfeld (#1014)
Michael J. Flynn (#5333)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mflynn@morrisnichols.com

Attorneys for Plaintiff United Therapeutics Corporation

Irvine, CA 92612
(949) 851-0633

Huiya Wu
Gabriel Ferrante
GOODWIN PROCTER LLP
620 Eighth Avenue
New York, NY 10018
(212) 813-8800

Ian B. Brooks
Adam W. Burrowbridge
Joshua Revilla
Timothy M. Dunker
MCDERMOTT WILL & EMERY LLP
500 North Capitol Street, NW
Washington, DC 20001
(202) 756-8000

Eric Romeo
Harrison Gunn
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000

April 1, 2024

## CERTIFICATION UNDER D. DEL. LR 7.1.1

Counsel for Plaintiff spoke with counsel for Defendant on the foregoing motion to stay but were unable to reach agreement.

*/s/ Michael J. Flynn*
_____
Michael J. Flynn (#5333)

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 1, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Nathan R. Hoeschen, Esquire<br>Emily S. DiBenedetto, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Sanya Sukduang, Esquire<br>Jonathan Davies, Esquire<br>Adam Pivovar, Esquire<br>Brittany Cazakoff, Esquire<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC  20004-2400<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |
| Ivor Elrifi, Esquire<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY  10001-2157<br>*Attorneys for Defendant Liquidia Technologies, Inc.* | *VIA ELECTRONIC MAIL* |

2

Lauren Krickl, Esquire  *VIA ELECTRONIC MAIL*
Brittany Cazakoff, Esquire
Kyung Taeck Minn, Esquire
COOLEY LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
*Attorneys for Defendant Liquidia
Technologies, Inc.*

  */s/ Michael J. Flynn*

  Michael J. Flynn (#5333)