IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LIQUIDIA TECHNOLOGIES, INC., ) <br> ) <br> Defendant. ) | C.A. No. 20-755-RGA-JLH |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Brittany Cazakoff hereby withdraws as counsel for defendant Liquidia Technologies, Inc.  Pursuant to Local Rule 83.7, Shaw Keller LLP and Cooley LLP remain as counsel of record for Liquidia Technologies, Inc.

|  |  |
|---|---|
|  | */s/ Emily S. DiBenedetto* <br> Karen E. Keller (No. 4489) <br> Nathan R. Hoeschen (No. 6232) <br> Emily S. DiBenedetto (No. 6779) |
| OF COUNSEL: <br> Sanya Sukduang <br> Jonathan Davies <br> Adam Pivovar <br> COOLEY LLP <br> 1299 Pennsylvania Avenue, NW, Suite 700 <br> Washington, DC 20004-2400 <br> (202) 842-7800 <br><br> Ivor Elrifi <br> COOLEY LLP <br> 55 Hudson Yards <br> New York, NY 10001-2157 <br> (212) 479-6000 | SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> kkeller@shawkeller.com <br> nhoeschen@shawkeller.com <br> edibenedetto@shawkeller.com <br> *Attorneys for Defendant Liquidia Technologies, Inc* |

Lauren Krickl
Kyung Taeck Minn
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
(650) 843-5000

Dated: July 2, 2024