NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**UNITED THERAPEUTICS CORPORATION,**
*Plaintiff-Appellant*

v.

**LIQUIDIA TECHNOLOGIES, INC.,**
*Defendant-Appellee*

---

2024-1658

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-00755-RGA, Judge Richard G. Andrews.

---

**ON MOTION**

---

Before PROST, HUGHES, and CUNNINGHAM, *Circuit Judges*.

PER CURIAM.

**O R D E R**

United Therapeutics Corporation moves to dismiss the above-captioned appeal pursuant to Fed. R. App. P. 42(b) with each side to bear its own costs.

Upon consideration thereof,

| | |
|---|---|
| 2 | UNITED THERAPEUTICS CORPORATION v. LIQUIDIA TECHNOLOGIES, INC. |

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

October 10, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE**: October 10, 2024